Meeting Summary

<u>What</u>: EIC Regional Managers WebEx Conference Call

<u>When</u>: Monday, January 27, 2014

<u>Attendees</u>:

| | | |
|---|---|---|
| Steve Bell | Cindy Collins | Leticia Sarabia |
| Kathy Bergman | Joe Garcia | Sam Silva |
| Stephen Berkley | Barbara Hubbard | Stella Valenzuela |
| Lori Carlsson | Kris Krueger | Salestus Winkley |
| Tom Carter | Tony Rodriguez | |

<u>Summary</u>:
Note: Bracketed information [ ] is new since the meeting ended adding important information or changes from our original discussion.

1. EIC Services. EIC services begin Monday, February 3. We will be conducting Saturday service, mobile services (Phase II from the November 2013 elections), and county services (Phase III from the November 2013 elections). All documents are available on SharePoint at this link.

2. Saturday Service. Saturday service will follow the same basic pattern used for the November 2013 elections, with the addition of 3 offices, from 10 am till 2 pm.

3. County Service. We will have to visit each county 5 times. One of the visits must be on a Saturday. Two of the visits must last until 7 pm. Visits to each county do not have to be in a row. Regional Managers can move the days around so long as the 5 visits are made. If a location from the November election is used and the Regional Manager knows it is still a good location, a site survey visit does not need to be repeated. A phone call to coordinate with the location point of contact is still required. If the site owner will not allow the EIC station to stay till 7 pm or on Saturdays, email Kris Krueger so we can communicate the issue to Secretary of State. Regional Managers need to begin planning for visits. The matrix for Regional Managers to fill in information is on SharePoint. The EIC county service requirements and the addresses for the sites used during November elections are available on SharePoint. [Update: The 5 visits need to be made between Monday, February 3, and Tuesday, March 4]

4. Secretary of State Coordination. DPS is still working to get a meeting with the Secretary of State's office. SOS has stated they will provide us 10 people to use for mobile services. We are planning to use them in the Austin and San Antonio areas. We are planning on training them on Wednesday, January 29. When we meet with SOS, we will have more detailed information to provide everyone for shared responsibilities. [Update: The meeting with Secretary of State is scheduled for

2:13-cv-193
09/02/2014
**DEF2073**

Thursday, January 30 at 2 pm. The training scheduled for Wednesday will move accordingly.]

5. Picking Up Mobile EIC Units. Regions will be picking up units this week. Each region is authorized to rent a trailer to haul their units from Austin back to their region and keep the trailer until March 10. Trailers can be rented from U Haul, 5412 N Lamar, Austin, TX (approximately 2 blocks south of Headquarters). The phone number is 512-451-7365. U Haul may have send regions to another location in Austin to pick up a trailer. The index number to bill back is 80011. [Update: Each unit is 2 bins, clear plastic for mobile units and blue plastic for county units.] The schedule for picking up mobile units from Pflugerville is:

Region 1A: Mobile Units #1, #2, and #3 plus 2 county units for a total of 5 units on Wednesday.

Region 1B: Mobile Units #4, #5, and #6 plus 1 county unit for a total of 4 units on Thursday.

Region 2A: Nothing to pick up from Pflugerville. Tom and Kathy will coordinate with to get units distributed between Regions 2A and 2B.

Region 2B: Mobile Units #7, #8, and #9 plus 1 county unit for a total of 4 units on Thursday.

Region 3: Mobile Units #10, #11, #12, #13, #14, #15, and #16 plus 2 county units for a total of 9 units on Thursday.

Region 4: Mobile Units #17, #18, and #19 plus 1 county unit for a total of 4 units on Wednesday.

Region 5: No Mobile Units and 15 county units for a total of 15 units on Wednesday. [Update: Tom will pick up his units at 9 am on Wednesday]

Region 6A: Mobile Units #20, #21, and #22 plus 4 county units for a total of 7 units on Thursday.

Region 6B: Mobile Units #23, #24, and #25 plus 3 county units for a total of 6 units on Friday. [Update: To handle training, these units will need to be available to the training staff. They are currently looking at training on Wednesday, February 6, or Thursday, February 7.]

6. There were no updates or changes to the EIC calendar. We will be scheduling WebEx meetings for EIC, which will be put out as a meeting invitation. There will be no meeting on Tuesday, January 28, due to the expectation of a bad weather day. Meetings will pick up on Wednesday, January 29, at 8:30 am. [Update: DPS will be

meeting with SOS on Thursday, January 30. This is a change to the calendar. It also changes the training dates for SOS employees.]

TEX0669295