| | |
|---|---|
| **From:** | Krueger, Kristopher |
| **To:** | Bergman, Kathy; Berkley, Johnnie; Carlsson, Lori; Carter, Thomas; Garcia, Joseph; Silva, Samuel; Valdez, Tomas; Valenzuela, Estella; Winkley, Salestus |
| **CC:** | Watkins, Paul; Bell, Stephen; Rodriguez, Tony; Peyton, John; Peters, Joe |
| **Sent:** | 4/16/2014 7:56:10 AM |
| **Subject:** | EIC Saturday Service Offices |
| **Attachments:** | EIC Saturday Service Offices.docx |

Please find attached the list of offices for Saturday services. Saturday services will be conducted on May 10, 17, and 24, 2014.

The document is also in the EIC Plan SharePoint site.

Kristopher Krueger
Strategic Operations Analyst
Driver License Division

kristopher.krueger@dps.texas.gov
512-424-5061 (office)
512-705-7169 (mobile)



2:13-cv-193
09/02/2014
**DEF2075**

TEX0669303