# EIC Saturday Service Offices

14 Counties
52 offices statewide

**Requirements**
1. Office Staffing:
   - MegaCenters – 5 employees
   - All other offices – 2 employees
2. Hours: 10:00 – 2:00 PM
3. The offices are open for EICs only
4. THP security presence needs to be coordinated

**Region 1A**
<u>Dallas County</u>
1. *Carrolton*
   1601 N Trade Days BLVD
   Carrolton, TX 75007

2. *Cedar Hill*
   116 W Beltline #2
   Cedar Hill, TX 75104

3. *Dallas-East*
   11411 E Northwest HWY #111
   Dallas, TX 75218

4. *Dallas-Southwest*
   5610 Red Bird Center DR #500
   Dallas, TX 75237

5. *Garland*
   350 W. I-30
   Garland, TX 75043

6. *Garland MegaCenter*
   4445-A Saturn RD
   Garland, TX 75041

7. *Grand Prairie*
   550 S Carrier PKWY #570
   Grand Prairie, TX 75051

8. *Irving*
   1003 W 6th ST
   Irving, TX 75060



2:13-cv-193
09/02/2014
**DEF2076**

**Region 1B**

<u>Collin County</u>

9. *McKinney*
   400 Powerhouse ST
   McKinney, TX 75071

10. *Plano*
    2109 W Parker RD #224
    Plano, TX 75023

<u>Denton County</u>

11. *Denton*
    820 N Loop 288
    Denton, TX 76209

12. *Lewisville*
    190 N Valley PKWY STE 201
    Lewisville, TX 75067

<u>Tarrant County</u>

13. *Arlington*
    3901 W Arkansas LN #111
    Arlington, TX 76016

14. *Fort Worth-East*
    3500 Miller AVE
    Charles F. Griffin Subbasement
    Fort Worth, TX 76119

15. *Fort Worth MegaCenter*
    8301 Brentwood Stair ROAD
    Fort Worth, TX 76120

16. *Fort Worth-South*
    6413 Woodway DR
    Fort Worth, TX 76133

17. *Hurst*
    624 NE Loop 820
    Hurst, TX 76053

18. *Lake Worth*
    6316 Lake Worth BLVD
    Lake Worth, TX 76135

**Region 2A**
<u>Harris County</u>
19. *Houston-Dacoma*
    4545 Dacoma
    Houston, TX 77092

20. *Houston-Gessner MegaCenter*
    12220 S Gessner
    Houston, TX 77071

21. *Houston-Grant Road*
    10503 Grant RD
    Houston, TX 77070

22. *Houston-Townhurst*
    1601 Townhurst DR
    Houston, TX 77043

23. *Houston-Vantage Parkway*
    15403 Vantage PKWY E STE 300
    Houston, TX 77032

<u>Fort Bend County</u>
24. *Rosenberg MegaCenter*
    28000 SW Freeway STE A
    Rosenberg, TX 77471

**Region 2B**
<u>Harris County</u>
25. *Baytown*
    5420 Decker DR
    Baytown, TX 77520

26. *Houston-East*
    11039 East FWY #B
    Houston, TX 77017

27. *Houston-Winkler*
    9206 Winkler
    Houston, TX 77017

28. *Humble*
    7710 Will Clayton
    Humble, TX 77338

29. *Pasadena*
    2783 Red Bluff #100
    Pasadena, TX 77503

30. *Spring MegaCenter*
    4740 Spring Cypress #100
    Spring, TX 77379

31. *Webster-Clear Lake*
    111 Tristar
    Webster, TX 77598

**Region 3**
Hidalgo County
32. *Edinburg*
    1212 S 25th STE B
    Edinburg, TX 78542

33. *Mission*
    722 N Breyfogle STE A
    Mission, TX 78752

34. *Weslaco*
    2525 N International BLVD
    Weslaco, TX 78599

Cameron County
35. *Brownsville*
    2901 Paredes Line RD
    Brownsville, TX 78526

36. *Harlingen*
    1630 N 77 Sunshine Strip
    Harlingen, TX 78550

Nueces County
37. *Corpus Christi*
    1922 S Padre Island DR
    Corpus Christi, TX 78416

**Region 4**
El Paso County
38. *El Paso-Gateway*
    7300 Gateway E
    El Paso, TX 79915

39. *El Paso-Hondo Pass*
    4505 Hondo Pass
    El Paso, TX 79904

40. *El Paso-Northwestern*
    1854 Northwestern
    El Paso, TX 79912

41. *El Paso-Scott Simpson*
    11612 Scott Simpson
    El Paso, TX 79936

**Region 5**
None

**Region 6A**
Bexar County
42. *Leon Valley MegaCenter*
    7410 HUEBNER ROAD
    Leon Valley, TX 78240

43. *San Antonio-Babcock*
    1258 Babcock
    San Antonio, TX 78201

44. *San Antonio-General McMullen*
    1803 S General McMullen
    San Antonio, TX 78226

45. *San Antonio-Pat Booker*
    1633 Pat Booker
    San Antonio, TX 78148

46. *San Antonio-Southeast*
    6502 S New Braunfels AVE
    San Antonio, TX 78223

**Region 6B**
Travis County
47. *Austin-North*
    6121 N Lamar
    Austin, TX 78752

48. *Austin-Northwest*
    13730 Research BLVD
    Austin, TX 78750

49. *Austin-South*
    6425 S IH-35 #180
    Austin, TX 78744

50. *Pflugerville MegaCenter*
    216 E Wells Branch PKWY
    Pflugerville, TX 78660

Bell County
51. *Killeen*
    302 Priest DR
    Killeen, TX 76541

52. *Temple*
    6612 S General Bruce DR
    Temple, TX 76502

TEX0669309