| | |
|---|---|
| **From:** | Goetz, Casey |
| **To:** | Tellez, Steven |
| **CC:** | Carlsson, Lori; Garcia, Joseph |
| **Sent:** | 4/24/2014 10:07:30 AM |
| **Subject:** | FW: EIC Saturdays - 6A |

Captain,

Ensure we have coverage for the EIC Saturdays in the locations we routinely assign our commissioned personnel to assist DLD.

The dates and times are indicated below. If you have any questions, please contact me.

cg

**From:** Albus, Gary
**Sent:** Thursday, April 24, 2014 9:47 AM
**To:** Goetz, Casey
**Cc:** Garcia, Joseph
**Subject:** FW: EIC Saturdays - 6A

Casey,
Below are the DL office dates and times in DL 6A south. Coordinate with Joe Garcia for trooper coverage in those offices which we normally have a trooper.
Gary

**From:** Garcia, Joseph
**Sent:** Thursday, April 24, 2014 9:43 AM
**To:** Albus, Gary
**Subject:** RE: EIC Saturdays - 6A

Commander:

The dates are May 10, 17, & 24 for all EIC Saturdays statewide.
The times are all 10:00 AM to 2:00 PM each day statewide.

The dates and times were set by the Secretary of State's office so they would be standardized statewide for our customers. (May 24 is the beginning of a three day weekend also.) Joe

Joseph J. Garcia
Manager III

Texas Department of Public Safety
Driver License Division
Region 6B

**From:** Albus, Gary
**Sent:** Thursday, April 24, 2014 9:39 AM
**To:** Garcia, Joseph
**Subject:** RE: EIC Saturdays - 6A

Joe,
Can you add the dates and times to the below?
Gary

**From:** Garcia, Joseph

2:13-cv-193
09/02/2014
DEF2077

TEX0669310

**Sent:** Wednesday, April 23, 2014 4:51 PM
**To:** Albus, Gary
**Cc:** Cumberland, Dierdre (Dawn); Carlsson, Lori; Wells, Charles
**Subject:** EIC Saturdays - 6A

Commander:

San Antonio only has EIC Saturdays and only in the San Antonio offices:
    General McMullen
    South New Braunfels
    Babcock
    Pat Booker
    Leon Valley Mega Center
At this time there are no other EIC teams at any locations.

Thank You.  Joe


Joseph J. Garcia
Manager III

Texas Department of Public Safety
Driver License Division
Region 6B