

# EIC Status as of Jan 10, 2014

2:13-cv-193
09/02/2014
**DEF2078**

# Overall Application Counts

| Issuance Status | As of 01/06/2014 |
|---|---|
| # Applied | 166 |
| # Not Valid | 16 |
| # In Process | 0 |
| # Validated | 150 |

TEX0669314

# Number of Applications by Day of Week



TEX0669315

# Number of Applications by Month



TEX0669316

# Number of Applications by Week



TEX0669317

# Costs Associated With Election Identification Certificates

| | |
|---|---|
| HARDWARE | $ 210,269 |
| TRAVEL | $ 54,260 |
| PERSONNEL | $ 480,950 |
| **TOTAL** | **$ 745,479** |

TEX0669318

# Time and Staff Associated with Election Identification Certificates

| PERSONNEL | HOURS | PEOPLE |
|---|---|---|
| **Driver License** | 20913 | 778 |
| **General Counsel** | 10 | 1 |
| **Information Technology** | 763 | 57 |
| **PPPMO** (*Program Management*) | 7 | 1 |
| **Procurement** | 41 | 8 |
| **Highway Patrol** | 1,604 | 95 |
| *TOTAL* | *23,338* | *940* |

TEX0669319

# Applications

| Applications by Month | | Applications by Week | | Applications by Day of Week | | Applications by Station Type | |
|---|---|---|---|---|---|---|---|
| **Month** | | **Week #** | | **Day of Week** | | | |
| Jul | 6 | 27 | 1 | Saturday | 18 | DL Office | 84 |
| Aug | 2 | 28 | 1 | Friday | 26 | DL Mobile | 63 |
| Sep | 7 | 29 | 2 | Thursday | 26 | Co. Mobile | 3 |
| Oct | 114 | 30 | 2 | Wednesday | 22 | **Grand Total** | **150** |
| Nov | 21 | 32 | 1 | Tuesday | 35 | | |
| **Grand Total** | **150** | 34 | 1 | Monday | 23 | | |
| | | 37 | 1 | **Grand Total** | **150** | | |
| | | 38 | 2 | | | | |
| | | 39 | 4 | | | | |
| | | 40 | 12 | | | | |
| | | 41 | 20 | | | | |
| | | 42 | 20 | | | | |
| | | 43 | 41 | | | | |
| | | 44 | 29 | | | | |
| | | 45 | 13 | | | | |



TEX0669321

# Applicant Demographics



| Age | | Race | |
|---|---|---|---|
| < 20 | 29 | WHITE | 58 |
| 20-29 | 15 | HISPANIC | 49 |
| 30-39 | 9 | BLACK | 40 |
| 40-49 | 25 | AMERICAN INDIAN/ALASKAN NATIVE | 2 |
| 50-59 | 24 | | |
| 60-69 | 20 | OTHER | 1 |
| 70-79 | 5 | Grand Total | 150 |
| 80-89 | 15 | | |
| 90-100 | 8 | | |
| Grand Total | 150 | | |

| Gender | |
|---|---|
| F | 69 |
| M | 81 |
| Grand Total | 150 |

TEX0669322



# Applicant County of Residence

| County | |
|---|---|
| HIDALGO | 32 |
| HARRIS | 23 |
| TARRANT | 15 |
| DALLAS | 12 |
| TRAVIS | 7 |
| SMITH | 5 |
| GREGG | 4 |
| GRIMES | 4 |
| CAMERON | 4 |
| WEBB | 3 |
| WALLER | 3 |
| EL PASO | 3 |
| POLK | 2 |
| DENTON | 2 |
| LASALLE | 2 |
| PARKER | 2 |
| HOWARD | 2 |
| SAN JACINTO | 1 |
| CLAY | 1 |
| FORT BEND | 1 |
| HAYS | 1 |
| BEE | 1 |
| BELL | 1 |
| FOARD | 1 |
| ANDERSON | 1 |
| UVALDE | 1 |
| JEFFERSON | 1 |
| CROCKETT | 1 |
| JOHNSON | 1 |
| REAL | 1 |
| KINNEY | 1 |
| SCURRY | 1 |
| LAMPASAS | 1 |
| STARR | 1 |
| BEXAR | 1 |
| GALVESTON | 1 |
| LAVACA | 1 |
| CHEROKEE | 1 |
| MAVERICK | 1 |
| ZAVALA | 1 |
| NUECES | 1 |
| DICKENS | 1 |
| Grand Total | 150 |

# Inquiries





*DLD did not collect inquiry data in week 42

TEX0669324

# County Information

- 176 Counties have DL Offices
  - 130 Counties have full time offices
  - 46 Counties have part time offices
- 78 Counties have no DL office
  - 40 Counties Provided EIC Services
    - County employees trained and equipped by DPS
  - 38 Counties opted out of providing EIC Services
    - DLD-Provided EIC Services with mobile stations
    - 2 of these Counties Pending Training and Equipment
      - Will complete in time to provide services before Primary Election

TEX0669325

# Counties with Part Time Offices



**46 Counties with Part Time Offices**

**Number Counties Per Region**
Region 1A: 1
Region 1B: 0
Region 2A: 2
Region 2B: 2
Region 3: 2
Region 4: 8
Region 5: 19
Region 6A: 3
Region 6B: 9

TEX0669326



County-Provided and DPS-Provided EIC Services

- County processing EICs (40 Counties/34 MOUs Received)
- County processing EICs – Have not returned MOUs (6 Counties)
- DL Employees scheduled to provide coverage (36 Counties)
- County employees to be trained to process EICs (2 Counties)

TEX0669327

# EIC Mobile Units

- 107 Mobile EIC Units
  - 40 Issued to counties for contracted County-provided services
  - 38 Units for counties with DLD-provided services
  - 25 Units for SOS-directed locations
  - 4 Units in reserve for rapid repair/replacement
- Units Contain All Equipment to Complete EIC Transactions
  - Computer
  - Scanner/printer
  - Camera and tripod
  - Blue screen and tripod
  - Flash drives, cables, mouse
  - Packaged in plastic containers for transport and storage
- DPS Depends on SOS as the Primary Point of Contact with Counties to Provide Locations and Dates to Deploy Mobile Units

TEX0669328