| | |
|---|---|
| **From:** | Keele, Leslie |
| **To:** | Fowler, Cynthia (LRS) |
| **CC:** | Knight, Lisa; Hartline, Candice |
| **Sent:** | 2/5/2014 9:16:29 AM |
| **Subject:** | MARQUETTE REYNOLDS EIC #37923625 |
| **Attachments:** | CCE02042014_0000.pdf |

GOOD MORNING MRS FOWLER,

I AM FORWARDING YOU THIS EMAIL FROM THE DELTA COUNTY COURTHOUSE REGARDING MARQUETTE REYNOLDS. HE WAS PROCESSED IN NOBEMBER BUT WAS MISSING 2 SUPPORTING DOCUMETNS. ATTATCHED ARE THOSE DOCUMENTS THAT WERE EMAILED TO ME. PLEASE LET ME KNOW IF THERE IS ANYTHING FURTHER NEEDED FOR MR REYNOLDS APPLICATION.

THANK YOU, LESLIE KEELE

**From:** Sue Hommel [mailto:countyjudge2@deltacountytx.com]
**Sent:** Tuesday, February 04, 2014 11:12 AM
**To:** Keele, Leslie
**Subject:**
**Importance:** High

Leslie,

Following your e-mail last week about **Marquette Reynolds**, he's provided two additional and accepted forms of identification which you'll find attached. Please provide these to headquarters as soon as possible in anticipation of Mr. Reynolds getting his EIC photo in time for early March voting.

If you have or receive any additional information about Mr. Reynolds EIC photo identification, please advise.

Thank you.

Sue Hommel
Administrative Assistant
Delta County Judge
(903) 395-4400 ext. 226

2:13-cv-193
09/02/2014
DEF2082

TEX0669334