| | |
|---|---|
| **From:** | Election_Identification_Certificates |
| **To:** | Teresa.Todd@JeffDavisCo.com |
| **CC:** | Valenzuela, Estella |
| **Sent:** | 4/10/2014 1:48:59 PM |
| **Subject:** | EIC Interlocal Cooperation Contract |
| **Attachments:** | Region 4 Jeff Davis County EIC ICC.pdf |

Attached please find the Election Identification Certificate ICC signed by Joe Peters, Assistant Director.

Best regards,
Cynthia (Cindy) Collins
Phone – 512-424-5102
Cell – 512-221-7908



2:13-cv-193
09/02/2014
DEF2084

TEX0669337