**From:**         Election_Identification_Certificates
**To:**           roy.blair@co.coke.tx.us
**CC:**           Valenzuela, Estella
**Sent:**         4/10/2014 1:43:19 PM
**Subject:**      EIC Interlocal Cooperation Contract
**Attachments:**  Region 4 Coke County EIC ICC.pdf


Attached please find the Election Identification Certificate ICC signed by Joe Peters, Assistant Director.

Best regards,
Cynthia (Cindy) Collins
Phone – 512-424-5102
Cell – 512-221-7908



2:13-cv-193
09/02/2014

**DEF2088**

TEX0669346