| | |
|---|---|
| **From:** | Penny Sadberry |
| **To:** | Valenzuela, Estella |
| **Sent:** | 4/29/2014 10:06:00 AM |
| **Subject:** | Interlocal Cooperation Contract |
| **Attachments:** | Interlocal Cooperation Contract Mobile EIC Operations.pdf |

Stella,

Here is the signed contract for the Mobile EIC Operations. Call me if you need anything else. Have a wonderful day.

Penny

--

*Penny Sadberry*
**Administrative Assistant**
**Upton County Judge Bill Eyler**
Office 432.693.2321
FAX   432.693.2243



TEX0669358