| | |
|---|---|
| **From:** | Election_Identification_Certificates |
| **To:** | rsides@co.sterling.tx.us |
| **CC:** | Valenzuela, Estella |
| **Sent:** | 4/14/2014 5:08:30 PM |
| **Subject:** | Mobile Election Identification Certification Interlocal Cooperation Contract |
| **Attachments:** | Region 4 Sterling County EIC ICC.pdf |

Thank you for partnering with the Texas Secretary of State and the Texas Department of Public Safety in our Mobile Election Identification Certificate (EIC) program. Attached, please find your copy of the signed Interlocal Cooperation Contract.

The Texas Department of Public Safety has planned to conduct your training and issue equipment on April 22.

If you have any questions about the Mobile EIC process, this hyperlink will allow you to view and download the EIC training packet: Click here to view EIC documents

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety

2:13-cv-193
09/02/2014
DEF2096

TEX0669362