**From:** Collins, Cynthia
**To:** Valenzuela, Estella
**Sent:** 5/12/2014 2:24:02 PM
**Subject:** RE: Need confirmed address for Mason Co. Mobile Station

Thanks! I'll get it to media right away.

---

**From:** Valenzuela, Estella
**Sent:** Monday, May 12, 2014 2:23 PM
**To:** Collins, Cynthia
**Subject:** RE: Need confirmed address for Mason Co. Mobile Station

# The Historical Building
# 505 Moody St.
# Mason, TX 76856

This is what the judge told me would get people there. They know this name and address.

Stella

---

**From:** Collins, Cynthia
**Sent:** Monday, May 12, 2014 2:22 PM
**To:** Valenzuela, Estella
**Subject:** FW: Need confirmed address for Mason Co. Mobile Station

---

**From:** Blackwell, Summer
**Sent:** Monday, May 12, 2014 2:15 PM
**To:** Collins, Cynthia; Peyton, John
**Subject:** RE: Need confirmed address for Mason Co. Mobile Station

Cindy,

The press release can hold until tomorrow. Can you please reach out to your person in the field or the county office to see how _they_ prefer the listing to appear. Since they are the experts on their own town and county, I would prefer they make the decision and to avoid any further confusion.

If they can simply confirm or edit this as needed:
Mason County Museum
The Historical Building
505 Moody St.
Mason, TX 76856

But we will that solid information first thing tomorrow.

Thanks,

Summer

---

**From:** Collins, Cynthia
**Sent:** Monday, May 12, 2014 2:11 PM
**To:** Blackwell, Summer; Peyton, John

2:13-cv-193
09/02/2014
DEF2099

TEX0669372

**Subject:** RE: Need confirmed address for Mason Co. Mobile Station

I checked the archived matrix from the last election (March) We used

Mason County Museum
505 Moody St.
Mason, TX 76856

Since there isn't real clarity on the building names and which museum, I think we should go with this address for consistency sake. Also, I'm not sure what the time frame is for the press release and I don't want to hold it up and/or miss the deadline while I get further clarification. Please share how you want me to proceed and I'll do what is necessary.


Cynthia (Cindy) Collins
512-424-5102

---

**From:** Blackwell, Summer
**Sent:** Monday, May 12, 2014 2:07 PM
**To:** Collins, Cynthia; Peyton, John
**Subject:** RE: Need confirmed address for Mason Co. Mobile Station

That is fine with me, *if* that is completely accurate. Are the museum and The Historical Building one and the same?

I ask because according to the Mason County museum website there are <u>two museum</u> locations.
http://www.masonchc.org/museum.html

Summer

---

**From:** Collins, Cynthia
**Sent:** Monday, May 12, 2014 2:04 PM
**To:** Blackwell, Summer; Peyton, John
**Subject:** RE: Need confirmed address for Mason Co. Mobile Station

Here was my thought and I have no idea if it's even possible:

Mason County Museum
The Historical Building
505 Moody St.
Mason, TX 76856

Thoughts?

---

**From:** Blackwell, Summer
**Sent:** Monday, May 12, 2014 2:03 PM
**To:** Collins, Cynthia; Peyton, John
**Subject:** RE: Need confirmed address for Mason Co. Mobile Station

Cindy,

So just to be clear how should the address read:

Mason County Museum
505 Moody St.
Mason, TX 76856

OR

The Historical Building
505 Moody St.
Mason, TX 76856


Thanks,
Summer

---

**From:** Collins, Cynthia
**Sent:** Monday, May 12, 2014 1:30 PM
**To:** Peyton, John; Blackwell, Summer
**Subject:** FW: Need confirmed address for Mason Co. Mobile Station
**Importance:** High


---

**From:** Valenzuela, Estella
**Sent:** Monday, May 12, 2014 1:10 PM
**To:** Collins, Cynthia
**Subject:** RE: Need confirmed address for Mason Co. Mobile Station

The address is the one on Moody.

The judge said if you can put "The Historical Building" that people will know where to go.

---

**From:** Collins, Cynthia
**Sent:** Monday, May 12, 2014 11:48 AM
**To:** Valenzuela, Estella
**Subject:** FW: Need confirmed address for Mason Co. Mobile Station
**Importance:** High

Can you verify the address on Mason County?

---

**From:** Blackwell, Summer
**Sent:** Monday, May 12, 2014 9:58 AM
**To:** Collins, Cynthia; Peyton, John
**Subject:** Need confirmed address for Mason Co. Mobile Station
**Importance:** High

Cindy,

In preparing the Mason Co. press release to go out today, I noticed that we have a different address on the PDF and the press release. Please review and let me know which one is CORRECT.

I need this ASAP so that we can get the press release issued.

**From the prepared press release:**
*Mason County Museum*
*505 Moody St.*
*Mason, TX 76856*

**From the PDF posted online:**
*Mason County Museum*
*130 Forth McKavitt*

TEX0669374

Mason, TX 76856

Thanks,

Summer Blackwell
Media and Communications
Senior Writer
Texas Department of Public Safety
summer.blackwell@dps.texas.gov
(512) 424-2083

TEX0669375