**From:** Sandoval, Martha
**To:** Rodriguez, Abraham; Estes, Charlotte; Takacs, Cynthia; Vozel, Frances; Adame, Gloria; Green, Helen; Garza, Jackie; Taylor-Vincent, Linda; Staten, Linder; Norman, Monica L
**CC:** Gutierrez-Martinez, Veronica; Meade, Kevin
**Sent:** 1/27/2014 10:08:10 AM
**Subject:** EIC

We will have to open on Saturdays for EIC starting 2/8/14 and ending 3/8/14.  I need two volunteers just like before to work on Saturdays.  Please let me know if you are able to volunteer so that we can establish a schedule.
Thanks,

*Martha Sandoval, Office Supervisor*
*DLD, Irving Station 112*
*972-259-1091 Office*
*972-259-3180 Fax*



2:13-cv-193
09/02/2014

DEF2100

TEX0669376