| | |
|---|---|
| **From:** | Youngblood, Joyce |
| **To:** | Winkley, Salestus; Meade, Kevin; Bovis, Amy L |
| **Sent:** | 3/4/2014 5:18:25 PM |
| **Subject:** | EIC ISSUED ON 03-04-2014 |

Good afternoon,

   I issued an EIC this afternoon to lady whose Texas DL expired in 2010.  She is in a wheelchair, no longer drives, and does not have a Texas State Identification Card.  She presented the following documents for i.d.  Her expired TXDL (expired in 2010), her birth certificate, her current voter registration card and, her medicare card.  The EIC issuance number is 38222846.

Regards,
Denise  Youngblood  JY15853  #  111 Garland 214-861-2118



2:13-cv-193
09/02/2014
**DEF2101**

TEX0669377