| | |
|---|---|
| **From:** | Digirolomo, Patricia |
| **To:** | Canalez, Pearl; Cano, Renee; Kopesky, Hazel; Kuykendall, Erin; Nedd, Yolanda Y; Page, Pecolia; Rubio, Rebecca; Sharp, Velma; Zamora, Kimberly |
| **CC:** | Meade, Kevin; Soto, Adriana |
| **Sent:** | 5/8/2014 2:07:17 PM |
| **Subject:** | EIC OFFICE SCHEDULE 2014.doc |
| **Attachments:** | EIC OFFICE SCHEDULE 2014.doc |

Ladies,

Attached is the schedule for the Saturday EIC issuance. Please follow the schedule accordingly.

Thank you,

*Patricia DiGirolomo*
*DLD Office Supervisor*
*Cedar Hill Station-116*
*469-272-9196 or 972-533-0175*
*Patricia.Digirolomo@dps.texas.gov*

This e-mail, including any attached files, may contain confidential and privileged information for the sole use of the intended recipient. Any review, use, distribution, or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive information for the intended recipient), please contact the sender by reply e-mail and delete all copies of this message.

2:13-cv-193
09/02/2014
DEF2102

TEX0669378