EIC OFFICE SCHEDULE MAY 2014

| Date | Employee | Employee Submitting Report |
|---|---|---|
| **May 10** | Mike Kopesky<br>Renee Cano | **Mike Kopesky** |
| **May 17** | Renee Cano<br>Ann Sharp | **Ann Sharp** |
| May 24 | Erin Kuykendall<br>Pearl Canalez | **Erin Kuykendall** |

*Submitting Report:* Please ensure that if you are listed as the person submitting the EIC report; that you send it before you leave that day and send it to Salestus, Kevin, and PDiGi.

2:13-cv-193
09/02/2014
**DEF2103**

TEX0669379