| | |
|---|---|
| **From:** | Souder, Richard |
| **To:** | Winkley, Salestus |
| **CC:** | Smith, Timothy; Meade, Kevin; Soto, Adriana; Stevens, Kimberley |
| **Sent:** | 5/8/2014 10:59:59 AM |
| **Subject:** | EIC Staffing 5/10/2014 |

Salestus,
The following will be staffing the DLC this Saturday for EIC processing.

Kim Stevens
Frank Pritchett
Shelley Brown
Raul Regalado
Veronica Santangelo
Wanda Griffin


Richard L. Souder
Assistant Manager
Garland Mega Center
214-861-3701 (w)
214-226-5873 (c)
214-861-3707 (fax)

2:13-cv-193
09/02/2014
DEF2104

TEX0669380