

# DRIVER LICENSE DIVISION

## This office is open every Saturday 10am - 2pm until March 1st 2014 for
## Election Certificates ONLY
### This card cannot be used for identification

Esta oficina está abierta cada Sábados a las 10am - 2pm Hasta 1 marzo de 2014
**Elección sólo certificados**
Esta tarjeta no puede utilizarse para la identificación



To apply, complete the Election Identification Certificate (EIC) application.
Bring documentation with you to verify your: U.S. citizenship and Identity.

Para aplicar, completar la solicitud de certificado de identificación electoral (EIC).
Traer documentación con usted para verificar su: identidad y ciudadanía estadounidense.

http://www.dps.texas.gov/driverlicense/electionid.htm

*Faster, easier, friendlier service*

Scan code for EIC online information




2:13-cv-193
09/02/2014
**DEF2105**

TEX0669382