

# DRIVER LICENSE DIVISION

**SAMPLE**
**STATE OF TEXAS**
**ELECTION CERTIFICATE**

EC# 12345678

Date of Birth
10/30/1986

Expiration Date
10/30/2014

LASTNAMEWXXUUEXXUUEXXUUEXXUU
FIRSTNAMEMIDDLENAMESUFFIXWXX

**FOR ELECTION PURPOSES ONLY**
**CANNOT BE USED AS IDENTIFICATION**

## This office is open Saturdays
## 10am - 2pm May 10th 17th 24th 2014 for
## Election Certificates ONLY
### This card cannot be used for identification

Esta oficina está abierta cada Sábados a las 10am - 2pm Hasta 10, 17, 24 de mayo de 2014
**Elección sólo certificados**
**Esta tarjeta no puede utilizarse para la identificación**

### To apply, complete the Election Identification Certificate (EIC) application.
### Bring documentation with you to verify your: U.S. citizenship and Identity.

Para aplicar, completar la solicitud de certificado de identificación electoral (EIC).
Traer documentación con usted para verificar su: identidad y ciudadanía estadounidense.
**http://www.dps.texas.gov/driverlicense/electionid.htm**

Scan code for
EIC online
information



*Faster, easier, friendlier service*

2:13-cv-193
09/02/2014

**DEF2107**

TEX0669393