# Saturday Election Certificate Procedures for the Garland Office

- You will call the supervisor on call noted on the schedule if you need to call in, reports a no-show employee, or if you dial 911 (after you take care of the situation)…etc. **If you cannot come to work on a Saturday you need to call by 8am or as soon as you know.**

- Arrival time 9:45a, doors open at 10a, closing time 2p, leave approximately 2:15 (depending on customers), please do not forget to enter in your ETA. You must wear your uniform, ID's included. If the computers are down you need to stay to inform the customers. If Nemo is down use the laminated paper numbers we use for morning line up. If Nemo is not talking then re-boot it, log in using the log in and password, it will then start automatically.

- If you cannot get into the building (your entry card does not work or you do not have it) use the phone by the doors at the back of the building (gas & loading dock entry area) to call communications (214-861-2040). Let them know you are a DL employee and you are working today doing the Election Certificates and they will buzz you in. It might take them a few minutes to answer if they are on an emergency call. Please be patient.

- A Trooper has been assigned to come in. They will be in the same capacity as a normal DL function (security and assistance if asked or needed).

- For all Emergencies that the Trooper cannot handle or if the Trooper is not in dial 911 then communications at dial 12040 or 214-861-2040. Call Supervisor on Duty if after all is taken care of to inform them.   **If we have any type of protesters, media, or major incident, Stephen Bell needs to be notified <u>first</u>. His cell number is 512-550-7064.**

- **We will use the call in line 214-861-2147 to call you if needed please answer when you hear it ring. You will also be answering the 2130 back office line using the phone etiquette sheet and answering customer questions.**

- Help Desk for DLS, passwords, or any application- dial 85432 or  512-424-5432, Answer line for questions regarding policy- dial 87180 or 512-424-7180

- Alternate DPS Press Number for (News, Reporters, or any Media) 512-424-2607 **(OK to give out to the Media).** Media Inquires regarding Election Certificates contact phone number 512-424-2081 **(OK to give out to the Media).**

- Lonny Haschel in public relations stated to call him anytime media shows up at a location and he will send someone to assist or if you need assistance with the media in general. His cell phone number is 817-832-1342. <u>This is an internal number and is not to be given out</u> to anyone other than a DPS employee.

- Document any incidents using the incident report provided (must be used for any injury, if 911 was called for any reason, Trooper assist with a crime…etc.). Please type this report or hand write it and scan it, save it, email it to Kevin Meade, Adriana Soto, and me (Amy Bovis).

2:13-cv-193
09/02/2014
DEF2108

TEX0669476

**Opening:** Enter through the back gas pump entrance.
- Stop by communications and let them know you are here.
- Turn on the lights.
- Turn up the volume all the way up on the call in phone station #12 by pressing the + sign.
- Turn up the volume at the Lead desk too. This line will be forwarded to Ext 2130 located in the back office on the computer tower. Ensure this ringer us up all the way too. This will be the phone that you will answer using a proper telephone greeting when it rings. If the Lead phone is ringing and it is not forwarded press the third button on under FwdALL on the phone, you will hear a few beeps then enter in 12130, the phone display screen will display Forwarded to 12130.
- Log on to the Information computer, sign onto Nemo Q, ensure it is working. Use a special attention number to test it.
- Log onto a workstation and bring everything up as normal (both employees counters 1-4)
- **Put out the signs (banner & yard sign)** then Open the doors at 10am by unlocking the bottom turn lock, and unlock the second door (right door) by moving the side levers.

**Daily Operations:** ** **You will be using the Original Non-CDL button at the information desk to generate a ticket if you are going to issue an Election Certificate.**
- If you process an Election Certificate, Please ensure you register the customers to vote in the system once the customer meets the requirements. We are concerned that some customers may not know if they are registered to vote – just do it again.
- You will be required to answer the phones on Saturdays. Each person will work two hours at information and two hours at the counter/phones unless agreed upon otherwise. You are a team please work together as one if one person is assisting a customer. The doors will be set to open at 10am and lock at 2p. In the event this does not happen one team member will be placed by the door informing customers we are open for Election certificates only. Please remember there are two of you if the doors do not unlock as planed each person will work two hours at the door and two hours at the counter/phones.
- Please make sure you check your email at least 3 times during your shift (Beginning, Middle and end). This is how Austin and Management will communicate with you.
- I understand you will be working through a normal lunch time and you might want to eat or drink something. The normal rules for eating and drinking still apply. Make sure food and drink are out of site and not in customer view and you are not eating or drinking in front of customers.

**Closing:** **Pick up the signs & put them in the banker area. Lock the doors.** Lock the second door (right door) by moving the side levers. Lock the left door by turning the bottom lock.
- Fill out the electronic form (EIC Tracking.xlsx) and enter in the number of inquires and issuances. Save it and send it to Amy Bovis, Kevin Meade, Salestus Winkley, & Adriana Soto. If the form does not work send us an email with how many inquires you had regarding election certificates, how many certificates were issued, and how many came in for other services.
- Fill out the Saturday final report and put in Amy's box. Attach an incident report (only if something occurs). If you have any inquires or issue an EIC then enter the information on the EIC Dashboard. http://portal/sites/dl/SitePages/Home.aspx Step by step instructions are included in your folder
- Log off the information desk and your terminals as usual.
- Recheck the front doors by pushing them lightly. They should not move. Now turn off the lights.

- Stop by communications and let them know you are leaving then exit through the back exit (gas pump side). ☺

TEX0669478