| | |
|---|---|
| From: | Silva, Samuel |
| To: | Silva, Samuel; Rodriguez, Tony |
| CC: | Daughtry, Lisa; O'Connor, Ryan; Hernandez, Cynthia; Travis, Margaret; Flores, Maria; Ramirez, Raquel; Segundo, Carolina; Uribe, Roxanne |
| Sent: | 2/7/2014 3:57:16 PM |
| Subject: | Correction. RE: EIC Region 3 Weekly Report (Monday 02/03/14 – Friday 02/07/14) - Issuance: 2, Inquiry: 0 |

Correction.  Inquiry: 0

*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*

**From:** Silva, Samuel
**Sent:** Friday, February 07, 2014 3:40 PM
**To:** Rodriguez, Tony
**Cc:** Daughtry, Lisa; O'Connor, Ryan; Hernandez, Cynthia; Travis, Margaret; Flores, Maria; Ramirez, Raquel; Segundo, Carolina; Uribe, Roxanne
**Subject:** RE: EIC Region 3 Weekly Report (Monday 02/03/14 – Friday 02/07/14) - Issuance: 2, Inquiry: 1

### EIC Region 3 Weekly Report (Monday 02/03/14 – Friday 0...

| INQUIRIES | | | ISSUAN... |
|---|---|---|---|
| **02/06/2014 - Edinburg  (Station 306):** | | | |
| Number of inquiries that did not qualify | Remarks | Number of inquiries that did qualify and were issued | EIC Number(... |
| 0<br>0 | All inquiries had valid licenses or ID Cards.<br>Just asking information | 1 | 38134530 |
| INQUIRIES | | | ISSUAN... |
| **02/07/2014 - Alice  (Station 302) - Received by Duval County:** | | | |
| Number of inquiries that did not qualify | Remarks | Number of inquiries that did qualify and were issued | EIC Number(... |
| 0<br>0 | All inquiries had valid licenses or ID Cards.<br>Just asking information | 1 | 38133023 |

*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*



2:13-cv-193
09/02/2014
DEF2109

TEX0669481