**From:** Silva, Samuel
**To:** Rodriguez, Tony
**CC:** Daughtry, Lisa; O'Connor, Ryan; Hernandez, Cynthia; Travis, Margaret; Flores, Maria; Ramirez, Raquel; Segundo, Carolina; Uribe, Roxanne
**Sent:** 1/10/2014 3:30:20 PM
**Subject:** EIC Region 3 Weekly Report (Monday 01/06/2014 - Friday 01/10/2014) - Issuance: 0, Inquiry: 1

Tony,
EIC Region 3 Weekly Report (Monday 01/06/2014 – Friday 01/10/14). Have a great weekend.
Sam.

| EIC Region 3 Weekly Report (Monday 01/06/2014 – Friday 01/10/14) | | | |
|---|---|---|---|
| **3** | **Issuance** | **0** | Zero issuances |
| | **Inquiry** | **1** | Weslaco- Applicant specifically inquired in wanting to obtain an EIC but did not qualify due to having a valid Texas DL |

***DLD Vision: We are creating a faster, easier, and friendlier driver license experience and a safer Texas.***

***Samuel J. Silva***
***Driver License Regional Manager***
***O: (956) 565-7210***
***M: (956) 369-4517***

