| | |
|---|---|
| **From:** | Segundo, Carolina |
| **To:** | Rodriguez, Tony |
| **CC:** | Daughtry, Lisa; O'Connor, Ryan; Hernandez, Cynthia; Travis, Margaret; Flores, Maria; Ramirez, Raquel; Uribe, Roxanne; Silva, Samuel |
| **Sent:** | 1/17/2014 3:10:30 PM |
| **Subject:** | EIC Region 3 Weekly Report (Monday 01/13/2014 - Friday 01/17/2014) - Issuance: 0, Inquiry: 1 |

Mr. Rodriguez,
EIC Region 3 Weekly Report (Monday 01/13/2014 – Friday 01/17/14).

| EIC Region 3 Weekly Report (Monday 01/13/2014 – Friday 01/17/14) | | | |
|---|---|---|---|
| 3 | Issuance | 0 | Zero issuances |
| | Inquiry | 1 | Weslaco- While applying for a driver license, a customer inquired about the Election ID Certificate, but decided to apply for his driver license. |

**Carol Segundo**
**Driver License Division**
**Region 3 - Weslaco**
**(956) 565-7211**
**(956) 565-7205 (fax)**



TEX0669483