| From:    | Silva, Samuel |
|----------|---------------|
| To:      | Rodriguez, Tony |
| CC:      | Daughtry, Lisa; O'Connor, Ryan; Hernandez, Cynthia; Travis, Margaret; Flores, Maria; Ramirez, Raquel; Segundo, Carolina; Uribe, Roxanne |
| Sent:    | 1/24/2014 3:02:23 PM |
| Subject: | EIC Region 3 Weekly Report (Monday 01/20/14 – Friday 01/24/14) - Issuance: 0, Inquiry: 0 |

## EIC Region 3 Weekly Report (Monday 01/20/14 – Friday 01/24/14)

| EIC Region 3 Weekly Report (Monday 01/20/14 – Friday 01/24/14) | | | |
|---|---|---|---|
| 3 | Issuance | 0 | Zero issuances |
|   | Inquiry  | 0 | Zero inquiries |

Sam.

*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*



TEX0669484