| | |
|---|---|
| **From:** | Silva, Samuel |
| **To:** | Rodriguez, Tony |
| **CC:** | Daughtry, Lisa; O'Connor, Ryan; Hernandez, Cynthia; Travis, Margaret; Flores, Maria; Ramirez, Raquel; Segundo, Carolina; Uribe, Roxanne |
| **Sent:** | 1/31/2014 4:10:23 PM |
| **Subject:** | EIC Region 3 Weekly Report (Monday 01/27/14 – Friday 01/31/14) - Issuance: 0, Inquiry: 1 |

Have a great weekend.

| **EIC Region 3 Weekly Report (Monday 01/24/1413 – Friday 01/31/14)** ||||
|---|---|---|---|
| **3** | **Issuance** | 0 | Zero issuances |
| | **Inquiry** | 1 | 1 - Inquiry in Crystal City office. Applicant inquired about the fee for an EIC card. Applicant, however, had a valid Texas DL & was therefore not eligible. |

Sam.

*DLD Vision: We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*



TEX0669485