| | |
|---|---|
| **From:** | Uribe, Roxanne |
| **To:** | Rodriguez, Tony |
| **CC:** | Daughtry, Lisa; O'Connor, Ryan; Silva, Samuel |
| **Sent:** | 12/13/2013 3:58:17 PM |
| **Subject:** | EIC Region 3 Weekly Report (Monday 09 Dec - Friday 13 Dec) - Issuance: 0, Inquiry: 0 |

Mr. Rodriguez,

Below is the EIC Region 3 Weekly Report for Monday December 9th through Friday December 13th.
Have a great weekend.

| | EIC Region 3 Weekly Report (Monday 12/09/13 – Friday 12/13/2013) | | | |
|---|---|---|---|---|
| **3** | **Issuance** | 0 | Zero issuances. |
| | **Inquiry** | 0 | Zero inquiries. |

*Roxanne Uribe*
Customer Operations Secretary III
Drivers License -- Corpus Christi
Ph: (361) 698-5624 | Fax: (361) 698-5557
roxanne.uribe@dps.texas.gov



TEX0669486