| | |
|---|---|
| **From:** | Silva, Samuel |
| **To:** | Rodriguez, Tony |
| **CC:** | Daughtry, Lisa; O'Connor, Ryan; Hernandez, Cynthia; Travis, Margaret; Flores, Maria; Ramirez, Raquel; Segundo, Carolina; Uribe, Roxanne |
| **Sent:** | 1/3/2014 3:41:25 PM |
| **Subject:** | EIC Region 3 Weekly Report (Monday 12/30/13 – Friday 01/03/14) - Issuance: 0, Inquiry: 0 |

## EIC Region 3 Weekly Report (Monday 12/30/13 – Friday 01/03/14)

| EIC Region 3 Weekly Report (Monday 12/30/13 – Friday 01/03/14) | | | |
|---|---|---|---|
| **3** | **Issuance** | 0 | Zero issuances |
| | **Inquiry** | 0 | Zero inquiries |

Sam.

*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*

2:13-cv-193
09/02/2014
DEF2115

TEX0669487