| | |
|---|---|
| **From:** | Franklin, Valerie |
| **To:** | Prince, Nancy |
| **CC:** | Garcia, Joseph |
| **Sent:** | 5/13/2014 12:51:20 PM |
| **Subject:** | RE: Correct Name is Ruby Barber - FW: Ruby Barber |

I spoke to Ms. Barber
She was born in Tennessee at home. She states that there was never any birth certificate filed. I told her I would contact the state and see how she could obtain a birth record of some kind. She had a driver license that expired in 2010 and there are no ID documents scanned into the system. By the way, she stated she had a 1:30 appointment with the newspaper.
Thanks

Val

**From:** Prince, Nancy
**Sent:** Tuesday, May 13, 2014 12:36 PM
**To:** Franklin, Valerie
**Subject:** RE: Correct Name is Ruby Barber - FW: Ruby Barber

Yes, please.
Thank you Valerie,

**From:** Franklin, Valerie
**Sent:** Tuesday, May 13, 2014 11:54 AM
**To:** Prince, Nancy
**Cc:** Garcia, Joseph
**Subject:** RE: Correct Name is Ruby Barber - FW: Ruby Barber

Nancy
We had an EIC inquiry yesterday while you were out and I reported it to Joe and put it in sharepoint. Apparently this is the 92 year old lady that came into the Waco DL office yesterday concerning an election certificate. She stated, "she was not born". She was told by staff what she needed but left the office stating, "we must all be republicans". Do you need me to make contact with her?
Thanks

Val

**From:** Garcia, Joseph
**Sent:** Tuesday, May 13, 2014 11:38 AM
**To:** Prince, Nancy
**Cc:** Franklin, Valerie
**Subject:** Correct Name is Ruby Barber - FW: Ruby Barber

Nancy:

Correction on first name: Ruby.

Joseph J. Garcia
Manager III

Texas Department of Public Safety
Driver License Division
Region 6B

**From:** Vinger, Tom



2:13-cv-193
09/02/2014
**DEF2117**

TEX0669490

**Sent:** Tuesday, May 13, 2014 11:31 AM
**To:** Bell, Stephen; Rodriguez, Tony; Garcia, Joseph
**Subject:** RE: Ruby Barber

Sorry, note her name is Ruby……

---

**From:** Vinger, Tom
**Sent:** Tuesday, May 13, 2014 11:19 AM
**To:** Bell, Stephen; Rodriguez, Tony; Garcia, Joseph
**Subject:** Rudy Barber
**Importance:** High

I was hoping that someone could give me some assistance on a media inquiry.

This woman, who is 92 or 93, and lives in Bellmead is having trouble getting an EIC because of lack of birth certificate.  Her number is phone number is 254-799-3670.  She has an expired DL or ID.

It is always helpful on these to figure out what the issue between us and the customer to see if we can help before this becomes a big media story.

Getting clarification on where she tried to go.  They told me Elm Mott, but I don't see anything related to that, and apparently on a Saturday.  Please confirm that someone.

*Tom Vinger*
*Press Secretary*
*Texas Department of Public Safety*
*Media and Communications Office*
*(512) 424-2607*
*tom.vinger@dps.texas.gov*(Please note new email address.)