| | |
|---|---|
| **From:** | Vinger, Tom |
| **To:** | Murphy, Kathleen; Rodriguez, Tony; Peters, Joe |
| **CC:** | Garcia, Joseph |
| **Sent:** | 5/15/2014 1:14:06 PM |
| **Subject:** | Waco Tribune TIME SENSITIVE RESPONSE |

If DPS encounters some type of extraordinary or unusual document challenge, we work with the customer to resolve the issue. In this case, we have contacted the customer, and continue to work with her on possible solutions.

*Tom Vinger*
*Press Secretary*
*Texas Department of Public Safety*
*Media and Communications Office*
*(512) 424-2607*
*tom.vinger@dps.texas.gov(Please note new email address.)*



2:13-cv-193
09/02/2014
DEF2118