| | |
|---|---|
| **From:** | Garcia, Joseph |
| **To:** | Vinger, Tom |
| **CC:** | Murphy, Kathleen; Rodriguez, Tony; Peters, Joe |
| **Sent:** | 5/15/2014 1:19:28 PM |
| **Subject:** | Re: Waco Tribune TIME SENSITIVE RESPONSE |

Tom:
The customer has not returned any of at least 8 attempts to contact her. We are still trying. Joe

Sent from my iPhone

On May 15, 2014, at 1:14 PM, "Vinger, Tom" <Tom.Vinger@dps.texas.gov> wrote:

If DPS encounters some type of extraordinary or unusual document challenge, we work with the customer to resolve the issue. In this case, we have contacted the customer, and continue to work with her on possible solutions.

*Tom Vinger*
*Press Secretary*
*Texas Department of Public Safety*
*Media and Communications Office*
*(512) 424-2607*
tom.vinger@dps.texas.gov (Please note new email address.)



2:13-cv-193
09/02/2014
**DEF2119**

TEX0669493