# Ruby Denton in household of Durwood Denton, "United States Census, 1940"

|   |   |
|---|---|
| Name: | **Ruby Denton** |
| Titles and Terms: | |
| Event Type: | Census |
| Event Date: | 1940 |
| Event Place: | McKinney, Justice Precinct 1, Collin, Texas, United States |
| Gender: | Female |
| Age: | 19 |
| Marital Status: | Married |
| Race (Original): | White |
| Race: | White |
| Relationship to Head of Household (Original): | Wife |
| Relationship to Head of Household: | Wife |
| Birthplace: | Tennessee |
| Birth Year (Estimated): | 1921 |
| Last Place of Residence: | Rural, Mcnairy, Tennessee |
| District: | 43-4 |
| Family Number: | 316 |
| Sheet Number and Letter: | 14B |
| Line Number: | 74 |
| Affiliate Publication Number: | T627 |
| Affiliate Film Number: | 4008 |
| Digital Folder Number: | 005456928 |
| Image Number: | 00155 |

| | Household | Gender | Age | Birthplace |
|---|---|---|---|---|
| Head | Durwood Denton | M | 24 | Arkansas |
| Wife | Ruby Denton | F | 19 | Tennessee |
| Stepson | James N Smith | M | 3 | Tennessee |

**Citing this Record**

"United States Census, 1940," index and images, *FamilySearch* (https://familysearch.org/pal:/MM9.1.1/KWJD-WKW : accessed 20 May 2014), Ruby Denton in household of Durwood Denton, McKinney, Justice Precinct 1, Collin, Texas, United States; citing enumeration district (ED) 43-4, sheet 14B, family 316, NARA digital publication of T627, roll 4008.

https://familysearch.org/pal:/MM9.1.1/KWJD-WKW

2:13-cv-193
09/02/2014
**DEF2121**

TEX0669496

| Records | Collections |

**United States Census, 1940**

Search all collections

1-5 of 5 results for Name: **Ruby Virginia Miller**, Event: **Residence**, Place: **texas**, Event: **Birth**, Place: **Tennessee**, Event Range: **1921-1921**

Number of results to show: | 20 | 50 | 75 |

| Name | Events | | | Relationships | | Preview |
|---|---|---|---|---|---|---|
| Virginia Blackburn Daughter United States Census, 1940 | birth:<br>residence: | 1921<br>1940 | Tennessee<br>Corpus Christi, Justice Precinct 1, Nueces, Texas, United States | other: | P A Hughes, Alta Hughes, Susan Blackburn | |
| Virginia Stockard Daughter United States Census, 1940 | birth:<br>residence: | 1921<br>1940 | Tennessee<br>Tract 42, Dallas, Justice Precinct 7, Dallas, Texas, United States | father:<br>mother:<br>other: | Felix W Stockard<br>Willie A Stockard<br>Elizabeth Stockard | |
| Ruby Suiter Boarder United States Census, 1940 | birth:<br>residence: | 1921<br>1940 | Tennessee<br>Wichita Falls, Justice Precinct 1, Wichita, Texas, United States | other: | Ruth *Mes | |
| Ruby Denton Wife United States Census, 1940 | birth:<br>residence: | 1921<br>1940 | Tennessee<br>McKinney, Justice Precinct 1, Collin, Texas, United States | spouse:<br>other: | Durwood Denton<br>James N Smith | |
| Virginia Simpson Daughter United States Census, 1940 | birth:<br>residence: | 1921<br>1940 | Tennessee<br>Floydada, Justice Precinct 1, Floyd, Texas, United States | father:<br>mother:<br>other: | Horace Simpson<br>Pearl Simpson<br>Ruth Simpson, Horace Simpson, Jimmy Simpson | |

TEX0669498