**From:** Garcia, Joseph
**To:** Rodriguez, Tony
**Sent:** 5/20/2014 1:22:32 PM
**Subject:** 3:30 Appointment

Ms Barber has a 3:30 appointment today.
Sent from my iPhone

2:13-cv-193
09/02/2014
**DEF2123**

TEX0669502