| | |
|---|---|
| **From:** | Garcia, Joseph |
| **To:** | Rodriguez, Tony (tony.rodriguez@dps.texas.gov) |
| **CC:** | Prince, Nancy (Nancy.Prince@dps.texas.gov); Franklin, Valerie (valerie.franklin@dps.texas.gov); Collins, Cynthia; Krueger, Kristopher (kristopher.krueger@dps.texas.gov); Vinger, Tom (Tom.Vinger@dps.texas.gov) |
| **Sent:** | 5/20/2014 3:00:11 PM |
| **Subject:** | EIC - Ruby Barber - Issued |

Tony:

Ms. Ruby Barber was processed for an EIC, No. 38506102, at Waco DL Office on May 20, 2014. I approved the documents we discussed. Joe

Joseph J. Garcia
Manager III

Texas Department of Public Safety
Driver License Division
Region 6B

2:13-cv-193
09/02/2014
**DEF2124**

TEX0669503