# EIC Status as of Jan 6, 2014

2:13-cv-193
09/02/2014
DEF2125

# Overall Application Counts

| Issuance Status | As of 01/06/2014 |
|---|---|
| # Applied | 165 |
| # Not Valid | 16 |
| # In Process | 0 |
| # Validated | 149 |

TEX0669506

# Number of Applications by Day of Week



TEX0669507

# Number of Applications by Month



TEX0669508

# Number of Applications by Week



TEX0669509