

# Election Certificate Issuance Campaign

## October-November 2013

2:13-cv-193
09/02/2014

DEF2126

# Summary

- **150** Election Certificates issued between June 2013 and November 13, 2013.
- Cost of **$XXXXX** above budgeted operating expenses.
- Estimated cost of **$XXXXX** per card

TEX0669515

# Applications Over Time



TEX0669516

# Applications

## Applications by Month

| Month | |
|---|---|
| Jul | 6 |
| Aug | 2 |
| Sep | 7 |
| Oct | 114 |
| Nov | 21 |
| **Grand Total** | **150** |

## Applications by Week

| Week # | |
|---|---|
| 27 | 1 |
| 28 | 1 |
| 29 | 2 |
| 30 | 2 |
| 32 | 1 |
| 34 | 1 |
| 37 | 1 |
| 38 | 2 |
| 39 | 4 |
| 40 | 12 |
| 41 | 20 |
| 42 | 20 |
| 43 | 41 |
| 44 | 29 |
| 45 | 13 |

## Applications by Day of Week

| Day of Week | |
|---|---|
| Saturday | 18 |
| Friday | 26 |
| Thursday | 26 |
| Wednesday | 22 |
| Tuesday | 35 |
| Monday | 23 |
| **Grand Total** | **150** |

## Applications by Station Type

| | |
|---|---|
| DL Office | 84 |
| DL Mobile | 63 |
| Co. Mobile | 3 |
| **Grand Total** | **150** |

TEX0669517

# Applicant Demographics



### Number of Applicants by Age Group

### Number of Applicants by Age and Gender

■ Male ■ Female

### Number of Applicants by Race

| Age | | Race | |
|---|---|---|---|
| < 20 | 29 | WHITE | 58 |
| 20-29 | 15 | HISPANIC | 49 |
| 30-39 | 9 | BLACK | 40 |
| 40-49 | 25 | AMERICAN INDIAN/ALASKAN NATIVE | 2 |
| 50-59 | 24 | | |
| 60-69 | 20 | OTHER | 1 |
| 70-79 | 5 | Grand Total | 150 |
| 80-89 | 15 | Gender | |
| 90-100 | 8 | F | 69 |
| | | M | 81 |
| Grand Total | 150 | Grand Total | 150 |

TEX0669518

# Applicant County of Residence



| County | ↑↓ |
|--------|-----|
| HIDALGO | 32 |
| HARRIS | 23 |
| TARRANT | 15 |
| DALLAS | 12 |
| TRAVIS | 7 |
| SMITH | 5 |
| GREGG | 4 |
| GRIMES | 4 |
| CAMERON | 4 |
| WEBB | 3 |
| WALLER | 3 |
| EL PASO | 3 |
| POLK | 2 |
| DENTON | 2 |
| LASALLE | 2 |
| PARKER | 2 |
| HOWARD | 2 |
| SAN JACINTO | 1 |
| CLAY | 1 |
| FORT BEND | 1 |
| HAYS | 1 |
| BEE | 1 |
| BELL | 1 |
| FOARD | 1 |
| ANDERSON | 1 |
| UVALDE | 1 |
| JEFFERSON | 1 |
| CROCKETT | 1 |
| JOHNSON | 1 |
| REAL | 1 |
| KINNEY | 1 |
| SCURRY | 1 |
| LAMPASAS | 1 |
| STARR | 1 |
| BEXAR | 1 |
| GALVESTON | 1 |
| LAVACA | 1 |
| CHEROKEE | 1 |
| MAVERICK | 1 |
| ZAVALA | 1 |
| NUECES | 1 |
| DICKENS | 1 |
| Grand Total | 150 |

TEX0669519

# Inquiries

### Inquiries by Week*



### Inquiry Description



*DLD did not collect inquiry data in week 42

TEX0669520