| | |
|---|---|
| From: | O'Connor, Ryan |
| To: | Petersen, Dain |
| Sent: | 2/10/2014 8:11:50 AM |
| Subject: | FW: Correction. RE: EIC Region 3 Weekly Report (Monday 02/03/14 – Friday 02/07/14) - Issuance: 2, Inquiry: 0 |

**From:** Silva, Samuel
**Sent:** Friday, February 07, 2014 3:57 PM
**To:** Silva, Samuel; Rodriguez, Tony
**Cc:** Daughtry, Lisa; O'Connor, Ryan; Hernandez, Cynthia; Travis, Margaret; Flores, Maria; Ramirez, Raquel; Segundo, Carolina; Uribe, Roxanne
**Subject:** Correction. RE: EIC Region 3 Weekly Report (Monday 02/03/14 – Friday 02/07/14) - Issuance: 2, Inquiry: 0

Correction.  Inquiry: 0

*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
**Driver License Regional Manager**
*O:* (956) 565-7210
*M:* (956) 369-4517

> 2:13-cv-193
> 09/02/2014
> **DEF2127**

**From:** Silva, Samuel
**Sent:** Friday, February 07, 2014 3:40 PM
**To:** Rodriguez, Tony
**Cc:** Daughtry, Lisa; O'Connor, Ryan; Hernandez, Cynthia; Travis, Margaret; Flores, Maria; Ramirez, Raquel; Segundo, Carolina; Uribe, Roxanne
**Subject:** RE: EIC Region 3 Weekly Report (Monday 02/03/14 – Friday 02/07/14) - Issuance: 2, Inquiry: 1

## EIC Region 3 Weekly Report (Monday 02/03/14 – Friday 02/

| INQUIRIES | | | ISSUANC |
|---|---|---|---|

**02/06/2014 - Edinburg  (Station 306):**

| Number of inquiries that did not qualify | Remarks | Number of inquiries that did qualify and were issued | EIC Number( |
|---|---|---|---|
| 0<br>0 | All inquiries had valid licenses or ID Cards.<br>Just asking information | 1 | 38134530 |

| INQUIRIES | | | ISSUANC |
|---|---|---|---|

**02/07/2014 - Alice  (Station 302) - Received by Duval County:**

| Number of inquiries that did not qualify | Remarks | Number of inquiries that did qualify and were issued | EIC Number( |
|---|---|---|---|
| 0<br>0 | All inquiries had valid licenses or ID Cards.<br>Just asking information | 1 | 38133023 |

TEX0669523

*DLD Vision: We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*

TEX0669524