| | |
|---|---|
| **From:** | Meade, Kevin |
| **To:** | Bovis, Amy L; Formoso, Bonnie; Harris, Kristi; Ortiz Luna, Yaritza M; Washington, Jenita; DeLeon, Maria; Digirolomo, Patricia; Sandoval, Martha; Wells, Warren |
| **CC:** | Soto, Adriana; Winkley, Salestus; Smith, Timothy; Souder, Richard |
| **Sent:** | 5/6/2014 12:46:11 PM |
| **Subject:** | FW: EIC Saturday Information and Zip File |
| **Attachments:** | Saturday.zip |

Team,

Just an idea you may want to tweak (make it your office specific) and pass along to your team members.

Thanks Amy!

Kevin

---

**From:** Bovis, Amy L
**Sent:** Tuesday, May 06, 2014 12:34 PM
**To:** Caradine, Tierra; Freeman, Sandra; Humphries, Jack; Jones, Dawna; Mandara, Kulwinder; Rickard, Jessica; Rivera, Margarita; Rives, Susie; Sandoval, Christian; Staples, Jessica N; Youngblood, Joyce; Holmes, Jamal; Perez, Charles; Bradley, Debra; Swetzig, Ivy; Blanco, Joseph; Ballew, Linda; Mesa-Correa, Sherryl; Moore, Shirley
**Cc:** Meade, Kevin
**Subject:** EIC Saturday Information and Zip File
**Importance:** High

2:13-cv-193
09/02/2014
**DEF2130**

Hello Team,

EIC begins this Saturday. Attached is a zip file full off resources. This has all the documents you will need (and more) to work an Election Certificate Saturday. Please see the description of the documents attached below. **We will not have banners or signs to put outside for this time period as of right now.**

- 32 DLS Job Aid Texas Election Certificate Revised 9-2013 .docx. - This is a step by step guide on how to issue an Election Certificate.

- 32 Texas Election Certificate. docx. - This is the thicker packet with the Election Certificate presentation.

- DL-14C.pdf - The English application someone would fill out if they want to apply for an Election Certificate.

- DL-14CS.pdf - The Spanish application someone would fill out if they want to apply for an Election Certificate.

- EIC Banner on Window.jpg- This an example of how to hang the banner.

- EIC Tracking. xls - This is the report you will log your Election Certificate issuance, inquires, and non-election certificate related inquires. It will be sent to Salestus Winkley, Kevin Meade, Amy Bovis, & Adriana Soto at the end of your shift. If you cannot get the report to work then send an email and include your numbers in the body of the email.

- Election Certificate Issuance Procedures Job Aid . docx - A quick reference sheet for issuance and good Questions & Answerers (Q&A's).

- Election Identification Certificate Handout. doc - The handout we can give our customers regarding the Election Certificates.

- Email to team about Election Cert Saturday zip file- this email just in case you need it again and accidently delete the original.

- Garland DL Weekend Incident report . doc - This is the form you would fill out if you have an incident. You will place this in Amy's box if you fill one out.

- Phone Etiquette- This form will instruct you how to answer the phone, transfer, and place customers on hold…etc.

- Phone Numbers **DL DO NOT GIVE OUT** - This is a list of all our internal phone numbers. A quick reference sheet. These numbers **are not** to be given to the public.

- Phone Numbers DL OK TO GIVE OUT - This is a list of phone numbers that can be given to the public (Media, Customer Service numbers…etc.)

- Saturday Election Certificate Procedures for Garland Office .doc - This is our office procedures with helpful numbers, policies, opening, closing, and daily operations procedures.

- Saturday Final Report .xls- This is the report you will use to tally and finalize your totals and communicate important information to me. It is to be placed in my box before you leave Saturday.

- Screen shot of our website hours. doc - Just so you know what our website says about the Election Certificates. (This has not been entered on the website yet but it should be there in a few days)

Thank you!

Amy Bovis
Office Supervisor
Garland Driver License
350 W. I-30
Garland, TX  75043
Phone:  (214) 861-2118
Fax: (214) 861-2160

TEX0669530