| | |
|---|---|
| **From:** | Meade, Kevin |
| **To:** | Winkley, Salestus |
| **Sent:** | 5/10/2014 11:19:31 AM |
| **Subject:** | FW: EIC |

Just an FYI…an individual went to DSW on Thursday and received an EIC. Everything was entered into sharepoint but the documentation was questionable due to the presence of two separate last names. The concern Lisa Daughtry has is with the match of last names with the EIC and Voter Registration card. She is not 100% sure they match.

---

**From:** Washington, Jenita
**Sent:** Friday, May 09, 2014 5:14 PM
**To:** Meade, Kevin
**Subject:** Re: EIC

Spoke with Lisa and got everything straight. We couldn't put the record in her married name because she didn't provide her marriage license. However Lisa will make contact with the customer.

---

**From:** Meade, Kevin
**Sent:** Thursday, May 08, 2014 02:23 PM
**To:** Washington, Jenita
**Cc:** Winkley, Salestus
**Subject:** RE: EIC

Awesome!!

---

**From:** Washington, Jenita
**Sent:** Thursday, May 08, 2014 2:21 PM
**To:** Meade, Kevin
**Cc:** Winkley, Salestus
**Subject:** EIC

EIC issued today and added to sharepoint.

EIC# 38465097

*Jenita Washington*
Office Supervisor-Dallas Southwest
Texas Department of Public Safety-Driver's License Division
Phone: 214-330-3958
Fax: 214-339-7437
Email: Jenita.Washington@dps.texas.gov
*The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at* http://www.survey.utexas.edu/txdps/

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please delete the message.

2:13-cv-193
09/02/2014
DEF2131

TEX0669610