**EIC County Service Requirements**
**Primary Election 2014 EIC County Services covered by DLD**

**Operating Requirements**
1. Each county must receive 5 days service.
2. 1 of the 5 days service must be on a Saturday.
3. 2 of the 5 days must operate until 7:00 pm and may start at a later time. Staying till 7:00 pm at locations will need to be negotiated with the property owner.
4. Each region will plan to cover for bad weather to ensure each county receives 5 days of service.

**Completing the EIC County Services Master Matrix**
1. Use the column for your region.
2. Dates, weeks, and holidays are already labeled.
3. Counties to be covered by each region are in row 2.
4. Below are the addresses used during the November 2013 elections.
5. Contact the location to verify DLD can still use the space and negotiate dates that will meet the above operating requirements.
6. If a location will not let DLD use it any longer, contact the county to find a suitable space.
7. In each box by the date of service, list the following in this order:

   County Name
   Building
   Address
   Time

Example:



8. Color every box red until it has been visited and verified.

**November 2013 Elections County Locations**
**Region 1A**
<u>Camp County</u>
Camp County Annex Building
115 North AVE, Pittsburg, TX



TEX0669611

<u>Franklin County</u>
JP Court
502 E Main, Mount Vernon, TX

**Region 1B**
<u>Somervell County</u>
Somervell County Offices
107 Vernon, Glen Rose, TX

**Region 2A**
None

**Region 2B**
<u>Sabine County</u>
County Administration Building
280 Main ST, Hemphill, TX

**Region 3**
<u>Aransas County</u>
County Courthouse
301 N Live Oak ST, Rockport, TX

<u>Edwards County</u>
Sheriff's Office
404 W Austin, Rock Springs, TX

<u>Kinney County</u>
County Courthouse
501 S Ann ST, Brackettville, TX

<u>Real County</u>
County Courthouse
146 Highway 83 S, Leakey, TX

**Region 4**
<u>Concho County</u>
City Council Chambers
120 Paint Rock ST, Eden, TX

<u>Crockett County</u>
County Courthouse
909 Avenue D, Ozona, TX

<u>Glasscock County</u>
Glasscock Community Center
117 S Myrl, Garden City, TX

Hudspeth County
525 N Wilson ST, Sierra Blanca, TX

Jeff Davis County
County Courthouse THP Office
100 N State ST, Fort Davis, TX

Mason
Mason County Museum
505 Moody ST, Mason, TX

Sterling County
County Courthouse
609 4th AVE, Sterling City, TX

Upton County
Public Library
212 W 7th ST, McCamey, TX

**Region 5**
Archer County
County Courthouse
100 S Center ST, Archer City, TX

Armstrong County
Courthouse Basement
287 and Trice, Claude, TX

Briscoe County
415 Main, Silverton, TX

Clay County
Commissioners Court Room
214 N Main, Henrietta, TX

Collingsworth County
County Courthouse
800 West AVE, Wellington, TX

Dickens County
North Dickens County Senior Center
511 Montgomery, Dickens, TX

Foard County
Sheriff's Office Conference Room
110 S First ST, Crowell, TX

Garza County
Old Driver License Office
300 W Main, Post, TX

Hartley County
County Courthouse
900 Main ST, Channing, TX

Motley County
County 2nd Courthouse
701 Dundee, Matador, TX

Potter County
Amarillo Central Library
413 SE 4th ST, Amarillo, TX
Roberts County

Stonewall County
County Courthouse
128 Town Square LN, Aspermont, TX

Wheeler County
County Courthouse
401 Main ST, Wheeler, Texas

**Region 6A**
Bandera County
Ray Mauer Annex
403 12th ST, Bandera, TX

Goliad County
Tax Assessor Collectors Office
329 Franklin, Goliad, TX

Jackson County
County Annex DPS Office
411 N Wells, Edna, TX

Karnes County
County Courthouse
210 W Calvert, Karnes City, TX

**Region 6B**

<u>Blanco County</u>
Trinity Lutheran Church
703 N Main ST, Blanco, TX

District Court Room #23 on 2nd Floor
101 E Pecan ST, Johnson City, TX

<u>Falls County</u>
County Courthouse
134 Craik ST, Marlin, TX

<u>San Saba County</u>
TX Health and Human Services
423 E Wallace ST, San Saba, TX

TEX0669615