| | |
|---|---|
| **From:** | Election_Identification_Certificates |
| **To:** | judge@aransascounty.org |
| **CC:** | Silva, Samuel |
| **Sent:** | 4/10/2014 1:37:51 PM |
| **Subject:** | EIC Interlocal Cooperation Contract |
| **Attachments:** | Region 3 Aransas County EIC ICC.pdf |

Attached please find the Election Identification Certificate ICC signed by Joe Peters, Assistant Director.

Best regards,
Cynthia (Cindy) Collins
Phone – 512-424-5102
Cell – 512-221-7908

2:13-cv-193
09/02/2014
DEF2133

TEX0669616