| | |
|---|---|
| **From:** | Ramirez, Raquel |
| **To:** | Silva, Samuel |
| **CC:** | Flores, Maria; Uribe, Roxanne; Segundo, Carolina |
| **Sent:** | 1/10/2014 10:33:20 AM |
| **Subject:** | EIC Region 3 Weekly Report (Monday 01/06/13 – Friday 01/10/14) |

EIC for areas 3A01-3A04..

| EIC Region 3 Weekly Report (Monday 01/06/1413 – Friday 01/10/14) ||||
|---|---|---|---|
| **3** | **Issuance** | 0 | Zero issuances |
| | **Inquiry** | 1 | Weslaco- Applicant specifically inquired in wanting to obtain and EIC but did not qualify due to having a valid Texas DL |

Thank You,
*Raquel Ramirez*
Assistant Manager, DLD
(956) 565-7212

---

**From:** Silva, Samuel
**Sent:** Friday, January 03, 2014 3:41 PM
**To:** Rodriguez, Tony
**Cc:** Daughtry, Lisa; O'Connor, Ryan; Hernandez, Cynthia; Travis, Margaret; Flores, Maria; Ramirez, Raquel; Segundo, Carolina; Uribe, Roxanne
**Subject:** EIC Region 3 Weekly Report (Monday 12/30/13 – Friday 01/03/14) - Issuance: 0, Inquiry: 0

**EIC Region 3 Weekly Report (Monday 12/30/13 – Friday 01/03/14)**

| EIC Region 3 Weekly Report (Monday 12/30/13 – Friday 01/03/14) ||||
|---|---|---|---|
| **3** | **Issuance** | 0 | Zero issuances |
| | **Inquiry** | 0 | Zero inquiries |

Sam.
*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
Samuel J. Silva
Driver License Regional Manager
**O: (956) 565-7210**
**M: (956) 369-4517**

2:13-cv-193
09/02/2014
DEF2135

TEX0669620