| | |
|---|---|
| **From:** | Hernandez, Anna |
| **To:** | Ramirez, Raquel; Flores, Maria |
| **CC:** | Segundo, Carolina; Uribe, Roxanne |
| **Sent:** | 1/17/2014 9:15:12 AM |
| **Subject:** | Region 3 EIC Report for 01-13-14 thru 01-17-14 |
| **Attachments:** | Region 3 EIC Report for 01-13-14 thru 01-17-14.xls |

All,

As requested.

Thank You,

Anna Marie Hernandez
Office Supervisor
Weslaco Driver License Office



TEX0669622