| | |
|---|---|
| From: | Ramirez, Raquel |
| To: | Silva, Samuel |
| CC: | Flores, Maria; Uribe, Roxanne; Segundo, Carolina |
| Sent: | 1/31/2014 12:02:37 PM |
| Subject: | EIC Region 3 Weekly Report (Monday 01/24/13 – Friday 01/31/14) - Issuance: 0, Inquiry: 0 |

Sam,

EIC for areas 3A01-3A04..

| EIC Region 3 Weekly Report (Monday 01/24/1413 – Friday 01/31/14) | | | |
|---|---|---|---|
| 3 | **Issuance** | 0 | Zero issuances |
| | **Inquiry** | 0 | Zero Inquiries |

Thank You,
*Raquel Ramirez*
Assistant Manager, DLD
(956) 565-7212

2:13-cv-193
09/02/2014
**DEF2138**

TEX0669624