| | |
|---|---|
| **From:** | Flores, Maria |
| **To:** | Silva, Samuel |
| **CC:** | Segundo, Carolina; Ramirez, Raquel; Uribe, Roxanne |
| **Sent:** | 1/24/2014 11:41:07 AM |
| **Subject:** | EIC Region 3 Weekly Report (Monday 01-21-2014 - Friday 01-24-2014) - Issuance: 0, Inquiry: 0 |

Report for Areas 3A05- 3A07

| **EIC Region 3 Weekly Report (Monday 01/21/2014 – Friday 01/24/14)** | | | |
|---|---|---|---|
| **3** | **Issuance** | 0 | Zero issuances |
| | **Inquiry** | 0 | Zero inquiries |



TEX0669625