| | |
|---|---|
| **From:** | Ramirez, Raquel |
| **To:** | Silva, Samuel |
| **CC:** | Flores, Maria; Segundo, Carolina; Uribe, Roxanne |
| **Sent:** | 1/24/2014 11:54:24 AM |
| **Subject:** | EIC Region 3 Weekly Report (Monday 01-21-2014 - Friday 01-24-2014) - Issuance: 0, Inquiry: 0 |

EIC report for 3A01 – 3A04...

| EIC Region 3 Weekly Report (Monday 01/21/2014 – Friday 01/24/14) | | | |
|---|---|---|---|
| **3** | **Issuance** | 0 | Zero issuances |
| | **Inquiry** | 0 | Zero Inquiries |

Thank You,
*Raquel Ramirez*
Assistant Manager, DLD
(956) 565-7212

2:13-cv-193
09/02/2014
**DEF2140**

TEX0669626