| | |
|---|---|
| **From:** | Ramirez, Raquel |
| **To:** | Silva, Samuel |
| **CC:** | Flores, Maria; Uribe, Roxanne; Segundo, Carolina |
| **Sent:** | 2/7/2014 3:06:15 PM |
| **Subject:** | EIC Region 3 Weekly Report (Monday 02/03/13 – Friday 02/07/14) - Issuance:1, Inquiry: 0 |

Sam,

EIC for areas 3A01-3A04..

| **EIC Region 3 Weekly Report (Monday 02/03/1413 – Friday 02/07/14)** | | | |
|---|---|---|---|
| **3** | **Issuance** | 1 | Edinburg Ste 306 - #38134530- Steve Edward Dunham |
| | **Inquiry** | 0 | Zero Inquiries |

Thank You,
*Raquel Ramirez*
Assistant Manager, DLD
(956) 565-7212



2:13-cv-193
09/02/2014
DEF2141

TEX0669627