| | |
|---|---|
| **From:** | Silva, Samuel |
| **To:** | Rodriguez, Tony |
| **CC:** | Daughtry, Lisa; O'Connor, Ryan; Hernandez, Cynthia; Travis, Margaret; Flores, Maria; Ramirez, Raquel; Segundo, Carolina; Uribe, Roxanne |
| **Sent:** | 12/20/2013 2:15:57 PM |
| **Subject:** | EIC Region 3 Weekly Report (Monday 16 Dec - Friday 20 Dec) - Issuance: 0, Inquiry: 0 |

Below is the EIC Region 3 Weekly Report for Monday 12/16/13 – Friday 12/20/2013.
Have a great weekend.

| EIC Region 3 Weekly Report (Monday 12/16/13 – Friday 12/20/2013) ||||
|---|---|---|---|
| 3 | Issuance | 0 | Zero issuances. |
| | Inquiry | 0 | Zero inquiries. |

*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*



TEX0669629