| | |
|---|---|
| **From:** | Hernandez, Anna |
| **To:** | Silva, Samuel; Ramirez, Raquel |
| **Sent:** | 2/20/2014 5:24:57 PM |
| **Subject:** | EIC Region 3 Weekly Report (Thursday Febrary 20,2014 ) - Issuance: 1, |

Mr. Silva and Ms. Raquel,

Please be advised that Elizabeth Delgado issued an EIC certificate. Ms. Delgado did enter the required I information into the SharePoint Website.

The applicant is:

Wenyi Cassandra Torres
DOB 12-09-1992
Her EIC certificate number is 38178154.

Thank You,

*Anna Marie Hernandez*
Office Supervisor
Weslaco Driver License Office
anna.hernandez@dps.texas.gov
O: 956-565-7213
C: 956-802-6796
F: 956-565-7205



2:13-cv-193
09/02/2014
**DEF2144**

TEX0669630