| | |
|---|---|
| **From:** | Rangel, Rosangelica |
| **To:** | Segundo, Carolina; Silva, Samuel; Ramirez, Raquel; Flores, Maria; Uribe, Roxanne |
| **CC:** | Rodriguez, Belinda |
| **Sent:** | 2/13/2014 9:21:39 AM |
| **Subject:** | EIC Region 3 Weekly Report |
| **Attachments:** | Copy of EIC Report 02-14-2014.xlsx |

**(Tuesday 02-18-2014 - Friday 02-21-2014) – Issuance: _2__, Inquire: __0__**

THANKS,
ANGIE RANGEL
CUSTOMER SERVICE REP. V (LEAD)
DRIVER LICENSE DIVISION-STA. 310
OFFICE: (956) 728-2301
CELL: (956) 693-9864

2:13-cv-193
09/02/2014
DEF2146

TEX0669633