| | |
|---|---|
| **From:** | Winkley, Salestus |
| **To:** | Meade, Kevin; Souder, Richard; Wilcox, Robert; Winkley, Salestus; Smith, Timothy; Bovis, Amy L; Krizan, Amy; Formoso, Bonnie; Washington, Jenita; Rhea, Joy; Stevens, Kimberley; Harris, Kristi; Silverman, Luke; DeLeon, Maria; Sandoval, Martha; Digirolomo, Patricia; Roberson, Sherry; Hoermann, Utanah; Wells, Warren; Ortiz Luna, Yaritza M; Covington, Cara; Woods, Cecilia; Perez, Charles; Nutting, Denise; Escamilla, Diana; Theodore, Erika; Bockmon, Jarrod; Zamora, Kimberly; Howard, Nicole; Kirby, Rochelle; Manasco, Shannon; Gutierrez-Martinez, Veronica |
| **Sent:** | 10/7/2013 12:29:04 PM |
| **Subject:** | Fw: EIC Birth Certificate |
| **Attachments:** | B3 EIC.docx; Doc31.docx; For Remote Birth Access Offices.docx; The Department of State Health Services.docx; VS-142(EIC).doc |

Please share.

---

**From:** Bell, Stephen
**Sent:** Monday, October 07, 2013 12:14 PM
**To:** Murphy, Kathleen; Rodriguez, Tony; Watkins, Paul; Peters, Joe; Bodisch, Robert; Mastracchio, JoeAnna; Riemenschneider, Brian
**Cc:** Flores, Amelia; Berkley, Johnnie; Winkley, Salestus; Bergman, Kathy; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph
**Subject:** FW: EIC Birth Certificate

Just received this from DSHS. Please look at B3EIC and Doc31. They are moving to issuing the BC on bonded paper but overwriting it with "FOR ELECTION PURPOSES ONLY CANNOT BE USED AS IDENTIFICATION". They are supposed to contact me and give me the date for the changeover to these new documents before they go live.


v/r
Stephen W. Bell
Customer Operations Senior Manager— North and East
Driver License Division
Texas Department of Public Safety
stephen.bell@dps.texas.gov
512-550-7064 (C)
512-424-2768 (O)



*The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at:* http://www.survey.utexas.edu/txdps/

---

**From:** Rivera,Albert (DSHS) [mailto:Albert.Rivera@dshs.state.tx.us]
**Sent:** Monday, October 07, 2013 12:03 PM
**To:** Bell, Stephen
**Subject:** RE: EIC Birth Certificate

**From:** Bell, Stephen [mailto:Stephen.Bell@dps.texas.gov]
**Sent:** Monday, October 07, 2013 11:59 AM
**To:** Rivera,Albert (DSHS)

2:13-cv-193
09/02/2014
DEF2149

**Subject:** RE: EIC Birth Certificate

Albert,

This is what we are already receiving in the field at the EIC sites.  We assumed this had been synced with you guys.

v/r
Stephen W. Bell
Customer Operations Senior Manager– North and East
Driver License Division
Texas Department of Public Safety
stephen.bell@dps.texas.gov
512-550-7064 (C)
512-424-2768 (O)



*The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at:* http://www.survey.utexas.edu/txdps/

---

**From:** Rivera,Albert (DSHS) [mailto:Albert.Rivera@dshs.state.tx.us]
**Sent:** Monday, October 07, 2013 11:34 AM
**To:** Bell, Stephen
**Subject:** EIC Birth Certificate

Stephen,

We are preparing to issue communications out to our local registrar offices statewide regarding the fee waiver for the EIC birth certificates.  Can you please clarify a question for me?  Are you expecting for folks seeking an EIC to provide a certified birth certificate or a certificated verification (letter) with a seal and State Registrar signature?  Thank you.

Albert Rivera, III
Manager, Field Services
Texas Vital Statistics
512/776-7372 office
512/776-7341 fax
http://www.texasvsu.org