# Election Identification Certificates
## County Participation

Of the 254 counties in Texas, 78 do not have a Driver License Office in them. The Driver License Division is offering training or mobile services to these counties in an effort to ensure every eligible Texas voter has ample opportunity to obtain, as conveniently as possible, photo identification required to comply with the Texas voter photo identification law.

The County Participation Program includes training and equipment for participating counties. Counties that choose not to receive equipment and training will be visited by Driver License Division Mobile EIC Stations. Expenses for this program are being reimbursed to DPS through the Office of the Governor.

Twenty-seven counties have chosen to receive training. Training was conduct by the Driver License Division statewide on October 8 and 9. Counties received equipment from DPS to be able to collect all the information necessary to complete an Election Identification Certificate (EIC) transaction, and provide a temporary document and receipt. The information collected by counties is sent to a Driver License Office where is it uploaded into the Driver License Division's system for final verification and processing. Each county is required to enter into an Interlocal Cooperation Contract (ICC or MOU) with DPS, before EICs can be finally processed. As of October 16, 2013, 5 counties have turned in their signed MOUs: Dimmitt, Hansford, Jim Hogg, King, and San Augustine Counties.

After the first EIC County Participation Training was held on October 8 and October 9, 12 additional counties requested to receive training and equipment to conduct EIC transactions. Their training is scheduled for Thursday, October 17, and Tuesday, October 22. The Driver License Division continues to offer training to counties that wish to conduct EIC transactions with their staff.

The remaining 39 counties will be visited by Driver License Division Mobile EIC Stations. Each county will be visited 5 times between now and the end of the provisional ballot deadline on November 12. The Driver License Division is able to provide these services without significantly impacting existing offices.

Current as of 161445 October 2013

2:13-cv-193
09/02/2014
**DEF2152**

TEX0669666