

**FOR IMMEDIATE DISTRIBUTION**
**January 29, 2014**

**PRESS RELEASE**
**Media and Communications Office**
(512) 424-2080

# DPS Reminds Texans: Election Identification Certificates Available at Driver License Offices

AUSTIN – The Texas Department of Public Safety (DPS) is reminding Texans in advance of the upcoming primary election that Election Identification Certificates (EIC) are available at all Texas driver license offices for individuals in need of proper identification required to vote in elections in Texas.

The 2014 primary election in Texas is March 4, with early voting from February 18 - 28. The last day to register to vote in the 2014 primary election is Monday, Feb. 3.

Most residents already have an acceptable form of photo identification needed for voting and will not need or qualify for an EIC. If an applicant already has any of the following documents, they are ***not*** eligible to receive an EIC:

- Texas driver license – unexpired or expired less than 60 days at the time of voting
- Texas personal identification card – unexpired or expired less than 60 days at the time of voting
- U.S. passport book or card – unexpired or expired less than 60 days at the time of voting
- Texas concealed handgun license – unexpired or expired less than 60 days at the time of voting
- U.S. Military identification with photo – unexpired or expired less than 60 days at the time of voting
- U.S. Citizenship Certificate or Certificate of Naturalization with photo

To apply for an EIC, applicants must visit a driver license office and complete an <u>Application for Texas Election Certificate (DL-14C)</u>.

To qualify for an EIC, an applicant must:
- <u>Bring documentation</u> to verify **<u>U.S. citizenship</u>** and **<u>Identity</u>**
- Be eligible to vote in Texas (<u>Bring a valid voter registration card</u> or submit a voter registration application through the Texas Department of Public Safety)
- Be a Texas resident
- Be 17 years and 10 months or older

**Read about DPS online at www.txdps.state.tx.us**

2:13-cv-193
09/02/2014

**DEF2155**

**To avoid delays or complications, DPS urges potential applicants to make sure they have the necessary documentation before arriving at the office.**

The EIC receipt an individual receives will include their photo and <u>can be used for voting</u> until the permanent card is delivered by mail.

The EIC is **free of charge** to qualifying applicants and is valid for six years. There is no expiration date for an EIC for citizens 70 years of age or older. The EIC can **only** be used for the purpose of voting in an election and may not be used as personal identification.

For more information on the requirements, exemptions and process for obtaining an EIC, please visit: <u>http://www.txdps.state.tx.us/DriverLicense/electionID.htm</u>.

For more information on voting in Texas, visit the Secretary of State's website: <u>www.votetexas.gov</u>.

### (HQ 2014-010)

TEX0669683