

FOR IMMEDIATE DISTRIBUTION                                    PRESS RELEASE
February 3, 2014                                                          Media and Communications Office
                                                                                             (512) 424-2080

## Select Driver License Offices Open Saturdays to Issue Election Identification Certificates
*Certificates also available at mobile stations, select county locations*

AUSTIN – The Texas Department of Public Safety (DPS) in advance of the upcoming primary election will be offering Saturday hours at select driver license offices throughout the state. DPS will also be deploying mobile stations to various locations across Texas in an ongoing effort to provide Election Identification Certificates (EICs) to Texans. Additionally, select county offices will be issuing EICs at the local level.

The 2014 primary election in Texas is March 4, with early voting from February 18 - 28. The last day to register to vote in the 2014 primary election is today.

Texans can obtain an EIC at:
- Any of the **more than 220 Texas driver license offices** during regular business hours
- **Select driver license offices** on Saturdays from 10 a.m. – 2 p.m. (EIC transactions only)
- **DPS EIC mobile station locations** (EIC transactions only); locations can be found at VoteTexas.gov and http://www.dps.texas.gov/DriverLicense/documents/EICDPSrun.pdf
- **Select county locations** issuing only EICs at the local level

Most residents already have an acceptable form of photo identification needed for voting and will not need or qualify for an EIC. If an applicant already has any of the following documents, they are *not* eligible to receive an EIC:

- Texas driver license – unexpired or expired less than 60 days at the time of voting
- Texas personal identification card – unexpired or expired less than 60 days at the time of voting
- U.S. passport book or card – unexpired or expired less than 60 days at the time of voting
- Texas concealed handgun license – unexpired or expired less than 60 days at the time of voting
- U.S. Military identification with photo – unexpired or expired less than 60 days at the time of voting
- U.S. Citizenship Certificate or Certificate of Naturalization with photo

Read about DPS online at www.txdps.state.tx.us

2:13-cv-193
09/02/2014
DEF2156

TEX0669684

To apply for an EIC, applicants must visit one of the location listed above and complete an Application for a Texas Election Identification Certificate (DL-14C).

To qualify for an EIC, an applicant must:
- Bring documentation to the office to verify **U.S. citizenship** and **Identity**
- Be eligible to vote in Texas (Bring a valid voter registration card or submit a voter registration application through the Texas Department of Public Safety)
- Be a Texas resident
- Be 17 years and 10 months or older

**To avoid delays or complications, DPS urges potential applicants to make sure they have the necessary documentation before arriving at the office.**

The EIC receipt an individual receives will include their photo and can be used for voting until the permanent card is delivered by mail.

The EIC is **free of charge** to qualifying applicants and is valid for six years. There is no expiration date for an EIC for citizens 70 years of age or older. The EIC can **only** be used for the purpose of voting in an election and may not be used as personal identification.

For more information on the requirements, exemptions and process for obtaining an EIC, please visit: http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

For more information on voting in Texas, visit the Secretary of State's website: www.votetexas.gov.

### (HQ 2014-XXX)