**2014 Primary Election/Election Identification Certificates**
*DPS Traditional and Social Media Outreach Plan*
January – May 2014

IMPORTANT DATES FOR THE 2014 PRIMARY ELECTION
Feb 18 – 28          EARLY VOTING
Mar 4                ELECTION DAY

DPS COMMUNICATIONS TIMELINE FOR PRIMARY ELECTION

| | |
|---|---|
| **Wed, Jan. 29** | **DPS issues statewide press release: "DPS Reminds Texans: Election Identification Certificates Available at Driver License Offices"** (release attached) |
| Wed, Jan. 29 | DPS issues Tweet related to Jan. 29 press release |
| Wed, Jan. 29 | DPS issues Facebook post related to Jan. 29 press release |
| Fri, Jan. 31 | DPS issues Tweet related to Jan. 29 press release |
| **Mon, Feb. 3** | **DPS issues statewide press release: "Select Driver License Offices Open Saturdays to Issue Election Identification Certificates;** *Certificates also available at mobile stations, select county locations"* (release attached) |
| Mon, Feb. 3 | DPS issues Tweet related to Feb. 3 press release |
| Mon, Feb. 3 | DPS issues Facebook post related to Feb. 3 press release |
| **Mon, Feb. 3** | **DPS issues local press releases to local media announcing County-run EIC operations, providing county contact information** |
| **Mon, Feb. 3 – Wed, Feb. 19** | **DPS issues local press releases to local media announcing DPS mobile station locations and schedules in counties w/o a DL Office** |
| **Mon, Feb. 3 – Tue, Mar 4** | **DPS issues "In Case You Missed It" press releases highlighting Secretary of State press releases announcing 25 mobile station locations/schedules in select areas of the state** |
| Wed, Feb. 5 | DPS issues Tweet related to Feb. 3 press release (i.e., highlighting Saturday hours; or county-run locations; or DPS or SOS mobile station locations/schedules) |
| Fri, Feb. 7 | DPS issues Tweet related to Feb. 3 press release |
| Fri, Feb. 7 | DPS issues Facebook post related to Feb. 3 press release |
| Mon, Feb. 10 | DPS issues Tweet related to Feb. 3 press release |
| Mon, Feb. 10 | DPS issues Facebook post related to Feb. 3 press release |



TEX0669686

**2014 Primary Election/Election Identification Certificates**
*DPS Traditional and Social Media Outreach Plan*
January – May 2014

| | |
|---|---|
| Wed, Feb. 12 | DPS issues Tweet related to Feb. 3 press release |
| Fri, Feb. 14 | DPS issues Tweet related to Feb. 3 press release |
| Fri, Feb. 14 | DPS issues Facebook post related to Feb. 3 press release |
| **Tue, Feb. 18** | **DPS issues press release: [HEADLINE TBD – will remind Texans of all four ways to obtain EICs; also announce start of early voting]** |
| Tue, Feb. 18 | DPS issues Tweet related to Feb. 18 press release |
| Tue, Feb. 18 | DPS issues Facebook post related to Feb. 18 press release |
| Thu, Feb. 20 | DPS issues Tweet related to Feb. 18 press release |
| Sat, Feb. 22 | DPS issues Tweet related to Feb. 18 press release (Saturday hours reminder) |
| Sat, Feb. 22 | DPS issues Facebook post related to Feb. 18 press release (Saturday hours reminder) |
| Mon, Feb. 24 | DPS issues Tweet related to Feb. 18 press release |
| Tue, Feb. 26 | DPS issues Tweet related to Feb. 18 press release |
| Tue, Feb. 26 | DPS issues Facebook post related to Feb. 18 press release |
| Thu, Feb. 28 | DPS issues Tweet related to Feb. 18 press release |
| Thu, Feb. 28 | DPS issues Facebook post related to Feb. 18 press release |
| Sat, Mar 1 | DPS issues Tweet related to Feb. 18 press release (Saturday hours reminder) |
| Sat, Mar 1 | DPS issues Facebook post related to Feb. 18 press release (Saturday hours reminder) |
| Sun, Mar 2 | DPS issues Tweet related to Feb. 18 press release |
| Mon, Mar 3 | DPS issues Tweet related to Feb. 18 press release |
| Mon, Mar 3 | DPS issues Facebook post related to Feb. 18 press release |
| Tue, Mar 4 | DPS issues Tweet related to Feb. 18 press release |
| Tue, Mar 4 | DPS issues Facebook post related to Feb. 18 press release |
| **Once a week until the launch of the runoff comms effort** | **DPS issues regular Tweets and Facebook posts reminding Texans that EICs are available at more than 220 DL offices** |

2014 Primary Election/Election Identification Certificates
*DPS Traditional and Social Media Outreach Plan*
January – May 2014


IMPORTANT DATES FOR THE 2014 PRIMARY ELECTION RUNOFF
May 19 – 23        EARLY VOTING
May 27             RUNOFF ELECTION DAY


DPS COMMUNICATIONS TIMELINE FOR PRIMARY ELECTION RUNOFF

| | |
|---|---|
| Mon, Apr 28 | **DPS issues statewide press release: "DPS Reminds Texans: Election Identification Certificates Available at Driver License Offices"** |
| Apr 28 – Fri, May 3 | DPS issues regular Tweets and Facebook posts related to Apr 28 press release |
| Mon, May 5 | **DPS issues statewide press release: "Select Driver License Offices Open Saturdays to Issue Election Identification Certificates;** *Certificates also available at mobile stations, select county locations"* |
| Mon, May 5 – Mon, May 27 | DPS issues regular Tweets and Facebook posts related to May 5 press release |
| **Mon, May 5** | **DPS issues local press releases to local media announcing County-run EIC operations, providing county contact information** |
| **Mon, May 5 – Tue, May 13** | **DPS issues local press releases to local media announcing DPS mobile station locations and schedules in counties w/o a DL Office** |
| **Mon, May 5 – Tue, May 27** | **DPS issues "In Case You Missed It" press releases highlighting Secretary of State press releases announcing 25 mobile station locations/schedules in select areas of the state** |