

# EIC Status as of May 20, 2014

2:13-cv-193
09/02/2014
**DEF2158**

TEX0669690

# Overall Application Counts

| Issuance Status | As of 05/20/2014 |
|---|---|
| # Applied | 285 |
| # Not Valid | 19 |
| # In Process | 0 |
| # Validated | 266 |

TEX0669691

# Number of Applications by Day of Week



TEX0669692



TEX0669693

# Number of Applications by Week



Number of Applicants by Week

TEX0669694

# Costs Associated With Election Identification Certificates
*As of 03/31/14*

| COST TYPE | AMOUNT |
|---|---|
| HARDWARE & SUPPLIES | $212,908 |
| TRAVEL | $63,408 |
| PERSONNEL (includes Saturdays to 03/06/2014) | $595,944 |
| TOTAL | $872,260 |

TEX0669695

# Time and Staff Associated with Election Identification Certificates
### As of 03/31/14

| PERSONNEL | HOURS |
|---|---|
| Driver License | |
| Recorded in ETA | 20,337 |
| Recorded outside of ETA | 5,773 |
| General Counsel (Outside of ETA) | 10 |
| Information Technology (Outside of ETA) | 763 |
| PPPMO (Outside of ETA) | 7 |
| Procurement (Outside of ETA) | 41 |
| Highway Patrol (Outside of ETA) | 1,604 |

TEX0669696

# Applications

| Applications by Month | |
|---|---|
| Month | Count |
| **2013** | |
| Jul | 6 |
| Aug | 2 |
| Sep | 8 |
| Oct | 122 |
| Nov | 29 |
| **2014** | |
| Jan | 2 |
| Feb | 72 |
| Mar | 24 |
| Apr | 5 |
| May | 15 |
| **Grand Total** | **285** |

| Applications by Week | |
|---|---|
| Week # | Count |
| **2013** | |
| 27 | 1 |
| 28 | 1 |
| 29 | 2 |
| 30 | 2 |
| 32 | 1 |
| 34 | 1 |
| 37 | 2 |
| 38 | 2 |
| 39 | 4 |
| 40 | 12 |
| 41 | 24 |
| 42 | 22 |
| 43 | 43 |
| 44 | 30 |
| 45 | 16 |
| 46 | 1 |
| 47 | 3 |
| **2014** | |
| 3 | 1 |
| 5 | 1 |
| 6 | 3 |
| 7 | 11 |
| 8 | 26 |
| 9 | 36 |
| 10 | 18 |
| 11 | 1 |
| 12 | 1 |
| 15 | 2 |
| 16 | 1 |
| 17 | 1 |
| 18 | 2 |
| 19 | 11 |
| 20 | 2 |
| 21 | 1 |
| **Grand Total** | **285** |

| Applications by Day of Week | |
|---|---|
| Day of Week | Count |
| **2013** | |
| Monday | 26 |
| Tuesday | 39 |
| Wednesday | 22 |
| Thursday | 30 |
| Friday | 29 |
| Saturday | 21 |
| **2014** | |
| Monday | 20 |
| Tuesday | 18 |
| Wednesday | 20 |
| Thursday | 33 |
| Friday | 14 |
| Saturday | 13 |
| **Grand Total** | **285** |

| Applications by Station Type & Status | |
|---|---|
|  | Count of EIC Number |
| **2013** | |
| **Invalid** | **13** |
| DL Office | 11 |
| Mobile | 2 |
| **Valid** | **154** |
| DL Office | 96 |
| Mobile | 58 |
| **2014** | |
| **Invalid** | **6** |
| DL Office | 6 |
| **Valid** | **112** |
| DL Office | 75 |
| Mobile | 24 |
| County Office | 12 |
| (blank) | 1 |
| **Grand Total** | **285** |

