

# Election Identification Certific
# State and County Participation

Updated: April 28, 2014

EIC approved and issued: 250
EIC approval pending: 0
EIC not approved: 19
EIC Transactions: 269
(250 / 0 / 19 / 269)

County processing EICs (54)
MOU signed, Staff Trained, Equipment working

County trained but has not returned MOU (1)
Upton County MOU expected April 28

County to be trained (0)

County covered by DL Employees (17)
***Number of EICs issued since 18 Jan, 2014 reflected beneath county name***

County to be covered by HHSC (7)

Archer – Training April 29
San Saba – Training April 30
Sabine – Training May 5

Falls – Training May 6
Blanco – Training pending

---

Garza – Training Completed
Potter – Training Completed

2:13-cv-193
09/02/2014
DEF2159

Updated: April 28, 2014

# Weekly County Services By Region – Week beginning 4/28



Election Identification Certificates
State and County Participation

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 4/29<br>Wed 4/30<br>Thur 5/1 | 5 | Armstrong | 9A-4P | Armstrong County Courthouse Claude, TX |
| | | Briscoe | 9A-4P | 415 Main St Silverton, TX |
| | | Clay | 9A-4P | Commissioners Courtroom Henrietta, TX |
| | | Dickens | 9A-4P | North Dickens County Senior Center Dickens, TX |

Updated: April 28, 2014

# Weekly County Services By Region – Week beginning 5/5

**Election Identification Certificates State and County Participation**

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/6<br>Wed 5/7<br>Thur 5/8 | 4 | Glasscock | 9A-4P | Glasscock Community Center<br>Garden City, TX |
| Wed 5/7 | 6B | Blanco | 9A-4P | County Courthouse<br>Johnson City, TX |

TEX0669709

Updated: April 28, 2014

# Weekly County Services By Region – Week beginning 5/12



**Election Identification Certificates State and County Participation**

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/13<br>Wed 5/14<br>Fri 5/16 | 4 | Concho | 9A-4P | City Council Chambers Eden, TX |
| Tues 5/13<br>Wed 5/14<br>Fri 5/16 | 5 | Collingsworth | 9A-4P | County Courthouse Wellington, TX |
| | | Foard | 9A-4P | Sheriff's Conference Room Crowell, TX |
| | | Hartley | 9A-4P | County Courthouse Channing, TX |
| | | Motley | 9A-4P | 2nd Floor, County Courthouse Matador, TX |
| | | Stonewall | 9A-4P | County Courthouse Aspermont, TX |
| | | Wheeler | 9A-4P | County Courthouse Shamrock, TX |

TEX0669710

Updated: April 28, 2014

# Weekly County Services By Region – Week beginning 5/19



Election Identification Certificates
State and County Participation

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Wed 5/21<br>Thur 5/22<br>Fri 5/23 | 3 | Real | 9A-4P | Real County Courthouse Leakey, TX |
| Tues 5/20<br>Wed 5/21<br>Thur 5/22 | 4 | Hudspeth | 9A-4P | Hudspeth County Sheriff's Office Sierra Blanca, TX |
| | | Mason | 9A-4P | Mason County Museum Mason, TX |
| Wed 5/21 | 6B | Blanco | 9A-4P | Blanco County Courthouse Johnson City, TX |

4/28/2014
4:10:16 PM