

# Election Identification Certific
# State and County Participation

As of April 30, 2014

EIC approved and issued: 251
EIC approval pending: 0
EIC not approved: 19
EIC Transactions: 270
(251 / 0 / 19 / 270)

County processing EICs (55)
MOU signed, Staff Trained, Equipment working

County trained but has not returned MOU (0)

County to be trained (0)

County covered by DL Employees (17)
***Number of EICs issued since 18 Jan, 2014 reflected beneath county name***

County to be covered by HHSC (7)
Sabine – Training May 5
Falls – Training May 6
Blanco – Training pending

---

Garza – Training Completed Archer – Training Completed
Potter – Training Completed San Saba – Training Completed

2:13-cv-193
09/02/2014
**DEF2161**
exhibitsticker.com

TEX0669717

As of April 30, 2014

# Weekly County Services By Region – Week beginning 4/28



**Election Identification Certificates State and County Participation**

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 4/29<br>Wed 4/30<br>Thur 5/1 | 5 | Armstrong | 9A-4P | Armstrong County Courthouse Claude, TX |
| | | Briscoe | 9A-4P | 415 Main St Silverton, TX |
| | | Clay | 9A-4P | Commissioners Courtroom Henrietta, TX |
| | | Dickens | 9A-4P | North Dickens County Senior Center Dickens, TX |

TEX0669718

As of April 30, 2014

# Weekly County Services By Region – Week beginning 5/5



Election Identification Certificates
State and County Participation

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/6<br>Wed 5/7<br>Thur 5/8 | 4 | Glasscock | 9A-4P | Glasscock Community Center<br>Garden City, TX |
| Wed 5/7 | 6B | Blanco | 9A-4P | County Courthouse<br>Johnson City, TX |

TEX0669719

As of April 30, 2014

# Weekly County Services By Region – Week beginning 5/12



Election Identification Certificates
State and County Participation

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/13 Wed 5/14 Fri 5/16 | 4 | Concho | 9A-4P | City Council Chambers Eden, TX |
| Tues 5/13 Wed 5/14 Fri 5/16 | 5 | Collingsworth | 9A-4P | County Courthouse Wellington, TX |
| | | Foard | 9A-4P | Sheriff's Conference Room Crowell, TX |
| | | Hartley | 9A-4P | County Courthouse Channing, TX |
| | | Motley | 9A-4P | 2nd Floor, County Courthouse Matador, TX |
| | | Stonewall | 9A-4P | County Courthouse Aspermont, TX |
| | | Wheeler | 9A-4P | County Courthouse Shamrock, TX |

TEX0669720

As of April 30, 2014

# Weekly County Services By Region – Week beginning 5/19



Election Identification Certificates
State and County Participation

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Wed 5/21<br>Thur 5/22<br>Fri 5/23 | 3 | Real | 9A-4P | Real County Courthouse Leakey, TX |
| Tues 5/20<br>Wed 5/21<br>Thur 5/22 | 4 | Hudspeth | 9A-4P | Hudspeth County Sheriff's Office Sierra Blanca, TX |
| | | Mason | 9A-4P | Mason County Museum Mason, TX |
| Wed 5/21 | 6B | Blanco | 9A-4P | Blanco County Courthouse Johnson City, TX |

4/30/2014 4:32 PM

TEX0669721