

Election Identification Certific[ate]
State and County Participatio[n]

As of May 5, 2014

EIC approved and issued: 252
EIC approval pending: 0
EIC not approved: 19
EIC Transactions: 271
(252 / 0 / 19 / 271)

County processing EICs (55)
MOU signed, Staff Trained, Equipment working

County trained but has not returned MOU (0)

County to be trained (0)
Newton County May 13 (R)

County covered by DL Employees (17)
* Number of EICs issued since 18 Jan, 2014 reflected beneath county name

County to be covered by HHSC (7)
Falls – Training May 6
Blanco – Training May 7
--------------------------------------------------------------------------------
Garza – Training Completed    Archer – Training Completed
Potter – Training Completed   San Saba – Training Completed
Sabine – Training Completed

2:13-cv-193
09/02/2014
DEF2164

TEX0669732

As of May 5, 2014

# Weekly County Services By Region – Week beginning 5/5



Election Identification Certificates
State and County Participation

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/6　Wed 5/7　Thu 5/8 | 4 | Glasscock | 9A-4P | Glasscock Community Center Garden City, TX |
| Wed 5/7 | 6B | Blanco | 9A-4P | County Courthouse Johnson City, TX |

TEX0669733

As of May 5, 2014

# Weekly County Services By Region – Week beginning 5/12



Election Identification Certificates
State and County Participation

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/13<br>Wed 5/14<br>Fri 5/16 | 4 | Concho | 9A-4P | City Council Chambers Eden, TX |
| Tues 5/13<br>Wed 5/14<br>Thu 5/15 | 5 | Collingsworth | 9A-4P | County Courthouse Wellington, TX |
| | | Foard | 9A-4P | Sheriff's Conference Room Crowell, TX |
| | | Hartley | 9A-4P | County Courthouse Channing, TX |
| | | Motley | 9A-4P | 2nd Floor, County Courthouse Matador, TX |
| | | Stonewall | 9A-4P | County Courthouse Aspermont, TX |
| | | Wheeler | 9A-4P | County Courthouse Shamrock, TX |

TEX0669734

As of May 5, 2014

# Weekly County Services By Region – Week beginning 5/19



Election Identification Certificates
State and County Participation

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Wed 5/21<br>Thu 5/22<br>Fri 5/23 | 3 | Real | 9A-4P | Real County Courthouse Leakey, TX |
| Tues 5/20<br>Wed 5/21<br>Thu 5/22 | 4 | Hudspeth | 9A-4P | Hudspeth County Sheriff's Office Sierra Blanca, TX |
| | | Mason | 9A-4P | Mason County Museum Mason, TX |
| Wed 5/21 | 6B | Blanco | 9A-4P | Blanco County Courthouse Johnson City, TX |

5/5/2014 4:45 PM

TEX0669735

As of May 5, 2014

# Weekly County Services By Region – Week beginning 4/28



Election Identification Certificates State and County Participation

| Dates | Region/ Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 4/29 Wed 4/30 Thu 5/1 | 5 | Armstrong | 9A-4P | Armstrong County Courthouse Claude, TX |
| | | Briscoe | 9A-4P | 415 Main St Silverton, TX |
| | | Clay | 9A-4P | Commissioners Courtroom Henrietta, TX |
| | | Dickens | 9A-4P | North Dickens County Senior Center Dickens, TX |

TEX0669736