

# Election Identification Certific
# State and County Participatior

As of May 7, 2014

EIC approved and issued: 252
EIC approval pending: 3
EIC not approved: 19
EIC Transactions: 274
(252 / 0 / 19 / 274)

County processing EICs (55)
MOU signed, Staff Trained, Equipment working

County trained but has not returned MOU (0)

County to be trained (0)
Newton County May 13 (R)

County covered by DL Employees (17)

County to be covered by HHSC (7)

Blanco – Training May 7
----------------------------------------------------------------------------------

Garza – Training Completed
Potter – Training Completed
Sabine – Training Completed
Archer – Training Completed
San Saba – Training Completed
Falls – Training Completed

5/7/2014 4:04 PM

2:13-cv-193
09/02/2014
DEF2166
exhibitsticker.com

As of May 7, 2014

# Weekly County Services By Region – Week beginning 5/5

**Election Identification Certificates — State and County Participation**

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/6<br>Wed 5/7<br>Thu 5/8 | 4 | Glasscock | 9A-4P | Glasscock Community Center<br>Garden City, TX |
| Wed 5/7 | 6B | Blanco | 9A-4P | County Courthouse<br>Johnson City, TX |

As of May 7, 2014

# Weekly County Services By Region – Week beginning 5/12



Election Identification Certificates
State and County Participation

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/13<br>Wed 5/14<br>Fri 5/16 | 4 | Concho | 9A-4P | City Council Chambers Eden, TX |
| Tues 5/13<br>Wed 5/14<br>Thu 5/15 | 5 | Collingsworth | 9A-4P | County Courthouse Wellington, TX |
| | | Foard | 9A-4P | Sheriff's Conference Room Crowell, TX |
| | | Hartley | 9A-4P | County Courthouse Channing, TX |
| | | Motley | 9A-4P | 2nd Floor, County Courthouse Matador, TX |
| | | Stonewall | 9A-4P | County Courthouse Aspermont, TX |
| | | Wheeler | 9A-4P | County Courthouse Shamrock, TX |

TEX0669751

As of May 7, 2014

# Weekly County Services By Region – Week beginning 5/19

**Election Identification Certificates
State and County Participation**

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Wed 5/21<br>Thu 5/22<br>Fri 5/23 | 3 | Real | 9A-4P | Real County Courthouse Leakey, TX |
| Tues 5/20<br>Wed 5/21<br>Thu 5/22 | 4 | Hudspeth | 9A-4P | Hudspeth County Sheriff's Office Sierra Blanca, TX |
|  |  | Mason | 9A-4P | Mason County Museum Mason, TX |
| Wed 5/21 | 6B | Blanco | 9A-4P | Blanco County Courthouse Johnson City, TX |

TEX0669752

As of May 7, 2014

# Saturday Services By Region May 10, 17 and 24 - 10AM to 2PM

Election Identification Certificates
State and County Participation

System Support – 512-810-8627

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 1A | Dallas | Garland Mega Center | 5 |
| | | Carrolton | |
| | | Cedar Hill | |
| | | Dallas-East | |
| | | Dallas-Southwest | 2 |
| | | Garland | |
| | | Grand Prairie | |
| | | Irving | |

As of May 7, 2014

# Saturday Services By Region
# May 10, 17 and 24 - 10AM to 2PM

Election Identification Certificates
State and County Participation

System Support  512-810-8627

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 1B | Collin | McKinney | 2 |
| | | Plano | |
| | Denton | Denton | |
| | | Lewisville | |
| | Tarrant | Fort Worth Mega Center | 5 |
| | | Arlington | 2 |
| | | Fort Worth East | |
| | | Fort Worth South | |
| | | Hurst | |

As of May 7, 2014

# Saturday Services By Region
# May 10, 17 and 24 - 10AM to 2PM

**Election Identification Certificates
State and County Participation**

System Support – 512-810-8627

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 2A | Harris | Houston-Gessner Mega Center | 5 |
| | | Houston-Dacoma | |
| | | Houston-Grant Road | 2 |
| | | Houston-Townhurst | |
| | | Houston Vantage Parkway | |
| | Fort Bend | Rosenberg Mega Center | 5 |

TEX0669755

As of May 7, 2014

# Saturday Services By Region
# May 10, 17 and 24 - 10AM to 2PM

Election Identification Certificates
State and County Participation

System Support – 512-810-8627

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 2B | Harris | Spring Mega Center | 5 |
| | | Baytown | |
| | | Houston-East | |
| | | Houston-Winkler | 2 |
| | | Humble | |
| | | Pasadena | |
| | | Webster-Clear Lake | |

TEX0669756

As of May 7, 2014

# Saturday Services By Region
# May 10, 17 and 24 - 10AM to 2PM

Election Identification Certificates
State and County Participation

System Support – 512-810-8627

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 3 | Hidalgo | McAllen | 2 |
| | | Mission | |
| | | Weslaco | |
| | Cameron | Brownsville | |
| | | Harlingen | |
| | Nueces | Corpus Christi | |

As of May 7, 2014

# Saturday Services By Region
# May 10, 17 and 24 - 10AM to 2PM

**Election Identification Certificates
State and County Participation**

System Support – 512-810-8627

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 4 | El Paso | El Paso-Gateway<br>El Paso-Hondo Pass<br>El Paso-Northwestern<br>El Paso-Scott Simpson | 2 |

| Region | County | DL Office | # Staff |
|---|---|---|---|
| | | No Saturday Service | |

TEX0669758

As of May 7, 2014

# Saturday Services By Region
# May 10, 17 and 24 - 10AM to 2PM

Election Identification Certificates
State and County Participation

System Support – 512-810-8627

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 6A | Bexar | Leon Valley Mega Center | 5 |
| | | San Antonio – Babcock | |
| | | San Antonio-General McMullen | 2 |
| | | San Antonio-Pat Booker | |

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 6B | Travis | Pflugerville Mega Center | 5 |
| | | Austin-North | |
| | | Austin-Northwest | |
| | | Austin-South | 2 |
| | Bell | Killeen | |
| | | Temple | |

TEX0669759

As of May 7, 2014

# Weekly County Services By Region – Week beginning 4/28



Election Identification Certificates
State and County Participation

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 4/29<br>Wed 4/30<br>Thu 5/1 | 5 | Armstrong | 9A-4P | Armstrong County Courthouse Claude, TX |
| | | Briscoe | 9A-4P | 415 Main St Silverton, TX |
| | | Clay | 9A-4P | Commissioners Courtroom Henrietta, TX |
| | | Dickens | 9A-4P | North Dickens County Senior Center Dickens, TX |

TEX0669760