

**Election Identification Certific[ate]**
**State and County Participation**

As of May 8, 2014

EIC approved and issued: 257
EIC approval pending: 3
EIC not approved: 19
EIC Transactions: 279
(257 / 3 / 19 / 279)

County processing EICs (55)
MOU signed, Staff Trained, Equipment working

County trained but has not returned MOU (0)

County to be trained (0)
Newton County May 13 (R)
Potter County May 29 (ADDL)

County covered by DL Employees (17)

County to be covered by HHSC (7)

------------------------------------------------------------------
Garza – Training Completed        Archer – Training Completed
Potter – Training Completed       San Saba – Training Completed
Sabine – Training Completed       Falls – Training Completed
Blanco – Training Completed

5/8/2014 4:13 PM

2:13-cv-193
09/02/2014
**DEF2168**

TEX0669773

As of May 8, 2014

# Weekly County Services By Region – Week beginning 5/12



Election Identification Certificates
State and County Participation

| Dates | Region/ Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/13 Wed 5/14 Fri 5/16 | 4 | Concho | 9A-4P | City Council Chambers Eden, TX |
| Tues 5/13 Wed 5/14 Thu 5/15 | 5 | Collingsworth | 9A-4P | County Courthouse Wellington, TX |
| | | Foard | 9A-4P | Sheriff's Conference Room Crowell, TX |
| | | Hartley | 9A-4P | County Courthouse Channing, TX |
| | | Motley | 9A-4P | 2nd Floor, County Courthouse Matador, TX |
| | | Stonewall | 9A-4P | County Courthouse Aspermont, TX |
| | | Wheeler | 9A-4P | County Courthouse Shamrock, TX |

As of May 8, 2014

# Weekly County Services By Region – Week beginning 5/19



Election Identification Certificates
State and County Participation

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Wed 5/21<br>Thu 5/22<br>Fri 5/23 | 3 | Real | 9A-4P | Real County Courthouse Leakey, TX |
| Tues 5/20<br>Wed 5/21<br>Thu 5/22 | 4 | Hudspeth | 9A-4P | Hudspeth County Sheriff's Office Sierra Blanca, TX |
| | | Mason | 9A-4P | Mason County Museum Mason, TX |
| Wed 5/21 | 6B | Blanco | 9A-4P | Blanco County Courthouse Johnson City, TX |

TEX0669775

As of May 8, 2014

# Saturday Services By Region
# May 10, 17 and 24 - 10AM to 2PM

Election Identification Certificates
State and County Participation

System Support – 512-810-8627

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 1A | Dallas | Garland Mega Center | 5 |
| | | Carrolton | |
| | | Cedar Hill | |
| | | Dallas-East | |
| | | Dallas-Southwest | 2 |
| | | Garland | |
| | | Grand Prairie | |
| | | Irving | |

As of May 8, 2014

# Saturday Services By Region
# May 10, 17 and 24 - 10AM to 2PM

Election Identification Certificates
State and County Participation

System Support  512-810-8627

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 1B | Collin | McKinney | 2 |
| | | Plano | |
| | Denton | Denton | |
| | | Lewisville | |
| | | Fort Worth Mega Center | 5 |
| | Tarrant | Arlington | 2 |
| | | Fort Worth East | |
| | | Fort Worth South | |
| | | Hurst | |

TEX0669777

As of May 8, 2014

# Saturday Services By Region
# May 10, 17 and 24 - 10AM to 2PM

**Election Identification Certificates State and County Participation**

System Support – 512-810-8627

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 2A | Harris | Houston-Gessner Mega Center | 5 |
| | | Houston-Dacoma | |
| | | Houston-Grant Road | 2 |
| | | Houston-Townhurst | |
| | | Houston Vantage Parkway | |
| | Fort Bend | Rosenberg Mega Center | 5 |

TEX0669778

As of May 8, 2014

# Saturday Services By Region
# May 10, 17 and 24 - 10AM to 2PM

**Election Identification Certificates
State and County Participation**

System Support – 512-810-8627

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 2B | Harris | Spring Mega Center | 5 |
| | | Baytown | 2 |
| | | Houston-East | |
| | | Houston-Winkler | |
| | | Humble | |
| | | Pasadena | |
| | | Webster-Clear Lake | |

TEX0669779

As of May 8, 2014

# Saturday Services By Region
# May 10, 17 and 24 - 10AM to 2PM

**Election Identification Certificates**
**State and County Participation**

System Support – 512-810-8627

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 3 | Hidalgo | McAllen | 2 |
| | | Mission | |
| | | Weslaco | |
| | Cameron | Brownsville | |
| | | Harlingen | |
| | Nueces | Corpus Christi | |

As of May 8, 2014

# Saturday Services By Region
# May 10, 17 and 24 - 10AM to 2PM

**Election Identification Certificates State and County Participation**

System Support – 512-810-8627

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 4 | El Paso | El Paso-Gateway<br><br>El Paso-Hondo Pass<br><br>El Paso-Northwestern<br><br>El Paso-Scott Simpson | 2 |

| Region | County | DL Office | # Staff |
|---|---|---|---|
| | | No Saturday Service | |

TEX0669781

As of May 8, 2014

# Saturday Services By Region
# May 10, 17 and 24 - 10AM to 2PM

**Election Identification Certificates
State and County Participation**

System Support – 512-810-8627

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 6A | Bexar | Leon Valley Mega Center | 5 |
| | | San Antonio – Babcock | |
| | | San Antonio-General McMullen | 2 |
| | | San Antonio-Pat Booker | |

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 6B | Travis | Pflugerville Mega Center | 5 |
| | | Austin-North | |
| | | Austin-Northwest | |
| | | Austin-South | 2 |
| | Bell | Killeen | |
| | | Temple | |

TEX0669782

As of May 8, 2014

# Weekly County Services By Region – Week beginning 4/28



Election Identification Certificates
State and County Participation

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 4/29<br>Wed 4/30<br>Thu 5/1 | 5 | Armstrong | 9A-4P | Armstrong County Courthouse Claude, TX |
| | | Briscoe | 9A-4P | 415 Main St Silverton, TX |
| | | Clay | 9A-4P | Commissioners Courtroom Henrietta, TX |
| | | Dickens | 9A-4P | North Dickens County Senior Center Dickens, TX |

TEX0669783

As of May 8, 2014

# Weekly County Services By Region – Week beginning 5/5



Election Identification Certificates
State and County Participation

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/6<br>Wed 5/7<br>Thu 5/8 | 4 | Glasscock | 9A-4P | Glasscock Community Center<br>Garden City, TX |
| Wed 5/7 | 6B | Blanco | 9A-4P | County Courthouse<br>Johnson City, TX |

TEX0669784