

Election Identification Certific
State and County Participation
As of May 12, 2014
EIC approved and issued: 263
EIC approval pending: 0
EIC not approved: 19
EIC Transactions: 282
(263 / 0 / 19 / 282)
County processing EICs (55)
MOU signed, Staff Trained, Equipment working
County trained but has not returned MOU (0)
County to be trained (0)
Potter County May 29 (ADDL)
County covered by DL Employees (17)
County to be covered by HHSC (7)
Garza – Training Completed
Archer – Training Completed
Potter – Training Completed
San Saba – Training Completed
Sabine – Training Completed
Falls – Training Completed
Blanco – Training Completed
5/12/2014 4:11 PM
1B
1A
2B
2A
6B
6A
5
4
3
2:13-cv-193
09/02/2014
DEF2169
exhibitsticker.com

As of May 8, 2014

# Weekly County Services By Region – Week beginning 5/12

Election Identification Certificates
State and County Participation

| Dates | Region/ Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/13<br>Wed 5/14<br>Fri 5/16 | 4 | Concho | 9A-4P | City Council Chambers<br>Eden, TX |
| Tues 5/13<br>Wed 5/14<br>Thu 5/15 | 5 | Collingsworth | 9A-4P | County Courthouse<br>Wellington, TX |
| | | Foard | 9A-4P | Sheriff's Conference Room<br>Crowell, TX |
| | | Hartley | 9A-4P | County Courthouse<br>Channing, TX |
| | | Motley | 9A-4P | 2nd Floor, County Courthouse<br>Matador, TX |
| | | Stonewall | 9A-4P | County Courthouse<br>Aspermont, TX |
| | | Wheeler | 9A-4P | County Courthouse<br>Shamrock, TX |

As of May 8, 2014

Election Identification Certificates
State and County Participation

# Weekly County Services By Region – Week beginning 5/19

| Dates | Region/ Agency | County | Time | Location |
|---|---|---|---|---|
| Wed 5/21<br>Thu 5/22<br>Fri 5/23 | 3 | Real | 9A-4P | Real County Courthouse Leakey, TX |
| Tues 5/20<br>Wed 5/21<br>Thu 5/22 | 4 | Hudspeth | 9A-4P | Hudspeth County Sheriff's Office Sierra Blanca, TX |
| | | Mason | 9A-4P | Mason County Museum Mason, TX |
| Wed 5/21 | 6B | Blanco | 9A-4P | Blanco County Courthouse Johnson City, TX |

As of May 8, 2014

Election Identification Certificates
State and County Participation

# Saturday Services By Region
# May 10, 17 and 24 - 10AM to 2PM

System Support – 512-810-8627

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 1A | Dallas | Garland Mega Center | 5 |
| | | Carrolton | |
| | | Cedar Hill | |
| | | Dallas-East | |
| | | Dallas-Southwest | 2 |
| | | Garland | |
| | | Grand Prairie | |
| | | Irving | |

As of May 8, 2014

Election Identification Certificates
State and County Participation

# Saturday Services By Region
# May 10, 17 and 24 - 10AM to 2PM

System Support 512-810-8627

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 1B | Collin | McKinney | 2 |
| 1B | Collin | Plano | 2 |
| 1B | Denton | Denton | 2 |
| 1B | Denton | Lewisville | 2 |
| 1B | Tarrant | Fort Worth Mega Center | 5 |
| 1B | Tarrant | Arlington | 2 |
| 1B | Tarrant | Fort Worth East | 2 |
| 1B | Tarrant | Fort Worth South | 2 |
| 1B | Tarrant | Hurst | 2 |

As of May 8, 2014

Election Identification Certificates
State and County Participation

# Saturday Services By Region May 10, 17 and 24 - 10AM to 2PM

System Support – 512-810-8627

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 2A | Harris | Houston-Gessner Mega Center | 5 |
| | | Houston-Dacoma | 2 |
| | | Houston-Grant Road | |
| | | Houston-Townhurst | |
| | | Houston Vantage Parkway | |
| | Fort Bend | Rosenberg Mega Center | 5 |

As of May 8, 2014

Election Identification Certificates
State and County Participation

# Saturday Services By Region May 10, 17 and 24 - 10AM to 2PM

System Support – 512-810-8627

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 2B | Harris | Spring Mega Center | 5 |
| | | Baytown | 2 |
| | | Houston-East | |
| | | Houston-Winkler | |
| | | Humble | |
| | | Pasadena | |
| | | Webster-Clear Lake | |

As of May 8, 2014

Election Identification Certificates
State and County Participation

# Saturday Services By Region
# May 10, 17 and 24 - 10AM to 2PM

System Support – 512-810-8627

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 3 | Hidalgo | McAllen | 2 |
| | | Mission | |
| | | Weslaco | |
| | Cameron | Brownsville | |
| | | Harlingen | |
| | Nueces | Corpus Christi | |

As of May 8, 2014

Election Identification Certificates
State and County Participation

# Saturday Services By Region
# May 10, 17 and 24 - 10AM to 2PM

System Support – 512-810-8627

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 4 | El Paso | El Paso-Gateway | 2 |
| | | El Paso-Hondo Pass | |
| | | El Paso-Northwestern | |
| | | El Paso-Scott Simpson | |

| Region | County | DL Office | # Staff |
|---|---|---|---|
| | | No Saturday Service | |

As of May 8, 2014

Election Identification Certificates
State and County Participation

# Saturday Services By Region
# May 10, 17 and 24 - 10AM to 2PM

System Support – 512-810-8627

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 6A | Bexar | Leon Valley Mega Center | 5 |
| | | San Antonio – Babcock | |
| | | San Antonio-General McMullen | 2 |
| | | San Antonio-Pat Booker | |

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 6B | Travis | Pflugerville Mega Center | 5 |
| | | Austin-North | |
| | | Austin-Northwest | |
| | | Austin-South | 2 |
| | Bell | Killeen | |
| | | Temple | |

As of May 8, 2014

Election Identification Certificates
State and County Participation

# Weekly County Services By Region – Week beginning 4/28

| Dates | Region/ Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 4/29<br>Wed 4/30<br>Thu 5/1 | 5 | Armstrong | 9A-4P | Armstrong County Courthouse Claude, TX |
| | | Briscoe | 9A-4P | 415 Main St Silverton, TX |
| | | Clay | 9A-4P | Commissioners Courtroom Henrietta, TX |
| | | Dickens | 9A-4P | North Dickens County Senior Center Dickens, TX |

As of May 8, 2014

Election Identification Certificates
State and County Participation

# Weekly County Services By Region – Week beginning 5/5

| Dates | Region/ Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/6<br>Wed 5/7<br>Thu 5/8 | 4 | Glasscock | 9A-4P | Glasscock Community Center Garden City, TX |
| Wed 5/7 | 6B | Blanco | 9A-4P | County Courthouse Johnson City, TX |