

# Election Identification Certific
# State and County Participatio

As of May 13, 2014

EIC approved and issued: 263
EIC approval pending: 0
EIC not approved: 19
EIC Transactions: 282
(263 / 0 / 19 / 282)

County processing EICs (55)
MOU signed, Staff Trained, Equipment working

County trained but has not returned MOU (0)

County to be trained (0)
Potter County May 29 (ADDL)

County covered by DL Employees (17)

County to be covered by HHSC (7)

------------------------------------------------------------------------------

Garza – Training Completed
Archer – Training Completed
Potter – Training Completed
San Saba – Training Completed
Sabine – Training Completed
Falls – Training Completed
Blanco – Training Completed

5/13/2014 4:08 PM

2:13-cv-193
09/02/2014
DEF2170
exhibitsticker.com

TEX0669797

As of May 13, 2014

# Weekly County Services By Region – Week beginning 5/12



Election Identification Certificates
State and County Participation

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/13<br>Wed 5/14<br>Fri 5/16 | 4 | Concho | 9A-4P | City Council Chambers Eden, TX |
| Tues 5/13<br>Wed 5/14<br>Thu 5/15 | 5 | Collingsworth | 9A-4P | County Courthouse Wellington, TX |
| | | Foard | 9A-4P | Sheriff's Conference Room Crowell, TX |
| | | Hartley | 9A-4P | County Courthouse Channing, TX |
| | | Motley | 9A-4P | 2nd Floor, County Courthouse Matador, TX |
| | | Stonewall | 9A-4P | County Courthouse Aspermont, TX |
| | | Wheeler | 9A-4P | County Courthouse Shamrock, TX |

TEX0669798

As of May 13, 2014

# Weekly County Services By Region – Week beginning 5/19



Election Identification Certificates
State and County Participation

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Wed 5/21<br>Thu 5/22<br>Fri 5/23 | 3 | Real | 9A-4P | Real County Courthouse Leakey, TX |
| Tues 5/20<br>Wed 5/21<br>Thu 5/22 | 4 | Hudspeth | 9A-4P | Hudspeth County Sheriff's Office Sierra Blanca, TX |
| | | Mason | 9A-4P | Mason County Museum Mason, TX |
| Wed 5/21 | 6B | Blanco | 9A-4P | Blanco County Courthouse Johnson City, TX |

As of May 13, 2014

# Saturday Services By Region
# May 10, 17 and 24 - 10AM to 2PM

Election Identification Certificates
State and County Participation

System Support – 512-810-8627

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 1A | Dallas | Garland Mega Center | 5 |
| | | Carrolton | |
| | | Cedar Hill | |
| | | Dallas-East | |
| | | Dallas-Southwest | 2 |
| | | Garland | |
| | | Grand Prairie | |
| | | Irving | |

TEX0669800

As of May 13, 2014

# Saturday Services By Region
## May 10, 17 and 24 - 10AM to 2PM

Election Identification Certificates
State and County Participation

System Support 512-810-8627

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 1B | Collin | McKinney | 2 |
| | | Plano | |
| | Denton | Denton | |
| | | Lewisville | |
| | Tarrant | Fort Worth Mega Center | 5 |
| | | Arlington | 2 |
| | | Fort Worth East | |
| | | Fort Worth South | |
| | | Hurst | |

TEX0669801

As of May 13, 2014

# Saturday Services By Region
# May 10, 17 and 24 - 10AM to 2PM

**Election Identification Certificates**
**State and County Participation**

System Support – 512-810-8627

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 2A | Harris | Houston-Gessner Mega Center | 5 |
| | | Houston-Dacoma | |
| | | Houston-Grant Road | 2 |
| | | Houston-Townhurst | |
| | | Houston Vantage Parkway | |
| | Fort Bend | Rosenberg Mega Center | 5 |

TEX0669802

As of May 13, 2014

# Saturday Services By Region
# May 10, 17 and 24 - 10AM to 2PM

Election Identification Certificates
State and County Participation

System Support – 512-810-8627

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 2B | Harris | Spring Mega Center | 5 |
| | | Baytown | |
| | | Houston-East | |
| | | Houston-Winkler | 2 |
| | | Humble | |
| | | Pasadena | |
| | | Webster-Clear Lake | |

TEX0669803

As of May 13, 2014

# Saturday Services By Region
# May 10, 17 and 24 - 10AM to 2PM

Election Identification Certificates
State and County Participation

System Support – 512-810-8627

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 3 | Hidalgo | McAllen | 2 |
| | | Mission | |
| | | Weslaco | |
| | Cameron | Brownsville | |
| | | Harlingen | |
| | Nueces | Corpus Christi | |

TEX0669804

As of May 13, 2014

# Saturday Services By Region
## May 10, 17 and 24 - 10AM to 2PM

Election Identification Certificates
State and County Participation

System Support – 512-810-8627

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 4 | El Paso | El Paso-Gateway<br>El Paso-Hondo Pass<br>El Paso-Northwestern<br>El Paso-Scott Simpson | 2 |

| Region | County | DL Office | # Staff |
|---|---|---|---|
| | | No Saturday Service | |

TEX0669805

As of May 13, 2014

# Saturday Services By Region
## May 10, 17 and 24 - 10AM to 2PM

Election Identification Certificates
State and County Participation

System Support – 512-810-8627

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 6A | Bexar | Leon Valley Mega Center | 5 |
| | | San Antonio – Babcock | |
| | | San Antonio-General McMullen | 2 |
| | | San Antonio-Pat Booker | |

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 6B | Travis | Pflugerville Mega Center | 5 |
| | | Austin-North | |
| | | Austin-Northwest | |
| | | Austin-South | 2 |
| | Bell | Killeen | |
| | | Temple | |

TEX0669806

As of May 13, 2014

# Weekly County Services By Region – Week beginning 4/28



Election Identification Certificates
State and County Participation

| Dates | Region/ Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 4/29 Wed 4/30 Thu 5/1 | 5 | Armstrong | 9A-4P | Armstrong County Courthouse Claude, TX |
| | | Briscoe | 9A-4P | 415 Main St Silverton, TX |
| | | Clay | 9A-4P | Commissioners Courtroom Henrietta, TX |
| | | Dickens | 9A-4P | North Dickens County Senior Center Dickens, TX |

TEX0669807

As of May 13, 2014

# Weekly County Services By Region – Week beginning 5/5



Election Identification Certificates
State and County Participation

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/6<br>Wed 5/7<br>Thu 5/8 | 4 | Glasscock | 9A-4P | Glasscock Community Center<br>Garden City, TX |
| Wed 5/7 | 6B | Blanco | 9A-4P | County Courthouse<br>Johnson City, TX |