

As of May 19, 2014

EIC approved and issued: 265
EIC approval pending: 0
EIC not approved: 19
EIC Transactions: 284
(265 / 0 / 19 / 284)

**Election Identification Certific...
State and County Participation...**

County processing EICs (55)
MOU signed, Staff Trained, Equipment working

County trained but has not returned MOU (0)

County to be trained (0)

County covered by DL Employees (17)

County to be covered by HHSC (7)

---------------------------------------------------------
--------------
Garza – Training Completed      Archer – Training
Completed
Potter – Training Completed     San Saba –
Training Completed
Sabine – Training Completed     Falls – Training
Completed
Blanco – Training Completed     Blanco County
May 21 (ADDL TRG)
Potter County May 29 (ADDL TRG)

5/19/2014 8:45 AM

2:13-cv-193
09/02/2014

DEF2171

TEX0669809

As of May 19, 2014

# Weekly County Services By Region – Week beginning 5/19



**Election Identification Certificates**
**State and County Participation**

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Wed 5/21<br>Thu 5/22<br>Fri 5/23 | 3 | Real | 9A-4P | Real County Courthouse Leakey, TX |
| Tues 5/20<br>Wed 5/21<br>Thu 5/22 | 4 | Hudspeth | 9A-4P | Hudspeth County Sheriff's Office Sierra Blanca, TX |
|  |  | Mason | 9A-4P | Mason County Museum Mason, TX |
| Wed 5/21 | 6B | Blanco | 9A-4P | Blanco County Courthouse Johnson City, TX |

As of May 19, 2014

# Saturday Services By Region May 10, 17 and 24 - 10AM to 2PM

**Election Identification Certificates**
**State and County Participation**

System Support – 512-810-8627

| Region | County | DL Office | # Staff |
|--------|--------|-----------|---------|
| 1A | Dallas | Garland Mega Center | 5 |
| | | Carrolton | |
| | | Cedar Hill | |
| | | Dallas-East | |
| | | Dallas-Southwest | 2 |
| | | Garland | |
| | | Grand Prairie | |
| | | Irving | |

TEX0669811

As of May 19, 2014

# Saturday Services By Region May 10, 17 and 24 - 10AM to 2PM

Election Identification Certificates
State and County Participation

System Support   512-810-8627

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 1B | Collin | McKinney | |
| | | Plano | 2 |
| | Denton | Denton | |
| | | Lewisville | |
| | Tarrant | Fort Worth Mega Center | 5 |
| | | Arlington | |
| | | Fort Worth East | 2 |
| | | Fort Worth South | |
| | | Hurst | |

TEX0669812

As of May 19, 2014

# Saturday Services By Region
# May 10, 17 and 24 - 10AM to 2PM

**Election Identification Certificates**
State and County Participation

System Support – 512-810-8627

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 2A | Harris | Houston-Gessner Mega Center | 5 |
| | | Houston-Dacoma | |
| | | Houston-Grant Road | 2 |
| | | Houston-Townhurst | |
| | | Houston Vantage Parkway | |
| | Fort Bend | Rosenberg Mega Center | 5 |

TEX0669813

As of May 19, 2014

# Saturday Services By Region
# May 10, 17 and 24 - 10AM to 2PM

Election Identification Certificates
State and County Participation

System Support – 512-810-8627

| Region | County | DL Office | # Staff |
|--------|--------|-----------|---------|
| 2B | Harris | Spring Mega Center | 5 |
| | | Baytown | |
| | | Houston-East | 2 |
| | | Houston-Winkler | |
| | | Humble | |
| | | Pasadena | |
| | | Webster-Clear Lake | |

TEX0669814

As of May 19, 2014

# Saturday Services By Region
# May 10, 17 and 24 - 10AM to 2PM

Election Identification Certificates
State and County Participation

System Support – 512-810-8627

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 3 | Hidalgo | McAllen | 2 |
| | | Mission | |
| | | Weslaco | |
| | Cameron | Brownsville | |
| | | Harlingen | |
| | Nueces | Corpus Christi | |

TEX0669815

As of May 19, 2014

# Saturday Services By Region
# May 10, 17 and 24 - 10AM to 2PM

**Election Identification Certificates**
State and County Participation

System Support – 512-810-8627

| Region | County | DL Office | # Staff |
|--------|--------|-----------|---------|
| 4 | El Paso | El Paso-Gateway<br>El Paso-Hondo Pass<br>El Paso-Northwestern<br>El Paso-Scott Simpson | 2 |

| Region | County | DL Office | # Staff |
|--------|--------|-----------|---------|
| | | No Saturday Service | |

TEX0669816

As of May 19, 2014

# Saturday Services By Region
# May 10, 17 and 24 - 10AM to 2PM

Election Identification Certificates
State and County Participation

System Support – 512-810-8627

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 6A | Bexar | Leon Valley Mega Center | 5 |
| | | San Antonio – Babcock | |
| | | San Antonio-General McMullen | 2 |
| | | San Antonio-Pat Booker | |

| Region | County | DL Office | # Staff |
|---|---|---|---|
| 6B | Travis | Pflugerville Mega Center | 5 |
| | | Austin-North | |
| | | Austin-Northwest | |
| | | Austin-South | 2 |
| | Bell | Killeen | |
| | | Temple | |

TEX0669817

As of May 19, 2014

# Weekly County Services By Region – Week beginning 4/28



Election Identification Certificates
State and County Participation

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 4/29 Wed 4/30 Thu 5/1 | 5 | Armstrong | 9A-4P | Armstrong County Courthouse Claude, TX |
| | | Briscoe | 9A-4P | 415 Main St Silverton, TX |
| | | Clay | 9A-4P | Commissioners Courtroom Henrietta, TX |
| | | Dickens | 9A-4P | North Dickens County Senior Center Dickens, TX |

TEX0669818

As of May 19, 2014

# Weekly County Services By Region – Week beginning 5/5

**Election Identification Certificates
State and County Participation**

| Dates | Region/ Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/6 Wed 5/7 Thu 5/8 | 4 | Glasscock | 9A-4P | Glasscock Community Center Garden City, TX |
| Wed 5/7 | 6B | Blanco | 9A-4P | County Courthouse Johnson City, TX |

TEX0669819

As of May 19, 2014

# Weekly County Services By Region – Week beginning 5/12



Election Identification Certificates
State and County Participation

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/13 Wed 5/14 Fri 5/16 | 4 | Concho | 9A-4P | City Council Chambers Eden, TX |
| | | Collingsworth | 9A-4P | County Courthouse Wellington, TX |
| | | Foard | 9A-4P | Sheriff's Conference Room Crowell, TX |
| Tues 5/13 Wed 5/14 Thu 5/15 | 5 | Hartley | 9A-4P | County Courthouse Channing, TX |
| | | Motley | 9A-4P | 2nd Floor, County Courthouse Matador, TX |
| | | Stonewall | 9A-4P | County Courthouse Aspermont, TX |
| | | Wheeler | 9A-4P | County Courthouse Shamrock, TX |

TEX0669820