| | |
|---|---|
| **From:** | Valdez, Tomas |
| **To:** | Rodriguez, Tony |
| **Sent:** | 3/19/2014 10:52:02 AM |
| **Subject:** | RE: EIC Issuance by HHSC |

Will do.

Thanks,

Tomas Valdez
Regional Manager
Customer Operations
Region V. Lubbock

---

**From:** Rodriguez, Tony
**Sent:** Wednesday, March 19, 2014 10:40 AM
**To:** Bergman, Kathy; Valdez, Tomas; Garcia, Joseph
**Cc:** Bell, Stephen; Watkins, Paul; Collins, Cynthia
**Subject:** EIC Issuance by HHSC

Managers,
We are working with HHSC to get their personnel trained to issue EICs in the following counties:
- Archer
- Blanco
- Falls
- Post
- Potter
- Sabine
- San Saba

I have reached out to the HHSC POC and he will provide me with regional POCs for the offices located in the counties above.  Once I get them, I will ask you to establish contact with those people and arrange to train and equip them to issue EICs.

v/r

*Tony Rodriguez*
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

---

**From:** Bracken, James
**Sent:** Tuesday, March 18, 2014 4:05 PM
**To:** Peters, Joe
**Cc:** Watkins, Paul; Rodriguez, Tony
**Subject:** RE: ATTORNEY CLIENT COMMUNICATION-Election ID Centers

Joe,
Updated Map for EIC is attached.

v/r
Jim



TEX0669880

**From:** Peters, Joe
**Sent:** Tuesday, March 18, 2014 2:16 PM
**To:** Bracken, James; Krueger, Kristopher; O'Connor, Ryan
**Subject:** FW: ATTORNEY CLIENT COMMUNICATION-Election ID Centers

FYI the HHSC covered counties.

Joe Peters
Assistant Director
Texas Department of Public Safety
Driver License Division
P.O. Box 4087
Austin, TX 78773
Office: 512-424-5899
joe.peters@dps.texas.gov



**From:** Scott, John [mailto:john.scott@texasattorneygeneral.gov]
**Sent:** Thursday, March 13, 2014 11:20 AM
**To:** Peters, Joe; Bodisch, Robert
**Cc:** Hodge, Daniel; Clay, Reed; Coby Shorter; Stick,Erica (HHSC) (Erica.Stick@hhsc.state.tx.us)
**Subject:** RE: ATTORNEY CLIENT COMMUNICATION-Election ID Centers

HHSC offices in Post, Garza County, Texas.  Sorry for the error.

**From:** Peters, Joe [mailto:Joe.Peters@dps.texas.gov]
**Sent:** Thursday, March 13, 2014 11:16 AM
**To:** Bodisch, Robert; Scott, John
**Cc:** Hodge, Daniel; Clay, Reed; Coby Shorter; Stick,Erica (HHSC) (Erica.Stick@hhsc.state.tx.us)
**Subject:** RE: ATTORNEY CLIENT COMMUNICATION-Election ID Centers

Great news!  We will contact DEC Garza this afternoon and get the ball rolling.

Many Thanks!

Joe Peters
Assistant Director
Texas Department of Public Safety
Driver License Division
P.O. Box 4087
Austin, TX 78773
Office: 512-424-5899
joe.peters@dps.texas.gov



**From:** Bodisch, Robert
**Sent:** Thursday, March 13, 2014 11:05 AM
**To:** Scott, John; Peters, Joe
**Cc:** Hodge, Daniel; Clay, Reed; Coby Shorter; Stick,Erica (HHSC) (Erica.Stick@hhsc.state.tx.us); Bodisch, Robert
**Subject:** RE: ATTORNEY CLIENT COMMUNICATION-Election ID Centers
**Importance:** High

John, this is outstanding news.  Will ask Assistant Director Joe Peters to reach out to DEC Garza for follow up.

