| | |
|---|---|
| **From:** | Bergman, Kathy |
| **To:** | Rodriguez, Tony |
| **Sent:** | 4/10/2014 5:00:41 PM |
| **Subject:** | RE: Fayette County EIC |

After talking to Amelia she remembered that this was one in LaGrange that Barbara Hubbard had a Trooper go pick up and take to the DL office for processing.

*Kathy Bergman*
Regional Manager
Driver License Division
Region 2B
2 Hilbig
Conroe, Texas 77301
936-442-2829

---

**From:** Rodriguez, Tony
**Sent:** Thursday, April 10, 2014 11:46 AM
**To:** Bergman, Kathy
**Subject:** Fayette County EIC

Do you recall an EIC application from Feb for an Aileen Albers Voss?

v/r

*Tony Rodriguez*
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)



2:13-cv-193
09/02/2014
**DEF2178**

TEX0669885