| | |
|---|---|
| **From:** | Smith, Paul D |
| **To:** | c_word@bosquecounty.us |
| **CC:** | Smith, Paul D; Watkins, Paul; Rodriguez, Tony; Garcia, Joseph |
| **Sent:** | 4/28/2014 12:27:57 PM |
| **Subject:** | SB 1729 allowing Bosque county employees to issue driver license renewals, replacements and election identification certificates |
| **Attachments:** | Back ground checksSB1729.docx; Data Sharing Agreement -Bosque County.docx; MOU-pilot-sb1729-OGC-032814.docx |

Judge Word,

My name is Paul D. Smith , the project manager responsible for implementing SB1729. As Paul Watkins stated in his email to you on 22 April 2014, I want to provide you with some critical information as well ask you to complete some paper work and return to me. I have two forms that need to be completed and returned to myself. The first one is the Memorandum of Understanding (MOU)  and the second is Data Sharing Agreement (DSA). I need for you to have your responsible party to sign the forms and return them to me, please. Once I have sign off on the forms I will return to you a completed copy for your records.

The other set of attachments will be required of your employees to fill out for a background checks. I will need for you to have no more than two employees complete the background checks for this role. I will need the receipt of the fingerprint FAST completion scanned and sent to me, so I can inform HR. The completed background paper work (HR9NC and HR99B) needs to be scanned and sent to  Florina Nutt her email is Florina.Nutt@dps.texas.gov she will check for completeness and then forwarded to assign an investigator. Florina's phone number is (254) 759-7137 if needed.

Training for this project will start on 21 July and take place at the Meridian Driver License office. The length of the training is planned to last from 21 July until 15 Aug. We will need your employees that you nominate to be present for the entire time period as a host of critical role and responsibilities will be covered.

As the project manager I'm excited about starting this pilot and hope it brings additional services to the residents. I too want to thank you, and your Commissioners Court, for participating in this pilot and helping us provide additional services to Texans.  Please contact me with any questions you may have; I look forward to working with you and your employees.

V/R

**Paul D. Smith, PMP**
Project Manager
Policy & Business Improvement
Driver License Division
5805 N. Lamar Blvd
PO Box 4087
Austin, Texas 78752-4431
paul.d.smith@dps.texas.gov
Desk: (512)424-7739
Cell: (512)694-4531



2:13-cv-193
09/02/2014
**DEF2179**

TEX0669886



**AGENCY CONFIDENTIALITY NOTICE**
This electronic mail transmission is confidential, may be privileged, and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender, destroy all electronic and non-electronic copies, and delete it from your system.

TEX0669887