# 2013年重要選舉日期

## 2013年8月

| 2013年8月 | | |
|---|---|---|
| | 普選之參選登記截止日（僅限於地方政治轄區）宣佈普選的截止日 | 星期一<br>26 |

## 2013年9月

| 2013年9月 | | |
|---|---|---|
| | 開始接受郵遞選票申請（不適用於聯邦國外選票申請） | 星期五<br>6 |

## 2013年10月

| 2013年10月 | | |
|---|---|---|
| | 選民登記截止日 | 星期一<br>7 |
| | 提前投票開始 | 星期一<br>21 |
| | 郵遞選票申請截止日（收件日，非郵戳日） | 星期五<br>25 |

## 2013年11月

| 2013年11月 | | |
|---|---|---|
| | 提前投票截止日 | 星期五<br>1 |
| | 選舉日 | 星期二<br>5 |

進一步的選舉資訊
www.harrisvotes.com
或
713-755-6965

郵遞投票申請表
傳真至：713-755-4983

郵寄：
Harris County Clerk
P.O. Box 1148
Houston, TX 77251-1148

TEXAS 州務卿辦公室
www.sos.state.tx.us
1-800-252-8683

HARRIS 縣選務處
1001 Preston, 4 樓
Houston, TX 77002

請記得，您必須帶照片識別證件去投票



## STAN STANART
### HARRIS 縣行政書記官

2:13-cv-193
09/02/2014
**DEF2186**

HarrisCounty 000085

# 您必須帶照片識別證件去投票

Texas 州規定選民必須出示有照片的個人識別證明。為便利投票的進行，去投票所時您應該：

1. **參閱下列照片識別證件**以及確認您持有其中一項；
2. **確認您合格照片識別證件資料是現行的**；除了美國公民證以外，照片識別證件必須未過期或過期不超過 60 天；
3. **核對您選民登記和合格照片識別證件所列的姓名是相同的。** 有關更新您'選民登記姓名和地址'請上網 https://txapps.texas.gov/tolapp/sos/SOSACManager。

## 在 Texas 州，必須的投票識別證件



1. Texas 駕駛執照



2. Texas 選舉個人識別證明 (EIC)



3. Texas 個人識別證

未持有合格投票的照片識別證件的選民可免費向 Texas 公共安全部 (DPS) 申請選舉個人識別證明 (EIC)。有關更多信息請電 (512) 424-2600 或上網查詢 http://www.txdps.state.tx.us/DriverLicense/electionID.htm。



4. Texas 隱蔽槍枝執照



5. 美國軍人識別證



6. 美國公民證



7. 美國護照



**STAN STANART**
HARRIS 縣行政書記官

www.HarrisVotes.com

HarrisCounty 000086

Case 2:13-cv-00193 Document 790-23 Filed on 11/19/14 in TXSD Page 2 of 9

# IMPORTANT 2013 ELECTION DATES

## Aug., 2013

### August 2013

| | | |
|---|---|---|
| Last Day to File for Place on General Election Ballot (for local political subdivisions ONLY) | Monday | |
| Last Day to Order General Election | 26 | |

## Sept., 2013

### September 2013

| | |
|---|---|
| First Day to Apply for Ballot by Mail (does not apply to FPCA) | Friday 6 |

## Oct., 2013

### October 2013

| | |
|---|---|
| Last Day to Register to Vote | Monday 7 |
| First Day of Early Voting | Monday 21 |
| Last Day to Apply for Ballot by Mail (Received, not Postmarked) | Friday 25 |

## Nov., 2013

### November 2013

| | |
|---|---|
| Last Day of Early Voting | Friday 1 |
| Election Day | Tuesday 5 |

**Remember, BRING YOUR PHOTO ID to the polls**



**STAN STANART**
HARRIS COUNTY CLERK

---

**FOR MORE ELECTIONS INFORMATION**

www.harrisvotes.com
or
713-755-6965

**BALLOT-BY-MAIL APPLICATION**

Fax to: 713-755-4983

Mail:
Harris County Clerk
P.O. Box 1148
Houston, TX 77251-1148

**TEXAS SECRETARY OF STATE OFFICE**
www.sos.state.tx.us
1-800-252-8683

**HARRIS COUNTY ELECTIONS OFFICE**
1001 Preston, 4th Floor
Houston, TX 77002

HarrisCounty 000087

# BRING YOUR PHOTO ID
## to the polls

Texas requires voters to present an approved form of photo identification to vote in person. To facilitate the voter qualification process when YOU go to the poll, YOU should:

