**Requisitos de identificación de Foto para Votantes en Elecciones de Texas**

Estimado Votante,

La ley Electoral de Texas ha cambiado con respecto a la necesaria identificación que se requiere a un votante llevar a las urnas electorales. Este aviso es para informarle sobre el tipo de identificación que se requiere para que usted esté preparado para la votación durante el período de votación temprana o el día de las elecciones. **Todos los votantes están obligados a presentar uno de los siguientes tipos de identificación con foto al votar en persona**:

- **Licencia de Conducir de Texas, Tarjeta de Identificación Electoral o Tarjeta de Identificación Personal de Texas** expedido a la persona por el Departamento de Seguridad Pública que no haya expirado o expirado no más temprano de 60 días antes de la fecha de presentación;
- **Tarjeta de identificación militar de los Estados Unidos** que contiene la fotografía de la persona que no haya expirado o expirado no más temprano de 60 días antes de la fecha de presentación;
- **Certificado de Ciudadanía de Estados Unidos** otorgado a la persona que contiene la fotografía de la persona;
- **Pasaporte de los Estados Unidos** expedido a la persona que no haya expirado o expirado no más temprano de 60 días antes de la fecha de presentación, o
- **Licencia de Arma Ocultada de Tejas** expedido a la persona por el Departamento de Seguridad Pública que no haya expirado o expirado no más temprano de 60 días antes de la fecha de presentación.

**Si no tiene uno de estos tipos de identificación con foto, puede recibir una tarjeta de identificación electoral gratis (EIC) del Departamento de Seguridad Pública (DPS).** Requisitos para solicitar una EIC se pueden encontrar en http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

**Si usted tiene 65 años o mas, o está incapacitado,** usted tiene derecho a solicitar una boleta electoral por correo. En la mayoría de los casos, si usted vota por correo, usted no tendrá que proporcionar identificación con foto. El 21 de Febrero 2014 es el último día que el Condado de Harris puede recibir una solicitud para votar por correo (recibido, no matasellos). Para obtener una solicitud para votar por correo, puede comunicarse con nuestras oficinas al 713-755-6965 o visite www.HarrisVotes.com.

Por favor, esté preparado para presentar la documentación con fotografía necesaria al llegar a votar en las urnas. **La votación Temprana es el 18 Febrero 2014 a 28 Febrero 2014 y el día de las elecciones es el 4 de Marzo 2014.** Los lugares de votación temprana y su lugar de votación el día de las elecciones, y boleta de muestra especifica se pueden encontrar en www.HarrisVotes.com.

**Si tiene alguna duda, consulte a www.HarrisVotes.com o póngase en contacto con nuestro Departamento de Elecciones al 713-755-5792.**

Sinceramente, **STAN STANART**, Secretario del Condado de Harris y Principal Oficial de Elecciones

**Những Yêu Cầu về Căn Cước Có Hình Ảnh của Cử Tri cho các Cuộc Bầu Cử ở Texas**

Thưa cử tri,

Luật Bầu Cử Texas đã thay đổi liên quan đến việc căn cước cần thiết mà một cử tri đòi hỏi phải mang đến các địa điểm bầu cử. Thông báo này như một khuyến cáo cho quý vị về các loại căn cước đòi hỏi đó để quý vị có được sự chuẩn bị cho bầu cử trong thời gian Bầu Cử Sớm hoặc trong Ngày Bầu Cử. **Tất cả các cử tri đòi hỏi phải xuất trình một trong các loại căn cước có hình ảnh sau đây khi đích thân đi đầu phiếu:**

- **Bằng Lái Xe Texas, Giấy Chứng Nhận Căn Cước Bầu Cử hoặc Thẻ Căn Cước Cá Nhân Texas** đã cấp cho người đó bởi Sở An Toàn Công Cộng (DPS) phải chưa hết hạn hoặc đã hết hạn không quá 60 ngày trước ngày xuất trình;
- **Thẻ Căn Cước Quân Đội Hoa Kỳ** có hình ảnh của người đó phải chưa hết hạn hoặc đã hết hạn không quá 60 ngày trước ngày xuất trình;
- **Giấy Chứng Nhận Quốc Tịch Hoa Kỳ** đã cấp cho người có chứa hình ảnh của người đó;
- **Hộ Chiếu Hoa Kỳ** đã cấp cho người đó phải chưa hết hạn hoặc đã hết hạn không quá 60 ngày trước ngày xuất trình; hoặc
- **Giấy Phép Mang Súng Giấu Kín Texas** đã cấp cho người đó bởi Sở An Toàn Công Cộng (DPS) phải chưa hết hạn hoặc đã hết hạn không quá 60 ngày trước ngày xuất trình.

