## Photo ID Frequently Asked Questions (FAQ)

**1. When does the new photo identification law go into effect?**

The new photo identification requirement is effective immediately.

**2. What kind of identification will be required to qualify to vote in person under the new program?**

A voter will be required to show one of the following forms of photo identification at the polling location before the voter will be permitted to cast a vote.

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

**3. My ID is expired. Will it still work?**

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented for voter qualification at the polling place.

**4. But what if a voter does not have any of these forms of photo ID? Are there any exceptions?**

If a voter does not have a permanent disability exemption (addressed below) indicated on his or her voter registration certificate AND the voter does not have any of the photo identifications indicated above at the time of voting, the voter may cast a provisional ballot at the polls. However, in order to have the provisional ballot counted, the voter will be required to visit the voter registrar's office within six calendar days of the date of the election to either present one of the above forms of photo ID OR submit one of the temporary affidavits addressed below (e.g., religious objection or natural disaster) in the presence of the county voter registrar while attesting to the fact that he or she does not have any of the required photo IDs.

A **permanent exemption** is available for voters with documented disabilities. Voters with a disability may apply with the county voter registrar for a permanent exemption. The application must contain written documentation from either the U.S. Social Security Administration evidencing the applicant's disability, or from the U.S. Department of Veterans Affairs evidencing a disability rating of at least 50 percent. In addition, the applicant must state that he or she has no valid form of photo identification. Those who obtain a disability exemption will be allowed to vote by presenting a voter registration certificate reflecting the exemption.

Affidavits are available for voters who have a consistent religious objection to being photographed and for voters who do not have any photo identification as a result of certain natural disasters as declared by the President of the United States or the Texas Governor within 45 days of the day the ballot was cast.

**5. If I have a government-issued ID that contains my photo and it is not on the list above, may I use it?**

If you do not have one of the forms of photo IDs listed above and your voter registration certificate does not have a disability exemption noted, you will only be eligible to cast a provisional ballot.

**6. My name on my approved photo ID does not exactly match my name on my voter registration card. Can I still vote?**

Election officials will review the ID and if a name is "substantially similar" to the name on their list of registered voters, you will still be able to vote, but you will also have to submit an affidavit stating that you are the same person on the list of registered voters.

**7. What does "substantially similar" mean?**

A voter's name is considered substantially similar if one or more of the following circumstances applies:

1. The name on the ID is slightly different from one or more of the name fields on the official list of registered voters.
2. The name on the voter's ID or on list of registered voters is a customary variation of the voter's formal name. For example, Bill for William, or Beto for Alberto.
3. The voter's name contains an initial, middle name, or former name that is either not on the official list of registered voters or on the voter's ID.
4. A first name, middle name, former name or initial of the voter's name occupies a different field on the presented ID document than it does on the list of registered voters.

At least 30 days prior to the deadline to register to vote, voters should check with the voter registrar office to ensure their name on the official list of registered voters matches the name on one of the approved credentials for voting.

## Photo ID Frequently Asked Questions (FAQ)

In considering whether a name is substantially similar, election officials will also look at whether information on the presented ID matches elements of the voter's information on the official list of registered voters such as the voter's residence address or date of birth.

**8. Does the new photo ID requirement apply to voting by mail?**

The new requirement does not change the process for voting by mail.

**9. Does the address on my photo identification have to match my address on the official list of registered voters at the time of voting?**

The new requirement makes no determination on voter address matching criteria; therefore, there is no address matching requirement.

**10. When is the DPS Election Identification Certificate going to be available?**

The Election Identification Certificate is now available. Information regarding how to obtain an election identification certificate can be found at www.dps.texas.gov. You may also contact DPS by telephone at (512) 424-2600 for more information. **Voters who already have an approved form of photo ID for voting are not eligible to apply for an Election Identification Certificate (EIC).**

**11. What happens if I refuse to show proof of identity?**

Voters who refuse to show proof of identity will be allowed to vote by provisional ballot. However, please be advised that a refusal to show ID is not a valid ground for casting a provisional ballot, and it is likely that the voter's ballot will be rejected by the ballot board.

