## Những Thắc Mắc Thông Thường về ID có Hình Ảnh (FAQ)

Trong việc xem xét liệu một tên giống tương tự hay không, các nhân viên bầu cử cũng sẽ xem xét liệu thông tin trong ID đã xuất trình có trùng hợp với thông tin của cử tri trong danh sách ghi danh cử tri chính thức không, ví dụ, địa chỉ cư trú hoặc ngày tháng năm sinh của cử tri.

**8. Những yêu cầu về ID có hình ảnh có áp dụng cho bỏ phiếu bằng thư không?**

Yêu cầu mới không thay đổi quá trình cho bỏ phiếu bằng thư.

**9. Địa chỉ trên ID có hình ảnh của tôi có phải trùng hợp với địa chỉ của tôi trong danh sách ghi danh cử tri chính thức tại thời điểm bỏ phiếu không?**

Yêu cầu mới không quyết định về địa chỉ của cử tri phải trùng hợp; do đó, không đòi hỏi phải có địa chỉ trùng hợp.

**10. Khi nào thì Giấy Chứng Nhận Căn Cước Bầu Cử tại DPS sẽ có?**

Giấy Chứng Nhận Căn Cước Bầu Cử hiện đang có sẵn. Thông tin về cách làm thế nào để có được giấy chứng nhận căn cước bầu cử có thể tìm thấy tại www.dps.texas.gov. Quý vị cũng có thể liên lạc DPS qua số điện thoại (512) 424-2600 để biết thêm chi tiết. **Các cử tri đã có ID có hình ảnh được chấp thuận cho bầu cử sẽ không đủ điều kiện để nộp đơn xin Giấy Chứng Nhận Căn Cước Bầu Cử (EIC).**

**11. Chuyện gì sẽ xảy ra nếu tôi từ chối xuất trình giấy tờ nhận dạng?**

Các cử tri từ chối xuất trình giấy tờ nhận dạng sẽ được phép bầu phiếu tạm thời. Tuy nhiên, xin lưu ý rằng khi từ chối xuất trình ID không phải là cách hữu hiệu để bầu phiếu tạm thời, và thường thì lá phiếu của cử tri đó sẽ bị từ chối bởi Ban Bầu Cử.

Để biết thêm chi tiết, gọi số 1-800-252-VOTE (8683) hoặc email về elections@sos.state.tx.us.

Những thông tin trong cẩm nang này được thu thập từ Văn Phòng Tổng Trưởng tiểu bang Texas. http://votetexas.gov/register-to-vote/need-id/

---

## Nhớ, MANG ID CÓ HÌNH ẢNH CỦA QUÝ VỊ đến các phòng phiếu

Tiểu bang Texas yêu cầu các cử tri xuất trình căn cước có hình ảnh đã được chấp thuận để bầu cử tại các phòng phiếu. Để tạo thuận lợi cho việc tuyển cử khi QUÝ VỊ đến các phòng phiếu, QUÝ VỊ nên:

1. Xem lại danh sách các loại căn cước có hình ảnh đã được chấp thuận và bảo đảm QUÝ VỊ có một cái;
2. Phải bảo đảm rằng căn cước có hình ảnh mà tiểu bang đã chấp thuận CỦA QUÝ VỊ vẫn đang còn hiệu lực; với ngoại lệ của Giấy Chứng Nhận Quốc Tịch Hoa Kỳ, những căn cước có hình ảnh khác phải đang còn hiệu lực hoặc đã hết hạn không quá 60 ngày;
3. Kiểm chứng lại tên của QUÝ VỊ trong hồ sơ của Văn Phòng Ghi Danh Cử Tri và tên trong các căn cước có hình ảnh phải trùng nhau. QUÝ VỊ có thể ghé trang mạng https://txapps.texas.gov/tolapp/sos/SOSACManager để Cập nhật "Tên và Địa Chỉ Cử Tri" CỦA QUÝ VỊ.

### CÁC LOẠI CĂN CƯỚC ĐƯỢC CHẤP THUẬN CHO BẦU CỬ


1. Bằng Lái Xe Texas


2. Giấy Chứng Nhận Căn Cước Bầu Cử của Texas (EIC)


3. Thẻ Căn Cước Cá Nhân Texas


4. Giấy Phép Mang Súng Giấu Kín Texas


5. Thẻ Căn Cước Quân Đội Hoa Kỳ


6. Giấy Chứng Nhận Quốc Tịch Hoa Kỳ


7. Hộ Chiếu Hoa Kỳ

Để Biết Thêm Chi Tiết: Điện Thoại: 713.274.9550
email: county.clerk@cco.hctx.net · Web: www.HarrisVotes.com


**STAN STANART**
Giám Đốc Nha Hành Chánh Quận Harris

---



## Nhớ, MANG ID CÓ HÌNH ẢNH CỦA QUÝ VỊ đến các phòng phiếu

(THẮC MẮC THÔNG THƯỜNG)

**STAN STANART**

Giám Đốc Nha Hành Chánh Quận Harris

Harris County Clerk 1836

www.HarrisVotes.com

HarrisCounty 000111

## Những Thắc Mắc Thông Thường về ID có Hình Ảnh (FAQ)

**1. Khi nào luật mới về ID có hình ảnh có hiệu lực?**

Yêu cầu về ID có hình ảnh có hiệu lực ngay lập tức.

