

**Votar en el Condado de Harris ya es Mas Facil, Mas Rapido, y Mas Seguro**

*Maneras que los tejanos elegibles pueden votar:*

**1) Votación anticipada por correo**

Puede votar anticipadamente por correo si usted:
- estará fuera del condado de Harris el día de la elección y durante el periodo de votación anticipada;
- está enfermo o discapacitado;
- tiene 65 años o más el día de la elección; o
- se encuentra en la cárcel, pero es elegible para votar.

Las solicitudes de boletas para votar por correo se deben enviar al official de votación el sexagésimo día antes del día de la elección, o después de esta fecha, y antes del cierre de oficinas del noveno día antes del día de la elección. Si el noveno día cae en fin de semana, el ultimo día para presenter una solicitud es el viernes anterior.

Si usted votará anticipadamente por correo, debe enviar su solicitud de las siguientes formas:
- por correo regular a: **Stan Stanart, Harris County Clerk, Attn: Elections Division, P.O. Box 1148, Houston, TX 77251-1148**
- por paqueteria normal o de contrato: **1001 Preston St, Room 440, Houston, TX 77002**; o
- por fax al **713.755.4983**.

**Excepción:**
- Si vota anticipadamente porque tiene previsto ausentarse, puede pedir la solicitud en persona antes del primer día de la votación anticipada en persona (generalmente el décimo séptimo día antes de la elección).

**2) Votación anticipada en persona**

Los contantes registrados pueden votar anticipadamente en uno de los lugares de votación anticipada aprobados del condado de Harris. La votación anticipada en persona inicia 17 días antes de cada elección, a menos que el primer día sea en fin de semana, entonces la votación anticipada inicia el próximo lunes y termina cuatro días antes de la elección. Puede averiguar el horario y los lugares de votación anticipada en http://www.harrisvotes.com, a llamando al 713.755.6965.

*El horario el día de la elección es de 7:00 a.m. a 7:00 p.m.*

**3) Votación el día de la elección**

El día de la elección, los votantes deben votar en el lugar asignado de su precinto electoral. Si necesita saber dónde debe votar, puede llamar a nuestra línea automatizada VOTE para determinar el lugar de su precinto electoral al **713.368.POLL**, o visite http://www.harrisvotes.com.

**4) Votación a la orilla de la acera**

Este procedimiento está disponible para los votantes que tienen dificultad para caminar o para estar de pie durante largos períodos de tiempo. El oficial de la elección llevará su boleta a su auto afuera del lugar de votación. La votación a la orilla de la acera está disponible durante la votación anticipada y el día de la elección.

**5) Votación fuera del país**

Aquellos votantes que se encuentran temporalmente fuera del país y desean votar por correo, queden llenar la Solicitud Federal en Tarjeta Postal (FPCA). Este tipo de solicitud está limitada a:
- Miembros de las fuerzas armadas de Estados Unidos, sus cónyuges y dependientes;
- Miembros de la marina mercante de Estados Unidos, sus cónyuges y dependientes;
- Un ciudadano estadounidense con domicilio en Texas, pero que temporalmente vive fuera de los límites territoriales de los Estados Unidos;

La solicitud FPCA califica a un ciudadano estadounidense que se encuentra temporalmente fuera del país para recibir una boleta de votación para una elección en la cual puede votar, durante el período máximo de un año.

La oficina del secretario del condado de Harris intenta enviar por correo todas las solicitudes a más tardar el trigésimo día antes de una elección para dar tiempo suficiente para la entrega postal del extranjero. Las boletas que regresan del extranjero deben tener el sello postal del día de la elección, a más tardar, y se deben recibir el quinto día posterior al día de la elección. Para obtener información adicional de las solicitudes FPCA, puede visitar la página del Programa Federal de Asistencia Electoral: http://www.fvap.gov.

**TU PUEDES AYUDAR!**

El condado de Harris necesita ciudadanos para trabajar como administradores de elección bilingües el día de la elección. Para aplicar visite **http://www.harrisvotes.com**

## Notas Importance

**¿Qué ocurre si me piden que me retire de las casillas electorales?**

En conformidad con la ley de Texas, todo votante debe tener la oportunidad de votar en una boleta provisional antes de que se le pida que se retire del lugar de votación.

