**Acheson, Abbey (CCO)**

| | |
|---|---|
| From: | Harris County Clerk |
| Sent: | Friday, March 14, 2014 12:01 PM |
| To: | Harris County Clerk |
| Subject: | Voters have adapted to Photo ID |



# STAN STANART
## COUNTY CLERK
*Recording the Major Events of Your Life*

2:13-cv-193
09/02/2014
**DEF2187**

For Immediate Release  
March 14, 2014

Contact: hdeleon@cco.hctx.net  
713.539.0114 or 713.274.9550

# PHOTO ID – OVER 99.9% VOTER COMPLIANCE
## Voters have adapted quickly to Photo ID at the polls



**Houston, TX** – The final results of the 2014 Democratic and Republican March 4th Primary Elections have been approved by the Democratic and Republican Parties. The results show that less than 0.01% of the voters did not present one of the forms of photo identification required to vote at the poll.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success,"** said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. **"The predictions of dire consequences of the Photo ID law simply did not happen. The doom and gloom rhetoric has not matched the positive results in the third largest county in the nation."**

Total turnout for the March 4th Primary Elections was 193,491 voters; a 9.7% turnout. **In the Republican Primary, 25 of the 139,703 voters voted provisionally because they did not present an acceptable photo ID. In the Democratic Primary, 10 of the 53,788 voters voted provisionally because they did not present an acceptable photo ID. As provided by law, within 6 days after Election Day, 4 Republican voters and 1 Democratic voter provided an acceptable Photo ID to the voter Registrar so that their provisional vote was counted.**

"The fact that almost all of the voters have complied with the photo ID law does not surprise me. The Texas Secretary of State's office and my office have worked very hard to inform the public about the photo identification requirement," asserted Stanart. The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach. The Texas Secretary of State's office, along with assistance with the Department of Public Safety, conducted an extensive outreach campaign as well.

HarrisCounty 001496

"I'm certain our educational efforts had an impact on compliance. But, an inherent awareness among citizens that a government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the voters were prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.

The Official March 4, 2014 Democratic Party and Republican Party Cumulative Reports can be found at www.harrisvotes.com/ElectionResults.aspx.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

###

HarrisCounty 001497