# The State of Texas



John Steen
Secretary of State

Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

FOR IMMEDIATE RELEASE
October 16, 2013

Contact: Alicia Pierce (SOS)
512-463-6116

## Mobile election ID stations open in Harris County weekdays through Election Day

**Austin** – The Texas Secretary of State and the Texas Department of Public Safety (DPS) announced today that two mobile stations issuing election identification certificates (EIC) will remain in Harris County weekdays now through Election Day, Tuesday, Nov. 5.

The two locations are at Holman Street Baptist Church and Lone Star College's Victory Center.

Election Identification Certificates are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is now required for voting in person. The November 5 Election will be the first statewide election with photo ID requirements in effect.

On September 24, the Texas Secretary of State and DPS announced in Houston that 25 mobile stations would be deployed across the state to issue EICs. Mobile EIC stations have been in Harris County since October 1, the first official day of the program.

As the most populous county in Texas with the largest potential need, a continued presence in Harris County is important to help serve Texas voters. Only EICs will be issued from these mobile stations.

Many Texans already have an approved form of photo ID and will not need or qualify for an EIC. Acceptable forms of photo ID in addition to an EIC are:

- Texas driver license issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

Applicants for an EIC will need to present proof of citizenship and identity. For most applicants that means a birth certificate and two forms of supporting identification. A complete list of documentation requirements is available at http://www.dps.texas.gov/DriverLicense/eicDocReqmnts.htm.

-more-

2:13-cv-193
09/02/2014

DEF2188

See below for the Harris County schedule:

| Harris County Mobile Stations Open through November 5, 2013 (both locations open Monday – Friday from 9 a.m. to 4 p.m.) | | |
|---|---|---|
| **Location** | **Address** | **Phone** |
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 | 713-755-6965 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 | 713-755-6965 |

In addition to the EIC mobile stations, several DPS driver license offices in Harris County will also be open on Saturdays (in addition to their regular business hours) until the November 5th Election from 10 a.m. to 2 p.m. in order to issue EICs only. Dates and times of EIC mobile stations are subject to change. Check www.votetexas.gov for the latest dates, locations and times.

**Harris County DPS driver license offices open Saturdays now through Nov. 2 (10 a.m. to 2 p.m.) to issue EICs only are:**

- Dacoma Office 4545 DACOMA Houston, TX 77092 713-683-0541
- Gessner Mega Center 12220 GESSNER Houston, TX 7707 713-219-4100
- Grant Road Office 10503 GRANT RD Houston, TX 77070 281-890-5440
- Vantage Parkway Office 15403 VANTAGE PKWY E., STE. 300 Houston, TX 77032 281-449-2685
- Baytown Office 5420 DECKER DR. Baytown, TX 77520 281-424-3669
- Houston-East Office 11039 EAST FREEWAY (I-10), #B Houston, TXTX 7702977029 713-633-9872
- Humble Office 7710 WILL CLAYTON PKWY. Humble, TX 77338 281-446-3391
- Pasadena Office 2783 RED BLUFF RD. #100 Pasadena, TX 77503 713-473-3232
- Spring Mega Center 4740 SPRING CYPRESS, #100 Spring, TX 77379 281-517-1620
- Webster Office 111 TRISTAR DR. Webster, TX 77598 281-486-8242
- Houston-Winkler Office 9206 WINKLER Houston, TX 77017 713-943-0631

### ###

HarrisCounty 001499

## Ortiz, Christina (CCO)

**From:**      Harris County Clerk
**Sent:**      Wednesday, November 06, 2013 11:13 AM
**To:**        PCT1JC; PCT2JC (CCO); PCT3JC (CCO); PCT4JC (CCO)
**Subject:**   Election ID Certificates for Run-Off

Good morning,

There is currently an DPS mobile station for voters to apply for an EIC at the **Harris County Clerk's Office at 1001 Preston Street, Suite 426, Houston, Texas 77002**.

Please see more information on the dates and times here:
http://votexas.org/election-identification-certificate-mobile-stations#wk7

Thank you for sharing this information.

1

HarrisCounty 001500

**Ortiz, Christina (CCO)**

| | |
|---|---|
| **From:** | Yue, Gee-Wey |
| **Sent:** | Thursday, October 03, 2013 2:28 PM |
| **To:** | Hudspeth, Teneshia (CCO) |
| **Subject:** | FW: Phone numbers for Harris County EIC mobile stations |

P:\2013\Brochures - Flyers - Ads\posters

"Harris County - Where to get an Election ID"

**Gee-Wey Yue**
余紀緯

Communications & Voter Outreach Department
哈瑞斯縣 行政書記官辦公室 選民宣導服務處
Office of Harris County Clerk, Stan Stanart
1001 Preston, Suite 426
Houston, TX 77002
713.274.9550 (Office)
713.755.9311 (Fax)
gyue@cco.hctx.net

