# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

December 21, 2011

Honorable Pat Lykos
Harris County District Attorney
1201 Franklin Street, Suite 600
Houston, Texas 77002-1923

Re: Suspected fraudulent voter – Gwendolyn Babineaux Derousselle

Dear Hon. Lykos,

During Early Voting for the November 8, 2011 election, it appears that a woman voted in the place of her half-sister and also scratched out the name of her half-sister's mother. When the half-sister and her mother came into vote, the half-sister had to vote provisionally and the mother was able to vote. The woman who impersonated her half-sister is Gwendolyn Babineaux Derousselle who has the same father as Geowanda Simone Derousselle. Geowanda Derousselle's mother is Simanal L. Derousselle. Gwendolyn is not registered to vote in precinct 581 where all of this action took place.

Upon discovering the problem, Geowanda and Simanal was reported to the police. Attached you will find all of the supporting documentation to this incident. Please receive these documents and take the necessary steps to resolve this issue. Thank you for your time.

Please let me know if you need any additional information.

Sincerely,

Sonya L. Aston
Office of Stan Stanart

2:13-cv-193
09/02/2014

**DEF2189**

Pct
0581

11-08-11

Mr Coton

Gwendolyn Bickerseur - 7413
St Louis - Voter photo signal
on the line for Gwendolyn
Lumin Albouselle - 1532
Elbert

And also a line across
Albouselle Dimaef.
This is a family tree
from what Gwendolyn has documented
Gwendolyn Ural (bar) I.D.

You can reach me at
832 605 9931

Alice Smith Pf

HarrisCounty 001757

**581**

Printed 11/04/11

BETHANY BAPTIST CHURCH

**November 2011 Joint Election**
Tuesday, November 8 2011
HARRIS COUNTY CLERK, TEXAS

**D**

Page: 21
of 85

| | | Voter No<br>Status Cert. | P<br>Y. | Voter's Signature |
|---|---|---|---|---|

DERBIGNY, BRANDON JOEL
7307 APACHE ST          HO
Cert# 58997925   Sex: M DOB:04/25/83   PCT: 0581-5
*Statement of Residence Required*

DEROUSSELLE, GEOWANDA SIMION
7522 ELBERT ST          HO
Cert# 56138373   Sex: F DOB:10/04/64   PCT: 0581-5

DEROUSSELLE, KIERA E
7522 ELBERT ST          HO
Cert# 39947064   Sex: F DOB:05/26/81   PCT: 0581-5

DEROUSSELLE, SIMANAL L
7522 ELBERT ST          HO
Cert# 14805972   Sex: F DOB:10/17/51   PCT: 0581-5

DEVOE, LATONIA MICHELLE
7422 HOWTON ST          HO
Cert# 34186916   Sex: F DOB:04/13/71   PCT: 0581-5

DEWEY, HELEN EPHERSON
7323 ORVILLE ST          HO
Cert# 08144602   Sex: F DOB:09/08/39   PCT: 0581-5

DIEGUEZ, ALBERTO
7226 HOWTON ST          HO
Cert# 57247975   Sex: M DOB:07/13/68   PCT: 0581-5

DIEGUEZ, LIZZIE YOSELIN
7226 HOWTON ST          HO
Cert# 62979091   Sex: F DOB:09/20/89   PCT: 0581-5

DOMINGUE, EDDYE DEKOAL
7238 SAINT LOUIS ST          HO
Cert# 50801844   Sex: F DOB:04/28/73   PCT: 0581-5

DORSEY, CAROLYN
7229 SAINT LOUIS ST          HO
Cert# 08105918   Sex: F DOB:01/01/00   PCT: 0581-5

DORSEY, DAVID LEE
7310 PHILIBERT LN          HO
Cert# 52787058   Sex: M DOB:09/25/75   PCT: 0581-5
*Statement of Residence Required*

DOUGLAS, TERRANCE JERMAINE
7330 SAINT LOUIS ST          HO
Cert# 63998728   Sex: M DOB:07/26/87   PCT: 0581-5

DUNBAR, BRANDON JEROME
7517 N FINCH CIR          HO
Cert# 64381155   Sex: M DOB:09/07/90   PCT: 0581-5

DUNBAR, SHANTE HAYWARD
7303 APACHE ST          HO
Cert# 38222147   Sex: F DOB:02/08/72   PCT: 0581-5
*Statement of Residence Required*

VOTERS AFFIDAVIT: By initialing the square labeled "No Cert" I swear or affirm that I am a qualified voter at this election, and that I do not currently have my registration certificate in my possession at this polling place. (Al firmar con mis iniciales el cuadro marcado "No Cert" yo declaro o afirmo que soy un votante capacitado en esta eleccion, y que no tengo mi certificado de registro en este sitio de votacion.) The judge must sign each page where a voter initials "No Cert"

Sworn to and subscribed before me this election day _11 /08 / 11_ _____ . Presiding Judge

(Khi ký tắt vào hộp vuông có viết chữ "No Cert" (không có Thẻ Cử Tri) là Tôi tuyên thệ hay xác quyết rằng Tôi đủ tiêu chuẩn để bỏ phiếu trong cuộc bầu cử này, và hiện tại tôi không có mang thẻ cử tri theo mình tại địa điểm bỏ phiếu này)

Derousselle, Geowanda Simone
7522 Elbert
Hous., TX. 77028

Harris County 001758

Pct. 0581

Bethany Baptist Church, 7402 Homestead

Workers as listed in VEMAC

PJ    Alice Smith

AJ    Gertrude Sonnier

C     Laura Johnson

C     Claude Walker

Voter Complaint – made to vote provisionally

Voter:  Geowanda Simone Derousselle   Cert # 56138373

- 832.782.9211
- 713.634.8377

Was voted provisionally because Gwendolyn Babineaux Derousselle signed the poll book in her spot

Gwendolyn Babineaux Derousselle [registered in pct0597] cert #29052180

Address: 7413 St. Louis, birthdate 8-15-62

Registered address: 11527 Inga Ln, Pct 0597

Mother:    Simanal L. Derousselle Cert #14805972

- Gwendolyn scratched through her signature in the poll book
- Gwendolyn B. Derousselle should not have voted in pct 0581
- Unsure what form of ID was presented

Clerks at the table were a Ms. Hayes and Gertrude Sonnier

This incidence was report to police incident # 145305411-D on 11/8 at the poll

Copies of voters TDL are attached.

HarrisCounty 001759

USA
TX

DRIVER LICENSE

4d DL **19713280**   9 Class **C**
4a Iss **10/05/2009**   4b Exp **10/04/2012**
3 DOB **10/04/1985**
1 DEROUSSELLE
2 GEOWANDA SIMONE

8 7522 ELBERT ST
HOUSTON TX 77028-0000

12 Restrictions **NONE**   9a End **NONE**
16 Hgt **5-03**   15 Sex **F**   18 Eyes **BRO**
5 DD 08201961106045337914

G. DeRousselle

**DRIVER LICENSE**

4d DL 09187066   9 Class C
4a Iss 11/02/2009   4b Exp 10/17/2015
3 DOB 10/17/1951
1 DEROUSSELLE-FOSTER
2 SIMANAL T

