**Hudspeth, Teneshia (CCO)**

| | |
|---|---|
| **From:** | Ashley Fischer <AFischer@sos.texas.gov> |
| **Sent:** | Thursday, February 27, 2014 5:03 PM |
| **To:** | Elections Internet |
| **Subject:** | MASS E-MAIL ADVISORY (VR/EA/CC/V) - New ID Cards Released by the Department of Veterans Affairs |

All,

We have received word that the U.S. Department of Veterans Affairs has released a new identification card.   These cards are known as Veteran Health Identification Cards (VHIC).

<u>**These identification cards, with a photograph, can be used at the polling place under 63.0101**</u>.   I have attached the updated Power Point presentation of all acceptable photo IDs.

Please remember that some voters may still have a valid Veteran Identification Card (the older version) as the Department of Veterans Affairs continues to issue the new cards, and the older cards are still acceptable for voting.

The  new card looks like this:



Thanks,

Ashley

**Ashley Fischer**
Legal Director – Elections Division
Office of the Texas Secretary of State
208 East 10th Street | Rusk Building, 3rd Floor | Austin, Texas 78701
Telephone: 512.475.2821
afischer@sos.texas.gov | www.sos.state.tx.us
Elections Related Questions: elections@sos.texas.gov

2:13-cv-193
09/02/2014
DEF2191

HarrisCounty 007486

**For Voter Related Information, please visit:**



*The information contained in this email is intended to provide advice and assistance in election matters per §31.004 of the Texas Election Code.  It is not intended to serve as a legal opinion for any matter.  Please review the law yourself, and consult with an attorney when your legal rights are involved.*

HarrisCounty 007487

**Hudspeth, Teneshia (CCO)**

| | |
|---|---|
| **From:** | Hammerlein, George (CCO) |
| **Sent:** | Tuesday, February 11, 2014 5:08 PM |
| **To:** | erin@kingstreetpatriots.org |
| **Subject:** | FW: Voter Notification request |
| **Attachments:** | HCC Ltr re Voter Notification.pdf; Similar Name Notification Letter.pdf |

**From:** Stanart, Stan (CCO)
**Sent:** Monday, February 10, 2014 12:26 PM
**To:** Aston, Sonya (CCO)
**Cc:** German, John (CCO); Hammerlein, George (CCO); Sheppard, Laura (CCO)
**Subject:** FW: Voter Notification request

Sonya,

   Please draft a response addressing that we have already sent a letter and that we are able to match our voters accurately.  I'm unaware of anyone who had to vote provisionally due to a similar name issue.

*Regards,*

*Stan Stanart*

Harris County Clerk - *Recording the Major Events of Your Life*
(713) 755-6410
Stan.Stanart@hctx.net

**From:** Tina Tran [mailto:Tina.Tran@senate.state.tx.us]
**Sent:** Monday, February 10, 2014 9:24 AM
**To:** Stanart, Stan (CCO)
**Subject:** Voter Notification request

Dear Mr. Stanart,

Attached please find a letter from Senators Rodney Ellis, Sylvia R. Garcia, and John Whitmire. The original is in post.

Please let me know if you have any questions or concerns.

Best regards,

Tina Tran
Legislative Director/Legal Counsel
State Senator Rodney Ellis
Senate District 13
(512) 463-0113

1

## Hudspeth, Teneshia (CCO)

| | |
|---|---|
| **From:** | Acheson, Abbey (CCO) |
| **Sent:** | Thursday, January 30, 2014 9:00 AM |
| **To:** | Ortiz, Christina (CCO) |
| **Cc:** | Owens, Judy  (CCO) |
| **Subject:** | Election Day Kit |
| **Attachments:** | List of Items in Supply Kit Harris County.doc |

Christina,

Please review and let me know if there is anything to add for the primary.

Thank you


Abbey Acheson
Office of Stan Stanart
Harris County Clerk
Election Divison
1001 Preston, 4th Floor
Houston, TX 77002
Phone:713.755.5792
Fax: 713.755.2617
aacheson@cco.hctx.net

1

HarrisCounty 007489

# Harris County Election Day Kits Contents

**"Items For Processing Voters" consisting of Envelope:**
> Election Day eSlate Manual
> Requests for Cancellation of Application to Vote by Mail
> Envelope requests for Cancellation of Application to vote by Mail [White]
> What to Do IF, Reference Sheet [Laminated]
> Outline for Election Officials, Reference Sheet [Laminated]
> List of Provisional Voters forms [Yellow]

