**From:** Harris County Clerk
**Sent:** Thursday, March 27, 2014 12:52 PM
**To:** 'john.whitesides@reuters.com'
**Subject:** Voters have adapted to Photo ID



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

2:13-cv-193
09/02/2014
**DEF2192**

For Immediate Release
March 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## PHOTO ID – OVER 99.9% VOTER COMPLIANCE
### Voters have adapted quickly to Photo ID at the polls



**Houston, TX** – The final results of the 2014 Democratic and Republican March 4th Primary Elections have been approved by the Democratic and Republican Parties. The results show that less than 0.01% of the voters did not present one of the forms of photo identification required to vote at the poll.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success,"** said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. **"The predictions of dire consequences of the Photo ID law simply did not happen. The doom and gloom rhetoric has not matched the positive results in the third largest county in the nation."**

Total turnout for the March 4th Primary Elections was 193,491 voters; a 9.7% turnout. **In the Republican Primary, 25 of the 139,703 voters voted provisionally because they did not present an acceptable photo ID. In the Democratic Primary, 10 of the 53,788 voters voted provisionally because they did not present an acceptable photo ID. As provided by law, within 6 days after Election Day, 4 Republican voters and 1 Democratic voter provided an acceptable Photo ID to the voter Registrar so that** their provisional vote was counted.

**"The fact that almost all of the voters have complied with the photo ID law does not surprise me. The Texas Secretary of State's office and my office have worked very hard to inform the public about the photo identification requirement,"** asserted Stanart. The County Clerk's office launched a comprehensive effort to make

HarrisCounty 009040

voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach. **The Texas Secretary of State's office, along with assistance with the Department of Public Safety, conducted an extensive outreach campaign as well.**

**"I'm certain our educational efforts had an impact on compliance. But, an inherent awareness among citizens that a government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the voters were prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.**

The Official March 4, 2014 Democratic Party and Republican Party Cumulative Reports can be found at www.harrisvotes.com/ElectionResults.aspx.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

### 

HarrisCounty 009041

**From:** Harris County Clerk
**Sent:** Thursday, March 27, 2014 12:51 PM
**To:** 'john.whiteside@reuters.com'
**Subject:** Voters have adapted to Photo ID



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
March 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

HarrisCounty 009042

# PHOTO ID – OVER 99.9% VOTER COMPLIANCE
## Voters have adapted quickly to Photo ID at the polls



**Houston, TX** – The final results of the 2014 Democratic and Republican March 4th Primary Elections have been approved by the Democratic and Republican Parties. The results show that less than 0.01% of the voters did not present one of the forms of photo identification required to vote at the poll.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success," said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. "The predictions of dire consequences of the Photo ID law simply did not happen. The doom and gloom rhetoric has not matched the positive results in the third largest county in the nation."**

Total turnout for the March 4th Primary Elections was 193,491 voters; a 9.7% turnout. **In the Republican Primary, 25 of the 139,703 voters voted provisionally because they did not present an acceptable photo ID. In the Democratic Primary, 10 of the 53,788 voters voted provisionally because they did not present an acceptable photo ID. As provided by law, within 6 days after Election Day, 4 Republican voters and 1 Democratic voter provided an acceptable Photo ID to the voter Registrar so that their provisional vote was counted.**

**"The fact that almost all of the voters have complied with the photo ID law does not surprise me. The Texas Secretary of State's office and my office have worked very hard to inform the public about the photo identification requirement," asserted Stanart.** The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach. **The Texas Secretary of State's office, along with assistance with the Department of Public Safety, conducted an extensive outreach campaign as well.**

**"I'm certain our educational efforts had an impact on compliance. But, an inherent awareness among citizens that a government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the voters were prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.**

The Official March 4, 2014 Democratic Party and Republican Party Cumulative Reports can be found at www.harrisvotes.com/ElectionResults.aspx.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

### ###

HarrisCounty 009043

| | |
|---|---|
| **From:** | DeLeon, Hector (CCO) |
| **Sent:** | Monday, March 17, 2014 11:15 AM |
| **To:** | 'kayla.mulliniks@tcu.edu' |
| **Subject:** | Voters have adapted to Photo ID |

If possible, please use the quotes in the PR instead of what I said. The quotes on the PR are from to the Harris County Clerk, the chief elections officer of the county.

Thank you.
713 274 9560



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
March 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

HarrisCounty 009044

# PHOTO ID – OVER 99.9% VOTER COMPLIANCE
## Voters have adapted quickly to Photo ID at the polls



**Houston, TX** – The final results of the 2014 Democratic and Republican March 4th Primary Elections have been approved by the Democratic and Republican Parties. The results show that less than 0.01% of the voters did not present one of the forms of photo identification required to vote at the poll.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success," said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. "The predictions of dire consequences of the Photo ID law simply did not happen. The doom and gloom rhetoric has not matched the positive results in the third largest county in the nation."**

Total turnout for the March 4th Primary Elections was 193,491 voters; a 9.7% turnout. **In the Republican Primary, 25 of the 139,703 voters voted provisionally because they did not present an acceptable photo ID. In the Democratic Primary, 10 of the 53,788 voters voted provisionally because they did not present an acceptable photo ID. As provided by law, within 6 days after Election Day, 4 Republican voters and 1 Democratic voter provided an acceptable Photo ID to the voter Registrar so that** their provisional vote was counted.

**"The fact that almost all of the voters have complied with the photo ID law does not surprise me. The Texas Secretary of State's office and my office have worked very hard to inform the public about the photo identification requirement,"** asserted Stanart. The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach. **The Texas Secretary of State's office, along with assistance with the Department of Public Safety, conducted an extensive outreach campaign as well.**

**"I'm certain our educational efforts had an impact on compliance. But, an inherent awareness among citizens that a government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the voters were prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.**

The Official March 4, 2014 Democratic Party and Republican Party Cumulative Reports can be found at www.harrisvotes.com/ElectionResults.aspx.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

### ###

HarrisCounty 009045

| | |
|---|---|
| **From:** | SouthwestHoustonInfoNetwork@yahoogroups.com on behalf of Chet Machen <ongbocau@yahoo.com> |
| **Sent:** | Saturday, March 15, 2014 7:12 PM |
| **To:** | Houston Viet Info Network; Southwest Houston Info Network; Asiatown Business Partnership; Houston Asian Info Network; Harwin Business Alliance |
| **Cc:** | Harris County Clerk |
| **Subject:** | [SouthwestHoustonInfoNetwork] Voters have adapted to Photo ID [2 Attachments] |

On Friday, March 14, 2014 12:01 PM, Harris County Clerk <county.clerk@cco.hctx.net> wrote:



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
March 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

HarrisCounty 009046

# PHOTO ID – OVER 99.9% VOTER COMPLIANCE
## Voters have adapted quickly to Photo ID at the polls



**Houston, TX** – The final results of the 2014 Democratic and Republican March 4th Primary Elections have been approved by the Democratic and Republican Parties. The results show that less than 0.01% of the voters did not present one of the forms of photo identification required to vote at the poll.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success," said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. "The predictions of dire consequences of the Photo ID law simply did not happen. The doom and gloom rhetoric has not matched the positive results in the third largest county in the nation."**

Total turnout for the March 4th Primary Elections was 193,491 voters; a 9.7% turnout. **In the Republican Primary, 25 of the 139,703 voters voted provisionally because they did not present an acceptable photo ID. In the Democratic Primary, 10 of the 53,788 voters voted provisionally because they did not present an acceptable photo ID. As provided by law, within 6 days after Election Day, 4 Republican voters and 1 Democratic voter provided an acceptable Photo ID to the voter Registrar so that their provisional vote was counted.**

**"The fact that almost all of the voters have complied with the photo ID law does not surprise me. The Texas Secretary of State's office and my office have worked very hard to inform the public about the photo identification requirement," asserted Stanart.** The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach. **The Texas Secretary of State's office, along with assistance with the Department of Public Safety, conducted an extensive outreach campaign as well.**

**"I'm certain our educational efforts had an impact on compliance. But, an inherent awareness among citizens that a government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the voters were prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.**

The Official March 4, 2014 Democratic Party and Republican Party Cumulative Reports can be found at www.harrisvotes.com/ElectionResults.aspx.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

### ###

HarrisCounty 009047

| | |
|---|---|
| **From:** | Chet Machen <ongbocau@yahoo.com> |
| **Sent:** | Saturday, March 15, 2014 7:12 PM |
| **To:** | Houston Viet Info Network; Southwest Houston Info Network; Asiatown Business Partnership; Houston Asian Info Network; Harwin Business Alliance |
| **Cc:** | Harris County Clerk |
| **Subject:** | Voters have adapted to Photo ID |

On Friday, March 14, 2014 12:01 PM, Harris County Clerk <county.clerk@cco.hctx.net> wrote:



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
March 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

HarrisCounty 009048

# PHOTO ID – OVER 99.9% VOTER COMPLIANCE
## Voters have adapted quickly to Photo ID at the polls



**Houston, TX** – The final results of the 2014 Democratic and Republican March 4th Primary Elections have been approved by the Democratic and Republican Parties. The results show that less than 0.01% of the voters did not present one of the forms of photo identification required to vote at the poll.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success," said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. "The predictions of dire consequences of the Photo ID law simply did not happen. The doom and gloom rhetoric has not matched the positive results in the third largest county in the nation."**

Total turnout for the March 4th Primary Elections was 193,491 voters; a 9.7% turnout. **In the Republican Primary, 25 of the 139,703 voters voted provisionally because they did not present an acceptable photo ID. In the Democratic Primary, 10 of the 53,788 voters voted provisionally because they did not present an acceptable photo ID. As provided by law, within 6 days after Election Day, 4 Republican voters and 1 Democratic voter provided an acceptable Photo ID to the voter Registrar so that their provisional vote was counted.**

