| Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
|---|---|---|---|
| Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| Palm Center | 5300 Griggs Road | Houston | 77021 |
| Holy Name Church | 1917 Marion Street | Houston | 77009 |
| Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

February 18 - February 21: 8:00 a.m. - 4:30 p.m.

February 22: 7:00 a.m. - 7:00 p.m.

February 23: 1:00 p.m. - 6:00 p.m.

February 24 - February 28: 7:00 a.m. - 7:00 p.m.



HarrisCounty 009280

| From: | Harris County Clerk |
|---|---|
| Sent: | Friday, February 14, 2014 8:30 AM |
| To: | Harris County Clerk |
| Subject: | Early Voting Begins for March 4, 2014 Primary Elections |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
February 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

# EARLY VOTING BEGINS FOR MARCH PRIMARY ELECTIONS:
### DPS Offices Open Saturdays for voters needing Election Identification Certificates

**Houston, TX** – As early voting gets underway for the March 4, 2014 Democratic and Republican Party Primary Elections, Harris **County Clerk Stan Stanart reminds voters that photo identification is required to vote at the polls**. Early voting will take place from February 18th - 28th at 39 locations across Harris County. The complete list of every voting locations and times can be found at www.HarrisVotes.com.

**"The Photo ID requirement to vote at the poll applies in all elections in Texas," stressed Stanart**, the Chief Election Officer of the County. The state approved Photo IDs for voting include:

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

With the exception of the U.S. citizenship certificate and some military identification, the ID must be current or have expired no more than 60 days before being presented at the polling place.

Voters may apply for an Election Identification Certificate (EIC) at no charge at the Department of Public Safety (DPS) if they do not have one of the credentials on the list of acceptable forms of photo identification, during regular business hours Monday - Friday. In addition, as part of the continuing effort to ensure voters have the proper identification to vote, the following DPS offices in Harris County will be open on Saturdays, 10 a.m. - 2 p.m., through March 1, 2014, to issue EICs:

| Harris County Department of Public Safety (DPS) Offices | | |
|---|---|---|
| Location | Address | Telephone |
| Harris County Baytown Office | 5420 Decker Drive, Baytown, TX 77520 | (281) 424-3669 |
| Houston East Office | 11039 East Freeway (I-10), #B, Houston, TX 77029 | (713) 633-9872 |
| Houston Dacoma Office | 4545 Dacoma, Houston, TX 77092, | (713) 683-0541 |
| Houston Gessner Mega Center | 12220 S Gessner, Houston, TX 77071 | (713) 219-4100 |
| Houston Grant Road Office | 10503 Grant Rd, Houston, TX 77070 | (281) 890-5440 |
| Houston Townhurst Office | 1601 Townhurst, Houston, TX 77043 | (713) 465-8462 |

HarrisCounty 009281

| Houston Spring Mega Center | 4740 Spring Cypress, #100, Spring, TX 77379 | (281) 517-1620 |
| Houston Vantage Parkway Office | 15403 Vantage Pkwy E., Ste. 300, Houston, TX 77032 | (281) 449-2685 |
| Houston Winkler Office | 9206 Winkler, Houston, TX 77017 | (713) 943-0631 |
| Humble Office | 7710 Will Clayton Pkwy., Humble, TX 77338, | (281) 446-3391 |
| Pasadena Office | 2783 Red Bluff Rd. #100, Pasadena, TX 77503 | (713) 473-3232 |
| Webster Office | 111 Tristar Dr., Webster, TX 77598 | (281) 486-8242 |

Voters may find more information on the requirements to apply for an EIC, exemptions and process for obtaining an Election Identification Certificate (EIC) at http://www.dps.texas.gov/.

Voters who qualify to vote by mail are generally exempt from the Photo ID requirement. All ballot by mail applications for the March Primaries must be received at the County Clerk's Office by Friday, February 21st.

**"In the Nov. 2013 Election, the first election in which Photo ID was required at the poll in Texas, over 99.9% of the voters in Harris County were prepared and able to provide an acceptable form of Photo ID. The work to make voters aware of the new law was successful and continues," informed Stanart. "I am expecting the primary elections will go equally as well."**

To obtain an early voting schedule and more election information, voters may visit www.HarrisVotes.com or call 713-755-6965.

### 

| Early Voting Locations for March 4, 2014 Democratic Party and Republican Party Primary Elections | | | |
|---|---|---|---|
| Location | Address | City | Zip |
| Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| Cypress Top Park | 26026 Hempstead Highway | Cypress | 77429 |
| Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| Galena Park Library | 1500 Keene Street | Galena Park | 77547 |

HarrisCounty 009282

| Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
|---|---|---|---|
| Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| Palm Center | 5300 Griggs Road | Houston | 77021 |
| Holy Name Church | 1917 Marion Street | Houston | 77009 |
| Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

February 18 - February 21: 8:00 a.m. - 4:30 p.m.

February 22: 7:00 a.m. - 7:00 p.m.

February 23: 1:00 p.m. - 6:00 p.m.

February 24 - February 28: 7:00 a.m. - 7:00 p.m.

HarrisCounty 009283

| | |
|---|---|
| **From:** | Harris County Clerk |
| **Sent:** | Friday, February 14, 2014 8:30 AM |
| **To:** | Harris County Clerk |
| **Subject:** | Early Voting Begins for March 4, 2014 Primary Elections |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
February 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

# EARLY VOTING BEGINS FOR MARCH PRIMARY ELECTIONS:

## DPS Offices Open Saturdays for voters needing Election Identification Certificates

**Houston, TX** – As early voting gets underway for the March 4, 2014 Democratic and Republican Party Primary Elections, Harris **County Clerk Stan Stanart** reminds voters that **photo identification is required to vote at the polls**. Early voting will take place from February 18th - 28th at 39 locations across Harris County. The complete list of every voting locations and times can be found at www.HarrisVotes.com.

**"The Photo ID requirement to vote at the poll applies in all elections in Texas," stressed Stanart,** the Chief Election Officer of the County. The state approved Photo IDs for voting include:

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

With the exception of the U.S. citizenship certificate and some military identification, the ID must be current or have expired no more than 60 days before being presented at the polling place.

Voters may apply for an Election Identification Certificate (EIC) at no charge at the Department of Public Safety (DPS) if they do not have one of the credentials on the list of acceptable forms of photo identification, during regular business hours Monday - Friday. In addition, as part of the continuing effort to ensure voters have the proper identification to vote, the following DPS offices in Harris County will be open on Saturdays, 10 a.m. - 2 p.m., through March 1, 2014, to issue EICs:

| Harris County Department of Public Safety (DPS) Offices | | |
|---|---|---|
| **Location** | **Address** | **Telephone** |
| Harris County Baytown Office | 5420 Decker Drive, Baytown, TX 77520 | (281) 424-3669 |
| Houston East Office | 11039 East Freeway (I-10), #B, Houston, TX 77029 | (713) 633-9872 |
| Houston Dacoma Office | 4545 Dacoma, Houston, TX 77092, | (713) 683-0541 |
| Houston Gessner Mega Center | 12220 S Gessner, Houston, TX 77071 | (713) 219-4100 |
| Houston Grant Road Office | 10503 Grant Rd, Houston, TX 77070 | (281) 890-5440 |
| Houston Townhurst Office | 1601 Townhurst, Houston, TX 77043 | (713) 465-8462 |

HarrisCounty 009284

| | | |
|---|---|---|
| Houston Spring Mega Center | 4740 Spring Cypress, #100, Spring, TX 77379 | (281) 517-1620 |
| Houston Vantage Parkway Office | 15403 Vantage Pkwy E., Ste. 300, Houston, TX 77032 | (281) 449-2685 |
| Houston Winkler Office | 9206 Winkler, Houston, TX 77017 | (713) 943-0631 |
| Humble Office | 7710 Will Clayton Pkwy., Humble, TX 77338, | (281) 446-3391 |
| Pasadena Office | 2783 Red Bluff Rd. #100, Pasadena, TX 77503 | (713) 473-3232 |
| Webster Office | 111 Tristar Dr., Webster, TX 77598 | (281) 486-8242 |

Voters may find more information on the requirements to apply for an EIC, exemptions and process for obtaining an Election Identification Certificate (EIC) at http://www.dps.texas.gov/.

Voters who qualify to vote by mail are generally exempt from the Photo ID requirement. All ballot by mail applications for the March Primaries must be received at the County Clerk's Office by Friday, February 21st.

**"In the Nov. 2013 Election, the first election in which Photo ID was required at the poll in Texas, over 99.9% of the voters in Harris County were prepared and able to provide an acceptable form of Photo ID. The work to make voters aware of the new law was successful and continues," informed Stanart. "I am expecting the primary elections will go equally as well."**

To obtain an early voting schedule and more election information, voters may visit www.HarrisVotes.com or call 713-755-6965.

###

| Early Voting Locations for March 4, 2014 Democratic Party and Republican Party Primary Elections | | | |
|---|---|---|---|
| Location | Address | City | Zip |
| Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| Cypress Top Park | 26026 Hempstead Highway | Cypress | 77429 |
| Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| Galena Park Library | 1500 Keene Street | Galena Park | 77547 |

HarrisCounty 009285

| Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
|---|---|---|---|
| Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| Palm Center | 5300 Griggs Road | Houston | 77021 |
| Holy Name Church | 1917 Marion Street | Houston | 77009 |
| Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

February 18 - February 21: 8:00 a.m. - 4:30 p.m.

February 22: 7:00 a.m. - 7:00 p.m.

February 23: 1:00 p.m. - 6:00 p.m.

February 24 - February 28: 7:00 a.m. - 7:00 p.m.

HarrisCounty 009286

| From: | Harris County Clerk |
|---|---|
| Sent: | Friday, February 14, 2014 8:30 AM |
| To: | Harris County Clerk |
| Subject: | Early Voting Begins for March 4, 2014 Primary Elections |



# STAN STANART
## COUNTY CLERK
### *Recording the Major Events of Your Life*

For Immediate Release
February 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

# EARLY VOTING BEGINS FOR MARCH PRIMARY ELECTIONS:
## DPS Offices Open Saturdays for voters needing Election Identification Certificates

**Houston, TX** – As early voting gets underway for the March 4, 2014 Democratic and Republican Party Primary Elections, Harris **County Clerk Stan Stanart reminds voters that photo identification is required to vote at the polls**. Early voting will take place from February 18th - 28th at 39 locations across Harris County. The complete list of every voting locations and times can be found at www.HarrisVotes.com.

**"The Photo ID requirement to vote at the poll applies in all elections in Texas,"** stressed Stanart, the Chief Election Officer of the County. The state approved Photo IDs for voting include:

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

With the exception of the U.S. citizenship certificate and some military identification, the ID must be current or have expired no more than 60 days before being presented at the polling place.

Voters may apply for an Election Identification Certificate (EIC) at no charge at the Department of Public Safety (DPS) if they do not have one of the credentials on the list of acceptable forms of photo identification, during regular business hours Monday - Friday. In addition, as part of the continuing effort to ensure voters have the proper identification to vote, the following DPS offices in Harris County will be open on Saturdays, 10 a.m. - 2 p.m., through March 1, 2014, to issue EICs:

| Harris County Department of Public Safety (DPS) Offices | | |
|---|---|---|
| Location | Address | Telephone |
| Harris County Baytown Office | 5420 Decker Drive, Baytown, TX 77520 | (281) 424-3669 |
| Houston East Office | 11039 East Freeway (I-10), #B, Houston, TX 77029 | (713) 633-9872 |
| Houston Dacoma Office | 4545 Dacoma, Houston, TX 77092, | (713) 683-0541 |
| Houston Gessner Mega Center | 12220 S Gessner, Houston, TX 77071 | (713) 219-4100 |
| Houston Grant Road Office | 10503 Grant Rd, Houston, TX 77070 | (281) 890-5440 |
| Houston Townhurst Office | 1601 Townhurst, Houston, TX 77043 | (713) 465-8462 |

HarrisCounty 009287

| Houston Spring Mega Center | 4740 Spring Cypress, #100, Spring, TX 77379 | (281) 517-1620 |
| Houston Vantage Parkway Office | 15403 Vantage Pkwy E., Ste. 300, Houston, TX 77032 | (281) 449-2685 |
| Houston Winkler Office | 9206 Winkler, Houston, TX 77017 | (713) 943-0631 |
| Humble Office | 7710 Will Clayton Pkwy., Humble, TX 77338, | (281) 446-3391 |
| Pasadena Office | 2783 Red Bluff Rd. #100, Pasadena, TX 77503 | (713) 473-3232 |
| Webster Office | 111 Tristar Dr., Webster, TX 77598 | (281) 486-8242 |

Voters may find more information on the requirements to apply for an EIC, exemptions and process for obtaining an Election Identification Certificate (EIC) at http://www.dps.texas.gov/.

Voters who qualify to vote by mail are generally exempt from the Photo ID requirement. All ballot by mail applications for the March Primaries must be received at the County Clerk's Office by Friday, February 21st.

**"In the Nov. 2013 Election, the first election in which Photo ID was required at the poll in Texas, over 99.9% of the voters in Harris County were prepared and able to provide an acceptable form of Photo ID. The work to make voters aware of the new law was successful and continues," informed Stanart. "I am expecting the primary elections will go equally as well."**

To obtain an early voting schedule and more election information, voters may visit www.HarrisVotes.com or call 713-755-6965.

### ###

| Early Voting Locations for March 4, 2014 Democratic Party and Republican Party Primary Elections | | | |
|---|---|---|---|
| Location | Address | City | Zip |
| Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| Cypress Top Park | 26026 Hempstead Highway | Cypress | 77429 |
| Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| Galena Park Library | 1500 Keene Street | Galena Park | 77547 |

HarrisCounty 009288

| Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
|---|---|---|---|
| Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| Palm Center | 5300 Griggs Road | Houston | 77021 |
| Holy Name Church | 1917 Marion Street | Houston | 77009 |
| Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

February 18 - February 21: 8:00 a.m. - 4:30 p.m.

February 22: 7:00 a.m. - 7:00 p.m.

February 23: 1:00 p.m. - 6:00 p.m.

February 24 - February 28: 7:00 a.m. - 7:00 p.m.



HarrisCounty 009289

| | |
|---|---|
| **From:** | Harris County Clerk |
| **Sent:** | Friday, February 14, 2014 8:30 AM |
| **To:** | Harris County Clerk |
| **Subject:** | Early Voting Begins for March 4, 2014 Primary Elections |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
February 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

# EARLY VOTING BEGINS FOR MARCH PRIMARY ELECTIONS:
## DPS Offices Open Saturdays for voters needing Election Identification Certificates

**Houston, TX** – As early voting gets underway for the March 4, 2014 Democratic and Republican Party Primary Elections, Harris **County Clerk Stan Stanart reminds voters that photo identification is required to vote at the polls**. Early voting will take place from February 18th - 28th at 39 locations across Harris County. The complete list of every voting locations and times can be found at www.HarrisVotes.com.

**"The Photo ID requirement to vote at the poll applies in all elections in Texas,"** stressed Stanart, the Chief Election Officer of the County. The state approved Photo IDs for voting include:

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

With the exception of the U.S. citizenship certificate and some military identification, the ID must be current or have expired no more than 60 days before being presented at the polling place.

