| | |
|---|---|
| **From:** | Nguyen, Du Ha Kim (CCO) on behalf of Harris County Clerk |
| **Sent:** | Monday, November 04, 2013 2:09 PM |
| **To:** | Harris County Clerk |
| **Subject:** | Press Release: Army of Election Works ready for Photo ID |



# STAN STANART
## COUNTY CLERK
### *Recording the Major Events of Your Life*

For Immediate Release
November 4, 2013

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

### ARMY OF ELECTION WORKERS PREPARED FOR ELECTION DAY

#### County Clerk Stan Stanart Reminds Voters, "Bring your Photo ID to the poll."



**Houston, TX** – 4,500 Election Judges and Clerks are prepared to receive voters on Election Day, Tuesday, November 5, at the 775 locations throughout Harris County. This Election will be the first Election in which Photo ID will be implemented at the Election Day polls.

**"In preparation for Election Day, poll workers have been trained on the new Photo ID requirements and are ready for voters to cast their ballots," said Harris County Clerk Stan Stanart, the Chief Election Officer of the county. "Election Day should go as smoothly as the Early Voting Period."**

Early voting brought 109,370 voters to the polls, the largest number of early voters in an odd numbered November Election in the history of Harris County. Of those voters, there were very few provisional ballots cast due to voters not presenting proper photo identification. The unofficial Early Voting tally of current registered voters with ID issues shows six who presented expired/suspended TX DPS IDs, two who presented out of State IDs, and nine who did not present any photo ID. These voters and any from Election Day, will have until November 12th to present a valid Photo ID to the Voter Registrar, so that their ballot can be counted.

**"As the Chief Election Official, I have great confidence in voters," expressed Stanart. "I am not surprised by voters being prepared to comply with the photo identification requirement."**

Voters are now required to provide one of the seven types of Photo IDs when voting in-person. The state approved photo identification for voting includes:

- **Texas Driver License issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas Personal Identification Card issued by DPS**

HarrisCounty 009360

- **Texas Concealed Handgun License issued by DPS**
- **United States Military Identification Card containing the person's photograph**
- **United States Citizenship Certificate containing the person's photograph**
- **United States Passport**

With the exception of the U.S. Citizenship Certificate and some Military Identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place.

**"If you have not done so, I encourage you to go vote," concluded Stanart. "Be sure to bring your photo ID to the poll; and, remember, on Election Day, you have to vote at the precinct where you are registered to vote.**

To obtain a list of Election Day polling locations or to view a voter specific sample ballot, voters can visit www.HarrisVotes.com or call 713-755-6965.

###



HarrisCounty 009361

| | |
|---|---|
| **From:** | Nguyen, Du Ha Kim (CCO) on behalf of Harris County Clerk |
| **Sent:** | Monday, November 04, 2013 2:09 PM |
| **To:** | Harris County Clerk |
| **Subject:** | Press Release: Army of Election Works ready for Photo ID |



# STAN STANART
## COUNTY CLERK
### *Recording the Major Events of Your Life*

For Immediate Release                                    Contact: hdeleon@cco.hctx.net
November 4, 2013                                          713.539.0114 or 713.274.9550

## ARMY OF ELECTION WORKERS PREPARED FOR ELECTION DAY

### County Clerk Stan Stanart Reminds Voters, "Bring your Photo ID to the poll."



**Houston, TX** – 4,500 Election Judges and Clerks are prepared to receive voters on Election Day, Tuesday, November 5, at the 775 locations throughout Harris County. This Election will be the first Election in which Photo ID will be implemented at the Election Day polls.

**"In preparation for Election Day, poll workers have been trained on the new Photo ID requirements and are ready for voters to cast their ballots," said Harris County Clerk Stan Stanart, the Chief Election Officer of the county. "Election Day should go as smoothly as the Early Voting Period."**

Early voting brought 109,370 voters to the polls, the largest number of early voters in an odd numbered November Election in the history of Harris County. Of those voters, there were very few provisional ballots cast due to voters not presenting proper photo identification. The unofficial Early Voting tally of current registered voters with ID issues shows six who presented expired/suspended TX DPS IDs, two who presented out of State IDs, and nine who did not present any photo ID. These voters and any from Election Day, will have until November 12th to present a valid Photo ID to the Voter Registrar, so that their ballot can be counted.

**"As the Chief Election Official, I have great confidence in voters," expressed Stanart. "I am not surprised by voters being prepared to comply with the photo identification requirement."**

Voters are now required to provide one of the seven types of Photo IDs when voting in-person. The state approved photo identification for voting includes:

- **Texas Driver License issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas Personal Identification Card issued by DPS**

HarrisCounty 009362

- **Texas Concealed Handgun License issued by DPS**
- **United States Military Identification Card containing the person's photograph**
- **United States Citizenship Certificate containing the person's photograph**
- **United States Passport**

With the exception of the U.S. Citizenship Certificate and some Military Identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place.

**"If you have not done so, I encourage you to go vote," concluded Stanart. "Be sure to bring your photo ID to the poll; and, remember, on Election Day, you have to vote at the precinct where you are registered to vote.**

To obtain a list of Election Day polling locations or to view a voter specific sample ballot, voters can visit www.HarrisVotes.com or call 713-755-6965.

###



HarrisCounty 009363

| | |
|---|---|
| **From:** | Nguyen, Du Ha Kim (CCO) on behalf of Harris County Clerk |
| **Sent:** | Monday, November 04, 2013 2:09 PM |
| **To:** | Harris County Clerk |
| **Subject:** | Press Release: Army of Election Works ready for Photo ID |



# STAN STANART

## COUNTY CLERK

### *Recording the Major Events of Your Life*

For Immediate Release
November 4, 2013

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

### ARMY OF ELECTION WORKERS PREPARED FOR ELECTION DAY

#### County Clerk Stan Stanart Reminds Voters, "Bring your Photo ID to the poll."



**Houston, TX** – 4,500 Election Judges and Clerks are prepared to receive voters on Election Day, Tuesday, November 5, at the 775 locations throughout Harris County. This Election will be the first Election in which Photo ID will be implemented at the Election Day polls.

**"In preparation for Election Day, poll workers have been trained on the new Photo ID requirements and are ready for voters to cast their ballots," said Harris County Clerk Stan Stanart, the Chief Election Officer of the** county. **"Election Day should go as smoothly as the Early Voting Period."**

Early voting brought 109,370 voters to the polls, the largest number of early voters in an odd numbered November Election in the history of Harris County. Of those voters, there were very few provisional ballots cast due to voters not presenting proper photo identification. The unofficial Early Voting tally of current registered voters with ID issues shows six who presented expired/suspended TX DPS IDs, two who presented out of State IDs, and nine who did not present any photo ID. These voters and any from Election Day, will have until November 12th to present a valid Photo ID to the Voter Registrar, so that their ballot can be counted.

**"As the Chief Election Official, I have great confidence in voters," expressed Stanart. "I am not surprised by voters being prepared to comply with the photo identification requirement."**

Voters are now required to provide one of the seven types of Photo IDs when voting in-person. The state approved photo identification for voting includes:

- **Texas Driver License issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas Personal Identification Card issued by DPS**

HarrisCounty 009364

- **Texas Concealed Handgun License issued by DPS**
- **United States Military Identification Card containing the person's photograph**
- **United States Citizenship Certificate containing the person's photograph**
- **United States Passport**

With the exception of the U.S. Citizenship Certificate and some Military Identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place.

**"If you have not done so, I encourage you to go vote," concluded Stanart. "Be sure to bring your photo ID to the poll; and, remember, on Election Day, you have to vote at the precinct where you are registered to vote.**

To obtain a list of Election Day polling locations or to view a voter specific sample ballot, voters can visit www.HarrisVotes.com or call 713-755-6965.

###



HarrisCounty 009365

| From: | Nguyen, Du Ha Kim (CCO) on behalf of Harris County Clerk |
|---|---|
| Sent: | Monday, November 04, 2013 2:09 PM |
| To: | Harris County Clerk |
| Subject: | Press Release: Army of Election Works ready for Photo ID |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
November 4, 2013

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

### ARMY OF ELECTION WORKERS PREPARED FOR ELECTION DAY

**County Clerk Stan Stanart Reminds Voters, "Bring your Photo ID to the poll."**



**Houston, TX** – 4,500 Election Judges and Clerks are prepared to receive voters on Election Day, Tuesday, November 5, at the 775 locations throughout Harris County. This Election will be the first Election in which Photo ID will be implemented at the Election Day polls.

**"In preparation for Election Day, poll workers have been trained on the new Photo ID requirements and are ready for voters to cast their ballots," said Harris County Clerk Stan Stanart, the Chief Election Officer of the county. "Election Day should go as smoothly as the Early Voting Period."**

Early voting brought 109,370 voters to the polls, the largest number of early voters in an odd numbered November Election in the history of Harris County. Of those voters, there were very few provisional ballots cast due to voters not presenting proper photo identification. The unofficial Early Voting tally of current registered voters with ID issues shows six who presented expired/suspended TX DPS IDs, two who presented out of State IDs, and nine who did not present any photo ID. These voters and any from Election Day, will have until November 12th to present a valid Photo ID to the Voter Registrar, so that their ballot can be counted.

**"As the Chief Election Official, I have great confidence in voters," expressed Stanart. "I am not surprised by voters being prepared to comply with the photo identification requirement."**

Voters are now required to provide one of the seven types of Photo IDs when voting in-person. The state approved photo identification for voting includes:

- **Texas Driver License issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas Personal Identification Card issued by DPS**

HarrisCounty 009366

- **Texas Concealed Handgun License issued by DPS**
- **United States Military Identification Card containing the person's photograph**
- **United States Citizenship Certificate containing the person's photograph**
- **United States Passport**

With the exception of the U.S. Citizenship Certificate and some Military Identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place.

**"If you have not done so, I encourage you to go vote," concluded Stanart. "Be sure to bring your photo ID to the poll; and, remember, on Election Day, you have to vote at the precinct where you are registered to vote.**

To obtain a list of Election Day polling locations or to view a voter specific sample ballot, voters can visit www.HarrisVotes.com or call 713-755-6965.

###



HarrisCounty 009367

**From:** Stanart, Stan (CCO)
**Sent:** Monday, November 04, 2013 2:02 PM
**To:** DeLeon, Hector (CCO)
**Cc:** Stanart, Stan (CCO); Hammerlein, George (CCO)
**Subject:** Press Release: Army of Election Works ready for Photo ID



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
November 4, 2013

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## ARMY OF ELECTION WORKERS PREPARED FOR ELECTION DAY

### County Clerk Stan Stanart Reminds Voters, "Bring your Photo ID to the poll."



**Houston, TX** – 4,500 Election Judges and Clerks are prepared to receive voters on Election Day, Tuesday, November 5, at the 775 locations throughout Harris County. This Election will be the first Election in which Photo ID will be implemented at the Election Day polls.

**"In preparation for Election Day, poll workers have been trained on the new Photo ID requirements and are ready for voters to cast their ballots," said Harris County Clerk Stan Stanart, the Chief Election Officer of the** county. **"Election Day should go as smoothly as the Early Voting Period."**

Early voting brought 109,370 voters to the polls, the largest number of early voters in an odd numbered November Election in the history of Harris County. Of those voters, there were very few provisional ballots cast due to voters not presenting proper photo identification. The unofficial Early Voting tally of current registered voters with ID issues shows six who presented expired/suspended TX DPS IDs, two who presented out of State IDs, and nine who did not present any photo ID. These voters and any from Election Day, will have until November 12th to present a valid Photo ID to the Voter Registrar, so that their ballot can be counted.

**"As the Chief Election Official, I have great confidence in voters," expressed Stanart. "I am not surprised by voters being prepared to comply with the photo identification requirement."**

Voters are now required to provide one of the seven types of Photo IDs when voting in-person. The state approved photo identification for voting includes:

- **Texas Driver License issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas Personal Identification Card issued by DPS**

329

- **Texas Concealed Handgun License issued by DPS**
- **United States Military Identification Card containing the person's photograph**
- **United States Citizenship Certificate containing the person's photograph**
- **United States Passport**

With the exception of the U.S. Citizenship Certificate and some Military Identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place.

**"If you have not done so, I encourage you to go vote," concluded Stanart. "Be sure to bring your photo ID to the poll; and, remember, on Election Day, you have to vote at the precinct where you are registered to vote.**

To obtain a list of Election Day polling locations or to view a voter specific sample ballot, voters can visit www.HarrisVotes.com or call 713-755-6965.

###



HarrisCounty 009369

| | |
|---|---|
| **From:** | Aston, Sonya (CCO) |
| **Sent:** | Monday, November 04, 2013 1:54 PM |
| **To:** | Stanart, Stan (CCO); Cardenas, Esther (CCO); Sheppard, Laura (CCO); Hammerlein, George (CCO) |
| **Cc:** | German, John (CCO) |
| **Subject:** | RE: Press Release: Army of Election Works ready for Photo ID |

Photo ID has not been an issue so why put a microscope on this issue? So much detail only generates questions.

