If a voter is 65 or older, or are disabled, they are entitled to apply for a ballot by mail. In most cases, they will not need to provide photo identification when voting by mail. October 25, 2013 is the last day for Harris County to receive an application for a ballot by mail (received, not postmarked). To obtain an application to vote by mail, voters may contact our offices at 713-755-6965 or visit www.HarrisVotes.com.

Stanart also informed voters that the number of early voting location in Harris County has increased from 37 to 40. **"As the result of a steady increase in the number of voters who choose to vote early, we are adding three new locations to better serve the voters of Harris County," concluded Stanart, the chief election official of the county.** The period for Early Voting by Personal Appearance starts Monday, October 21 and ends, Friday, November 1.

For more information about photo ID requirements including exemptions, visit www.votetexas.gov. To obtain a list of Early Voting locations, Election Day Polling Location or view a voter specific sample ballot, voters can also visit www.HarrisVotes.com or call 713-755-6965.

### ###

## November 5, 2013 Joint Election Early Voting Locations-Harris County, Texas

| SRD # | Location | Address | City | Zip |
|---|---|---|---|---|
| 1 MO | Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| 126C | Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| 126P | Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| 127N | Northeast Houston Baptist Church | 18000 W. Lake Houston Pkwy | Humble | 77346 |
| 127B | Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| 127K | Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| 128C | Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| 128P | Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| 129 | Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| 130C | Cypress Top Park | 26025 Hempstead Highway | Cypress | 77429 |
| 130T | Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| 131 | Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| 132 | Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| 133 | Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| 134H | Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| 134M | Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| 135 | City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| 137B | Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| 137T | Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| 138B | Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| 138S | Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| 139A | Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| 139V | Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| 140 | Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| 141C | Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| 141H | Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| 142K | Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| 142W | North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| 143G | Galena Park Library | 1500 Keene Street | Galena Park | 77547 |
| 143R | Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
| 144 | Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| 145C | H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| 145P | IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| 146F | Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| 146S | Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| 147 | Palm Center | 5300 Griggs Road | Houston | 77021 |
| 148 | Holy Name Church | 1917 Marion Street | Houston | 77009 |
| 149A | Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| 149G | Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| 150 | Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

HarrisCounty 009439

| | |
|---|---|
| **From:** | Nguyen, Du Ha Kim (CCO) |
| **Sent:** | Friday, October 18, 2013 3:41 PM |
| **To:** | Chet Machen |
| **Subject:** | RE: [SouthwestHoustonInfoNetwork] BRING YOUR PHOTO ID TO THE POLLS |

Thanks.

**Du-Ha Kim Nguyen**
*Voter Outreach Coordinator*
*Communications & Voter Outreach Department*
**Office of STAN STANART -** *Harris County Clerk*
1001 Preston, Suite 426
Houston, TX 77002
Phone: **713.274.9557**
Work Cell: 281.635.3435
Fax: 713.755.9311
Email: duhanguyen@cco.hctx.net
Web: www.HarrisVotes.com

---

**From:** SouthwestHoustonInfoNetwork@yahoogroups.com [mailto:SouthwestHoustonInfoNetwork@yahoogroups.com]
**On Behalf Of** Chet Machen
**Sent:** Friday, October 18, 2013 3:34 PM
**To:** Houston Viet Info Network; Houston Asian Info Network; Southwest Houston Info Network; Asiatown Business
Partnership; Harwin Business Alliance
**Subject:** [SouthwestHoustonInfoNetwork] BRING YOUR PHOTO ID TO THE POLLS

Unless you have been living in the Mekong Delta the past three months(like me), you
probably know about this...

but here it is AGAIN...

I KNOW someone will still come up to the polls..  "ID? ID!, when did they start requiring
IDs? I didn't read ANYTHING about this!"...

On Friday, October 18, 2013 2:24 PM, Harris County Clerk <HClerk@cco.hctx.net> wrote:



# STAN STANART
## COUNTY CLERK
*Recording the Major Events of Your Life*



For Immediate
Release
Contact:  hdeleon@cco.hctx.net
October 18,
2013
713.539.0114 or
713.274.9550
## BRING YOUR PHOTO ID
## TO THE POLLS
**Starting Monday Voters Will
need a Photo ID to Vote**
Houston, TX – Harris County Clerk

401

HarrisCounty 009440

Stan Stanart is alerting voters of a significant voting related change for the November 5th Election. "Due to a change in Texas Election law, **all voters are now required to provide one of the seven types of photo IDs when voting in-person,**" informed Stanart. "**I urge voters to come prepared with one of the required photo ID to the polls.**"
The state approved photo IDs for voting include:

- **Texas driver license issued by the Texas Department of Public Safety (DPS)**

- **Texas Election Identification Certificate issued by DPS**

- **Texas personal identification card issued by DPS**

- **Texas concealed handgun license issued by DPS**

- **United States military identification card containing the person's photograph**

- **United States citizenship certificate containing the person's photograph**

- **United States passport**

With the exception of the U.S. citizenship certificate and some military identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place. Voters may apply for an **Election Identification Certificate (EIC)** at no charge at the Department of Public Safety (DPS) **if they do not have any other acceptable form of ID.** Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

If a voter is 65 or older, or are disabled, they are entitled to apply for a ballot by mail. In most cases, they will not need to provide photo identification when voting by mail. October 25, 2013 is the last day for Harris County to receive an application for a ballot by mail (received, not postmarked). To obtain an application to vote by mail, voters may contact our offices at 713-755-6965 or visit www.HarrisVotes.com.

Stanart also informed voters that the number of early voting location in Harris County has increased from 37 to 40. **"As the result of a steady increase in the number of voters who choose to vote early, we are adding three new locations to better serve the voters of Harris County," concluded Stanart, the chief election official of the county.** The period for Early Voting by Personal Appearance starts Monday, October 21 and ends, Friday, November 1.

For more information about photo ID requirements including exemptions, visit www.votetexas.gov. To obtain a list of Early Voting locations, Election Day Polling Location or view a voter specific sample ballot, voters can also visit www.HarrisVotes.com or call 713-755-6965.

###

HarrisCounty 009441

## November 5, 2013 Joint Election Early Voting Locations-Harris County, Texas

| SRD # | Location | Address | City | Zip |
|---|---|---|---|---|
| 1 MO | Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| 125C | Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| 125P | Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| 127N | Northeast Houston Baptist Church | 18000 W. Lake Houston Pkwy | Humble | 77346 |
| 127B | Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| 127K | Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| 128C | Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| 128P | Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| 129 | Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| 130C | Cypress Top Park | 26026 Hempstead Highway | Cypress | 77429 |
| 130T | Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| 131 | Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| 132 | Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| 133 | Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| 134H | Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| 134M | Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| 135 | City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| 137B | Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| 137T | Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| 138B | Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| 138S | Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| 139A | Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| 139V | Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| 140 | Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| 141C | Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| 141H | Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| 142K | Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| 142W | North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| 143G | Galena Park Library | 1500 Keene Street | Galena Park | 77547 |
| 143R | Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
| 144 | Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| 145C | H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| 145P | IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| 145F | Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| 146S | Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| 147 | Palm Center | 5300 Griggs Road | Houston | 77021 |
| 148 | Holy Name Church | 1917 Marion Street | Houston | 77009 |
| 149A | Hennington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| 149G | Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| 150 | Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

HarrisCounty 009442

| | |
|---|---|
| **From:** | SouthwestHoustonInfoNetwork@yahoogroups.com on behalf of Chet Machen <ongbocau@yahoo.com> |
| **Sent:** | Friday, October 18, 2013 3:34 PM |
| **To:** | Houston Viet Info Network; Houston Asian Info Network; Southwest Houston Info Network; Asiatown Business Partnership; Harwin Business Alliance |
| **Subject:** | [SouthwestHoustonInfoNetwork] BRING YOUR PHOTO ID TO THE POLLS |

Unless you have been living in the Mekong Delta the past three months(like me), you probably know about this...

but here it is AGAIN...

I KNOW someone will still come up to the polls.. "ID? ID!, when did they start requiring IDs? I didn't read ANYTHING about this!"...

On Friday, October 18, 2013 2:24 PM, Harris County Clerk <HClerk@cco.hctx.net> wrote:



# STAN STANART
## COUNTY CLERK
*Recording the Major Events of Your Life*

| For Immediate Release | Contact: hdeleon@cco.hctx.net |
|---|---|
| October 18, 2013 | 713.539.0114 or 713.274.9550 |

### BRING YOUR PHOTO ID TO THE POLLS
### Starting Monday Voters Will need a Photo ID to Vote



**Houston, TX** – Harris County Clerk Stan Stanart is alerting voters of a significant voting related change for the November 5th Election. "Due to a change in Texas Election law, **all voters are now required to provide one of the seven types of photo IDs when voting in-person,**" informed Stanart. "**I urge voters to come prepared with one of the required photo ID to the polls.**"

The state approved photo IDs for voting include:

- **Texas driver license issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas personal identification card issued by DPS**
- **Texas concealed handgun license issued by DPS**
- **United States military identification card containing the person's photograph**
- **United States citizenship certificate containing the person's photograph**
- **United States passport**

With the exception of the U.S. citizenship certificate and some military identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place. Voters may apply for an **Election Identification Certificate (EIC)** at no charge at the

HarrisCounty 009443

Department of Public Safety (DPS) **if they do not have any other acceptable form of ID.** Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

If a voter is 65 or older, or are disabled, they are entitled to apply for a ballot by mail. In most cases, they will not need to provide photo identification when voting by mail. October 25, 2013 is the last day for Harris County to receive an application for a ballot by mail (received, not postmarked). To obtain an application to vote by mail, voters may contact our offices at 713-755-6965 or visit www.HarrisVotes.com.

Stanart also informed voters that the number of early voting location in Harris County has increased from 37 to 40. **"As the result of a steady increase in the number of voters who choose to vote early, we are adding three new locations to better serve the voters of Harris County,"** concluded Stanart, the chief election official of the county. The period for Early Voting by Personal Appearance starts Monday, October 21 and ends, Friday, November 1.

For more information about photo ID requirements including exemptions, visit www.votetexas.gov. To obtain a list of Early Voting locations, Election Day Polling Location or view a voter specific sample ballot, voters can also visit www.HarrisVotes.com or call 713-755-6965.

###

### November 5, 2013 Joint Election Early Voting Locations-Harris County, Texas

| SRD# | Location | Address | City | Zip |
|---|---|---|---|---|
| 1 MQ | Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| 126C | Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| 126P | Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| 127N | Northeast Houston Baptist Church | 18000 W. Lake Houston Pkwy | Humble | 77346 |
| 127B | Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| 127K | Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| 129C | Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| 129P | Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| 129 | Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| 130C | Cypress Top Park | 26026 Hempstead Highway | Cypress | 77429 |
| 130T | Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| 131 | Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| 132 | Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| 133 | Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| 134H | Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| 134M | Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| 135 | City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| 137B | Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| 137T | Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| 138B | Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| 138S | Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| 139A | Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| 139V | Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| 140 | Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| 141C | Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| 141H | Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| 142K | Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| 142W | North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| 143G | Galena Park Library | 1500 Keene Street | Galena Park | 77547 |
| 143R | Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
| 144 | Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| 145C | H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| 145P | IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| 146F | Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| 146S | Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| 147 | Palm Center | 5300 Griggs Road | Houston | 77021 |
| 148 | Holy Name Church | 1917 Marion Street | Houston | 77009 |
| 149A | Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| 149G | Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| 150 | Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

HarrisCounty 009444

| | |
|---|---|
| **From:** | Harris County Clerk |
| **Sent:** | Friday, October 18, 2013 2:54 PM |
| **To:** | 'county.clerk@cco.hctx.net' |
| **Subject:** | Press Release: BRING YOUR PHOTO ID TO THE POLLS |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
October 18, 2013

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## BRING YOUR PHOTO ID TO THE POLLS

### Starting Monday Voters Will need a Photo ID to Vote



**Houston, TX** – Harris County Clerk Stan Stanart is alerting voters of a significant voting related change for the November 5th Election. "Due to a change in Texas Election law, **all voters are now required to provide one of the seven types of photo IDs when voting in-person,**" informed Stanart. "I urge voters to come prepared with one of the required photo ID to the polls."

The state approved photo IDs for voting include:

- **Texas driver license issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas personal identification card issued by DPS**
- **Texas concealed handgun license issued by DPS**
- **United States military identification card containing the person's photograph**
- **United States citizenship certificate containing the person's photograph**
- **United States passport**

With the exception of the U.S. citizenship certificate and some military identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place. Voters may apply for an **Election Identification Certificate (EIC)** at no charge at the Department of Public Safety (DPS) **if they do not have any other acceptable form of ID.** Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

If a voter is 65 or older, or are disabled, they are entitled to apply for a ballot by mail. In most

HarrisCounty 009445

cases, they will not need to provide photo identification when voting by mail. October 25, 2013 is the last day for Harris County to receive an application for a ballot by mail (received, not postmarked). To obtain an application to vote by mail, voters may contact our offices at 713-755-6965 or visit www.HarrisVotes.com.

Stanart also informed voters that the number of early voting location in Harris County has increased from 37 to 40. **"As the result of a steady increase in the number of voters who choose to vote early, we are adding three new locations to better serve the voters of Harris County." concluded Stanart, the chief election official of the county.** The period for Early Voting by Personal Appearance starts Monday, October 21 and ends, Friday, November 1.

For more information about photo ID requirements including exemptions, visit www.votetexas.gov. To obtain a list of Early Voting locations, Election Day Polling Location or view a voter specific sample ballot, voters can also visit www.HarrisVotes.com or call 713-755-6965.

###

## November 5, 2013 Joint Election Early Voting Locations-Harris County, Texas

| SRD # | Location | Address | City | Zip |
|---|---|---|---|---|
| 1 MO | Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| 126C | Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| 126P | Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| 127N | Northeast Houston Baptist Church | 18000 W. Lake Houston Pkwy | Humble | 77346 |
| 127B | Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| 127K | Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| 128C | Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| 128P | Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| 129 | Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| 130C | Cypress Top Park | 26026 Hempstead Highway | Cypress | 77429 |
| 130T | Tomball Public Works Building | 5018 James Street | Tomball | 77375 |
| 131 | Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| 132 | Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| 133 | Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| 134H | Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| 134M | Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| 135 | City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| 137B | Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| 137T | Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| 138B | Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| 138S | Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| 139A | Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| 139V | Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| 140 | Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| 141C | Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| 141H | Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| 142K | Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| 142W | North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| 143G | Galena Park Library | 1500 Keene Street | Galena Park | 77547 |
| 143R | Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
| 144 | Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| 145C | H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| 145P | IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| 146F | Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| 146S | Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| 147 | Palm Center | 5300 Griggs Road | Houston | 77021 |
| 148 | Holy Name Church | 1917 Marion Street | Houston | 77009 |
| 149A | Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| 149G | Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| 150 | Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

HarrisCounty 009446

| | |
|---|---|
| **From:** | Harris County Clerk |
| **Sent:** | Friday, October 18, 2013 2:31 PM |
| **To:** | Harris County Clerk |
| **Subject:** | Press Release: BRING YOUR PHOTO ID TO THE POLLS |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release                    Contact: hdeleon@cco.hctx.net
October 18, 2013                          713.539.0114 or 713.274.9550

## BRING YOUR PHOTO ID TO THE POLLS

### Starting Monday Voters Will need a Photo ID to Vote



**Houston, TX** – Harris County Clerk Stan Stanart is alerting voters of a significant voting related change for the November 5th Election. "Due to a change in Texas Election law, **all voters are now required to provide one of the seven types of photo IDs when voting in-person,**" informed Stanart. "**I urge voters to come prepared with one of the required photo ID to the polls.**"

The state approved photo IDs for voting include:

- **Texas driver license issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas personal identification card issued by DPS**
- **Texas concealed handgun license issued by DPS**
- **United States military identification card containing the person's photograph**
- **United States citizenship certificate containing the person's photograph**
- **United States passport**

With the exception of the U.S. citizenship certificate and some military identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place. Voters may apply for an **Election Identification Certificate (EIC)** at no charge at the Department of Public Safety (DPS) **if they do not have any other acceptable form of ID.** Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

If a voter is 65 or older, or are disabled, they are entitled to apply for a ballot by mail. In most

HarrisCounty 009447

cases, they will not need to provide photo identification when voting by mail. October 25, 2013 is the last day for Harris County to receive an application for a ballot by mail (received, not postmarked). To obtain an application to vote by mail, voters may contact our offices at 713-755-6965 or visit www.HarrisVotes.com.

Stanart also informed voters that the number of early voting location in Harris County has increased from 37 to 40. **"As the result of a steady increase in the number of voters who choose to vote early, we are adding three new locations to better serve the voters of Harris County." concluded Stanart, the chief election official of the county.** The period for Early Voting by Personal Appearance starts Monday, October 21 and ends, Friday, November 1.

For more information about photo ID requirements including exemptions, visit www.votetexas.gov. To obtain a list of Early Voting locations, Election Day Polling Location or view a voter specific sample ballot, voters can also visit www.HarrisVotes.com or call 713-755-6965.

