Yue, Gee-Wey

**From:** Lagunes, Katy (CCO)
**Sent:** Monday, November 11, 2013 2:34 PM
**To:** Forbes, Charles (CCO)
**Subject:** FW: Please post on Website
**Attachments:** Post Election PR.docx

Please make sure to grab my changes first.

**From:** DeLeon, Hector (CCO)
**Sent:** Monday, November 11, 2013 12:10 PM
**To:** Lagunes, Katy (CCO)
**Subject:** Please post on Website

Please post on Website

Thank you.

Hector de Leon
Director of Communications and Voter Outreach
Office of Harris County Clerk Stan Stanart
1001 Preston, Ste. 426
Houston, Texas 77002

713.274.9550 (Office)
713.539.0114 (Work Cell)
hdeleon@cco.hctx.net

2:13-cv-193
09/02/2014
DEF2193

HarrisCounty 010845



# STAN STANART
## COUNTY CLERK
*Recording the Major Events of Your Life*

For Immediate Release  
November 10, 2013

Contact: hdeleon@cco.hctx.net  
713.539.0114 or 713.274.9550

## DEADLINE TO CURE PHOTO ID REQUIREMENT APPROACHING
### Stanart encourages affected provisional voters to submit ID



Houston, TX – Harris County Clerk Stan Stanart reminds the voters who did not provide proper photo identification when voting in the November 5th Election that Tuesday, November 12, is the deadline to provide their Photo ID to the Voter Registrar.

"While the number of voters who need to cure the Photo ID requirement is less than 100, we want to provide the opportunity for every voter's vote to count. Department of Public Safety (DPS) personnel will be stationed in my office ready to help any voter who needs an Election Identification Certificate (EIC)," said County Clerk Stan Stanart, the Chief Election Officer of the county. "For convenience, after getting your Election Identification Certificate, you can go downstairs and present the Photo ID to the Voter Registrar."

The County Clerk's Elections Office is located in the Harris County Administration building, 1001 Preston, 4th floor. Election Identification Certificates are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is required for voting in person.

"The number of provisional ballots cast due to voters not presenting proper photo identification was very small. Over a quarter million voters participated in the election. Out of those, there are less than 100 that still need to provide an acceptable form of Photo ID," said Stanart. The Nov. 5th Election is the first state-wide election in which the photo ID requirements were in effect.

Voters are now required to provide one of the seven types of Photo IDs when voting in-person. The state approved photo identification for voting includes:

- Texas Driver License issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas Personal Identification Card issued by DPS
- Texas Concealed Handgun License issued by DPS
- United States Military Identification Card containing the person's photograph
- United States Citizenship Certificate containing the person's photograph
- United States Passport

With the exception of the U.S. Citizenship Certificate and some Military Identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place.

"If you are one of the affected voters who need to submit proper identification to the Voter Registrar, I encourage you to do it as soon as possible to ensure your ballot can be counted," concluded Stanart. Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm. DPS offices are closed on Veteran's Day, Monday, November 11th.

For more information, voters can call the Department of Public Safety at 512.424.2600 or the Harris County Clerk's Office at 713.755.6965.   ###

HarrisCounty 010846

**Yue, Gee-Wey**

**From:** DeLeon, Hector (CCO)
**Sent:** Monday, November 11, 2013 12:10 PM
**To:** Lagunes, Katy (CCO)
**Subject:** Please post on Website
**Attachments:** Post Election PR.docx

Please post on Website

Thank you.

Hector de Leon
Director of Communications and Voter Outreach
Office of Harris County Clerk Stan Stanart
1001 Preston, Ste. 426
Houston, Texas 77002

713.274.9550 (Office)
713.539.0114 (Work Cell)
hdeleon@cco.hctx.net

1

HarrisCounty 010847



# STAN STANART
## COUNTY CLERK
*Recording the Major Events of Your Life*

For Immediate Release  
November 10, 2013

Contact: hdeleon@cco.hctx.net  
713.539.0114 or 713.274.9550

## DEADLINE TO CURE PHOTO ID REQUIREMENT APPROACHING
### Stanart encourages affected provisional voters to submit ID



Houston, TX – Harris County Clerk Stan Stanart reminds the voters who did not provide proper photo identification when voting in the November 5th Election that Tuesday, November 12, is the deadline to provide their Photo ID to the Voter Registrar.

