INTERIM/EXTENSION INDIANA - LEARNER PERMIT    EXPIRES: 02/08/2014

Donald M. Snemis,
Commissioner

## Valid for Driving Privileges and Voter Identification

DATE: 01/09/2014

MICHELLE ENOCH BESSIAKE

SEX: F

HEIGHT: 5-9    EYES: BRO
WEIGHT: 130   HAIR: BRO

RESTRICTIONS: NONE
ENDORSEMENTS: NONE
OPERATOR/BRANCH: RMR / #533 - INDPLS-MICHIGAN ROAD STARS
CONTROL NUMBER: 5516158

SIGNATURE:



2:13-cv-193
09/02/2014
DEF2198
LYV00000007
exhibitsticker.com

**CUSTOMER COPY**

---

**MIKE SULLIVAN**
Harris County Voter Registrar
713 368-2000
P.O. Box 3527
Houston, TX 77253-3527

Secretary of State's Office
Elections Division
1-800-252-VOTE (8683)

N14226464

FIRST CLASS
MAIL
PRESORTED
U.S. Postage
PAID
Permit #12026

**RETURN SERVICE REQUESTED**

---

**VOTER REGISTRATION CERTIFICATE**
(Certificado de Registro Electoral)
**HARRIS COUNTY** (Condado)

Cert No. (Num. de Cert.)   71909139

| VUID (VUID) | Gender (Sexo) | Valid from (Válido desde) |
|---|---|---|
| 1203885376 | F | 11/22/2013 |
| Year of Birth (Año de Nacimiento) | Prec. No. (Núm. Pcto.) | thru (hasta) |
|  | 0085 | 12/31/2013 |

| U.S. REP. (Rep. Federal) | STATE SEN. (Sen. Estatal) | STATE REP. (Rep. Estatal) | COMM. PREC. (Com. Pcto.) | JUSTICE PREC. (Just. Pcto.) | SCHOOL (Escuela) | CITY (Ciudad) |
|---|---|---|---|---|---|---|
| 18 | 13 | 147 | 1 | 07 | 001 | 061 |

Name and Mailing Address (Nombre y dirección de correo)

Name and Permanent Residence Address (Nombre y dirección residencial permanente)

**MICHELLE ENOCH BESSIAKE**

X 

VOTER MUST PERSONALLY SIGN HIS/HER NAME IMMEDIATELY UPON RECEIPT, IF ABLE.
(El votante debe firmar esta tarjeta personalmente al recibirla, si puede.)

Voted in the / (Votó en la elección primaria del partido político nombrado arriba)  Party Primary

MICHELLE ENOCH BESSIAKE



220

Highly Confidential