INTERIM/EXTENSION INDIANA - LEARNER PERMIT    EXPIRES: 02/08/2014    Donald M. Snemis, Commissioner

**Valid for Driving Privileges and Voter Identification**



DATE: 01/09/2014

MICHELLE ENOCH BESSIAKE

SEX: F

HEIGHT: 5-9  EYES: BRO
WEIGHT: 130  HAIR: BRO

RESTRICTIONS: NONE
ENDORSEMENTS: NONE
OPERATOR/BRANCH: RMR / #533 - INDPLS-MICHIGAN ROAD STARS
CONTROL NUMBER: 5516158

SIGNATURE: 



**CUSTOMER COPY**

MIKE SULLIVAN
Harris County Voter Registrar
713 368-2000
P.O. Box 3527
Houston, TX 77253-3527

Secretary of State's Office
Elections Division
1-800-252-VOTE (8683)

FIRST CLASS
MAIL
PRESORTED
U.S. Postage
PAID
Permit #12026

N14226464

**RETURN SERVICE REQUESTED**

| VOTER REGISTRATION CERTIFICATE (Certificado de Registro Electoral) HARRIS COUNTY (Condado) ||| | Cert No. (Num. de Cert.) | | | 71909139 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| VUID (VUID) | Gender (Sexo) | Valid from (Válido desde) | | U.S. REP. (Rep. Federal) | STATE SEN. (Sen. Estatal) | STATE REP. (Rep. Estatal) | COMM. PREC. (Com. Pcto.) | JUSTICE PREC. (Just. Pcto.) | SCHOOL (Escuela) | CITY (Ciudad) |
| 1203885376 | F | 11/22/2013 | | 18 | 13 | 147 | 1 | 07 | 001 | 061 |
| Year of Birth (Año de Nacimiento) | Prec. No. (Núm. Pcto.) | thru (hasta) ||||||||| 
|  | 0085 | 12/31/2013 ||||||||| 

Name and Mailing Address (Nombre y dirección de correo)

MICHELLE ENOCH BESSIAKE

Name and Permanent Residence Address (Nombre y dirección residencial permanente)

MICHELLE ENOCH BESSIAKE

X 

VOTER MUST PERSONALLY SIGN HIS/HER NAME IMMEDIATELY UPON RECEIPT, IF ABLE.
(El votante debe firmar esta tarjeta personalmente al recibirla, si puede.)



220

2:13-cv-193
09/02/2014
**DEF2199**

Highly Confidential    LYV00000008