

Highly Confidential
LYV00001198