# In-Person Voting with Photo Identification: Analysis of Votes Cast

## How many votes have been cast in Georgia elections with the photo ID law in place?

More than 14,630,000 votes have been cast in 35 state and federal elections in Georgia since September 2007 when photo ID was first required for in-person voting. (These figures do not include all municipal and county elections, which are administered locally.)

Additionally, the 2008 elections were the largest in Georgia's history, featuring record turnout among minority voters with the photo ID requirement in place. The following figures represent voter turnout statistics among Hispanic/Latino, African-American and White voters from the 2004 and 2008 General Elections.

| Voter Demographic | 2004 Total Number of Votes Cast | 2008 Total Number of Votes Cast | Percentage Increase in Votes Cast |
|---|---|---|---|
| Hispanic/Latino | 18,000 | 43,000 | 140% |
| African-American | 834,000 | 1.2 million | 42% |
| White | 2.3 million | 2.5 million | 8% |

2:13-cv-193
09/02/2014
DEF2246

NAACP-00001199
TSC00001199