**From:** Carrothers, Matthew [mcarrothers@sos.ga.gov]
**Sent:** Thursday, March 03, 2011 10:04 AM
**To:** Colby Beuck
**Cc:** Russo, Vincent
**Subject:** Request for additional statistics

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Colby,

Secretary Kemp's presentation on Georgia's photo ID requirement included a comparison of voter turnout by demographics for the 2004 and 2008 general elections, which were both presidential election years. A member of the Select Committee requested similar statistics for the 2006 and 2010 general elections, which Secretary Kemp did not have at the time.

Below are the additional figures requested by the Texas House of Representatives Select Committee on Voter Identification and Voter Fraud. They represent voter turnout by demographics for the 2006 and 2010 general elections, plus the percent increase over this time period. Please make these additional statistics available to the Select Committee, and please let Vince or I know if you or the Committee would like any additional materials.

<u>2006 General Election</u>
11,601 Hispanic votes
513,699 black votes
1,556,216 white votes

<u>2010 General Election</u>
19,320 Hispanic votes
740,997 black votes
1,738,521 white votes

<u>Percent increase in turnout from 2006 to 2010</u>
Hispanic voters: 66.5%
Black voters: 44.2%
White voters: 11.7%

------------------------------------------

Thanks,
Matt

Matt Carrothers
Director of Media Relations
Office of Secretary of State Brian P. Kemp
214 State Capitol
Atlanta, GA 30334
Office: 404-656-4269
Fax: 404-656-0513
mcarrothers@sos.ga.gov

2:13-cv-193
09/02/2014
**DEF2247**

NAACP-00003041
TSC00003041