From: "yannis_banks@yahoo.com" <yannis_banks@yahoo.com>
To: garybledsoe@sbcglobal.net; twoinch@embarqmail.com; hjefferson@protectorsinsurance.com
Sent: Sunday, February 1, 2009 4:39 PM
Subject: Fwd: [txelectionreform] Voter ID a Big Success!

-----Original Message-----
From: "Joy Authur" <joy_authur@yahoo.com>
Sent: Sun, 01 Feb 2009 14:37:59 Pacific Standard Time
To: "ElectionCoalition" <txelectionreform@yahoogroups.com>
Subject: [txelectionreform] Voter ID a Big Success!

http://online.wsj.com/article/SB123327839569631609.html#

Voter ID Was a Success in November

Turnout was higher in states that took a simple step to prevent fraud.

 By HANS VON SPAKOVSKY

Remember the storm that arose on the political left after the U.S. Supreme Court upheld the constitutionality of Indiana's voter ID law last April? According to the left, voter ID was a dastardly Republican plot to prevent Democrats from winning elections by suppressing the votes of minorities, particularly African-Americans.



AP

Voters at the polls in Georgia.

Since the election of Barack Obama, we haven't heard a word about such claims. On Jan. 14, the federal appeals

NAACP-00005441
TSC00005441

court in Atlanta upheld Georgia's voter ID law.

The reasons for the silence about alleged voter suppression is plain. In the first place, numerous academic studies show that voter ID had no effect on the turnout of voters in prior elections. The plaintiffs in every unsuccessful lawsuit filed against such state requirements could not produce a single individual who didn't either already have an ID or couldn't easily get one.

Second are the figures emerging from the November election. If what liberals claimed was true, Democratic voters in states with strict photo ID requirements would presumably have had a much more difficult time voting, and their turnout dampened in comparison to other states. Well, that myth can finally be laid to rest.

NAACP-00005442

TSC00005442