**DPS mobile stations processing Election Identification Certificates (EICs)**

Members of the media:

As the election approaches, Election Identification Certificates (EICs) will be available at mobile stations in Blanco County for Texans who do not already have an acceptable form of photo identification necessary to vote. The Texas Department of Public Safety appreciates your help in informing the public about EICs and these convenient mobile stations.

The schedule for EIC mobile stations in Blanco County is as follows:

Day, February ? - Day, February ? from 9a.m. – 4p.m.

Day, February ? - Day, February ? from 9a.m. – 4p.m.

| Location | Address |
| --- | --- |
| Blanco County<br>County Courthouse | Hollis W. Boatright<br>Blanco County Tax Assessor-Collector<br>Trinity Lutheran Church<br>703 N Main St.<br>Blanco, TX 78606<br>and<br>District Court Room #23 on 2nd Floor<br>101 E Pecan St.<br>Johnson City, TX 78636<br>830-868-7178<br>hollisboatright@yahoo.com |

For more information regarding EICs, including eligibility guidelines and necessary documentation, visit
http://www.txdps.state.tx.us/director_staff/media_and_communications/pr092413a.htm


2:13-cv-193
09/02/2014
DEF2250

TEX0566138