## Deterring Fraud

- Isn't it true that the purpose of this legislation is to deter and detect fraud?

- Did you know that in Crawford v. Marion (pg. 10), the Supreme Court of the United States quoted the Carter-Baker report by stating:

    "There is no evidence of *extensive* fraud in the U.S. election or of multiple voting, **but both occur**, and it could affect the outcome of a close election. The electoral system cannot inspire public confidence if no safeguards exit to deter or detect fraud or to confirm the identity of voters. Photo identification cards currently are needed to board a plane, enter federal buildings, and cash a check. Voting is equally important."?

- So voter fraud does exist? Did you know, since the last debate there have been instances of in-person voter fraud according to various news outlets? These are in addition to the reports of voter fraud we heard about in the last debate from both county and state agencies.

-

2:13-cv-193
09/02/2014
**DEF2252**

CONFIDENTIAL

LEG00000782