

# TOMMY WILLIAMS
Texas State Senator
District 4

Committees:
Finance, Chair
Administration
Open Government
State Affairs

For Immediate Release ~ 9.19.13
Contact: Gary Scharrer
512-463-0104

## Sen. Williams Reminds Voters of Identification Needed for Upcoming November Election

### DPS to open some offices on Saturdays to obtain applications

**THE WOODLANDS -** Texans will need valid photo identification to vote in the Nov. 5 election, and those without proper ID can get an Election Identification Certificate to ensure participation in our democracy, Sen. Tommy Williams, R-The Woodlands, said.

The Texas Department of Public Safety will open nearly 50 driver license offices across the state on Saturdays from 10 a.m. - 2 p.m. to help those without valid photo ID to obtain identification needed to vote.

Any Texan who needs an Election Identification Certificate also can visit any DPS driver's license office during normal, weekday business hours and apply.

"We want those people to visit a DPS office to get an Election ID Certificate if they don't already have an approved ID," Sen. Williams said.

The new Texas Voter ID law requires a voter to show one of the following identification forms at the polling station before the voter will be permitted to cast a ballot:

- More -



2:13-cv-193
09/02/2014
**DEF2253**

CONFIDENTIAL                                                    LEG00000790

- DPS-issued Texas driver license
- DPS-issued Texas Election Identification Certificate
- DPS-issued Texas personal identification card
- DPS-issued concealed handgun license
- United States military ID card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before presenting the card to the polling place official.

The DPS Saturday office hours will last through Nov. 2 and will be open only to process Election Identification Certificates. No other transactions will be conducted during those limited Saturday hours.

Residents of Senate District living in the greater Houston area 4 have several choices if they need to visit a DPS office on a Saturday between now and the constitutional amendment election to obtain an ID certificate. They are:

- Houston-Spring Mega Center
  4740 Spring Cypress, #100
  Spring, TX  77379
  (281) 517-1620

- Houston-East Office
  11039 East Freeway (I-10), #B
  Houston, TX  77029
  (713) 633-9872

- Humble Office
  7710 Will Clayton Pkwy
  Humble, TX 77338
  (281) 446-3391

- More -

- Baytown Office
  5420 Decker Dr.
  Baytown, TX 77520
  (281) 424-3669

Texans who apply for an Election Identification Certificate must visit a driver license office and complete the application. To qualify, an applicant must:

- Bring documentation verifying U.S. citizenship
- Bring documentation verifying their identity.
- Be eligible to vote in Texas. The applicant can bring a valid voter registration card or submit a voter registration application through the Texas Department of Public Safety while they are at the office.
- Be a Texas resident
- Be at least 17 years and 10 months.

There is no charge for the Election Identification Certificate, which will be valid for six years.

For more information on the requirements and process for obtaining an election certificate, go to:
http://www.txdps.state.tx.us/driverlicense/electionID.htm

For a complete list of all the DPS offices that will be open on Saturdays before the election, go to:
http://www.txdps.state.tx.us/DriverLicense/documents/openCtyofcs.pdf

"I encourage anyone who needs an Election ID Certificate to get one as soon as possible. Obtain the proper ID so you can participate in elections," Sen. Williams said. "It's one or our core rights as citizens in this great democracy. It's also a responsibility."

Early voting for the Constitutional Election starts on Oct. 21. Sen. Williams is an author of the proposition involving the states' future water supply. It's a critical issue affecting the state's future.

- More -

CONFIDENTIAL

LEG00000792

Sen. Williams ~ 9.19.13
Page Four of Four Pages

The photo ID requirements apply only for voters casting a ballot in person. Registered voters age 65 and older and those with a disability may vote by mail in any election.

*Senator Williams represents Senate District 4 covering all or portions of Montgomery, Chambers, Harris, Jefferson and Galveston Counties, and serves as Chairman of the Texas Senate Finance Committee and is a member of the Senate State Affairs, Open Government and Administration Committees.*

### ###

Beaumont Office:
P.O. Box 5819
Beaumont, Texas 77726-5819
(409) 896-2350

Capitol Office:
Room 1E.15
P.O. Box 12068
Austin, Texas 78711
(512) 463-0104
(888) 668-1227

The Woodlands Office:
P.O. Box 8069
The Woodlands, Texas 77387-8069
(281) 364-9426

CONFIDENTIAL

LEG00000793