

# Tommy Williams
Texas State Senator
District 4

Committees:
Administration, Chair
Finance
Education
International Relations & Trade

# NEWS RELEASE



2:13-cv-193
09/02/2014
**DEF2254**

FOR IMMEDIATE RELEASE
June 8, 2009
Contact: 281-364-9426

## State Senator Williams Proposes "Smile & Vote" Legislation

*Williams calls for voter approval of statewide "Smile & Vote constitutional amendment*

Texas State Senator Tommy Williams (R-The Woodlands) today proposed an alternative legislative solution to the hotly debated issue of photo voter ID. The **"Smile & Vote"** proposal would require election officials to photograph individuals who show up to vote without their voter registration card or a photo ID.

"I believe the **"Smile & Vote"** proposal addresses both the serious concerns of voter fraud and the US Department of Justice's concerns of not denying voter access," said Williams.

Williams' proposal would be put forward as a state constitutional amendment - thus requiring statewide voter approval on the matter.

"This proposal would have minimal cost," added Williams. "Texans strongly support ensuring the integrity of the ballot box, and they deserve the right to vote on it."

Under Williams' **"Smile & Vote"** proposal, all voters would be required to show either their voter registration card or photo proof of ID. Those without a voter registration card or photo ID would be photographed at the polling location. Voters not willing to be photographed would not be allowed to vote. All polling locations would be equipped with either digital cameras and/or laptop computers with cameras. Digital photos would be held by the respective county voter registration clerk for 6 years.

*Senator Williams represents Senate District 4 covering all or portions of Jefferson, Orange, Chambers, Liberty, Harris and Montgomery Counties. Williams serves as Chairman of the Senate Administration Committee and as a member of the Finance, Education, International Relations & Trade and State Preservation Board.*

Beaumont Office:
P.O. Box 5819
Beaumont, Texas 77726-5819
(409) 896-2350
Fax: (409) 896-2454

Capitol Office:
Room GE.7
P.O. Box 12068
Austin, Texas 78711
(512) 463-0104
(888) 668-1227
Fax: (512) 463-6373
Dial 711 for Relay Calls

The Woodlands Office:
P.O. Box 8069
The Woodlands, Texas 77387-8069
(281) 364-9426
Fax: (281) 364-9473

CONFIDENTIAL                                                                 LEG00000794