


**THE TIME FOR VOTER PHOTO ID HAS ARRIVED IN TEXAS!**

7 other States have already passed Photo Voter ID laws and the federal courts have upheld these laws as constitutional voter safeguards.

I believe everyone who is eligible to vote and registered to vote, should vote.

The right to vote is the foundation of our democracy, and is also our single most important civic duty as Americans and as Texans. It is, after all, what our service men and women have fought and died for going back to our country's birth.

Because the right to vote is so important, we must protect the integrity of the ballot box.

I have chosen this topic to be the subject of my inaugural 2009 State Senator Tommy Williams eNewsletter.

Many of you may have heard or read recently about my fight in the Texas Senate to ensure a vote on new legislation requiring a valid photo identification to vote. Currently a valid photo ID is required to board a plane, cash a check, and use your credit card. But a photo is NOT required when you exercise your most sacred right — the right to vote!

To those who say this change is meant to suppress voter turnout, I repeat, "everyone who is eligible to vote and registered to vote, should vote."

I believe we should encourage our citizens to register and exercise their right to vote on election day. We should also make provisions for the elderly and infirm to exercise their right to vote, and we must be vigilant to assure every vote is proper and legal.

If you agree with me that NOW is the time for a photo voter ID bill in Texas, please write a letter to the editor in your local newspaper. I'll be sure to keep you up-to-date on the progress of this issue.

Tommy

**STATE SENATOR WILLIAMS SERVES CHAMBERS, HARRIS, JEFFERSON, LIBERTY, MONTGOMERY & ORANGE COUNTIES.**

