

# TOMMY WILLIAMS
TEXAS STATE SENATOR
DISTRICT 4

COMMITTEES:

FINANCE
EDUCATION
SUBCOMMITTEE ON HIGHER EDUCATION
TRANSPORTATION AND HOMELAND SECURITY
STATE AFFAIRS, VICE CHAIR

For Immediate Release
Wednesday, January 14, 2009

Contact:   Jason Baxter    512-463-0104

## Public Statement from Tommy Williams State Senator, District 4

*Re: Comment on allowing a majority vote for State Senate floor debate on legislation requiring valid photo ID to vote.*

On behalf of the citizens of State Senate District 4, I strongly support requiring valid photo ID to vote.

Voter fraud is a bipartisan concern. Do Texans favor or oppose requiring voters to provide a **valid photo ID to vote**? The answer is "Yes" just as Texans want protection from other types of identity fraud. The Texas Senate feels it is imperative to address this concern with a "majority vote" special order allowing for State Senate consideration and floor debate during this regular session.

Concerns for allowing an orderly phase-in of the voter photo ID, especially with regard to addressing needs of seniors, will be addressed. Combating voter fraud by requiring voters to have valid photo IDs has been upheld as constitutional and a matter of state's rights per recent federal court rulings. Currently, seven states have voter photo ID requirements, including Florida, Michigan, Indiana, Louisiana, Georgia, and Hawaii. (Source: National Conference of State Legislatures)

Historical precedent for allowing majority vote issues that do not require 2/3rds support for debate have deep historical roots in the Texas State Senate. In recent times, majority vote rules have been invoked in regular and special sessions under Democrat State Senate majorities in 1971, 1972, 1973, 1975, 1977, 1978, 1981, 1984, 1985, 1986, 1987, 1989, 1990, 1992. And a majority vote requirement was invoked under Republican majority in the 2003 third called special session.

###

*approved*
*[signature]*
*1-14-09*

2:13-cv-193
09/02/2014
DEF2257

CAPITOL OFFICE:
ROOM GE.7
P.O. BOX 12068
AUSTIN, TEXAS 78711
(512) 463-0104
(888) 668-1227
FAX: (512) 463-6373
DIAL 711 FOR RELAY CALLS

THE WOODLANDS OFFICE:
P.O. BOX 8069
THE WOODLANDS, TEXAS 77387-8069
(281) 364-9426
FAX: (281) 364-9473

**CONFIDENTIAL**

LEG00000806