| | **INDIANA LAW** | **GEORGIA LAW** | **TEXAS - SB 14** | **TEXAS - CURRENT LAW** |
|---|---|---|---|---|
| **REQUIRED I.D.** | One photo ID:<br>• state or federal ID that includes name, photo, and expiration date (specific forms of ID not provided) | One photo ID:<br>• driver's license (even if expired)<br>• state or federal photo ID<br>• local, state, or federal govt employee photo ID<br>• U.S. passport<br>• military photo ID<br>• tribal photo ID | One photo ID:<br>• DPS-issued ID that has not expired<br>• military photo ID<br>• citizenship certificate with photo<br>• U.S. passport | voter registration card<br><br>- OR -<br><br>sign affidavit at polls **AND**<br>• DPS-issued ID (even if expired)<br>• any photo ID with name<br>• birth certificate<br>• citizenship papers<br>• U.S. passport<br>• govt-issued mail or document<br>• other ID prescribed by Sec of State |
| **EXCEPTIONS TO PHOTO REQUIREMENT** | • indigent<br>• religious objection<br>• voters in state-licensed care facility | none | none | (photo ID not required) |
| **PROVISIONAL BALLOT** | If no ID, voter may cast provisional ballot and may return within 10 days with ID for ballot to be counted. | If no ID, voter may cast provisional ballot and may return within 2 days with ID for ballot to be counted. | If no ID, voter may cast provisional ballot, and may return within 6 days with ID for ballot to be counted. | If no ID, voter may cast provisional ballot, and registrar must confirm eligibility within 7 days |
| **REQUIRED VOTER EDUCATION** | secretary of state conducts statewide education campaign for voters and poll workers | none | secretary of state conducts statewide education campaign for voters and poll workers | N/A |

*(The Indiana law was upheld by the Supreme Court and the Georgia law was upheld by the DOJ)*

2:13-cv-193
09/02/2014
**DEF2260**

CONFIDENTIAL

LEG00000813