

JIM LEITNER  
FIRST ASSISTANT

CRIMINAL JUSTICE CENTER  
1201 FRANKLIN, SUITE 600  
HOUSTON, TEXAS 77002-1901

**PATRICIA R. LYKOS**  
District Attorney  
Harris County, Texas

# FAX COVER SHEET

| TO: | Senator Joan Huffman |
|---|---|
| ATTENTION: | |
| FAX NUMBER: | (512) 463-0639 |

| FROM: | Patricia R. Lykos |
|---|---|
| TELEPHONE | (713)755-5810 |
| FAX NUMBER | (713)755-6867 |
| NUMBER OF PAGES (including cover sheet): | 4 |
| Date and Time Sent | March 10, 2009, 2:22 PM |
| REMARKS: | In response to your request, the attached information was complied by our Public Integrity Voter Fraud prosecution team. |

Telephone (713) 755 - 5800                                            Facsimile (713) 755 - 6865

**2:13-cv-193**  
**09/02/2014**  
**DEF2261**

CONFIDENTIAL                                                           LEG00000817

# VOTER FRAUD IN HARRIS COUNTY

Voter fraud is a serious problem in Harris County. Any solution to the voter fraud problem must respect the privacy of the vote, but steps can be taken to protect against voter fraud.

Prosecution of voter fraud cases is often hampered by the present system which does not facilitate proof that a particular person actually cast a ballot. The steps described below would enable more effective prosecution of voter fraud cases, and serve as a deterrent.

Every voter fraud case is a "who done it." Identity is an issue because anyone can claim to be a registered voter. Proof of identity requires putting a face with a name.

The **first step** to preventing voter fraud is requiring that a voter present a photo identification to a poll worker.

The **second step** to preventing voter fraud is to link the identified voter to the fact that a ballot was cast. That link could be a unique access code provided to the voter and recorded by the poll worker when the voter signs in to vote. The code would be used to confirm that a ballot was cast and a vote was registered.

The **third step** is to prohibit the admissibility of what that registered vote was. The fact alone that the vote was noted and collected in the election system should be statutorily sufficient to prove that a person voted.

### Election Fraud Complaints Received by the Harris County District Attorney's Office

| | |
|---|---|
| General Election November 2004 | 3,324 |
| Primary Election March 2008 | 1,502 |
| Total | 4,826 |

The Harris County Clerk is still compiling complaints concerning the November 2008 General Election.

CONFIDENTIAL