| | |
|---|---|
| **From:** | Bryan Hebert |
| **To:** | Amanda Montagne; Ryan LaRue_SC |
| **CC:** | Janice McCoy |
| **Sent:** | 1/24/2011 5:08:53 PM |
| **Subject:** | FW: examples of fraud |

I'd suggest reading the Carter-Baker quote on page 10 of *Crawford v. Marion County,* and mentioning in passing that in addition to the fraud recounted last time there are numerous media accounts of fraud since the last debate (see attached articles). The point is that there is fraud in the system and the state has an interest in deterring and detecting such fraud.

**Bryan Hebert**
Deputy General Counsel
Office of the Lieutenant Governor
512-463-0001

---

**From:** Bryan Hebert
**Sent:** Saturday, January 22, 2011 5:51 PM
**To:** Bryan Hebert
**Subject:** examples of fraud

Houston fraud
http://www.texaswatchdog.org/2010/08/thousands-of-voter-registrations-from-houston-votes-called/1282697584.story
and
http://www.foxnews.com/politics/2010/09/23/voter-fraud-houston-tea-party-truethevote-texas/


Valley fraud (mostly mail-ballot fraud)
http://www.themonitor.com/articles/rio-45868-seldom-south.html
and
http://www.brownsvilleherald.com/news/election-98126-progreso-grand.html
and
http://www.themonitor.com/articles/fraud-40148-charges-grande.html
and
http://www.texaswatchdog.org/2010/04/voter-fraud-persists-in-south-texas-as-enforcement-efforts-fail/1270496802.story


**Bryan Hebert**
Deputy General Counsel
Office of the Lieutenant Governor
512-463-0001


2:13-cv-193
09/02/2014
DEF2263