| | |
|---|---|
| **From:** | Jason Baxter |
| **To:** | Bryan Hebert; Amanda Montagne; Ryan LaRue_SC |
| **Sent:** | 1/24/2011 6:21:05 PM |
| **Subject:** | FW: Democrat's Invited Testimony List |

**From:** Jennifer Fagan
**Sent:** Monday, January 24, 2011 6:17 PM
**To:** Jason Baxter; Janice McCoy
**Subject:** Fwd: Democrat's Invited Testimony List

FYI

Sent from my iPhone. Please excuse any typos.

Begin forwarded message:

**From:** Amber Hausenfluck <Amber.Hausenfluck@senate.state.tx.us>
**Date:** January 24, 2011 5:57:46 PM CST
**To:** Jennifer Fagan <Jennifer.Fagan@senate.state.tx.us>
**Subject: Democrat's Invited Testimony List**

Hi Jennifer,

Below you will find the Democrat's invited testimony list.  Can you please provide me a copy of the Republican's invited testimony as soon as you receive it?

Democrat's Invited Testimony

1. Luis Figueroa, MALDEF (Mexican-American Legal Defense and Education Fund)

2. Gary Bledsoe, NAACP (National Association for the Advancement of Colored People)

3. Andrés Tijerina,, Ph.D., Professor of Texas History, Mexican-American History

4. Chase Bearden, Advocate for People With Disabilities. Appointed by Governor Perry to the Rehabilitation Council of Texas

2:13-cv-193
09/02/2014
DEF2264

CONFIDENTIAL                                                LEG00001733

5. Resource Witness: Department of Public Safety - we would request that a qualified spokesperson with DPS provide 4 maps and be prepared to answer questions related to:

a. Map of the State of Texas, with all drivers license locations marked

b. Map of the Houston Metro area, with all drivers license locations marked

c. Map of the Dallas-Fort Worth Metroplex, with all drivers license locations marked

d. Map of the San Antonio Metro area, with all drivers license locations marked

6. Greg Abbott, Attorney General of Texas

7. Ann McGeehan, Secretary of the State's office

Thanks,

Amber Hausenfluck
Deputy Legislative Director
Senator Van de Putte, R.Ph.
E1.610
512-463-0126
amber.hausenfluck@senate.state.tx.us

CONFIDENTIAL                                                                                   LEG00001734