| | |
|---|---|
| **From:** | Bryan Hebert |
| **To:** | Bryan Hebert; Jonathan Stinson; Amanda Montagne; Ryan LaRue_SC; Katie Ogden; Janice McCoy |
| **Sent:** | 1/24/2011 7:31:49 PM |
| **Subject:** | RE: University of Texas polling data on voter ID |

Here's details on who conducted those polls:
http://www.laits.utexas.edu/txp_media/pr/about.html

---

**From:** Bryan Hebert
**Sent:** Monday, January 24, 2011 7:30 PM
**To:** Jonathan Stinson; Amanda Montagne; Ryan LaRue_SC; Katie Ogden; Janice McCoy
**Subject:** University of Texas polling data on voter ID

**I think this info is important to get into the record tomorrow...**

http://texaspolitics.laits.utexas.edu/11_5_1.html

Respondents were asked: "Some people argue that requiring registered voters to present government-issued photo identification at the polls reduces voter fraud and does not place major obstacles on anyone who is legally entitled to vote. Other people argue that such a requirement has a negligible effect on voter fraud but places significant obstacles on elderly, low-income, disabled, and minority voters. Do you agree or disagree with the idea that registered voters should be required to present a government-issued photo id at the polls before they can be allowed to vote?"

**June 2009**

*Voter Identification*

So as to determine whether extensive media coverage of the legislative debate over a proposed voter identification requirement had changed public opinion on the issue, we re-asked the exact same question about the proposed requirement that was asked in the February-March poll, before the legislature extensively addressed the issue (please see the sub-section on the February-March poll below to find exact wording).

Results show that the legislative debate on the issue had no bearing on public opinion. As in the February-March poll, a large majority of respondents (70%) supported the requirement, and a small minority (17%) opposed it, with 14% of respondents registering no opinion.

**February-March 2009**

*Voter Identification*

In anticipation of debate over a proposed voter identification requirement in the 2009 state legislative session, a revised question on the subject (different from the one in the July 2008 poll) was asked in February-March 2009. The wording of the revised question was as follows:

"Some people argue that requiring registered voters to present government-issued photo identification at the polls reduces voter fraud and does not place major obstacles on anyone who is legally entitled to vote. Other people argue that such a requirement has a negligible effect on voter fraud but places significant obstacles on elderly, low-income, disabled, and minority voters. Do you agree or disagree with the idea that registered voters should be required to present a government-issued photo id at the polls before they can be allowed to vote? 1. Agree 2. Disagree 3. Don't know"

Results were quite similar to those of the July 2008 question, though the answer choices were different (see the July 2008 sub-section below for more on the July 2008 question). 69% of respondents agreed that voters should be required to produce a government-issued photo id to vote, 18% disagreed, and 13% answered don't know. It appears that public opinion on this issue is quite stable, with a large majority of Texans favoring a voter identification requirement no matter how the question is asked.

2:13-cv-193
09/02/2014
**DEF2265**

CONFIDENTIAL                                                                 LEG00001736

Views on Proposed Voter ID Requirement by Race (June 2009)



CONFIDENTIAL

LEG00001737