| | |
|---|---|
| **From:** | Bryan Hebert |
| **To:** | Jonathan Stinson; Ryan LaRue_SC; Amanda Montagne; Wroe Jackson; Janice McCoy; Jennifer Fagan |
| **Sent:** | 1/27/2011 10:32:31 AM |
| **Subject:** | SB14 floor amendments |
| **Attachments:** | VOTE-SB14-floor amendments.docx |

Attached is a summary of all of the SB14 amendments (I used a list from the Houston Chronicle, corrected it and cleaned it up). 41 amendments were proposed and 9 were adopted – 8 of which were sponsored or co-sponsored by Democrats. So, I'd say they had significant input into the bill.

I'm working on a summary of the substantive provisions of the bill (ie. "What the hell did we just pass???"). I'll have it out soon.

**Bryan Hebert**
Deputy General Counsel
Office of the Lieutenant Governor
512-463-0001



CONFIDENTIAL                        LEG00001751