| | |
|---|---|
| From: | DPS Government Relations |
| To: | DPS Government Relations |
| Sent: | 11/5/2013 11:46:21 AM |
| Subject: | DPS Providing Replacement Driver Licenses, ID Cards to Flood Victims |

2:13-cv-193
09/02/2014
**DEF2269**



FOR IMMEDIATE DISTRIBUTION  
November 5, 2013

PRESS RELEASE  
Media and Communications Office  
(512) 424-2080

# DPS Providing Replacement Driver Licenses, ID Cards to Flood Victims
*Texans also urged to monitor new storm system*

AUSTIN – The Texas Department of Public Safety (DPS) today announced that a DPS mobile disaster unit has been deployed to central Texas to issue replacement Texas driver licenses and replacement Texas identification (ID) cards to victims who lost those documents as a result of the severe storms and flooding that recently impacted that area of the state.

Replacement driver licenses and ID cards will be available from 8 a.m. – 5 p.m. today (Nov. 5) and Wednesday, Nov. 6, at the following location:

> **Dove Springs Recreation Center**
> **5801 Ainez Drive**
> **Austin, Texas 78744**
> *Mobile disaster unit located under a tent adjacent to the Recreation Center*

Storm victims are asked to bring any available documentation showing Texas residency and identification to obtain their replacement documentation. Individuals will be provided a receipt that will include their photograph and can be used for 45 days. The official card will be mailed to the address provided to DPS during the transaction and should arrive in approximately 10 days.

Heavy rains caused floods and water hazards across parts of central Texas last week, which led to road closures, school and business closings, damaged homes and multiple water rescues.

Additional rain is expected across Texas this week, which could lead to more flooding in areas of the state. Texans should use extra caution in low-lying areas prone to flooding. Keep the following tips in mind to stay safe:

- Monitor weather radios and news broadcasts for updated information on current and anticipated severe weather.
- Be cautious of any water on the road or near creeks, streams, storm drains, etc.
- Never attempt to cross flowing streams or drive across flooded roadways.
- Remember that dangerous waters can seem deceptively calm, and if you encounter flooding, move to higher ground.

CONFIDENTIAL     LEG00002316

- Keep in mind that flood dangers are more difficult to recognize at night.

### (HQ 2013-130)

CONFIDENTIAL                                                                                      LEG00002317