# Mexico's Voter Identification Card



1. Clave de Elector   2. Número de emisión   3. Número vertical ▶ (OCR)

Se mostrará la información de tu situación registral al: 15 de febrero de 2007.

➢ There are **71,351,585** citizens registered to vote with a valid voting ID-card.
➢ **94.5%** of all Mexican citizens who are eligible to vote are registered.
➢ **91.9%** have a voter ID-card.



Source: Instituto Federal Electoral, Mexico