| | |
|---|---|
| From: | Bell, Stephen |
| To: | Meade, Kevin; Smith, Timothy; Souder, Richard; Wilcox, Robert; Winkley, Salestus; Berkley, Johnnie; Hartline, Candice; Parker, Stanley; Patterson, Janet; Pitzer, Deborah; Carter, Thomas; Flores, Amelia; Ford, Carolyn; Guerra, Sylvia; Jones, Patricia; Alexander, Alan; Bergman, Kathy; Corbett, Melissa; Manning, Diann; Mulligan, Charlotte; Flores, Maria; Ramirez, Raquel; Silva, Samuel; Sarabia, Leticia; Barber, David; Valenzuela, Estella; Garcia, Pablo; Soto, Adriana; Valdez, Tomas; Carlsson, Lori; Hubbard, Barbara; Hunt, Regina; Wells, Charles; Garcia, Joseph; Gomez, Frances; Prince, Nancy; Spencer, Lillian |
| CC: | bobcole@kokefm.com; Myers, Bob; Cardenas, Lynne; Cardenas, Lynne; Watkins, Paul; Rodriguez, Tony; Mastracchio, JoeAnna; Gipson, Sheri; Peters, Joe |
| Sent: | 9/20/2013 3:22:36 PM |
| Subject: | Mobile Light EIC Units |

Regional Managers,

We are going to be required by the SoS office to deploy up to 25 Mobile Light EIC Units. This deployment (do not have a finalized list of sites) will occur throughout the State and probably effect every Region. We believe that we will be conducting training and initial distribution of the first 20 next Thursday (or Friday). This is a warning order to you be prepared to send an Assistant Manager and a Facilitator to Austin on that day for training and to pick up the units (if they are going to spend the night get their travel cards now). Stella, Tom and Sam you may want to consider sending both, your call. Regions with a Mega Center, Tony and I believe that it makes the most sense for the Mega Centers to be the ones to staff the mobiles so the AM and facilitator from each Mega would need to attend (Tom C that is both Megas). Again your call if you send someone else. More to follow on exact times and dates as we figure it out. Please send the names to Bob and Lynn in training.


v/r
Stephen W. Bell
Customer Operations Senior Manager– North and East
Driver License Division
Texas Department of Public Safety
stephen.bell@dps.texas.gov
512-550-7064 (C)
512-424-2768 (O)



*The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at:* http://www.survey.utexas.edu/txdps/

2:13-cv-193
09/02/2014
DEF2276

TEX0666680