**From:**          Tinsley, Anna [atinsley@star-telegram.com]
**Sent:**          Wednesday, September 14, 2011 3:40 PM
**To:**          Allison Castle
**Subject:**       Re: Media Request

Thanks so much. May I attribute this to you?
Anna


On Wed, Sep 14, 2011 at 3:34 PM, Allison Castle <allison.castle@governor.state.tx.us> wrote:
> Hi Anna - Voter ID was enacted to ensure the integrity of the ballot box, protecting the
most cherished right we enjoy as citizens and ensuring our elections are fair beyond
reproach. By applying to voting the same standard that is commonly applied in cashing a check
or applying for a library card, Voter ID can ensure an accurate reflection of the will of the
voters. Without confidence in our elections process, the rights of all voters are cast in
doubt.
>
> Thanks,
> Allison
>
> -----Original Message-----
> From: Tinsley, Anna [mailto:atinsley@star-telegram.com]
> Sent: Wednesday, September 14, 2011 10:29 AM
> To: Allison Castle
> Subject: Fwd: Media Request
>
> I was just wondering if I could get a comment about the letter
> National and local civil rights groups are releasing today to the
> Department of Justice, opposing pre-clearance of the Voter ID law.
> Here's an article that has run. The link to the letter is in there.
> http://www.politico.com/blogs/bensmith/0911/Civil_rights_groups_accuse
> _Perry_of_discrimination_on_voter_law.html
> Thanks so much for your help. Hope you are doing well.
> Anna M. Tinsley
> Senior Reporter
> Fort Worth Star-Telegram
> 817-390-7610
> follow @annatinsley on Twitter
>

2:13-cv-193
09/02/2014
**DEF2288**

1

TX_00024523

**Defendant's Exhibit #**
088      DE-000679

USA_00008473