| | |
|---|---|
| **From:** | Iselt, Jessica |
| **Sent:** | Tuesday, October 04, 2011 10:05 PM |
| **To:** | Davio, Rebecca |
| **Cc:** | Smith, Janie; Eck, Brittany; Terry, Michael; Gomez, Enrique; Martinez, Germaine; Bell, Stephen; Watkins, Paul |
| **Subject:** | Re: Q & A re: DL |

We met with IT this morning.
Here's the very high-level:
There were some concerns expressed with having time to deliver all requested items for December in December. That being said, there was consensus that it made sense to work the first 3 items in concert (election cert, disabled Vet, Vet. indicator).
Teresa will schedule a session to discuss high-level requirements for these items this week.
The team will then assess if we are clear for December or if there are concerns with meeting that target. If there's a risk to getting all 3 we could look at Election cert only, followed by a shorter cycle deployment to implement the other two. After we have those 3 planned, we'll then look at the other items on the list in priority order to determine which, if any, are feasible for December or have to be moved out.
I'll provide a verbal update Thursday in PRB. Let me know if anyone needs a more thorough explanation of today's discussion prior to.
Thanks

Jessica Iselt
Driver License Transformation Program Manager
Texas Department of Public Safety
Office:512.424.5818
Mobile:512.289.5082
Jessica.Iselt@dps.texas.gov

---

**From**: Iselt, Jessica
**Sent**: Monday, October 03, 2011 08:49 PM
**To**: Davio, Rebecca
**Cc**: Smith, Janie; Eck, Brittany; Terry, Michael; Gomez, Enrique; Martinez, Germaine; Bell, Stephen; Watkins, Paul
**Subject**: Re: Q & A re: DL

We are targeting to include Disabled Vet. and Veteran Indicator in the late December release with Election Certificate. We are discussing with the IT team tomorrow morning at 9 to get their initial feedback on that target. Will update you all on the discussion.
Thanks
Jessica Iselt
Driver License Transformation Program Manager
Texas Department of Public Safety
Office:512.424.5818
Mobile:512.289.5082
Jessica.Iselt@dps.texas.gov

---

**From**: Davio, Rebecca
**Sent**: Monday, October 03, 2011 08:42 PM
**To**: Iselt, Jessica
**Cc**: Smith, Janie; Eck, Brittany; Terry, Michael; Gomez, Enrique; Martinez, Germaine; Bell, Stephen; Watkins, Paul

1

2:13-cv-193
09/02/2014
**DEF2289**

**Defendant's Exhibit #**
192

TX_00215732

DE-001158

USA_00008952

**Subject**: RE: Q & A re: DL

What are the dates for the Veteran's bill implementations? We need to feed those to Amanda so we can complete the Rep Sheets briefing.

I'm good with acclerating the implementation of peace officers but I would like a written policy developed and something we can distribute to peace officers to explain the procedure before we implement.

**From**: Iselt, Jessica
**Sent**: Monday, October 03, 2011 8:21 PM
**To**: Davio, Rebecca
**Cc**: Smith, Janie; Eck, Brittany; Terry, Michael; Gomez, Enrique; Martinez, Germaine
**Subject**: Fw: Q & A re: DL

FYI
Mike, Janie, Brittany, Enrique and I met on the Legislative Implementation Plan this afternoon and plugged in target completes.
I'll be adding the bills to the Legislative Implementation group on the roadmap. As these are by default, must dos, we will perform an exception from the BRB process and go ahead and deem them approved (please let me know if we need to reconsider that approach).
Janie will coordinate non-DLS impact implementations; the DLS impact implementations will denote target DLS releases to be managed by an IT PM.
Germaine will review the updated roadmap and remove any duplicates that may have been part of the list the BRB has not reviewed yet.
One update: in speaking with Germaine on the alternative addresses for Peace Officers-we should not have to change DLS if the bill allows us to handle their addresses in the exact same way we handle judges. If that is the case do we want to pull that date in from December or leave it as targeted earlier? (Germaine, correct me if I misstated).
Pending ant unforseen urgent matters, I plan to get the updates onto the list and distributed by COB tomorrow.
Thanks,
Jessica

