

# Texas Department of Public Safety
## Driver License Division

# Transforming the Driver License Experience

The Texas Department of Public Safety's (DPS) role in issuing driver licenses is one of the most customer-intensive functions of state government. DPS must address the needs of the entire cross section of the population of Texas, including issuing more than six million identification documents a year.

The issuance of driver licenses and other identification documentation is vital to the safety and security of our state. The Driver License Division of DPS legitimizes identities for the state of Texas by collecting and updating biographic and biometric data, issuing secure credentials, and maintaining driver records.

A driver license is more than a pass to operate a motor vehicle - it validates the identity and residence of Texans. Driver licenses and ID cards enable the holder to conduct business, access transportation, and receive government-funded services.

Through the Transformation, DPS is improving customer service while ensuring the security of state issued identification documents.

In order to meet current needs and prepare for the future needs of the state, the Texas Legislature appropriated $63 million in funds for the "Driver License Transformation."

## Population Boom + Additional Mandates = Service Gap



Texas has one of the largest and most rapidly growing economies in the nation and has experienced significant population growth. In the last decade, the population grew nearly 21%. However, the number of driver license employees did not. The result was in an inability to provide consistent, high-quality customer service and longer wait times.

Additional state and federal mandates added to transactions affect processing times and ultimately, longer wait times. Examples of these requirements include registration for organ donation, selective service, and voting.

## By eliminating the current service gap, DPS can reduce wait times and increase customer satisfaction.



2:13-cv-193
09/02/2014
DEF2291

TX_00251639

**Defendant's Exhibit #**
**233**

DE-001494

USA_00009267

# Finding the Solution: The Transformation

We are transforming every aspect of the driver license process to create a better way of doing business across Texas. We remain committed to driver safety and increasing the security of Texas ID documents to protect us from continuing threats. DPS is focused on making transactions easier for customers and strengthening security standards to make our identities and Texas safer.

Through the Transformation, DPS is taking a business approach – using data to drive decision making about improving our business process, increasing the number of employees and facilities, improving employee training and retention, communicating better with customers, and using advanced technologies and other labor saving efficiencies. The Transformation is an on-going commitment to improving efficiency, security, and customer satisfaction.

## The Driver License Transformation focuses on five key areas:

**Improving the Business Process**
Wait times for customers are a concern for us as well. DPS is examining each step customers take once they enter the doors of our offices until they receive their license or ID card. We're increasing efficiencies to reduce wait times, improve customer satisfaction, and meet the needs of Texas residents.

**Increasing Capacity**
Increasing capacity is the simplest component of the Transformation with the most complex implementation. With the additional funding, DPS will:
- Open six new mega centers to reduce congestion at neighboring offices
- Upgrading one existing mega center
- Hire 266 additional personnel to help more customers at once

These efficient, high-volume offices will be located in the most populous areas of the state. These locations were strategically selected based on a statistical analysis of population trends.

**Improving Employee Training and Retention**
The security of identification documentation in the state of Texas falls largely on DLD Customer Service Representatives.

Employee satisfaction leads to employee retention, which is a cost-savings priority for the DLD. To reduce costs associated with hiring new staff, DLD is improving the employee work environment to and creating better career paths.

**Communicating Better with Customers**
We want our customers to not only have the information, but to understand it as well. Therefore we are:
- Eliminating jargon
- Simplifying letters, web pages, and forms
- Improving signage in DLD offices

**Using Advanced Technologies**
With the additional funding, DPS is improving the quality of technologies used to provide customers more options for processing transactions or gain access to services whether in our offices or online, including:
- Accepting credit card payments
- Scheduling Class C driving tests online
- Improved our Customer Contact Center to respond to questions faster
- Offering online renewals

As we continue to implement new technologies, the amount of time our customers wait in line and the delivery time for receiving licenses or ID cards is being reduced. The average number of days it takes to receive a card in the mail is now less than ten days – down from nearly 45 days. We are also working to decrease in-office wait times to our goal of 30 minutes or less for most transactions.

We are also working to promote access to services online. More than 70% of those standing in line to renew a driver license or ID card are eligible to do so online. By increasing the use of online services we can cut the number of people standing in line.

*We are creating a faster, easier and friendlier driver license experience and a safer Texas.*

TX_00251640

**Defendant's Exhibit #
233**

DE-001495

USA_00009268