## ATTORNEY GENERAL OF TEXAS
### GREG ABBOTT

**To:** David Maxwell

**From:** Forrest Mitchell

**Date:** February 23, 2011

**Subject:** Election Violation Investigations
Legislative inquiry 2/10/2011

The OAG received a public information request on 2/10/2011 from Damien Brockmann as follows:
"...copies of case file documents for any pending criminal cases currently under investigation that summarize any referred complaints related to charges of in-person voter impersonation at a polling place."

Damien Brockmann
State Representative Rafael Anchia
damien.brockmann@house.state.tx.us"

Open cases identified - suspect identified:
Bexar County - Mary Comparin
Dallas County - Delores McMillian
Hidalgo County - Reyna Almanza, Lorenzo Almanza Jr.
Bexar County - Martinez, Santiago
Brazos County - To be determined

**Key Points Bexar County - Mary Comparin**
- This is an open and referred investigation.
- Suspect has five identities, has been voting multiple times since at least 2002.
- Suspect was detected by TDL image verification system..
- Suspect was arrested by warrant for illegal voting.

**Key Points Dallas County - Delores McMillian**
- This is an open and referred investigation.
- Two suspects were identified trying to vote using their relatives identities (both suspects were elections workers)

2:13-cv-193
09/02/2014
**DEF2292**

TX_00298868

Defendant's Exhibit #
270

DE-001687

USA_00009460

## A<span>TTORNEY</span> G<span>ENERAL OF</span> T<span>EXAS</span>
### GREG ABBOTT

- Conduct was reported by other elections workers.
- One suspect died during the investigation.
- The surviving suspect was arrested on a warrant for attempted illegal voting.

TX_00298869

**Defendant's Exhibit #**
270

DE-001688

USA_00009461

```
Document properties
-------------------------------------------------------------------
Attached Template:  Normal.dotm
Page count:  2
Paragraph count:  31
Line count:  52
Word count:  209
Character count (spaces excluded):  1209
Character count (spaces included):  1389
```

**Defendant's Exhibit #**
270

TX_00298870
DE-001689

USA_00009462