# Office of the Attorney General
## Criminal Investigations Division

# Calls For Service
# Detail Page

PO Box 12548
Austin, TX 78711

| Print Date : **02/10/2011** | CFS # **09-300664** |
|---|---|

| Date : **...** | Day : **...** | Time : **12:38:08** | Dispatcher ID : **FAM** | Agency : **OAG** |
|---|---|---|---|---|
| Beat : | Sector : | District : | Incident # | |

Address :

Location : **MULTIPLE PRIMARY, GENERAL  ELECTIONS**

City : **SAN ANTONIO**         County : **BEXAR**

### REPORTING PARTY INFORMATION

Name : **MILIKIEN, MARSHALL   / /**

Location : **TXDPS, DL OFFICE UNIVERSAL CITY**

Phone : **210    945-1910**              Requests Contact : **Y**

### RESPONSE  INFORMATION

| 1st Unit : | 2nd Unit : | Total Consumed Minutes of all associated Units : |
|---|---|---|
| Officer ID : | Officer ID : | |
| Dispatch Time : | Dispatch Time : | |
| Enroute Time : | Enroute Time : | |
| Arrive Time : | Arrive Time : | Dispatch ID : **FAM** |
| Clear Time : | Clear Time : | |

### CALL DETAILS

Call Type : **EV**          *Election Violation*                Priority :

Description :

This office received a call from the Driver's License Division of the Texas
Department of Public Safety. The RP is a Driver's License Trooper who is working on
an Image Verification System, and has identified a suspect who has assumed the
identity of her deceased sister for the purposes of voting. According to the RP, he
has learned that the suspect has voted in multiple primary, general, and special and
run off elections in 2009, 2008, 2007, 2006, and 2005. The suspect has also voted
using her own identity. This would constitute illegal voting, under impersonating a
deceased voter.  Furthermore, the suspect is also using a name variation, which has
allowed her to obtain an additional certificate, and may have voted using all 3
identities. This would constitute illegal voting, under voting in more than once in
an election. Suspect is using a post office mail box in San Antonion as an address.

Suspect Info:

Mary Ann Gerrish Singer DOB 1/23/1929

Deceased sister

Norma Collins Gerrish DOB 11/24/1925

Name variation

Mary Ann Comparin

> **2:13-cv-193**
> **09/02/2014**
> **DEF2293**

Printed By/On: FAM   / 02/10/2011 11:36:19
CrimeStar® Law Enforcement Records Management System
Licensed to: TX ATTORNEY GENERAL - AUSTIN



TX_00298871

**Defendant's Exhibit #**
271

DE-001690

USA_00009463

**WebPAS #384670**

Disposition :  *RFI*          ***Referred for Investigation***                                        EMD Code:

Comments :  ***DPS Lab to verify prints used, associated with multiple images/identies are the same***
***suspect. If verified, may request assistance. NFA until such time.***

***On August 10, 2009 Trooper Milikien email Lt. Guajardo a request for investigation for***
***the election violation of illegal voting linked to the subject of his identity theft***
***investigaiton.***

Printed By/On: FAM   / 02/10/2011 11:36:19
CrimeStar® Law Enforcement Records Management System
Licensed to: TX ATTORNEY GENERAL - AUSTIN



TX_00298872

**Defendant's Exhibit #**          DE-001691

271

USA_00009464