# GRAND JURY INDICTMENT

No. 10-03-10343-CR    Bond $ 5,000.00

## THE STATE OF TEXAS VS. LORENZO ANTONIO ALMANZA

Charge: 64.012 ILLEGAL VOTING 3rd Degree Felony

Court: 79th Judicial District Court

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

THE GRAND JURY, for the County of Brooks, State of Texas, duly selected, impaneled, sworn, charged, and organized at the February term, A.D., 2010, to inquire of offenses committed within the jurisdiction of the 79th Judicial District Court, Brooks County, Texas, upon their oaths present in and to said Court that:

**LORENZO ANTONIO ALMANZA**

#### COUNT I

on or about April 29, 2009, and before the presentment of this indictment, in the County of Hidalgo, State of Texas, did then and there knowingly impersonate another person and vote as the impersonated person, to wit: Orlando Almanza, in the May 2009 Progreso Independent School District Election;

#### COUNT II

on or about April 29, 2009, and before the presentment of this indictment, in the County of Hidalgo, State of Texas, did then and there knowingly vote more than once in the May 2009 Progreso Independent School District Election;

Against the peace and dignity of the State.

*Thelma Sanchez*
Foreperson of the Grand Jury

2:13-cv-193
09/02/2014
**DEF2294**

TX_00298884
DE-001693

Defendant's Exhibit # 273

USA_00009466

| | |
|---|---|
| COUNTY OF Brooks  THE STATE OF TEXAS | § I, NOE GUERRA, Clerk of the 79th District Court of Brooks County, Texas, do hereby certify that the within § and foregoing is a true and correct copy of the Original Bill of Indictment, filed in said Court on the 24th § day of March, A.D. 20 10, in Cause No. 10-03-10343-CR. Given under my § hand and the seal of said Court, at office in Falfurrias, Texas, this 24th day of March A.D. § 20 10. NOE GUERRA, CLERK By_____ Deputy |

TX_00298885

**Defendant's Exhibit #**
273

DE-001694

USA_00009467