## Hinesley, Barbara

**From:** Denise Davis [Denise.Davis@speaker.state.tx.us]
**Sent:** Friday, September 30, 2011 2:19 PM
**To:** Trumble, Rhonda
**Subject:** Re: Update on Driver License Matters

Thanks for the update!

Denise Davis
Sent from my iPhone

On Sep 30, 2011, at 2:03 PM, "Trumble, Rhonda" <Rhonda.Trumble@dps.texas.gov<mailto:Rhonda.Trumble@dps.texas.gov>> wrote:

Dear Denise,

At this week's Public Safety Commission meeting, the Commission received a presentation on several rules and other issues related to driver licenses. I wanted to provide you and Speaker Straus with a quick update on the status of these projects.

1.) Limited Term Driver Licenses – This week, the Department began issuing limited term driver licenses in accordance to the statutory changes made by Article 72 of Senate Bill 1, 82nd Texas Legislature, 1st Called Session. Rule changes were presented to the Commission to address the statutory changes. The rules were approved and will be published in the upcoming edition of the Texas Register and the public will have the opportunity to provide comments.

Additional information about limited term licenses:

·   The Department is providing training on the changes for all driver license personnel.

·   We have notified all state and local law enforcement on the design change for both driver licenses and identification cards to increase awareness.

·   The design changes include:

o   Removed all references to "Temporary Visitor" from the face of DLs/IDs

o   Modified the expiration date of limited term DLs/IDs to correspond to the expiration of customers lawful presence, unless statute provides otherwise

o   Updated the limited term licenses to a horizontal orientation, comparable to other DLs/IDs. The only DLs/IDs that will be vertical are the Under 21 licenses.

2.) Election Identification Certificate – Rule changes were also presented to the Commission regarding implementation of Senate Bill 14, 82nd Texas Legislature, as it applies to the issuance Election Identification Certificates (EIC). The rules were approved and they will be published in the upcoming edition of the Texas Register and the public will have the opportunity to provide comments.

1

EXHIBIT
US-733
Davis 6/14/12

TX_00004905

**Defendant's Exhibit #**     DE-005153
537

2:13-cv-193
09/02/2014
**DEF2298**

USA_00012613

Additional information about the election identification certificate:

- To preserve the integrity of the voting process and ensure the smoothest application process for customers, DPS will follow the same standards as for identifications cards.

- We anticipate that only a small volume of voters will apply for the EIC, as anyone who currently holds a driver license, identification card, concealed handgun license, passport, or military ID is not eligible to receive an EIC.

- DPS and the Secretary of State's office are working jointly to ensure there are no conflicts as we move toward implementation.

3.) Mega Centers - House Bill 1, Art. IX Sec. 18.07, 82nd Texas Legislature, included funding for DPS to open 6 MegaCenters in Texas to better serve our customers. DPS worked with the Texas Facilities Commission to find a location in the San Antonio Area. The location that has been selected is at the Corner of Huebner and Evers Streets. We were not able to find a location that was already built and able to give us a 10 year lease, so this location is a new build and the facility will be built specifically to suit our office needs.

If you or Speaker Straus would like any additional information on these, or any other Department issues, please feel free to contact me and I would be happy to schedule a briefing.

Sincerely,

DPS Government Relations

TX_00004906

**Defendant's Exhibit #**
537

DE-005154

USA_00012614