DPS HOME    SERVICES    EMPLOYMENT    ABOUT US



# New Driver License Mega Centers - A Faster Alternative

*Improving service to Texans with larger facilities and new technology, including a text message queuing system*

## Get in Line Before You Go

DPS offers a new way for customers visiting a driver license mega center to get in line using a text-enabled cell phone. (Restricted or blocked cell phone numbers will not work.) Customers get in the line online and then the system sends text alerts when their spot in line approaches.

Until then, customers are able to use their time to have lunch, run errands, or check tasks off their to-do list. This new system lets the customer know when it is time to head back to the driver license office. If a customer needs more time, they can send a text response to push their appointment time back.

Customers can get in line by using the corresponding links below on this website, or by calling the number listed for each office. *(When using the 'Get in Line Online' option, you must be physically present in the office prior to the posted closing time.)*

Customers who do not wish to use cell phone notification can go into the driver license office and request a paper ticket. The paper ticket will assign the customer a number, which will appear on the monitors inside the office when their turn is approaching.

**Mega Centers** with Get in Line Online are currently available at these locations: (Click on a location to get more information.)

### Austin-Pflugerville Mega Center

**Austin-Pflugerville Mega Center**
216 E. Wells Branch Parkway
Pflugerville, TX 78660
Call to get in line: (512) 486-2800

To schedule a road test only:
 Schedule a driving test online

For other services:
 Get in line online



Days and Hours Open:

2:13-cv-193
09/02/2014
**DEF2301**

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 7:30-6:00 | 7:30-6:00 | 7:30-6:00 | 7:30-6:00 | 7:30-5:00 |

**Don't forget**
You must have the necessary paperwork in order to process a transaction.

Put me in line > >

**Dallas-Garland Mega Center**

**Dallas-Garland Mega Center**
4445 Ste A Saturn RD
Garland, Texas 75041
Call to get in line: (214) 861-3700

To schedule a road test only:
 Schedule a driving test online

For other services:
Get in line online



Days and Hours Open:

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 7:30-6:00 | 7:30-6:00 | 7:30-6:00 | 7:30-6:00 | 7:30-5:00 |

**Don't forget**
You must have the necessary paperwork in order to process a transaction.

Put me in line > >

**Fort Worth Mega Center**

**Fort Worth Mega Center**
8301 Brentwood Stair Road
Fort Worth, Texas 76120
Call to get in line: (817) 285-1900

To schedule a road test only:
 Schedule a driving test online

For other services:
Get in line online



Days and Hours Open:

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 7:30-6:00 | 7:30-6:00 | 7:30-6:00 | 7:30-6:00 | 7:30-5:00 |

**Don't forget**
**You must have the necessary paperwork in order to process a transaction.**

Put me in line > >

### Houston-Rosenberg Mega Center

**Houston-Rosenberg Mega Center**
28000 SW Freeway, STE A
Rosenberg, Texas 77471
Call to get in line: (281) 517-1630

To schedule a road test only:
 Schedule a driving test online

For other services:
Get in line online



**Days and Hours Open:**

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 7:30-6:00 | 7:30-6:00 | 7:30-6:00 | 7:30-6:00 | 7:30-5:00 |

**Don't forget**
**You must have the necessary paperwork in order to process a transaction.**

Put me in line > >

### Houston-Spring Mega Center

**Houston-Spring Mega Center**
4740 Spring Cypress RD, STE 100
Spring, Texas 77379
Call to get in line: (281) 517-1620

To schedule a road test only:
Schedule a driving test online

For other services:
Get in line online



**Days and Hours Open:**

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 7:30-6:00 | 7:30-6:00 | 7:30-6:00 | 7:30-6:00 | 7:30-5:00 |

**Don't forget**
**You must have the necessary paperwork in order to process a transaction.**

Put me in line > >

Case 2:13-cv-00193   Document 792-1   Filed on 11/20/14 in TXSD   Page 4 of 5

**Driver License & ID Card**

Driver License Home
Renew
Change Address
Office Locations
Mega Centers
Customer Help Center

### San Antonio-Leon Valley Mega Center

**San Antonio-Leon Valley Mega Center**
7410 Huebner Road
San Antonio, Texas 78240
Call to get in line: (210) 531-1000
Fax: (210) 531-1009

To schedule a road test only:
📅 Schedule a driving test online

For other services:
🌐 Get in line online



**Days and Hours Open:**

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 7:30-6:00 | 7:30-6:00 | 7:30-6:00 | 7:30-6:00 | 7:30-5:00 |

**Don't forget**
You must have the necessary paperwork in order to process a transaction.

**Put me in line > >**

### Houston Gessner Mega Center

**Houston Gessner Mega Center**
12220 South Gessner
Houston, TX 77071-2831
Call to get in line: (713) 219-4100
To schedule a road test only:
📅 Schedule a driving test online

For other services:
🌐 Get in line online
or call to get in line using your phone: 713-581-2172



**Days and Hours Open:**

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 7:30-6:00 | 7:30-6:00 | 7:30-6:00 | 7:30-6:00 | 7:30-5:00 |

**Don't forget**
You must have the necessary paperwork in order to process a transaction.

**Put me in line > >**

Case 2:13-cv-00193   Document 792-1   Filed on 11/20/14 in TXSD   Page 5 of 5



| Accessibility | Site Policies | TRAIL | TSIEC | Report Fraud, Waste or Abuse | American Recovery and Reinvestment ACT |
| Outlook Web Access | ETA Time Entry | Texas Homeland Security | Public Information Act | Compact with Texans | Espanol |
| The Governor's Committee on People with Disabilities | Personnel Complaint Process (Espanol) | Customer Survey |
| Texas Veterans Portal | Texas Fusion Center Privacy Policy | texas.gov |

© 2000-2011 Texas Department of Public Safety.

USA_00013770