


# DRIVER LICENSE DIVISION

## The listed DL offices are open Saturdays 10am - 2pm until November 6th 2013 for Election Identification Certificates ONLY This card cannot be used for identification

Esta oficina estará abierta los sabádos de 10am - 2pm hasta el 6 de Noviembre de 2013
<u>SOLAMENTE</u> para Certificados de Elección Esta tarjeta no puede utilizarse como método identificación

**Dallas County**

Carrollton Office
2625 OLD DENTON RD. #464
Carrollton, TX 75007
972-245-5800

Cedar Hill Office
116 W. BELTLINE #2
Cedar Hill, TX 75104
469-272-9301

Dallas East Office
11411 E. NW HWY. #111
Dallas, TX 75218
214-553-0033

Dallas Southwest Office
5610 RED BIRD CNTR. DR. #500
Dallas, TX 75237
214-330-3958

Dallas-Garland Mega Center
4445-A SATURN ROAD
Garland, TX 75041
214-861-3700

Garland Office
350 W. I-30
Garland, TX 75043
214-861-2125

Grand Prairie Office
550 S. CARRIER PKWY. #570
Grand Prairie, TX 75051
972-264-6598

Irving Office
1003 W. 6TH STREET
Irving, TX 75060
972-253-4171

**Collin County**

McKinney Office
400 POWERHOUSE ST.
McKinney, TX 75071
214-733-5350

**Collin County**

Plano Office
2109 W. PARKER RD #224
Plano, TX 75023
972-867-4221

**Denton County**

Denton Office
820 N. LOOP 288
Denton, TX 76209
940-484-6666

Lewisville Office
190 N. VALLEY PKWY STE 201
Lewisville, TX 75067
972-221-8081

**Tarrant County**

Arlington Office
3901 W. ARKANSAS LN. #111
Arlington, TX 76016
817-274-1818

Fort Worth Mega Center
8301 BRENTWOOD STAIR ROAD
Fort Worth, TX  76120
817-285-1900

Fort Worth South Office
6413 WOODWAY DR.
Fort Worth, TX 76133
817-294-1075

Hurst Office
624 NE LOOP 820
Hurst, TX 76053
817-299-1426

Lake Worth Office
6316 LAKE WORTH BLVD.
Lake Worth, TX 76135
817-238-9197

**Harris County**

Houston-Dacoma Office
4545 DACOMA
Houston, TX 77092
713-683-0541

Houston-Gessner Mega Center
12220 S GESSNER
Houston, TX 77071
713-219-4100

Houston-Grant Road Office
10503 GRANT RD
Houston, TX 77070
281-890-5440

Houston-Vantage Parkway Office
15403 VANTAGE PKWY E., STE. 300
Houston, TX 77032
281-449-2685

Baytown Office
5420 DECKER DRIVE
Baytown, TX 77520
281-424-3669

Houston-East Office
11039 EAST FREEWAY (I-10), #B
Houston, TX 77029
713-633-9872

Humble Office
7710 WILL CLAYTON PKWY.
Humble, TX 77338
281-446-3391

2:13-cv-193
09/02/2014
**DEF2302**
exhibitsticker.com

USA_00013773

| Harris County | Nueces County | Bexar County |
|---|---|---|
| Pasadena Office<br>2783 RED BLUFF RD. #100<br>Pasadena, TX 77503<br>713-473-3232 | Corpus Christi Office<br>1922 S. PADRE ISLAND DR<br>Corpus Christi, TX 78416<br>361-698-5625 | San Antonio-Pat Booker Office<br>1633 PAT BOOKER RD.<br>Universal City, TX 78148<br>210-945-1900 |
| Houston-Spring Mega Center<br>4740 SPRING CYPRESS, #100<br>Spring, TX 77379<br>281-517-1620 | **El Paso County**<br><br>El Paso-Gateway Office<br>7300 GATEWAY EAST<br>El Paso, TX 79915<br>915-598-3487 | **Travis County**<br><br>Austin-Northwest Office<br>13730 RESEARCH BLVD.<br>Austin, TX 78750<br>512-506-2835 |
| Webster Office<br>111 TRISTAR DR.<br>Webster, TX 77598<br>281-486-8242 | El Paso-Hondo Pass Office<br>4505 HONDO PASS<br>El Paso, TX 79904<br>915-751-6455 | Austin-South Office<br>6425 SOUTH IH-35, #180<br>Austin, TX 78744<br>512-444-5241 |
| **Fort Bend County**<br><br>Houston-Rosenberg Mega Center<br>28000 SW FREEWAY, STE A<br>Rosenberg, TX 77471<br>281-517-1630 | El Paso-Northwestern Office<br>1854 NORTHWESTERN<br>El Paso, TX 79912<br>915-877-1647 | Austin-Pflugerville Mega Center<br>216 E. WELLS BRANCH PKWY<br>Pflugerville, TX 78660<br>512-486-2800 |
| **Hidalgo County**<br><br>Edinburg Office<br>1212 S 25TH STE B<br>Edinburg, TX 78542<br>956-383-3471 | El Paso-Scott Simpson Office<br>11612 SCOTT SIMPSON DR.<br>El Paso, TX 79936<br>915-849-4100 | **Bell County**<br><br>Killeen Office<br>302 PRIEST DR.<br>Killeen, TX 76541<br>512-424-2600 |
| Mission Office<br>722 N. BREYFOGLE STE A<br>Mission, TX 78572<br>956-205-7070 | **Bexar County**<br><br>San Antonio - Leon Valley Mega Center<br>7410 HUEBNER ROAD<br>Leon Valley, TX 78240<br>210-531-1000 | Temple Office<br>6612 SOUTH GENERAL BRUCE<br>Temple, TX 76502-5832<br>254-770-6734 |
| Weslaco Office<br>2525 N INTERNATIONAL BLVD<br>Weslaco, TX 78599<br>956-565-7200 | San Antonio-Babcock Office<br>1258 BABCOCK RD.<br>San Antonio, TX 78201<br>210-737-1911 | |
| **Cameron County**<br><br>Brownsville Office<br>2901 PAREDES LINE ROAD<br>Brownsville, TX 78525<br>956-983-1920 | San Antonio-General McMullen Office<br>1803 SOUTH GENERAL MCMULLEN<br>San Antonio, TX 78226<br>210-436-6611 | |
| Harlingen Office<br>1630 N 77 SUNSHINE STRIP<br>Harlingen, TX 78550<br>956-440-6725 | San Antonio Southeast Office<br>6502 S NEW BRAUNFELS AVENUE<br>San Antonio, TX 78223<br>210-531-2240 | |

**The listed DL offices are open Saturdays 10am - 2pm until November 6th 2013 for Election Identification Certificates ONLY This card cannot be used for identification**

Esta oficina estará abierta los sabádos de 10am - 2pm hasta el 6 de Noviembre de 2013
SOLAMENTE para Certificados de Elección Esta tarjeta no puede utilizarse como método identificación