DPS HOME    SERVICES    EMPLOYMENT    ABOUT US

Enter Text Below

Search DPS

### Driver License & ID Card

Driver License Home
Renew
Change Address
Office Locations
Mega Centers
Customer Help Center

## Election Identification Certificate (EIC)

Texas voters must show a photo ID to vote in elections in Texas, unless you are exempt (see "Exemptions" below).

If you do not have any of the following acceptable forms of ID, beginning June 26, 2013, you may apply for an Election Identification Certificate (EIC) at no charge. However, if you already have any of the following forms of ID, you are not eligible for an EIC:



- Texas driver license—unexpired or expired less than 60 days
- Texas identification card—unexpired or expired less than 60 days
- Texas concealed handgun license—unexpired or expired less than 60 days
- U.S. passport—unexpired or expired less than 60 days
- U.S. military identification with photo
- U.S. citizenship certificate with photo

### Exemptions

If you are voting by mail, you do not have to submit a photo ID.

If you have a documented disability, you may apply at your county voter registrar for a permanent exemption from the photo ID requirement. If approved, you will not need a photo ID to vote.

For more information on the types of exemptions available, please visit your county voter registrar or the Texas Secretary of State.

### Eligibility

To qualify for an EIC, you must be:

- Eligible to vote in Texas (show a valid voter registration card or submit a voter registration application to the Department of Public Safety)
- A U.S. citizen
- A Texas resident



2:13-cv-193
09/02/2014

**DEF2303**

exhibitsticker.com

USA_00013781

- 17 years and 10 months or older

**How to Apply**

To apply for an EIC, visit a driver license office and complete an Application for Texas Election Certificate (DL-14C). Please bring documentation with you to verify your:

- U.S. citizenship
- Identity

**Expiration and Use**

An EIC is valid for six years. There is no expiration date for certificates issued to citizens 70 years of age or older.

Election Identification Certificates may only be used to vote and do not replace a Texas driver license or ID card. In addition, an EIC will not be accepted to verify identity when applying for a Texas driver license or ID card.

**Statutory Authority**

The Texas Election Code 63.001(b) requires a photo ID in order to vote in Texas. The Texas Transportation Code, Chapter 521A and 37 Texas Administration Code, Sections 15.181-185, authorizes DPS to issue Election Identification Certificates.



| Accessibility | Site Policies | TRAIL | TSIEC | Report Fraud, Waste or Abuse | American Recovery and Reinvestment ACT |
| Outlook Web Access | ETA Time Entry | Texas Homeland Security | Public Information Act | Compact with Texans | Espanol |
| The Governor's Committee on People with Disabilities | Personnel Complaint Process (Espanol) | Customer Survey |
| Texas Veterans Portal | Texas Fusion Center Privacy Policy | texas.gov |

© 2000-2011 Texas Department of Public Safety.

USA_00013782