

DPS HOME        SERVICES        EMPLOYMENT        ABOUT US

Search DPS 🔍

**Payment Methods**

Driver license offices now accept credit cards, cash, checks, and money orders.

**ADA Accommodations**

Anyone with a disability defined by the Americans with Disabilities Act (ADA) who needs accommodation should contact, upon arrival, an employee for any assistance. ADA grievance procedures are located in the Texas Administrative Code.

**Central Customer Relations Center at 512-424-2600**

<< Back to Search

Click for Larger Map

**You have 5 location(s) to choose from- Please CLICK any TAB below:**



| San Antonio-Leon Valley Mega Center | San Antonio Babcock | San Antonio General McMullen |
| San Antonio South East | San Antonio Pat Booker | |

### San Antonio-Leon Valley Mega Center

Street Address
     7410 Huebner Road
     Leon Valley, TX 78240
General Information
     210-531-1000

📅 Schedule a driving test online

For other services:
     🌐 Get in line online

**Days And Hours Open:**

| Monday | Tuesday | Wednesday | Thursday | Friday |
|--------|---------|-----------|----------|--------|
| 7:30 -6:00 | 7:30 -6:00 | 7:30 -6:00 | 7:30 -6:00 | 7:30 -5:00 |

2:13-cv-193
09/02/2014

DEF2304

exhibitsticker.com

USA_00013828

Case 2:13-cv-00193   Document 792-4   Filed on 11/20/14 in TXSD   Page 2 of 2



**Note:**
Welcome to the new **Leon Valley-San Antonio Mega Center** - a faster alternative.

**\*\*PLEASE NOTE\*\***
All customers using the "Get in line online" option must be physically present in the office prior to the posted closing time. You may schedule a driving test appointment online, by visiting the office or walk in to check availability. Prescheduled customers have priority.

<< Back to Search



| Accessibility | Site Policies | TRAIL | TSIEC | Report Fraud, Waste or Abuse | American Recovery and Reinvestment ACT |
| Outlook Web Access | ETA Time Entry | Texas Homeland Security | Public Information Act | Compact with Texans | Espanol |
| The Governor's Committee on People with Disabilities | Personnel Complaint Process (Espanol) | Customer Survey |
| Texas Veterans Portal | Texas Fusion Center Privacy Policy | texas.gov |

© 2000-2011 Texas Department of Public Safety.

USA_00013829