Case 2:13-cv-00193   Document 792-5   Filed on 11/20/14 in TXSD   Page 1 of 2

DPS HOME        SERVICES        EMPLOYMENT        ABOUT US

Search DPS

**Payment Methods**

Driver license offices now accept credit cards, cash, checks, and money orders.

**ADA Accommodations**

Anyone with a disability defined by the Americans with Disabilities Act (ADA) who needs accommodation should contact, upon arrival, an employee for any assistance. ADA grievance procedures are located in the Texas Administrative Code.

**Central Customer Relations Center at 512-424-2600**

<< Back to Search



Click for Larger Map

**You have 8 location(s) to choose from- Please CLICK any TAB below:**

| Dallas-Garland Mega Center | Carrollton | Cedar Hill | Dallas East | Dallas Southwest | Garland |

| Grand Prairie | Irving |

### Dallas-Garland Mega Center

Street Address
    4445 Saturn RD, Ste A
    GARLAND, TX 75041
General Information
    214-861-3700

📅 Schedule a driving test online

For other services:
🕐 Get in line online

**Days And Hours Open:**

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 7:30 -6:00 | 7:30 -6:00 | 7:30 -6:00 | 7:30 -6:00 | 7:30 -5:00 |

2:13-cv-193
09/02/2014

**DEF2305**

USA_00013906

Case 2:13-cv-00193   Document 792-5   Filed on 11/20/14 in TXSD   Page 2 of 2



**Note:**
Welcome to the new **Dallas-Garland Mega Center** - a faster alternative.

**\*\*PLEASE NOTE\*\***
All customers using the "Get in line online" option must be physically present in the office prior to the posted closing time.

<< Back to Search



| Accessibility | Site Policies | TRAIL | TSIEC | Report Fraud, Waste or Abuse | American Recovery and Reinvestment ACT |
| Outlook Web Access | ETA Time Entry | Texas Homeland Security | Public Information Act | Compact with Texans | Espanol |
| The Governor's Committee on People with Disabilities | Personnel Complaint Process (Espanol) | Customer Survey |
| Texas Veterans Portal | Texas Fusion Center Privacy Policy | texas.gov |

© 2000-2011 Texas Department of Public Safety.

USA_00013907