

DPS HOME    SERVICES    EMPLOYMENT    ABOUT US

Search DPS

**Payment Methods**

Driver license offices now accept credit cards, cash, checks, and money orders.

**ADA Accommodations**

Anyone with a disability defined by the Americans with Disabilities Act (ADA) who needs accommodation should contact, upon arrival, an employee for any assistance. ADA grievance procedures are located in the Texas Administrative Code.

**Central Customer Relations Center at 512-424-2600**

<< Back to Search

Click for Larger Map

**You have 1 location(s) to choose from- Please CLICK any TAB below:**



Houston-Rosenberg Mega Center

### Houston-Rosenberg Mega Center

Street Address
　　28000 SW Freeway, STE A
　　Rosenberg, TX 77471
General Information
　　281-517-1630

📅 Schedule a driving test online

For other services:
　　🟠 Get in line online

**Days And Hours Open:**

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 7:30 -6:00 | 7:30 -6:00 | 7:30 -6:00 | 7:30 -6:00 | 7:30 -5:00 |

♿

2:13-cv-193
09/02/2014
**DEF2306**

> **Note:**
> Welcome to the new **Rosenberg Mega Center** - a faster alternative.
>
> \*\*PLEASE NOTE\*\*
> All customers using the "Get in line online" option must be physically present in the office prior to the posted closing time. You may schedule a driving test appointment online, by visiting the office or walk in to check availability. Prescheduled customers have priority.

<< Back to Search



| Accessibility | Site Policies | TRAIL | TSIEC | Report Fraud, Waste or Abuse | American Recovery and Reinvestment ACT |
| Outlook Web Access | ETA Time Entry | Texas Homeland Security | Public Information Act | Compact with Texans | Espanol |
| The Governor's Committee on People with Disabilities | Personnel Complaint Process (Espanol) | Customer Survey |
| Texas Veterans Portal | Texas Fusion Center Privacy Policy | texas.gov |

© 2000-2011 Texas Department of Public Safety.

USA_00013962