Case 2:13-cv-00193   Document 792-7   Filed on 11/20/14 in TXSD   Page 1 of 2

DPS HOME    SERVICES    EMPLOYMENT    ABOUT US

Search DPS

**Payment Methods**

Driver license offices now accept credit cards, cash, checks, and money orders.

**ADA Accommodations**

Anyone with a disability defined by the Americans with Disabilities Act (ADA) who needs accommodation should contact, upon arrival, an employee for any assistance. ADA grievance procedures are located in the Texas Administrative Code.

**Central Customer Relations Center at 512-424-2600**



4740 Spring Cypress Rd, Spring, TX, 77379

Click for Larger Map

<< Back to Search

**You have 12 location(s) to choose from- Please CLICK any TAB below:**

| Houston-Spring Mega Center | Baytown | Houston Dacoma | Houston East | Houston Grant Road |
| Houston Townhurst | Houston Vantage Parkway East | Houston Winkler | | |
| Houston-Gessner Mega Center | Humble | Pasadena | Webster | |

### Houston-Spring Mega Center

Street Address
  4740 Spring Cypress RD, STE 100
  Spring, TX 77379
General Information
  281-517-1620

📅 Schedule a driving test online

For other services:
  Get in line online

**Days And Hours Open:**

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 7:30 -6:00 | 7:30 -6:00 | 7:30 -6:00 | 7:30 -6:00 | 7:30 -5:00 |

2:13-cv-193
09/02/2014
**DEF2307**



**Note:**

Welcome to the new **Spring Mega Center** - a faster alternative.

**\*\*PLEASE NOTE\*\***
All customers using the "Get in line online" option must be physically present in the office prior to the posted closing time. You may schedule a driving test appointment online, by visiting the office or walk in to check availability. Prescheduled customers have priority.

<< Back to Search



| Accessibility | Site Policies | TRAIL | TSIEC | Report Fraud, Waste or Abuse | American Recovery and Reinvestment ACT |
| Outlook Web Access | ETA Time Entry | Texas Homeland Security | Public Information Act | Compact with Texans | Espanol |
| The Governor's Committee on People with Disabilities | Personnel Complaint Process (Espanol) | Customer Survey |
| Texas Veterans Portal | Texas Fusion Center Privacy Policy | texas.gov |

© 2000-2011 Texas Department of Public Safety.

USA_00013994