DPS HOME    SERVICES    EMPLOYMENT    ABOUT US

Search DPS

**Payment Methods**

Driver license offices now accept credit cards, cash, checks, and money orders.

**ADA Accommodations**

Anyone with a disability defined by the Americans with Disabilities Act (ADA) who needs accommodation should contact, upon arrival, an employee for any assistance. ADA grievance procedures are located in the Texas Administrative Code.

**Central Customer Relations Center at 512-424-2600**

<< Back to Search



Click for Larger Map

**You have 12 location(s) to choose from- Please CLICK any TAB below:**

| Houston-Spring Mega Center | Baytown | Houston Dacoma | Houston East | Houston Grant Road |
| Houston Townhurst | Houston Vantage Parkway East | Houston Winkler | | |
| Houston-Gessner Mega Center | Humble | Pasadena | Webster | |

### Houston-Gessner Mega Center

Street Address
  12220 South Gessner
  HOUSTON, TX 77071-2831
General Information
  713-219-4100

Schedule a driving test online

For other services:
  Get in line online

**Days And Hours Open:**

| Monday | Tuesday | Wednesday | Thursday | Friday |
|--------|---------|-----------|----------|--------|
| 7:30 -6:00 | 7:30 -6:00 | 7:30 -6:00 | 7:30 -6:00 | 7:30 -5:00 |

2:13-cv-193
09/02/2014
**DEF2308**



**Note:**
You may schedule a drive test appointment online or in person for this office. Prescheduled customers will have priority and there is no guarantee of a same day appointment.

**No drive tests conducted between 11:00 a.m. - 1:00 p.m.**

**Choose a faster alternative.** The Houston - Rosenberg Mega Center is open. 28000 Southwest Freeway, Suite A, Rosenberg, Texas 77471. **Get in line online** at the Rosenberg Mega Center.

**Schedule a drive test online** in Rosenberg.

<< Back to Search



| Accessibility | Site Policies | TRAIL | TSIEC | Report Fraud, Waste or Abuse | American Recovery and Reinvestment ACT |
| Outlook Web Access | ETA Time Entry | Texas Homeland Security | Public Information Act | Compact with Texans | Espanol |
| The Governor's Committee on People with Disabilities | Personnel Complaint Process (Espanol) | Customer Survey |
| Texas Veterans Portal | Texas Fusion Center Privacy Policy | texas.gov |

© 2000-2011 Texas Department of Public Safety.

USA_00013996