

**Notice:** Various applications including **SOSDirect** will be temporarily unavailable Friday, August 30 from 5:00 p.m. until 7:00 a.m. on Tuesday, September 3 due to scheduled building maintenance. The Texas Election Administration Management (TEAM) application will not be affected. We apologize for any inconvenience this may cause. Additionally, please note that the Office of the Texas Secretary of State will be closed Monday, September 2 in observance of Labor Day. The office will resume normal operating hours of 8:00 a.m. to 5:00 p.m. Tuesday, September 3.

**Notice:** Photo ID is now required to vote in person. To learn more about what it means to you please visit our press release and the photo identification section of VoteTexas.gov.

Note - Navigational menus along with other non-content related elements have been removed for your convenience. Thank you for visiting us online.

## Photo ID now required for voting in Texas

| Like | 179 | Tweet | 0 | | 0 | 2 |

June 25, 2013
**Contact:** Alicia Pierce
512/ 463-5770

**AUSTIN, TX –** Texas Secretary of State John Steen today announced that photo identification will now be required when voting in Texas elections. His announcement follows a decision Tuesday by the U.S. Supreme Court that cleared the way for photo ID requirements in Texas, originally passed by the Texas Legislature in 2011, to take effect.

"My office is committed to making sure Texans have all the information they need to vote, including what forms of identification they need now that photo ID requirements are in effect," said Secretary Steen.

A voter will be required to show one of the following forms of photo identification at the polling location before the voter will be permitted to cast a vote:

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented at the polling place.

Election identification certificates are now available only for voters who do not already have a required form of photo identification. There is no fee for the certificate. Information on how to obtain an election identification certificate can be found at www.dps.texas.gov. You may also contact DPS by telephone at (512) 424-2600.

To review frequently asked questions and answers, visit www.votetexas.gov.

2:13-cv-193
09/02/2014
**DEF2311**

http://sos.state.tx.us/about/newsreleases/2013/062513.shtml      8/28/2013

USA_00014261