# Photo ID required for Texas Voters

You must now present one of the following forms of photo ID when voting in person:

★ Texas driver license issued by the Texas Department of Public Safety (DPS)

★ Texas Election Identification Certificate issued by DPS

★ Texas personal identification card issued by DPS

★ Texas concealed handgun license issued by DPS

★ United States military identification card containing your photograph

★ United States citizenship certificate containing your photograph

★ United States passport

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented for voter qualification at the polling place.

**Exemptions** - Voters with a disability may apply with the county voter registrar for a **permanent exemption**. The application must contain written documentation from either the U.S. Social Security Administration evidencing he or she has been determined to have a disability, or from the U.S. Department of Veterans Affairs evidencing a disability rating of at least 50 percent. In addition, the applicant must state that he or she has no valid form of photo identification. Those who obtain a disability exemption will be allowed to vote by presenting a voter registration certificate reflecting the exemption. Please contact your voter registrar for more details.

Voters who have a consistent **religious objection** to being photographed and voters who do not have any valid form of photo identification as a result of certain natural disasters as declared by the President of the United States or the Texas Governor, may vote a provisional ballot, appear at the voter registrar's office within six (6) calendar days after election day, and sign an affidavit swearing to the religious objection or natural disaster, in order for your ballot to be counted. Please contact your county voter registrar for more details.





2:13-cv-193
09/02/2014
**DEF2312**

USA_00014264