# TEXAS SECRETARY of STATE
## JOHN STEEN

**Notice:** Various applications including **SOSDirect** will be temporarily unavailable Friday, August 30 from 5:00 p.m. until 7:00 a.m. on Tuesday, September 3 due to scheduled building maintenance. The Texas Election Administration Management (TEAM) application will not be affected. We apologize for any inconvenience this may cause. Additionally, please note that the Office of the Texas Secretary of State will be closed Monday, September 2 in observance of Labor Day. The office will resume normal operating hours of 8:00 a.m. to 5:00 p.m. Tuesday, September 3.

---

**Notice:** Photo ID is now required to vote in person. To learn more about what it means to you please visit our press release and the photo identification section of VoteTexas.gov.

---

Note - Navigational menus along with other non-content related elements have been removed for your convenience. Thank you for visiting us online.

# About the Elections Division

En Español





- Template Press Release (English) (Spanish)
- Informational Flier (English)
  8.5x11 | 8.5x14 | 11x17 | 24x36
- Informational Flier (Spanish)
  8.5x11 | 8.5x14 | 11x17 | 24x36
- Forms
- Seminar Presentations

### VOTETEXAS.GOV
POWERED BY THE TEXAS SECRETARY OF STATE

From upcoming election information to registering to vote, **VoteTexas.gov** makes sure you count.

- New Photo ID Requirements
- Am I Registered to Vote?
- How to Register to Vote

### November 5, 2013 Constitutional Amendment Election

- Proclamation (PDF)
- New Ballot Language *(certified ballot language coming soon)*

### November 5, 2013 Special Election - Texas State House District No. 50

- Proclamation (PDF)

### Election and Candidate Information

- New November 5, 2013 Election Law Calendar
- New March 4, 2014 Primary Election Calendar
- New Election Law Opinion JS-1: Process for Addressing Identical Joint Resolutions (PDF)
- Important 2013 Election Dates
- Important 2014 Primary Election Dates

2:13-cv-193
09/02/2014
**DEF2313**

- Military/Overseas Voters
- Student Voters
- Voters With Special Needs
- Early Voting
- FAQ

The Secretary of State is the chief election officer for the State of Texas. The Secretary of State's **Elections Division** provides assistance and advice to election officials on the proper conduct of elections. This includes hosting seminars and elections schools, providing calendars, ballot certification, primary election funding, and legal interpretations of election laws to election officials. We also provide assistance to the general public on voter registration and other election issues through our 1-800 toll-free number, 1-800-252-VOTE (8683), and via the Internet.

The Elections Division administers and maintains the Texas Election Administration Management (TEAM) System, which is an online, HAVA compliant, voter registration application designed for county officials to maintain accurate and efficient voter registration rolls. Currently, over 200 counties utilize the TEAM application to maintain their daily voter registration requirements. The remaining counties comply with current state and HAVA requirements by updating the state database on a daily basis through a file transfer.

**Note:** Free software such as Adobe® Acrobat Reader 6.0 or higher may be required in order to view PDF files included on this page.