SmartTXVoter Mobile App for Android and iPhone (/app) | Photo ID is now required to vote in person. To learn more about what it means to you pl...

CONTACT (HTTP://VOTETEXAS.GOV/CONTACT/) | EN ESPAÑOL (HTTP://VOTETEXAS.GOV/ES/VOTACION/)



REGISTER TO VOTE (HTTP://VOTETEXAS.GOV/REGISTER-TO-VOTE/) | WHO, WHAT, WHERE, WHEN, HOW (HTTP://VOTETEXAS.GOV/VOTING/) | MILITARY & OVERSEAS VOTERS (HTTP://VOTETEXAS.GOV/...) | VOTERS WITH SPECIAL NEEDS (HTTP://VOTETEXAS.GOV/...) | YOUR RIGHTS (HTTP://VOTETEXAS.GOV/YOUR-RIGHTS/) | FAQ (HTTP://VOTETEXAS.GOV/FAQ/) | RESOURCES (HTTP://VOTETEXAS.GOV/RESOURCES/)

 (/remind)

## VOTING

Who (/voting/who)

When (/voting/when)

Where (/voting/where)

How (/voting/how)

What (/voting/what)

 **WHO**

ID Voter | Voters with Special Needs | Students | Military and Overseas Voters | Volunteer Deputy Registrar (http://www.sos.state.tx.us/elections/pamphlets/deputy.shtml) | Student Election Clerks | Student Clerk FAQ'S

**ID Voter**

Step One: Register!

Pick up a voter registration application at your library, any government office, or download one from this site. Mail your completed application to the Voter Registrar (http://www.sos.state.tx.us/elections/voter/votregduties.shtml) in your county. Upon acceptance, your voter registration will be effective 30 days from registration.

Step Two: Where, when, and how to vote.

You'll be mailed a voter registration certificate or card with your name, address, and the number of the precinct in which you'll vote. (A precinct is a geographic area in your county.) Check your local newspaper on the Saturday before the election for the address of the polling place for your precinct and, on election day, arrive there between 7 a.m. and 7 p.m. to cast your ballot. Unless you are a voter with a permanent exemption on your voter registration certificate, show your approved form of photo I.D. (/register-to-vote/need-id) to the election official. Depending on the type of voting machine they use, they'll provide you with a paper ballot or, for an electronic voting machine, a number or ballot activator card that enables you to vote on the machine. Easy, right?

To make the voting process even easier, we urge you to look over the sections Early Voting (/voting/when), Voter with special needs, and Your Rights. (/your-rights/)

**Voters with Special Needs**

**Students**

**Military and Overseas Voters**

**Volunteer Deputy Registrar** (http://www.sos.state.tx.us/elections/pamphlets/deputy.shtml)

**Student Election Clerks**

**Student Clerk FAQ'S**

---

**Not Registered?**

To vote in Texas, you must be registered. Simply pick up a voter registration application (http://www.sos.state.tx.us/elections/voter/reqvr.shtml), fill it out, and mail it at least 30 days before the election date.
MORE ABOUT REGISTRATION > (http://votetexas.gov/register-to-vote/)

**Remind your friends to vote**

Spread the word, share important election information with your friends and family!
MORE ABOUT REMINDING > (http://votetexas.gov/remind/)

**Voting is easy, so is getting the facts**

Texans must show an approved photo ID when voting in person.
MORE ABOUT PHOTO ID > (http://votetexas.gov/register-to-vote/need-id/)

Home (/) | Register to Vote (http://votetexas.gov/register-to-vote/) | Who, What, Where, When, How (http://votetexas.gov/voting/) | Military & Overseas Voters (http://votetexas.gov/military-overseas-voters/) | Voters With Special Needs (http://votetexas.gov/voters-with-special-needs/) | Your Rights (http://votetexas.gov/your-rights/) | FAQ (http://votetexas.gov/faq/) | Resources (http://votetexas.gov/resources/)

(800) 252-VOTE   www.sos.state.tx.us (http://www.sos.state.tx.us)

Switch to our mobile site (http://votetexas.gov/voting/?wpmp_switcher=mobile)



2:13-cv-193
09/02/2014
**DEF2316**