oid and iPhone (/app)    Photo ID is now required to vote in person. To learn more about what it means to you please visit our press release and the

CONTACT (HTTP://VOTETEXAS.GOV/CONTACT/)
|
EN ESPAÑOL (HTTP://VOTETEXAS.GOV/RECURSOS/FOLLETOS-EDUCATIVOS-SOBRE-IDENTIFICACION-CON-FOTO/)

REGISTER TO VOTE (HTTP://VOTETEXAS.GOV/REGISTER-TO-VOTE/)

WHO, WHAT, WHERE, WHEN, HOW (HTTP://VOTETEXAS...)

MILITARY & OVERSEAS VOTERS (HTTP://VOTETEXAS...)

VOTERS WITH SPECIAL NEEDS (HTTP://VOTETEXAS...)

YOUR RIGHTS (HTTP://VOTETEXAS.GOV/YOUR-RIGHTS/)

FAQ (HTTP://VOTETEXAS...)

RESOURCES (HTTP://VOTETEXAS...)

(/remind)

Like 0    Tweet 0    0

### Resources

**Military & Overseas Voters** (/resources/military-overseas-voters)

**Photo ID Education Materials** (/resources/photo-id-education-materials)

**Informational Pamphlets** (/resources/pamphlets)

**Promoting VoteTexas.gov** (/resources/promoting-votetexas-gov)

**Other Links of Interest** (/resources/learn-more-about-voting)

## Photo ID Education Materials

### Materials on Photo ID

- Photo ID Template Press Release (/wp-content/uploads/2013/07/CountyPhotoIDtemplate.doc) (Word)
- VoteTexas.gov 8.5X11 Photo ID Informational Flier (/wp-content/uploads/2013/07/VoteTexas-8.5x11.pdf) (PDF)
- VoteTexas.gov 8.5X14 Photo ID Informational Flier (/wp-content/uploads/2013/07/VoteTexas-8.5x14.pdf) (PDF)
- VoteTexas.gov 11X17 Photo ID Informational Flier (/wp-content/uploads/2013/08/VoteTexas-11x17.pdf) (PDF)
- VoteTexas.gov 24X36 Photo ID Informational Flier (/wp-content/uploads/2013/08/VoteTexas-24x36.pdf) (PDF)

 (http://www.votetexas.gov/wp-content/uploads/2013/07/photo-id-90x90.png)

To use this button image, copy and paste the code below into your site:

```
<a href="http://www.votetexas.gov/"><img src="http://www.votetexas.gov/wp-content/uploads/2013/07/photo-id-90x90.png" alt="Photo ID FAQs" width="90" height="90" /></a>
```

**Not Registered?**

To vote in Texas, you must be registered. Simply pick up a voter registration application (http://www.sos.state.tx.us/elections/voter/reqvr.shtml), fill it out, and mail it at least 30 days before the election date.
MORE ABOUT REGISTRATION > (http://votetexas.gov/register-to-vote/)

**Remind your friends to vote**

Spread the word, share important election information with your friends and family!
MORE ABOUT REMINDING > (http://votetexas.gov/remind/)

**Voting is easy, so is getting the facts**

Texans must show an approved photo ID when voting in person.
MORE ABOUT PHOTO ID > (http://votetexas.gov/register-to-vote/need-id/)

Home (/) | Register to Vote (http://votetexas.gov/register-to-vote/) | Who, What, Where, When, How (http://votetexas.gov/voting/) | Military & Overseas Voters (http://votetexas.gov/military-overseas-voters/) | Voters With Special Needs (http://votetexas.gov/voters-with-special-needs/) | Your Rights (http://votetexas.gov/your-rights/ | FAQ (http://votetexas.gov/faq/) | Resources (http://votetexas.gov/resources/)

(800) 252-VOTE    www.sos.state.tx.us (http://www.sos.state.tx.us)

Switch to our mobile site (http://votetexas.gov/resources/photo-id-education-materials?wpmp_switcher=mobile)

2:13-cv-193
09/02/2014
**DEF2317**

http://votetexas.gov/resources/photo-id-education-materials                                                             8/28/2013

USA_00014357