For immediate release: (Date) For more information contact (name, phone)

# (County name) reminds voters photo ID is required

**(City,)TX** – (County name) (title) (name of election official) reminds voters that photo identification will now be required for voting in person

"In (County name) we are working to make sure our voters understand the new ID requirements and have all the information they need to cast their ballots," said (election official last name).

A voter will be required to show one of the following forms of photo identification at the polling location before the voter will be permitted to cast a vote:

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented at the polling place.

This photo ID requirement is for voters casting a ballot in person, not by mail. Voters age 65 and older may vote by mail.

Election officials are encouraging voters to update their voter registrations to reflect the names on their IDs. Voters may use IDs that do not exactly match the name on their IDs if the names are substantially similar but will have to sign an affidavit stating they are the same person. Voters may look up their registration at votetexas.gov and if their name is not an exact match they can update their voter registration online at votetexas.gov.

"By preparing now, voters can help make sure voting goes smoothly when it comes time for the election," said (last name of official).

To check and update their registrations, voters can visit (direct to VoteTexas.gov or county's election website) or call (phone number) for more information.

For more information about photo ID requirements including exemptions, visit www.votetexas.gov.

Information on how to obtain an election identification certificate if you do not have another form can be found at www.dps.texas.gov.

###



2:13-cv-193
09/02/2014
**DEF2318**

USA_00014358