<Voter Mobile App for Android and iPhone (/app)   Photo ID is now required to vote in person. To learn more about what it means to you please visit   CONTACT (HTTP://VOTETEXAS.GOV/CONTACT/) | EN ESPAÑOL (HTTP://VOTETEXAS.GOV/ES/)

REGISTER TO VOTE (HTTP://VOTETEXAS.GOV/REGISTER-TO-VOTE/)   WHO, WHAT, WHERE, WHEN, HOW (HTTP://VOTETEXAS.GOV/VOTING/)   MILITARY & OVERSEAS VOTERS (HTTP://VOTETEXAS.GOV/MILITARY-OVERSEAS-VOTERS/)   VOTERS WITH SPECIAL NEEDS (HTTP://VOTETEXAS.GOV/VOTERS-WITH-SPECIAL-NEEDS/)   YOUR RIGHTS (HTTP://VOTETEXAS.GOV/YOUR-RIGHTS/)   FAQ (HTTP://VOTETEXAS.GOV/FAQ/)   RESOURCES (HTTP://VOTETEXAS.GOV/RESOURCES/)

(/remind)

**KEY REGISTRATION AND VOTING DATES**

## What do you want to know about voting?

Thank you for visiting VoteTexas.gov, the one-stop resource for voter information.

*John Steen*

Days   Hours   Minutes   Seconds

**5 NOV**   **NOVEMBER UNIFORM ELECTION DATE**
The November uniform election will take place on Tuesday, November 5, 2013. Eligible Texans who are not registered to vote must register by October 7, 2013 to vote in the November 5, 2013 election. The early voting period is October 21 – November 1.

SELECT A QUESTION...

FREQUENTLY ASKED QUESTIONS (/FAQ/)

**LATEST TWEETS**

**Tweets**                                 Follow @VoteTexas

**Texas SOS Office** @VoteTexas   9 Aug
Are you registered to vote? Does your registration name match your photo ID? Check at: votetexas.gov/register-to-vo... #VoteTexas
Expand

**Texas DPS** @TxDPS   5 Aug
Need to know what documents to bring to the driver license office to get your license or

Tweet to @VoteTexas

**7 OCT**   LAST DAY TO REGISTER (/EVENTS/LAST-DAY-TO-REGISTER-)
40 day(s) left

**21 OCT**   EARLY VOTING BEGINS (/EVENTS/EARLY-VOTING-BEGINS-2)
54 day(s) left

**5 NOV**   NOVEMBER UNIFORM (/EVENTS/NOVEMBER-UNIFORM-2)
69 day(s) left

### Not Registered?
To vote in Texas, you must be registered. Simply pick up a voter registration application (http://www.sos.state.tx.us/elections/voter/reqvr.shtml), fill it out, and mail it at least 30 days before the election date.
MORE ABOUT REGISTRATION > (http://votetexas.gov/register-to-vote/register-to-vote/)

### Remind your friends to vote
Spread the word, share important election information with your friends and family!
MORE ABOUT REMINDING > (http://votetexas.gov/remind/)

### Voting is easy, so is getting the facts
Texans must show an approved photo ID when voting in person.
MORE ABOUT PHOTO ID > (http://votetexas.gov/register-to-vote/need-id/)

Home (/) | Register to Vote (http://votetexas.gov/register-to-vote/) | Who, What, Where, When, How (http://votetexas.gov/voting/) | Military & Overseas Voters (http://votetexas.gov/military-overseas-voters/) | Voters With Special Needs (http://votetexas.gov/voters-with-special-needs/) | Your Rights (http://votetexas.gov/your-rights/) | FAQ (http://votetexas.gov/faq/) | Resources (http://votetexas.gov/resources/)

(800) 252-VOTE   www.sos.state.tx.us (http://www.sos.state.tx.us)

Switch to our mobile site (http://votetexas.gov/?wpmp_switcher=mobile)

2:13-cv-193
09/02/2014
DEF2321
exhibitsticker.com