learn more about what it means to you please visit our press release and the photo identification section of our site (/register-to-vote/need-id)

CONTACT (HTTP://VOTETEXAS.GOV/CONTACT/)
EN ESPAÑOL (HTTP://VOTETEXAS.GOV/ES/SUS-DERECHOS/)
FAQ (HTTP://VOTETEXAS.GOV/FAQ/)
RESOURCES (HTTP://VOTETEXAS.GOV/RESOURCES/)



REGISTER TO VOTE (HTTP://VOTETEXAS.GOV/REGISTER-TO-VOTE/)

WHO, WHAT, WHERE, WHEN, HOW (HTTP://VOTETEXAS...)

MILITARY & OVERSEAS VOTERS (HTTP://VOTETEXAS...)

VOTERS WITH SPECIAL NEEDS (HTTP://VOTETEXAS...)

YOUR RIGHTS (HTTP://VOTETEXAS.GOV/YOUR-RIGHTS/)

 (/remind)

Like 167   Tweet 22   2   10

## Your Rights

### HEY, YOU HAVE RIGHTS!

**As a registered voter in Texas, you have the right to:**

- A ballot with written instructions on how to cast a ballot.
- Ask the polling place official for instructions on how to cast a ballot (but not suggestions on how to vote).
- Cast your vote in secret and free from intimidation.
- Receive up to two more ballots if you make a mistake while marking the ballot.
- Bring an interpreter to assist you as you qualify to vote if you do not understand the English language.
- Help to cast your ballot if you cannot write, see the ballot, or understand the language in which it is written.
- Report a possible voting rights abuse to the Secretary of State (1.800.252.8683) or to your local election official. (http://www.sos.state.tx.us/elections/voter/current.shtml)
- Cast a provisional ballot if your name does not appear on the list of registered voters or you do not have proper identification.
- Vote once at any early voting location during the early voting period within the territory conducting the election.
- File an administrative complaint with the Secretary of State concerning violations of federal and state voting procedures.

### Not Registered?

To vote in Texas, you must be registered. Simply pick up a voter registration application (http://www.sos.state.tx.us/elections/voter/reqvr.shtml), fill it out, and mail it at least 30 days before the election date.

MORE ABOUT REGISTRATION > (http://votetexas.gov/register-to-vote/)

### Remind your friends to vote

Spread the word, share important election information with your friends and family!

MORE ABOUT REMINDING > (http://votetexas.gov/remind/)

### Voting is easy, so is getting the facts

Texans must show an approved photo ID when voting in person.

MORE ABOUT PHOTO ID > (http://votetexas.gov/register-to-vote/need-id/)

Home (/) | Register to Vote (http://votetexas.gov/register-to-vote/) | Who, What, Where, When, How (http://votetexas.gov/voting/) | Military & Overseas Voters (http://votetexas.gov/military-overseas-voters/) | Voters With Special Needs (http://votetexas.gov/voters-with-special-needs/) | Your Rights (http://votetexas.gov/your-rights/) | FAQ (http://votetexas.gov/faq/) | Resources (http://votetexas.gov/resources/)

(800) 252-VOTE    www.sos.state.tx.us (http://www.sos.state.tx.us)

Switch to our mobile site (http://votetexas.gov/your-rights/?wpmp_switcher=mobile)

2:13-cv-193
09/02/2014
DEF2322