# TEXAS SECRETARY of STATE
## JOHN STEEN

# Acceptable Forms of Identification for Voting in Texas



2:13-cv-193
09/02/2014
**DEF2323**



9/26/2013     Texas Secretary of State Elections Division     1

USA_00014369

# TEXAS SECRETARY of STATE
## JOHN STEEN

# Texas Driver's License



**Photograph**: Texas law requires the ID to have a photograph of the voter.

**Expiration Date**: Per §63.0101 must be valid, or expired within 60 days.

**Name**: If the voter's name on list of registered voters in the precinct, does not match exactly to the ID provided, a "Substantially Similar Name Affidavit" must be completed by the voter.

9/26/2013   Texas Secretary of State Elections Division   2



USA_00014370

# TEXAS SECRETARY of STATE
## JOHN STEEN

# Election Identification Certificate (EIC)



**Photograph**: Texas law requires the ID to have a photograph of the voter.

**Expiration Date**: Per §63.0101 must be valid, or expired within 60 days.

**Name**: If the voter's name on list of registered voters in the precinct, does not match exactly to the ID provided, a "Substantially Similar Name Affidavit" must be completed by the voter.

9/26/2013   Texas Secretary of State Elections Division   3

USA_00014371

# TEXAS SECRETARY of STATE
## JOHN STEEN

# Texas Personal Identification Card



**Photograph**: Texas law requires the ID to have a photograph of the voter.

**Expiration Date**: Per §63.0101 must be valid, or expired within 60 days.

**Name**: If the voter's name on list of registered voters in the precinct, does not match exactly to the ID provided, a "Substantially Similar Name Affidavit" must be completed by the voter.



9/26/2013  Texas Secretary of State Elections Division  4

USA_00014372

# TEXAS SECRETARY of STATE
## JOHN STEEN

# Concealed Handgun License



**Photograph**: Texas law requires the ID to have a photograph of the voter.

**Expiration Date**: Per §63.0101 must be valid, or expired within 60 days.

**Name**: If the voter's name on list of registered voters in the precinct, does not match exactly to the ID provided, a "Substantially Similar Name Affidavit" must be completed by the voter.



9/26/2013   Texas Secretary of State Elections Division   5

TEXAS SECRETARY of STATE
JOHN STEEN

# U.S. Military Identification Cards

There are FOUR acceptable types of military ID cards:

1. Department of Defense (DoD) Common Access Card (CAC)
2. Uniformed Services ID Cards
3. DoD Civilian Retiree Cards
4. Veterans Affairs ID Cards



9/26/2013            Texas Secretary of State Elections Division            6

USA_00014374

# TEXAS SECRETARY of STATE
## JOHN STEEN

# DoD Common Access Card "CAC"





**NOTE**: The seals to the right of the picture will change according to branch of service.



9/26/2013 — Texas Secretary of State Elections Division — 7

# TEXAS SECRETARY of STATE
## JOHN STEEN

# Voting in Texas with a CAC



Photograph: Texas law requires the ID to have a photograph of the voter.

Expiration Date: Per §63.0101 must be valid, or expired within 60 days.

Name: Per §63.001(c) if the voter's name appears on the list of registered voters in the precinct, but does not match exactly to the ID provided, a "Substantially Similar Name Affidavit" must be completed by the voter.

9/26/2013   Texas Secretary of State Elections Division   8



USA_00014376

# TEXAS SECRETARY of STATE
## JOHN STEEN

# Exception



- CACs with a blue bar across the name signify that the cardholder is a non-U.S. citizen, and <u>may not</u> be a qualified voter.

- Contractors will have a green bar, which will be sufficient for use if other qualifications are met.

9/26/2013   Texas Secretary of State Elections Division   9

USA_00014377

# TEXAS SECRETARY of STATE
## JOHN STEEN

# Uniformed Services ID Cards

- There are four versions of Uniformed Services ID Cards. All look similar, but are issued in four different colors.





9/26/2013     Texas Secretary of State Elections Division     10

# TEXAS SECRETARY of STATE
## JOHN STEEN

# Voting in Texas with Uniformed Services ID Cards

**Photograph**: Texas law requires the ID to have a photograph of the voter.

**Expiration Date**: Per §63.0101 must be valid, or expired within 60 days.

**Name**: Per §63.001(c) if the voter's name appears on the list of registered voters in the precinct, but does not match exactly to the ID provided, a "Substantially Similar Name Affidavit" must be completed by the voter.

9/26/2013     Texas Secretary of State Elections Division     11

USA_00014379

# TEXAS SECRETARY of STATE
## JOHN STEEN

# Uniformed Services ID Cards



**Green** – Generally for members of the Individual Ready Reserves and Inactive National Guard.



**Blue** – Generally for retirees, and members on Disability Retired Lists.



**Pink** – Generally for retired members of the Reserves and National Guard under the age of 60, and certain dependents.



**Orange** – Generally for certain dependents (active duty), Medal of Honor recipients, disabled veterans, and others.



9/26/2013     Texas Secretary of State Elections Division     12

# TEXAS SECRETARY of STATE
## JOHN STEEN

# DoD Civilian Retiree Cards



Photograph: Texas law requires the ID to have a photograph of the voter.

Name: Per §63.001(c) if the voter's name appears on the list of registered voters in the precinct, but does not match exactly to the ID provided, a "Substantially Similar Name Affidavit" must be completed by the voter.

Expiration Date: Per §63.0101 must be valid, or expired within 60 days.



9/26/2013   Texas Secretary of State Elections Division   13

USA_00014381

# TEXAS SECRETARY of STATE
## JOHN STEEN

# Veteran Affairs ID Cards



Photograph: Texas law requires the ID to have a photograph of the voter.

Name: Per §63.001(c) if the voter's name appears on the list of registered voters in the precinct, but does not match exactly to the ID provided, a "Substantially Similar Name Affidavit" must be completed by the voter.

Veteran Affairs IDs do not expire.

9/26/2013   Texas Secretary of State Elections Division   14

USA_00014382

# TEXAS SECRETARY of STATE
## JOHN STEEN

# U.S. Certificate of Citizenship



**REMEMBER –
Certificates of Citizenship do not expire.**

9/26/2013        Texas Secretary of State Elections Division        15



# TEXAS SECRETARY of STATE
## JOHN STEEN

# U.S. Certificate of Naturalization



REMEMBER – Certificates of Naturalization do not expire.

9/26/2013     **Texas Secretary of State Elections Division**     16



USA_00014384

# TEXAS SECRETARY of STATE
## JOHN STEEN

# U.S. Passport




9/26/2013   Texas Secretary of State Elections Division   17



# TEXAS SECRETARY of STATE
## JOHN STEEN

# U.S. Passport Card



- Allows entry from Canada, Mexico, the Caribbean, and Bermuda at land border crossings or sea ports-of-entry.
- Wallet Size.

9/26/2013   Texas Secretary of State Elections Division   18



USA_00014386