# Events After the Election



Christina Worrell Adkins

County Election Officials Election Law Seminar

July 2013



2:13-cv-193
09/02/2014
**DEF2326**

USA_00014636

# Events after the Election

- Forms and Documents
- Provisional Ballot Process
- New Voter ID Requirements
- Statement of Residence



USA_00014637

# Documents/Forms

- Procedural Forms
  - Envelope No. 4
  - Summary of Provisional Ballots
  - Verification of Provisional Ballots and Serial Numbers
  - List of Provisional Voters
  - Notice of Delivery
- Provisional Ballot Affidavit
- Voter ID Forms
  - Notice to Provisional Voter/Polling Place ID receipt
  - Request for Temporary Exemption – religious/natural disaster
  - Request for Disability Exemption
  - List of Prov. Voters that provided proper identification to VR
- Statement of Residence



USA_00014638

# Envelope No. 4

- Precinct List of Registered Voters and Supplemental List (if any)
- Completed Statements of Residence
- Copy of Combination Form
- Omissions List



USA_00014639

# Provisional Ballots

| AW7-15-53, 7/12 Prescribed by Secretary of State Sec. 63.011, Election Code | Type of Election / Tipo de Elección | Precinct No. where voted Núm. de Precinto-lugar de votación | Precinct No. where registered (if known) Núm. de Precinto-inscrito para votar (si se sabe) | Date of Election / Fecha de la Elección | Authority Conducting Election / Autoridad Administrando la Elección |
|---|---|---|---|---|---|

## Affidavit of Provisional Voter (Declaración Jurada de Votante Provisional)  *(Ballot number if using DRE _____)*

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2º grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

| Last Name /Apellido usual | First Name / Su nombre de pila | Middle Name (if any) / Segundo nombre (si tiene) | Former Name / Nombre anterior |
|---|---|---|---|

**Residence Address:  Street Address and Apartment Number, City, State, and ZIP.  If none, describe where you live** (Do not include PO Box, Rural Rt. Or Business Address) Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)

Gender: (Optional) / Sexo (Optativo)
☐ Male (Hombre )   ☐ Female (Mujer)

**Mailing Address:  City, State, and ZIP.  If mail cannot be delivered to your residence address.** / Dirección postal: Ciudad, Estado y Código Postal (si es imposible entregarle correspondencia a su domicilio).

Date of Birth: Month, Day, Year Fecha de nacimiento: mes, día, año
☐☐ / ☐☐ / ☐☐☐☐

| TX Driver's License No. or Personal I.D. No. (Issued by Dept of Public Safety) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas). ☐☐☐☐☐☐☐☐☐ | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) / Número de Seguro Social. (Si no tiene licencia, de conducir ni identificación personal, se requiere  los últimos 4 números de su seguro social)  XXX-XX-☐☐☐☐ | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. Yo no tengo una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social. |
|---|---|---|

Check appropriate box:  ARE YOU A UNITED STATES CITIZEN? Marque el cuadro apropiado: Soy ciudadano/a de los Estados Unidos
Yes ☐  Si    NO ☐  No

Signature of Voter / Firma del votante
X_____



USA_00014640

# Provisional Ballot Procedures



- VR can take possession:
  - During early voting
  - On election night
  - The next business day after the election
- Must post "Notice of Delivery" 24 hours before taking possession on election night.



USA_00014641

# Provisional Ballot Procedures

Verification of Provisional Ballots and Serial Numbers (1-84)
Prescribed by Secretary of State
Sections 65.061, 65.062, 65.053 Texas Election Code

| Type of Election (Tipo de Elección) | Precinct. No. (Núm. de Precinto) |
|---|---|
| Date of Election (Fecha de la Elección) | Authority Conducting Election (Autoridad Administrando la Elección) |

### VERIFICATION OF PROVISIONAL BALLOTS AND SERIAL NUMBERS

**VOTER REGISTRAR:**

I certify that I received the provisional ballots in the ballot box or transfer case and I verified the serial numbers used to seal the box(es) were the same used by the custodian to seal the boxes.

NUMBER OF BALLOTS RECEIVED:

_____
Signature of Voter Registrar

I certify the serial numbers of the seals used to re-seal the ballot box or transfer case prior to delivery to the central counting station are as follows:

| | | | |
|---|---|---|---|
| | | | |

- Upon receipt of  ballot box or transfer case, the VR shall sign the <u>Verification of Provisional Ballots and Serial numbers</u> to verify that the box was intact and the seal was unbroken.

