TEXAS SECRETARY of STATE

JOHN STEEN

# How to Handle Substantially Similar Names



2:13-cv-193
09/02/2014
**DEF2327**

Ashley Fischer, Legal Director

Elections Division – Texas Secretary of State

31st Annual Election Seminar – July 2013

9/26/2013          **Texas Secretary of State Elections Division**          1

USA_00014768

# Agenda

- Applicable Rules and Statutes
- Acceptable Forms of IDs
- Informing Voters Together
- Training Election Judges and Clerks
- Determining Similar Names
- Processing the Voter
- Updating Records



USA_00014769

# **Applicable Rules and Statutes**

- Tex. Elec. Code §63.001(c)
- Tex. Admin. Code Rule §81.71



USA_00014770

TEXAS SECRETARY of STATE

JOHN STEEN

# Acceptable Forms of ID



- Texas driver license
- Texas Election Identification Certificate
- Texas personal identification card
- Texas concealed handgun license
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport



USA_00014771

TEXAS SECRETARY of STATE

JOHN STEEN

# Informing Voters Together

- SOS is planning STATEWIDE outreach plan for this fall!!!
  - Secretary Steen visiting Texas counties!
  - TV/Radio outreach planned!
  - "Am I Registered?" will work for voters!



USA_00014772

TEXAS SECRETARY of STATE

JOHN STEEN

# Informing Voters Together

- SOS will help COUNTIES contact potentially impacted voters!!!
  - Directs voters to "Am I Registered?"
  - Contact SOS if you need more information.

9/26/2013      **Texas Secretary of State Elections Division**      6



USA_00014773

TEXAS SECRETARY of STATE
JOHN STEEN

# Training Judges and Clerks

- REMEMBER, all election judges <u>and</u> clerks must take the training on accepting and handling voter identification.





USA_00014774

TEXAS SECRETARY of STATE

JOHN STEEN

# Determining Similar Names

- **Who**?
    1. Early Voting Clerk
    2. Deputy Early Voting Clerk
    3. Election Judge
    4. Election Clerk



USA_00014775

TEXAS SECRETARY of STATE

JOHN STEEN

# Determining Similar Names

- **What?**
  - Names that are **not** identical, but are similar.



USA_00014776

TEXAS SECRETARY of STATE

JOHN STEEN

# Totality of the Circumstances

- Claudia Alta "Lady Bird" Taylor Johnson



*Texas Driver License*

Lady Bird Johnson
123 Texas Way
Austin, Texas 71234

Date of Birth: 12/22/1912

Precinct 1 – Travis County
List of Registered Voters

Claudia Bird Taylor
123 Texas Way
Austin, Texas 71234

Date of Birth: 12/22/1912



USA_00014777

TEXAS SECRETARY of STATE

JOHN STEEN

# Totality of the Circumstances

- Use information to assist in determination:
  - Address
  - Date of Birth
  - Photograph



USA_00014778

TEXAS SECRETARY of STATE

JOHN STEEN

# Determining Similar Names

- **What does that mean?**
  1. Slightly Different
  2. Customary Variation
  3. Initial, Middle Name or Former Name
  4. Different Field



USA_00014779

TEXAS SECRETARY of STATE
JOHN STEEN

# **Slightly Different**

| OLRV or ID | OLRV or ID |
|---|---|
| Dorris Miller | Doris Miller |
| Nanci Griffith | Nancy  Griffith |
| Harlen Block | Harlon Block |
| Charlie Pride | Charley Pride |
| Mark Cuban | Marc Cuban |
| Jamie Fox | Jamie Foxx |



USA_00014780

TEXAS SECRETARY of STATE
JOHN STEEN

# **Slightly Different**

- **Minor misspellings of names**, e.g. Jan vs. Jane, Julia vs. Julie.

- **Extra letters, minor typos.**

- **Common different spellings**, e.g. John or Jon, Mark or Marc.



9/26/2013                    **Texas Secretary of State Elections Division**                    14

USA_00014781

TEXAS SECRETARY of STATE
JOHN STEEN

# Customary Variation

| OLRV or ID | OLRV or ID |
| --- | --- |
| David Crockett | Davy Crockett |
| Sam Houston | Samuel Houston |
| James Richard Perry | James Rick Perry |
| William P. Clements, Jr. | Bill Clements |
| Enrique B. Gonzales | Henry B. Gonzales |
| Jonathan Paul Manziel | Johnny Paul Manziel |
| Esperanza Andrade | Hope Andrade |



USA_00014782

TEXAS SECRETARY of STATE

JOHN STEEN

# Customary Variation

- **English vs. Spanish vs. French spellings**, e.g. Jean vs. John, Jose vs. Joseph, Esperanza vs. Hope.

- **Common Abbreviations**, e.g. Sam for Samuel, Kim for Kimberly.



9/26/2013        **Texas Secretary of State Elections Division**        16

USA_00014783

TEXAS SECRETARY of STATE

JOHN STEEN

# Initial, Middle Name, Former Name

| OLRV or ID | OLRV or ID |
|---|---|
| Lyndon Johnson | Lyndon Baines Johnson |
| William P. Clements, Jr. | Bill Clements |
| Willie Hugh Nelson | Willie Nelson |
| Audie Murphy | Audie L. Murphy |
| J. Roger Williams | Roger Williams |
| Earl C. Campbell | Earl Campbell |
| Carole Keeton Rylander | Carole Keeton Strayhorn |
| Sandra Day | Sandra Day O'Connor |
| Beyonce Knowles | Beyonce Knowles-Carter |

USA_00014784

TEXAS SECRETARY of STATE

JOHN STEEN

# Initial, Middle Name, Former Name

- Maiden Names
- Hyphenated Names



USA_00014785

TEXAS SECRETARY of STATE
JOHN STEEN

# Different Field

| OLRV or ID | OLRV or ID |
|---|---|
| Beyonce Knowles | Beyonce Knowles-Carter |
| Sandra Day | Sandra Day O'Connor |



USA_00014786

TEXAS SECRETARY of STATE

JOHN STEEN

# Totality of Circumstances

- Buddy Holly vs. Charles Hardin Holley
- Ike Eisenhower vs. Dwight David Eisenhower

## REMEMBER TO COMPARE ALL INFORMATION

9/26/2013                    **Texas Secretary of State Elections Division**                    20



USA_00014787

TEXAS SECRETARY of STATE

JOHN STEEN

# Processing the Voter

- Stayed Tuned!!
- Recall Early Voting Procedures.



USA_00014788

TEXAS SECRETARY of STATE

JOHN STEEN

# Processing the Voter

- Voter will be processed similar to today's procedure.
- After providing ID, election workers will need to determine if names on OLRV and ID are exact, similar, or too different to accept for voting.
- Voters with identical matches, proceed as usual.
- Voters with similar name will need to initial affidavit on combination.

USA_00014789

TEXAS SECRETARY of STATE
JOHN STEEN

# Updating Records

- Statement of Residence/Name Change.
- Flyers for Voters at Polling Places with direction to Texas Online, county website, voter registrar's phone number.
- Voter Registration Applications.



USA_00014790

TEXAS SECRETARY of STATE

JOHN STEEN

# That's All Folks



USA_00014791