# TEXAS SECRETARY of STATE
## JOHN STEEN

# Guide to Voter ID for County Officials



## Ashley Fischer, Legal Director
## Alicia Pierce, Communications Director

2:13-cv-193
09/02/2014
**DEF2328**



9/26/2013        Texas Secretary of State Elections Division        1

USA_00014833

# TEXAS SECRETARY of STATE
## JOHN STEEN

# Voter ID = Vote Texas!

V – **VIEW** SOS Voter ID Election Kit at www.sos.state.tx.us
O – **ORDER** New Forms
T – **TACK** Notice to Voters on Your Website and at Office
E – **ENVISION** New Training & Outreach Plans
T – **TRAIN** Election Workers
E – **EDUCATE** Voters
X – **XEROX** Materials for Supply Centers for Election Judge
A – **ACCEPT & HANDLE** Voter IDs – Hold Elections
S – **SUPPLY** Materials to Voter Registrar



9/26/2013         Texas Secretary of State Elections Division         2

USA_00014834

# TEXAS SECRETARY of STATE
## JOHN STEEN

# **VIEW** SOS Voter ID Election Kit

- Contents:
  - New/Updated Forms
  - Training Materials
  - Posters for Websites, Offices, Polling Locations
  - Mock Press Releases
  - Seminar Presentations

9/26/2013   Texas Secretary of State Elections Division   3



USA_00014835

# TEXAS SECRETARY of STATE
## JOHN STEEN

# ORDER New Forms

- **Voter Registration Forms**
  - New Voter Certificates with Disability Exemption Notation
    - 2013 Voter Registration Directive ALREADY SENT to counties!
  - Request for Disability Exemption

9/26/2013   Texas Secretary of State Elections Division   4



USA_00014836




# TEXAS SECRETARY of STATE
## JOHN STEEN

# Notice to Voters

A voter *must show* one of the following forms of photo identification at the polling location before the voter may be accepted for voting: Driver's license, election identification certificate, personal identification card or concealed handgun license issued by the Texas Department of Public Safety; United States Military identification card that contains the person's photograph; United States citizenship certificate that contains the person's photograph; or a United States passport.

The above identification must be current and not expired, or if expired, then it must have expired no more than 60 days before it is presented for voter qualification at the polling place. Please contact the Secretary of State or your local voter registrar for information concerning limited exceptions to the photo identification requirement for certain voters with disabilities or voters with religious objections to being photographed, and voters affected by certain natural disasters.

Please visit the Secretary of State's voter information website at www.votetexas.gov or call toll free at 1-800-252-8683. If any information on this certificate changes or is incorrect, correct the information in the space provided below, sign and return this certificate to the voter registrar.

Cada votante *deberá demostrar* una de las siguientes formas de identificación en el sitio electoral antes de ser aceptado para votar: Licencia de conducir, cédula de identificación electoral, tarjeta de identificación personal o licencia para portar un arma de fuego oculta expedida por el Departamento de Seguridad Pública de Texas; Cédula de identidad militar de los Estados Unidos con fotografía de la persona; Certificado de ciudadanía estadounidense con fotografía de la persona; o Pasaporte de los Estados Unidos.

La identificación nombrada arriba deberá estar vigente y no vencida, o si está vencida, debe estar vencida por no más de 60 días en el momento de presentarla para calificar como votante en el sitio electoral. Por favor comuníquese con la Secretaría del Estado o su registrador de votantes para información sobre excepciones limitadas al requisito de identificación con foto para ciertos votantes con una minusvalidez, con objeciones religiosas a tomarse fotos y votantes afectados por ciertos desastres naturales.

Por favor visite la página Web informativa para votantes de la Secretaría del Estado al www.votetexas.gov o llame al número gratuito 1-800-252-8683. Si algo de la información en la cédula cambia o no es correcta, favor de corregir la información en el espacio abajo, firme y devuelva esta cédula al registrador de votantes.

I affirm the changes made to the left are correct.
Afirmo que los cambios hechos al lado izquierdo están correctos.

X _____
Signature of Voter (Firma del votante)

9/26/2013        Texas Secretary of State Elections Division        6

USA_00014838

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# ORDER New Forms

- **NEW Election Forms (Early Voting and Election Day)**
  - Polling Location Poster
  - Provisional Voting Notice

- **Updated Election Forms (Early Voting and Election Day)**
  - Notice to Voters
  - Provisional Ballot Affidavit
  - Early Voting Combination Form
  - Election Day Combination Form
  - Poll List
  - Registration Omissions List

9/26/2013 — Texas Secretary of State Elections Division — 7



USA_00014839

# TEXAS SECRETARY of STATE
## JOHN STEEN

# ORDER New Forms

- **Post-Election Forms for Voter Registrar**
  - List of Voters Providing ID During 6 Day Cure Period
  - Request for Identification Exemption

9/26/2013         Texas Secretary of State Elections Division         8



USA_00014840

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Similar Name Affidavit

- Included in the new combination forms and poll list. It will NOT be a stand-alone form.

