**EXHIBIT B**

**National**:

> There is a debate about state laws that require voters to show a valid form of state or federally-issued photo identification to prove US (United States) citizenship before being allowed to vote. Supporters of these laws say they are necessary to stop ineligible people from voting illegally. Opponents say these laws are unnecessary and mostly discourage legal voters from voting. What do you think?
>
> 70%   Voter identification laws are needed to stop illegal voting
> 26%   Voter identification laws are unnecessary and discourage legal voting
> 3%    Don't know
>
> *Survey by Fox News. Methodology: Conducted by Anderson Robbins Research/Shaw & Co. Research, April 9 - April 11, 2012 and based on 910 telephone interviews. Sample: National registered voters. 706 respondents were interviewed on a landline telephone, and 204 were interviewed on a cell phone.

> Do you think people should be required to show a valid form of state or federally issued photo identification to prove US (United States) citizenship before being allowed to vote?
>
> 80%   Yes, should
> 19%   No, should not
> 1%    Don't know
>
> *Survey by Fox News. Methodology: Conducted by Anderson Robbins Research/Shaw & Co. Research, January 12 - January 14, 2012 and based on 906 telephone interviews. Sample: National registered voters. Respondents were interviewed on landline and cell phones.

> Do you think requiring US (United States) citizens to show identification before being allowed to vote in elections is a good idea or bad idea?
>
> 88%   Good idea
> 9%    Bad idea
> 3%    Don't know
>
> *Survey by Fox News. Methodology: Conducted by Anderson Robbins Research/Shaw & Co. Research, April 3 - April 5, 2011 and based on 914 telephone interviews. Sample: National registered voters. 712 respondents were interviewed on a landline telephone, and 202 were interviewed on a cell phone.



2:13-cv-193
09/02/2014
DEF2329

28 of 48

USA_00026409

Do you think people should be required to show photo identification or a social security card to prove US (United States) citizenship before being allowed to register to vote?

| | |
|---|---|
| 91% | Yes, should |
| 8% | No, should not |
| 1% | Don't know |

*Survey by Fox News. Methodology: Conducted by Opinion Dynamics, June 9 - June 10, 2009 and based on 900 telephone interviews. Sample: National registered voters.

---

Do you think requiring voters to show photo identification at their polling places before being allowed to vote is a good idea because it helps avoid fraud or a bad idea because it could discriminate against people who don't have a driver's license or other photo id?

| | |
|---|---|
| 83% | Good idea |
| 15% | Bad idea |
| 2% | Don't know |

*Survey by Fox News. Methodology: Conducted by Opinion Dynamics, June 9 - June 10, 2009 and based on 900 telephone interviews. Sample: National registered voters.

---

On Election Day, should voters be required to show an official photo identification, such as a Drivers' License, or shouldn't they have to do this?

| | |
|---|---|
| 78% | Should show Photo ID |
| 18% | Should not have to do this |
| 4% | Don't know/refuse |

| | White | Black | Hispanic |
|---|---|---|---|
| Should show Photo ID | 77% | 74% | 83% |
| Should not have to do this | 19% | 22% | 15% |
| Don't know/refuse | 4% | 4% | 2% |

*Survey by Pew Research Center for the People & the Press. Methodology: Conducted by Princeton Survey Research Associates International, October 17 - October 22, 2006 and based on 2,006 telephone interviews. Sample: National adult. The survey was conducted in association with the Brookings Institution and the CATO Institute. The survey includes an oversample of 515 respondents in congressional districts with competitive US House races in the 2006 election for a total of 682 respondents who reside in such districts.

29 of 48

USA_00026410

I'm going to read you several major changes that could be made in politics or specific policies. For each one, please tell me whether you would strongly favor, mildly favor, feel neutral about, mildly oppose, or strongly oppose this change....Require voters to produce a valid photo identification when they go to vote.

| | |
|---|---|
| 52% | Strongly favor |
| 19% | Mildly favor |
| 12% | Feel neutral |
| 3% | Mildly oppose |
| 4% | Strongly oppose |

*Survey by NBC News, Wall Street Journal. Methodology: Conducted by Hart and McInturff Research Companies, April 21 - April 24, 2006 and based on 1,109 telephone interviews. Sample: National adult with an oversample of Hispanics. The sample includes an oversample of 104 Hispanics. Results are weighted to be representative of a national adult population.

