

**Thomas G. Niblett**
Chief Master Sergeant, Retired

846 Dayflower Lane
Norman, OK 73069

Home: 405-701-0062
Mobile: 405-834-7630
E-mail: tomloretta@cox.net



July 16, 2013

Mr. Eric Holder
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Dear Mr. Holder:

On the matter of voter identification, your views are just plain wrong. You obviously do not want any law requiring voter identification. Without such laws the opportunities for voter fraud are too numerous to list here, but suffice it to say it makes it easier for ACORN to continue their widespread voter fraud.

There is nothing discriminatory about showing identification to vote. Americans are required to show picture identification on many occasions and no one says these occasions are discriminatory in any way:

- when stopped for a traffic violation
- applying for a job
- applying for unemployment benefits
- making purchases with a credit or debit card
- purchasing alcoholic beverages
- purchasing tobacco products
- entering a night club
- entering a casino
- showing up for a doctor's appointment or any medical procedure
- filling out a credit application
- applying for or renewing a drivers' license
- applying for or renewing a passport
- applying for insurance
- filing an insurance claim
- filling out college applications
- donating blood
- obtaining controlled prescription drugs
- obtaining a boarding pass for airline or train travel
- applying for Social Security benefits
- applying for food stamps
- applying for any other form of welfare

Do you really believe that those you think are the victims of discrimination have never done any of these things? Do you really believe Americans are too dumb to see your real motives?

Sincerely;

Thomas G. Niblett

2:13-cv-193
09/02/2014
**DEF2339**

1606-60-0
DEPARTMENT OF JUSTICE
RECORD
SEP 03 2013
R.A.Q.
CIVIL RIGHTS DIVISION

USA_00064803