Eric Holder (AG)
U. S. A. Justice Department
950 Pennsylvania Ave. NW
Washington, DC. 20530-0001

Saturday July 14, 2012

Mr. Eric Holder:

## ON TEXAS' ID LAW FOR VOTERS, IS IT LEGAL OR NOT?

Are those so-called experts on this really experts?

Much news space has been devoted to this subject when in reality there was no reasonable need for such as the following can and will bring out.

Consider the following laws as examples of required pictorial identification as a legal precedent in most cases. Legal precedents are accepted in most all courts of the land as a binding decision that rules the outcome of most legal cases in the U.S.A. Why not this?

Are there any government run agencies, city, county, state or federal, that require all persons to have and present a picture bearing identification card when properly asked to? YES! So, do they have an adverse effect on or are they in any way harmful to minority classes? NO! Let's examine these alternatives. And believe me there are quite a few that are not restrictive to certain nationalities or harmful to same.

I believe that the following are examples that these so-called "experts" have no idea of as I've never heard any mentioned in their commentaries on the subject. I do believe that most of these "experts" carry a State issued identification card with their picture on it in their pockets right now – their State's officially issued drivers license.

A few of these "experts" are listed as Daron Shaw, political science professor at University of Texas; Trey Martinez Fischer, Texas State Representative, chairman Mexican Legislative Caucus; J. Morgan Jousser, California Institute of Technology professor. The members of the Justice Department blocked Texas' ID Law as against the Voting Rights Act, but took no action against the States of Georgia and Indiana for their voter ID laws.

If it turns out to be illegal and against the Federal Voting Rights Act then why is it legal for them to have to show registration cards or other types of identification, such as listed, utility bills?

2:13-cv-193
09/02/2014
**DEF2359**

USA_00126691

2

The main one that comes to mind is the State's ordinance as to having a drivers license with one's photo upon it as well as name and address, date of birth and expiration date of same. Does this happen to be detrimental to any minority? Could not this also be one way of presenting voter identification? According to all that I read if a law is that stringent then all forms of other identification should be illegal.

Also, the State will, through the Department of Motor Vehicles, issue an identification card with a photo on it for legal use. This could also be used anywhere identification is so required. Such as banks, businesses and sundry other places.

People will not have to drive 100 miles or more to get one for how many have to drive that far for their drivers license? If it is, under current law, that "a person cannot be required to travel more than 100 miles for a subpoena" they would be required to do so for a State issued identification card with photo?

Actually there are some places one has to show some sort of personal identification just to use their credit or debit cards or cash checks. So is that actually hurting the minority more than the majority? I think not for I have never heard any complains about that procedure.

Some of the places that require this form of identification are now switching from student cards without photos to only them that have a person's picture emblazoned on it.

Now, is it really harmful or detrimental to one race over another to have to have a government issued photo contained identification card to vote? Any one can, in a lot of cases, know of someone that is registered and isn't going to vote go in this person's place, then claim to be that person and vote as long as photographic proof is not required as proof of whom they are. We know that a voters registration card without photo, if asked for, is not proof of whom one is.

IF businesses can demand photo identification for certain things and the Governments can also do the same why can't the states also demand that voters need a state issued ID card with photo for ones right to vote?

Raymond Spendley
1603 N. Davidson Street
Brady, Texas 76825
325) 597-0425

USA_00126692