| Subjection | Call Date | Name | City | State | Phone | Referral Code | Comments | Referral Comments |
|---|---|---|---|---|---|---|---|---|
| Criminal-Fraud,Other | 11/6/2012 12:10 | BELL, ANITA | SAINT AUGUSTINE | TX | 936-275-2055 | | Ms. Bell went to vote last week. The voting official experienced trouble with her ballot so, it was scanned three times. Ms. Bell resides in a nursing home rehab facility, which three members of the nursing home accompanied her to the polling place and the voting official asked one member to assist Ms. Bell in casting her ballot once it scanned properly but, now that the nursing home member assisted Ms. Bell with her ballot the member is no longer speaking to her now that she knows who Ms. Bell voted for. Ms. Bell feels the voting official should have assisted her in voting and not have her privacy revealed to a nursing home member. | |
| Criminal-Fraud,Other | 11/6/2012 11:16 | DANIEL, COTHEDODIS | AUSTIN | TX | 512-739-1399 | 1 | pressed "all democrat" and it choose Mitt Romney and keep everything else Democrat on the ballot. Had to manually go in and select Pres Obama. After mentioning it to others, the had the same problem happened. Problem seems to be occurring all day. Judge : Marsha Told Poll Judge what was going on and she advised that you have to manually go in and change it. Location: St John Lutheran Church on Ben White St | Spoke with Mr. Daniel. He confirmed his account. Said he'd been advised to review his ballot before hitting the "vote" button, which he did. Saw that although he initially checked the "all Democratic" button, the his ballot selected Romney for President; all other choices were correct. He showed this to "Judge Marcia" (or "Marsha" - not sure), and together they went through the process several times and each time Romney was selected despite clicking on the "all Dem" button. He did cast his ballot as he intended after changing the selection for Pres. |

2:13-cv-193
09/02/2014
DEF2361

USA_00126718

| Subjection | Call Date | Name | City | State | Phone | Referral Code | Comments | Referral Comments |
|---|---|---|---|---|---|---|---|---|
| Criminal-Fraud,Other | 11/7/2012 21:46 | English, Thomas | Texas City | TX | 409-655-5095 | | On 11/06/2012 I showed up in Galveston county, TX to vote and was told that, according to the computer system, I had already voted. I assured the precinct judge, Jackie Daniels, that I had not voted. She informed me that I could fill out a provisional ballot and that it would later be determined as to whether to count my vote or not. My main concern is whether someone has used my name to vote in the early voting portion of the election. It seems that my county will not be able to inform me as to whether this has happened, nor rectify the error and charge someone with fraud if someone else did use my name to vote. I know of one other person who was told the same thing - that the records showed he had already voted, when he had not. So, I have the concern of voter fraud in my county. If possible, I would like this investigated. | |
| Criminal-Fraud,Other | 11/6/2012 20:12 | NUTTAL, CHANDLER | FRIENDSWOOD | TX | 713-540-9393 | 1 | His boss who is in the military has voted in person as well as via Absentee ballot in Alabama. | |

USA_00126719

| Subjection | Call Date | Name | City | State | Phone | Referral Code | Comments | Referral Comments |
|---|---|---|---|---|---|---|---|---|
| Criminal-Fraud,Other | 10/30/2012 16:17 | Orlowski, Robin | Austin | TX | 512-342-8788 | | I apploed for a pollworker position with Travis County Texas. I completed the training and thought everything was fine. I just recieved a call from the office staff. They are upset that I was appointed election judge. I have epilepsy and also had it when I previously served as alternate election judge. There were no problems at the polls and I legally did everything I was supposed to. Travis COunty wants to remove me from the position only because of my disability. Not because of anything I've actually done. They did not have a problem with anything mechanical at the polls...etc And they never said anything about my conduct at the polls. Just because of their ideas about people with disabilities. I've previously worked for and was paid for being an alternate election judge also while I still have a diagnosis of and am under medical care for epilepsy. Travis County should not have a problem with me having epilepsy and wanting to participate in the election processs. | |
| Criminal-Fraud,Other | 11/7/2012 15:42 | WHITE, NANCY | CANTON | TX | 903-852-3530 | 1 | Ms. White called to say that when she went to vote they told her that she had already voted. She stated that she did not and she went to the location where she could get a copy of the signature of the person that signed the slip. She verified that is was not her signature. She states that no one seems to want to help her with this matter and want to find out what can she do about it so that she will not have this problem again. | |

USA_00126720