| | |
|---|---|
| **From:** | ltcolparnell [ltcolparnell@aol.com] |
| **Sent:** | Sunday, March 03, 2013 3:49 AM |
| **To:** | Voting Section (CRT) |
| **Subject:** | Voter fraud-Tarrant County, Texas |

Angelina Ramirez is an illegal alien who votes in our elections. She braggs about voting and this is not right. The local election board said they could not stop an illegal alien from voting so I suppose your office is in charge of voting fraud. Her name is Angelina Ramirez, she has a job , owns a house, and votes and she is an illegal alien. She told me she is. She lives at 230 Churchill Rd, Fort Worth, texas 76114

1

2:13-cv-193
09/02/2014
DEF2362

USA_00126721