| | |
|---|---|
| From: | Price, Allison W (OPA) |
| Sent: | Thursday, June 21, 2012 1:21 PM |
| To: | 'hirschkornP@cbsnews.com' |
| Cc: | Chitre, Nanda (OPA); Rivard, Mitchell (OPA); Passman, Michael (OPA) |
| Subject: | RE: CBS EVENING NEWS Query: FL Voter Purge |

Phil –

I am writing on behalf of my colleague Nanda Chitre who you have been working with. She is traveling for work. We looked into your request and would like to provide the following response on background.

In recent litigation regarding new state laws that impose voter ID requirements, the record has not shown that significant in-person voter impersonation fraud – the type of fraud that many states claim their voter ID laws are aimed to prevent –actually exists.

Nonetheless, when election and voter fraud allegations are brought to the Department's attention, we do not hesitate to prosecute. The Public Integrity Section (PIN), a section within DOJ's Criminal Division, and the U.S. Attorneys' Offices coordinate the nationwide investigation and prosecution of election crimes. Below are some examples of the types of cases we have recently brought in this area.

- This past March, the sheriff and the county clerk of Lincoln County, in the Southern District of West Virginia, pled guilty to ballot-box stuffing. I am including a link to the press release for your information.
  TWO FORMER LINCOLN COUNTY OFFICIALS PLEAD GUILTY TO ELECTION FRAUD CHARGES.

- In 2011 ten defendants were convicted in Monroe County (Western District of Kentucky) of an absentee ballot scheme relating to a mayoral race.

- In 2010, a former county councilman and precinct committeeman in the Southern District of Illinois were convicted of providing false information to election officials to qualify to vote. In the Western District of Kentucky, four defendants were convicted of vote-buying at an early voting site. Other cases included multiple voting convictions in the Eastern and Western Districts of Missouri and the District of Kansas.

- The Department of Justice has and will continue to move aggressively to attack voter fraud that occurs in connection with federal elections. For example, over the past five years over 40 convictions arising out of vote-buying schemes have been obtained in the Eastern District of Kentucky. Many of these defendants were public officials, such as county sheriff, county clerk, superintendent of schools, or county judge executive (the highest elected and most powerful position in the county). In some of these poorer communities, the payment for voting took the form of much-needed gravel for private driveways. Currently, the former superintendent of schools in Breathitt County, Kentucky is awaiting trial on vote-buying and obstruction of justice charges. Finally, eight individuals were convicted on March 25, 2010 of voter fraud in Clay County, in a case that included a forfeiture of over $4 million in salaries and contracts as result of the scheme. The Defendants accomplished their purposes through a pattern of, among other things, bribery, extortion, and mail fraud designed to corrupt and affect the outcome of elections. The eight individuals include a circuit judge, magistrate, superintendent of schools, county clerk, and election commissioner, and they were convicted under the federal conspiracy against rights statute, 18 U.S.C. 241. All eight defendants received significant prison terms.

Please let me know if I can help with anything else.

Allison

2:13-cv-193
09/02/2014
DEF2363

USA_00128604

Allison Price
Office of Public Affairs
U.S. Department of Justice
202-514-1155

**From:** Hirschkorn, Phil [mailto:HirschkornP@cbsnews.com]
**Sent:** Wednesday, June 13, 2012 10:44 PM
**To:** Passman, Michael (OPA)
**Cc:** Rivard, Mitchell (OPA); Chitre, Nanda (OPA)
**Subject:** Re: CBS EVENING NEWS Query: FL Voter Purge

That's all helpful with respect to the Florida situation. But for national picture, you neglected to answer the most important question: how many federal prosecutions for voter fraud have there been in recent years? Say, since 2000?

Many thanks,

Phil

**From:** Passman, Michael (OPA) <Michael.Passman@usdoj.gov>
**To:** Hirschkorn, Phil
**Cc:** Rivard, Mitchell (OPA) <Mitchell.Rivard@usdoj.gov>; Chitre, Nanda(OPA) <Nanda.Chitre@usdoj.gov>
**Sent:** Wed Jun 13 21:39:56 2012
**Subject:** RE: CBS EVENING NEWS Query: FL Voter Purge

Phil,

On background, here are the questions we are able to answer:

The Florida county election supervisor who determined a "significant error rate" in the state-provided list of potentially ineligible voters is Penelope Townsley, Supervisor of Elections for Miami-Dade County.

The five Florida counties subject to pre-clearance are Collier, Hardee, Hendry, Hillsborough and Monroe Counties.

And five counties in Arizona participate in the SAVE Program for the purpose of verifying citizenship of new voter registrants.

**From:** Hirschkorn, Phil [mailto:HirschkornP@cbsnews.com]
**Sent:** Wednesday, June 13, 2012 12:19 PM
**To:** Passman, Michael (OPA)
**Cc:** Lambidakis, Stephanie
**Subject:** CBS EVENING NEWS Query: FL Voter Purge

Michael,

Could someone speak to me on background following up the letter DOJ sent Florida on Monday?

In addition, I am interested to know how many *federal* prosecutions for voter fraud have there been in recent years?

Who is he Florida county election supervisor who determined a "significant error rate" in the state-provided list of potentially ineligible voters?

USA_00128605

What are the five Florida counties subject to pre-clearance for changes on voter laws?

Which is the state that *does* participate in SAVE for purposes of verifying citizenship of new voter registrants?

Lastly, would AAG Perez be available for an interview in this subject and photo voter ID laws?

Thanks,

Phil

Phil Hirschkorn
Producer
CBS Evening News
524 West 57th Street
New York, NY 10019
(212) 975-7878 ofc.
(917) 363-4457 cell

USA_00128606