# Harris County – Where to get an Election ID

  

To ensure voters have every opportunity to obtain an Election ID if needed, DPS, SOS, and the Harris County Clerk are making available two additional sites to acquire an Election ID. If you do not have any of the following acceptable forms of ID, you may apply for an Election Identification Certificate (EIC) at no charge. However, if you already have any of the following forms of ID, you are not eligible for an EIC:

- Texas driver license—unexpired or expired no longer than 60 days at the time of voting
- Texas personal identification card—unexpired or expired no longer than 60 days at the time of voting
- Texas concealed handgun license—unexpired or expired no longer than 60 days at the time of voting
- U.S. passport book or card—unexpired or expired no longer than 60 days at the time of voting
- U.S. Military identification with photo—unexpired or expired no longer than 60 days at the time of voting
- U.S. Citizenship Certificate or Certificate of Naturalization with photo



2:13-cv-193
09/02/2014
**DEF2367**

| Legend | DPS Location | Address | City | ZIP | Phone | Type |
|---|---|---|---|---|---|---|
| 1 | Houston-Spring Mega Center | 4740 Spring Cypress RD, STE 100 | Spring | 77379 | 281-517-1620 | Permanent |
| 2 | Houston Dacoma | 4545 Dacoma | Houston | 77092 | 713-683-0541 | Permanent |
| 3 | Houston East | 11039 East Freeway (I-10), Suite B | Houston | 77029 | 713-633-9872 | Permanent |
| 4 | Houston Grant Road | 10503 Grant Road | Houston | 77070 | 281-890-5440 | Permanent |
| 5 | Houston Townhurst | 1601 Townhurst | Houston | 77043 | 713-465-8462 | Permanent |
| 6 | Houston Vantage Parkway East | 15403 Vantage Pkwy E, Ste 300 | Houston | 77032 | 281-449-2685 | Permanent |
| 7 | Houston Winkler | 9206 Winkler | Houston | 77017 | 713-943-0631 | Permanent |
| 8 | Houston-Gessner Mega Center | 12220 South Gessner | Houston | 77071 | 713-219-4100 | Permanent |
| 9 | Baytown | 5420 Decker Drive | Baytown | 77520 | 281-424-3669 | Permanent |
| 10 | Humble | 7710 Will Clayton Parkway | Humble | 77338 | 281-446-3391 | Permanent |
| 11 | Pasadena | 2783 Red Bluff Road, No. 100 | Pasadena | 77503 | 713-473-3232 | Permanent |
| 12 | Webster | 111 Tristar Drive | Webster | 77598 | 281-486-8242 | Permanent |
| 13 | Lone Star College - Victory Center | 4141 Victory Drive | Houston | 77088 | 713-755-6965 | Temp - Voter ID |
| 14 | Holman Street Baptist Church | 3422 Holman Street (corner of Holman and Attucks) | Houston | 77004 | 713-755-6965 | Temp - Voter ID |

www.txdps.state.tx.us    www.VoteTexas.gov    www.HarrisVotes.com