In December 2013 we do not have a record of anyone without identification who walked away without voting.

2:13-cv-193
09/02/2014
DEF2368

USA_00130976