







**Remember, bring your Photo ID to the Polls**

**www.HarrisVotes.com**

**ELECTION DAY – NOV. 5**

Early Voting: Oct. 21 – Nov. 1

Stan Stanart, County Clerk

USA_00131673



Recuerde, traiga su identificación con foto a las Urnas

www.HarrisVotes.com

Día de elecciones - 5 de Nov.

Votación Anticipada: 21 de Oct. - 1 de Nov.

Stan Stanart, Secretario del Condado

USA_00131674



Nhớ, mang Căn Cước có Hình Ảnh của Quý Vị đến Các Phòng Phiếu

www.HarrisVotes.com

NGÀY BẦU CỬ - 5 THÁNG 11

Bầu Cử Sớm: 21 tháng 10 – 1 tháng 11

Stan Stanart, Giám Đốc Nha Hành Chánh Quận



USA_00131675



請記得，您必須帶照片識別證件去投票

www.HarrisVotes.com

選舉日 – 11月5日
提前投票期間: 10月21日 – 11月1日
Stan Stanart, 縣所行政書記官



USA_00131676