# Similar Names

*Names that are not identical, but are similar*

2:13-cv-193
09/02/2014
**DEF2370**

# Totality of the Circumstances

- Claudia Alta "Lady Bird" Taylor Johnson

Similar Names

Precinct 1 – Travis County
List of Registered Voters

Claudia Bird Taylor
123 Texas Way
Austin, Texas 71234

Date of Birth: 12/22/1912

*Texas Driver License*



Lady Bird Johnson
123 Texas Way
Austin, Texas 71234

Date of Birth: 12/22/1912

USA_00133040

# Totality of the Circumstances

- Use information to assist in determination:
  - Address
  - Date of Birth
  - Photograph

Similar Names

USA_00133041

# Determining Similar Names

o What does that mean?

1. Slightly Different
2. Customary Variation
3. Initial, Middle Name or Former Name
4. Different Field

Similar Names

USA_00133042

# Slightly Different

| Poll Book or ID | Poll Book or ID |
|---|---|
| Dorris Miller | Doris Miller |
| Nanci Griffith | Nancy Griffith |
| Harlen Block | Harlon Block |
| Charlie Pride | Charley Pride |
| Mark Cuban | Marc Cuban |
| Jamie Fox | Jamie Foxx |

Similar Names

USA_00133043

# Slightly Different

o **Minor misspellings of names,** e.g. Jan vs. Jane, Julia vs. Julie.

o **Extra letters, minor typos.**

o **Common different spellings,** e.g. John or Jon, Mark or Marc.

Similar Names

USA_00133044

# Customary Variation

## Similar Names

| Poll Book or ID | Poll Book or ID |
|---|---|
| David Crockett | Davy Crockett |
| Sam Houston | Samuel Houston |
| James Richard Perry | James Rick Perry |
| William P. Clements, Jr. | Bill Clements |
| Enrique B. Gonzales | Henry B. Gonzales |
| Jonathan Paul Manziel | Johnny Paul Manziel |
| Esperanza Andrade | Hope Andrade |

# Customary Variation

- **English vs. Spanish vs. French vs. German spellings**, e.g. John vs. Johann, vs. Jose vs. Jean, Esperanza vs. Hope.

- **Common Abbreviations**, e.g. Samuel, Kim for Sam for Kimberly.

Similar Names

USA_00133046

# Initial, Middle Name, Former Name

| Poll Book or ID | Poll Book or ID |
|---|---|
| Lyndon Johnson | Lyndon Baines Johnson |
| William P. Clements, Jr. | Bill Clements |
| Willie Hugh Nelson | Willie Nelson |
| Audie Murphy | Audie L. Murphy |
| J. Roger Williams | Roger Williams |
| Earl C. Campbell | Earl Campbell |
| Carole Keeton Rylander | Carole Keeton Strayhorn |
| Sandra Day | Sandra Day O'Connor |
| Beyonce Knowles | Beyonce Knowles-Carter |

Similar Names

USA_00133047

# Similar Names

## Initial, Middle Name, Former Name

- Maiden Names
- Hyphenated Names
- Middle Names

USA_00133048

# Different Field

| Poll Book or ID | Poll Book or ID |
|---|---|
| Beyonce Knowles | Beyonce Knowles-Carter |
| Sandra Day | Sandra Day O'Connor |

Similar Names

USA_00133049

# Totality of Circumstances

- Buddy Holly vs. Charles Hardin Holley
- Ike Eisenhower vs. Dwight David Eisenhower

**REMEMBER TO COMPARE ALL INFORMATION**

Similar Names

USA_00133050

# Harris County Procedures

- Voter will provide ID, election worker will need to determine if the names in the poll book and the ID are
  - exact,
  - Similar, or
  - too different to accept as similar

Similar Names

USA_00133051

# Exact Matches

- Voters with exact matches DO need to sign the poll book.
- Voters with exact matches DO NOT need to initial the similar name affidavit.
- Exact matches mean that the voter's name is exactly the same on both the poll book and the Photo ID.
- If the voter has changed addresses, the voter is still required to fill out a Statement of Residence (SOR).

Similar Names

USA_00133052

# Similar Names

- Voter's who have have been determined by the election clerk to have a similar name between the photo ID and the name on the Poll Book are required to initial the box for similar name which means that they are agreeing that both of the names represent the voter.
- The voter Must also sign the poll book.
- The voter may also elect to update their name with the Voter Registrar.

Similar Names

USA_00133053

# Updating Similar Names

The voter may choose to update their name with the Voter Registrar by:

- Initialing the Update Registration Box which will update to the ID Name listed by their registered Name
- Filling out a Similar Name Update form or a Statement of Residence.

Similar Names

USA_00133054

# Too Different to Accept as Similar

- If the election clerk determines that the photo ID and the name on the poll book are too different to accept as similar, the voter may vote provisionally.
- If the voter votes provisionally because the voter could not provide acceptable photo ID, then the voter has six (6) days after the election to provide acceptable photo ID to the Voter Registrar at the Main Office.

Similar Names

# Questions

Contact Stan Stanart, Harris County Clerk's Office at 713-755-5792 or www.harrisvotes.com

Similar Names

USA_00133056

# BRING YOUR PHOTO ID to the polls

Texas requires voters to present an approved form of photo identification to vote in person. To facilitate the voter qualification process when YOU go to the poll, YOU should:

1. **Review the list of approved Photo IDs** and make sure YOU have one;
2. **Make sure YOUR State Approved Photo ID is current;** <u>With the exception of the U.S. citizenship certificate, the Photo ID must be unexpired or expired less than 60 days;</u>
3. **Verify that the name the Voter Registrar has on file for YOU matches the name on one of the State approved Photo IDs.** YOU may visit https://txapps.texas.gov/tolapp/sos/SOSACManager to update YOUR 'Voter Name and Address'.

## Approved Credentials for Voting in Texas


1. **Texas driver license**


2. **Texas Election Identification Certificate (EIC)**


3. **Texas personal identification card**

Voters who currently do not have an approved form of photo ID may **apply for an Election Identification Certificate (EIC)** at no charge with the Department of Public Safety. For more information: Call (512) 424-2600 or visit http://www.txdps.state.tx.us/DriverLicense/electionID.htm


4. **Texas concealed handgun license**


5. **United States military identification card**


6. **United States citizenship certificate**


7. **United States passport**


**Stan Stanart**
HARRIS COUNTY CLERK
www.HarrisVotes.com

USA_00133057