

November 5, 2013

(5 de Noviembre de 2013 Elección)

Office Hours for Provisional ID Voters

(Horarios de Oficina para Provisional ID)

| | | |
|---|---|---|
| **Regular Hours:** | | **Horarios Regular** |
| Mon – Fri | 8 AM – 5 PM | Lun – Vier |
| **Extended Hours:** | | **Horarios Extendido:** |
| Sat  Nov 9 | 8 AM – 3 PM | Sab |
| Mon (Holiday) Nov 11 | 8 AM – 3 PM | Lun (día de fiesta) |

6 days to present photo ID or apply for exemption ends:
(6 días presentar ID o solicitar la exención termina)

Nov 12 at 5 PM

2:13-cv-193
09/02/2014
DEF2371

USA_00150497