Case 2:13-cv-00193   Document 792-49   Filed on 11/20/14 in TXSD   Page 1 of 1

November 5, 2013 Election     *(5 de Noviembre de 2013 Elección)*

| Provisional ID Voters Office Hours | | | *(Horarios de Oficina - Provisional ID)* |
|---|---|---|---|
| Regular Hours: | | | *Horarios Regular* |
| Mon – Fri | | 8 AM – 5 PM | *Lun – Vier* |
| Sat | Nov 9 | 8 AM – 3 PM | *Sab* |
| Mon (Holiday) | Nov 11 | 8 AM – 3 PM | *Lun (día de fiesta)* |
| Tues | Nov 12 | 8 AM – 5 PM | *Mar* |

6 days to present photo ID or apply for exemption ends
*(6 días presentar ID o solicitar la exención termina)*     **Nov 12   5:00 PM**

*(The above notice is repeated 12 times on the page, arranged in two columns of six.)*



2:13-cv-193
09/02/2014
**DEF2372**

USA_00150498