

**March 4, 2014 Primary Election**
**(4 de marzo de 2014 Elecciónes Primaria)**

**Office Hours for Provisional ID Voters**
**(Horarios de Oficina para Provisional ID)**

| | | |
|---|---|---|
| **Regular Hours:** | | **Horarios Regular** |
| Mon – Fri | 8 AM – 5 PM | Lun – Vier |
| **Extended Hours:** | | **Horarios Extendido:** |
| Sat  March 8 | 9 AM – 3 PM | Sab   el 8 de marzo |

**6 days to present photo ID or apply for exemption ends:**
**(6 días presentar ID o solicitar la exención termina)**

March 10 at 5 PM

2:13-cv-193
09/02/2014
**DEF2373**

USA_00150502