| | |
|---|---|
| **March 10, 2014**        **(10 de Marzo de 2014)**<br><br>Provisional ID Voters Office Hours    (Horarios de Oficina - Provisional ID)<br>Regular Hours:                                                   Horarios Regular<br>Mon – Fri                   8 AM – 5 PM             Lun – Vier<br>Sat           Mar 8       9 AM – 3 PM             Sab | **March 10, 2014**        **(10 de Marzo de 2014)**<br><br>Provisional ID Voters Office Hours    (Horarios de Oficina - Provisional ID)<br>Regular Hours:                                                   Horarios Regular<br>Mon – Fri                   8 AM – 5 PM             Lun – Vier<br>Sat           Mar 8       9 AM – 3 PM             Sab |
| **March 10, 2014**        **(10 de Marzo de 2014)**<br><br>Provisional ID Voters Office Hours    (Horarios de Oficina - Provisional ID)<br>Regular Hours:                                                   Horarios Regular<br>Mon – Fri                   8 AM – 5 PM             Lun – Vier<br>Sat           Mar 8       9 AM – 3 PM             Sab | **March 10, 2014**        **(10 de Marzo de 2014)**<br><br>Provisional ID Voters Office Hours    (Horarios de Oficina - Provisional ID)<br>Regular Hours:                                                   Horarios Regular<br>Mon – Fri                   8 AM – 5 PM             Lun – Vier<br>Sat           Mar 8       9 AM – 3 PM             Sab |
| **March 10, 2014**        **(10 de Marzo de 2014)**<br><br>Provisional ID Voters Office Hours    (Horarios de Oficina - Provisional ID)<br>Regular Hours:                                                   Horarios Regular<br>Mon – Fri                   8 AM – 5 PM             Lun – Vier<br>Sat           Mar 8       9 AM – 3 PM             Sab | **March 10, 2014**        **(10 de Marzo de 2014)**<br><br>Provisional ID Voters Office Hours    (Horarios de Oficina - Provisional ID)<br>Regular Hours:                                                   Horarios Regular<br>Mon – Fri                   8 AM – 5 PM             Lun – Vier<br>Sat           Mar 8       9 AM – 3 PM             Sab |
| **March 10, 2014**        **(10 de Marzo de 2014)**<br><br>Provisional ID Voters Office Hours    (Horarios de Oficina - Provisional ID)<br>Regular Hours:                                                   Horarios Regular<br>Mon – Fri                   8 AM – 5 PM             Lun – Vier<br>Sat           Mar 8       9 AM – 3 PM             Sab | **March 10, 2014**        **(10 de Marzo de 2014)**<br><br>Provisional ID Voters Office Hours    (Horarios de Oficina - Provisional ID)<br>Regular Hours:                                                   Horarios Regular<br>Mon – Fri                   8 AM – 5 PM             Lun – Vier<br>Sat           Mar 8       9 AM – 3 PM             Sab |
| **March 10, 2014**        **(10 de Marzo de 2014)**<br><br>Provisional ID Voters Office Hours    (Horarios de Oficina - Provisional ID)<br>Regular Hours:                                                   Horarios Regular<br>Mon – Fri                   8 AM – 5 PM             Lun – Vier<br>Sat           Mar 8       9 AM – 3 PM             Sab | **March 10, 2014**        **(10 de Marzo de 2014)**<br><br>Provisional ID Voters Office Hours    (Horarios de Oficina - Provisional ID)<br>Regular Hours:                                                   Horarios Regular<br>Mon – Fri                   8 AM – 5 PM             Lun – Vier<br>Sat           Mar 8       9 AM – 3 PM             Sab |
| **March 10, 2014**        **(10 de Marzo de 2014)**<br><br>Provisional ID Voters Office Hours    (Horarios de Oficina - Provisional ID)<br>Regular Hours:                                                   Horarios Regular<br>Mon – Fri                   8 AM – 5 PM             Lun – Vier<br>Sat           Mar 8       9 AM – 3 PM             Sab | **March 10, 2014**        **(10 de Marzo de 2014)**<br><br>Provisional ID Voters Office Hours    (Horarios de Oficina - Provisional ID)<br>Regular Hours:                                                   Horarios Regular<br>Mon – Fri                   8 AM – 5 PM             Lun – Vier<br>Sat           Mar 8       9 AM – 3 PM             Sab |
| **March 10, 2014**        **(10 de Marzo de 2014)**<br><br>Provisional ID Voters Office Hours    (Horarios de Oficina - Provisional ID)<br>Regular Hours:                                                   Horarios Regular<br>Mon – Fri                   8 AM – 5 PM             Lun – Vier<br>Sat           Mar 8       9 AM – 3 PM             Sab | **March 10, 2014**        **(10 de Marzo de 2014)**<br><br>Provisional ID Voters Office Hours    (Horarios de Oficina - Provisional ID)<br>Regular Hours:                                                   Horarios Regular<br>Mon – Fri                   8 AM – 5 PM             Lun – Vier<br>Sat           Mar 8       9 AM – 3 PM             Sab |

2:13-cv-193
09/02/2014
**DEF2374**
exhibitsticker.com

USA_00150503