# From the Office of State Senator Troy Fraser

**For Immediate Release**
January 26, 2011
Contact: Janice McCoy
(512) 463-0124

## Texas Senate Passes SB 14 – Photo ID

The Texas Senate passed legislation authored by State Senator Troy Fraser, R-Horseshoe Bay, on Wednesday, January 26 to increase confidence that in-person voter fraud does not occur. Senate Bill 14 would require that each voter show photo identification before being able to cast a vote.

"Photo ID is simply putting into practice the intent of the current law - that the person who shows up at the polls is who he or she claims to be," said Fraser. "Voter impersonation is a serious crime, but without a photo ID requirement we can never have confidence in our system of voting."

Under the legislation, a voter would be required to show either a Texas driver's license or identification card, a US military ID card, a US passport, a Texas concealed handgun license, or a US citizenship certificate that contains a photo before casting a ballot. The bill also would increase the penalties for committing voter fraud.

"Polls show that people are less likely to vote if they believe their ballot will not be fairly counted," Fraser said. "Senate Bill 14 is just one step in restoring voter confidence by giving election workers a tool to eliminate in-person voter fraud."

According to a recent Lighthouse Opinion Polling and Research poll, 86 percent of Texans - both Republicans and Democrats support a photo-ID requirement.

"I want to thank my Senate colleagues who supported this bill," said Fraser. "It is imperative that Texas protect the public's confidence in elections by deterring and detecting voter fraud and this bill will help us do that."

Senate Bill 14 is now before the Texas House of Representatives for its review and deliberation.

*Senator Fraser represents a 21-county region in the geographic center of the state. He is the Chairman of the Senate Committee on Natural Resources. He also sits on the following standing Senate Committees: Business and Commerce, Nominations, State Affairs, and International Relations and Trade.*

▲

2:13-cv-193
09/02/2014
DEF2375

USA_00223347