# *From the Office of State Senator Troy Fraser*

**For Immediate Release**
March 12, 2012
Contact: Janice McCoy
(512) 463-0124

## Senator Troy Fraser Statement on Voter ID

"I am extremely disappointed that the federal Department of Justice rejected Texas' voter identification law today. I believe that a photo identification law simply puts into practice the intent of the current law – that the person who shows up at the polls is who he or she claims to be. And, even the U.S. Supreme Court has said that voter identification requirements are constitutional.

"Polls show that people are less likely to vote if they believe their ballot will not be fairly counted. The law I passed last year would have been one step to restore voter confidence by giving election workers a tool to eliminate in-person voter fraud.

"Additionally, a recent Lighthouse Opinion Polling and Research poll showed that 86 percent of Texans - both Republicans and Democrats support a photo-ID requirement. Despite this overwhelming public support for voter identification laws, the Obama justice department failed to approve our law.

"Voting is one of our most fundamental rights. I believe it is my responsibility as an elected official to ensure that legitimate votes cast by Texans are not diluted by those voting fraudulently.

"This legislation is not a radical concept. I am just asking that every voter verify that "you are who you say you are" before casting his or her vote."

*Senator Fraser represents a 21-county region in the geographic center of the state. He is the Chairman of the Senate Committee on Natural Resources. He also sits on the following standing Senate Committees: Economic Development, Nominations, State Affairs, and International Relations and Trade.*

2:13-cv-193
09/02/2014
DEF2376
exhibitsticker.com

USA_00223348