# OFFICE OF STATE SENATOR TROY FRASER
## STATE CAPITOL BUILDING, ROOM 1E.15
512-463-0124

FOR IMMEDIATE RELEASE
June 25, 2013

### Senator Troy Fraser Statement on Voter ID Implementation

"I am extremely gratified that the U.S. Supreme Court ruled that Section 5 of the Voting Rights Act is not enforceable because of its reliance on outdated information.  With this decision, the State's Voter ID law which I passed in 2011 can finally take effect.

"Voting is one of our most fundamental rights. I believe that our photo identification law simply puts into practice the intent of the current law – that the person who shows up at the polls is who he or she claims to be.

"Despite overwhelming public support for photo identification requirements, the Obama justice department blocked the implementation of Voter ID for two years. Now, we can move forward with our law to restore voter confidence by giving election workers a tool to eliminate in-person voter fraud.

"This legislation is not a radical concept. I am just asking that every voter verify that "you are who you say you are" before casting his or her vote."

#



USA_00223349