# *From the Office of State Senator Troy Fraser*

**For Immediate Release**
July 25, 2013
Contact: Janice McCoy
(512) 463-0124

## Senator Troy Fraser Statement on Eric Holder Intervention

"Exactly one month after the U.S. Supreme Court ruled that Section 5 of the Voting Rights Act is not enforceable because of its reliance on outdated information, Eric Holder is continuing to use the Act for partisan political gains.

"Despite overwhelming public support for photo identification requirements, the Obama justice department blocked the implementation of Voter ID for two years. Now, they are trying to use another section of the Voting Rights Act to keep up their assault on Texas.

"The federal Department of Justice continues to target our state. Texas elected officials, not some bureaucrats in Washington D.C., should be in control of our election law and I expect the Office of the Attorney General to keep fighting for that right."

▲

2:13-cv-193
09/02/2014

**DEF2379**

USA_00223352