# From the Office of State Senator Troy Fraser

**For Immediate Release**
November 9, 2010
Contact: Janice McCoy
(512) 463-0124

## FRASER FILES PHOTO ID MEASURE

State Senator Troy Fraser, R-Horseshoe Bay, authored legislation on Monday, November 8 to increase confidence that in-person voter fraud does not occur. Twelve Senate Republican Senate members signed on as co-authors.

Senate Bill 178 would require that each voter show photo identification before being able to cast a vote. "Voter ID is simply putting into practice the intent of the current law - that the person who shows up at the polls is who he or she claims to be," said Fraser. "Voter impersonation is a serious crime, but without a photo ID requirement we can never have confidence in our system of voting."

"Polls show that people are less likely to vote if they believe their ballot will not be fairly counted," Fraser said. "SB 178 is just one step in restoring voter confidence by giving election workers a tool to eliminate in-person voter fraud."

Under the legislation, a voter would be required to show either a current Texas driver's license or id card, a current US military id card, a current US passport, or a US citizenship certificate that contains a photo before casting a ballot. The bill also would increase the penalties for committing voter fraud.

"Each session members of the Texas Legislature pledge to uphold the Constitutions of the U.S. and of this state. I take these oaths very seriously, and I believe this measure will secure the voting rights of our citizens provided for in the Constitution" said Fraser. "This legislation is not a radical concept. I am just asking that every voter verify that "you are who you say you are" before casting a vote."

*Senator Fraser represents a 21-county region in the geographic center of the state. He is the Chairman of the Senate Committee on Natural Resources. He also sits on the following standing Senate Committees: Business and Commerce, Nominations, State Affairs, and International Relations and Trade.*

2:13-cv-193
09/02/2014
DEF2380

USA_00223353