To:     Emma Simson

       The Campaign Legal Center

       215 E. Street, NE

       Washington DC 20002

From:   Earl Parker, EA

       Madison County, TEXAS

Ref:    Open records request

I am making every effort to respond for your request for information regarding Madison County's efforts to inform the public of the photo ID law implemented in Texas Elections. We are a small county and do things less formally than larger entities.

Response:

1. Communications and other documents
    a. Two or three articles in the Madisonville Meteor. Do not have dates. Becky Holland (no longer with paper) wrote the articles
    b. Gave information to local radio station (KMVL) on more than one occasion. Do not know if it was broadcast.
    c. Held meeting at Lakeview Baptist Church
        i. About 30 in attendance
    d. Addressed:
        i. Tea Party Meeting (approx.. 125 in attendance)
        ii. Noon Lions Club (10-12 in attendance)
        iii. Madison County Retired School Personnel (approx.. 20 attendees)
    e. Letter to area Churches
    f. Banner displayed on front of courthouse from Sept. 2013 until March 2014
    g. No documented expenditures
2. Provisional Ballots
    a. One ballot cast due to no Photo ID
        i. Person looked for Driver's License unsuccessfully
        ii. Cast the provisional ballot
        iii. Left the polling location and returned within fifteen minutes with DL she found on floor board of auto. Ballot Bd approved the ballot for counting
3. Processing EIC
    a. Madison County Commissioners Court approved resolution:
        i. Train EA to issue EIC
        ii. Provide space to issue EIC
    b. State provided:
        i. Training to issue EIC
        ii. Materials to issue EIC
        iii. Support documentation for issuing EIC

2:13-cv-193
09/02/2014
DEF2383