iv. Support phone and e-mail information for issuing EIC
    v. Equipment and supplies to implement the program
  c. Eligibility for EIC
    i. Cannot have one of the seven photo ID's required by the State
    ii. No individual made application for an EIC
4. Department of Public Safety (DPS) did not set up a mobile EIC. It was mentioned but the decision was made to train the EA for that function
5. Election administrator is trained to issue EIC
  a. Policies, procedures, training manuals, documents related to issuing were provided by the state and could/should be obtained from them
  b. Outside of the training onsite by the state I made one phone call to clarify some function that I did not document
  c. See above
  d. Articles, signage etc. gave information that when office is open EIC is available
  e. No county funds expended for office space, training, etc.
  f. See above
6. No exemptions requested or granted

To my knowledge every voter who voted used a Texas Driver's license (approximately 95%) or a hand gun permit. We may have had a passport but I am not aware of it. People in Madison County who vote have a driver's license or they have a reason to vote absentee.

2:13-cv-193
09/02/2014
DEF2384