## Birth Records for EIC Issuance Process

The Secretary of State and the Department of State Health Services have partnered to provide a no cost solution for birth records in the EIC issuance process. Attached is an example of a record that will be provided to someone requesting a birth record for EIC issuance. The two boxes highlighted in red must be present in order to be an acceptable document. First is the phrase "For EIC Issuance Only" (or wording to that effect). If the wording is not present the customer may add the wording during the transaction. Second, is the raised seal from the birth registrar.



2:13-cv-193
09/02/2014
**DEF2385**