

25 16657 T34 P3

HIGHLY CONFIDENTIAL

Veasey000258

2:13-cv-193
09/02/2014
DEF2389