**Abrego, Debbie**

---

| | |
|---|---|
| **From:** | Callanen, Jacque |
| **Sent:** | Thursday, September 26, 2013 10:04 AM |
| **To:** | Commissioners; Agenda Commitee |
| **Subject:** | DPS - MOBILE - BEXAR SITES (2).xlsx |
| **Attachments:** | Copy of DPS - MOBILE - BEXAR SITES (2).xlsx |

Morning All,

Bexar County is going the extra mile on the first roll out of Voter ID. All Bexar County DPS Offices are going to be open each Saturday, thru November 5, 2013 from 10 am to 2 pm to process EIC (Election Identification Cards) to voters that have no photo ID free of charge. To accommodate the voters that may not be able to access a Saturday site, we are partnering with DPS to be in 8 locations in Bexar next week. The schedule has us at 4 locations for 2 days and then moving to another 4 locations for the following 2 days.

Please pass this info on to any group or organization you interact with.

Thank you, in advance, for your support.

Jacque

2:13-cv-193
09/02/2014
DEF2390