| DATE / TIME | PCT | LOCATION |
|---|---|---|
| October 1-2, 2013 9am-4pm | 1 | PRECINCT 1 SATELLITE OFFICE<br>3505 Pleasaton Rd<br>San Antonio, TX  78221 |
| October 1-2, 2013 9am-4pm | 2 | MEMORIAL LIBRARY<br>3222 Culebra Rd<br>San Antonio, TX  78228 |
| October 1-2, 2013 9am-4pm | 3 | BROOK HOLLOW LIBRARY<br>530 Heimer<br>San Antonio, TX  78232 |
| October 1-2, 2013 9am-4pm | 4 | CLAUDE BLACK CENTER<br>2805 E. Commerce<br>San Antonio, TX  78202 |
| October 3-4, 2013 9am-4pm | 1 | SOMERSET HIGH SCHOOL<br>7650 South 1604 West<br>Somerset, TX  78069 |
| October 3-4, 2013 9am-4pm | 2 | VIA METRO CENTER<br>1021 San Pedro Avenue<br>San Antonio, TX  78212 |
| October 3-4, 2013 9am-4pm | 3 | JOHN IGO LIBRARY<br>13330 Kyle Seale Parkway<br>San Antonio, TX  78249 |
| October 3-4, 2013 9am-4pm | 4 | KIRBY CITY HALL<br>112 Bauman<br>Kirby, TX  78219 |

**SITE APPROVED BY CONTACT**

2:13-cv-193
09/02/2014
DEF2391