**Abrego, Debbie**

---

| | |
|---|---|
| **From:** | Alicia Pierce <APierce@sos.texas.gov> |
| **Sent:** | Friday, September 27, 2013 11:44 AM |
| **To:** | Callanen, Jacque |
| **Subject:** | 130927BexarCoMobileRelease.doc |
| **Attachments:** | 130927BexarCoMobileRelease.doc |

Hi Jacque,

Attached is a release about the EIC mobile units in Bexar County next week. Please review and let me know if you have any changes. We will be promoting the locations on social media and the DPS regional office for Bexar County will also send out notice. Is there anything else we can do to help you get the word out?

Also, Pepe from our office will be sending you and Steve from VIA the photo ID ad in landscape format shortly.

**Alicia Phillips Pierce**
Communications Director
Texas Secretary of State
512-463-6116

2:13-cv-193
09/02/2014
DEF2392