# The State of Texas



Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

John Steen
Secretary of State

FOR IMMEDIATE RELEASE
September 27, 2013

Contact: Alicia Pierce (SOS)
512-463-6116
or Jacque Callanen
(Bexar County)
210-335-VOTE

## Mobile election ID stations coming to Bexar County

**Austin** – Four mobile stations will be in Bexar County Tuesday, October 1, through Friday, October 4, to issue Election Identification Certificates (EICs).

Election Identification Certificates are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is now required for voting in person. The November 5 Election will be the first statewide election with photo ID requirements in effect.

Applicants for an EIC would normally have to travel to a Department of Public Safety (DPS) driver license office in order to get an EIC, but these mobile stations will provide improved opportunity to get an EIC closer to home. The stations are made available by a joint initiative with the Texas Secretary of State's office and DPS. Only EICs will be issued from these mobile units.

Many Texans already have an approved form of ID and will not need or qualify for an EIC. Acceptable forms of ID in addition to an EIC are:

- Texas driver license issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

Applicants for an EIC will need to present proof of citizenship and identity. For most applicants that means a birth certificate and two forms of supporting identification. A complete list of identification requirements is available at
http://www.dps.texas.gov/DriverLicense/eicDocReqmnts.htm.

-more-

2:13-cv-193
09/02/2014
**DEF2393**