Veasey000525

See below for schedule. Dates and times are subject to change. Check www.VoteTexas.gov for the latest dates, locations and times.

### Tuesday, October 1 (all locations 9 a.m. to 4 p.m.)

| Precinct 1 Satellite Office | 3505 Pleasaton Rd, San Antonio, TX 78221 |
| --- | --- |
| Memorial Library | 3222 Culebra Rd, San Antonio, TX 78228 |
| Brook Hollow Library | 530 Heimer, San Antonio, TX 78232 |
| Claude Black Center | 2805 E. Commerce, San Antonio, TX 78202 |

### Wednesday, October 2 (all locations 9 a.m. to 4 p.m.)

| Precinct 1 Satellite Office | 3505 Pleasaton Rd, San Antonio, TX 78221 |
| --- | --- |
| Memorial Library | 3222 Culebra Rd, San Antonio, TX 78228 |
| Brook Hollow Library | 530 Heimer, San Antonio, TX 78232 |
| Claude Black Center | 2805 E. Commerce, San Antonio, TX 78202 |

### Thursday, October 3 (all locations 9 a.m. to 4 p.m.)

| Somerset High School | 7650 South 1604 West, Somerset, TX 78069 |
| --- | --- |
| Via Metro Center | 1021 San Pedro Avenue, San Antonio, TX 78212 |
| John Igo Library | 13330 Kyle Seale Parkway, San Antonio, TX 78249 |
| Kirby City Hall | 112 Bauman, Kirby, TX 78219 |

### Friday, October 4  (all locations 9 a.m. to 4 p.m.)

| Somerset High School | 7650 South 1604 West, Somerset, TX 78069 |
| --- | --- |
| Via Metro Center | 1021 San Pedro Avenue, San Antonio, TX 78212 |
| John Igo Library | 13330 Kyle Seale Parkway, San Antonio, TX 78249 |
| Kirby City Hall | 112 Bauman, Kirby, TX 78219 |

### # #

2:13-cv-193
09/02/2014
DEF2394