Abrego, Debbie

| | |
|---|---|
| **From:** | Ashley Fischer <AFischer@sos.texas.gov> |
| **Sent:** | Thursday, February 27, 2014 5:02 PM |
| **To:** | Elections Internet |
| **Subject:** | MASS E-MAIL ADVISORY (VR/EA/CC/V) - New ID Cards Released by the Department of Veterans Affairs |
| **Attachments:** | IDs for Voting in Texas.pptx |

All,

We have received word that the U.S. Department of Veterans Affairs has released a new identification card. These cards are known as Veteran Health Identification Cards (VHIC).

**These identification cards, with a photograph, can be used at the polling place under 63.0101**.  I have attached the updated Power Point presentation of all acceptable photo IDs.

Please remember that some voters may still have a valid Veteran Identification Card (the older version) as the Department of Veterans Affairs continues to issue the new cards, and the older cards are still acceptable for voting.

The new card looks like this:



Thanks,

Ashley

2:13-cv-193
09/02/2014
DEF2395