**Abrego, Debbie**

| | |
|---|---|
| **From:** | Elections Internet <Elections@sos.texas.gov> |
| **Sent:** | Thursday, April 03, 2014 3:23 PM |
| **To:** | Louri O'Leary |
| **Subject:** | MASS E-MAIL ADVISORY (CC/EA/VR) (904) -Election Identification Certificates (EIC) Mobile Stations |
| **Attachments:** | EIC Mobile Stations Memo April 2014.pdf |

Good Afternoon

Beginning in April 2014, the Secretary of State (SOS) and the Department of Public Safety (DPS) will again deploy the EIC Mobile Stations to Texans who do not already have an acceptable form of photo identification necessary to vote.   Please see the attached memo concerning the EIC Mobile Stations.

If your county, during the spring and summer months, has an event, festival or community location for which you would like to request a Mobile Station, please contact our Office.

To schedule an EIC Mobile Station in your county, please contact Louri O'Leary at EIC@sos.texas.gov or 1/800-252-2216 option four.

For media questions contact SOS Communications Director Alicia Pierce at apierce@sos.texas.gov or 512-463-6116.

Thank you,
Louri O'Leary

*Louri O'Leary*
Office of the Texas Secretary of State
Elections Division ◊ Elections Administration Manager
P.O. Box 12060 ◊ Austin, TX ◊ 78711-2060
T: 800.252. 8683 ◊ www.sos.state.tx.us/elections
D: 512.463.3204 ◊ F: 512.475.2811
loleary@sos.texas.gov

2:13-cv-193
09/02/2014
DEF2396