# The State of Texas



Elections Division
P.O. Box 12060
Austin, Texas 78711-2060
www.sos.state.tx.us

Nandita Berry
Secretary of State

Phone: 512-463-5650
Fax: 512-475-2811
Dial 7-1-1 For Relay Services
(800) 252-VOTE (8683)

## MEMORANDUM

TO: County Clerks, Elections Administrators and Voter Registrars

FROM: Keith Ingram, Director of Elections

DATE: April 3, 2014

RE: Election Identification Certificates (EICs) Mobile Stations

Thank you for all your assistance in informing your voters of the implementation of Senate Bill 14 requiring voters to present an approved form of photo identification when casting their ballot.

The partnership between the SOS and the Texas Department of Public Safety (DPS) to offer Election Identification Certificates (EICs) at EIC Mobile Stations across the state has been a success largely due to your involvement. We want to thank you and all counties who have participated.

Beginning in April 2014, SOS and DPS will again deploy the EIC Mobile Stations to Texans who do not already have an acceptable form of photo identification necessary to vote. The joint agency effort will send mobile stations to various county locations across Texas in an ongoing effort to ensure Texans have access to EICs. If your county, during the spring and summer months, has an event, festival or community location for which you would like to request a Mobile Station, please contact our Office. We will post the locations on our website.

To schedule an EIC Mobile Station in your county, please contact Louri O'Leary at EIC@sos.texas.gov or 1/800-252-2216 option four. For media questions contact SOS Communications Director Alicia Pierce at apierce@sos.texas.gov or 512-463-6116.

KI:LO

2:13-cv-193
09/02/2014
DEF2397