Veasey000657



# BEXAR COUNTY ELECTIONS DEPARTMENT

## Jacquelyn F. Callanen
### ELECTIONS ADMINISTRATOR

The Bexar County Elections Department is located in downtown San Antonio at **203 W. Nueva, Suite 3.61, San Antonio, TX, 78207**. We are in the Bexar County Annex Building (just down the street from the Bexar County Courthouse). The cure period and office hours for the November 5, 2013 Election are listed below:

Wednesday,   November 6, 2013:  8 a.m. – 5 p.m.          Saturday, November 9, 2013:  10 a.m. – 6 p.m.
Thursday, November 7, 2013:  8 a.m. – 5 p.m.          Sunday, November 10, 2013:  12:00 p.m. – 6 p.m.
Friday, November 8, 2013:  8 a.m. – 5 p.m.          Monday, November 11, 2013: **OFFICE CLOSED**
Tuesday, November 12, 2013:  8 a.m. – 5 p.m.

**We encourage you to call our office at 335-VOTE (8683) to verify our hours of operation.**



**(Parking/Transportation Info on Back)**

2:13-cv-193
09/02/2014

DEF2398

Veasey000657

203 West Nueva, Suite 3.61, San Antonio, TX 78207      Tel: (210) 335-VOTE (8683)/Fax: (210) 335-0371