# Parking

There is parking available in the downtown area; however, downtown parking can be limited and NOT free of charge. Parking reimbursement is not provided by the Bexar County Elections Department. Nor is the Bexar County Elections Department responsible for any parking tickets obtained by the individual. There is no reserved or dedicated parking for the Bexar County Elections Department. For this reason, we ask you visit our office during our weekend hours or take advantage of one of the options we have provided below:

- **Bus Coupon**: Riding the bus can be easier than driving your car. The "Notice To Provisional Voter" form given to you at the poll site will serve as your Bus Coupon that will allow you to ride for free. To determine what bus route you will need, you can call VIA at 210-362-2020, visit their website at ViaInfo.net, or use Google Maps by entering your address and the Elections Office address listed above and then clicking the bus icon:

- **City Parking Meters:** There are a limited number of parking meters in the downtown area. There are no reserved meters or parking designated for the Bexar County Elections Department at these meters. You are responsible for payment at the meter.

- **Other Downtown Parking Lots:** Parking rates for lots around the Bexar County Elections Department are set at the discretion of the owner, not Bexar County (except for the Bexar County Parking Garage). Prices may vary significantly from lot to lot; correct change may be needed. There are no in-an-out privileges.

Sincerely,

*Jacquelyn F. Callanen*

2:13-cv-193
09/02/2014
DEF2399