Veasey000659



# BEXAR COUNTY ELECTIONS DEPARTMENT

## Jacquelyn F. Callanen
### ELECTIONS ADMINISTRATOR

El Departamento de elecciones del Condado de Bexar está situado en el centro de San Antonio en **203 W. Nueva, Suite 3.61, San Antonio, TX, 78207**. Estamos en el edificio de anexo del Condado de Bexar (final de la calle de la corte del Condado de Bexar). Las horas de oficina durante el periodo de espera para la Elección del 5 de noviembre de 2013 se indican a continuación:

| | |
|---|---|
| Miércoles, 6 de noviembre, 2013: 8 a.m. - 5 p.m. | Sábado, 9 de noviembre, 2013: 10 a.m. - 6 p.m. |
| Jueves, 7 de noviembre, 2013: 8 a.m. - 5 p.m. | Domingo, 10 de noviembre, 2013: 12:00 p.m. - 6 p.m. |
| Viernes, 8 de noviembre, 2013: 8 a.m. - 5 p.m. | Lunes, 11 de noviembre, 2013: LA OFICINA CERRADA |

Martes, 12 de noviembre, 2013: 8 a.m. - 5 p.m.

Le recomendamos que llame a nuestra oficina al 335-VOTE (8683) para verificar las horas de operación.



**(Info de estacionamiento y transporte en página trasera)**

Veasey000659

203 West Nueva, Suite 3.61, San Antonio, TX 78207     Tel: (210) 335-VOTE (8683)/Fax: (210) 335-0371

2:13-cv-193
09/02/2014
DEF2400