Veasey000660

# Estacionamiento

Hay estacionamiento en el centro de la ciudad; Sin embargo, estacionamiento céntrico puede ser limitado y no de forma gratis. Reembolso de estacionamiento no es proporcionada por el Departamento de elecciones del Condado de Bexar. Tampoco es el Departamento de Elecciones del Condado de Bexar responsable por multas obtenidas por el individuo. No hay ningún estacionamiento reservado o dedicado para el Departamento de elecciones del Condado de Bexar. Por esta razón, le pedimos que aprovechar una de las opciones que hemos proporcionado abajo:

- **Cupón del Autobús:** Viajar en autobús puede ser más fácil que la conducción de su coche. El formulario "**NOTIFICACIÓN AL VOTANTE PROVISIONAL**" que fue dado a usted en el sitio de encuesta servirá de su Cupón del Autobús que te permitirá viajar gratis. Para determinar que ruta del autobús necesitará, puede llamar VÍA al 210-362-2020, visitar su sitio web en ViaInfo.net, o usar Google Maps entrando su dirección y la dirección del Departamento de Elecciones y luego haciendo clic en el icono del autobús:

- **Parquímetros de la Ciudad:** Hay un número limitado de parquímetros en el centro de la ciudad. No hay estacionamiento o parquímetros reservados o designados para el Departamento de Elecciones. Usted es responsable del pago de parquímetros.

- **Otros Estacionamientos en el Centro de la Ciudad:** Los precios del estacionamiento para partes alrededor del Departamentode Elecciones del condado de Bexar se ponen a discreción del dueño, no el condado de Bexar (excepto el Garaje de Estacionamiento del Condado de Bexar). Los precios pueden variar considerablemente de la parte a la parte; el cambio correcto puede ser necesario. No hay ningunos privilegios de entrada y salida.

Sinceramente,

*Jacquelyn F. Callanen*

2:13-cv-193
09/02/2014
**DEF2401**

Veasey000660

203 West Nueva, Suite 3.61, San Antonio, TX 78207    Tel: (210) 335-VOTE (8683)/Fax: (210) 335-0371