Veasey000661

AW 7-15c
Prescribed by Secretary of State
Section 63.001(c), Texas Election Code
7/12



## BEXAR COUNTY ELECTIONS DEPARTMENT

**Jacquelyn F. Callanen**
**ELECTIONS ADMINISTRATOR**

# SIMILAR NAME NOTIFICATION

**Texas law now requires a PHOTO IDENTIFICATION to be shown when voting.**

Section 63.001 of the Texas Election Code provides that if the voter's name on the photo identification presented by the voter is substantially similar to but <u>does not match exactly</u> with the name on the list, then the voter will be required to initial an affidavit stating that the voter is the person on the list of registered voters.

Election officials are now required to determine whether the voter's name on the photo identification provided <u>exactly matches</u> the name on the Official List of Registered Voters ("OLRV"). If a voter does not have proper photo identification or the election official is unable to determine that the name is substantially similar, then the voter will be permitted to vote provisionally. The voter will then have (six) 6 days to present proper identification to the county voter registrar in order for the voter's ballot to be counted.

Your name on the OLRV is not an exact match to your Texas Driver's License or DPS-issued ID. If you would like to update your information so that you need not initial the similar name affidavit or vote provisionally, you may complete the information below and return it to our office or go online to:
https://txapps.texas.gov/tolapp/sos/SOSACManager

The name on my voter registration record and the name on my photo ID are not identical. Please update my current voter registration record to the following, which is shown on my photo ID (**PLEASE PRINT CLEARLY**):

**Last Name:** _____  **Suffix, if any** (Jr, Sr, III): _____

**First Name:** _____  **Middle Name** (or initial): _____

**Texas Driver's License # :** _____

**Signature:** _____  **Date:** _____

[2:13-cv-193 09/02/2014 DEF2402]

If you choose not to update the name as it appears on the voter rolls, you should be asked to complete a substantially similar name affidavit the first time you appear in person to vote, or if your name as it appears on your ID is significantly different from the way it appears on the OLRV, you may only be able to vote provisionally.

Please feel free to contact our office should you need additional assistance regarding this information. We may be reached at 210-335-VOTE (8683). You may also mail or fax this form to the address and number listed below.

*Jacquelyn F. Callanen*
Voter Registrar

203 West Nueva, Suite 3.61, San Antonio, TX 78207 • Tel: (210) 335-VOTE (8683) / Fax: (210) 335-0371

Veasey000661