Veasey000662

AW 7-15c
Prescribed by Secretary of State
Section 63.001(c), Texas Election Code
7/12



# BEXAR COUNTY ELECTIONS DEPARTMENT

### Jacquelyn F. Callanen
### ELECTIONS ADMINISTRATOR

## NOTIFICACION DE NOMBRE SIMILAR

**La ley de Texas ahora requiere que muestre una forma de IDENTIFICACION CON FOTO cuando vote §63.001**

63.001 Sección del código electoral de Texas establece que si el nombre del votante en la identificación de foto presentada por el votante es sustancialmente similar pero no coincide exactamente con el nombre en la lista, a continuación, el votante deberá inicial un juramento afirmando que el votante es la persona en la lista de registro de votantes.

Funcionarios electorales están ahora obligados a determinar si el nombre del votante en la foto identificación proporcionada coincide exactamente con el nombre de la Lista Oficial de registro de votantes ( "OLRV" ). Si un votante no tiene el documento de identificación con foto apropiado o el funcionario electoral es incapaz de decidir que el nombre es considerablemente similar, entonces al votante le permitirán votar provisionalmente. El votante tendrá 6 (seis) días naturales después del día de elecciones para presentar identificación adecuada al Registrador Electoral del condado en orden para la boleta electoral del votante sea contado.

Su nombre en la Lista Oficial de registro de votantes no es exactamente igual a su Licencia de Conducir de Texas o identificación proporcionadoor el Departamento de Seguridad Pública (Department of Public Safety o "DPS" por sus siglas en inglés). Si desea actualizar su información para que usted no necesita inicial de la declaración jurada de nombre similar o votar provisionalmente, puede completar la siguiente información y devolverlo a nuestras oficinas o por internet (si es actualización dentro del mismo condado solamente) en:   https://txapps.texas.gov/tolapp/sos/SOSACManager

El nombre de mi registro de votantes y el nombre de la foto identificación no son idénticos. Actualice mi actual Registro Electoral a la siguiente, que se muestra en la foto identificación (**Por favor escriba de molde legible**):

**Apellido:** _____    **Sufijo, si lo hay (Jr, Sr, III):** _____

**Primer Nombre:** _____    **Segundo Nombre (o initial):** _____

**Licencia de Conducir de Texas (#) :** _____

**Firma:** _____    **Fecha:** _____

> 2:13-cv-193
> 09/02/2014
> **DEF2403**

Si decide no actualizar el nombre como aparece en la lista de registro de votantes, le deberían pedir cada vez que vota en persona poner sus iniciales en un juramento indicando que esa persona es la misma que aparece en el registro de votantes. Nombres significantemente diferentes puede resultar en que el votante solamente pueda votar provisionalmente.

Por favor no dude en contactar con nuestra oficina si necesita asistencia adicional con respecto a esta información. Puede comunicarse con nosotros en 210-335-VOTE (8683). También puede enviar por correo o fax esta forma a la dirección y número de listados abajo.

*Jacquelyn F. Callanen*

Registrador Electoral

203 West Nueva, Suite 3.61, San Antonio, TX 78207    Tel: (210) 335-VOTE (8683) / Fax: (210) 335-0371

Veasey000662