Veasey000663

## Voter's Similar Name Correction Request Form

**Los votantes Corrección de nombre similar Formulario de solicitud**

**The name on my voter registration record and the name on my photo ID are not identical. Please update my current Voter Registration record from** (El nombre de mi registro de votantes y el nombre de la foto identificación no son idénticos.  Actualice mi actual Registro Electoral registro de)**:**

> PLACE E-POLLBOOK LABEL HERE
>
> OR PRINT
>
> NAME AND VUID NUMBER

**to the following, which is shown on my photo ID** (A la siguiente, que se muestra en la foto identificación)

**Last Name:** (Apellido) _____   **Suffix:** (Sufijo) _____

(Jr, Sr, III)

**First Name:** (Primer Nombre) _____

**Middle Name (or Initial):** (Segundo Nombre [o initial]) _____

**Texas Driver's License #:** (Licencia de conducir de Texas) _____

**Signature:** (Firma) _____   **Date:** (Fecha) _____/_____/ 20_____

This form approved for use by the Texas Secretary of State's Office – August 2013

---

## Voter's Similar Name Correction Request Form

**Los votantes Corrección de nombre similar Formulario de solicitud**

**The name on my voter registration record and the name on my photo ID are not identical. Please update my current Voter Registration record from** (El nombre de mi registro de votantes y el nombre de la foto identificación no son idénticos.  Actualice mi actual Registro Electoral registro de)**:**

> PLACE E-POLLBOOK LABEL HERE
>
> OR PRINT
>
> NAME AND VUID NUMBER

2:13-cv-193
09/02/2014

DEF2404

exhibitsticker.com

**to the following, which is shown on my photo ID** (A la siguiente, que se muestra en la foto identificación)

**Last Name:** (Apellido) _____   **Suffix:** (Sufijo) _____

(Jr, Sr, III)

**First Name:** (Primer Nombre) _____

**Middle Name (or Initial):** (Segundo Nombre [o initial]) _____

**Texas Driver's License #:** (Licencia de conducir de Texas) _____

**Signature:** (Firma) _____   **Date:** (Fecha) _____/_____/ 20_____

This form approved for use by the Texas Secretary of State's Office – August 2013

Veasey000663