#3



## NOVEMBER 5, 2013 JOINT ELECTION

First things first – what/who is on the ballot?

The list of the entities sharing this Joint ballot:

| | |
|---|---|
| Bexar County | City of Converse |
| San Antonio River Authority | City of Leon Valley |
| City of Castle Hills | City of Olmos Park |
| Cibolo Creek Municipal Authority | City of Schertz |
| | City of Windcrest |

Please note there are a couple of split precincts in this election.

You are all aware that there will be no laptops handed out for this election. We are going for uniform paperwork on this first election with Voter ID. Have the voter sign the poll book and mark the column with initials (if they do not make a change to their similar name) or you place a check mark (if they have filled out the salmon form). We have supplied Signature Rosters for the voter to sign also – there are 50 signatures per page. There is a line for the VUID number. (There was a mix up on the printing and they are all not two page forms for you to tear apart – one for the canvas bag and one for the judge's copy. Please check and make sure that you have both pages together for your voters to sign. I apologize for this inconvenience.) These are to enable you to have an accurate count to match your iVo's during the day and also to do your required postings of the number of voters starting at 9:30.

Please have a sensitivity meeting with your entire staff to go over the way to explain to the voters what has taken place since the last election with the implementation of Voter ID.

Voter ID was a non issue during Early Vote. Our Officials had no problems with the implementation of Voter ID. We have had NO Provisional Voter ID ballots cast.

We have given you numerous tools to process the voters with "similar names". Remember that the photo is the primary document you need. This will confirm the person in front of you – if the name is not an exact match we have 3 simple ways to qualify and allow the voter to vote normally on the iVotronic:

1. The voter is offered the salmon colored "similar name form" and completes it prior to voting ( you will print one label to place on the form);
2. The voter does not want to take the time to fill out the "similar name form" and you hand them the notification form to take home and fill out and mail back to us and they initial the combo form;
3. The voter does not want to complete any form and wants to just leave it alone – this means that they will initial the square by their name and then be asked to fill out one of our forms the next time they vote.

2:13-cv-193
09/02/2014
DEF2405