**THE ONLY TIME YOU USE THE PROVISIONAL BALLOT IS WHEN NO PHOTO ID IS PRESENTED OR THE PHOTO ID HAS BEEN EXPIRED MORE THAN 60 DAYS or if the ID has expired prior to September 6, 2013. CALL OUR OFFICE BEFORE ISSUING A PROVISIONAL VOTER ID BALLOT.**
**Please make sure to:**
1. Complete and SIGN the provisional envelope. Write NO PHOTO ID on the # 10 "other" line on the Provisional Envelope:
2. Make sure the voter has the red bordered Provisional Notification form and the map with the location of our office and the times we are going to be open;
3. If they present themselves as one of the three exemptions, please give them the above items, plus the exemption form.

All other rules apply for the regular Provisional Ballots – not registered, mail ballot, etc.

The staff has done a great job on having all of the VR cards up to date.

This election day is expected to be quiet.

Poll watchers may be coming to your site, if you have a general election. There are no Poll Watchers authorized for the Amendment Election. Please have them countersign the certificate in front of you and then call us to make sure that they are registered in the political subdivision they are presenting themselves to work in. This means that a Poll watcher for Converse MUST be registered in Converse. The 5 hour rule does need to be followed. . They may come and go at will after the 5 hours. The NEW LAW is that the Poll watcher MUST wear a nametag with their name on it. You have green Poll Watcher badges!

There will be State Election Inspectors in the county on Election Day – ask them for their badges.

Also, please remember that you have the responsibility of asking the VOTER if they require assistance and the person they want to assist them. The Assistant MUST take the oath for each and every person they assist.

The tapes for this are so small. ☺

Please remember to put the iVotronics with the GREEN tape last – to print from and to use to take curbside. All units are to be daisy chained as normal and you will see the WELCOME screen on all after the first voter!

I want to personally thank so many of you for moving election day sites for this election and taking on more responsibility. The staff had a real challenge in meeting the staffing requirements and getting folks into training. When you have a moment to relax after this election please call and let us know where you usually work and with whom. The staffing for the 2014 elections will start immediately. Let your Liaison know your preferred site and your Party affiliation. In the Primary, we will need co – judges – one from each Party. Make sure and get your request in ASAP.

One last reminder – please DO NOT FORGET to bring in your GREEN Provisional bag to the RSS Site.

Remember smile and look the voters in the eye. Please make voting a pleasant experience for all. We are making a difference!

Jacque Callanen and the entire Elections TEAM

2:13-cv-193
09/02/2014
DEF2406