# Texas Department of Public Safety
## Driver License Offices serving Travis County

**Austin North**
6121 N Lamar Blvd
Austin, TX 78752
(512) 424-2076

Hours: Monday - Friday 8:00 – 5:00

*(Note: This office is closed until further notice)*



**Austin Northwest**
13730 Research Boulevard
Austin, TX 78750
(512) 506-2835

Hours: Monday, Wednesday, Thursday, and Friday 8:00 – 5:00
Tuesday – 8:00 – 6:00



**Austin-Pflugerville Mega Center**
216 East Wells Branch Parkway
Pflugerville, TX 78660
512-486-2800

Hours: Monday – Thursday 7:30 – 6:00
Friday 7:30 – 5:00



**Austin South**
6425 South Interstate 35, Ste. 180
AUSTIN, TX 78744
512-444-5241

Hours: Monday, Wednesday, Thursday, and Friday 8:00 – 5:00
Tuesday – 8:00 – 6:00



2:13-cv-193
09/02/2014
DEF2407
texexhibitsticker.com