## Alexa Buxkemper

| | |
|---|---|
| **From:** | Cheryl Reese |
| **Sent:** | Friday, September 27, 2013 5:18 PM |
| **To:** | Cheryl Reese |
| **Subject:** | Photo ID flyer |
| **Attachments:** | dpsoutreachflyer.docx; photoidfactsheet.pdf |

Volunteer Deputy Registrar,
Please print and take to your community center, churches, Organization meeting and schools. We need to get this information out to everyone.

**Cheryl Reese, CERA l VR Outreach Program Coordinator**
Phone: (512) 854-9473 x33284 l Fax: (512) 854-4840 l Cheryl.Reese@co.travis.tx.us
Travis County Tax Office
Voter Registration Division

Find us on Facebook and Twitter for the latest voter registration updates.
  

Visit us online at www.traviscountytax.org.

---

**From:** Bruce Elfant
**Sent:** Friday, September 27, 2013 4:53 PM
**To:** Cheryl Reese
**Subject:** Photo ID flyer



# BRUCE ELFANT
TAX ASSESSOR -
COLLECTOR                                    VOTER REGISTRAR

**MEMORANDUM**

| | |
|---|---|
| TO: | Interested Parties |
| FROM: | Bruce Elfant, Travis County Tax Assessor-Collector and Voter Registrar |
| RE: | Voter ID Education Outreach Project |
| DATE: | September 27, 2013 |

According to the Secretary of State's Office as many as 34,000 Travis County voters may not possess the proper identification that will be needed in order to cast an in-person vote. We don't know how many voters' names on the voter rolls don't match the photo ID they intend to use (now required), or how many voters with disabilities would qualify for exemptions from Voter ID requirements if they

2:13-cv-193
09/02/2014
DEF2408