knew they could apply.

I am pleased to report that the Texas Department of Public Safety has agreed to provide **Election Identification Certificates** at community based locations for 4 days (see attachment) for Travis County voters who don't have the required photo identification in order to vote in person. County Clerk and Tax office staff will join DPS employees to help register voters, update registrations to create an exact name match, accept disability exemption documents and answer any voter ID related questions voters may have.

County Clerk Dana DeBeauvoir, Councilmember Mike Martinez and I will conduct a news conference next Monday September 30 at 10:00am at the County Clerk's Training Room (5501 Airport Blvd.) to lay out our Voter ID educational outreach plan and encourage anyone with questions about Voter ID to visit one of the attached locations, go to the **KeepCalmVoteOn.com** website or call **512 238-VOTE**.

*This is where we need your help.*

*Beginning next Monday* we encourage you to distribute the attached flyer (electronically and otherwise) as widely as you are able. I have also attached a comprehensive Voter ID fact sheet for your use. We have no funds and very little time but with your help we will do everything we can to encourage as many voters as possible to fully understand what they will need to do in order to cast their votes

Thank you to all our partners who have committed to help disseminate this important information. Please do not hesitate to contact me at 512 854-9473 or Bruce.Elfant@co.travis.tx.us if you have any questions regarding the Voter ID statue or our efforts to fully inform our community.

**Bruce Elfant I Travis County Tax Assessor-Collector & Voter Registrar**
Phone: (512) 854-9473 I Bruce.Elfant@co.travis.tx.us
Travis County Tax Office



Visit us online at www.traviscountytax.org


2:13-cv-193
09/02/2014
DEF2409