**Alexa Buxkemper**

| | |
|---|---|
| From: | Cheryl Reese |
| Sent: | Thursday, September 19, 2013 10:08 AM |
| To: | Cheryl Reese |
| Cc: | Dee Lopez |
| Subject: | Town Hall Meeting Follow-up |
| Attachments: | Austin DPS Office Map1.pdf; VDR Town Hall QA_Final.pdf; Capital Area Food Bank of Texas.docx |

Hello Volunteer Deputy Registrar,

As you know there was a **Town Hall** meeting for the Volunteer Deputy Registrars on September 10, 2013 at 6:30 pm in the Election Training room at 5501 Airport Blvd. There were many questions asked and answered concerning the Voter ID bill. While I know many of you wanted to be there but, couldn't I am attaching the questions and answers from the meeting. Your request for the current DPS locations, hours and maps are attached as well.

I am also resending the list of food banks where we are conducting voter registration for the month of September. Please review the attached list and let me know which location you will be available to cover. Please have a 1st choice and 2nd choice as some deputies have already signed up earlier this month. I will need everyone that is going to work a location to sign up with me so that we have enough coverage at each location. When you arrive please let the food bank leader know that you are there to conduct voter registration in partnership with the Austin Area Food Bank. Please take your clipboard and supplies as you may be the only VDR there.
Smile and register some folks!

Cheryl Reese, CERA I VR Outreach Program Coordinator
Phone: (512) 854-9473 x33284 I Fax: (512) 854-4840 I Cheryl.Reese@co.travis.tx.us
Travis County Tax Office
Voter Registration Division

Find us on Facebook and Twitter for the latest voter registration updates.
  

Visit us online at www.traviscountytax.org.


2:13-cv-193
09/02/2014
DEF2410