# Emma Simson

| | |
|---|---|
| From: | Travis County Elections |
| Sent: | Monday, October 14, 2013 4:05 PM |
| To: | Travis County Elections |
| Subject: | County Clerk Sets Mobile Voting Schedule to Help Seniors Who May be Affected by New Voter ID Law |
| Attachments: | Media Release Seniors and ID Law.docx |

**County Clerk Sets Mobile Voting Schedule to Help Seniors
Who May be Affected by the New Voter ID Law
Voting by Mail May be Best Option for Some**

AUSTIN – To help alleviate some of the problems associated with the new Voter ID Law, the Travis County Clerk's Office has scheduled most mobile voting for senior activity and assisted living facilities at the beginning of the early voting period. This early timeframe will allow seniors an opportunity to determine if they have the proper identification, and if necessary, provide them with enough time to submit a request to vote by mail.

The November 5, 2013 Election is the first election where registered voters will be required to show one of seven forms of approved photo ID in order to cast a vote. The most commonly accepted form of ID is a Texas Drivers License, and these licenses must be current or not have expired more than 60 days prior to their presentation. Voting by mail does NOT require a photo ID and is available to registered voters who are 65 years of age or older, disabled, will be absent from the County during the entire voting period, or are incarcerated but not yet convicted. Voters may fax in or mail a request to vote by mail. Requests must be received in the Clerk's Office by Friday, October 25, 2013.

"I am very concerned that some of our older voters will be caught unaware of the new law or that persons no longer driving will suddenly find their drivers' licenses have expired," said Travis County Clerk Dana DeBeauvoir. DeBeauvoir added, "This group of voters may also find it difficult to quickly locate the documents they need or to physically appear at a DPS Office to get an updated drivers' license or identification card. If that is the case, I want these individuals to have time to request a ballot by mail."

The mobile schedule will be voted on as Item #33 in Commissioner's Court on Tuesday, October 15, 2013.

Anyone wanting more information about how to vote by mail can visit our website at www.traviscountyelections.org or contact us by phone at 512-238-VOTE (8683). Our website also has a complete list of early voting locations and information about what is on the ballot for this November's election. Additionally, we have set up a separate website just to address the requirements for the new voter ID law at www.KeepCalmVoteOn.com.

Media availability: The County Clerk will be available to the media on Tuesday, October 15, 2013. Please contact Ginny Ballard at (512) 854-4177 to schedule an appointment.

###

2:13-cv-193
09/02/2014
DEF2411