# KNOW WHAT TO BRING

# WHEN YOU VOTE

- THE LAW HAS CHANGED – IN PERSON VOTING NOW REQUIRES A PHOTO ID
- NAME ON PHOTO ID MUST MATCH NAME ON VOTER REGISTRATION LIST
- VOTERS WITH DISABILITIES MAY APPLY FOR VOTER ID EXEMPTION

OBTAIN ELECTION IDENTIFICATION CERTIFICATES, REGISTER TO VOTE OR UPDATE YOUR VOTER REGISTRATION, APPLY FOR DISABILITY EXEMPTION AND GET ANSWERS TO ALL YOUR VOTING QUESTIONS AT THESE NEIGHBORHOOD LOCATIONS:

### THURSDAY OCTOBER 3 AND MONDAY OCTOBER 7, 8AM – 5PM

UT FLAWN ACADEMIC CENTER – 2400 INNER CAMPUS DR., WEST MALL
FIESTA STASSNEY – 5510 SOUTH IH 35
HEB RUNDBERG – 9414 N LAMAR BLVD. (TENTATIVE)
ADDITIONAL LOCATION – (CHECK AT KeepCalmVoteOn.com)

2:13-cv-193
09/02/2014
**DEF2412**

### FRIDAY OCTOBER 4 AND TUESDAY OCTOBER 8, 8 AM – 5 PM

AUSTIN AREA URBAN LEAGUE - 8011-A CAMERON RD., SUITE 100
ACC EASTVIEW CAMPUS - 3401 WEBBERVILLE RD, 78702 BUILDING 200, STUDENT LOUNGE
ACC RIVERSIDE CAMPUS - 1020 GROVE BLVD, 78741 Bldg. G, STUDENT LOUNGE
FIESTA CENTRAL – 3909 N IH 35

### EVERY SATURDAY THROUGH NOVEMBER 5, 10 AM – 2 PM

(Only Department of Public Safety issued Election Identification Certificates will be processed during Saturday hours)

| DPS Austin Northwest | DPS Austin-Pflugerville | DPS Austin South |
|---|---|---|
| 13730 Research Blvd. | 216 Wells Branch Pkwy. | 6425 South IH 35, # 180 |
| 512 506-2835 | 512 486-2600 | 512 444-5241 |

# KeepCalmVoteOn.com

TRAVIS COUNTY VOTER REGISTRATION (512) 854-9473     TRAVIS COUNTY ELECTIONS (512) 238-VOTE