**Elizabeth Montgomery**

| | |
|---|---|
| **From:** | Dee Lopez |
| **Sent:** | Wednesday, January 29, 2014 9:56 AM |
| **To:** | Michael Winn; Michelle Parker |
| **Subject:** | FW: For Immediate Release: Photo ID Reminder Postcards Are In the Mail |
| **Attachments:** | NEWS-140129PhotoIDPostcard.pdf |

*FYI!*

*Dee*

---

**From:** Clare Cunningham
**Sent:** Wednesday, January 29, 2014 9:39 AM
**To:** TAX-EVERYONE
**Subject:** For Immediate Release: Photo ID Reminder Postcards Are In the Mail

**For Immediate Release**: January 29, 2014

## PHOTO ID REMINDER POSTCARDS ARE IN THE MAIL

Austin, TX – In preparation for the March 2014 election, 24,048 voters will receive information about the type of photo identification required at the polls and how to obtain a free Election Identification Certificate from the Texas Department of Public Safety. The Travis County Voter Registrar asked the Texas Secretary of State to provide information about voters with no state issued identification in order to target the mailing to voters who may not have what they need on Election Day.

Travis County Voter Registrar Bruce Elfant says, "Our office is taking a proactive approach. Some of these voters may have another qualifying photo identification such as a passport or military ID. We just don't know, and we want to be sure every registered voter is able to exercise their right to vote."

The following forms of photo identification are accepted:

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport



With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented at the polling place. A permanent exemption is available for voters with documented disabilities. Voters with a disability may apply for a permanent exemption. The application must contain written documentation from either the U.S. Social Security Administration evidencing the applicant's disability, or from the U.S. Department of Veterans Affairs evidencing a disability rating of at least 50 percent.

More information about photo identification is available at www.keepcalmvoteon.com or by calling 512-238-VOTE.