# Elizabeth Montgomery

| | |
|---|---|
| **From:** | Travis County Elections |
| **Sent:** | Friday, February 21, 2014 4:53 PM |
| **To:** | Travis County Elections |
| **Subject:** | Media Advisory-SECOND CHANCE FOR FREE PHOTO IDs (ELECTION IDENTIFICATION CERTIFICATES) |
| **Importance:** | High |

SECOND CHANCE FOR FREE PHOTO IDs (EIC CARDS)

Austin, TX – On Tuesday and Wednesday, February 25th and 26th, the Texas Department of Public Safety and Texas Secretary of State will staff a kiosk in the lobby of the Travis County Clerk and Travis County Tax Assessor Collector's offices at 5501 Airport Blvd. to assist voters in obtaining Election Identification Certificates (EICs).

Open from 9 a.m. – 4 p.m. the EIC kiosk will be located next to the Voter Registrar's office so voters may also register to vote, update voter registration information, and apply for Photo ID disability exemptions. Completing the range of voting services is an early voting polling station for the March 4 Joint Primary Election located in the same building.

Texas voters are now subject to Texas photo identification laws and for voters who **do not** have a Texas issued driver's license or personal identification card, DPS offers free Election Identification Certificates (EICs).

For more information about Texas Photo ID please visit www.KeepCalmVoteOn.com.  It includes information about acceptable IDs and what you will need to obtain a free Election Identification Certificate.

Voters may also call the County Clerk's Elections Division number at (512) 238-VOTE (8683) or call the Tax Assessor-Collector and Voter Registrar at (512) 854-9473.


Travis County Clerk Media Inquiries: Ginny Ballard | (512) 854-4177 | ginny.ballard@co.travis.tx.us
Tax Assessor Collector Media Inquiries: Tiffany Seward | (512) 854-9706 | tiffany.seward@co.travis.tx.us



2:13-cv-193
09/02/2014
DEF2415