Veasey000822

# Photo ID Now Required for Voting in Person
*Exemptions are Available for Persons with Disabilities and Other Special Circumstances*

Texas law now requires voters to show photo identification when voting in person. When voters appear at a polling location to vote, they must present an approved form of photo ID issued by the Texas Department of Public Safety (DPS) or the United States government.

## Approved Forms of Photo ID
*Except for the citizenship certificate, all IDs must be current or no more than 60 days expired.*
- Texas Driver License issued by Texas DPS
- Texas Election Identification Certificate (EIC) issued by DPS
- Texas Personal Identification Card issued by DPS
- Texas Concealed Handgun License issued by DPS
- U.S. Military ID Card containing the person's photograph
- U.S. Citizenship Certificate containing the person's photograph
- U.S. Passport

## Free Election Identification Certificates Available
Individuals without an approved form of photo ID may apply for an Election Identification Certificate (EIC) at any Texas Driver License office. There is no charge for this certificate. EICs for persons age 70 and older do not expire; all other EICs expire every six years. To receive this voter ID card, applicants must provide specific documents that prove their identity and citizenship. For more information call DPS at 512-424-2600 or visit their website at www.txdps.state.tx.us

## Name on Photo ID Must Match Name on the Voter Registration List
Texas law requires poll workers to review the name on each voter's photo ID to see if it exactly matches the list of registered voters. If the names are not exact, but are *"substantially similar,"* that person will be able to vote after initialing the sign-in sheet to affirm that he or she is the same person appearing on the voter registration list.

## Provisional Ballots for Those Without Proper ID at Polls
A voter who does not have the required form of ID or does not have a *"substantially similar"* name match will be permitted to cast a provisional ballot. The voter must present proper identification to the County Voter Registrar within six calendar days of the election or the voter's ballot will be rejected.

## Permanent Exemptions
Voters with a **disability** and without an approved form of ID may apply with the County Voter Registrar for a permanent exemption. Documentation from the Social Security Administration showing a disability or from the U.S. Department of Veterans Affairs showing a disability rating of at least 50 percent will be required. A new voter registration certificate that reflects the exemption will be issued.

## Temporary Exemptions
Voters who have a **religious objection** to being photographed or do not have a valid ID due to **certain natural disasters** as declared by the President or the Texas Governor, may cast a provisional ballot. They must appear at the voter registrar's office within six calendar days after Election Day and sign an affidavit for their ballots to be counted.

Veasey000822

## No Photo ID Required When Voting by Mail
*\*see below for exceptions*

You can vote by mail if you are a registered voter who is: 65 years of age or older; out of the county for the entire election period; sick or disabled; or confined in jail, but eligible to vote.

To vote by mail, you must apply with the Travis County Clerk. You can use the application on the Clerk's website or provide the following information in writing to the Clerk's office:
- Your signature (or a witness' signature if you cannot sign);
- The address where you are registered to vote;
- The address where the ballot is to be mailed;
- The election year for which you are requesting a ballot; and if you want to vote in a primary election, the political party's primary in which you wish to vote; and
- A reason why you are eligible to vote early by mail. *Note:* to be eligible to vote due to a planned absence from the county, your application must state an address out-of-county to have your ballot mailed.

The application or written request must be received no sooner than 60 days before election day and no later than 9 days before election day. (If the deadline falls on a weekend, the last day to submit an application or written request is the preceding Friday. If the deadline falls on a state or federal holiday, the ballot application must be received on the preceding business day.)

The application can be sent by mail, fax, or common carrier (no emails). We can accept an application in person if it is prior to the start of early voting.

*Different rules apply for military and overseas voters. For information contact the County Clerk.*

\* A copy of an approved photo ID is required when you vote by mail if you are a first time voter and did not include ID information when you mailed in your voter registration form, or if the information provided could not be verified. You will receive a notice with your ballot if ID is required.

### For More Information
**Dana DeBeauvoir, Travis County Clerk**
PO Box 149325, Austin TX 78714-9325
5501 Airport Blvd., Austin TX 78751-1410
512-238-VOTE (8683)    Fax number: (512) 854-9075
www.traviscountyclerk.org

**Bruce Elfant, Travis County Tax Assessor-Collector/Voter Registrar**
PO Box 149327, Austin TX 78714-9327
5501 Airport Blvd., Austin TX 78751-1410
512-854-9473
www.traviscountytax.org

2:13-cv-193
09/02/2014
**DEF2416**