

# Ahora se requiere Identificación con Fotografía para Votar en Persona
Hay Exenciones para Personas con Discapacidades y Otras Circunstancias Especiales

La ley en Texas ahora requiere que votantes muestren identificación con fotografía cuando voten en persona. Votantes presentes para votar en las casillas electorales deberán presentar una forma de ID con foto emitida por el Departamento de Seguridad Pública de Texas (DPS) o por el gobierno Estadounidense. Todas las ID (excepto certificados de ciudadanía) deberán ser actuales o no tener más de 60 días de haberse vencido.

### Tipos De Identificación Con Fotografía Aprobada
*Todas las ID (excepto certificados de ciudadanía) deberán ser actuales o no tener más de 60 días de haberse vencido.*

- Licencia de Texas para conducir vehículos emitida por el Departamento de Seguridad Pública de Texas (*DPS, por sus siglas en inglés*)
- Certificado de Identificación Electoral de Texas (EIC) (*Texas Election Identification Certificate*) emitido por DPS
- Tarjeta de Identificación Personal de Texas emitida por DPS
- Licencia de Texas Para Pistola Oculta emitida por DPS
- Tarjeta de Identificación Militar Estadounidense con fotografía
- Certificado de Ciudadanía de los Estados Unidos con fotografía
- Pasaporte Estadounidense

### Son Gratis los Certificados de Identificación Electoral
Individuos sin algún tipo de ID con foto aprobada podrán solicitar su Certificado de Identificación Electoral (EIC) en cualquier oficina de Licencia de Texas para Conducir Vehículos (*Texas Driver License Office*). Este certificado es gratis. Los certificados EIC para personas mayores de 70 años no se vencen; los otros EIC se vencen cada seis años. Para recibir esta tarjeta de ID de votante, solicitantes deberán proveer documentos particulares que comprueben su identidad y ciudadanía. Para más información, contacte a DPS llamando al (512) 424-2600, o visite su sitio Web en www.txdps.state.tx.us

### El Nombre en el ID con Foto Deberá Ser Igual que el Nombre en la Lista de Votantes Registrados
La ley de Texas requiere que oficiales electorales repasen el nombre en cada ID con foto aprobada presentada por el votante para comprobar que es exactamente igual al nombre en la lista de votantes registrados. Si los nombres no son exactamente igual, pero son "*sustancialmente similares*," la persona podrá votar si escribe sus iniciales en la hoja de inscripciones afirmando que él o ella es la misma persona que aparece en la lista de votantes registrados.

### Boletas Provisionales en las Casillas para Personas sin ID Apropiada
Un votante sin identificación (ID) requerida o cuyo nombre no sea "*sustancialmente similar*" será permitido votar con boleta provisional. El votante deberá presentar identificación apropiada al Registrador de Votantes del Condado en plazo de seis días corridos después de la elección, o al contrario, su boleta será rechazada.

### Exenciones Permanentes
Votantes **discapacitados** sin ninguna forma de ID aprobada podrán solicitar exención permanente al Registrador de Votantes del Condado. Se requiere documentación de la Administración de Seguridad Social (*Social Security*) comprobando la discapacidad del solicitante, o del Departamento de Asuntos de Veteranos de los Estados Unidos comprobando escala de discapacidad al menos de 50 por ciento. Se le entregará un nuevo certificado de registro de votante indicando la exención.

### Exenciones Temporales
Votantes que por su **religión objetan** a ser fotografiados o que no tienen ID valida con fotografía por **algún desastre natural** declarado por el Presidente o por el Gobernador de Texas, podrán votar con boleta provisional. Luego, deberán presentarse en la oficina del registrador de votantes dentro de seis días corridos después del Día de Elecciones, y firmar una constancia para que su boleta sea contada.

Veasey000823

---

## No Se Requiere ID con Foto para Votar por Correo
*Vea las excepciones abajo*

Puede votar por correo si es votante registrado y si: su edad es de 65 años o mayor; si está fuera del país durante todo el periodo electoral; si está enfermo o discapacitado; o está encarcelado, pero es elegible para votar.

Para votar por correo, debe solicitar al Secretaria del Condado de Travis. Puede usar la solicitud del sitio Web de la Secretaria o proveer la siguiente información escrita a la oficina de la Secretaria:

- Su firma (o firma del testigo si usted no puede firmar);
- Domicilio indicado en su registro de votante;
- Domicilio a dónde enviarán su boleta;
- Año electoral para cual usted está solicitando la boleta; y si usted quiere votar en la elección primaria, indicar la primaria del partido político en cual usted desea votar; y
- Dar razón porqué usted es elegible para votar adelantado por correo. *Aviso:* Para votar adelantado por correo porque usted planeó estar fuera del condado, su solicitud debe dar una dirección fuera del condado para que se le envíe su boleta.

La solicitud o petición escrita deberá ser recibida en fecha que no sea antes de 60 días del día de elecciones, o sin más tardar de 9 días antes del día de elecciones. (Si la fecha tope es en fin de semana, el último día para someter solicitud o petición escrita es el viernes anterior. Si la fecha tope es en día festivo estatal o federal, la solicitud de boleta deberá recibirse en el día hábil anterior.)

La solicitud se envía por correo, fax, o portador ordinario (no emails). Se aceptan solicitudes en persona cuando son antes de principiarse la votación adelantada. *Diferentes reglas aplican para votantes militares y personas en el extranjero. Para información contacte a la Secretaria del Condado.*

*Se requiere copia de ID con foto aprobada cuando vota por correo si es la primera vez que vota y si no incluyó información de ID cuando envió su forma de registración de votantes, o si no pudieron verificar su información. Usted recibirá un aviso con su boleta si se requiere el ID.

---

### Para Más Información
**Dana DeBeauvoir, Secretaria del Condado de Travis**
PO Box 149325, Austin TX 78714-9325
5501 Airport Blvd., Austin TX 78751-1410
512-238-VOTE (8683)
Número de Fax: (512) 854-9075
www.traviscountyclerk.org

**Bruce Elfant, Asesor-Recaudador de Impuestos/ Registrador de Votantes del Condado de Travis**
PO Box 149327, Austin TX 78714-9327
5501 Airport Blvd., Austin TX 78751-1410
512-854-9473
www.traviscountytax.org

2:13-cv-193
09/02/2014
**DEF2417**