# DEMOCRATIC CAUCUS VOTER ID

Rep. Anchia led the discussion accompanied by Rep. Veesey. Rep Walle was also in attendance.

Rep. Anchia would like to stage the floor debate in a manner that creates a solid record for a Department of Justice or other organization's legal challenge. He would like to focus the floor debate so that it builds a record for future litigation.

Rep. Anchia would like the amendments presented to follow the narrative the House Democratic Caucus would like to put forward (Rep. Anchia said we want to control the amendments unlike during the Sonogram debate. During that debate the house reconvened and gave the opposition the opportunity to see all the amendments before they were laid out the second day).  He asked that all proposed amendments be ran through Rep. Veasey's office in order to get a record of who will be presenting what amendment. This will allow for Rep. Veasey to order the amendments to be presented in an order that mirrors the narrative.

The Narrative:
1. Debunk voter impersonation
2. Why aren't they focused on the real voter fraud issue of mail in ballot fraud?
3. Other states have accomplished photo ID without leaving groups behind.
4. The real crisis is not voter impersonation it is voter turnout.

The floor debate should follow this general order:

1. Back microphone questions in order to build the record.
    a. First, questions should describe the negative impact of SB14 on each minority specifically.
    b. Second, the questions should deal with cost associated. If we are going to give away free ID's, how is it that there is no fiscal note?
2. Next Point of Orders will be laid out.
    a. For this portion there will be a legal team (probably led by Rep. Martinez-Fisher) who will remain on the floor to state the cause.
    b. All other members will leave the floor and proceed to the hall outside of the house chamber to give a short press conference regarding the proposed democratic substitute bill.
    c. Media will be informed beforehand by office staff.
    d. Also, a Point of Order may be held in order to use later for a similar theatrical. The press conference in this instance will be to inform the press that we have brought forth reasonable amendments and the opposition is not willing to budge.

2:13-cv-193
09/02/2014
DEF2418

MALC-00001282

## DEMOCRATIC CAUCUS VOTER ID

3. Finally, Amendments will be laid out in an order predetermined by Rep. Anchia and Rep. Veasey. There will be a whip on the floor to ensure the bills are presented in the correct order of the narrative.
    a. There are questions as to whether the debate should be abbreviated or made to go as long as possible.
    b. Reps. Anchia and Veasey have compiled a list of amendments and are looking for Reps to carry them. I have spoken to Rep. Veasey aide and have requested a list of those amendments so that you can see if there is anything you would like to carry. They are also open to new suggestions.
4. Possibly another Point of Order will be made to allow for the second media conference previously discussed.

There will also be an opportunity to create a rapid response message. Rep. Coleman's office will be set up with multiple telephones in order to allow for Reps to coordinate live radio or television announcements to get information out to their perspective constituency's quickly.

There will be a staff meeting on Friday to discuss to whom each bill is going as well as media logistics.