**Maxie Gallardo**

---

**From:** Maxie Gallardo
**Sent:** Tuesday, March 15, 2011 5:46 PM
**To:** Neesha I. Davé
**Subject:** More OWLS

Bonnen: "Let me call Virginia Townsend, representing myself as a private individual court watcher is here to testify for CSSB 14. Mrs. Townsend if you would state your name and who you're with for the record."

Virginia Townsend: "Good afternoon. Virginia Townsend, I'm with the OWLS which is an objective watchers of the legal system. I'm from Hidalgo county. We were here two years ago to testify. There were hard working people from Progresso that drove all night to get here so they thought they would get a chance to testify because they live with this every day. They live on a, right next to Progresso bridge so they have people come over from Mexico all of the time now the people who live there all the time know who lives in the town and who does not. So they watch the voting process and a lot of the people who did not live in this country who did not live in Progresso, and they were allowed to vote. One lady was here two years ago and she wanted to testify to this and she knew she was putting herself in danger but she was going to do it. And she was not allowed to testify. But it does happen, voter impersonation, I am sure is not real common but it does happen. And especially we on the border where it's easy, I mean we're just coming across and back and forth and it's easy if somebody wants to manipulate somebody to make them vote. But it's not the only problem we have, that's not all. There's other ways that our election systems are broken like Indiana's was or whomever we take. We need a lot of work on our system and putting laws in place that make it so we are more secure about our voting process. We're in the process right now of losing our confidence and that's why there's such, everybody, some people think there's overreaction but it isn't, it's because it's the most important thing in the world to us to have the security of one person one vote and we don't see that all the time. So we do get a little bit panicking and we do get a little bit paranoid. But that's uh, now we're court watchers and I've been a court watcher for 30 years so I've been around a long time. So I've seen good people come in and try to clean it up and then something comes and messes it up again so I don't know. We count on you all to know the right thing to do. I am very sorry to see it is partisan. I don't like partisan but that's what I see here, and I believe Rep. Veasey said it wasn't partisan and I went WOAH, not partisan huh? Well anyhow. I think it is, but I don't care about who belongs to what and who's democrat and who's republican. All I care about is that we get our system back like it should be where everybody is confident that when they come it is one person one vote. Thanks."

*Maxie Gallardo*
Representative Armando Walle
Capitol Extension E1.220
Phone: 512-463-0924
Fax: 512-463-1510

2:13-cv-193
09/02/2014
**DEF2420**

1

1) Establish record for DOJ - Anchia + Vasey
2) questions on bill of fairness
   — personal priv speeches if time isn't extended
3) TMF - points
4) Dem caucus press conf - 10 mins
5) more points - TMF + AW
6) Amendments
   - bypass
   - expand ID
   - educ
   - impl
   - integrity
   - costs

MALC-00005527