## Extended Timeline on Hidalgo County Events

**May 4, 2008.** School board election conducted by Progresso ISD.

> Affidavit May 12th from Simon Torres stating that on April 28 2008 he was brought to the Progresso ISD election by Lorenzo Castillo who gave him a registration card and offered to pay him to vote for Ramos, Vela, and Hernandez. He voted using a card that was registered to Alfred Medrano and was paid $10. Notary: Blas Medrano.
>
> Affidavit May 12th from Jesus Vasquez stating that he was not able to vote on May 10th because someone else used his card. Notary: Blas Medrano
>
> Affidavit May 12th from Catalina Mata who states she was a pollwatcher and was appointed by Candidate Eleazar for the May 10th election. On April 30th she observed judge Jorge Martinez standing too close to machines and then Lydia Esponiza mishandling absentee ballots. She also observed voters being intimidated to vote and being watched as they voted. Notary: Blas Medrano
>
> Affidavits May 12th from Abigail Infante and Maricela Infante pollwatchers for Candidate Eleazar. On April 28th Maria Isabel Vela voted without showing a voter registration card or identification. She also observed Guadalupe Vela also vote without showing a voter registration card or identification. On that same day she observed voter Jimmy Vasequz voting with Juan Pablo Maldonado's voter registration card. The poll worker questioned him "You are not Juan Pablo, you are Jimmy Vasquez." He was then questioned by another poll worker and he left before he voted – the card he was using was confiscated. On May 5th, clerks were asking every voter to show both a voter certification card and photo identification. Also observed intimidation of voters.
>
> Affidavit May 13th Thomasa Soto asked for assistance and was denied assistance. Notary: Blas Medrano
>
> Affidavit May 15th Jessica Rangel stats that she was offered money by Guadalupe Vela to vote for Hernandez, Vela, and Ramos. She was also asked to recruit a friend to vote and was provided a voter certificate for them. Vela also said that they have people that work that election from their side who would help the friend vote. She agreed to recruit people since she had in past elections and had been given money in the past. Notary: Blas Medrano
>
> Affidavit May 15th from Andrea Pena who states that she is a non citizen and that Omar Vega would fix her legal problems, referring to her children not being taken away, if she would vote using Maria De Los Angeles Martinez's voter registration card in the May 4th Election. Notary: Blas Medrano

2:13-cv-193
09/02/2014

**DEF2421**

MALC-00008299

**June 4, 2008.**  Hidalgo County Elections Administrator Teresa Navarro is charged with theft by a public servant, engaging in organized criminal activity and tampering with government records.

> July 16, 2008 - Letter to Paul??? from ???? mentioning 3 people came to the writer of the letter with documentation for cases to refer to AG about Progresso ISD election; including names and phone numbers of Sarah Catillo, Eleazar Perez, and Marilu Moreno.

**August 19, 2008.**  Ann McGeehan sends letter to the AG requesting an investigation regarding affidavits and allegations of election fraud during May school board election.  Ann's letter includes contact information for Marilu Moreno and Eleazar Perez for more information.

**August 20, 2008.**  Yvonne Ramon becomes Hidalgo County Elections Administrator.  Texas SOS agrees to assist in November election in Hidalgo County.

**September 29, 2008.**  Representative Anchia receives response from the AG's office to a public information request for all election code referrals to their office.  Hidalgo County is listed as Dickens County in the AG's response to Anchia's office.  The incidents are described as "incidents of illegal voting, bribery and official misconduct."

> October 30, 2008 a memo from Yvonne Ramon to ???? that the following people have called or visited her office regarding election fraud:  Marilu Moreno who claims she witnessed illegal immigrants voting, including Toto whom she knows.  She claims to know other people that vote using other peoples registration card.  Including Johnny Vela Street, Mr. Guadalupe Vela, the son of the mayor of Progresso.  She also says she knows 10 citizens that have been denied the right to vote.

> Also in the memo, Eleazar Perez and Inez Vela allege that Guadalupe Vela will not let some members of the city of Progresso vote.  They have provided audio and copies of the Voter Combination forms that outline people that have voted and are not within the city limits.

> Also included is an email from Texas Ranger, Israel Pacheco, who contacted Rep. Hinojosa's office and asked that he investigate 2 citizens who were denied the right to vote in Progresso.

> October 29, 2008 letter from Clerk at Wesleco City Hall stating that a voter gave the wrong name and another clerk knew who the voter was.  The voter signed the wrong name and asked if she could do it again and put the right name.

**November 4, 2008.**  General Election.

> Affidavit November 7, 2009 by Karla Escandon stating that she had been given $50 and cocaine to vote using Juanita Alvarado's voter registration card.

> Carlos Bernavidez and David Gallegos were appointed by Omar Vela and Eric Chardez as pollwatchers for the November 4, 2008 election. Neither individual is registered in the county.

**January 14, 2009.** Ann McGeehan sends a letter to the AG requesting a review of allegations of criminal conduct from the November 4, 2008 election.

> Mid- January Advocacy, Inc receives public information request from the SOS for all information about allegations of fraud from January 1 to current.

**February, 2009.** Senator Watson receives response from the AG's office to a public information request for all election code referrals to their office. Hidalgo County is listed as Dickens County in the AG's response.

**March 4, 2009.** Advocacy Inc. discovers affidavits from the SOS alleging voter fraud in Hidalgo County.

**March 5, 2009.** Rep. Anchia requests an investigation by the General Investigating and Ethics Committee into Hidalgo cases and the AG's handling of them. The AG responds that the lack of disclosure was a "clerical error."

**March 6, 2009.** Chairman Hopson announces intention to investigate Hidalgo County. The AG responds that the lack of disclosure was a "clerical error."