| Accused | DATE | COUNTY | CRIME |
|---|---|---|---|
| 41 alleged non-citizens not named | Jun-07 | Bexar | Alleged illegals voting in San Antonio; ICE investigating fraudulent claims of U.S. citizenship |
| Port Lavaca city councilwoman -Debra Briseno | Jul-07 | Calhoun | Illegally assisted non-citizens to register to vote/Illegal voting in March '06 primary |
| Former East Texas Senator Drew Nixon | Jul-07 | Panola | Committing acts of official oppression prior to the 2006 local election. Nixon is charged with misleading two potential candidates |
| Refugio County commissioner -Raymond Villarreal | Oct-07 | Refugio | Mail-in ballot fraud March '06 primary |
| Four women (includes 2 below) | Mar-06 | Nueces | Mail in ballot fraud - allegedly targeted elderly voters |
| 53 year old Beeville woman Melva Kay Ponce | Jul-06 | Bee | Mail in ballot fraud. Voted her dead mothers mail in ballot in 2004. |
| Maria Dora Flores of Robstown | Jun-06 | Nueces | Marked ballots for other voters during early voting for the March '06 Democratic primary |
| 44-year-old Robstown woman Josefina Marinas Suarez | May-06 | Nueces | Illegally handling mail-in voter ballots; targeting elderly voters, going door-to-door soliciting votes |
| 60 Year old Pecos woman- Trinidad Villalobos | Jun-06 | Reeves | Mail in ballot fraud. Illegally possessing and transporting election ballots. |
| Unknown | Apr-06 | Duval | Allegations of mail in ballot fraud. County reported a 55 percent voter turnout in local races, making it five times higher than the state average. |
| Hardeman County commissioner | Mar-06 | Hardeman | Illegally collecting mail-in ballots in 2004 elections |
| Texarkana Council Member & two other women | Feb-06 | Bowie | Mail in ballot fraud. Illegally handling mail-in ballots for seniors Nov 2004 |
| Mother of candidate for Sheriff | Jan-06 | Reeves | Mail in ballot fraud. illegally possessing and transporting election ballots of several voters. |
| 9 people in McAllen | Dec-05 | Hidalgo | McAllen city election 2005 fraud/involves vote buying. |
| Maria Louisa Rodriguez and her daughter of the same name | Aug-05 | Hidalgo | Voted twice in the San Juan city election. The politiqueras who brought the mother and daughter to vote for a second time were not indicted. |

2:13-cv-193
09/02/2014
DEF2422

MALC-00008718

**Resolution**

No resolution yet
Convicted. Serving two five-year concurrent sentences.
Indicted. Official oppression falls under the category of offenses known as "abuse of office"
Pleaded guilty to felony election fraud. Will serve 90 days in jail and be placed on five years probation.
All Indicted and convicted?
Indicted on a misdemeanor charge of illegal voting
Indicted & pled guilty. Two counts of illegal voting, a third-degree felony.
Indicted, pled guilty given one year probation and a $500 fine
Found guilty by a Reeves County jury and sentenced to six months probation on each count

Resolution pending?
Indicted/plead guilty
Indicted

Indicted
Indicted

Indicted.

MALC-00008719

**Source of Info**

**Vote fraud probed in Bexar** http://www.mysanantonio.com/news/metro/stories/MYSA060907.01A.Vote_Fraud.34fe57a.html

**Jury finds Briseno guilty** http://www.portlavacawave.com/articles/2007/07/02/news/news01.txt

**Former East Texas Senator Indicted On Charge Linked To 2006 Election** http://www.oag.state.tx.us/oagNews/release.php?print=1&id=2085

**Refugio County commissioner pleads guilty to election fraud scheme**   http://www.setexasrecord.com/news/202316-refugio-county-commissioner-pleads-guilty-to-electionfraud-scheme
**Abbot's Newsletter - Let's stamp out Voter Fraud in Texas- 3/2006** http://www.gregabbott.com/sub_media_news_display.html?article_id=1432

**Beeville woman indicted for voter fraud** http://kristv.com/Global/story.asp?s=3429506

**Robstown woman indicted and jailed in voter-fraud case** http://www.caller.com/ccct/local_news/article/0,1641,CCCT_811_4779588,00.html

**Woman, 44, pleads guilty in illegal vote**s http://www.caller.com/ccct/local_news/article/0,1641,CCCT_811_4679168,00.html

**Reeves County Woman Convicted For Voter Fraud**   http://www.i-dineout.com/pages2006/abbott.6.28.06.html

**Voting fraud alleged in Duval** http://www.caller.com/ccct/local_news/article/0,1641,CCCT_811_4646190,00.html
**Abbot's Newsletter - Let's stamp out Voter Fraud in Texas- 3/2006** http://www.gregabbott.com/sub_media_news_display.html?article_id=1432
**Abbot's Newsletter - Let's stamp out Voter Fraud in Texas- 3/2006** http://www.gregabbott.com/sub_media_news_display.html?article_id=1432

**Reeves County Woman Convicted For Voter Fraud**   http://www.i-dineout.com/pages2006/abbott.6.28.06.html
**Abbot's Newsletter - Let's stamp out Voter Fraud in Texas- 3/2006** http://www.gregabbott.com/sub_media_news_display.html?article_id=1432

**Women accused of voting twice in San Juan election** http://cf.themonitor.com/SiteProcessor.cfm?Template=/GlobalTemplates/Details.cfm&StoryID=8685&Section=Local