http://blogs.chron.com/texaspolitics/
Texas Senate passes Voter ID

The Texas Senate passed the controversial Voter ID bill by a vote of 19-11, after more than 40 amendments were proposed (mostly by Democrats) and almost six hours of debate.

Even though the outcome of the vote wasn't in doubt, Democrats launched a fierce campaign against the measure pointing out the measure's potential shortcomings which they said could prevent minority, elderly and more transient voters (such as college students) from participating in the process.

When the Senate passed its rules earlier in January, Republicans included an exemption for Voter ID legislation from the two-thirds rule, which demands a supermajority to pass the legislation. A simple majority was all the Republicans needed and a threshold they easily exceeded with 19 votes.
================================================
Amendments 25-38 on the Voter ID bill

25. Gallegos - DPS must put centers into inner city areas to make it easier for people to get their Photo ID's. Tabled 19-11.
26. Gallegos - DPS centers within five miles of mass transit lines Tabled 19-11.
27. Lucio - Newly married couples must be notified of changes to voting law. Tabled 19-11
28. Lucio/Ellis - Same day voting on Election Day, not early voting. Tabled 20-10
29. Gallegos - Requires DPS offices to offer extend hours and Saturday hours to make it easier for people to get in line. Tabled by a vote of 19-11
30. Ellis - Require Secretary of State to examine whether or not the bill as an adverse effect on disparate population groups. Motion tabled by a vote of 19-11
31. Van de Putte - Mandate a certification that training and education have been completed and money has been spent properly. Motion tabled by vote of 19-11.
32. Watson - Make the Ogden Amendment apply to the Voter ID bill. Motion passed by a vote of 30-0. Fraser says the feds will pick up most of the costs.
33. West - If after passage of the general appropriation act, if the funding provided to school districts by the foundation school fund, if we have not put in sufficient money to maintain the current distribution by teacher ratio. Motion to table carries by a vote of 19-11.
34. West - Bill won't come into affect if it is an unfunded mandate on

2:13-cv-193
09/02/2014
DEF2423

MALC-00009119

the counties. Motion is tabled by a vote of 19-11.
35. Patrick - Allow an application to receive an exemption from the Voter ID, if they get a note from the doctor that they are physically disabled.
36. W. Davis - Make it easier for the disabled voters to receive absentee status. Tabled by a vote of 19-11
37. W. Davis - Statewide voter registration system. Tabled by a vote of 19-11
38. W. Davis - Voters must receive notice when their voter registration has changed. Tabled by a vote of 19-11

======================================================

Amendments 11-24 on the Voter ID Bill

11. W. Davis - Use your marriage certificate to clarify your name on the role. Motion to table. Temporarily withdrawn for further consideration
12. W. Davis - Would provide for free state ID's to those who ask. Tabled by a vote of 19-12
13. W. Davis - Would allow for the use of expired ID's. Tabled 19-11
14. Lucio - Lucio proposes allowing two forms of non-photo ID in lieu of photo. Tabled by vote of 19-11
15. W. Davis - Allows for one use of expired ID's for elections. Defined as from last general election. Amendment 15 temporarily tabled.
16. Van de Putte - The voter would present either the photo ID or two different alternatives. Adding concealed license as one form of ID accepted. Motion to table passed by 19-11.
17. Gallegos - Allows for suspended forms of ID to allowable list. Motion tabled by a vote of 19-11
18. Hinojosa - Accept CHL as a form of ID. Accepted by a vote of 30-0.
19. Ellis - Allow for use of student ID as a valid picture ID. Tabled by a vote of 19-11, GOP concerned about foreign students voting.
20. West - Use a Medicare card as a form of identification. Tabled by a vote 19-11
21. W. Davis - Photo ID issued by the federal government, sub-entity of Texas, or higher education amendments. Too complicated said Fraser. Tabled by a vote of 19-11
22. Lucio - Allow a 60 day window for expired ID's to be used in the election. Motion was tabled by 19-11.
23. Lucio - Similar to amendment 22. Passes 30-0
24. Hinojosa - Allow counties to merge voter ID card with a photo. Motion tabled by a vote of 19-11.

================================================================

The First 10 Amendments to the Voter ID bill

1. Watson - Strikes SB 14 enacting clause; make identity theft or impersonation to vote a first degree felony. Would also make voter suppression and voter intimidation a first degree felony. Tabled by 19-11
2. W.Davis - Would mandate that DPS officials offer ID's for free instead of making people ask for them. Tabled 19-11
3. Lucio/Gallegos/Hinojosa - Would require counties and secretary of state to make materials about change available in same languages that are currently provided for. Accepted by unanimous consent.
4. Withdrawn
5. Zaffirini - Would require that new requirements be prominently displayed in literature distributed by the state about voting. Accepted by unanimous consent.
6. W. Davis -- Would allow for voters to change their own name on the voting record. Withdrawn for now...
7. Van de Putte - "College Student Amendment" The election officer can not consider whether or not the address on drivers license matches address on voter registration card. Motion is tabled by 19-11.
8. Withdrawn
9. Hinojosa - Would move up laws sunset date to 2017. Amendment is accepted
10. Zaffirini - Would all for those with registration cards and a matching name on the voting role to cast votes provided they sign an affidavit. Amendment is tabled by 18-12.

MALC-00009121