**Coffey, Danyele (CRT)**

| | |
|---|---|
| **From:** | Craig Adair [Craig.Adair@house.state.tx.us] |
| **Sent:** | Friday, August 26, 2011 11:13 AM |
| **To:** | vot1973c (CRT) |
| **Cc:** | Lon Burnam |
| **Subject:** | Submission file 2011-2775 (Documents related to SB 14 in Texas) |
| **Attachments:** | Summary of SB 14 -- Voter ID bill.docx; Amendments to Senate Voter ID bill 1.26.11.docx; Texas Voter ID Briefing Book.pdf; Study Finds Blacks, eldery disenfranchised 11 13 07.doc |

Abigail,

Rep. Burnam asked me to forward you documents related to this bill.  If you can give me a call so I can have a clearer sense of what kind of documents you're looking for, I would be happy to get you whatever I can.

Attached are:
- A summary of the bill
- Amendments that were offered in the Senate (that may help establish intent of the bill)
- A briefing book that references lots of studies and other resources
- A press release about a 2007 study by the Washington Institute on access to photo IDs in Indiana

Best regards,
Craig


Craig Adair
Chief of Staff
State Representative Lon Burnam
(512) 463-0740
craig.adair@house.state.tx.us

1



2:13-cv-193
09/02/2014

DEF2424

NAACP-00000456