---- Forwarded Message ----
**From:** "austintransplant@gmail.com" <austintransplant@gmail.com>
**To:** Tx election reform <txelectionreform@yahoogroups.com>
**Sent:** Sunday, February 1, 2009 4:59 PM
**Subject:** Re: [txelectionreform] Voter ID a Big Success!

At least spakovskys credibility is questionable. The timing is horrible though. We need to start looking for our national experts to help us fight these claims.

Laurie
Sent via BlackBerry by AT&T

---

**From:** Joy Authur
**Date:** Sun, 1 Feb 2009 14:37:50 -0800 (PST)
**To:** ElectionCoalition<txelectionreform@yahoogroups.com>
**Subject:** [txelectionreform] Voter ID a Big Success!
http://online.wsj.com/article/SB123327839569631609.html#

# Voter ID Was a Success in November

## Turnout was higher in states that took a simple step to prevent fraud.

By HANS VON SPAKOVSKY

Remember the storm that arose on the political left after the U.S. Supreme Court upheld the constitutionality of Indiana's voter ID law last April? According to the left, voter ID was a dastardly Republican plot to prevent Democrats from winning elections by suppressing the votes of minorities, particularly African-Americans.

[Commentary]

*AP*

Voters at the polls in Georgia.

Since the election of Barack Obama, we haven't heard a word about such claims. On Jan. 14, the federal appeals court in Atlanta upheld Georgia's voter ID law.

The reasons for the silence about alleged voter suppression is plain. In the first place, numerous academic studies show that voter ID had no effect on the

RECENT ACTIVITY
New Files    1
Visit Your Group

New business?
Get new customers.
List your web site
in Yahoo! Search.

Yahoo! Groups
Do More For Cats
Group
Connect and share with
cat owners like you

Y! Groups blog
the best source
for the latest
scoop on Groups.

2:13-cv-193
09/02/2014
DEF2425

NAACP-00005664

turnout of voters in prior elections. The plaintiffs in every unsuccessful lawsuit filed against such state requirements could not produce a single individual who didn't either already have an ID or couldn't easily get one. Second are the figures emerging from the November election. If what liberals claimed was true, Democratic voters in states with strict photo ID requirements would presumably have had a much more difficult time voting, and their turnout dampened in comparison to other states. Well, that myth can finally be laid to rest.

Messages in this topic (2)    **Reply** (via web post) | **Start a new topic**

Messages | Files | Photos | Links | Database | Polls | Members | Calendar

MARKETPLACE

From kitchen basics to easy recipes - join the Group from Kraft Foods

Yahoo! Groups
Change settings via the Web (Yahoo! ID required)
Change settings via email: Switch delivery to Daily Digest | Switch format to Traditional
Visit Your Group | Yahoo! Groups Terms of Use | Unsubscribe

NAACP-00005665