**Possible Amendments**

**VOTE BY AFFIDAVIT (West)**
Anyone could forge a signature, vote, and leave undetected. There is no way to trace the forgery back to the person. It basically guts the bill and assumes that criminal penalties are a sufficient deterrent to voter fraud.

**ADD Additional FORM of PHOTO ID (West)**
Policy decision, but remember in order to get most government work-related IDs, you need to show a passport or DL when filling out your employment/enrollment paperwork

**RESTORE NON-PHOTO ID (West)**
I believe that requiring photo ID is the best way to deter and detect voter fraud and protect public confidence in our elections.  A photo ID law is simpler and easier for both voters and election workers and has been proven to work in several other states.

**LOWER  ELDERLY THRESHOLD (West)**
The 70 exemption is a reasonable compromise that lessens the burden for those voters who may not have access to a birth certificate and cannot get a photo ID to still vote. As a 61 year old, I do not believe that 50 year olds cannot get a Photo ID.

**SAME DAY REGISTRATION (West & Ellis)**
This bill is not the proper forum for a debate on that issue.

**EARLY VOTE REGISTRATION (Ellis)**
This bill is not the proper forum for a debate on that issue.

**NEW PENALTIES FOR DECEPTIVE/DISENFRANCHMENT OF VOTERS (West & Ellis)**
This bill is not the proper forum for a debate on that issue.

**DESIGNATION of ELECTION DAY AS STATE HOLIDAY (Ellis)**
This bill is not the proper forum for a debate on that issue.

**ALLOW ALL REGISTERED VOTERS TO VOTE BY MAIL (Ellis)**
This bill is not the proper forum for a debate on that issue.

2:13-cv-193
09/02/2014

**DEF2426**

Amendment by Watson/Rodriguez -

This amendment strikes all below the enacting clause and replaces language with enhanced penalties for fraudulent or deceptive voting practices.

**This amendment would gut the intent of my legislation - which is to enact a photo-id law. It is not acceptable.**

**Vote NO**

Amendment by Watson / Rodriguez

This amendment would add the "Ogden provision" to the bill.

**Members, this bill does not require a specific appropriation and this language could forever delay implementation of photo id. It is not acceptable.**

**VOTE NO**

TX_00005882

Amendment by Lucio

This amendment would strike the four forms of photo-id outlined in SB 14 and replace it with a list of documents that DPS has approved as okay to get a DL.

**Members, this list that DPS has created includes non-photo ID. As a I said yesterday, we have had two additional years to see Photo ID working in other states and two additional years to see that voter fraud is still a problem. Plus, I believe that Photo ID is simpler and less confusing for the voters and election workers. It is not acceptable.**

**VOTE NO**

Amendment by Lucio/Hinojosa

This amendment would require that the notices put on SOS and county websites be done in English and Spanish and would require the county clerks to post an additional notice in their offices.

**Members, I do not think this amendment is necessary. According to the SOS, by FEDERAL law, anything related to voting has to be published in alternate languages.**

**But, I will leave it to the will of the body.**

Amendment by Lucio /Hinojosa / Gallegos

This amendment would require that the notices put on SOS and county websites be done in each language in which voter registration materials are available and would require the county clerks to post an additional notice in their offices.

**Members, I do not think this amendment is necessary. According to the SOS, by FEDERAL law, anything related to voting has to be published in alternate languages.**

**But, I will leave it to the will of the body.**

TX_00005885

Amendment by Lucio/Ellis

This amendment would require county clerks to distribute a notice to everyone who applies for a marriage license that if the applicant changes their name, they must update their voter registration information and personal identification documents.

**This amendment is not necessary - we already deal with the issue under current law. If a person changes their name, I think they would first and foremost get a new drivers' license. In applying for that new license, they would be asked if they want to update their voter registration materials. Plus, it is an unfunded mandate on the county clerk's office unrelated to voting.**

**It is not acceptable.**

**Vote NO**

Amendment by Lucio

This amendment would allow photo-id to be expired for no more than 60 days and would also allow a person over 65 to use an expired DL for the remainder of their life.

**Members, I do not disagree that we should allow for the use of expired identification, but that expiration should not be for life. Suppose the voter is 95 and is still using their drivers license from 30 years ago. If people over 65 choose not to get an updated ID, they can vote by mail.**

**It is not acceptable.**

**VOTE NO**

TX_00005887

Amendment by Lucio

This amendment would allow a person to use photo-id even if expired, if the expiration is no more than 60 days before they vote.

**I think this is reasonable and I accept.**

TX_00005888

Amendment by Van de Putte

This amendment would state in law that the election officer may not consider a wrong address when verifying identification.

**According to the Secretary of State's office, this is already current practice. The election worker is always required to ask if the address on the voter registration rolls is current, no matter what documentation is shown.**

**VOTE NO**

TX_00005889

Amendment by Van de Putte

This amendment would return to last session's language of one-photo or two non-photo identification to vote.

**As a I said yesterday, we have had two additional years to see Photo ID working in other states and two additional years to see that voter fraud is still a problem. Plus, I believe that Photo ID is simpler and less confusing for the voters and election workers.**

**VOTE NO**

Amendment by Van de Putte

This amendment would require the Comptroller to determine if the legislature has appropriated money to cover the cost of implementation and the Secretary of State to confirm that each county has complied with new training and is prepared to implement the changes.

