# Carson Hooks

| | |
|---|---|
| **From:** | Shera Eichler on behalf of Dennis Bonnen |
| **Sent:** | Wednesday, May 20, 2009 1:17 PM |
| **To:** | Carson Hooks |
| **Subject:** | FW: Hopson |
| **Attachments:** | hopson-amendment.pdf |

A copy for you...

Shera Eichler
Chief of Staff
Office of State Rep. Dennis Bonnen
512-463-0564
512-463-8414 (fax)

**From:** Eric Opiela [mailto:eopiela@texasgop.org]
**Sent:** Wednesday, May 20, 2009 12:55 PM
**To:** Dennis Bonnen
**Subject:** Hopson

On Page 4, line 23, insert "containing the voter's photograph" between "card" and "issued"
Strike Page 4, Line 24; and Sections 6 & 7 of the Amendment (Page 5 Lines 17-31 and Page 6 Lines 1-8).
You can either strike it altogether or replace it with Betty's affidavit (be sure Betty's affidavit doesn't allow execution at time of registration).

Draft Free Driver license (copy from SB 362-Engrossed) and birth certificate language (giving Bureau of Vital Stats authority to provide it free like DPS for DLs and grant authority to SOS to adopt a system by rule to provide for a reimbursement fund for individuals requesting it from out of state).

Eric

6/2/2009

2:13-cv-193
09/02/2014
**DEF2427**

TX_00006103



812178

09 MAY 12 PM 9: 15

HOUSE OF REPRESENTATIVES

FLOOR AMENDMENT NO._____          BY: Hopson_____

1    Amend C.S.H.B. No. 2730 (house committee printing) by adding

2  the following appropriately numbered ARTICLE to the bill and

3  renumbering the remaining ARTICLES of the bill accordingly:

4                    ARTICLE _____. VOTER IDENTIFICATION

5    SECTION ___.01. Section 13.122(a), Election Code, is

6  amended to read as follows:

7    (a)  In addition to the other statements and spaces for

8  entering information that appear on an officially prescribed

9  registration application form, each official form must include:

10            (1)  the statement: "I understand that giving false

11  information to procure a voter registration is perjury and a crime

12  under state and federal law.";

13            (2)  a space for the applicant's registration number;

14            (3)  a space for the applicant's Texas driver's license

15  number or number of a personal identification card issued by the

16  Department of Public Safety;

17            (4)  a space for the applicant's telephone number;

18            (5)  a space for the applicant's social security

19  number;

20            (6)  a space for the applicant's sex;

21            (7)  a statement indicating that the furnishing of the

22  applicant's telephone number and sex is optional;

23            (8)  a space or box for indicating whether the

24  applicant or voter is submitting new registration information or a

25  change in current registration information;

26            (9)  a statement instructing a voter who is using the

27  form to make a change in current registration information to enter

28  the voter's name and the changed information in the appropriate

29  spaces on the form;

81R33529 JRJ-D                    1

1        (10)  a statement that if the applicant declines to
2  register to vote, that fact will remain confidential and will be
3  used only for voter registration purposes;

4        (11)  a statement that if the applicant does register
5  to vote, information regarding the agency or office to which the
6  application is submitted will remain confidential and will be used
7  only for voter registration purposes;

8        (12)  a space or box for indicating whether the
9  applicant is interested in working as an election judge;

10       (13)  a statement warning that a conviction for making
11 a false statement may result in imprisonment for up to the maximum
12 amount of time provided by law, a fine of up to the maximum amount
13 provided by law, or both the imprisonment and the fine; [and]

14       (14)  the photograph of the applicant if a photograph
15 has been obtained under Section 31.012; and

16       (15)  any other voter registration information
17 required by federal law or considered appropriate and required by
18 the secretary of state.

19       SECTION ____.02.  Section 15.001(a), Election Code, is
20 amended to read as follows:

21     (a)  Each voter registration certificate issued must
22 contain:

23       (1)  the voter's name in the form indicated by the
24 voter, subject to applicable requirements prescribed by Section
25 13.002 and by rule of the secretary of state;

26       (2)  the voter's residence address or, if the residence
27 has no address, the address at which the voter receives mail and a
28 concise description of the location of the voter's residence;

29       (3)  the month, day, and year of the voter's birth;

30       (4)  the number of the county election precinct in
31 which the voter resides;

81R33529 JRJ-D                    2

1          (5)  the voter's effective date of registration if an
2  initial certificate;

3          (6)  the voter's registration number;

4          (7)  an indication of the period for which the
5  certificate is issued;

6          (8)  a statement explaining the circumstances under
7  which the voter will receive a new certificate;

8          (9)  a space for stamping the voter's political party
9  affiliation;

10         (10)  a statement that voting with the certificate by a
11  person other than the person in whose name the certificate is issued
12  is a felony;

13         (11)  a space for the voter's signature;

14         (12)  a statement that the voter must sign the
15  certificate personally, if able to sign, immediately on receipt;

16         (13)  a space for the voter to correct the information
17  on the certificate followed by a signature line;

18         (14)  the statement: "If any information on this
19  certificate changes or is incorrect, correct the information in the
20  space provided, sign below, and return this certificate to the
21  voter registrar.";

22         (15)  the registrar's mailing address and telephone
23  number; [and]

24         (16)  the jurisdictional or distinguishing number for
25  the following territorial units in which the voter resides, as
26  determined by the voter registrar:

