## BACKGROUND & PURPOSE - HB 3556 (Bonnen)

Under current law, a voter is required to present a voter registration certificate to an election officer in order to vote a regular ballot. A voter who does not present a voter registration certificate, but whose name is on the list of registered voters for the precinct, shall be accepted for voting if the voter executes an affidavit stating that they do not have the voter registration certificate and presents proof of identification as prescribed by current law.

H.B. 3556 modifies provisions requiring a voter to present proof of identification in order to vote. The bill restores integrity to the electoral process while also ensuring that voters are not disenfranchised.

2:13-cv-193
09/02/2014
DEF2428

TX_00006110