## VOTER ID - SB14 FLOOR AMENDMENTS - 82R

1. Watson - Strikes text of bill; makes identity theft, impersonation of voter, voter suppression, and voter intimidation a first degree felony. Tabled by 19-11
2. W.Davis - Mandate that DPS officials offer ID's for free instead of making people ask for them. Tabled 19-11
3. *Lucio/Gallegos/Hinojosa* - **Require counties and secretary of state to make ID notice available in same languages as other notices currently provided.** *Accepted by unanimous consent.*
4. Withdrawn
5. *Zaffirini* - **Require that new requirements be prominently displayed in literature distributed by the state about voting.** *Accepted by unanimous consent.*
6. W. Davis -- Allow for voters to change their own name on the voting record. Withdrawn.
7. Van de Putte - Provides that election officer cannot consider whether or not the address on drivers license matches address on voter registration card. Motion is tabled by 19-11.
8. Withdrawn
9. *Hinojosa* - **Extends education/notice efforts to 2017.** *Amendment is accepted*
10. Zaffirini - Allows those with registration cards and a matching name on the voting role to cast votes if they sign an affidavit. Amendment is tabled by 18-12.

11. W. Davis - May use your marriage certificate to clarify your name on the role. Withdrawn.
12. W. Davis - Would provide for free state ID's to those who ask. Tabled by a vote of 19-12
13. W. Davis - Would allow for the use of expired ID's. Tabled 19-11
14. Lucio - Allows two forms of non-photo ID in lieu of photo. Tabled by vote of 19-11
15. W. Davis - Allows for one use of expired ID's. Tabled 19-11
16. Van de Putte - The voter would present either the photo ID or two different alternatives. Motion to table 19-11.
17. Gallegos - Allows for suspended forms of ID to allowable list. Motion tabled by a vote of 19-11
18. *Hinojosa/Patrick* - **Include CHL as an acceptable form of photo ID.** *Accepted by a vote of 30-0.*
19. Ellis - Allow for use of student ID as a valid picture ID. Tabled by a vote of 19-11
20. West - Use a Medicare card as a form of identification. Tabled by a vote 19-11
21. W. Davis - Allow any photo ID issued by the federal government, sub-entity of Texas, or higher education amendments. Tabled by a vote of 19-11
22. Lucio - Allow a 60 day window for expired ID's to be used in the election and allow expired DL use by those over 65. Motion was tabled by 19-11.
23. *Lucio* - **Allow photo IDs expired no more than 60 days.** *Passes 30-0*
24. Hinojosa - Allow counties to add photo to voter registration card. Motion tabled by a vote of 19-11.

25. Gallegos - Add DPS offices in inner city areas. Tabled 19-11.
26. Gallegos - Add DPS offices within five miles of mass transit lines Tabled 19-11.
27. Lucio - Newly married couples must be notified of changes to voting law. Tabled 19-11

2:13-cv-193
09/02/2014
DEF2430

TX_00011930

28. Lucio/Ellis - Same day voting on Election Day. Tabled 20-10

29. Gallegos - Require DPS offices to offer extend hours and Saturday hours. Tabled by a vote of 19-11

30. Ellis - Require Secretary of State to examine whether or not the bill as an adverse effect on disparate population groups. Motion tabled by a vote of 19-11

31. Van de Putte - Requires certification that training and education have been completed and money has been spent properly. Motion tabled by vote of 19-11.

32. *Watson* - **Adds the "Ogden Amendment" to the Voter ID bill.** *Motion passed by a vote of 30-0.*

33. West - Prohibits funding voter ID bill if funding provided to school districts by the foundation school fund is not sufficient to maintain the current teacher ratio. Motion to table 19-11.

34. West - Bill won't take effect if it is an unfunded mandate on the counties. Tabled by a vote of 19-11.

35. *Patrick* - **Exemption from photo ID requirement for disabled voters.** *Passed 30-0*

36. W. Davis - Make it easier for the disabled voters to receive absentee status. Tabled by a vote of 19-11

37. W. Davis - Statewide voter registration system. Tabled by a vote of 19-11

38. W. Davis - Voters must receive notice when their voter registration has changed. Tabled by a vote of 19-11

39. *Duncan/Davis/Ogden/Patrick* - **Exemption from photo ID for indigent and religious objectors.** *Passed 30-0.*

40. Davis - Exception for married women with name change. Tabled 19-11

41. *Davis* - **Require election official to accept ID if substantially conforms to name on voter roll.** *Passed 30-0*

TX_00011931