# Hispanic Republican Conference

1108 Lavaca, Suite 110 #188 · Austin, Texas · 78701
(956) 212-4293 · HRC@onetexas.net

March 16, 2011

<u>Agenda</u>

I. Call to Order
II. Old Business
III. New Business
   i. Press Release on SB14
   ii. National Guard
IV. Presentation: Rep. Gonzales on Voter ID
V. Guest Speaker: Rep. Patricia Harless
VI. Announcements
VII. Adjournment

2:13-cv-193
09/02/2014
DEF2431

TX_00013639

# Hispanic Republican Conference

1108 Lavaca, Suite 110 #188 · Austin, Texas · 78701
(956) 212-4293 · HRC@onetexas.net

March 9, 2011

We, the undersigned, voting members of the Hispanic Republican Conference, agree to publically support Voter Identification legislation (Senate Bill 14).

If 2/3 of the undersigned agree to support Senate Bill 14, then we will begin taking steps to publically announce the formal approval of this bill by the Hispanic Republican Conference. This publication will not be made without consulting the undersigned.

_____
Representative Aaron Peña (R-Edinburg)

_____
Representative Jose Aliseda (R-Beeville)

_____
Representative Dee Margo (R-El Paso)

_____
Representative John Garza (R-San Antonio)

_____
Representative Larry Gonzales (R-Round Rock)

_____
Representative Raul Torres (R-Corpus Christi)

_____
Rodney Anderson (R-Grand Prairie)

_____
Representative Todd Hunter (R-Corpus Christi)

_____
Representative Jim Landtroop (R-Plainview)

_____
Representative Ken Legler (R-Houston)

_____
Representative Connie Scott (R-Corpus Christi)

## Quotes - HRC Press Release on S.B.14

① ✓ ~~Rep. Aaron Peña -~~ "The boss system is dead.  Texans are demanding fair elections, and as representatives of the people, we will deliver."

② ✓ ~~Rep. Jose Aliseda -~~ "As a former judge, I know first-hand the extent of voter fraud in this state.  This bill would curb instances of voter fraud and make our government more transparent."

③ ✓ ~~Rep. Dee Margo -~~ "Texans are disgusted with the way elections are handled in our state and the call for Voter ID legislation from both Republicans and Democrats shows this."

**Rep. John Garza** - "Every time I talk to an apathetic voter, the one point they bring up is that their vote doesn't matter.  Voter ID will make elections in Texas matter.  For so long, political bosses have discouraged people to vote.  Well, we have a message for Texans: your vote will matter.  It is your birthright, and we hear your call for free and fair elections."

**Rep. Connie Scott** - "Our political culture was formed around the one-person, one-vote philosophy.  As government officials, we owe it to the people to make sure their vote counts, and that all voters are counted equally in the eyes of the government."



**Rep. Rodney Anderson** - "Republicans and Democrats both have agreed that election reform is a must in Texas, and asking voters to prove that they are who they say they are is the best way to start the conversation."

**Rep. Raul Torres** - "As Americans, our right to vote is our birthright.  When it is diluted by corruption, our birthright is stripped from us.

**Rep.** ~~Rodney Anderson~~ - "The founding fathers of the United States and Texas would be appalled by our current elections systems and its shortfalls.  Voter ID would make their dream of representative government become a permanent reality in our state."

⊗ **Rep. Todd Hunter** - "With so many Americans clamoring for election reform, Texas can set an example for the nation with our unique approach to voter reform, which calls for, at the very least, a one-person, one-vote system."

~~Rep. Jim Landtroop -~~ "If we want to close loopholes that allow voter fraud in Texas, we must first start with a comprehensive analysis on the problem of voter fraud.  We can have a conversation on election reform, but we must first start with ensuring that everyone who votes is exactly who they say they are."

④ ✓ ~~Rep. Ken Legler -~~ "People in Texas have been calling for voters to show ID for years now.  This is just the next logical step in the road toward free and fair elections in our state."

*Saturday*
For Immediate Release
March 15, 2011
*19*

Contact: MARICELA DELEON
(512) 906-720 0043

## Hispanic Republican Conference Unanimously Supports Voter ID Bill, Texas Must Assure Integrity of Elections

**AUSTIN** - The Hispanic Republican Conference of Texas (HRC) announced today its unanimous support of SB 14, the Voter ID bill. SB 14 was <u>voted out of committee</u> last week and is expected to be considered by the full House ~~soon~~ *on Monday*. The legislation is co-sponsored by the majority of the House, reflecting the overwhelming support of the public and the consensus on the importance of a fair and accurate election system.

