## TALKING POINTS (82R)

I. <u>THE THREAT OF FRAUD IS REAL</u>
   - Deceased voters, felons, duplicate registrations, and non-residents remain on voter rolls (*2007 State Auditor report found over 49,000 of these possible ineligible voters*)
   - Fraudulent registration applications are rampant (*over 6,000 applications by non-citizens rejected in Harris County from 2004-2007, 2008 ACORN and 2010 Houston Votes registration scandals made national news*)
   - Texas Election Administration Management (TEAM) system is improving, but continues to have accuracy problems
   - Current election system is inadequate to catch in-person voting fraud

II. <u>THIS BILL PROTECTS TEXAS VOTERS</u>
   - Deters and detects fraud
   - Improves and modernizes election procedures
   - Protects against fraud enabled by inaccurate registration rolls
   - Counts only eligible voters' votes
   - Protects public confidence in elections

   *(These points are taken directly from Supreme Court opinion describing Indiana's "legitimate state interests" in adopting photo ID)*

III. <u>THIS BILL REPRESENTS AN ATTEMPT TO ENSURE THAT EVERY ELIGIBLE VOTER CAN VOTE AND THAT ONLY LEGITIMATE VOTES ARE COUNTED</u>

   - Simplified bill requires photo ID
   - includes exemption for voters over 70 and a procedure for counting provisional ballots
   - Similar to Indiana and Georgia laws (which were both upheld by the federal authorities)
   - Requires months of statewide voter education efforts before law takes effect

2:13-cv-193
09/02/2014
**DEF2432**

TX_00015834