## ENSURING COMPLIANCE WITH SUPREME COURT

I. <u>LEGITIMATE STATE INTERESTS</u>
   - Deterring and detecting fraud
   - Improving and modernizing election procedures
   - Protecting against fraud enabled by inaccurate registration rolls
   - Counting only eligible voters' votes
   - Protecting public confidence in elections

II. <u>MEASURES *REQUIRED* TO OFFSET BURDENS ON VOTERS</u>
   - Access to free photo ID cards
   - Availability of provisional ballots and absentee ballots
   - Ensure that obtaining ID is no more inconvenient or burdensome than usual act of voting

III. <u>MEASURES *RECOMMENDED* TO OFFSET BURDENS ON VOTERS</u>
   - Phase-in over two election cycles (as prescribed by Carter-Baker Report)
   - Exception for certain elderly voters (to decrease size of class of voters adversely impacted by law)

2:13-cv-193
09/02/2014
**DEF2433**

TX_00015835