## SB 362 - Voter Identification

"Polls show that voters are losing confidence in the integrity of our elections, and that people are more likely to vote if they believe their ballot will be fairly counted."

"A poll in October 2008 showed that 88 percent of Texas voters - 95 percent of Republicans and 80 percent of Democrats - think a voter should present a photo ID to vote."

"Voter ID is simply putting into practice the intent of the current Election Code – and that is that the person who shows up at the polls is who he claims to be."

"Voter impersonation is a serious crime, but without a Voter ID requirement we do not have the tools to know if this crime is being committed."

"Photo ID laws are considered one of the most basic and necessary election safeguards by a host of countries including Canada, Mexico, France, Germany, Italy, Poland, Britain, India, and South Africa.  But less than half of the U.S. states have any kind of photo ID laws."

"Why do we so easily require photo ID to board a plane or to buy beer and cigarettes while leaving the ballot box so undefended?"
   Americans are frequently (but not always) asked to show identification for even the most mundane activities:
   - o   to rent a DVD
   - o   to check out a library book
   - o   to board an airplane
   - o   to buy alcohol or tobacco
   - o   to belong to bulk retail clubs such as Sam's Club
   - o   to purchase cold medication such as Sudafed

"If passed, it is our responsibility to educate voters on requirements of law."

"SB 362 simply requires that on offering to vote, a voter must present either one form of photo identification or two different forms of non-photo identification.  If the person fails to meet these standards, they may still vote upon completion of a provisional ballot affidavit.  Nobody will walk away from a polling place without having cast a ballot."

"Voter identification secures the voting process in Texas without disenfranchising voters

2:13-cv-193
09/02/2014
DEF2439
exhibitsticker.com

TX_00085876

because under the provisions of SB362 there are infinite types of identification that can be used."

TX_00085877