Thank you Mr. President and Members.

It is imperative that we PROTECT THE PUBLIC'S CONFIDENCE IN ELECTIONS BY DETERRING AND DETECTING VOTER FRAUD

- SB 14 would require a voter to show a photo-ID except that people 70 or older on January 1, 2012, may continue to vote with just their voter registration card.
- Acceptable ID includes an unexpired card issued by DPS (for most this will be Texas Drivers License), a military ID, a passport, or a citizenship certificate with photo.
- Voters who cannot produce an acceptable form of photo identification will be allowed to cast a provisional ballot.  That ballot will be counted if the voter returns within 6 days to show a photo id.
- It would provide statewide training and notification of the changes in required ID to vote.
- It would provide a free DPS issued ID to any registered voter who requests an ID card.

Every fraudulent vote effectively steals a legitimate vote. Elections are too important to leave unprotected when the Legislature could take proactive steps to prevent fraud and protect our democracy.

This legislation is not a radical concept. I am just asking that every voter verify that "you are who you say you are" before casting a vote."

**Pursuant to Rule 5.11, I move passage of SB 14 to engrossment.**

1



2:13-cv-193
09/02/2014
**DEF2440**

TX_00086400