# **VOTER ID - OVERVIEW**

I.  **LEGITIMATE STATE INTERESTS**

- Detect and deter fraud

- Improve and modernize election procedures

- Protect public confidence in elections

II.  **BIG PICTURE**

- This bill <u>simplifies</u> the process for voting

- To <u>ensure integrity of elections</u>, requires every voter to show a government-issued photo ID *and* increases criminal penalty for voter fraud

- To <u>ensure access to polls</u>, provides a few exceptions (elderly, religious, indigent)

- Provides <u>free ID</u> cards

- Provides <u>months of education</u> for voters and poll workers

- Secretary of State currently has federal <u>HAVA funds</u> to pay for implementation

III.  **LIKELY QUESTIONS FROM OPPONENTS**

**"Where is the evidence of fraud?"**
- There is potential for fraud in registration, in-person voting, and counting of ballots. This bill addresses one type of potential fraud.
- In-person voter fraud is difficult to deter and detect under current laws.
- Supreme Court noted in *Crawford* that the risk of voter fraud is real and states have an interest in ensuring accurate elections.

**"What is the true cost of this bill?  Is this an unfunded mandate?"**
- The fiscal note is $2 million to pay for statewide education efforts, but Secretary of State testified in Senate that they have more than enough federal HAVA funds to pay that cost.
- Local governments will be conducting elections in mostly the same manner. Changing details of training or wording on notices should not add significant new costs.
- Free IDs have not proved to be a significant cost in other states. Most voters already have photo ID.

**"What about people who do not have access to photo ID?"**
- I am confident that every voter in Texas has or can obtain an acceptable photo ID.
- No voter has come forward in last three sessions of this debate to claim otherwise, and no such voter has come forward in Indiana or Georgia during last four years. In fact, voter turnout has increased in the years after implementation of voter ID in Indiana and Georgia.



2:13-cv-193
09/02/2014
DEF2441

TX_00087466

- Bill requires free IDs and provides several exceptions to ID requirements. Also, current mail ballot exceptions (over 65, homebound, etc) will continue in law.

TX_00087467