| | |
|---|---|
| **From:** | Patricia Conradt |
| **Sent:** | Monday, December 20, 2010 2:58 PM |
| **To:** | Todd Smith |
| **Cc:** | Erica L. Grigg; Mercedes Mayer |
| **Subject:** | Phone call re voter ID |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| **Categories:** | done |

Todd -

Frank Raiford with the Police & Sheriffs Press in Vidalia, Georgia called to talk to you about your voter ID bill.  He said his company prints the voter id cards for the state of Georgia, and that he has some "good ammo" information for you.  He said that since the law became effective in 2006, only 200 cards have actually been issued because of lack of need/demand.  He'd like to talk with you between now and the time that session starts.

Cell phone #:  912-585-8031

E-mail: frank@pasp365.com

Thanks.

tc

2:13-cv-193
09/02/2014
DEF2442

1

TX_00091166