| | |
|---|---|
| **From:** | Jessica Gomez [jgomez@Advocacyinc.org] |
| **Sent:** | Thursday, February 24, 2011 7:25 AM |
| **To:** | Colby Beuck |
| **Subject:** | numbers of people receiving social security benefits in Texas |

Hi Colby,

It was nice talking with you yesterday about the disability exemption in SB 14. You asked for the number of people that would be captured by an exemption on the basis of providing documentation of receipt of social security disability benefits. That number is **905, 716** (only beneficiaries 18 +). You can find that and more data on social security here:

http://www.socialsecurity.gov/policy/docs/statcomps/ssi_sc/2009/table01.html

http://www.socialsecurity.gov/policy/docs/statcomps/di_asr/2009/

Jessica Gomez
Voting Rights Policy Specialist
Advocacy, Inc (soon to be Disability Rights Texas)
7800 Shoal Creek Blvd
Austin, TX 78757
512.407.2732

2:13-cv-193
09/02/2014
**DEF2443**