Texas State Capitol  
P.O. Box 2910  
Austin, Texas 78768  
(512) 463-0496

6605 Cypresswood Drive  
Suite 240  
Spring, Texas 77379  
(281) 376-4114



## Texas House of Representatives
## Patricia Harless
## District 126

**For Immediate Release**  
Friday, March 25, 2011

AUSTIN, TEXAS - On Thursday, the Texas House of Representatives overwhelmingly passed Senate Bill 14, which requires a photo ID to vote. Representative Patricia Harless (R-Spring), the House sponsor of the bill, held fast over the eleven hours of vigorous, and at times contentious, debate:

"We must do all we can to guarantee that our elections are conducted fairly and without fraud. This bill takes a significant step to ensure the integrity of the ballot box, by providing a means to deter and detect in-person voter fraud. I want to thank Speaker Straus for his commitment to getting voter ID legislation to the House floor for debate."

"Since 2005, the Texas Legislature has sought to address the public's concerns over the integrity of the ballot box. I am pleased that a photo voter ID requirement is well on its way to becoming law. A team effort is needed to successfully pass legislation like this. I thank Senator Troy Fraser for his long time dedication to this issue. I also thank Representative Dennis Bonnen (Chairman of the Select Committee on Voter Identification and Voter Fraud), Representatives Vicki Truitt, Todd Smith, Kelly Hancock and Larry Phillips for all their help in passing this important legislation."

Senate Bill 14 would require voters to show photo identification to election officials before they cast a vote in-person. Voters without acceptable photo ID may cast a provisional ballot, and return within six days with the proper photo ID to have their ballot counted. Acceptable forms of ID include a driver's license or other DPS-issued photo ID, concealed-carry weapon license, passport, military ID or citizenship certificate with a photo.

Senate Bill 14 will now go back to the Senate for their approval of the changes made in the House. If the Senate does not approve the changes, a conference committee will be appointed to resolve the differences.

**Contact:**  
Colby Beuck  
(512) 463-0496



2:13-cv-193  
09/02/2014  
**DEF2444**

TX_00092153