## Patricia Harless

**From:** Patricia Harless
**Sent:** Friday, April 03, 2009 1:55 PM
**To:** 'gwest@ctconline.net'
**Subject:** RE: voter Id

Dear Ms. Westbrook,

Thank you for writing to me regarding your support of the Voter ID bill. Securing the integrity of our election system is very important to me, and this Session I will support legislation establishing a honest and secure Voter ID. At this time, several voter ID bills have been filed and referred to the House Committee on Elections. The Senate has passed Senate Bill 362 and it has been received by the House set for a public hearing on Tuesday, April 7th. Two House Bills, HB 3556 and HB 125, will also be considered at the April 7th hearing. If you are interested in following the progress of this legislation, please logon to www.capitol.state.tx.us and search by the bill number.

Your correspondence will be added to my official bill file so that I can review your comments when this legislation reaches the House floor for debate.
Again, thank you for taking the time to share your insight regarding voter identification. If you have any additional questions or concerns, please feel free to contact me.

Sincerely,

Patricia Harless

Patricia Harless
State Representative - District 126
512.463.0496 - Capitol Phone
512.463.1507 - Capitol Fax
Patricia.Harless@house.state.tx.us

---

**From:** CTC [mailto:gwest@ctconline.net]
**Sent:** Thursday, February 05, 2009 5:25 PM
**To:** Patricia Harless
**Subject:** voter Id

I am in support of the voter identification bill. Right now judges must allow voters who present with Utility bills to vote. Anyone could say they are that person.
Please consider my position since you are our state representative. Thanks
Doris Westbrook

4/3/2009

2:13-cv-193
09/02/2014
DEF2446

TX_00261012