### SB 14 Talking Points

### LEGITIMATE STATE INTERESTS

- **Deterring and detecting fraud**
    - Deceased voters, felons, duplicate registrations, and non-residents remain on voter rolls (2007 State Auditor report found over 49,000 of these possible ineligible voters).
    - Fraudulent registration applications are rampant (over 6,000 applications by non-citizens rejected in Harris County from 2004-2007, 2008 ACORN and 2010 Houston Votes registration scandals made national news).

- **Improving and modernizing election procedures**
    - Majority of Texans have Driver's License or qualified photo ID.

- **Protecting public confidence and improving election integrity**

- **Fair and Equitable**
    - Low burden that is equitably applied to advance the state's interest of ensuring election integrity.
    - Non-discriminatory.
    - Equally applied.

*(These points are taken directly from Supreme Court opinion describing Indiana's "legitimate state interests" in adopting photo ID.)*

### MEASURES REQUIRED TO OFFSET BURDENS ON VOTERS

- **Access to free photo ID cards.**
    - Fee waived for those seeking id for voting purposes.

- **Availability of provisional ballots and absentee ballots.**
    - Provisional ballots, must present photo-id w/in 6 days for review by the early voting ballot board.

- **Ensure that obtaining ID is no more inconvenient or burdensome than usual act of voting.**

2:13-cv-193
09/02/2014
DEF2448

TX_00262622

- o **Process of registering is still the same.**
- o **Access to ID is maintained.**

- **Phase-in provision**
    - o **SB 14 does not have a phase-in provision.**
    - o **Instead, act will take effect in whole on 1/1/12.**

- **Education**
    - o **Texas will pursue an aggressive voter education program as stated in SB 14.**

TX_00262623