**Figure 2**
**Section 5 Preclearance Submissions from Texas Governments 1980-2012**



Source: Information Provided by the U.S. Department of Justice to the Office of the Attorney General of Texas on March 7, 2014

21

