**Figure 3**
**Letters of Objection Sent To Texas Governments 1975-2013**

*(Bar chart: Texas DOJ Objection Letters by Year, 1975–2013. 19 year average = 9; 20 year average = 1.8. Values by year: 1975=1, 1976=30, 1977=12, 1978=16, 1979=12, 1980=10, 1981=3, 1982=8, 1983=4, 1984=2, 1985=6, 1986=5, 1987=2, 1988=7, 1989=5, 1990=6, 1991=9, 1992=22, 1993=10, 1994=12, 1995=3, 1996=1, 1997=1, 1998=2, 1999=1, 2000=1, 2001=2, 2002=2, 2003=0, 2004=0, 2005=0, 2006=1, 2007=0, 2008=1, 2009=1, 2010=2, 2011=0, 2012=5, 2013=1.)*

Source:  Information Provided by the U.S. Department of Justice to the Office of the Attorney General of Texas on March 7, 2014


2:13-cv-193
09/02/2014
DEF2458