Table 2
Department of Justice Objection Letters as a Percent of Chapter 5 Submissions
1980-2012

| Year | Rate of DOJ Objections Per Chapter 5 Submissions | Rate of DOJ Objection Letters Not Withdrawn or Reversed Per Chapter 5 Submissions |
|---|---|---|
| 1980 | 0.91% | 0.82% |
| 1981 | 0.28% | 0.28% |
| 1982 | 0.64% | 0.64% |
| 1983 | 0.35% | 0.35% |
| 1984 | 0.15% | 0.15% |
| 1985 | 0.44% | 0.44% |
| 1986 | 0.29% | 0.29% |
| 1987 | 0.14% | 0.14% |
| 1988 | 0.46% | 0.46% |
| 1989 | 0.48% | 0.48% |
| 1990 | 0.38% | 0.31% |
| 1991 | 0.52% | 0.46% |
| 1992 | 1.52% | 1.45% |
| 1993 | 0.65% | 0.65% |
| 1994 | 0.72% | 0.66% |
| 1995 | 0.24% | 0.24% |
| 1996 | 0.05% | 0.05% |
| 1997 | 0.07% | 0.00% |
| 1998 | 0.13% | 0.00% |
| 1999 | 0.07% | 0.07% |
| 2000 | 0.06% | 0.06% |
| 2001 | 0.11% | 0.11% |
| 2002 | 0.09% | 0.09% |
| 2003 | 0.00% | 0.00% |
| 2004 | 0.00% | 0.00% |
| 2005 | 0.00% | 0.00% |
| 2006 | 0.03% | 0.03% |
| 2007 | 0.00% | 0.00% |
| 2008 | 0.04% | 0.04% |
| 2009 | 0.05% | 0.05% |
| 2010 | 0.10% | 0.10% |
| 2011 | 0.00% | 0.00% |
| 2012 | 0.19% | 0.19% |

Source: Information Provided by the U.S. Department of Justice to the Office of the Attorney General of Texas on March 7, 2014


2:13-cv-193
09/02/2014
DEF2459