**Table 3**
**Number of State and Local Governments in Texas**
**1972-2012**

| Year | Total |
|------|-------|
| 1972 | 3,625 |
| 1977 | 3,884 |
| 1982 | 4,181 |
| 1987 | 4,416 |
| 1992 | 4,792 |
| 1997 | 4,701 |
| 2002 | 4,785 |
| 2007 | 4,836 |
| 2012 | 5,148 |

Source:  U.S. Census Bureau, *Government Units by State: Census Years 1942 to 2012, 2012 Census of Governments*,
[http://factfinder2.census.gov/faces/tableservices/jsf/pages/productview.xhtml?src=bkmk]


2:13-cv-193
09/02/2014
DEF2460