Table 4
Department of Justice Objection Letters as a Percent of Number of Texas Governments 1975-2013

| Year | Rate of DOJ Objections Per Number of Governments | Rate of DOJ Objection Letters Not Withdrawn or Reversed Per Number of Governments |
|---|---|---|
| 1975 | 0.03% | 0.03% |
| 1976 | 0.78% | 0.65% |
| 1977 | 0.31% | 0.23% |
| 1978 | 0.41% | 0.36% |
| 1979 | 0.30% | 0.25% |
| 1980 | 0.24% | 0.21% |
| 1981 | 0.07% | 0.07% |
| 1982 | 0.19% | 0.19% |
| 1983 | 0.09% | 0.09% |
| 1984 | 0.05% | 0.05% |
| 1985 | 0.13% | 0.13% |
| 1986 | 0.11% | 0.11% |
| 1987 | 0.05% | 0.05% |
| 1988 | 0.16% | 0.16% |
| 1989 | 0.11% | 0.11% |
| 1990 | 0.12% | 0.10% |
| 1991 | 0.17% | 0.15% |
| 1992 | 0.46% | 0.44% |
| 1993 | 0.21% | 0.21% |
| 1994 | 0.25% | 0.23% |
| 1995 | 0.06% | 0.06% |
| 1996 | 0.02% | 0.02% |
| 1997 | 0.02% | 0.00% |
| 1998 | 0.04% | 0.00% |
| 1999 | 0.02% | 0.02% |
| 2000 | 0.02% | 0.02% |
| 2001 | 0.04% | 0.04% |
| 2002 | 0.04% | 0.04% |
| 2003 | 0.00% | 0.00% |
| 2004 | 0.00% | 0.00% |
| 2005 | 0.00% | 0.00% |
| 2006 | 0.02% | 0.02% |
| 2007 | 0.00% | 0.00% |
| 2008 | 0.02% | 0.02% |
| 2009 | 0.02% | 0.02% |
| 2010 | 0.04% | 0.04% |
| 2011 | 0.00% | 0.00% |
| 2012 | 0.10% | 0.10% |
| 2013 | 0.02% | 0.02% |

Source: Information Provided by the U.S. Department of Justice to the Office of the Attorney General of Texas on March 7, 2014



2:13-cv-193
09/02/2014
DEF2461