Table 5
**Number of State and Local Governments by State, 1972-2012**

| | 2012 | 2007 | 2002 | 1997 | 1992 | 1987 | 1982 | 1977 | 1972 |
|---|---|---|---|---|---|---|---|---|---|
| United States | 90,107 | 89,527 | 87,576 | 87,504 | 85,006 | 83,237 | 81,831 | 79,913 | 78,269 |
| Illinois | 6,964 | 6,995 | 6,904 | 6,836 | 6,723 | 6,628 | 6,468 | 6,621 | 6,386 |
| Texas | 5,148 | 4,836 | 4,785 | 4,701 | 4,792 | 4,416 | 4,181 | 3,884 | 3,625 |
| Pennsylvania | 4,898 | 4,872 | 5,032 | 5,071 | 5,159 | 4,957 | 5,199 | 5,247 | 4,936 |
| California | 4,426 | 4,345 | 4,410 | 4,608 | 4,393 | 4,332 | 4,103 | 3,807 | 3,820 |
| Ohio | 3,843 | 3,703 | 3,637 | 3,598 | 3,524 | 3,378 | 3,394 | 3,286 | 3,260 |
| Kansas | 3,827 | 3,932 | 3,888 | 3,951 | 3,892 | 3,804 | 3,796 | 3,726 | 3,716 |
| Missouri | 3,769 | 3,724 | 3,423 | 3,417 | 3,310 | 3,148 | 3,118 | 2,938 | 2,808 |
| Minnesota | 3,673 | 3,527 | 3,483 | 3,502 | 3,580 | 3,556 | 3,530 | 3,438 | 3,396 |
| New York | 3,454 | 3,404 | 3,421 | 3,414 | 3,299 | 3,303 | 3,250 | 3,310 | 3,307 |
| Wisconsin | 3,129 | 3,121 | 3,049 | 3,060 | 2,739 | 2,720 | 2,593 | 2,519 | 2,449 |
| Colorado | 2,906 | 2,417 | 1,929 | 1,870 | 1,761 | 1,594 | 1,545 | 1,460 | 1,320 |
| Michigan | 2,876 | 2,894 | 2,805 | 2,776 | 2,722 | 2,700 | 2,644 | 2,634 | 2,650 |
| Indiana | 2,710 | 3,232 | 3,086 | 3,199 | 2,899 | 2,807 | 2,866 | 2,855 | 2,793 |
| North Dakota | 2,686 | 2,700 | 2,736 | 2,759 | 2,765 | 2,788 | 2,796 | 2,708 | 2,727 |
| Nebraska | 2,582 | 2,660 | 2,792 | 2,895 | 2,924 | 3,153 | 3,325 | 3,486 | 3,562 |
| South Dakota | 1,984 | 1,984 | 1,867 | 1,811 | 1,786 | 1,763 | 1,768 | 1,728 | 1,771 |
| Iowa | 1,948 | 1,955 | 1,976 | 1,877 | 1,881 | 1,878 | 1,872 | 1,853 | 1,819 |
| Washington | 1,901 | 1,846 | 1,788 | 1,813 | 1,761 | 1,780 | 1,735 | 1,667 | 1,683 |
| Oklahoma | 1,853 | 1,881 | 1,799 | 1,800 | 1,795 | 1,803 | 1,703 | 1,676 | 1,684 |
| Florida | 1,651 | 1,624 | 1,192 | 1,082 | 1,014 | 966 | 970 | 912 | 866 |
| Arkansas | 1,557 | 1,549 | 1,589 | 1,517 | 1,447 | 1,397 | 1,425 | 1,347 | 1,284 |
| Oregon | 1,543 | 1,547 | 1,440 | 1,494 | 1,451 | 1,503 | 1,455 | 1,448 | 1,447 |
| Georgia | 1,379 | 1,440 | 1,449 | 1,345 | 1,298 | 1,287 | 1,269 | 1,264 | 1,244 |
| New Jersey | 1,345 | 1,384 | 1,413 | 1,422 | 1,513 | 1,626 | 1,592 | 1,518 | 1,457 |
| Kentucky | 1,339 | 1,347 | 1,440 | 1,367 | 1,321 | 1,304 | 1,242 | 1,184 | 1,136 |
| Montana | 1,266 | 1,274 | 1,128 | 1,145 | 1,276 | 1,244 | 1,030 | 959 | 993 |
| Alabama | 1,209 | 1,186 | 1,172 | 1,132 | 1,122 | 1,054 | 1,019 | 950 | 876 |
| Idaho | 1,169 | 1,241 | 1,159 | 1,148 | 1,087 | 1,066 | 1,019 | 973 | 902 |
| Mississippi | 984 | 1,001 | 1,001 | 937 | 870 | 854 | 859 | 836 | 797 |
| North Carolina | 974 | 964 | 961 | 953 | 938 | 917 | 906 | 875 | 803 |
| Tennessee | 917 | 929 | 931 | 941 | 924 | 905 | 914 | 906 | 882 |
| New Mexico | 864 | 864 | 859 | 882 | 342 | 332 | 320 | 314 | 310 |
| Massachusetts | 858 | 862 | 842 | 862 | 844 | 837 | 799 | 767 | 683 |
| Maine | 841 | 851 | 827 | 833 | 797 | 801 | 807 | 780 | 715 |
| Wyoming | 806 | 727 | 723 | 655 | 550 | 425 | 396 | 386 | 384 |
| Vermont | 739 | 734 | 734 | 692 | 682 | 674 | 665 | 648 | 659 |
| South Carolina | 679 | 699 | 702 | 717 | 698 | 708 | 646 | 586 | 584 |
| Arizona | 675 | 646 | 639 | 638 | 591 | 577 | 453 | 421 | 407 |
| West Virginia | 660 | 664 | 687 | 705 | 692 | 631 | 634 | 596 | 509 |
| Connecticut | 644 | 650 | 581 | 584 | 564 | 478 | 480 | 435 | 429 |
| Utah | 623 | 600 | 606 | 684 | 627 | 531 | 505 | 493 | 460 |
| New Hampshire | 542 | 546 | 560 | 576 | 528 | 525 | 518 | 507 | 500 |
| Louisiana | 530 | 527 | 474 | 468 | 459 | 453 | 469 | 459 | 835 |
| Virginia | 519 | 512 | 522 | 484 | 455 | 431 | 408 | 390 | 386 |
| Maryland | 348 | 257 | 266 | 421 | 402 | 402 | 440 | 427 | 404 |
| Delaware | 340 | 339 | 340 | 337 | 276 | 282 | 218 | 211 | 159 |
| Nevada | 192 | 199 | 211 | 206 | 208 | 198 | 185 | 183 | 185 |
| Alaska | 178 | 178 | 176 | 176 | 175 | 173 | 157 | 151 | 121 |
| Rhode Island | 134 | 135 | 119 | 120 | 126 | 126 | 123 | 121 | 116 |
| Hawaii | 22 | 20 | 20 | 20 | 21 | 19 | 19 | 20 | 20 |

Sources:  Information Provided by the U.S. Department of Justice to the Office of the Attorney General of Texas on March 7, 2014; and U.S. Bureau of the Census, *2012 Census of Governments*, https://www.census.gov/govs/cog2012/

26



2:13-cv-193
09/02/2014
**DEF2462**