## Table 6
**Department of Justice Objection Letters as a Percent of Chapter 5 Submissions for States Covered as a Whole 1980-2012**

| Year | Texas | Georgia | Alabama | Mississippi | South Carolina | Arizona | Louisiana | Virginia |
|---|---|---|---|---|---|---|---|---|
| 1980 | 0.91% | 2.20% | 1.45% | 4.49% | 2.20% | 0.87% | 2.17% | 1.78% |
| 1981 | 0.28% | 2.44% | 5.71% | 6.06% | 2.44% | 0.00% | 0.00% | 0.00% |
| 1982 | 0.64% | 4.92% | 4.18% | 2.83% | 4.92% | 0.98% | 4.80% | 0.19% |
| 1983 | 0.35% | 1.02% | 0.55% | 12.86% | 1.02% | 1.98% | 4.02% | 0.00% |
| 1984 | 0.15% | 1.05% | 2.52% | 7.43% | 1.05% | 0.51% | 1.23% | 0.29% |
| 1985 | 0.44% | 1.12% | 0.87% | 4.05% | 1.12% | 1.05% | 0.00% | 0.00% |
| 1986 | 0.29% | 0.78% | 2.10% | 1.49% | 0.78% | 0.43% | 0.00% | 0.22% |
| 1987 | 0.14% | 0.99% | 2.10% | 1.91% | 0.99% | 0.43% | 0.28% | 0.27% |
| 1988 | 0.46% | 0.57% | 0.85% | 0.63% | 0.57% | 0.49% | 3.07% | 0.00% |
| 1989 | 0.48% | 1.05% | 2.30% | 1.43% | 1.05% | 0.00% | 0.94% | 0.46% |
| 1990 | 0.38% | 0.22% | 1.35% | 2.28% | 0.22% | 0.00% | 1.86% | 0.00% |
| 1991 | 0.52% | 1.19% | 2.02% | 7.94% | 1.19% | 0.66% | 4.54% | 0.28% |
| 1992 | 1.52% | 1.26% | 1.49% | 2.94% | 1.26% | 2.88% | 2.27% | 0.27% |
| 1993 | 0.65% | 1.77% | 1.64% | 5.11% | 1.77% | 0.61% | 3.43% | 0.00% |
| 1994 | 0.72% | 0.82% | 2.42% | 1.69% | 0.82% | 1.04% | 2.69% | 0.00% |
| 1995 | 0.24% | 0.33% | 0.00% | 2.51% | 0.33% | 0.00% | 1.24% | 0.00% |
| 1996 | 0.05% | 0.18% | 0.00% | 0.00% | 0.18% | 0.00% | 0.43% | 1.40% |
| 1997 | 0.07% | 0.00% | 0.00% | 1.33% | 0.00% | 0.00% | 0.59% | 0.58% |
| 1998 | 0.13% | 0.00% | 0.42% | 1.11% | 0.00% | 0.00% | 0.20% | 0.52% |
| 1999 | 0.07% | 0.00% | 0.00% | 0.46% | 0.00% | 0.00% | 0.20% | 0.58% |
| 2000 | 0.06% | 0.30% | 0.16% | 0.00% | 0.30% | 0.00% | 0.00% | 0.90% |
| 2001 | 0.11% | 0.17% | 0.00% | 0.85% | 0.17% | 0.00% | 0.00% | 0.00% |
| 2002 | 0.09% | 0.42% | 0.00% | 0.00% | 0.42% | 0.32% | 0.41% | 0.00% |
| 2003 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.40% | 0.60% | 0.00% |
| 2004 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.21% | 0.00% |
| 2005 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.25% | 0.00% |
| 2006 | 0.03% | 0.11% | 0.00% | 0.00% | 0.11% | 0.00% | 0.00% | 0.00% |
| 2007 | 0.00% | 0.00% | 0.29% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 2008 | 0.04% | 0.00% | 0.15% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 2009 | 0.05% | 0.36% | 0.00% | 0.00% | 0.36% | 0.00% | 0.27% | 0.00% |
| 2010 | 0.10% | 0.00% | 0.00% | 0.78% | 0.00% | 0.00% | 0.00% | 0.00% |
| 2011 | 0.00% | 0.00% | 0.00% | 0.71% | 0.00% | 0.00% | 0.20% | 0.00% |
| 2012 | 0.19% | 0.64% | 0.00% | 0.82% | 0.64% | 0.00% | 0.00% | 0.00% |
| AVERAGE | 0.28% | 0.72% | 0.99% | 2.17% | 0.72% | 0.38% | 1.09% | 0.23% |

|  | Texas |
|---|---|
| **Lowest** | 6 |
| 2nd Lowest | 21 |
| 3rd Lowest | 5 |

Sources:  Information Provided by the U.S. Department of Justice to the Office of the Attorney General of Texas on March 7, 2014; and U.S. Bureau of the Census, *2012 Census of Governments*, https://www.census.gov/govs/cog2012/

27



2:13-cv-193
09/02/2014
DEF2463