**Table 7**
**Department of Justice Objection Letters as a Percent of Number of Governments**
**1980-2012**

| | Texas | Georgia | Alabama | Mississippi | South Carolina | Arizona | Louisiana | Virginia |
|---|---|---|---|---|---|---|---|---|
| 1980 | 0.24% | 1.16% | 0.20% | 0.47% | 0.00% | 0.23% | 0.43% | 0.26% |
| 1981 | 0.07% | 0.96% | 0.80% | 0.47% | 0.16% | 0.00% | 0.00% | 0.51% |
| 1982 | 0.19% | 2.21% | 0.98% | 0.35% | 1.24% | 0.22% | 2.35% | 1.01% |
| 1983 | 0.09% | 0.77% | 0.10% | 3.15% | 0.30% | 0.42% | 2.15% | 0.00% |
| 1984 | 0.05% | 1.29% | 0.58% | 1.28% | 1.79% | 0.20% | 0.43% | 0.25% |
| 1985 | 0.13% | 1.02% | 0.29% | 0.70% | 1.46% | 0.38% | 0.00% | 0.00% |
| 1986 | 0.11% | 1.25% | 0.67% | 0.35% | 1.15% | 0.18% | 0.00% | 0.24% |
| 1987 | 0.05% | 1.13% | 0.66% | 0.59% | 0.14% | 0.17% | 0.22% | 0.00% |
| 1988 | 0.16% | 0.89% | 0.47% | 0.23% | 1.27% | 0.17% | 1.76% | 0.24% |
| 1989 | 0.11% | 1.13% | 0.56% | 0.47% | 0.28% | 0.00% | 0.66% | 0.23% |
| 1990 | 0.12% | 0.32% | 0.37% | 0.58% | 1.00% | 0.00% | 1.75% | 0.00% |
| 1991 | 0.17% | 1.08% | 0.36% | 2.88% | 0.00% | 0.17% | 4.59% | 0.46% |
| 1992 | 0.46% | 1.93% | 0.53% | 0.80% | 0.72% | 1.02% | 3.05% | 0.00% |
| 1993 | 0.21% | 2.07% | 0.27% | 1.02% | 0.85% | 0.17% | 3.69% | 0.22% |
| 1994 | 0.25% | 1.03% | 0.53% | 0.33% | 1.56% | 0.33% | 2.59% | 0.22% |
| 1995 | 0.06% | 0.30% | 0.00% | 0.66% | 0.28% | 0.00% | 1.08% | 0.00% |
| 1996 | 0.02% | 0.15% | 0.00% | 0.00% | 0.14% | 0.00% | 0.43% | 0.00% |
| 1997 | 0.02% | 0.00% | 0.00% | 0.21% | 0.14% | 0.00% | 0.64% | 0.00% |
| 1998 | 0.04% | 0.00% | 0.09% | 0.21% | 0.14% | 0.00% | 0.21% | 0.42% |
| 1999 | 0.02% | 0.00% | 0.00% | 0.10% | 0.00% | 0.00% | 0.21% | 0.21% |
| 2000 | 0.02% | 0.23% | 0.09% | 0.00% | 0.00% | 0.00% | 0.00% | 0.21% |
| 2001 | 0.04% | 0.11% | 0.00% | 0.10% | 0.28% | 0.00% | 0.00% | 0.41% |
| 2002 | 0.04% | 0.41% | 0.00% | 0.00% | 0.57% | 0.16% | 0.63% | 0.40% |
| 2003 | 0.00% | 0.00% | 0.00% | 0.00% | 0.29% | 0.16% | 0.62% | 0.00% |
| 2004 | 0.00% | 0.00% | 0.00% | 0.00% | 0.29% | 0.00% | 0.20% | 0.00% |
| 2005 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.20% | 0.00% |
| 2006 | 0.02% | 0.09% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 2007 | 0.00% | 0.00% | 0.08% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 2008 | 0.02% | 0.00% | 0.08% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 2009 | 0.02% | 0.16% | 0.00% | 0.00% | 0.00% | 0.00% | 0.19% | 0.00% |
| 2010 | 0.04% | 0.00% | 0.00% | 0.10% | 0.15% | 0.00% | 0.00% | 0.00% |
| 2011 | 0.00% | 0.00% | 0.00% | 0.10% | 0.15% | 0.00% | 0.19% | 0.00% |
| 2012 | 0.10% | 0.36% | 0.00% | 0.20% | 0.00% | 0.00% | 0.00% | 0.00% |
| AVERAGE | 0.09% | 0.61% | 0.23% | 0.47% | 0.43% | 0.12% | 0.86% | 0.16% |

| | Texas |
|---|---|
| **Lowest** | 13 |
| 2nd Lowest | 19 |
| 3rd Lowest | 1 |

Sources: Information Provided by the U.S. Department of Justice to the Office of the Attorney General of Texas on March 7, 2014; and U.S. Bureau of the Census, *2012 Census of Governments*, https://www.census.gov/govs/cog2012/


2:13-cv-193
09/02/2014
DEF2464