**Table 8**
**Texas Local Governments With More Than One Department of Justice Objection Letter Not Withdrawn or Overturned by Courts, 1975-2013**

| Texas Local Government | Department of Justice Objection Letters |
|---|---|
| Port Arthur | 1979, 1980, 1980, 1980, 1982 |
| El Campo | 1985, 1986, 1989, 1992 |
| Bailey Co | 1992, 1993, 1993 |
| Castro Co | 1992, 1992, 1993 |
| Harris County SD | 1978, 1980, 1982 |
| Houston | 1979, 1979, 1991 |
| Jim Wells Co | 1978, 1980, 1980 |
| Terrell Co | 1978, 1986, 1992 |
| Beaumont ISD | 2012, 2013 |
| Cochran Co | 1980, 1982 |
| Comal ISD | 1977, 1979 |
| Corsicana ISD | 1978, 1993 |
| Crockett Co | 1976, 1987 |
| Dallas | 1991, 1991 |
| Del Valle ISD | 1991, 1992 |
| Edwards Underground Water District | 1993, 1995 |
| Freeport | 1990, 2002 |
| Galveston Co | 1992, 2012 |
| Gonzales Co | 2009, 2010 |
| Hereford ISD | 1976, 1979 |
| Lamesa | 1993, 1999 |
| Liberty ISD | 1976, 1981 |
| Marshall ISD | 1976, 1988 |
| Neuces Co | 1978, 2012 |
| Refugio ISD | 1989, 1991 |
| San Antonio | 1976, 1994 |
| San Patricio Co | 1988, 1990 |
| Waller Co | 1976, 2002 |

Sources: Information Provided by the U.S. Department of Justice to the Office of the Attorney General of Texas on March 7, 2014


2:13-cv-193
09/02/2014
DEF2465