Election Code Referrals to the
Office of the Attorney General
Charges Pending Resolution

| County* | Defendant | Allegation | Election Involved | Cause Number | Charge(s) | Charging Date | Election Code/Penal Code Provision |
|---|---|---|---|---|---|---|---|
| Bexar | Mary Comparin | Illegal voting | 2008 General Election | 2011-CR-7939 | 2 counts of illegal voting-(3) voter impersonation | 09/18/11 | E.C. 64.012 |
| Hidalgo | Jorge Luis Martinez | Unlawfully rejecting voters, illegal voting, and unlawfully accepting voters | 2008 Municipal Election | CR-2623-09-B | 12 counts of illegal voting | 02/27/14 | E.C. 64.012 |
| Montgomery | Willaim Mervin Bernstsen | False statement on application, illegal voting | 2010 Special Election | 12-03-02586-CR | 1 count of Illegal Voting-(1) ineligible voter | 03/08/12 | E.C. 64.012 |
| Cameron | Bernice Garcia | Carrier Envelope Action: Person Other than voter, Method of Returning Marked Ballot, Unlawful Assistance to Voter | 2012 Primary Election Runoff | 14-CCR-02979-A/14-CCR-03010-A/14-CCR-03011-A | Person Other than voter (Misd B), 1 Count - Method of Returning Marked Ballot (Misd B), 1 count - Unlawful | 07/10/14 | E.C 86.0051 / E.C 86.006 /  E.C 64.036 |
| Cameron | Margarita Ozuna | Carrier Envelope Action: Person Other than voter, Method of Returning Marked Ballot | 2013 Primary Election Runoff | B/14-CCR-02988-B/14-CCR-02990-B/14-CCR-02992-B/14-CCR-02994-B | Person Other than voter (Misd A), 3 count - Method of Returning Marked Ballot (Misd B) | 07/10/14 | E.C 86.0051 / E.C 86.006 |
| Cameron | Tomasa Chavez | Carrier Envelope Action: Person Other than voter, Assisting Voter Violation, Method of Returning Marked Ballot, Unlawful Assistance to Voter | 2014 Primary Election Runoff | 14-CCR-02977-A/14-CCR-02983-A/14-CCR-02984-A/14-CCR-02985-A/14-CCR-02987-A/14-CCR-02989-A/14-CCR-02991-A/14-CCR-02993-A/14-CCR-02995-A/14-CCR-02996-A/14-CCR-02997-A/14-CCR-02999-A/14-CCR-03003-A | 3 counts - Carrier Envelope Action: Person Other than voter (Misd B), 3 counts - Assisting Voter Violation (Misd A), 3 counts - Method of Returning Marked Ballot (Misd B), 4 count - Unlawful Assistance to Voter (Misd A) | 07/10/14 | E.C 86.0051 / E.C 86.010 /  E.C 86.006 /  E.C 64.036 |
| Cameron | Facunda Garcia | Unlawful Assistance to Voter | 2015 Primary Election Runoff | 14-CCR-02980-A | 1 Count - Unlawful Assistance to Voter (Misd. A) | 07/10/14 | E.C 64.036 |
| Cameron | Sarah Perales | Carrier Envelope Action: Person Other than voter, Method of Returning Marked Ballot | 2016 Primary Election Runoff | 14-CCR-02982-C/14-CCR-03009-C | 1 Count - Carrier Envelope Action: Person Other than voter (Misd. B), 1 Count - Method of Returning Marked Ballot (Misd. B) | 07/10/14 | E.C 86.0051 / E.C 86.006 |
| Cameron | Vicenta Verino | Unlawful Assistance to Voter, Assisting Voter Violation, Carrier Envelope Action: Person Other than voter,  Method of Returning Marked Ballot | 2017 Primary Election Runoff | 14-CCR-02978-C/14-CCR-02998-C/14-CCR-03000-C/14-CCR-03001-C/14-CCR-03002-C/14-CCR-03004-C/14-CCR-03005-C/14-CCR-03006-C/14-CCR-03007-C/14-CCR-03008-C | 1 count - Unlawful Assistance to Voter (Misd A), 1 count - Assisting Voter Violation (Misd. A) ,4 count - Carrier Envelope Action: Person Other than voter (Misd. B), 4 count - Method of Returning Marked Ballot (Misd. B) | 07/10/14 | E.C 64.036 / E.C 86.010 / E.C 86.0051 / E.C 86.006 |
| Jim Wells | Mark Homero Almaraz | Illegal voting | 2012 Primary Election | 14-07-13903-CR | Indicted 1 count of illegal voting(1) ineligible voter felon, 2nd Felony | 07/25/14 | E.C 64.012 |
| Jim Wells | Benito Aranda Jr. | Illegal voting | 2012 Primary Election | 14-07-13904-CR | Indicted 1 count of illegal voting(1) ineligible voter felon, 2nd Felony | 07/25/14 | E.C 64.012 |

*** Investigated by OAG, however presented to, and prosecuted by local district/county attorney

* County where offense committed/ County of prosecution

2:13-cv-193
09/02/2014
DEF2487

8/12/2014

2

Election Code Referrals to the
Office of the Attorney General
Charges Pending Resolution

| County* | Defendant | Allegation | Election Involved | Cause Number | Charge(s) | Charging Date | Election Code/Penal Code Provision |
|---|---|---|---|---|---|---|---|