

**Austin, TX's NEW RULE »** New rule in Austin, TX leaves drivers furious and shocked...



**My blood sugar now is 95 »** Try the simple secret. Safe, natural & effective. 15-day sample!

**Weird Food KILLS Blood Pressure »** Americas top docs claim this weird ingredient may stop Heart Disease...

# Townhall Magazine (http://magazine.townhall.com/featured)

**(http://townhall.com)**

INSIDE SEPTEMBER

Townhall Magazine (http://magazine.townhall.com/featured)

Search Townhall.com

(https://plus.google.com/117392058061233340474?prsrc=3)

- The Case Against Common Core (http://townhall.com/tipsheet/conncarroll/2014/08/20/untitled-n1883877)
- Saving Education (http://townhall.com/tipsheet/conncarroll/2014/08/20/untitled-n1883877)
- Get it Now! (https://magazine.townhall.com/featured)

(http://magazine.townhall.com/featured)

**Home (/)** | **Columnists (/columnists/)** | **Tipsheet (/tipsheet/)** | **Cartoons (/political-cartoons/)** | **Election Results (/election/)** | **Poll Tracker (/polltracker/)** | **News (/news/)** | **Video (/video/)** | **Photos (/photos/)** | **Bearing Arms (http://bearingarms.com/)** | **Finance (http://finance.townhall.com/)** | **Townhall Magazine (http://magazine.townhall.com/featured)**



(/columnists/michellemalkin/dems-and-doormats-them-n1883570?utm_source=...utm_medium=story...utm_campaign=Br...)



(/columnists/johnstossel/...n1883444?utm_source=...utm_medium=story...utm_campaign=Br...)



(/columnists/walter...must-confront-real...n1882887?utm_source=...utm_medium=story...utm_campaign=Br...)



(/columnists/thomas...n1883052?utm_source=...utm_medium=story...utm_campaign=Br...)

Townhall (/) | Tipsheet (/tipsheet) | Guy Benson (/tipsheet/guybenson/)

# Fraud: Local NBC Investigation Discovers Dozens of Illegal Voters in Florida

(/tipsheet/guybenson/)

(http://townhall.com/xml/blog/guybenson)

**2:13-cv-193**
**09/02/2014**
**DEF2490**



**Guy Benson (/tipsheet/guybenson/)** | Mar 19, 2014

Share on Facebook ◂ 2.9K

8+ (https://plus.google.com/share?url=http://townhall.com/tipsheet/guybenson/2014/03/19/fraud-local-nbc-investigation-discovers-dozens-of-illegal-voters-in-florida-n1811547)

4.2K SHARES







Support the President?
newsmax.com/surveys
Do you approve of his job performance? Vote Here

It is an article of faith on the Left that voter fraud does not exist beyond the imaginations of racist right-wingers, hellbent on imposing "unconstitutional" voter ID laws fashioned to "suppress" minority turnout in elections. These objections are race-baiting nonsense; they're unsupported by both empirical evidence and Supreme Court precedent. The high court upheld Indiana's law in a 6-3 decision (http://www.cnn.com/2008/POLITICS/04/28/scotus.voter.id/) in 2008. The ruling was authored by uber-liberal Justice John Paul Stevens. And after Georgia implemented its own law in 2007 (which survived a legal challenge), minority voter participation *increased* (http://townhall.com/tipsheet/guybenson/2011/12/13/surprise_eric_holder_to_challenge_voter_id_laws)in the next two election cycles. ABC News has called voter fraud a "rare but real (http://abcnews.go.com/Politics/OTUS/voter-fraud-real-rare/story?id=17213376)" phenomenon, evidenced by a number (http://articles.latimes.com/2014/jan/28/local/la-me-pc-rod-wright-verdict-20140127) of relatively high-profile convictions (http://cleveland.cbslocal.com/2013/05/31/ohio-poll-worker-convicted-on-multiple-counts-of-obama-biased-voter-fraud/) in recent years. Congress defunded (http://hotair.com/archives/2009/09/14/breaking-senate-votes-to-cut-off-federal-funding-for-acorn/) the left-wing group ACORN (for whom Barack Obama (http://www.nationalreview.com/articles/224610/inside-obamas-acorn/stanley-kurtz) once organized) over widespread voter registration fraud and other outrages. The watchdog group True the Vote -- whose founder's businesses and family have been harassed (http://www.realclearpolitics.com/video/2014/02/true_the_vote_founder_to_congress_i_will_not_retreat_i_will_not_surrender_i_refuse_to_be_intimidated.html) by the IRS and other federal agencies -- documents voter fraud prosecutions in 46 states (http://www.truethevote.org/news/did-you-know-there-are-voter-fraud-convictions-and-prosecutions-in-46-states) since 2000. Which brings us to a report that aired earlier this month on NBC's local affiliate in Ft. Myers, Florida. WBBH-TV reporter Andy Pierrotti managed to track down dozens (https://www.youtube.com/watch?v=2hjmKBfrycQ) of local residents who were (a) both non-US citizens and (b) registered to vote in the swing state. Many of them had illegally voted in recent elections. Here's the full report, followed by some analysis:

