Log In    Member Center   Alerts & Newsletters   Jobs   Cars   Real Estate   Rentals   Weekly Circulars   Local Directory   Place Ad

# Los Angeles Times | NATION



LOCAL   U.S.   WORLD   BUSINESS   SPORTS   ENTERTAINMENT   HEALTH   STYLE   TRAVEL   OPINION   SHOP

POLITICS   NATION NOW   POLITICS NOW   TOP OF THE TICKET   SCIENCE   SCIENCE NOW   OBITUARIES

IN THE NEWS:   FRED PHELPS   UC IRVINE   CRIMEA   MALAYSIA AIRLINES   JANET YELLEN   TOYOTA   PHIL JACKSON

Search



## NATION NOW

## Kansas, Arizona win proof-of-citizenship requirement in voting suit

Comments  17    Email    Share   2K



Kansas Secretary of State Kris Kobach, the architect of the state's proof-of-citizenship law for new voters. (John Hanna / Associated Press / August 1, 2013)



Ads by Google

By Michael Muskal

*March 19, 2014, 2:28 p.m.*

A federal judge has ruled that Kansas and Arizona should be allowed to require voters to provide evidence of U.S. citizenship, in a case closely watched by both sides dealing with the question of voter eligibility.

U.S. District Judge Eric Melgren in Wichita, Kan., ruled that the U.S. Election Assistance Commission had no legal authority to deny requests from the two states to add the citizenship requirement. In the ruling, released Wednesday, he ordered the commission to revise the national form immediately.

### Connect

*Recommended on Facebook*



advertisement



### Your Hosts

As an editor and reporter, Michael Muskal has covered local, national, economic and foreign issues at three newspapers, including the Los Angeles Times.
@latimesmuskal

Matt Pearce, a University of Missouri graduate, has previously written for the Kansas City Star, the Los Angeles Review of Books, The New Inquiry and The Pitch.
@mattdpearce

RSS   twitter   facebook



2:13-cv-193
09/02/2014
DEF2491

Kansas and Arizona require new voters to provide a birth certificate, passport or other documentation to prove U.S. citizenship. The federal registration form, however, requires only that prospective voters sign a statement declaring they are citizens. The different requirements opened the possibility that residents of those states would have to register twice, using separate voter registration forms, if they wanted to vote in both state and federal elections.

The fight also has political overtones. Republicans have generally argued in favor of tougher voting requirements, contending they prevent fraud. Democrats oppose the state standards, which they say can block their voters — including the young and the poor — from registering to vote.

The top election officials, Kris Kobach of Kansas and Ken Bennett of Arizona, had sued to force the federal agency to include proof of citizenship. Both are considered conservative Republicans.

"This is a huge victory for the states of Kansas and Arizona," Kobach said in a prepared statement emailed to reporters. "They have successfully protected our sovereign right to set and enforce the qualifications for registering to vote. We have now paved the way for all 50 states to protect their voter rolls and ensure that only U.S. citizens can vote."

"Today's decision is an important victory for the people of Arizona against the Obama administration, assuring that only Arizona residents and not illegals vote in Arizona elections," Arizona Atty. Gen. Tom Horne said in a statement.

Election Assistance Commission spokesman Bryan Whitener said in an email that the ruling is "under review."

The ruling can be appealed to the U.S. 10th Circuit Court of Appeals, based in Denver.

Melgren ruled that the U.S. Constitution gives states the power to set voter qualifications, and Congress has not preempted it. The case arose after the U.S. Supreme Court last year struck down part of Arizona's 2004 proof-of-citizenship law. The Kansas voter ID law took effect last year.

Follow LA Times National on Facebook

Follow LA Times National on Facebook

**ALSO:**

On video: Former police chief eats evidence to protect tip

Kansas, Arizona win proof-of-citizenship requirement in voting suit

Report: New York man 'basically baked to death' in Rikers Island jail

-sci-sn-occultation-tonight-20140319



Follow @latimesmuskal

michael.muskal@latimes.com

Copyright © 2014, Los Angeles Times

Comments  17   Email   Share   2K



Ads by Google



We've upgraded our reader commenting system. Learn more about the new features.

