


TaxACT FREE IRS Return for Everyone! FREE to Prepare · FREE to Print · FREE to E-file START

POLITICS | POLICY | OPINION | WATCHDOG | DATA | MULTIMEDIA | SEARCH

**Trending Topics:** Reporters vs. White House · 'Constitutional Madness' · Ted Cruz street art   This Week's Magazine | **MARCH 20, 2014**

POLITICS/CAMPAIGNS

# Report: Pennsylvania Dem took bribe to oppose voter ID law, but never got charged

BY JOEL GEHRKE | MARCH 19, 2014 4:39 PM

TOPICS: BELTWAY CONFIDENTIAL   VOTER REGISTRATION   CAMPAIGNS   VOTER ID LAWS   PENNSYLVANIA



Pennsylvania Attorney General Kathleen Kane, shut down the investigation, speaks during a...

Pennsylvania Democrats reportedly were caught on tape accepting cash bribes, including one lawmaker who was paid to vote against a state voter identification law, but Democratic Attorney General Kathleen Kane shut down the investigation.

"Before Kane ended the investigation, sources familiar with the inquiry said, prosecutors amassed 400 hours of audio and videotape that documented at least four city Democrats taking payments in cash or money orders, and in one case a $2,000 Tiffany bracelet," the Philadelphia Inquirer reports.

"Typically, the payments made at any one time were relatively modest — ranging from $500 to $2,000 — but most of those involved accepted multiple payments, people familiar with the investigation said. In some cases, the payments were offered in exchange for votes or contracts, they said."

 Sign Up for the Politics Today newsletter!

State Rep. Vanessa Brown wouldn't comment on the inquirer story, but the report relates a conversation between Brown and Tyron Ali, a lobbyist who agreed to be a government source "to win favorable treatment" in a fraud case.

"After he gave Brown the money, Ali urged her to vote against a bill that would require voters to show identification at the polls," the report says. "Brown voted against the measure — as did every other Democrat in the House."

"The investigation began in 2010 under now-Gov. Tom Corbett, who served as attorney general at the time, but closed in 2013. In a statement to The Inquirer on Friday, Kane called the investigation poorly conceived, badly managed, and tainted by racism, saying it had targeted African Americans," the report notes.

Share this article on Facebook or Twitter
Print this article

43 COMMENTS    💬 43 COMMENTS

**AUTHOR:**
JOEL GEHRKE
Commentary Writer
The Washington Examiner

MORE FROM THIS AUTHOR
Ed Henry denounces 'bizarre' claim that White House reporters preapprove questions
BY JOEL GEHRKE | 03/20/14 02:49 PM

Treasury didn't check for legal authority before delaying Obamacare mandate
BY JOEL GEHRKE | 03/20/14 01:26 PM

GET IT TOGETHER WITH MANILLA. Manage everything in your life, all in one place. 4+ star customer-rated. manilla. TRY IT TODAY



TWS FROM THE WEEKLY STANDARD
William Kristol · Fred Barnes · Stephen F. Hayes

**Hillary's Putin Problem**
BY JONATHAN V. LAST
It would be ironic if Hillary Clinton had a second presidential campaign torpedoed because of another politician's foreign policy. Read More...

**French Undressing**
BY CHRISTOPHER CALDWELL
Paris Read More...

**Will Ukraine Regret Giving Up Its Nukes?**
BY LEE SMITH
President Obama has made nuclear nonproliferation one of his highest priorities but, as the Wall Street Journal explains, the White House's weak response on Ukraine is sending all the wrong... Read More...

💬 MOST COMMENTED ARTICLES
John Kerry: Russia has until Monday to reverse course in Ukraine — 5581 COMMENTS
Poll: Vladimir Putin a far stronger leader than President Obama — 1327 COMMENTS
AP assails White House for shutting 'independent press out' — 1290 COMMENTS
In jam over Obamacare, Dems don't know which way to turn — 283 COMMENTS
President Obama warns youth: Sign up for Obamacare or we will charge you a penalty — 213 COMMENTS
Follow us at @dcexaminer

⦿ MORE FROM WASHINGTONEXAMINER.COM


### Obama library requests proposals from potential sites
BY MEGHASHYAM MALI | 03/20/14 03:17 PM
The Barack Obama Foundation announced on Thursday that it is soliciting proposals from institutions and organizations that hope to host the president's future library. "The Barack Obama Foundation released a Request... Read More...


### Ed Henry denounces 'bizarre' claim that White House reporters preapprove questions
BY JOEL GEHRKE | 03/20/14 02:49 PM
Fox News' Ed Henry, a White House correspondent and former president of the White House Correspondents Association, denied an Arizona reporter's "bizarre claim" that White House press secretary Jay Carney preapproves... Read More...


### US first lady to avoid politics on Beijing visit
BY ASSOCIATED PRESS | 03/20/14 12:48 PM
BEIJING (AP) — First lady Michelle Obama plans to avoid politics and focus on education and people-to-people contacts on her first visit to China. Mrs. Obama's schedule includes a speech to Chinese and American... Read More...

DEF2492

Find us on Facebook · Follow us on Twitter

POLITICS: White House, Congress, Washington Secrets, PennAve, Campaigns
POLICY: Budgets & Deficits, Health Care, Economy, Law, Environment & Energy, Technology, Entitlements, Labor, National Security, Special Reports
OPINION: Opinion Today, Editorial Cartoons, Op-Eds, Columnists, Beltway Confidential, Morning Examiner, Commentary Series
WATCHDOG: Watchdog Today, Accountability, Watchdog Blog, Investigative Series
DATA: Data Center, EXography, Legal Spending, Bills, Citizen Audit
MULTIMEDIA: Video News, Podcasts, Newsletters, RSS Feeds
ABOUT US: Advertising, News & Editorial, Editorial Guidelines, Site Map, Contact Us, This Week's Magazine, Terms of Use, Privacy Policy

Copyright 2014 Washington Examiner