

2:13-cv-193
09/02/2014
DEF2494

# NO JUSTICE DEPARTMENT CHARGES AGAINST OHIO WOMAN WHO VOTED SIX TIMES FOR OBAMA

**BREITBART VIDEO PICKS**


KPHO

More videos:
 



 by J. CHRISTIAN ADAMS (/COLUMNISTS/J-CHRISTIAN-ADAMS)  |  23 Mar 2014  |  **412**
POST A COMMENT (/BIG-GOVERNMENT/2014/03/22/NO-JUSTICE-DEPARTMENT-CHARGES-AGAINST-OHIO-WOMAN-WHO-VOTED-SIX-TIMES-FOR-OBAMA#COMMENTS)

Last week Al Sharpton embraced convicted vote fraudster Melowese Richardson at a "voting rights" rally in Cincinnati.  The United States Department of Justice under Eric Holder has done nothing to Melowese Richardson 410 days after she admitted on camera (http://electionlawcenter.com/2013/07/18/belligerent-melowese-richardson-sentenced-to-5-years.aspx) that she committed multiple federal felonies by voting six times for President Obama's reelection.

Federal law makes it a felony to vote more than once for President.  In fact, 42 U.S.C. Section 1973i(e) (http://www.law.cornell.edu/uscode/text/42/1973i) subjects Richardson to twenty-five years in federal prison for her six votes for Obama.

The lack of DOJ action against an unrepentant federal vote fraudster combined with Richardson's lionization by Sharpton and the organization that sponsored the rally demonstrates how the Justice Department is facilitating a culture of brazen criminality on the eve of the 2014 midterm elections.  The failure to indict Richardson is the latest



(http://www.breitbart.com/exclusive/american-heart/)

**MOST POPULAR**

- Gov. Jerry Brown to Mexican Illegals: 'You're All Welcome in California' (http://www.breitbart.com/Big-Government/2014/08/26/Jerry-Brown-to-Mexican-Illegals-You-re-All-Welcome-in-CA)

  6671 comments · 0 minutes ago

- CNN Now Worried Ferguson Shooting Audio Is Hoax (http://www.breitbart.com/Big-Journalism/2014/08/27/cnn-now-worried-ferguson-shooting-audio-is-hoax)

  256 comments · 0 minutes ago

- Rotherham: 1400 Children Groomed, Drugged and Raped by

example of Holder's department excusing lawlessness in federal elections and abandoning law abiding Americans.

Melowese Richardson was charged with state voter fraud crimes in Ohio. She was found guilty and sentenced (http://electionlawcenter.com/2013/07/18/belligerent-melowese-richardson-sentenced-to-5-years.aspx) to five years in prison on July 7, 2013. Unfortunately, instead of serving five years, Richardson was set free after only eight months (http://www.cincinnati.com/story/news/2014/03/11/poll-worker-voted-illegally-freed-prison/6291103/).

A state court judge dismissed her May 2013 conviction and five-year prison sentence and allowed her to plead *no contest* to four counts of illegal voting, the same charges for which she was convicted.

Richardson was represented by the George Soros-funded (http://www.opensocietyfoundations.org/about/programs/us-programs/grantees/ohio-justice-and-policy-center-1) Ohio Justice and Policy Center, which claimed she suffered from bi-polar disorder. No claim was made that she was insane when she committed her election crimes. Nor was any effort made to establish her insanity.

Her mental state was healthy enough to appear at a rally this week with Al Sharpton (http://www.cincinnati.com/story/news/politics/elections/2014/03/21/democrats-convicted-poll-worker-hero/6712981/) where she received warm applause and a hearty embrace by Sharpton.

Federal criminal charges, even after a state court conviction, do not implicate double jeopardy. The Justice Department routinely charges criminals who were previously subject to state charges. The Justice Department's US Attorney's Manual spells out the three tests (http://www.justice.gov/usao/eousa/foia_reading_room/usam/title9/2mcrm.htm#9-2.031) for a federal prosecution of Richardson, standards which are easily satisfied.

