(http://www.elpasotimes.com)

**NEWS (/NEWS)**

Weather: (http://www.elpasotimes.com/weather)

El Paso, TX   |   Now: 81° (http://www.elpasotimes.com/weather)   |   High: 90° (http://www.elpasotimes.com/weather)   |   Low: 68° (http://www.elpasotimes.com/weather)   |   5-Day Forecast (http://www.elpasotimes.com/weather)

HOT TOPICS:    FBI raids Anamarc (http://www.elpasotimes.com/news/ci_26413205)    Ballpark emails (http://www.elpasotimes.com/latestnews/ci_26416164)

Home › News › Story

...

**2:13-cv-193**
**09/02/2014**

**DEF2496**

NEXT ARTICLE IN NEWS (/NEWS?source=JBarFlyout)

**Downtown El Paso ballpark email case will be appealed to Texas Supreme Court (http://www.elpasotimes.com/news/ci_26416164/downtown-el-paso-ballpark-email-case-headed-texas?source=JBarTicker)**

» Continue to article... (http://www.elpasotimes.com/news/ci_26416164/downtown-el-paso-ballpark-email-case-headed-texas?source=JBarTicker)

# El Paso officials: Voter ID rolls out smoothly

By Luis Carlos Lopez / El Paso Times (mailto:llopez@elpasotimes.com?subject=El Paso Times: )

POSTED: 10/26/2013 12:35:36 AM MDT

County election officials said they haven't experienced any problems in the first election in which Texans are required to provide an ID in order to vote.

Early voting for the Nov. 5 election began Monday. This is the first time since Texas implemented its voter ID law that requires voters to show a valid form of identification before casting their ballot.

**REPORTER**
Luis Carlos Lopez

(https://www.facebook.com/lclopez4)
(https://twitter.com/lclopez4)

"So far it's not creating any problems at all. Everybody is complying with the law," said Javier Chacon, El Paso County elections administrator.

But there are some who say the voter ID law will disenfranchise people of color and women. The law requires that the name on the identification card match the name listed on the voter registration card. This creates potential problems for some women who use maiden or hyphenated names.

Democratic state Rep. Mary González of El Paso lashed out against the law and state Republicans in a statement saying, "The Texas GOP has long waged a war on women, and now they've taken that attack to our fundamental right to vote."

Texas Secretary of State John Steen disputed allegations from González and others that people couldn't vote if the name on their ID didn't exactly match the name on the voter registration.

"As long as the names are substantially similar, all a voter will have to do is initial to affirm he or she is the same person who is registered," Steen said in a statement. "Poll workers have been trained to account for names that might be substantially similar but not an exact match due to a number of circumstances including the use of nicknames, suffixes, and changes of name due to marriage or divorce."

The Legislature in 2011 passed a law requiring identification from voters, but the law was blocked by the Justice Department under powers granted by the Voting Rights Act. The Supreme Court earlier this year ruled that key elements of the Voting Rights Act were unconstitutional and Texas immediately announced it would begin enforcing the voter ID law.

The Justice Department has since filed a separate lawsuit challenging the ID law, but it remains in effect for the current election.

Fernando Garcia, executive director for Border Network for Human Rights, said that while his organization is not directly involved in the issue, he maintains that the new law uses voter fraud as an excuse to keep the elderly and people of color from voting.

"What we've seen in the past is that it's an intentional attempt to limit voting," he said.

The county elections office lists seven accurate forms of identification that can be used to vote -- a driver's license, an election identification certificate, personal identification card, concealed handgun license, U.S. military identification card, U.S. citizenship certificate and a U.S. passport.

Identification must be up to date or have expired "no more than 60 days before being presented for voter qualification at the polling place; except for the United States citizenship," the county elections website states.

Early voter Jose Rodriguez said Friday that the new law didn't inconvenience him.

"No," he responded when asked whether voting was a hassle. "This time it was simpler and faster," the West El Paso resident said.

Blanca Hernandez said Friday that she plans to vote but hasn't yet because she wants to educate herself a little more on the issues. The Northeast El Paso resident added that she doesn't have any second thoughts about voting under the new law.

"It's not going to dissuade me from voting because I already carry a valid ID," she said.

Early voting continues through Nov. 1 for the Nov. 5 election, with voters being asked to decide nine proposed amendments to the Texas Constitution.

Voters in San Elizario are deciding whether to incorporate as a city; Horizon City and Socorro are having municipal elections.

Luis Carlos Lopez may be reached at 546-6381.

## MOST POPULAR (/POPULAR)

DAY (/POPULAR)  HOUR (/POPULAR)  NEWS (/POPULAR)  SPORTS (/POPULAR)
BIZ (/POPULAR)  A&E (/POPULAR)  EMAIL (/POPULAR)  LIFESTYLE (/POPULAR)

El Paso Electric seeks proposals for Fort Bliss, Montana solar plants (http://www.elpasotimes.com/business/ci_26404768/el-paso-electric-seeks-proposals-fort-bliss-montana?source=most_viewed)

## TAKE ACTION

Got a tip? (/formnewsroom)

Send us a photo (mailto:webdesk@elpasotimes.com)

Have a correction?

