


VictoriaAdvocate.com  74° See forecast  

| NEWS | SPORTS | OPINION | FEATURES | ENTERTAINMENT | SPECIAL REPORTS | PHOTOS & VIDEO | | JOBS | HOMES | CARS | MARKETPLACE |

Local  YourStreet!  Weather  Obituaries  Police & Courts  Counties  Business  Region & State  Nation & World  Years Ago  Corrections  Your News

← WIN A $100 VISA GIFT CARD! →

NEWS > LOCAL NEWS

## Voter ID law no problem in Crossroads

PRINT   SHARE   15 COMMENTS   REPORT ERROR



Jennifer Preyss • Originally published October 27, 2013 at 10:27 p.m., updated October 27, 2013 at 10:27 p.m.

Early voting has not been compromised in the Crossroads by Texas' new voter identification law.

Victoria County Elections Administrator George Matthews said voters have not been kept away from the polls.

"Even if names on their ID do not match exactly, they're still checking to see if the first name and date of birth are the same," Matthews said.

Voters are no longer required to bring their voter registration certificate and must bring a proper identification, Matthews said. If a person's name has changed since registration, he or she must inform the polling location what name was used when he or she initially registered, he said.

Women who may have been unmarried when they registered and are voting as a married woman with a different last name need to be prepared to answer a few additional questions.

There is a form, Matthews said, that they can fill out at the polling location to change their registration information if they have changed their surname.

"There are ways to prove identification when the names aren't similar," said Matthews, mentioning the photograph on the identification, address, date of birth and maiden name can be useful when determining someone's identity.

If an identification cannot be verified because a person's name, phone number, address and photo are too dissimilar, the voter will vote on a provisional ballot, Matthews said.



Click here to discover what's happening on YourStreet!

PRINT   SHARE   15 COMMENTS   REPORT ERROR

### Comments

Add a comment...  Comment

 **Alonzo Salazar** · Top Commenter · Houston, Texas
The poll tax was easier and cheaper to comply with than this unnecessary voter suppression act. Don't get me wrong, I'm glad the GOP is doing this. Because like everything else they're doing these days, this drives sensible republicans, moderates and minorities away from their already damaged brand. It is like Lindsey Graham said, "We're not generating enough angry white guys to stay in business for the long term." Neither are they generating Stepford Wives. And the educated white woman's vote is what's going to push the GOP over the cliff. It's the "long term" thing these folks don't get.
Reply · Like · 3 · October 30, 2013 at 6:15am

 **Steven Rozas** · Top Commenter · Delta School of Business and Technology
Did you bother to read the article? The voter ID law hasn't presented any problems. The gloom and doom stories were just that, stories.
Reply · Like · 1 · October 31, 2013 at 12:13pm

 **Travis Smith** · Top Commenter · Victoria, Texas
Mr. Salazar's constant complaints about people needing ID to vote are laughable at best and his comments about generating 'angry white people' whatever that means are at best borderline racist, and probably worse than that.
Reply · Like · November 14, 2013 at 3:47pm

 **Alonzo Salazar** · Top Commenter · Houston, Texas
Steven Rozas
you might want to read more than this one article
Reply · Like · 1 · November 14, 2013 at 6:40pm

View 2 more

 **Claire Fletcher** · Top Commenter · Instructor of Liberal Opinions at Warping young minds at your local college and university
How do you deny someone a right given to them by our Constitution because they don't have a license? Or how about because they changed their name when they got married? Plenty of people do not have valid ID, like elderly who no longer drive or live in nursing homes. Did they give up their right to vote?
You confuse the RIGHT to vote with a PRIVILEGE like driving and cashing checks.
Look up RIGHT TO VOTE - everyone has it, only some want to take it away.
Reply · Like · 3 · October 28, 2013 at 11:22am

 **Alonzo Salazar** · Top Commenter · Houston, Texas
they know what a constitutional right like the right to vote is - but they have no respect for our constitution when they suspect the vote is not going to them
Reply · Like · 3 · October 30, 2013 at 7:12am

