

# Earl Survey Research Lab

## POLS Class Survey, spring 2013 - Post-Primary Election

Telephone survey of adults 18 years old and older in the state of Texas. Fielded Thursday, March 6 – April 3, 2014. N=454 with a margin of error of ± 4.6%

**Q1** If the election for <u>Texas Governor</u> was held today, would you vote for Democrat Wendy Davis or Republican Greg Abbott, or some other party/candidate, or are you not sure?

1 Democrat Wendy Davis
2 Republican Greg Abbott
3 Some other party/candidate
8 Not sure/Don't know



2:13-cv-193
09/02/2014
DEF2511

**Q2** Do you approve or disapprove of the way **Barack Obama** is handling his job as <u>President of the United States</u>?

1 Approve
2 Disapprove



**Q3** Do you approve or disapprove of the way **Ted Cruz** is handling his job as a <u>United States Senator for Texas</u>?

1 Approve
2 Disapprove



**Q4** Do you approve or disapprove of the way **John Cornyn** is handling his job as a <u>United States Senator for Texas</u>?

Approve
Disapprove



**Q5** Do you approve or disapprove of the way **Rick Perry** is handling his job as <u>Governor of Texas</u>?

Approve
Disapprove



**Q7** Do you think marriages between gay and lesbian couples should or should not be recognized by the law as valid, with the same rights as traditional marriages?"

Should be recognized as valid
Should NOT be recognized as valid
Don't Know / Not Sure





**Q9a** Did you encounter any problems being able to vote when providing a photo identification at the polls?

1 No, I had NO problems when presenting my photo ID
2 Yes, I had problems with my photo ID, and I had to cast a provisional ballot
3 Yes, I had problems with my photo ID, but I was able to resolve those problems   and eventually vote normally
4 Yes, I had problems with my photo ID and was not allowed to vote



**Q12** As you may know, the federal government's National Security Agency collects all telephone records on who you have called and who has called you, as well as information on the date and location of your phone calls; but, the government does not listen to these phone calls. Do you believe this program is necessary to fight terrorism, or do you believe this program goes too far in violating peoples' privacy rights?

Necessary to fight terrorism
Goes too far and violates peoples' privacy rights



**Q10** Do you generally approve or disapprove of the 2010 Affordable Care Act, signed into law by President Obama that restructured the U.S. health care system?



**Q11** Which comes closest to your view about **illegal immigrants** who are currently living in the United States? They should be allowed to stay in the United States and to eventually apply for U.S. citizenship. **OR** They should be allowed to remain in the United States, but NOT be allowed to apply for U.S. citizenship. **OR** They should be required to leave the U.S. **OR** you don't know enough to say.

1 Stay, apply for citizenship
2 Remain, not apply for citizenship
3 Be required to leave
4 Don't know enough to say



**Q13** In general, would you say you approve or disapprove of the **Tea Party movement** or are you not familiar enough with the Tea Party movement to have an opinion?



**Q6** Lately there has been a lot of discussion about states passing photo ID laws as a requirement for voting. **Texas** now requires voters to show a photo ID prior to voting. What best describes your opinion of this type of law?

1 Mainly used to prevent fraud
2 Mainly used to make it harder for some to vote



**Q15** Thinking about the current path that our nation is taking, do you think our country is on the **right track** or headed in the **wrong direction**?



**Q14** How much confidence do you have in Texas courts?





**Methodology**

Population: Adults 18 years old and older with land-line (32%) and mobile telephones (68%) throughout the state of Texas. Sampling methodology: List-assisted random digit dialing (RDD) sample. An RDD sample is generated and cleaned using existing telephone lists (to filter business and other inappropriate numbers) and then numbers are quick dialed to remove nonworking numbers. There are 454 completed surveys. The data have been weighted for race and gender. The margin of error is ± 4.6%. Dates in field: March 6 to April 3, 2014.

The interviews were conducted by undergraduate political science students enrolled in Due Process, taught by Dr. Mark McKenzie, Political Behavior, taught by Dr. Seth McKee, and Introduction to American Government, taught by Dr. Mark McKenzie.

AAPOR Calculation 1 (the most conservative estimate):
Response rate: 13.6%
Cooperation rate: 4.1%