# Pew Research Center

U.S. POLITICS | MEDIA & NEWS | SOCIAL TRENDS | RELIGION | INTERNET & TECH | HISPANICS | GLOBAL

PUBLICATIONS | TOPICS | DATA | INTERACTIVES | FACT TANK | ABOUT

## FACT TANK
### NEWS IN THE NUMBERS

MAY 5, 2014

# Millions of Americans changed their racial or ethnic identity from one census to the next

BY **D'VERA COHN** | 3 COMMENT

Millions of Americans counted in the 2000 census changed their race or Hispanic-origin categories when they filled out their 2010 census forms, according to new research presented at the annual Population Association of America meeting last week. Hispanics, Americans of mixed race, American Indians and Pacific Islanders were among those most likely to check different boxes from one census to the next.



The researchers, who included university and government population scientists, analyzed census forms for 168 million Americans, and found that more than 10 million of them checked different race or Hispanic-origin boxes in the 2010 census than they had in the 2000 count. Smaller-scale studies have shown that people sometimes change the way they describe their race or Hispanic identity, but the new research is the first to use data from the census of all Americans to look at how these selections may vary on a wide scale.

"Do Americans change their race? Yes, millions do," said study co-author Carolyn A. Liebler, a University of Minnesota sociologist who worked with Census Bureau researchers. "And this varies by group."

Why? There are many possibilities, although the researchers did not present any hard conclusions. By some measures, the data provide more evidence of Americans' puzzlement about how the census asks separately about race and ethnicity. (The Census Bureau is considering revising its race and ethnicity questions for the next census, in 2020, in hopes of matching better how Americans think about this topic.) But there could be other reasons, too, such as evolving self-identity or benefits associated with being identified with some groups.

The Census Bureau granted the researchers restricted access to confidential data in return for a legally binding promise that they would not reveal details of any individual responses, and they produced their estimates by matching 2000 and 2010 census forms for the same people. Though they were able to analyze data for more than half the U.S population (and most of the 281 million counted in 2000), the amount of category-changing might be even higher in the total population, they said.

People of every race or ethnicity group altered their categories on the census form, but some groups had more turnover than others. Relatively few people who called themselves non-Hispanic white, black or Asian in 2000 changed their category in 2010, Liebler said. Responses by Hispanics dominated the total change, she said, but there was major turnover within some smaller race groups as well.

The largest number of those who changed their race/ethnicity category were 2.5 million Americans who said they were Hispanic and "some other race" in 2000, but a decade later, told the census they were Hispanic and white, preliminary data showed. Another 1.3 million people made the switch in the other direction. Other large groups of category-changers were more than a million Americans who switched from non-Hispanic white to Hispanic white, or the other way around.

Hispanics account for most of the growing number and share of Americans who check "some other race" on the census form. Many do not identify with a specific racial group or think of Hispanic as a race, even though it is an ethnicity in the federal statistical system. Census officials added new instructions on the 2010 census form stating that Hispanic ethnicity is not a race in an attempt to persuade people to choose a specific group. (That change, as well as other wording edits in the instructions to respondents between 2000 and 2010 may be one reason some people switched. The order of the questions and the offered categories did not change.) The Census Bureau is also testing a new race and Hispanic question that combines all the options in one place, rather than asking separately about race and Hispanic origin.

More than 775,000 switched in one direction or the other between white and American Indian or only white, according to preliminary data. A separate paper presented at the conference reported "remarkable turnover" from 2000 to 2010 among those describing themselves as American Indian. Ever since 1960, the number of American Indians has risen more rapidly than could be accounted for by births or immigration.

There also was considerable change within a decade's time among some smaller race groups. For example, only one-third of Americans who checked more than one race in 2000 kept the same categories in 2010, according to preliminary data. Only two-thirds of non-Hispanic single-race Native Hawaiians and other Pacific Islanders kept the same categories.

Previous research on people's racial self-identification has found that they may change categories for many reasons, said demographer Sharon Lee of the University of Victoria in Canada, at the population conference. The question mode—whether people are asked in person, on a paper form, on the phone or online—makes a difference. Some people may change their category after they find out they had an ancestor of a different race, she said. Or they may decide there are benefits (such as priority in college admissions) to including themselves in a certain group.

Some category-changers were children in 2000 whose race was filled in by their parents, but by 2010 were old enough to choose for themselves, which may account for some of the change. Children in some groups in 2000—for example, white and black—were especially likely to be recorded in a different category in 2010, Liebler said. (Although she did not mention President Barack Obama, he chose to check only "black" on his 2010 census form, even though his mother was white and father black.)

