


# What Voter Fraud? Study Finds More Than 35K Incidents of 'Double Voting' In North Carolina In 2012

11,819 Shares | By Caroline Schaeffer | 19 hours ago

Share | Email

Opponents of Voter ID laws may continue to say that voter fraud is not real, or that you are more likely to be **taken by a UFO** than to find voter fraud, but unfortunately for them, facts don't lie.

The North Carolina Board of Elections has found that there were 35,570 instances of "double voting" in the state in 2012, according to *National Review*. These voters shared the same first and last names and dates of birth with people who voted in other states in the same election.

Another 765 North Carolinians shared the same names and last four digits of their Social Security number with voters elsewhere.

Additionally, at least 81 dead people voted in that election, according to election board executive director Kim Westbrook Strach.

via *National Review*:

> While some appear to have submitted absentee ballots prior to their death, she said "there are between 40 and 50 who had died at a time that that's not possible."

The review used data from 27 other states, which included 101 million voter records. That means there are 22 states which haven't corroborated data – there are likely many more instances of double voters out there.

The anti-Voter ID crowd may charge those in favor of a nationwide with being racist or biased against the poor. They may say that it is an attempt to suppress certain populations of the right to vote. But these reckless accusations are just a distraction from the very real, very troublesome truth of voter fraud across the country.









### From The Web

- 14 Social Security Benefits You Haven't Been Taking (Newsmax)
- 3 Marketing Trends to Watch in 2014 (PPimes)
- How to Use Social Data to Manage Risk and Security (Brandwatch Blog)
- Childish Gambino Lives In Alabama On The Beach (MTV)
- Why Professional Women Aren't Reaching the Top — And 5 Ways Other Women... (Berkley University)
- Are Workers Over 50 Obsolete? (BrainyHQ)

### More From The Web

- Seriously, Stop Refrigerating These Foods (Reviewed.com)
- Incredible Performance By The Avett Brothers At The Hangout Fest (MTV)
- Warren Buffett Reveals How Anyone With $40 Can Become A Millionaire (The Motley Fool)
- Kate Middleton Humiliates Prince William (Stirring Daily)
- The Warning Signs of Kidney Disease (Healthgrades)
- 4 Hormones All Skinny People Have In Balance (Real Dose)
- Is This One Food Causing Breast Cancer? (Newsmax)

Tweet | Email

Comments section with numerous user comments follows (Donald Reed, Tim Tompas, Barbara Alma, Larry Scaiff, Chris Swenson, Janice Alford, Anthony Dee, Brandon Wilson, Michael Moerland, Beverly Wayland Martin, Mitch Campbell, Jeri Cooper, Bill McGarry, Wade Johnson, David Jordan, Bruce Zarek, Paul Wendel Brock, John Samolis, etc.)













### TRENDING

- Westboro Baptist Protests Brad Paisley, So the Country Star Brings the Snark with a Selfie Slam
- 11 Things You Need to Know about Obama's Exchange of the 'Last American POW' for 5 Gitmo Terrorists
- 65 Conservative Celebrities
- This Is What It Looks Like When A Liberal Is Too Cheap To Leave A Tip
- Official Confirms That U.S. Intelligence Was Investigating Berghdahl Even Before He Disappeared
- Watch: 2008 Presidential Candidate Barack Obama Makes 7 Promises To Our Veterans
- Dems Plan to Release 2014 Campaign Slogan and Boy Do We Have Some Suggestions
- Watch: 'Cosmos' Host Neil DeGrasse Tyson Explain Why He Thinks Aliens Passed Up On Visiting Earth
- VA Chaplain: Gov't Made Me Hide Crosses and Pictures of Jesus, Banned Me From Reading Bible Aloud
- NASA May Be Sucking Wind, But The New SpaceX Dragon V2 Is Awesome
- What Voter Fraud? Study Finds More Than 35K Incidents of 'Double Voting' In North Carolina In 2012
- VIDEO: Terrorists Released From Guantanamo Bay Get a 'Heroes' Welcome' in Qatar
- Update: Baker Who Lost Case For Refusing To Bake For A Gay Wedding Will No Longer Sell Wedding Cakes
- The Results of Seattle's Minimum Wage Hike Deserve a Big Fat "We Told You So"
- 'This Is Mindboggling': Congressman Says There Will Be Hearings Over Obama's Illegal Terrorist Swap Deal
- Canada Tells Its Meteorologists: Stick To The Weather, Forget About Climate Change
- Congressman Who Served In Iraq and Afghanistan Calls Prisoner Release 'Shocking'
- Shockingly, MSNBC Guest Blames George Bush For Rise Of A Gay Wedding Breaking The Law By Releasing Gitmo Terrorists

More News...