

| LAW | | ECONOMY | | LAW | | ECONOMY | |
|---|---|---|---|---|---|---|---|
| Supreme Court Rules Obama's Recess Appointments Violated the Constitution | | Why Americans (Rightly) Hate Soccer | | Supreme Court Holds That Pro-Lifers Have First Amendment Rights Too | | Tomorrow Park Report" Finds Government Waste at All-Time High | |

# Nearly 7 Million Americans Registered to Vote in More Than One State

Kenric Ward / June 26, 2014 / 0 Comments



Photo: Tom Pennington/Getty Images

Some 6.9 million Americans are registered to vote in two or more states, according to a report from an election watch group.

"Our nation's voter rolls are a mess," says Catherine Engelbrecht, True The Vote president. "Sensible approaches to roll maintenance are fought tooth and nail by radical special interests who can use the duplicity in the system to their advantage."

The latest interstate cross check tallied 6,951,484 overlapping voter registrations, and they're just the tip of the iceberg.

The cross-check program involves only 28 states and does not include the three largest: California, Texas and Florida.

"Duplicate registration is an open invitation to voting fraud," said Clara Belle Wheeler, a member of the Election Board in Albemarle County, Va. "This ability to vote more than once dilutes the legal votes and changes the results of elections."

### >>> Virginia Voter Registration Headache: 306,000 Also Registered in Other States

The interstate cross-check program matches first and last names and dates of birth to identify multiple registrations. But the data are not routinely used to purge duplicates.

"Increasingly lax standards in our election process produce increasingly unreliable results," Engelbrecht asserted.

"The few conversations that are had about how to shore up these weaknesses are immediately seized on by certain politicians and special interest groups as fuel to further divide American voters based on trumped-up race and class-based narratives," she said.

Engelbrecht said the "vicious cycle" can be fixed "if citizens wake up, stand up and refuse to settle for a broken system."

### >>> Mississippi Voter ID Implemented With No Problems

Jay DeLancy, executive director of the Voter Integrity Project of North Carolina, says the solution is as simple as one-two-three:

First, tie registrations more closely to [each state's] Department of Motor Vehicles. All voter ID cards would originate there. As is today, when we get an ID card from DMV, we get registered to vote—but turning in your former state's ID card should revoke your right to vote in the state that issued it.

Second, make it a felony to possess a voter ID card—or any other DMV-issued ID card—from more than one state.

Third, we would only be allowed to vote from the address on that ID card. If a voter shows up with the wrong address, the vote is provisional until the card is corrected.

He added: "We don't need a federal ID card to do this. In fact, it wouldn't require any more feds to be hired."

States, however, will have to tighten up. And that could be a challenge—both politically and fiscally.

### >>> Voter ID: Protecting the Integrity of Our Elections

In Virginia, Wheeler noted that the State Board of Elections and [Department of Elections "have had their funding reduced greatly by the [Terry] McAuliffe administration." McAuliffe, a Democrat, took office in January.

"With reduced funding, they have a grossly limited staff and thus, will be gravely limited in the ability to do the cross checks and reduce voter fraud."

State Board of Elections officials, who provided the cross-check data in response to a Freedom of Information Act filing by the Virginia Voters Alliance, did not respond to Wheeler's accusation.

Two national voting rights groups — the League of Women Voters and America Votes — did not respond to requests for comment.

Kenric Ward

Kenric Ward is a reporter for Watchdog.org, a national network of investigative reporters covering waste, fraud and abuse in government. Watchdog.org is a project of the nonprofit Franklin Center for Government & Public Integrity.

---

Subscribe to updates and alerts   Enter email address   Sign up

## RELATED



LAW
Bitcoin Voting and the Myth of the Un-Hackable Election



LAW / SOCIETY
IRS Admits Wrongdoing, to Pay $50,000 in Leaking of Marriage Group's Tax Return



LAW / SOCIETY
Will Conservatives Back Sentencing Reform Merging 'Compassion and Common Sense'?

---

## Join The Discussion

---


Featured
Benghazi
Common Core
Cronyism
Obamacare
Home

Topics
Economy
Education
Energy
Health Care
Law
Security
Society

More Information
About the Daily Signal
Authors
Contact Us
Privacy Policy
Copyright Information
About The Heritage Foundation
Donate

Connect with us

