# Man pleads guilty in Texas to voting twice

ASSOCIATED PRESS • | JUNE 4, 2014 | 7:23 AM

GALVESTON, Texas (AP) — A man who voted absentee in Texas and Minnesota during the 2012 general election then touted his bogus balloting on Facebook has pleaded guilty.

A judge in Galveston on Tuesday fined Richard Alan Collier $4,000 after he pleaded guilty to a misdemeanor violation of Texas election law.

Collier, who pleaded guilty to attempt to commit illegal voting, claimed residence in both states when seeking absentee ballots for the November 2012 election. Authorities say Collier then voted in Anoka (uh-NOH'-kuh) County, Minnesota, and in Galveston County.

Prosecutors in Galveston say a tip that Collier posted a Facebook message about voting twice led to an investigation and documents examined from both counties.

**Web URL: http://washingtonexaminer.com/article/feed/2138759**

**2:13-cv-193**
**09/02/2014**
**DEF2517**