

# ABC NEWS

HOME | VIDEO | U.S. | WORLD | POLITICS | ENTERTAINMENT | TECH | HEALTH | LIFESTYLE | SHOWS | MORE

NOW   ROBIN WILLIAMS   ROBIN WILLIAMS TWITTER   REVEL CASINO   GAZA   UKRAINE   GOOD WILL HUNTING

AUSTIN, TX 78°

AT&T U-verse TV + Internet — Switch to be more satisfied — $49/mo. for 12 months with 1-year term. Other charges apply. PLUS $200 in Reward Cards ONLINE ONLY — Offer Details

## Census: Almost 10 Million Americans Changed Race

WASHINGTON — Aug 6, 2014, 6:23 PM ET

By JESSE J. HOLLAND Associated Press

 Nearly 10 million Americans decided they would be a different race or ethnicity in the early 2000s, with the largest movement coming from Hispanics deciding which racial category they should be in, a new census report showed Wednesday.

People switched between races, moved from multiple races to a single race or back, or decided to add or drop Hispanic ethnicity from their identifiers on census forms.

Researchers said the information used — race, ethnicity, sex, age, location and how the information was gathered — is not particularly helpful for figuring out why people decided to make those changes. They noted that there has been a tendency toward multiple-race responses, and new census form designs may have caused some changes in how people respond to questions about Hispanic ethnicity.

Age may have something to do with the changes, the researchers suggested.

"Compared to adults, children and adolescents may be more likely to change their race/Hispanic responses for two reasons: childhood and adolescence are times of personal identity development and young people's information was probably reported by their parents in 2000 but may be self-reported in 2010," researchers said.

The report showed that 1 in 16 people — or approximately 9.8 million of 162 million — who responded to both the 2000 and 2010 censuses gave different answers when it came to race and ethnicity.

If extrapolated across the entire population, that would mean that 8.3 percent of people in the United States would have made a change in their racial or ethnic identity in that decade, according to the paper authored by Sonya Rastogi, Leticia E. Fernandez, James M. Noon and Sharon R. Ennis of the U.S. Census Bureau and Carolyn A. Liebler of the University of Minnesota.

The largest change was from Hispanic (some other race) to Hispanic white, with 2.38 million people making that change on their census forms. But the next greatest change was from Hispanic white to Hispanic (some other race), with 1.2 million people deciding that designation fit them better. Put together, these two changes make up more than a third — 37 percent — of the race/ethnicity changes in the report.

The two next biggest changes were also paired: 710,019 people decided to change from white to Hispanic white, and 417,855 moved from Hispanic white to white from the 2000 to the 2010 census.

The groups most likely to change were people who were children and/or living in the West in 2000. That region also had a higher rate of interracial marriage, and multiple race reporting, the report said. The census defines the West as being Alaska, Arizona, California, Colorado, Hawaii, Idaho, Montana, Nevada, New Mexico, Oregon, Utah, Washington and Wyoming.

The most stable groups were single-race, non-Hispanic whites, blacks and Asians, with those who checked those boxes staying with them in both censuses. People were also consistent with their Hispanic/non-Hispanic choices.

But "there is extensive population churning among American Indians, Pacific Islanders and multiple-race respondents in our data," the report said. "Many people left each of these populations between 2000 and 2010, and about as many joined each group."

The census identifies races as white; black or African American; American Indian or Alaska Native; Asian; Native Hawaiian or Other Pacific Islander; and other for those claiming more than one race. There is also a Hispanic ethnic category.

