En Español | Contact Us





SEARCH THE SITE
Search                    SEARCH

ABOUT    EOUSA    PRIORITY AREAS    RESOURCES    TRAINING    CAREER CENTER

Home » Resources » FOIA Library » National Caseload Statistical Data » FAQs

**FOIA READING ROOM**



Find Your
UNITED STATES
ATTORNEY

## National Caseload Statistical Data

### FREQUENTLY ASKED QUESTIONS

Also see Documentation & Information below

**Q. What is this data?**

A. United States Attorney monthy case data is currently tracked in the Legal Information Office Network System (LIONS). This data is publicly released on a monthly basis under FOIA, except for certain fields, which are redacted pursuant to statutory exemptions noted in the Vaughn Index (below).

Follow
U.S. Attorneys





**Q. How can I access the data?**

A. The data is provided in a fixed length file format. Because each month's LIONS data typically comprises approximately 20 gigabytes, it is divided among several compressed files. Just right-click and save the data files you wish to download. Each compressed file will contain a readme file that will explain the layout of the files included in the download.



DEPARTMENT of JUSTICE
ACTION CENTER

Report a Crime

Job Opportunities

**Q. How do I make sense of the data?**

A. Please consult the **Documentation and Explanatory Information** (below), which are provided in PDF format:

- The Vaughn Index (i.e., Data Dictionary & Redaction Policies) defines the various fields contained in the LIONS data files and indicates which fields have been redacted in whole or part and, if so, the legal basis for redaction.
- The LIONS User Manual and Appendix A explain the LIONS application and the meaning of the codes used in the data files.
- The LIONS Entity Relationship Diagram (ERD) depicts the relationship of the LIONS data files in graphical format.

Report Waste, Fraud, Abuse or Misconduct to the Inspector General

Crime Victims' Rights Ombudsman

Request Records Through FOIA

Identify Our Most Wanted Fugitives

Report and Identify Missing Persons

Contact Us

**Q. How often is this data updated?**

A. The LIONS redacted data is uploaded on a monthly basis, approximately 60 days after the last day of the month. The last three months of data will be kept on the site.

2:13-cv-193
09/02/2014

**DEF2540**

**Q. Is this the complete set of data from LIONS or just the changes that occurred during a particular month?**

A. Each set of monthly LIONS files is the complete set of data from LIONS (minus any redactions noted in the Vaughn Index); i.e., each set includes not just the current month's data, but prior months' data as well.

**Q. Additional Information?**

A. Under Departmental regulations and related U.S. Attorney Manual procedures, requests for U.S. Attorney information should be submitted to EOUSA's FOIA/PA Staff.



EXHIBIT
Slusher 18

http://www.justice.gov/usao/reading_room/data/FAQs.htm                                              8/28/2014

## FAQs — DOCUMENTATION & EXPLANATORY INFORMATION

Vaughn Index (LIONS Data Dictionary & Redaction Policies)

LIONS User Manual

Appendix A to LIONS User Manual

LIONS Entity Relationship Diagram (ERD)

**UNITED STATES ATTORNEYS**

**HOME**

**ABOUT**
Mission
District Profiles
U.S. Attorneys Listing
History

**EOUSA**
Meet the Director
Mission and Functions
Organizational Chart
Project Palmetto

**PRIORITY AREAS**

**RESOURCES**
FOIA Library
FOIA/Privacy Act Requests
Annual Statistical Reports
USA Bulletins
USA Manual
Crime Victims' Rights Ombudsman

**TRAINING**
Attendee Information
Courses
Registration
Contact

**CAREER CENTER**
Attorneys
Professional Staff
Students
Salary Information
FAQs

**CONTACT US**

**JUSTICE.GOV/USAO**
Site Map
Accessibility
FOIA
Privacy Policy
Legal Policies & Disclaimers

Justice.gov
USA.gov

http://www.justice.gov/usao/reading_room/data/FAQs.htm          8/28/2014