TEX0669697



# Applications Over Time

Applications by Day of the Week by Week

| Week/Day | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Day | 3 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 27 | 28 | 29 | 30 | 32 | 34 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | Total |
| + 2013 | | | | | | | | | | | | | | | | | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 4 | 12 | 24 | 22 | 43 | 30 | 16 | 1 | 3 | 167 |
| - 2014 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Monday | | | | 3 | | 5 | 7 | | | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | 20 |
| Tuesday | | | | 1 | 3 | 3 | 8 | 1 | | | | | | 1 | | 1 | | | | | | | | | | | | | | | | | | 18 |
| Wednesday | | | | 2 | 5 | 8 | 1 | | | | | | | 4 | | | | | | | | | | | | | | | | | | | | 20 |
| Thursday | | 1 | 2 | 1 | 11 | 11 | 1 | | | 1 | | | 1 | 2 | 2 | | | | | | | | | | | | | | | | | | | 33 |
| Friday | 1 | | | 2 | 4 | 5 | 1 | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | 14 |
| Saturday | | | 1 | 2 | 3 | 4 | | | | | | | | 3 | | | | | | | | | | | | | | | | | | | | 13 |
| Total | 1 | 1 | 3 | 11 | 26 | 36 | 18 | 1 | 1 | 2 | 1 | 1 | 2 | 11 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 4 | 12 | 24 | 22 | 43 | 30 | 16 | 1 | 3 | 285 |



TEX0669699

# Applicant County of Residence



| County | Count |
|---|---|
| Anderson | 3 |
| Angelina | 7 |
| Bastrop | 1 |
| Bee | 1 |
| Bell | 1 |
| Bexar | 6 |
| Brazoria | 2 |
| Brazos | 2 |
| Brooks | 2 |
| Cameron | 4 |
| Cherokee | 1 |
| Clay | 1 |
| Collin | 1 |
| Comanche | 1 |
| Crane | 1 |
| Crockett | 2 |
| Dallas | 24 |
| Delta | 1 |
| Denton | 3 |
| Dickens | 1 |
| Duval | 5 |
| Ector | 1 |
| El Paso | 6 |
| Ellis | 2 |
| Foard | 1 |
| Fort Bend | 3 |
| Galveston | 2 |

| County | Count |
|---|---|
| Jim Hogg | 9 |
| Jim Wells | 3 |
| Johnson | 2 |
| Kenedy | 1 |
| Kinney | 1 |
| Kleberg | 1 |
| Lamar | 2 |
| Lampasas | 1 |
| LaSalle | 5 |
| Lavaca | 1 |
| Limestone | 3 |
| Lubbock | 2 |
| Maverick | 3 |
| Montgomery | 1 |
| Nueces | 3 |
| Parker | 1 |
| Polk | 4 |
| Real | 2 |
| Rockwall | 2 |
| Scurry | 1 |
| Smith | 6 |
| Starr | 1 |
| Stephens | 1 |
| Tarrant | 24 |
| Travis | 12 |
| Trinity | 2 |
| Uvalde | 1 |
| Waller | 3 |

TEX0669700



# County Information

- 176 Counties have DL offices
  - 130 Counties have full time offices
  - 46 Counties have part time offices
- 78 Counties have no DL office
  - 55 Counties provided EIC services
    - County employees trained and equipped by DPS
  - 23 Counties opted out of providing EIC services
    - DLD-Provided EIC services with mobile stations
    - 7 of these counties to be covered by HHSC
      - Blanco County providing EIC services after primary runoff
    - 17 counties will remain covered by DLD after primaries

TEX0669702

# Counties with Part Time Offices



**46 Counties with Part Time Offices**

**Number Counties Per Region**
Region 1A: 1
Region 1B: 0
Region 2A: 2
Region 2B: 2
Region 3: 2
Region 4: 8
Region 5: 19
Region 6A: 3
Region 6B: 9

TEX0669703



# nty-Provided and DPS-Provided EIC Servic

County processing EICs (55)
MOU signed, Staff Trained, Equipment working

County trained but has not returned MOU (0)

County to be trained (0)

County covered by DL Employees (17)

County to be covered by HHSC (7) – Training completed
Archer, Blanco, Falls, Garza, Potter, Sabine, San Saba

# EIC Mobile Units

- 107 Mobile EIC Units
  - 55 Issued to counties for contracted County-provided services
  - 23 Units for counties with DLD-provided services
    - 17 Units for counties will remain with DLD
    - 7 Units will be used by HHSC (Blanco County post runoff election)
  - 25 Units for SOS-directed locations
  - 4 Units in reserve for rapid repair/replacement
- Units Contain All Equipment to Complete EIC Transactions
  - Computer
  - Scanner/printer
  - Camera and tripod
  - Blue screen and tripod
  - Flash drives, cables, mouse
  - Packaged in plastic containers for transport and storage
- DPS Depends on SOS as the Primary Point of Contact with Counties to Provide Locations and Dates to Deploy Mobile Units

TEX0669705