Robert J. Bodisch
Deputy Director
Texas Homeland Security
Texas Department of Public Safety
P. O. Box 4087
Austin, Texas 78773
512-424-2368
robert.bodisch@dps.texas.gov
robert.bodisch.sle@dhs.sgov.gov



**From:** Scott, John [mailto:john.scott@texasattorneygeneral.gov]
**Sent:** Thursday, March 13, 2014 11:00 AM
**To:** Bodisch, Robert; Peters, Joe
**Cc:** Hodge, Daniel; Clay, Reed; Coby Shorter; Stick,Erica (HHSC) (Erica.Stick@hhsc.state.tx.us)
**Subject:** RE: ATTORNEY CLIENT COMMUNICATION-Election ID Centers

Duke-

I have been visiting with Erica Stick at HHSC.  She has been able to locate potential permanent solutions for EIC in the following counties: Archer, Blanco, Falls, Post, Potter, Sabine, and San Saba.  Rolando Garza (512-424-6660) Deputy Executive Commissioner for Support Services is running point on implementing for HHSC and is the proper contact person.

John

**From:** Bodisch, Robert [mailto:Robert.Bodisch@dps.texas.gov]
**Sent:** Tuesday, February 25, 2014 10:46 AM
**To:** Scott, John; Peters, Joe
**Cc:** Hodge, Daniel; Clay, Reed; Coby Shorter
**Subject:** RE: ATTORNEY CLIENT COMMUNICATION-Election ID Centers

TEX0669882

No objection.

**Robert J. Bodisch**
**Deputy Director**
**Texas Homeland Security**
**Texas Department of Public Safety**
**P. O. Box 4087**
**Austin, Texas 78773**
**512-424-2368**
**robert.bodisch@dps.texas.gov**
**robert.bodisch.sle@dhs.sgov.gov**



---

**From:** Scott, John [mailto:john.scott@texasattorneygeneral.gov]
**Sent:** Tuesday, February 25, 2014 10:31 AM
**To:** Bodisch, Robert; Peters, Joe
**Cc:** Hodge, Daniel; Clay, Reed; Coby Shorter
**Subject:** FW: ATTORNEY CLIENT COMMUNICATION-Election ID Centers

Next step on the remaining 19 counties will be to contact the folks at Department of Agriculture and see if they have County Extension Agents that would be willing to operate the EIC machines in the remaining counties. Are there any objections to such an effort?

I will follow-up with Erica on the location of HHSC assets in the counties she has identified.

Thanks.

John

---

**From:** Stick,Erica (HHSC) [mailto:Erica.Stick@hhsc.state.tx.us]
**Sent:** Tuesday, February 25, 2014 10:15 AM
**To:** Scott, John
**Cc:** Hodge, Daniel; Clay, Reed
**Subject:** RE: ATTORNEY CLIENT COMMUNICATION-Election ID Centers

Hi, John. We ran the list against our facilities and we have a presence in seven of the counties (Archer, Blanco, Falls, Potter, Sabine and San Saba). The attached spreadsheet has exact location information. We will make ourselves available whenever it's convenient for your folks to discuss how we can help and next steps.

---

**From:** Scott, John [mailto:john.scott@texasattorneygeneral.gov]
**Sent:** Monday, February 24, 2014 2:57 PM
**To:** Stick,Erica (HHSC)
**Cc:** Hodge, Daniel; Clay, Reed
**Subject:** ATTORNEY CLIENT COMMUNICATION-Election ID Centers

Erica-

The state of Texas has been undertaking to have each of the 254 counties in our state have a location where any of the citizens of those counties may obtain a photo ID in order to vote. To that end, the DPS has purchased a number

of computers that allow a non-DPS person to process the intake for an election ID.  The DPS has also provided the short tutorial on the process.

I have attached the latest map of coverage for election ID availability in Texas.  The DPS has attempted, with great success, to obtain MOU's with the approximate79 counties that were without a DPS license office.  There remain 26 counties (in blue on the attached map-sans Hudspeth and Bandera counties) without a MOU to operate the mobile election ID unit.

Does HHSC and its various Departments have a physical presence in the 26 counties?  If so, may we visit as soon as possible about executing an MOU to operate the mobile election ID in those 26 counties?

Thanks.

John



John B. Scott
Deputy Attorney General
For Civil Litigation
Office of the Texas Attorney General
Post Office Box 12548
Austin, TX 78711-2548

Telephone: 512-475-0131 (Direct)
Facsimile: 512-936-0545
Email: john.scott@texasattorneygeneral.gov

This message and any attachment(s) may be confidential and/or privileged pursuant to
Government Code sections 552.101, 552.103, 552.107, and 552.111, and
should not be disclosed without the express authorization of the Attorney General of Texas.

TEX0669884