1. **Review the list of approved Photo IDs** and make sure YOU have one;
2. **Make sure YOUR State Approved Photo ID is current;** With the exception of the U.S. citizenship certificate, the Photo ID must be unexpired or expired less than 60 days;
3. **Verify that the name the Voter Registrar has on file for YOU matches the name on one of the State approved Photo IDs.** YOU may visit https://txapps.texas.gov/tolapp/sos/SOSACManager to update YOUR 'Voter Name and Address'.

## Approved Credentials for Voting in Texas



**1. Texas driver license**



**2. Texas Election Identification Certificate (EIC)**



**3. Texas personal identification card**

Voters who currently do not have an approved form of photo ID may **apply for an Election Identification Certificate (EIC)** at no charge with the Department of Public Safety. For more information: Call (512) 424-2600 or visit http://www.txdps.state.tx.us/DriverLicense/electionID.htm



**4. Texas concealed handgun license**



**5. United States military identification card**



**6. United States citizenship certificate**



**7. United States passport**



## STAN STANART
### HARRIS COUNTY CLERK

www.HarrisVotes.com

HarrisCounty 000088

# IMPORTANTES FECHAS ELECTORALES 2013

**Ago., 2013 — Agosto 2013**

| Evento | Día | Fecha |
|---|---|---|
| Último día para registrarse para un lugar en la Boleta de Eleccion General (Subdivisiones politicas locales SOLAMENTE). Ultimo día para ordenar elección general | Lunes | 26 |

**Sept., 2013 — Septiembre 2013**

| Evento | Día | Fecha |
|---|---|---|
| Primer día para solicitar una Boleta para votar por correo (no se aplica a FPCA) | Viernes | 6 |

**Oct., 2013 — Octubre 2013**

| Evento | Día | Fecha |
|---|---|---|
| Ultimo día para registrarse para votar | Lunes | 7 |
| Primer día de la votación anticipada en persona | Lunes | 21 |
| Último día para enviar tu solicitud para votar por correo (**Recibido**, no matasellos) | Viernes | 25 |

**Nov., 2013 — Noviembre 2013**

| Evento | Día | Fecha |
|---|---|---|
| Último día de votación anticipada en persona | Viernes | 1 |
| Día de Elección | Martes | 5 |

---

**PARA MÁS INFORMACIÓN ELECTORAL**
www.harrisvotes.com
or
713-755-6965

**APLICACIÓN PARA BOLETA POR CORREO**
Fax a: 713-755-4983
Correo:
Harris County Clerk
P.O. Box 1148
Houston, TX 77251-1148

**OFICINA DE LA SECRETARIA DEL ESTADO DE TEXAS**
www.sos.state.tx.us
1-800-252-8683

**OFICINA DE ELECCIONES DE CONDADO DE HARRIS**
1001 Preston, 4th Floor
Houston, TX 77002

---

Recuerde, TRAIGA SU ID CON FOTO a las urnas de votación



**STAN STANART**
SECRETARIO DE CONDADO DE HARRIS

# Traiga su Foto-ID a las urnas

Texas requiere que votantes presenten una forma aprobada de identificación con foto para votar en persona. Para facilitar el proceso de calificar para votar cuando va a las urnas de votación usted debe:

1. **Revisar la lista de Foto-IDs aprobadas y asegúrar que tiene una;**
2. **Asegúrar que SU Foto ID es vigente**; <u>Con la excepción del certificado de ciudadanía de EE.UU., la identificación con foto debe estar vigente o haber expirado no más de 60 días;</u>
3. **Comprobar que el nombre que el Registro Electoral tiene archivado para usted coincide con el nombre en una de las aprobadas FOTO IDs.** Para actualizar su "Nombre y dirección de votante puede visitar https://txapps.texas.gov/tolapp/sos/SOSACManager.