**Nếu quý vị không có một trong các loại căn cước có hình ảnh này, quý vị có thể nhận được một Giấy Chứng Nhận Căn Cước Bầu Cử (EIC) miễn phí** từ Sở An Toàn Công Cộng (DPS). Những yêu cầu để nộp đơn xin EIC có thể được tìm thấy tại http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

**Nếu quý vị từ 65 tuổi trở lên, hoặc bị khuyết tật**, quý vị có thể nộp đơn để bỏ phiếu bằng thư. Trong hầu hết các trường hợp, quý vị sẽ không cần phải cung cấp căn cước có hình ảnh, nếu quý vị bỏ phiếu bằng thư. Ngày 21 Tháng 2 2014 là ngày cuối cùng cho Quận Hạt Harris nhận đơn xin bỏ phiếu bằng thư (là nhận được, không phải dấu bưu điện). Để có được một đơn xin bỏ phiếu bằng thư, quý vị có thể liên lạc với văn phòng của chúng tôi tại 713-755-6965 hoặc truy cập trang mạng www.HarrisVotes.com.

Xin vui lòng chuẩn bị để xuất trình căn cước có hình ảnh được yêu cầu khi quý vị đến bầu cử tại các phòng phiếu. **Bầu Cử Sớm là ngày 18 tháng 2 năm 2014 đến ngày 28 Tháng Hai 2014 và Ngày Bầu Cử là ngày 04 Tháng 3 2014.** Các địa điểm Bầu Cử Sớm, địa điểm Ngày Bầu Cử của quý vị, và lá phiếu riêng biệt của quý vị có thể được tìm thấy tại www.HarrisVotes.com.

**Nếu quý vị có bất kỳ thắc mắc gì, vui lòng vào trang mạng www.HarrisVotes.com hoặc liên lạc với Ty Bầu Cử của chúng tôi tại 713-755-5792.**

Chân thành, **STAN STANART**, Giám Đốc Nha Hành Chánh Quận Hạt Harris & Chánh Các Cuộc Bầu Cử Chính Thức

**Texas 選舉選民照片識別證件要求**

**親愛的選民**

Texas **選舉法已更改有關選民在選舉投票所必須攜帶的必要識別證件的規定。本通知的目的在於告知您有關必要識別證件的類型，以便您在提前投票期間或在選舉日已做好投票的充分準備。現在所有的選民於親自投票時必須出示下列其一的照片識別證件:**

- Texas **駕駛執照, 選舉個人識別證明或** Texas **個人身份證**由 公共安全部所開立, 必須是未過期或是已過期但於出示日前不超過 60 日的過期天數;
- **美國軍人身份證**包含個人照片, 必須是未過期或是已過期但於出示日前不超過 60 日的過期天數;
- **美國公民證明**包含個人照片;
- **美國護照**必須是未過期或是已過期但於出示日前不超過 60 日的過期天數; 或
- Texas **隱蔽槍枝執照**由公共安全部所開立, 必須是未過期或是已過期但於出示日前不超過 60 日的過期天數。

如果您未持有 **其一的照片識別證件, 您可以向**公共安全部 (DPS) 申請一張選舉個人識別證明 (EIC)。有關 EIC 申請的規定請上網查詢 http://www.txdps.state.tx.us/DriverLicense/electionID.htm 。

**如果您年滿 65 歲或以上, 或係殘障**, 您有權利申請郵遞選票。如果您透過郵遞方式投票, 在大多數情況下, 您不需要提供**照片識別證件**。Harris **縣接受郵遞選票申請的最後截止日是** 2013 年 10 月 25 日 (**收到日, 非郵戳日**)。有關**郵遞選票**的申請書請致電我們的辦公室 713-755-6965 或上網查詢 www.HarrisVotes.com 。

當您前往投票所投票時, 請備妥並出示**照片識別證件。提前投票期間為2014 年2 月18 日至2014 年2 月28 日, 2014 年2 月4 日為選舉日。**有關提前投票地點, 選舉日當天您的投票地點, 您的選票樣本均可上網查詢 www.HarrisVotes.com 。