For additional information, call 1-800-252-VOTE (8683)

The information in this brochure was obtained from the office of the Texas Secretary of State. http://votetexas.gov/register-to-vote/need-id

---

## Remember, BRING YOUR PHOTO ID to the polls

Texas requires voters to present an approved form of photo identification to vote at the polls. To facilitate the voter qualification process when YOU go to the poll, YOU should:

1. Review the list of approved Photo IDs and make sure YOU have one
2. Make sure YOUR State Approved Photo ID is current; With the exception of the U.S. citizenship certificate, the Photo ID must be current or have expired no more than 60 days.
3. Verify that the name the Voter Registrar has on file for YOU matches the name on one of the State approved Photo IDs. YOU may visit https://txapps.texas.gov/tolapp/sos/SOSACManager to update YOUR 'Voter Name and Address'.

### APPROVED CREDENTIALS FOR VOTING


1. Texas driver license


4. Texas concealed handgun license


2. Texas Election Identification Certificate


5. U.S. Military Identification

6. U.S. Citizenship Certificate


3. Texas Personal ID

7. U.S. Passport


For more information: Phone: 713.274.9550
email: county.clerk@cco.hctx.net · Web: www.HarrisVotes.com


STAN STANART
Harris County Clerk

---

## FREQUENTLY ASKED QUESTIONS

### Remember, BRING YOUR PHOTO ID to the polls (FAQ)

**Congressman AL GREEN**
9th District

In conjunction with:

Congressman Gene Green, Congresswoman Sheila Jackson-Lee, Senator Rodney Ellis, Senator Sylvia Garcia, Senator John Whitmire, Rep. Alma Allen, Rep. Jessica Farrar, Rep. Ron Reynolds, Rep. Mary Ann Perez, Rep. Senfronia Thompson, Rep. Sylvester Turner, Rep. Gene Wu, Houston Councilwoman Wanda Adams, Houston Councilman Larry Green, Missouri City Councilman Don Smith

Photo ID Frequently Asked Questions (FAQ)

**1. When does the new photo identification law go into effect?**

The new photo identification requirement is effective immediately.

**2. What kind of identification will be required to qualify to vote in person under the new program?**

A voter will be required to show one of the following forms of photo identification at the polling location before the voter will be permitted to cast a vote.

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

**3. My ID is expired. Will it still work?**

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented for voter qualification at the polling place.

**4. But what if a voter does not have any of these forms of photo ID? Are there any exceptions?**

If a voter does not have a permanent disability exemption (addressed below) indicated on his or her voter registration certificate AND the voter does not have any of the photo identifications indicated above at the time of voting, the voter may cast a provisional ballot at the polls. However, in order to have the provisional ballot counted, the voter will be required to visit the voter registrar's office within six calendar days of the date of the election to either present one of the above forms of photo ID OR submit one of the temporary affidavits addressed below (e.g., religious objection or natural disaster) in the presence of the county voter registrar while attesting to the fact that he or she does not have any of the required photo IDs.

A **permanent exemption** is available for voters with documented disabilities. Voters with a disability may apply with the county voter registrar for a permanent exemption. The application must contain written documentation from either the U.S. Social Security Administration evidencing the applicant's disability, or from the U.S. Department of Veterans Affairs evidencing a disability rating of at least 50 percent. In addition, the applicant must state that he or she has no valid form of photo identification. Those who obtain a disability exemption will be allowed to vote by presenting a voter registration certificate reflecting the exemption.

Affidavits are available for voters who have a consistent religious objection to being photographed and for voters who do not have any photo identification as a result of certain natural disasters as declared by the President of the United States or the Texas Governor within 45 days of the day the ballot was cast.

**5. If I have a government-issued ID that contains my photo and it is not on the list above, may I use it?**

If you do not have one of the forms of photo IDs listed above and your voter registration certificate does not have a disability exemption noted, you will only be eligible to cast a provisional ballot.