**2. Những loại ID nào sẽ được yêu cầu để hội đủ điều kiện đích thân đi bầu theo chương trình mới?**

Cử tri sẽ được yêu cầu xuất trình một trong các loại ID có hình ảnh sau đây tại địa điểm bỏ phiếu trước khi cử tri được phép bầu phiếu:

- Bằng Lái Xe Texas do Sở An Toàn Công Cộng Texas ("DPS") cấp
- Giấy Chứng Nhận Căn Cước Bầu Cử Texas do DPS cấp
- Thẻ căn cước cá nhân Texas do DPS cấp
- Giấy phép mang súng giấu kín Texas do DPS cấp
- Thẻ căn cước quân đội Hoa Kỳ có hình ảnh của người đó
- Giấy chứng nhận quốc tịch Hoa Kỳ có hình ảnh của người đó
- Hộ Chiếu Hoa Kỳ

**3. ID của tôi đã hết hạn. Vậy tôi có thể dùng nó không?**

Ngoại trừ giấy chứng nhận công dân Hoa Kỳ, các ID khác phải đang còn giá trị hoặc hết hạn không quá 60 ngày trước khi xuất trình để hội đủ điều kiện bỏ phiếu tại địa điểm bỏ phiếu.

**4. Nhưng nếu cử tri không có bất kỳ ID có hình ảnh nào cả thì có trường hợp ngoại lệ nào không?**

Nếu cử tri không có miễn trừ tàn tật vĩnh viễn (được nêu dưới đây) ghi trên giấy chứng nhận ghi danh cử tri của mình VÀ không có bất kỳ ID có hình ảnh đã nêu trên tại thời điểm bỏ phiếu, cử tri có thể bỏ phiếu tạm thời. Tuy nhiên, để lá phiếu tạm thời được tính, cử tri sẽ được yêu cầu đến văn phòng ghi danh cử tri trong vòng sáu (6) ngày sau ngày bầu cử để xuất trình một trong các ID có hình ảnh kể trên HOẶC nộp một trong các chứng thệ tạm thời được kể dưới đây (ví dụ, phản đối tôn giáo hay thiên tai) trong sự hiện diện của nhân viên ghi danh cử tri quận hạt để xác nhận chắc chắn là ông hay bà ấy không có bất kỳ ID có hình ảnh cần thiết nào.

Một **miễn trừ vĩnh viễn** có sẵn cho các cử tri khuyết tật. Các cử tri khuyết tật có thể nộp đơn cho viên chức ghi danh cử tri quận hạt để xin miễn trừ vĩnh viễn. Đơn xin phải bao gồm văn bản từ Sở An Sinh Xã Hội Hoa Kỳ chứng minh người nộp đơn đã được xác định là khuyết tật, hoặc từ Bộ Cựu Chiến Binh Hoa Kỳ chứng minh sự khuyết tật ở mức tối thiểu 50 phần trăm. Ngoài ra, người nộp đơn phải cho biết ông hay bà ấy không có thẻ căn cước hợp lệ có hình ảnh. Những người nhận được ngoại lệ do khuyết tật sẽ được phép bỏ phiếu bằng cách xuất trình giấy chứng nhận ghi danh cử tri có điều kiện ngoại lệ.

Những chứng thệ có sẵn cho các cử tri có sự phản đối tôn giáo kiên quyết không chụp ảnh và các cử tri không có bất kỳ thẻ căn cước hợp lệ nào có hình ảnh do hậu quả thiên tai đã được công bố bởi Tổng Thống Hoa Kỳ hoặc Thống Đốc tiểu bang Texas trong vòng 45 ngày kể từ ngày bầu phiếu.

**5. Nếu tôi có một ID có hình ảnh của tôi do chính phủ đã cấp và ID đó không có trong danh sách trên, tôi có thể sử dụng không?**

Nếu quý vị không có một trong các ID có hình ảnh đã liệt kê ở trên và giấy chứng nhận ghi danh cử tri của quý vị không có một lưu ý về miễn trừ tàn tật, quý vị sẽ chỉ có đủ điều kiện để bỏ lá phiếu tạm thời.

**6. Tên của tôi trên ID có hình ảnh được chấp thuận không chính xác như tên trên thẻ ghi danh cử tri của tôi. Tôi vẫn có thể bỏ phiếu không?**

Các nhân viên bầu cử sẽ xem xét lại ID và nếu như tên "giống tương tự" như tên trong danh sách ghi danh cử tri, quý vị sẽ vẫn có thể bầu phiếu, nhưng quý vị cũng sẽ phải nộp một bản chứng thệ cho biết rằng quý vị là cùng một người trên danh sách cử tri đã ghi danh.

**7. "Giống tương tự" nghĩa là gì?**

Tên của một cử tri được coi là giống tương tự nếu một hoặc nhiều trường hợp sau đây được áp dụng:

1. Tên trên ID hơi khác một chút so với tên trong danh sách ghi danh cử tri chính thức.
2. Tên trên ID của cử tri hoặc trên danh sách ghi danh cử tri là một biến thể thông thường của tên chính thức của cử tri. Ví dụ, Bill thay vì William, hoặc Beto thay vì Alberto.
3. Tên của cử tri có tên đệm, tên viết tắt hay tên cũ không nằm trong danh sách ghi danh cử tri chính thức hoặc ID của cử tri.
4. Tên, tên đệm, tên cũ hoặc tên viết tắt của cử tri được ghi trong một nơi khác trên ID được xuất trình mà không có trong trên danh sách ghi danh cử tri.