La votación provisional es una oportunidad para que un votante emita un voto el día de la elección. Después de que se emite el voto provisional, el Secretario del condado de Harris y el Empadronador Electoral del Condado de Harris revisarán la documentación provista para determinar si el votante reúne los requisitos para votar. Si se considera elegible, la boleta provisional se tomará en cuenta en la elección. Si no reúne los requisitos, se rechazará la boleta provisional de votante. Después del día de la elección se notificará a todos los votantes provisionales si se aceptó o rechazó su boleta.

En lagunos casos, el oficial del lugar de votación notificará a los votantes que su boleta provisional será rechazada. Esto se hace para informar al votante que necesita seguir un paso adicional para que la boleta provisional se revise de manera adecuada.

La votación provisional no es un método seguro para votar. Si se le indica que su boleta de votación será rechazada, se le recomienda que siga los pasos necesarios para cumplir con la ley de Texas para votar en una boleta normal, o para que se considere su boleta provisional de manera adecuada.

**¿Si necesito asistencia, puedo llevar a alguien al lugar de votación para que me ayude?**

Si tiene una discapacidad a necesita asistencia debido a su fluidez limitada del idioma inglés, entonces puede llevar a una persona al lugar de votación. La persona que le dé ayuda no puede ser su empleador ni un representante de un sindicato laboral. Para mas información sobre asistencia bilingüe llame al **713.274.9550**.

**¿Con quién puedo hablar si me siento intimidado durante el proceso de votación, o siento que se infringen mis derechos de votación?**

Puede llamar directamente a la oficina del secretario del condado de Harris al **713.755.6965**, o por correo electrónico a info@harrisvotes.com. Adicionalmente, puede comunicarse a la oficina del Secretario del Estado de Texas al **800.252.8683** (VOTE).



*Registrando los Momentos Importantes de su Vida*

**STAN STANART**
Secretaria del Condado de Harris

**GUIA PARA VOTAR**

www.cclerk.hctx.net

HarrisCounty 000119



Estimado Votantes del Condado de Harris:

Como jefe oficial de elecciones del Condado, animo a que todos los ciudadanos estén atentos. Por lo menos se lleva a cabo una elección en su comunidad cada año. Por esa razón, es muy importante que todos los ciudadanos se familiaricen con los principios fundamentales que guían las elecciones.

El objetivo de esta guía para el votante es ayudar a mejorar la comprensión de las elecciones y facilitar el proceso de votación. El carácter excepcional del proceso político norteamericano proviene de una ciudadanía bien informada e involucrada. Como votantes, candidatos o voluntarios, ciudadanos desarrollan papeles importantes que caracterizan la república democrática estadounidense.

A través de su participación, personas con valores cívicos aseguran la vitalidad del proceso político. Más importante, sinceramente creo que ciudadanos conscientes garantizan la integridad del proceso.

Atentamente,

**STAN STANART**
Secretaria del Condado de Harris

 **Registrese Para VOTAR**

*Para votar en el condado de Harris, Texas, toda persona debe:*
- Ser ciudadano de Estados Unidos;
- Ser un votante registrado en el condado de Harris;
- Tener por lo menos 18 años de edad el día de la elección (los votante de 17 años y 10 meses se pueden pre-registrar para una elección);
- No estar convicto de felonía (a menos que se haya completado la sentencia, el periodo de prueba o be libertad condicional);
- No estar declarado mentalmente incompetente por un tribunal de jurisdicción.

*¿Dónde me puedo registrar?*
En el condado de Harris, se puede registrar:
En persona:
- en la oficina del recaudador y asesor de impuestos del condado de Harris, quien es también el empadronador electoral; o
- Puede también registrarse cuando solicite la renovación de su licencia de conducir; o

Por correo:
- Pidiendo que se le envíe una solicitud comunicándose con el empadronador electoral del condado de Harris; o
- Recogiéndola en su biblioteca local o agencia gubernamental, y simplemente enviándola por correo.