**From:** Yue, Gee-Wey
**Sent:** Thursday, October 03, 2013 2:24 PM
**To:** Hudspeth, Teneshia (CCO)
**Subject:** RE: Phone numbers for Harris County EIC mobile stations

For email addresses: http://www.sos.state.tx.us/about/contact.shtml
Phone number: 512/ 463-5770

**Gee-Wey Yue**
余紀緯

Communications & Voter Outreach Department
哈瑞斯縣 行政書記官辦公室 選民宣導服務處
Office of Harris County Clerk, Stan Stanart
1001 Preston, Suite 426
Houston, TX 77002
713.274.9550 (Office)
713.755.9311 (Fax)
gyue@cco.hctx.net

**From:** Yue, Gee-Wey
**Sent:** Wednesday, October 02, 2013 2:19 PM
**To:** 'mbrown@sos.texas.gov'

1

**Cc:** DeLeon, Hector (CCO)
**Subject:** Phone numbers for Harris County EIC mobile stations

Monica,

I am requesting for the contact information for the Harris County EIC mobile stations listed on http://votetexas.gov to be updated with a Texas DPS or Texas Secretary of State contact. I ran into an information loop problem when trying to find contact information for a voter to help her locate one of the locations.

First, the Texas DPS new release on EIC mobile station locations redirects to the Texas Secretary of State's voter information website.

Also, the Texas Secretary of State news release on EIC mobile station locations redirects to http://votetexas.gov/election-identification-certificate-mobile-stations, where the number for Harris County Elections Office is listed (713-755-6965) as the contact number for three of the four mobile locations.

I am making this request since the EIC mobile stations within Harris County are administered by the Texas DPS and Texas Secretary of State, not by the Harris County Elections Office.


Please let me know if you have additional questions, thank you.

**Gee-Wey Yue**
余紀緯

Communications & Voter Outreach Department
哈瑞斯縣 行政書記官辦公室 選民宣導服務處
Office of Harris County Clerk, Stan Stanart
1001 Preston, Suite 426
Houston, TX 77002
713.274.9550 (Office)
713.755.9311 (Fax)
gyue@cco.hctx.net

HarrisCounty 001502

## Acheson, Abbey (CCO)

| | |
|---|---|
| **From:** | Hammerlein, George (CCO) |
| **Sent:** | Monday, October 14, 2013 12:31 PM |
| **To:** | Stanart, Stan (CCO) |
| **Cc:** | Aston, Sonya (CCO); Hudspeth, Teneshia (CCO); DeLeon, Hector (CCO); Harris, J. R. (Tax Office) |
| **Subject:** | FW: press release for Harris county locations |
| **Attachments:** | 131014HarrisCountyUntilEDay.doc |

**From:** Alicia Pierce [mailto:APierce@sos.texas.gov]
**Sent:** Monday, October 14, 2013 12:03 PM
**To:** Hammerlein, George (CCO)
**Subject:** press release for Harris county locations

Attached is a press release about continued Harris County EIC mobile station locations. Let me know if you have any changes. Also, let me know if you would like to add a Harris County contact person to the release.

**Alicia Phillips Pierce**
Communications Director
Texas Secretary of State
512-463-6116

1

HarrisCounty 001503

# The State of Texas



Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

John Steen
Secretary of State

FOR IMMEDIATE RELEASE
October 14, 2013

Contact: Alicia Pierce (SOS)
512-463-6116

## Mobile election ID stations in Harris County through Election Day

**Austin** – The Texas Secretary of State and the Texas Department of Public Safety (DPS) announced today that two mobile election identification stations will remain in Harris County now through Election Day, Tuesday November 5.

The two locations are at Holman Street Baptist Church and Lone Star College's Victory Center.

Election Identification Certificates are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is now required for voting in person. The November 5 Election will be the first statewide election with photo ID requirements in effect.

On September 24, the Texas Secretary of State and DPS announced in Houston that 25 mobile units would be deployed across the state to issue EICs. Mobile EIC stations have been in Harris County since October 1, the first official day of the program.

As the most populous county in Texas with the largest potential need, a continued presence in Harris County is important to help serve Texas voters. Only EICs will be issued from these mobile units.

Many Texans already have an approved form of ID and will not need or qualify for an EIC. Acceptable forms of ID in addition to an EIC are:

•Texas driver license issued by DPS
•Texas personal identification card issued by DPS
•Texas concealed handgun license issued by DPS
•United States military identification card containing the person's photograph
•United States citizenship certificate containing the person's photograph
•United States passport

Applicants for an EIC will need to present proof of citizenship and identity. For most applicants that means a birth certificate and two forms of supporting identification. A complete list of identification requirements is available at
http://www.dps.texas.gov/DriverLicense/eicDocReqmnts.htm.