8 7922 ELBERT ST
HOUSTON TX 77028-0000

12 Restrictions NONE   9a End NONE
16 Hgt 5-00   15 Sex F   18 Eyes BRO
5 DD 06201961019042407974

**VEMACS-MARIAG@vems Version: 2011.02.03**

Mine   Window

**Voting History for BABINEAUX, GWENDOLYN DEROUSSELLE [v1hist 03.06]**

v1hist v 040125

Done

| Elec Code | Party | Vote Type | Voted Precinct | Early Vote Site | Ballot Number | Election Date | Election Description |
|-----------|-------|-----------|----------------|-----------------|---------------|---------------|----------------------|
| 1111 | | E | | | | 11/08/2011 | Joint Election November 2011 |
| 1108 | | E | 0597 | | | 11/04/2008 | General and Special Elections |
| 0308 | D | P | 0597 | SRD135 | | 03/04/2008 | Primary Election March 4, 2008 |
| 1106 | | E | 0875 | | | 11/07/2006 | General and Special Elections |
| 0406 | D | P | 0875 | SRD147 | | 04/11/2006 | Primary Runoff Elections |
| 1104 | | E | 0581 | | | 11/02/2004 | November 2004 - General |
| 1203 | | E | | | | 12/06/2003 | Joint Election Run-Off |
| 1103 | | E | | | | 11/04/2003 | November 2003 Joint Election |
| 1102 | | E | | | | 11/05/2002 | November 2002 General Election |
| 0402 | D | E | | | | 04/09/2002 | 2002 PRIMARY RUN-OFF ELECTION |
| 1201 | | E | | | | 12/01/2001 | Runoff |
| 1101 | | E | | | | 11/12/2001 | Joint Elections |
| 1100 | | E | | | | 11/07/2000 | 2000 GENERAL ELECTION |
| 1199 | | P | | | | 11/02/1999 | AMENDMENT ELECTION |
| 1198 | | P | | | | 11/03/1998 | GENERAL ELECTION |
| 1197 | | E | | | | 11/04/1997 | AMENDMENT ELECTION |

Voter: GWENDOLYN DEROUSSELLE BABINEAUX

Vote Type is typically Polls, Mail, Early. Double click to see exact meaning

Transfer 10/04/2003   Effective 02/06/2005   Pollworker Interest

Comments   ☐ Election Role   Last Year Voted 2011   Updated by VR XFR IN 01/10/12   01/10/2012

allowed to vote 11/08/11 in pct 0581 in place of 56138373 NO PROV SEND CONFIRMA

Agency or Source of registration for statistical purposes.

🏁 start    📥 Inbox - mgomez@cco...    📑 Forms    Gmail - October 30, 2...    Windows Media Pla

**VEMACS-MARIAG@vems Version:2011.02.03**

Mine   Window

**Voting History for DEROUSSELLE, GEOWANDA SIMIONE [v1hist 03.06]**

v1hist v 040125

| Elec Code | Vote Party Type | Voted Precinct | Early Vote Site | Ballot Number | Election Date | Election Description |
|---|---|---|---|---|---|---|
| 1211 | E | 0581 | | | 12/10/2011 | City of Houston Runoff 2011 |
| 1111 | E | 0581 | | | 11/08/2011 | Joint Election November 2011 |
| 1110 | P | 0581 | SRD142K | | 11/02/2010 | General and Special Elections |
| 1109 | E | 0581 | | | 11/03/2009 | Joint Election |
| 1108 | E | 0581 | | | 11/04/2008 | General and Special Elections |
| 0308 | D E | 0581 | | | 03/04/2008 | Primary Election March 4, 200 |
| 1104 | E | 0581 | | | 11/02/2004 | November 2004 - General |

Voter: GEOWANDA SIMIONE DEROUSSELLE          Vote Type is typically Polls, Mail, Early. Double click to

Registration 11/12/2003          Eligible 12/12/2003

Transfer 11/12/2003          Effective 12/12/2003          Pollworker Interest

Comments   ☐ Election Role          Last Year Voted 2011          Updated by JASSA

Rec opt out form

**Agency or Source of registration for statistical purposes.**

HarrisCounty 001763

# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

October 13, 2011

Honorable Pat Lykos
Harris County District Attorney
1201 Franklin Street, Suite 600
Houston, Texas 77002

Dear Honorable Pat Lykos:

For review and your opinion, my Election Department received two Ballot-by-Mail applications on the same day for the same person that appear to have been signed by two different people. According to Election law (TEC 1.011, 84.003 & 84.041) when a person assists a voter by completing and signing the application for the voter, they must complete the "Witness" section. According to the instructions, failing to complete the "Witness" section is committing a Class A misdemeanor or a state jail felony.

If you need any additional information, please contact Jennifer Ballard, Ballot-by-Mail Supervisor at (713)755-3150. Your assistance in this matter is respectfully requested.

Thank You,

Stan Stanart
County Clerk, Harris County, Texas

SS/jb

Enclosures

HarrisCounty 001764

**APPLICATION FOR BALLOT BY MAIL FROM HARRIS COUNTY, TEXAS – PLEASE PRINT OR TYPE**
READ INSTRUCTIONS VERY CAREFULLY AND PROVIDE ALL REQUIRED INFORMATION.
*(SOLICITUD DE UNA PAPELETA ELECTORAL DEL CONDADO DE HARRIS, TEXAS – USANDO LETRAS DE MOLDE O A MAQUINA, LEA TODOS LAS INSTRUCCIONES AL PIE DE LA LETRA Y PROCURE PROPORCIONAR TODA LA INFORMACION NECESARIA.)*

NAME (As registered to vote) *(NOMBRE (Como registrado para votar))*
ORMA SMITH

ADDRESS AS REGISTERED TO VOTE *(Dirección de inscripción como votante)*
5021 Wilmington

NUMBER *(Número)* • STREET *(Calle)*   Apt. *(Apartamento)*
Houston   TEXAS   77033
CITY *(Ciudad)*   STATE *(Estado)*   ZIP *(Zona Postal)*

YEAR OF BIRTH (OPTIONAL)
*(AÑO DE NACIMIENTO (OPCIONAL))*
5-25-37

TYPE AND DATE OF ELECTION
*(TIPO Y FECHA DE ELECCIÓN)*
General
11-02-10

MAIL MY BALLOT TO: (if different from above) (The mailing address must be the voter registration mailing address of record or address indicated under REASON FOR VOTING.) *(SIRVASE ENVIAR MI BOLETA A LA SIGUIENTE DIRECCION: (si es distinta a la anterior) (Solo si es a un domicilio distinto al indicado arriba, la dirección postal tiene que ser la misma dirección indicada cuando se inscribió como votante o la dirección indicada bajo 'RAZON DE SOLICITAR UNA PAPELETA ELECTORAL'.)*

☐ Check here for ballots for both the main election and runoff if applicable. *(Haga un "v" aquí para boletas para la elección principal y elección decisiva.)*

PARTY PREFERENCE
PRIMARY ELECTION ONLY
*(PARTIDO POLITICO)*
*(Solo en cuanto a los comicios primarios)*

VOTING PRECINCT NUMBER*
*(NUMERO DE PRECINTO DE VOTACION*)*
240

VOTER REGISTRATION NUMBER*
*(NUMERO DE REGISTRO DE VOTANTE*)*
*Optional (*Opcional)*

TELEPHONE NUMBER*
*(NUMERO DE TELEFONO*)*
713-734-4293

LANGUAGE PREFERENCE (select type of ballot you wish to receive):   ☐ English/Spanish   ☐ English/Vietnamese
*(Preferencia de idioma (seleccione el tipo de boleta que desea recibir):)*   *(Inglés/Español)*   *(Inglés/Vietnamita)*

**YOU MUST CHECK THE REASON YOU ARE APPLYING FOR A BALLOT BY MAIL.**
*(TIENE QUE INDICAR POR QUE ESTA SOLICITANDO UNA PAPELETA ELECTORAL POR ADELANTADA.)*

☑ **1. 65 years of age or older.** *(65 años de edad o más.)*
☐ **2. Disability** *(Incapacidad)*
You must indicate the type of address where you are having your ballot mailed, if you are having your ballot mailed to an address other than your address of record. Check one: ☐ a hospital, ☐ a nursing home or long-term care facility, ☐ a retirement center or ☐ a relative. Indicate the relationship of the relative _____ . SEE INSTRUCTION #3 FOR CLARIFICATION. *(Si cualquiera de estas razones aplican a su caso indique cual de las siguientes excepciones también es cierta. PARA MAS INFORMACION LEA INSTRUCCIONES ESPECIALES. He solicitado que mi papeleta electoral sea enviada a un domicilio distinto al que di cuando me inscribí como votante. He solicitado que se envie a ☐ un hospital, ☐ un centro de enfermería o de cuidados medicos a largo plazo, ☐ un hogar de jubilados o ☐ el domicilio de un familiar. Indique el parentesco que tiene con este pariente. _____ )*