**Election Judge's Precinct Packet**
> Polling Location List
> Parking Pass
> Bilingual Glossaries

**"Items To Be Posted" consisting of Envelope:**
> Change of Polling Location Poster
> Voting Today Posters
> Voter Information/Rights Posters
> Total Number of Voters Poster
> Cell Phone Prohibition Posters
> Voter Complaint Posters (1 English, 1 Spanish, 1 Vietnamese, 1 Chinese)
> Distance Markers
> Photo ID Information
> Voting Here Today Arrows
> Sets of booth numbers (1 White, 1 Pink)

## 5 Sample Ballots (Yellow)

**"Important! Please Complete Enclosed Forms" Envelope**
> JBC Reconciliation Log/Ballot and Seal Certificate (3 part Form)
> Reports Envelope (on Front/Cancelled Booth Log) (on Back)
> Election Worker Oath Form (On Front) Assistance/Interpreter Oath Form (On back)
> Set of peel off nametags
> Poll Watcher Badge

**Items Loose in Box:**
> 100' Distance Marker
> Envelope #2 (White) – County Clerk
> Envelope #3 (Pink) – Presiding Judge
> Envelope #4 (Green) – Voter Registrar
> Provisional Envelope (Yellow) – Provisional Affidavits
> Packages of 50 Poll List Forms (3 part Form)
> Affidavits of Provisional Voters English/Spanish/ Vietnamese / Chinese
> eSlate Voter Instructions
> Pads of 250 JBC Slips
> Statement of Residence (SOR) Cards (Green)
> Statement of Compensation (Pay Sheet) with Instructions
> Similar Name
> Notice of Required ID
> Maps to Tax Office Locations
> 12 Black Pens, 1 Roll of Tape, 1 Black Marker, 2 Mini Binder Clips

**Hudspeth, Teneshia (CCO)**

| | |
|---|---|
| **From:** | Acheson, Abbey (CCO) |
| **Sent:** | Thursday, January 30, 2014 9:00 AM |
| **To:** | Ortiz, Christina (CCO) |
| **Cc:** | Owens, Judy (CCO) |
| **Subject:** | Election Day Kit |
| **Attachments:** | List of Items in Supply Kit Harris County.doc |

Christina,

Please review and let me know if there is anything to add for the primary.

Thank you

Abbey Acheson
Office of Stan Stanart
Harris County Clerk
Election Divison
1001 Preston, 4th Floor
Houston, TX 77002
Phone:713.755.5792
Fax: 713.755.2617
aacheson@cco.hctx.net

1

HarrisCounty 007491

# Harris County Election Day Kits Contents

**"Items For Processing Voters" consisting of Envelope:**
    Election Day eSlate Manual
    Requests for Cancellation of Application to Vote by Mail
    Envelope requests for Cancellation of Application to vote by Mail [White]
    What to Do IF, Reference Sheet [Laminated]
    Outline for Election Officials, Reference Sheet [Laminated]
    List of Provisional Voters forms [Yellow]
**Election Judge's Precinct Packet**
    Polling Location List
    Parking Pass
    Bilingual Glossaries
**"Items To Be Posted" consisting of Envelope:**
    Change of Polling Location Poster
    Voting Today Posters
    Voter Information/Rights Posters
    Total Number of Voters Poster
    Cell Phone Prohibition Posters
    Voter Complaint Posters (1 English, 1 Spanish, 1 Vietnamese, 1 Chinese)
    Distance Markers
    Photo ID Information
    Voting Here Today Arrows
    Sets of booth numbers (1 White, 1 Pink)

## 5 Sample Ballots (Yellow)

**"Important! Please Complete Enclosed Forms" Envelope**
    JBC Reconciliation Log/Ballot and Seal Certificate (3 part Form)
    Reports Envelope (on Front/Cancelled Booth Log) (on Back)
    Election Worker Oath Form (On Front) Assistance/Interpreter Oath Form (On back)
    Set of peel off nametags
    Poll Watcher Badge
**Items Loose in Box:**
    100' Distance Marker
    Envelope #2 (White) – County Clerk
    Envelope #3 (Pink) – Presiding Judge
    Envelope #4 (Green) – Voter Registrar
    Provisional Envelope (Yellow) – Provisional Affidavits
    Packages of 50 Poll List Forms (3 part Form)
    Affidavits of Provisional Voters English/Spanish/ Vietnamese / Chinese
    eSlate Voter Instructions
    Pads of 250 JBC Slips
    Statement of Residence (SOR) Cards (Green)
    Statement of Compensation (Pay Sheet) with Instructions
    Similar Name
    Notice of Required ID
    Maps to Tax Office Locations
    12 Black Pens, 1 Roll of Tape, 1 Black Marker, 2 Mini Binder Clips