**"The fact that almost all of the voters have complied with the photo ID law does not surprise me. The Texas Secretary of State's office and my office have worked very hard to inform the public about the photo identification requirement," asserted Stanart.** The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach. **The Texas Secretary of State's office, along with assistance with the Department of Public Safety, conducted an extensive outreach campaign as well.**

**"I'm certain our educational efforts had an impact on compliance. But, an inherent awareness among citizens that a government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the voters were prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.**

The Official March 4, 2014 Democratic Party and Republican Party Cumulative Reports can be found at www.harrisvotes.com/ElectionResults.aspx.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

### 

HarrisCounty 009049

**Subject:**   FW: Voters have adapted to Photo ID



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
March 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

# PHOTO ID – OVER 99.9% VOTER COMPLIANCE
## Voters have adapted quickly to Photo ID at the polls



**Houston, TX** – The final results of the 2014 Democratic and Republican March 4th Primary Elections have been approved by the Democratic and Republican Parties. The results show that less than 0.01% of the voters did not present one of the forms of photo identification required to vote at the poll.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success,"** said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. **"The predictions of dire consequences of the Photo ID law simply did not happen. The doom and gloom rhetoric has not matched the positive results in the third largest county in the nation."**

Total turnout for the March 4th Primary Elections was 193,491 voters; a 9.7% turnout. **In the Republican Primary, 25 of the 139,703 voters voted provisionally because they did not present an acceptable photo ID. In the Democratic Primary, 10 of the 53,788 voters voted provisionally because they did not present an acceptable photo ID. As provided by law, within 6 days after Election Day, 4 Republican voters and 1 Democratic voter provided an acceptable Photo ID to the voter Registrar so that** their provisional vote was counted.

**"The fact that almost all of the voters have complied with the photo ID law does not surprise me. The Texas Secretary of State's office and my office have worked very hard to inform the public about the photo identification requirement,"** asserted Stanart. The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach. **The Texas Secretary of State's office, along with assistance with the Department of Public Safety,**

HarrisCounty 009050

conducted an extensive outreach campaign as well.

**"I'm certain our educational efforts had an impact on compliance. But, an inherent awareness among citizens that a government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the voters were prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.**

The Official March 4, 2014 Democratic Party and Republican Party Cumulative Reports can be found at www.harrisvotes.com/ElectionResults.aspx.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

### ###

12

HarrisCounty 009051

| | |
|---|---|
| **From:** | Harris County Clerk |
| **Sent:** | Friday, March 14, 2014 12:01 PM |
| **To:** | Harris County Clerk |
| **Subject:** | Voters have adapted to Photo ID |



# STAN STANART
## COUNTY CLERK
### *Recording the Major Events of Your Life*

For Immediate Release
March 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## PHOTO ID – OVER 99.9% VOTER COMPLIANCE
### Voters have adapted quickly to Photo ID at the polls



their provisional vote was counted.

**Houston, TX** – The final results of the 2014 Democratic and Republican March 4th Primary Elections have been approved by the Democratic and Republican Parties. The results show that less than 0.01% of the voters did not present one of the forms of photo identification required to vote at the poll.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success," said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. "The predictions of dire consequences of the Photo ID law simply did not happen. The doom and gloom rhetoric has not matched the positive results in the third largest county in the nation."**

Total turnout for the March 4th Primary Elections was 193,491 voters; a 9.7% turnout. In the Republican Primary, 25 of the 139,703 voters voted provisionally because they did not present an acceptable photo ID. In the Democratic Primary, 10 of the 53,788 voters voted provisionally because they did not present an acceptable photo ID. As provided by law, within 6 days after Election Day, 4 Republican voters and 1 Democratic voter provided an acceptable Photo ID to the voter Registrar so that

HarrisCounty 009052

"The fact that almost all of the voters have complied with the photo ID law does not surprise me. The Texas Secretary of State's office and my office have worked very hard to inform the public about the photo identification requirement," asserted Stanart. The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach. The Texas Secretary of State's office, along with assistance with the Department of Public Safety, conducted an extensive outreach campaign as well.

"I'm certain our educational efforts had an impact on compliance. But, an inherent awareness among citizens that a government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the voters were prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.

The Official March 4, 2014 Democratic Party and Republican Party Cumulative Reports can be found at www.harrisvotes.com/ElectionResults.aspx.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

###

HarrisCounty 009053

| | |
|---|---|
| **From:** | Harris County Clerk |
| **Sent:** | Friday, March 14, 2014 12:01 PM |
| **To:** | Harris County Clerk |
| **Subject:** | Voters have adapted to Photo ID |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
March 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## PHOTO ID – OVER 99.9% VOTER COMPLIANCE
### Voters have adapted quickly to Photo ID at the polls



**Houston, TX** – The final results of the 2014 Democratic and Republican March 4th Primary Elections have been approved by the Democratic and Republican Parties. The results show that less than 0.01% of the voters did not present one of the forms of photo identification required to vote at the poll.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success," said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. "The predictions of dire consequences of the Photo ID law simply did not happen. The doom and gloom rhetoric has not matched the positive results in the third largest county in the nation."**

Total turnout for the March 4th Primary Elections was 193,491 voters; a 9.7% turnout. In the Republican Primary, 25 of the 139,703 voters voted provisionally because they did not present an acceptable photo ID. In the Democratic Primary, 10 of the 53,788 voters voted provisionally because they did not present an acceptable photo ID. As provided by law, within 6 days after Election Day, 4 Republican voters and 1 Democratic voter provided an acceptable Photo ID to the voter Registrar so that their provisional vote was counted.

15

HarrisCounty 009054

"The fact that almost all of the voters have complied with the photo ID law does not surprise me. The Texas Secretary of State's office and my office have worked very hard to inform the public about the photo identification requirement," asserted Stanart. The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach. The Texas Secretary of State's office, along with assistance with the Department of Public Safety, conducted an extensive outreach campaign as well.

"I'm certain our educational efforts had an impact on compliance. But, an inherent awareness among citizens that a government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the voters were prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.

The Official March 4, 2014 Democratic Party and Republican Party Cumulative Reports can be found at www.harrisvotes.com/ElectionResults.aspx.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

###

HarrisCounty 009055

**From:**      Harris County Clerk
**Sent:**      Friday, March 14, 2014 12:01 PM
**To:**        Harris County Clerk
**Subject:**   Voters have adapted to Photo ID



# STAN STANART
## COUNTY CLERK
### *Recording the Major Events of Your Life*

For Immediate Release
March 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## PHOTO ID – OVER 99.9% VOTER COMPLIANCE
### Voters have adapted quickly to Photo ID at the polls



**Houston, TX** – The final results of the 2014 Democratic and Republican March 4th Primary Elections have been approved by the Democratic and Republican Parties. The results show that less than 0.01% of the voters did not present one of the forms of photo identification required to vote at the poll.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success," said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. "The predictions of dire consequences of the Photo ID law simply did not happen. The doom and gloom rhetoric has not matched the positive results in the third largest county in the nation."**

Total turnout for the March 4th Primary Elections was 193,491 voters; a 9.7% turnout. **In the Republican Primary, 25 of the 139,703 voters voted provisionally because they did not present an acceptable photo ID. In the Democratic Primary, 10 of the 53,788 voters voted provisionally because they did not present an acceptable photo ID. As provided by law, within 6 days after Election Day, 4 Republican voters and 1 Democratic voter provided an acceptable Photo ID to the voter Registrar so that**

their provisional vote was counted.

HarrisCounty 009056

"The fact that almost all of the voters have complied with the photo ID law does not surprise me. The Texas Secretary of State's office and my office have worked very hard to inform the public about the photo identification requirement," asserted Stanart. The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach. The Texas Secretary of State's office, along with assistance with the Department of Public Safety, conducted an extensive outreach campaign as well.

"I'm certain our educational efforts had an impact on compliance. But, an inherent awareness among citizens that a government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the voters were prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.

The Official March 4, 2014 Democratic Party and Republican Party Cumulative Reports can be found at www.harrisvotes.com/ElectionResults.aspx.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

### 

HarrisCounty 009057

| From: | Harris County Clerk |
| --- | --- |
| Sent: | Friday, March 14, 2014 12:01 PM |
| To: | Harris County Clerk |
| Subject: | Voters have adapted to Photo ID |



# STAN STANART
## COUNTY CLERK
*Recording the Major Events of Your Life*

For Immediate Release
March 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## PHOTO ID – OVER 99.9% VOTER COMPLIANCE
### Voters have adapted quickly to Photo ID at the polls



their provisional vote was counted.

**Houston, TX** – The final results of the 2014 Democratic and Republican March 4th Primary Elections have been approved by the Democratic and Republican Parties. The results show that less than 0.01% of the voters did not present one of the forms of photo identification required to vote at the poll.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success," said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. "The predictions of dire consequences of the Photo ID law simply did not happen. The doom and gloom rhetoric has not matched the positive results in the third largest county in the nation."**

Total turnout for the March 4th Primary Elections was 193,491 voters; a 9.7% turnout. **In the Republican Primary, 25 of the 139,703 voters voted provisionally because they did not present an acceptable photo ID. In the Democratic Primary, 10 of the 53,788 voters voted provisionally because they did not present an acceptable photo ID. As provided by law, within 6 days after Election Day, 4 Republican voters and 1 Democratic voter provided an acceptable Photo ID to the voter Registrar so that**

19

HarrisCounty 009058

"The fact that almost all of the voters have complied with the photo ID law does not surprise me. The Texas Secretary of State's office and my office have worked very hard to inform the public about the photo identification requirement," asserted Stanart. The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach. The Texas Secretary of State's office, along with assistance with the Department of Public Safety, conducted an extensive outreach campaign as well.

"I'm certain our educational efforts had an impact on compliance. But, an inherent awareness among citizens that a government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the voters were prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.