Voters may apply for an Election Identification Certificate (EIC) at no charge at the Department of Public Safety (DPS) if they do not have one of the credentials on the list of acceptable forms of photo identification, during regular business hours Monday - Friday. In addition, as part of the continuing effort to ensure voters have the proper identification to vote, the following DPS offices in Harris County will be open on Saturdays, 10 a.m. - 2 p.m., through March 1, 2014, to issue EICs:

| Harris County Department of Public Safety (DPS) Offices | | |
|---|---|---|
| Location | Address | Telephone |
| Harris County Baytown Office | 5420 Decker Drive, Baytown, TX 77520 | (281) 424-3669 |
| Houston East Office | 11039 East Freeway (I-10), #B, Houston, TX 77029 | (713) 633-9872 |
| Houston Dacoma Office | 4545 Dacoma, Houston, TX 77092, | (713) 683-0541 |
| Houston Gessner Mega Center | 12220 S Gessner, Houston, TX 77071 | (713) 219-4100 |
| Houston Grant Road Office | 10503 Grant Rd, Houston, TX 77070 | (281) 890-5440 |
| Houston Townhurst Office | 1601 Townhurst, Houston, TX 77043 | (713) 465-8462 |

HarrisCounty 009290

| Houston Spring Mega Center | 4740 Spring Cypress, #100, Spring, TX 77379 | (281) 517-1620 |
| Houston Vantage Parkway Office | 15403 Vantage Pkwy E., Ste. 300, Houston, TX 77032 | (281) 449-2685 |
| Houston Winkler Office | 9206 Winkler, Houston, TX 77017 | (713) 943-0631 |
| Humble Office | 7710 Will Clayton Pkwy., Humble, TX 77338, | (281) 446-3391 |
| Pasadena Office | 2783 Red Bluff Rd. #100, Pasadena, TX 77503 | (713) 473-3232 |
| Webster Office | 111 Tristar Dr., Webster, TX 77598 | (281) 486-8242 |

Voters may find more information on the requirements to apply for an EIC, exemptions and process for obtaining an Election Identification Certificate (EIC) at http://www.dps.texas.gov/.

Voters who qualify to vote by mail are generally exempt from the Photo ID requirement. All ballot by mail applications for the March Primaries must be received at the County Clerk's Office by Friday, February 21st.

**"In the Nov. 2013 Election, the first election in which Photo ID was required at the poll in Texas, over 99.9% of the voters in Harris County were prepared and able to provide an acceptable form of Photo ID. The work to make voters aware of the new law was successful and continues," informed Stanart. "I am expecting the primary elections will go equally as well."**

To obtain an early voting schedule and more election information, voters may visit www.HarrisVotes.com or call 713-755-6965.

###

| Early Voting Locations for March 4, 2014 Democratic Party and Republican Party Primary Elections | | | |
|---|---|---|---|
| Location | Address | City | Zip |
| Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| Cypress Top Park | 26026 Hempstead Highway | Cypress | 77429 |
| Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| Galena Park Library | 1500 Keene Street | Galena Park | 77547 |

HarrisCounty 009291

| Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
|---|---|---|---|
| Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| Palm Center | 5300 Griggs Road | Houston | 77021 |
| Holy Name Church | 1917 Marion Street | Houston | 77009 |
| Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

February 18 - February 21: 8:00 a.m. - 4:30 p.m.

February 22: 7:00 a.m. - 7:00 p.m.

February 23: 1:00 p.m. - 6:00 p.m.

February 24 - February 28: 7:00 a.m. - 7:00 p.m.



HarrisCounty 009292

| | |
|---|---|
| **From:** | DeLeon, Hector (CCO) |
| **Sent:** | Friday, February 14, 2014 8:28 AM |
| **To:** | Harris County Clerk |
| **Subject:** | FW: Early Voting Begins for March 4, 2014 Primary Elections |

**From:** Stanart, Stan (CCO)
**Sent:** Thursday, February 13, 2014 4:35 PM
**To:** DeLeon, Hector (CCO)
**Cc:** Hammerlein, George (CCO); Sheppard, Laura (CCO); German, John (CCO); Aston, Sonya (CCO)
**Subject:** Early Voting Begins for March 4, 2014 Primary Elections



# STAN STANART
## COUNTY CLERK
### *Recording the Major Events of Your Life*

For Immediate Release
February 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

# EARLY VOTING BEGINS FOR MARCH PRIMARY ELECTIONS:
## DPS Offices Open Saturdays for voters needing Election Identification Certificates

**Houston, TX** – As early voting gets underway for the March 4, 2014 Democratic and Republican Party Primary Elections, Harris **County Clerk Stan Stanart reminds voters that photo identification is required to vote at the polls**. Early voting will take place from February 18th - 28th at 39 locations across Harris County.  The complete list of every voting locations and times can be found at www.HarrisVotes.com.

**"The Photo ID requirement to vote at the poll applies in all elections in Texas,"** stressed Stanart, the Chief Election Officer of the County. The state approved Photo IDs for voting include:

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

With the exception of the U.S. citizenship certificate and some military identification, the ID must be current or have expired no more than 60 days before being presented at the polling place.

Voters may apply for an Election Identification Certificate (EIC) at no charge at the Department of Public Safety (DPS) if they do not have one of the credentials on the list of acceptable forms of photo identification, during regular business hours Monday - Friday.  In addition, as part of the continuing effort to ensure voters have the proper identification to vote, the following DPS offices in Harris County will be open on Saturdays, 10 a.m. - 2 p.m., through March 1, 2014, to issue EICs:

HarrisCounty 009293

| Harris County Department of Public Safety (DPS) Offices | | |
|---|---|---|
| Location | Address | Telephone |
| Harris County Baytown Office | 5420 Decker Drive, Baytown, TX 77520 | (281) 424-3669 |
| Houston East Office | 11039 East Freeway (I-10), #B, Houston, TX 77029 | (713) 633-9872 |
| Houston Dacoma Office | 4545 Dacoma, Houston, TX 77092, | (713) 683-0541 |
| Houston Gessner Mega Center | 12220 S Gessner, Houston, TX 77071 | (713) 219-4100 |
| Houston Grant Road Office | 10503 Grant Rd, Houston, TX 77070 | (281) 890-5440 |
| Houston Townhurst Office | 1601 Townhurst, Houston, TX 77043 | (713) 465-8462 |
| Houston Spring Mega Center | 4740 Spring Cypress, #100, Spring, TX 77379 | (281) 517-1620 |
| Houston Vantage Parkway Office | 15403 Vantage Pkwy E., Ste. 300, Houston, TX 77032 | (281) 449-2685 |
| Houston Winkler Office | 9206 Winkler, Houston, TX 77017 | (713) 943-0631 |
| Humble Office | 7710 Will Clayton Pkwy., Humble, TX 77338, | (281) 446-3391 |
| Pasadena Office | 2783 Red Bluff Rd. #100, Pasadena, TX 77503 | (713) 473-3232 |
| Webster Office | 111 Tristar Dr., Webster, TX 77598 | (281) 486-8242 |

Voters may find more information on the requirements to apply for an EIC, exemptions and process for obtaining an Election Identification Certificate (EIC) at http://www.dps.texas.gov/.

Voters who qualify to vote by mail are generally exempt from the Photo ID requirement. All ballot by mail applications for the March Primaries must be received at the County Clerk's Office by Friday, February 21st.

**"In the Nov. 2013 Election, the first election in which Photo ID was required at the poll in Texas, over 99.9% of the voters in Harris County were prepared and able to provide an acceptable form of Photo ID. The work to make voters aware of the new law was successful and continues," informed Stanart. "I am expecting the primary elections will go equally as well."**

To obtain an early voting schedule and more election information, voters may visit www.HarrisVotes.com or call 713-755-6965.

### ###

| Early Voting Locations for March 4, 2014 Democratic Party and Republican Party Primary Elections | | | |
|---|---|---|---|
| Location | Address | City | Zip |
| Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| Cypress Top Park | 26026 Hempstead Highway | Cypress | 77429 |
| Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |

HarrisCounty 009294

| Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
|---|---|---|---|
| Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| Galena Park Library | 1500 Keene Street | Galena Park | 77547 |
| Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
| Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| Palm Center | 5300 Griggs Road | Houston | 77021 |
| Holy Name Church | 1917 Marion Street | Houston | 77009 |
| Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

February 18 - February 21: 8:00 a.m. - 4:30 p.m.

February 22: 7:00 a.m. - 7:00 p.m.

February 23: 1:00 p.m. - 6:00 p.m.

February 24 - February 28: 7:00 a.m. - 7:00 p.m.

HarrisCounty 009295

| From: | DeLeon, Hector (CCO) |
|---|---|
| Sent: | Friday, February 14, 2014 8:15 AM |
| To: | 'county.clerk@cco.hctx.net' |
| Subject: | FW: Early Voting News Release for March 4, 2014 Primay Elelctions |

**From:** DeLeon, Hector (CCO)
**Sent:** Thursday, February 13, 2014 2:44 PM
**To:** Stanart, Stan (CCO)
**Cc:** Hammerlein, George (CCO); Aston, Sonya (CCO); Sheppard, Laura (CCO)
**Subject:** Early Voting News Release for March 4, 2014 Primay Elelctions



# STAN STANART
## COUNTY CLERK
### *Recording the Major Events of Your Life*

For Immediate Release
February 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

**EARLY VOTING GETS UNDERWAY FOR MARCH PRIMARY ELECTIONS:**
**DPS Offices Open Saturdays for voters needing Election Identification Certificates**

**Houston, TX** – As early voting gets underway for the March 4, 2014 Democratic and Republican Party Primary Elections, Harris County Clerk Stan Stanart reminded voters that photo identification is required to vote at the poll. Early voting will take place from February 18ᵗʰ – 24ᵗʰ at 39 locations across Harris County.

**"The Photo ID requirement** *at the poll* **applies in all election held in Texas," stressed Stanart,** the Chief Election Officer of the County. The state approved Photo IDs for voting include:

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

With the exception of the U.S. citizenship certificate and some military identification, the ID must be current or have expired no more than 60 days before being presented at the polling place.

Voters may apply for an Election Identification Certificate (EIC) at no charge at the Department of Public Safety (DPS) if they do not have one of the credential on the list of acceptable forms of photo identification, during regular business hours Monday – Friday. In addition, as part of the continuing effort to ensure voters have the proper identification to vote, the following DPS offices in Harris County will be open on Saturdays, 10 a.m. - 2 p.m., through March 1, 2014, to issue EICs:

HarrisCounty 009296

| Harris County Department of Public Safety (DPS) Offices | | |
|---|---|---|
| Location | Address | Telephone |
| Harris County Baytown Office | 5420 Decker Drive, Baytown, TX 77520 | (281) 424-3669 |
| Houston East Office | 11039 East Freeway (I-10), #B, Houston, TX 77029 | (713) 633-9872 |
| Houston Dacoma Office | 4545 Dacoma, Houston, TX 77092, | (713) 683-0541 |
| Houston Gessner Mega Center | 12220 S Gessner, Houston, TX 77071 | (713) 219-4100 |
| Houston Grant Road Office | 10503 Grant Rd, Houston, TX 77070 | (281) 890-5440 |
| Houston Townhurst Office | 1601 Townhurst, Houston, TX 77043 | (713) 465-8462 |
| Houston Spring Mega Center | 4740 Spring Cypress, #100, Spring, TX 77379 | (281) 517-1620 |
| Houston Vantage Parkway Office | 15403 Vantage Pkwy E., Ste. 300, Houston, TX 77032 | (281) 449-2685 |
| Houston Winkler Office | 9206 Winkler, Houston, TX 77017 | (713) 943-0631 |
| Humble Office | 7710 Will Clayton Pkwy., Humble, TX 77338, | (281) 446-3391 |
| Pasadena Office | 2783 Red Bluff Rd. #100, Pasadena, TX 77503 | (713) 473-3232 |
| Webster Office | 111 Tristar Dr., Webster, TX 77598 | (281) 486-8242 |

Voters may find more information on the requirements to apply for an EIC, exemptions and process for obtaining an Election Identification Certificate (EIC) at http://www.dps.texas.gov/.

Voter that qualify to vote by mail are exempt from the Photo ID requirement – except for newly registered voters who did not provide a Texas driver's license number or personal identification number issued by the DPS when registering to vote. All ballot by mail applications for the March Primaries must be at the County Clerk's Office by Friday, February 21st.

**"In the Nov. 2013 Election, the first election in which Photo ID was required at the poll in Texas, over 99.9% of the voters in Harris County were prepared and able to provide an acceptable form of Photo ID. The work to make voters aware of the new law was successful and continues," informed Stanart. "I expect the high level of compliance with the Photo ID requirement to also continue. "**

To obtain an early voting schedule and more election information, voters may visit www.HarrisVotes.com or call 713 755 6965.

###

| Early Voting Locations for March 4, 2014 Democratic Party and Republican Party Primary Elections | | | | |
|---|---|---|---|---|
| SRD # | Location | Address | City | Zip |
| 1 MO | Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| 126C | Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| 126P | Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| 127B | Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| 127K | Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| 128C | Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| 128P | Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| 129 | Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| 130C | Cypress Top Park | 26026 Hempstead Highway | Cypress | 77429 |
| 130T | Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| 131 | Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| 132 | Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| 133 | Nottingham Park | 926 Country Place Drive | Houston | 77079 |

HarrisCounty 009297

| 134H | Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
|------|----------------------------------------------------|------------------|---------|-------|
| 134M | Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| 135 | City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| 137B | Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| 137T | Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| 138B | Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| 138S | Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| 139A | Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| 139V | Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| 140 | Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| 141C | Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| 141H | Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| 142K | Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| 142W | North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| 143G | Galena Park Library | 1500 Keene Street | Galena Park | 77547 |
| 143R | Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
| 144 | Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| 145C | H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| 145P | IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| 146F | Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| 146S | Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| 147 | Palm Center | 5300 Griggs Road | Houston | 77021 |
| 148 | Holy Name Church | 1917 Marion Street | Houston | 77009 |
| 149A | Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| 149G | Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| 150 | Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

HarrisCounty 009298

**From:**       Aston, Sonya (CCO)
**Sent:**       Thursday, February 13, 2014 6:44 PM
**To:**         Stanart, Stan (CCO); DeLeon, Hector (CCO)
**Cc:**         Hammerlein, George (CCO); Sheppard, Laura (CCO); German, John (CCO)
**Subject:**    RE: Early Voting Begins for March 4, 2014 Primary Elections

Looks good.

*Sonya L. Aston*
Attorney at Law
Administrator of Elections
Office of Stan Stanart
Harris County Clerk
1001 Preston Street, Suite 439
Houston, Texas 77002
(713) 755-5792

**From:** Stanart, Stan (CCO)
**Sent:** Thursday, February 13, 2014 4:35 PM
**To:** DeLeon, Hector (CCO)
**Cc:** Hammerlein, George (CCO); Sheppard, Laura (CCO); German, John (CCO); Aston, Sonya (CCO)
**Subject:** Early Voting Begins for March 4, 2014 Primary Elections



# STAN STANART
## COUNTY CLERK
*Recording the Major Events of Your Life*

For Immediate Release                                    Contact: hdeleon@cco.hctx.net
February 14, 2014                                        713.539.0114 or 713.274.9550

# EARLY VOTING BEGINS FOR MARCH PRIMARY ELECTIONS:
## DPS Offices Open Saturdays for voters needing Election Identification Certificates

**Houston, TX** – As early voting gets underway for the March 4, 2014 Democratic and Republican Party Primary Elections, Harris **County Clerk Stan Stanart reminds voters that photo identification is required to vote at the polls.** Early voting will take place from February 18th - 28th at 39 locations across Harris County.  The complete list of every voting locations and times can be found at www.HarrisVotes.com.