*Sonya L. Aston*
Attorney at Law
Office of Stan Stanart
Harris County Clerk
201 Caroline Street, Suite 460
Houston, Texas 77002
(713) 755-5792

**From:** Stanart, Stan (CCO)
**Sent:** Monday, November 04, 2013 1:42 PM
**To:** Aston, Sonya (CCO); Stanart, Stan (CCO); Cardenas, Esther (CCO); Sheppard, Laura (CCO); Hammerlein, George (CCO)
**Cc:** German, John (CCO)
**Subject:** Press Release: Army of Election Works ready for Photo ID



# STAN STANART
## COUNTY CLERK
*Recording the Major Events of Your Life*

For Immediate Release                          Contact: hdeleon@cco.hctx.net
November 4, 2013                               713.539.0114 or 713.274.9550

### ARMY OF ELECTION WORKERS PREPARED FOR ELECTION DAY

### County Clerk Stan Stanart Reminds Voters, "Bring your Photo ID to the poll."



**Houston, TX** – 4,500 Election Judges and Clerks are prepared to receive voters on Election Day, Tuesday, November 5, at the 775 locations throughout Harris County. This Election will be the first Election in which Photo ID will be implemented at the Election Day polls.

**"In preparation for Election Day, poll workers have been trained on the new Photo ID requirements and are ready for voters to cast their ballots,"** said Harris County Clerk Stan Stanart, the Chief Election Officer of the county. **"Election Day should go as smoothly as the Early Voting Period."**

Early voting brought 109,370 voters to the polls, the largest number of early voters in an odd

HarrisCounty 009370

numbered November Election in the history of Harris County. Of those voters, there were very few provisional ballots cast due to voters not presenting proper photo identification. The unofficial Early Voting tally of current registered voters with ID issues shows six who presented expired/suspended TX DPS IDs, two who presented out of State IDs, and nine who did not present any photo ID. These voters and any from Election Day, will have until November 12th to present a valid Photo ID to the Voter Registrar, so that their ballot can be counted.

**"As the Chief Election Official, I have great confidence in voters," expressed Stanart. "I am not surprised by voters being prepared to comply with the photo identification requirement."**

Voters are now required to provide one of the seven types of Photo IDs when voting in-person. The state approved photo identification for voting includes:

- **Texas Driver License issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas Personal Identification Card issued by DPS**
- **Texas Concealed Handgun License issued by DPS**
- **United States Military Identification Card containing the person's photograph**
- **United States Citizenship Certificate containing the person's photograph**
- **United States Passport**

With the exception of the U.S. Citizenship Certificate and some Military Identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place.

**"If you have not done so, I encourage you to go vote," concluded Stanart. "Be sure to bring your photo ID to the poll; and, remember, on Election Day, you have to vote at the precinct where you are registered to vote.**

To obtain a list of Election Day polling locations or to view a voter specific sample ballot, voters can visit www.HarrisVotes.com or call 713-755-6965.

###

HarrisCounty 009371

| | |
|---|---|
| **From:** | Aston, Sonya (CCO) |
| **Sent:** | Monday, November 04, 2013 1:52 PM |
| **To:** | Stanart, Stan (CCO); Cardenas, Esther (CCO); Sheppard, Laura (CCO); Hammerlein, George (CCO) |
| **Cc:** | German, John (CCO) |
| **Subject:** | RE: Press Release: Army of Election Works ready for Photo ID |

Please seriously consider my suggestions

*Sonya L. Aston*

Attorney at Law
Office of Stan Stanart
Harris County Clerk
201 Caroline Street, Suite 460
Houston, Texas 77002
(713) 755-5792

---

**From:** Stanart, Stan (CCO)
**Sent:** Monday, November 04, 2013 1:42 PM
**To:** Aston, Sonya (CCO); Stanart, Stan (CCO); Cardenas, Esther (CCO); Sheppard, Laura (CCO); Hammerlein, George (CCO)
**Cc:** German, John (CCO)
**Subject:** Press Release: Army of Election Works ready for Photo ID



# STAN STANART
## COUNTY CLERK
*Recording the Major Events of Your Life*

---

For Immediate Release
November 4, 2013

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

### ARMY OF ELECTION WORKERS PREPARED FOR ELECTION DAY

#### County Clerk Stan Stanart Reminds Voters, "Bring your Photo ID to the poll."



**Houston, TX** – 4,500 Election Judges and Clerks are prepared to receive voters on Election Day, Tuesday, November 5, at the 775 locations throughout Harris County. This Election will be the first Election in which Photo ID will be implemented at the Election Day polls.

**"In preparation for Election Day, poll workers have been trained on the new Photo ID requirements and are ready for voters to cast their ballots," said Harris County Clerk Stan Stanart, the Chief Election Officer of the** county. **"Election Day should go as smoothly as the Early Voting Period."**

Early voting brought 109,370 voters to the polls, the largest number of early voters in an odd

HarrisCounty 009372

numbered November Election in the history of Harris County.

**"As the Chief Election Official, I have great confidence in voters," expressed Stanart. "I am not surprised by voters being prepared to comply with the photo identification requirement."**

Voters are now required to provide one of the seven types of Photo IDs when voting in-person. The state approved photo identification for voting includes:

- **Texas Driver License issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas Personal Identification Card issued by DPS**
- **Texas Concealed Handgun License issued by DPS**
- **United States Military Identification Card containing the person's photograph**
- **United States Citizenship Certificate containing the person's photograph**
- **United States Passport**

With the exception of the U.S. Citizenship Certificate and some Military Identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place.

**"If you have not done so, I encourage you to go vote," concluded Stanart. "Be sure to bring your photo ID to the poll; and, remember, on Election Day, you have to vote at the precinct where you are registered to vote.**

To obtain a list of Election Day polling locations or to view a voter specific sample ballot, voters can visit www.HarrisVotes.com or call 713-755-6965.

###

HarrisCounty 009373

| | |
|---|---|
| **From:** | Fortner, Rachelle (CCO) |
| **Sent:** | Monday, November 04, 2013 1:35 PM |
| **To:** | Aston, Sonya (CCO); Stanart, Stan (CCO); Cardenas, Esther (CCO); Sheppard, Laura (CCO); Hammerlein, George (CCO) |
| **Cc:** | German, John (CCO) |
| **Subject:** | RE: Press Release: Army of Election Works ready for Photo ID |

I agree.

*Rachelle Fortner*

Harris County Clerk - Office of Stan Stanart
Elections Department
1001 Preston, 4th Floor
Houston, Texas 77002
713-755-5792

---

**From:** Aston, Sonya (CCO)
**Sent:** Monday, November 04, 2013 1:33 PM
**To:** Stanart, Stan (CCO); Fortner, Rachelle (CCO); Cardenas, Esther (CCO); Sheppard, Laura (CCO); Hammerlein, George (CCO)
**Cc:** German, John (CCO)
**Subject:** RE: Press Release: Army of Election Works ready for Photo ID

I HIGHLY recommend that we do not detail the provisionals with photo ID. I would say something more along the lines of less than 25 voters had issues with their photo ID. This is really inviting problems and it is not necessary.

See my changes below.

*Sonya L. Aston*

Attorney at Law
Office of Stan Stanart
Harris County Clerk
201 Caroline Street, Suite 460
Houston, Texas 77002
(713) 755-5792

---

**From:** Stanart, Stan (CCO)
**Sent:** Monday, November 04, 2013 1:23 PM
**To:** Fortner, Rachelle (CCO); Cardenas, Esther (CCO); Sheppard, Laura (CCO); Hammerlein, George (CCO)
**Cc:** German, John (CCO); Aston, Sonya (CCO)
**Subject:** Press Release: Army of Election Works ready for Photo ID



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
November 4, 2013

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

HarrisCounty 009374

## ARMY OF ELECTION WORKERS PREPARED FOR ELECTION DAY

### County Clerk Stan Stanart Reminds Voters, "Bring your Photo ID to the poll."



**Houston, TX** – 4,500 Election Judges and Clerks are prepared to receive voters on Election Day, Tuesday, November 5, at the 775 locations throughout Harris County. This Election will be the first Election in which Photo ID will be implemented at the Election Day polls.

**"In preparation for Election Day, poll workers have been trained on the new Photo ID requirements and are ready for voters to cast their ballots," said Harris County Clerk Stan Stanart, the Chief Election Officer of the** county. **"Election Day should go as smoothly as the Early Voting Period."**

Early voting saw 109,370 voters, the largest number of early voters in an odd numbered November Election in the history of Harris County. Of those early voters, less than 25 voters were not able to produce proper photo identification. These voters and any from Election Day, will have until November 12th to bring a valid Photo ID to the Harris County Main Tax Office or one of the 16 branch offices, so that their ballot can be counted.

**"As the Chief Election Official, I have great confidence in voters," expressed Stanart. "I am not surprised by voters' being prepared to comply with the photo identification requirement."**

Voters are now required to provide one of the seven types of Photo IDs when voting in-person. The state approved photo identification for voting includes:

- **Texas Driver License issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas Personal Identification Card issued by DPS**
- **Texas Concealed Handgun License issued by DPS**
- **United States Military Identification Card containing the person's photograph**
- **United States Citizenship Certificate containing the person's photograph**
- **United States Passport**

With the exception of the U.S. Citizenship Certificate and some Military Identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place.

**"If you have not done so, I encourage you to go vote," concluded Stanart. "Be sure to bring your photo ID to the poll. And remember, on Election Day, you must vote in the precinct where you are registered to vote.**

To obtain a list of Election Day polling locations or to view a voter specific sample ballot, voters can visit www.HarrisVotes.com or call 713-755-6965.

###

HarrisCounty 009375

**From:** Fortner, Rachelle (CCO)
**Sent:** Monday, November 04, 2013 1:32 PM
**To:** Stanart, Stan (CCO); Cardenas, Esther (CCO); Sheppard, Laura (CCO); Hammerlein, George (CCO)
**Cc:** German, John (CCO); Aston, Sonya (CCO)
**Subject:** RE: Press Release: Army of Election Works ready for Photo ID

Should we mention that they have to present their ID to the tax office so that there won't be confusion?

Also, usually in print, if the number is two to three digits, you usually spell out the number. (Example: six instead of 6). You may want to update the numbers 5, 2 and 9 when referring to the unofficial EV tally of provisional votes.

The quote that says "I am not surprised by voters' being prepared..." needs to use the word voters without the apostrophe (').

Thank you.

*Rachelle Fortner*
Harris County Clerk - Office of Stan Stanart
Elections Department
1001 Preston, 4th Floor
Houston, Texas 77002
713-755-5792

**From:** Stanart, Stan (CCO)
**Sent:** Monday, November 04, 2013 1:23 PM
**To:** Fortner, Rachelle (CCO); Cardenas, Esther (CCO); Sheppard, Laura (CCO); Hammerlein, George (CCO)
**Cc:** German, John (CCO); Aston, Sonya (CCO)
**Subject:** Press Release: Army of Election Works ready for Photo ID



# STAN STANART
## COUNTY CLERK
### *Recording the Major Events of Your Life*

For Immediate Release
November 4, 2013

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## ARMY OF ELECTION WORKERS PREPARED FOR ELECTION DAY



### County Clerk Stan Stanart Reminds Voters, "Bring your Photo ID to the poll."

**Houston, TX** – 4,500 Election Judges and Clerks are prepared to receive voters on Election Day, Tuesday, November 5, at the 775 locations throughout Harris County. This Election will be the first Election in which Photo ID will be implemented at the Election Day polls.

337

HarrisCounty 009376

"In preparation for Election Day, poll workers have been trained on the new Photo ID requirements and are ready for voters to cast their ballots," said Harris County Clerk Stan Stanart, the Chief Election Officer of the county. "Election Day should go as smoothly as the Early Voting Period."

Early voting saw 109,370 voters, the largest number of early voters in an odd numbered November Election in the history of Harris County. Of those early voters, there were very few provisional ballots due to voters not presenting proper photo identification. The unofficial Early Voting tally of current registered voters with ID issues shows 6 who presented expired/cancelled TX DPS IDs, 2 who presented out of State IDs, and 9 who did not present any photo ID. These voters and any from Election Day, will have until November 12th to present a valid Photo ID, so that their ballot can be counted.

"As the Chief Election Official, I have great confidence in voters," expressed Stanart. "I am not surprised by voters' being prepared to comply with the photo identification requirement."

Voters are now required to provide one of the seven types of Photo IDs when voting in-person. The state approved photo identification for voting includes:

- **Texas Driver License issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas Personal Identification Card issued by DPS**
- **Texas Concealed Handgun License issued by DPS**
- **United States Military Identification Card containing the person's photograph**
- **United States Citizenship Certificate containing the person's photograph**
- **United States Passport**

With the exception of the U.S. Citizenship Certificate and some Military Identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place.

"If you have not done so, I encourage you to go vote," concluded Stanart. "Be sure to bring your photo ID to the poll; and, remember, on Election Day, you have to vote at the precinct where you are registered to vote.

To obtain a list of Election Day polling locations or to view a voter specific sample ballot, voters can visit www.HarrisVotes.com or call 713-755-6965.

###

HarrisCounty 009377

| | |
|---|---|
| **From:** | Hammerlein, George (CCO) |
| **Sent:** | Monday, November 04, 2013 1:24 PM |
| **To:** | Stanart, Stan (CCO); Fortner, Rachelle (CCO); Cardenas, Esther (CCO); Sheppard, Laura (CCO) |
| **Cc:** | German, John (CCO); Aston, Sonya (CCO) |
| **Subject:** | RE: Press Release: Army of Election Works ready for Photo ID |

Looks good to me.