### 

| SRD # | Location | Address | City | Zip |
|---|---|---|---|---|
| | **November 5, 2013 Joint Election Early Voting Locations-Harris County, Texas** | | | |
| 1 MO | Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| 126C | Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| 126P | Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| 127N | Northeast Houston Baptist Church | 18000 W. Lake Houston Pkwy | Humble | 77346 |
| 127B | Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| 127K | Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| 128C | Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| 128P | Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| 129 | Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| 130C | Cypress Top Park | 26026 Hempstead Highway | Cypress | 77429 |
| 130T | Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| 131 | Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| 132 | Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| 133 | Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| 134H | Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| 134M | Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| 135 | City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| 137B | Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| 137T | Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| 138B | Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| 138S | Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| 139A | Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| 139V | Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| 140 | Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| 141C | Northeast Multi-Service Center | 9720 Spaulding St. Bldg #4 | Houston | 77016 |
| 141H | Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| 142K | Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| 142W | North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| 143G | Galena Park Library | 1500 Keene Street | Galena Park | 77547 |
| 143R | Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
| 144 | Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| 145C | H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| 145P | IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| 145F | Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| 146S | Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| 147 | Palm Center | 5300 Griggs Road | Houston | 77021 |
| 148 | Holy Name Church | 1917 Marion Street | Houston | 77009 |
| 149A | Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| 149G | Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| 150 | Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

HarrisCounty 009448

| | |
|---|---|
| **From:** | Harris County Clerk |
| **Sent:** | Friday, October 18, 2013 2:31 PM |
| **To:** | Harris County Clerk |
| **Subject:** | Press Release: BRING YOUR PHOTO ID TO THE POLLS |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
October 18, 2013

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## BRING YOUR PHOTO ID TO THE POLLS

### Starting Monday Voters Will need a Photo ID to Vote



**Houston, TX** – Harris County Clerk Stan Stanart is alerting voters of a significant voting related change for the November 5th Election. "Due to a change in Texas Election law, **all voters are now required to provide one of the seven types of photo IDs when voting in-person,**" informed Stanart. "**I urge voters to come prepared with one of the required photo ID to the polls.**"

The state approved photo IDs for voting include:

- **Texas driver license issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas personal identification card issued by DPS**
- **Texas concealed handgun license issued by DPS**
- **United States military identification card containing the person's photograph**
- **United States citizenship certificate containing the person's photograph**
- **United States passport**

With the exception of the U.S. citizenship certificate and some military identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place. Voters may apply for an **Election Identification Certificate (EIC)** at no charge at the Department of Public Safety (DPS) **if they do not have any other acceptable form of ID.** Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

If a voter is 65 or older, or are disabled, they are entitled to apply for a ballot by mail. In most

HarrisCounty 009449

cases, they will not need to provide photo identification when voting by mail. October 25, 2013 is the last day for Harris County to receive an application for a ballot by mail (received, not postmarked). To obtain an application to vote by mail, voters may contact our offices at 713-755-6965 or visit www.HarrisVotes.com.

Stanart also informed voters that the number of early voting location in Harris County has increased from 37 to 40. **"As the result of a steady increase in the number of voters who choose to vote early, we are adding three new locations to better serve the voters of Harris County," concluded Stanart, the chief election official of the county.** The period for Early Voting by Personal Appearance starts Monday, October 21 and ends, Friday, November 1.

For more information about photo ID requirements including exemptions, visit www.votetexas.gov. To obtain a list of Early Voting locations, Election Day Polling Location or view a voter specific sample ballot, voters can also visit www.HarrisVotes.com or call 713-755-6965.

###

## November 5, 2013 Joint Election Early Voting Locations-Harris County, Texas

| SRD # | Location | Address | City | Zip |
|---|---|---|---|---|
| 1 MO | Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| 126C | Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| 126P | Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| 127N | Northeast Houston Baptist Church | 18000 W. Lake Houston Pkwy | Humble | 77346 |
| 127B | Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| 127K | Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| 128C | Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| 128P | Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| 129 | Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| 130C | Cypress Top Park | 26026 Hempstead Highway | Cypress | 77429 |
| 130T | Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| 131 | Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| 132 | Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| 133 | Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| 134H | Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| 134M | Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| 135 | City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| 137B | Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| 137T | Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| 138B | Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| 138S | Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| 139A | Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| 139V | Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| 140 | Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| 141C | Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| 141H | Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| 142K | Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| 142W | North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| 143G | Galena Park Library | 1500 Keene Street | Galena Park | 77547 |
| 143R | Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
| 144 | Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| 145C | H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| 145P | IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| 146F | Fiesta Mart, Inc. | 3130 Kirby | Houston | 77054 |
| 146S | Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| 147 | Palm Center | 5300 Griggs Road | Houston | 77021 |
| 148 | Holy Name Church | 1917 Marion Street | Houston | 77009 |
| 149A | Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| 149G | Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| 150 | Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

HarrisCounty 009450

| From: | Harris County Clerk |
|---|---|
| Sent: | Friday, October 18, 2013 2:31 PM |
| To: | Harris County Clerk |
| Subject: | Press Release: BRING YOUR PHOTO ID TO THE POLLS |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
October 18, 2013

Contact:  hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## BRING YOUR PHOTO ID TO THE POLLS

### Starting Monday Voters Will need a Photo ID to Vote



**Houston, TX** – Harris County Clerk Stan Stanart is alerting voters of a significant voting related change for the November 5th Election. "Due to a change in Texas Election law, **all voters are now required to provide one of the seven types of photo IDs when voting in-person,**" informed Stanart. "**I urge voters to come prepared with one of the required photo ID to the polls.**"

The state approved photo IDs for voting include:

- **Texas driver license issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas personal identification card issued by DPS**
- **Texas concealed handgun license issued by DPS**
- **United States military identification card containing the person's photograph**
- **United States citizenship certificate containing the person's photograph**
- **United States passport**

With the exception of the U.S. citizenship certificate and some military identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place. Voters may apply for an **Election Identification Certificate (EIC)** at no charge at the Department of Public Safety (DPS) **if they do not have any other acceptable form of ID.** Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

If a voter is 65 or older, or are disabled, they are entitled to apply for a ballot by mail. In most

HarrisCounty 009451

cases, they will not need to provide photo identification when voting by mail. October 25, 2013 is the last day for Harris County to receive an application for a ballot by mail (received, not postmarked). To obtain an application to vote by mail, voters may contact our offices at 713-755-6965 or visit www.HarrisVotes.com.

Stanart also informed voters that the number of early voting location in Harris County has increased from 37 to 40. **"As the result of a steady increase in the number of voters who choose to vote early, we are adding three new locations to better serve the voters of Harris County," concluded Stanart, the chief election official of the county.** The period for Early Voting by Personal Appearance starts Monday, October 21 and ends, Friday, November 1.

For more information about photo ID requirements including exemptions, visit www.votetexas.gov. To obtain a list of Early Voting locations, Election Day Polling Location or view a voter specific sample ballot, voters can also visit www.HarrisVotes.com or call 713-755-6965.

###

## November 5, 2013 Joint Election Early Voting Locations-Harris County, Texas

| SRD # | Location | Address | City | Zip |
|---|---|---|---|---|
| 1 MO | Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| 126C | Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| 126P | Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| 127N | Northeast Houston Baptist Church | 18000 W. Lake Houston Pkwy | Humble | 77346 |
| 127B | Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| 127K | Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| 128C | Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| 128P | Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| 129 | Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| 130C | Cypress Top Park | 26026 Hempstead Highway | Cypress | 77429 |
| 130T | Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| 131 | Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| 132 | Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| 133 | Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| 134H | Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| 134M | Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| 135 | City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| 137B | Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| 137T | Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| 138B | Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| 138S | Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| 139A | Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| 139V | Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| 140 | Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| 141C | Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| 141H | Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| 142K | Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| 142W | North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| 143G | Galena Park Library | 1500 Keene Street | Galena Park | 77547 |
| 143R | Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
| 144 | Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| 145C | H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| 145P | IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| 146F | Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| 146S | Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| 147 | Palm Center | 5300 Griggs Road | Houston | 77021 |
| 148 | Holy Name Church | 1917 Marion Street | Houston | 77009 |
| 149A | Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| 149G | Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| 150 | Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

HarrisCounty 009452

**From:**      Harris County Clerk
**Sent:**      Friday, October 18, 2013 2:31 PM
**To:**        county.clerk@cco.hctx.net
**Subject:**   Press Release: BRING YOUR PHOTO ID TO THE POLLS



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
October 18, 2013

Contact:  hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## BRING YOUR PHOTO ID TO THE POLLS

### Starting Monday Voters Will need a Photo ID to Vote



**Houston, TX** – Harris County Clerk Stan Stanart is alerting voters of a significant voting related change for the November 5th Election. "Due to a change in Texas Election law, **all voters are now required to provide one of the seven types of photo IDs when voting in-person,**" informed Stanart. "**I urge voters to come prepared with one of the required photo ID to the polls.**"

The state approved photo IDs for voting include:

- **Texas driver license issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas personal identification card issued by DPS**
- **Texas concealed handgun license issued by DPS**
- **United States military identification card containing the person's photograph**
- **United States citizenship certificate containing the person's photograph**
- **United States passport**

With the exception of the U.S. citizenship certificate and some military identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place. Voters may apply for an **Election Identification Certificate (EIC)** at no charge at the Department of Public Safety (DPS) **if they do not have any other acceptable form of ID.** Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

If a voter is 65 or older, or are disabled, they are entitled to apply for a ballot by mail. In most

414

cases, they will not need to provide photo identification when voting by mail. October 25, 2013 is the last day for Harris County to receive an application for a ballot by mail (received, not postmarked). To obtain an application to vote by mail, voters may contact our offices at 713-755-6965 or visit www.HarrisVotes.com.

Stanart also informed voters that the number of early voting location in Harris County has increased from 37 to 40. **"As the result of a steady increase in the number of voters who choose to vote early, we are adding three new locations to better serve the voters of Harris County." concluded Stanart, the chief election official of the county.** The period for Early Voting by Personal Appearance starts Monday, October 21 and ends, Friday, November 1.

For more information about photo ID requirements including exemptions, visit www.votetexas.gov. To obtain a list of Early Voting locations, Election Day Polling Location or view a voter specific sample ballot, voters can also visit www.HarrisVotes.com or call 713-755-6965.

###

## November 5, 2013 Joint Election Early Voting Locations-Harris County, Texas

| SRD # | Location | Address | City | Zip |
|---|---|---|---|---|
| 1 MO | Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| 126C | Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| 126P | Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| 127N | Northeast Houston Baptist Church | 18000 W. Lake Houston Pkwy | Humble | 77346 |
| 127B | Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| 127K | Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| 128C | Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| 128P | Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| 129 | Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| 130C | Cypress Top Park | 26026 Hempstead Highway | Cypress | 77429 |
| 130T | Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| 131 | Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| 132 | Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| 133 | Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| 134H | Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| 134M | Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| 135 | City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| 137B | Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| 137T | Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| 138B | Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| 138S | Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| 139A | Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| 139V | Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| 140 | Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| 141C | Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| 141H | Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| 142K | Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| 142W | North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| 143G | Galena Park Library | 1500 Keene Street | Galena Park | 77547 |
| 143R | Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
| 144 | Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| 145C | H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| 145P | IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| 146F | Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| 146S | Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| 147 | Palm Center | 5300 Griggs Road | Houston | 77021 |
| 148 | Holy Name Church | 1917 Marion Street | Houston | 77009 |
| 149A | Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| 149G | Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| 150 | Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

HarrisCounty 009454

| From: | Harris County Clerk |
|---|---|
| Sent: | Friday, October 18, 2013 2:23 PM |
| To: | 'county.clerk@cco.hctx.net' |
| Subject: | Press Release: BRING YOUR PHOTO ID TO THE POLLS |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
October 18, 2013

Contact:  hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## BRING YOUR PHOTO ID TO THE POLLS

### Starting Monday Voters Will need a Photo ID to Vote



**Houston, TX** – Harris County Clerk Stan Stanart is alerting voters of a significant voting related change for the November 5th Election. "Due to a change in Texas Election law, **all voters are now required to provide one of the seven types of photo IDs when voting in-person,**" informed Stanart. "**I urge voters to come prepared with one of the required photo ID to the polls.**"

The state approved photo IDs for voting include:

- **Texas driver license issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas personal identification card issued by DPS**
- **Texas concealed handgun license issued by DPS**
- **United States military identification card containing the person's photograph**
- **United States citizenship certificate containing the person's photograph**
- **United States passport**

With the exception of the U.S. citizenship certificate and some military identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place. Voters may apply for an **Election Identification Certificate (EIC)** at no charge at the Department of Public Safety (DPS) **if they do not have any other acceptable form of ID.** Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

If a voter is 65 or older, or are disabled, they are entitled to apply for a ballot by mail.  In most

HarrisCounty 009455

cases, they will not need to provide photo identification when voting by mail.  October 25, 2013 is the last day for Harris County to receive an application for a ballot by mail (received, not postmarked).  To obtain an application to vote by mail, voters may contact our offices at 713-755-6965 or visit www.HarrisVotes.com.

Stanart also informed voters that the number of early voting location in Harris County has increased from 37 to 40. **"As the result of a steady increase in the number of voters who choose to vote early, we are adding three new locations to better serve the voters of Harris County."** concluded Stanart, the chief election official of the county.  The period for Early Voting by Personal Appearance starts Monday, October 21 and ends, Friday, November 1.

For more information about photo ID requirements including exemptions, visit www.votetexas.gov.  To obtain a list of Early Voting locations, Election Day Polling Location or view a voter specific sample ballot, voters can also visit www.HarrisVotes.com or call 713-755-6965.

###

## November 5, 2013 Joint Election Early Voting Locations-Harris County, Texas

| SRD # | Location | Address | City | Zip |
|---|---|---|---|---|
| 1 MO | Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| 126C | Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| 126P | Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| 127N | Northeast Houston Baptist Church | 18000 W. Lake Houston Pkwy | Humble | 77346 |
| 127B | Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| 127K | Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| 128C | Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| 128P | Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| 129 | Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| 130C | Cypress Top Park | 26026 Hempstead Highway | Cypress | 77429 |
| 130T | Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| 131 | Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| 132 | Franz Road Storefront | 19813 Franz Road | Katy | 77449 |
| 133 | Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| 134H | Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| 134M | Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| 135 | City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| 137B | Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| 137T | Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| 138B | Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| 138S | Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| 139A | Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| 139V | Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| 140 | Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| 141C | Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| 141H | Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| 142K | Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| 142W | North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| 143G | Galena Park Library | 1500 Keene Street | Galena Park | 77547 |
| 143R | Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
| 144 | Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| 145C | H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| 145P | IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| 146F | Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| 146S | Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| 147 | Palm Center | 5300 Griggs Road | Houston | 77021 |
| 148 | Holy Name Church | 1917 Marion Street | Houston | 77009 |
| 149A | Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| 149G | Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| 150 | Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

417

HarrisCounty 009456

| | |
|---|---|
| **From:** | Harris County Clerk |
| **Sent:** | Friday, October 18, 2013 2:06 PM |
| **To:** | aendress@hcnonline.com |
| **Subject:** | Press Release: BRING YOUR PHOTO ID TO THE POLLS |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release                     Contact:  hdeleon@cco.hctx.net
October 18, 2013                            713.539.0114 or 713.274.9550

## BRING YOUR PHOTO ID TO THE POLLS

### Starting Monday Voters Will need a Photo ID to Vote



**Houston, TX** – Harris County Clerk Stan Stanart is alerting voters of a significant voting related change for the November 5th Election. "Due to a change in Texas Election law, **all voters are now required to provide one of the seven types of photo IDs when voting in-person,**" informed Stanart. "**I urge voters to come prepared with one of the required photo ID to the polls.**"

The state approved photo IDs for voting include:

- **Texas driver license issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas personal identification card issued by DPS**
- **Texas concealed handgun license issued by DPS**
- **United States military identification card containing the person's photograph**
- **United States citizenship certificate containing the person's photograph**
- **United States passport**

With the exception of the U.S. citizenship certificate and some military identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place. Voters may apply for an **Election Identification Certificate (EIC)** at no charge at the Department of Public Safety (DPS) **if they do not have any other acceptable form of ID**. Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

HarrisCounty 009457

If a voter is 65 or older, or are disabled, they are entitled to apply for a ballot by mail. In most cases, they will not need to provide photo identification when voting by mail. October 25, 2013 is the last day for Harris County to receive an application for a ballot by mail (received, not postmarked). To obtain an application to vote by mail, voters may contact our offices at 713-755-6965 or visit www.HarrisVotes.com.

Stanart also informed voters that the number of early voting location in Harris County has increased from 37 to 40. **"As the result of a steady increase in the number of voters who choose to vote early, we are adding three new locations to better serve the voters of Harris County." concluded Stanart, the chief election official of the county.** The period for Early Voting by Personal Appearance starts Monday, October 21 and ends, Friday, November 1.

For more information about photo ID requirements including exemptions, visit www.votetexas.gov. To obtain a list of Early Voting locations, Election Day Polling Location or view a voter specific sample ballot, voters can also visit www.HarrisVotes.com or call 713-755-6965.

### ###

## November 5, 2013 Joint Election Early Voting Locations-Harris County, Texas

| SRD # | Location | Address | City | Zip |
|---|---|---|---|---|
| 1 MO | Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| 126C | Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| 126P | Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| 127N | Northeast Houston Baptist Church | 18000 W. Lake Houston Pkwy | Humble | 77346 |
| 127B | Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| 127K | Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| 128C | Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| 128P | Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| 129 | Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| 130C | Cypress Top Park | 26025 Hempstead Highway | Cypress | 77429 |
| 130T | Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| 131 | Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| 132 | Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| 133 | Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| 134H | Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| 134M | Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| 135 | City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| 137B | Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| 137T | Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| 138B | Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| 138S | Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| 139A | Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| 139V | Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| 140 | Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| 141C | Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| 141H | Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| 142K | Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| 142W | North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| 143G | Galena Park Library | 1500 Keene Street | Galena Park | 77547 |
| 143R | Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
| 144 | Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| 145C | H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| 145P | IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| 146F | Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| 146S | Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| 147 | Palm Center | 5300 Griggs Road | Houston | 77021 |
| 148 | Holy Name Church | 1917 Marion Street | Houston | 77009 |
| 149A | Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| 149G | Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| 150 | Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

HarrisCounty 009458

| | |
|---|---|
| **From:** | Nguyen, Du Ha Kim (CCO) |
| **Sent:** | Friday, October 18, 2013 2:01 PM |
| **To:** | Nguyen, Du Ha Kim (CCO) |
| **Subject:** | Press Release: BRING YOUR PHOTO ID TO THE POLLS |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
October 18, 2013

Contact:  hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## BRING YOUR PHOTO ID TO THE POLLS

### Starting Monday Voters Will need a Photo ID to Vote



**Houston, TX** – Harris County Clerk Stan Stanart is alerting voters of a significant voting related change for the November 5th Election. "Due to a change in Texas Election law, **all voters are now required to provide one of the seven types of photo IDs when voting in-person,**" informed Stanart. **"I urge voters to come prepared with one of the required photo ID to the polls."**

The state approved photo IDs for voting include:

- **Texas driver license issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas personal identification card issued by DPS**
- **Texas concealed handgun license issued by DPS**
- **United States military identification card containing the person's photograph**
- **United States citizenship certificate containing the person's photograph**
- **United States passport**

With the exception of the U.S. citizenship certificate and some military identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place. Voters may apply for an **Election Identification Certificate (EIC)** at no charge at the Department of Public Safety (DPS) **if they do not have any other acceptable form of ID.**  Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

HarrisCounty 009459

If a voter is 65 or older, or are disabled, they are entitled to apply for a ballot by mail. In most cases, they will not need to provide photo identification when voting by mail. October 25, 2013 is the last day for Harris County to receive an application for a ballot by mail (received, not postmarked). To obtain an application to vote by mail, voters may contact our offices at 713-755-6965 or visit www.HarrisVotes.com.