"While the number of voters who need to cure the Photo ID requirement is less than 100, we want to provide the opportunity for every voter's vote to count. Department of Public Safety (DPS) personnel will be stationed in my office ready to help any voter who needs an Election Identification Certificate (EIC)," said County Clerk Stan Stanart, the Chief Election Officer of the county. "For convenience, after getting your Election Identification Certificate, you can go downstairs and present the Photo ID to the Voter Registrar."

The County Clerk's Elections Office is located in the Harris County Administration building, 1001 Preston, 4th floor. Election Identification Certificates are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is required for voting in person.

"The number of provisional ballots cast due to voters not presenting proper photo identification was very small. Over a quarter million voters participated in the election. Out of those, there are less than 100 that still need to provide an acceptable form of Photo ID," said Stanart. The Nov. 5th Election is the first state-wide election in which the photo ID requirements were in effect.

Voters are now required to provide one of the seven types of Photo IDs when voting in-person. The state approved photo identification for voting includes:

- Texas Driver License issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas Personal Identification Card issued by DPS
- Texas Concealed Handgun License issued by DPS
- United States Military Identification Card containing the person's photograph
- United States Citizenship Certificate containing the person's photograph
- United States Passport

With the exception of the U.S. Citizenship Certificate and some Military Identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place.

"If you are one of the affected voters who need to submit proper identification to the Voter Registrar, I encourage you to do it as soon as possible to ensure your ballot can be counted," concluded Stanart. Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm. DPS offices are closed on Veteran's Day, Monday, November 11th.

For more information, voters can call the Department of Public Safety at 512.424.2600 or the Harris County Clerk's Office at 713.755.6965.

###

Yue, Gee-Wey

**From:** Nichols, Kristina on behalf of Harris County Clerk
**Sent:** Monday, November 11, 2013 10:27 AM
**To:** Harris County Clerk
**Subject:** Press Release: Post-Election Photo ID Deadline Approaching



# STAN STANART
## COUNTY CLERK
*Recording the Major Events of Your Life*

For Immediate Release
November 11, 2013

Contact: hdeleon@cco.hctx.net
713.539.0114 or 713.274.9550

## DEADLINE TO CURE PHOTO ID REQUIREMENT APPROACHING
### Stanart encourages affected provisional voters to submit ID

Houston, TX – Harris County Clerk Stan Stanart reminds the voters who did not provide proper photo identification when voting in the November 5th Election that Tuesday, November 12, is the deadline to provide their Photo ID to the Voter Registrar.

"While the number of voters who need to cure the Photo ID requirement is less than 100, we want to provide the opportunity for every voter's vote to count. Department of Public Safety (DPS) personnel will be stationed in my office ready to help any voter who needs an Election Identification Certificate (EIC)," said County Clerk Stan Stanart, the Chief Election Officer of the county. "For convenience, after getting your Election Identification Certificate, you can go downstairs and present the Photo ID to the Voter Registrar."

The County Clerk's Elections Office is located in the Harris County Administration building, 1001 Preston, 4th floor. Election Identification Certificates are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is required for voting in person.

"The number of provisional ballots cast due to voters not presenting proper photo identification was very small. Over a quarter million voters participated in the election. Out of those, there are less than 100 that still need to provide an acceptable form of Photo ID," said Stanart. The Nov. 5th Election is the first state-wide election in which the photo ID requirements were in effect.

Voters are now required to provide one of the seven types of Photo IDs when voting in-person. The state approved photo identification for voting includes:

- Texas Driver License issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas Personal Identification Card issued by DPS
- Texas Concealed Handgun License issued by DPS
- United States Military Identification Card containing the person's photograph
- United States Citizenship Certificate containing the person's photograph
- United States Passport

With the exception of the U.S. Citizenship Certificate and some Military Identifications, the ID must be current or have expired no more than 60 days before being presented at the polling place.

"**If you are one of the affected voters who need to submit proper identification to the Voter Registrar, I encourage you to do it as soon as possible to ensure your ballot can be counted,**" **concluded Stanart.** Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm. DPS offices are closed on Veteran's Day, Monday, November 11th.

For more information, voters can call the Department of Public Safety at 512.424.2600 or the Harris County Clerk's Office at 713.755.6965.

###

HarrisCounty 010850