Jessica Iselt
Driver License Transformation Program Manager
Texas Department of Public Safety
Office:512.424.5818
Mobile:512.289.5082
Jessica.Iselt@dps.texas.gov

**From**: Arriaga, Amanda
**Sent**: Monday, October 03, 2011 09:54 AM
**To**: Davio, Rebecca; Terry, Michael; Watkins, Paul; Iselt, Jessica; Smith, Janie; Medrano, Paul
**Subject**: RE: Q & A re: DL

I think it's meant to be an in person briefing. He's from Dallas. I can check in and see when he'll be in town next.

**From**: Davio, Rebecca
**Sent**: Sunday, October 02, 2011 8:40 PM
**To**: Arriaga, Amanda; Terry, Michael; Watkins, Paul; Iselt, Jessica; Smith, Janie; Medrano, Paul
**Subject**: Re: Q & A re: DL

I think the responses, including your edits, are good.

We will finalize the implementation date for the 2 Veteran's items and be ready to brief him and/or his staff. Will this be

2

**Defendant's Exhibit #**
**192**

DE-001159

TX_00215733

USA_00008953

a phone briefing?

We will need to check with TFC to find out if we can share the names/locations of the DFW locations w/ Burnam w/o an open records request. PAUL Medrano--do you know this?

---

**From**: Arriaga, Amanda
**Sent**: Sunday, October 02, 2011 07:05 AM
**To**: Davio, Rebecca; Terry, Michael; Watkins, Paul
**Subject**: Q & A re: DL

All,

We received several positive responses thanking us for the email we sent out re: DL. We ended up sending to all Houston, DFW, SA area legislators and our oversight committee chairs. We also received many questions. To make sure we didn't miss any questions, here is the comprehensive list of questions, along with the answers I saw come in. A few answers need some additional information. For the others, let me know if these are good to send.

Thanks,
AAA

<u>From Sen. Gallegos:</u>

Q: Thanks for keeping us informed of the changes at DPS due to enacted legislation. I did want to let you know that Senator Gallegos is concerned that the 2 MegaCenters designated for the Houston area are in Ft. Bend County - Richmond and far north Harris County in Spring, neither location would be accessible to individuals who use public transit. Could you share with us all the criteria used in selecting the locations, and is this decision final? Thanks.

A: In January 2011, DL entered into a contract with Texas State University (TSU) to do a Business Intelligence Analysis of the present and future office locations for DL. TSU was asked to look at the population density as it presently existed, look ahead using census data, and recommend where new offices should be located based on the population growth of Texas. In the Houston Metropolitan area, their recommendations were to place two MegaCenters, offices defined as having 25 or more employees, in the Katy area and in the Spring area north of Houston. These locations were picked based on their computer modeling of the population growth anticipated in the major Houston Metropolitan area.

The Texas Facilities Commission was provided these recommendations, along with the corresponding zip codes, and asked to find facilities preferably in the optimal areas as identified in the attached map. The closest location the TFC could find near Katy was in Rosenberg. The location was evaluated based on 14 criteria in the attached checklist and received high scores. We believe the location will provide expanded customer service to the Katy area, the southwest section of the Houston Metropolitan area, and pull customers from the overcrowded offices of Gessner and other northwest area offices.

The Spring location, located at Spring Cypress Rd. and Kuykendahl Rd. was evaluated using the same criteria. The location checklist for this site is also included.

We would be happy to provide a briefing to Sen. Gallegos on the TSU analysis and the TFC selection criteria at his convenience.

<u>From Rep. Burnam:</u>

TX_00215734

**Defendant's Exhibit #**
192

DE-001160

USA_00008954

Q: The requests are that we provide Craig with the information from the Business Intelligence that told us where to locate the two DFW mega centers and the list of possibilities the Facilities Commission provided us for those two locations.