- VR breaks seal and unlocks the box

- General Custodian shall supply extra seals to re-seal the transfer case when review is complete.

USA_00014642

# Provisional Ballot Procedures



- Transfer box should contain:
  - Summary of Provisional Ballots
  - List of Provisional Voters
  - Provisional Ballot affidavits



USA_00014643

# Provisional Ballot Procedures

List of Provisional Voters (1-04)
Prescribed by Secretary of State
Sections 63.011 Texas Election Code

| Type of Election (*Tipo de Elección*) | Precinct No. (*Núm. de Precinto*) |
|---|---|
| Date of Election (*Fecha de la Elección*) | Authority Conducting Election (*Autoridad Administrando la Elección*) |

**List of Provisional Voters**

| To be Completed by the Election Judge | To be Completed by the Ballot Board Judge |
|---|---|

Early Voting List of Provisional Voters (2-04)
Prescribed by Secretary of State
Sections 63.011, 81.002 Texas Election Code

| Type of Election (*Tipo de Elección*) | |
|---|---|
| Date of Election (*Fecha de la Elección*) | Authority Conducting Election (*Autoridad Administrando la Elección*) |

**Early Voting List of Provisional Voters**

| To be Completed by the Early Voting Clerk | | To be Completed by the Ballot Board Judge | |
|---|---|---|---|
| Name of Provisional Voter | Precinct Number | Accepted for Counting | Rejected for Counting |

AW7-15-53, 7/12
Prescribed by Secretary of State
Sec. 63.011, Election Code

| Type of Election / Tipo de Elección | Precinct No. where voted / Núm. de Precinto-lugar de votación | Precinct No. where registered (if known) / Núm. de Precinto-inscrito para votar (si se sabe) | Date of Election / Fecha de la Elección | Authority Conducting Election / Autoridad Administrando la Elección |
|---|---|---|---|---|

**Affidavit of Provisional Voter** (Declaración Jurada de Votante Provisional) *(Ballot number if using DRE ________)*

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2º grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

| Last Name / Apellido usual | First Name / Su nombre de pila | Middle Name (if any) / Segundo nombre (si tiene) | Former Name / Nombre anterior |
|---|---|---|---|

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. Or Business Address) Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)

Gender: (Optional) / Sexo (Optativo) ☐ Male (Hombre) ☐ Female (Mujer)

Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. / Dirección postal: Ciudad, Estado y Código Postal (si es imposible entregarle correspondencia a su domicilio)

Date of Birth: Month, Day, Year / Fecha de nacimiento: mes, día, año ☐☐/☐☐/☐☐☐☐

TX Driver's License No. or Personal I.D. No. (Issued by Dept of Public Safety) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas) ☐☐☐☐☐☐☐☐

Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) / Número de Seguro Social. (Si no tiene licencia, de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) XXX-XX-☐☐☐☐

☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. Yo no tengo una licencia de conducir de Texas/Cedúla de identidad personal de Texas ni un Número de Seguro Social.

Check appropriate box: ARE YOU A UNITED STATES CITIZEN? Marque el cuadro apropiado: Soy ciudadano/a de los Estados Unidos Yes / Si ☐ NO / No ☐

Signature of Voter / Firma del votante
X________________

- The Voter Registrar must keep the "List of Provisional Voters" together with the corresponding Provisional Ballot Affidavit Envelopes for that precinct.

USA_00014644

# **Provisional Ballot Affidavit**

- The Voter Registrar is required to determine and mark the voter's <u>registration status </u>on the Provisional Ballot Affidavit

| TO BE COMPLETED BY ELECTION JUDGE | TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS: |
|---|---|
| **VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION**<br> ☐ Yes  ☐ No | I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made: |
| **REASON FOR VOTING PROVISIONAL**<br>1.____ Failed to present acceptable form of identification.<br>2.____ Voter not on list of registered voters.<br>3.____ Voter not on list, registered in another precinct.<br>4.____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.<br>5.____ Voting after 7:00 p.m. due to court order.<br>6.____ Voter on list, but registered residence address outside the political subdivision.<br>7.____ Voted in another party's primary.<br>8.____ Other: (Please explain)<br><br>Sworn and subscribed to before me this date:<br><br><br>Signature of Election Judge | 1.____ Not a registered voter.<br>2.____ Registered to vote, erroneously listed in wrong precinct.<br>3.____ Registered to vote in a different precinct within the county.<br>4.____ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.<br>5.____ Voter erroneously removed from the list.<br>6.____ Voter is registered to vote in precinct<br>7.____ Voted in another party's primary.<br>8.____ Other: (Please explain)<br><br>**FOR VOTERS WHO DID NOT PRESENT PHOTO IDENTIFICATION AT THE POLLING PLACE**<br>1.____ Voter presented acceptable form of identification within 6 days of election day.<br>2.____ Voter executed religious objection affidavit within 6 days of election day.<br>3.____ Voter executed national disaster affidavit within 6 days of election day.<br>4.____ Voter met disability exemption within 6 days of election day.<br><br>_____  _____<br>Signature of Voter Registrar        Date |
| **Action taken by the Early Voting Ballot Board:** ☐ ACCEPTED  ☐ REJECTED  Signature of Ballot Board Judge: |  |