9/26/2013     Texas Secretary of State Elections Division     9



USA_00014841

# TEXAS SECRETARY of STATE
## JOHN STEEN

# TACK UP Notice to Voters

- The Voter Registrar of counties with websites, **must** provide notice of identification requirements on their websites.
- The County Clerk of **all** counties **must** post the notice in a "prominent location" at the Clerk's office.
- All counties with websites must post the notice in English and Spanish.
- Harris County must post the notice in Chinese, English, Spanish and Vietnamese.
- [Notice](). (Need to edit Spanish translation.)

9/26/2013   Texas Secretary of State Elections Division   10



USA_00014842

# TEXAS SECRETARY of STATE
## JOHN STEEN

### Photo ID required for Texas Voters

You must now present one of the following forms of photo ID when voting in person:

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing your photograph
- United States citizenship certificate containing the your photograph
- United States passport



With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented for voter qualification at the polling place.

Exemptions- Voters with a disability may apply with the county voter registrar for a **permanent exemption**. The application must contain written documentation from either the U.S. Social Security Administration evidencing the applicant's disability, or from the U.S. Department of Veterans Affairs evidencing a disability rating of at least 50 percent. In addition, the applicant must state that he or she has no valid form of photo identification. Those who obtain a disability exemption will be allowed to vote by presenting a voter registration certificate reflecting the exemption. Please contact your voter registrar for more details.

Voters who have a consistent **religious objection** to being photographed and voters who do not have any valid form of photo identification as a result of certain natural disasters as declared by the President of the United States or the Texas Governor, may vote a provisional ballot, appear at the voter registrar's office within six (6) calendar days after election day, and sign an affidavit swearing to the religious objection or natural disaster, in order for your ballot to be counted. Please contact your county voter registrar for more details.


VOTETEXAS.GOV

# Notice of Need for ID



9/26/2013        **Texas Secretary of State Elections Division**        11

USA_00014843

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# ENVISION New Training & Outreach Plans

- Update County Training Programs
  - SOS will provide new training on "acceptance and handling of the identification presented by a voter to an election officer."
  - **REQUIRED** for all Election Judges and Clerks.
  - Power Point version available NOW!
  - Video version coming later this year.

9/26/2013     Texas Secretary of State Elections Division     12



USA_00014844

# TEXAS SECRETARY of STATE
## JOHN STEEN

# ENVISION New Training & Outreach Plans

- Review Mock Press Releases.
- Speak with your local newspapers.
- Contemplate use of social media.

9/26/2013          Texas Secretary of State Elections Division          13



USA_00014845

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# TRAIN Election Workers

- Election Judges and Clerks **must** complete training on "acceptance and handling" of IDs.

- Use our Online Pollworker Working.

- Review SOS Handbooks, and other materials.



9/26/2013    Texas Secretary of State Elections Division    14

USA_00014846

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# EDUCATE Voters

- Publish press releases in newspapers.
- If your county uses social media-utilize those avenues for educating voters.
- Contact voters via direct mail.
- Join Us!

9/26/2013   Texas Secretary of State Elections Division   15



USA_00014847

# TEXAS SECRETARY of STATE
## JOHN STEEN

# XEROX Materials for Supply Centers

- **Polling Places Posters**: We have 11x17 and Legal sized poster for use at polling locations.
- New/Updated Forms
  - New voter information notices,
  - New provisional affidavits,
  - New notice to provisional voters,
  - New combination forms/poll lists.
  - New registration omissions list.



9/26/2013   Texas Secretary of State Elections Division   16

USA_00014848

# TEXAS SECRETARY of STATE
## JOHN STEEN

# Supply Kits

- **Don't forget the rest!!**
  - Distance markers
  - Envelopes



9/26/2013                Texas Secretary of State Elections Division                17

USA_00014849

# TEXAS SECRETARY of STATE
## JOHN STEEN

## ACCEPT & HANDLE Voter IDs – Hold Elections

- Place *new* posters outside of polling location (with distance markers)
- Setup booths and place *new* Voter Information Notices in booths.

9/26/2013   Texas Secretary of State Elections Division   18



USA_00014850

# TEXAS SECRETARY of STATE
## JOHN STEEN

# **SUPPLY** Materials to Voter Registrar

- Provisional Ballot Affidavits
- Combination Forms
- Registration Omission List



USA_00014851



USA_00014852