USA_00026411

**Texas:**

The Texas legislature recently considered legislation stating that people have to provide photo ID in order to vote in Texas elections. Supporters say such an ID check is required to purchase groceries or receive any government services, and is needed to guarantee the integrity of the electoral system. Opponents say that there is no evidence that unregistered people are voting in Texas and that a voter ID requirement would disproportionately discourage Hispanics and senior citizens, who are less likely to have ID, from voting. Do you support or oppose voter ID legislation? Would that be strongly or just somewhat?

| | |
|---|---|
| 54% | Strongly support |
| 17% | Somewhat support |
| 8%  | Somewhat oppose |
| 18% | Strongly oppose |
| 3%  | Don't know/ Refused/ NA |

| | White | Black | Hispanic |
|---|---|---|---|
| Strongly support | 61% | 58% | 44% |
| Somewhat support | 17% | 17% | 15% |
| Somewhat oppose | 8% | 2% | 11% |
| Strongly oppose | 13% | 20% | 27% |
| Don't know/ Refused/ NA | 2% | 3% | 3% |

| | Democrats | Independents | Republicans |
|---|---|---|---|
| Strongly support | 39% | 55% | 70% |
| Somewhat support | 19% | 15% | 16% |
| Somewhat oppose | 9% | 7% | 8% |
| Strongly oppose | 31% | 18% | 5% |
| Don't know/ Refused/ NA | 3% | 5% | 1% |

*Survey conducted between June 5-12, 2009 of 860 Texans for the Texas Lyceum. The method was a phone survey with Spanish language interviews available upon request.

31 of 48

USA_00026412

Some people argue that requiring registered voters to present government-issued photo identification at the polls reduces voter fraud and does not place major obstacles on anyone who is legally entitled to vote. Other people argue that such a requirement has a negligible effect on voter fraud but places significant obstacles on elderly, low-income, disabled, and minority voters. Do you agree or disagree with the idea that registered voters should be required to present a government-issued photo ID at the polls before they can be allowed to vote?

75%   Agree
17%   Disagree
8%    Don't know

|            | White | Black | Hispanic |
|------------|-------|-------|----------|
| Agree      | 80%   | 63%   | 68%      |
| Disagree   | 12%   | 28%   | 22%      |
| Don't know | 8%    | 9%    | 10%      |

|            | Democrats | Independents | Republicans |
|------------|-----------|--------------|-------------|
| Agree      | 59%       | 70%          | 92%         |
| Disagree   | 32%       | 19%          | 4%          |
| Don't know | 9%        | 12%          | 5%          |

*Survey conducted between February 11-17, 2011 of 800 registered voters in Texas with a margin of error of +/- 3.46%. The method was an Internet survey administered by YouGov/Polymetrix in English and Spanish.

---

Some people argue that requiring registered voters to present government-issued photo identification in order to vote reduces voter fraud and does not place major obstacles on anyone who is legally entitled to vote. Other people argue that such a requirement has a negligible effect on voter fraud and places significant obstacles on immigrants, elderly, low-income, disabled, and minority voters. Do you agree or disagree with requiring registered voters to present a government-issued photo identification at the polls before they can be allowed to vote?

70%   Agree
17%   Disagree
14%   Don't know

|            | White | Black | Hispanic |
|------------|-------|-------|----------|
| Agree      | 73%   | 65%   | 70%      |
| Disagree   | 14%   | 27%   | 16%      |
| Don't know | 12%   | 8%    | 14%      |

|            | Democrats | Independents | Republicans |
|------------|-----------|--------------|-------------|
| Agree      | 54%       | 71%          | 86%         |
| Disagree   | 31%       | 14%          | 7%          |
| Don't know | 15%       | 16%          | 7%          |

*Survey conducted between June 11-29, 2009 of 924 adults in Texas with a margin of error of +/- 3.22%.

32 of 48

USA_00026413

Some people argue that requiring registered voters to present government-issued photo identification in order to vote reduces voter fraud and does not place major obstacles on anyone who is legally entitled to vote. Other people argue that such a requirement has a negligible effect on voter fraud and places significant obstacles on immigrants, elderly, low-income, disabled, and minority voters. Do you agree or disagree with requiring registered voters to present a government-issued photo identification at the polls before they can be allowed to vote?

69%   Agree
18%   Disagree
13%   Don't know

|  | White | Black | Hispanic |
|---|---|---|---|
| Agree | 75% | 53% | 64% |
| Disagree | 15% | 27% | 21% |
| Don't know | 11% | 20% | 15% |

|  | Democrats | Independents | Republicans |
|---|---|---|---|
| Agree | 54% | 63% | 88% |
| Disagree | 32% | 14% | 7% |
| Don't know | 13% | 22% | 5% |

*Survey conducted between February 24 to March 6, 2009 of 800 adults in Texas with a margin of error of +/- 3.22%.

33 of 48

USA_00026414