**Members, this is way outside of normal procedure for either of these agencies. As the Legislative body, we write the law and it is up to the executive branch to get it implemented. Do we really want to go down a path of having the executive branch say you didn't do it right so we won't comply?**

**VOTE NO**

Amendment by Zaffirini

This amendment would allow a voter to vote a regular ballot without photo-ID just by signing an affidavit.

**This bill eliminates this as a true photo-id bill. As a I said yesterday, we have had two additional years to see Photo ID working in other states and two additional years to see that voter fraud is still a problem. Plus, I believe that Photo ID is simpler and less confusing for the voters and election workers.**

**VOTE NO**

Amendment by Zaffirini

This amendment would require that the notices on acceptable id posted at EACH polling location, be separate and apart from other notices and in 24-font.

**I don't think this is necessary and places another burden on county clerks. Think about, there are 885 precincts in Harris County and now instead of putting all the required voter information to be posted on one form, they have to use two for each precinct.**

**However, I will leave it to the will of the body.**

Amendment by Ellis / Rodriguez

The amendment(s) would sunset the voter-id provisions in either 2014 or 2024.

**As a I said yesterday, we have had two additional years to see Photo ID working in other states and two additional years to see that voter fraud is still a problem. We do not need to sunset this legislation. Just like with any change to law, if in 2 or 10 years, we think we need to update the statute, the sitting Legislature can do that.**

**VOTE NO**

TX_00005894

Amendment by Ellis / Uresti / Rodriguez

This amendment would require an annual report by the Secretary of State with list of required information to be included.

**Members, the SOS does not have access to the information that this amendment requires them to report and it is not necessary.**

**VOTE NO**

Amendment by Ellis / Lucio / Rodriguez

This amendment would create a procedure for same-day registration.

**This bill is about in-person voter fraud and is not the proper forum for a debate on this issue.**

**VOTE NO**

Amendment by Ellis

This amendment would allow a valid student-id from an accredited public university in Texas as a form of photo-ID.

**As I said yesterday, I believe the forms of photo-id in SB 14 are less confusing and simpler for both voters and election workers. Everyone knows what these forms of ID look like.**

**There are approximately 100 public institutions of higher education in Texas. How are we going to ask a poll worker to know if an ID has been forged? Plus, most student id's do not have an expiration date.**

**It is not acceptable.**

**VOTE NO**

Amendment by Hinojosa

This amendment would allow a county to offer the option to create a voters' registration certificate that has a photo that could be used to vote.

**Way too much room for fraud to exist. How would the county accept the photo?  It is conceivable that a person could send in 20+ registration cards with the same photo but differenct names. and be able to vote 20 times.**

**VOTE NO**

TX_00005898

Amendment by Hinojosa

This amendment would require an election worker to continue to provide those voters who show up without the proper ID with a handout on acceptable forms of ID forever. The bill eliminates this provision in 2012.

**This handout is part of the education process before photo-id requirements take effect. It is not necessary and a waste of money because this information will be on the voter registration certificate and will be posted at the polls.**

**VOTE NO**

Amendment by Hinojosa

The amendment would allow a CHL as an acceptable form of photo-ID

**Acceptable to the author**

TX_00005900

Amendment by West

This amendment would make the bill ineffective if we pass a budget that requires teachers to take a pay cut.

**Not the appropriate vehicle to debate education funding and way outside of normal legislative procedure**

**VOTE NO**

Amendment by West / Rodriguez

This amendment would allow a person to use a Medicare card plus their voter registration certificate as a form of identification.

**This bill eliminates this as a true photo-id bill. As a I said yesterday, we have had two additional years to see Photo ID working in other states and two additional years to see that voter fraud is still a problem. Plus, I believe that Photo ID is simpler and less confusing for the voters and election workers.**

**Also, people that are eligible for Medicare (age 65 or older and some disabled people under age 65) are also eligible to vote by mail.**

**VOTE NO**

Amendment by Uresti / Whitmire

This amendment would create an exemption from photo-id requirements for a person who executes and affidavit that they live in a nursing home or residential care facility.

**This bill eliminates this as a true photo-id bill. As a I said yesterday, we have had two additional years to see Photo ID working in other states and two additional years to see that voter fraud is still a problem. Plus, I believe that Photo ID is simpler and less confusing for the voters and election workers.**

**Also, most people that live in these facilities (over 65 or disabled) are also eligible to vote by mail.**

**VOTE NO**

Amendment by Gallegos

This amendment would extend the operating hours of DPS offices that issue drivers licenses and personal identification cards.

**I am confident that under current procedure, people today have sufficient access to get photo-id.**

**SB 14 is not the appropriate vehicle to debate DPS operations. Plus, it is too expensive.**

**VOTE NO**

TX_00005904

Amendment by Gallegos

This amendment would require DPS to locate offices within a certain distance from public transportation.

**I am confident that under current procedure, people today have sufficient access to get photo-id.**

**SB 14 is not the appropriate vehicle to debate DPS operations. Plus, it is too expensive.**

**VOTE NO**

TX_00005905

Amendment by Gallegos

This amendment would allow a temporary suspended license permit to be used if a person's drivers license had been suspended.

**Not necessary. We heard from DPS yesterday that there is nothing stopping people would be eligible to get a personal identification card if their drivers license had been confiscated.**

**VOTE NO**

Amendment by Gallegos

This amendment would ensure that there is drivers license facility for every 50 precincts in an area.

**I am confident that under current procedure, people today have sufficient access to get photo-id.**

**SB 14 is not the appropriate vehicle to debate DPS operations. Plus, it is too expensive.**

**VOTE NO**