27              (A)  congressional district;

28              (B)  state senatorial district;

29              (C)  state representative district;

30              (D)  commissioners precinct;

31              (E)  justice precinct;

TX_00006106

1        (F)   city election precinct; and

2        (G)   school district election precinct; and

3        (17)  the  photograph  of  the  voter  to  whom  the

4  certificate  is  issued  if  a  photograph  has  been  obtained  under

5  Section 31.012.

6        SECTION ___.03.  Subchapter A, Chapter 31, Election Code, is

7  amended by adding Section 31.012 to read as follows:

8        Sec. 31.012.  PHOTO IDENTIFICATION ACCESS.  The secretary of

9  state  shall  establish  methods  to  obtain  a  photograph  of  each

10  registered  voter  for  use  on  the  voter's  voter  registration

11  certificate.  For purposes of this section, the secretary of state

12  may enter into agreements with the Department of Public Safety or

13  other state agencies and governmental entities for assistance with

14  assigning  photographs  to  the  appropriate  voter's  voter

15  registration certificate.

16        SECTION ___.04.  Section 63.001, Election Code, is amended

17  by  amending  Subsections  (b),  (c),  (d),  and  (f)  and  adding

18  Subsection (g) to read as follows:

19        (b)  On offering to vote, a voter must present to an election

20  officer at the polling place:

21             (1)  the  voter's  voter  registration  certificate

22  containing the voter's photograph;

23             (2)  an identification card issued by this state; or

24             (3)  the affidavit described by Section 63.007 [to an

25  election officer at the polling place].

26        (c)  On  presentation  of  the  documentation  required  by

27  Subsection (b) [a registration certificate], an election officer

28  shall  determine  whether  the  voter's  name  on  the  registration

29  certificate is on the list of registered voters for the precinct.

30        (d)  If  the  voter's  name  is  on  the  precinct  list  of

31  registered voters and the voter's identity can be verified from the

81R33529 JRJ-D                  4

1  <u>documentation presented under Subsection (b)</u>, the voter shall be

2  accepted for voting.

3          (f)  After determining whether to accept a voter, an election

4  officer  shall  return  the  voter's  <u>documentation</u>  [~~registration~~

5  ~~certificate~~] to the voter.

6          <u>(g)  Perjury committed in the execution of an affidavit for</u>

7  <u>the  purposes  of  being  accepted  to  vote  constitutes  aggravated</u>

8  <u>perjury under Section 37.03, Penal Code.</u>

9          SECTION ____.05.  Section  63.006(a),  Election  Code,  is

10  amended to read as follows:

11          (a)  A voter who, when offering to vote, presents a voter

12  registration certificate indicating that the voter is currently

13  registered in the precinct in which the voter is offering to vote,

14  but whose name is not on the precinct list of registered voters,

15  shall be accepted for voting <u>if the voter meets the identification</u>

16  <u>or affidavit requirements under Section 63.001</u>.

17          SECTION ____.06.  The  heading  to  Section  63.007,  Election

18  Code, is amended to read as follows:

19          Sec. 63.007.  VOTER <u>WITHOUT CERTIFICATE OR</u> WITH INCORRECT

20  CERTIFICATE WHO IS NOT ON LIST.

21          SECTION ____.07.  Section  63.007(a),  Election  Code,  is

22  amended to read as follows:

23          (a)  A voter who, when offering to vote, <u>does not present a</u>

24  <u>voter  registration  certificate  or</u> presents a voter registration

25  certificate indicating that the voter is currently registered in a

26  different precinct from the one in which the voter is offering to

27  vote, and whose name is not on the precinct list of registered

28  voters, shall be accepted for voting if the voter executes an

29  affidavit stating that the voter:

30          (1)  is a resident of the precinct in which the voter is

31  offering to vote or is otherwise entitled by law to vote in that

1  precinct;

2          (2)  was a resident of the precinct in which the voter

3  is offering to vote at the time that information on the voter's

4  residence address was last provided to the voter registrar;

5          (3)  did not deliberately provide false information to

6  secure registration in a precinct in which the voter does not

7  reside; and

8          (4)  is voting only once in the election.

9          SECTION ___.08.  The heading to Section 63.009, Election

10  Code, is amended to read as follows:

11          Sec. 63.009.  VOTER WITHOUT DOCUMENTATION [CERTIFICATE] WHO

12  IS NOT ON LIST.

13          SECTION ___.09.  Section 63.009(a), Election Code, is

14  amended to read as follows:

15          (a)  A [Except as provided by Subsection (b), a] voter who

16  does not meet the identification or affidavit requirements under

17  Section 63.001 [present a voter registration certificate when

18  offering to vote], and whose name is not on the list of registered

19  voters for the precinct in which the voter is offering to vote,

20  shall be accepted for provisional voting if the voter executes an

21  affidavit in accordance with Section 63.011.

22          SECTION ___.10.  Section 63.011(a), Election Code, is

23  amended to read as follows:

24          (a)  A person to whom Section [63.008(b) or] 63.009(a)

25  applies may cast a provisional ballot if the person executes an

26  affidavit stating that the person:

27          (1)  is a registered voter in the precinct in which the

28  person seeks to vote; and

29          (2)  is eligible to vote in the election.

30          SECTION ___.11.  Section 65.054(b), Election Code, is

31  amended to read as follows:

TX_00006109