The following quotes can be attributed to the stated member of the HRC:

*"The heart and soul of our Republic is the elections process. These results determine our policy makers and decisions which affect our everyday lives. It is imperative the voters of Texas have confidence in the integrity of our elections process. SB14 goes a very long way to accomplish and secure this confidence." – State Rep. Larry Gonzales*

"The founding fathers of the U.S. and Texas would be appalled by our current election systems and its shortfalls. As government officials, we owe it to the people of Texas to make sure their votes count." – State Rep. Jim Landtroop

*"As a former prosecutor who has actually prosecuted cases of voter fraud, I believe our citizens need measures like this to inspire confidence in the election system. Some people complain about the disenfranchisement of marginal voters… what about the disenfranchisement of voters who do not vote because they believe their vote will be watered-down by vote fraud?*

*We have counties in this state that have more registered voters than persons eligible to vote. We have groups like ACORN coming into our state to "register" voters. We have heard what they have been up to in other states. The opportunity for vote fraud is here. This measure will do much to close the door on that opportunity. You need an I.D. for everything you do in today's society… why not to vote?" – State Rep. Jose Aliseda*

"Voting is a sacred right provided by the constitution, and it should be protected by all available means." – State Rep. Dee Margo

*"Our political culture was formed around the one-person, one-vote philosophy. As government officials, we owe it to the people to make sure their vote counts, and that all voters are counted equally in the eyes of the government." – State Rep. Ken Legler*

"Republicans and Democrats both have agreed that election reform is a must in Texas, and asking voters to prove that they are who they say they are is the best way to start the conversation." – State Rep. Rodney Anderson

*"After hearing repeated complaints from election officials and more recently from poll watchers during the November election, it was clear that I needed to help pass Voter ID to make elections fair and transparent. We have to present ID for the most mundane things such as cashing a check or using a credit card. Showing an ID for something as critical as voting is only right and logical."- State Rep. Connie Scott*

"I fully support the wishes of my constituents who overwhelming approve of Voter ID." – State Rep. Raul Torres

*"To ensure the integrity of our election process, I am supporting the Voter ID bill along with other bills to ensure that candidates reside in their districts, to strengthen our voter registration system, to protect military voter access to Texas elections and strengthening poll site regulations. Voter ID is an important part of a much larger effort to strengthen all aspects of our election process." - State Rep. John V. Garza*

"The boss system is dead. Texans are demanding fair elections, and as representatives of the people, we will deliver." – State Rep. Aaron Peña

The Hispanic Republican Conference was formed to provide a conservative viewpoint on issues concerning Hispanic communities in Texas, a growing segment of the Republican Party. Hispanic members and those representing districts with Hispanic populations above 40% are eligible to join the conference as voting members. Representatives of districts with over 30% Hispanic population qualify as associate members. Follow the Conference on Twitter @HRCofTexas and on Facebook.

###

# **VOTER ID - OVERVIEW**

I.  **LEGITIMATE STATE INTERESTS**

- Detect and deter fraud

- Improve and modernize election procedures

- Protect public confidence in elections


II.  **BIG PICTURE**

- This bill <u>simplifies</u> the process for voting

- To <u>ensure integrity of elections</u>, requires every voter to show a government-issued photo ID *and* increases criminal penalty for voter fraud

- To <u>ensure access to polls</u>, provides a few exceptions (elderly, religious, indigent, disabled)

- Provides <u>free ID</u> cards

- Provides <u>months of education</u> for voters and poll workers

- Secretary of State currently has federal <u>HAVA funds</u> to pay for implementation


III.  **LIKELY QUESTIONS FROM OPPONENTS**

<u>"Where is the evidence of fraud?"</u>
- There is potential for fraud in registration, in-person voting, and counting of ballots. This bill addresses one type of potential fraud.
- In-person voter fraud is difficult to deter and detect under current laws.
- Supreme Court noted in *Crawford* that the risk of voter fraud is real and states have an interest in ensuring accurate elections.

<u>"What is the true cost of this bill?  Is this an unfunded mandate?"</u>
- The fiscal note is $2 million to pay for statewide education efforts, but Secretary of State testified in Senate that they have more than enough federal HAVA funds to pay that cost.
- Local governments will be conducting elections in mostly the same manner. Changing details of training or wording on notices should not add significant new costs.
- Free IDs have not proved to be a significant cost in other states. Most voters already have photo ID.