## COLUMNISTS (/COLUMNISTS)

 **Asian-Bashing Dems and Doormat Minorities Who Enable Them** | *Michelle Malkin*
(/columnists/michellemalkin/2014/08/27/asianbashing-dems-and-doormat-minorities-who-enable-them-n1883570)

 **Green Monster** | *John Stossel*
(/columnists/johnstossel/2014/08/27/green-monster-n1883444)

 **Blacks Must Confront Reality** | *Walter E. Williams*
(/columnists/walterewilliams/2014/08/27/blacks-must-confront-reality-n1882887)

 **A Problem Bigger than Ferguson** | *Dr. Ben Carson*
(/columnists/drbencarson/2014/08/27/a-problem-bigger-than-ferguson-n1883602)

 **Obama Spurns the 'Optics' Police** | *Brent Bozell*
(/columnists/brentbozell/2014/08/27/obama-spurns-the-optics-police-n1883611)

**POLITICAL CARTOON OF THE DAY (/POLITICAL-CARTOONS)**

Gary Varvel (/political-cartoons/2014/08/27/121877)

"We don't know how widespread this problem is because elections offices don't keep track of where non-citizens live," Pierrotti reports, "So we decided to do something that they'd never tried to do before: We found them on our own." The investigation began by examining state forms on which residents had declined jury duty by checking a box indicating that they weren't US citizens, and were therefore ineligible to serve. Pierrotti then cross-referenced those results with local voter rolls, identifying at least 94 people who were registered to vote in the state of Florida. Next, he visited some of these people at their homes, where they admitted that they weren't citizens and professed ignorance as to how they were registered to vote in the first place. But voting records confirmed that they'd exercised their "right" to vote that, as non-citizens, they do not actually possess. The NBC 2 team interviewed a number of these illegal voters on camera, including a Jamaican national who simply attested that he was a US citizen on a voter registration form, and -- voila! -- he joined the American electorate. It was a felony, but it was that easy. And if a news crew hadn't connected the dots, no one would have ever known. This passage in the report is crucial:

> REPORTER: County **supervisors of elections tell me they have no way to verify citizenship**. Under the 1992 "Motor Voter" law, they're not required to ask for proof.
>
> HARRINGTON: **We have no policing authority. We don't have any way of bouncing that information off of any other database.**
>
> REPORTER: The only way supervisors of elections can investigate voter fraud is if they get a tip, so that's what our list became.
>
> HARRINGTON: It could be very serious**. It could change the whole complexion of an election.**

Here's the problem: This handful of wrongs are now being looked at and dealt with, but it took an enterprising and creative journalist to uncover them. These are 94 cases he uncovered in his own backyard alone, using just one narrow method. How many people in this country are registered to vote, and actually *do* vote, who are not US citizens? We don't know. It is lunacy that election supervisors "have no way to verify citizenship" in many places, even at the point of registration. It's further lunacy that we would not require every potential voter to produce valid proof of citizenship before casting a ballot, from coast to coast. These steps are *so* basic, *so* fundamentally fair, and *so* rudimentary that it's difficult to accept that an entire political party (http://townhall.com/tipsheet/guybenson/2011/12/13/surprise_eric_holder_to_challenge_voter_id_laws) is dead-set against these voter integrity efforts for reasons that are not nefarious. Only US citizens are allowed to participate in US elections under the law. Citizens who don't have proper identification ought to be able to obtain them quickly and easily. That's the reasonable recourse for the "suppression" non-problem. But every single person who wants to vote should prove that they're doing so legally. That's not racism; that's *painfully* basic common sense. Oh, and it's overwhelmingly supported (http://www.rasmussenreports.com/public_content/politics/general_politics/june_2011/75_support_showing_photo_id_at_the_polls) by Americans of all political stripes (http://www.mcclatchydc.com/2013/07/25/197687/marist-poll-for-mcclatchy-on-voting.html).