Log In | Register

17 Comments                                                powered by:

---

Sidebar:

Fred Phelps, anti-gay preacher, dies

Teen climbs to top of World Trade Center

Obama to speak at UC Irvine graduation

B-2 stealth bomber survives its test of fire



Ads by Google





Photos of the Day        More »

**VIDEO**



**Upload image**

**Follow**                                                                  Newest



**Von Dicator**   Rank 0

28 BLUE states just turned RED!



**The Rifleman**   Rank 0

If DEM activists believe that this kind of requirement really does inhibit eligible voters from going to the polls, then there is only ONE really effective strategy. Lawsuits trying to block this sort of the thing are not the answer. The answer is for DEM activists to become very proactive in helping the elderly, the poor, the minorities, and non-English speaking citizens to get proper ID, get registered to vote, and get to the polls on election day. Fight fire with fire. If these are the rules...   » more



**old_one**   Rank 0

Finally. States right upheld. A surprise requirement, citizenship to vote. Too bad it takes states right to be upheld for something that should be a federal mandate!



**mtermann**   Rank 0

Why is it that the LAT is opposed to voter ID laws yet says nothing about the DONE"s practice requiring voters in the Neighborhood Council elections to not only provide ID but show the poll worker exactly the location of their residence on a map of the community the NC represents? Yet if I take out my DL at a real election, the poll worker immediately asks me to put it away.



**Gholston**   Rank 0

I honestly still have a hard time wrapping my head around why this issue even goes as far to be in front of a federal judge. What is the difficulty in showing an ID card to prove who you are to vote? In my opinion, it says a lot about how far our country has slid that even becomes an issue.



**Gholston**   Rank 0

@Gholston EDIT : has slid that *this has even become an issue...

edit button, eddit button, wherefore art thou edit button?

**29PalmsSailor**   Rank 0

Dang... so much for that plan of voting not only once, but often! Just kidding, but I'm sure the democrats are crying in their foreign beer tonight.





**Wild Pointer**  Rank 0

Democrat voters are the dead, illegals, and fraudulent voters. It is the only way they can win; Cheating at the vote.



**o**  Rank 0

Every state should require this!



**FrontSight**  Rank 0

This is a win for America.



**glhall**  Rank 0

I don't see a problem with it. Prove you're a citizen and then you vote.



**FrontSight**  Rank 0

@glhall

I agree. Proving you are a citizen should be a requirement to vote in government elections. Anyone who is a citizen should have no problem obtaining the documentation. If they lost it or something now is a good time to start fixing that...

Show More

Los Angeles Times welcomes civil dialogue about our stories; you must register with the site to participate. We filter comments for language and adherence to our Terms of Service, but not for factual accuracy. By commenting, you agree to these legal terms. Please flag inappropriate comments.

Having technical problems? Check here for guidance.

### In Case You Missed It...


**Photos:** Malaysia Airlines plane missing


**Photos:** Beloved burger joint Irv's Burgers reopens


**Photos:** Notable deaths of 2014


**Photos:** Rebuilding a billion-dollar bomber


**Photos:** Gwyneth Paltrow's new Malibu home

Corrections | Digital Services | Media Kit | About Us | Contact Us | Site Map

# Los Angeles Times

Burbank Leader | Coastline Pilot | Daily Pilot | Huntington Beach Independent | News Press | Valley Sun | KTLA | Hoy
Baltimore Sun | Chicago Tribune | Daily Press | Hartford Courant | Los Angeles Times | Orlando Sentinel | Sun Sentinel | The Morning Call
Terms of Service | Privacy Policy | About Our Ads | Copyright 2014

*A Tribune Newspaper website*