> First, the matter must involve a substantial federal interest; second, the prior prosecution must have left that interest demonstrably unvindicated; and third, applying the same test that is applicable to all federal prosecutions, the government must believe that the defendant's conduct constitutes a federal offense, and that the admissible evidence probably will be sufficient to obtain and sustain a conviction by an unbiased trier of fact.

Federal charges against Richardson easily satisfy DOJ guidelines. There is a unique federal interest in ensuring voter fraud does not taint the election of the President and Congress. Second, the federal interest in having valid elections for President and Congress remains unvindicated; Richardson walks free and is now being cheered at rallies. Last, Richardson admitted on camera that she committed multiple federal felonies and her handwriting matched the ballot applications that were sent to her house. Game, set, match.

DOJ doesn't hesitate to bring federal charges against local police officers. For example, when a policeman receives a light sentence in state court after allegedly employing excessive force against a citizen, the DOJ Civil Rights Division is keen to initiate federal prosecution to exact its own federal pound of flesh against that officer. But the failure to prosecute Richardson demonstrates that criminal behavior which aids the reelection of President Obama receives very different treatment.

Federal charges against Richardson for voting for Obama six times can be initiated by Assistant United States Attorney Anthony Springer, who serves (http://www.justice.gov/usao/ohs/news/11-01-12_Col.html) as the District Election Officer (DEO) in Cincinnati. U.S. Attorney Carter Stewart could also initiate charges (http://electionlawcenter.com/2013/03/07/25-days-and-no-enforcement-of-42usc1973ie-for-6-obama-votes.aspx), as could the Public Integrity Section in Washington D.C., or even Eric Holder himself.

DEO Anthony Springer donated $750 to Barack Obama's Presidential campaign according to FEC records.

Ohio Votes (http://www.cohhio.org/programs/ohiovotes) sponsored the rally where

Multiculturalism (http://www.breitbart.com/Breitbart-London/2014/08/27/Rotherham-1400-kids-groomed-drugged-and-raped-by-multicultural-sensitivity)
*614 comments · 0 minutes ago*

- Egyptian Feminist Poops, Menstruates on Islamic State Flag (http://www.breitbart.com/Big-Peace/2014/08/25/Egyptian-Feminist-Poops-on-ISIS-Flag)
*5520 comments · 4 minutes ago*

- Gutiérrez On Coming Obama Executive Amnesty: 'Get Prepared' (http://www.breitbart.com/Big-Government/2014/08/25/Rep-Luis-Guti-rrez-on-Expected-Executive-Order-Get-Prepared)
*4724 comments · 11 minutes ago*

## Fox News National

US marshals in New York City shootout; fugitive wanted in Virginia, North Carolina is wounded (http://feeds.foxnews.com/~r/foxnews/national/~3/C73fKYLlLY0/)
*27 Aug 2014, 8:44 AM PDT*

Treasury sanctions leadership, financial networks of terrorist group blamed for Mumbai attack (http://feeds.foxnews.com/~r/foxnews/national/~3/VWKJecm-7ts/)
*27 Aug 2014, 8:34 AM PDT*

Man fatally shoots wife, wounds himself at New Jersey hospital; Motive under investigation (http://feeds.foxnews.com/~r/foxnews/national/~3/UEnCWtksegw/)
*27 Aug 2014, 8:33 AM PDT*

Military officials: Jet in Virginia crash was based in Massachusetts; status of pilot unknown (http://feeds.foxnews.com/~r/foxnews/national/~3/KAleMQDQzDE/)
*27 Aug 2014, 8:30 AM PDT*

Bourbon Street suspect pleads not guilty to manslaughter, attempted murder in June shooting (http://feeds.foxnews.com/~r/foxnews/national/~3/t8SGYX4hxjU/)
*27 Aug 2014, 8:15 AM PDT*



Richardson appeared with Sharpton. According to their website, it is a "year-round, statewide, nonpartisan 501(c)(3) voter mobilization initiative. It galvanizes nonprofits based in low income Ohio communities to increase voter participation and join efforts for fair elections." The umbrella organization received (http://www.guidestar.org/PartnerReport.aspx?ein=31-1189029&Partner=Amex) $1,886,723 in government grants in 2012. The organization's tax returns state the group exists to change "onerous voting laws" and that it focuses on "educating voters on the mechanics of how, when and where to participate in early voting for the Presidential election."