**NEXT ARTICLE IN** NEWS (/NEWS?source=JBarFlyout)
**Downtown El Paso ballpark email case will be appealed to Texas Supreme Court (http://www.elpasotimes.com/news/ci_26416164/downtown-el-paso-ballpark-email-case-headed-texas?source=JBarTicker)**

» Continue to article... (http://www.elpasotimes.com/news/ci_26416164/downtown-el-paso-ballpark-email-case-headed-texas?source=JBarTicker)

Driver arrested on intoxicated assault charges in Loop 375 crash in far East El Paso (http://www.elpasotimes.com/emailed/ci_25896611/driver-arrested-intoxicated-assault-charges-loop-375-crash?source=most_viewed)

(mailto:borderland@elpasotimes.com?subject=Correction%3A%20http://www.elpasotimes.com/news/ci_24391851/voter-id-law-rolls-out-smoothly-el-paso)

Text alerts (/mobile/alerts)

High school football countdown No. 2: Canutillo Eagles have high aspirations for 2014 (http://www.elpasotimes.com/sports/ci_26394673/eagles-have-high-aspirations-2014?source=most_viewed)

Offers and articles from around the Web     ADVERTISEMENT


This simple ingredient may reduce signs of aging...


New Rule in Texas: If you pay for car insurance you better read this...


Austin arrest records. Who do you know?


Are YOU The Next Einstein? 79% Of Users Failed This Quiz!

...

Recommended for You
- Washington Monthly again ranks UTEP among Top...
- High school football countdown No. 1: Franklin...
- Live Twitter updates: Sentencing phase in...
- Lockdown lifted at schools in far East El Paso
- FBI raids Anamarc College
- El Paso Sheriff: Kidnapping of 12-year-old...

-- SPONSORED LINK --
Firing range instructor dies after 9-year-old shoots him with an Uzi
(From DailyMe.com)



Article commenting rules of the road (http://www.elpasotimes.com/ci_25706970)

**NEXT ARTICLE IN** NEWS (/NEWS?source=JBarFlyout)

**Downtown El Paso ballpark email case will be appealed to Texas Supreme Court (http://www.elpasotimes.com/news/ci_26416164/downtown-el-paso-ballpark-email-case-headed-texas?source=JBarTicker)**

» Continue to article... (http://www.elpasotimes.com/news/ci_26416164/downtown-el-paso-ballpark-email-case-headed-texas?source=JBarTicker)

...

:OInhrboy313UtWp4I0zAm7CrViUMQHN0bvBuk0jdi0v5nZpymcfvK6NIpuisSeeC40xUmZaFErUphsHM2BU5_SPCc942w7hGmyt2dLjOamKGJVTvdWeWB0TzPtYxm5imNqQxx3WnkTgBAGgBh4&
oAwGqBK4BT9DAbLLGvLYwVRI68HwxJcRZTZcPlQT46puDxTFcwQ8xiucid6WrqEYPhcnyi2BDiqatLo3FwqMp7UFBmCQtx2qUuKwsxPnve-
tp://www.cavendercadillac.com/%3Futm_source%3DTime%2520Warner%2520Media%26utm_medium%3Dbanner%26utm_campaign%3DAudNet)

**NEXT ARTICLE IN** NEWS (/NEWS?source=JBarFlyout) ✖

**Downtown El Paso ballpark email case will be appealed to Texas Supreme Court (http://www.elpasotimes.com /news/ci_26416164/downtown-el-paso- ballpark-email-case-headed- texas?source=JBarTicker)**

» Continue to article... (http://www.elpasotimes.com/news/ci_26416164 /downtown-el-paso-ballpark-email-case-headed- texas?source=JBarTicker)

## THE BOTTOM LINE



**Daily 10 Seconds with Dana Carvey**

After you watch our featured video above, you can enjoy cartoon-shorts starring: David Spade, Julianne Moore, Chris Rock and more!

NEXT ARTICLE IN NEWS (/NEWS?source=JBarFlyout)

**Downtown El Paso ballpark email case will be appealed to Texas Supreme Court (http://www.elpasotimes.com/news/ci_26416164/downtown-el-paso-ballpark-email-case-headed-texas?source=JBarTicker)**

» Continue to article... (http://www.elpasotimes.com/news/ci_26416164/downtown-el-paso-ballpark-email-case-headed-texas?source=JBarTicker)

[(http://www.elpasotimes.com)](http://www.elpasotimes.com)

Copyright © 2014 The El Paso Times

Copyright (http://www.elpasotimes.com/portlet/layout/html/copyright/copyright.jsp?siteId=525)
Privacy Policy (http://www.elpasotimes.com/portlet/layout/html/privacypolicy/privacypolicy.jsp?siteId=525)
Site Map (http://www.elpasotimes.com/sitemap)
MNG Corporate (http://www.medianewsgroup.com/Pages/default.aspx)

...

**NEXT ARTICLE IN** NEWS (/NEWS?source=JBarFlyout)

**Downtown El Paso ballpark email case will be appealed to Texas Supreme Court (http://www.elpasotimes.com /news/ci_26416164/downtown-el-paso- ballpark-email-case-headed- texas?source=JBarTicker)**

» Continue to article... (http://www.elpasotimes.com/news/ci_26416164 /downtown-el-paso-ballpark-email-case-headed- texas?source=JBarTicker)