 **Dennis Trojcak** · Top Commenter
Seems that a lot of the opposition was nothing but a bunch of lies.
Reply · Like · 2 · October 28, 2013 at 5:09am

 **Alonzo Salazar** · Top Commenter · Houston, Texas
the allegations of voter fraud are lies
Reply · Like · 3 · October 30, 2013 at 6:01am

 **Ruben Mercado** · Works at Mac Haik Ford Lincoln Hyundai
I don't Have no license!
Reply · Like · 2 · October 28, 2013 at 7:14am

 **Dennis Trojcak** · Top Commenter
How do you function in modern society without a vaiid ID?
How do you cash your paycheck?
How do you use a credit/debit card if you have one?
What did you provide to your employer when they had to do the I-9 check to verify your employment eligibility?
Reply · Like · 4 · October 28, 2013 at 7:57am

 **Kelly Hinman Kirkpatrick** · Top Commenter
You don't have to have a drivers license just a valid id. If you changed your name due to marriage you should have a marriage license. To get a social security card you need id. Elderly voting by mail would not need id.
Reply · Like · 1 · October 28, 2013 at 4:21pm

 **Jack Evony** · Top Commenter
Voting is a serious issue and every effort, including requiring identification, should be made to insure a person gets one vote and one vote only, and that people voting are eligible to do so.
Reply · Like · October 30, 2013 at 8:56am

 **Karen DrillSgt Caughey** · Top Commenter
NO ID NO VOTING. It's not that hard to get an ID. Smh.
Reply · Like · October 30, 2013 at 6:40pm

Facebook social plugin

---



Prosperity Bank ad

### Related Stories

**More early voting numbers**
LOCAL NEWS · 0 comments · October 21, 2010

**Calhoun County Commissioner, Precinct 1**
CALHOUN COUNTY · 0 comments · October 4, 2012

**Calhoun Democrat Primary County Commissioner Precinct 1**
CALHOUN COUNTY · 0 comments · April 28, 2012

**Voters to pick representative for new Congressional District 27**
LOCAL NEWS · 0 comments · October 10, 2012

**Victorians turn out to vote early**
LOCAL NEWS · 0 comments · October 20, 2010

See 266 more related stories



CrossroadsFINDER.com
**Top Classifieds**
We Pay Off Auto Title Loans - Get Free...
We Pay Off Auto Title Loans Get Lower Payments...
We Pay Off Auto Title LoansGet
We Pay Off Auto Title LoansGet Lower PaymentsGet...
Cash cow 3 plex and 4 plex in
Cash cow 3 plex and 4 plex in Port Lavaca...


2:13-cv-193
09/02/2014
DEF2503

---



VictoriaAdvocate.com

| SECTIONS | SERVICES | CONNECT | HELP | CLASSIFIED | DIRECTORY |
|---|---|---|---|---|---|
| Photos | Reader Services | Editorial contacts | Advertising solutions | Buy an ad | Arts & Entertainment |
| Video | iPhone/iPad App | Company contacts | Site FAQS | Announcements | Education |
| Events/listings | Mobile | Comments/feedback | Corrections | Apartments | Food & Dining |
| Columns | Digital Edition | Advocate events | About Advocate | Cars for sale | Health Care |
| Blogs | Newsletters/alerts | Twitter | | Garage sales | Home & Garden |
| | News in Education | Facebook | | Help wanted | Recreation |
| | | RSS | | Homes for sale | Retail |
| | | | | Obituaries | Services |
| | | | | Pets for sale | Travel & Accomodations |
| | | | | Public records | More |

About Us  Staff Directory  Employment Opportunities  Digital Edition  Credits  Advertise With Us  FAQS  Your Services  Contact Us

Copyright © 1998 - 2014 Victoria Advocate Publishing Co., All Rights Reserved. Private Policy and Terms of Use.

Powered by Advocate Digital Media