Lee and Liebler said researchers need to account for the amount of change in people's racial and Hispanic self-description in their work, but Lee cautioned that they should not overreact. "There is not a trivial amount of change," she said, "but it's not across every group."

The analysis was done under a Census Bureau program to allow limited access to its confidential data for specific studies of important issues by outside researchers who agree not to reveal any personally identifying information about individuals. In this case, researchers did not have access to individual names, dates of birth or other personal information, because each person's linked 2000 and 2010 forms were identified by a numerical code called a "personal identification key."

The researchers only included in their analysis people living in households where someone in the family filled in their race or Hispanic origin. They excluded people whose details were supplied by neighbors or imputed by the Census Bureau, and those living in group quarters, such as college dormitories or prisons. They also dropped anyone who checked "some other race" and an additional race in 2000, because that category had an unusual amount of processing error. The researchers said the people they matched were not nationally representative.

TOPICS: RACE AND ETHNICITY, U.S. CENSUS

Share the link: http://pewrsr.ch/1g2TU7



**D'Vera Cohn** is a Senior Writer at the Pew Research Center's Social & Demographic Trends Project.

POSTS | EMAIL | BIO | @ALLTHINGSCENSUS

---

**GET PEW RESEARCH DATA BY EMAIL**

Enter your email address | SIGNUP

### Leave a Comment

Name | Email (will not be published)

Log in with Facebook
Sign in with Google

All comments must follow the Pew Research comment policy and will be moderated before posting.

Post Comment

### 1 Comment

**Steve Sailer** • 4 hours ago
Thanks. Most interesting. It would be nice to have a table of the quantities of race/ethnicity changers in absolute and percentage terms when the paper is published.
Best wishes,
Steve Sailer
Reply

## ABOUT FACT TANK
Real-time analysis and news about data from Pew Research writers and social scientists.

TWITTER | RSS | ARCHIVE

### RECENT POSTS

Democrats find themselves divided on Keystone pipeline

Supreme Court affirms town council's right to prayer

More women than men earn the federal minimum wage

Millions of Americans changed their racial or ethnic identity from one census to the next

Chart of the Week: How America's poor can still be rich in stuff

### TWEETS BY @FACTTANK

Tweets | Follow

PewResearch FactTank
@FactTank

Republicans and independents strongly support building the #KeystoneXL pipeline, Dems divided.
pewrsr.ch/1RJHVjv
pic.twitter.com/T6Yqok4Dxf

Expand

Vox @voxdotcom
New report from @brookingsinst shows American entrepreneurship is plummeting: bit.ly/1scVim1
pic.twitter.com/3Bvgjh4soJ

Retweeted by PewResearch

Tweet to @FactTank

### RELATED

SOCIAL TRENDS | APR 30, 2014
5 facts about the modern American family

HISPANIC | APR 24, 2014
More Hispanics, blacks enrolling in college, but lag in bachelor's degrees

FACT TANK | APR 22, 2014
Supreme Court says states can ban affirmative action; 8 already have

U.S. POLITICS | APR 22, 2014
Public strongly backs affirmative action programs on campus

SOCIAL TRENDS | APR 22, 2014
Census may change some questions after pushback from public

Pew Research Center
1615 L Street, NW, Suite 700
Washington, DC 20036
202.419.4300 | main
202.419.4349 | fax
202.419.4372 | media inquiries

RESEARCH PROJECTS
Pew Research Center for the People & the Press
Pew Research Center's Journalism Project
Pew Research Center's Internet & American Life Project
Pew Research Center's Religion & Public Life Project
Pew Research Center's Hispanic Trends Project
Pew Research Center's Global Attitudes Project
Pew Research Center's Social & Demographic Trends

FOLLOW PEW RESEARCH
Email Newsletters
Facebook
Twitter
Tumblr
YouTube
Google+
RSS

ABOUT PEW RESEARCH Pew Research Center is a nonpartisan fact tank that informs the public about the issues, attitudes and trends shaping America and the world. It conducts public opinion polling, demographic research, media content analysis and other empirical social science research. Pew Research does not take policy positions. It is a subsidiary of The Pew Charitable Trusts.

Copyright 2014 Pew Research Center | Terms & Conditions | Privacy Policy | Feedback | Careers | Find an Expert