———

Follow Jesse J. Holland on Twitter at http://www.twitter.com/jessejholland

———

Online:

Census report: www.census.gov/srd/carra/Americas—Churning—Races.pdf

### HOT RIGHT NOW

1 — Actor Robin Williams Is Dead at 63 of Suspected Suicide
2 — Couple Dies After Trying to Take Selfies on Cliff Edge in...
3 — Inside Robin Williams' Troubled Life
4 — 5 Things I Learned When I Quit Facebook
5 — Celebrities Remember Robin Williams

### YOU MIGHT ALSO LIKE...

- Tony Stewart Crash Investigation Has
- Officers Fire Tear Gas, Rubber Bullets
- Inside Robin Williams' Troubled Life
- The 25 Richest Country Music

### PHOTO GALLERIES

View: Remembering the Life and Career of Robin Williams
*Entertainment*

### SEE IT, SHARE IT

- Robin Williams' Daughter Pays an Emotional Tribute to Iconic Father
- Celebrities Remember Robin Williams
- Robin Williams' Best Roles
- Conan O'Brien's On-Air Tribute to Robin Williams
- Robin Williams Was the Bob Hope of His Generation
- Tear Gas, Rubber Bullets Fired Overnight at Missouri Protesters
- Secret Blacklist Blocking Muslims From Citizenship, Lawsuit Claims

### FROM AROUND THE WEB

- How to Treat Your Gum Disease Quickly *(Colgate World of Care)*
- Kim Kardashian's Skin-Tight White Dress Leaves Us Gasping for Air (PHOTO) *(Stirring Daily)*
- This is what's actually happening on the Texas/Mexico border *(Blue Nation Review)*
- 10 Signs Your Child May Have ADHD *(HealthCentral)*
- Meet the Only Potato Salad Recipe You'll Ever Want to Make *(Food.com)*
- How to Know if Your Migraine is a Retinal Migraine *(Envedrin)*
- The Mariana Trench Is Freezing, Airless, Lightless, and 7 Miles Down--and James Cameron Is Going There *(DEEPSEA CHALLENGE)*

### MORE FROM ABC NEWS

- Mother in Hot Car Death Being Treated as a 'Victim'
- US Doc Hit With Ebola Held Hands With His Dying Patients
- Russia Bans US Food Imports
- Dad of Slain Unarmed Missouri Teen Michael Brown: 'We Need Justice for Our Son'
- Tom Hanks' Audition Tape for 'Forrest Gump' Revealed
- 5 Most Confusing Health Halo Food Terms
- Shark Versus Cow: Which Is Deadlier?

Recommended by

### OFFERS YOU MIGHT LIKE

**New Rule in Texas**
(AUG 2014) New Rule in Texas Leaves Drivers Shocked & Furious...
More >>

**New Rule in Texas:**
New Rule in Texas: Do Not Pay Your Next Car Insurance Bill Until You Read This...
More >>

**Who's been Arrested?**
Austin arrest records. Who do you know?
More >>

ADS BY ADBLADE

### JOIN THE DISCUSSION

0 Comments   ABC News   Login

Sort by Best   Share   Favorite

Start the discussion...

Be the first to comment.

### ALSO ON ABC NEWS

- **#Barmageddon: Law Students Sue When Software Fails** — 6 comments
- **Robin Williams was the Bob Hope of His Generation** — 8 comments
- **Gaza Talks to Continue in Cairo as Truce Holds** — 5 comments
- **Inside Robin Williams's Troubled Life** — 92 comments

### AROUND THE WEB

- **4 Hormones All Skinny People Have In Balance** *RealDose Nutrition*
- **Warren Buffett Tells You How to Turn $40 Into $10 Million** *The Motley Fool*
- **10 Career-Ending Movies** *Answers.com*
- **Hidden Spaces in Your Home: How to Get More Room for Your Stuff** *Women & Co*

Subscribe   Add Disqus to your site   DISQUS

### sponsored offers

**Tired and Drowsy**
The FDA has approved a solution for snoring & sleep apnea that does not require a cumbersome CPAP. — *American Sleep Associate*

**New Rule in Texas:**
New Rule in Texas: Do Not Pay Your Next Car Insurance Bill Until You Read This... — *TheFinanceGuardian*

**1 Tip To Lose Belly Fat**
See why millions are praising this as the "Holy Grail" of weight loss... — *GC Max Plus*

HOME > HEALTH

Yahoo!-ABC News Network | Privacy Policy | Interest-Based Ads | Terms of Use | Contact Us | © 2014 ABC News Internet Ventures. All rights reserved.