## Credenciales Aprobadas Para Votar en Texas



**1. Licencia de Conducir de Texas**



**2. Certificado de Identificación Electoral de Texas**



**3. Tarjeta de Identificación Personal de Texas**

Votantes que actualmente no tienen una aprobada identificación con foto pueden solicitar un Certificado de Identificación Electoral (EIC) sin cargo en el Departamento de Seguridad Pública. Para más información: Llame al (512) 424-2600 o visite http://www.txdps.state.tx.us/DriverLicense/electionID.htm



**4. Licencia para Portar un Arma de Fuego en Texas**



**5. Cédula Militar de los Estados Unidos**



**6. Certificado de Ciudadanía de EE. UU.**



**7. Pasaporte de los Estados Unidos**



**STAN STANART**
Secretario del Condado Harris

www.HarrisVotes.com

HarrisCounty 000090

# NHỮNG NGÀY QUAN TRỌNG CỦA KỲ BẦU CỬ 2013

## Tháng 8, 2013

| | | |
|---|---|---|
| | Ngày Cuối Cùng Nộp Đơn cho Lá Phiếu Trong Cuộc Phổ Thông Đầu Phiếu (CHỈ DÀNH cho các khu vực chính trị địa phương) - Ngày Cuối Cùng để Ban Hành Cuộc Phổ Thông Đầu Phiếu | **Thứ Hai** 26 |

## Tháng 9, 2013

| | | |
|---|---|---|
| | Ngày Đầu Tiên Nộp Đơn xin Bỏ Phiếu Bằng Thư (không áp dụng cho FPCA) | **Thứ Sáu** 6 |

## Tháng 10, 2013

| | | |
|---|---|---|
| | Ngày Cuối Cùng Ghi Danh Đi Bầu | **Thứ Hai** 7 |
| | Ngày Đầu Tiên Bỏ Phiếu Sớm | **Thứ Hai** 21 |
| | Ngày Cuối Cùng Nộp Đơn xin Bỏ Phiếu Bằng Thư (là Nhận Được, <u>không</u> tính Dấu Bưu Điện) | **Thứ Sáu** 25 |

## Tháng 11, 2013

| | | |
|---|---|---|
| | Ngày Cuối Cùng Bỏ Phiếu Sớm | **Thứ Sáu** 1 |
| | Ngày Phổ Thông Đầu Phiếu | **Thứ Ba** 5 |

### ĐỂ BIẾT THÊM CHI TIẾT VỀ BẦU CỬ

www.harrisvotes.com
hoặc
713-755-6965

### ĐƠN XIN BỎ PHIẾU BẰNG THƯ

Fax đến: 713-755-4983

Gửi Về:
Harris County Clerk
P.O. Box 1148
Houston, TX 77251-1148

### VĂN PHÒNG TỔNG TRƯỞNG TIỂU BANG TEXAS

www.sos.state.tx.us
1-800-252-8683

### VĂN PHÒNG BẦU CỬ QUẬN HARRIS

1001 Preston, 4th Floor
Houston, TX 77002

**Nhớ, MANG CĂN CƯỚC CÓ HÌNH ẢNH CỦA QUÝ VỊ đến các phòng phiếu**



## STAN STANART
### Giám Đốc Nha Hành Chánh Quận Harris

HarrisCounty 000091

# MANG CĂN CƯỚC CÓ HÌNH ẢNH CỦA QUÝ VỊ
## đến các phòng phiếu

Tiểu bang Texas yêu cầu các cử tri xuất trình căn cước có hình ảnh đã được chấp thuận để bầu cử tại các phòng phiếu. Để tạo thuận lợi cho việc tuyển cử khi QUÝ VỊ đến các phòng phiếu, QUÝ VỊ nên:

1. **Xem lại danh sách các loại căn cước có hình ảnh** đã được chấp thuận và bảo đảm QUÝ VỊ có một cái;
2. **Phải bảo đảm rằng căn cước có hình ảnh mà tiểu bang đã chấp thuận CỦA QUÝ VỊ vẫn đang còn hiệu lực**; với ngoại lệ của Giấy Chứng Nhận Quốc Tịch Hoa Kỳ, những căn cước có hình ảnh khác phải đang còn hiệu lực hoặc đã hết hạn không quá 60 ngày;
3. **Kiểm chứng lại tên của QUÝ VỊ trong hồ sơ của Văn Phòng Ghi Danh Cử Tri và tên trong các căn cước có hình ảnh phải trùng nhau.** QUÝ VỊ có thể ghé trang mạng https://txapps.texas.gov/tolapp/sos/SOSACManager để cập nhật "Tên và Địa Chỉ Cử Tri" CỦA QUÝ VỊ.

## CÁC LOẠI CĂN CƯỚC CHẤP THUẬN CHO BẦU CỬ TẠI TEXAS


1. **Bằng Lái Xe Texas**


2. **Giấy Chứng Nhận Căn Cước Bầu Cử của Texas (EIC)**


3. **Thẻ Căn Cước Cá Nhân Texas**

Các cử tri không có bất kỳ căn cước có hình ảnh được chấp thuận có thể nộp đơn lấy Giấy Chứng Nhận Căn Cước Bầu Cử (EIC) miễn phí tại Sở An Toàn Công Cộng. Để biết thêm chi tiết: Gọi số (512) 424-2600 hoặc ghé trang mạng: http://www.txdps.state.tx.us/DriverLicense/electionID.htm


4. **Giấy Phép Mang Súng Giấu Kín Texas**


5. **Thẻ Căn Cước Quân Đội Hoa Kỳ**


6. **Giấy Chứng Nhận Quốc Tịch Hoa Kỳ**


7. **Hộ Chiếu Hoa Kỳ**



## STAN STANART
### GIÁM ĐỐC NHA HÀNH CHÁNH QUẬN HARRIS

www.HarrisVotes.com

HarrisCounty 000092



# STAN STANART
## COUNTY CLERK
*Recording the Major Events of Your Life*

### Voter Photo Identification Requirements for Texas Elections

Dear Voter,

Texas Election law has changed regarding the necessary identification that a voter is required to bring to the election polls. This notice is to advise you of the type of identification that is required so that you are prepared for voting during the Early Voting period or on Election Day. **All voters are now required to provide one of the following types of photo identification when voting in person:**

- **Texas Driver's License, Election Identification Card or Texas Personal Identification Card** issued to the person by the Department of Public Safety that has not expired or that expired no earlier than 60 days before the date of presentation;

- **United States Military Identification** card that contains the person's photograph that has not expired or that expired no earlier than 60 days before the date of presentation;

- **United States Citizenship Certificate** issued to the person that contains the person's photograph;

- **United States Passport** issued to the person that has not expired or that expired no earlier than 60 days before the date of presentation; or

- **Texas Concealed Handgun License** issued to the person by the Department of Public Safety that has not expired or that expired no earlier than 60 days before the date of presentation.

**If you do not have one of these types of photo identification, you may receive a free Election Identification Card (EIC)** from the Department of Public Safety (DPS). Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

**If you are 65 or older, or are disabled**, you are entitled to apply for a ballot by mail. In most cases, you will not need to provide photo identification, if you vote by mail. February 21, 2014 is the last day for Harris County to receive an application for a ballot by mail (received, not postmarked). To obtain an application to vote by mail, you may contact our offices at 713-755-6965 or visit www.HarrisVotes.com.

Please be prepared to present the required photo identification when you arrive to vote at the polls. **Early Voting is February 18, 2014 to February 28, 2014 and Election Day is March 4, 2014.** Early Voting locations, your Election Day location, and your voter specific sample ballot can be found at www.HarrisVotes.com.

Should you have any questions, please see www.HarrisVotes.com or contact our Elections Department at 713-755-5792.

Sincerely,

*Stan Stanart*

**STAN STANART**
Harris County Clerk & Chief Elections Official

1001 Preston, 4th Floor  ○  Houston, TX 77002  ○  713.755.5792
www.HarrisVotes.com

HarrisCounty 000093