**如果您有任何問題, 您可以上網查詢 www.HarrisVotes.com 或聯絡我們的選務處** 713-755-5792 。

順頌時祺, **STAN STANART**, Harris 縣行政書記官&首席選務官



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

**Voter Photo Identification Requirements for November and Future Elections**

Dear Voter,

Texas Election law has changed regarding the necessary identification that a voter is required to bring to the election polls. This notice is to advise you of the type of identification that is required so that you are prepared for voting during the Early Voting period or on Election Day. **All voters are now required to provide one of the following types of photo identification when voting in person:**

- **Texas Driver's License, Election Identification Card or Texas Personal Identification Card** issued to the person by the Department of Public Safety that has not expired or that expired no earlier than 60 days before the date of presentation;
- **United States Military Identification** card that contains the person's photograph that has not expired or that expired no earlier than 60 days before the date of presentation;
- **United States Citizenship Certificate** issued to the person that contains the person's photograph;
- **United States Passport** issued to the person that has not expired or that expired no earlier than 60 days before the date of presentation; or
- **Texas Concealed Handgun License** issued to the person by the Department of Public Safety that has not expired or that expired no earlier than 60 days before the date of presentation.

**If you do not have one of these types of photo identification, you may receive a free Election Identification Card (EIC)** from the Department of Public Safety (DPS). Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

**If you are 65 or older, or are disabled,** you are entitled to apply for a ballot by mail. In most cases, you will not need to provide photo identification, if you vote by mail. October 25, 2013 is the last day for Harris County to receive an application for a ballot by mail (received, not postmarked). To obtain an application to vote by mail, you may contact our offices at 713-755-6965 or visit www.HarrisVotes.com.

Please be prepared to present the required photo identification when you arrive to vote at the polls. **Early Voting is October 21, 2013 to November 1, 2013 and Election Day is November 5, 2013.** Early Voting locations, your Election Day location, and your voter specific sample ballot can be found at www.HarrisVotes.com.

**Should you have any questions, please see www.HarrisVotes.com or contact our Elections Department at 713-755-5792.**

Sincerely,

Stan Stanart

STAN STANART
Harris County Clerk & Chief Elections Official

**1001 Preston, 4th Floor ✪ Houston, TX 77002 ✪ 713.755.5792**
**www.HarrisVotes.com**

**Requisitos de Identificación con Foto de Votante para noviembre y futuras elecciones**

Estimado Votante,

La ley Electoral de Texas ha cambiado con respecto a la necesaria identificación que se requiere a un votante llevar a las urnas electorales. Este aviso es para informarle sobre el tipo de identificación que se requiere para que usted esté preparado para la votación durante el periodo de votación temprana o el día de las elecciones. **Todos los votantes están obligados a presentar uno de los siguientes tipos de identificación con foto al votar en persona:**

- **Licencia de Conducir de Texas, Tarjeta de Identificación Electoral o Tarjeta de Identificación Personal de Texas** expedido a la persona por el Departamento de Seguridad Pública que no haya expirado o expirado no más temprano de 60 días antes de la fecha de presentación;
- **Tarjeta de identificación militar de los Estados Unidos** que contiene la fotografía de la persona que no haya expirado o expirado no más temprano de 60 días antes de la fecha de presentación;
- **Certificado de Ciudadanía de Estados Unidos** otorgado a la persona que contiene la fotografía de la persona;
- **Pasaporte de los Estados Unidos** expedido a la persona que no haya expirado o expirado no más temprano de 60 días antes de la fecha de presentación, o
- **Licencia de Arma Ocultada de Tejas** expedido a la persona por el Departamento de Seguridad Pública que no haya expirado o expirado no más temprano de 60 días antes de la fecha de presentación.

**Si no tiene uno de estos tipos de identificación con foto, puede recibir una tarjeta de identificación electoral gratis (EIC) del Departamento de Seguridad Pública (DPS).** Requisitos para solicitar una EIC se pueden encontrar en http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

**Si usted tiene 65 años o mas, o está incapacitado,** usted tiene derecho a solicitar una boleta electoral por correo. En la mayoría de los casos, si usted vota por correo, usted no tendrá que proporcionar identificación con foto. El 25 de octubre 2013 es el último día que el Condado de Harris puede recibir una solicitud para votar por correo (recibido, no matasellos). Para obtener una solicitud para votar por correo, puede comunicarse con nuestras oficinas al 713-755-6965 o visite www.HarrisVotes.com.