**6. My name on my approved photo ID does not exactly match my name on my voter registration card. Can I still vote?**

Election officials will review the ID and if a name is "substantially similar" to the name on their list of registered voters, you will still be able to vote, but you will also have to submit an affidavit stating that you are the same person on the list of registered voters.

**7. What does "substantially similar" mean?**

A voter's name is considered substantially similar if one or more of the following circumstances applies:

1. The name on the ID is slightly different from one or more of the name fields on the official list of registered voters.
2. The name on the voter's ID or on list of registered voters is a customary variation of the voter's formal name. For example, Bill for William, or Beto for Alberto.
   The voter's name contains an initial, middle name, or former name that is either not on the official list of registered voters or on the voter's ID.
   A first name, middle name, former name or initial of the voter's name occupies a different field on the presented ID document than it does on the list of registered voters.

At least 30 days prior to the deadline to register to vote, voters should check with the voter registrar office to ensure their name on the official list of registered voters matches the name on one of the approved credentials for voting.

HarrisCounty 000104

## Photo ID Frequently Asked Questions (FAQ)

In considering whether a name is substantially similar, election officials will also look at whether information on the presented ID matches elements of the voter's information on the official list of registered voters such as the voter's residence address or date of birth.

**8. Does the new photo ID requirement apply to voting by mail?**

The new requirement does not change the process for voting by mail.

**9. Does the address on my photo identification have to match my address on the official list of registered voters at the time of voting?**

The new requirement makes no determination on voter address matching criteria; therefore, there is no address matching requirement.

**10. When is the DPS Election Identification Certificate going to be available?**

The Election Identification Certificate is now available. Information regarding how to obtain an election identification certificate can be found at www.dps.texas.gov. You may also contact DPS by telephone at (512) 424-2600 for more information. Voters who already have an approved form of photo ID for voting are not eligible to apply for an Election Identification Certificate (EIC).

**11. What happens if I refuse to show proof of identity?**

Voters who refuse to show proof of identity will be allowed to vote by provisional ballot. However, please be advised that a refusal to show ID is not a valid ground for casting a provisional ballot, and it is likely that the voter's ballot will be rejected by the ballot board.

For additional information, call 1-800-252-VOTE (8683) or send an email to elections@sos.state.tx.us.

The information in this brochure was obtained from the office of the Texas Secretary of State: http://votetexas.gov/register-to-vote/need-id

---

## Remember, BRING YOUR PHOTO ID to the polls

Texas requires voters to present an approved form of photo identification to vote at the polls. To facilitate the voter qualification process when YOU go to the poll, YOU should:

1. Review the list of approved Photo IDs and make sure YOU have one
2. Make sure YOUR State Approved Photo ID is current; With the exception of the U.S. citizenship certificate, the Photo ID must be current or have expired no more than 60 days.
3. Verify that the name the Voter Registrar has on file for YOU matches the name on one of the State approved Photo IDs. YOU may visit https://txapps.texas.gov/tolapp/sos/SOSACManager to update YOUR 'Voter Name and Address'.

### APPROVED CREDENTIALS FOR VOTING

1. Texas driver license 
2. Texas Election Identification Certificate 
3. Texas Personal ID 
4. Texas concealed handgun license 
5. U.S. Military Identification 
6. U.S. Citizenship Certificate 
7. U.S. Passport 

For more information: Phone: 713.274.9550
email: county.clerk@cco.hctx.net · Web: www.HarrisVotes.com

**STAN STANART**
Harris County Clerk

---



FREQUENTLY ASKED QUESTIONS

Remember, BRING YOUR PHOTO ID to the polls (FAQ)

**El Franco Lee**
Harris County Commissioner
Precinct One

http://hcp1.net

## Photo ID Frequently Asked Questions (FAQ)

**1. When does the new photo identification law go into effect?**

The new photo identification requirement is effective immediately.

**2. What kind of identification will be required to qualify to vote in person under the new program?**

A voter will be required to show one of the following forms of photo identification at the polling location before the voter will be permitted to cast a vote.

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

**3. My ID is expired. Will it still work?**

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented for voter qualification at the polling place.