Trước khi hết hạn ghi danh đi bầu ít nhất 30 ngày, các cử tri nên kiểm chứng với văn phòng ghi danh cử tri để bảo đảm tên của họ trong danh sách ghi danh cử tri chính thức trùng hợp với tên trên một trong những căn cước đã chấp thuận cho bầu cử.

HarrisCounty 000112

## Những Thắc Mắc Thông Thường về ID có Hình Ảnh (FAQ)

Trong việc xem xét liệu một tên giống tương tự hay không, các nhân viên bầu cử cũng sẽ xem xét liệu thông tin trong ID đã xuất trình có trùng hợp với thông tin của cử tri trong danh sách ghi danh cử tri chính thức không, ví dụ, địa chỉ cư trú hoặc ngày tháng năm sinh của cử tri.

**8. Những yêu cầu về ID có hình ảnh có áp dụng cho bỏ phiếu bằng thư không?**

Yêu cầu mới không thay đổi quá trình cho bỏ phiếu bằng thư.

**9. Địa chỉ trên ID có hình ảnh của tôi có phải trùng hợp với địa chỉ của tôi trong danh sách ghi danh cử tri chính thức tại thời điểm bỏ phiếu không?**

Yêu cầu mới không quyết định về địa chỉ của cử tri phải trùng hợp; do đó, không đòi hỏi phải có địa chỉ trùng hợp.

**10. Khi nào thì Giấy Chứng Nhận Căn Cước Bầu Cử tại DPS sẽ có?**

Giấy Chứng Nhận Căn Cước Bầu Cử hiện đang có sẵn. Thông tin về cách làm thế nào để có được giấy chứng nhận căn cước bầu cử có thể tìm thấy tại www.dps.texas.gov. Quý vị cũng có thể liên lạc DPS qua số điện thoại (512) 424-2600 để biết thêm chi tiết. Các cử tri đã có ID có hình ảnh được chấp thuận cho bầu cử sẽ không đủ điều kiện để nộp đơn xin Giấy Chứng Nhận Căn Cước Bầu Cử (EIC).

**11. Chuyện gì sẽ xảy ra nếu tôi từ chối xuất trình giấy tờ nhận dạng?**

Các cử tri từ chối xuất trình giấy tờ nhận dạng sẽ được phép bầu phiếu tạm thời. Tuy nhiên, xin lưu ý rằng khi từ chối xuất trình ID không phải là cách hữu hiệu để bầu phiếu tạm thời, và thường thì lá phiếu của cử tri đó sẽ bị từ chối bởi Ban Bầu Cử.

Để biết thêm chi tiết, gọi số 1-800-252-VOTE (8683) hoặc email về elections@sos.state.tx.us.

Những thông tin trong cẩm nang này được thu thập từ Văn Phòng Tổng Trưởng tiểu bang Texas. http://votetexas.gov/register-to-vote/need-id

---

**Nhớ, MANG ID CÓ HÌNH ẢNH CỦA QUÝ VỊ đến các phòng phiếu**

Tiểu bang Texas yêu cầu các cử tri xuất trình căn cước có hình ảnh đã được chấp thuận để bầu cử tại các phòng phiếu. Để tạo thuận lợi cho việc tuyển cử khi QUÝ VỊ đến các phòng phiếu, QUÝ VỊ nên:

1. Xem lại danh sách các loại căn cước có hình ảnh đã được chấp thuận và bảo đảm QUÝ VỊ có một cái;
2. Phải bảo đảm rằng căn cước có hình ảnh mà tiểu bang đã chấp thuận CỦA QUÝ VỊ vẫn đang còn hiệu lực; với ngoại lệ của Giấy Chứng Nhận Quốc Tịch Hoa Kỳ, những căn cước có hình ảnh khác phải đang còn hiệu lực hoặc đã hết hạn không quá 60 ngày;
3. Kiểm chứng lại tên của QUÝ VỊ trong hồ sơ của Văn Phòng Ghi Danh Cử Tri và tên trong các căn cước có hình ảnh phải trùng nhau. QUÝ VỊ có thể ghé trang mạng https://txapps.texas.gov/tolapp/sos/SOSACManager để Cập nhật "Tên và Địa Chỉ Cử Tri" CỦA QUÝ VỊ.

### CÁC LOẠI CĂN CƯỚC ĐƯỢC CHẤP THUẬN CHO BẦU CỬ


1. Bằng Lái Xe Texas


2. Giấy Chứng Nhận Căn Cước Bầu Cử của Texas (EIC)


3. Thẻ Căn Cước Cá Nhân Texas


4. Giấy Phép Mang Súng Giấu Kín Texas


5. Thẻ Căn Cước Quân Đội Hoa Kỳ


6. Giấy Chứng Nhận Quốc Tịch Hoa Kỳ


7. Hộ Chiếu Hoa Kỳ

Để Biết Thêm Chi Tiết: Điện Thoại: 713 274 9550
email: county.clerk@cco.hctx.net • Web: www.HarrisVotes.com