*¿Dónde puedo obtener una solicitud de empadronamiento?*
La puede solicitar a:
- la oficina del empadronador electoral del condado de Harris:
  http://www.hcvoter.net / 713.368.2200
  Harris County Tax Assessor-Collector
  P.O. Box 3527, Houston, TX 77253-3527
- la oficina del Secretario del Estado:
  http://www.sos.state.tx.us / 800.252.8683
- bibliotecas públicas;
- oficinas postales;
- otras oficinas gubernamentales del área.

*¿Qué debo hacer si me mudo?*
Si se muda de casa en el mismo condado, notifique se nuevo domicilio por escrito al empadronador electoral, llenando un nuevo formulario de solicitud de empadronamiento electoral. Marque la casilla indicando "cambio", llene completamente el formulario y envíelo por correo al empadronador electoral del condado de Harris.

Si tiene una copia de su certificado de registro, puede también llenar el reverso con su nueva dirección, firmelo y envíelo al empadronador electoral.

Si se mudó de casa pero no ha actualizado su dirección para el momento de la elección, puede votar en cualquier lugar de votación anticipada; de otra manera, debe votar en el precinto correspondiente el día de la elección relacionado con su antigua dirección.

*¿Soy nuevo en el condado de Harris, debo registrarme?*
Si, siempre que se cambie de un condado a otro en el estado de Texas, debe registrarse para votar. Sí se mudó y no está registrado para votar en su nuevo condado, debe votar durante la votación anticipada en nuestro lugar principal de votación anticipada ubicado en 1001 Preston, 1 piso, Houston, TX 77002. Llame a nuestra oficina o visítenos en el Internet en http://www.harrisvotes.com para obtener las fechas y los horarios de votación.

Si se espera hasta el día de la elección, no podrá votar, salvo con una boleta provisional y dicha boleta no se tomará en cuenta.

*Qué tipo de identificación necesito para votar?*
Lista de las nuevas identificaciones con foto aprobadas:
- Licencia de Conducir de Texas expedida por el Departamento de Seguridad Pública (DPS, según sus siglas en inglés);
- Cédula de Identificación Electoral de Texas expedida por DPS;
- Tarjeta de Identificación Personal de Texas expedida por DPS;
- Licencia de Texas para Portar un Arma de Fuego Oculta expedida por DPS;
- Cédula de Identidad Militar de los Estados Unidos con fotografía de la persona;
- Certificado de Ciudadanía Estadounidense con fotografía de la persona; o
- Pasaporte de los Estados Unidos.

Con la excepción del certificado de ciudadanía estadounidense, la identificación deberá estar vigente; si no la está, debe haberse vencido hace 60 días o menos en el momento de presentarla para calificar como votante en el sitio electoral.

**LA FECHA LIMITE PARA INSCRIBIRSE PARA VOTAR ES 30 DIAS ANTES DE LA ELECCION**

*Las Elecciónes Mas Comunes:*

Para muchos ciudadanos que votan por primera vez, una de las preguntas que siempre surgen es ¿por qué estoy votando? Cada año, los ciudadanos pueden votar por candidatos que buscan puestos oficiales en cada nivel de gobierno. La siguiente es una lista de lo más común:

Elección federal- los votantes eligen al gobierno nacional, incluyendo al presidente y a los miembros de la cámara de representantes y el senado de Estados Unidos.

Estatal- los ciudadanos votan por un gobernador y los miembros de la cámara de representantes y el senado del estado de Texas.

Elección del condado- los votantes eligen al gobierno del condado, incluyendo al juez del condado, tribunal de comisionados, secretario del condado, recaudador y asesor de impuestos, tesorero del condado, oficial del distrito, jueces de paz, sheriff, policías, abogado del condado, abogado del distrito y jueces del tribunal civil y penal.

Elección- los votantes eligen a un alcalde y a los concejales municipales de una municipalidad local. La ciudad de Houston celebra su elección en noviembre de los años impares.

Elecciones de las juntas escolares- los votantes eligen a la junta de su distrito escolar independiente o de universidad comunitaria.

*Fechas uniformes de elecciones*
Por ley, la mayoría de las elecciones en Texas se celebran en una de las fechas siguientes:
(1) El primer sábado de mayo;
(2) El primer martes después del primer lunes de noviembre.