-more-

See below for the Harris County Schedule. In addition to the EIC mobile stations, several DPS offices in Harris County will also be open on Saturdays until the November 5 Election from 10 a.m. to 2 p.m. in order to issue EICs only. Mobile unit dates and times are subject to change. Check **www.votetexas.gov** for the latest dates, locations and times.

now through November 5, 2013

| Harris County (both locations 9 a.m. to 4 p.m.) | | |
|---|---|---|
| **Location** | **Address** | **Phone** |
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 | 713-755-6965 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 | 713-755-6965 |

**Harris County DPS offices open Saturdays now through Nov. 2 (10 a.m. to 2 p.m.) to issue EICs only:**

- Dacoma Office 4545 DACOMA Houston, TX 77092 713-683-0541
- Gessner Mega Center 12220 GESSNER Houston, TX 7707 713-219-4100
- Grant Road Office 10503 GRANT RD Houston, TX 77070 281-890-5440
- Vantage Parkway Office 15403 VANTAGE PKWY E., STE. 300 Houston, TX 77032 281-449-2685
- Baytown Office 5420 DECKER DR. Baytown, TX 77520 281-424-3669
- Houston-East Office 11039 EAST FREEWAY (I-10), #B Houston, TXTX 7702977029 713-633-9872
- Humble Office 7710 WILL CLAYTON PKWY. Humble, TX 77338 281-446-3391
- Pasadena Office 2783 RED BLUFF RD. #100 Pasadena, TX 77503 713-473-3232
- Spring Mega Center 4740 SPRING CYPRESS, #100 Spring, TX 77379 281-517-1620
- Webster Office 111 TRISTAR DR. Webster, TX 77598 281-486-8242
- Houston-Winkler Office 9206 WINKLER Houston, TX 77017 713-943-0631

###

# Harris County – Where to get an Election ID

  

To ensure voters have every opportunity to obtain an Election ID if needed, DPS, SOS, and the Harris County Clerk are making available two additional sites to acquire an Election ID. If you do not have any of the following acceptable forms of ID, you may apply for an Election Identification Certificate (EIC) at no charge. However, if you already have any of the following forms of ID, you are not eligible for an EIC:

- Texas driver license—unexpired or expired no longer than 60 days at the time of voting
- Texas personal identification card—unexpired or expired no longer than 60 days at the time of voting
- Texas concealed handgun license—unexpired or expired no longer than 60 days at the time of voting
- U.S. passport book or card—unexpired or expired no longer than 60 days at the time of voting
- U.S. Military identification with photo—unexpired or expired no longer than 60 days at the time of voting
- U.S. Citizenship Certificate or Certificate of Naturalization with photo



| Legend | DPS Location | Address | City | ZIP | Phone | Type |
|--------|--------------|---------|------|-----|-------|------|
| 1 | Houston-Spring Mega Center | 4740 Spring Cypress RD, STE 100 | Spring | 77379 | 281-517-1620 | Permanent |
| 2 | Houston Dacoma | 4545 Dacoma | Houston | 77092 | 713-683-0541 | Permanent |
| 3 | Houston East | 11039 East Freeway (I-10), Suite B | Houston | 77029 | 713-633-9872 | Permanent |
| 4 | Houston Grant Road | 10503 Grant Road | Houston | 77070 | 281-890-5440 | Permanent |
| 5 | Houston Townhurst | 1601 Townhurst | Houston | 77043 | 713-465-8462 | Permanent |
| 6 | Houston Vantage Parkway East | 15403 Vantage Pkwy E, Ste 300 | Houston | 77032 | 281-449-2685 | Permanent |
| 7 | Houston Winkler | 9206 Winkler | Houston | 77017 | 713-943-0631 | Permanent |
| 8 | Houston-Gessner Mega Center | 12220 South Gessner | Houston | 77071 | 713-219-4100 | Permanent |
| 9 | Baytown | 5420 Decker Drive | Baytown | 77520 | 281-424-3669 | Permanent |
| 10 | Humble | 7710 Will Clayton Parkway | Humble | 77338 | 281-446-3391 | Permanent |
| 11 | Pasadena | 2783 Red Bluff Road, No. 100 | Pasadena | 77503 | 713-473-3232 | Permanent |
| 12 | Webster | 111 Tristar Drive | Webster | 77598 | 281-486-8242 | Permanent |
| 13 | Lone Star College - Victory Center | 4141 Victory Drive | Houston | 77088 | 713-755-6965 | Temp - Voter ID |
| 14 | Holman Street Baptist Church | 3422 Holman Street (corner of Holman and Attucks) | Houston | 77004 | 713-755-6965 | Temp - Voter ID |

**www.txdps.state.tx.us**        **www.VoteTexas.gov**        **www.HarrisVotes.com**

Mobile stations help voters get proper ID - Your Houston News : News



Join us Saturday, April 5

WINE
TASTING at the TRACK

SAM HOUSTON RACE PARK

presented by

HOUSTON COMMUNITY NEWSPAPERS
here



Examiner

your **memorial** news.com

Welcome! Login | Signup

yourHoustonNews.com

CLASSIFIEDS   JOBS   AUTOS   HOMES   FIND A BUSINESS   PLACE AN AD

Home   News   Sports   Living   Opinion   Photos   Celebrations   HerEntertainment   Obituaries   Contact Us   Careers at HCN

National News   World News   Storm Center   Archives

Tuesday April 1, 2014

# Mobile stations help voters get proper ID

72° Overcast
More weather.