☐ **3. Confinement in jail.** *(Está encarcelado.)* Check one. *(Marque uno.)* My ballot is being mailed to the address ☐ of the jail or ☐ a relative. Indicate relationship of relative _____ . SEE INSTRUCTION #3 FOR CLARIFICATION. *(Solicitó que mi papeleta sea enviada a la siguiente dirección: ☐ la cárcel o ☐ un familiar. Indique el parentesco que tiene con este familiar _____ .)*

☐ **4. Expected absence from county** on election day and during clerk's regular office hours for the remainder of the early voting period. Application must be submitted from outside county if submitted after early voting in person has begun. YOUR BALLOT MUST BE MAILED TO AN ADDRESS OUTSIDE THE COUNTY. *(Para aquellos que anticipen estar fuera del condado el día de las elecciones y durante las horas de trabajo de la Oficina de la Secretaria por el resto del período. Si el periodo de votación por adelantado ya ha comenzado, esta solicitud tiene que haberse enviado desde fuera del condado. EL DOMICILIO AL CUAL SOLICITA QUE SE LE ENVIE SU PAPELETA ELECTORAL NO PUEDE ESTAR UBICADO DENTRO DE ESTE CONDADO.) If 4 is checked, give date you can receive mail at the address given _____ . (Si cuanto al no. 4, indique a partir de qué fecha podrá recibir correo en esa dirección.)*

I CERTIFY THAT THE INFORMATION GIVEN IN THIS APPLICATION IS TRUE, AND I UNDERSTAND THAT GIVING FALSE INFORMATION IN THIS APPLICATION IS A CRIME." *("CERTIFICO QUE LA INFORMACIÓN INDICADA EN ESTA SOLICITUD ES VERDADERA Y ENTIENDO QUE ES UN DELITO DAR INFORMACIÓN FALSA EN ESTA SOLICITUD")*

**SIGN HERE** ➧   _____
*(FIRME AQUI)*   Signature as Registered to Vote *(FIRMA COMO VOTANTE REGISTRADO)*

**FOR WITNESS and/or ASSISTANT** *(PARA TESTIGO y/o ASISTENTE)*
Applicant, if unable to sign, shall make mark in presence of witness. If applicant is unable to make mark, the witness shall check here ☐. *(PARA EL TESTIGO: Si el solicitante no puede firmar, debe hacer una marca en presencia del testigo. Si el solicante no puede hacer una marca, el testigo debe señalar aquí ☐.)* Failure to complete this information if signature was witnessed or applicant was assisted in completing the application is a Class A misdemeanor. *(Es un delito menor Class A omitir esta información si la firma fue atestiguada, o si el solicitante recibió ayuda para llenar esta solicitud.)*

Signature of Witness/Assistant
*(Firma del Testigo/Asistente)*

Print Full Name of Witness/Assistant
*(Escriba el nombre completo del Testigo/Asistente)*

Residence Address of Witness/Assistant or Title of Witness/Assistant if an Election Official
*(Dirección de residencia del Testigo/Asistente o puesto del Testigo/Asistente si es un Oficial de la Elección)*

X RELATIONSHIP OF WITNESS/ASSISTANT TO APPLICANT: CHECK ONE:  ☐ parent, ☐ grandparent, ☐ spouse, ☐ child, ☐ sibling, ☐ other, ☐ reside at same address as applicant  *(X RELACIÓN DEL TESTIGO/ ASISTENTE CON EL SOLICITANTE: SEÑALE UNA:  ☐ Padre, ☐ Abuelo, ☐ Cónyuge, ☐ Hijo, ☐ Hermano, ☐ Otro, ☐ reside en la misma dirección que el solicitante)*

HarrisCounty 001765

## Application for Ballot by Mail

Prescribed by the Office of the Secretary of State of Texas
A5-14e2.IN3.06/10

**For Official Use Only**
VUID #, County Election Precinct #, Statement of Residence, etc.

*392*
*4657839*

Instructions for certain fields of this application can be found on the back of this form.

**1** Last Name (Please print information)
*Smith*

Suffix (Jr., Sr., III, etc)

First Name
*ORNA*

Middle Initial

**2** Residence Address: See back of this application for clarification.
*4215 Dacca*

City
*Housta*

, TX

Zip Code

**3** Mail my ballot to: If mailing address differs from residence address, please complete Box # 7.

City

State

Zip Code

**4** Date of Birth (mm/dd/yyyy)
*5 / 23 / 1937*

You may complete only ONE application for each election; check appropriate boxes in 5a OR 5b.

**5 a** Uniform Election Dates (Select the applicable election)
- [ ] May Election
- [✓] Any Resulting Runoff
- [✓] November Election
- [ ] Other _____

**5 b** Primary Election
Select one or both.
- [ ] March Primary
- [ ] Resulting Primary Runoff

You must declare one political party to vote in a primary.
- [ ] Democratic
- [ ] Republican

**6** Reason for Voting by Mail
Check one or more.
- [✓] 65 years of age or older.
- [ ] Disability.
- [ ] Expected absence from the county. Be sure to complete Box # 8
- [ ] Confinement in jail.

**7** If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed.
- [ ] Mailing address as listed on my voter registration certificate
- [ ] Nursing home, assisted living facility, or long term care facility
- [ ] Hospital
- [ ] Retirement center
- [ ] Address of the jail
- [ ] Relative; relationship _____
- [ ] Address outside the county (see Box #8)

**8** If you selected "expected absence from the county," see reverse for instructions.

_ _ / _ _ / _ _ _ _

Date you can receive mail at this address

**9** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

➤ SIGN HERE
If unable to sign, applicant must mark this box in presence of witness and proceed to Box #11b

X *Orna Smith*

Signature or Mark of Applicant. If making a mark, see Box #11b.

**10** Contact Information (Optional)*
Please list phone number or email address:
* Used in case our office has questions.

If someone helped you to complete this form or mails the form for you, then that person must complete the section below.

**11 a** See back for Witness and Assistant definitions.
- [ ] If you are acting as a Witness, please check this box.
- [ ] If you are acting as an Assistant, please check this box.
- [*] If you are acting as Witness and Assistant, please check both boxes.

Witness Relationship to Applicant
(Refer to Instructions on back for clarification)

**11 b** If applicant is unable to sign or mark Box # 9, the witness shall check this box. [ ]

Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

X _____
Signature of Witness /Assistant

X _____
Printed Name of Witness/Assistant

**11 c** Full Residence Address of Witness/Assistant (to include City/State/Zip)

Street Address

Apt Number (if applicable)

City

State

Zip

Este formulario está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaría de Votación por Adelantado.

Doc ID: 365719   Page: 1 of 2.

## Instructions for Application for Ballot by Mail

**Residence Address** - Give full address as shown on your voter registration certificate. If you have moved within the county but not yet changed your voter registration address with the voter registrar, indicate your new residence address.

**Mail Ballot To** - Give full address where you wish to have ballot mailed, if the address is different from your residence address.

**Mailing Ballot to a Different Address** - Your ballot must be mailed to your home where you live or to your mailing address on your voter registration certificate. There are some exceptions that allow you to have your ballot mailed to a different location as specified below.

| Reason for voting by mail | Location to mail ballot |
|---|---|
| 65 or disabled | Nursing home, assisted living/retirement center, relative, hospital |
| In jail | Address of jail or relative |
| Absent from county | Address located outside of county |

**Expected Absence from County** - If you chose expected absence from county, you must expect to be absent from the county on election day and during the hours of early voting in person or for the remainder of the early voting period after you submit your application. **Your ballot must be mailed to an address outside the county.** Important: Give date you can receive mail at the address given. If an application is submitted after early voting in person has begun, this application must be submitted to your early voting clerk by mail or common/contract carrier. An application may be faxed if outside the county.