## Hudspeth, Teneshia (CCO)

| | |
|---|---|
| **From:** | Aston, Sonya (CCO) |
| **Sent:** | Friday, August 30, 2013 4:24 PM |
| **To:** | 'Karen Richards'; German, John (CCO); Johnson, Ed (CCO) |
| **Cc:** | Tom Nolan (tnolan@votec.net) |
| **Subject:** | RE: Similar Name Requirements Document |
| **Attachments:** | CCO Proposal to Votec for Similar Name Solution.docx |

Karen,

Please see the attached.  Please let Stan know if you have any questions.  The SOS approved the Election Day Poll book, but not our Combination form.

*Sonya L. Aston*
Attorney at Law
Office of Stan Stanart
Harris County Clerk
201 Caroline Street, Suite 460
Houston, Texas 77002
(713) 755-5792

**From:** Karen Richards [mailto:karen.richards@votec.net]
**Sent:** Friday, August 30, 2013 2:45 PM
**To:** German, John (CCO); Aston, Sonya (CCO); Johnson, Ed (CCO)
**Subject:** Similar Name Requirements Document

Good afternoon all,

I am just checking the status of the Similar Name document that will lay out the work flow and requirements specified by Harris County.  I would like to start the review process to start scoping out the work requirements for both VEMACS and VoteSafe that will be addressed prior or post to the November Election.

In addition, have you received any news from the SOS regarding the approval of your forms?   I look forward to hearing from you.

Regards,

Karen

**Director of Compliance Practices**
VOTEC Corporation
16870 West Bernardo Drive, Suite 340
1-800-34-VOTEC (348-6832)
Fax:( 858) 674-6050
WWW.VOTEC.NET

1

HarrisCounty 007493

# Harris County Proposal for Similar Name Solution

It is presumed that a percentage of the voters, who are presenting their photo identification during early voting and on Election Day, will provide a DPS generated ID and that the name on the list of registered voters will not be an exact match on photo identification provided. Harris County would like to pre-determine potential matches for the judges to alleviate the guesswork for the judges. Once the judges receive agreement from the voter that the names do match and the judge agrees, then the judge will request authority to update the voter roll to the photo ID name. If the voter does not want to update, that information will be noted.

**In General**

Overall, Harris County requests the ability to do the following:

1. upload the DPS information into a table in VEMACS
2. Using criteria prescribed by Harris County, Votec will set up a query to run compare the DPS database to the Harris County Voter Roll for both hard matches and soft matches.
3. Votec will run the voter roll against the DPS database and identify hard matches and soft matches and link the DPS records to the Voter Roll prior to the election.
4. Send copy of linked DPS data to Voter Registration.

**Poll Book**

In generating the Poll Book, Harris County would like to provide the DPS name alongside the Voter Registration name if the names are not an exact match. There will be two boxes for the voter to initial, one stating the two names are the same person. The second box, will be for the voter to determine that they do not want to change their voter registration name.

Voter Registration will take the poll book and identify all names where the voter initialed that they want their records updated. The clerk will access the linked DPS database and update the Voter Registration information with the DPS name.

**VoteSafe**

Harris County would like to set up the following procedures for early voting in person. This procedure would be only for those voters who provide a DPS generated ID.

In short, Harris County is requesting VoteSafe be able to capture the information on the DPS generated ID, link to the selected voter and print out both names on the label.

As the voter arrives, the clerk would scan the DPS generated ID and the information presented on the magnetic strip would be captured.

1. VoteSafe will search the database for the TDL information. If there is a match, then the clerk will offer the voter to select the right name.

2. The clerk will then select the name and the captured DPS information will be linked to the voter's name that the clerk has selected.
3. If there is no match, the clerk will enter the name of the voter to see if a manual search locates the name and if it does, the captured information will be linked.
4. If there is a similar name issue, the clerk will print two labels with both the DPS name and the Voter Registration name, one is for the combo form and the other is for the Similar Name Affidavit on a separate sheet of paper.
5. Votec will provide a location on laptop to save the captured DPS ID information to County Clerk.
6. County Clerk will download captured DPS ID information from laptop and provide the information to Votec.
7. Votec will provide the captured DPS information to the Voter Registrar to be used to update the Voter Registration records with the DPS name.

2