The Official March 4, 2014 Democratic Party and Republican Party Cumulative Reports can be found at www.harrisvotes.com/ElectionResults.aspx.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

###

HarrisCounty 009059

**From:** Harris County Clerk
**Sent:** Friday, March 14, 2014 12:01 PM
**To:** Harris County Clerk
**Subject:** Voters have adapted to Photo ID



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
March 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## PHOTO ID – OVER 99.9% VOTER COMPLIANCE
### Voters have adapted quickly to Photo ID at the polls



their provisional vote was counted.

**Houston, TX** – The final results of the 2014 Democratic and Republican March 4th Primary Elections have been approved by the Democratic and Republican Parties. The results show that less than 0.01% of the voters did not present one of the forms of photo identification required to vote at the poll.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success," said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. "The predictions of dire consequences of the Photo ID law simply did not happen. The doom and gloom rhetoric has not matched the positive results in the third largest county in the nation."**

Total turnout for the March 4th Primary Elections was 193,491 voters; a 9.7% turnout. In the Republican Primary, 25 of the 139,703 voters voted provisionally because they did not present an acceptable photo ID. In the Democratic Primary, 10 of the 53,788 voters voted provisionally because they did not present an acceptable photo ID. As provided by law, within 6 days after Election Day, 4 Republican voters and 1 Democratic voter provided an acceptable Photo ID to the voter Registrar so that

HarrisCounty 009060

"**The fact that almost all of the voters have complied with the photo ID law does not surprise me.  The Texas Secretary of State's office and my office have worked very hard to inform the public about the photo identification requirement,**" asserted Stanart. The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach.  **The Texas Secretary of State's office, along with assistance with the Department of Public Safety, conducted an extensive outreach campaign as well.**

"**I'm certain our educational efforts had an impact on compliance.  But, an inherent awareness among citizens that a government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the voters were prepared to vote in these elections and will be prepared to vote in future elections,**" concluded Stanart.

The Official March 4, 2014 Democratic Party and Republican Party Cumulative Reports can be found at www.harrisvotes.com/ElectionResults.aspx.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

### ###

HarrisCounty 009061

| From: | Harris County Clerk |
|---|---|
| Sent: | Friday, March 14, 2014 12:01 PM |
| To: | Harris County Clerk |
| Subject: | Voters have adapted to Photo ID |



# STAN STANART
## COUNTY CLERK
*Recording the Major Events of Your Life*

For Immediate Release
March 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## PHOTO ID – OVER 99.9% VOTER COMPLIANCE
### Voters have adapted quickly to Photo ID at the polls



their provisional vote was counted.

**Houston, TX** – The final results of the 2014 Democratic and Republican March 4th Primary Elections have been approved by the Democratic and Republican Parties. The results show that less than 0.01% of the voters did not present one of the forms of photo identification required to vote at the poll.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success," said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. "The predictions of dire consequences of the Photo ID law simply did not happen. The doom and gloom rhetoric has not matched the positive results in the third largest county in the nation."**

Total turnout for the March 4th Primary Elections was 193,491 voters; a 9.7% turnout. In the Republican Primary, 25 of the 139,703 voters voted provisionally because they did not present an acceptable photo ID. In the Democratic Primary, 10 of the 53,788 voters voted provisionally because they did not present an acceptable photo ID. As provided by law, within 6 days after Election Day, 4 Republican voters and 1 Democratic voter provided an acceptable Photo ID to the voter Registrar so that

HarrisCounty 009062

"The fact that almost all of the voters have complied with the photo ID law does not surprise me. The Texas Secretary of State's office and my office have worked very hard to inform the public about the photo identification requirement," asserted Stanart. The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach. The Texas Secretary of State's office, along with assistance with the Department of Public Safety, conducted an extensive outreach campaign as well.

"I'm certain our educational efforts had an impact on compliance. But, an inherent awareness among citizens that a government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the voters were prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.

The Official March 4, 2014 Democratic Party and Republican Party Cumulative Reports can be found at www.harrisvotes.com/ElectionResults.aspx.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

###

HarrisCounty 009063

**From:** Harris County Clerk
**Sent:** Friday, March 14, 2014 12:01 PM
**To:** Harris County Clerk
**Subject:** Voters have adapted to Photo ID



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
March 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## PHOTO ID – OVER 99.9% VOTER COMPLIANCE
## Voters have adapted quickly to Photo ID at the polls



**Houston, TX** – The final results of the 2014 Democratic and Republican March 4th Primary Elections have been approved by the Democratic and Republican Parties. The results show that less than 0.01% of the voters did not present one of the forms of photo identification required to vote at the poll.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success," said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. "The predictions of dire consequences of the Photo ID law simply did not happen. The doom and gloom rhetoric has not matched the positive results in the third largest county in the nation."**

Total turnout for the March 4th Primary Elections was 193,491 voters; a 9.7% turnout. In the Republican Primary, 25 of the 139,703 voters voted provisionally because they did not present an acceptable photo ID. In the Democratic Primary, 10 of the 53,788 voters voted provisionally because they did not present an acceptable photo ID. As provided by law, within 6 days after Election Day, 4 Republican voters and 1 Democratic voter provided an acceptable Photo ID to the voter Registrar so that their provisional vote was counted.

HarrisCounty 009064

**"The fact that almost all of the voters have complied with the photo ID law does not surprise me. The Texas Secretary of State's office and my office have worked very hard to inform the public about the photo identification requirement," asserted Stanart.** The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach. **The Texas Secretary of State's office, along with assistance with the Department of Public Safety, conducted an extensive outreach campaign as well.**

**"I'm certain our educational efforts had an impact on compliance. But, an inherent awareness among citizens that a government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the voters were prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.**

The Official March 4, 2014 Democratic Party and Republican Party Cumulative Reports can be found at www.harrisvotes.com/ElectionResults.aspx.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

### 

HarrisCounty 009065

**From:**        Harris County Clerk
**Sent:**        Friday, March 14, 2014 12:01 PM
**To:**        Harris County Clerk
**Subject:**        Voters have adapted to Photo ID



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
March 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## PHOTO ID – OVER 99.9% VOTER COMPLIANCE
## Voters have adapted quickly to Photo ID at the polls



**Houston, TX** – The final results of the 2014 Democratic and Republican March 4th Primary Elections have been approved by the Democratic and Republican Parties. The results show that less than 0.01% of the voters did not present one of the forms of photo identification required to vote at the poll.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success," said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. "The predictions of dire consequences of the Photo ID law simply did not happen. The doom and gloom rhetoric has not matched the positive results in the third largest county in the nation."**

Total turnout for the March 4th Primary Elections was 193,491 voters; a 9.7% turnout. **In the Republican Primary, 25 of the 139,703 voters voted provisionally because they did not present an acceptable photo ID. In the Democratic Primary, 10 of the 53,788 voters voted provisionally because they did not present an acceptable photo ID. As provided by law, within 6 days after Election Day, 4 Republican voters and 1 Democratic voter provided an acceptable Photo ID to the voter Registrar so that**

their provisional vote was counted.

HarrisCounty 009066

"**The fact that almost all of the voters have complied with the photo ID law does not surprise me. The Texas Secretary of State's office and my office have worked very hard to inform the public about the photo identification requirement,**" asserted Stanart. The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach. **The Texas Secretary of State's office, along with assistance with the Department of Public Safety, conducted an extensive outreach campaign as well.**

"**I'm certain our educational efforts had an impact on compliance. But, an inherent awareness among citizens that a government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the voters were prepared to vote in these elections and will be prepared to vote in future elections,**" concluded Stanart.

The Official March 4, 2014 Democratic Party and Republican Party Cumulative Reports can be found at www.harrisvotes.com/ElectionResults.aspx.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

###

HarrisCounty 009067

**From:**        Harris County Clerk
**Sent:**        Friday, March 14, 2014 12:01 PM
**To:**          Harris County Clerk
**Subject:**     Voters have adapted to Photo ID



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
March 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## PHOTO ID – OVER 99.9% VOTER COMPLIANCE
### Voters have adapted quickly to Photo ID at the polls



their provisional vote was counted.

**Houston, TX** – The final results of the 2014 Democratic and Republican March 4th Primary Elections have been approved by the Democratic and Republican Parties. The results show that less than 0.01% of the voters did not present one of the forms of photo identification required to vote at the poll.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success,"** said Stan Stanart, Harris County Clerk and **Chief Elections Officer of the County. "The predictions of dire consequences of the Photo ID law simply did not happen. The doom and gloom rhetoric has not matched the positive results in the third largest county in the nation."**

Total turnout for the March 4th Primary Elections was 193,491 voters; a 9.7% turnout. **In the Republican Primary, 25 of the 139,703 voters voted provisionally because they did not present an acceptable photo ID. In the Democratic Primary, 10 of the 53,788 voters voted provisionally because they did not present an acceptable photo ID. As provided by law, within 6 days after Election Day, 4 Republican voters and 1 Democratic voter provided an acceptable Photo ID to the voter Registrar so that**

HarrisCounty 009068

"The fact that almost all of the voters have complied with the photo ID law does not surprise me. The Texas Secretary of State's office and my office have worked very hard to inform the public about the photo identification requirement," asserted Stanart. The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach. The Texas Secretary of State's office, along with assistance with the Department of Public Safety, conducted an extensive outreach campaign as well.

"I'm certain our educational efforts had an impact on compliance. But, an inherent awareness among citizens that a government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the voters were prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.

The Official March 4, 2014 Democratic Party and Republican Party Cumulative Reports can be found at www.harrisvotes.com/ElectionResults.aspx.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

###

HarrisCounty 009069

| | |
|---|---|
| **From:** | Harris County Clerk |
| **Sent:** | Friday, March 14, 2014 12:01 PM |
| **To:** | Harris County Clerk |
| **Subject:** | Voters have adapted to Photo ID |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
March 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## PHOTO ID – OVER 99.9% VOTER COMPLIANCE
### Voters have adapted quickly to Photo ID at the polls



their provisional vote was counted.