**"The Photo ID requirement to vote at the poll applies in all elections in Texas,"** stressed **Stanart**, the Chief Election Officer of the County. The state approved Photo IDs for voting include:

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph

HarrisCounty 009299

- United States passport

With the exception of the U.S. citizenship certificate and some military identification, the ID must be current or have expired no more than 60 days before being presented at the polling place.

Voters may apply for an Election Identification Certificate (EIC) at no charge at the Department of Public Safety (DPS) if they do not have one of the credentials on the list of acceptable forms of photo identification, during regular business hours Monday - Friday. In addition, as part of the continuing effort to ensure voters have the proper identification to vote, the following DPS offices in Harris County will be open on Saturdays, 10 a.m. - 2 p.m., through March 1, 2014, to issue EICs:

| Harris County Department of Public Safety (DPS) Offices | | |
|---|---|---|
| Location | Address | Telephone |
| Harris County Baytown Office | 5420 Decker Drive, Baytown, TX 77520 | (281) 424-3669 |
| Houston East Office | 11039 East Freeway (I-10), #B, Houston, TX 77029 | (713) 633-9872 |
| Houston Dacoma Office | 4545 Dacoma, Houston, TX 77092, | (713) 683-0541 |
| Houston Gessner Mega Center | 12220 S Gessner, Houston, TX 77071 | (713) 219-4100 |
| Houston Grant Road Office | 10503 Grant Rd, Houston, TX 77070 | (281) 890-5440 |
| Houston Townhurst Office | 1601 Townhurst, Houston, TX 77043 | (713) 465-8462 |
| Houston Spring Mega Center | 4740 Spring Cypress, #100, Spring, TX 77379 | (281) 517-1620 |
| Houston Vantage Parkway Office | 15403 Vantage Pkwy E., Ste. 300, Houston, TX 77032 | (281) 449-2685 |
| Houston Winkler Office | 9206 Winkler, Houston, TX 77017 | (713) 943-0631 |
| Humble Office | 7710 Will Clayton Pkwy., Humble, TX 77338, | (281) 446-3391 |
| Pasadena Office | 2783 Red Bluff Rd. #100, Pasadena, TX 77503 | (713) 473-3232 |
| Webster Office | 111 Tristar Dr., Webster, TX 77598 | (281) 486-8242 |

Voters may find more information on the requirements to apply for an EIC, exemptions and process for obtaining an Election Identification Certificate (EIC) at http://www.dps.texas.gov/.

Voters who qualify to vote by mail are generally exempt from the Photo ID requirement. All ballot by mail applications for the March Primaries must be received at the County Clerk's Office by Friday, February 21st.

**"In the Nov. 2013 Election, the first election in which Photo ID was required at the poll in Texas, over 99.9% of the voters in Harris County were prepared and able to provide an acceptable form of Photo ID. The work to make voters aware of the new law was successful and continues," informed Stanart. "I am expecting the primary elections will go equally as well."**

To obtain an early voting schedule and more election information, voters may visit www.HarrisVotes.com or call 713-755-6965.

###

| Early Voting Locations for March 4, 2014 Democratic Party and Republican Party Primary Elections | | | |
|---|---|---|---|
| Location | Address | City | Zip |
| Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| Cypress Top Park | 26026 Hempstead Highway | Cypress | 77429 |
| Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |

HarrisCounty 009300

| City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
|---|---|---|---|
| Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| Galena Park Library | 1500 Keene Street | Galena Park | 77547 |
| Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
| Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| Palm Center | 5300 Griggs Road | Houston | 77021 |
| Holy Name Church | 1917 Marion Street | Houston | 77009 |
| Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

February 18 - February 21: 8:00 a.m. - 4:30 p.m.

February 22: 7:00 a.m. - 7:00 p.m.

February 23: 1:00 p.m. - 6:00 p.m.

February 24 - February 28: 7:00 a.m. - 7:00 p.m.

HarrisCounty 009301

**From:** Hammerlein, George (CCO)
**Sent:** Thursday, February 13, 2014 5:10 PM
**To:** DeLeon, Hector (CCO)
**Subject:** RE: Early Voting Begins for March 4, 2014 Primary Elections

You're a hell of an American.

**From:** DeLeon, Hector (CCO)
**Sent:** Thursday, February 13, 2014 5:10 PM
**To:** Hammerlein, George (CCO)
**Subject:** Re: Early Voting Begins for March 4, 2014 Primary Elections

I will send it first thing in morning.

*Sent from my Verizon Wireless 4G LTE DROID*

"Hammerlein, George (CCO)" <GHammerlein2@hctx.net> wrote:

Stan said tomorrow is good....

**From:** DeLeon, Hector (CCO)
**Sent:** Thursday, February 13, 2014 4:48 PM
**To:** Stanart, Stan (CCO)
**Cc:** Hammerlein, George (CCO); Sheppard, Laura (CCO); German, John (CCO); Aston, Sonya (CCO)
**Subject:** RE: Early Voting Begins for March 4, 2014 Primary Elections

Let me know when you want it release.

Tomorrow, maybe?

Thank you.

**From:** Stanart, Stan (CCO)
**Sent:** Thursday, February 13, 2014 4:35 PM
**To:** DeLeon, Hector (CCO)
**Cc:** Hammerlein, George (CCO); Sheppard, Laura (CCO); German, John (CCO); Aston, Sonya (CCO)
**Subject:** Early Voting Begins for March 4, 2014 Primary Elections



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
February 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

HarrisCounty 009302

# EARLY VOTING BEGINS FOR MARCH PRIMARY ELECTIONS:
## DPS Offices Open Saturdays for voters needing Election Identification Certificates

**Houston, TX** – As early voting gets underway for the March 4, 2014 Democratic and Republican Party Primary Elections, Harris **County Clerk Stan Stanart reminds voters that photo identification is required to vote at the polls.** Early voting will take place from February 18th - 28th at 39 locations across Harris County. The complete list of every voting locations and times can be found at www.HarrisVotes.com.

**"The Photo ID requirement to vote at the poll applies in all elections in Texas,"** stressed Stanart, the Chief Election Officer of the County. The state approved Photo IDs for voting include:

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

With the exception of the U.S. citizenship certificate and some military identification, the ID must be current or have expired no more than 60 days before being presented at the polling place.

Voters may apply for an Election Identification Certificate (EIC) at no charge at the Department of Public Safety (DPS) if they do not have one of the credentials on the list of acceptable forms of photo identification, during regular business hours Monday - Friday. In addition, as part of the continuing effort to ensure voters have the proper identification to vote, the following DPS offices in Harris County will be open on Saturdays, 10 a.m. - 2 p.m., through March 1, 2014, to issue EICs:

| Harris County Department of Public Safety (DPS) Offices | | |
|---|---|---|
| Location | Address | Telephone |
| Harris County Baytown Office | 5420 Decker Drive, Baytown, TX 77520 | (281) 424-3669 |
| Houston East Office | 11039 East Freeway (I-10), #B, Houston, TX 77029 | (713) 633-9872 |
| Houston Dacoma Office | 4545 Dacoma, Houston, TX 77092, | (713) 683-0541 |
| Houston Gessner Mega Center | 12220 S Gessner, Houston, TX 77071 | (713) 219-4100 |
| Houston Grant Road Office | 10503 Grant Rd, Houston, TX 77070 | (281) 890-5440 |
| Houston Townhurst Office | 1601 Townhurst, Houston, TX 77043 | (713) 465-8462 |
| Houston Spring Mega Center | 4740 Spring Cypress, #100, Spring, TX 77379 | (281) 517-1620 |
| Houston Vantage Parkway Office | 15403 Vantage Pkwy E., Ste. 300, Houston, TX 77032 | (281) 449-2685 |
| Houston Winkler Office | 9206 Winkler, Houston, TX 77017 | (713) 943-0631 |
| Humble Office | 7710 Will Clayton Pkwy., Humble, TX 77338, | (281) 446-3391 |
| Pasadena Office | 2783 Red Bluff Rd. #100, Pasadena, TX 77503 | (713) 473-3232 |
| Webster Office | 111 Tristar Dr., Webster, TX 77598 | (281) 486-8242 |

Voters may find more information on the requirements to apply for an EIC, exemptions and process for obtaining an Election Identification Certificate (EIC) at http://www.dps.texas.gov/.

Voters who qualify to vote by mail are generally exempt from the Photo ID requirement. All ballot by mail applications for the March Primaries must be received at the County Clerk's Office by Friday, February 21st.

**"In the Nov. 2013 Election, the first election in which Photo ID was required at the poll in Texas, over 99.9% of the voters in Harris County were prepared and able to provide an acceptable form of Photo ID. The work to make voters aware of the new law was successful and continues," informed Stanart. "I am expecting the primary elections will go equally as well."**

To obtain an early voting schedule and more election information, voters may visit www.HarrisVotes.com or call 713-755-6965.

HarrisCounty 009303

###

| Early Voting Locations for March 4, 2014 Democratic Party and Republican Party Primary Elections | | | |
|---|---|---|---|
| Location | Address | City | Zip |
| Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| Cypress Top Park | 26026 Hempstead Highway | Cypress | 77429 |
| Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| Galena Park Library | 1500 Keene Street | Galena Park | 77547 |
| Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
| Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| Palm Center | 5300 Griggs Road | Houston | 77021 |
| Holy Name Church | 1917 Marion Street | Houston | 77009 |
| Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

February 18 - February 21: 8:00 a.m. - 4:30 p.m.

February 22: 7:00 a.m. - 7:00 p.m.

February 23: 1:00 p.m. - 6:00 p.m.

HarrisCounty 009304

[none]

266

February 24 - February 28: 7:00 a.m. - 7:00 p.m.

HarrisCounty 009305

| | |
|---|---|
| **From:** | DeLeon, Hector (CCO) |
| **Sent:** | Thursday, February 13, 2014 5:10 PM |
| **To:** | Hammerlein, George (CCO) |
| **Subject:** | Re: Early Voting Begins for March 4, 2014 Primary Elections |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

I will send it first thing in morning.

*Sent from my Verizon Wireless 4G LTE DROID*

"Hammerlein, George (CCO)" <GHammerlein2@hctx.net> wrote:

Stan said tomorrow is good....

**From:** DeLeon, Hector (CCO)
**Sent:** Thursday, February 13, 2014 4:48 PM
**To:** Stanart, Stan (CCO)
**Cc:** Hammerlein, George (CCO); Sheppard, Laura (CCO); German, John (CCO); Aston, Sonya (CCO)
**Subject:** RE: Early Voting Begins for March 4, 2014 Primary Elections

Let me know when you want it release.

Tomorrow, maybe?

Thank you.

**From:** Stanart, Stan (CCO)
**Sent:** Thursday, February 13, 2014 4:35 PM
**To:** DeLeon, Hector (CCO)
**Cc:** Hammerlein, George (CCO); Sheppard, Laura (CCO); German, John (CCO); Aston, Sonya (CCO)
**Subject:** Early Voting Begins for March 4, 2014 Primary Elections



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

| | |
|---|---|
| For Immediate Release | Contact: hdeleon@cco.hctx.net |
| February 14, 2014 | 713.539.0114 or 713.274.9550 |

# EARLY VOTING BEGINS FOR MARCH PRIMARY ELECTIONS:
## DPS Offices Open Saturdays for voters needing Election Identification Certificates

**Houston, TX** – As early voting gets underway for the March 4, 2014 Democratic and Republican Party Primary Elections, Harris **County Clerk Stan Stanart reminds voters that photo identification is required to vote at the**

HarrisCounty 009306

polls. Early voting will take place from February 18ᵗʰ - 28ᵗʰ at 39 locations across Harris County. The complete list of every voting locations and times can be found at www.HarrisVotes.com.

**"The Photo ID requirement to vote at the poll applies in all elections in Texas,"** stressed Stanart, the Chief Election Officer of the County. The state approved Photo IDs for voting include:

- Texas driver license issued by the Texas Department of Public Safety (DPS)

- Texas Election Identification Certificate issued by DPS

- Texas personal identification card issued by DPS

- Texas concealed handgun license issued by DPS

- United States military identification card containing the person's photograph

- United States citizenship certificate containing the person's photograph

- United States passport

With the exception of the U.S. citizenship certificate and some military identification, the ID must be current or have expired no more than 60 days before being presented at the polling place.

Voters may apply for an Election Identification Certificate (EIC) at no charge at the Department of Public Safety (DPS) if they do not have one of the credentials on the list of acceptable forms of photo identification, during regular business hours Monday - Friday. In addition, as part of the continuing effort to ensure voters have the proper identification to vote, the following DPS offices in Harris County will be open on Saturdays, 10 a.m. - 2 p.m., through March 1, 2014, to issue EICs:

| Harris County Department of Public Safety (DPS) Offices | | |
|---|---|---|
| Location | Address | Telephone |
| Harris County Baytown Office | 5420 Decker Drive, Baytown, TX 77520 | (281) 424-3669 |
| Houston East Office | 11039 East Freeway (I-10), #B, Houston, TX 77029 | (713) 633-9872 |
| Houston Dacoma Office | 4545 Dacoma, Houston, TX 77092, | (713) 683-0541 |
| Houston Gessner Mega Center | 12220 S Gessner, Houston, TX 77071 | (713) 219-4100 |
| Houston Grant Road Office | 10503 Grant Rd, Houston, TX 77070 | (281) 890-5440 |
| Houston Townhurst Office | 1601 Townhurst, Houston, TX 77043 | (713) 465-8462 |
| Houston Spring Mega Center | 4740 Spring Cypress, #100, Spring, TX 77379 | (281) 517-1620 |
| Houston Vantage Parkway Office | 15403 Vantage Pkwy E., Ste. 300, Houston, TX 77032 | (281) 449-2685 |
| Houston Winkler Office | 9206 Winkler, Houston, TX 77017 | (713) 943-0631 |
| Humble Office | 7710 Will Clayton Pkwy., Humble, TX 77338, | (281) 446-3391 |
| Pasadena Office | 2783 Red Bluff Rd. #100, Pasadena, TX 77503 | (713) 473-3232 |
| Webster Office | 111 Tristar Dr., Webster, TX 77598 | (281) 486-8242 |

Voters may find more information on the requirements to apply for an EIC, exemptions and process for obtaining an Election Identification Certificate (EIC) at http://www.dps.texas.gov/.

Voters who qualify to vote by mail are generally exempt from the Photo ID requirement. All ballot by mail applications for the March Primaries must be received at the County Clerk's Office by Friday, February 21ˢᵗ.

**"In the Nov. 2013 Election, the first election in which Photo ID was required at the poll in Texas, over 99.9% of the voters in Harris County were prepared and able to provide an acceptable form of Photo ID. The work to make voters aware of the new law was successful and continues,"** informed Stanart. **"I am expecting the primary elections will go equally as well."**

To obtain an early voting schedule and more election information, voters may visit www.HarrisVotes.com or call 713-755-6965.

###

| Early Voting Locations for March 4, 2014 Democratic Party and Republican Party Primary Elections | | | |
|---|---|---|---|
| Location | Address | City | Zip |

HarrisCounty 009307

| | | | |
|---|---|---|---|
| Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| Cypress Top Park | 26026 Hempstead Highway | Cypress | 77429 |
| Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| Galena Park Library | 1500 Keene Street | Galena Park | 77547 |
| Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
| Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| Palm Center | 5300 Griggs Road | Houston | 77021 |
| Holy Name Church | 1917 Marion Street | Houston | 77009 |
| Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

February 18 - February 21: 8:00 a.m. - 4:30 p.m.