---

**From:** Stanart, Stan (CCO)
**Sent:** Monday, November 04, 2013 1:23 PM
**To:** Fortner, Rachelle (CCO); Cardenas, Esther (CCO); Sheppard, Laura (CCO); Hammerlein, George (CCO)
**Cc:** German, John (CCO); Aston, Sonya (CCO)
**Subject:** Press Release: Army of Election Works ready for Photo ID



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release        Contact: hdeleon@cco.hctx.net
November 4, 2013        713.539.0114 or 713.274.9550

### ARMY OF ELECTION WORKERS PREPARED FOR ELECTION DAY

**County Clerk Stan Stanart Reminds Voters, "Bring your Photo ID to the poll."**



**Houston, TX** – 4,500 Election Judges and Clerks are prepared to receive voters on Election Day, Tuesday, November 5, at the 775 locations throughout Harris County. This Election will be the first Election in which Photo ID will be implemented at the Election Day polls.

**"In preparation for Election Day, poll workers have been trained on the new Photo ID requirements and are ready for voters to cast their ballots," said Harris County Clerk Stan Stanart, the Chief Election Officer of the** county. **"Election Day should go as smoothly as the Early Voting Period."**

Early voting saw 109,370 voters, the largest number of early voters in an odd numbered November Election in the history of Harris County. Of those early voters, there were very few provisional ballots due to voters not presenting proper photo identification. The unofficial Early Voting tally of current registered voters with ID issues shows 6 who presented expired/cancelled TX DPS IDs, 2 who presented out of State IDs, and 9 who did not present any photo ID. These voters and any from Election Day, will have until November 12th to present a valid Photo ID, so that their ballot can be counted.

**"As the Chief Election Official, I have great confidence in voters," expressed Stanart. "I am**

**not surprised by voters' being prepared to comply with the photo identification requirement."**

Voters are now required to provide one of the seven types of Photo IDs when voting in-person. The state approved photo identification for voting includes:

- **Texas Driver License issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas Personal Identification Card issued by DPS**
- **Texas Concealed Handgun License issued by DPS**
- **United States Military Identification Card containing the person's photograph**
- **United States Citizenship Certificate containing the person's photograph**
- **United States Passport**

With the exception of the U.S. Citizenship Certificate and some Military Identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place.

**"If you have not done so, I encourage you to go vote," concluded Stanart. "Be sure to bring your photo ID to the poll; and, remember, on Election Day, you have to vote at the precinct where you are registered to vote.**

To obtain a list of Election Day polling locations or to view a voter specific sample ballot, voters can visit www.HarrisVotes.com or call 713-755-6965.

### 

HarrisCounty 009379

| | |
|---|---|
| **From:** | Stanart, Stan (CCO) |
| **Sent:** | Monday, November 04, 2013 1:23 PM |
| **To:** | Fortner, Rachelle (CCO); Cardenas, Esther (CCO); Sheppard, Laura (CCO); Hammerlein, George (CCO) |
| **Cc:** | German, John (CCO); Aston, Sonya (CCO) |
| **Subject:** | Press Release: Army of Election Works ready for Photo ID |



# STAN STANART

## COUNTY CLERK

### *Recording the Major Events of Your Life*

For Immediate Release
November 4, 2013

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

### ARMY OF ELECTION WORKERS PREPARED FOR ELECTION DAY

### County Clerk Stan Stanart Reminds Voters, "Bring your Photo ID to the poll."



**Houston, TX** – 4,500 Election Judges and Clerks are prepared to receive voters on Election Day, Tuesday, November 5, at the 775 locations throughout Harris County. This Election will be the first Election in which Photo ID will be implemented at the Election Day polls.

**"In preparation for Election Day, poll workers have been trained on the new Photo ID requirements and are ready for voters to cast their ballots,"** said Harris County Clerk Stan Stanart, the Chief Election Officer of the county. **"Election Day should go as smoothly as the Early Voting Period."**

Early voting saw 109,370 voters, the largest number of early voters in an odd numbered November Election in the history of Harris County. Of those early voters, there were very few provisional ballots due to voters not presenting proper photo identification. The unofficial Early Voting tally of current registered voters with ID issues shows 6 who presented expired/cancelled TX DPS IDs, 2 who presented out of State IDs, and 9 who did not present any photo ID. These voters and any from Election Day, will have until November 12th to present a valid Photo ID, so that their ballot can be counted.

**"As the Chief Election Official, I have great confidence in voters," expressed Stanart. "I am not surprised by voters' being prepared to comply with the photo identification requirement."**

Voters are now required to provide one of the seven types of Photo IDs when voting in-person. The state approved photo identification for voting includes:

- **Texas Driver License issued by the Texas Department of Public Safety (DPS)**

HarrisCounty 009380

- **Texas Election Identification Certificate issued by DPS**
- **Texas Personal Identification Card issued by DPS**
- **Texas Concealed Handgun License issued by DPS**
- **United States Military Identification Card containing the person's photograph**
- **United States Citizenship Certificate containing the person's photograph**
- **United States Passport**

With the exception of the U.S. Citizenship Certificate and some Military Identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place.

**"If you have not done so, I encourage you to go vote," concluded Stanart. "Be sure to bring your photo ID to the poll; and, remember, on Election Day, you have to vote at the precinct where you are registered to vote.**

To obtain a list of Election Day polling locations or to view a voter specific sample ballot, voters can visit www.HarrisVotes.com or call 713-755-6965.

###



HarrisCounty 009381

From:            Steven Gonzales <steven.gonzales@chron.com>
Sent:            Monday, November 04, 2013 10:36 AM
To:              DeLeon, Hector (CCO)
Subject:         Photos PRE Election Day

Importance:      High


Hector,

It's that time again when I contact you to see if we can get a last minute photo of poll workers, poll set up crews or
anything that we can use to remind voters that Election Day is Tuesday. Can you let me know if your staff or volunteers
are preparing locations today? You can reach me at my desk 713-362-2882, cell 713-542-2399 or email.

Thanks for your time and help in advance,

Best,

Steve


Steve Gonzales
Director of Photography
Houston Chronicle

801 Texas Ave
Houston, Texas 77002

o  |  713.362.6283
e  |  steve.gonzales@chron.com
w  |  www.chron.com



------ Forwarded Message
**From:** "Schwartz, Matthew" <Matthew.Schwartz@chron.com>
**Date:** Mon, 4 Nov 2013 10:22:56 -0600
**To:** "Gonzales, Steven" <Steven.Gonzales@chron.com>
**Subject:** FW: Media Alert: Army of Election Workers prepare for Election Day



**Matt Schwartz**
**Assistant City Editor**
**Houston Chronicle**
  801 Texas Ave.
  Houston, TX 77002
Ph: 713-362-3544
Email: matthew.schwartz@chron.com
Fax: Seriously?

# HOUSTON ★ CHRONICLE


**From:** Nguyen, Du Ha Kim (CCO) [mailto:DNguyen@cco.hctx.net] **On Behalf Of** Harris County Clerk
**Sent:** Friday, November 01, 2013 7:57 PM
**To:** Harris County Clerk
**Subject:** Media Alert: Army of Election Workers prepare for Election Day

343



# STAN STANART County clerk *Recording the Major Events of Your Life*

For Immediate Release                                    Contact: Hector de Leon November 1,

2013                             713-539-0114 or hdeleon@cco.hctx.net **Media Alert**

![Photograph of election equipment warehouse]

## Army of Election Workers Prepare for Election Day 775 Polling Locations To Implement Photo ID For First Time

**WHAT:** In preparation for Election Day, Harris County Clerk Stan Stanart and staff will hand out supplies and equipment this weekend to the 775 Presiding Election Judges who will be conducting the Tuesday, November 5, 2013 Election in Harris County. This Election will be the first Election in which Photo ID will be implemented at the Election Day Polls. **Over 1,500 Election Judges and Alternate Judges and over 3,000 Election Clerks over the past weeks have been trained on implementing the new Photo ID requirement at the polls.** *"The distribution of supplies and equipment is an important aspect of finalizing the Election Day infrastructure. Workers will be picking up their supplies and asking their final questions before opening the Polls on Tuesday, November 5th,"* **said Harris County Clerk Stanart.**

**WHEN:** **Saturday,** November 2, 2013, **11:30 a.m. to 12:30 p.m.**

**WHERE:** Election Technology Center, 11525 Todd St., Houston, TX 77055

**WHO:** Stan Stanart, Harris County Clerk and Chief Election Official, is responsible for conducting elections in Harris County. **Stanart will be available to answer questions on Saturday from 11:30 a.m. to 12:30 p.m.** Media will be allowed to take video footage of activities for Election Day related stories.

**WHY:** As Election Day Supervisors, Presiding Precinct Election Judges are required to collect the supplies needed to conduct the election, including poll books (list of registered voters), required election forms, Judge control consoles, and signage. They will also have the opportunity to ask any questions in preparation of opening their polls on Election Day.

**HOW:** The Presiding Judge or their designee is required to provide photo identification to pick up the supplies.

###

------ End of Forwarded Message

HarrisCounty 009383

```
========================================================
```
This e-mail message is intended only for the personal
use of the recipient(s) named above. If you are not
an intended recipient, you may not review, copy or
distribute this message.

If you have received this communication in error, please
notify the sender immediately by e-mail and delete the original message.
```
========================================================
```

HarrisCounty 009384

| | |
|---|---|
| **From:** | Nguyen, Du Ha Kim (CCO) on behalf of Harris County Clerk |
| **Sent:** | Friday, November 01, 2013 8:02 PM |
| **To:** | Harris County Clerk |
| **Subject:** | Media Alert: Army of Election Workers prepare for Election Day |



# STAN STANART
## COUNTY CLERK
*Recording the Major Events of Your Life*

For Immediate Release
November 1, 2013

Contact: Hector de Leon
713-539-0114 or hdeleon@cco.hctx.net

## Media Alert



### ARMY OF ELECTION WORKERS PREPARE FOR ELECTION DAY
### 775 Polling Locations To Implement Photo ID For First Time

**WHAT:**   In preparation for Election Day, Harris County Clerk Stan Stanart and staff will hand out supplies and equipment this weekend to the 775 Presiding Election Judges who will be conducting the Tuesday, November 5, 2013 Election in Harris County. This Election will be the first Election in which Photo ID will be implemented at the Election Day Polls. **Over 1,500 Election Judges and Alternate Judges and over 3,000 Election Clerks over the past weeks have been trained on implementing the new Photo ID requirement at the polls.**

*"The distribution of supplies and equipment is an important aspect of finalizing the Election*

346

HarrisCounty 009385

*Day infrastructure. Workers will be picking up their supplies and asking their final questions before opening the Polls on Tuesday, November 5th," said Harris County Clerk Stanart.*

**WHEN:**       **Saturday,** November 2, 2013, **11:30 a.m. to 12:30 p.m.**

**WHERE:**     Election Technology Center, 11525 Todd St., Houston, TX 77055

**WHO:**        Stan Stanart, Harris County Clerk and Chief Election Official, is responsible for conducting elections in Harris County. **Stanart will be available to answer questions on Saturday from 11:30 a.m. to 12:30 p.m.** Media will be allowed to take video footage of activities for Election Day related stories.

**WHY:**        As Election Day Supervisors, Presiding Precinct Election Judges are required to collect the supplies needed to conduct the election, including poll books (list of registered voters), required election forms, Judge control consoles, and signage. They will also have the opportunity to ask any questions in preparation of opening their polls on Election Day.

**HOW:**        The Presiding Judge or their designee is required to provide photo identification to pick up the supplies.

###



HarrisCounty 009386

| From: | Nguyen, Du Ha Kim (CCO) on behalf of Harris County Clerk |
|---|---|
| Sent: | Friday, November 01, 2013 7:57 PM |
| To: | Harris County Clerk |
| Subject: | Media Alert: Army of Election Workers prepare for Election Day |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
November 1, 2013

Contact: Hector de Leon
713-539-0114 or hdeleon@cco.hctx.net

## Media Alert



### ARMY OF ELECTION WORKERS PREPARE FOR ELECTION DAY
### 775 Polling Locations To Implement Photo ID For First Time

**WHAT:**   In preparation for Election Day, Harris County Clerk Stan Stanart and staff will hand out supplies and equipment this weekend to the 775 Presiding Election Judges who will be conducting the Tuesday, November 5, 2013 Election in Harris County. This Election will be the first Election in which Photo ID will be implemented at the Election Day Polls. **Over 1,500 Election Judges and Alternate Judges and over 3,000 Election Clerks over the past weeks have been trained on implementing the new Photo ID requirement at the polls.**

*"The distribution of supplies and equipment is an important aspect of finalizing the Election Day infrastructure. Workers will be picking up their supplies and asking their final questions*

348

*before opening the Polls on Tuesday, November 5th,"* said Harris County Clerk Stanart.

**WHEN:**   **Saturday,** November 2, 2013, **11:30 a.m. to 12:30 p.m.**

**WHERE:**   Election Technology Center, 11525 Todd St., Houston, TX 77055

**WHO:**   Stan Stanart, Harris County Clerk and Chief Election Official, is responsible for conducting elections in Harris County. **Stanart will be available to answer questions on Saturday from 11:30 a.m. to 12:30 p.m.**   Media will be allowed to take video footage of activities for Election Day related stories.

**WHY:**   As Election Day Supervisors, Presiding Precinct Election Judges are required to collect the supplies needed to conduct the election, including poll books (list of registered voters), required election forms, Judge control consoles, and signage. They will also have the opportunity to ask any questions in preparation of opening their polls on Election Day.