Stanart also informed voters that the number of early voting location in Harris County has increased from 37 to 40. **"As the result of a steady increase in the number of voters who choose to vote early, we are adding three new locations to better serve the voters of Harris County," concluded Stanart, the chief election official of the county.** The period for Early Voting by Personal Appearance starts Monday, October 21 and ends, Friday, November 1.

For more information about photo ID requirements including exemptions, visit www.votetexas.gov. To obtain a list of Early Voting locations, Election Day Polling Location or view a voter specific sample ballot, voters can also visit www.HarrisVotes.com or call 713-755-6965.

###

## November 5, 2013 Joint Election Early Voting Locations-Harris County, Texas

| SRD # | Location | Address | City | Zip |
|---|---|---|---|---|
| 1 MO | Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| 126C | Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| 126P | Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| 127N | Northeast Houston Baptist Church | 18000 W. Lake Houston Pkwy | Humble | 77346 |
| 127B | Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| 127K | Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| 128C | Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| 128P | Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| 129 | Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| 130C | Cypress Top Park | 26026 Hempstead Highway | Cypress | 77429 |
| 130T | Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| 131 | Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| 132 | Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| 133 | Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| 134H | Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| 134M | Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| 135 | City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| 137B | Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| 137T | Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| 138B | Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| 138S | Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| 139A | Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| 139V | Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| 140 | Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| 141C | Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| 141H | Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| 142K | Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| 142W | North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| 143G | Galena Park Library | 1500 Keene Street | Galena Park | 77547 |
| 143R | Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
| 144 | Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| 145C | H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| 145P | IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| 146F | Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| 146S | Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| 147 | Palm Center | 5300 Griggs Road | Houston | 77021 |
| 148 | Holy Name Church | 1917 Marion Street | Houston | 77009 |
| 149A | Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| 149G | Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| 150 | Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

**Du-Ha Kim Nguyen**
*Voter Outreach Coordinator*
*Communications & Voter Outreach Department*
Office of STAN STANART - *Harris County Clerk*
1001 Preston, Suite 426

HarrisCounty 009460

Houston, TX 77002
Phone: **713.274.9557**
Work Cell: 281.635.3435
Fax: 713.755.9311
Email: duhanguyen@cco.hctx.net
Web: www.HarrisVotes.com



422

HarrisCounty 009461

| From: | Nguyen, Du Ha Kim (CCO) |
|---|---|
| Sent: | Friday, October 18, 2013 2:01 PM |
| To: | Nguyen, Du Ha Kim (CCO) |
| Subject: | Press Release: BRING YOUR PHOTO ID TO THE POLLS |



# STAN STANART

## COUNTY CLERK

### *Recording the Major Events of Your Life*

For Immediate Release
October 18, 2013

Contact:  hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## BRING YOUR PHOTO ID TO THE POLLS

### Starting Monday Voters Will need a Photo ID to Vote



**Houston, TX** – Harris County Clerk Stan Stanart is alerting voters of a significant voting related change for the November 5th Election. "Due to a change in Texas Election law, **all voters are now required to provide one of the seven types of photo IDs when voting in-person,**" informed Stanart. "**I urge voters to come prepared with one of the required photo ID to the polls.**"

The state approved photo IDs for voting include:

- **Texas driver license issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas personal identification card issued by DPS**
- **Texas concealed handgun license issued by DPS**
- **United States military identification card containing the person's photograph**
- **United States citizenship certificate containing the person's photograph**
- **United States passport**

With the exception of the U.S. citizenship certificate and some military identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place. Voters may apply for an **Election Identification Certificate (EIC)** at no charge at the Department of Public Safety (DPS) **if they do not have any other acceptable form of ID.** Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

HarrisCounty 009462

If a voter is 65 or older, or are disabled, they are entitled to apply for a ballot by mail. In most cases, they will not need to provide photo identification when voting by mail. October 25, 2013 is the last day for Harris County to receive an application for a ballot by mail (received, not postmarked). To obtain an application to vote by mail, voters may contact our offices at 713-755-6965 or visit www.HarrisVotes.com.

Stanart also informed voters that the number of early voting location in Harris County has increased from 37 to 40. **"As the result of a steady increase in the number of voters who choose to vote early, we are adding three new locations to better serve the voters of Harris County." concluded Stanart, the chief election official of the county.** The period for Early Voting by Personal Appearance starts Monday, October 21 and ends, Friday, November 1.

For more information about photo ID requirements including exemptions, visit www.votetexas.gov. To obtain a list of Early Voting locations, Election Day Polling Location or view a voter specific sample ballot, voters can also visit www.HarrisVotes.com or call 713-755-6965.

###

## November 5, 2013 Joint Election Early Voting Locations-Harris County, Texas

| SRD # | Location | Address | City | Zip |
|---|---|---|---|---|
| 1 MO | Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| 126C | Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| 126P | Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| 127N | Northeast Houston Baptist Church | 18000 W. Lake Houston Pkwy | Humble | 77346 |
| 127B | Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| 127K | Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| 128C | Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| 128P | Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| 129 | Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| 130C | Cypress Top Park | 26026 Hempstead Highway | Cypress | 77429 |
| 130T | Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| 131 | Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| 132 | Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| 133 | Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| 134H | Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| 134M | Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| 135 | City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| 137B | Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| 137T | Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| 138B | Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| 138S | Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| 139A | Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| 139V | Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| 140 | Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| 141C | Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| 141H | Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| 142K | Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| 142W | North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| 143G | Galena Park Library | 1500 Keene Street | Galena Park | 77547 |
| 143R | Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
| 144 | Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| 145C | H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| 145P | IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| 146F | Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| 146S | Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| 147 | Palm Center | 5300 Griggs Road | Houston | 77021 |
| 148 | Holy Name Church | 1917 Marion Street | Houston | 77009 |
| 149A | Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| 149G | Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| 150 | Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

Du-Ha Kim Nguyen
*Voter Outreach Coordinator*
*Communications & Voter Outreach Department*
**Office of STAN STANART -** *Harris County Clerk*
1001 Preston, Suite 426

HarrisCounty 009463

Houston, TX 77002
Phone: **713.274.9557**
Work Cell: 281.635.3435
Fax: 713.755.9311
Email: duhanguyen@cco.hctx.net
Web: www.HarrisVotes.com



HarrisCounty 009464

| | |
|---|---|
| **From:** | Harris County Clerk |
| **Sent:** | Friday, October 18, 2013 1:52 PM |
| **To:** | Harris County Clerk |
| **Subject:** | Press Release: BRING YOUR PHOTO ID TO THE POLLS |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
October 18, 2013

Contact:  hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## BRING YOUR PHOTO ID TO THE POLLS

### Starting Monday Voters Will need a Photo ID to Vote



**Houston, TX** – Harris County Clerk Stan Stanart is alerting voters of a significant voting related change for the November 5th Election. "Due to a change in Texas Election law, **all voters are now required to provide one of the seven types of photo IDs when voting in-person,**" informed Stanart. "**I urge voters to come prepared with one of the required photo ID to the polls.**"

The state approved photo IDs for voting include:

- **Texas driver license issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas personal identification card issued by DPS**
- **Texas concealed handgun license issued by DPS**
- **United States military identification card containing the person's photograph**
- **United States citizenship certificate containing the person's photograph**
- **United States passport**

With the exception of the U.S. citizenship certificate and some military identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place. Voters may apply for an **Election Identification Certificate (EIC)** at no charge at the Department of Public Safety (DPS) **if they do not have any other acceptable form of ID.** Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

HarrisCounty 009465

If a voter is 65 or older, or are disabled, they are entitled to apply for a ballot by mail. In most cases, they will not need to provide photo identification when voting by mail. October 25, 2013 is the last day for Harris County to receive an application for a ballot by mail (received, not postmarked). To obtain an application to vote by mail, voters may contact our offices at 713-755-6965 or visit www.HarrisVotes.com.

Stanart also informed voters that the number of early voting location in Harris County has increased from 37 to 40. **"As the result of a steady increase in the number of voters who choose to vote early, we are adding three new locations to better serve the voters of Harris County,"** concluded Stanart, the chief election official of the county. The period for Early Voting by Personal Appearance starts Monday, October 21 and ends, Friday, November 1.

For more information about photo ID requirements including exemptions, visit www.votetexas.gov. To obtain a list of Early Voting locations, Election Day Polling Location or view a voter specific sample ballot, voters can also visit www.HarrisVotes.com or call 713-755-6965.

### ###

## November 5, 2013 Joint Election Early Voting Locations-Harris County, Texas

| SRD # | Location | Address | City | Zip |
|---|---|---|---|---|
| 1 MO | Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| 126C | Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| 126P | Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| 127N | Northeast Houston Baptist Church | 18000 W. Lake Houston Pkwy | Humble | 77346 |
| 127B | Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| 127K | Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| 128C | Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| 128P | Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| 129 | Freeman Branch Library | 16615 Diana Lane | Houston | 77062 |
| 130C | Cypress Top Park | 26026 Hempstead Highway | Cypress | 77429 |
| 130T | Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| 131 | Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| 132 | Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| 133 | Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| 134H | Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| 134M | Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| 135 | City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| 137B | Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| 137T | Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| 138B | Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| 138S | Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| 139A | Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| 139V | Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| 140 | Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| 141C | Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| 141H | Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| 142K | Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| 142W | North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| 143G | Galena Park Library | 1500 Keene Street | Galena Park | 77547 |
| 143R | Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
| 144 | Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| 145C | H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| 145P | IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| 146F | Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| 146S | Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| 147 | Palm Center | 5300 Griggs Road | Houston | 77021 |
| 148 | Holy Name Church | 1917 Marion Street | Houston | 77009 |
| 149A | Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| 149G | Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| 150 | Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

HarrisCounty 009466

**From:** Harris County Clerk
**Sent:** Friday, October 18, 2013 1:52 PM
**To:** Harris County Clerk
**Subject:** Press Release: BRING YOUR PHOTO ID TO THE POLLS



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
October 18, 2013

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## BRING YOUR PHOTO ID TO THE POLLS

### Starting Monday Voters Will need a Photo ID to Vote



**Houston, TX** – Harris County Clerk Stan Stanart is alerting voters of a significant voting related change for the November 5th Election. "Due to a change in Texas Election law, **all voters are now required to provide one of the seven types of photo IDs when voting in-person,"** informed Stanart. **"I urge voters to come prepared with one of the required photo ID to the polls."**

The state approved photo IDs for voting include:

- **Texas driver license issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas personal identification card issued by DPS**
- **Texas concealed handgun license issued by DPS**
- **United States military identification card containing the person's photograph**
- **United States citizenship certificate containing the person's photograph**
- **United States passport**

With the exception of the U.S. citizenship certificate and some military identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place. Voters may apply for an **Election Identification Certificate (EIC)** at no charge at the Department of Public Safety (DPS) **if they do not have any other acceptable form of ID.** Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

428

HarrisCounty 009467

If a voter is 65 or older, or are disabled, they are entitled to apply for a ballot by mail. In most cases, they will not need to provide photo identification when voting by mail. October 25, 2013 is the last day for Harris County to receive an application for a ballot by mail (received, not postmarked). To obtain an application to vote by mail, voters may contact our offices at 713-755-6965 or visit www.HarrisVotes.com.

Stanart also informed voters that the number of early voting location in Harris County has increased from 37 to 40. **"As the result of a steady increase in the number of voters who choose to vote early, we are adding three new locations to better serve the voters of Harris County," concluded Stanart, the chief election official of the county.** The period for Early Voting by Personal Appearance starts Monday, October 21 and ends, Friday, November 1.

For more information about photo ID requirements including exemptions, visit www.votetexas.gov. To obtain a list of Early Voting locations, Election Day Polling Location or view a voter specific sample ballot, voters can also visit www.HarrisVotes.com or call 713-755-6965.

### 

## November 5, 2013 Joint Election Early Voting Locations-Harris County, Texas

| SRD # | Location | Address | City | Zip |
|---|---|---|---|---|
| 1 MO | Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| 126C | Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| 126P | Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| 127N | Northeast Houston Baptist Church | 18000 W. Lake Houston Pkwy | Humble | 77346 |
| 127B | Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| 127K | Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| 128C | Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| 128P | Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| 129 | Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| 130C | Cypress Top Park | 26026 Hempstead Highway | Cypress | 77429 |
| 130T | Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| 131 | Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| 132 | Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| 133 | Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| 134H | Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| 134M | Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| 135 | City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| 137B | Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| 137T | Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| 138B | Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| 138S | Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| 139A | Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| 139V | Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| 140 | Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| 141C | Northeast Multi-Service Center | 9720 Spaulding St. Bldg #4 | Houston | 77016 |
| 141H | Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| 142K | Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| 142W | North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| 143G | Galena Park Library | 1500 Keene Street | Galena Park | 77547 |
| 143R | Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
| 144 | Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| 145C | H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| 145P | IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| 146F | Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| 146S | Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| 147 | Palm Center | 5300 Griggs Road | Houston | 77021 |
| 148 | Holy Name Church | 1917 Marion Street | Houston | 77009 |
| 149A | Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| 149G | Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| 150 | Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

HarrisCounty 009468

| | |
|---|---|
| **From:** | Harris County Clerk |
| **Sent:** | Friday, October 18, 2013 1:52 PM |
| **To:** | Harris County Clerk |
| **Subject:** | Press Release: BRING YOUR PHOTO ID TO THE POLLS |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release                                      Contact:  hdeleon@cco.hctx.net
October 18, 2013                                               713.539.0114 or 713.274.9550

## BRING YOUR PHOTO ID TO THE POLLS

### Starting Monday Voters Will need a Photo ID to Vote



**Houston, TX** – Harris County Clerk Stan Stanart is alerting voters of a significant voting related change for the November 5th Election. "Due to a change in Texas Election law, **all voters are now required to provide one of the seven types of photo IDs when voting in-person,**" informed Stanart. "**I urge voters to come prepared with one of the required photo ID to the polls.**"

The state approved photo IDs for voting include:

- **Texas driver license issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas personal identification card issued by DPS**
- **Texas concealed handgun license issued by DPS**
- **United States military identification card containing the person's photograph**
- **United States citizenship certificate containing the person's photograph**
- **United States passport**

With the exception of the U.S. citizenship certificate and some military identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place. Voters may apply for an **Election Identification Certificate (EIC)** at no charge at the Department of Public Safety (DPS) **if they do not have any other acceptable form of ID.** Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

HarrisCounty 009469

If a voter is 65 or older, or are disabled, they are entitled to apply for a ballot by mail. In most cases, they will not need to provide photo identification when voting by mail. October 25, 2013 is the last day for Harris County to receive an application for a ballot by mail (received, not postmarked). To obtain an application to vote by mail, voters may contact our offices at 713-755-6965 or visit www.HarrisVotes.com.

Stanart also informed voters that the number of early voting location in Harris County has increased from 37 to 40. **"As the result of a steady increase in the number of voters who choose to vote early, we are adding three new locations to better serve the voters of Harris County." concluded Stanart, the chief election official of the county.** The period for Early Voting by Personal Appearance starts Monday, October 21 and ends, Friday, November 1.

For more information about photo ID requirements including exemptions, visit www.votetexas.gov. To obtain a list of Early Voting locations, Election Day Polling Location or view a voter specific sample ballot, voters can also visit www.HarrisVotes.com or call 713-755-6965.

###

## November 5, 2013 Joint Election Early Voting Locations-Harris County, Texas

| SRD # | Location | Address | City | Zip |
|---|---|---|---|---|
| 1 MO | Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| 126C | Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| 126P | Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| 127N | Northeast Houston Baptist Church | 18000 W. Lake Houston Pkwy | Humble | 77346 |
| 127B | Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| 127K | Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| 128C | Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| 128P | Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| 129 | Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| 130C | Cypress Top Park | 26026 Hempstead Highway | Cypress | 77429 |
| 130T | Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| 131 | Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| 132 | Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| 133 | Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| 134H | Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| 134M | Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| 135 | City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| 137B | Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| 137T | Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| 138B | Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| 138S | Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| 139A | Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| 139V | Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| 140 | Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| 141C | Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| 141H | Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| 142K | Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| 142W | North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| 143G | Galena Park Library | 1500 Keene Street | Galena Park | 77547 |
| 143R | Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
| 144 | Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| 145C | H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| 145P | IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| 146F | Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| 146S | Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| 147 | Palm Center | 5300 Griggs Road | Houston | 77021 |
| 148 | Holy Name Church | 1917 Marion Street | Houston | 77009 |
| 149A | Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| 149G | Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| 150 | Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

HarrisCounty 009470

| | |
|---|---|
| **From:** | Harris County Clerk |
| **Sent:** | Friday, October 18, 2013 1:52 PM |
| **To:** | Harris County Clerk |
| **Subject:** | Press Release: BRING YOUR PHOTO ID TO THE POLLS |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate Release
October 18, 2013

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## BRING YOUR PHOTO ID TO THE POLLS

### Starting Monday Voters Will need a Photo ID to Vote



**Houston, TX** – Harris County Clerk Stan Stanart is alerting voters of a significant voting related change for the November 5th Election. "Due to a change in Texas Election law, **all voters are now required to provide one of the seven types of photo IDs when voting in-person,**" informed Stanart. "**I urge voters to come prepared with one of the required photo ID to the polls.**"

The state approved photo IDs for voting include:

- **Texas driver license issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas personal identification card issued by DPS**
- **Texas concealed handgun license issued by DPS**
- **United States military identification card containing the person's photograph**
- **United States citizenship certificate containing the person's photograph**
- **United States passport**

With the exception of the U.S. citizenship certificate and some military identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place. Voters may apply for an **Election Identification Certificate (EIC)** at no charge at the Department of Public Safety (DPS) **if they do not have any other acceptable form of ID.** Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

HarrisCounty 009471

If a voter is 65 or older, or are disabled, they are entitled to apply for a ballot by mail. In most cases, they will not need to provide photo identification when voting by mail. October 25, 2013 is the last day for Harris County to receive an application for a ballot by mail (received, not postmarked). To obtain an application to vote by mail, voters may contact our offices at 713-755-6965 or visit www.HarrisVotes.com.

Stanart also informed voters that the number of early voting location in Harris County has increased from 37 to 40. **"As the result of a steady increase in the number of voters who choose to vote early, we are adding three new locations to better serve the voters of Harris County." concluded Stanart, the chief election official of the county.** The period for Early Voting by Personal Appearance starts Monday, October 21 and ends, Friday, November 1.