A: In January 2011, DL entered into a contract with Texas State University (TSU)to do a Business Intelligence Analysis of the present and future office locations for DL.  TSU was asked to look at the population density as it presently existed, look ahead using census data, and recommend where new offices should be located based on the population growth of Texas.  In the DFW area, their recommendations were to place two MegaCenters, offices defined as having 25 or more employees, in the _____ area.  These locations were picked based on their computer modeling of the population growth anticipated in the Metroplex area.

Need to provide the map of the DFW locations, similar to what we will provide to Sen. Gallegos about Houston. Also, I don't know if we have the list from TFC, or if they have to ask for it directly from them.

**From Rep. Patrick:**

Q:  What will replace the ID's with "temporary visitor" notation?  Will this be elsewhere on the ID or is the state eliminating ID's issued to temporary visitors?

A:  The Limited Term license effectively replaces the "Temporary Visitor" license.  The license is revised in the following manner:

These revisions include:
- Removal of all references to "Temporary Visitor" from the face of driver licenses and identification cards
- Modifying the expiration date of limited term driver licenses and identification cards to correspond to the expiration of customers lawful presence unless statute provides otherwise (i.e.; provisional driver licenses)
- Modifying the orientation of limited term licenses to a horizontal orientation, comparable to other driver licenses and identification cards, with the exception of Under 21 licenses

I think we also need to be specific that we have both limited term IDs and DLs. So, I recommend the first sentence of the answer be: Persons that previously held "temporary visitor" Identification cards will now receive a "limited term" identification card when it comes time for them to renew.

**From Rep. Sheets:**

Would like a briefing on DL issues this coming week. (Please note: he is actually interested in the status of the veteran's designation).

**From Rep. Bohac:**

Q: Thanks so much for passing this along.  I really appreciate you keeping us in the loop as we do get questions from constituents on these issues.  First question, what is a limited term driver's license?  Second, from what I understand we are now going to require proof of citizenship to get and renew a driver's license.  Is that correct?  What are the ways that will be accepted to prove that?  Any information that you could pass along would be great.  Thanks for your help.

A: The limited term driver license allows foreign residents in Texas who are in the United States lawfully to operate a motor vehicle.  The expiration date of the driver license corresponds to the expiration date of their lawful presence documents.

Yes, new applicants for a driver license or personal identification certificate are required to prove citizenship or lawful presence within the United States.   The following is required to prove identity including citizenship status:

4

TX_00215735

Defendant's Exhibit # 192

DE-001161

USA_00008955

# Identification Requirements for a Texas Driver License or Identification Card

**NOTE:** This page only outlines the **identification** requirements for receiving a Texas driver license or identification card. **You must still meet all other requirements** for a driver license or ID card. Additional documents may be required for other requirements.

A driver license is no longer used solely as authorization to drive. The driver license or identification cards are the nationally accepted forms of identification, and both are used daily to establish identity. Therefore, the Department has the responsibility to correctly determine an applicant's identity before issuing a driver license or identification card.

To satisfy the **identity verification requirement** for a Texas driver license or identification card, every applicant must present either one piece of:

**Primary Identification:**
These items are recorded governmental documents (United States, one of the fifty states, a United States territory, District of Columbia, or Canadian province).

| **Primary identification** |
| --- |
| **Must include full name, date of birth, and photo** |
| Accepted for identification without additional documentation |
| Texas driver  license (DL) or identification certificate (ID) with photo and within two years of expiration date |
| Unexpired United States passport book or passport card |
| United States Citizenship Certificate or Certificate of Naturalization with identifiable photo (N-560, N-561, N-645, N-550, N-55G, N-570 or N-578) |
| Unexpired DHS or USCIS document The document must contain verifiable data and identifiable photo. Examples include: <ul><li>US Citizen Identification Card (I-179 or I-197)</li><li>Permanent Resident Card (I-551)</li><li>Temporary I-551 (immigrant visa endorsed with adit stamp) and foreign passport</li><li>Temporary Resident Identification Card (I-688)</li><li>Employment Authorization Card (I-766)</li><li>U.S. Travel Document (I-327 or I-571)</li><li>Advance Parole Document (I-512 or I-512L)</li><li>I-94 stamped Sec. 208 Asylee with photo</li></ul> |

TX_00215736

**Defendant's Exhibit #**
**192**

DE-001162

USA_00008956

- I-94 stamped Sec. 207 Refugee with photo
- American Indian Card (I-872)
- Northern Mariana card (I-873)

Foreign Passport, visa (valid or expired), and Form I-94 with an undefined expiration date (e.g., duration of status).