USA_00014645

# **Provisional Ballot Procedures**

- The Voter Registrar will make copy of certain Provisional Ballot Affidavits for updating records.

- VR will place the following in a transfer box that is resealed.
    - All of the Provisional Ballot Affidavits,
    - List of Provisional voters,
    - Summary of Provisional Ballots, and
    - Notice of Provisional Voter/ Polling Place ID receipt, and
    - Voter Registrar ID receipt

- Transfer box will be delivered to the Presiding Judge of EVBB.



USA_00014646

# **Provisional Ballot Procedures**

- Provisional Ballot Affidavit Envelope serves as original voter registration application or change form

- Effective Date:  30 days from the Election Date

- If residence address outside of county, VR will forward copy of Provisional Ballot Affidavit to appropriate VR.



9/26/2013                    **Texas Secretary of State Elections Division**                    12

USA_00014647

# Voter ID Requirements

- If a voter does not have valid identification when voting, they have until the **6th day after election day** to:
  - Present a valid ID to the Voter Registrar
  - Complete a temporary exemption request
  - Complete a disability exemption request



- VR's office must remain open during regular business hours on regular business days for 6 days following election day.



USA_00014648

# Voter ID Requirements

AW9-7
Prescribed by Secretary of State
Section 63.0541, Texas Election Code
5/12

### LIST OF PROVISIONAL VOTERS WHO PRESENTED PROPER IDENTIFICATION TO VOTER REGISTRAR
(Note to Voter Registrar: only use when unable to locate a voter's Provisional Ballot Affidavit)

To be completed by Voter Registrar:

| 1. Printed Name of Voter as it appears on the official list of registered voters | 2. VUID Number (if available) | 3. Presented ID Document (Please use Code from instruction page) | 4. Name of Voter as it appears on the Presented ID Document | 5. Date ID Document Presented | Comments |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

AW9-7
Prescribed by Secretary of State
Section 63.0541, Texas Election Code
8/11

**Instructions for Voter Registrar:**

1. Print the name of the voter as it appears on the official list of registered voters.
2. Place the voter's VUID number in the column, if it is available.
3. List the type of ID presented by letter code as follows:

   A. Driver's license issued by the Texas Department of Public Safety;
   B. Election certificate issued by the Texas Department of Public Safety;
   C. Personal identification card issued by the Texas Department of Public Safety;
   D. Concealed handgun license issued by the Texas Department of Public Safety;
   E. United States Military identification card containing the person's photograph;
   F. United States citizenship certificate containing the person's photograph;
   G. United States passport;
   H. Disability Exemption Affidavit;
   I. Religious Exemption Affidavit; or
   J. Natural Disaster Exemption Affidavit.

   **NOTE: The affidavit forms for codes H-J must be provided at the Voter Registrar's office.**
4. Print the name as it appears on the presented ID document.
5. List the date in which the identification was presented.
6. Comment, if necessary.

- VR maintains list of voters that presented ID/applied for exemption during the "cure period."



USA_00014649

# Voter ID Requirements

AW7-15a, 7/13, Prescribed by Secretary of State, Section 65.059, Texas Election Code, 1 T.A.C. §§ 81.172-174

| Completed by Polling Place Official: | Completed by Voter Registrar:* |
|---|---|
| Voter's Name: ______<br>VUID #: ______ Precinct No. ______ | ID Presented: □ Yes □ No Type of ID: ______<br>Exemption Requested: □ Yes □ No Type of Exemption: ______<br>Voter Reg. Dept. Initials: ______ Date: ______<br>*VR will attach receipt to Provisional Ballot Affidavit. |

**ATTENTION**: Elections Administrator, please attach map and/or directions to the county voter registrar's office to this Notice.