<u>"What about people who do not have access to photo ID?"</u>
- I am confident that every voter in Texas has or can obtain an acceptable photo ID.
- No voter has come forward in last three sessions of this debate to claim otherwise, and no such voter has come forward in Indiana or Georgia during last four years.
- Bill requires free IDs and provides several exceptions to ID requirements. Also, current mail ballot exceptions (over 65, homebound, etc) will continue in law.

TX_00013644

| | INDIANA LAW | GEORGIA LAW | TEXAS – SB 14 | TEXAS – CURRENT LAW |
|---|---|---|---|---|
| **REQUIRED I.D.** | **One photo ID:**<br>• state or federal ID that includes name, photo, and expiration date (specific forms of ID not provided) | **One photo ID:**<br>• driver's license (even if expired)<br>• state or federal photo ID<br>• local, state, or federal govt employee photo ID<br>• U.S. passport<br>• military photo ID<br>• tribal photo ID | **One photo ID:**<br>• DPS (current or expired no more than 60 days)<br>• military photo ID (current or expired no more than 60 days)<br>• citizenship certificate with photo<br>• U.S. passport (current or expired no more than 60 days)<br>• CHL (current or expired no more than 60 days) | voter registration card<br><br>- OR -<br><br>sign affidavit at polls<br><br>**AND**<br><br>• DPS-issued ID (even if expired)<br>• any photo ID with name<br>• birth certificate<br>• citizenship papers<br>• U.S. passport<br>• govt-issued mail or document<br>• other ID prescribed by Sec of State |
| **EXCEPTIONS TO PHOTO ID REQUIREMENT** | • indigent<br>• religious objection<br>• voters in state-licensed care facility | none | • indigent<br>• religious objection<br>• 70 or older on 01/01/12 need only present a voter registration card<br>• disabled under social security or 50% veterans. | (photo ID not required) |
| **PROVISIONAL BALLOT** | If no ID, voter may cast provisional ballot and may return within 10 days with ID for ballot to be counted. | If no ID, voter may cast provisional ballot and may return within 2 days with ID for ballot to be counted. | If no ID, voter may cast provisional ballot, and may return within 6 days with ID for ballot to be counted. | If no ID, voter may cast provisional ballot, and registrar must confirm eligibility within 7 days |
| **REQUIRED VOTER EDUCATION** | secretary of state conducts statewide education campaign for voters and poll workers | none | secretary of state conducts statewide education campaign for voters and poll workers | N/A |

*(The Indiana law was upheld by the Supreme Court and the Georgia law was upheld by the DOJ)*

# Voter Identification Requirements by State

### Current States that Require PHOTO ID:

| | |
|---|---|
| Florida | Indiana |
| Georgia | Louisiana |
| Hawaii | Michigan |
| Idaho | South Dakota |

### Current States that Require ID (Photo not Required):

| | | |
|---|---|---|
| Alabama | Delaware | South Carolina |
| Alaska | Kentucky | Tennessee |
| Arizona | Missouri | Texas |
| Arkansas | Montana | Utah |
| Colorado | North Dakota | Virginia |
| California | Ohio | Washington |
| Connecticut | Oklahoma | |

### Recent Legislative Action:

- Since 2001, more than 700 bills have been filed in 46 states related to Voter ID

2003 - Voter ID laws passed in Alabama, Colorado, Montana, North Dakota and South Dakota
2005 - Voter ID laws passed in Indiana, New Mexico, and Washington -- Georgia passed **photo ID** law same year
2006 - Voter ID laws passed in Ohio, Missouri passes **photo ID requirement, Georgia passes measure to issue voter ID cards at no cost to registered voters who do not have a driver's license or state-issued ID card**
2008 - New Mexico relaxes Voter ID - requirement is satisfied by voter stating his/her name, address as registered, and year of birth
2009 - Voter ID law passed in Utah
2010 - Voter ID law passed in Idaho; Oklahoma voters approve a voter ID proposal placed on the ballot by the Legislature

http://www1.legis.ga.gov/legis/2005_06/pdf/hb244.pdf - Original bill -- Georgia Assembly HB244

"A stolen kiss is always the sweetest. Today, unfortunately, they stole it from their sister. It might feel good, but you can't do anything with it." - Rep. Aaron Peña

TX_00013647