**(http://hotair.com)**

**Obama's new power grab: A climate change treaty without Senate ratification** | *Allahpundit*

**(http://hotair.com/archives/2014/08/27/obamas-new-power-grab-a-climate-change-treaty-without-senate-ratification/)**

**Two legal guests tell CNN their Brown shooting audio might be a hoax** | *Noah Rothman*

**(http://hotair.com/archives/2014/08/27/two-cnn-guests-tell-cnn-their-brown-shooting-audio-might-be-a-hoax/)**

**What's the matter with Kansas?** | *Ed Morrissey*

**(http://hotair.com/archives/2014/08/27/whats-the-matter-with-kansas/)**

**Trouble in Paradise: NY Times won't endorse Andrew Cuomo's reelection bid** | *Noah Rothman*

**(http://hotair.com/archives/2014/08/27/trouble-in-paradise-ny-times-wont-endorse-andrew-cuomos-reelection-bid/)**

**Media curiously silent on "Truthy"** | *Ed Morrissey*

**(http://hotair.com/archives/2014/08/27/media-curiously-silent-on-truthy/)**

**TEMS Wednesday: Hot Air at the Fair!** | *Ed Morrissey*

**(http://hotair.com/archives/2014/08/27/tems-wednesday-hot-air-at-the-fair/)**

**Parting thought:** A quick calculation, as a point of reference. This local reporter found 94 illegally registered voters in one small region using one narrow verification method. If you extrapolate his number over Florida's 67 counties, that's nearly 6,300 people. In 2000, the United States Presidency was determined by 537 Florida votes (http://en.wikipedia.org/wiki/United_States_presidential_election_in_Florida,_2000).

Topics: FLORIDA (/TAGS/FLORIDA)   VOTER FRAUD (/TAGS/VOTER-FRAUD)



» Hey moms! See a NYT journo mock your 'faux outrage' over Dems saying you don't have a real job

» They'll 'eat this up': Dana Perino blasts Obama's plan to join UN's climate 'name & shame'

» Dog days of Summer: How do you know a Democrat is in the White House?

» Jim Geraghty shares son's pun-tastic Twitter manners advice that's 'too good'

» We never thought we'd see the day we agreed with a WH strategy. Can get on board with THIS one

» Who else wants to see Rob Lowe vs. NY Mag's lib writer Jonathan Chait? Here you go!

Click here to put the Twitchy widget on your website.

**TOWNHALL READERS SAY**

| IMPORTANT | AWESOME | RIDICULOUS | SMART | WOW | INSANE | SURPRISING |
|---|---|---|---|---|---|---|
| 119 | 8 | 5 | 3 | 3 | 2 | 0 |



Guy Benson (/tipsheet/guybenson)

Guy Benson is Townhall.com's Senior Political Editor. Follow him on Twitter @guypbenson.

Follow @twitterapi (https://twitter.com/guypbenson)

Author Photo credit: Jensen Sutta Photography

**TOWNHALL VIDEOS (/VIDEO/)**

 Obama Defends Handling of Veterans Issues (/video/untitled-n1883848)

Disturbing: Pentagon is "Unaware" that Qatar Funds Terrorist Organizations (/video/disturbing-pentagon-is-unaware-that-qatar-funds-terrorist-organizations-n1883910)

Stunningly Awkward Blank in Candidate's TV Interview (/video/stunningly-awkward-bank-in-candidates-tv-interview-n1883899)

Must Watch Video: Israel's Iron Dome Intercepts 15 Rockets at Once (/video/must-watch-video-israels-iron-dome-intercepts-15-rockets-at-once-n1883896)

 Obama Promises Afghan Pullout, Despite Iraq Lesson (/video/untitled-n1883846)



ADVERTISEMENT

**Offers & Articles from the Web!**

 (http://web.adblade.com/clicks.php?appId=13210&zid=53fcf94110a34&adId=130080&pos=1&impt=1409154813&zoneId=929&algid=1&url=http%3A%2F

 (http://www.smarterlifestyles.com/2013/06/03/seeking-a-solution-to-snoring-problems/?fc_id=58437&fc_app_id=13210&url=http%3A%2F%2Ftownhall.com%2Ftipsheet