The IRS continues to provide the group 501(c)(3) tax exempt status despite its active role in the reelection of the President, and its embrace of election criminals.

(/Bystom/Breitbart%20Send%20A%20Tip?page=%2fBig-Government%2f2014%2f03%2f22%2fNo-Justice-Department-Charges-Against-Ohio-Woman-Who-Voted-Six-Times-for-Obama)

(aboola_utm_source=breitbartcom&taboola_utm_medium=bytaboola&taboola_utm_content=ab_thumbs-2r_ratio-1x1:Bottom Main Column:)

(aboola_utm_source=breitbartcom&taboola_utm_medium=bytaboola&taboola_utm_content=ab_thumbs-2r_ratio-1x1:Bottom Main Column:)

## We Recommend

(http://www.fool.com/video-alert/stock-advisor/sa-nightmare-ext/?autoplay=false&exitpop=false&preroll=false&source=esatabads0870002&utm_source=taboola&utm_medium=referral)

**Buffett's Empire Is In Peril… And He Knows It**
The Motley Fool

(http://www.fool.com/video-alert/stock-advisor/sa-nightmare-ext/?autoplay=false&exitpop=false&preroll=false&source=esatabads0870002&utm_source=taboola&utm_medium=referral)
(http://www.moneynews.com/MKTNews/free-stuffretirement-social-security-nest-egg/2014/08/05/id/586946/?dkt_nbr=ecg2qbpj&utm_source=taboola&utm_medium=referral)

**Born Before 1965? These 200 Secret Deals Are For You**
Moneynews

(http://www.moneynews.com/MKTNews/free-stuffretirement-social-security-nest-egg/2014/08/05/id/586946/?dkt_nbr=ecg2qbpj&utm_source=taboola&utm_medium=referral)
(http://movieseum.com/10-tv-shows-that-should-have-run-forever/?utm_source=taboola&utm_medium=referral&utm_campaign=pc&utm_content=breitbartcom)

**10 TV Shows That Should Have Run Forever**
Movieseum

(http://movieseum.com/10-tv-shows-that-should-have-run-forever/?utm_source=taboola&utm_medium=referral&utm_campaign=pc&utm_content=breitbartcom)
(http://scout.golferstrust.com/scout/base.php?c=33&key=10e5d4b2f54ff3d3fc27c4ce6d6d086c&utm_source=Taboola&utm_medium=CPC&utm_content=text-14a-HH-03-02-cgm&utm_campaign=HH-Taboola-US)

**Classic golf mistakes amateurs make at the tee**
Hank Haney University

(http://scout.golferstrust.com/scout/base.php?c=33&key=10e5d4b2f54ff3d3fc27c4ce6d6d086c&utm_source=Taboola&utm_medium=CPC&utm_content=text-14a-HH-03-02-cgm&utm_campaign=HH-Taboola-US)
(http://www.makers.com/monica-crowley?ncid=txtlnkusaolp00000474)

**Fox News Correspondent Monica Crowley Tells All**
Makers

(http://www.makers.com/monica-crowley?ncid=txtlnkusaolp00000474)
(http://bs.serving-sys.com/BurstingPipe/adServer.bs?cn=tf&c=20&mc=click&pli=10719648&PluID=0&ord=[timestamp])

**Exclusive: Robert De Niro Tells Katie Couric About Gay Dad**
Yahoo News

(http://bs.serving-sys.com/BurstingPipe/adServer.bs?cn=tf&c=20&mc=click&pli=10719648&PluID=0&ord=[timestamp])

Obama Bypasses Congress for Global Climate Deal (http://www.newsmax.com/newswidget/agreement-carbon-emissions-Congress/2014/08/26/id/591100/?promo_code=11550-1&amp;utm_source=11550Breitbart&amp;utm_medium=nmwidget&amp;utm_campaign=widgetphase1)