Por favor, esté preparado para presentar la documentación con fotografía necesaria al llegar a votar en las urnas. **La votación Temprana es el 21 octubre 2013 ha el 1 de noviembre 2013 y el día de las elecciones es el 5 de noviembre 2013.** Los lugares de votación temprana y su lugar de votación el día de las elecciones, y boleta de muestra específica se pueden encontrar en www.HarrisVotes.com.

**Si tiene alguna duda, consulte a www.HarrisVotes.com o póngase en contacto con nuestro Departamento de Elecciones al 713-755-5792.**

Sinceramente, **STAN STANART**, Secretario del Condado de Harris y Principal Oficial de Elecciones

**Những Yêu Cầu về Căn Cước Có Hình Ảnh Cử Tri cho Các Cuộc Bầu Tháng Mười Một và Trong Tương Lai**

Thưa cử tri,

Luật Bầu Cử Texas đã thay đổi liên quan đến việc căn cước cần thiết mà một cử tri đòi hỏi phải mang đến các địa điểm bầu cử. Thông báo này như một khuyến cáo cho quý vị về các loại căn cước đòi hỏi đó để quý vị có được sự chuẩn bị cho bầu cử trong thời gian Bầu Cử Sớm hoặc trong Ngày Bầu Cử. **Tất cả các cử tri đòi hỏi phải xuất trình một trong các loại căn cước có hình ảnh sau đây khi đích thân đi đầu phiếu:**

- **Bằng Lái Xe Texas, Giấy Chứng Nhận Căn Cước Bầu Cử hoặc Thẻ Căn Cước Cá Nhân Texas** đã cấp cho người đó bởi Sở An Toàn Công Cộng (DPS) phải chưa hết hạn hoặc đã hết hạn không quá 60 ngày trước ngày xuất trình;
- **Thẻ Căn Cước Quân Đội Hoa Kỳ** có hình ảnh của người đó phải chưa hết hạn hoặc đã hết hạn không quá 60 ngày trước ngày xuất trình;
- **Giấy Chứng Nhận Quốc Tịch Hoa Kỳ** đã cấp cho người có chứa hình ảnh của người đó;
- **Hộ Chiếu Hoa Kỳ** đã cấp cho người đó phải chưa hết hạn hoặc đã hết hạn không quá 60 ngày trước ngày xuất trình; hoặc
- **Giấy Phép Mang Súng Giấu Kín Texas** đã cấp cho người đó bởi Sở An Toàn Công Cộng (DPS) phải chưa hết hạn hoặc đã hết hạn không quá 60 ngày trước ngày xuất trình.

**Nếu quý vị không có một trong các loại căn cước có hình ảnh này, quý vị có thể nhận được một Giấy Chứng Nhận Căn Cước Bầu Cử (EIC) miễn phí** từ Sở An Toàn Công Cộng (DPS). Những yêu cầu để nộp đơn xin EIC có thể được tìm thấy tại http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

**Nếu quý vị từ 65 tuổi trở lên, hoặc bị khuyết tật**, quý vị có thể nộp đơn để bỏ phiếu bằng thư. Trong hầu hết các trường hợp, quý vị sẽ không cần phải cung cấp căn cước có hình ảnh, nếu quý vị bỏ phiếu bằng thư. Ngày 25 tháng 10, 2013 là ngày cuối cùng cho Quận Hạt Harris nhận đơn xin bỏ phiếu bằng thư (là nhận được, không phải dấu bưu điện). Để có được một đơn xin bỏ phiếu bằng thư, quý vị có thể liên lạc với văn phòng của chúng tôi tại 713-755-6965 hoặc truy cập trang mạng www.HarrisVotes.com.

Xin vui lòng chuẩn bị để xuất trình căn cước có hình ảnh được yêu cầu khi quý vị đến bầu cử tại các phòng phiếu. **Bầu Cử Sớm là ngày 21 tháng Mười, 2013 đến ngày 1 tháng Mười Một, 2013 và Ngày Bầu Cử là ngày 5 tháng Mười Một, 2013.** Các địa điểm Bầu Cử Sớm, địa điểm Ngày Bầu Cử của quý vị, và lá phiếu riêng biệt của quý vị có thể được tìm thấy tại www.HarrisVotes.com.