**4. But what if a voter does not have any of these forms of photo ID? Are there any exceptions?**

If a voter does not have a permanent disability exemption (addressed below) indicated on his or her voter registration certificate AND the voter does not have any of the photo identifications indicated above at the time of voting, the voter may cast a provisional ballot at the polls. However, in order to have the provisional ballot counted, the voter will be required to visit the voter registrar's office within six calendar days of the date of the election to either present one of the above forms of photo ID OR submit one of the temporary affidavits addressed below (e.g., religious objection or natural disaster) in the presence of the county voter registrar while attesting to the fact that he or she does not have any of the required photo IDs.

A **permanent exemption** is available for voters with documented disabilities. Voters with a disability may apply with the county voter registrar for a permanent exemption. The application must contain written documentation from either the U.S. Social Security Administration evidencing the applicant's disability, or from the U.S. Department of Veterans Affairs evidencing a disability rating of at least 50 percent. In addition, the applicant must state that he or she has no valid form of photo identification. Those who obtain a disability exemption will be allowed to vote by presenting a voter registration certificate reflecting the exemption.

Affidavits are available for voters who have a consistent religious objection to being photographed and for voters who do not have any photo identification as a result of certain natural disasters as declared by the President of the United States or the Texas Governor within 45 days of the day the ballot was cast.

**5. If I have a government-issued ID that contains my photo and it is not on the list above, may I use it?**

If you do not have one of the forms of photo IDs listed above and your voter registration certificate does not have a disability exemption noted, you will only be eligible to cast a provisional ballot.

**6. My name on my approved photo ID does not exactly match my name on my voter registration card. Can I still vote?**

Election officials will review the ID and if a name is "substantially similar" to the name on their list of registered voters, you will still be able to vote, but you will also have to submit an affidavit stating that you are the same person on the list of registered voters.

**7. What does "substantially similar" mean?**

A voter's name is considered substantially similar if one or more of the following circumstances applies:

1. The name on the ID is slightly different from one or more of the name fields on the official list of registered voters.
2. The name on the voter's ID or on list of registered voters is a customary variation of the voter's formal name. For example, Bill for William, or Beto for Alberto.
3. The voter's name contains an initial, middle name, or former name that is either not on the official list of registered voters or on the voter's ID.
4. A first name, middle name, former name or initial of the voter's name occupies a different field on the presented ID document than it does on the list of registered voters.

At least 30 days prior to the deadline to register to vote, voters should check with the voter registrar office to ensure their name on the official list of registered voters matches the name on one of the approved credentials for voting.

HarrisCounty 000106

## Panel 1: Preguntas Frecuentes (FAQ)

Para determinar si un nombre es básicamente similar, los oficiales electorales también averiguarán si la información en el ID presentada coincide elementos de la información del votante en la lista oficial de votantes inscritos tal como la dirección residencial o la fecha de nacimiento del votante.

8. ¿Este nuevo requisito de identificación con foto también se aplica a la votación por correo?

El nuevo requisito no cambia el proceso de votar por correo.

9. ¿La dirección en mi identificación con foto tiene que ser igual a la dirección en la lista oficial de votantes inscritos en el momento de votar?

El nuevo requisito no toma ninguna determinación sobre el criterio de coincidencia de la dirección del votante; por lo tanto no hay requisito de coincidencia para direcciones.

10. ¿Cuándo estará disponible el Certificado de Identificación Electoral del Departamento de Seguridad Pública (DPS)?

El Certificado de Identificación Electoral (EIC) ya está disponible. Para información sobre cómo obtener un certificado de identificación electoral de Texas, puede comunicarse con DPS por medio de este enlace: http://www.txdps.state.tx.us/ o por teléfono llamando al (512) 424-2600 para más información. Votantes que ya tienen una de las formas de identificación con foto aprobadas para votar no son elegibles para solicitar un Certificado de Identificación Electoral (EIC).

11. ¿Qué pasa si rehúso demostrar prueba de identidad?