**STAN STANART**
Giám Đốc Nha Hành Chánh Quận Harris

---

## THẮC MẮC THÔNG THƯỜNG

**Nhớ, MANG ID CÓ HÌNH ẢNH CỦA QUÝ VỊ đến các phòng phiếu**

(THẮC MẮC THÔNG THƯỜNG)

**Congressman AL GREEN**
9th District

In conjunction with:
Congressman Gene Green, Congresswoman Sheila Jackson-Lee, Senator Rodney Ellis, Senator Sylvia Garcia, Senator John Whitmire, Rep. Alma Allen, Rep. Jessica Farrar, Rep. Ron Reynolds, Rep. Mary Ann Perez, Rep. Senfronia Thompson, Rep. Sylvester Turner, Rep. Gene Wu, Houston Councilwoman Wanda Adams, Houston Councilman Larry Green, Missouri City Councilman Don Smtih

HarrisCounty 000113

### Những Thắc Mắc Thông Thường về ID có Hình Ảnh (FAQ)

**1. Khi nào luật mới về ID có hình ảnh có hiệu lực?**

Yêu cầu về ID có hình ảnh có hiệu lực ngay lập tức.

**2. Những loại ID nào sẽ được yêu cầu để hội đủ điều kiện đích thân đi bầu theo chương trình mới?**

Cử tri sẽ được yêu cầu xuất trình một trong các loại ID có hình ảnh sau đây tại địa điểm bỏ phiếu trước khi cử tri được phép bầu phiếu:

- Bằng Lái Xe Texas do Sở An Toàn Công Cộng Texas ("DPS") cấp
- Giấy Chứng Nhận Căn Cước Bầu Cử Texas do DPS cấp
- Thẻ căn cước cá nhân Texas do DPS cấp
- Giấy phép mang súng giấu kín Texas do DPS cấp
- Thẻ căn cước quân đội Hoa Kỳ có hình ảnh của người đó
- Giấy chứng nhận quốc tịch Hoa Kỳ có hình ảnh của người đó
- Hộ Chiếu Hoa Kỳ

**3. ID của tôi đã hết hạn. Vậy tôi có thể dùng nó không?**

Ngoại trừ giấy chứng nhận công dân Hoa Kỳ, các ID khác phải đang còn giá trị hoặc hết hạn không quá 60 ngày trước khi xuất trình để hội đủ điều kiện bỏ phiếu tại địa điểm bỏ phiếu.

**4. Nhưng nếu cử tri không có bất kỳ ID có hình ảnh nào cả thì có trường hợp ngoại lệ nào không?**

Nếu cử tri không có miễn trừ tàn tật vĩnh viễn (được nêu dưới đây) ghi trên giấy chứng nhận ghi danh cử tri của mình VÀ không có bất kỳ ID có hình ảnh đã nêu trên tại thời điểm bỏ phiếu, cử tri có thể bỏ phiếu tạm thời. Tuy nhiên, để lá phiếu tạm thời được tính, cử tri sẽ được yêu cầu đến văn phòng ghi danh cử tri trong vòng sáu (6) ngày sau ngày bầu cử để xuất trình một trong các ID có hình ảnh kể trên HOẶC nộp một trong các chứng thệ tạm thời được kể dưới đây (ví dụ, phản đối tôn giáo hay thiên tai) trong sự hiện diện của nhân viên ghi danh cử tri quận hạt để xác nhận chắc chắn là ông hay bà ấy không có bất kỳ ID có hình ảnh cần thiết nào.

Một **miễn trừ vĩnh viễn** có sẵn cho các cử tri khuyết tật. Các cử tri khuyết tật có thể nộp đơn cho viên chức ghi danh cử tri quận hạt để xin miễn trừ vĩnh viễn. Đơn xin phải bao gồm văn bản từ Sở An Sinh Xã Hội Hoa Kỳ chứng minh người nộp đơn đã được xác định là khuyết tật, hoặc từ Bộ Cựu Chiến Binh Hoa Kỳ chứng minh sự khuyết tật ở mức tối thiểu 50 phần trăm. Ngoài ra, người nộp đơn phải cho biết ông hay bà ấy không có thẻ căn cước hợp lệ có hình ảnh. Những người nhận được ngoại lệ do khuyết tật sẽ được phép bỏ phiếu bằng cách xuất trình giấy chứng nhận ghi danh cử tri có điều kiện ngoại lệ.

Những chứng thệ có sẵn cho các cử tri có sự phản đối tôn giáo kiên quyết không chụp ảnh và các cử tri không có bất kỳ thẻ căn cước hợp lệ nào có hình ảnh do hậu quả thiên tai đã được công bố bởi Tổng Thống Hoa Kỳ hoặc Thống Đốc tiểu bang Texas trong vòng 45 ngày kể từ ngày bầu phiếu.

**5. Nếu tôi có một ID có hình ảnh của tôi do chính phủ đã cấp và ID đó không có trong danh sách trên, tôi có thể sử dụng không?**

Nếu quý vị không có một trong các ID có hình ảnh đã liệt kê ở trên và giấy chứng nhận ghi danh cử tri của quý vị không có một lưu ý về miễn trừ tàn tật, quý vị sẽ chỉ có đủ điều kiện để bỏ lá phiếu tạm thời.