Las fechas uniformes de elecciones no corresponden 1) elecciones de segunda vuelta; 2) una elección para la emisión o postulación de bonos escolares; 3) una elección para resolver un empate de votación; (4) una elección celebrada bajo una orden de la corte o de un tribunal, (5) una elección de emergencia; (6) una elección expedida para ocupar un puesto vacante en la legislatura; (7) una elección celebrada bajo un estatuto que provee expresamente que las Fechas uniformes de elecciones no aplican a la elección.

HarrisCounty 000120

 **Hiện Tại, Bầu Cử tại Quận Harris thì Dễ Dàng Hơn, Nhanh Chóng Hơn, và An Toàn Hơn**

## Những Cách Bỏ Phiếu Dành Cho Các Cư Dân Hội Đủ Điều Kiện tại Tiểu Bang Texas

### 1) Bỏ Phiếu Sớm Qua Thư

Quý vị có thể bỏ phiếu sớm qua thư nếu quý vị:
- sẽ không có mặt tại Quận Harris vào Ngày Bầu Cử cũng như trong thời gian bỏ phiếu sớm;
- đau bệnh hoặc tàn tật;
- đã 65 tuổi trở lên vào Ngày Bầu Cử; hoặc
- bị giam giữ trong trại giam, nhưng hội đủ điều kiện bỏ phiếu.

Phải nộp đơn xin lá phiếu bầu qua thư cho thư ký phụ trách bỏ phiếu sớm, sớm nhất là vào ngày thứ 60 và trễ nhất cuối giờ làm việc của ngày thứ 9 trước Ngày Bầu Cử. Nếu ngày thứ 9 đó rơi vào ngày cuối tuần, thì ngày cuối cùng nộp đơn xin sẽ là ngày thứ Sáu trước đó.

Nếu bỏ phiếu sớm qua thư, quý vị phải gửi đơn xin bằng cách:
- gửi qua đường bưu điện thông thường tới địa chỉ:
  Stan Stanart, Harris County Clerk
  Attn: Elections Division
  P.O. Box 1148, Houston, TX 77251-1148
- gửi qua một hãng đưa thư thông thường hoặc hãng đưa thư là nhà thầu 1001 Preston St, Room 440, Houston, TX 77002; hoặc
- FAX to 713.755.4983.

**Trường hợp ngoại lệ:**
Nếu quý vị bỏ phiếu sớm vì biết trước là sẽ không có mặt tại quận, quý vị có thể đích thân tới xin lá phiếu bầu qua thư trước ngày đầu tiên của giai đoạn đích thân tới bỏ phiếu sớm (thường là 17 ngày trước khi diễn ra cuộc bầu cử).

### 2) Đích thân tới Bỏ Phiếu Sớm

Các cử tri đã ghi danh bỏ phiếu có thể bỏ phiếu sớm tại bất kỳ địa điểm bỏ phiếu sớm nào đã được chấp thuận của Quận Harris. Thủ tục đích thân tới bỏ phiếu sớm bắt đầu diễn ra từ ngày thứ 17 trước mỗi cuộc bầu cử, trừ khi ngày đó rơi vào ngày cuối tuần thì giai đoạn bỏ phiếu sớm sẽ bắt đầu vào thứ Hai sau đó và kết thúc 4 ngày trước khi diễn ra bầu cử. Quý vị có thể xem giờ và các địa điểm bỏ phiếu sớm chính thức trên trang mạng điện tử hoặc gọi số 713.755.6965

Giờ bỏ phiếu vào Ngày Bầu Cử là từ 7 giờ sáng tới 7 giờ tối

### 3) Bỏ Phiếu vào Ngày Bầu Cử

Vào Ngày Bầu Cử, các cử tri phải bỏ phiếu tại địa điểm qui định cho phân khu của quý vị. Nếu cần biết nơi bỏ phiếu, quý vị có thể gọi đường dây VOTE tự động của chúng tôi để xác định địa điểm bỏ phiếu của khân khu quý vị tại số 713.755.6965 hoặc tới trang mạng điện tử http://www.harrisvotes.com.