Advanced Search
GO
Search the Archives

Story   Comments   Image (5)

Print   Font Size:

Recommend   12   Tweet   1   0   Pin it   0   0

Previous   Next



Alan Warren

Du-Ha Kim Nguyen, voter outreach coordinator from the Harris County Clerk's office helps Kelli Thompson get information about the Election Identification Certificate initiative Tuesday at Holman Street Baptist Church.



Advertisement

Posted: Wednesday, September 25, 2013 10:47 am

By Alex Endress

The Department of Public Safety is joining forces with the office of Texas Secretary of State John Steen to bring Texans 25 mobile stations which will provide election identification certificates, or EIC's.

The announcement was made by Steen and staff Tuesday, Sept. 24, at what will be one of the very first registration spots — Holman Street Baptist Church in the Third Ward of Houston. These EIC mobile stations begin trips across the state on Tuesday, Oct. 1. Locations and hours of operations are posted on gotexas.gov. As already established by law, these EIC's are free of charge.

Steen sees the program as an outreach initiative to reach communities that would otherwise not vote. However, his office hasn't yet set a goal for the number of voters they hope to reach.

"It's one more way we're working to help voters make their mark on Texas," Steen said. "We want to reach everbody."

This new agenda comes in the wake of a controversial voter ID law that Texas passed by legislators in 2011. The law requires that all voters show a photo ID before casting a ballot. While the law was passed in 2011, it didn't become valid until after Shelby County v. Holder in which a U.S. Supreme Court ruling allowed such state legislation.

If a citizen has no photo ID, that person will have six provisional days before they must show a photo ID so that votes will be counted.

"Nobody will be turned away at the polls," Steen said.



The Trifecta is
here

Wine Tasting,
Horse Racing
& Friends

Date
Saturday, April 5th
Sales open at 5:00 PM

Location
Club Center
Sam Houston Race Park

Tickets
$73 per person
Purchase tickets at
HereHouston.com

Like us on Facebook to get the latest updates and join the event above Facebook to receive education.

We hope to see you there!



HOBBY LOBBY

LET YOUR

CREATIVITY
BLOSSOM

40% OFF
One Item at Regular Price



HarrisCounty 001507





HOBBY LOBBY

LET YOUR
CREATIVITY
BLOSSOM

40% OFF
One Item at Regular Price

Besides mobile units, Harris County has brought three more early voting stations for the upcoming election to assist in franchising voters. Those three will bring the total to 40, according to Stan Stanart, Harris County Clerk.

"We're here to implement the law as it is, but we want to make sure that everybody has that opportunity to vote," Stanart said.

Manson Johnson of Holman Street Baptist Church believes the mobile stations will be vital to his congregation and the surrounding community.

"Voting is the most precious privilege that we have in America," Johnson said. "Today ... no one will be left out."

For those interested in using the new service, application requirements are the same as they would be at a DPS office. Applicants must be Texas residents, and 17 years and 10 months or older. They must also bring documentation to verify U.S. citizenship, identity verification, and they'll need to either bring a valid voter registration card or submit an application. Public Safety Commission Chairman Cynthia Leon encourages parties to have this documentation ready beforehand.

Voters can still use one of the other six forms of identification as the required documentation. These include: a Texas driver license, a Texas personal identification card, a Texas concealed handgun license, a US passport, US Military identification, or a US Citizenship Certificate.

Recommend    Tweet  1        0    Pinit   0          0

Print

Posted in **News** on *Wednesday, September 25, 2013 10:47 am*.

### Similar Stories

- HPD investigating fatal traffic accident that closed part of Southwest Freeway
- Rescued worker says faith helped him escape Montrose fire
- HISD students part of first Whole Kids Farmers Market
- Montrose fire's smallest victim being treated for burns, 'still purring'
- Bayou Preservation Association calls for Terry Hershey Stewardship Award nominations

### Most Read

- Harris County Pct. 4 Constables arrest suspect during search in Atascocita
- Township grants $2.3M to Costco for new location in The Woodlands
- Baybrook Mall plans massive expansion
- Grand Texas theme park plans unveiled for 2015 opening
- Houston firefighters contain Montrose fire; luxury apartments damaged beyond repair

Comments    Facebook



Power Priced

3E, 5D and 5E Series



**Business Spotlight**

### www.ShellFCU.org

Posted: Friday, March 7, 2014 10:41 am

Shell FCU is a member owned and operated cooperative serving Harris County. We offer a wide range of services at no-cost or at lower costs than traditional financial institutions, including more favorable rates on dividends and loans. 713-844-1100. Business Spotlight produced by Houston Community Newspapers. Inquiries please contact Tara Van Staden at 281-378-1952 or tvanstaden@hcnonline.com

HarrisCounty 001508

Mobile stations help voters get proper ID - Your Houston News :News

## Welcome to the discussion.

| Screen Name or Email | Or, use your linked account: |
|---|---|
| | facebook facebook |
| Password | google google |
| Forgot? | yahoo yahoo |
| Login | |

Need an account? Create one now.