**Deadline** Your application must be received by the early voting clerk of the local entity conducting the election not earlier than the 60th day and not later than the 7th day before election day. If the 7th day is a weekend or holiday, the deadline is the first preceding business day. For a Saturday election, the deadline usually falls on the preceding Friday (8th day).

**Sign and date your application** - If unable to sign, please go to Witness/Address boxes (11a-11c on reverse) and have a person witness your mark. Witness/Assistant Instructions follow.

## Witness/Assistant Section

**Witness:** If you are unable to sign your name (due to a physical disability or illiteracy), the application may be signed at Box #11b for you by a Witness. You must affix your mark to the application in Box #9 or, if you are unable to make a mark, then the Witness must check the appropriate box in 11b indicating the inability to make a mark. The Witness must state his/her name in printed form and indicate his/her relationship to you or, if unrelated, state that fact. The Witness must sign and provide his or her printed name and residence address. Unless the Witness is a close relative of the voter (parent, grandparent, spouse, child or sibling), it is a Class B misdemeanor for a person to witness more than one application for ballot by mail.

**Assistant:** If a person (other than a close relative or person registered to vote at the same address) assists you in completing this application in your presence or mails this application on your behalf, then that person must check the "Assistant box." The Assistant must sign, provide his or her printed name, and his or her residence address. A person commits a Class A misdemeanor if the person provides assistance without providing the information described above unless a close relative or registered at your address.

If you have further questions or need additional assistance, please contact your Early Voting Clerk or The Secretary of State's office at 1-800-252-8683 or www.sos.state.tx.us.

FROM:

293344738

STAN STANART
COUNTY CLERK
POST OFFICE BOX 1148
HOUSTON, TEXAS 77251-1148

RECEIVED

2011 OCT -5 AM 9: 33

HARRIS COUNTY, TEXAS
COUNTY CLERK

DO NOT REMOVE PERFORATED TABS. Moisten tab and fold top to bottom to seal.

HarrisCounty 001767

# Application for Ballot by Mail

Prescribed by the Office of the Secretary of State of Texas
A5-14a2.IN3.06/10

**For Official Use Only**
VUID #, County Election Precinct #, Statement of Residence, etc.

392
465 2939

Instructions for certain fields of this application can be found on the back of this form.

**1** Last Name (Please print information)
Smith

Suffix (Jr., Sr., III, etc)

First Name
Orna

Middle Initial

**2** Residence Address: See back of this application for clarification.
4215 Dacca St

City
Houston , TX

Zip Code
77047

**3** Mail my ballot to: If mailing address differs from residence address, please complete Box # 7.

City

State

Zip Code

**4** Date of Birth (mm/dd/yyyy)
05/25/1932

**5a** Uniform Election Dates (Select the applicable election)

☐ May Election
☑ Any Resulting Runoff
☑ November Election
☐ Other _____

You may complete only ONE application for each election; check appropriate boxes in 5a OR 5b.

**5b** Primary Election
Select one or both.

☐ March Primary
☐ Resulting Primary Runoff

You must declare one political party to vote in a primary.

☐ Democratic
☐ Republican

**6** Reason for Voting by Mail
Check one or more.

☑ 65 years of age or older.
☐ Disability.
☐ Expected absence from the county. Be sure to complete Box # 8
☐ Confinement in jail.

**7** If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed.

☐ Mailing address as listed on my voter registration certificate
☐ Nursing home, assisted living facility, or long term care facility
☐ Hospital

☐ Retirement center
☐ Address of the jail
☐ Relative; relationship _____
☐ Address outside the county (see Box #8)

**8** If you selected "expected absence from the county," see reverse for instructions.

Date you can receive mail at this address

**9** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

SIGN HERE
If unable to sign, applicant must mark this box in presence of witness and proceed to Box #11b

X _Orna Grace Smith_

Signature or Mark of Applicant. If making a mark, see Box #11b.

**10** Contact Information (Optional)*
Please list phone number or email address:
* Used in case our office has questions.

---

If someone helped you to complete this form or mails the form for you, then that person must complete the section below.

**11a** See back for Witness and Assistant definitions.

☐ If you are acting as a Witness, please check this box.
☐ If you are acting as an Assistant, please check this box.
* If you are acting as Witness and Assistant, please check both boxes.

Witness Relationship to Applicant
(Refer to Instructions on back for clarification)

**11b** If applicant is unable to sign or mark Box # 9, the witness shall check this box. ☐

Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

X _____
Signature of Witness /Assistant

X _____
Printed Name of Witness/Assistant

**11c** Full Residence Address of Witness/Assistant (to include City/State/Zip)

Street Address _____   Apt Number (if applicable)

City _____

State _____   Zip _____

Este formulario está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaria de Votación por Adelantado.

HarrisCounty 001768
Doc ID: 365668 Page 1 of 3

## Instructions for Application for Ballot by Mail

**Residence Address** - Give full address as shown on your voter registration certificate. If you have moved within the county but not yet changed your voter registration address with the voter registrar, indicate your new residence address.

**Mail Ballot To** - Give full address where you wish to have ballot mailed, if the address is different from your residence address.

**Mailing Ballot to a Different Address** - Your ballot must be mailed to your home where you live or to your mailing address on your voter registration certificate. There are some exceptions that allow you to have your ballot mailed to a different location as specified below.

| Reason for voting by mail | Location to mail ballot |
|---|---|
| 65 or disabled | Nursing home, assisted living/retirement center, relative, hospital |
| In jail | Address of jail or relative |
| Absent from county | Address located outside of county |

**Expected Absence from County** - If you chose expected absence from county, you must expect to be absent from the county on election day and during the hours of early voting in person or for the remainder of the early voting period after you submit your application. **Your ballot must be mailed to an address outside the county.** Important: Give date you can receive mail at the address given. If an application is submitted after early voting in person has begun, this application must be submitted to your early voting clerk by mail or common/contract carrier. An application may be faxed if outside the county.

**Deadline** Your application must be received by the early voting clerk of the local entity conducting the election not earlier than the 60th day and not later than the 7th day before election day. If the 7th day is a weekend or holiday, the deadline is the first preceding business day. For a Saturday election, the deadline usually falls on the preceding Friday (8th day).

**Sign and date your application** - If unable to sign, please go to Witness/Address boxes (11a-11c on reverse) and have a person witness your mark. Witness/Assistant Instructions follow.

## Witness/Assistant Section

**Witness:** If you are unable to sign your name (due to a physical disability or illiteracy), the application may be signed at Box #11b for you by a Witness. You must affix your mark to the application in Box #9 or, if you are unable to make a mark, then the Witness must check the appropriate box in 11b indicating the inability to make a mark. The Witness must state his/her name in printed form and indicate his/her relationship to you or, if unrelated, state that fact. The Witness must sign and provide his or her printed name and residence address. Unless the Witness is a close relative of the voter (parent, grandparent, spouse, child or sibling), it is a Class B misdemeanor for a person to witness more than one application for ballot by mail.

**Assistant:** If a person (other than a close relative or person registered to vote at the same address) assists you in completing this application in your presence or mails this application on your behalf, then that person must check the "Assistant box." The Assistant must sign, provide his or her printed name, and his or her residence address. A person commits a Class A misdemeanor if the person provides assistance without providing the information described above unless a close relative or registered at your address.

If you have further questions or need additional assistance, please contact your Early Voting Clerk or The Secretary of State's office at 1-800-252-8683 or www.sos.state.tx.us.

FROM:

DO NOT REMOVE PERFORATED TABS. Moisten tab and fold top to bottom to seal.