**Houston, TX** – The final results of the 2014 Democratic and Republican March 4th Primary Elections have been approved by the Democratic and Republican Parties. The results show that less than 0.01% of the voters did not present one of the forms of photo identification required to vote at the poll.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success," said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. "The predictions of dire consequences of the Photo ID law simply did not happen. The doom and gloom rhetoric has not matched the positive results in the third largest county in the nation."**

Total turnout for the March 4th Primary Elections was 193,491 voters; a 9.7% turnout. In the Republican Primary, 25 of the 139,703 voters voted provisionally because they did not present an acceptable photo ID. In the Democratic Primary, 10 of the 53,788 voters voted provisionally because they did not present an acceptable photo ID. As provided by law, within 6 days after Election Day, 4 Republican voters and 1 Democratic voter provided an acceptable Photo ID to the voter Registrar so that

HarrisCounty 009070

"The fact that almost all of the voters have complied with the photo ID law does not surprise me. The Texas Secretary of State's office and my office have worked very hard to inform the public about the photo identification requirement," asserted Stanart. The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach. The Texas Secretary of State's office, along with assistance with the Department of Public Safety, conducted an extensive outreach campaign as well.

"I'm certain our educational efforts had an impact on compliance. But, an inherent awareness among citizens that a government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the voters were prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.

The Official March 4, 2014 Democratic Party and Republican Party Cumulative Reports can be found at www.harrisvotes.com/ElectionResults.aspx.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

###

HarrisCounty 009071

**From:** Harris County Clerk
**Sent:** Friday, March 14, 2014 12:01 PM
**To:** Harris County Clerk
**Subject:** Voters have adapted to Photo ID



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
March 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

### PHOTO ID – OVER 99.9% VOTER COMPLIANCE
### Voters have adapted quickly to Photo ID at the polls



their provisional vote was counted.

**Houston, TX** – The final results of the 2014 Democratic and Republican March 4th Primary Elections have been approved by the Democratic and Republican Parties. The results show that less than 0.01% of the voters did not present one of the forms of photo identification required to vote at the poll.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success," said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. "The predictions of dire consequences of the Photo ID law simply did not happen. The doom and gloom rhetoric has not matched the positive results in the third largest county in the nation."**

Total turnout for the March 4th Primary Elections was 193,491 voters; a 9.7% turnout. In the Republican Primary, 25 of the 139,703 voters voted provisionally because they did not present an acceptable photo ID. In the Democratic Primary, 10 of the 53,788 voters voted provisionally because they did not present an acceptable photo ID. As provided by law, within 6 days after Election Day, 4 Republican voters and 1 Democratic voter provided an acceptable Photo ID to the voter Registrar so that

HarrisCounty 009072

"The fact that almost all of the voters have complied with the photo ID law does not surprise me. The Texas Secretary of State's office and my office have worked very hard to inform the public about the photo identification requirement," asserted Stanart. The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach. The Texas Secretary of State's office, along with assistance with the Department of Public Safety, conducted an extensive outreach campaign as well.

"I'm certain our educational efforts had an impact on compliance. But, an inherent awareness among citizens that a government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the voters were prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.

The Official March 4, 2014 Democratic Party and Republican Party Cumulative Reports can be found at www.harrisvotes.com/ElectionResults.aspx.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

###

HarrisCounty 009073

| From: | Harris County Clerk |
| --- | --- |
| Sent: | Friday, March 14, 2014 12:01 PM |
| To: | Harris County Clerk |
| Subject: | Voters have adapted to Photo ID |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
March 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## PHOTO ID – OVER 99.9% VOTER COMPLIANCE
## Voters have adapted quickly to Photo ID at the polls



their provisional vote was counted.

**Houston, TX** – The final results of the 2014 Democratic and Republican March 4th Primary Elections have been approved by the Democratic and Republican Parties. The results show that less than 0.01% of the voters did not present one of the forms of photo identification required to vote at the poll.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success," said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. "The predictions of dire consequences of the Photo ID law simply did not happen. The doom and gloom rhetoric has not matched the positive results in the third largest county in the nation."**

Total turnout for the March 4th Primary Elections was 193,491 voters; a 9.7% turnout. **In the Republican Primary, 25 of the 139,703 voters voted provisionally because they did not present an acceptable photo ID. In the Democratic Primary, 10 of the 53,788 voters voted provisionally because they did not present an acceptable photo ID.** As provided by law, within 6 days after Election Day, 4 Republican voters and 1 Democratic voter provided an acceptable Photo ID to the voter Registrar so that

HarrisCounty 009074

"**The fact that almost all of the voters have complied with the photo ID law does not surprise me. The Texas Secretary of State's office and my office have worked very hard to inform the public about the photo identification requirement," asserted Stanart.** The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach. **The Texas Secretary of State's office, along with assistance with the Department of Public Safety, conducted an extensive outreach campaign as well.**

"**I'm certain our educational efforts had an impact on compliance. But, an inherent awareness among citizens that a government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the voters were prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.**

The Official March 4, 2014 Democratic Party and Republican Party Cumulative Reports can be found at www.harrisvotes.com/ElectionResults.aspx.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

###

HarrisCounty 009075

| | |
|---|---|
| **From:** | Harris County Clerk |
| **Sent:** | Friday, March 14, 2014 12:01 PM |
| **To:** | Harris County Clerk |
| **Subject:** | Voters have adapted to Photo ID |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
March 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## PHOTO ID – OVER 99.9% VOTER COMPLIANCE
### Voters have adapted quickly to Photo ID at the polls



their provisional vote was counted.

**Houston, TX** – The final results of the 2014 Democratic and Republican March 4th Primary Elections have been approved by the Democratic and Republican Parties. The results show that less than 0.01% of the voters did not present one of the forms of photo identification required to vote at the poll.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success," said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. "The predictions of dire consequences of the Photo ID law simply did not happen. The doom and gloom rhetoric has not matched the positive results in the third largest county in the nation."**

Total turnout for the March 4th Primary Elections was 193,491 voters; a 9.7% turnout. In the Republican Primary, 25 of the 139,703 voters voted provisionally because they did not present an acceptable photo ID. In the Democratic Primary, 10 of the 53,788 voters voted provisionally because they did not present an acceptable photo ID. As provided by law, within 6 days after Election Day, 4 Republican voters and 1 Democratic voter provided an acceptable Photo ID to the voter Registrar so that

HarrisCounty 009076

"**The fact that almost all of the voters have complied with the photo ID law does not surprise me. The Texas Secretary of State's office and my office have worked very hard to inform the public about the photo identification requirement," asserted Stanart.** The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach. **The Texas Secretary of State's office, along with assistance with the Department of Public Safety, conducted an extensive outreach campaign as well.**

"**I'm certain our educational efforts had an impact on compliance. But, an inherent awareness among citizens that a government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the voters were prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.**

The Official March 4, 2014 Democratic Party and Republican Party Cumulative Reports can be found at www.harrisvotes.com/ElectionResults.aspx.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

###



HarrisCounty 009077

**From:**     Fikac, Peggy <PFikac@express-news.net>
**Sent:**     Friday, March 14, 2014 11:52 AM
**To:**       Stanart, Stan (CCO)
**Subject:**  RE: Voters have adapted to Photo ID


Thank you very much!


**From:** Stanart, Stan (CCO) [mailto:sstanart@hctx.net]
**Sent:** Friday, March 14, 2014 11:47 AM
**To:** Fikac, Peggy
**Subject:** Voters have adapted to Photo ID



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release                                       Contact: hdeleon@cco.hctx.net
March 14, 2014                                              713.539.0114 or 713.274.9550

HarrisCounty 009078

# PHOTO ID – OVER 99.9% VOTER COMPLIANCE
## Voters have adapted quickly to Photo ID at the polls



**Houston, TX** – The final results of the 2014 Democratic and Republican March 4th Primary Elections have been approved by the Democratic and Republican Parties. The results show that less than 0.01% of the voters did not present one of the forms of photo identification required to vote at the poll.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success," said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. "The predictions of dire consequences of the Photo ID law simply did not happen. The doom and gloom rhetoric has not matched the positive results in the third largest county in the nation."**

Total turnout for the March 4th Primary Elections was 193,491 voters; a 9.7% turnout. **In the Republican Primary, 25 of the 139,703 voters voted provisionally because they did not present an acceptable photo ID. In the Democratic Primary, 10 of the 53,788 voters voted provisionally because they did not present an acceptable photo ID. As provided by law, within 6 days after Election Day, 4 Republican voters and 1 Democratic voter provided an acceptable Photo ID to the voter Registrar so that** their provisional vote was counted.

**"The fact that almost all of the voters have complied with the photo ID law does not surprise me. The Texas Secretary of State's office and my office have worked very hard to inform the public about the photo identification requirement," asserted Stanart.** The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach. **The Texas Secretary of State's office, along with assistance with the Department of Public Safety, conducted an extensive outreach campaign as well.**

**"I'm certain our educational efforts had an impact on compliance. But, an inherent awareness among citizens that a government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the voters were prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.**

The Official March 4, 2014 Democratic Party and Republican Party Cumulative Reports can be found at www.harrisvotes.com/ElectionResults.aspx.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

### ###

HarrisCounty 009079

**From:** Stanart, Stan (CCO)
**Sent:** Friday, March 14, 2014 11:47 AM
**To:** pfikac@express-news.net
**Subject:** Voters have adapted to Photo ID



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
March 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

### PHOTO ID – OVER 99.9% VOTER COMPLIANCE
### Voters have adapted quickly to Photo ID at the polls



**Houston, TX** – The final results of the 2014 Democratic and Republican March 4th Primary Elections have been approved by the Democratic and Republican Parties. The results show that less than 0.01% of the voters did not present one of the forms of photo identification required to vote at the poll.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success," said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. "The predictions of dire consequences of the Photo ID law simply did not happen. The doom and gloom rhetoric has not matched the positive results in the third largest county in the nation."**

Total turnout for the March 4th Primary Elections was 193,491 voters; a 9.7% turnout. **In the Republican Primary, 25 of the 139,703 voters voted provisionally because they did not present an acceptable photo ID. In the Democratic Primary, 10 of the 53,788 voters voted provisionally because they did not present an acceptable photo ID. As provided by law, within 6 days after Election Day, 4 Republican voters and 1 Democratic voter provided an acceptable Photo ID to the voter Registrar so that** their provisional vote was counted.