February 22: 7:00 a.m. - 7:00 p.m.

February 23: 1:00 p.m. - 6:00 p.m.

February 24 - February 28: 7:00 a.m. - 7:00 p.m.

HarrisCounty 009308

**From:** Hammerlein, George (CCO)
**Sent:** Thursday, February 13, 2014 5:06 PM
**To:** DeLeon, Hector (CCO)
**Subject:** RE: Early Voting Begins for March 4, 2014 Primary Elections

Stan said tomorrow is good....

**From:** DeLeon, Hector (CCO)
**Sent:** Thursday, February 13, 2014 4:48 PM
**To:** Stanart, Stan (CCO)
**Cc:** Hammerlein, George (CCO); Sheppard, Laura (CCO); German, John (CCO); Aston, Sonya (CCO)
**Subject:** RE: Early Voting Begins for March 4, 2014 Primary Elections

Let me know when you want it release.

Tomorrow, maybe?

Thank you.

**From:** Stanart, Stan (CCO)
**Sent:** Thursday, February 13, 2014 4:35 PM
**To:** DeLeon, Hector (CCO)
**Cc:** Hammerlein, George (CCO); Sheppard, Laura (CCO); German, John (CCO); Aston, Sonya (CCO)
**Subject:** Early Voting Begins for March 4, 2014 Primary Elections



# STAN STANART
## COUNTY CLERK
*Recording the Major Events of Your Life*

For Immediate Release
February 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

# EARLY VOTING BEGINS FOR MARCH PRIMARY ELECTIONS:
## DPS Offices Open Saturdays for voters needing Election Identification Certificates

**Houston, TX** – As early voting gets underway for the March 4, 2014 Democratic and Republican Party Primary Elections, Harris **County Clerk Stan Stanart reminds voters that photo identification is required to vote at the polls**. Early voting will take place from February 18th - 28th at 39 locations across Harris County. The complete list of every voting locations and times can be found at www.HarrisVotes.com.

**"The Photo ID requirement to vote at the poll applies in all elections in Texas,"** stressed Stanart, the Chief Election Officer of the County. The state approved Photo IDs for voting include:

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS

270

HarrisCounty 009309

- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

With the exception of the U.S. citizenship certificate and some military identification, the ID must be current or have expired no more than 60 days before being presented at the polling place.

Voters may apply for an Election Identification Certificate (EIC) at no charge at the Department of Public Safety (DPS) if they do not have one of the credentials on the list of acceptable forms of photo identification, during regular business hours Monday - Friday. In addition, as part of the continuing effort to ensure voters have the proper identification to vote, the following DPS offices in Harris County will be open on Saturdays, 10 a.m. - 2 p.m., through March 1, 2014, to issue EICs:

| Harris County Department of Public Safety (DPS) Offices | | |
|---|---|---|
| Location | Address | Telephone |
| Harris County Baytown Office | 5420 Decker Drive, Baytown, TX 77520 | (281) 424-3669 |
| Houston East Office | 11039 East Freeway (I-10), #B, Houston, TX 77029 | (713) 633-9872 |
| Houston Dacoma Office | 4545 Dacoma, Houston, TX 77092, | (713) 683-0541 |
| Houston Gessner Mega Center | 12220 S Gessner, Houston, TX 77071 | (713) 219-4100 |
| Houston Grant Road Office | 10503 Grant Rd, Houston, TX 77070 | (281) 890-5440 |
| Houston Townhurst Office | 1601 Townhurst, Houston, TX 77043 | (713) 465-8462 |
| Houston Spring Mega Center | 4740 Spring Cypress, #100, Spring, TX 77379 | (281) 517-1620 |
| Houston Vantage Parkway Office | 15403 Vantage Pkwy E., Ste. 300, Houston, TX 77032 | (281) 449-2685 |
| Houston Winkler Office | 9206 Winkler, Houston, TX 77017 | (713) 943-0631 |
| Humble Office | 7710 Will Clayton Pkwy., Humble, TX 77338, | (281) 446-3391 |
| Pasadena Office | 2783 Red Bluff Rd. #100, Pasadena, TX 77503 | (713) 473-3232 |
| Webster Office | 111 Tristar Dr., Webster, TX 77598 | (281) 486-8242 |

Voters may find more information on the requirements to apply for an EIC, exemptions and process for obtaining an Election Identification Certificate (EIC) at http://www.dps.texas.gov/.

Voters who qualify to vote by mail are generally exempt from the Photo ID requirement. All ballot by mail applications for the March Primaries must be received at the County Clerk's Office by Friday, February 21st.

**"In the Nov. 2013 Election, the first election in which Photo ID was required at the poll in Texas, over 99.9% of the voters in Harris County were prepared and able to provide an acceptable form of Photo ID. The work to make voters aware of the new law was successful and continues," informed Stanart. "I am expecting the primary elections will go equally as well."**

To obtain an early voting schedule and more election information, voters may visit www.HarrisVotes.com or call 713-755-6965.

###

| Early Voting Locations for March 4, 2014 Democratic Party and Republican Party Primary Elections | | | |
|---|---|---|---|
| Location | Address | City | Zip |
| Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| Cypress Top Park | 26026 Hempstead Highway | Cypress | 77429 |
| Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| Nottingham Park | 926 Country Place Drive | Houston | 77079 |

HarrisCounty 009310

| Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
|---|---|---|---|
| Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| Galena Park Library | 1500 Keene Street | Galena Park | 77547 |
| Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
| Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| Palm Center | 5300 Griggs Road | Houston | 77021 |
| Holy Name Church | 1917 Marion Street | Houston | 77009 |
| Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

February 18 - February 21: 8:00 a.m. - 4:30 p.m.

February 22: 7:00 a.m. - 7:00 p.m.

February 23: 1:00 p.m. - 6:00 p.m.

February 24 - February 28: 7:00 a.m. - 7:00 p.m.

HarrisCounty 009311

| | |
|---|---|
| **From:** | DeLeon, Hector (CCO) |
| **Sent:** | Thursday, February 13, 2014 4:48 PM |
| **To:** | Stanart, Stan (CCO) |
| **Cc:** | Hammerlein, George (CCO); Sheppard, Laura (CCO); German, John (CCO); Aston, Sonya (CCO) |
| **Subject:** | RE: Early Voting Begins for March 4, 2014 Primary Elections |

Let me know when you want it release.

Tomorrow, maybe?

Thank you.

---

**From:** Stanart, Stan (CCO)
**Sent:** Thursday, February 13, 2014 4:35 PM
**To:** DeLeon, Hector (CCO)
**Cc:** Hammerlein, George (CCO); Sheppard, Laura (CCO); German, John (CCO); Aston, Sonya (CCO)
**Subject:** Early Voting Begins for March 4, 2014 Primary Elections



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
February 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

# EARLY VOTING BEGINS FOR MARCH PRIMARY ELECTIONS:
## DPS Offices Open Saturdays for voters needing Election Identification Certificates

**Houston, TX** – As early voting gets underway for the March 4, 2014 Democratic and Republican Party Primary Elections, Harris **County Clerk Stan Stanart reminds voters that photo identification is required to vote at the polls**. Early voting will take place from February 18th - 28th at 39 locations across Harris County. The complete list of every voting locations and times can be found at www.HarrisVotes.com.

**"The Photo ID requirement to vote at the poll applies in all elections in Texas,"** stressed **Stanart**, the Chief Election Officer of the County. The state approved Photo IDs for voting include:

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

With the exception of the U.S. citizenship certificate and some military identification, the ID must be current or have expired no more than 60 days before being presented at the polling place.

273

HarrisCounty 009312

Voters may apply for an Election Identification Certificate (EIC) at no charge at the Department of Public Safety (DPS) if they do not have one of the credentials on the list of acceptable forms of photo identification, during regular business hours Monday - Friday.  In addition, as part of the continuing effort to ensure voters have the proper identification to vote, the following DPS offices in Harris County will be open on Saturdays, 10 a.m. - 2 p.m., through March 1, 2014, to issue EICs:

| Harris County Department of Public Safety (DPS) Offices | | |
|---|---|---|
| Location | Address | Telephone |
| Harris County Baytown Office | 5420 Decker Drive, Baytown, TX 77520 | (281) 424-3669 |
| Houston East Office | 11039 East Freeway (I-10), #B, Houston, TX 77029 | (713) 633-9872 |
| Houston Dacoma Office | 4545 Dacoma, Houston, TX 77092, | (713) 683-0541 |
| Houston Gessner Mega Center | 12220 S Gessner, Houston, TX 77071 | (713) 219-4100 |
| Houston Grant Road Office | 10503 Grant Rd, Houston, TX 77070 | (281) 890-5440 |
| Houston Townhurst Office | 1601 Townhurst, Houston, TX 77043 | (713) 465-8462 |
| Houston Spring Mega Center | 4740 Spring Cypress, #100, Spring, TX 77379 | (281) 517-1620 |
| Houston Vantage Parkway Office | 15403 Vantage Pkwy E., Ste. 300, Houston, TX 77032 | (281) 449-2685 |
| Houston Winkler Office | 9206 Winkler, Houston, TX 77017 | (713) 943-0631 |
| Humble Office | 7710 Will Clayton Pkwy., Humble, TX 77338, | (281) 446-3391 |
| Pasadena Office | 2783 Red Bluff Rd. #100, Pasadena, TX 77503 | (713) 473-3232 |
| Webster Office | 111 Tristar Dr., Webster, TX 77598 | (281) 486-8242 |

Voters may find more information on the requirements to apply for an EIC, exemptions and process for obtaining an Election Identification Certificate (EIC) at http://www.dps.texas.gov/.

Voters who qualify to vote by mail are generally exempt from the Photo ID requirement.  All ballot by mail applications for the March Primaries must be received at the County Clerk's Office by Friday, February 21st.

**"In the Nov. 2013 Election, the first election in which Photo ID was required at the poll in Texas, over 99.9% of the voters in Harris County were prepared and able to provide an acceptable form of Photo ID.  The work to make voters aware of the new law was successful and continues," informed Stanart. "I am expecting the primary elections will go equally as well."**

To obtain an early voting schedule and more election information, voters may visit www.HarrisVotes.com or call 713-755-6965.

###

| Early Voting Locations for March 4, 2014 Democratic Party and Republican Party Primary Elections | | | |
|---|---|---|---|
| Location | Address | City | Zip |
| Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| Cypress Top Park | 26026 Hempstead Highway | Cypress | 77429 |
| Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |

HarrisCounty 009313

| | | | |
|---|---|---|---|
| Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| Galena Park Library | 1500 Keene Street | Galena Park | 77547 |
| Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
| Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| Palm Center | 5300 Griggs Road | Houston | 77021 |
| Holy Name Church | 1917 Marion Street | Houston | 77009 |
| Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

February 18 - February 21: 8:00 a.m. - 4:30 p.m.

February 22: 7:00 a.m. - 7:00 p.m.

February 23: 1:00 p.m. - 6:00 p.m.

February 24 - February 28: 7:00 a.m. - 7:00 p.m.

HarrisCounty 009314

**From:** Stanart, Stan (CCO)
**Sent:** Thursday, February 13, 2014 4:14 PM
**To:** Sheppard, Laura (CCO)
**Subject:** Early Voting Begins for March 4, 2014 Primary Elections



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
February 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

# EARLY VOTING BEGINS FOR MARCH PRIMARY ELECTIONS:

## DPS Offices Open Saturdays for voters needing Election Identification Certificates

**Houston, TX** – As early voting gets underway for the March 4, 2014 Democratic and Republican Party Primary Elections, Harris **County Clerk Stan Stanart reminds voters that photo identification is required to vote at the polls.** Early voting will take place from February 18th – 24th at 39 locations across Harris County. The complete list of every voting locations can be found at www.HarrisVotes.com.

**"The Photo ID requirement to vote at the poll applies in all elections in Texas," stressed Stanart**, the Chief Election Officer of the County. The state approved Photo IDs for voting include:

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

With the exception of the U.S. citizenship certificate and some military identification, the ID must be current or have expired no more than 60 days before being presented at the polling place.

Voters may apply for an Election Identification Certificate (EIC) at no charge at the Department of Public Safety (DPS) if they do not have one of the credential on the list of acceptable forms of photo identification, during regular business hours Monday – Friday. In addition, as part of the continuing effort to ensure voters have the proper identification to vote, the following DPS offices in Harris County will be open on Saturdays, 10 a.m. - 2 p.m., through March 1, 2014, to issue EICs:

| Harris County Department of Public Safety (DPS) Offices | | |
| --- | --- | --- |
| Location | Address | Telephone |
| Harris County Baytown Office | 5420 Decker Drive, Baytown, TX 77520 | (281) 424-3669 |
| Houston East Office | 11039 East Freeway (I-10), #B, Houston, TX 77029 | (713) 633-9872 |
| Houston Dacoma Office | 4545 Dacoma, Houston, TX 77092, | (713) 683-0541 |
| Houston Gessner Mega Center | 12220 S Gessner, Houston, TX 77071 | (713) 219-4100 |
| Houston Grant Road Office | 10503 Grant Rd, Houston, TX 77070 | (281) 890-5440 |
| Houston Townhurst Office | 1601 Townhurst, Houston, TX 77043 | (713) 465-8462 |

HarrisCounty 009315

| Houston Spring Mega Center | 4740 Spring Cypress, #100, Spring, TX 77379 | (281) 517-1620 |
| Houston Vantage Parkway Office | 15403 Vantage Pkwy E., Ste. 300, Houston, TX 77032 | (281) 449-2685 |
| Houston Winkler Office | 9206 Winkler, Houston, TX 77017 | (713) 943-0631 |
| Humble Office | 7710 Will Clayton Pkwy., Humble, TX 77338, | (281) 446-3391 |
| Pasadena Office | 2783 Red Bluff Rd. #100, Pasadena, TX 77503 | (713) 473-3232 |
| Webster Office | 111 Tristar Dr., Webster, TX 77598 | (281) 486-8242 |

Voters may find more information on the requirements to apply for an EIC, exemptions and process for obtaining an Election Identification Certificate (EIC) at http://www.dps.texas.gov/.

Voters that qualify to vote by mail are generally exempt from the Photo ID requirement. All ballot by mail applications for the March Primaries must be received at the County Clerk's Office by Friday, February 21st.

**"In the Nov. 2013 Election, the first election in which Photo ID was required at the poll in Texas, over 99.9% of the voters in Harris County were prepared and able to provide an acceptable form of Photo ID. The work to make voters aware of the new law was successful and continues," informed Stanart. "I am expecting the primary elections will go equally as well."**

To obtain an early voting schedule and more election information, voters may visit www.HarrisVotes.com or call 713-755-6965.