**HOW:**   The Presiding Judge or their designee is required to provide photo identification to pick up the supplies.

###

HarrisCounty 009388

| From: | Nguyen, Du Ha Kim (CCO) on behalf of Harris County Clerk |
|---|---|
| Sent: | Friday, November 01, 2013 7:57 PM |
| To: | Harris County Clerk |
| Subject: | Media Alert: Army of Election Workers prepare for Election Day |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
November 1, 2013

Contact: Hector de Leon
713-539-0114 or hdeleon@cco.hctx.net

## Media Alert



### ARMY OF ELECTION WORKERS PREPARE FOR ELECTION DAY
### 775 Polling Locations To Implement Photo ID For First Time

**WHAT:**   In preparation for Election Day, Harris County Clerk Stan Stanart and staff will hand out supplies and equipment this weekend to the 775 Presiding Election Judges who will be conducting the Tuesday, November 5, 2013 Election in Harris County. This Election will be the first Election in which Photo ID will be implemented at the Election Day Polls. **Over 1,500 Election Judges and Alternate Judges and over 3,000 Election Clerks over the past weeks have been trained on implementing the new Photo ID requirement at the polls.**

*"The distribution of supplies and equipment is an important aspect of finalizing the Election Day infrastructure. Workers will be picking up their supplies and asking their final questions*

350

*before opening the Polls on Tuesday, November 5th,"* **said Harris County Clerk Stanart.**

**WHEN:**     **Saturday,** November 2, 2013, **11:30 a.m. to 12:30 p.m.**

**WHERE:**    Election Technology Center, 11525 Todd St., Houston, TX 77055

**WHO:**      Stan Stanart, Harris County Clerk and Chief Election Official, is responsible for conducting elections in Harris County. **Stanart will be available to answer questions on Saturday from 11:30 a.m. to 12:30 p.m.** Media will be allowed to take video footage of activities for Election Day related stories.

**WHY:**      As Election Day Supervisors, Presiding Precinct Election Judges are required to collect the supplies needed to conduct the election, including poll books (list of registered voters), required election forms, Judge control consoles, and signage. They will also have the opportunity to ask any questions in preparation of opening their polls on Election Day.

**HOW:**      The Presiding Judge or their designee is required to provide photo identification to pick up the supplies.

###

HarrisCounty 009390

| | |
|---|---|
| **From:** | Nguyen, Du Ha Kim (CCO) on behalf of Harris County Clerk |
| **Sent:** | Friday, November 01, 2013 7:57 PM |
| **To:** | Harris County Clerk |
| **Subject:** | Media Alert: Army of Election Workers prepare for Election Day |



# STAN STANART

## COUNTY CLERK

### *Recording the Major Events of Your Life*

For Immediate Release
November 1, 2013

Contact: Hector de Leon
713-539-0114 or hdeleon@cco.hctx.net

## Media Alert



## ARMY OF ELECTION WORKERS PREPARE FOR ELECTION DAY
## 775 Polling Locations To Implement Photo ID For First Time

**WHAT:**   In preparation for Election Day, Harris County Clerk Stan Stanart and staff will hand out supplies and equipment this weekend to the 775 Presiding Election Judges who will be conducting the Tuesday, November 5, 2013 Election in Harris County. This Election will be the first Election in which Photo ID will be implemented at the Election Day Polls. **Over 1,500 Election Judges and Alternate Judges and over 3,000 Election Clerks over the past weeks have been trained on implementing the new Photo ID requirement at the polls.**

*"The distribution of supplies and equipment is an important aspect of finalizing the Election Day infrastructure. Workers will be picking up their supplies and asking their final questions*

352

HarrisCounty 009391

*before opening the Polls on Tuesday, November 5th,"* said Harris County Clerk Stanart.

**WHEN:**    **Saturday,** November 2, 2013, **11:30 a.m. to 12:30 p.m.**

**WHERE:**    Election Technology Center, 11525 Todd St., Houston, TX 77055

**WHO:**    Stan Stanart, Harris County Clerk and Chief Election Official, is responsible for conducting elections in Harris County. **Stanart will be available to answer questions on Saturday from 11:30 a.m. to 12:30 p.m.** Media will be allowed to take video footage of activities for Election Day related stories.

**WHY:**    As Election Day Supervisors, Presiding Precinct Election Judges are required to collect the supplies needed to conduct the election, including poll books (list of registered voters), required election forms, Judge control consoles, and signage. They will also have the opportunity to ask any questions in preparation of opening their polls on Election Day.

**HOW:**    The Presiding Judge or their designee is required to provide photo identification to pick up the supplies.

###

HarrisCounty 009392

| From: | Nguyen, Du Ha Kim (CCO) on behalf of Harris County Clerk |
|-------|-----------------------------------------------------------|
| Sent: | Friday, November 01, 2013 7:57 PM |
| To: | Harris County Clerk |
| Subject: | Media Alert:  Army of Election Workers prepare for Election Day |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
November 1, 2013

Contact: Hector de Leon
713-539-0114 or hdeleon@cco.hctx.net

## Media Alert



### ARMY OF ELECTION WORKERS PREPARE FOR ELECTION DAY
### 775 Polling Locations To Implement Photo ID For First Time

WHAT:

In preparation for Election Day, Harris County Clerk Stan Stanart and staff will hand out supplies and equipment this weekend to the 775 Presiding Election Judges who will be conducting the Tuesday, November 5, 2013 Election in Harris County.  This Election will be the first Election in which Photo ID will be implemented at the Election Day Polls.  **Over 1,500 Election Judges and Alternate Judges and over 3,000 Election Clerks over the past weeks have been trained on implementing the new Photo ID requirement at the polls.**

*"The distribution of supplies and equipment is an important aspect of finalizing the Election Day infrastructure.  Workers will be picking up their supplies and asking their final questions*

354

HarrisCounty 009393

*before opening the Polls on Tuesday, November 5th,"* said Harris County Clerk Stanart.

**WHEN:**           **Saturday,** November 2, 2013, **11:30 a.m. to 12:30 p.m.**

**WHERE:**        Election Technology Center, 11525 Todd St., Houston, TX 77055

**WHO**:             Stan Stanart, Harris County Clerk and Chief Election Official, is responsible for conducting elections in Harris County. **Stanart will be available to answer questions on Saturday from 11:30 a.m. to 12:30 p.m.** Media will be allowed to take video footage of activities for Election Day related stories.

**WHY:**             As Election Day Supervisors, Presiding Precinct Election Judges are required to collect the supplies needed to conduct the election, including poll books (list of registered voters), required election forms, Judge control consoles, and signage. They will also have the opportunity to ask any questions in preparation of opening their polls on Election Day.

**HOW:**            The Presiding Judge or their designee is required to provide photo identification to pick up the supplies.

###

HarrisCounty 009394

| | |
|---|---|
| **From:** | Nguyen, Du Ha Kim (CCO) on behalf of Harris County Clerk |
| **Sent:** | Friday, November 01, 2013 7:57 PM |
| **To:** | Harris County Clerk |
| **Subject:** | Media Alert: Army of Election Workers prepare for Election Day |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
November 1, 2013

Contact: Hector de Leon
713-539-0114 or hdeleon@cco.hctx.net

## Media Alert



### ARMY OF ELECTION WORKERS PREPARE FOR ELECTION DAY
### 775 Polling Locations To Implement Photo ID For First Time

**WHAT:**   In preparation for Election Day, Harris County Clerk Stan Stanart and staff will hand out supplies and equipment this weekend to the 775 Presiding Election Judges who will be conducting the Tuesday, November 5, 2013 Election in Harris County.  This Election will be the first Election in which Photo ID will be implemented at the Election Day Polls.  **Over 1,500 Election Judges and Alternate Judges and over 3,000 Election Clerks over the past weeks have been trained on implementing the new Photo ID requirement at the polls.**

*"The distribution of supplies and equipment is an important aspect of finalizing the Election Day infrastructure.  Workers will be picking up their supplies and asking their final questions*

356

*before opening the Polls on Tuesday, November 5th,"* said Harris County Clerk Stanart.

**WHEN:**      **Saturday,** November 2, 2013, **11:30 a.m. to 12:30 p.m.**

**WHERE:**      Election Technology Center, 11525 Todd St., Houston, TX 77055

**WHO:**      Stan Stanart, Harris County Clerk and Chief Election Official, is responsible for conducting elections in Harris County. **Stanart will be available to answer questions on Saturday from 11:30 a.m. to 12:30 p.m.** Media will be allowed to take video footage of activities for Election Day related stories.

**WHY:**      As Election Day Supervisors, Presiding Precinct Election Judges are required to collect the supplies needed to conduct the election, including poll books (list of registered voters), required election forms, Judge control consoles, and signage. They will also have the opportunity to ask any questions in preparation of opening their polls on Election Day.

**HOW:**      The Presiding Judge or their designee is required to provide photo identification to pick up the supplies.

###

HarrisCounty 009396

| | |
|---|---|
| **From:** | Nguyen, Du Ha Kim (CCO) on behalf of Harris County Clerk |
| **Sent:** | Friday, November 01, 2013 7:57 PM |
| **To:** | Harris County Clerk |
| **Subject:** | Media Alert: Army of Election Workers prepare for Election Day |



# STAN STANART

## COUNTY CLERK

### *Recording the Major Events of Your Life*

For Immediate Release
November 1, 2013

Contact: Hector de Leon
713-539-0114 or hdeleon@cco.hctx.net

## Media Alert



## ARMY OF ELECTION WORKERS PREPARE FOR ELECTION DAY
### 775 Polling Locations To Implement Photo ID For First Time

**WHAT:**    In preparation for Election Day, Harris County Clerk Stan Stanart and staff will hand out supplies and equipment this weekend to the 775 Presiding Election Judges who will be conducting the Tuesday, November 5, 2013 Election in Harris County. This Election will be the first Election in which Photo ID will be implemented at the Election Day Polls. **Over 1,500 Election Judges and Alternate Judges and over 3,000 Election Clerks over the past weeks have been trained on implementing the new Photo ID requirement at the polls.**

*"The distribution of supplies and equipment is an important aspect of finalizing the Election Day infrastructure. Workers will be picking up their supplies and asking their final questions*

358

HarrisCounty 009397

*before opening the Polls on Tuesday, November 5th,"* said **Harris County Clerk Stanart.**

**WHEN:**        **Saturday,** November 2, 2013, **11:30 a.m. to 12:30 p.m.**

**WHERE:**       Election Technology Center, 11525 Todd St., Houston, TX 77055

**WHO:**         Stan Stanart, Harris County Clerk and Chief Election Official, is responsible for conducting elections in Harris County. **Stanart will be available to answer questions on Saturday from 11:30 a.m. to 12:30 p.m.** Media will be allowed to take video footage of activities for Election Day related stories.

**WHY:**         As Election Day Supervisors, Presiding Precinct Election Judges are required to collect the supplies needed to conduct the election, including poll books (list of registered voters), required election forms, Judge control consoles, and signage. They will also have the opportunity to ask any questions in preparation of opening their polls on Election Day.

**HOW:**         The Presiding Judge or their designee is required to provide photo identification to pick up the supplies.

###

HarrisCounty 009398

| | |
|---|---|
| **From:** | DeLeon, Hector (CCO) |
| **Sent:** | Friday, November 01, 2013 7:53 PM |
| **To:** | Nguyen, Du Ha Kim (CCO) |
| **Subject:** | Media Alert:  Army of Election Workers prepare for Election Day |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

| | |
|---|---|
| For Immediate Release | Contact: Hector de Leon |
| November 1, 2013 | 713-539-0114 or hdeleon@cco.hctx.net |

## Media Alert



## ARMY OF ELECTION WORKERS PREPARE FOR ELECTION DAY
### 775 Polling Locations To Implement Photo ID For First Time

**WHAT:**   In preparation for Election Day, Harris County Clerk Stan Stanart and staff will hand out supplies and equipment this weekend to the 775 Presiding Election Judges who will be conducting the Tuesday, November 5, 2013 Election in Harris County.  This Election will be the first Election in which Photo ID will be implemented at the Election Day Polls.  **Over 1,500 Election Judges and Alternate Judges and over 3,000 Election Clerks over the past weeks have been trained on implementing the new Photo ID requirement at the polls.**

*"The distribution of supplies and equipment is an important aspect of finalizing the Election Day infrastructure.  Workers will be picking up their supplies and asking their final questions*

HarrisCounty 009399

*before opening the Polls on Tuesday, November 5th,"* said Harris County Clerk Stanart.

**WHEN:**      **Saturday,** November 2, 2013, **11:30 a.m. to 12:30 p.m.**

**WHERE:**      Election Technology Center, 11525 Todd St., Houston, TX 77055

**WHO:**      Stan Stanart, Harris County Clerk and Chief Election Official, is responsible for conducting elections in Harris County. **Stanart will be available to answer questions on Saturday from 11:30 a.m. to 12:30 p.m.** Media will be allowed to take video footage of activities for Election Day related stories.

**WHY:**      As Election Day Supervisors, Presiding Precinct Election Judges are required to collect the supplies needed to conduct the election, including poll books (list of registered voters), required election forms, Judge control consoles, and signage. They will also have the opportunity to ask any questions in preparation of opening their polls on Election Day.