For more information about photo ID requirements including exemptions, visit www.votetexas.gov. To obtain a list of Early Voting locations, Election Day Polling Location or view a voter specific sample ballot, voters can also visit www.HarrisVotes.com or call 713-755-6965.

###

## November 5, 2013 Joint Election Early Voting Locations-Harris County, Texas

| SRD # | Location | Address | City | Zip |
|---|---|---|---|---|
| 1 MO | Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| 126C | Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| 126P | Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| 127N | Northeast Houston Baptist Church | 18000 W. Lake Houston Pkwy | Humble | 77346 |
| 127B | Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| 127K | Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| 128C | Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| 128P | Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| 129 | Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| 130C | Cypress Top Park | 26026 Hempstead Highway | Cypress | 77429 |
| 130T | Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| 131 | Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| 132 | Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| 133 | Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| 134H | Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| 134M | Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| 135 | City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| 137B | Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| 137T | Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| 138B | Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| 138S | Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| 139A | Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| 139V | Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| 140 | Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| 141C | Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| 141H | Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| 142K | Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| 142W | North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| 143G | Galena Park Library | 1500 Keene Street | Galena Park | 77547 |
| 143R | Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
| 144 | Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| 145C | H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| 145P | IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| 146F | Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| 146S | Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| 147 | Palm Center | 5300 Griggs Road | Houston | 77021 |
| 148 | Holy Name Church | 1917 Marion Street | Houston | 77009 |
| 149A | Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| 149G | Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| 150 | Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

HarrisCounty 009472

| | |
|---|---|
| **From:** | Harris County Clerk |
| **Sent:** | Friday, October 18, 2013 1:52 PM |
| **To:** | Harris County Clerk |
| **Subject:** | Press Release: BRING YOUR PHOTO ID TO THE POLLS |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

| | |
|---|---|
| For Immediate Release | Contact:  hdeleon@cco.hctx.net |
| October 18, 2013 | 713.539.0114 or 713.274.9550 |

## BRING YOUR PHOTO ID TO THE POLLS

### Starting Monday Voters Will need a Photo ID to Vote



**Houston, TX** – Harris County Clerk Stan Stanart is alerting voters of a significant voting related change for the November 5th Election. "Due to a change in Texas Election law, **all voters are now required to provide one of the seven types of photo IDs when voting in-person,**" informed Stanart. "**I urge voters to come prepared with one of the required photo ID to the polls.**"

The state approved photo IDs for voting include:

- **Texas driver license issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas personal identification card issued by DPS**
- **Texas concealed handgun license issued by DPS**
- **United States military identification card containing the person's photograph**
- **United States citizenship certificate containing the person's photograph**
- **United States passport**

With the exception of the U.S. citizenship certificate and some military identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place. Voters may apply for an **Election Identification Certificate (EIC)** at no charge at the Department of Public Safety (DPS) **if they do not have any other acceptable form of ID.** Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

HarrisCounty 009473

If a voter is 65 or older, or are disabled, they are entitled to apply for a ballot by mail. In most cases, they will not need to provide photo identification when voting by mail. October 25, 2013 is the last day for Harris County to receive an application for a ballot by mail (received, not postmarked). To obtain an application to vote by mail, voters may contact our offices at 713-755-6965 or visit www.HarrisVotes.com.

Stanart also informed voters that the number of early voting location in Harris County has increased from 37 to 40. **"As the result of a steady increase in the number of voters who choose to vote early, we are adding three new locations to better serve the voters of Harris County,"** concluded Stanart, the chief election official of the county. The period for Early Voting by Personal Appearance starts Monday, October 21 and ends, Friday, November 1.

For more information about photo ID requirements including exemptions, visit www.votetexas.gov. To obtain a list of Early Voting locations, Election Day Polling Location or view a voter specific sample ballot, voters can also visit www.HarrisVotes.com or call 713-755-6965.

### ###

## November 5, 2013 Joint Election Early Voting Locations-Harris County, Texas

| SRD # | Location | Address | City | Zip |
|---|---|---|---|---|
| 1 MO | Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| 126C | Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| 126P | Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| 127N | Northeast Houston Baptist Church | 18000 W. Lake Houston Pkwy | Humble | 77346 |
| 127B | Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| 127K | Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| 128C | Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| 128P | Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| 129 | Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| 130C | Cypress Top Park | 26025 Hempstead Highway | Cypress | 77429 |
| 130T | Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| 131 | Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| 132 | Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| 133 | Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| 134H | Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| 134M | Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| 135 | City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| 137B | Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| 137T | Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| 138B | Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| 138S | Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| 139A | Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| 139V | Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| 140 | Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| 141C | Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| 141H | Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| 142K | Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| 142W | North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| 143G | Galena Park Library | 1500 Keene Street | Galena Park | 77547 |
| 143R | Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
| 144 | Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| 145C | H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| 145P | IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| 146F | Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| 146S | Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| 147 | Palm Center | 5300 Griggs Road | Houston | 77021 |
| 148 | Holy Marion Church | 1917 Marion Street | Houston | 77009 |
| 149A | Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| 149G | Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| 150 | Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

HarrisCounty 009474

**From:**    Harris County Clerk
**Sent:**    Friday, October 18, 2013 1:52 PM
**To:**    'county.clerk@cco.hctx.net'
**Subject:**    Press Release: BRING YOUR PHOTO ID TO THE POLLS



# STAN STANART

## COUNTY CLERK

### *Recording the Major Events of Your Life*

For Immediate Release                                                    Contact: hdeleon@cco.hctx.net
October 18, 2013                                                         713.539.0114 or 713.274.9550

## BRING YOUR PHOTO ID TO THE POLLS

### Starting Monday Voters Will need a Photo ID to Vote



**Houston, TX** – Harris County Clerk Stan Stanart is alerting voters of a significant voting related change for the November 5th Election. "Due to a change in Texas Election law, **all voters are now required to provide one of the seven types of photo IDs when voting in-person,"** informed Stanart. **"I urge voters to come prepared with one of the required photo ID to the polls."**

The state approved photo IDs for voting include:

- **Texas driver license issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas personal identification card issued by DPS**
- **Texas concealed handgun license issued by DPS**
- **United States military identification card containing the person's photograph**
- **United States citizenship certificate containing the person's photograph**
- **United States passport**

With the exception of the U.S. citizenship certificate and some military identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place. Voters may apply for an **Election Identification Certificate (EIC)** at no charge at the Department of Public Safety (DPS) **if they do not have any other acceptable form of ID.** Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

HarrisCounty 009475

If a voter is 65 or older, or are disabled, they are entitled to apply for a ballot by mail. In most cases, they will not need to provide photo identification when voting by mail. October 25, 2013 is the last day for Harris County to receive an application for a ballot by mail (received, not postmarked). To obtain an application to vote by mail, voters may contact our offices at 713-755-6965 or visit www.HarrisVotes.com.

Stanart also informed voters that the number of early voting location in Harris County has increased from 37 to 40. **"As the result of a steady increase in the number of voters who choose to vote early, we are adding three new locations to better serve the voters of Harris County," concluded Stanart, the chief election official of the county.** The period for Early Voting by Personal Appearance starts Monday, October 21 and ends, Friday, November 1.

For more information about photo ID requirements including exemptions, visit www.votetexas.gov. To obtain a list of Early Voting locations, Election Day Polling Location or view a voter specific sample ballot, voters can also visit www.HarrisVotes.com or call 713-755-6965.

###

## November 5, 2013 Joint Election Early Voting Locations-Harris County, Texas

| SRD # | Location | Address | City | Zip |
|---|---|---|---|---|
| 1 MO | Harris County Administration Building | 1001 Preston, 1st Floor | Houston | 77002 |
| 125C | Champion Forest Baptist Church - Multi Purpose Bldg | 4840 Strack Road | Houston | 77069 |
| 126P | Prairie View A&M University - Northwest | 9449 Grant Road | Houston | 77070 |
| 127N | Northeast Houston Baptist Church | 18000 W. Lake Houston Pkwy | Humble | 77346 |
| 127B | Baldwin Boettcher Branch Library | 22248 Aldine Westfield Rd | Humble | 77338 |
| 127K | Kingwood Branch Library | 4400 Bens View Lane | Kingwood | 77345 |
| 128C | Crosby ISD Administration Building | 706 Runneburg Road | Crosby | 77532 |
| 128P | Harris County Courthouse Annex #25 | 7330 Spencer Highway | Pasadena | 77505 |
| 129 | Freeman Branch Library | 16616 Diana Lane | Houston | 77062 |
| 130C | Cypress Top Park | 26026 Hempstead Highway | Cypress | 77429 |
| 130T | Tomball Public Works Building | 501B James Street | Tomball | 77375 |
| 131 | Hiram Clarke MSC | 3810 W. Fuqua | Houston | 77045 |
| 132 | Franz Road Storefront | 19818 Franz Road | Katy | 77449 |
| 133 | Nottingham Park | 926 Country Place Drive | Houston | 77079 |
| 134H | Harris County Public Health Environmental Service | 2223 West Loop S | Houston | 77027 |
| 134M | Metropolitan Multi-Service Center | 1475 West Gray | Houston | 77019 |
| 135 | City of Jersey Village - City Hall | 16327 Lakeview Drive | Jersey Village | 77040 |
| 137B | Bayland Park Community Center | 6400 Bissonnet | Houston | 77074 |
| 137T | Tracy Gee Community Center | 3599 Westcenter Drive | Houston | 77042 |
| 138B | Bear Creek Park Community Center | 3055 Bear Creek Drive | Houston | 77084 |
| 138S | Trini Mendenhall Sosa Community Center | 1414 Wirt Road | Houston | 77055 |
| 139A | Acres Home Multi Service Center | 6719 W. Montgomery | Houston | 77091 |
| 139V | Lone Star College Victory Center | 4141 Victory Drive | Houston | 77088 |
| 140 | Hardy Senior Center | 11901 West Hardy Road | Houston | 77076 |
| 141C | Northeast Multi-Service Center | 9720 Spaulding St, Bldg #4 | Houston | 77016 |
| 141H | Octavia Fields Branch Library | 1503 South Houston Avenue | Humble | 77338 |
| 142K | Kashmere Multi-Service Center | 4802 Lockwood Dr. | Houston | 77026 |
| 142W | North Channel Branch Library | 15741 Wallisville Road | Houston | 77049 |
| 143G | Galena Park Library | 1500 Keene Street | Galena Park | 77547 |
| 143R | Ripley House | 4410 Navigation Boulevard | Houston | 77011 |
| 144 | Baytown Community Center | 2407 Market Street | Baytown | 77520 |
| 145C | H.C.C.S Southeast College, Learning Hub | 6815 Rustic, Bldg D | Houston | 77087 |
| 145P | IBEW Hall #66 | 4345 Allen Genoa Road | Pasadena | 77504 |
| 146F | Fiesta Mart, Inc. | 8130 Kirby | Houston | 77054 |
| 146S | Sunnyside Multi-Service Center | 4605 Wilmington | Houston | 77051 |
| 147 | Palm Center | 5300 Griggs Road | Houston | 77021 |
| 148 | Holy Name Church | 1917 Marion Street | Houston | 77009 |
| 149A | Henington-Alief Regional Library | 7979 South Kirkwood | Houston | 77072 |
| 149G | Glen Cheek Education Building | 16002 Westheimer Pkwy | Houston | 77082 |
| 150 | Champion Life Centre | 3031 FM 2920 Road | Spring | 77388 |

HarrisCounty 009476

| | |
|---|---|
| **From:** | Stanart, Stan (CCO) |
| **Sent:** | Friday, October 18, 2013 11:32 AM |
| **To:** | Aston, Sonya (CCO); Stanart, Stan (CCO); Hammerlein, George (CCO); Cardenas, Esther (CCO) Sheppard, Laura (CCO); German, John (CCO); DeLeon, Hector (CCO) |
| **Subject:** | RE: Bring Your PHOTO ID to the Polls |

Hector,

Sens with Sonya's changes.

*Regards,*

*Stan Stanart*
Harris County Clerk & Chief Election Offical

*Recording The Major Events of Your Life*

-------- Original message --------
From: "Aston, Sonya (CCO)" <SAston@cco.hctx.net>
Date: 10/18/2013 11:14 AM (GMT-06:00)
To: "Stanart, Stan (CCO)" <SStanart2@cco.hctx.net>,"Hammerlein, George (CCO)"
<ghammerlein@cco.hctx.net>,"Cardenas, Esther (CCO)" <ECardenas@cco.hctx.net>,"Sheppard, Laura
(CCO)" <LSheppard@cco.hctx.net>,"German, John (CCO)" <JGerman@cco.hctx.net>,"DeLeon, Hector
(CCO)" <HDeLeon@cco.hctx.net>
Subject: RE: Bring Your PHOTO ID to the Polls

My suggestions.   I do not know that most people understand Early Voting in person versus the other types of
early voting

*Sonya L. Aston*

Attorney at Law

Office of Stan Stanart

Harris County Clerk

201 Caroline Street, Suite 460

Houston, Texas 77002

(713) 755-5792

**From:** Stanart, Stan (CCO)
**Sent:** Thursday, October 17, 2013 4:18 PM
**To:** Aston, Sonya (CCO); Hammerlein, George (CCO); Cardenas, Esther (CCO); Sheppard, Laura (CCO); German, John
(CCO); DeLeon, Hector (CCO)
**Subject:** Bring Your PHOTO ID to the Polls

Please review and provide feedback.

HarrisCounty 009477



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

For Immediate
Release
October 17, 2013
713.274.9550

Contact:  hdeleon@cco.hctx.net
713.539.0114 or

## BRING YOUR PHOTO ID TO THE POLLS

### Starting Monday Voters Will need a Photo ID to Vote



**Houston, TX** – Harris County Clerk Stan Stanart is alerting voters of a significant voting related change for the November 5th Election. "Due to a change in Texas Election law, **all voters are now required to provide one of the seven types of photo IDs when voting in-person,**" informed Stanart. **"I urge voters to come prepared with one of the required photo ID to the polls."** The state approved photo IDs for voting include:

- **Texas driver license issued by the Texas Department of Public Safety (DPS)**

- **Texas Election Identification Certificate issued by DPS**

- **Texas personal identification card issued by DPS**

- **Texas concealed handgun license issued by DPS**

- **United States military identification card containing the person's photograph**

- **United States citizenship certificate containing the person's photograph**

- **United States passport**

With the exception of the U.S. citizenship certificate and some military identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place. Voters may apply for an **Election Identification Certificate (EIC)** at no charge at the Department of Public Safety (DPS) **if they do not have any other acceptable form of ID.** Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

439

If a voter is 65 or older, or are disabled, they are entitled to apply for a ballot by mail. In most cases, they will not need to provide photo identification when voting by mail. October 25, 2013 is the last day for Harris County to receive an application for a ballot by mail (received, not postmarked). To obtain an application to vote by mail, voters may contact our offices at 713-755-6965 or visit www.HarrisVotes.com.

Stanart also informed voters that the number of early voting location in Harris County has increased from 37 to 40. **"As the result of a steady increase in the number of voters who choose to vote early increases, we are adding three new locations to better serve the voters of Harris County." concluded Stanart, the chief election official of the county.**

For more information about photo ID requirements including exemptions, visit www.votetexas.gov. To obtain an application to vote by mail, a list of Early Voting locations, Election Day Polling Location or view a voter specific sample ballot, voters can visit www.HarrisVotes.com or call 713-755-6965.

###



HarrisCounty 009479

| | |
|---|---|
| **From:** | Aston, Sonya (CCO) |
| **Sent:** | Friday, October 18, 2013 11:15 AM |
| **To:** | Stanart, Stan (CCO); Hammerlein, George (CCO); Cardenas, Esther (CCO); Sheppard, Laura (CCO); German, John (CCO); DeLeon, Hector (CCO) |
| **Subject:** | RE: Bring Your PHOTO ID to the Polls |

My suggestions.  I do not know that most people understand Early Voting in person versus the other types of early voting

*Sonya L. Aston*
Attorney at Law
Office of Stan Stanart
Harris County Clerk
201 Caroline Street, Suite 460
Houston, Texas 77002
(713) 755-5792

---

**From:** Stanart, Stan (CCO)
**Sent:** Thursday, October 17, 2013 4:18 PM
**To:** Aston, Sonya (CCO); Hammerlein, George (CCO); Cardenas, Esther (CCO); Sheppard, Laura (CCO); German, John (CCO); DeLeon, Hector (CCO)
**Subject:** Bring Your PHOTO ID to the Polls

Please review and provide feedback.



# STAN STANART
## COUNTY CLERK
*Recording the Major Events of Your Life*

---

For Immediate Release                    Contact: hdeleon@cco.hctx.net
October 17, 2013                         713.539.0114 or 713.274.9550

## BRING YOUR PHOTO ID TO THE POLLS
### Starting Monday Voters Will need a Photo ID to Vote



**Houston, TX** – Harris County Clerk Stan Stanart is alerting voters of a significant voting related change for the November 5th Election. "Due to a change in Texas Election law, **all voters are now required to provide one of the seven types of photo IDs when voting in-person,**" informed Stanart. "I urge voters to come prepared with one of the required photo ID to the polls." The state approved photo IDs for voting include:

- **Texas driver license issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas personal identification card issued by DPS**
- **Texas concealed handgun license issued by DPS**
- **United States military identification card containing the person's photograph**
- **United States citizenship certificate containing the person's photograph**
- **United States passport**

With the exception of the U.S. citizenship certificate and some military identifications, the ID

HarrisCounty 009480

must be current or have expired no more than 60 days before being presented at the polling place. Voters may apply for an **Election Identification Certificate (EIC)** at no charge at the Department of Public Safety (DPS) **if they do not have any other acceptable form of ID.** Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

If a voter is 65 or older, or are disabled, they are entitled to apply for a ballot by mail. In most cases, they will not need to provide photo identification when voting by mail. October 25, 2013 is the last day for Harris County to receive an application for a ballot by mail (received, not postmarked). To obtain an application to vote by mail, voters may contact our offices at 713-755-6965 or visit www.HarrisVotes.com.