Foreign Passport, visa (valid or expired) and Form I-94 with a defined expiration date.

Unexpired United States military ID card for active duty, reserve, or retired personnel with identifiable photo.

| **Secondary identification** |
|---|
| **Recorded governmental documents** <br> **(includes full name and date of birth)** |
| An applicant must present either: **two secondary documents** or **one secondary and two supporting documents** to establish identity |
| Original or certified copy of a **birth certificate** issued by the appropriate State Bureau of Vital Statistics or equivalent agency from a U.S. state, U.S. territory, the District of Columbia, or a Canadian province. A birth record issued by a hospital is not acceptable under this category. <br><br> Original or certified copy of **U.S. Dept. of State Certification of Birth Abroad** (issued to U. S. citizens born abroad) (Form FS-240, DS-1350, or FS-545) <br><br> Original or certified copy of **court order** with name and date of birth (DOB) indicating an official change of name and/or gender from a U.S. state, U.S. territory, the District of Columbia, or Canadian province. |

These items consist of other records or documents that aid examining personnel in establishing the identity of the applicant. The following items are not all inclusive. The examining or supervisory personnel may determine that an unlisted document meets the department's needs in establishing identity.

| **Supporting identification** |
|---|
| **Additional records and documents that** <br> **aid in establishing identity** |
| An applicant must present **one secondary and two supporting documents** to establish identity |
| **Social Security card** (actual card) |

TX_00215737

**Defendant's Exhibit #**     DE-001163
**192**

USA_00008957

**Forms W-2** or **1099**

**Numident record** from the Social Security Administration

**Temporary receipt for a Texas driver license or ID** (actual receipt)

**Driver license or ID** issued by another U.S. state, U.S. territory, the District of Columbia, or Canadian province (unexpired or within two years of the expiration date) (actual card) *

**Expired Texas driver license** or **ID** (expired more than two years) (actual card)

**School records*** (e.g., report cards, photo ID cards)

**Military records** (e.g., Form DD-214)

Unexpired **U.S. military dependant identification card** (actual card)

Original or certified copy of **marriage license** or **divorce decree** (U.S. jurisdiction or foreign jurisdiction – if the document is not in English, a certified translation must accompany it)

**Voter registration card** (actual card)*

**Pilot's license** (actual card)*

**Concealed handgun license** (actual card)*

**Professional license** issued by Texas state agency

**ID card** issued by government agency*

A valid **consular document** issued by a state or national government

**Texas Inmate ID card** or similar form of ID issued by TDCJ

TDCJ **parole or mandatory release certificate**

**Federal inmate identification card**

**Federal parole or release certificate**

**Medicare or Medicaid card** (actual card)

**Selective Service card** (actual card)

**Immunization records***

7

TX_00215738

Defendant's Exhibit #    DE-001164
192

USA_00008958

**Tribal membership card** from federally-recognized tribe

**Certificate of Degree of Indian Blood**

Unexpired **foreign passport**

**Insurance policy** (e.g., auto, home, life) (valid continuously for the past two years)

**Texas Vehicle title** (TRC §521.144)

Current **Texas vehicle registration**

Current Texas **boat registration or title**

**Veteran's Administration card** (actual card)

**Hospital issued birth record***

*This document must be issued by an institution, entity, or government from a U.S. state, U.S. territory, the District of Columbia, or Canadian province.

TX_00215739

**Defendant's Exhibit #**
192

DE-001165

USA_00008959