## NOTICE TO PROVISIONAL VOTER/POLLING PLACE ID RECEIPT

A determination whether your ballot will be counted will be made by the early voting ballot board after the election. A notice will be mailed to you within 30 days of the election at the address you provided on your affidavit to vote a provisional ballot indicating either (1) that your ballot was counted or (2) if it was not counted, the reason your ballot was not counted.

**If your reason for voting provisionally was due to lack of identification and you do not have a permanent disability exemption indication on your voter registration certificate, please read the following information.**

If you are voting in the correct precinct, in order to have your provisional ballot accepted, you will be required to visit your local county voter registrar's office (information provided below) within six days of the date of the election to either present one of the below forms of photo ID OR submit one of the temporary affidavits addressed below (e.g., religious objection or natural disaster without an ID) in the presence of the county voter registrar. The process can be expedited by taking this notice with you to the county voter registration at the time you present your identification (or execute your temporary affidavit); however, taking this notice is not a requirement.

**A voter is required to show ONE of the following forms of photo identification at the polling location before the voter may be accepted for voting in Texas' Elections:**

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented for voter qualification at the polling place.

**NEW FORMS OF IDENTIFICATION**

- Texas Driver's License
- Personal Identification Card
- United States passport
- United States Military identification card with photo
- United States Citizenship Certificate with photo
- Concealed handgun license issued by the Texas Department of Public Safety
- Election Certificate*

*If you do not have a valid form of photo identification, you may apply for a free Election Identification Certificate at your local Texas Department of Public Safety office.

**PERMANENT EXEMPTION**

Voters with a disability may apply with the county voter registrar for a permanent exemption. The application must contain written documentation from either the U.S. Social Security Administration evidencing applicant's disability, or from the U.S. Department of Veterans Affairs evidencing disability rating of at least 50 percent. The applicant must also state that he/she has no valid form of photo identification. Those who obtain a disability exemption will be allowed to vote upon display of voter registration certificate reflecting exemption.

**OR**

**TEMPORARY AFFIDAVITS**

Are available at the county voter registrar's office for voters who have a consistent religious objection to being photographed OR who do not have any photo identification as a result of certain natural disasters as declared by the President of the United States or the Texas Governor.

I hereby state that I have presented a form of identification (or executed an affidavit) to the county voter registrar's office.

Sign Here► ______

- Notice to Provisional Voter/Polling Place ID Receipt
  - Given to voter at polling place
  - Contains information on:
    - Acceptable IDs
    - Exemptions
    - Directions to VR's office
  - Completed by polling place official, VR, and voter
  - Verifies that voter presented ID
  - Signed by voter when they present ID/apply for exemption with the VR.

# Voter ID Requirements

- Completed by polling place official at the time voter completes provisional ballot affidavit.

- Completed by VR at the time voter presents ID or applies for exemption

AW7-15a, 7/13, Prescribed by Secretary of State, Section 65.059, Texas Election Code, 1 T.A.C. §§ 81.172-174

| Completed by Polling Place Official: | Completed by Voter Registrar:* |
|---|---|
| Voter's Name: _____ VUID #: _____  Precinct No. _____ | ID Presented: ☐ Yes ☐ No        Type of ID: _____ Exemption Requested: ☐ Yes ☐ No   Type of Exemption: _____ Voter Reg. Dept. Initials: _____  Date: _____ *VR will attach receipt to Provisional Ballot Affidavit. |

ATTENTION: Elections Administrator, please attach map and/or directions to the county voter registrar's office to this Notice.

### NOTICE TO PROVISIONAL VOTER/POLLING PLACE ID RECEIPT

USA_00014651

# Voter ID Requirements

### Request for Temporary Exception to Photo Identification Requirement for Local Voter Registration Office

Pursuant to Section 65.054 of the Texas Election Code, I hereby request an exception from the requirement to present at the time of voting one of the following forms of identification provided in Section 63.0101 of the Texas Election Code: Driver's license, election certificate, personal identification card or concealed handgun license issued by the Texas Department of Public Safety; United States Military identification card containing the person's photograph; United States citizenship certificate containing the person's photograph; United States passport, and with the exception of the United States Citizenship certificate, the identification presented for voter qualification at the polling place must be current or have expired no more than 60 days before it is presented.