 (http://web.adblade.com/clicks.php?appId=13210&zid=53a0a8f874e8d&adId=114155&pos=3&impt=1409154813&zoneId=929&algid=1&url=http%3A%2F

Case 2:13-cv-00193 Document 797-9 Filed on 11/20/14 in TXSD Page 5 of 6

%2Ftownhall.com%2Ftipsheet local-nbc-investigation-discovers-dozens-of-illegal-voters-in-florida-n1811547)
Game changing cancer technology could make investors a fortune in 2014

(http://web.adblade.com/clicks.php?appId=13210&zid=534701603ab72&adId=99470&pos=4&impt=1409154813&zoneId=929&algid=1&url=http%3A%2F%2Ftownhall.com%2Ftipsheet local-nbc-investigation-discovers-dozens-of-illegal-voters-in-florida-n1811547)
New currency law went into effect July 1st, 2014. [Devastating for Seniors] (http://web.adblade.com

local-nbc-investigation-discovers-dozens-of-illegal-voters-in-florida-n1811547)
Cumbersome CPAP machines or risky surgery are not the only answers to solving sleep apnea.

(http://web.adblade.com/clicks.php?appId=13210&zid=5395ced262c33&adId=112173&pos=5&impt=1409154813&zoneId=929&algid=1&url=http%3A%2F%2Ftownhall.com%2Ftipsheet local-nbc-investigation-discovers-dozens-of-illegal-voters-in-florida-n1811547)
10 TV Little Sisters Who Disappeared From the Spotlight! (http://web.adblade.com

%2Ftownhall.com%2Ftipsheet local-nbc-investigation-discovers-dozens-of-illegal-voters-in-florida-n1811547)
New Rule in Texas: Do Not Pay Your Next Car Insurance Bill Until You Read This...

(http://web.adblade.com/clicks.php?appId=13210&zid=53c82432e04e4&adId=120780&pos=6&impt=1409154813&zoneId=929&algid=1&url=http%3A%2F%2Ftownhall.com%2Ftipsheet local-nbc-investigation-discovers-dozens-of-illegal-voters-in-florida-n1811547)
See What Harvard Researchers Discovered to Tackle Aging At The Source.

## We Recommend

- Ohio high school band learns about Marxism — the hard way - Maggie Thurber (http://townhall.com/watchdog/ohio/2014/01/28/ohio-band-marxism-n3897)
- Noam Chomsky: Palin Was Right About Obama (http://townhall.com/video/noam-chomsky-palin-was-right-about-obama-n1539871)
- Roger Stone - Nixon and the Tube; "Sock it to me?" (http://townhall.com/columnists/rogerstone/2014/08/24/nixon-and-the-tube-sock-it-to-me-n1882125)
- Clueless Jay Carney Gets Laughed At (http://townhall.com/video/clueless-jay-carney-gets-laughed-at-n1832792)
- Michelle Malkin - Exclusive: The Story You Haven't Yet Heard About Bowe Bergdahl's Desertion (http://townhall.com/columnists/michellemalkin/2014/06/04/exclusive-the-story-you-havent-yet-heard-about-bowe-bergdahls-desertion-n1847173)

## More from Our Partners

- Sharia Law: Guess what percentage of Americans think US courts should recognize Sharia law? See the poll results. (http://www.isidewith.com/poll/393596598) (iSideWith)
- Looking Toward The Future Of U.S. Energy Sources (http://paidpost.nytimes.com/chevron/a-complex-flow-of-energy.html) (The New York Times: Paid Post)
- Christianity: 76% of Republicans answered "No" to this question. How would you answer it? (http://www.isidewith.com/poll/2928190437962373) (iSideWith)
- Manufacturing Begins For Fusion Reactor Parts (http://txchnologist.com/post/93302342499/manufacturing-begins-for-fusion-reactor-parts) (Txchnologist)
- Eerily Beautiful Abandoned Places (http://www.cntraveler.com/galleries/2013-05-22/photos-beautiful-abandoned-places) (Conde Nast Traveler)

Recommended by

## (WATCHDOG)

Meet the radical revolutionary running for U.S. Senate in Montana | *Dustin Hurst* | *232* (/watchdog/montana/2014/08/26/amanda-curtis-montana-n5957)

IRS screwing up Obamacare tax collection, audit shows | *Chris Butler* | *142* (/watchdog/tennessee/2014/08/26/obamacare-3-n5956)