Paul Ryan on IRS Probe: 'We're Not Letting This Go' (http://www.newsmax.com/newswidget/probe-president-Paul-Ryan/2014/08/26/id/591076/?promo_code=11550-1&amp;utm_source=11550Breitbart&amp;utm_medium=nmwidget&amp;utm_campaign=widgetphase1)

Buchanan: Eric Holder Puts Race Above All (http://www.newsmax.com/newswidget/Pat-Buchanan-Eric-Holder-Ferguson/2014/08/26/id/591066/?promo_code=11550-1&amp;utm_source=11550Breitbart&amp;utm_medium=nmwidget&amp;utm_campaign=widgetphase1)

Ben Stein: CNN Has 'Flipped Out' (http://www.newsmax.com/newswidget/ben-stein-cnn-liberal-bias/2014/08/26/id/591058/?promo_code=11550-1&amp;utm_source=11550Breitbart&amp;utm_medium=nmwidget&amp;utm_campaign=widgetphase1)

Should Obama Be Impeached? Vote Here (http://www.newsmax.com/surveys/ImpeachObama/Should-Obama-Be-Impeached-/id/145/kw/default/?promo_code=11550-1&amp;utm_source=11550Breitbart&amp;utm_medium=nmwidget&amp;utm_campaign=widgetphase1)

How Older Men Are Increasing Testosterone (http://bit.ly/1tRmaSu?promo_code=11550-1&amp;utm_source=11550Breitbart&amp;utm_medium=nmwidget&amp;utm_campaign=widgetphase1)

Big Mistake Exposed by Drivers of

Case 2:13-cv-00193   Document 797-13   Filed on 11/20/14 in TXSD   Page 4 of 5

**412 Comments**  **Breitbart News Network**   **Login**

*Sort by Oldest*                                              **Share**  **Favorite**

 Join the discussion…

 **k962** • 5 months ago
You can bet if she had voted 6 times for Romney, Holder would be holding a witch trial today!
213 △ ▽ • Reply • Share ›

 **LEEPERMAX** → k962 • 5 months ago
She was told to "Vote For Revenge" by Obama, which to this Obamalover meant voting 6 times.

LAWLESS PRESIDENT = LAWLESS CITIZENRY
and by the time we get to 2016 the America you once knew will be nothing but a distant memory
119 △ ▽ • Reply • Share ›

 **Mushy Radish** → LEEPERMAX • 5 months ago
And the mainstream media won't even touch this. The Dems and their sycophants are celebrating her? This story should be in everyone's face right now!
91 △ ▽ • Reply • Share ›

 **KevSanders** → Mushy Radish • 5 months ago
She is just one of hundreds of thousands who got caught.

Obama is illegitimate.
70 △ ▽ • Reply • Share ›

 **Casey** → KevSanders • 5 months ago
yeah, and Bush was "selected, not elected."

Give it up, dude.
5 △ ▽ • Reply • Share ›

 **jon** → Casey • 5 months ago
as long as you forget the 40,000 people who voted twice for al gore in ny , ohio and then in fla ! they tried it first back then !
29 △ ▽ • Reply • Share ›

 **petie3** → jon • a month ago
Fraud and stolen elections have been going on since before we had a country. LBJ won his first election by nefarious means.
2 △ ▽ • Reply • Share ›

**C. W. Good** → petie3 • 17 days ago
What do you mean "first election"? He only ran for president once in 1964. President Kennedy was assassinated in 1963 when Johnson was vice president. Johnson wouldn't run again in 1968 because of the Vietnam War that Kennedy started and Johnson massively escalated. Nixon became president in 1968. I was in Vietnam in 1966, 1967, and 1968. I came home after Nixon became president. This is the worst administration in the history of the United States. As far as I'm concerned the blacks (for the most part but not all) have lost all that was gained by Dr. M. L. King Jr., especially as regarding respect. They are proving to be a bunch of criminal idiots. No wonder the prisons are full of blacks. Maybe we should have all their tubes tied till the get some sense.
Semper Fidelis