**Nếu quý vị có bất kỳ thắc mắc gì, vui lòng vào trang mạng www.HarrisVotes.com hoặc liên lạc với Ty Bầu Cử của chúng tôi tại 713-755-5792.**

Chân thành, **STAN STANART**, Giám Đốc Nha Hành Chánh Quận Hạt Harris & Chánh Các Cuộc Bầu Cử Chính Thức

**11 月與未來選舉選民照片識別證件的規定**

**親愛的選民**

Texas 選舉法已更改有關選民在選舉投票所必須攜帶的必要識別證件的規定。本通知的目的在於告知您有關必要識別證件的類型, 以便您在提前投票期間或在選舉日已做好投票的充分準備。**現在所有的選民於親自投票時必須出示下列其一的照片識別證件:**

- **Texas 駕駛執照, 選舉個人識別證明或 Texas 個人身份證**由 公共安全部所開立, 必須是未過期或是已過期但於出示日前不超過 60 日的過期天數;
- **美國軍人身份證**包含個人照片, 必須是未過期或是已過期但於出示日前不超過 60 日的過期天數;
- **美國公民證明**包含個人照片;
- **美國護照**必須是未過期或是已過期但於出示日前不超過 60 日的過期天數; 或
- **Texas 隱蔽槍枝執照**由公共安全部所開立, 必須是未過期或是已過期但於出示日前不超過 60 日的過期天數。

如果您未持有**其一的照片識別證件, 您可以向**公共安全部 (DPS) 申請一張選舉個人識別證明 (EIC)。有關 EIC 申請的規定請上網查詢 http://www.txdps.state.tx.us/DriverLicense/electionID.htm 。

**如果您年滿 65 歲或以上, 或係殘障,** 您有權利申請郵遞選票。如果您透過郵遞方式投票, 在大多數情況下, 您不需要提供**照片識別證件。** Harris **縣接受郵遞選票申請的最後截止日是** 2013 年 10 月 25 日 (**收訖日, 非郵戳日**)。有關**郵遞選票**的申請書請致電我們的辦公室 713-755-6965 或上網查詢 www.HarrisVotes.com 。

當您前往投票所投票時, 請備妥並出示**照片識別證件。 提前投票期間為2013 年10 月21 日至2013 年11 月1 日, 2013 年11 月5 日為選舉日。**有關提前投票地點, 選舉日當天您的投票地點, 您的選票樣本均可上網查詢 www.HarrisVotes.com 。

**如果您有任何問題, 您可以上網查詢 www.HarrisVotes.com 或聯絡我們的選務處** 713-755-5792 。

順頌時祺, **STAN STANART**, Harris 縣行政書記官&首席選務官

## 照片證件常見問題 (FAQ)

當考量是否一個姓名在實質上是相似的，選務官員也會審視是否選民出示的識別證件上的資料符合選民名單上的選民基本資料，例如選民的居住地址或出生日期。

**8. 新的照片識別證件的規定是否適用於郵遞投票？**

新的規定並不會改變郵遞投票的作業方式。

**9. 在投票時，我的照片識別證件的地址是否必須符合正式選民名單上的地址？**

新的規定並不會針對選民地址的一致性標準做認定。

**10. 何時可以開始申請 DPS 選舉個人識別證明？**

現在已可以申請選舉個人識別證明了。有關如何取得選舉個人識別證明的資料，可上網 www.dps.texas.gov。 您也可以致電 DPS (512) 424-2600 以取得更多資訊。已持有符合選舉規定的照片識別證件的選民不具備資格申請選舉個人識別證明 (EIC)。

**11. 如果我拒絕出示身份證明, 將會如何？**

拒絕出示身份證明的選民將被允許投臨時選票。然而，請注意拒絕出示身份證明並非是一個有效的理由來投下臨時選票，而且選民的選票將很有可能被選舉委員會所拒絕。

進一步的資訊, 請致電 1-800-252-VOTE (8683) 或電郵至 elections@sos.state.tx.us。

本手冊的資料係來自於 Texas 州務卿辦公室:
http://votetexas.gov/register-to-vote/need-id

## 請記得, 您必須帶照片證件去投票

Texas 州規定選民必須出示有照片的個人識別證明。為便利投票的進行, 去投票所時您應該：

1. **參閱下列照片識別證件**以及確認您持有其中一項；
2. **確認您合格照片識別證件資料是現行的**； 除了美國公民證以外, 照片識別證件必須未過期或過期不超過 60 天；
3. **核對您選民登記和合格照片識別證件所列的姓名是相同的**。 有關更新您 '選民登記姓名和地址' 請上網 https://txapps.texas.gov/tolapp/sos/SOSACManager。