A los votantes quienes rehúsan demostrar prueba de identidad, se les permitirá votar por boleta provisional. Sin embargo, sepa que rehusar demostrar ID no es razón válida para utilizar una boleta provisional y es probable que tal boleta sea rechazada por la Junta de Votación.

Si necesita más información, favor de comunicarse al 1-800-252-VOTE (8683) o por correo electrónico, elections@sos.state.tx.us

La información contenida en esta publicación se ha obtenido de la oficina del Secretario de Estado de Texas: http://votetexas.gov/register-to-vote/need-id

## Panel 2: Recuerde, traiga su ID con FOTO a las urnas

Texas requiere que votantes presenten una forma aprobada de identificación con foto para votar en las urnas de votación. Para facilitar el proceso de calificar para votar cuando va a las urnas, usted debe:
1. Revisar la lista de IDs de fotos aprobadas y asegurar que tiene una
2. Asegúrar que SU Foto ID es vigente; Con la excepción del certificado de ciudadanía de EE.UU., la identificación con foto debe estar vigente o haber expirado no más de 60 días.
3. Comprobar que el nombre que el Registro Electoral tiene archivado para usted coincide con el nombre en uno de las aprobadas FOTO IDs. Para actualizar su "Nombre y dirección de votante puede visitar https://txapps.texas.gov/tolapp/sos/SOSACManager

### Credenciales Aprobadas Para Votar en Texas


1. Licencia de Conducir de Texas


2. Certificado de Identificación Electoral de Texas


3. Tarjeta de Identificación Personal de Texas


4. Licencia para Portar un Arma de Fuego Oculta de Texas


5. Cédula Militar de los Estados Unidos


6. Certificado de Ciudadanía Estadounidese


7. Pasaporte de los Estados Unidos

Para Mas Información: Teléfono: 713.274.9550
email: county.clerk@cco.hctx.net · Web: www.HarrisVotes.com



**STAN STANART**
Secretario del Condado Harris

## Panel 3: Cover

PREGUNTAS FRECUENTES

**Recuerde, traiga su ID con FOTO a las urnas de votación**

**STAN STANART**
Secretario de Condado de Harris

(Harris County Seal – 1836)

www.HarrisVotes.com

HarrisCounty 000107

## Preguntas Frecuentes (FAQ)

**1. ¿Cuándo toma efecto la nueva ley sobre identificación con foto?**

El nuevo requisito de identificación con foto entra en vigor inmediatamente.

**2. ¿Qué tipo de identificación se requerirá para calificar para votar en persona bajo este nuevo programa?**

Se requerirá que el votante muestre una de las siguientes formas de identificación con foto en el sitio electoral antes que se le permita votar.

- Licencia de Conducir de Texas emitida por el Departamento de Seguridad Pública (DPS)
- Certificado de Identificación Electoral de Texas emitida por DPS;
- Tarjeta de Identificación Personal de Texas emitida por DPS;
- Licencia para Portar un Arma de Fuego Oculta de Texas emitida por DPS;
- Cédula Militar de los Estados Unidos con fotografía de la persona;
- Certificado de Ciudadanía Estadounidense con fotografía de la persona; o
- Pasaporte de los Estados Unidos.

**3. Mi ID está vencida. ¿Aún me sirve?**

Con la excepción del certificado de ciudadanía estadounidense, la identificación deberá estar vigente; si no la está, no debe estar vencida más de 60 días en el momento de presentarla para calificar como votante en el sitio electoral.

## Preguntas Frecuentes (FAQ)

**4. ¿Pero qué pasa si el votante no tiene ningunas de estas formas de identificación con? ¿Existen excepciones algunas?**

Si un votante no tiene anotada en su certificado electoral una exención por minusvalidez permanente (se trata el tema en el siguiente párrafo) Y el votante no tiene ningunas de las identificaciones con foto anteriormente nombradas en el momento de votar, tal votante puede votar con una boleta provisional en el sitio electoral. Sin embargo, para que cuente la boleta provisional, se requiere que el votante visite la oficina del registrador de votantes dentro de seis días naturales a partir del día de elección para bien sea presentar una de las formas de identificación con foto nombradas arriba O entregar una de las declaraciones juradas temporales nombradas a continuación (por ejemplo, objeción religiosa o catástrofe natural) en presencia del registrador de votantes del condado y a la vez dar constancia de que no tiene ningunas de las identificaciones con foto requeridas.