**6. Tên của tôi trên ID có hình ảnh được chấp thuận không chính xác như tên trên thẻ ghi danh cử tri của tôi. Tôi vẫn có thể bỏ phiếu không?**

Các nhân viên bầu cử sẽ xem xét lại ID và nếu như tên "giống tương tự" như tên trong danh sách ghi danh cử tri, quý vị sẽ vẫn có thể bầu phiếu, nhưng quý vị cũng sẽ phải nộp một bản chứng thệ cho biết rằng quý vị là cùng một người trên danh sách cử tri đã ghi danh.

**7. "Giống tương tự" nghĩa là gì?**

Tên của một cử tri được coi là giống tương tự nếu một hoặc nhiều trường hợp sau đây được áp dụng:

1. Tên trên ID hơi khác một chút so với tên trong danh sách ghi danh cử tri chính thức.
2. Tên trên ID của cử tri hoặc trên danh sách ghi danh cử tri là một biến thể thông thường của tên chính thức của cử tri. Ví dụ, Bill thay vì William, hoặc Beto thay vì Alberto.
3. Tên của cử tri có tên đệm, tên viết tắt hay tên cũ không nằm trong danh sách ghi danh cử tri chính thức hoặc ID của cử tri.
4. Tên, tên đệm, tên cũ hoặc tên viết tắt của cử tri được ghi trong một nơi khác trên ID được xuất trình mà không có trong trên danh sách ghi danh cử tri.

Trước khi hết hạn ghi danh đi bầu ít nhất 30 ngày, các cử tri nên kiểm chứng với văn phòng ghi danh cử tri để bảo đảm tên của họ trong danh sách ghi danh cử tri chính thức trùng hợp với tên trên một trong những căn cước đã chấp thuận cho bầu cử.

HarrisCounty 000114



現在 Harris 縣投票方式變得更容易、更快捷、更安全

## 合格的Texas州選民可以使用何種方式投票？

### 1) 使用郵遞提前投票

使用郵遞提前投票，必需具備下列資格：
- 預知選舉當日不在 Harris 縣，而且於提前投票期間也不能親自參加投票的公民；或
- 殘疾人士；或
- 選舉當日年滿 65 歲；或
- 有投票資格的在押人。

申請郵遞提前投票：選民必須在選舉日前60天到選舉日前9天之間，向選務專員辦公室提出。如果選舉日前的第9天是週末，那麼該週末的週五即為提交郵遞提前投票申請表的截止日期。

請使用下列方式之一提交郵遞提前投票的申請：
- 郵寄至
  Stan Stanart, Harris County Clerk
  Elections Division
  P.O. Box 1148
  Houston, TX 77251-1148；
- 使用一般送件或合約送件服務至
  1001 Preston St, Room 440
  Houston, TX 77002；
- 傳真至 713.755.4983。

選民也可以在提前投票開始之前親自提出郵遞投票之申請 (提前投票通常在選舉日前17天開始)。

### 2) 親自參加提前投票

登記選民可以在任何 Harris 縣核准的提前投票所進行投票。提前投票日是在選舉日前的 17 天到選舉日前的 4 天之間。若提前投票的第一天是週末，則提前投票的第一天將被順延至下周一。請上網 http://www.harrisvotes.com 或致電 713.755.6965 查詢提前投票的時間和地點。

選舉日的投票時間是上午 7:00 到晚上 7:00

### 3) 選舉日投票

在選舉日，選民必須到指定的選區進行投票。選民可致電 713.368.POLL 收聽自動語音選舉熱線，或上網 http://www.harrisvotes.com 查詢投票的地點。

### 4) 路邊投票

路邊投票是為了行動不便或不能長時間站立的選民而設立的。選務工作人員會將選票送到選民停在投票所外的車內。路邊投票的服務適用於提前投票日和選舉日。

### 5) 由國外投票

暫居國外並希望使用郵遞投票的選民可以填寫聯邦明信片申請表 (Federal Post Card Application，簡稱為 FPCA)。此類申請僅限於：
- 美國現役軍人、配偶或家屬；
- 美國商船船員、配偶或家屬；
- Texas 州居民但目前暫居國外的美國公民。

以上暫居國外的美國公民只要使用聯邦明信片申請表，申請由國外投票，即可獲取同一選舉年度的全部選票。

Harris 縣行政書記官辦公室會在選舉日前 45 天之內寄出所有的海外申請表 以便選民有充裕的時間收到 填寫並回遞選票。從海外寄回的選票其郵戳時間不得遲於選舉日 同時選票必須於選舉日後的 5 天之內寄達。詳情請上聯邦投票輔助方案(Federal Voting Assistance Program) 網站 http://www.fvap.gov 查詢。

### 我們需要您的協助！

行政書記官需要熱心公益，精通中國話、西班牙語或越南語的雙語公民協助投票所選務工作 (薪水$80 到 $100)。

有意者請上網申請
http://www.harrisvotes.com/PollWorker。

## 重要資訊

### 如果我到投票所不能投票該怎麼辦？

Texas 州的法律規定，每一個選民在投票所都擁有使用臨時選票的機會。

臨時選票為選民在選舉日提供投票機會。選舉日後，Harris 縣行政書記官辦公室與 Harris 縣選民登記處將會審查選民所提供的資料，以決定該選民是否具有投票資格。如果該選民的投票資格被認定，其臨時選票將會被納入計票。如果該選民的投票資格被否定，其臨時選票將會被拒絕。在選舉日後，Harris 縣行政書記官辦公室會以書面通知選民，告知其臨時選票是否已被納入計票。