### 4) Bỏ phiếu ngay tại lề đường

Thủ tục này có sẵn cho những cử tri gặp khó khăn trong việc đi lại hoặc đứng trong thời gian dài. Viên chức tuyển cử sẽ mang lá phiếu bầu tới xe của quý vị ở bên ngoài địa điểm bỏ phiếu. Thủ tục bỏ phiếu ngay tại lề đường có sẵn trong thời gian bỏ phiếu sớm và vào Ngày Bầu Cử.

### 5) Bỏ Phiếu từ Nước Ngoài

Đối với các cử tri tạm thời không có mặt tại Hoa Kỳ và muốn bỏ phiếu qua thư, quý vị có thể điền Đơn Xin Bưu Thiếp Liên Bang (FPCA). Dạng đơn xin này chỉ dành cho:

- Quân nhân Hoa Kỳ, người phối ngẫu của họ hoặc người phụ thuộc;
- Thành viên Hải Quân Thương Mại Hoa Kỳ; người phối ngẫu của họ hoặc người phụ thuộc;
- Công dân Hoa Kỳ cư trú tại Texas nhưng tạm thời sống bên ngoài phạm vi ranh giới lãnh thổ của Hoa Kỳ;

Đơn xin FPCA xác định tình trạng hội đủ điều kiện tự động được nhận lá phiếu bầu cho tất cả các cuộc bầu cử mà các công dân Hoa Kỳ tạm thời không có mặt trong nước hội đủ điều kiện được bỏ phiếu trong thời gian một năm.

Văn Phòng Nha Hành Chánh Quận Harris cố gắng gửi xong tất cả các đơn xin ra nước ngoài qua đường bưu điện trễ nhất là vào ngày thứ 45 trước cuộc bầu cử để cử tri có đủ thời gian gửi thư từ nước ngoài về. Các lá phiếu gửi lại từ nước ngoài phải được đóng dấu bưu điện trước ngày bầu cử và phải tới nơi trễ nhất là ngày thứ 5 sau Ngày Bầu Cử. Để biết thêm chi tiết về đơn xin FPCA, quý vị có thể tới trang mạng điện toán của Chương Trình Trợ Giúp Bỏ Phiếu Liên Bang (Federal Voting Assistance Program) tại http://www.fvap.gov.

### QUÝ VỊ CÓ THỂ GIÚP!

Văn phòng Nha Hành Chánh Quận Harris cần những công dân thông thạo Anh và Việt Ngữ tình nguyện phục vụ trong công việc Nhân Viên Trợ Giúp Phòng Phiếu (được trả từ $80 đến $100). Ghi danh tại http://www.harrisvotes.com

### Những Thông Báo Quan Trọng

**Nếu tôi không được vào quầy phiếu thì sao?**

Theo Luật Tiểu Bang Texas, mỗi cử tri phải có cơ hội bỏ phiếu tạm thời trước khi bị yêu cầu ra khỏi địa điểm bỏ phiếu.

Bỏ phiếu tạm thời là cơ hội để cử tri bỏ phiếu vào Ngày Bầu Cử. Sau khi cử tri bỏ lá phiếu tạm thời, Thư Ký Nha Hành Chánh Quận Harris và Nhân Viên Ghi Danh Cử Tri Quận Harris sẽ xem xét các chứng từ được cung cấp để xác định xem cử tri đó có hội đủ điều kiện bỏ phiếu hay không. Nếu cử tri được thấy là hội đủ điều kiện, lá phiếu tạm thời sẽ được tính trong cuộc bầu cử đó. Nếu cử tri không hội đủ điều kiện, lá phiếu tạm thời của cử tri đó sẽ bị từ chối. Sau Ngày Bầu Cử, tất cả các cử tri bỏ phiếu tạm thời sẽ được thông báo về việc lá phiếu của họ có được chấp nhận hay không.

Trong một số trường hợp, các cử tri sẽ được viên chức phụ trách quầy phiếu thông báo về việc lá phiếu tạm thời của họ bị từ chối. Thủ tục này nhằm thông báo cho cử tri rằng người đó cần phải áp dụng thêm các biện pháp khác để lá phiếu tạm thời của họ được xem xét thích hợp.