**5 comments:**

thinkbox321 posted at 7:58 am on Mon, Sep 30, 2013.

Posts:


HAPPY BIRTHDAY!

⚠ Log In to report. | ✎ Link

thinkbox321 posted at 7:56 am on Mon, Sep 30, 2013.

Posts:

Very Useful information , this is both good reading for, have quite a few good key points, and I learn some new stuff from it too, thanks for sharing your information.
Online Pakistani Newspapers
Urdu News Paper
Pakistani Newspapers

⚠ Log In to report. | ✎ Link

thinkbox321 posted at 7:56 am on Mon, Sep 30, 2013.

Posts: 5

I have no words to appreciate this post ..... I'm really impressed with this post .... The person who created this post was a big thank you man for sharing with us.
Best Advertising Companies in Lahore
Best advertising companies in karachi
Advertising Agency in Pakistan

⚠ Log In to report. | ✎ Link


AMAZING PLACE.
A day center for adults with mild to moderate dementia


Find It
SEARCH LOCAL BUSINESSES:
Search
Memorial Apartments  Memorial Dining
Memorial Automotive  Memorial Doctors
Memorial Banks  Memorial Realtors
Memorial Dentists  Memorial Storage
More Businesses
Claim Your Business Listing Today


Are You Really Seeing an Allergist?
Talk with the right specialist.
Speak to one of our Board Certified Allergist or ENT Today.
ALLERGY & ASTHMA ASSOCIATES
Centers for Advances Sinus & Facial Plastic Surgery
(281) 875-8428
www.texallergy.com

HarrisCounty 001509

Mobile stations help voters get proper ID - Your Houston News: News

**thinkbox321 posted at 7:56 am on Mon, Sep 30, 2013.**

Posts:

You made some good points there. I looked on the internet to learn more about the issue and found most people will go along with your views on this site.

Marketing agencies in Islamabad

Advertising Companies in Lahore

Marketing Agencies in Lahore

⚠ Log In to report | ✔ Link

**thinkbox321 posted at 7:55 am on Mon, Sep 30, 2013.**

Posts:

Your blog post is very unique and well research. Thanks for your research on academic knowledge

3d Animation Companies in Lahore

Advertising agency in Pakistan

Advertising companies in Pakistan

⚠ Log In to report | ✔ Link





yourHoustonjobs.com

Get Started Now ▸

**HOUSTON NEWS**

Home
Blogs
Photos
Calendar
Celebrations
Obituaries

Storm Center
Entertainment
HS Gridiron
Business
Pets
Health
Weather
101 Houston

**LOCAL COMMUNITIES**

Atascocita Observer
Bay Area Citizen
Bellaire Examiner
Cleveland Advocate
Conroe Courier
Cypress Creek Mirror
Dayton News
Deer Park Broadcaster
East Montgomery Observer
Eastex Advocate
Fort Bend Sun
Friendswood Journal
Humble Observer

Kingwood Observer
Lake Houston Observer
Magnolia Potpourri
Memorial Examiner
Pasadena Citizen
Pearland Journal
River Oaks Examiner
Spring Observer
Sugar Land Sun
The Rancher
Tomball Potpourri
West University Examiner
Woodlands Village

**MARKETPLACE**

Classifieds
Jobs
Homes
Autos
Business Directory
Celebrations
Obituaries
Legals

**SERVICES**

Help
Advertising Services
Place a Classified ad
Subscription Services
RSS Feeds
Contact Us
Site Index
Careers at HCN

**MEMBERSHIP**

Sign up
Log In

Search

Terms of service  Privacy statement  FAQs
© Copyright 2014, Your Houston News, The Woodlands, TX

## Ortiz, Christina (CCO)

| | |
|---|---|
| **From:** | Yue, Gee-Wey |
| **Sent:** | Wednesday, October 02, 2013 2:19 PM |
| **To:** | mbrown@sos.texas.gov |
| **Cc:** | DeLeon, Hector (CCO) |
| **Subject:** | Phone numbers for Harris County EIC mobile stations |

Monica,

I am requesting for the contact information for the Harris County EIC mobile stations listed on http://votetexas.gov to be updated with a Texas DPS or Texas Secretary of State contact. I ran into an information loop problem when trying to find contact information for a voter to help her locate one of the locations.