293343739

**STAN STANART**
COUNTY CLERK
POST OFFICE BOX 1148
HOUSTON, TEXAS 77251-1148

HARRIS COUNTY, TEXAS
COUNTY CLERK

2011 OCT -5 AM 9:42

RECEIVED

USA FIRST-CLASS FOREVER

HarrisCounty 001769



# STAN STANART
## COUNTY CLERK
*Recording the Major Events of Your Life*

November 17, 2011

Honorable Pat Lykos
Harris County District Attorney
1201 Franklin Street, Suite 600
Houston, Texas 77002

Dear Honorable Pat Lykos:

For review and your opinion, my Election's Department received a Ballot-by-Mail application that appears to have been completed and signed by someone other than the applicant. According to Election law (TEC 1.011, 84.003 & 84.041) when a person assists a voter by completing the application for the voter they must complete the "Witness and/or Assistant" section. According to the instructions, failing to complete the "Witness and/or Assistant" section is committing a Class A misdemeanor or a state jail felony.

If you need any additional information, please contact Jennifer Ballard, Ballot-by-Mail Supervisor at (713)755-3150. Your assistance in this matter is respectfully requested.

Thank You,

Stan Stanart
County Clerk, Harris County, Texas

SS/jb

Enclosures

**1001 Preston, 4th Floor · P.O. Box 1148 · Houston, TX 77251-1148 · 713.755.6738**
www.cclerk.hctx.net

HarrisCounty 001770

October 24, 2011

Voter called with concerns that she received a rejection notice but she did not apply for a ballot by mail. She also requested a copy of the application and we did comply with her request.

Thank you.

Petra

*copies given to*
*JB*
*10-24-11*

PARTY PREFERENCE
PRIMARY ELECTIONS ONLY
(PARTIDO POLITICO)
(Solo en cuanto a los comicio
primarios)

| VOTING PRECINCT NUMBER*<br>(NUMERO DE PRECINTO DE VOTACION*) | VOTER REGISTRATION NUMBER*<br>(NUMERO DE REGISTRO DE VOTANTE) | TELEPHONE NUMBER*<br>(NUMERO DE TELEFONO*) |
|---|---|---|
| 0355 | 5259148 | |

**LANGUAGE PREFERENCE** (select type of ballot you wish to receive):  ☐ English/Spanish   ☐ English/Vietnam
*(Referencia de idioma (seleccione el tipo de boleta que desea recibir):)*   (Inglés/Español)   (Inglés/Vietnam)

**YOU MUST CHECK THE REASON YOU ARE APPLYING FOR A BALLOT BY MAIL.**
*(TIENE QUE INDICAR POR QUE ESTA SOLICITANDO UNA PAPELETA ELECTORAL POR ADELANTADA.)*

☑ **1. 65 years of age or older.** *(65 años de edad o más.)*

☐ **2. Disability** *(incapacidad)*
You must indicate the type of address where you are having your ballot mailed, if you are having yo
ballot mailed to an address other than your address of record. Check one:  ☐  a hospital, ☐  a nursi
home or long-term care facility, ☐  a retirement center or ☐  a relative. Indicate the relationship of t
relative _____. SEE INSTRUCTION #3 FOR CLARIFICATION. *(Si cualquiera de estas razon
aplican a su caso indique cual de las siguientes excepciones también es cierta. PARA MAS INFORMACION L
INSTRUCCIONES ESPECIALES. He solicitado que mi papeleta electoral sea enviada a un domicilio distinto al q
di cuando me inscribí como votante. He solicitado que se envíe a ☐ un hospital, ☐ un centro de enfermería o
cuidados medicos a largo plazo, ☐ un hogar de jubilados o ☐ el domicilio de un familiar. Indique el parentesco q
tiene con este pariente _____)*

☐ **3. Confinement in jail.** *(Está encarcelado.)* Check one. *(Marque uno.)* My ballot is being mailed to the addr
☐  of the jail or ☐  a relative. Indicate relationship of relative _____.  SEE INSTRUCTION
FOR CLARIFICATION. *(Solicitó que mi papeleta sea enviada a la siguiente dirección: ☐ la cárcel o ☐ un familiar. Ind
el parentesco que tiene con este familiar _____)*

☐ **4. Expected absence from county** on election day and during clerk's regular office hours for
remainder of the early voting period. Application must be submitted from outside county if submitted after e
voting in person has begun. YOUR BALLOT MUST BE MAILED TO AN ADDRESS OUTSIDE THE COUN
*(Para aquellos que anticipan estar fuera del condado el día de las elecciones y durante las horas de trabajo de la Oficina
Secretaria por el resto del período. Si el período de votación por adelantado ya ha comenzado, esta solicitud tiene que hab
enviado desde fuera del condado. EL DOMICILIO AL CUAL SOLICITA QUE SE LE ENVIE SU PAPELETA ELECTORAL
PUEDE ESTAR UBICADO DENTRO DE ESTE CONDADO.)* If 4 is checked, give date you can receive mail at the add
given _____. *(Si cuanto al no. 4, indique a partir de qué fecha podrá recibir correo en esa dirección.)*

I CERTIFY THAT THE INFORMATION GIVEN IN THIS APPLICATION IS TRUE, AND I UNDERSTAND TH
GIVING FALSE INFORMATION IN THIS APPLICATION IS A CRIME." *("CERTIFICO QUE LA INFORMACIÓN INDIC
EN ESTA SOLICITUD ES VERDADERA Y ENTIENDO QUE ES UN DELITO DAR INFORMACIÓN FALSA EN ESTA SOLICITU*

**SIGN HERE**
*(FIRME AQUI)*                          Signature as Registered to Vote *(FIRMA COMO VOTANTE REGISTRADO)*

**FOR WITNESS and/or ASSISTANT** *(PARA TESTIGO y/o ASISTENTE)*
Applicant, if unable to sign, shall make mark in presence of witness. If applicant is unable to make mar
the witness shall check here ☐. *(PARA EL TESTIGO: Si el solicitante no puede firmar, debe hacer una marca
presencia del testigo. Si el solicitante no puede hacer una marca, el testigo debe señalar aquí ☐.)* Failure to comple
this information if signature was witnessed or applicant was assisted in completing the application is a Cla
A misdemeanor. *(Es un delito menor Clase A omitir esta información si la firma fue atestiguada, o si el solicitante reci
ayuda para llenar esta solicitud.)*

_____
Signature of Witness/Assistant            Print Full Name of Witness/Assistant
*(Firma del Testigo/Asistente)*            *(Escriba el nombre completo del Testigo/Asistente)*

_____
Residence Address of Witness/Assistant or Title of Witness/Assistant if an Election Official
*(Dirección de residencia del Testigo/Asistente o puesto del Testigo/Asistente si es un Oficial de la Elección)*

**X RELATIONSHIP OF WITNESS/ASSISTANT TO APPLICANT:** CHECK ONE:  ☐ parent, ☐ grandpare
☐ spouse, ☐ child, ☐ sibling, ☐ other, ☐ reside at same address as applicant  ☒ RELACIÓN DEL TESTIG
ASISTENTE CON EL SOLICITANTE: SEÑALE UNA:  ☐ Padre, ☐ Abuelo, ☐ Cónyuge, ☐ Hijo, ☐ Herman
☐ Otro, ☐ reside en la misma dirección que el solicitante)

Are you interested in serving as an election worker?

**2 Last Name** Include Suffix if any (Jr, Sr, III)

Bell

**First Name**

Brenda

**Middle Name** (if any)

Mari~

**3 Residence Address:** Street Address and Apartment Number. If none, describe where you live. (Do not include P.O. Box, Rural Rt. or Business Address)

12811 Southspring Drive

**City**

Houst

**4 Mailing Address:** Street Address and Apartment Number. (If mail cannot be delivered to your residence address.)

**City**

**5 Date of Birth: (mm/dd/yyyy)**

0 8 / 2 2 / 1 9 4 8

**6 Gender (Optional)**

☐ Male
☑ Female

**7 Teleph** Include

( ( ‾

**8 Texas Driver's License No. or Texas Personal I.D. No.** (Issued by the Department of Public Safety)

0 7 0 6 6 2 2 7

If no Texas Driver's Lice give last 4 digits of your

XXX-XX-

☐ I have not been issued a Texas Driver's License/Personal Ide Social Security Number.