"The fact that almost all of the voters have complied with the photo ID law does not surprise me. The Texas Secretary of State's office and my office have worked very hard to inform the public about the photo identification requirement," asserted Stanart. The County Clerk's office launched a comprehensive effort to make

HarrisCounty 009080

voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach. **The Texas Secretary of State's office, along with assistance with the Department of Public Safety, conducted an extensive outreach campaign as well.**

**"I'm certain our educational efforts had an impact on compliance. But, an inherent awareness among citizens that a government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the voters were prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.**

The Official March 4, 2014 Democratic Party and Republican Party Cumulative Reports can be found at www.harrisvotes.com/ElectionResults.aspx.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

###

HarrisCounty 009081

**From:** DeLeon, Hector (CCO)
**Sent:** Friday, March 14, 2014 11:48 AM
**To:** 'county.clerk@cco.hctx.net'
**Subject:** FW: Voters have adapted to Photo ID



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
March 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## PHOTO ID – OVER 99.9% VOTER COMPLIANCE
## Voters have adapted quickly to Photo ID at the polls



**Houston, TX** – The final results of the 2014 Democratic and Republican March 4th Primary Elections have been approved by the Democratic and Republican Parties. The results show that less than 0.01% of the voters did not present one of the forms of photo identification required to vote at the poll.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success," said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. "The predictions of dire consequences of the Photo ID law simply did not happen. The doom and gloom rhetoric has not matched the positive results in the third largest county in the nation."**

Total turnout for the March 4th Primary Elections was 193,491 voters; a 9.7% turnout. In the Republican Primary, 25 of the 139,703 voters voted provisionally because they did not present an acceptable photo ID. In the Democratic Primary, 10 of the 53,788 voters voted provisionally because they did not present an acceptable photo ID. As provided by law, within 6 days after Election Day, 4 Republican voters and 1 Democratic voter provided an acceptable Photo ID to the voter Registrar so that

their provisional vote was counted.

"The fact that almost all of the voters have complied with the photo ID law does not surprise me. The Texas

HarrisCounty 009082

Secretary of State's office and my office have worked very hard to inform the public about the photo identification requirement," asserted Stanart. The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach. The Texas Secretary of State's office, along with assistance with the Department of Public Safety, conducted an extensive outreach campaign as well.

"I'm certain our educational efforts had an impact on compliance. But, an inherent awareness among citizens that a government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the voters were prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.

The Official March 4, 2014 Democratic Party and Republican Party Cumulative Reports can be found at www.harrisvotes.com/ElectionResults.aspx.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

###



HarrisCounty 009083

| | |
|---|---|
| **From:** | Stanart, Stan (CCO) |
| **Sent:** | Friday, March 14, 2014 11:47 AM |
| **To:** | pfikac@express-news.net |
| **Subject:** | Voters have adapted to Photo ID |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
March 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

### PHOTO ID – OVER 99.9% VOTER COMPLIANCE
### Voters have adapted quickly to Photo ID at the polls



BRING YOUR PHOTO ID to the polls

**Houston, TX** – The final results of the 2014 Democratic and Republican March 4th Primary Elections have been approved by the Democratic and Republican Parties. The results show that less than 0.01% of the voters did not present one of the forms of photo identification required to vote at the poll.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success,"** said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. **"The predictions of dire consequences of the Photo ID law simply did not happen. The doom and gloom rhetoric has not matched the positive results in the third largest county in the nation."**

Total turnout for the March 4th Primary Elections was 193,491 voters; a 9.7% turnout. **In the Republican Primary, 25 of the 139,703 voters voted provisionally because they did not present an acceptable photo ID. In the Democratic Primary, 19 of the 53,788 voters voted provisionally because they did not present an acceptable photo ID. As provided by law, within 6 days after Election Day, 4 Republican voters and 1 Democratic voter provided an acceptable Photo ID to the voter Registrar so that** their provisional vote was counted.

"The fact that almost all of the voters have complied with the photo ID law does not surprise me. The Texas Secretary of State's office and my office have worked very hard to inform the public about the photo identification requirement," asserted Stanart. The County Clerk's office launched a comprehensive effort to make

HarrisCounty 009084

voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach. **The Texas Secretary of State's office, along with assistance with the Department of Public Safety, conducted an extensive outreach campaign as well.**

**"I'm certain our educational efforts had an impact on compliance. But, an inherent awareness among citizens that a government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the voters were prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.**

The Official March 4, 2014 Democratic Party and Republican Party Cumulative Reports can be found at www.harrisvotes.com/ElectionResults.aspx.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

###

HarrisCounty 009085

**From:** Stanart, Stan (CCO)
**Sent:** Friday, March 14, 2014 11:44 AM
**To:** DeLeon, Hector (CCO)
**Subject:** Voters have adapted to Photo ID



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
March 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## PHOTO ID – OVER 99.9% VOTER COMPLIANCE
### Voters have adapted quickly to Photo ID at the polls



**Houston, TX** – The final results of the 2014 Democratic and Republican March 4th Primary Elections have been approved by the Democratic and Republican Parties. The results show that less than 0.01% of the voters did not present one of the forms of photo identification required to vote at the poll.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success," said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. "The predictions of dire consequences by opponents of the Photo ID law simply did not happen. The doom and gloom rhetoric has not matched the positive results in the third largest county in the nation."**

Total turnout for the March 4th Primary Elections was 193,491 voters; a 9.7% turnout. **In the Republican Primary, 25 of the 139,703 voters voted provisionally because they did not present an acceptable photo ID. In the Democratic Primary, 10 of the 53,788 voters voted provisionally because they did not present an acceptable photo ID. As provided by law, within 6 days after Election Day, 4 Republican voters and 1 Democratic voter provided an acceptable Photo ID to the voter Registrar so that their provisional vote was counted.**

"The fact that almost all of the voters have complied with the photo ID law does not surprise me. The Texas Secretary of State's office and my office have worked very hard to inform the public about the photo identification requirement," asserted Stanart. The County Clerk's office launched a comprehensive effort to make

HarrisCounty 009086

voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach. **The Texas Secretary of State's office, along with assistance with the Department of Public Safety, conducted an extensive outreach campaign as well.**

**"I'm certain our educational efforts had an impact on compliance. But, an inherent awareness among citizens that a government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the voters were prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.**

The Official March 4, 2014 Democratic Party and Republican Party Cumulative Reports can be found at www.harrisvotes.com/ElectionResults.aspx.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

###

HarrisCounty 009087

| From: | Harris County Clerk |
|---|---|
| Sent: | Friday, March 14, 2014 11:42 AM |
| To: | Stanart, Stan (CCO) |
| Subject: | Voters have adapted to Photo ID |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
March 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## PHOTO ID – OVER 99.9% VOTER COMPLIANCE
## Voters have adapted quickly to Photo ID at the polls



**Houston, TX** – The final results of the 2014 Democratic and Republican March 4th Primary Elections have been approved by the Democratic and Republican Parties. The results show that less than 0.01% of the voters did not present one of the forms of photo identification required to vote at the poll.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success," said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. "The predictions of dire consequences by opponents of the Photo ID law simply did not happen. The doom and gloom rhetoric has not matched the positive results in the third largest county in the nation."**

Total turnout for the March 4th Primary Elections was 193,491 voters; a 9.7% turnout. **In the Republican Primary, 25 of the 139,703 voters voted provisionally because they did not present an acceptable photo ID. In the Democratic Primary, 10 of the 53,788 voters voted provisionally because they did not present an acceptable photo ID. As provided by law, within 6 days after Election Day, 4 Republican voters and 1 Democratic voter provided an acceptable Photo ID to the voter Registrar so that** their provisional vote was counted.

"The fact that almost all of the voters have complied with the photo ID law does not surprise me. The Texas Secretary of State's office and my office have worked very hard to inform the public about the photo identification requirement," asserted Stanart. The County Clerk's office launched a comprehensive effort to make

HarrisCounty 009088

voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach. **The Texas Secretary of State's office, along with assistance with the Department of Public Safety, conducted an extensive outreach campaign as well.**

**"I'm certain our educational efforts had an impact on compliance. But, an inherent awareness among citizens that a government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the voters were prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.**

The Official March 4, 2014 Democratic Party and Republican Party Cumulative Reports can be found at www.harrisvotes.com/ElectionResults.aspx.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

###

HarrisCounty 009089

**From:** Stanart, Stan (CCO)
**Sent:** Thursday, March 13, 2014 5:19 PM
**To:** Hammerlein, George (CCO); DeLeon, Hector (CCO)
**Cc:** Aston, Sonya (CCO); Sheppard, Laura (CCO); Cardenas, Esther (CCO); German, John (CCO)
**Subject:** RE: Voters have adapted to Photo ID

After the final reports are posted on HarrisVotes.   They are planned to be posted Friday morning.

*Regards,*

## Stan Stanart

**Harris County Clerk & Chief Election Official** - *Recording the Major Events of Your Life*
(713) 755-6410
Stan.Stanart@hctx.net

---

**From:** Hammerlein, George (CCO)
**Sent:** Thursday, March 13, 2014 5:17 PM
**To:** DeLeon, Hector (CCO); Stanart, Stan (CCO)
**Cc:** Aston, Sonya (CCO); Sheppard, Laura (CCO); Cardenas, Esther (CCO); German, John (CCO)
**Subject:** RE: Voters have adapted to Photo ID

Stan told me in the morning.