### 

| Early Voting Locations for March 4, 2014 Democratic Party and Republican Party Primary Elections | | | | |
|---|---|---|---|---|
| SRD # | Location | Address | City | Zip |
| 1 MO | Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| 126C | Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| 126P | Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| 127B | Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| 127K | Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| 128C | Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| 128P | Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| 129 | Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| 130C | Cypress Top Park | 26026 Hempstead Highway | Cypress | 77429 |
| 130T | Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| 131 | Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| 132 | Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| 133 | Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| 134H | Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| 134M | Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| 135 | City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| 137B | Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| 137T | Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| 138B | Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| 138S | Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| 139A | Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| 139V | Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| 140 | Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| 141C | Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| 141H | Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| 142K | Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| 142W | North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| 143G | Galena Park Library | 1500 Keene Street | Galena Park | 77547 |
| 143R | Ripley House | 4410 Navigation Boulevard | Houston | 77011 |

HarrisCounty 009316

| 144 | Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| 145C | H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| 145P | IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| 146F | Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| 146S | Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| 147 | Palm Center | 5300 Griggs Road | Houston | 77021 |
| 148 | Holy Name Church | 1917 Marion Street | Houston | 77009 |
| 149A | Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| 149G | Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| 150 | Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |



HarrisCounty 009317

| | |
|---|---|
| **From:** | DeLeon, Hector (CCO) |
| **Sent:** | Thursday, February 13, 2014 2:44 PM |
| **To:** | Stanart, Stan (CCO) |
| **Cc:** | Hammerlein, George (CCO); Aston, Sonya (CCO); Sheppard, Laura (CCO) |
| **Subject:** | Early Voting News Release for March 4, 2014 Primay Elelctions |



# STAN STANART
## COUNTY CLERK
*Recording the Major Events of Your Life*

For Immediate Release
February 14, 2014

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

### EARLY VOTING GETS UNDERWAY FOR MARCH PRIMARY ELECTIONS:
### DPS Offices Open Saturdays for voters needing Election Identification Certificates

**Houston, TX** – As early voting gets underway for the March 4, 2014 Democratic and Republican Party Primary Elections, Harris County Clerk Stan Stanart reminded voters that photo identification is required to vote at the poll. Early voting will take place from February 18th – 24th at 39 locations across Harris County.

**"The Photo ID requirement *at the poll* applies in all election held in Texas,"** stressed **Stanart**, the Chief Election Officer of the County. The state approved Photo IDs for voting include:

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

With the exception of the U.S. citizenship certificate and some military identification, the ID must be current or have expired no more than 60 days before being presented at the polling place.

Voters may apply for an Election Identification Certificate (EIC) at no charge at the Department of Public Safety (DPS) if they do not have one of the credential on the list of acceptable forms of photo identification, during regular business hours Monday – Friday. In addition, as part of the continuing effort to ensure voters have the proper identification to vote, the following DPS offices in Harris County will be open on Saturdays, 10 a.m. - 2 p.m., through March 1, 2014, to issue EICs:

| Harris County Department of Public Safety (DPS) Offices | | |
|---|---|---|
| **Location** | **Address** | **Telephone** |
| Harris County Baytown Office | 5420 Decker Drive, Baytown, TX 77520 | (281) 424-3669 |
| Houston East Office | 11039 East Freeway (I-10), #B, Houston, TX 77029 | (713) 633-9872 |
| Houston Dacoma Office | 4545 Dacoma, Houston, TX 77092, | (713) 683-0541 |

HarrisCounty 009318

| | | |
|---|---|---|
| Houston Gessner Mega Center | 12220 S Gessner, Houston, TX 77071 | (713) 219-4100 |
| Houston Grant Road Office | 10503 Grant Rd, Houston, TX 77070 | (281) 890-5440 |
| Houston Townhurst Office | 1601 Townhurst, Houston, TX 77043 | (713) 465-8462 |
| Houston Spring Mega Center | 4740 Spring Cypress, #100, Spring, TX 77379 | (281) 517-1620 |
| Houston Vantage Parkway Office | 15403 Vantage Pkwy E., Ste. 300, Houston, TX 77032 | (281) 449-2685 |
| Houston Winkler Office | 9206 Winkler, Houston, TX 77017 | (713) 943-0631 |
| Humble Office | 7710 Will Clayton Pkwy., Humble, TX 77338, | (281) 446-3391 |
| Pasadena Office | 2783 Red Bluff Rd. #100, Pasadena, TX 77503 | (713) 473-3232 |
| Webster Office | 111 Tristar Dr., Webster, TX 77598 | (281) 486-8242 |

Voters may find more information on the requirements to apply for an EIC, exemptions and process for obtaining an Election Identification Certificate (EIC) at http://www.dps.texas.gov/.

Voter that qualify to vote by mail are exempt from the Photo ID requirement – except for newly registered voters who did not provide a Texas driver's license number or personal identification number issued by the DPS when registering to vote. All ballot by mail applications for the March Primaries must be at the County Clerk's Office by Friday, February 21st.

**"In the Nov. 2013 Election, the first election in which Photo ID was required at the poll in Texas, over 99.9% of the voters in Harris County were prepared and able to provide an acceptable form of Photo ID. The work to make voters aware of the new law was successful and continues," informed Stanart. "I expect the high level of compliance with the Photo ID requirement to also continue."**

To obtain an early voting schedule and more election information, voters may visit www.HarrisVotes.com or call 713 755 6965.

### ###

| Early Voting Locations for March 4, 2014 Democratic Party and Republican Party Primary Elections | | | | |
|---|---|---|---|---|
| SRD # | Location | Address | City | Zip |
| 1 MO | Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| 126C | Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| 126P | Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| 127B | Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| 127K | Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| 128C | Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| 128P | Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| 129 | Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| 130C | Cypress Top Park | 26026 Hempstead Highway | Cypress | 77429 |
| 130T | Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| 131 | Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| 132 | Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| 133 | Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| 134H | Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| 134M | Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| 135 | City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| 137B | Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| 137T | Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |

HarrisCounty 009319

| 138B | Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| 138S | Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| 139A | Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| 139V | Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| 140 | Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| 141C | Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| 141H | Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| 142K | Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| 142W | North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| 143G | Galena Park Library | 1500 Keene Street | Galena Park | 77547 |
| 143R | Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
| 144 | Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| 145C | H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| 145P | IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| 146F | Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| 146S | Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| 147 | Palm Center | 5300 Griggs Road | Houston | 77021 |
| 148 | Holy Name Church | 1917 Marion Street | Houston | 77009 |
| 149A | Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| 149G | Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| 150 | Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

HarrisCounty 009320

| | |
|---|---|
| **From:** | tac-elections@list.county.org on behalf of Callanen, Jacque <jcallanen@bexar.org> |
| **Sent:** | Friday, February 07, 2014 4:01 PM |
| **To:** | TAC-Elections |
| **Subject:** | [TAC-Elections] RE: Certificate of party affiliation form? |

Message from: jcallanen@bexar.org

http://www.sos.state.tx.us/elections/forms/pol-sub/c22w.pdf

Jacquelyn F. Callanen
Bexar County Elections Administrator
203 W. Nueva, Ste. 3.61
San Antonio, Texas 78207

210- 335-VOTE (8683)
210 – 335- 0343 (fax)

**From:** tac-elections@list.county.org [mailto:tac-elections@list.county.org] **On Behalf Of** Tammy Biggar
**Sent:** Friday, February 07, 2014 3:22 PM
**To:** TAC-Elections
**Subject:** [TAC-Elections] Certificate of party affiliation form?

Message from: tbiggar@fanninco.net

Where can I find the Certificate of party affiliation?

I looked at the SOS Forms lists.

Pages 4-5 of the Qualifying the Voter Handbook:

NOTE
:
In a primary election, the presiding judge is given two lists of registered
voters. The second list is given to the precinct chair after the polls are closed and
is used to qualify participants in the precinct convention. The election judge of a
primary election must make a notation next to the voter's name on the second list
of registered voters, as well as the list that is returned to the voter registrar. [Sec.
172.1141] It should be noted that Section 174.022 of the Texas Election Code
was amended by House Bill 3102 ( 2013) to provide that precinct conventions

4

may not be held on primary election night, but on some other date as determined
by rules of the state party. In such event, the presiding judge will be instructed of
alternate delivery arrangements for the second list of registered voters.
o
The party affiliation stamp for stamping voter registration certificates in a
primary election. [Sec. 162.004(b)]
o
Certificates of party affiliation in a primary election for those voters who do not
have a voter registration certificate. [Sec. 162.004(c)]
NOTE
:
Because voters are no longer required to have their certificates, only
their valid form of photo identification, you may be issuing a large number of
party affiliation certificates.

Tammy Biggar
Fannin County Clerk
101 E. Sam Rayburn Drive, Ste 103
Bonham, TX 75418
Tele: 903-583-7486
Fax: 903-640-4241

HarrisCounty 009321



Click on Button for more information

Send TAC-Elections mailing list submissions to
tac-elections@list.county.org

To subscribe via the World Wide Web, visit
http://list.county.org/lists

To update your personal information or unsubscribe
via the World Wide Web, visit
http://list.county.org/ips-cp

Send TAC-Elections mailing list submissions to
tac-elections@list.county.org

To subscribe via the World Wide Web, visit
http://list.county.org/lists

To update your personal information or unsubscribe
via the World Wide Web, visit
http://list.county.org/ips-cp

HarrisCounty 009322

**From:**      tac-elections@list.county.org on behalf of Callanen, Jacque <jcallanen@bexar.org>
**Sent:**      Friday, February 07, 2014 4:01 PM
**To:**        TAC-Elections
**Subject:**   [TAC-Elections] RE: Certificate of party affiliation form?

Message from: jcallanen@bexar.org

http://www.sos.state.tx.us/elections/forms/pol-sub/c22w.pdf

Jacquelyn F. Callanen
Bexar County Elections Administrator
203 W. Nueva, Ste. 3.61
San Antonio, Texas 78207

210- 335-VOTE (8683)
210 – 335- 0343 (fax)

**From:** tac-elections@list.county.org [mailto:tac-elections@list.county.org] **On Behalf Of** Tammy Biggar
**Sent:** Friday, February 07, 2014 3:22 PM
**To:** TAC-Elections
**Subject:** [TAC-Elections] Certificate of party affiliation form?

Message from: tbiggar@fanninco.net

Where can I find the Certificate of party affiliation?

I looked at the SOS Forms lists.

Pages 4-5 of the Qualifying the Voter Handbook:

NOTE
:
In a primary election, the presiding judge is given two lists of registered
voters. The second list is given to the precinct chair after the polls are closed and
is used to qualify participants in the precinct convention. The election judge of a
primary election must make a notation next to the voter's name on the second list
of registered voters, as well as the list that is returned to the voter registrar. [Sec.
172.1141] It should be noted that Section 174.022 of the Texas Election Code
was amended by House Bill 3102 ( 2013) to provide that precinct conventions

4

may not be held on primary election night, but on some other date as determined
by rules of the state party. In such event, the presiding judge will be instructed of
alternate delivery arrangements for the second list of registered voters.
o
The party affiliation stamp for stamping voter registration certificates in a
primary election. [Sec. 162.004(b)]
o
Certificates of party affiliation in a primary election for those voters who do not
have a voter registration certificate. [Sec. 162.004(c)]
NOTE
:
Because voters are no longer required to have their certificates, only
their valid form of photo identification, you may be issuing a large number of
party affiliation certificates.

Tammy Biggar
Fannin County Clerk
101 E. Sam Rayburn Drive, Ste 103
Bonham, TX 75418
Tele: 903-583-7486
Fax: 903-640-4241

HarrisCounty 009323



Click on Button for more information

---

Send TAC-Elections mailing list submissions to
tac-elections@list.county.org

To subscribe via the World Wide Web, visit
http://list.county.org/lists

To update your personal information or unsubscribe
via the World Wide Web, visit
http://list.county.org/ips-cp

---

Send TAC-Elections mailing list submissions to
tac-elections@list.county.org

To subscribe via the World Wide Web, visit
http://list.county.org/lists

To update your personal information or unsubscribe
via the World Wide Web, visit
http://list.county.org/ips-cp

HarrisCounty 009324

| | |
|---|---|
| **From:** | tac-elections@list.county.org on behalf of Tammy Biggar <tbiggar@fanninco.net> |
| **Sent:** | Friday, February 07, 2014 3:22 PM |
| **To:** | TAC-Elections |
| **Subject:** | [TAC-Elections] Certificate of party affiliation form? |

Message from: tbiggar@fanninco.net

Where can I find the Certificate of party affiliation?

I looked at the SOS Forms lists.

Pages 4-5 of the Qualifying the Voter Handbook:

NOTE
:
In a primary election, the presiding judge is given two lists of registered voters. The second list is given to the precinct chair after the polls are closed and is used to qualify participants in the precinct convention. The election judge of a primary election must make a notation next to the voter's name on the second list of registered voters, as well as the list that is returned to the voter registrar. [Sec. 172.1141] It should be noted that Section 174.022 of the Texas Election Code was amended by House Bill 3102 ( 2013) to provide that precinct conventions

4

may not be held on primary election night, but on some other date as determined by rules of the state party. In such event, the presiding judge will be instructed of alternate delivery arrangements for the second list of registered voters.
o
The party affiliation stamp for stamping voter registration certificates in a primary election. [Sec. 162.004(b)]
o
Certificates of party affiliation in a primary election for those voters who do not have a voter registration certificate. [Sec. 162.004(c)]
NOTE
:
Because voters are no longer required to have their certificates, only their valid form of photo identification, you may be issuing a large number of party affiliation certificates.

Tammy Biggar
Fannin County Clerk
101 E. Sam Rayburn Drive, Ste 103
Bonham, TX 75418
Tele: 903-583-7486
Fax: 903-640-4241



Click on Button for more information

---

Send TAC-Elections mailing list submissions to
tac-elections@list.county.org

To subscribe via the World Wide Web, visit
http://list.county.org/lists

To update your personal information or unsubscribe
via the World Wide Web, visit
http://list.county.org/ips-cp

HarrisCounty 009325

| | |
|---|---|
| **From:** | tac-elections@list.county.org on behalf of Tammy Biggar <tbiggar@fanninco.net> |
| **Sent:** | Friday, February 07, 2014 3:22 PM |
| **To:** | TAC-Elections |
| **Subject:** | [TAC-Elections] Certificate of party affiliation form? |

Message from: tbiggar@fanninco.net

Where can I find the Certificate of party affiliation?

I looked at the SOS Forms lists.

Pages 4-5 of the Qualifying the Voter Handbook:

NOTE
:
In a primary election, the presiding judge is given two lists of registered
voters. The second list is given to the precinct chair after the polls are closed and
is used to qualify participants in the precinct convention. The election judge of a
primary election must make a notation next to the voter's name on the second list
of registered voters, as well as the list that is returned to the voter registrar. [Sec.
172.1141] It should be noted that Section 174.022 of the Texas Election Code
was amended by House Bill 3102 ( 2013) to provide that precinct conventions

4

may not be held on primary election night, but on some other date as determined
by rules of the state party. In such event, the presiding judge will be instructed of
alternate delivery arrangements for the second list of registered voters.
o
The party affiliation stamp for stamping voter registration certificates in a
primary election. [Sec. 162.004(b)]
o
Certificates of party affiliation in a primary election for those voters who do not
have a voter registration certificate. [Sec. 162.004(c)]
NOTE
:
Because voters are no longer required to have their certificates, only
their valid form of photo identification, you may be issuing a large number of
party affiliation certificates.