**HOW:**      The Presiding Judge or their designee is required to provide photo identification to pick up the supplies.

###



HarrisCounty 009400

**From:** DeLeon, Hector (CCO)
**Sent:** Friday, November 01, 2013 7:53 PM
**To:** Nguyen, Du Ha Kim (CCO)
**Subject:** Media Alert: Army of Election Workers prepare for Election Day



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release                                    Contact: Hector de Leon
November 1, 2013                              713-539-0114 or hdeleon@cco.hctx.net

## Media Alert



### ARMY OF ELECTION WORKERS PREPARE FOR ELECTION DAY
### 775 Polling Locations To Implement Photo ID For First Time

**WHAT:**   In preparation for Election Day, Harris County Clerk Stan Stanart and staff will hand out supplies and equipment this weekend to the 775 Presiding Election Judges who will be conducting the Tuesday, November 5, 2013 Election in Harris County. This Election will be the first Election in which Photo ID will be implemented at the Election Day Polls. **Over 1,500 Election Judges and Alternate Judges and over 3,000 Election Clerks over the past weeks have been trained on implementing the new Photo ID requirement at the polls.**

*"The distribution of supplies and equipment is an important aspect of finalizing the Election Day infrastructure. Workers will be picking up their supplies and asking their final questions*

HarrisCounty 009401

*before opening the Polls on Tuesday, November 5th,"* said Harris County Clerk Stanart.

**WHEN:** **Saturday,** November 2, 2013, **11:30 a.m. to 12:30 p.m.**

**WHERE:** Election Technology Center, 11525 Todd St., Houston, TX 77055

**WHO:** Stan Stanart, Harris County Clerk and Chief Election Official, is responsible for conducting elections in Harris County. **Stanart will be available to answer questions on Saturday from 11:30 a.m. to 12:30 p.m.** Media will be allowed to take video footage of activities for Election Day related stories.

**WHY:** As Election Day Supervisors, Presiding Precinct Election Judges are required to collect the supplies needed to conduct the election, including poll books (list of registered voters), required election forms, Judge control consoles, and signage. They will also have the opportunity to ask any questions in preparation of opening their polls on Election Day.

**HOW:** The Presiding Judge or their designee is required to provide photo identification to pick up the supplies.

### 



HarrisCounty 009402

**From:** Fortner, Rachelle (CCO)
**Sent:** Friday, November 01, 2013 7:51 PM
**To:** DeLeon, Hector (CCO)
**Subject:** FW: Media Alert: Army of Election Workers prepare for Election Day



# STAN STANART
## COUNTY CLERK
### *Recording the Major Events of Your Life*

For Immediate Release
November 1, 2013

Contact: Hector de Leon
713-539-0114 or hdeleon@cco.hctx.net

## Media Alert



## ARMY OF ELECTION WORKERS PREPARE FOR ELECTION DAY
## 775 Polling Locations To Implement Photo ID For First Time

**WHAT:**    In preparation for Election Day, Harris County Clerk Stan Stanart and staff will hand out supplies and equipment this weekend to the 775 Presiding Election Judges who will be conducting the Tuesday, November 5, 2013 Election in Harris County.  This Election will be the first Election in which Photo ID will be implemented at the Election Day Polls.  **Over 1,500 Election Judges and Alternate Judges and over 3,000 Election Clerks over the past weeks have been trained on implementing the new Photo ID requirement at the polls.**

*"The distribution of supplies and equipment is an important aspect of finalizing the Election Day infrastructure.  Workers will be picking up their supplies and asking their final questions before opening the Polls on Tuesday, November 5th,"* said Harris County Clerk Stanart.

**WHEN:**    **Saturday,** November 2, 2013, **11:30 a.m. to 12:30 p.m.**

HarrisCounty 009403

**WHERE:**      Election Technology Center, 11525 Todd St., Houston, TX 77055

**WHO:**      Stan Stanart, Harris County Clerk and Chief Election Official, is responsible for conducting elections in Harris County. **Stanart will be available to answer questions on Saturday from 11:30 a.m. to 12:30 p.m.** Media will be allowed to take video footage of activities for Election Day related stories.

**WHY:**      As Election Day Supervisors, Presiding Precinct Election Judges are required to collect the supplies needed to conduct the election, including poll books (list of registered voters), required election forms, Judge control consoles, and signage. They will also have the opportunity to ask any questions in preparation of opening their polls on Election Day.

**HOW:**      The Presiding Judge or their designee is required to provide photo identification to pick up the supplies.

###

HarrisCounty 009404

| From: | Stanart, Stan (CCO) |
|---|---|
| Sent: | Friday, November 01, 2013 7:47 PM |
| To: | DeLeon, Hector (CCO); Fortner, Rachelle (CCO); Stanart, Stan (CCO) |
| Cc: | Johnson, Ed (CCO); Aston, Sonya (CCO); Hammerlein, George (CCO) |
| Subject: | Media Alert:  Army of Election Workers prepare for Election Day |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
November 1, 2013

Contact: Hector de Leon
713-539-0114 or hdeleon@cco.hctx.net

## Media Alert



### ARMY OF ELECTION WORKERS PREPARE FOR ELECTION DAY
### 775 Polling Locations To Implement Photo ID For First Time

**WHAT:**    In preparation for Election Day, Harris County Clerk Stan Stanart and staff will hand out supplies and equipment this weekend to the 775 Presiding Election Judges who will be conducting the Tuesday, November 5, 2013 Election in Harris County.  This Election will be the first Election in which Photo ID will be implemented at the Election Day Polls.  **Over 1,500 Election Judges and Alternate Judges and over 3,000 Election Clerks over the past weeks have been trained on implementing the new Photo ID requirement at the polls.**

*"The distribution of supplies and equipment is an important aspect of finalizing the Election Day infrastructure.  Workers will be picking up their supplies and asking their final questions before opening the Polls on Tuesday, November 5th,"* said Harris County Clerk Stanart.

HarrisCounty 009405

**WHEN:**      **Saturday,** November 2, 2013, **11:30 a.m. to 12:30 p.m.**

**WHERE:**     Election Technology Center, 11525 Todd St., Houston, TX 77055

**WHO:**       Stan Stanart, Harris County Clerk and Chief Election Official, is responsible for conducting elections in Harris County.  **Stanart will be available to answer questions on Saturday from 11:30 a.m. to 12:30 p.m.**   Media will be allowed to take video footage of activities for Election Day related stories.

**WHY:**       As Election Day Supervisors, Presiding Precinct Election Judges are required to collect the supplies needed to conduct the election, including poll books (list of registered voters), required election forms, Judge control consoles, and signage.  They will also have the opportunity to ask any questions in preparation of opening their polls on Election Day.

**HOW:**       The Presiding Judge or their designee is required to provide photo identification to pick up the supplies.

###

HarrisCounty 009406

| From: | Stanart, Stan (CCO) |
|---|---|
| Sent: | Friday, November 01, 2013 7:45 PM |
| To: | DeLeon, Hector (CCO); Fortner, Rachelle (CCO) |
| Cc: | Aston, Sonya (CCO); Johnson, Ed (CCO); Hammerlein, George (CCO) |
| Subject: | Media Alert:  Army of Election Workers prepare for Election Day |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
November 1, 2013

Contact: Hector de Leon
713-539-0114 or hdeleon@cco.hctx.net

## Media Alert



### ARMY OF ELECTION WORKERS PREPARE FOR ELECTION DAY
### 775 Polling Locations To Implement Photo ID For First Time

**WHAT:**   In preparation for Election Day, Harris County Clerk Stan Stanart and staff will hand out supplies and equipment this weekend to the 775 Presiding Election Judges who will be conducting the Tuesday, November 5, 2013 Election in Harris County.  This Election will be the first Election in which Photo ID will be implemented at the Election Day Polls.  **Over 1,500 Election Judges and Alternate Judges and over 3,000 Election Clerks over the past weeks have been trained on implementing the new Photo ID requirement at the polls.**

*"The distribution of supplies and equipment is an important aspect of finalizing the Election Day infrastructure.  Workers will be picking up their supplies and asking their final questions before opening the Polls on Tuesday, November 5th,"* said Harris County Clerk Stanart.

HarrisCounty 009407

**WHEN:**        **Saturday,** November 2, 2013, **11:30 a.m. to 12:30 p.m.**

**WHERE:**        Election Technology Center, 11525 Todd St., Houston, TX 77055

**WHO:**        Stan Stanart, Harris County Clerk and Chief Election Official, is responsible for conducting elections in Harris County.  **Stanart will be available to answer questions on Saturday from 11:30 a.m. to 12:30 p.m.**   Media will be allowed to take video footage of activities for Election Day related stories.

**WHY:**        As Election Day Supervisors, Presiding Precinct Election Judges are required to collect the supplies needed to conduct the election, including poll books (list of registered voters), required election forms, Judge control consoles, and signage.  They will also have the opportunity to ask any questions in preparation of opening their polls on Election Day.

**HOW:**        The Presiding Judge or their designee is required to provide photo identification to pick up the supplies

###

HarrisCounty 009408

| | |
|---|---|
| **From:** | Stanart, Stan (CCO) |
| **Sent:** | Friday, November 01, 2013 7:41 PM |
| **To:** | Stanart, Stan (CCO) |
| **Subject:** | FW: Media Alert:  Army of Election Workers prepare for Election Day |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
November 1, 2013

Contact: Hector de Leon
713-539-0114 or hdeleon@cco.hctx.net

# Media Alert



### ARMY OF ELECTION WORKERS PREPARE FOR ELECTION DAY
### 775 Polling Locations To Implement Photo ID For First Time

**WHAT:**    In preparation for Election Day, Harris County Clerk Stan Stanart and staff will hand out supplies and equipment this weekend to the 775 Presiding Election Judges who will be conducting the Tuesday, November 5, 2013 Election in Harris County.  This Election will be the first Election in which Photo ID will be implemented at the Election Day Polls.  **Over 1,500 Election Judges and Alternate Judges and over 3,000 Election Clerks over the past weeks have been trained on implementing the new Photo ID requirement at the polls.**

*"The distribution of supplies and equipment is an important aspect of finalizing the Election Day infrastructure. Workers will be picking up their supplies and asking their final questions before opening the Polls on Tuesday, November 5th,"* **said Harris County Clerk Stanart.**

HarrisCounty 009409

**WHEN:**          **Saturday,** November 2, 2013, **11:30 a.m. to 12:30 p.m.**

**WHERE:**          Election Technology Center, 11525 Todd St., Houston, TX 77055

**WHO**:          Stan Stanart, Harris County Clerk and Chief Election Official, is responsible for conducting elections in Harris County. **Stanart will be available to answer questions on Saturday from 11:30 a.m. to 12:30 p.m.** Media will be allowed to take video footage of activities for Election Day related stories.

**WHY:**          As Election Day Supervisors, Presiding Precinct Election Judges are required to collect the supplies needed to conduct the election, including poll books (list of registered voters), required election forms, Judge control consoles, and signage. They will also have the opportunity to ask any questions in preparation of opening their polls on Election Day.

**HOW:**          The Presiding Judge or their designee are required to provide photo identification to pick up the supplies

###



HarrisCounty 009410

| | |
|---|---|
| **From:** | Stanart, Stan (CCO) |
| **Sent:** | Friday, November 01, 2013 7:41 PM |
| **To:** | DeLeon, Hector (CCO); Fortner, Rachelle (CCO) |
| **Cc:** | Hammerlein, George (CCO); Aston, Sonya (CCO); Johnson, Ed (CCO) |
| **Subject:** | Media Alert:  Army of Election Workers prepare for Election Day |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
November 1, 2013

Contact: Hector de Leon
713-539-0114 or hdeleon@cco.hctx.net

## Media Alert



### ARMY OF ELECTION WORKERS PREPARE FOR ELECTION DAY
### 775 Polling Locations To Implement Photo ID For First Time

**WHAT:**    In preparation for Election Day, Harris County Clerk Stan Stanart and staff will hand out supplies and equipment this weekend to the 775 Presiding Election Judges who will be conducting the Tuesday, November 5, 2013 Election in Harris County.  This Election will be the first Election in which Photo ID will be implemented at the Election Day Polls.  **Over 1,500 Election Judges and Alternate Judges and over 3,000 Election Clerks over the past weeks have been trained on implementing the new Photo ID requirement at the polls.**

*"The distribution of supplies and equipment is an important aspect of finalizing the Election Day infrastructure.  Workers will be picking up their supplies and asking their final questions before opening the Polls on Tuesday, November 5th,"* **said Harris County Clerk Stanart.**

HarrisCounty 009411

**WHEN:**        **Saturday,** November 2, 2013, **11:30 a.m. to 12:30 p.m.**

**WHERE:**        Election Technology Center, 11525 Todd St., Houston, TX 77055

**WHO:**          Stan Stanart, Harris County Clerk and Chief Election Official, is responsible for conducting elections in Harris County.  **Stanart will be available to answer questions on Saturday from 11:30 a.m. to 12:30 p.m.**   Media will be allowed to take video footage of activities for Election Day related stories.

**WHY:**          As Election Day Supervisors, Presiding Precinct Election Judges are required to collect the supplies needed to conduct the election, including poll books (list of registered voters), required election forms, Judge control consoles, and signage.  They will also have the opportunity to ask any questions in preparation of opening their polls on Election Day.

**HOW:**          The Presiding Judge or their designee are required to provide photo identification to pick up the supplies

###



HarrisCounty 009412

| | |
|---|---|
| **From:** | Stanart, Stan (CCO) |
| **Sent:** | Friday, November 01, 2013 7:32 PM |
| **To:** | DeLeon, Hector (CCO) |
| **Subject:** | RE: Media Alert:  Army of Election Workers prepare for Election Day |

Just a minute...