Stanart also informed voters that the number of early voting location in Harris County has increased from 37 to 40. **"As the result of a steady increase in the number of voters who choose to vote early increases, we are adding three new locations to better serve the voters of Harris County." concluded Stanart, the chief election official of the county.**

For more information about photo ID requirements including exemptions, visit www.votetexas.gov. To obtain an application to vote by mail, a list of Early Voting locations, Election Day Polling Location or view a voter specific sample ballot, voters can visit www.HarrisVotes.com or call 713-755-6965.

###



HarrisCounty 009481

| | |
|---|---|
| **From:** | DeLeon, Hector (CCO) |
| **Sent:** | Friday, October 18, 2013 9:03 AM |
| **To:** | Stanart, Stan (CCO) |
| **Cc:** | Sheppard, Laura (CCO); Hammerlein, George (CCO) |
| **Subject:** | News Release |

Here is the updated News Release.

Let me know if it is ready to go.

Thank you.



# STAN STANART
## COUNTY CLERK
*Recording the Major Events of Your Life*

For Immediate Release
October 18, 2013

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## BRING YOUR PHOTO ID TO THE POLLS
### Starting Monday Voters Will need a Photo ID to Vote



**Houston, TX** – Harris County Clerk Stan Stanart alerts voters of two significant voting related modifications as in-person voting for the Nov. 5, election gets underway. Early voting by personal appearance starts Monday, October 21, 2013 and ends, Friday, November 1, 2013.

**"All voters are now required to provide one of the seven types of photo IDs when voting in-person,"** informed Stanart. **"I urge voters to come prepared with one of the required photo IDs to the polls."** The state approved photo IDs for voting include:

- **Texas Driver License issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas Personal Identification Card issued by DPS**
- **Texas Concealed Handgun License issued by DPS**
- **United States Military Identification Card containing the person's photograph**
- **United States Citizenship Certificate containing the person's photograph**
- **United States Passport**

With the exception of the U.S. Citizenship Certificate, the ID must be current or has not expired more than 60 days before being presented at the polling place. Voters may apply for an **Election Identification Certificate (EIC)** at no charge at the Department of Public Safety (DPS) **if they do not have any other acceptable form of ID.** Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

If a voter is 65 or older, or are disabled, they are entitled to apply for a ballot by mail. In most cases, they will not need to provide photo identification when voting by mail. October 25, 2013 is the last day for Harris County to receive an application for a ballot by mail (received, not postmarked). To obtain an application to vote by mail, voters may contact our office at713-755-

HarrisCounty 009482

6965 or visit www.HarrisVotes.com.

Stanart also informed voters that the number of early voting locations in Harris County has increased from 37 to 40. **"As the result of a steady increase in the number of voters who choose to vote early, we are adding three new locations to better serve the voters of Harris County" concluded Stanart, the Chief Elections Official of the county.**

For more information about photo ID requirements including exemptions, visit www.votetexas.gov. To obtain an application to vote by mail, a list of Early Voting locations, Election Day Polling Locations or view a voter specific sample ballot, voters can visit www.HarrisVotes.com or call 713-755-6965.

###

Hector de Leon
Director of Communications and Voter Outreach
Office of Harris County Clerk Stan Stanart
1001 Preston, Ste. 426
Houston, Texas 77002

713.274.9550 (Office)
713.539.0114 (Work Cell)
hdeleon@cco.hctx.net



HarrisCounty 009483

| | |
|---|---|
| **From:** | Sheppard, Laura (CCO) |
| **Sent:** | Thursday, October 17, 2013 4:49 PM |
| **To:** | Stanart, Stan (CCO); Aston, Sonya (CCO); Hammerlein, George (CCO); Cardenas, Esther (CCO); German, John (CCO); DeLeon, Hector (CCO) |
| **Subject:** | RE: Bring Your PHOTO ID to the Polls |

I made a few changes.

**From:** Stanart, Stan (CCO)
**Sent:** Thursday, October 17, 2013 4:18 PM
**To:** Aston, Sonya (CCO); Hammerlein, George (CCO); Cardenas, Esther (CCO); Sheppard, Laura (CCO); German, John (CCO); DeLeon, Hector (CCO)
**Subject:** Bring Your PHOTO ID to the Polls

Please review and provide feedback.



# STAN STANART
## COUNTY CLERK
*Recording the Major Events of Your Life*

| | |
|---|---|
| For Immediate Release | Contact: hdeleon@cco.hctx.net |
| October 17, 2013 | 713.539.0114 or 713.274.9550 |

## BRING YOUR PHOTO ID TO THE POLLS
### Starting Monday Voters Will need a Photo ID to Vote



**Houston, TX** – Harris County Clerk Stan Stanart alerts voters of two significant voting related modifications as in-person voting for the Nov. 5, election gets underway. Early voting by personal appearance starts Monday, October 21, 2013 and ends, Friday, November 1, 2013.

"**All voters are now required to provide one of the seven types of photo IDs when voting in-person,**" informed Stanart. "**I urge voters to come prepared with one of the required photo IDs to the polls.**" The state approved photo IDs for voting include:

- **Texas Driver License issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas Personal Identification Card issued by DPS**
- **Texas Concealed Handgun License issued by DPS**
- **United States Military Identification Card containing the person's photograph**
- **United States Citizenship Certificate containing the person's photograph**
- **United States Passport**

With the exception of the U.S. Citizenship Certificate, the ID must be current or has not expired more than 60 days before being presented at the polling place. Voters may apply for an **Election Identification Certificate (EIC)** at no charge at the Department of Public Safety (DPS) **if they do not have any other acceptable form of ID.** Requirements to apply for an EIC can be

HarrisCounty 009484

found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

If a voter is 65 or older, or are disabled, they are entitled to apply for a ballot by mail. In most cases, they will not need to provide photo identification when voting by mail. October 25, 2013 is the last day for Harris County to receive an application for a ballot by mail (received, not postmarked). To obtain an application to vote by mail, voters may contact our office at713-755-6965 or visit www.HarrisVotes.com.

Stanart also informed voters that the number of early voting locations in Harris County has increased from 37 to 40. **"As the result of a steady increase in the number of voters who choose to vote early increases, we are adding three new locations to better serve the voters of Harris County" concluded Stanart, the Chief Elections Official of the county.**

For more information about photo ID requirements including exemptions, visit www.votetexas.gov. To obtain an application to vote by mail, a list of Early Voting locations, Election Day Polling Locations or view a voter specific sample ballot, voters can visit www.HarrisVotes.com or call 713-755-6965.

###



HarrisCounty 009485

| | |
|---|---|
| **From:** | Stanart, Stan (CCO) |
| **Sent:** | Thursday, October 17, 2013 4:18 PM |
| **To:** | Aston, Sonya (CCO); Hammerlein, George (CCO); Cardenas, Esther (CCO); Sheppard, Laura (CCO); German, John (CCO); DeLeon, Hector (CCO) |
| **Subject:** | Bring Your PHOTO ID to the Polls |

Please review and provide feedback.



# STAN STANART
## COUNTY CLERK
### *Recording the Major Events of Your Life*

For Immediate Release                          Contact: hdeleon@cco.hctx.net
October 17, 2013                                713.539.0114 or 713.274.9550

## BRING YOUR PHOTO ID TO THE POLLS
### Starting Monday Voters Will need a Photo ID to Vote



**Houston, TX** – Harris County Clerk Stan Stanart alerted voters of two significant voting related modifications as in-person voting for the Nov. 5, election gets underway. Early voting by personal appearance starts Monday, October 21 and ends, Friday, November 1.

**"All voters are now required to provide one of the seven types of photo IDs when voting in-person,"** informed Stanart. **"I urge voters to come prepared with one of the required photo ID to the polls."** The state approved photo IDs for voting include:

- **Texas driver license issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas personal identification card issued by DPS**
- **Texas concealed handgun license issued by DPS**
- **United States military identification card containing the person's photograph**
- **United States citizenship certificate containing the person's photograph**
- **United States passport**

With the exception of the U.S. citizenship certificate, the ID must be current or have expired no more than 60 days before being presented at the polling place. Voters may apply for an **Election Identification Certificate (EIC)** at no charge at the Department of Public Safety (DPS) **if they do not have any other acceptable form of ID.** Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

If a voter is 65 or older, or are disabled, they are entitled to apply for a ballot by mail. In most cases, they will not need to provide photo identification when voting by mail. October 25, 2013 is the last day for Harris County to receive an application for a ballot by mail (received, not postmarked). To obtain an application to vote by mail, voters may contact our offices at 713-755-6965 or visit www.HarrisVotes.com.

Stanart also informed voters that the number of early voting location in Harris County has increased from 37 to 40. **"As the result of a steady increase in the number of voters who choose to vote early increases, we are adding three new locations to better serve the voters of Harris County."** concluded Stanart, the chief election official of the county.

HarrisCounty 009486

For more information about photo ID requirements including exemptions, visit www.votetexas.gov. To obtain an application to vote by mail, a list of Early Voting locations, Election Day Polling Location or view a voter specific sample ballot, voters can visit www.HarrisVotes.com or call 713-755-6965.

###

HarrisCounty 009487

| From: | Owens, Judy (CCO) |
|---|---|
| Sent: | Thursday, October 17, 2013 3:12 PM |
| To: | becky rogers |
| Subject: | RE: FW MASS E-MAIL ADVISORY (CC/VR/EA) "Acceptable Forms of Photo ID" |

I have a list in the supply goats.
But this is a more complete list.
It is up to you.
Thanks
jlo

**From:** becky rogers [mailto:rogersbecky@sbcglobal.net]
**Sent:** Thursday, October 17, 2013 3:08 PM
**To:** Owens, Judy (CCO)
**Subject:** Re: FW MASS E-MAIL ADVISORY (CC/VR/EA) "Acceptable Forms of Photo ID"

Good Afternoon Judy,

I was wondering if we will get a printed copy of Acceptable IDs or do I need to print it out myself?

Thank you,

Becky


**From:** "Owens, Judy (CCO)" <JOwens@cco.hctx.net>
**To:** "BAXEBDALE, JO ANN" <JBAXEN@ATT.NET>; "Bowles, Linda" <bcmp@yahoo.com>; "DU, TINA FUNG" <TRINHVILLA@GMAIL.COM>; "Stathakos, Donna" <dystat@aol.com>; "Vernon, Loree" <loreemvernon@gmail.com>; "WOLZ, LEO" <BARLEE@SBCGLOBAL.NET>; Becky Salinas <salinas_jasminebecky@yahoo.com>; Dorothy Kaiser <Vikkik69@gmail.com>; "GOEDICKE, ANNIE" <ANNIEPETE6673@ATT.NET>; Lori Asevedo <loriasevedo@gmail.com>; "MCLLVAIN, PATRICK" <c.patrick8113@yahoo.com>; "Nguyen, Lac Dang" <lacdnguyen13@yahoo.com>; "Scroggins, Ammie" <alscroggins1@aol.com>; Sharon Messa <smessa1009@aol.com>; Stephen Ko <stephencko@gmail.com>; "CLARK, HERBERT" <hclark@ghoti.org>; "DAO, MEIN THIEN" <MIENTDAO2003@YAHOO.COM>; Etta Mae Crockett <ettapct109@yahoo.com>; Jordan Blaylock <blaylockjm@gmail.com>; KATHLEEN PALASOTA <kpalasota@aol.com>; "OKRUHLIK, BERNARD" <BEOKRU@CHARTER.NET>; "Palasota, Pete" <petepalasota@yahoo.com>; "PHILLIPS, MELISSA" <PHLLPSMM22@AOL.COM>; "SCHOUTEN, ROBERTS" <TEXASBERT@YAHOO.COM>; "YU, WEI CHIH" <wmyu10@aol.com>; "HOWE, WILLIAM" <hockepuck72@yahoo.com>; "KRAMER, SHARRON" <sharronkramer@gmail.com>; "MALLOT, SUELLEN" <smdemocrat@flash.net>; "MEALEY, CANDACE" <candace.mealey@gmail.com>; "MILLS, HENRY" <hclaymills@aol.com>; "PALMQUIST, MICHAEL" <mjp1346@gmail.com>; "SMITH, MARGARET" <magworths@att.net>; "CHRISTIAN, LORI" <LORI.CHRISTIAN@GMAIL.COM>; "COLSON, JANIE" <toot41sie@yahoo.com>; "CURRIE, DOROTHY" <dgcurrie36@yahoo.com>; "Liotta, Ruby" <lavon923@aol.com>; "MADERA, BARBARA" <maderaBJ@excite.com>; "MAREK, LIZANNE" <lemarek@suddenlink.net>; "Neuman, Eugene & Nelda" <nelmae37@verizon.net>; "Arnold, Nayda" <nearnold55@centurylink.net>; "BOYKIN, EARL" <eboykin0157@gmail.com>; "GONZALEZ, ROSA" <rosa_gonzalez8@yahoo.com>; "SCHRAMEK, VIRGINIA" <vls127773@yahoo.com>; "TERRY, CHARLOTTE & STEWART" <charterr@comcast.net>; "Waters, Sue Ellen" <sueellenwaters@comcast.net>; "Fyffe, Paula" <pmf1129@yahoo.com>; "HAYNIE, KIM" <bdon@synthecon.com>; "NGUYEN, TONG VO" <tongvnnguyen@yahoo.com>; "PRICE, KAREN - 128P" <kprice.faithchristian@yahoo.com>; "Rogers, Becky & James" <rogersbecky@sbcglobal.net>; "YBARRA, EDWARD" <edybarra@yahoo.com>; "CHAFFIN, MARK" <katmarcc@att.net>; "DIEP, PHONG" <free4dung@yahoo.com>; "Foshee,Bonnie" <bonniefoshee@ymail.com>; "MANUEL, NAOMI" <MANUELNL@AOL.COM>; "Patton, Lillie" <txsgranny@aol.com>; "Polk, Ann" <pol_ann@att.net>; "SCHOELLCOPF, ERLA" <erlaschoellkopf@yahoo.com>; "Shepherd, Quinn" <qeshepperd@yahoo.com>; "BAILEY, MAMIE" <bailey.mamie@gmail.com>; "BELL, GLYNDA" <GBELL1010@COMCAST.NET>; "FRAZIER, CONNIE" <CMFRAZIER@SBCGLOBAL.NET>; "GAYTAN, LILIA" <gaytantx08@ymail.com>; "Savage, George" <gsavag@aol.com>; "SINGLETON, ASHLEY" <cubix@onetontx.org>; "VAUGHN, BETTY" <vaughnbj@aol.com>; "Alexander, Sharon" <msalexander@sbcglobal.net>; "CRUZ, YOLANDA" <ycruz210@hotmail.com>; "DILLON, GENOVEVA" <GENODILLON@GMAIL.COM>; "Kinsey, Patsy" <patsy.kinsey@att.net>; "LANGFORD, JOHN" <johlang@swbell.net>; "ODOM, VENITA" <vodom5@yahoo.com>
**Cc:** "FRAZIER, PATRICIA" <patmfrazier1@aol.com>; "GUTIERREZ, ARTHUR" <ARTHURGUTIERREZ48@YAHOO.COM>; "Rosette, Karl" <karlrosette8@hotmail.com>; "TON, LINDA" <luyenpd@yahoo.com>; "WOLZ, KAREN" <kswolz@sbcglobal.net>; "Arnolie-Haynes, Barbara" <grammy2419@yahoo.com>; "DEWS, DORIS" <DEWS4ETERNITY@YAHOO.COM>; "GARZA, REYNALDO" <MOLLY_GARZA@YAHOO.COM>; "LO, CATHY" <lo.cathy.1975@gmail.com>; "Marshall, Pat" <tbmplm@consolidated.net>; "NGUYEN, VAN UT" <UT_VANNGUYEN@HOTMAIL.COM>; "Ray, Beverly" <bnray@wt.net>; "WILLIAMS, GALE" <galewwilliams@hotmail.com>; "CHEN, ADAM" <adam.chen@att.net>; "Francois, Judy" <rnr4me@att.net>; "Henderson, Patricia" <pkhenderson@comcast.net>; "Hoang, Nhan" <hungchua@sbcglobal.net>; "SOTELO, EVELYN" <EDSOTELO1984@YAHOO.COM>; "Stein, Jacquetia" <jge.st@att.net>; "CHEN, DEBORAH" <debbiechen13@gmail.com>; "EDWARDS, ANN" <annedwards1949@yahoo.com>; "HOWELL, STEVEN" <stevenhowell@att.net>; "Huynh, Sarah"