Below I have provided my reason for requesting an exception. I understand that I will have to make this request for each election for which I fail to present one of the acceptable forms of identification listed in Section 63.0101 of the Texas Election Code, if applicable.

| Instruction: |
| --- |
| Step 1. Please provide your Name, Residence Address, VUID Number, and County of Residence. |
| Step 2. Please provide your type of exemption. |
| Step 3. Please sign and date the request form. |

| Step 1:<br>Identify<br>Person<br>Requesting<br>Exemption | Name | |
| --- | --- | --- |
| | Residence Address (number and street) | |
| | City, State, Zip Code | |
| | VUID Number | County of Residence |
| Step 2:<br>Type of<br>Exemption<br>Requested | Check all that apply: | |
| | ☐ **Religious Objection (Temporary exemption)** I hereby swear that I have a religious objection to being photographed and have consistently refused to be photographed for any governmental purpose from the time for which I have held this belief. | |
| | ☐ **Natural Disaster (Temporary exemption)** I hereby swear that I do not have any of the forms of identification listed in Section 63.0101 of the Texas Election Code either due to the destruction of or inability to access them as a result of a natural disaster that was declared by the U.S. President or the Texas Governor and that occurred not earlier than 45 days before the day on which I voted. | |
| Step 3:<br>Sign and<br>Date | Under penalty of perjury, I certify that the information in this document and any information attached are true and correct to the best of my knowledge and belief.<br><br>Sign<br>Here ▶ _____ Date ▶ _____ | |
| For Office<br>Use Only | VUID # _____ | |
| | Voter Reg. Dept. Signature _____ Date_____ | |
| | Comments: _____ | |

**If you make a false statement on this form, you could be found guilty of a Class A misdemeanor or a state jail felony under Texas Penal Code Section 37.10.**

Form revised 06/2013
Sections 63.001(b), 63.0101, and 65.054, Texas Election Code

- **Temporary Exemption**
  - Religious Objection
  - Natural Disaster
- **Not marked in TEAM**
- **Not kept with the voter registration record**
- **Attaches to Provisional Ballot Affidavit**



USA_00014652

# **Voter ID Requirements**

## REQUEST FOR DISABILITY EXEMPTION

To the Voter Registrar:

Pursuant to Section 13.002(i) of the Texas Election Code, I hereby request a permanent exemption from the requirement to present identification other than the voter registration certificate at the time of voting on the ground that I have a disability and do not have any of the forms of identification listed in Section 63.0101 of the Texas Election Code. The authorized forms of identification are: a Driver's license, election certificate, personal identification card or concealed handgun license issued by the Texas Department of Public Safety; United States Military identification card containing the person's photograph; United States citizenship certificate containing the person's photograph; or United States passport, and with the exception of the United States Citizenship certificate, the identification presented for voter qualification at the polling place must be current or have expired no more than 60 days before it is presented.

I have attached written documentation from the United States Social Security Administration evidencing that I have been determined to have a disability or from the United States Department of Veterans Affairs evidencing that I have at least a 50 percent disability rating. I understand the exemption cannot be granted without this documentation.

| Name | |
|---|---|
| Residence Address (number and street) | |
| City, State, Zip Code | |
| VUID Number | County of Residence |

I certify that the information in this document and any information attached are true and correct to the best of my knowledge and belief.

Sign Here ▶ _____   Date ▶ _____

| For Office Use Only | VUID # _____   Proof of Disability Submitted? ☐ Yes  ☐ No |
|---|---|
| | Voter Reg. Dept. Signature _____ |
| | Date _____ |
| | Comments: |

Form revised 06/2013
Sections 13.002(i), 63.001(b), 63.0101, Texas Election Code

- **Permanent Exemption due to Disability**
  - Submit application showing proof of disability
    - US Social Security Administration disability determination.
    - Department of Veterans Affairs rating of at least 50%
  - Application attached to original voter registration application
  - Issue voter new certificate containing indication of disability exemption under 15.001(c)

USA_00014653

# Voter ID Requirements

- VR will mark the blank that best reflects the voter's <u>actions</u> during the "cure period."