Feds roll FBI fender bender back to DC court | *Kenric Ward* | *23* (/watchdog/virginia/2014/08/27/fbi-fender-bender-n5970)

## TOPICS (/TAGS)

- SECOND AMENDMENT (/TAGS/SECOND-AMENDMENT)
- GUN RIGHTS (/TAGS/GUN-RIGHTS)
- WASHINGTON D.C. (/TAGS/WASHINGTON-D-C-)
- 2014 ELECTIONS (/TAGS/2014-ELECTIONS)
- WAR ON WOMEN (/TAGS/WAR-ON-WOMEN)
- HILLARY CLINTON (/TAGS/HILLARY-CLINTON)
- KATIE PAVLICH (/TAGS/KATIE-PAVLICH)
- FEMINISM (/TAGS/FEMINISM)
- NEW (/TAGS/NEW)
- ISIS (/TAGS/ISIS)
- BURGER KING (/TAGS/BURGER-KING)
- CORPORATE INCOME TAX (/TAGS/CORPORATE-INCOME-TAX)
- MEDIA AND CULTURE (/TAGS/MEDIA-AND-CULTURE)
- ALASKA (/TAGS/ALASKA)
- ISRAEL (/TAGS/ISRAEL)
- GLOBAL SECURITY (/TAGS/GLOBAL-SECURITY)
- LOIS LERNER (/TAGS/LOIS-LERNER)
- DEMOCRATS (/TAGS/DEMOCRATS)
- IRAQ (/TAGS/IRAQ)
- REPUBLICANS (/TAGS/REPUBLICANS)
- IRS SCANDAL (/TAGS/IRS-SCANDAL)
- NEW YORK (/TAGS/NEW-YORK)
- JUSTICE DEPARTMENT (/TAGS/JUSTICE-DEPARTMENT)
- CORRUPTION (/TAGS/CORRUPTION)
- CAMPAIGNS AND ELECTIONS (/TAGS/CAMPAIGNS-AND-ELECTIONS)



**Explore**

Townhall (http://townhall.com)
Conservative Columnists (http://townhall.com/columnists)
Election Results (http://townhall.com/election)
Tipsheet (http://townhall.com/tipsheet)
Conservative News (http://townhall.com/news)
Political Cartoons (http://townhall.com/political-cartoons)
Talk Radio (http://townhall.com/talkradio)
Conservative Video (http://townhall.com/video)
Photos (http://townhall.com/photos)
Tags (http://townhall.com/tags/)
Townhall Magazine (http://www.townhallmagazine.com)
Finance (http://finance.townhall.com)
Townhall Radio

**Misc.**

About Townhall (/AboutUs.aspx)
Advertise (/mediaadvertisingkit/)
Privacy Policy (http://media.townhall.com/townhall/privacypolicy/privacypolicy.htm)
Terms of Use (http://media.townhall.com/townhall/privacypolicy/TermsofUse.htm)
Radio Stations (http://townhall.com/radio-stations.aspx)
Sitemap (/sitemap.htm)
2012 Election Sitemap (http://townhall.com/electionsitemap)
Jobs (/pages/townhall_jobs)
Contact Us (/contact-us/)
Townhall Newsletters (/newslettersignup/)

**Mobile**

Townhall Mobile (http://m.townhall.com/)
iPhone/Android Apps (/mobile-apps)

## About Townhall.com

Townhall.com is the leading source for conservative news and political commentary and analysis.

Townhall is packed with breaking news headlines, political news, and conservative opinion with Townhall columnists including Ann Coulter, Michelle Malkin, Michael Barone, Star Parker, Dennis Prager, Thomas Sowell, and many more of your favorite conservatives. Political cartoons full of satire and political humor from editorial cartoonists including Michael Ramirez, Glenn McCoy, and Henry Payne.

Townhall.com also features the latest news videos and pictures on the latest political hot topics including health care reform, the economy, immigration, government tax, President Obama, Sarah Palin, Mitt Romney, Herman Cain, Ron Paul, Iraq, immigration, politics, gay marriage laws, and many more big news issues.

Townhall Magazine is our monthly print magazine that offers more exclusive investigative journalism, in-depth reporting, analysis, interviews with the heavy hitters and powerful exposés.

(http:/
(https
(https
(http:/
)



(http://townhall.com) Copyright © Townhall.com. All Rights Reserved. Terms under which this service is provided to you