2003-2004 Cars (http://goo.gl/Qg8QJl?promo_code=11550-1&amp;utm_source=11550Breitbart&amp;utm_medium=nmwidget&amp;utm_campaign=widgetphase1)

Popular Weight Loss Solution Stumps Doctors (http://goo.gl/aM1TOS?promo_code=11550-1&amp;utm_source=11550Breitbart&amp;utm_medium=nmwidget&amp;utm_campaign=widgetphase1)

What's This? (http://www.newsmax.com/widget/whatsThis?cid=211)

## SIGN UP FOR OUR NEWSLETTER

e-mail address                          *SUBSCRIBE*

## FROM OUR PARTNERS

### Fox News Politics

US considering new Iraq relief mission for group under siege by ISIS, official says (http://feeds.foxnews.com/~r/foxnews/politics/~3/mK0zgAEYmjk/)

*27 Aug 2014, 7:34 AM PDT*

US economy forecast to grow by just 1.5 percent in 2014 (http://feeds.foxnews.com/~r/foxnews/politics/~3/FgsexCY-VX8/)

*27 Aug 2014, 7:26 AM PDT*

Faux real: Obama to unveil global warming 'treaty' (http://feeds.foxnews.com/~r/foxnews/politics/~3/i4U_O6h3BTk/)

*27 Aug 2014, 6:58 AM PDT*

D.C. tries to reinstate overturned handgun ban (http://feeds.foxnews.com/~r/foxnews/politics/~3/IPWqfbJHMIc/)

*27 Aug 2014, 6:34 AM PDT*

Welcome to Franklin, Va., population 8,638 — and one mine-resistant vehicle (http://feeds.foxnews.com/~r/foxnews/politics/~3/Ybq77AV0tOc/)

*27 Aug 2014, 6:14 AM PDT*

### Fox News National

US marshals in New York City shootout; fugitive wanted in Virginia, North Carolina is wounded (http://feeds.foxnews.com/~r/foxnews/national/~3/C73fKYLlLY0/)

*27 Aug 2014, 8:44 AM PDT*

Treasury sanctions leadership, financial networks of terrorist group blamed for Mumbai attack (http://feeds.foxnews.com/~r/foxnews/national/~3/VWKJecm-7ts/)

*27 Aug 2014, 8:34 AM PDT*

Man fatally shoots wife, wounds himself at New Jersey hospital; Motive under investigation (http://feeds.foxnews.com/~r/foxnews/national/~3/UEnCWtksegw/)

*27 Aug 2014, 8:33 AM PDT*

Military officials: Jet in Virginia crash was based in Massachusetts; status of pilot unknown (http://feeds.foxnews.com/~r/foxnews/national/~3/KAleMQDQzDE/)

*27 Aug 2014, 8:30 AM PDT*

Bourbon Street suspect pleads not guilty to manslaughter, attempted murder in June shooting (http://feeds.foxnews.com/~r/foxnews/national/~3/t8SGYX4hxjU/)

*27 Aug 2014, 8:15 AM PDT*

### Fox News Sports

Mariners give spot start to Ramirez in finale with Rangers (http://feeds.foxnews.com/~r/foxnews/sports/~3/H4a6aP12NE8/)

*27 Aug 2014, 7:27 AM PDT*

Gallardo goes after sixth straight road win in San Diego (http://feeds.foxnews.com/~r/foxnews/sports/~3/NDu6MbJnIzY/)

*27 Aug 2014, 7:27 AM PDT*

Tigers shoot for fourth straight win versus Yanks (http://feeds.foxnews.com/~r/foxnews/sports/~3/6ZDm48oAMIE/)

*27 Aug 2014, 7:26 AM PDT*

Orioles go for another home win over Rays (http://feeds.foxnews.com/~r/foxnews/sports/~3/BcqiAk5nVwE/)

*27 Aug 2014, 7:24 AM PDT*

Blue Jays hope to avoid sweep vs. Red Sox (http://feeds.foxnews.com/~r/foxnews/sports/~3/jmEprlxF0mU/)

*27 Aug 2014, 7:22 AM PDT*