### 必須的投票識別證件





1. Texas 駕駛執照



2. Texas 選舉個人識別證明 (EIC)

3. Texas 個人識別證



4. Texas 隱蔽槍枝執照



5. 美國軍人識別證



6. 美國公民證



7. 美國護照

有關更多信息: 電話：713.274.9550
電子郵件：county.clerk@cco.hctx.net 網站：www.HarrisVotes.com



STAN STANART
Harris 縣行政書記官

# 常見問題

# 請記得, 您必須帶照片證件去投票 (FAQ)

STAN STANART

Harris 縣行政書記官

HARRIS COUNTY 1836 CLERK

www.HarrisVotes.com

**1. 新的照片識別的法規何時生效？**

新的照片識別的規定是立即生效。

**2. 在新的法規之下，親自投票時必須出示的合格識別證件有那些？**

選民在投票所投票時必須出示下列其一的照片識別證件，選民才可以投票。

- 由 Texas 公共安全部 (DPS) 所開立的 Texas 駕駛執照
- 由 DPS 所開立的 Texas 選舉個人識別證明
- 由 DPS 所開立的 Texas 個人識別證
- 由 DPS 所開立的 Texas 隱蔽槍枝執照
- 包含個人相片的美國軍人識別證
- 包含個人相片的美國公民證
- 美國護照

**3. 我的識別證件已過期，我仍然可以使用它嗎？**

美國公民證明除外，在投票所當日所出示的識別證明必須是現行的或是已過期但不得超過 60 日。

照片證件常見問題 (FAQ)

**4. 如果選民沒有任何一個符合規定的照片識別證件，是否有任何例外？**

如果選民在他或她的選民登記證上並沒有身心障礙永久豁免的註記 (如下所列)，同時，選民在投票時沒有上述的任何一項照片識別證件，選民可以在投票所投下臨時選票。然而，為了使得臨時選票得以被納入計票，選民將必須在選舉日後的六個曆日內親赴選民登記官辦公室提示上述識別證件的其中一項，或者在縣選民登記官處提交下列所述其一的臨時具結書 (例如，宗教異議或自然災害) 以宣誓他或她沒有任何一個有效的照片識別證件確屬事實。

**永久豁免**是適用於已記錄為身心障礙的選民。身心障礙的選民可向縣選民登記官申請永久豁免。申請書必須包含以下兩者之一的一份書面文件，來自美國社會安全局的書面文件以證明他或她已被確定為身心障礙或來自美國退伍軍人事務部的書面文件以證明至少 50% 的傷殘等級證明。 此外，申請人必須表明他或她並沒有有效的照片識別證件。那些有身心障礙豁免的人士以出示選民登記證上顯示其豁免的將得以投票。

具結書是適用於選民因宗教異議而不得被拍照以及在投票前的 45 天之內由美國總統或 Texas 州長宣布的自然災害而造成選民無任何有效的照片識別證件。

照片證件常見問題 (FAQ)

**5. 如果我有政府單位開立的包含本人相片的識別證件但並未列於如上所述, 我可以使用它嗎？**

如果您未持有上述任何一項照片識別證件且您的選民登記證並未註記身心障礙豁免，您將只有資格投臨時選票。

**6. 我的姓名顯示在合格的照片識別證件和選民登記證上的並不完全相同, 我仍然可以投票嗎？**

選舉官員將會審閱照片識別證件，如果姓名與選民名單上的姓名在「實質上相似」，那麼你將仍然可以投票，但是你必須提交一份具結書以聲明你與選民名單上所列為同一人。

**7.「實質上相似」是甚麼意思？**

選民的姓名如果適用以下所列的一項或多項狀況, 則被視為實質上相似：

1. 識別證件上的姓名與正式選民名單上的姓名欄位的一項或多項略有不同。
2. 選民識別證件或選民名單上的姓名與選民正式姓名為習慣上的用法。例如，Bill 為 William，或 Beto 為 Alberto。
3. 選民姓名包括姓名的首字母，中間名，或曾用名，而這些都未顯示在正式選民名單或選民的識別證件上。
4. 選民所出示的識別證明文件相較於選民登記名單上的名，中間名，曾用名或姓名的首字母顯示在不同的姓名欄位上。