Una **exención permanente** está disponible para votantes con una minusvalidez documentada. Votantes con una minusvalidez podrán solicitar una exención permanente al registrador de votantes del condado. La solicitud deberá ser acompañada por documentación por escrito proveniente de ya sea la Administración de Seguro Social de los EE.UU. dando evidencia de la minusvalidez del solicitante, o del Departamento de Asuntos Veteranos de EE.UU. dando evidencia de una valoración de discapacidad del 50 por ciento o más. Además, el/la solicitante deberá declarar que no tiene forma válida de identificación con foto. Quienes obtengan una exención por minusvalidez podrán votar al presentar el certificado de votante que demuestre tal exención.

Las declaraciones juradas están disponibles para votantes con una objeción religiosa constante hacia tomarse fotos y para votantes sin ninguna identificación con foto por razón de cierta catástrofe natural tal cual lo declare el Presidente de los Estados Unidos o el Gobernador de Texas dentro de 45 días del día en que se emitió el voto.

## Preguntas Frecuentes (FAQ)

**5. ¿Si tengo una identificación emitida por el gobierno con mi foto pero no figura en la lista anterior, puedo usarla?**

Si no tiene una de las formas de identificación con foto anteriormente nombradas y su certificado electoral no contiene la notación de exención por minusvalidez, solo podrá usar una boleta provisional.

**6. ¿Mi nombre en mi ID con foto no coincide exactamente con mi nombre en mi certificado electoral. ¿Aún puedo votar?**

Los Oficiales Electorales comprobarán su ID y si el nombre es "básicamente similar" al nombre que se encuentra en su lista de votantes inscritos, usted aún podrá votar pero también tendrá que firmar una declaración jurada afirmando que es la misma persona en la lista de votantes inscritos.

**7. ¿Qué significa la frase "básicamente similar"?**

El nombre de un votante se considera básicamente similar si reúne una o más de las siguientes circunstancias:

1. El nombre en el ID es ligeramente diferente de una o más de los campos de nombre en la lista oficial de votantes inscritos.
2. El nombre en el ID del votante o en la lista de votantes inscritos es una variación de costumbre del nombre formal del votante. Por ejemplo, Bill en vez de William, o Beto en vez de Alberto.
3. El nombre del votante contiene una inicial, segundo nombre de pila, o apellido anterior que bien o no figura en la lista oficial de votantes inscritos, o no figura en el ID del votante.
4. El primer nombre de pila, segundo nombre de pila, apellido anterior, o inicial del nombre del votante ocupa un campo distinto al que se presenta en el ID documentada que la posición del mismo en la lista de votantes inscritos.

---

Por lo menos 30 días antes de la fecha límite para registrarse para votar, los electores deben verificar con la oficina de registro de votantes que su nombre en la lista oficial de votantes registrados coincide con el nombre de una de las credenciales aprobadas para votar.

HarrisCounty 000108

## Preguntas Frecuentes (FAQ)

Para determinar si un nombre es básicamente similar, los oficiales electorales también averiguarán si la información en el ID presentada coincide elementos de la información del votante en la lista oficial de votantes inscritos tal como la dirección residencial o la fecha de nacimiento del votante.

**8. ¿Este nuevo requisito de identificación con foto también se aplica a la votación por correo?**

El nuevo requisito no cambia el proceso de votar por correo.

**9. ¿La dirección en mi identificación con foto tiene que ser igual a la dirección en la lista oficial de votantes inscritos en el momento de votar?**

El nuevo requisito no toma ninguna determinación sobre el criterio de coincidencia de la dirección del votante; por lo tanto no hay requisito de coincidencia para direcciones.