在某些情況下，投票所的選務人員會告知選民，其臨時選票可能會被拒絕，並建議選民採取必要的措施，以增加其臨時選票可被接受的機會。

臨時選票不能保證選民的選票一定會被納入計票。如果投票所的選務人員告知選民其選票可能會被拒絕，我們建議選民依照 Texas 州的法律使用普通選票，或者提供充足的資訊使得臨時選票能得到適當的審查。

### 我可以帶協助人到投票所協助我投票嗎？

因行動不便或英語能力有限而需要協助的選民可以請一位協助人一同赴投票所。協助人不得為選民的雇主或工會代表 詳情請電 713.755.5018。

### 如果我在投票過程中受到恐嚇或者我的投票權受到侵犯，我應該與誰聯繫？

請致電 713.755.6965 Harris 縣行政書記官辦公室，發送電子郵件至 info@harrisvotes.com 或致電 Texas 州州務卿辦公室 1.800.252.8683（VOTE）。



為您記錄人生要事

STAN STANART

Harris 縣行政書記官

選民指南

www.cclerk.hctx.net

HarrisCounty 000115



各位 Harris 縣選民：

身為本縣的行政書記官，我敦促民眾重視您的選民權利。您的社區每年至少會舉行一次選舉，因此熟悉選舉運作的基本原則是非常重要的。

此份選民指南是為了加強大家對選舉過程的了解。美國卓越的政治體系，端賴於熟知選情與積極參與的選民。而熱心的選民、候選人、義工及公民的同心協力，更凸顯出美國民主參與政體的獨特性。

熱心公益和積極參與的公民們維護著美國政治運作的活力，更確保了美國政治的完整性。

順頌時祺

**STAN STANART**
Harris 縣行政書記官

## 投票登記

### 選民登記資格

- 美國公民；
- Harris 縣合法居民；
- 選舉日年滿18歲(已滿17歲零10個月的選民可以提前申請選民登記)；
- 非重罪犯(除非刑期、緩刑期和/或假釋期已者)；
- 非法院判定為精神上無行為能力的人。

### 登記方式及登記地點

選民登記的方式有：

親自辦理：
- 至 Harris 縣稅務官（Tax Assessor-Collector）辦公室，也是選民登記處（Voter Registrar）；或
- 在申請或更換駕駛執照時，也可作選民登記；

或者郵遞申請：
- 向 Harris 縣選民登記處索取登記申請表；或
- 到本地圖書館或政府部門領取選民申請表，填妥後寄回。

### 選民登記申請表領取地點

選民可以向下列地點領取申請表：

- Harris 縣選民登記處 (Voter Registrar)
  http://www.hcvoter.net
  713.368.2200
  Harris County Tax Assessor-Collector
  P.O. Box 3527, Houston, TX 77253-3527；
- 州務卿 (The Secretary of State) 辦公室
  http://www.sos.state.tx.us
  1.800.252.8683；
- 公共圖書館；
- 郵局；
- 其他政府機構。

### 縣內搬遷應該如何登記？

如果您在縣內搬遷，請填寫一份新的選民登記申請表，填上您的新住址，並勾選「變更」欄。填寫後，將選民登記申請表郵寄到 Harris 縣選民登記處。

如果您有選民登記證的副本，您也可以將您的新住址寫在登記證副本的背面，簽名後郵寄到選民登記處。

如果您已搬遷，但沒有及時更新您的住址，您可以到縣內任何提前投票所參加提前投票；否則，您必須在選舉當日，到您原來登記住址所在地的選區進行投票。

### 由外縣搬遷來的選民需要作選民登記嗎？

無論何時您從 Texas 州的一個縣遷往另一個縣，您都必須重新作選民登記，才有權在縣級和縣級以下的選舉中投票。如果您在搬遷後尚未到您新址的所在縣登記，您必須於提前投票期間到我們的選務辦公室 --- 地址 1001 Preston, 1st Floor (一樓), Houston, TX 77002 使用有限制選票進行投票。如果您在選舉日赴投票所投票，則您可以使用臨時選票，但是您的臨時選票將不會被納入計票。查詢提前投票日期和時間，請致電選務辦公室 713.755.6965 或上網 http://www.harrisvotes.com。

### 投票時需要出示何種身份證明？

這是合格的投票識別證件一覽表：

- 由 Texas 公共安全部（DPS）所開立的 Texas 駕駛執照
- 由 DPS 開立的 Texas 選舉個人識別證明
- 由 DPS 開立的 Texas 個人識別證
- 由 DPS 開立的 Texas 隱蔽槍枝執照
- 包含個人相片的美國軍人識別證
- 包含個人相片的美國公民證
- 美國護照