Bỏ phiếu tạm thời không phải là phương pháp bỏ phiếu dự phòng. Nếu được thông báo là lá phiếu của mình sẽ bị từ chối, quý vị nên áp dụng các bước cần thiết theo luật pháp tiểu bang Texas để bỏ lá phiếu chính thức hoặc xin xem xét thích hợp lá phiếu tạm thời.

**Nếu cần giúp đỡ, liệu tôi có thể mang theo người khác tới quầy phiếu để giúp mình không?**

Nếu quý vị bị khuyết tật hoặc cần trợ giúp do trình độ thông thạo Anh Ngữ hạn chế, quý vị có thể mang theo người mà quý vị tự chọn tới quầy phiếu. Người giúp đỡ không được là đại diện hãng sở hoặc đại diện nghiệp đoàn lao động của quý vị. Để biết thêm chi tiết, xin quý vị liên lạc số điện thoại 713.274.9550.

**Tôi cần liên lạc với ai nếu cảm thấy bị đe dọa trong quá trình bỏ phiếu hoặc cảm thấy rằng các quyền bỏ phiếu của mình đã bị vi phạm?**

Quý vị có thể liên lạc trực tiếp với văn phòng Thư Ký Nha Hành Chánh Quận Harris tại số 713.274.9550 hoặc qua thư điện tử tại county.clerk@cco.hctx.net. Ngoài ra, quý vị có thể liên lạc với văn phòng Tổng Trưởng Tiểu Bang Texas tại 800.252.8683.



**Lưu Giữ Lại Những Sự Kiện Chính Trong Đời Sống của Quý Vị**

**STAN STANART**
Giám Đốc Hành Chánh Quận Harris

**CẨM NANG HƯỚNG DẪN BẦU CỬ**

www.cclerk.hctx.net

HarrisCounty 000121



Kính gửi quý vị cử tri Quận Harris:

Những người có tinh thần công dân bảo đảm sự sống còn của tiến trình chính trị của người Hoa Kỳ. Là những cử tri và ứng cử viên, các công dân tham dự tiếp tục bản tính tham gia lạ thường của nền dân chủ cộng hoà Hoa Kỳ. Và như những nhân viên phòng phiếu, quan sát viên phòng phiếu và tình nguyện viên, các công dân bảo đảm sự công chính của tiến trình bằng cách bảo đảm những cuộc bầu cử công bằng và tin cậy được.

Bất cứ nơi nào người công dân cư trú, nơi đó có lẽ có ít nhất một cuộc bầu cử xảy ra căn bản hàng năm. Vì vậy, đó là điều rất quan trọng cho tất cả mọi công dân trở nên quen thuộc với những nguyên tắc căn bản hướng dẫn các cuộc bầu cử ở tiểu bang Texas. Mục đích của Cẩm Nang Hướng Dẫn Cử Tri là trợ giúp nỗ lực đó. Nó cung cấp những tài liệu sơ đẳng để thông hiểu thêm về những cuộc bầu cử và tạo sự thuận tiện tham gia vào tiến trình bầu cử.

Là viên chức cầm đầu các cuộc bầu cử của quận, tôi khuyến khích tất cả mọi công dân nên lưu tâm và tích cực trong việc này. Tôi thật sự tin tưởng rằng bản chất đặc biệt của tiến trình chính trị của người Hoa Kỳ bắt nguồn từ toàn thể công dân được thông tin tường tận và tham gia.

Kính,

**STAN STANART**
Giám Đốc Nha Hành Chánh Quận Harris

## Ghi Danh Đi Bầu Cử

### Các Yêu Cầu:

- Là Công Dân Hoa Kỳ;
- Là cử tri đã ghi danh bỏ phiếu tại Quận Harris; Ít nhất 18 tuổi vào Ngày Bầu Cử (các cử tri 17 tuổi, 10 tháng có thể ghi danh bầu cử trước);
- Không phải là người bị kết án phạm trọng tội (trừ khi đã thụ án xong, hoàn tất giai đoạn quản chế và/hoặc tha bổng có điều kiện);
- Không bị toà án tuyên bố là mất năng lực về trí tuệ.