First, the Texas DPS new release on EIC mobile station locations redirects to the Texas Secretary of State's voter information website.

Also, the Texas Secretary of State news release on EIC mobile station locations redirects to http://votetexas.gov/election-identification-certificate-mobile-stations, where the number for Harris County Elections Office is listed (713-755-6965) as the contact number for three of the four mobile locations.

I am making this request since the EIC mobile stations within Harris County are administered by the Texas DPS and Texas Secretary of State, not by the Harris County Elections Office.

Please let me know if you have additional questions, thank you.

**Gee-Wey Yue**
余紀緯

Communications & Voter Outreach Department
哈瑞斯縣 行政書記官辦公室 選民宣導服務處
Office of Harris County Clerk, Stan Stanart
1001 Preston, Suite 426
Houston, TX 77002
713.274.9550 (Office)
713.755.9311 (Fax)
gyue@cco.hctx.net

HarrisCounty 001511

## Ortiz, Christina (CCO)

| | |
|---|---|
| **From:** | Yue, Gee-Wey |
| **Sent:** | Wednesday, October 02, 2013 2:19 PM |
| **To:** | mbrown@sos.texas.gov |
| **Cc:** | DeLeon, Hector (CCO) |
| **Subject:** | Phone numbers for Harris County EIC mobile stations |

Monica,

I am requesting for the contact information for the Harris County EIC mobile stations listed on http://votetexas.gov to be updated with a Texas DPS or Texas Secretary of State contact. I ran into an information loop problem when trying to find contact information for a voter to help her locate one of the locations.

First, the Texas DPS new release on EIC mobile station locations redirects to the Texas Secretary of State's voter information website.

Also, the Texas Secretary of State news release on EIC mobile station locations redirects to http://votetexas.gov/election-identification-certificate-mobile-stations, where the number for Harris County Elections Office is listed (713-755-6965) as the contact number for three of the four mobile locations.

I am making this request since the EIC mobile stations within Harris County are administered by the Texas DPS and Texas Secretary of State, not by the Harris County Elections Office.


Please let me know if you have additional questions, thank you.

**Gee-Wey Yue**
余紀緯

Communications & Voter Outreach Department
哈瑞斯縣 行政書記官辦公室 選民宣導服務處
Office of Harris County Clerk, Stan Stanart
1001 Preston, Suite 426
Houston, TX 77002
713.274.9550 (Office)
713.755.9311 (Fax)
gyue@cco.hctx.net

HarrisCounty 001512

**Ortiz, Christina (CCO)**

| | |
|---|---|
| **From:** | Stace Medellín <doscentavos@gmail.com> |
| **Sent:** | Wednesday, November 06, 2013 10:24 AM |
| **To:** | Harris County Clerk |
| **Subject:** | Re: Election ID Certificates for Run-Off |

Thank you!

-S

On Wed, Nov 6, 2013 at 10:20 AM, Harris County Clerk <HClerk@cco.hctx.net> wrote:

Good morning,


There is currently an DPS mobile station for voters to apply for an EIC at the **Harris County Clerk's Office at 1001 Preston Street, Suite 426, Houston, Texas 77002**.


Please see more information on the dates and times here:

http://votexas.org/election-identification-certificate-mobile-stations#wk7


Thank you.



**From:** Stace Medellín [mailto:doscentavos@gmail.com]
**Sent:** Wednesday, November 06, 2013 10:10 AM
**To:** Harris County Clerk
**Subject:** Election ID Certificates for Run-Off


Greetings,

HarrisCounty 001513

I heard that your office will be a location where one can obtain an EIC for the run-off. Can you confirm, and if so, also provide the dates.


Thanks,


stace


--
**A.S. (Stace) Medellín, MS**

Communications Guy ~ **DCMedia**

Bloguero ~ **DosCentavos.net**




--
**A.S. (Stace) Medellín, MS**
Communications Guy ~ **DCMedia**
Bloguero ~ **DosCentavos.net**

HarrisCounty 001514

## Ortiz, Christina (CCO)

| | |
|---|---|
| **From:** | Hudspeth, Teneshia (CCO) |
| **Sent:** | Wednesday, October 16, 2013 1:42 PM |
| **To:** | Hammerlein, George (CCO); DeLeon, Hector (CCO) |
| **Subject:** | RE: Releases on Harris County long-term EIC mobile stations |

Thank you

TENESHIA HUDSPETH
Communications & Voter Outreach Department
Office of Harris County Clerk, Stan Stanart
1001 Preston, 4th Floor
Houston, TX 77002
713 274 9550 (Office)
713 755 9311 (Fax)
thudspeth@cco.hctx.net

**From:** Hammerlein, George (CCO)
**Sent:** Wednesday, October 16, 2013 1:04 PM
**To:** Hudspeth, Teneshia (CCO); DeLeon, Hector (CCO)
**Subject:** FW: Releases on Harris County long-term EIC mobile stations

Please send to our list!
Thanks,

George

**From:** Alicia Pierce [mailto:APierce@sos.texas.gov]
**Sent:** Wednesday, October 16, 2013 12:58 PM
**To:** Hammerlein, George (CCO)
**Cc:** Wroe Jackson
**Subject:** Releases on Harris County long-term EIC mobile stations

Attached please find the release about the long-term EIC mobile stations in both word and pdf format. Please distribute to your media contact list. Thanks!