**9** I understand that giving false information to procure a voter registration is p state and federal law. Conviction of this crime may result in imprisonment u $2,000, or both. Please read all **three** statements to affirm before signing.

- I am a resident of this county and a U.S. citizen;
- I have not been finally convicted of a felony, or if a felon, I have completed al including any term of incarceration, parole, supervision, period of probat pardoned; and
- I have not been determined by a final judgment of a court exercising pro be totally mentally incapacitated or partially mentally incapacitated witho

X *Brenda Bell*

**Date**

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant

Original application must be delivered to Voter Registrar nu

| Deputy Number (If applicable) | Volunteer Deputy Signatu (If applicable) |
|---|---|

**Detach the receipt below for your records. To mail: Wet the glue st**

*If this application is delivered to the Voter Registrar via US mail, the post office postmark the effective date of this application (TEC 13.143).

HarrisCounty 001773

## Ballard, Jennifer (CCO)

| | |
|---|---|
| **From:** | Conroy, Steve (HCDA) |
| **Sent:** | Wednesday, January 18, 2012 2:22 PM |
| **To:** | Ballard, Jennifer (CCO) |
| **Subject:** | more of the same |

I need the information for the following poll workers:

Precinct Judge Alice Smith
Asst. Judge Gertrude Sonnier
Clerk Laura Johnson
Clerk Claude Walker

Also I need the address for polling location pct. 581, Bethany Baptist Church.

And, I need to know if Gwendolyn Derousselle Babineaux voted for herself anywhere and when, other than for her half sister Geowanda Derousselle.

FYI,

No charges will be pursued against Everette Stackhouse or James Murrhee due to the circumstances of their violations. They will be entered into our database in the event of future violations.

PS:

Y'all need your own investigator. NOT ME!

Thank you.

1

HarrisCounty 001774



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

November 30, 2011

Honorable Pat Lykos
Harris County District Attorney
1201 Franklin Street, Suite 600
Houston, Texas 77002

Dear Honorable Pat Lykos:

For review and your opinion, while recording our Early Voting and Election Day voter history my Election's Department found a discrepancy. The voter voted twice, once during Early Voting and once on Election Day.

If you need any additional information, please contact Jennifer Ballard, Ballot-by-Mail Supervisor at (713)755-3150. Your assistance in this matter is respectfully requested.

Thank You,

Stan Stanart
County Clerk, Harris County, Texas

SS/jb

Enclosures

Location 131 Election ET SRD Number 6

# Combination Form for Early Voting by Personal Appearance – Application, Poll List, Affidavits

*(Formulario Combinado de Votación Adelantada por Apariencia Personal – Solicitud, Lista de Votantes, Declaraciones)*

(Mẫu Kết Hợp dành cho cử tri Đích Thân Tới Bỏ Phiếu Sớm – Đơn Xin, Danh Sách Địa Điểm Bầu Cử, Bản Chứng Thệ)

Note to Voter: By initialing the square labeled "No Cert.", I swear or affirm that I do not currently have my voter registration certificate in my possession at this polling place. By initialing the square labeled "Incorr. Cert.", I swear or affirm that I am a resident of this precinct or otherwise entitled by law to vote in this precinct, or was a resident of this precinct at the time that information on my residence address was provided to the voter registrar. I did not deliberately provide false information to secure registration in a precinct in which I do not reside, and I am voting only once in this election. *(Al firmar con mis iniciales el cuadro marcado "Sin Cert." yo declare o afirmo que no tengo mi certicado de registro en este sitio de votación. Al firmar con mis iniciales el cuadro marcado "Cert. Incorr." yo juro o afirmo que soy resident de este precinto o que de otro modo estoy autorizado por ley para votar en este precinto, o que era residente de este precinto cuando le di al registrador de votantes la información perteneciendo a mi dirección residencial. No di información falsa premeditadamente para asegurar mi registro en un precinto en el cual no resido, y votaré solamente una vez en esta elección.)* (Lưu ý dành cho cử tri: Khi ký tắt vào ô vuông có ghi chữ "No Cert." (Không Có Giấy Chứng Nhận), tôi thề hoặc xác quyết rằng tôi hiện không mang theo giấy chứng nhận ghi danh bỏ phiếu tại địa điểm bỏ phiếu này. Khi ký tắt vào ô vuông có ghi "Giấy Chứng Nhận Không Đúng", tôi thề hoặc xác quyết rằng tôi cư trú tại phân khu này, hoặc có quyền hợp pháp bỏ phiếu tại phân khu này, hoặc đã cư trú tại phân khu này vào thời điểm cung cấp địa chỉ nơi cư trú của tôi cho viên chức ghi danh cử tri. Tôi không cố ý khai man để được ghi danh bỏ phiếu tại phân khu mà tôi không cư trú, và tôi chỉ bỏ phiếu một lần trong cuộc bầu cử này.)

Note to Assistant: By signing your name as ASSISTANT, you are taking the following Oath: "I swear or affirm that I will not suggest, by word or sign or gesture, how the voter shall vote; I shall confine my assistance to answering the voter's questions, to stating propositions to be voted on and to naming candidates and the political parties to which they belong; and I will prepare the voter's ballot as the voter directs." *(Al firmar su nombre como ASISTENTE usted está hacienda el siguiente juramento: "Yo declaro o afirmo que yo no habré de sugerir, mediante palabra, signo, o gesto, como deberá de votar el votante, yo habré de limitar mi asistencia a contestar las preguntas del votante, a declarer las proposiciones a ser votadas y a nombrar los candidates y los partidos politicos a que aquellos pertenezcan, y yo prepararé la boleta del votante tal como me instruya el votante.")* (Lưu ý dành cho người trợ giúp: Khi ký tên với tư cách là NGƯỜI TRỢ GIÚP, quý vị tuyên thệ như sau: "Tôi xin thề hoặc xác quyết rằng tôi sẽ không dùng lời, ký hiệu hoặc cử chỉ để gợi ý cách bỏ phiếu cho cử tri; tôi chỉ giúp giải đáp các thắc mắc của cử tri, đọc các kế hoạch đề nghị sẽ được bỏ phiếu và đọc tên các ứng cử viên và chính đảng của các ứng cử viên đó; và tôi sẽ điền lá phiếu của cử tri theo như chỉ dẫn của cử tri.")

Sworn to and Subscribed before me this 29 day of Oct 2011

[signature] Signature of Presiding Judge

For use in Primary Election— "A person commits a criminal offense if the person knowingly votes in a primary election or participates in a convention of another party during the same voting year." *(Para Uso en la Elección Primaria – "Una persona esté culpable de una ofensa criminal si tal persona vota con conocimiento en una elección primaria o participa con conocimiento en una convención de otro partido político durante el mismo año de votación.")* (Để sử dụng trong cuộc Bầu Cử Chính – "Nếu một người cố ý bầu cử trong cuộc bầu cử chính hoặc tham gia hội nghị của đảng khác trong cùng một năm bầu cử, người đó sẽ bị coi là phạm tội hình sự.")

10-29-11

Morgan

Viva Polk

Combo form

**1**

Cert. No. (No. de Cert.) (Số Giấy Chứng Nhận) | Prec. No. (No. de Pct) (Số Phân Khu)

Printed Name of Voter (Nombre del Votante en Letra de Molde) (Tên viết bằng chữ in của cử tri)

Residence Address (Địa chỉ cư trú)

0050-31

61340920 10/29/2011
ANGELA MARIE AKIN-BONVILLE
21307 DRIFTING OAKS DR
0050-31

Signature of Voter or Assistant (Firma del Votante o del Asistente) (Chữ ký của người giúp đỡ cử tri)
X [signature]

Address of Assistant (Dirección del Asistente) (Địa chỉ của người giúp đỡ)

Voter unable to make mark. ☐ Provisional ☐ 63.007 Not on List ☐ Incorr. Cert. ☐ 63.006 Not on List ☐ Incorr. Cert. ☐ No Cert.