George

---

**From:** DeLeon, Hector (CCO)
**Sent:** Thursday, March 13, 2014 5:16 PM
**To:** Stanart, Stan (CCO)
**Cc:** Aston, Sonya (CCO); Sheppard, Laura (CCO); Cardenas, Esther (CCO); Hammerlein, George (CCO); German, John (CCO)
**Subject:** Re: Voters have adapted to Photo ID

When do you want to send it out?

*Sent from my Verizon Wireless 4G LTE DROID*

"Stanart, Stan (CCO)" <sstanart@hctx.net> wrote:



HarrisCounty 009090

# STAN STANART

## COUNTY CLERK

### *Recording the Major Events of Your Life*

For Immediate Release
March 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## PHOTO ID – OVER 99.9% VOTER COMPLIANCE
### Voters have adapted quickly to Photo ID at the polls



**Houston, TX** – The final results of the 2014 Democratic and Republican March 4th Primary Elections have been approved by the Democratic and Republican Parties. The results show that less than 0.01% of the voters did not present one of the forms of photo identification required to vote at the poll.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success," said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. "The predictions of dire consequences by opponents of the Photo ID law simply did not happen. The doom and gloom rhetoric has not matched the positive results in the third largest county in the nation."**

Total turnout for the March 4th Primary Elections was 193,491 voters; a 9.7% turnout. **In the Republican Primary, 25 of the 139,703 voters voted provisionally because they did not present an acceptable photo ID. In the Democratic Primary, 10 of the 53,788 voters voted provisionally because they did not present an acceptable photo ID. As provided by law, within 6 days after Election Day, 4 Republican voters and 1 Democratic voter provided an acceptable** Photo ID to the voter Registrar so that their provisional vote was counted.

**"The fact that almost all of the voters have complied with the photo ID law does not surprise me. The Texas Secretary of State's office and my office have worked very hard to inform the public about the photo identification requirement," asserted** Stanart. The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach. **The Texas Secretary of State's office, along with assistance with the Department of Public Safety, conducted an extensive outreach campaign as well.**

**"I'm certain our educational efforts had an impact on compliance. But, an inherent awareness among citizens that a government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the voters were prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.**

The Official Democratic Party and Republican Party Cumulative Reports can be found at www.HarrisVotes.com.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at

HarrisCounty 009091

[none]

www.HarrisVotes.com.

HarrisCounty 009092

| | |
|---|---|
| **From:** | Hammerlein, George (CCO) |
| **Sent:** | Thursday, March 13, 2014 4:58 PM |
| **To:** | Stanart, Stan (CCO) |
| **Subject:** | RE: Voters have adapted to Photo ID |

Looks good to me..

---

**From:** Stanart, Stan (CCO)
**Sent:** Thursday, March 13, 2014 4:38 PM
**To:** Aston, Sonya (CCO); DeLeon, Hector (CCO)
**Cc:** Sheppard, Laura (CCO); Cardenas, Esther (CCO); Hammerlein, George (CCO); German, John (CCO)
**Subject:** Voters have adapted to Photo ID



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

---

For Immediate Release
March 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

HarrisCounty 009093

# PHOTO ID – OVER 99.9% VOTER COMPLIANCE
## Voters have adapted quickly to Photo ID at the polls



**Houston, TX** – The final results of the 2014 Democratic and Republican March 4th Primary Elections have been approved by the Democratic and Republican Parties. The results show that less than 0.01% of the voters did not present one of the forms of photo identification required to vote at the poll.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success," said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. "The predictions of dire consequences by opponents of the Photo ID law simply did not happen. The doom and gloom rhetoric has not matched the positive results in the third largest county in the nation."**

Total turnout for the March 4th Primary Elections was 193,491 voters; a 9.7% turnout. **In the Republican Primary, 25 of the 139,703 voters voted provisionally because they did not present an acceptable photo ID. In the Democratic Primary, 10 of the 53,788 voters voted provisionally because they did not present an acceptable photo ID. As provided by law, within 6 days after Election Day, 4 Republican voters and 1 Democratic voter provided an acceptable Photo ID to the voter Registrar so that their provisional vote was counted.**

**"The fact that almost all of the voters have complied with the photo ID law does not surprise me. The Texas Secretary of State's office and my office have worked very hard to inform the public about the photo identification requirement," asserted Stanart.** The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach. **The Texas Secretary of State's office, along with assistance with the Department of Public Safety, conducted an extensive outreach campaign as well.**

**"I'm certain our educational efforts had an impact on compliance. But, an inherent awareness among citizens that a government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the voters were prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.**

The Official Democratic Party and Republican Party Cumulative Reports can be found at www.HarrisVotes.com.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

### ###

HarrisCounty 009094

**From:**           Aston, Sonya (CCO)
**Sent:**           Thursday, March 13, 2014 10:43 AM
**To:**           DeLeon, Hector (CCO); Stanart, Stan (CCO)
**Cc:**           Sheppard, Laura (CCO); Cardenas, Esther (CCO); Hammerlein, George (CCO); German, John (CCO)
**Subject:**           RE: Voters have adapted quickly to Photo ID at the poll requirement

Just a few comments in green and yellow.

*Sonya L. Aston*
Attorney at Law
Administrator of Elections
Office of Stan Stanart
Harris County Clerk
1001 Preston Street, Suite 439
Houston, Texas 77002
(713) 755-5792

---

**From:** DeLeon, Hector (CCO)
**Sent:** Thursday, March 13, 2014 8:27 AM
**To:** Aston, Sonya (CCO); Stanart, Stan (CCO)
**Cc:** Sheppard, Laura (CCO); Cardenas, Esther (CCO); Hammerlein, George (CCO); German, John (CCO)
**Subject:** Voters have adapted quickly to Photo ID at the poll requirement



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

---

For Immediate Release
March 12, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

HarrisCounty 009095

# 99.99% VOTER COMPLIANCE IS THE NORM
## Voters have adapted quickly to Photo ID at the poll requirement



**Houston, TX** – A review of Harris County records for the 2014 Democratic and Republican Primary Elections and the 2013 November General Election and December Runoff Election show that over 99.99% of the voters who showed up to vote at the poll were able to present one of the forms of photo identification required to vote in Texas.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success," said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. ""The predicted doom and gloom is just not a reality and does match the positive results in the third largest county in the nation."**

In the four election that have been held since Photo ID went into effect a total of 435,753 voters have been processed to vote at the poll and of those **only 145 voters failed to present an acceptable form of photo identification.**

**"The fact that almost one-hundred percent of the voters have complied with the photo ID law does not surprise me. The elections department has worked very hard to inform the public about the photo identification requirement," asserted Stanart.** The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach.

**"I'm certain our educational efforts have had an impact on compliance. But, an inherent awareness among citizens that government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the electorate was prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.**

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

### ###

HarrisCounty 009096

**From:** DeLeon, Hector (CCO)
**Sent:** Thursday, March 13, 2014 8:27 AM
**To:** Aston, Sonya (CCO); Stanart, Stan (CCO)
**Cc:** Sheppard, Laura (CCO); Cardenas, Esther (CCO); Hammerlein, George (CCO); German, John (CCO)
**Subject:** Voters have adapted quickly to Photo ID at the poll requirement



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
March 12, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550



### 99.99% VOTER COMPLIANCE IS THE NORM
### Voters have adapted quickly to Photo ID at the poll requirement

**Houston, TX** – A review of Harris County records for the 2014 Democratic and Republican Primary Elections and the 2013 November General Election and December Runoff Election show that over 99.99% of the voters who showed up to vote at the poll were able to present one of the forms of photo identification required to vote in Texas.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success," said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. ""The predicted doom and gloom is just not a reality and does match the positive results in the third largest county in the nation."**

In the four election that have been held since Photo ID went into effect a total of 435,753 voters have been processed to vote at the poll and of those **only 145 failed to present an acceptable form of photo identification.**

HarrisCounty 009097

"The fact that almost one-hundred percent of the voters have complied with the photo ID law does not surprise me. The elections department has worked very hard to inform the public about the photo identification requirement," asserted Stanart. The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach.

"I'm certain our educational efforts have had an impact on compliance. But, an inherent awareness among citizens that government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the electorate was prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

###

HarrisCounty 009098

| From: | DeLeon, Hector (CCO) |
|---|---|
| Sent: | Thursday, March 13, 2014 8:27 AM |
| To: | Aston, Sonya (CCO); Stanart, Stan (CCO) |
| Cc: | Sheppard, Laura (CCO); Cardenas, Esther (CCO); Hammerlein, George (CCO); German, John (CCO) |
| Subject: | Voters have adapted quickly to Photo ID at the poll requirement |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
March 12, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550



### 99.99% VOTER COMPLIANCE IS THE NORM
### Voters have adapted quickly to Photo ID at the poll requirement

**Houston, TX** – A review of Harris County records for the 2014 Democratic and Republican Primary Elections and the 2013 November General Election and December Runoff Election show that over 99.99% of the voters who showed up to vote at the poll were able to present one of the forms of photo identification required to vote in Texas.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success," said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. ""The predicted doom and gloom is just not a reality and does match the positive results in the third largest county in the nation."**

In the four election that have been held since Photo ID went into effect a total of 435,753 voters have been processed to vote at the poll and of those **only 145 failed to present an acceptable form of photo identification.**

HarrisCounty 009099

"The fact that almost one-hundred percent of the voters have complied with the photo ID law does not surprise me. The elections department has worked very hard to inform the public about the photo identification requirement," asserted Stanart. The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach.

"I'm certain our educational efforts have had an impact on compliance. But, an inherent awareness among citizens that government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the electorate was prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

### 

HarrisCounty 009100

| | |
|---|---|
| **From:** | Aston, Sonya (CCO) |
| **Sent:** | Wednesday, March 12, 2014 4:42 PM |
| **To:** | DeLeon, Hector (CCO); Stanart, Stan (CCO) |
| **Cc:** | Sheppard, Laura (CCO); Cardenas, Esther (CCO); Hammerlein, George (CCO); German, John (CCO) |
| **Subject:** | RE: Voters have adapted quickly to Photo ID at the poll requirement |

My comments in green below.