Tammy Biggar
Fannin County Clerk
101 E. Sam Rayburn Drive, Ste 103
Bonham, TX 75418
Tele: 903-583-7486
Fax: 903-640-4241



Click on Button for more information

Send TAC-Elections mailing list submissions to
tac-elections@list.county.org

To subscribe via the World Wide Web, visit
http://list.county.org/lists

To update your personal information or unsubscribe
via the World Wide Web, visit
http://list.county.org/ips-cp

HarrisCounty 009326

**From:** Xay Dung <xaydungtexas@yahoo.com>
**Sent:** Thursday, November 21, 2013 7:39 PM
**To:** Nguyen, Du Ha Kim (CCO)
**Subject:** Re: Vote

Hom nay, co nhan duoc check roi
cam on Du Ha
chuc vo chong con suc khoe
THUY

Xay Dung Magazine
P.O. BOX 1585
Houston, TX 77251
(713) 995-8296

**From:** "Nguyen, Du Ha Kim (CCO)" <DNguyen@cco.hctx.net>
**To:** Xay Dung <xaydungtexas@yahoo.com>
**Sent:** Monday, November 18, 2013 2:16 PM
**Subject:** RE: Vote
Cám ơn cô Thúy,

Anh Dân đã đưa cho con số báo XD rồi ạ.

Bên purchasing deparment đang làm sổ sách, chắc nay mai cô và báo XD sẽ nhận được payment thôi ạ .

Kính chúc cô chú và gia đình luôn an vui nha.

Kính,

**Du-Ha Kim Nguyen**
*Voter Outreach Coordinator*
*Communications & Voter Outreach Department*
*Office of STAN STANART - Harris County Clerk*
1001 Preston, Suite 426
Houston, TX 77002
Phone: **713.274.9557**
Work Cell: 281.635.3435
Fax: 713.755.9311
Email: duhanguyen@cco.hctx.net
Web: http://www.harrisvotes.com/

**From:** Xay Dung [mailto:xaydungtexas@yahoo.com]
**Sent:** Monday, November 11, 2013 3:13 PM
**To:** Nguyen, Du Ha Kim (CCO)
**Subject:** Re: Vote

Du Ha oi
-Con 1 so bao dang giu cho Du Ha day
-D Ha nho nhac tien quang cao cho co THUY
nha
500 do la
thanks

Xay Dung Magazine
P.O. BOX 1585
Houston, TX 77251
(713) 995-8296

**From:** "Nguyen, Du Ha Kim (CCO)" <DNguyen@cco.hctx.net>
**To:** "Nguyen, Du Ha Kim (CCO)" <DNguyen@cco.hctx.net>
**Sent:** Monday, November 11, 2013 7:36 AM
**Subject:** Press Release: Post-Election Photo ID Deadline Approaching

HarrisCounty 009327



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
November 10, 2013

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

### DEADLINE TO CURE PHOTO ID REQUIREMENT APPROACHING

**Stanart encourages affected provisional voters to submit ID**

**Houston, TX** – Harris County Clerk Stan Stanart reminds the voters who did not provide proper photo identification when voting in the November 5th Election that Tuesday, November 12, is the deadline to provide their Photo ID to the Voter Registrar.

**"While the number of voters who need to cure the Photo ID requirement is less than 100, we want to provide the opportunity for every voter's vote to count. Department of Public Safety (DPS) personnel will be stationed in my office ready to help any voter who needs an Election Identification Certificate (EIC),"** said County Clerk Stan Stanart, the Chief Election Officer of the county. **"For convenience, after getting your Election Identification Certificate, you can go downstairs and present the Photo ID to the Voter Registrar."**

The County Clerk's Elections Office is located in the Harris County Administration building, 1001 Preston, 4th floor. Election Identification Certificates are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is required for voting in person.

**"The number of provisional ballots cast due to voters not presenting proper photo identification was very small. Over a quarter million voters participated in the election. Out of those, there are less than 100 that still need to provide an acceptable form of Photo ID,"** said Stanart. The Nov. 5th Election is the first state-wide election in which the photo ID requirements were in effect.

Voters are now required to provide one of the seven types of Photo IDs when voting in-person. The state approved photo identification for voting includes:

- **Texas Driver License issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas Personal Identification Card issued by DPS**

HarrisCounty 009328

- **Texas Concealed Handgun License issued by DPS**
- **United States Military Identification Card containing the person's photograph**
- **United States Citizenship Certificate containing the person's photograph**
- **United States Passport**

With the exception of the U.S. Citizenship Certificate and some Military Identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place.

**"If you are one of the affected voters who need to submit proper identification to the Voter Registrar, I encourage you to do it as soon as possible to ensure your ballot can be counted,"** **concluded** **Stanart.** Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm. DPS offices are closed on Veteran's Day, Monday, November 11th.

For more information, voters can call the Department of Public Safety at 512.424.2600 or the Harris County Clerk's Office at 713.755.6965.

###



HarrisCounty 009329

**From:**       Xay Dung <xaydungtexas@yahoo.com>
**Sent:**       Monday, November 18, 2013 8:35 PM
**To:**         Nguyen, Du Ha Kim (CCO)
**Subject:**    Re: paymetn on the way

cam on con

Xay Dung Magazine
P.O. BOX 1585
Houston, TX 77251
(713) 995-8296

**From:** "Nguyen, Du Ha Kim (CCO)" <DNguyen@cco.hctx.net>
**To:** Xay Dung <xaydungtexas@yahoo.com>
**Sent:** Monday, November 18, 2013 2:16 PM
**Subject:** RE: Vote
Cám ơn cô Thúy,

Anh Dân đã đưa cho con số báo XD rồi ạ.

Bên purchasing deparment đang làm sổ sách, chắc nay mai cô và báo XD sẽ nhận được payment thôi ạ .

Kính chúc cô chú và gia đình luôn an vui nha.

Kính,

**Du-Ha Kim Nguyen**
*Voter Outreach Coordinator*
*Communications & Voter Outreach Department*
*Office of STAN STANART - Harris County Clerk*
1001 Preston, Suite 426
Houston, TX 77002
Phone: **713.274.9557**
Work Cell: 281.635.3435
Fax: 713.755.9311
Email: duhanguyen@cco.hctx.net
Web: http://www.harrisvotes.com/

**From:** Xay Dung [mailto:xaydungtexas@yahoo.com]
**Sent:** Monday, November 11, 2013 3:13 PM
**To:** Nguyen, Du Ha Kim (CCO)
**Subject:** Re: Vote

Du Ha oi
-Con 1 so bao dang giu cho Du Ha day
-D Ha nho nhac tien quang cao cho co THUY
nha
500 do la
thanks

Xay Dung Magazine
P.O. BOX 1585
Houston, TX 77251
(713) 995-8296

**From:** "Nguyen, Du Ha Kim (CCO)" <DNguyen@cco.hctx.net>
**To:** "Nguyen, Du Ha Kim (CCO)" <DNguyen@cco.hctx.net>
**Sent:** Monday, November 11, 2013 7:36 AM
**Subject:** Press Release: Post-Election Photo ID Deadline Approaching

HarrisCounty 009330



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
November 10, 2013

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

### DEADLINE TO CURE PHOTO ID REQUIREMENT APPROACHING

**Stanart encourages affected provisional voters to submit ID**

**Houston, TX** – Harris County Clerk Stan Stanart reminds the voters who did not provide proper photo identification when voting in the November 5th Election that Tuesday, November 12, is the deadline to provide their Photo ID to the Voter Registrar.

**"While the number of voters who need to cure the Photo ID requirement is less than 100, we want to provide the opportunity for every voter's vote to count. Department of Public Safety (DPS) personnel will be stationed in my office ready to help any voter who needs an Election Identification Certificate (EIC)," said County Clerk Stan Stanart, the Chief Election Officer of the county. "For convenience, after getting your Election Identification Certificate, you can go downstairs and present the Photo ID to the Voter Registrar."**

The County Clerk's Elections Office is located in the Harris County Administration building, 1001 Preston, 4th floor. Election Identification Certificates are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is required for voting in person.

**"The number of provisional ballots cast due to voters not presenting proper photo identification was very small. Over a quarter million voters participated in the election. Out of those, there are less than 100 that still need to provide an acceptable form of Photo ID,"** said Stanart. The Nov. 5th Election is the first state-wide election in which the photo ID requirements were in effect.

Voters are now required to provide one of the seven types of Photo IDs when voting in-person. The state approved photo identification for voting includes:

- **Texas Driver License issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas Personal Identification Card issued by DPS**
- **Texas Concealed Handgun License issued by DPS**
- **United States Military Identification Card containing the person's photograph**

HarrisCounty 009331

- **United States Citizenship Certificate containing the person's photograph**
- **United States Passport**

With the exception of the U.S. Citizenship Certificate and some Military Identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place.

**"If you are one of the affected voters who need to submit proper identification to the Voter Registrar, I encourage you to do it as soon as possible to ensure your ballot can be counted,"** **concluded** **Stanart.** Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm. DPS offices are closed on Veteran's Day, Monday, November 11th.

For more information, voters can call the Department of Public Safety at 512.424.2600 or the Harris County Clerk's Office at 713.755.6965.

###



HarrisCounty 009332

**From:** Nguyen, Du Ha Kim (CCO)
**Sent:** Monday, November 18, 2013 2:17 PM
**To:** Xay Dung
**Subject:** RE: Vote

Cảm ơn cô Thúy,

Anh Dân đã đưa cho con số báo XD rồi ạ.

Bên purchasing deparment đang làm sổ sách, chắc nay mai cô và báo XD sẽ nhận được payment thôi ạ .

Kính chúc cô chú và gia đình luôn an vui nha.

Kính,

**Du-Ha Kim Nguyen**
*Voter Outreach Coordinator*
*Communications & Voter Outreach Department*
Office of STAN STANART - *Harris County Clerk*
1001 Preston, Suite 426
Houston, TX 77002
Phone: **713.274.9557**
Work Cell: 281.635.3435
Fax: 713.755.9311
Email: duhanguyen@cco.hctx.net
Web: www.HarrisVotes.com

**From:** Xay Dung [mailto:xaydungtexas@yahoo.com]
**Sent:** Monday, November 11, 2013 3:13 PM
**To:** Nguyen, Du Ha Kim (CCO)
**Subject:** Re: Vote

Du Ha oi
-Con 1 so bao dang giu cho Du Ha day
-D Ha nho nhac tien quang cao cho co THUY
nha
500 do la
thanks


Xay Dung Magazine
P.O. BOX 1585
Houston, TX 77251
(713) 995-8296


**From:** "Nguyen, Du Ha Kim (CCO)" <DNguyen@cco.hctx.net>
**To:** "Nguyen, Du Ha Kim (CCO)" <DNguyen@cco.hctx.net>
**Sent:** Monday, November 11, 2013 7:36 AM
**Subject:** Press Release: Post-Election Photo ID Deadline Approaching



294

# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
November 10, 2013

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

### DEADLINE TO CURE PHOTO ID REQUIREMENT APPROACHING



**Stanart encourages affected provisional voters to submit ID**
Houston, TX – Harris County Clerk Stan Stanart reminds the voters who did not provide proper photo identification when voting in the November 5th Election that Tuesday, November 12, is the deadline to provide their Photo ID to the Voter Registrar.

**"While the number of voters who need to cure the Photo ID requirement is less than 100, we want to provide the opportunity for every voter's vote to count. Department of Public Safety (DPS) personnel will be stationed in my office ready to help any voter who needs an Election Identification Certificate (EIC)," said County Clerk Stan Stanart, the Chief Election Officer of the county. "For convenience, after getting your Election Identification Certificate, you can go downstairs and present the Photo ID to the Voter Registrar."**

The County Clerk's Elections Office is located in the Harris County Administration building, 1001 Preston, 4th floor. Election Identification Certificates are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is required for voting in person.

**"The number of provisional ballots cast due to voters not presenting proper photo identification was very small. Over a quarter million voters participated in the election. Out of those, there are less than 100 that still need to provide an acceptable form of Photo ID,"** said Stanart. The Nov. 5th Election is the first state-wide election in which the photo ID requirements were in effect.

Voters are now required to provide one of the seven types of Photo IDs when voting in-person. The state approved photo identification for voting includes:

- **Texas Driver License issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas Personal Identification Card issued by DPS**
- **Texas Concealed Handgun License issued by DPS**
- **United States Military Identification Card containing the person's photograph**
- **United States Citizenship Certificate containing the person's photograph**
- **United States Passport**

With the exception of the U.S. Citizenship Certificate and some Military Identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place.

**"If you are one of the affected voters who need to submit proper identification to the Voter Registrar, I encourage you to do it as soon as possible to ensure your ballot can be counted," concluded Stanart.** Requirements to apply for an EIC can be found at

HarrisCounty 009334

http://www.txdps.state.tx.us/DriverLicense/electionID.htm. DPS offices are closed on Veteran's Day, Monday, November 11th.

For more information, voters can call the Department of Public Safety at 512.424.2600 or the Harris County Clerk's Office at 713.755.6965.

###

HarrisCounty 009335

**From:** Xay Dung <xaydungtexas@yahoo.com>
**Sent:** Monday, November 11, 2013 3:13 PM
**To:** Nguyen, Du Ha Kim (CCO)
**Subject:** Re: Vote

Du Ha oi
-Con 1 so bao dang giu cho Du Ha day
-D Ha nho nhac tien quang cao cho co THUY
nha
500 do la
thanks


Xay Dung Magazine
P.O. BOX 1585
Houston, TX 77251
(713) 995-8296


**From:** "Nguyen, Du Ha Kim (CCO)" <DNguyen@cco.hctx.net>
**To:** "Nguyen, Du Ha Kim (CCO)" <DNguyen@cco.hctx.net>
**Sent:** Monday, November 11, 2013 7:36 AM
**Subject:** Press Release: Post-Election Photo ID Deadline Approaching



# STAN STANART

## COUNTY CLERK

### *Recording the Major Events of Your Life*

For Immediate Release
November 10, 2013

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550



**DEADLINE TO CURE PHOTO ID REQUIREMENT APPROACHING**
**Stanart encourages affected provisional voters to submit ID**

**Houston, TX** – Harris County Clerk Stan Stanart reminds the voters who did not provide proper photo identification when voting in the November 5th Election that Tuesday, November 12, is the deadline to provide their Photo ID to the Voter Registrar.

297

HarrisCounty 009336

**"While the number of voters who need to cure the Photo ID requirement is less than 100, we want to provide the opportunity for every voter's vote to count. Department of Public Safety (DPS) personnel will be stationed in my office ready to help any voter who needs an Election Identification Certificate (EIC)," said County Clerk Stan Stanart, the Chief Election Officer of the county. "For convenience, after getting your Election Identification Certificate, you can go downstairs and present the Photo ID to the Voter Registrar."**

The County Clerk's Elections Office is located in the Harris County Administration building, 1001 Preston, 4th floor. Election Identification Certificates are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is required for voting in person.

**"The number of provisional ballots cast due to voters not presenting proper photo identification was very small. Over a quarter million voters participated in the election. Out of those, there are less than 100 that still need to provide an acceptable form of Photo ID,"** said Stanart. The Nov. 5th Election is the first state-wide election in which the photo ID requirements were in effect.

Voters are now required to provide one of the seven types of Photo IDs when voting in-person. The state approved photo identification for voting includes:

- **Texas Driver License issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas Personal Identification Card issued by DPS**
- **Texas Concealed Handgun License issued by DPS**
- **United States Military Identification Card containing the person's photograph**
- **United States Citizenship Certificate containing the person's photograph**
- **United States Passport**

With the exception of the U.S. Citizenship Certificate and some Military Identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place.