*Regards,*

*Stan Stanart*

Harris County Clerk - *Recording the Major Events of Your Life*
(713) 755-6410
Stan.Stanart@hctx.net


**From:** DeLeon, Hector (CCO)
**Sent:** Friday, November 1, 2013 7:28 PM
**To:** Stanart, Stan (CCO)
**Subject:** RE: Media Alert: Army of Election Workers prepare for Election Day

The text after the 'Who' is not lined up.


**From:** Stanart, Stan (CCO)
**Sent:** Friday, November 01, 2013 7:24 PM
**To:** DeLeon, Hector (CCO); Fortner, Rachelle (CCO)
**Cc:** Hammerlein, George (CCO); Aston, Sonya (CCO); Johnson, Ed (CCO)
**Subject:** Media Alert: Army of Election Workers prepare for Election Day



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release                                  Contact: Hector de Leon
November 1, 2013                              713-539-0114 or hdeleon@cco.hctx.net

## Media Alert

374

HarrisCounty 009413



## ARMY OF ELECTION WORKERS PREPARE FOR ELECTION DAY
## 775 Polling Locations To Implement Photo ID For First Time

**WHAT:**  In preparation for Election Day, Harris County Clerk Stan Stanart and staff will hand out supplies and equipment this weekend to the 775 Presiding Election Judges who will be conducting the Tuesday, November 5, 2013 election in Harris County.  This election will be the first election in which Photo ID will be implemented at the Election Day Polls.  **Over 1,500 Election Judges and Alternate Judges and over 3,000 Election Clerks over the past weeks have been trained on implementing the new Photo ID requirement at the polls.**

*"The distribution of supplies and equipment is an important aspect of finalizing the Election Day infrastructure. Workers will be picking up their supplies and asking their final questions before opening the Polls on Tuesday, November 5th,"* said Harris County Clerk Stanart.

**WHEN:**  **Saturday,** November 2, 2013, **11:30 a.m. to 12:30 p.m.**

**WHERE:** Election Technology Center, 11525 Todd St., Houston, TX 77055

**WHO:**  Stan Stanart, Harris County Clerk and Chief Election Official, is responsible for conducting elections in Harris County.  **Stanart will be available to answer questions on Saturday from 11:30 a.m. to 12:30 p.m.**  Media will be allowed to take video footage of activities for Election Day related stories.

**WHY:**  As Election Day Supervisors, Presiding Precinct Election Judges are required to collect the supplies needed to conduct the election, including poll books (list of registered voters), required election forms, Judge control consoles, and signage.  They will also have the opportunity to ask any questions in preparation of opening their polls on Election Day.

**HOW:**  The Presiding Judge or their designee are required to provide photo identification to pick up the supplies.

###

375

HarrisCounty 009414

| From: | Stanart, Stan (CCO) |
|---|---|
| Sent: | Friday, November 01, 2013 7:24 PM |
| To: | DeLeon, Hector (CCO); Fortner, Rachelle (CCO) |
| Cc: | Hammerlein, George (CCO); Aston, Sonya (CCO); Johnson, Ed (CCO) |
| Subject: | Media Alert: Army of Election Workers prepare for Election Day |



# STAN STANART

## COUNTY CLERK

### *Recording the Major Events of Your Life*

For Immediate Release
November 1, 2013

Contact: Hector de Leon
713-539-0114 or hdeleon@cco.hctx.net

## Media Alert



## ARMY OF ELECTION WORKERS PREPARE FOR ELECTION DAY
## 775 Polling Locations To Implement Photo ID For First Time

**WHAT:** In preparation for Election Day, Harris County Clerk Stan Stanart and staff will hand out supplies and equipment this weekend to the 775 Presiding Election Judges who will be conducting the Tuesday, November 5, 2013 election in Harris County. This election will be the first election in which Photo ID will be implemented at the Election Day Polls. **Over 1,500 Election Judges and Alternate Judges and over 3,000 Election Clerks over the past weeks have been trained on implementing the new Photo ID requirement at the polls.**

*"The distribution of supplies and equipment is an important aspect of finalizing the Election Day infrastructure. Workers will be picking up their supplies and asking their final questions before opening the Polls on Tuesday, November 5th,"* **said Harris County Clerk Stanart.**

HarrisCounty 009415

**WHEN:**  **Saturday,** November 2, 2013, **11:30 a.m. to 12:30 p.m.**

**WHERE:** Election Technology Center, 11525 Todd St., Houston, TX 77055

**WHO:**  Stan Stanart, Harris County Clerk and Chief Election Official, is responsible for conducting elections in Harris County. **Stanart will be available to answer questions on Saturday from 11:30 a.m. to 12:30 p.m.** Media will be allowed to take video footage of activities for Election Day related stories.

**WHY:**  As Election Day Supervisors, Presiding Precinct Election Judges are required to collect the supplies needed to conduct the election, including poll books (list of registered voters), required election forms, Judge control consoles, and signage. They will also have the opportunity to ask any questions in preparation of opening their polls on Election Day.

**HOW:**  The Presiding Judge or their designee are required to provide photo identification to pick up the supplies.

###



HarrisCounty 009416

| | |
|---|---|
| **From:** | DeLeon, Hector (CCO) |
| **Sent:** | Friday, November 01, 2013 7:19 PM |
| **To:** | Stanart, Stan (CCO); Fortner, Rachelle (CCO) |
| **Cc:** | Hammerlein, George (CCO); Aston, Sonya (CCO); Johnson, Ed (CCO) |
| **Subject:** | RE: Media Alert: Army of Election Workers prepare for Election Day |

Looks great. Are we ready to send it out?

**From:** Stanart, Stan (CCO)
**Sent:** Friday, November 01, 2013 7:17 PM
**To:** DeLeon, Hector (CCO); Fortner, Rachelle (CCO)
**Cc:** Hammerlein, George (CCO); Aston, Sonya (CCO); Johnson, Ed (CCO)
**Subject:** Media Alert: Army of Election Workers prepare for Election Day



# STAN STANART
## COUNTY CLERK
*Recording the Major Events of Your Life*

For Immediate Release
November 1, 2013

Contact: Hector de Leon
713-539-0114 or hdeleon@cco.hctx.net

## Media Alert



**ARMY OF ELECTION WORKERS PREPARE FOR ELECTION DAY**
**775 Polling Locations To Implement Photo ID For First Time**

**WHAT:**  In preparation for Election Day, Harris County Clerk Stan Stanart and staff will hand out supplies and equipment this weekend to the 775 Presiding Election Judges who will be conducting the Tuesday, November 5, 2013 Election in Harris County.  This Election will be the first Election in which Photo ID will be

HarrisCounty 009417

implemented at the Election Day Polls. **Over 1,500 Election Judges and Alternate Judges and over 3,000 Election Clerks over the past weeks have been trained on implementing the new Photo ID requirement at the polls.**

*"The distribution of supplies and equipment is an important aspect of finalizing the Election Day infrastructure. Workers will be picking up their supplies and asking their final questions before opening the Polls on Tuesday, November 5th,"* **said Harris County Clerk Stanart.**

**WHEN:**  <u>Saturday,</u> November 2, 2013, **<u>11:30 a.m. to 12:30 p.m.</u>**

**WHERE:** <u>Election Technology Center, 11525 Todd St., Houston, TX 77055</u>

**WHO:**  Stan Stanart, Harris County Clerk and Chief Election Official of the County is charged with administering elections in accordance with state and federal voting guidelines. **Stanart will be available to answer questions on Saturday from 11:30 a.m. to 12:30 p.m.** <u>Media will be allowed to take video footage of activities for Election Day related stories.</u>

**WHY:**  As Election Day Supervisors, Presiding Precinct Election Judges are required to collect the supplies needed to conduct the election, including poll books (list of registered voters), required election forms, Judge control consoles, and signage. They will also have the opportunity to ask any questions in preparation of opening their polls on Election Day.

**HOW:**  The Presiding Judge or their designee are required to provide photo identification to pick up the supplies.

###



HarrisCounty 009418

| From: | Stanart, Stan (CCO) |
|---|---|
| Sent: | Friday, November 01, 2013 7:17 PM |
| To: | DeLeon, Hector (CCO); Fortner, Rachelle (CCO) |
| Cc: | Hammerlein, George (CCO); Aston, Sonya (CCO); Johnson, Ed (CCO) |
| Subject: | Media Alert: Army of Election Workers prepare for Election Day |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
November 1, 2013

Contact: Hector de Leon
713-539-0114 or hdeleon@cco.hctx.net

## Media Alert



### ARMY OF ELECTION WORKERS PREPARE FOR ELECTION DAY
### 775 Polling Locations To Implement Photo ID For First Time

**WHAT:** In preparation for Election Day, Harris County Clerk Stan Stanart and staff will hand out supplies and equipment this weekend to the 775 Presiding Election Judges who will be conducting the Tuesday, November 5, 2013 Election in Harris County. This Election will be the first Election in which Photo ID will be implemented at the Election Day Polls. **Over 1,500 Election Judges and Alternate Judges and over 3,000 Election Clerks over the past weeks have been trained on implementing the new Photo ID requirement at the polls.**

*"The distribution of supplies and equipment is an important aspect of finalizing the Election Day infrastructure. Workers will be picking up their supplies and asking their final questions before opening the Polls on Tuesday, November 5th,"* said Harris County Clerk Stanart.

HarrisCounty 009419

**WHEN:** <u>Saturday,</u> November 2, 2013, **<u>11:30 a.m. to 12:30 p.m.</u>**

**WHERE:** <u>Election Technology Center, 11525 Todd St., Houston, TX 77055</u>

**WHO:**  Stan Stanart, Harris County Clerk and Chief Election Official of the County is charged with administering elections in accordance with state and federal voting guidelines. **Stanart will be available to answer questions on Saturday from 11:30 a.m. to 12:30 p.m.**  <u>Media will be allowed to take video footage of activities for Election Day related stories.</u>

**WHY:**  As Election Day Supervisors, Presiding Precinct Election Judges are required to collect the supplies needed to conduct the election, including poll books (list of registered voters), required election forms, Judge control consoles, and signage.  They will also have the opportunity to ask any questions in preparation of opening their polls on Election Day.

**HOW:**  The Presiding Judge or their designee are required to provide photo identification to pick up the supplies.

###



HarrisCounty 009420

**From:** Stanart, Stan (CCO)
**Sent:** Friday, November 01, 2013 6:58 PM
**To:** DeLeon, Hector (CCO); Fortner, Rachelle (CCO); Hammerlein, George (CCO)
**Cc:** Johnson, Ed (CCO); Aston, Sonya (CCO)
**Subject:** Media Alert: Army of Election Workers prepare for Election Day



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release                                    Contact: Hector de Leon
November 1, 2013                              713 539 0114 or hdeleon@cco.hctx.net

## Media Alert



### ARMY OF ELECTION WORKERS PREPARE FOR ELECTION DAY
### 775 POLLING LOCATIONS IMPLEMENT PHOTO ID FOR FIRST TIME

**WHAT:** In preparation for Election Day, Harris County Clerk Stan Stanart and staff will handout supplies and equipment to the 775 Presiding Election Judges who will be conducting the Tuesday, November 5, 2013 Election in Harris County. This Election will be the first Election in which Photo ID will be implemented at the Election Day Polls. **Over 1500 Election Judges and Alternate Judges and over 3000 Election Clerks over the past weeks have been trained on implementing the new Photo ID requirement at the polls.**

*"The distribution of supplies and equipment is an important aspect of finalizing the Election Day infrastructure. Workers will be picking up their supplies and asking their final questions before opening the Polls on Tuesday, November 5th,"* **said Harris County Clerk Stanart.**

HarrisCounty 009421

**WHEN:**  <u>Saturday,</u> November 2, 2013, <u>**11:30 a.m. to 6:00 p.m.,**</u> and
<u>**Sunday,**</u> November 3, 2013 from <u>**Noon to 5:00 p.m.**</u>

**WHERE:** <u>Election Technology Center, 11525 Todd St, Houston, TX 77055</u>

**WHO:**  Stan Stanart, Harris County Clerk and Chief Election Official of the County is charged with administering elections in accordance with state and federal voting guidelines. **Stanart will be available to answer questions on Saturday from 11:30 a.m. to 12:30 p.m.**   <u>Photo Journalists will be allowed to take video footage of activities for Election Day related stories</u>.

**WHY:**  As Election Day Supervisors, Presiding Precinct Election Judges are required to collect the supplies needed to conduct the election, including poll books (list of registered voters), required election forms, Judge control consoles, and signage.  They will also have the opportunity to ask an questions in preparation to opening their polls on Election Day.

**HOW:**  The presiding judge or the designee are required to provide photo identification to pick up the supplies.

###



HarrisCounty 009422

| | |
|---|---|
| **From:** | DeLeon, Hector (CCO) |
| **Sent:** | Friday, November 01, 2013 6:07 PM |
| **To:** | Stanart, Stan (CCO) |
| **Cc:** | Hammerlein, George (CCO); Sheppard, Laura (CCO) |
| **Subject:** | Media Alert: Poll Workers Pick up Supplies, Get Ready for Election Day |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
November 1, 2013

Contact: Hector de Leon
713 539 0114 or hdeleon@cco.hctx.net

# <u>Media Alert</u>

## Poll Workers Pick up Supplies, Get Ready for Election Day

**WHAT**: In preparation for Election Day, Harris County Clerk Stan Stanart and staff will handout supplies and equipment to Presiding Precinct Election Judges (or persons designated by the Presiding Judge to pick up supplies and equipment) who will be conducting the Tuesday, November 5, 2013 Joint Election in Harris County.