HarrisCounty 009488

<sarah.huynh@att.net>"; "LINDSAY, MARILYN <garywlindsay@gmail.com>"; "NGUYEN, DOAN"
<doanthanhfinancial@gmail.com>"; "PAYNE, GLORIA" <gloria.payne2013@gmail.com>"; "WALD, JERRY"
<jwald@prodigy.net>"; "DELOSSANTOS, RICHARD DEMETRIA" <ephesn0289@att.net>"; "DIAZ, MICHELLE"
<diaz.michellen@yahoo.com>"; "GRAY, KATHRYN" <KATIE7560@ATT.NET>"; "Hall, Charles & Sandra"
<texaswocdchuckhall@att.net>"; "Hsu, Christopher" <yovanhsu@hotmail.com>"; "LEUNG, FRANCIS"
<fktleung08@gmail.com>"; "LOGAN, LOUISE" <LOUISE.LOGAN@SBCGLOBAL.NET>"; "McClain, Sandra"
<sandramcclain@yahoo.com>"; "MENDOZA, JOSE" <josec_mendoza@yahoo.com>"; "NGUYEN, THANH"
<NHT1439@SBCGLOBAL.NET>"; "Parsley, William" <wparsley@hotmail.com>"; "Watson, Artemese"
<baxterwatson@sbcglobal.net>"; "Arthur, Alton" <altonarthur@sbcglobal.net>"; "Denman, Henrienetta"
<hudenman@gmail.com>"; "Fehrenbach, Carol" <carol.fehrenbach@sbcglobal.net>"; "Hicks, Joe"
<brendahicks5314@att.net>"; "TRAN, KHANH" <khanh30041975@yahoo.com>"; "YOHNER, LELA"
<pay1120@sbcglobal.net>"; "ANDRADE, BEATRIZ" <BEAS12@PEOPLEPC.COM>"; "CAYWOOD, CHARLES"
<charles@caywood.us>"; "CORONADO, JOHN" <johnnpearl@sbcglobal.net>"; "Doy Kan, Claire"
<clairedoykan@sbcglobal.net>"; "Ho, Chan & Ngan" <chanho@gmail.com>"; "Johnson, Doris" <msdorisj@yahoo.com>";
"Simmons, Outlar" <owinterhawk36@sbcglobal.net>"; "WALD, DAVID" <dlwald@aol.com>"; "Williford, Harold & Janette"
<hbjwilliford@att.net>"; "WYTHE, GREGORY" <gregwythe@yahoo.com>"; "Bloomquist, Priscilla"
<priscillatb@hotmail.com>"; "DONALDSON, DANNY" <donalddrd@gmail.com>"; "Gatchell, Judith"
<judigatchell@yahoo.com>"; "Huang, Daxu" <daxuhuang@yahoo.com>"; "LIU, HAN YI" <guo616@gmail.com>"; "Nguyen,
Grace" <samuelmai@sbcglobal.net>"; "PLEUSS, LINDA" <BOB@BLACKMER.NET>"; "Quintanilla, Mary"
<mg60@att.net>"; "WEATHERSPOON, OSCAR" <OSCARSPOON@YAHOO.COM>"; "Weitinger, Claudia"
<cfweitinger@yahoo.com>"; "ALLEN, VANESSA" <VJALLEN1@AOL.COM>"; "Kou, Philip" <philip_kou2003@yahoo.com>";
"LONG, DAVID" <davidlong1776@att.net>"; "Lozano, Rosario" <apromo@comcast.net>"; "Nguyen, Kim"
<auco2000@yahoo.com>"; "Venable, Willie" <vds@fragrancesgalore.us>"; "WHALLEY, HERBERT"
<HCWHALLEY@SBCGLOBAL.NET>"; "BENNETT, WILLIAM" <billhbennett@att.net>"; "Castello, Elaine"
<aspenamu@sbcglobal.net>"; "GREEN, CAROLYN" <carolyn1135@comcast.net>"; "Pedroza, Maria"
<maria34@copper.net>"; "REYNA, GERARDO" <w2kcompliant@yahoo.com>"; "SMITH, NANCY"
<nancypottssmith@sbcglobal.net>"; "Stewart, Damone" <damonestewart@gmail.com>"; "STONE, CAROL"
<carol.stone1944@gmail.com>"; "Wai, Heman" <hemanwai@gmail.com>"; "Gurski, Bernard"
<bernardg22@sbcglobal.net>"; "MCCRUSE, ZENA" <zenamccruse@att.net>"; "NGO, XUYEN"
<kimxuyen02@yahoo.com>"; "Simko, Lawrence" <email4lawrence@yahoo.com>"; "Walker, John"
<johntwalker@gmail.com>"; "ALLEN, REGENE & RONALD" <r2allen@aol.com>"; "BALDWIN, ALICE"
<awbaldwin@aol.com>"; "GARRISON, DEBRA" <drtnow76@yahoo.com>"; "NGUYEN, QUAN" <ngnq01@gmail.com>";
"ROWLAND, DIANE" <ddrowland375@gmail.com>"; "WADE, NATHAN" <wadebarbara9@att.net>"; "ZARAGOZA, LUIS"
<i.z.11012g@gmail.com>"; "BLANCO, FREDDY" <freddyb1@comcast.net>"; "Butler, Mary Jane" <janestaggers@att.net>";
"GONZALEZ, JANIE" <arturogonzalez7294@sbcglobal.net>"; "MONTEZ, RACHEL" <randrmontez@yahoo.com>"; "NGO,
TAN" <NGOQUANGTAN@YAHOO.COM>"; "Riggs, Carolyn" <dobebaby@gmail.com>"; "Do, Harold"
<haipdo@yahoo.com>"; "LEWIS, JANCY" <Lewisjancy@yahoo.com>"; "Acosta, Elizabeth" <lizcastillo_70@yahoo.com>";
"BARNETT, JACQUELYN" <jackieb48@yahoo.com>"; "LEBLANC, MELINDA" <mmvleblanc@gmail.com>"; "Preston,
Stella" <ms.stellapreston01@live.com>"; "Stinson, Danny" <4danstinson@gmail.com>"; "Wilkins, Gloria"
<gwilkins1@peoplepc.com>"; "WILLIAMS, PAXTON" <pkw_pegasus@att.net>"; "Carr, Deborah"
<deborahcarr7487@sbcglobal.net>"; "HERRERA, SAM" <samherrera@msn.com>"; "MCPHAIL, JEFFREY"
<mcphailhouston@aol.com>"; "Nash, Stella" <sunnysideplacecdc@sbcglobal.net>"; "Roberts, Mary Boler"
<marybroberts@sbcglobal.net>"; "Adams, Deborah" <debra76@aol.com>"; "Allen, Teresa" <teresajailen@sbcglobal.net>";
BEN-MENASHE <ex4090@sbcglobal.net>"; "IVEY, JANICE" <jan_ivey@yahoo.com>"; "LIMON, GEORGIA"
<micamcknight@gmail.com>"; "MOORE, SUSAN" <susan.moore10@sbcglobal.net>"; "SKILLERN, SHERRY"
<sherskillzhouston1@att.net>"; "Gunther, Peter" <petergunther@embarqmail.com>"; "LANKFORD, MAX"
<maxlankford@att.net>"; "YSAQUIRRE, AURORA" <AURORALAVADOR@YAHOO.COM>"; "Gage, Norva"
<norvagage@yahoo.com>"; "PEREZ, ROLANDO" <rolperez2006@yahoo.com>"; "Pope, Arvis"
<areneepope@yahoo.com>"; "Spivey, Pamela" <atfsoup@embarqmail.com>"; "Stephens, James"
<snapspring@sbcglobal.net>"; "ALFARO, GUADALUPE" <palf8140@verizon.net>"; "ANTONINI, DOLORES"
<ANTONINIDOLORES@YAHOO.COM>"; "Barber, Annette & Buddy" <ahillbar@aol.com>"; "Hall, Eileen"
<eileen_hall@yahoo.com>"; "TORRES, JULIO" <papajtorres@aol.com>"; "Bowles, Glenda" <gkwb@att.net>"; "HALEY,
CAROL" <haleycarol@att.net>"; "NGUYEN, TONY" <nguyentvtony@hotmail.com>"; "THIBODEAUX, JEANNE"
<jnethbdx@gmail.com>"; "Valdez, Christina" <cgvaldez@sbcglobal.net>"; "WATERS, HAZEL" <hcwaters@yahoo.com>";
"Bradley, Joyce" <joycedmcj@aol.com>"; "Brown, Alice" <abrown3122@att.net>"; "GOUGE, EVA"
<evambrown1953@gmail.com>"; "Holland, Edelmira" <edie-holland@comcast.net>"; "HUGHEY, NAVIDAD"
<john_hughey@comcast.net>"; "PHAM, LILY" <lily279999@gmail.com>"; "REYES, MARIA" <elyfrayre@hotmail.com>";
"Riner, Bernadine" <rinerb@sbcglobal.net>"; "CAO, NICOLAS" <nicolascao@juno.com>"; "Grace, Thomas"
<tmgrace7@aol.com>"; "GROVES, WANDA" <PATRICIA_GROVES@ATT.NET>"; "SEARS, CAROLYN"
<carolyn.sears@sbcglobal.net>"; "TRAN, TAO" <tvtao@yahoo.com>"; "DAVISON, MARY"
<marydavison524@yahoo.com>"; "FEARS, DORIS" <dpfears@aol.com>"; "Guajardo, Donato" <dones5@att.net>";
"Humphrey, Velma" <vhumphrey70@earthlink.net>"; "Stevenson, Ruby" <rubyredstev@yahoo.com>"; "York, Marshall"
<myork63854@aol.com>"; "Johnson, Deloris" <delori39@msn.com>"; "TILLMAN, ADRIENNE" <atillman00@hotmail.com>";
"WINGATE, PHILLIP" <marciawingate@sbcglobal.net>"; "DORSEY, CATHERINE" <CDDORSEY@SBCGLOBAL.NET>";
"Jones, Hazel" <hsabria@att.net>"; "Mellyn, Michael" <mikemellyn@yahoo.com>"; "Navon, Joseph"
<joenavon@earthlink.net>"; "RODRIGUEZ, FIDENCIO" <ddrgzjr@yahoo.com>"; "Simon, Laurence"
<realestate12@msn.com>"; "CHAN, JEEDER" <hurrahdaily@hotmail.com>"; "COCHRAN, KIM"
<kacochran@sbcglobal.net>"; "Hansen, Linda" <lhansentx@comcast.net>"; "Keys, Elaine" <keyse42@yahoo.com>"; "LE,
CHAU" <CHAULE_2003@YAHOO.COM>"; "Minniece, Glenda" <gbm0302@yahoo.com>"; "Pindell, Dorothea"
<dscp@sbcglobal.net>"; "Trujillo, Hernan" <hernantrujillo01@hotmail.com>"; "GANNON, PAUL & CAROL"
<pvgan74@gmail.com>"; "Herbster, John" <herb-sci1@sbcglobal.net>"; "HYMER, THOMAS"
<thom9514x@sbcglobal.net>"; "NG, WING" <wing_yan_ng@hotmail.com>"; "PERLMUTTER, LEE"
<lee.perl@sbcglobal.net>"; "RUIZ, ELIDA" <john_ruiz@sbcglobal.net>"; "VO, THAO PHUC" <vothao70@yahoo.com>";
"Wheeler, Carol" <csw10@comcast.net>"; "HARDEN, ANNA" <anna.rhodes@yahoo.com>"; "KENDALL, LEONARD"
<lmk495@yahoo.com>"; "Ortego, Rene & Maria" <cit29@allstate.com>"; "Tobola, Delores" <Delorestobola@yahoo.com>"
**Sent:** Thursday, October 17, 2013 12:53 PM
**Subject:** FW MASS E-MAIL ADVISORY (CC/VR/EA) "Acceptable Forms of Photo ID"

To all Early Voting Staff.

Here is an updated file from the Secretary of State.
Please review.
Thanks,

Judy L. Owens
Director Logistics and Training
Office of Stan Stanart, Harris County Clerk Elections Division
1001 Preston, Room 439
Houston, TX 77002
Office: 713.755.5792
Fax:     713.755.2617

---

**From:** Irene Diaz [mailto:IDiaz@sos.texas.gov]
**Sent:** Thursday, October 17, 2013 10:48 AM
**To:** Elections Internet
**Subject:** MASS E-MAIL ADVISORY (CC/VR/EA) "Acceptable Forms of Photo ID"

To All County Election Officials:

Attached is the Election Advisory 2013-13 pertaining to the "Acceptable Forms of Photo Identification."

Please let us know, if you have any questions.

Regards,

Office of the Texas Secretary of State
Elections Division
Office of the Secretary of State
800-252-VOTE(8683)
www.sos.state.tx.us/elections/index.shtml
**For Voter Related Information, please visit:**

# VOTETEXAS.GOV
POWERED BY THE *TEXAS SECRETARY OF STATE*

HarrisCounty 009490

| | |
|---|---|
| **From:** | Jones, Marcellous (CCO) |
| **Sent:** | Thursday, October 17, 2013 1:59 PM |
| **To:** | Aston, Sonya (CCO) |
| **Subject:** | RE: MASS E-MAIL ADVISORY (CC/VR/EA) "Acceptable Forms of Photo ID" |

How soon will you be available to get it done?

**From:** Aston, Sonya (CCO)
**Sent:** Thursday, October 17, 2013 1:48 PM
**To:** Jones, Marcellous (CCO)
**Subject:** RE: MASS E-MAIL ADVISORY (CC/VR/EA) "Acceptable Forms of Photo ID"

We need to do an audio.  Also, we need to make a video next week for emergency training.  Sometime next week or the early part of the following week.

*Sonya L. Aston*
Attorney at Law
Office  of Stan Stanart
Harris County Clerk
201 Caroline Street, Suite 460
Houston, Texas 77002
(713) 755-5792

**From:** Jones, Marcellous (CCO)
**Sent:** Thursday, October 17, 2013 1:00 PM
**To:** Aston, Sonya (CCO)
**Subject:** RE: MASS E-MAIL ADVISORY (CC/VR/EA) "Acceptable Forms of Photo ID"

Is there audio along with what you've added? Can you also get me a copy of it and where it should be inserted?

**From:** Aston, Sonya (CCO)
**Sent:** Thursday, October 17, 2013 12:46 PM
**To:** German, John (CCO); Stanart, Stan (CCO); Ovalle Jr., Luis (CCO); Jones, Marcellous (CCO); Fortner, Rachelle (CCO); Owens, Judy (CCO)
**Subject:** FW: MASS E-MAIL ADVISORY (CC/VR/EA) "Acceptable Forms of Photo ID"

I updated my slide presentation several weeks ago, but I have not updated what is online.  The only update is the temporary card.  Marcellous, are you available to help me insert a little section into the online presentation?  Thanks.

*Sonya L. Aston*
Attorney at Law
Office  of Stan Stanart
Harris County Clerk
201 Caroline Street, Suite 460
Houston, Texas 77002
(713) 755-5792

**From:** Irene Diaz [mailto:IDiaz@sos.texas.gov]
**Sent:** Thursday, October 17, 2013 10:48 AM
**To:** Elections Internet
**Subject:** MASS E-MAIL ADVISORY (CC/VR/EA) "Acceptable Forms of Photo ID"

To All County Election Officials:

Attached is the Election Advisory 2013-13 pertaining to the "Acceptable Forms of Photo Identification."

Please let us know, if you have any questions.

Regards,

Office of the Texas Secretary of State
Elections Division
Office of the Secretary of State

HarrisCounty 009491

800-252-VOTE(8683)
www.sos.state.tx.us/elections/index.shtml
**For Voter Related Information, please visit:**

**VOTETEXAS.GOV**
POWERED BY THE *TEXAS SECRETARY OF STATE*

453

HarrisCounty 009492

| | |
|---|---|
| **From:** | Aston, Sonya (CCO) |
| **Sent:** | Thursday, October 17, 2013 1:48 PM |
| **To:** | Jones, Marcellous (CCO) |
| **Subject:** | RE: MASS E-MAIL ADVISORY (CC/VR/EA) "Acceptable Forms of Photo ID" |

We need to do an audio.  Also, we need to make a video next week for emergency training.  Sometime next week or the early part of the following week.

*Sonya L. Aston*
Attorney at Law
Office  of Stan Stanart
Harris County Clerk
201 Caroline Street, Suite 460
Houston, Texas 77002
(713) 755-5792

**From:** Jones, Marcellous (CCO)
**Sent:** Thursday, October 17, 2013 1:00 PM
**To:** Aston, Sonya (CCO)
**Subject:** RE: MASS E-MAIL ADVISORY (CC/VR/EA) "Acceptable Forms of Photo ID"

Is there audio along with what you've added? Can you also get me a copy of it and where it should be inserted?

**From:** Aston, Sonya (CCO)
**Sent:** Thursday, October 17, 2013 12:46 PM
**To:** German, John (CCO); Stanart, Stan (CCO); Ovalle Jr., Luis (CCO); Jones, Marcellous (CCO); Fortner, Rachelle (CCO); Owens, Judy (CCO)
**Subject:** FW: MASS E-MAIL ADVISORY (CC/VR/EA) "Acceptable Forms of Photo ID"

I updated my slide presentation several weeks ago, but I have not updated what is online.  The only update is the temporary card.  Marcellous, are you available to help me insert a little section into the online presentation?  Thanks.

*Sonya L. Aston*
Attorney at Law
Office  of Stan Stanart
Harris County Clerk
201 Caroline Street, Suite 460
Houston, Texas 77002
(713) 755-5792

**From:** Irene Diaz [mailto:IDiaz@sos.texas.gov]
**Sent:** Thursday, October 17, 2013 10:48 AM
**To:** Elections Internet
**Subject:** MASS E-MAIL ADVISORY (CC/VR/EA) "Acceptable Forms of Photo ID"

To All County Election Officials:

Attached is the Election Advisory 2013-13 pertaining to the "Acceptable Forms of Photo Identification."

Please let us know, if you have any questions.

Regards,

Office of the Texas Secretary of State
Elections Division
Office of the Secretary of State
800-252-VOTE(8683)
www.sos.state.tx.us/elections/index.shtml
**For Voter Related Information, please visit:**



454

HarrisCounty 009493

455



HarrisCounty 009494

| | |
|---|---|
| **From:** | Fortner, Rachelle (CCO) |
| **Sent:** | Thursday, October 17, 2013 11:28 AM |
| **To:** | McDonald, Maureen (CCO) |
| **Subject:** | RE: MASS E-MAIL ADVISORY (CC/VR/EA) "Acceptable Forms of Photo ID" |

Thanks ☺

*Rachelle Fortner*

Harris County Clerk - Office of Stan Stanart
Elections Department
1001 Preston, 4th Floor
Houston, Texas 77002
713-755-5792

**From:** McDonald, Maureen (CCO)
**Sent:** Thursday, October 17, 2013 11:26 AM
**To:** Fortner, Rachelle (CCO)
**Subject:** FW: MASS E-MAIL ADVISORY (CC/VR/EA) "Acceptable Forms of Photo ID"

FYI.

**Maureen J McDonald**
**Director of Election Projects**
**Office of Stan Stanart**
**Harris County Clerk**
**Elections Department**
**1001 Preston, 4th Floor**
**Houston, Texas 77002**
**713/755-5792**
**mmcdonald@cco.hctx.net**

**From:** German, John (CCO)
**Sent:** Thursday, October 17, 2013 11:24 AM
**To:** Aston, Sonya (CCO); Owens, Judy (CCO); McDonald, Maureen (CCO); Ballard, Jennifer (CCO); DeLeon, Hector (CCO)
**Cc:** Stanart, Stan (CCO); Hammerlein, George (CCO)
**Subject:** FW: MASS E-MAIL ADVISORY (CC/VR/EA) "Acceptable Forms of Photo ID"

FYI
I know we all have been working very hard on informing the public about photo ID. The attached is an advisory from SoS with acceptable photo IDs.
Johnnie

**From:** Irene Diaz [mailto:IDiaz@sos.texas.gov]
**Sent:** Thursday, October 17, 2013 10:48 AM
**To:** Elections Internet
**Subject:** MASS E-MAIL ADVISORY (CC/VR/EA) "Acceptable Forms of Photo ID"

To All County Election Officials:

Attached is the Election Advisory 2013-13 pertaining to the "Acceptable Forms of Photo Identification."