| TO BE COMPLETED BY ELECTION JUDGE: | TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS: |
|---|---|
| **VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION**<br>☐ Yes   ☐ No | I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made: |
| **REASON FOR VOTING PROVISIONAL** | 1. _____ Not a registered voter.<br>2. _____ Registered to vote, erroneously listed in wrong precinct.<br>3. _____ Registered to vote in a different precinct within the county. |
| 1. _____ Failed to present acceptable form of identification.<br>2. _____ Voter not on list of registered voters.<br>3. _____ Voter not on list, registered in another precinct.<br>4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.<br>5. _____ Voting after 7:00 p.m. due to court order.<br>6. _____ Voter on list, but registered residence address outside the political subdivision.<br>7. _____ Other:                    (Please explain) | 4. _____ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.<br>5. _____ Voter erroneously removed from the list.<br>6. _____ Voter is registered to vote in precinct          .<br>7. _____ Other:                    (Please explain)<br><br>**FOR VOTERS WHO DID NOT PRESENT PHOTO IDENTIFICATION AT THE POLLING PLACE** |
| Sworn and subscribed to before me this date:          .<br><br>_____<br>Signature of Election Judge | 1. _____ Voter presented acceptable form of identification within 6 days of election day.<br>2. _____ Voter executed religious objection affidavit within 6 days of election day.<br>3. _____ Voter executed national disaster affidavit within 6 days of election day.<br>4. _____ Voter met disability exemption within 6 days of election day.<br>5. _____ Voter did not satisfy identification or affidavit requirements, listed in categories 1–4 above, within 6 days of election day.<br><br>_____ _____<br>Signature of Voter Registrar                Date |
| **Action taken by the Early Voting Ballot Board:**   ☐ ACCEPTED   ☐ REJECTED   Signature of Ballot Board Judge: _____ | |

USA_00014654

# Statement of Residence



**Instructions for Voting by Mail on Back**
(Al Dorso: Instrucciones si vota por correo)

B3-1-41 (10/09)

**STATEMENT OF RESIDENCE**
For persons whose residence address does not match voter registration address.

**CONSTANCIA DE DOMICILIO PERMANENTE**
Para personas cuya dirección no coincide con la que aparece en la lista oficial de votantes inscritos.

| Last Name Include suffix if any Apellido incluir sufijo si lo hay (Jr., Sr., III) | First Name Nombre de pila | Middle Name (if any) Segundo nombre (si aplica) | Former Name Apellido anterior |
|---|---|---|---|

**Residence Address:** Street Address and Apartment Number, City, State, and Zip. If none, describe where you live. (Do not include P.O. Box, Rural Route, or Business Address)
Domicilio residencial: Número y calle, y número de apartamento, Ciudad, Estado, y Código postal. Si no existe un domicilio, describa donde vive (no incluya apartados postales, rutas rurales o dirección del trabajo)

**Gender (Optional)**
Sexo (Optativo)
☐ Male Masculino
☐ Female Femenino

**Mailing Address:** Address, City, State, and Zip: If mail cannot be delivered to your residence address.
Dirección postal: Número y calle, y número de apartamento, Ciudad, Estado, y Código postal (si no se puede entregar correo en su domicilio residencial)

**Date of Birth:** month, day, year
Fecha de Nacimiento: mes, día, año
☐☐/☐☐/☐☐☐☐

**Texas Driver's License No. or Texas Personal I.D. No.** (Issued by the Department of Public Safety)
No. de licencia de conducir de Texas o no. de identificación personal de Texas (Expedido por el Departamento de Seguridad Pública)
☐☐☐☐☐☐☐☐

If no Texas Driver's License or Personal Identification, give last 4 digits of your Social Security Number.
Si no tiene licencia de conducir de Texas o no. de identificación personal, proporcione los 4 últimos dígitos de su número de Seguro Social.
XXX-XX-☐☐☐☐

☐ I have not been issued a Texas Driver's License/Personal Identification Number or Social Security Number.
Yo no tengo una Licencia de conducir de Texas/Cédula de identidad personal de Texas o Número de Seguro Social.

- I am a resident of this county and a U.S. citizen; and
- I have not been finally convicted of a felony, or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote.

- soy residente de este condado y ciudadano de los Estados Unidos; y
- no he sido condenado por un delito grave, o en caso de ser delincuente, he purgado mi pena por completo, incluyendo cualquier plazo de encarcelamiento, libertad condicional, supervisión, período de prueba, o se me otorgó un indulto; y
- no se me ha declarado, total o parcialmente, como discapacitado mental sin derecho al voto, por el fallo final de un juzgado de sucesiones.

X _____     Date ___/___/___

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.
Firma del solicitante o su agente (apoderado) y relación de este con el solicitante, o nombre en letra del molde del solicitante si la firma es la de un testigo, y fecha.

- SOR is used when
  - A voter has a change residence within the county, or
  - Is on the suspense list
- VR is responsible for supplying election officials with SOR forms
- Completed in person on election day or sent with ballot by mail.

USA_00014655

# **Statement of Residence**

- Effective Date of SOR:
  - In Person: Date of submission to the polling place judge
  - By Mail: date of review by the EVBB

- Must retain SOR with voter's original voter registration application



USA_00014656