在選舉登記截止日至少 30 天以前，選民應聯繫選民登記官辦公室以確定他們的姓名在正式選民登記名單與合格的選舉識別證件相符合。

照片證件常見問題 (FAQ)

當考量是否一個姓名在實質上是相似的，選務官員也會審視是否選民出示的識別證件上的資料符合選民名單上的選民基本資料，例如選民的居住

**8. 新的照片識別證件的規定是否適用於郵遞投票？**

新的規定並不會改變郵遞投票的作業方式。

**9. 在投票時，我的照片識別證件的地址是否必須符合正式選民名單上的地址？**

新的規定並不會針對選民地址的一致性標準做認定。

**10. 何時可以開始申請 DPS 選舉個人識別證明？**

現在已可以申請選舉個人識別證明了。有關如何取得選舉個人識別證明的資料，可上網 www.dps.texas.gov。 您也可以致電 DPS (512) 424-2600 以取得更多資訊。已持有符合選舉規定的照片識別證件的選民不具備資格申請選舉個人識別證明 (EIC)。

**11. 如果我拒絕出示身份證明，將會如何？**

拒絕出示身份證明的選民將被允許投臨時選票。然而，請注意拒絕出示身份證明並非是一個有效的理由來投下臨時選票，而且選民的選票將很有可能被選舉委員會所拒絕。

進一步的資訊，請致電 1-800-252-VOTE (8683) 或電

本手冊的資料係來自於 Texas 州務卿辦公室:

## 請記得，您必須帶照片證件去投票

Texas 州規定選民必須出示有照片的個人識別證明。為便利投票的進行，去投票所時您應該：

1. **參閱下列照片識別證件以及確認您持有其中一項；**
2. **確認您合格照片識別證件資料是現行的；** 除了美國公民證以外，照片識別證件必須未過期或過期不超過 60 天；
3. **核對您選民登記和合格照片識別證件所列的姓名是相同的。** 有關更新您 '選民登記姓名和地址' 請上網 https://

### 必須的投票識別證件



1. Texas 駕駛執照

2. Texas 選舉個人識別

3. Texas 個人識別證



4. Texas 隱蔽槍枝執照



5. 美國軍人識別證





6. 美國公民證



7. 美國護照

有關更多信息：電話：713.274.9550
電子郵件：county.clerk@cco.hctx.net 網站：www.HarrisVotes.com



STAN STANART

# 請記得，您必須帶照片證件去投票 (FAQ)

# 常見問題

Congressman
AL GREEN
9th District




In conjunction with:

Congressman Gene Green, Congresswoman Sheila Jackson-Lee, Senator Rodney Ellis, Senator Sylvia Garcia, Senator John Whitmire, Rep. Alma Allen, Rep. Jessica Farrar, Rep. Ron Reynolds, Rep. Mary Ann Perez, Rep. Senfronia Thompson, Rep. Sylvester Turner, Rep. Gene Wu, Houston Councilwoman Wanda Adams, Houston Councilman Larry Green, Missouri City Councilman Don Smtih

**1. 新的照片識別的法規何時生效？**

新的照片識別的規定是立即生效。

**2. 在新的法規之下，親自投票時必須出示的合格識別證件有那些？**

選民在投票所投票時必須出示下列其一的照片識別證件，選民才可以投票。

- 由 Texas 公共安全部 (DPS) 所開立的 Texas 駕駛執照
- 由 DPS 所開立的 Texas 選舉個人識別證明
- 由 DPS 所開立的 Texas 個人識別證
- 由 DPS 所開立的 Texas 隱蔽槍枝執照
- 包含個人相片的美國軍人識別證
- 包含個人相片的美國公民證
- 美國護照

**3. 我的識別證件已過期，我仍然可以使用它嗎？**

美國公民證明除外，在投票所當日所出示的識別證明必須是現行的或是已過期但不得超過 60 日。



**4. 如果選民沒有任何一個符合規定的照片識別證件，是否有任何例外？**

如果選民在他或她的選民登記證上並沒有身心障礙永久豁免的註記 (如下所列)，同時，選民在投票時沒有上述的任何一項照片識別證件，選民可以在投票所投下臨時選票。然而，為了使得臨時選票得以被納入計票，選民將必須在選舉日後的六個曆日內親赴選民登記官辦公室提示上述識別證件的其中一項，或者在縣選民登記官處提交下列所述其一的臨時具結書 (例如，宗教異議或自然災害) 以宣誓他或她沒有任何一個有效的照片識別證件確屬事實。