**10. ¿Cuándo estará disponible el Certificado de Identificación Electoral del Departamento de Seguridad Pública (DPS)?**

El Certificado de Identificación Electoral (EIC) ya está disponible. Para información sobre cómo obtener un certificado de identificación electoral de Texas, puede comunicarse con DPS por medio de este enlace: http://www.txdps.state.tx.us/ o por teléfono llamando al (512) 424-2600 para más información. **Votantes que ya tienen una de las formas de identificación con foto aprobadas para votar no son elegibles para solicitar un Certificado de Identificación Electoral (EIC).**

**11. ¿Qué pasa si rehúso demostrar prueba de identidad?**

A los votantes quienes rehúsan demostrar prueba de identidad, se les permitirá votar por boleta provisional. Sin embargo, sepa que rehusar demostrar ID no es razón válida para utilizar una boleta provisional y es probable que tal boleta sea rechazada por la Junta de Votación.

Si necesita más información, favor de comunicarse al 1-800-

La información contenida en esta publicación se ha obtenido de la oficina del Secretario de Estado de Texas: http://votetexas.gov/register-to-vote/need-id

---

## Recuerde, traiga su ID con FOTO a las urnas

Texas requiere que votantes presenten una forma aprobada de identificación con foto para votar en las urnas de votación. Para facilitar el proceso de calificar para votar cuando va a las urnas, usted debe:
- Revisar la lista de IDs de fotos aprobadas y asegúrar que tiene una
- Asegúrar que SU Foto ID es vigente; Con la excepción del certificado de ciudadanía de EE.UU., la identificación con foto debe estar vigente o haber expirado no más de 60 días.
- Comprobar que el nombre que el Registro Electoral tiene archivado para usted coincide con el nombre en uno de las aprobadas FOTO IDs. Para actualizar su "Nombre y dirección de votante puede visitar https://txapps.texas.gov/tolapp/sos/SOSACManager

### Credenciales Aprobadas Para Votar en Texas


1. Licencia de Conducir de Texas


2. Certificado de Identificación Electoral de Texas


3. Tarjeta de Identificación Personal de Texas


4. Licencia para Portar un Arma de Fuego Oculta de Texas


5. Cédula Militar de los Estados Unidos


Certificado de Ciudadanía Estadounidese


Pasaporte de los Estados Unidos

Para Mas Información: Teléfono: 713.274.9550
email: county.clerk@cco.hctx.net · Web: www.HarrisVotes.com


**Stan Stanart**
Secretario del Condado Harris

---

## PREGUNTAS FRECUENTES

# Recuerde, traiga su ID con FOTO a las urnas de votación

### Congressman AL GREEN
#### 9th District



In conjunction with:
Congressman Gene Green, Congresswoman Sheila Jackson-Lee, Senator Rodney Ellis, Senator Sylvia Garcia, Senator John Whitmire, Rep. Alma Allen, Rep. Jessica Farrar, Rep. Ron Reynolds, Rep. Mary Ann Perez, Rep. Senfronia Thompson, Rep. Sylvester Turner, Rep. Gene Wu, Houston Councilwoman Wanda Adams, Houston Councilman Larry Green, Missouri City Councilman Don Smtih

HarrisCounty 000109

## Preguntas Frecuentes (FAQ)

**1. ¿Cuándo toma efecto la nueva ley sobre identificación con foto?**
El nuevo requisito de identificación con foto entra en vigor inmediatamente.

**2. ¿Qué tipo de identificación se requerirá para calificar para votar en persona bajo este nuevo programa?**

Se requerirá que el votante muestre una de las siguientes formas de identificación con foto en el sitio electoral antes que se le permita votar.

- Licencia de Conducir de Texas emitida por el Departamento de Seguridad Pública (DPS)
- Certificado de Identificación Electoral de Texas emitida por DPS;
- Tarjeta de Identificación Personal de Texas emitida por DPS;
- Licencia para Portar un Arma de Fuego Oculta de Texas emitida por DPS;
- Cédula Militar de los Estados Unidos con fotografía de la persona;
- Certificado de Ciudadanía Estadounidense con fotografía de la persona; o
- Pasaporte de los Estados Unidos.