在投票所出示選民資格證明之前，除了美國公民證美國軍人識別證以外，識別證明必須是未過期或已過期不超過 60 天。

**選 民 登 記 的 截 止 日 期 是 選 舉 日 前 30 天**

### 最常見的選舉

許多第一次參加投票的公民會有以下的疑問：我參加的是什麼選舉？在同一年度的選舉中，往往包括了不同類型的政府各級公職選舉。下列是常見的選舉的類型：

**聯邦選舉**：選舉國家政府，包括總統和美國參眾兩院議員。

**州選舉**：選舉州長和州參眾兩院議員。

**縣選舉**：選舉縣政府，包括一位縣長(County Judge)、四位縣區長(County Commissioners)、縣行政書記官(County Clerk)、縣稅務官(County Tax Assessor-Collector)、縣財務官(County Treasurer)、縣法務書記官(County District Clerk)、轄區庭長(Justice of the Peace)、縣警長(County Sheriff)、轄區警長(Constable)、縣民事檢察長(County Attorney)、縣刑事檢察長(District Attorney)、以及縣民事刑事法官(County Civil and Criminal Court Judges)。

**市選舉**：選舉市長和市政府官員。休士頓市的選舉是奇數年的11月。

**校董事會選舉**：選舉當地學區或社區學院的董事。

### 統一選舉日期

根據 Texas 州選舉法，大部份選舉都在下列日期舉行：
(1) 五月的第一個星期六
(2) 十一月第一個星期一後的星期二

但上述日期不適用於：
1) 決選；
2) 為學校債券的發行或轉移而舉行的選舉；
3) 為無法決定勝負而舉行的補充選舉；
4) 應法院或法庭的命令而舉行的選舉；
5) 緊急事件選舉；
6) 議院公職補選；
7) 法律明文規定不適用於上述選舉日期的選舉。



*Recording the Major Events of Your Life*

**STAN STANART**

Harris County Clerk

**VOTER GUIDE**

www.cclerk.hctx.net

---



**Voting in Harris County is now Easier, Faster, and More Secure**

## The Ways Eligible Texans May Vote

### 1) Early Voting by Mail

Qualified voters may vote by mail if:
- Away from Harris County on Election Day and during the early voting period;
- Sick or disabled;
- 65 years of age or older on Election Day; or
- Confined in jail, but eligible to vote.

Applications for a ballot by mail must be submitted to the early voting clerk on, or after, the 60th day before Election Day and before the close of business on the 9th day before Election Day. If the 9th day is a weekend, the last day to submit an application is the preceding Friday.

Ballot by mail request may be submitted by:
- Regular mail: **Stan Stanart, Harris County Clerk, Attn: Elections Division, P.O. Box 1148, Houston, TX 77251-1148**
- Common or contract carrier: **1001 Preston St, Room 440, Houston, TX 77002;** or
- FAX to 713.755.4983.

**Exception:**
A ballot by mail request may be submitted in person to the early voting clerk if the request is submitted in the period between the 60th day before Election Day and before the start of early voting by personal appearance.

### 2) Early Voting in Person

Registered voters may vote early at any one of the approved Harris County early voting locations. Early voting in person starts 17 days before each election unless the first day falls on the weekend, then early voting begins on the following Monday and ends 4 days before each election. The official early voting hours and locations can be found on **http://www.harrisvotes.com** or by calling 713.755.6965.

*Election Day voting hours are 7:00 a.m. to 7:00 p.m.*

### 3) Election Day Voting

On Election Day, voters must vote at the precinct where they are registered to vote. For information regarding Election Day polling locations, voters may call 713.755.6965 or visit **http://www.harrisvotes.com**.

### 4) Curbside Voting

This procedure is available to voters who have difficulty walking or standing for long periods. The election official will bring your ballot to your car outside the polling place. Curbside voting is available during early voting and on Election Day.

### 5) Voting from Abroad

Voters temporarily out of the country who wish to vote by mail may complete the Federal Post Card Application (FPCA). This type of application is limited to:
- A member of the U.S. Armed Forces, their spouse or a dependent;
- A member of the U.S. Merchant Marines, their spouse or a dependent;
- A U.S. citizen domiciled in Texas but temporarily living outside the territorial limits of the United States;

FPCAs qualify U.S. citizens who are temporarily outside of the country to receive a ballot for all elections in which they qualify to vote for a period of one calendar year.

The Harris County Clerk's office responds to overseas ballot by mail requests beginning 45 days prior to Election Day to allow adequate time for mail delivery. Ballots returned from overseas must be postmarked by Election Day and received by the 5th day after Election Day. For additional information on the FPCA process, voters may visit the Federal Voting Assistance Program's website at **http://www.fvap.gov**.

### YOU CAN HELP!

The County Clerk needs civic-minded citizens to volunteer to serve as poll workers (stipend $80 to $100) especially Spanish, Vietnamese, and Chinese bilingual speakers.
**Apply online at http://www.harrisvotes.com/PollWorker**

---

## Important Notices

### What if I am turned away from the polls?

Under Texas Law, each voter is required to have the opportunity to vote a provisional ballot before being turned away from the polling location.

Provisional voting is an opportunity for a voter to cast a ballot on Election Day. After the provisional ballot is cast, the Harris County Clerk and Harris County Voter Registrar will review the documentation provided to determine if the voter is eligible to vote. If the voter is deemed eligible, the provisional ballot will count in the election. If the voter is deemed ineligible, the voter's provisional ballot will be rejected. After Election Day, all provisional voters will be notified as to whether their ballot was accepted or rejected.

In some instances, voters will be notified by the polling place official that their provisional ballot will be rejected. This is done to provide notice to the voter that an additional step is necessary for the provisional ballot to be properly reviewed.