### Tôi có thể ghi danh bỏ phiếu ở đâu?

Tại Quận Harris, quý vị có thể ghi danh bỏ phiếu:
Đích thân tới ghi danh bỏ phiếu tại:
- Văn Phòng Nhân Viên Định Thuế - Thu Thuế Quận Harris, đây cũng là Nhân Viên Ghi Danh Cử Tri; hoặc
- Quý vị cũng có thể ghi danh bỏ phiếu khi nộp đơn xin hoặc gia hạn bằng lái xe; hoặc

Qua đường bưu điện bằng cách:
- Yêu cầu gửi đơn xin cho quý vị qua đường bưu điện bằng cách liên lạc với Nhân Viên Ghi Danh Cử Tri Quận Harris; hoặc
- Tới lấy đơn xin ghi danh bỏ phiếu tại thư viện địa phương hoặc cơ quan chính phủ và chỉ cần gửi lại đơn xin đó qua đường bưu điện

### Tôi có thể lấy Đơn Xin Ghi Danh Bỏ Phiếu ở đâu?

Quý vị có thể lấy đơn xin từ:
- Văn Phòng Nhân Viên Ghi Danh Cử Tri Quận Harris
http://www.hcvoter.net / 713.368.2200
Harris County Tax Assessor-Collector
P.O. Box 3527, Houston, TX 77253-3527
- Văn Phòng Tổng Trưởng Tiểu Bang
http://www.sos.state.tx.us / 800.252.8683
- các thư viện công cộng;
- các bưu điện;
- các văn phòng cơ quan chính phủ khác trong khu vực.

### Tôi cần phải làm gì nếu di chuyển trong quận hạt?

Nếu quý vị chuyển đi nơi khác trong phạm vi cùng một quận, xin gửi thư thông báo ngay cho Nhân Viên Ghi Danh Cử Tri về địa chỉ mới của quý vị; bằng cách điền đơn xin ghi danh cử tri mới.

Xin đánh dấu vào ô ghi 'thay đổi', điền toàn bộ mẫu đơn và gửi lại qua đường bưu điện cho Nhân Viên Ghi Danh Cử Tri Quận Harris.

Nếu quý vị có một bản sao giấy chứng nhận ghi danh cử tri, quý vị cũng có thể điền địa chỉ mới vào mặt sau, ký tên và gửi lại qua đường bưu điện cho Nhân Viên Ghi Danh Cử Tri.

Nếu quý vị chuyển nhà đi nơi khác, nhưng không thông báo kịp thời địa chỉ mới cho cuộc bầu cử, quý vị có thể bỏ phiếu tại bất kỳ địa điểm bỏ phiếu sớm nào; còn nếu không, quý vị phải bỏ phiếu tại phân khu cho địa chỉ cũ của quý vị vào Ngày Bầu Cử.

### Tôi cần phải làm gì nếu di chuyển trong tiểu bang?

Vào bất kỳ lúc nào quý vị chuyển từ quận này sang quận khác tại Tiểu Bang Texas, quý vị phải ghi danh bỏ phiếu. Nếu quý vị dọn nhà mà không ghi danh bỏ phiếu trong quận mới, quý vị vẫn phải bỏ phiếu trong thời kỳ bỏ phiếu sớm tại địa điểm bỏ phiếu sớm chính của chúng tôi ở 1001 Preston, Lầu 1, Houston, TX 77002. Xin gọi văn phòng của chúng tôi hoặc tới trang mạng điện toán http://www.harrisvotes.com để biết ngày giờ bỏ phiếu sớm.

Nếu chờ tới Ngày Bầu Cử, quý vị sẽ không thể bỏ phiếu, trừ khi bỏ phiếu bằng lá phiếu tạm thời và lá phiếu đó sẽ không được tính.

### CÁC LOẠI CHỨNG MINH THƯ HỢP LỆ CHO NHỮNG MỤC ĐÍCH BẦU CỬ

Danh sách các loại căn cước có hình ảnh sẽ được chấp nhận:

- Bằng Lái Xe Texas do Bộ An Toàn Công Cộng Texas (DPS) cấp;
- Giấy Chứng Nhận Căn Cước Bầu Cử của Texas (EIC) do DPS cấp;
- Thẻ Căn Cước Nhận Dạng Cá Nhân Texas do DPS cấp;
- Giấy Phép Mang Súng Giấu Kín Texas do DPS cấp;
- Thẻ Căn Cước Quân Đội Hoa Kỳ có hình ảnh của người đó;
- Giấy Chứng Nhận Quốc Tịch Hoa Kỳ có hình ảnh của người đó; hoặc
- Hộ Chiếu Hoa Kỳ.