**Alicia Phillips Pierce**
Communications Director
Texas Secretary of State
512-463-6116

1

HarrisCounty 001515

To vote in Texas, registration and approved photo ID must match; some IDs are free - The Houston Advocate

(skip this header)


Get a HoustonChronicle.com
digital subscription
SUBSCRIBE ▶

Subscribe to the Houston Chronicle | Shopping | Classifieds | Obits | Place an Ad | La Voz
Register | Sign In
Like   76k

Tuesday April 1, 2014

|
Houston Weather

[Search]
◉Chron.com ○Local Directory

Home    Local    US & World    Sports    Business    Entertainment    Lifestyle    Jobs    Cars    Real Estate    **FIND**&**SAVE**

# The Houston Advocate

A government watchdog and consumer affairs blog with Cindy George

## To vote in Texas, registration and approved photo ID must match; some IDs are free

Posted on September 24, 2013  |  By Cindy George





**SAMPLE**
**STATE OF TEXAS**
**ELECTION CERTIFICATE**

EC# 12345678

Date of Birth
10/30/1986
Expiration Date
10/30/2014

LASTNAMEWXXUUEXXUUETXXUUEXXUU
FIRSTNAMEMIDDLENAMESUFFIXWXX

FOR ELECTION PURPOSES ONLY
CANNOT BE USED AS IDENTIFICATION

Source: Texas Department of
Public Safety (DPS)

You can't vote in Texas if you're not registered and if you don't have an approved photo identification.

The photo ID must be current (unexpired or have expired less than 60 days before Election Day).

And, the name on file with the voter registrar must match or be "substantially similar" to the name on the voter's state-approved photo ID. (The deadline to register to vote is Oct. 7. Early voting begins on Oct. 21.)

Register. ID. Match.

Free Election Identification Certificates or EICs will be available next week — Tuesday, Oct. 1 through Friday, Oct. 4 — at four temporary locations in Harris County.

An estimated 600,000 Texas voters who are legally registered to vote lack the approved forms of identification.

There are 7 approved credentials for voting in Texas:

- Texas driver's license
- Texas Election Identification Certificate (EIC) – this is a free card that may only be used to vote; it is valid for six years but does not expire for people 70 and older
- Texas personal identification card — $16 for people 59 and younger and doesn't expire for six years; $6 for 60 and older and never expires
- Texas concealed handgun license
- U.S. military ID card

**Blog** Search

Keyword search across all the entries in this blog.

[Keywords]

[SEARCH]


**emedco**
EXIT
**Your Safety & Security Superstore**
We're more than signs, tags and labels!
**ORDER TODAY!**

**Top** Videos

**You Might Also Like**


**Tour Bruce Willis' Idaho Home for Sale**
HGTV FrontDoor


**15 Surprising Slow Cooker Recipes**
Food.com

**This Is What Sheryl Crow's 12.5 Million Dollar House Looks Like**
Lonny Magazine

HarrisCounty 001516

- U.S. citizenship or naturalization certificate with photo (not subject to expiration requirement)
- U.S. passport

Visit VoteTexas.gov and HarrisVotes.com for complete information.

Here are the resources you need to be ready:

Click here to update your voter name and address

For information about the Election Identification Certificate – Call 512-424-2600 or visit http://www.txdps.state.tx.us/DriverLicense/electionID.htm; Click here for the application; to get an EIC, you will need to bring a valid voter registration card or submit a voter registration application through the DPS. You will also need a primary alternate ID, two secondary documents or one secondary and two supporting documents. Click here for a complete list of primary, secondary and supporting IDs.

Some reasons why you might need an Election ID Certificate – You have a driver's license that has expired in the last two years or you do not have any form of photo ID.

If you need an Election ID Certificate –

- Nearly 50 Department of Public Safety (DPS) offices across Texas, including a dozen in the Houston area, will open on Saturdays through Nov. 2 to issue the Election ID certificates. The extended hours are ONLY for those who need these IDs to vote. There will be no other business transactions on those Saturdays.
- There are four additional temporary Houston-area locations other than DPS offices that will be assisting people who need the Election ID. Those location are:
Lone Star College – Victory Center, 4141 Victory Drive, Houston, 77088, 713-755-6965
Northeast Multi-Service Center, 9720 Spaulding, Bldg. #4, Houston, 77016, 713-755-6965
Harris County Courthouse Annex #25 – County Clerk Office, 7330 Spencer Highway, Pasadena, 77505, 713-274-6230

Holman Street Baptist Church, 3501 Holman, Houston, 77004, 713-755-6965

On Tuesday, which is designated as the nonpartisan National Voter Registration Day, officials from the Texas Secretary of State's Office, DPS and the Harris County Clerk's Office were in Houston to announce a partnership to create those temporary locations in an effort to offer greater access to the necessary IDs on Election Day.