**2**

Cert. No. (No. de Cert.) (Số Giấy Chứng Nhận) | Prec. No. (No. de Pct) (Số Phân Khu)

**3**

Cert. No. (No. de Cert.) (Số Giấy Chứng Nhận) | Prec. No. (No. de Pct) (Số Phân Khu)

Printed Name of Voter (Nombre del Votante en Letra de Molde) (Tên viết bằng chữ in của cử tri)

Residence Address of Voter (Dirección del Votante) (Địa chỉ)

0641-31

2878240 10/29/2011
GARY ALAN TREADWELL
12014 DAKAR DR
0641-31

Signature of Voter or Assistant (Firma del Votante o del Asistente) (Chữ ký của người giúp đỡ cử tri)
X Gary A Treadwell

Address of Assistant (Dirección del Asistente) (Địa chỉ của người giúp đỡ)

☐ Voter unable to make mark. ☐ Provisional ☐ 63.007 Not on List ☐ Incorr. Cert. ☐ 63.006 Not on List ☐ Incorr. Cert. ☐ No Cert.

**4**

Cert. No. (No. de Cert.) (Số Giấy Chứng Nhận) | Prec. No. (No. de Pct) (Số Phân Khu)

Printed Name of Voter (Nombre del Votante en Letra de Molde) (Tên viết bằng chữ in của cử tri)

Residence Address (Địa chỉ cư trú)

0495-31

16329419 10/29/2011
WAYNE FORREST WILCOX
8811 CRAZY HORSE TRL
0495-31

Signature of Voter or Assistant (Firma del Votante o del Asistente) (Chữ ký của người giúp đỡ cử tri)
X Wayne F. Wilcox

Address of Assistant (Dirección del Asistente) (Địa chỉ của người giúp đỡ)

Voter unable to make mark. Provisional 63.007 Not on List ☐ Incorr. Cert. 63.006 Not on List ☐ Incorr. Cert. ☐ No Cert.

**5**

0074-31

Signature of Voter or Assistant (Firma del Votante o del Asistente) (Chữ ký của người giúp đỡ cử tri)
X David Bo[illegible]

Address of Assistant (Dirección del Asistente) (Địa chỉ của người giúp đỡ)

☐ Voter unable to make mark. ☐ Provisional 63.007 Not on List ☐ Incorr. Cert. 63.006 Not on List ☐ Incorr. Cert. ☐ No Cert.

**6**

Cert. No. (No. de Cert.) (Số Giấy Chứng Nhận) | Prec. No. (No. de Pct) (Số Phân Khu)

Printed Name of Voter (Nombre del Votante en Letra de Molde) (Tên viết bằng chữ in của cử tri)

0641-31

2809159R 10/29/2011
VIVA POLK MORGAN
11623 DERMOTT DR
0641-31

Signature of Voter or Assistant (Firma del Votante o del Asistente) (Chữ ký của người giúp đỡ cử tri)
X Viva Morgan

Address of Assistant (Dirección del Asistente) (Địa chỉ của người giúp đỡ)

☐ Voter unable to make mark. ☐ Provisional 63.007 Not on List ☐ Incorr. Cert. 63.006 Not on List ☐ Incorr. Cert. ☐ No Cert.

Location

## Combination Form for Early Voting by Personal
### *(Formulario Combinado de Votación Adelantada por Aparien*
### *(Mẫu Kết Hợp dành cho cử tri Đích Thân Tới Bỏ Phiếu Sớm*

Note to Voter:  By initialing the square labeled "No Cert.", I swear or affirm that I do not currently have my voter registration certificate in my possession a vote in this precinct, or was a resident of this precinct at the time that information on my residence address was provided to the voter registrar.  I did not d *con mis iniciales el cuadro marcado "Sin Cert." yo declare o afirmo que no tengo mi certicado de registro en este sitio de votación.  Al firmar con mis inicial precinto, o que era residente de este precinto cuando le di al registrador de votantes la información perteneciendo a mi dirección residencial.  No di infor.* dành cho cử tri:  Khi ký tắt vào ô vuông có ghi chữ "No Cert." (Không Có Giấy Chứng Nhận), tôi thể hoặc xác quyết rằng tôi hiện không mang the xác quyết rằng tôi cư trú tại phần khu này, hoặc có quyền hợp pháp bỏ phiếu tại phần khu này, hoặc đã cư trú tại phần khu này vào thời điểm cun cư trú, và tôi chỉ bỏ phiếu một lần trong cuộc bầu cử này.)

Note to Assistant:  By signing your name as ASSISTANT, you are taking the following Oath: "I swear or affirm that I will not suggest, by word or sign or ges candidates and the political parties to which they belong; and I will prepare the voter's ballot as the voter directs."  *(Al firmar su nombre como ASISTENTE u el votante; yo habré de limitar mi asistencia a contestar las preguntas del votante, a declarar las proposiciones a ser votadas y a nombrar los candidates y* giúp:  Khi ký tên với tư cách là NGƯỜI TRỢ GIÚP, quý vị tuyên thệ như sau: "Tôi xin thể hoặc xác quyết rằng tôi sẽ không dùng lời, ký hiệu hoặc tên các ứng cử viên và chính đảng của các ông ấy viên đó; và tôi sẽ điền là phiếu của cử tri theo như chỉ dẫn của cử tri.")

Sworn to and Subscribed before me this  29  day of  Oct  2011 .

For use in Primary Election— "A person commits a criminal offense if the person knowingly votes in a primary election or participates in a convention of a *vota con conocimiento en una elección primaria o participa con conocimineto en una convención de otro partido político durante el mismo año de votaci* trong cùng một năm bầu cử, người đó sẽ bị coi là phạm tội hình sự.")

| Cert. No. *(No. de Cert.)* *(Số Giấy Chứng Nhận)* | Prec. No. *(No. de Pct)* *(Số Phần Khu)* | | Cert. No. *(No. de Cert.)* *(Số Giấy Chứng Nhận)* | Prec. No. *(No. de Pct)* *(Số Phần Khu)* |
|---|---|---|---|---|

**1**

Printed Name of Voter *(Nombre del Votante en Letra de Molde)* *(Tên viết bằng chữ in của cử tri)*

Resider
0450-26
3521127        10/29/2011
J E MURRHEE
5006 SPRING FOREST DR
0450-26

Signature of Voter or Assistant *(Firma del Votante o del Asistente)* *(Chữ ký của người giúp đỡ cử tri)*
X J. E Murrhee

Address of Assistant *(Dirección del Asistente)* *(Địa chỉ của người giúp đỡ)*

□ Voter unable to make mark.
□ Provisional
63.007 □ Not on List Incorr. Cert.
63.006 □ Not on List Incorr. Cert.
□ No Cert.

Residence Address of Voter *(Dirección del Votante)* *(Địa ...)*
0074-31
21679741        10/29/2011
JAMES HERSHEL FIELDS
16413 SAINT HELIER ST
0074-31

Signature of Voter or Assistant *(Firma del Votante o del Asistente)* *(Chữ ký của người giúp đỡ cử tri)*
X

Address of Assistant *(Dirección del Asistente)* *(Địa chỉ của người giúp đỡ)*

---

**4**

Printed Name of Voter *(Nombre del Votante en Letra de Molde)* *(Tên viết bằng chữ in của cử tri)*

Residence Address of Voter *(Dirección del Votante)* *(Địa ...)*
0364-32
30027403        10/29/2011
ROGER FRANKLIN MENZEL
8510 STONE VILLAGE LN
0364-32

Signature of Voter or Assistant *(Firma del Votante o del Asistente)* *(Chữ ký của người giúp đỡ cử tri)*
X

Address of Assistant *(Dirección del Asistente)* *(Địa chỉ của người giúp đỡ)*

□ Voter unable to make mark.
□ Provisional
63.007 □ Not on List Incorr. Cert.
63.006 □ Not on List Incorr. Cert.
□ No Cert.