*Sonya L. Aston*
Attorney at Law
Administrator of Elections
Office of Stan Stanart
Harris County Clerk
1001 Preston Street, Suite 439
Houston, Texas 77002
(713) 755-5792

**From:** DeLeon, Hector (CCO)
**Sent:** Wednesday, March 12, 2014 9:30 AM
**To:** Stanart, Stan (CCO)
**Cc:** Sheppard, Laura (CCO); Cardenas, Esther (CCO); Hammerlein, George (CCO); Aston, Sonya (CCO); German, John (CCO)
**Subject:** Voters have adapted quickly to Photo ID at the poll requirement
**Importance:** High

I was in the process of dealing with the title when I inadvertently hit send. I also reworked the first sentence.

Here it is again.



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
March 12, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

HarrisCounty 009101

# 99.99% VOTER COMPLIANCE IS THE NORM
## Voters have adapted quickly to Photo ID at the poll requirement



**Houston, TX** – A review of Harris County ~~Early Voting and Election Day polling location~~ records for the 2014 Democratic and Republican Primary Elections and the 2013 November General Election and December Runoff Election show that over 99.99% of the voters who showed up to vote at the poll were able to present one of the forms of photo identification required to vote in Texas.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success," said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. "The** ~~opponents of Photo ID predicted dire consequences which simply did not happen.~~**predicted after the Photo ID law went into effect have not manifested. And Tthe The doom and gloom rhetoric has not matched the positive results in the third largest county in the nation."**

~~In the four elections that have been held since the Photo ID law went into effect, voting records show that the number of voter who have failed to comply with the law barely registered.~~ [I would not make the statement above - it can be seen as inflammatory] In total, 435,753 voters have been processed to vote at the poll and of those **only 148 of failed to present an acceptable form of photo identification.**

**"The fact that almost one-hundred percent of the voters have complied with the photo ID law does not surprise me. The elections department has worked very hard to inform the public about the photo identification requirement," asserted Stanart.** The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach.

**"I'm certain our educational efforts have had an impact on compliance. But, an inherent awareness among citizens that government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the electorate was prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.**

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

###

HarrisCounty 009102

| | |
|---|---|
| **From:** | DeLeon, Hector (CCO) |
| **Sent:** | Wednesday, March 12, 2014 11:24 AM |
| **To:** | Hudspeth, Teneshia (CCO) |
| **Subject:** | please read and tell me what you think. |
| | |
| **Importance:** | High |

# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
March 12, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## 99.99% VOTER COMPLIANCE IS THE NORM
## Voters have adapted quickly to Photo ID at the poll requirement



**Houston, TX** – A review of Harris County Early Voting and Election Day polling location records for the 2014 Democratic and Republican Primary Elections and the 2013 November General Election and December Runoff Election show that over 99.99% of the voters who showed up to vote at the poll were able to present one of the forms of photo identification required to vote in Texas.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success," said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. "The dire consequences predicted after the Photo ID law went into effect have not manifested. And the doom and gloom rhetoric has not matched the positive results in the third largest county in the nation."**

In the four elections that have been held since the Photo ID law went into effect, voting records show that the number of voter who have failed to comply with the law barely registered. In total, 435,753 voters have been processed to vote at the poll and of those **only 148 failed to present an acceptable form of photo identification.**

**"The fact that almost one-hundred percent of the voters have complied with the photo ID law does not surprise me. The elections department has worked very hard to inform the public about the photo identification requirement," asserted Stanart.** The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach.

**"I'm certain our educational efforts have had an impact on compliance. But, an inherent awareness among citizens that government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the electorate was prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.**

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

### ###

HarrisCounty 009103

[none]

HarrisCounty 009104

| | |
|---|---|
| **From:** | DeLeon, Hector (CCO) |
| **Sent:** | Wednesday, March 12, 2014 11:24 AM |
| **To:** | Hudspeth, Teneshia (CCO) |
| **Subject:** | please read and tell me what you think. |
| | |
| **Importance:** | High |

# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
March 12, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## 99.99% VOTER COMPLIANCE IS THE NORM
## Voters have adapted quickly to Photo ID at the poll requirement



**Houston, TX** – A review of Harris County Early Voting and Election Day polling location records for the 2014 Democratic and Republican Primary Elections and the 2013 November General Election and December Runoff Election show that over 99.99% of the voters who showed up to vote at the poll were able to present one of the forms of photo identification required to vote in Texas.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success," said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. "The dire consequences predicted after the Photo ID law went into effect have not manifested. And the doom and gloom rhetoric has not matched the positive results in the third largest county in the nation."**

In the four elections that have been held since the Photo ID law went into effect, voting records show that the number of voter who have failed to comply with the law barely registered. In total, 435,753 voters have been processed to vote at the poll and of those **only 148 failed to present an acceptable form of photo identification.**

**"The fact that almost one-hundred percent of the voters have complied with the photo ID law does not surprise me. The elections department has worked very hard to inform the public about the photo identification requirement," asserted Stanart.** The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach.

**"I'm certain our educational efforts have had an impact on compliance. But, an inherent awareness among citizens that government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the electorate was prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.**

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

###

HarrisCounty 009105



HarrisCounty 009106

**Subject:**          FW: Voters have adapted quickly to Photo ID at the poll requirement

**Importance:**       High

**From:** DeLeon, Hector (CCO)
**Sent:** Wednesday, March 12, 2014 9:30 AM
**To:** Stanart, Stan (CCO)
**Cc:** Sheppard, Laura (CCO); Cardenas, Esther (CCO); Hammerlein, George (CCO); Aston, Sonya (CCO); German, John (CCO)
**Subject:** Voters have adapted quickly to Photo ID at the poll requirement
**Importance:** High

I was in the process of dealing with the title when I inadvertently hit send. I also reworked the first sentence.

Here it is again.



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release                                    Contact: hdeleon@cco.hctx.net
March 12, 2014                                           713.539.0114 or 713.274.9550

HarrisCounty 009107

# 99.99% VOTER COMPLIANCE IS THE NORM
## Voters have adapted quickly to Photo ID at the poll requirement



**Houston, TX** – A review of Harris County Early Voting and Election Day polling location records for the 2014 Democratic and Republican Primary Elections and the 2013 November General Election and December Runoff Election show that over 99.99% of the voters who showed up to vote at the poll were able to present one of the forms of photo identification required to vote in Texas.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success," said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. "The dire consequences predicted after the Photo ID law went into effect have not manifested. And the doom and gloom rhetoric has not matched the positive results in the third largest county in the nation."**

In the four elections that have been held since the Photo ID law went into effect, voting records show that the number of voter who have failed to comply with the law barely registered. In total, 435,753 voters have been processed to vote at the poll and of those **only 148 failed to present an acceptable form of photo identification.**

**"The fact that almost one-hundred percent of the voters have complied with the photo ID law does not surprise me. The elections department has worked very hard to inform the public about the photo identification requirement," asserted Stanart.** The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach.

**"I'm certain our educational efforts have had an impact on compliance. But, an inherent awareness among citizens that government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the electorate was prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.**

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

###

69

HarrisCounty 009108

**Subject:** Voters have adapted quickly to Photo ID

**Importance:** High



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
March 12, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## 99.99% VOTER COMPLIANCE IS THE NORM
## Voters have adapted quickly to Photo ID at the poll requirement



**Houston, TX** – A review of Harris County Early Voting and Election Day polling location records for the 2014 Democratic and Republican Primary Elections and the 2013 November General Election and December Runoff Election show that over 99.99% of the voters who showed up to vote at the poll were able to present one of the forms of photo identification required to vote in Texas.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success,"** said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. **"The dire consequences predicted after the Photo ID law went into effect have not manifested. And the doom and gloom rhetoric has not match the positive results in the third largest county in the nation."**

In the four elections that have been held since the Photo ID law went into effect, voting records show that the number of voter who have failed to comply with the law barely registered. In total, 435,753 voters have been processed to vote at the poll and of those **only 148 of failed to present an acceptable form of photo identification.**

**"The fact that almost one-hundred percent of the voters have complied with the photo ID law does not surprise me. The elections department has worked very hard to inform the public about the photo identification requirement,"** asserted Stanart. The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach.

HarrisCounty 009109

"I'm certain our educational efforts have had an impact on compliance. But, an inherent awareness among citizens that government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the electorate was prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

###

HarrisCounty 009110

**To:**                      DeLeon, Hector (CCO); Nichols, Kristina
**Subject:**            RE: please read  and tell me what you think.

I suggest

And the doom and gloom rhetoric has not match the positive results in the third largest county in the nation."

"I'm certain our educational efforts have had an impact on compliance. But, an inherent awareness among citizens that government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the electorate was prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.


Gee-Wey Yue
余紀緯

Communications & Voter Outreach Department
哈瑞斯縣 行政書記官辦公室 選民宣導服務處
Office of Harris County Clerk, Stan Stanart
1001 Preston, Suite 426
Houston, TX 77002
713.274.9550 (Office)
713.755.9311 (Fax)
gyue@cco.hctx.net

**From:** DeLeon, Hector (CCO)
**Sent:** Wednesday, March 12, 2014 9:33 AM
**To:** Nichols, Kristina; Yue, Gee-Wey
**Subject:** please read and tell me what you think.
**Importance:** High

# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
March 12, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

HarrisCounty 009111

# 99.99% VOTER COMPLIANCE IS THE NORM
## Voters have adapted quickly to Photo ID at the poll requirement



**Houston, TX** – A review of Harris County Early Voting and Election Day polling location records for the 2014 Democratic and Republican Primary Elections and the 2013 November General Election and December Runoff Election show that over 99.99% of the voters who showed up to vote at the poll were able to present one of the forms of photo identification required to vote in Texas.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success," said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. "The dire consequences predicted after the Photo ID law went into effect have not manifested. And the doom and gloom rhetoric has not match the positive results in the third largest county in the nation."**

In the four elections that have been held since the Photo ID law went into effect, voting records show that the number of voter who have failed to comply with the law barely registered. In total, 435,753 voters have been processed to vote at the poll and of those **only 148 of failed to present an acceptable form of photo identification.**

**"The fact that almost one-hundred percent of the voters have complied with the photo ID law does not surprise me. The elections department has worked very hard to inform the public about the photo identification requirement," asserted Stanart.** The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach.