**"If you are one of the affected voters who need to submit proper identification to the Voter Registrar, I encourage you to do it as soon as possible to ensure your ballot can be counted," concluded Stanart.** Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm. DPS offices are closed on Veteran's Day, Monday, November 11th.

For more information, voters can call the Department of Public Safety at 512.424.2600 or the Harris County Clerk's Office at 713.755.6965.

###

HarrisCounty 009337

| From: | DeLeon, Hector (CCO) |
|---|---|
| Sent: | Friday, November 08, 2013 5:02 PM |
| To: | Stanart, Stan (CCO) |
| Cc: | Hammerlein, George (CCO); Sheppard, Laura (CCO); Aston, Sonya (CCO) |
| Subject: | Press Release: Deadline to Present Post-Election Photo ID Approaching |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
November 10, 2013

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## DEADLINE TO PRESENT POST-ELECTION PHOTO ID APPROACHING

### Stanart encourages 105 voters to submit ID to Voter Registrar promptly



**Houston, TX** – Harris County Clerk Stan Stanart reminded voters who did not provide proper photo identification when voting at the poll during the recent Harris County Election that Tuesday, November 12, is the deadline to provide it to the Voter Registrar.

**"Department of Public Safety (DPS) personal will be stationed at my Voter Outreach office ready to receive any voter who qualifies to obtain an Election Identification Certificate (EIC) and needs it to comply with the post-election deadline to present Photo ID,"** said County Clerk Stan Stanart, the Chief Election Officer of the county. **"For your convenience, if you need the Election Identification Certificate (EIC), come see the DPS officer at our office on Tuesday. Then, you can go downstairs and present the Photo ID to the Voter Registrar."**

The County Clerk's Outreach Office is located at the Harris County Administrative building, 1001 Preston, 4th floor. Election Identification Certificates are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is required for voting in person.

**"The number of provisional ballots cast due to voters not presenting proper photo identification was miniscule. Over a quarter million voters participated in the election. Out of those, only 105 failed to provide an acceptable form of Photo ID,"** said Stanart. The Nov. 5th Election is the first state-wide election in which the photo ID requirements were in effect.

Voters are now required to provide one of the seven types of Photo IDs when voting in-person. The state approved photo identification for voting includes:

HarrisCounty 009338

- **Texas Driver License issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas Personal Identification Card issued by DPS**
- **Texas Concealed Handgun License issued by DPS**
- **United States Military Identification Card containing the person's photograph**
- **United States Citizenship Certificate containing the person's photograph**
- **United States Passport**

With the exception of the U.S. Citizenship Certificate and some Military Identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place.

**"If you are one of the one-hundred-and-five voters that need to submit proper identification to the Voter Registrar, I encourage you to do it as soon as possible to ensure you ballot is taken into account," concluded Stanart.** Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm. DPS offices are closed on Veteran's Day.

For more information, voters can call the Department of Public Safety at 512.424.2600 or the Harris County Clerk's Office at 713.755.6965.

###

HarrisCounty 009339

**From:** Hudspeth, Teneshia (CCO)
**Sent:** Thursday, November 07, 2013 3:54 PM
**To:** Aldridge, Gloria M
**Subject:** RE: MLK Program 01/18/2014

Thank you for your email Ms. Aldridge.  I gladly accept the invitation to speak for Ebony's upcoming MLK Program.  Feel free to send me any additional details I will need to know about this program.  Have a blessed weekend.

Teneshia E. Hudspeth
Communications & Voter Outreach
Office of Stan Stanart, Harris County Clerk
1001 Preston, 4th Floor
Houston, TX  77002
Office: 713.274.9550
Fax: 713-755-9311
thudspeth@cco.hctx.net

**From:** Aldridge, Gloria M [mailto:Gloria.M.Aldridge@hud.gov]
**Sent:** Thursday, November 07, 2013 2:38 PM
**To:** Hudspeth, Teneshia (CCO)
**Subject:** MLK Program 01/18/2014

Ms. Hudspeth,

   Thanks for the information below.

   I've attached our letter of invitation to speak during our MLK Program.  I've also  added a "Save the Date" below.  I hope your calendar is open to participate.



**29th Annual**
**Dr. Martin Luther King Program**
**January 18, 2014**
**at 5:00 pm**
**in the Forum Auditorium of**
**Cypress Creek Community Center,**
**6823 Cypresswood Drive,**
**Spring, Texas.**

HarrisCounty 009340

**From:** Hudspeth, Teneshia (CCO) [mailto:THudspeth@cco.hctx.net]
**Sent:** Monday, November 04, 2013 3:27 PM
**To:** Harris County Clerk
**Subject:** Press Release: Army of Election Works ready for Photo ID



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release                         Contact: hdeleon@cco.hctx.net
November 4, 2013                               713.539.0114 or 713.274.9550

### ARMY OF ELECTION WORKERS PREPARED FOR ELECTION DAY

**County Clerk Stan Stanart Reminds Voters, "Bring your Photo ID to the poll."**



**Houston, TX** – 4,500 Election Judges and Clerks are prepared to receive voters on Election Day, Tuesday, November 5, at the 775 locations throughout Harris County. This Election will be the first Election in which Photo ID will be implemented at the Election Day polls.

**"In preparation for Election Day, poll workers have been trained on the new Photo ID requirements and are ready for voters to cast their ballots,"** said Harris County Clerk Stan Stanart, the Chief Election Officer of the county. **"Election Day should go as smoothly as the Early Voting Period."**

Early voting brought 109,370 voters to the polls, the largest number of early voters in an odd numbered November Election in the history of Harris County. Of those voters, there were very few provisional ballots cast due to voters not presenting proper photo ID. The unofficial Early Voting tally of current registered voters with ID issues shows six who presented expired/suspended TX DPS IDs, two who presented out of State IDs, and nine who did not present any photo ID. These voters and any from Election Day, will have until November 12th to present a valid Photo ID to the Voter Registrar, so that their ballot can be counted.

**"As the Chief Election Official, I have great confidence in voters,"** expressed Stanart. **"I am not surprised by voters being prepared to comply with the photo identification requirement."**

Voters are now required to provide one of the seven types of Photo IDs when voting in-person. The state approved photo identification for voting includes:

- **Texas Driver License issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas Personal Identification Card issued by DPS**

HarrisCounty 009341

- **Texas Concealed Handgun License issued by DPS**
- **United States Military Identification Card containing the person's photograph**
- **United States Citizenship Certificate containing the person's photograph**
- **United States Passport**

With the exception of the U.S. Citizenship Certificate and some Military Identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place.

**"If you have not done so, I encourage you to go vote," concluded Stanart. "Be sure to bring your photo ID to the poll; and, remember, on Election Day, you have to vote at the precinct where you are registered to vote.**

To obtain a list of Election Day polling locations or to view a voter specific sample ballot, voters can visit www.HarrisVotes.com or call 713-755-6965.

###

HarrisCounty 009342

**From:** George McAfee <gmac1230@msn.com>
**Sent:** Wednesday, November 06, 2013 5:08 AM
**To:** Harris County Clerk; Elroy Campbell Jr
**Subject:** RE: Press Release: Army of Election Works ready for Photo ID

From: HClerk@cco.hctx.net
To: HClerk@cco.hctx.net
Subject: Press Release: Army of Election Works ready for Photo ID
Date: Mon, 4 Nov 2013 20:09:12 +0000



# STAN STANART
## COUNTY CLERK
*Recording the Major Events of Your Life*

For Immediate Release
November 4, 2013

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

### ARMY OF ELECTION WORKERS PREPARED FOR ELECTION DAY
### County Clerk Stan Stanart Reminds Voters, "Bring your Photo ID to the poll."



**Houston, TX** – 4,500 Election Judges and Clerks are prepared to receive voters on Election Day, Tuesday, November 5, at the 775 locations throughout Harris County. This Election will be the first Election in which Photo ID will be implemented at the Election Day polls.

**"In preparation for Election Day, poll workers have been trained on the new Photo ID requirements and are ready for voters to cast their ballots," said Harris County Clerk Stan Stanart, the Chief Election Officer of the county.**
**"Election Day should go as smoothly as the Early Voting Period."**

Early voting brought 109,370 voters to the polls, the largest number of early voters in an odd numbered November Election in the history of Harris County. Of those voters, there were very few provisional ballots cast due to voters not presenting proper photo identification. The unofficial Early Voting tally of current registered voters with ID issues shows six who presented expired/suspended TX DPS IDs, two who presented out of State IDs, and nine who did not present any photo ID. These voters and any from Election Day, will have until November 12th to present a valid Photo ID to the Voter Registrar, so that their ballot can be counted.

**"As the Chief Election Official, I have great confidence in voters," expressed Stanart. "I am not surprised by voters being prepared to comply with the photo identification requirement."**

Voters are now required to provide one of the seven types of Photo IDs when voting in-person. The state approved photo identification for voting includes:

**Texas Driver License issued by the Texas Department of Public Safety (DPS)**
**Texas Election Identification Certificate issued by DPS**
**Texas Personal Identification Card issued by DPS**
**Texas Concealed Handgun License issued by DPS**

HarrisCounty 009343

**United States Military Identification Card containing the person's photograph**
**United States Citizenship Certificate containing the person's photograph**
**United States Passport**

With the exception of the U.S. Citizenship Certificate and some Military Identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place. **"If you have not done so, I encourage you to go vote," concluded Stanart. "Be sure to bring your photo ID to the poll; and, remember, on Election Day, you have to vote at the precinct where you are registered to vote.**

To obtain a list of Election Day polling locations or to view a voter specific sample ballot, voters can visit www.HarrisVotes.com or call 713-755-6965.

###

305

HarrisCounty 009344

| | |
|---|---|
| **From:** | DeLeon, Hector (CCO) |
| **Sent:** | Tuesday, November 05, 2013 3:02 PM |
| **To:** | lyman@nytimes.com |
| **Subject:** | Press Release: Army of Election Works ready for Photo ID |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
November 4, 2013

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

### ARMY OF ELECTION WORKERS PREPARED FOR ELECTION DAY

#### County Clerk Stan Stanart Reminds Voters, "Bring your Photo ID to the poll."



**Houston, TX** – 4,500 Election Judges and Clerks are prepared to receive voters on Election Day, Tuesday, November 5, at the 775 locations throughout Harris County. This Election will be the first Election in which Photo ID will be implemented at the Election Day polls.

**"In preparation for Election Day, poll workers have been trained on the new Photo ID requirements and are ready for voters to cast their ballots," said Harris County Clerk Stan Stanart, the Chief Election Officer of the** county. **"Election Day should go as smoothly as the Early Voting Period."**

Early voting brought 109,370 voters to the polls, the largest number of early voters in an odd numbered November Election in the history of Harris County. Of those voters, there were very few provisional ballots cast due to voters not presenting proper photo identification. The unofficial Early Voting tally of current registered voters with ID issues shows six who presented expired/suspended TX DPS IDs, two who presented out of State IDs, and nine who did not present any photo ID. These voters and any from Election Day, will have until November 12th to present a valid Photo ID to the Voter Registrar, so that their ballot can be counted.

**"As the Chief Election Official, I have great confidence in voters," expressed Stanart. "I am not surprised by voters being prepared to comply with the photo identification requirement."**

Voters are now required to provide one of the seven types of Photo IDs when voting in-person. The state approved photo identification for voting includes:

- **Texas Driver License issued by the Texas Department of Public Safety (DPS)**

306

HarrisCounty 009345

- **Texas Election Identification Certificate issued by DPS**
- **Texas Personal Identification Card issued by DPS**
- **Texas Concealed Handgun License issued by DPS**
- **United States Military Identification Card containing the person's photograph**
- **United States Citizenship Certificate containing the person's photograph**
- **United States Passport**

With the exception of the U.S. Citizenship Certificate and some Military Identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place.

**"If you have not done so, I encourage you to go vote," concluded Stanart. "Be sure to bring your photo ID to the poll; and, remember, on Election Day, you have to vote at the precinct where you are registered to vote.**

To obtain a list of Election Day polling locations or to view a voter specific sample ballot, voters can visit www.HarrisVotes.com or call 713-755-6965.

###



HarrisCounty 009346

| | |
|---|---|
| **From:** | Nguyen, Du Ha Kim (CCO) |
| **Sent:** | Monday, November 04, 2013 5:20 PM |
| **To:** | Stanart, Stan (CCO); DeLeon, Hector (CCO) |
| **Subject:** | RE: Press Release: Army of Election Works ready for Photo ID |

Thank you for your understanding.

Du-Ha Kim Nguyen
*Voter Outreach Coordinator*
*Communications & Voter Outreach Department*
**Office of STAN STANART** - *Harris County Clerk*
1001 Preston, Suite 426
Houston, TX 77002
Phone: **713.274.9557**
Work Cell: 281.635.3435
Fax: 713.755.9311
Email: duhanguyen@cco.hctx.net
Web: www.HarrisVotes.com

---

**From:** Stanart, Stan (CCO)
**Sent:** Monday, November 04, 2013 5:19 PM
**To:** Nguyen, Du Ha Kim (CCO); DeLeon, Hector (CCO)
**Subject:** RE: Press Release: Army of Election Works ready for Photo ID

OK, we need to get them to fix this.

*Regards,*

*Stan Stanart*
Harris County Clerk - *Recording the Major Events of Your Life*
(713) 755-6410
Stan.Stanart@hctx.net

---

**From:** Nguyen, Du Ha Kim (CCO)
**Sent:** Monday, November 4, 2013 4:59 PM
**To:** Stanart, Stan (CCO); DeLeon, Hector (CCO)
**Subject:** RE: Press Release: Army of Election Works ready for Photo ID

Mr. Stanart,

Angela from IS was setting up my email for somehow that when I sent email from County.Clerk@cco.hctx.net email, it said "Du-Ha Kim Nguyen on behalf of Harris County Clerk" instead of "Harris County Clerk".

Thank you.

Du-Ha Kim Nguyen
*Voter Outreach Coordinator*
*Communications & Voter Outreach Department*
**Office of STAN STANART** - *Harris County Clerk*
1001 Preston, Suite 426
Houston, TX 77002
Phone: **713.274.9557**
Work Cell: 281.635.3435
Fax: 713.755.9311
Email: duhanguyen@cco.hctx.net
Web: www.HarrisVotes.com

---

**From:** Stanart, Stan (CCO)
**Sent:** Monday, November 04, 2013 4:48 PM
**To:** DeLeon, Hector (CCO)

HarrisCounty 009347

Cc: Nguyen, Du Ha Kim (CCO)
**Subject:** FW: Press Release: Army of Election Works ready for Photo ID

Once again, this needs to be emailed from Count.Clerk@cco.hctx.net

*Regards,*

*Stan Stanart*
Harris County Clerk - *Recording the Major Events of Your Life*
(713) 755-6410
Stan.Stanart@hctx.net

**From:** Nguyen, Du Ha Kim (CCO) **On Behalf Of** Harris County Clerk
**Sent:** Monday, November 4, 2013 2:09 PM
**To:** Harris County Clerk
**Subject:** Press Release: Army of Election Works ready for Photo ID



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
November 4, 2013

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

### ARMY OF ELECTION WORKERS PREPARED FOR ELECTION DAY

**County Clerk Stan Stanart Reminds Voters, "Bring your Photo ID to the poll."**



**Houston, TX** – 4,500 Election Judges and Clerks are prepared to receive voters on Election Day, Tuesday, November 5, at the 775 locations throughout Harris County. This Election will be the first Election in which Photo ID will be implemented at the Election Day polls.