  *"The distribution of supplies and equipment is an important aspect of finalizing the Election Day infrastructure and ensuring that all voters are able to exercise their right to vote," said Harris County Clerk Stanart.*

**WHEN**: <u>Saturday,</u> November 2, 2013, <u>**11:30 a.m. to 6:00 p.m.,**</u> and <u>Sunday,</u> November 3, 2013 from <u>**Noon to 5:00 p.m.**</u>

**WHERE**: <u>Election Technology Center, 11525 Todd St. Houston, TX 77055</u>

**WHO**: Stan Stanart, Harris County Clerk and Chief Election Official of the County is charged with administering elections in accordance with state and federal voting guidelines. **Stanart will be available to answer questions on Saturday from 11:30 a.m. to 12:30 p.m.** <u>Photo Journalist will be allowed to take video footage of activities for Election Day related stories on Saturday and Sunday during above mentioned hours of operation.</u>

**WHY**: As Election Day Supervisors, Presiding Precinct Election Judges are required to collect the supplies needed to conduct the election, including poll books (list of registered voters designated to vote at respective voting location), required election forms, signage, etc.

**HOW**: The presiding judge or the designee are required to provide photo identification to pick up the supplies.

###

Hector de Leon
Director of Communications and Voter Outreach

HarrisCounty 009423

Office of Harris County Clerk Stan Stanart
1001 Preston, Ste. 426
Houston, Texas 77002

713.274.9550 (Office)
713.539.0114 (Work Cell)
hdeleon@cco.hctx.net



HarrisCounty 009424

**From:**      Charles Lovetro <lovetrocv@aol.com>
**Sent:**      Friday, October 25, 2013 8:35 AM
**To:**        Carole.Hawkins@att.net; juliemv@sbcglobal.net; lovetrotl@aol.com;
               yueqiangt@yahoo.com; dangthu7@gmail.com; Thu.Pham@us.gt.com
**Cc:**        PCT3JC (CCO)
**Subject:**   Joint Election 2013 Pct 711 workers


**dear Poll Workers**

you are scheduled to work **Joint Election** <u>Precinct 0711</u> **Tuesday November 5 2013** <u>6am to 8pm</u>
Location **Westside High School, 14201 Briar Forest Drive, Houston, 77077** p281)920-8000 ( turn West off of eldridge )

You will need your **social security number** for time sheet report
I usually have sandwiches brought in for lunch.
U will have break time to go vote or lunch etc.

<u>All</u> **election workers** will be required to **watch 2 short videos online** regarding the new photo identification requirements
which will be available after October 7, 2013 at **www.harrisvotes.com**. All clerks will need to <u>**sign a statement**</u> that they
have viewed the video. Please ensure that all workers view this video before Election Day.
go to http://www.harrisvotes.com/Default.aspx
**point to** <Poll Workers>  **click** < election training >
http://www.harrisvotes.com/Pollworkers/ElectionDayTraining.aspx?L=E
**ELECTION DAY POLL WORKERS TRAINING**

All Prview http://www.harrisvotes.com/VotingInfo/**AcceptableID**.aspx?L=E
**Acceptable Credentials For Voting**
All Prview these two video
**Photo ID and Similar Name On-Line Training**
Texas Law regarding required identification for voting purposes has changed. All poll workers need to review the attached
short videos for poll worker training on Photo Identification Requirements and Similar Name Requirements. To review the
Photo ID video, please click HERE. To review the Similar Name video, please click HERE.

Charles and Julie and Tanya will be attending Eslate training
**Bear Creek Cm Cnt 3055 south Bear Creek Dr., Houston, 77084**
Sat Oct 26 1:00 PM ( via HWY 6 to Patterson )

Bilingual Clerks call 713-755-5792 Jeanne Tilton to schedule training.
**Bilingual Clerk Training** http://www.harrisvotes.com/Docs/BilingualTrainingSchedule201310.pdf
Presiding Precinct Election Clerks should send election clerks fluent in **Spanish, Vietnamese or Chinese** to the Bilingual
Clerk Training. The training covers providing assistance to voters with limited English proficiency who ask for help at the
poll.
**HCC - ALIEF CENTER LECTURE HALL 13803 Bissonnet Street Houston, TX 77083**
*Saturday, October 26, 2013 9:00 a.m. - 11:00 a.m.*

Best 2 u,
Charles Lovetro 281-495-3330 lovetrocv@aol.com

11322 pompano ln Houston tx 77072



HarrisCounty 009425

[none]

387

HarrisCounty 009426

| | |
|---|---|
| **From:** | Nguyen, Du Ha Kim (CCO) on behalf of Harris County Clerk |
| **Sent:** | Wednesday, October 23, 2013 10:01 AM |
| **To:** | Natalie Bomke |
| **Subject:** | RE: Press Release: BRING YOUR PHOTO ID TO THE POLLS |

Thank you for your email. We've removed your email from our distribution list already.

Have a great day.

Du-Ha Kim Nguyen
*Voter Outreach Coordinator*
*Communications & Voter Outreach Department*
**Office of STAN STANART - *Harris County Clerk***
1001 Preston, Suite 426
Houston, TX 77002
Phone: **713.274.9557**
Work Cell: 281.635.3435
Fax: 713.755.9311
Email: duhanguyen@cco.hctx.net
Web: www.HarrisVotes.com

**From:** Natalie Bomke [mailto:Natalie.Bomke@FOXTV.COM]
**Sent:** Saturday, October 19, 2013 6:06 PM
**To:** Harris County Clerk
**Subject:** RE: Press Release: BRING YOUR PHOTO ID TO THE POLLS

Hi there,
Can you please remove me from the email list?
I moved to FOX Chicago.

Thanks,
Natalie

**From:** Harris County Clerk [mailto:HClerk@cco.hctx.net]
**Sent:** Friday, October 18, 2013 1:52 PM
**To:** Harris County Clerk
**Subject:** Press Release: BRING YOUR PHOTO ID TO THE POLLS



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release                                    Contact:  hdeleon@cco.hctx.net
October 18, 2013                                                 713.539.0114 or 713.274.9550

## BRING YOUR PHOTO ID TO THE POLLS

### Starting Monday Voters Will need a Photo ID to Vote

388

HarrisCounty 009427



**Houston, TX** – Harris County Clerk Stan Stanart is alerting voters of a significant voting related change for the November 5th Election. "Due to a change in Texas Election law, **all voters are now required to provide one of the seven types of photo IDs when voting in-person**," informed Stanart. "I urge voters to come prepared with one of the required photo ID to the polls."

The state approved photo IDs for voting include:

- **Texas driver license issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas personal identification card issued by DPS**
- **Texas concealed handgun license issued by DPS**
- **United States military identification card containing the person's photograph**
- **United States citizenship certificate containing the person's photograph**
- **United States passport**

With the exception of the U.S. citizenship certificate and some military identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place. Voters may apply for an **Election Identification Certificate (EIC)** at no charge at the Department of Public Safety (DPS) **if they do not have any other acceptable form of ID.** Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

If a voter is 65 or older, or are disabled, they are entitled to apply for a ballot by mail. In most cases, they will not need to provide photo identification when voting by mail. October 25, 2013 is the last day for Harris County to receive an application for a ballot by mail (received, not postmarked). To obtain an application to vote by mail, voters may contact our offices at 713-755-6965 or visit www.HarrisVotes.com.

Stanart also informed voters that the number of early voting location in Harris County has increased from 37 to 40. **"As the result of a steady increase in the number of voters who choose to vote early, we are adding three new locations to better serve the voters of Harris County."** concluded Stanart, the chief election official of the county. The period for Early Voting by Personal Appearance starts Monday, October 21 and ends, Friday, November 1.

For more information about photo ID requirements including exemptions, visit www.votetexas.gov. To obtain a list of Early Voting locations, Election Day Polling Location or view a voter specific sample ballot, voters can also visit www.HarrisVotes.com or call 713-755-6965.

### ###

HarrisCounty 009428

## November 5, 2013 Joint Election Early Voting Locations-Harris County, Texas

| SRD # | Location | Address | City | Zip |
|---|---|---|---|---|
| 1 MO | Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| 126C | Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| 126P | Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| 127N | Northeast Houston Baptist Church | 18000 W. Lake Houston Pkwy | Humble | 77346 |
| 127B | Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| 127K | Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| 128C | Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| 128P | Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| 129 | Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| 130C | Cypress Top Park | 26026 Hempstead Highway | Cypress | 77429 |
| 130T | Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| 131 | Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| 132 | Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| 133 | Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| 134H | Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| 134M | Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| 135 | City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| 137B | Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| 137T | Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| 138B | Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| 138S | Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| 139A | Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| 139V | Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| 140 | Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| 141C | Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| 141H | Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| 142K | Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| 142W | North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| 143G | Galena Park Library | 1500 Keene Street | Galena Park | 77547 |
| 143R | Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
| 144 | Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| 145C | H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| 145P | IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| 146F | Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| 146S | Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| 147 | Palm Center | 5300 Griggs Road | Houston | 77021 |
| 148 | Holy Name Church | 1917 Marion Street | Houston | 77009 |
| 149A | Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| 149G | Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| 150 | Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

HarrisCounty 009429

| From: | DeLeon, Hector (CCO) |
|---|---|
| Sent: | Saturday, October 19, 2013 7:32 PM |
| To: | hector de leon |
| Subject: | Fwd: Press Release: BRING YOUR PHOTO ID TO THE POLLS |

*Sent from my Verizon Wireless 4G LTE DROID*

-------- Original Message --------
Subject: Press Release: BRING YOUR PHOTO ID TO THE POLLS
From: Harris County Clerk <HClerk@cco.hctx.net>
To: Harris County Clerk <HClerk@cco.hctx.net>
CC:



# STAN STANART
## COUNTY CLERK
*Recording the Major Events of Your Life*

| For Immediate Release | Contact: hdeleon@cco.hctx.net |
|---|---|
| October 18, 2013 | 713.539.0114 or 713.274.9550 |

## BRING YOUR PHOTO ID TO THE POLLS
### Starting Monday Voters Will need a Photo ID to Vote



**Houston, TX** – Harris County Clerk Stan Stanart is alerting voters of a significant voting related change for the November 5th Election. "Due to a change in Texas Election law, **all voters are now required to provide one of the seven types of photo IDs when voting in-person,**" informed Stanart. "**I urge voters to come prepared with one of the required photo ID to the polls.**"

The state approved photo IDs for voting include:

- **Texas driver license issued by the Texas Department of Public Safety (DPS)**

- **Texas Election Identification Certificate issued by DPS**

- **Texas personal identification card issued by DPS**

- **Texas concealed handgun license issued by DPS**

- **United States military identification card containing the person's photograph**

- **United States citizenship certificate containing the person's photograph**

- **United States passport**

With the exception of the U.S. citizenship certificate and some military identifications, the ID

391

HarrisCounty 009430

must be current or have expired no more than 60 days before being presented at the polling place. Voters may apply for an **Election Identification Certificate (EIC)** at no charge at the Department of Public Safety (DPS) **if they do not have any other acceptable form of ID.** Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

If a voter is 65 or older, or are disabled, they are entitled to apply for a ballot by mail. In most cases, they will not need to provide photo identification when voting by mail. October 25, 2013 is the last day for Harris County to receive an application for a ballot by mail (received, not postmarked). To obtain an application to vote by mail, voters may contact our offices at 713-755-6965 or visit www.HarrisVotes.com.

Stanart also informed voters that the number of early voting location in Harris County has increased from 37 to 40. **"As the result of a steady increase in the number of voters who choose to vote early, we are adding three new locations to better serve the voters of Harris County," concluded Stanart, the chief election official of the county.** The period for Early Voting by Personal Appearance starts Monday, October 21 and ends, Friday, November 1.

For more information about photo ID requirements including exemptions, visit www.votetexas.gov. To obtain a list of Early Voting locations, Election Day Polling Location or view a voter specific sample ballot, voters can also visit www.HarrisVotes.com or call 713-755-6965.

### ###

## November 5, 2013 Joint Election Early Voting Locations-Harris County, Texas

| SRD # | Location | Address | City | Zip |
|---|---|---|---|---|
| 1 MO | Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| 126C | Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| 126P | Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| 127N | Northeast Houston Baptist Church | 18000 W. Lake Houston Pkwy | Humble | 77346 |
| 127B | Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| 127K | Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| 128C | Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| 128P | Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| 129 | Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| 130C | Cypress Top Park | 26026 Hempstead Highway | Cypress | 77429 |
| 130T | Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| 131 | Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| 132 | Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| 133 | Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| 134H | Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| 134M | Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| 135 | City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| 137B | Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| 137T | Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| 138B | Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| 138S | Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| 139A | Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| 139V | Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| 140 | Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| 141C | Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| 141H | Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| 142K | Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| 142W | North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| 143G | Galena Park Library | 1500 Keene Street | Galena Park | 77547 |
| 143R | Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
| 144 | Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| 145C | H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| 145P | IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| 145F | Fiesta Mart, Inc. | 3130 Kirby | Houston | 77054 |
| 146S | Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| 147 | Palm Center | 5300 Griggs Road | Houston | 77021 |
| 148 | Holy Name Church | 1917 Marion Street | Houston | 77009 |
| 149A | Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| 149G | Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| 150 | Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

HarrisCounty 009431

| | |
|---|---|
| **From:** | Harris County Clerk |
| **Sent:** | Friday, October 18, 2013 4:22 PM |
| **To:** | county.clerk@cco.hctx.net |
| **Subject:** | Press Release: BRING YOUR PHOTO ID TO THE POLLS |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
October 18, 2013

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## BRING YOUR PHOTO ID TO THE POLLS

### Starting Monday Voters Will need a Photo ID to Vote



**Houston, TX** – Harris County Clerk Stan Stanart is alerting voters of a significant voting related change for the November 5th Election. "Due to a change in Texas Election law, **all voters are now required to provide one of the seven types of photo IDs when voting in-person**," informed Stanart. "I urge voters to come prepared with one of the required photo ID to the polls."