Please let us know, if you have any questions.

Regards,

Office of the Texas Secretary of State
Elections Division
Office of the Secretary of State
800-252-VOTE(8683)
www.sos.state.tx.us/elections/index.shtml
**For Voter Related Information, please visit:**

**VOTETEXAS.GOV**
POWERED BY THE *TEXAS SECRETARY OF STATE*

HarrisCounty 009495

457



HarrisCounty 009496

| | |
|---|---|
| **From:** | DeLeon, Hector (CCO) |
| **Sent:** | Wednesday, October 16, 2013 3:51 PM |
| **To:** | Stanart, Stan (CCO) |
| **Subject:** | press release |

Mr. Stanart,

The last quote needed reworking.

The previous effort was sent to you in haste because of the interview request from Mary Benton. [I wanted to provide you something before you spoke with her.]



# STAN STANART
## COUNTY CLERK
*Recording the Major Events of Your Life*

For Immediate Release
October 16, 2013

Contact:  hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

### NEW VOTER QUALIFICATION LAW IN EFFECT:
#### County Clerk urges voters to Bring Photo ID to the Polls



**Houston, TX** – Harris County Clerk Stan Stanart alerted voters of two significant voting related modifications as in-person voting for the Nov. 5, election gets underway. Early voting by personal appearance starts Monday, October 21 and ends, Friday, November 1.

**"All voters are now required to provide <u>one</u> of the seven types of photo identification when voting <u>in-person</u>,"** informed Stanart. **"I urge voters to bring an acceptable from of photo ID <u>to the polls</u>."** The state approved photo identifications for voting include:

- **Texas driver license issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
- **Texas personal identification card issued by DPS**
- **Texas concealed handgun license issued by DPS**
- **United States military identification card containing the person's photograph**
- **United States citizenship certificate containing the person's photograph**
- **United States passport**

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented at the polling place. Voters may apply for an **Election Identification Certificate (EIC)** at no charge at the Department of Public Safety (DPS) **if they do not have any other acceptable form of ID.** Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

Stanart also informed voters that the number of early voting location in Harris County have increased from 37 to 40. **"The steady increase in the number of voters who choose the early voting option to cast their ballots dictates a continuous review of the process to better serve all voters. The objective is to add locations to alleviate the traffic where the voter turnout is heavy or add locations in underserved areas in the county,"** concluded Stanart, the chief

HarrisCounty 009497

election official of the county.

For more information about photo ID requirements including exemptions, visit www.votetexas.gov. To obtain an application to vote by mail, a list of Early Voting locations, Election Day Polling Location or view a voter specific sample ballot, voters can visit www.HarrisVotes.com or call 713-755-6965.

###



Hector de Leon
Director of Communications and Voter Outreach
Office of Harris County Clerk Stan Stanart
1001 Preston, Ste. 426
Houston, Texas 77002

713.274.9550 (Office)
713.539.0114 (Work Cell)
hdeleon@cco.hctx.net

HarrisCounty 009498

| | |
|---|---|
| **From:** | DeLeon, Hector (CCO) |
| **Sent:** | Wednesday, October 16, 2013 1:48 PM |
| **To:** | Stanart, Stan (CCO) |
| **Cc:** | Hammerlein, George (CCO); Sheppard, Laura (CCO) |
| **Subject:** | RE: interview request and Ev News Release |

Mary Benton just called. She has to reschedule interview until tomorrow morning. She will call.

If possible please review the News Release.

Once it is final, we should get it out tomorrow morning to generate stories tomorrow, Friday and throughout the weekend.

---

**From:** DeLeon, Hector (CCO)
**Sent:** Wednesday, October 16, 2013 12:38 PM
**To:** 'Stanart, Stan (CCO)'
**Cc:** Hammerlein, George (CCO); Sheppard, Laura (CCO)
**Subject:** RE: interview request and Ev News Release

Mr. Stanart,

Mary Benton agreed to 2 pm at Caroline. Her number is 713.249.0443.

She said if you can get accommodate her earlier than to 2 pm to let her know.



# STAN STANART
## COUNTY CLERK
### *Recording the Major Events of Your Life*

For Immediate Release
October 16, 2013

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

### NEW VOTER QUALIFICATION LAW IN EFFECT:
**County Clerk urges voters to Bring Photo ID to the Polls**



**Houston, TX** – Harris County Clerk Stan Stanart alerted voters of two significant voting related modifications as in-person voting for the Nov. 5, election gets underway. Early voting by personal appearance starts Monday, October 21 and ends, Friday, November 1.

"**All voters are now required to provide one of the seven types of photo identification when voting in-person,**" informed Stanart. "**I urge voters to bring an acceptable from of photo ID to the polls.**" The state approved photo identification for voting include:

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph

HarrisCounty 009499

- **United States passport**

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented at the polling place. Voters may apply for an **Election Identification Certificate (EIC)** at no charge at the Department of Public Safety (DPS) **if they do not have any other acceptable form of ID.** Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

Stanart also informed voters that the number of early voting location in Harris County have increased from 37 to 40. **"The continuous increase in the number of voters who choose the early voting option to cast their ballots dictate prompt attention to the matter", concluded Stanart, the chief election official of the county.**

For more information about photo ID requirements including exemptions, visit www.votetexas.gov. To obtain an application to vote by mail, a list of Early Voting locations, Election Day Polling Location or view a voter specific sample ballot, voters can visit www.HarrisVotes.com or call 713-755-6965.

### 

Hector de Leon
Director of Communications and Voter Outreach
Office of Harris County Clerk Stan Stanart
1001 Preston, Ste. 426
Houston, Texas 77002

713.274.9550 (Office)
713.539.0114 (Work Cell)
hdeleon@cco.hctx.net

HarrisCounty 009500

**From:** Xay Dung <xaydungtexas@yahoo.com>
**Sent:** Friday, September 27, 2013 8:49 AM
**To:** Nguyen, Du Ha Kim (CCO)
**Subject:** Remember, the adv.

Hello Du Ha
-Monday is the dead line
cho new adv,
-Next friday, bao phat hanh

cam on Du Ha

co HMTHUY

Xay Dung Magazine
P.O. BOX 1585
Houston, TX 77251
(713) 995-8296

**From:** "Nguyen, Du Ha Kim (CCO)" <DNguyen@cco.hctx.net>
**To:** "Nguyen, Du Ha Kim (CCO)" <DNguyen@cco.hctx.net>
**Sent:** Thursday, September 26, 2013 11:24 PM
**Subject:** FW: Press Release: "Remember, Bring Your Photo ID To The Polls" campaign
Please kindly see the pictures of the Vietnamese billboard as part of Harris County Clerk Stan
Stanart's initiative to encourage voters to "**Bring Your Photo ID to the polls**."

Thank you.

**Du-Ha Kim Nguyen**
*Voter Outreach Coordinator*
*Communications & Voter Outreach Department*
Office of STAN STANART - *Harris County Clerk*
1001 Preston, Suite 426
Houston, TX 77002
Phone: **713.274.9557**
Work Cell: 281.635.3435
Fax: 713.755.9311
Email: duhanguyen@cco.hctx.net
http://www.harrisvotes.com

**From:** Harris County Clerk
**Sent:** Thursday, September 26, 2013 4:46 PM
**To:** Harris County Clerk
**Subject:** Press Release: "Remember, Bring Your Photo ID To The Polls" campaign



# STAN STANART
## COUNTY CLERK
*Recording the Major Events of Your Life*

ate Release                                        Contact: Hector de Leon, hdeleon@
6, 2013                                            (Office) 713.274.9560 or (cell) 7

462

HarrisCounty 009501

# HARRIS COUNTY CLERK ENCOURAGES VOTERS
## "REMEMBER, BRING YOUR PHOTO ID TO THE POLLS"



Houston, TX - Stan Stanart, Harris County Clerk and Chief Election Off County, highlighted his *Bring Your Photo ID to the Polls* campaign by billboard reminding voters that will be voting in the November 5, 2013 Elec photo identification to the polls.

**"With the support of Clear Channel and other entities in Harris County, Clerk's Office is working hard to inform all voters that they need to approved Photo ID to the polls," said Harris County Clerk Stanart. "W ensure that all voters are able to exercise their right to vote."**

Clear Channel is donating 17 billboards and time on a number of digita throughout Harris County over the period of the educational campaign. The in excess of $25,000 in advertising. **"Clear Channel is pleased to partner with County Clerk Stanart to disser important message in four languages,"** stated Lee Vela, Clear Channel's Vice President of Public Affairs-Houston. A now until Election Day, the advertising will create more than 5.1 million market impressions or chances for the messages t

the billboard component, the County Clerk Stanart's *Bring Your Photo ID to the Polls* outreach campaign is focused on sp the new voter ID law by strategically reaching out to individuals, businesses and educational organizations within the cou e effort has reached out to 43 Chambers of Commerce, 19 Independent School Districts within Harris County, 363 fa d universities within Harris County, 77 City of Houston and County officeholders, Heads of City of Houston and Co ic Clubs, 68 City and County Libraries, and, organizations and individuals within the African American, Hispanic, Vietn mmunities.

n Day approaches, we will continue our "Bring your photo ID to the Poll" message.  I urge all civic-minded indiv ns to join our campaign.  Together, we can ensure that all citizens are aware of the new law and receive accur: n", concluded County Clerk Stanart.

formation pertaining to the new Photo ID requirements, voters may visit http://www.harrisvotes.com/ or call 713.755.6965

## APPROVED CREDENTIALS FOR VOTING IN TEXAS










## HTTP://WWW.HARRISVOTES.COM/

HarrisCounty 009502

| | |
|---|---|
| **From:** | Nguyen, Du Ha Kim (CCO) |
| **Sent:** | Friday, September 27, 2013 8:45 AM |
| **To:** | Vuong, Phuong (Tax Office) |
| **Subject:** | RE: Press Release: "Remember, Bring Your Photo ID To The Polls" campaign |

Good morning chị Phương,

That's only the sample of the billboard.  The real one is too big for me to carry it :) :)

**Du-Ha Kim Nguyen**
*Voter Outreach Coordinator*
*Communications & Voter Outreach Department*
**Office of STAN STANART -** *Harris County Clerk*
1001 Preston, Suite 426
Houston, TX 77002
Phone: **713.274.9557**
Work Cell: 281.635.3435
Fax: 713.755.9311
Email: duhanguyen@cco.hctx.net
http://www.harrisvotes.com

**From:** Vuong, Phuong (Tax Office)
**Sent:** Friday, September 27, 2013 8:00 AM
**To:** Nguyen, Du Ha Kim (CCO)
**Subject:** RE: Press Release: "Remember, Bring Your Photo ID To The Polls" campaign

Hi Du-Ha.
Sao Vietnamese billboard nhin co ve kiem nhuong the (be xiu a).
Phuong

**From:** Nguyen, Du Ha Kim (CCO)
**Sent:** Thursday, September 26, 2013 11:35 PM
**To:** Nguyen, Du Ha Kim (CCO)
**Subject:** FW: Press Release: "Remember, Bring Your Photo ID To The Polls" campaign

Please kindly see the pictures of the Vietnamese billboard as part of Harris County Clerk Stan Stanart's initiative to encourage voters to "**Bring Your Photo ID to the polls**."

Thank you.

**Du-Ha Kim Nguyen**
*Voter Outreach Coordinator*
*Communications & Voter Outreach Department*
**Office of STAN STANART -** *Harris County Clerk*
1001 Preston, Suite 426
Houston, TX 77002
Phone: **713.274.9557**
Work Cell: 281.635.3435
Fax: 713.755.9311
Email: duhanguyen@cco.hctx.net
http://www.harrisvotes.com

**From:** Harris County Clerk
**Sent:** Thursday, September 26, 2013 4:46 PM
**To:** Harris County Clerk
**Subject:** Press Release: "Remember, Bring Your Photo ID To The Polls" campaign

HarrisCounty 009503



# STAN STANART
## COUNTY CLERK
### *Recording the Major Events of Your Life*

ate Release
6, 2013

Contact: Hector de Leon, hdeleon@
(Office) 713.274.9560 or (cell) 7

## HARRIS COUNTY CLERK ENCOURAGES VOTERS
## "REMEMBER, BRING YOUR PHOTO ID TO THE POLLS"



Houston, TX - Stan Stanart, Harris County Clerk and Chief Election Off County, highlighted his *Bring Your Photo ID to the Polls* campaign by billboard reminding voters that will be voting in the November 5, 2013 Elec photo identification to the polls.

**"With the support of Clear Channel and other entities in Harris County, Clerk's Office is working hard to inform all voters that they need to approved Photo ID to the polls," said Harris County Clerk Stanart. "W ensure that all voters are able to exercise their right to vote."**

Clear Channel is donating 17 billboards and time on a number of digita throughout Harris County over the period of the educational campaign. The in excess of $25,000 in advertising. **"Clear Channel is pleased to partner with County Clerk Stanart to disse important message in four languages,"** stated Lee Vela, Clear Channel's Vice President of Public Affairs-Houston. A now until Election Day, the advertising will create more than 5.1 million market impressions or chances for the messages t

the billboard component, the County Clerk Stanart's *Bring Your Photo ID to the Polls* outreach campaign is focused on sp the new voter ID law by strategically reaching out to individuals, businesses and educational organizations within the cou e effort has reached out to 43 Chambers of Commerce, 19 Independent School Districts within Harris County, 363 fa d universities within Harris County, 77 City of Houston and County officeholders, Heads of City of Houston and Co ic Clubs, 68 City and County Libraries, and, organizations and individuals within the African American, Hispanic, Vietr mmunities.

n Day approaches, we will continue our **"Bring your photo ID to the Poll"** message. **I urge all civic-minded indiv** **ns to join our campaign. Together, we can ensure that all citizens are aware of the new law and receive accura** n", concluded County Clerk Stanart.

formation pertaining to the new Photo ID requirements, voters may visit www.HarrisVotes.com or call 713.755.6965.

## APPROVED CREDENTIALS FOR VOTING IN TEXAS





HarrisCounty 009504






WWW.HARRISVOTES.COM



466

| From: | Alicia Liu <alicia.alicialiu@gmail.com> |
|---|---|
| Sent: | Thursday, September 26, 2013 9:54 PM |
| To: | Yue, Gee-Wey |
| Subject: | Re: FW: Press Release: "Remember, Bring Your Photo ID To The Polls" campaign |

Yes, the Culture Center of TECO is located at Westoffice. Just around the corner with the parking lot in front...

The event will start at 1:30 pm. Maybe you'd like to come a bit earlier to set up. I'll help you.

Alicia

On Thu, Sep 26, 2013 at 5:18 PM, Yue, Gee-Wey <GYue@cco.hctx.net> wrote:

I'll be at the Sunday event!!

Is it 僑教中心 with TECO? And what time?

**Gee-Wey Yue**

余紀緯

Communications & Voter Outreach Department

哈瑞斯縣 行政書記官辦公室 選民宣導服務處

Office of Harris County Clerk, Stan Stanart

1001 Preston, Suite 426

Houston, TX 77002

713.274.9550 (Office)

713.755.9311 (Fax)

gyue@cco.hctx.net

**From:** Alicia Liu [mailto:alicia.alicialiu@gmail.com]
**Sent:** Thursday, September 26, 2013 5:17 PM
**To:** Yue, Gee-Wey
**Subject:** Re: FW: Press Release: "Remember, Bring Your Photo ID To The Polls" campaign

I'll write you later, but please do come this week-end to CCC. Do you need the address ?

Alicia

On Thursday, September 26, 2013, Yue, Gee-Wey wrote:

467

HarrisCounty 009506

Please kindly see the pictures of the Chinese billboard as part of Harris County Clerk Stan Stanart's initiative to encourage voters to "**Bring Your Photo ID to the polls**."

To share the important election information of the new Photo ID law with the Chinese community, members of the media and the public are cordially invited to attend a **Voter ID Seminar this Saturday, September 28, beginning at 12 p.m.  in the Multipurpose Room #122 in the Chinese Community Center** (9800 Town Park Drive, Houston, TX 77036).

The seminar is jointed hosted by the Chinese Community Center, OCA-Greater Houston, Greater Sharpstown Management District, and the Harris County Clerk's Office. Please see the attached flyer.

Thank you.

**Gee-Wey Yue**

余紀緯

Communications & Voter Outreach Department

哈瑞斯縣 行政書記官辦公室 選民宣導服務處

<u>Office of Harris County Clerk</u>, Stan Stanart

1001 Preston, Suite 426

Houston, TX 77002

<u>713.274.9550</u> (Office)

<u>713.755.9311</u> (Fax)

gyue@cco.hctx.net

---

**From:** Harris County Clerk
**Sent:** Thursday, September 26, 2013 4:46 PM
**To:** Harris County Clerk
**Subject:** Press Release: "Remember, Bring Your Photo ID To The Polls" campaign



# STAN STANART

HarrisCounty 009507

# COUNTY CLERK

*Recording the Major Events of Your Life*

ate Release                                                    Contact: Hector de Leon, hdeleon@

6, 2013                                               (Office) <u>713.274.9560</u> or (cell) <u>7</u>

## HARRIS COUNTY CLERK ENCOURAGES VOTERS
## "REMEMBER, BRING YOUR PHOTO ID TO THE POLLS"



Houston, TX - Stan Stanart, Harris County Clerk and Chief Election Off County, highlighted his *Bring Your Photo ID to the Polls* campaign by billboard reminding voters that will be voting in the November 5, 2013 Elec photo identification to the polls.