**永久豁免**是適用於已記錄為身心障礙的選民。身心障礙的選民可向縣選民登記官申請永久豁免。申請書必須包含以下兩者之一的一份書面文件，來自美國社會安全局的書面文件以證明他或她已被確定為身心障礙或來自美國退伍軍人事務部的書面文件以證明至少 50% 的傷殘等級證明。此外，申請人必須表明他或她並沒有有效的照片識別證件。那些有身心障礙豁免的人士以出示選民登記證上顯示其豁免的將得以投票。

具結書是適用於選民因宗教異議而不得被拍照以及在投票前的 45 天之內由美國總統或 Texas 州長宣布的自然災害而造成選民無任何有效的照片識別證件。



**5. 如果我有政府單位開立的包含本人相片的識別證件但並未列於如上所述，我可以使用它嗎？**

如果您未持有上述任何一項照片識別證件且您的選民登記證並未註記身心障礙豁免，您將只有資格投臨時選票。

**6. 我的姓名顯示在合格的照片識別證件和選民登記證上的並不完全相同，我仍然可以投票嗎？**

選舉官員將會審閱照片識別證件，如果姓名與選民名單上的姓名在「實質上相似」，那麼你將仍然可以投票，但是你必須提交一份具結書以聲明你與選民名單上所列為同一人。

**7. 「實質上相似」是甚麼意思？**

選民的姓名如果適用以下所列的一項或多項狀況，則被視為實質上相似：

識別證件上的姓名與正式選民名單上的姓名欄位的一項或多項略有不同。

選民識別證件或選民名單上的姓名與選民正式姓名為習慣上的用法。例如，Bill 為 William，或 Beto 為 Alberto。

選民姓名包括姓名的首字母，中間名，或曾用名，而這些都未顯示在正式選民名單或選民的識別證件上。

## Photo ID Frequently Asked Questions (FAQ)

In considering whether a name is substantially similar, election officials will also look at whether information on the presented ID matches elements of the voter's information on the official list of registered voters such as the voter's residence address or date of birth.

**8. Does the new photo ID requirement apply to voting by mail?**

The new requirement does not change the process for voting by mail.

**9. Does the address on my photo identification have to match my address on the official list of registered voters at the time of voting?**

The new requirement makes no determination on voter address matching criteria; therefore, there is no address matching requirement.

**10. When is the DPS Election Identification Certificate going to be available?**

The Election Identification Certificate is now available. Information regarding how to obtain an election identification certificate can be found at www.dps.texas.gov. You may also contact DPS by telephone at (512) 424-2600 for more information. **Voters who already have an approved form of photo ID for voting are not eligible to apply for an Election Identification Certificate (EIC).**

**11. What happens if I refuse to show proof of identity?**

Voters who refuse to show proof of identity will be allowed to vote by provisional ballot. However, please be advised that a refusal to show ID is not a valid ground for casting a provisional ballot, and it is likely that the voter's ballot will be rejected by the ballot board.

For additional information, call 1-800-252-VOTE (8683)

The information in this brochure was obtained from the office of the Texas Secretary of State: http://votetexas.gov/register-to-vote/need-id

## Remember, BRING YOUR PHOTO ID to the polls

Texas requires voters to present an approved form of photo identification to vote at the polls. To facilitate the voter qualification process when YOU go to the poll, YOU should:

1. **Review the list of approved Photo IDs and make sure YOU have one**
2. **Make sure YOUR State Approved Photo ID is current;** With the exception of the U.S. citizenship certificate, the Photo ID must be current or have expired no more than 60 days.
3. **Verify that the name the Voter Registrar has on file for YOU matches the name on one of the State approved Photo IDs.** YOU may visit https://txapps.texas.gov/tolapp/sos/SOSACManager to update YOUR 'Voter Name and Address'.

### APPROVED CREDENTIALS FOR VOTING



1. Texas driver license



2. Texas Election Identification Certificate

3. Texas Personal ID



4. Texas concealed handgun license



5. U. S. Military Identification



6. U.S. Citizenship Certificate



7. U.S. Passport

For more information: Phone: 713.274.9550
email: county.clerk@cco.hctx.net · Web: www.HarrisVotes.com



STAN STANART
Harris County Clerk