**3. Mi ID está vencida. ¿Aún me sirve?**

Con la excepción del certificado de ciudadanía estadounidense, la identificación deberá estar vigente; si no la está, no debe estar vencida más de 60 días en el momento de presentarla para calificar como votante en el sitio electoral.

## Preguntas Frecuentes (FAQ)

**4. ¿Pero qué pasa si el votante no tiene ningunas de estas formas de identificación con? ¿Existen excepciones algunas?**

Si un votante no tiene anotada en su certificado electoral una exención por minusvalidez permanente (se trata el tema en el siguiente párrafo) Y el votante no tiene ningunas de las identificaciones con foto anteriormente nombradas en el momento de votar, tal votante puede votar con una boleta provisional en el sitio electoral. Sin embargo, para que cuente la boleta provisional, se requiere que el votante visite la oficina del registrador de votantes dentro de seis días naturales a partir del día de elección para bien sea presentar una de las formas de identificación con foto nombradas arriba O entregar una de las declaraciones juradas temporales nombradas a continuación (por ejemplo, objeción religiosa o catástrofe natural) en presencia del registrador de votantes del condado y a la vez dar constancia de que no tiene ningunas de las identificaciones con foto requeridas.

Una **exención permanente** está disponible para votantes con una minusvalidez documentada. Votantes con una minusvalidez podrán solicitar una exención permanente al registrador de votantes del condado. La solicitud deberá ser acompañada por documentación por escrito proveniente de ya sea la Administración de Seguro Social de los EE.UU. dando evidencia de la minusvalidez del solicitante, o del Departamento de Asuntos Veteranos de EE.UU. dando evidencia de una valoración de discapacidad del 50 por ciento o más. Además, el/la solicitante deberá declarar que no tiene forma válida de identificación con foto. Quienes obtengan una exención por minusvalidez podrán votar al presentar el certificado de votante que demuestre tal exención.

Las declaraciones juradas están disponibles para votantes con una objeción religiosa constante hacia tomarse fotos y para votantes sin ninguna identificación con foto por razón de cierta catástrofe natural tal cual lo declare el Presidente de los Estados Unidos o el Gobernador de Texas dentro de 45 días del día en que se emitió el voto.

## Preguntas Frecuentes (FAQ)

**5. ¿Si tengo una identificación emitida por el gobierno con mi foto pero no figura en la lista anterior, puedo usarla?**

Si no tiene una de las formas de identificación con foto anteriormente nombradas y su certificado electoral no contiene la notación de exención por minusvalidez, solo podrá usar una boleta provisional.

**6. ¿Mi nombre en mi ID con foto no coincide exactamente con mi nombre en mi certificado electoral. ¿Aún puedo votar?**

Los Oficiales Electorales comprobarán su ID y si el nombre es "básicamente similar" al nombre que se encuentra en su lista de votantes inscritos, usted aún podrá votar pero también tendrá que firmar una declaración jurada afirmando que es la misma persona en la lista de votantes inscritos.

**7. ¿Qué significa la frase "básicamente similar"?**

El nombre de un votante se considera básicamente similar si reúne una o más de las siguientes circunstancias:

1. El nombre en el ID es ligeramente diferente de una o más de los campos de nombre en la lista oficial de votantes inscritos.
2. El nombre en el ID del votante o en la lista de votantes inscritos es una variación de costumbre del nombre formal del votante. Por ejemplo, Bill en vez de William, o    Beto en vez de Alberto.
3. El nombre del votante contiene una inicial, segundo nombre de pila, o apellido anterior que bien o no figura en la lista oficial de votantes inscritos, o no figura en el ID del votante.
4. El primer nombre de pila, segundo nombre de pila, apellido anterior, o inicial del nombre del votante ocupa un campo distinto al que se presenta en el ID documentada que la posición del mismo en la lista de votantes inscritos.

---

Por lo menos 30 días antes de la fecha límite para registrarse para votar, los electores deben verificar con la oficina de registro de votantes que su nombre en la lista oficial de votantes registrados coincide con el nombre de una de las credenciales aprobadas para votar.

HarrisCounty 000110