Provisional voting is not a fail-safe method of voting. If a voter is informed that the ballot will be rejected, the voter is encouraged to take the steps necessary to comply with Texas law to vote a regular ballot or to have the provisional ballot properly considered.

### If I need assistance, can I bring someone to the polling place to assist me?

Disabled voters or voters requiring assistance due to a limited English proficiency may bring someone of their own choosing to the polling place. The person providing assistance cannot be the voter's employer or labor union representative. For more information, please contact 713.274.9550.

### Whom do I contact if I felt intimidated during the voting process or feel that my voting rights were infringed upon?

Aggrieved voters may contact the Harris County Clerk's office directly at 713.755.6965 or via e-mail at info@harrisvotes.com. In addition, voters may contact the Texas Secretary of State's office at 800.252.8683 (VOTE).



Dear Harris County Voter:

As chief elections officer of the county, I encourage all citizens to be attentive. At least one election may be taking place in your community annually. So it is very important for all citizens to become familiar with the basic principles that guide elections.

The goal of this Voter Guide is to enhance the understanding of elections and facilitate access to the voting process. The exceptional nature of the American political process stems from a well-informed and involved citizenry. As voters, candidates and volunteers, engaged citizens characterize the unique participatory nature of the American democratic republic.

Civic-minded citizens ensure the vitality of the American political process. More importantly, I sincerely believe that active citizens ensure its integrity.

Sincerely,

**STAN STANART**
Harris County Clerk

## Registering to Vote

### Requirements

- Be a United States citizen;
- Be a legal resident of Harris County;
- Be at least 18 years old on Election Day (voters 17 years, 10 months of age may pre-register for an election);
- Be not a convicted felon (you may be eligible to vote if you have completed your sentence, probation, and parole);
- Not been declared by a court exercising probate jurisdiction to be either totally mentally incapacitated or partially mentally incapacitated without the right to vote.

### How and where to register?

In Harris County, you may register to vote:
In person:
- At the Office of the Harris County Tax Assessor-Collector, who is also the Voter Registrar; or
- When you apply for or renew your driver's license; or

By mail:
- By contacting the Harris County Voter Registrar to request an application to be mailed to you; or
- By picking up a voter registration application at your local library or government agency and simply mailing it in.

### Where do I obtain a Voter Registration Application?

You may request an application from:
- The Harris County Voter Registrar's office
  http://www.hcvoter.net
  713.368.2200
  Harris County Tax Assessor-Collector
  P.O. Box 3527, Houston, TX 77253-3527
- The Secretary of State's office
  http://www.sos.state.tx.us
  1.800.252.8683
- Public libraries
- Post offices
- Other area government agency offices

### What do I do if I move within the county?

If you move within the same county, promptly notify the Voter Registrar by completing and submitting a new voter registration application form and checking the box indicating "change."

If you have a copy of your voter registration certificate, you may also complete the back with your new address, sign it, and mail it to the Voter Registrar.

If you have moved but did not update your address in time for the election, you may still vote. During the early voting period, you may vote at any early voting location. However, on Election Day, you must vote at the precinct associated with your old address.

### What do I do if I move within the state?

Any time you move from one county to another in the State of Texas, you must re-register to vote to be able to vote a full ballot. If you did not re-register to vote in your new county, the law allows you to vote a limited ballot during the early voting period at the main early voting polling location, 1001 Preston, 1st Floor, Houston, TX 77002. If you did not re-register to vote in your new county and decide to vote on Election Day, you may vote a provisional ballot; however, your provisional ballot will not count. For early voting information, call 713.755.6965 or visit http://www.harrisvotes.com.

### What type of identification do I need to vote?

Here is a list of the approved forms of photo ID:
- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented for voter qualification at the polling place.

**THE DEADLINE TO REGISTER TO VOTE IS 30 DAYS BEFORE AN ELECTION**

### Most Common Elections

For many citizens who are new to the voting process, one of the questions that always arises is "what am I voting for?" On an annual basis, citizens may be voting for candidates who are vying for elected positions at every level of government. The following is a list of the most common:

<u>Federal Election</u>: voters elect a National Government, including a President and Members of the United States House of Representatives and the Senate.

<u>State Election</u>: voters elect a Governor, members of State House of Representatives, State Senate, and other State offices.

<u>County Election</u>: voters elect a county government, including a County Judge, Commissioner's Court, County Clerk, Tax Assessor-Collector, County Treasurer, District Clerk, Justices of the Peace, Sheriff, Constables, County Attorney, District Attorney and Civil and Criminal Court Judges.

<u>City Election</u>: voters elect a mayor and members to the city council of a local municipality. The City of Houston conducts its election in November of odd-numbered years.

<u>School Board Elections</u>: voters elect members to the board of their local Independent School or community college district.

### Uniform Election Dates

By law, most elections in Texas are held on one of the following dates:
1) The first Saturday in May;
2) The first Tuesday after the first Monday in November.

The Uniform Election Dates do not apply to:
1) Run-off Elections;
2) An election for the issuance or assumption of school bonds;
3) An election to resolve a tied vote;
4) An election held under an order of a court or other tribunal;
5) An emergency election;
6) An expedited election to fill a vacancy in the legislature;
7) An election held under a statute that expressly provides that the Uniform Election Dates does not apply to the election.

HarrisCounty 000118