Với ngoại lệ của giấy chứng nhận quốc tịch Hoa Kỳ, các căn cước khác phải được hiện tại hoặc đã hết hạn không quá 60 ngày trước khi trình bày cho việc kiểm chứng cử tri tại các địa điểm phòng phiếu.

**HẠN CHÓT ĐỂ GHI DANH ĐI BẦU CỬ LÀ 30 NGÀY TRƯỚC KỲ BẦU CỬ**

### Các Cuộc Bầu Cử Thông Thường:

Đối với nhiều công dân mới bắt đầu tham gia tiến trình bầu cử, một trong các câu hỏi luôn xuất hiện là tôi bỏ phiếu cho những vị trí nào? Hằng năm, các cư dân có thể bỏ phiếu cho các ứng cử viên đang tranh cử vào các chức vụ cần qua tuyển cử tại mọi cấp trong chính quyền. Sau đây là danh sách các cuộc bầu cử thường gặp nhất:

Bầu Cử Liên Bang - Trong dạng bầu cử này, các cử tri sẽ chọn Chính Quyền Quốc Gia, kể cả Tổng Thống và Các Thành Viên Hạ Viện và Thượng Viện Hoa Kỳ.

Tiểu Bang - Trong dạng bầu cử này, các cư dân bỏ phiếu bầu Thống Đốc và các thành viên của Hạ Viện và Thượng Viện Tiểu Bang Texas.

Cuộc Bầu Cử Quận - Trong dạng bầu cử này, các cử tri Bầu Chọn chính quyền Quận, kể cả Thẩm Phán Quận, Tòa Ủy Viên Công Tố, Giám Đốc Nha Hành Chánh Quận, Nhân Viên Định Thuế/Thu Thuế, Thủ Quỹ Quận, Thư Ký Khu Vực, Chánh Án, Cảnh Sát Trưởng, Các Viên Chức Cảnh Sát, Luật Sư Quận, Công Tố Viên và Các Thẩm Phán tại các Tòa Án Dân Sự và Hình Sự.

Cuộc Bầu Cử của Thành Phố - Trong dạng bầu cử này, các cử tri bầu chọn thị trưởng và các thành viên trong hội đồng thành phố cho một chính quyền thành phố tại địa phương. Thành Phố Houston tổ chức cuộc bầu cử của thành phố vào tháng Mười Một của các năm lẻ.

Các Cuộc Bầu Cử của Uỷ Ban Học Đường - Trong Các Cuộc Bầu Cử này, cử tri sẽ chọn thành viên của uỷ ban điều hành khu đại học cộng đồng hoặc khu Học Chánh tại địa phương mình.

### Các Ngày Bầu Cử Đồng Loạt?

Theo luật, đa số các cuộc bầu cử tại tiểu bang Texas đều được tổ chức vào một trong các ngày sau đây (1) Ngày thứ Bảy đầu tiên trong tháng Năm; (2) Ngày thứ Ba đầu tiên sau ngày thứ Hai đầu tiên trong tháng Mười Một.

Các Ngày Bầu Cử Đồng Loạt không áp dụng cho 1) Các Cuộc Bầu Cử Chung Kết; 2) một cuộc bầu cử về việc phát hành hoặc chấp nhận trái phiếu học đường; 3) một cuộc bầu cử để quyết định trường hợp có số phiếu bầu ngang nhau; 4) một cuộc bầu cử được tổ chức theo lệnh của toà án; 5) một cuộc bầu cử khẩn cấp; 6) một cuộc bầu cử được tiến hành nhanh để bầu chọn người đảm nhiệm vị trí còn trống trong cơ quan lập pháp; 7) một cuộc bầu cử được tổ chức theo luật, trong đó quy định rõ ràng rằng Các Ngày Bầu Cử Đồng Loạt không áp dụng cho cuộc bầu cử đó.

HarrisCounty 000122