Texas Secretary of State John Steen noted that a personal ID card from DPS costs $6 for Texans 60 and older and never expires and can be used for identification purposes such as check cashing.

"The EIC is very, very limited," he said. "You can only use it to vote."

A voter who receives a temporary EIC – a paper receipt with a photo – can use the ID to vote on Election Day. A permanent card will be sent in the mail.

"We want to go the extra mile and make it more convenient for people," Steen said.

Categories: General, Government
Tags: citizenship certificate | concealed handgun license | DPS | driver's license | Election Indentification Certificate | More ▾



## You Might Also Like



**Don't Read About This Obama Giveaway... It's Maddening!!!**
Money Lab



**If Oswald Didn't Kill JFK, Then Who Did? 5 Conspiracies Examined**
Wall St. Cheat Sheet



**Get Ready for One-Party Rule If GOP Wins the Senate**
The Fiscal Times



**Delicious Monterey Chicken Tortilla Casserole**
CompleteRecipes.com





**Father Hires Escort Who Turns Out to Be Someone He Knows Far Too Well**
Stirring Daily



### About the Houston Advocate

Welcome to the Chronicle's Houston Advocate blog, written by reporter Cindy George. The Advocate is the newspaper's consumer affairs and government watchdog column, with a mission to expose unfairness and help set things right for our readers.

# ID Security Online

▰ idsecurityonline.com/

Largest Inventory of ID Printers Call Today. Guaranteed in Stock.

>

### Categories

Consumer tips  Dollars & Cents  Food  General  Giving/Philanthropy  Government  Health care  Housing  Insurance  Legal  Neighborhoods  Refunds  Restaurants  Safety  Telecommunications  Transportation  Utilities

To vote in Texas, registration and approved photo ID must match; some IDs are free - The Houston Advocate

## From Around the Web

- Illinois' $31 billion money grab (Illinois Policy)
- Illinois politicians are working to pass another tax hike (Stop the Progressive Income Tax)
- Why Do People Oppose Obamacare? The Answer May Surprise You (AARP)
- The Tea Party Has Beaten Obama (Lifestyle Journal)
- How to Get Tax Credit for Your Retirement Savings (Yes, You Can!) (etrade.com)
- Should I Take My Social Security Benefits at 62? (AARP)

## We Recommend

- Texas is about to get very, very, very dry
- Loop 610 drivers in for a change
- 62-year-old lingerie model shows sexy has no age limit
- Weekly Weather: Drought returns, little relief in sight
- Houston speaks on the No. 1 barbecue joint
- Man vs. food: Kung Fu Saloon to hold 'Dank'-eating contest

## Archive

Browse previous blog posts by month and year of entry. You'll see all the posts for that time period.

SELECT MONTH

(0) Comments
powered by viafoura

Record video
Upload video
Upload image

Submit

Follow Newest

Get Your Veteran ID Card
vetfriends.com
Largest US Veteran Website ID card
Benefits, discounts & service pride

Change Address Online
unitedaddresschange.net/Change-Add
Fast, Safe & Secure. 2 Easy Steps! US
Online Change of Address Form

| Local | US & World | Sports | Business | Entertainment | Lifestyle | Jobs | Cars | Real Estate |

### Advertise With Us

Purchase ads for web, social media, and print via Hearst Media Services ›

Place a classified ad in the paper or online ›

Place a targeted ad in a specialty section such as a weekly or neighborhood publication ›

### Subscriber Services

Get home delivery, manage your

HarrisCounty 001518

To vote in Texas, registration and approved photo ID must match; some IDs are free - The Houston Advocate

subscription, pay your bill with EZ Pay, and set a vacation hold for the paper ▸

Local Business Directory ▸

RSS

About Us
About the Houston Chronicle
Executive Team
Local Sales Teams
Careers
Community
Legal Notices
Contests
Ad Choices
Corporate Home

Editions & Apps
iPad
iPhone
Android
Blackberry
Mobile Site
HoustonChronicle.com
eEdition Demo | Today's
eEdition
Chronicle in Education
Chron.com Site Index

Contact Us
Customer Service
Newsroom Contacts

Follow Chron
 Facebook
 Twitter
 LinkedIn
 Newsletters
 RSS
Social Media

Terms of Use | Privacy Policy | Your California Privacy Rights | Ad Choices
Houston Chronicle | P.O. Box 4260 Houston, Texas 7721084260

HEARST newspapers
Â© Copyright 2014 Hearst Newspapers, LLC

HarrisCounty 001519