0074-31
29765617        10/29/2011
JOAN NEESON COATS
14905 LAKEVIEW DR
0074-31

Signature of Voter or Assistant *(Firma del Votante o del Asistente)* *(Chữ ký của người giúp đỡ cử tri)*
X

Address of Assistant *(Dirección del Asistente)* *(Địa chỉ của người giúp đỡ)*

HarrisCounty 001777

17H1261

| 450 | November 2011 Joint Election | M |
|---|---|---|
| Printed 11/04/11 | Tuesday, November 8 2011 | Page: 131 |
| JOSIE RUTH SMITH ACADEMY | HARRIS COUNTY CLERK, TEXAS | of 206 |

| | | Voter No / Status Cert. | P / Y | Voter's Signature |
|---|---|---|---|---|
| Cert# 63191845 | **MURPHY, KIMBERLY ROCHELLE**<br>6407 ANTOINE DR XXX HO<br>Sex: F DOB:01/29/76 PCT: 0450-26 | | | *Statement of Residence Required* |
| Cert# 60632387 | **MURPHY, MARVIN DEWAINE**<br>5635 DE SOTO ST 1028 HO<br>Sex: M DOB:04/04/55 PCT: 0450-26 | | | *Statement of Residence Required* |
| Cert# 35629047 | **MURPHY, UNICA LAQUELL**<br>5950 ANTOINE DR 425 HO<br>Sex: F DOB:01/12/72 PCT: 0450-26 | | | |
| Cert# 53247284 | **MURRAY, GUILLERMINA**<br>5555 HOLLY VIEW DR 1208 HO<br>Sex: F DOB:06/25/70 PCT: 0450-26 | | | |
| Cert# 03521127 | **MURRHEE, J E JR**<br>5006 SPRING FOREST DR HO<br>Sex: M DOB:05/07/41 PCT: | ✓ | | *Early Voted* |
| Cert# 20188173 | **MUWWAKKIL, TAUHEEDAH SAMAD**<br>5950 ANTOINE DR 432 HO<br>Sex: F DOB:07/26/48 PCT: 0450-26 | | | |
| Cert# 56877848 | **MYERS, WALTER LEE**<br>5500 DE SOTO ST 2005 HO<br>Sex: M DOB:04/18/77 PCT: 0450-26 | | | |
| Cert# 51687085 | **MYLES, MARCUS W**<br>5550 HOLLY VIEW DR 216 HO<br>Sex: M DOB:06/08/71 PCT: 0450-26 | | | |

VOTERS AFFIDAVIT: By initialing the square labeled "No Cert" I swear or affirm that I am a qualified voter at this election, and that I do not currently have my registration certificate in my possession at this polling place. (Al firmar con mis iniciales el cuadro marcado "No Cert" yo declaro o afirmo que soy un votante capacitado en esta eleccion, y que no tengo mi certificado de registro en este sitio de votacion.) The Judge must sign each page where a voter initials "No Cert"

Sworn to and subscribed before me this election day ___/___/___ _____. Presiding Judge

(Khi ký tắt vào hộp vuông có viết chữ "No Cert" (không có Thẻ Cử Tri) là Tôi tuyên thệ hay xác quyết rằng Tôi đủ tiêu chuẩn để bỏ phiếu trong cuộc bầu cử này, và hiện tại tôi không có mang thẻ cử tri theo mình tại địa điểm bỏ phiếu này)

583829

HARRIS COUNTY, TEXAS    41-2378    MURRHEE  J E  JR

| | | AGE | 30 | SEX | X | MALE | | DATE | |

CHECK HERE IF SERVICEMAN OR STUDENT

| | | | RESIDENT ADDRESS | | VOTING PRECINCT | CONTROL NO. |

RESIDENCE: I CERTIFY THAT THE APPLICANT IS 18 YEARS OF AGE OR OVER, A CITIZEN OF THE UNITED STATES, AND HAS RESIDED IN TEXAS MORE THAN 1 YEAR AND IN COUNTY AND CITY MORE THAN SIX MONTHS PRECEDING THE DATE OF THIS APPLICATION EXCEPT AS LISTED BELOW. I UNDERSTAND THAT THE GIVING OF FALSE INFORMATION TO PROCURE THE REGISTRATION OF A VOTER IS A FELONY.

EXCEPTIONS:

6218  SPRUCE  FOREST

HOUSTON

322

| | MONTH | DAY | YEAR |

SHOW DATE OF ARRIVAL

IF IN TEXAS LESS THAN 1 YEAR

IF IN COUNTY LESS THAN 6 MOS.

IF IN CITY LESS THAN 6 MOS.

*IF UNDER 21, SHOW DATE OF BIRTH

IF THOSE 21 YEARS OLD, NEVER MARRIED AND MINORITY ...

VOTER'S NAME ( NAME CERTIFICATE TO THE FOLLOWING TEMPORARY ADDRESS IF IT IS NOT TO BE MAILED TO THE PERMANENT ADDRESS ABOVE )

MURRHEE   J____  E. JR.

6218 SPRUCE FOREST

HOUSTON TX 77018

CORRECTIONS

X X X X X X X X X X    X X X X X X X X X X X XX

NAME                      ADDRESS

_J. E Murrhee_

STREET              CITY              ZIP CODE

SIGNATURE OF VOTER/AGENT *

TELEPHONE NUMBER IF KNOWN

686 - 5739

HUSBAND   WIFE   FATHER   MOTHER   SON OR DAUGHTER   ONLY

(CIRCLE ONE WHERE APPLICABLE)

TO COMPLETE APPLICATION OTHER SIDE MUST BE FILLED IN

HarrisCounty 001779



HarrisCounty 001780

Case 2:13-cv-00193   Document 790-30   Filed on 11/19/14 in TXSD   Page 26 of 30



HarrisCounty 001781



HarrisCounty 001782



HarrisCounty 001783

VOTER REGISTRATION APPLICATION (SOLICITUD PARA REGISTRO DE VOTANTE)

Last Name: **Murphee, Jr**

First Name (NOT HUSBAND'S): **Jr**

Middle Name (If any): **E.**

Maiden Name:

Sex: **M**

State of Birth: **50 81**

Place of Birth (City or County): **New Orleans**

State or foreign country: **Louisiana**

County and Address of Former Residence: **Harris   6500 W. Tidwell 77092**

Permanent Residence Address: **5006 Spring Forest, Houston Texas   77091-5017**

Mailing Address, City, State and ZIP:

Social Security Number: **416 - 60 - 2620**

Telephone Number: **(912) 683-1966**

The applicant is a citizen of the United States and a resident of this county. Applicant has not been finally convicted of a felony or, if a felon, is eligible for registration under Section 13.001(a)(4) of the Texas Election Code.

X **[signature]**

Signature of Applicant or Agent or Printed Name of Applicant

VOTER REGISTRATION APPLICATION / SOLICITUD PARA REGISTRO DE VOTANTE

PLEASE COMPLETE ALL OF THE INFORMATION BELOW. PRINT IN INK OR TYPE.

| Last Name | First Name (NOT HUSBAND'S) | Middle Name (if any) | Maiden Name |
|---|---|---|---|
| MURRHEE, JR. | J. | E. | N.A. |

| Sex | Date of Birth | Place of Birth | County and Address of Former Residence |
|---|---|---|---|
| M | month, day, year | city or county / state or foreign country | Harris |
| | 7 - 41 | Kentucky / Arkansas | |

Permanent Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe location of residence.

5086 Spring Forest   Houston, 77091-5817

Social Security Number

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

Mailing Address, City, State and ZIP, if mail cannot be delivered to your permanent residence address.

Telephone Number (Optional)

224-5179

The applicant is a citizen of the United States and a resident of this county. Applicant has not been finally convicted of a felony or, if a felon, is eligible for registration under Section 13.001(a)(4) of the Texas Election Code.

Oath of Naturalization, if Applicable

N.A.

Signature of Applicant or Agent or Printed Name of Applicant, and if Signed by Witness

HarrisCounty 001785