**"I'm certain our educational efforts have had an impact on compliance. But, an inherent awareness among citizens that government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the electorate was prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.**

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

### ###

HarrisCounty 009112

| | |
|---|---|
| **From:** | DeLeon, Hector (CCO) |
| **Sent:** | Wednesday, March 12, 2014 9:33 AM |
| **To:** | Nichols, Kristina; Yue, Gee-Wey |
| **Subject:** | please read and tell me what you think. |
| **Importance:** | High |

# STAN STANART

## COUNTY CLERK

### *Recording the Major Events of Your Life*

For Immediate Release
March 12, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

### 99.99% VOTER COMPLIANCE IS THE NORM
### Voters have adapted quickly to Photo ID at the poll requirement



**Houston, TX** – A review of Harris County Early Voting and Election Day polling location records for the 2014 Democratic and Republican Primary Elections and the 2013 November General Election and December Runoff Election show that over 99.99% of the voters who showed up to vote at the poll were able to present one of the forms of photo identification required to vote in Texas.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success,"** said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. **"The dire consequences predicted after the Photo ID law went into effect have not manifested. And the doom and gloom rhetoric has not match the positive results in the third largest county in the nation."**

In the four elections that have been held since the Photo ID law went into effect, voting records show that the number of voter who have failed to comply with the law barely registered. In total, 435,753 voters have been processed to vote at the poll and of those **only 148 of failed to present an acceptable form of photo identification.**

**"The fact that almost one-hundred percent of the voters have complied with the photo ID law does not surprise me. The elections department has worked very hard to inform the public about the photo identification requirement,"** asserted Stanart. The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach.

**"I'm certain our educational efforts have had an impact on compliance. But, an inherent awareness among citizens that government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the electorate was prepared to vote in these elections and will be prepared to vote in future elections,"** concluded Stanart.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

### ###

HarrisCounty 009113

| | |
|---|---|
| **From:** | DeLeon, Hector (CCO) |
| **Sent:** | Wednesday, March 12, 2014 9:30 AM |
| **To:** | Stanart, Stan (CCO) |
| **Cc:** | Sheppard, Laura (CCO); Cardenas, Esther (CCO); Hammerlein, George (CCO); Aston, Sonya (CCO); German, John (CCO) |
| **Subject:** | Voters have adapted quickly to Photo ID at the poll requirement |
| | |
| **Importance:** | High |

I was in the process of dealing with the title when I inadvertently hit send. I also reworked the first sentence.

Here it is again.



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
March 12, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

HarrisCounty 009114

# 99.99% VOTER COMPLIANCE IS THE NORM
## Voters have adapted quickly to Photo ID at the poll requirement



**Houston, TX** – A review of Harris County Early Voting and Election Day polling location records for the 2014 Democratic and Republican Primary Elections and the 2013 November General Election and December Runoff Election show that over 99.99% of the voters who showed up to vote at the poll were able to present one of the forms of photo identification required to vote in Texas.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success,"** said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. **"The dire consequences predicted after the Photo ID law went into effect have not manifested. And the doom and gloom rhetoric has not match the positive results in the third largest county in the nation."**

In the four elections that have been held since the Photo ID law went into effect, voting records show that the number of voter who have failed to comply with the law barely registered. In total, 435,753 voters have been processed to vote at the poll and of those **only 148 of failed to present an acceptable form of photo identification.**

**"The fact that almost one-hundred percent of the voters have complied with the photo ID law does not surprise me. The elections department has worked very hard to inform the public about the photo identification requirement,"** asserted Stanart. The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach.

**"I'm certain our educational efforts have had an impact on compliance. But, an inherent awareness among citizens that government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the electorate was prepared to vote in these elections and will be prepared to vote in future elections,"** concluded Stanart.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

###

HarrisCounty 009115

**From:** DeLeon, Hector (CCO)
**Sent:** Wednesday, March 12, 2014 9:18 AM
**To:** Stanart, Stan (CCO)
**Cc:** Sheppard, Laura (CCO); Cardenas, Esther (CCO); Hammerlein, George (CCO); Aston, Sonya (CCO); German, John (CCO)
**Subject:** Over 99.99% of the voters processed to vote at the poll complied with law

Mr. Stanart,

Here it is a more concise, coherent and cogent version.

Let me know what you think.



# STAN STANART
## COUNTY CLERK
*Recording the Major Events of Your Life*

For Immediate Release
March 12, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550



### COMPLIANCE IS THE NORM:
### Over 99.99% of the voters processed to vote at the poll c DURING ELECTIONS REQUIRING PHOTO ID omplied with law

**Houston, TX** – A Harris County Clerk's Office review of Early Voting and Election Day polling location records for the 2014 Democratic and Republican Primary Elections and the 2013 November General Election and December Runoff Election in Harris County show that over 99.99% of the voters who showed up to vote at the poll were able to present one of the forms of photo identification required to vote in Texas.

**"Thus far, voters have adapted quickly and have made the implementation of the photo identification requirement at the poll a success,"** said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County. "The dire consequences predicted after the Photo ID law went into effect have not

HarrisCounty 009116

manifested. And the doom and gloom rhetoric has not match the positive results in the third largest county in the nation."

In the four elections that have been held since the Photo ID law went into effect, voting records show that the number of voter who have failed to comply with the law barely registered. In total, 435,753 voters have been processed to vote at the poll and of those only 148 of failed to present an acceptable form of photo identification.

"The fact that almost one-hundred percent of the voters have complied with the photo ID law does not surprise me. The elections department has worked very hard to inform the public about the photo identification requirement," asserted Stanart. The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach.

"I'm certain our educational efforts have had an impact on compliance. But, an inherent awareness among citizens that government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the electorate was prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

###

HarrisCounty 009117

| | |
|---|---|
| **From:** | Aston, Sonya (CCO) |
| **Sent:** | Tuesday, March 11, 2014 6:31 PM |
| **To:** | Sheppard, Laura (CCO); DeLeon, Hector (CCO); Stanart, Stan (CCO) |
| **Cc:** | Cardenas, Esther (CCO); Hammerlein, George (CCO); German, John (CCO) |
| **Subject:** | RE: Over 99.99% of the voters processed to vote at the poll complied with law |

I think that the message needs to be more simple and it needs to state the positive side rather than the negative side.  Please see my suggestions.



# PHOTO ID <u>NOT</u> AN ISSUE DURING PRIMARY ELELCTIONS
## Over 99.99% of the voters processed to vote at the poll complied with law

**Houston, TX** – Including the March Primary elections, three elections have been held since the photo identification requirement law went into effect. **In all the elections, over 99.99% of the voters who showed up to vote at the poll were able to present one of the required forms of photo identification.**

A Harris County Clerk's Office review of Early Voting and Election Day polling location records reflect that only 35 of 164,334 voters failed to present an acceptable form of photo identification and had to vote a provisional ballot during the March Primary Elections. Of the 35 voters, 10 voted in the Democratic Primary and 25 in the Republican Primary.

**"The predicted doom and gloom is just not a reality.  Photo identification requirement at the poll has been successfully implemented and accepted by voters in the third largest county in the nation," said Stan Stanart, Harris County Clerk and Chief Elections Officer of the County.**

**"The results do not surprise me. The elections department  has worked very hard to inform the public about the photo identification requirement," added Stanart.** The County Clerk's office launched a comprehensive effort to make voters aware of the photo identification requirement as soon as the law went into effect last year. The campaign included billboards, social media, press releases, contact with community organizations and other contemporary forms of outreach. In the 2013 November county elections, only 105 of 236,419 voters failed to comply with the law.

**"I'm certain our educational efforts have had an impact on compliance. But, an inherent awareness among citizens that government issued photo identification is vital to the conduct of important daily personal transactions may be the underlying reason the electorate was prepared to vote in these elections and will be prepared to vote in future elections," concluded Stanart.**

The complete list of acceptable forms of photo identification needed to vote in Texas can be found at www.HarrisVotes.com.

*Sonya L. Aston*
Attorney at Law
Administrator of Elections
Office  of Stan Stanart
Harris County Clerk
1001 Preston Street, Suite 439
Houston, Texas 77002
(713) 755-5792

---

**From:** Sheppard, Laura (CCO)
**Sent:** Tuesday, March 11, 2014 2:57 PM

HarrisCounty 009118

**To:** DeLeon, Hector (CCO); Stanart, Stan (CCO)
**Cc:** Cardenas, Esther (CCO); Hammerlein, George (CCO); Aston, Sonya (CCO); German, John (CCO)
**Subject:** RE: Over 99.99% of the voters processed to vote at the poll complied with law

Suggestions highlighted below.

Laura

**From:** DeLeon, Hector (CCO)
**Sent:** Tuesday, March 11, 2014 1:54 PM
**To:** Stanart, Stan (CCO)
**Cc:** Sheppard, Laura (CCO); Cardenas, Esther (CCO); Hammerlein, George (CCO); Aston, Sonya (CCO); German, John (CCO)
**Subject:** Over 99.99% of the voters processed to vote at the poll complied with law

Here is the news release that recaps the photo id issue in Harris County using the data from the three elections that have been held since the law went into effect.

Please review and amend where needed.

Thank you.



## STAN STANART

### COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release                                         Contact: hdeleon@cco.hctx.net
March 11, 2014                                                      713.539.0114 or 713.274.9550

HarrisCounty 009119