**"In preparation for Election Day, poll workers have been trained on the new Photo ID requirements and are ready for voters to cast their ballots,"** said Harris County Clerk Stan Stanart, the Chief Election Officer of the county. **"Election Day should go as smoothly as the Early Voting Period."**

Early voting brought 109,370 voters to the polls, the largest number of early voters in an odd numbered November Election in the history of Harris County. Of those voters, there were very few provisional ballots cast due to voters not presenting proper photo identification. The unofficial Early Voting tally of current registered voters with ID issues shows six who presented expired/suspended TX DPS IDs, two who presented out of State IDs, and nine who did not present any photo ID. These voters and any from Election Day, will have until November 12th to present a valid Photo ID to the Voter Registrar, so that their ballot can be counted.

HarrisCounty 009348

"As the Chief Election Official, I have great confidence in voters," expressed Stanart. "I am not surprised by voters being prepared to comply with the photo identification requirement."

Voters are now required to provide one of the seven types of Photo IDs when voting in-person. The state approved photo identification for voting includes:

- **Texas Driver License issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas Personal Identification Card issued by DPS**
- **Texas Concealed Handgun License issued by DPS**
- **United States Military Identification Card containing the person's photograph**
- **United States Citizenship Certificate containing the person's photograph**
- **United States Passport**

With the exception of the U.S. Citizenship Certificate and some Military Identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place.

"If you have not done so, I encourage you to go vote," concluded Stanart. "Be sure to bring your photo ID to the poll; and, remember, on Election Day, you have to vote at the precinct where you are registered to vote.

To obtain a list of Election Day polling locations or to view a voter specific sample ballot, voters can visit www.HarrisVotes.com or call 713-755-6965.

### ###

HarrisCounty 009349

| | |
|---|---|
| **From:** | Harris County Clerk |
| **Sent:** | Monday, November 04, 2013 5:18 PM |
| **To:** | Harris County Clerk |
| **Subject:** | RE: Press Release: Army of Election Works ready for Photo ID |

test

**From:** Nguyen, Du Ha Kim (CCO) **On Behalf Of** Harris County Clerk
**Sent:** Monday, November 4, 2013 2:09 PM
**To:** Harris County Clerk
**Subject:** Press Release: Army of Election Works ready for Photo ID



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release                         Contact: hdeleon@cco.hctx.net
November 4, 2013                                   713.539.0114 or 713.274.9550

### ARMY OF ELECTION WORKERS PREPARED FOR ELECTION DAY

**County Clerk Stan Stanart Reminds Voters, "Bring your Photo ID to the poll."**



Houston, TX – 4,500 Election Judges and Clerks are prepared to receive voters on Election Day, Tuesday, November 5, at the 775 locations throughout Harris County. This Election will be the first Election in which Photo ID will be implemented at the Election Day polls.

**"In preparation for Election Day, poll workers have been trained on the new Photo ID requirements and are ready for voters to cast their ballots," said Harris County Clerk Stan Stanart, the Chief Election Officer of the county. "Election Day should go as smoothly as the Early Voting Period."**

Early voting brought 109,370 voters to the polls, the largest number of early voters in an odd numbered November Election in the history of Harris County. Of those voters, there were very few provisional ballots cast due to voters not presenting proper photo identification. The unofficial Early Voting tally of current registered voters with ID issues shows six who presented expired/suspended TX DPS IDs, two who presented out of State IDs, and nine who did not present any photo ID. These voters and any from Election Day, will have until November 12th to present a valid Photo ID to the Voter Registrar, so that their ballot can be counted.

**"As the Chief Election Official, I have great confidence in voters," expressed Stanart. "I am not surprised by voters being prepared to comply with the photo identification requirement."**

311

HarrisCounty 009350

Voters are now required to provide one of the seven types of Photo IDs when voting in-person. The state approved photo identification for voting includes:

- **Texas Driver License issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas Personal Identification Card issued by DPS**
- **Texas Concealed Handgun License issued by DPS**
- **United States Military Identification Card containing the person's photograph**
- **United States Citizenship Certificate containing the person's photograph**
- **United States Passport**

With the exception of the U.S. Citizenship Certificate and some Military Identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place.

**"If you have not done so, I encourage you to go vote," concluded Stanart. "Be sure to bring your photo ID to the poll; and, remember, on Election Day, you have to vote at the precinct where you are registered to vote.**

To obtain a list of Election Day polling locations or to view a voter specific sample ballot, voters can visit www.HarrisVotes.com or call 713-755-6965.

###



HarrisCounty 009351

| | |
|---|---|
| **From:** | Hudspeth, Teneshia (CCO) |
| **Sent:** | Monday, November 04, 2013 3:27 PM |
| **To:** | county.clerk@cco.hctx.net |
| **Subject:** | Press Release: Army of Election Works ready for Photo ID |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
November 4, 2013

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

### ARMY OF ELECTION WORKERS PREPARED FOR ELECTION DAY

**County Clerk Stan Stanart Reminds Voters, "Bring your Photo ID to the poll."**



**Houston, TX** – 4,500 Election Judges and Clerks are prepared to receive voters on Election Day, Tuesday, November 5, at the 775 locations throughout Harris County. This Election will be the first Election in which Photo ID will be implemented at the Election Day polls.

**"In preparation for Election Day, poll workers have been trained on the new Photo ID requirements and are ready for voters to cast their ballots," said Harris County Clerk Stan Stanart, the Chief Election Officer of the county. "Election Day should go as smoothly as the Early Voting Period."**

Early voting brought 109,370 voters to the polls, the largest number of early voters in an odd numbered November Election in the history of Harris County. Of those voters, there were very few provisional ballots cast due to voters not presenting proper photo identification. The unofficial Early Voting tally of current registered voters with ID issues shows six who presented expired/suspended TX DPS IDs, two who presented out of State IDs, and nine who did not present any photo ID. These voters and any from Election Day, will have until November 12th to present a valid Photo ID to the Voter Registrar, so that their ballot can be counted.

**"As the Chief Election Official, I have great confidence in voters," expressed Stanart. "I am not surprised by voters being prepared to comply with the photo identification requirement."**

Voters are now required to provide one of the seven types of Photo IDs when voting in-person. The state approved photo identification for voting includes:

- **Texas Driver License issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**

313

HarrisCounty 009352

- **Texas Personal Identification Card issued by DPS**
- **Texas Concealed Handgun License issued by DPS**
- **United States Military Identification Card containing the person's photograph**
- **United States Citizenship Certificate containing the person's photograph**
- **United States Passport**

With the exception of the U.S. Citizenship Certificate and some Military Identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place.

**"If you have not done so, I encourage you to go vote," concluded Stanart. "Be sure to bring your photo ID to the poll; and, remember, on Election Day, you have to vote at the precinct where you are registered to vote.**

To obtain a list of Election Day polling locations or to view a voter specific sample ballot, voters can visit www.HarrisVotes.com or call 713-755-6965.

###



HarrisCounty 009353

**From:** Nguyen, Du Ha Kim (CCO)
**Sent:** Monday, November 04, 2013 2:09 PM
**To:** DeLeon, Hector (CCO)
**Cc:** Yue, Gee-Wey; Hudspeth, Teneshia (CCO); Nichols, Kristina
**Subject:** RE: Press Release: Army of Election Works ready for Photo ID

Sent!

**Du-Ha Kim Nguyen**
*Voter Outreach Coordinator*
*Communications & Voter Outreach Department*
**Office of STAN STANART - *Harris County Clerk***
1001 Preston, Suite 426
Houston, TX 77002
Phone: **713.274.9557**
Work Cell: 281.635.3435
Fax: 713.755.9311
Email: duhanguyen@cco.hctx.net
Web: www.HarrisVotes.com

**From:** DeLeon, Hector (CCO)
**Sent:** Monday, November 04, 2013 2:05 PM
**To:** Nguyen, Du Ha Kim (CCO)
**Cc:** Yue, Gee-Wey; Hudspeth, Teneshia (CCO); Nichols, Kristina
**Subject:** FW: Press Release: Army of Election Works ready for Photo ID

Please send out to media and all others.

**From:** Stanart, Stan (CCO)
**Sent:** Monday, November 04, 2013 2:02 PM
**To:** DeLeon, Hector (CCO)
**Cc:** Stanart, Stan (CCO); Hammerlein, George (CCO)
**Subject:** Press Release: Army of Election Works ready for Photo ID



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
November 4, 2013

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

HarrisCounty 009354

## ARMY OF ELECTION WORKERS PREPARED FOR ELECTION DAY

### County Clerk Stan Stanart Reminds Voters, "Bring your Photo ID to the poll."



**Houston, TX** – 4,500 Election Judges and Clerks are prepared to receive voters on Election Day, Tuesday, November 5, at the 775 locations throughout Harris County. This Election will be the first Election in which Photo ID will be implemented at the Election Day polls.

**"In preparation for Election Day, poll workers have been trained on the new Photo ID requirements and are ready for voters to cast their ballots," said Harris County Clerk Stan Stanart, the Chief Election Officer of the** county. **"Election Day should go as smoothly as the Early Voting Period."**

Early voting brought 109,370 voters to the polls, the largest number of early voters in an odd numbered November Election in the history of Harris County. Of those voters, there were very few provisional ballots cast due to voters not presenting proper photo identification. The unofficial Early Voting tally of current registered voters with ID issues shows six who presented expired/suspended TX DPS IDs, two who presented out of State IDs, and nine who did not present any photo ID. These voters and any from Election Day, will have until November 12th to present a valid Photo ID to the Voter Registrar, so that their ballot can be counted.

**"As the Chief Election Official, I have great confidence in voters," expressed Stanart. "I am not surprised by voters being prepared to comply with the photo identification requirement."**

Voters are now required to provide one of the seven types of Photo IDs when voting in-person. The state approved photo identification for voting includes:

- **Texas Driver License issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas Personal Identification Card issued by DPS**
- **Texas Concealed Handgun License issued by DPS**
- **United States Military Identification Card containing the person's photograph**
- **United States Citizenship Certificate containing the person's photograph**
- **United States Passport**

With the exception of the U.S. Citizenship Certificate and some Military Identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place.

**"If you have not done so, I encourage you to go vote," concluded Stanart. "Be sure to bring your photo ID to the poll; and, remember, on Election Day, you have to vote at the precinct where you are registered to vote.**

To obtain a list of Election Day polling locations or to view a voter specific sample ballot, voters can visit www.HarrisVotes.com or call 713-755-6965.

### ###

HarrisCounty 009355

| | |
|---|---|
| **From:** | Nguyen, Du Ha Kim (CCO) on behalf of Harris County Clerk |
| **Sent:** | Monday, November 04, 2013 2:09 PM |
| **To:** | Harris County Clerk |
| **Subject:** | Press Release: Army of Election Works ready for Photo ID |

# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
November 4, 2013

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

### ARMY OF ELECTION WORKERS PREPARED FOR ELECTION DAY

**County Clerk Stan Stanart Reminds Voters, "Bring your Photo ID to the poll."**



**Houston, TX** – 4,500 Election Judges and Clerks are prepared to receive voters on Election Day, Tuesday, November 5, at the 775 locations throughout Harris County. This Election will be the first Election in which Photo ID will be implemented at the Election Day polls.

**"In preparation for Election Day, poll workers have been trained on the new Photo ID requirements and are ready for voters to cast their ballots," said Harris County Clerk Stan Stanart, the Chief Election Officer of the** county. **"Election Day should go as smoothly as the Early Voting Period."**

Early voting brought 109,370 voters to the polls, the largest number of early voters in an odd numbered November Election in the history of Harris County. Of those voters, there were very few provisional ballots cast due to voters not presenting proper photo identification. The unofficial Early Voting tally of current registered voters with ID issues shows six who presented expired/suspended TX DPS IDs, two who presented out of State IDs, and nine who did not present any photo ID. These voters and any from Election Day, will have until November 12th to present a valid Photo ID to the Voter Registrar, so that their ballot can be counted.

**"As the Chief Election Official, I have great confidence in voters," expressed Stanart. "I am not surprised by voters being prepared to comply with the photo identification requirement."**

Voters are now required to provide one of the seven types of Photo IDs when voting in-person. The state approved photo identification for voting includes:

- **Texas Driver License issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas Personal Identification Card issued by DPS**

317

HarrisCounty 009356

- **Texas Concealed Handgun License issued by DPS**
- **United States Military Identification Card containing the person's photograph**
- **United States Citizenship Certificate containing the person's photograph**
- **United States Passport**

With the exception of the U.S. Citizenship Certificate and some Military Identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place.

**"If you have not done so, I encourage you to go vote," concluded Stanart. "Be sure to bring your photo ID to the poll; and, remember, on Election Day, you have to vote at the precinct where you are registered to vote.**

To obtain a list of Election Day polling locations or to view a voter specific sample ballot, voters can visit www.HarrisVotes.com or call 713-755-6965.

###



318

HarrisCounty 009357

**From:** Nguyen, Du Ha Kim (CCO) on behalf of Harris County Clerk
**Sent:** Monday, November 04, 2013 2:09 PM
**To:** Harris County Clerk
**Subject:** Press Release: Army of Election Works ready for Photo ID



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
November 4, 2013

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

### ARMY OF ELECTION WORKERS PREPARED FOR ELECTION DAY

#### County Clerk Stan Stanart Reminds Voters, "Bring your Photo ID to the poll."



**Houston, TX** – 4,500 Election Judges and Clerks are prepared to receive voters on Election Day, Tuesday, November 5, at the 775 locations throughout Harris County. This Election will be the first Election in which Photo ID will be implemented at the Election Day polls.

**"In preparation for Election Day, poll workers have been trained on the new Photo ID requirements and are ready for voters to cast their ballots,"** said Harris County Clerk Stan Stanart, the Chief Election Officer of the county. **"Election Day should go as smoothly as the Early Voting Period."**

Early voting brought 109,370 voters to the polls, the largest number of early voters in an odd numbered November Election in the history of Harris County. Of those voters, there were very few provisional ballots cast due to voters not presenting proper photo identification. The unofficial Early Voting tally of current registered voters with ID issues shows six who presented expired/suspended TX DPS IDs, two who presented out of State IDs, and nine who did not present any photo ID. These voters and any from Election Day, will have until November 12th to present a valid Photo ID to the Voter Registrar, so that their ballot can be counted.

**"As the Chief Election Official, I have great confidence in voters,"** expressed Stanart. **"I am not surprised by voters being prepared to comply with the photo identification requirement."**

Voters are now required to provide one of the seven types of Photo IDs when voting in-person. The state approved photo identification for voting includes:

- **Texas Driver License issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas Personal Identification Card issued by DPS**

319

HarrisCounty 009358

- **Texas Concealed Handgun License issued by DPS**
- **United States Military Identification Card containing the person's photograph**
- **United States Citizenship Certificate containing the person's photograph**
- **United States Passport**

With the exception of the U.S. Citizenship Certificate and some Military Identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place.

**"If you have not done so, I encourage you to go vote," concluded Stanart. "Be sure to bring your photo ID to the poll; and, remember, on Election Day, you have to vote at the precinct where you are registered to vote.**

To obtain a list of Election Day polling locations or to view a voter specific sample ballot, voters can visit www.HarrisVotes.com or call 713-755-6965.

###



HarrisCounty 009359