The state approved photo IDs for voting include:

- **Texas driver license issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas personal identification card issued by DPS**
- **Texas concealed handgun license issued by DPS**
- **United States military identification card containing the person's photograph**
- **United States citizenship certificate containing the person's photograph**
- **United States passport**

With the exception of the U.S. citizenship certificate and some military identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place. Voters may apply for an **Election Identification Certificate (EIC)** at no charge at the Department of Public Safety (DPS) **if they do not have any other acceptable form of ID.** Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

HarrisCounty 009432

If a voter is 65 or older, or are disabled, they are entitled to apply for a ballot by mail. In most cases, they will not need to provide photo identification when voting by mail. October 25, 2013 is the last day for Harris County to receive an application for a ballot by mail (received, not postmarked). To obtain an application to vote by mail, voters may contact our offices at 713-755-6965 or visit www.HarrisVotes.com.

Stanart also informed voters that the number of early voting location in Harris County has increased from 37 to 40. **"As the result of a steady increase in the number of voters who choose to vote early, we are adding three new locations to better serve the voters of Harris County."** concluded Stanart, the chief election official of the county. The period for Early Voting by Personal Appearance starts Monday, October 21 and ends, Friday, November 1.

For more information about photo ID requirements including exemptions, visit www.votetexas.gov. To obtain a list of Early Voting locations, Election Day Polling Location or view a voter specific sample ballot, voters can also visit www.HarrisVotes.com or call 713-755-6965.

### 

### November 5, 2013 Joint Election Early Voting Locations-Harris County, Texas

| SRD # | Location | Address | City | Zip |
|---|---|---|---|---|
| 1 MO | Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| 126C | Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| 126P | Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| 127N | Northeast Houston Baptist Church | 18000 W. Lake Houston Pkwy | Humble | 77346 |
| 127B | Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| 127K | Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| 128C | Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| 129P | Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| 129 | Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| 130C | Cypress Top Park | 26026 Hempstead Highway | Cypress | 77429 |
| 130T | Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| 131 | Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| 132 | Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| 133 | Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| 134H | Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| 134M | Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| 135 | City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| 137B | Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| 137T | Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| 138B | Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| 138S | Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| 139A | Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| 139V | Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| 140 | Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| 141C | Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| 141H | Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| 142K | Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| 142W | North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| 143G | Galena Park Library | 1500 Keene Street | Galena Park | 77547 |
| 143R | Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
| 144 | Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| 145C | H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| 145P | IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| 146F | Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| 146S | Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| 147 | Palm Center | 5300 Griggs Road | Houston | 77021 |
| 148 | Holy Name Church | 1917 Marion Street | Houston | 77009 |
| 149A | Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| 149G | Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| 150 | Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

HarrisCounty 009433

| | |
|---|---|
| **From:** | Harris County Clerk |
| **Sent:** | Friday, October 18, 2013 4:18 PM |
| **To:** | nunnst@tsu.edu |
| **Subject:** | Press Release: BRING YOUR PHOTO ID TO THE POLLS |



# STAN STANART

## COUNTY CLERK

### *Recording the Major Events of Your Life*

For Immediate Release
October 18, 2013

Contact:  hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## BRING YOUR PHOTO ID TO THE POLLS

### Starting Monday Voters Will need a Photo ID to Vote



**Houston, TX** – Harris County Clerk Stan Stanart is alerting voters of a significant voting related change for the November 5th Election. "Due to a change in Texas Election law, **all voters are now required to provide one of the seven types of photo IDs when voting in-person,**" informed Stanart. "**I urge voters to come prepared with one of the required photo ID to the polls.**"

The state approved photo IDs for voting include:

- **Texas driver license issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas personal identification card issued by DPS**
- **Texas concealed handgun license issued by DPS**
- **United States military identification card containing the person's photograph**
- **United States citizenship certificate containing the person's photograph**
- **United States passport**

With the exception of the U.S. citizenship certificate and some military identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place. Voters may apply for an **Election Identification Certificate (EIC)** at no charge at the Department of Public Safety (DPS) **if they do not have any other acceptable form of ID.** Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

HarrisCounty 009434

If a voter is 65 or older, or are disabled, they are entitled to apply for a ballot by mail. In most cases, they will not need to provide photo identification when voting by mail. October 25, 2013 is the last day for Harris County to receive an application for a ballot by mail (received, not postmarked). To obtain an application to vote by mail, voters may contact our offices at 713-755-6965 or visit www.HarrisVotes.com.

Stanart also informed voters that the number of early voting location in Harris County has increased from 37 to 40. **"As the result of a steady increase in the number of voters who choose to vote early, we are adding three new locations to better serve the voters of Harris County."** concluded Stanart, the chief election official of the county. The period for Early Voting by Personal Appearance starts Monday, October 21 and ends, Friday, November 1.

For more information about photo ID requirements including exemptions, visit www.votetexas.gov. To obtain a list of Early Voting locations, Election Day Polling Location or view a voter specific sample ballot, voters can also visit www.HarrisVotes.com or call 713-755-6965.

### 

## November 5, 2013 Joint Election Early Voting Locations-Harris County, Texas

| SRD # | Location | Address | City | Zip |
|---|---|---|---|---|
| 1 MO | Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| 126C | Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| 126P | Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| 127N | Northeast Houston Baptist Church | 18000 W. Lake Houston Pkwy | Humble | 77346 |
| 127B | Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| 127K | Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| 128C | Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| 128P | Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| 129 | Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| 130C | Cypress Top Park | 26026 Hempstead Highway | Cypress | 77429 |
| 130T | Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| 131 | Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| 132 | Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| 133 | Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| 134H | Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| 134M | Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| 135 | City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| 137B | Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| 137T | Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| 138B | Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| 138S | Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| 139A | Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| 139V | Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| 140 | Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| 141C | Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| 141H | Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| 142K | Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| 142W | North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| 143G | Galena Park Library | 1500 Keene Street | Galena Park | 77547 |
| 143R | Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
| 144 | Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| 145C | H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| 145P | IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| 146F | Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| 146S | Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| 147 | Palm Center | 5300 Griggs Road | Houston | 77021 |
| 148 | Holy Name Church | 1917 Marion Street | Houston | 77009 |
| 149A | Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| 149G | Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| 150 | Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

HarrisCounty 009435

| From: | Harris County Clerk |
|---|---|
| Sent: | Friday, October 18, 2013 4:15 PM |
| To: | county.clerk@cco.hctx.net |
| Subject: | Press Release: BRING YOUR PHOTO ID TO THE POLLS |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
October 18, 2013

Contact:  hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## BRING YOUR PHOTO ID TO THE POLLS

### Starting Monday Voters Will need a Photo ID to Vote



**Houston, TX** – Harris County Clerk Stan Stanart is alerting voters of a significant voting related change for the November 5th Election. "Due to a change in Texas Election law, **all voters are now required to provide one of the seven types of photo IDs when voting in-person,**" informed Stanart. "**I urge voters to come prepared with one of the required photo ID to the polls.**"

The state approved photo IDs for voting include:

- **Texas driver license issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas personal identification card issued by DPS**
- **Texas concealed handgun license issued by DPS**
- **United States military identification card containing the person's photograph**
- **United States citizenship certificate containing the person's photograph**
- **United States passport**

With the exception of the U.S. citizenship certificate and some military identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place. Voters may apply for an **Election Identification Certificate (EIC)** at no charge at the Department of Public Safety (DPS) **if they do not have any other acceptable form of ID.** Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

HarrisCounty 009436

If a voter is 65 or older, or are disabled, they are entitled to apply for a ballot by mail. In most cases, they will not need to provide photo identification when voting by mail. October 25, 2013 is the last day for Harris County to receive an application for a ballot by mail (received, not postmarked). To obtain an application to vote by mail, voters may contact our offices at 713-755-6965 or visit www.HarrisVotes.com.

Stanart also informed voters that the number of early voting location in Harris County has increased from 37 to 40. **"As the result of a steady increase in the number of voters who choose to vote early, we are adding three new locations to better serve the voters of Harris County," concluded Stanart, the chief election official of the county.** The period for Early Voting by Personal Appearance starts Monday, October 21 and ends, Friday, November 1.

For more information about photo ID requirements including exemptions, visit www.votetexas.gov. To obtain a list of Early Voting locations, Election Day Polling Location or view a voter specific sample ballot, voters can also visit www.HarrisVotes.com or call 713-755-6965.

### ###

## November 5, 2013 Joint Election Early Voting Locations-Harris County, Texas

| SRD # | Location | Address | City | Zip |
|---|---|---|---|---|
| 1 MO | Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| 126C | Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| 126P | Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| 127N | Northeast Houston Baptist Church | 18000 W. Lake Houston Pkwy | Humble | 77346 |
| 127B | Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| 127K | Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| 128C | Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| 128P | Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| 129 | Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| 130C | Cypress Top Park | 26025 Hempstead Highway | Cypress | 77429 |
| 130T | Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| 131 | Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| 132 | Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| 133 | Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| 134H | Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| 134M | Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| 135 | City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| 137B | Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| 137T | Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| 138B | Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| 138S | Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| 139A | Acres Home Multi Service Center | 5719 W. Montgomery | Houston | 77091 |
| 139V | Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| 140 | Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| 141C | Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| 141H | Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| 142K | Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| 142W | North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| 143G | Galena Park Library | 1500 Keene Street | Galena Park | 77547 |
| 143R | Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
| 144 | Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| 145C | H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| 145P | IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| 146F | Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| 146S | Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| 147 | Palm Center | 5300 Griggs Road | Houston | 77021 |
| 148 | Holy Name Church | 1917 Marion Street | Houston | 77009 |
| 149A | Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| 149G | Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| 150 | Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

HarrisCounty 009437

| From: | Harris County Clerk |
| --- | --- |
| Sent: | Friday, October 18, 2013 4:00 PM |
| To: | county.clerk@cco.hctx.net |
| Subject: | Press Release: BRING YOUR PHOTO ID TO THE POLLS |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
October 18, 2013

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## BRING YOUR PHOTO ID TO THE POLLS

### Starting Monday Voters Will need a Photo ID to Vote



**Houston, TX** – Harris County Clerk Stan Stanart is alerting voters of a significant voting related change for the November 5th Election. "Due to a change in Texas Election law, **all voters are now required to provide one of the seven types of photo IDs when voting in-person**," informed Stanart. "I urge voters to come prepared with one of the required photo ID to the polls."

The state approved photo IDs for voting include:

- **Texas driver license issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas personal identification card issued by DPS**
- **Texas concealed handgun license issued by DPS**
- **United States military identification card containing the person's photograph**
- **United States citizenship certificate containing the person's photograph**
- **United States passport**

With the exception of the U.S. citizenship certificate and some military identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place. Voters may apply for an **Election Identification Certificate (EIC)** at no charge at the Department of Public Safety (DPS) **if they do not have any other acceptable form of ID.** Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

HarrisCounty 009438

If a voter is 65 or older, or are disabled, they are entitled to apply for a ballot by mail. In most cases, they will not need to provide photo identification when voting by mail. October 25, 2013 is the last day for Harris County to receive an application for a ballot by mail (received, not postmarked). To obtain an application to vote by mail, voters may contact our offices at 713-755-6965 or visit www.HarrisVotes.com.

Stanart also informed voters that the number of early voting location in Harris County has increased from 37 to 40. **"As the result of a steady increase in the number of voters who choose to vote early, we are adding three new locations to better serve the voters of Harris County," concluded Stanart, the chief election official of the county.** The period for Early Voting by Personal Appearance starts Monday, October 21 and ends, Friday, November 1.

For more information about photo ID requirements including exemptions, visit www.votetexas.gov. To obtain a list of Early Voting locations, Election Day Polling Location or view a voter specific sample ballot, voters can also visit www.HarrisVotes.com or call 713-755-6965.

### ###

## November 5, 2013 Joint Election Early Voting Locations-Harris County, Texas

| SRD # | Location | Address | City | Zip |
|---|---|---|---|---|
| 1 MO | Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| 126C | Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| 126P | Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| 127N | Northeast Houston Baptist Church | 18000 W. Lake Houston Pkwy | Humble | 77346 |
| 127B | Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| 127K | Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| 128C | Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| 128P | Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| 129 | Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| 130C | Cypress Top Park | 26026 Hempstead Highway | Cypress | 77429 |
| 130T | Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| 131 | Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| 132 | Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| 133 | Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| 134H | Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| 134M | Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| 135 | City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| 137B | Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| 137T | Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| 138B | Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| 138S | Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| 139A | Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| 139V | Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| 140 | Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| 141C | Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| 141H | Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| 142K | Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| 142W | North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| 143G | Galena Park Library | 1500 Keene Street | Galena Park | 77547 |
| 143R | Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
| 144 | Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| 145C | H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| 145P | IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| 146F | Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| 146S | Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| 147 | Palm Center | 5300 Griggs Road | Houston | 77021 |
| 148 | Holy Name Church | 1917 Marion Street | Houston | 77009 |
| 149A | Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| 149G | Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| 150 | Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

HarrisCounty 009439