**"With the support of Clear Channel and other entities in Harris County, Clerk's Office is working hard to inform <u>all voters</u> that they need t approved Photo ID to the polls," said Harris County Clerk Stanart. "W ensure that <u>all voters</u> are able to exercise their right to vote."**

nel is donating 17 billboards and time on a number of digital billboards throughout Harris County over the period of the The value of the donation is in excess of $25,000 in advertising. **"Clear Channel is pleased to partner with County Cl late this extremely important message in four languages,"** stated Lee Vela, Clear Channel's Vice President of Put ccording to Vela, from now until Election Day, the advertising will create more than 5.1 million market impressions or s to be seen.

the billboard component, the County Clerk Stanart's *Bring Your Photo ID to the Polls* outreach campaign is focused on s the new voter ID law by strategically reaching out to individuals, businesses and educational organizations within the cou e effort has reached out to 43 Chambers of Commerce, 19 Independent School Districts within Harris County, 363 fa d universities within Harris County, 77 City of Houston and County officeholders, Heads of City of Houston and Co ic Clubs, 68 City and County Libraries, and, organizations and individuals within the African American, Hispanic, Vietr mmunities.

n Day approaches, we will continue our "Bring your photo ID to the Poll" message. I urge all civic-minded indi ns to join our campaign. Together, we can ensure that all citizens are aware of the new law and receive accura n", concluded County Clerk Stanart.

formation pertaining to the new Photo ID requirements, voters may visit <u>www.HarrisVotes.com</u> or call <u>713.755.6965</u>.

## APPROVED CREDENTIALS FOR VOTING IN TEXAS

469





WWW.HARRISVOTES.COM

--
Alicia Chia Yin Liu
www.houstonewind.com

832-818-2222
alicia.alicialiu@gmail.com
alicialiu@houstonewind.com

--
Alicia Chia Yin Liu
www.houstonewind.com
832-818-2222
alicia.alicialiu@gmail.com
alicialiu@houstonewind.com

HarrisCounty 009509

| | |
|---|---|
| From: | Yue, Gee-Wey |
| Sent: | Thursday, September 26, 2013 5:19 PM |
| To: | Alicia Liu |
| Subject: | RE: FW: Press Release: "Remember, Bring Your Photo ID To The Polls" campaign |

I'll be at the Sunday event!!

Is it 僑教中心 with TECO? And what time?

**Gee-Wey Yue**
余紀緯

Communications & Voter Outreach Department
哈瑞斯縣 行政書記官辦公室 選民宣導服務處
Office of Harris County Clerk, Stan Stanart
1001 Preston, Suite 426
Houston, TX 77002
713.274.9550 (Office)
713.755.9311 (Fax)
gyue@cco.hctx.net

**From:** Alicia Liu [mailto:alicia.alicialiu@gmail.com]
**Sent:** Thursday, September 26, 2013 5:17 PM
**To:** Yue, Gee-Wey
**Subject:** Re: FW: Press Release: "Remember, Bring Your Photo ID To The Polls" campaign

II'll write you later, but please do come this week-end to CCC. Do you need the address ?

Alicia

On Thursday, September 26, 2013, Yue, Gee-Wey wrote:

Please kindly see the pictures of the Chinese billboard as part of Harris County Clerk Stan Stanart's initiative to encourage voters to "**Bring Your Photo ID to the polls.**"

To share the important election information of the new Photo ID law with the Chinese community, members of the media and the public are cordially invited to attend a **Voter ID Seminar this Saturday, September 28, beginning at 12 p.m.  in the Multipurpose Room #122 in the Chinese Community Center** (9800 Town Park Drive, Houston, TX 77036).

The seminar is jointed hosted by the Chinese Community Center, OCA-Greater Houston, Greater Sharpstown Management District, and the Harris County Clerk's Office. Please see the attached flyer.

Thank you.

**Gee-Wey Yue**

余紀緯

Communications & Voter Outreach Department

哈瑞斯縣 行政書記官辦公室 選民宣導服務處

Office of Harris County Clerk, Stan Stanart

471

HarrisCounty 009510

1001 Preston, Suite 426

Houston, TX 77002

713.274.9550 (Office)

713.755.9311 (Fax)

gyue@cco.hctx.net

---

**From:** Harris County Clerk
**Sent:** Thursday, September 26, 2013 4:46 PM
**To:** Harris County Clerk
**Subject:** Press Release: "Remember, Bring Your Photo ID To The Polls" campaign



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*

---

ite Release

Contact: Hector de Leon, hdeleon@

.6, 2013

(Office) 713.274.9560 or (cell) 7

## HARRIS COUNTY CLERK ENCOURAGES VOTERS
## "REMEMBER, BRING YOUR PHOTO ID TO THE POLLS"



Houston, TX - Stan Stanart, Harris County Clerk and Chief Election Off
County, highlighted his *Bring Your Photo ID to the Polls* campaign by
billboard reminding voters that will be voting in the November 5, 2013 Elec
photo identification to the polls.

**"With the support of Clear Channel and other entities in Harris County,
Clerk's Office is working hard to inform <u>all voters</u> that they need t
approved Photo ID to the polls," said Harris County Clerk Stanart. "V
ensure that <u>all voters</u> are able to exercise their right to vote."**

nel is donating 17 billboards and time on a number of digital billboards throughout Harris County over the period of the
The value of the donation is in excess of $25,000 in advertising. **"Clear Channel is pleased to partner with County Cle**

HarrisCounty 009511

ate this extremely important message in four languages," stated Lee Vela, Clear Channel's Vice President of Pub
ccording to Vela, from now until Election Day, the advertising will create more than 5.1 million market impressions or
s to be seen.

the billboard component, the County Clerk Stanart's *Bring Your Photo ID to the Polls* outreach campaign is focused on sp
the new voter ID law by strategically reaching out to individuals, businesses and educational organizations within the cou
e effort has reached out to 43 Chambers of Commerce, 19 Independent School Districts within Harris County, 363 fa
d universities within Harris County, 77 City of Houston and County officeholders, Heads of City of Houston and Co
vic Clubs, 68 City and County Libraries, and, organizations and individuals within the African American, Hispanic, Vietr
mmunities.

n Day approaches, we will continue our "Bring your photo ID to the Poll" message.  I urge all civic-minded indiv
ns to join our campaign.  Together, we can ensure that all citizens are aware of the new law and receive accura
n", concluded County Clerk Stanart.

formation pertaining to the new Photo ID requirements, voters may visit www.HarrisVotes.com or call 713.755.6965.

## APPROVED CREDENTIALS FOR VOTING IN TEXAS



## WWW.HARRISVOTES.COM

HarrisCounty 009512

--
Alicia Chia Yin Liu
www.houstonewind.com
832-818-2222
alicia.alicialiu@gmail.com
alicialiu@houstonewind.com



HarrisCounty 009513

| | |
|---|---|
| **From:** | Alicia Liu <alicia.alicialiu@gmail.com> |
| **Sent:** | Thursday, September 26, 2013 5:17 PM |
| **To:** | Yue, Gee-Wey |
| **Subject:** | Re: FW: Press Release: "Remember, Bring Your Photo ID To The Polls" campaign |

II'll write you later, but please do come this week-end to CCC. Do you need the address ?

Alicia

On Thursday, September 26, 2013, Yue, Gee-Wey wrote:

Please kindly see the pictures of the Chinese billboard as part of Harris County Clerk Stan Stanart's initiative to encourage voters to "**Bring Your Photo ID to the polls**."

To share the important election information of the new Photo ID law with the Chinese community, members of the media and the public are cordially invited to attend a **Voter ID Seminar this Saturday, September 28, beginning at 12 p.m.  in the Multipurpose Room #122 in the Chinese Community Center** (9800 Town Park Drive, Houston, TX 77036).

The seminar is jointed hosted by the Chinese Community Center, OCA-Greater Houston, Greater Sharpstown Management District, and the Harris County Clerk's Office. Please see the attached flyer.

Thank you.

**Gee-Wey Yue**

余紀緯

Communications & Voter Outreach Department

哈瑞斯縣 行政書記官辦公室 選民宣導服務處

Office of Harris County Clerk, Stan Stanart

1001 Preston, Suite 426

Houston, TX 77002

713.274.9550 (Office)

713.755.9311 (Fax)

gyue@cco.hctx.net

**From:** Harris County Clerk
**Sent:** Thursday, September 26, 2013 4:46 PM
**To:** Harris County Clerk
**Subject:** Press Release: "Remember, Bring Your Photo ID To The Polls" campaign

HarrisCounty 009514



# STAN STANART

## COUNTY CLERK

### *Recording the Major Events of Your Life*

ate Release                                                    Contact: Hector de Leon, hdeleon@

6, 2013                                                        (Office) 713.274.9560 or (cell) 7

## HARRIS COUNTY CLERK ENCOURAGES VOTERS
## "REMEMBER, BRING YOUR PHOTO ID TO THE POLLS"



Houston, TX - Stan Stanart, Harris County Clerk and Chief Election Off County, highlighted his *Bring Your Photo ID to the Polls* campaign by billboard reminding voters that will be voting in the November 5, 2013 Elec photo identification to the polls.

**"With the support of Clear Channel and other entities in Harris County, Clerk's Office is working hard to inform** <u>all voters</u> **that they need t approved Photo ID to the polls," said Harris County Clerk Stanart. "V ensure that** <u>all voters</u> **are able to exercise their right to vote."**

nel is donating 17 billboards and time on a number of digital billboards throughout Harris County over the period of the The value of the donation is in excess of $25,000 in advertising. **"Clear Channel is pleased to partner with County Cl₁ ₁ate this extremely important message in four languages,"** stated Lee Vela, Clear Channel's Vice President of Pu₁ ₁ccording to Vela, from now until Election Day, the advertising will create more than 5.1 million market impressions or ₁s to be seen.

the billboard component, the County Clerk Stanart's *Bring Your Photo ID to the Polls* outreach campaign is focused on s₁ the new voter ID law by strategically reaching out to individuals, businesses and educational organizations within the cou₁ e effort has reached out to 43 Chambers of Commerce, 19 Independent School Districts within Harris County, 363 fa₁ d universities within Harris County, 77 City of Houston and County officeholders, Heads of City of Houston and Co₁ ₁ic Clubs, 68 City and County Libraries, and, organizations and individuals within the African American, Hispanic, Viet₁ ₁mmunities.

₁n Day approaches, we will continue our "Bring your photo ID to the Poll" message. I urge all civic-minded indi₁ ₁ns to join our campaign. Together, we can ensure that all citizens are aware of the new law and receive accura₁ ₁", concluded County Clerk Stanart.

HarrisCounty 009515

formation pertaining to the new Photo ID requirements, voters may visit www.HarrisVotes.com or call 713.755.6965.

## APPROVED CREDENTIALS FOR VOTING IN TEXAS



### WWW.HARRISVOTES.COM

--
Alicia Chia Yin Liu
www.houstonewind.com
832-818-2222
alicia.alicialiu@gmail.com
alicialiu@houstonewind.com

477

HarrisCounty 009516

| | |
|---|---|
| **From:** | DeLeon, Hector (CCO) |
| **Sent:** | Thursday, September 26, 2013 4:51 PM |
| **To:** | Concepcion, Justin (Tax Office) |
| **Subject:** | RE: Contact information |

I turned the media alert into a story. So all who could not attend are aware what it was about.



# STAN STANART
## COUNTY CLERK
### *Recording the Major Events of Your Life*



ate Release                                                    Contact: Hector de Leon, hdeleon@
6, 2013                                                        (Office) 713.274.9560 or (cell) 7

478



## HARRIS COUNTY CLERK ENCOURAGES VOT
### "REMEMBER, BRING YOUR PHOTO ID TO THE F

Houston, TX - Stan Stanart, Harris County Clerk and Chief Election Off
County, highlighted his *Bring Your Photo ID to the Polls* campaign by
billboard reminding voters that will be voting in the November 5, 2013 Elec
photo identification to the polls.

**"With the support of Clear Channel and other entities in Harris County,
Clerk's Office is working hard to inform <u>all voters</u> that they need to**
**Photo ID to the polls," said Harris County Clerk Stanart. "We want to ensure that <u>all voters</u> are able to exercise th**

nel is donating 17 billboards and time on a number of digital billboards throughout Harris County over the period of the
The value of the donation is in excess of $25,000 in advertising. **"Clear Channel is pleased to partner with County Cle**
**iate this extremely important message in four languages,"** stated Lee Vela, Clear Channel's Vice President of Pub
according to Vela, from now until Election Day, the advertising will create more than 5.1 million market impressions or
es to be seen.

the billboard component, the County Clerk Stanart's *Bring Your Photo ID to the Polls* outreach campaign is focused on sp
the new voter ID law by strategically reaching out to individuals, businesses and educational organizations within the cou
e effort has reached out to 43 Chambers of Commerce, 19 Independent School Districts within Harris County, 363 fa
d universities within Harris County, 77 City of Houston and County officeholders, Heads of City of Houston and Co
vic Clubs, 68 City and County Libraries, and, organizations and individuals within the African American, Hispanic, Vietr
mmunities.

n Day approaches, we will continue our "Bring your photo ID to the Poll" message.  I urge all civic-minded indiv
ns to join our campaign. Together, we can ensure that all citizens are aware of the new law and receive accura
n", concluded County Clerk Stanart.

formation pertaining to the new Photo ID requirements, voters may visit <u>www.HarrisVotes.com</u> or call 713.755.6965.

## APPROVED CREDENTIALS FOR VOTING IN TEXAS










## WWW.HARRISVOTES.COM

HarrisCounty 009518

[none]

480

HarrisCounty 009519

**From:**   Harris County Clerk
**Sent:**   Thursday, September 26, 2013 4:46 PM
**To:**   Harris County Clerk
**Subject:**   Press Release: "Remember, Bring Your Photo ID To The Polls" campaign



# STAN STANART
## COUNTY CLERK
*Recording the Major Events of Your Life*



ate Release
6, 2013

Contact: Hector de Leon, hdeleon@
(Office) 713.274.9560 or (cell) 7

HarrisCounty 009520



## HARRIS COUNTY CLERK ENCOURAGES VOT
## "REMEMBER, BRING YOUR PHOTO ID TO THE P

Houston, TX - Stan Stanart, Harris County Clerk and Chief Election Off
County, highlighted his *Bring Your Photo ID to the Polls* campaign by
billboard reminding voters that will be voting in the November 5, 2013 Elec
photo identification to the polls.

**"With the support of Clear Channel and other entities in Harris County,
Clerk's Office is working hard to inform all voters that they need t
Photo ID to the polls," said Harris County Clerk Stanart. "We want to ensure that all voters are able to exercise th**

nel is donating 17 billboards and time on a number of digital billboards throughout Harris County over the period of the
The value of the donation is in excess of $25,000 in advertising. **"Clear Channel is pleased to partner with County Cle
iate this extremely important message in four languages,"** stated Lee Vela, Clear Channel's Vice President of Pub
according to Vela, from now until Election Day, the advertising will create more than 5.1 million market impressions or
s to be seen.

the billboard component, the County Clerk Stanart's *Bring Your Photo ID to the Polls* outreach campaign is focused on sp
the new voter ID law by strategically reaching out to individuals, businesses and educational organizations within the cou
e effort has reached out to 43 Chambers of Commerce, 19 Independent School Districts within Harris County, 363 fa
d universities within Harris County, 77 City of Houston and County officeholders, Heads of City of Houston and Co
ic Clubs, 68 City and County Libraries, and, organizations and individuals within the African American, Hispanic, Vietr
mmunities.

**n Day approaches, we will continue our "Bring your photo ID to the Poll" message. I urge all civic-minded indiv
ns to join our campaign. Together, we can ensure that all citizens are aware of the new law and receive accura
n",** concluded County Clerk Stanart.

formation pertaining to the new Photo ID requirements, voters may visit www.HarrisVotes.com or call 713.755.6965.

## APPROVED CREDENTIALS FOR VOTING IN TEXAS










### WWW.HARRISVOTES.COM

HarrisCounty 009521

483

[none]

HarrisCounty 009522

| | |
|---|---|
| **From:** | Harris County Clerk |
| **Sent:** | Thursday, September 26, 2013 4:46 PM |
| **To:** | Harris County Clerk |
| **Subject:** | Press Release: "Remember, Bring Your Photo ID To The Polls" campaign |



# STAN STANART

## COUNTY CLERK

*Recording the Major Events of Your Life*



ate Release                                                    Contact: Hector de Leon, hdeleon@
6, 2013                                                        (Office) 713.274.9560 or (cell) 7

HarrisCounty 009523



## HARRIS COUNTY CLERK ENCOURAGES VOT
### "REMEMBER, BRING YOUR PHOTO ID TO THE F

Houston, TX - Stan Stanart, Harris County Clerk and Chief Election Off
County, highlighted his *Bring Your Photo ID to the Polls* campaign by
billboard reminding voters that will be voting in the November 5, 2013 Elec
photo identification to the polls.

**"With the support of Clear Channel and other entities in Harris County,
Clerk's Office is working hard to inform <u>all voters</u> that they need to
Photo ID to the polls," said Harris County Clerk Stanart. "We want to ensure that <u>all voters</u> are able to exercise th**

nel is donating 17 billboards and time on a number of digital billboards throughout Harris County over the period of the
The value of the donation is in excess of $25,000 in advertising. **"Clear Channel is pleased to partner with County Cle
iate this extremely important message in four languages,"** stated Lee Vela, Clear Channel's Vice President of Pub
according to Vela, from now until Election Day, the advertising will create more than 5.1 million market impressions or
s to be seen.

the billboard component, the County Clerk Stanart's *Bring Your Photo ID to the Polls* outreach campaign is focused on sp
the new voter ID law by strategically reaching out to individuals, businesses and educational organizations within the cou
e effort has reached out to 43 Chambers of Commerce, 19 Independent School Districts within Harris County, 363 fa
d universities within Harris County, 77 City of Houston and County officeholders, Heads of City of Houston and Co
ic Clubs, 68 City and County Libraries, and, organizations and individuals within the African American, Hispanic, Vietn
mmunities.

n Day approaches, we will continue our "Bring your photo ID to the Poll" message. I urge all civic-minded indiv
ns to join our campaign. Together, we can ensure that all citizens are aware of the new law and receive accura
n", concluded County Clerk Stanart.

formation pertaining to the new Photo ID requirements, voters may visit <u>www.HarrisVotes.com</u> or call 713.755.6965.

## APPROVED CREDENTIALS FOR VOTING IN TEXAS










## WWW.HARRISVOTES.COM

HarrisCounty 009524