# Legal Information
# Office Network System
# User's Manual

## Release 5.4.1



Case Management Staff
Executive Office for
United States Attorneys
July 2012



2:13-cv-193
09/02/2014

DEF2542



DEPOSITION
EXHIBIT

Sylvia Kerr, CSR, CRR, RPR, TCRR

# Table of Contents

1.0 INTRODUCTION .................................................................................................... 1-1

  1.1. LIONS FUNCTIONS ............................................................................................ 1-1
  1.2. SYSTEM COMPONENTS ..................................................................................... 1-1
  1.3. DATA QUALITY CONTROL .................................................................................. 1-2
  1.4. RESPONSIBILITIES ........................................................................................... 1-2

2.0 GETTING STARTED IN LIONS ............................................................................ 2-1

  2.1. LIONS SECURITY ............................................................................................. 2-1
    2.1.1. User Access ............................................................................................ 2-1
    2.1.2. LIONS Password .................................................................................... 2-1
  2.2. STARTING LIONS ............................................................................................. 2-2
  2.3. LIONS MAIN MENU .......................................................................................... 2-3
  2.4. SELECTING MAIN MENU OPTIONS ...................................................................... 2-3
  2.5. OVERVIEW OF MAIN MENU OPTIONS .................................................................. 2-3
  2.6. SPECIAL FEATURES IN LIONS............................................................................ 2-4
  2.7. NAVIGATION IN LIONS...................................................................................... 2-7
  2.8. FUNCTION KEYS .............................................................................................. 2-9
  2.9. CASE SUMMARY OPTION ................................................................................ 2-10
  2.10. INQUIRY OPTION .......................................................................................... 2-12
    2.10.1. The USAO Staff Assignment Search .................................................. 2-13
    2.10.2. Case Search........................................................................................ 2-13
    2.10.3. Scheduled Event Search..................................................................... 2-14
    2.10.4. Participant Search .............................................................................. 2-16
  2.11. REPORTS OPTION ........................................................................................ 2-17
    2.11.1. Report Server .................................................................................... 2-19
  2.12. QUITTING LIONS ......................................................................................... 2-19

3.0 CIVIL INITIATION ................................................................................................ 3-1

  3.1. DEFINITIONS.................................................................................................... 3-2
  3.2. IMMEDIATE DECLARATIONS .............................................................................. 3-2
  3.3. INITIATE A CIVIL RECORD .................................................................................. 3-2
  3.4. WHEN TO INITIATE MULTIPLE PARTICIPANTS ...................................................... 3-3
  3.5. CIVIL INITIATION PROCEDURES.......................................................................... 3-3
  3.6. OPEN CASE (SHORT FORM)............................................................................... 3-4
    3.6.1. Case ...................................................................................................... 3-4
    3.6.2. Court History ....................................................................................... 3-6
    3.6.3. Court/Staff Assignment ....................................................................... 3-8
    3.6.4. Agency................................................................................................. 3-8
    3.6.5. Participant ........................................................................................... 3-9
    3.6.6. Relief .................................................................................................. 3-10
    3.6.7. Event .................................................................................................. 3-10
  3.7. OPEN CASE (LONG FORM)............................................................................... 3-12
    3.7.1. Case .................................................................................................... 3-13
    3.7.2. Court History ..................................................................................... 3-16
    3.7.3. Court/Staff Assignment ..................................................................... 3-16
    3.7.4. Agency................................................................................................ 3-18
    3.7.5. Agent .................................................................................................. 3-19
    3.7.6. Agency Office (Read Only)................................................................. 3-19
    3.7.7. Participant .......................................................................................... 3-19
    3.7.8. Related Participant ............................................................................. 3-26
    3.7.9. Opposing Counsel.............................................................................. 3-27
    3.7.10. Participant Comments ....................................................................... 3-28
    3.7.11. Participant Relief .............................................................................. 3-28

3.7.12. Event ....................................................................................................... 3-30
3.7.13. Event Comments ........................................................................................ 3-33
3.7.14. Related Case .............................................................................................. 3-34
3.7.15. Case Comments .......................................................................................... 3-34

4.0 CIVIL UPDATES AND CLOSINGS ....................................................................... 4-1
4.1. CASE SUMMARY SCREEN ..................................................................................... 4-2
4.2. GENERAL UPDATE ............................................................................................... 4-3
4.3. INITIAL COURT FILING OR TRANSFERRING TO ANOTHER COURT ............................ 4-3
    4.3.1. Court History .............................................................................................. 4-3
    4.3.2. Assignments ............................................................................................... 4-5
    4.3.3. Court History Comments ............................................................................ 4-6
4.4. RELIEF .............................................................................................................. 4-7
4.5. STAFF OR JUDGE REASSIGNMENT (GLOBAL) ...................................................... 4-10
4.6. USAO STAFF REASSIGNMENT (INDIVIDUAL) ...................................................... 4-14
4.7. JUDGE REASSIGNMENT (INDIVIDUAL) ................................................................ 4-16
4.8. AGENCY/AGENT ............................................................................................... 4-19
4.9. RESTRICT CASE ............................................................................................... 4-21
4.10. OTHER GENERAL CASE INFORMATION .............................................................. 4-23
4.11. CHANGE IN COURT HISTORY INFORMATION ....................................................... 4-25
4.12. EVENT/SCHEDULED EVENT (CALENDAR) ........................................................... 4-27
4.13. EXPERT IN A CASE .......................................................................................... 4-32
4.14. MISCELLANEOUS NUMBERS (INCLUDING DCMNS) ............................................. 4-33
4.15. OPPOSING COUNSEL INFORMATION ................................................................. 4-33
4.16. PARTICIPANT INFORMATION ............................................................................. 4-34
4.17. PICKLISTS ....................................................................................................... 4-37
    4.17.1. Agency Office ............................................................................................ 4-37
    4.17.2. Opposing Attorney ..................................................................................... 4-40
    4.17.3. Expert ....................................................................................................... 4-41
    4.17.4. Judge ........................................................................................................ 4-42
4.18. CIVIL CLOSINGS .............................................................................................. 4-45
    4.18.1. Closing a Civil Case ................................................................................... 4-46
    4.18.2. Close Relief ............................................................................................... 4-47
    4.18.3. Close Appeals ............................................................................................ 4-48

5.0 CRIMINAL INITIATION ...................................................................................... 5-1
5.1. DEFINITIONS ...................................................................................................... 5-2
5.2. IMMEDIATE DECLARATIONS ................................................................................. 5-3
    5.2.1. Case ........................................................................................................... 5-4
    5.2.2. Defendants ................................................................................................. 5-4
    5.2.3. Investigative Agency ................................................................................... 5-6
    5.2.4. Assignment ................................................................................................. 5-6
    5.2.5. Dispositions ............................................................................................... 5-6
    5.2.6. Case Comment ........................................................................................... 5-6
    5.2.7. Exit Criminal Immediate Declination Screen .............................................. 5-6
5.3. WHEN TO INITIATE A CRIMINAL FILE .................................................................. 5-8
5.4. HOW TO INITIATE A CRIMINAL FILE IN LIONS ..................................................... 5-8
5.5. CRIMINAL SHORT FORM .................................................................................... 5-8
    5.5.1. Case ........................................................................................................... 5-10
    5.5.2. Court History .............................................................................................. 5-12
    5.5.3. Assignment ................................................................................................. 5-13
    5.5.4. Investigative Agency ................................................................................... 5-13
    5.5.5. Participant .................................................................................................. 5-14
    5.5.6. Controlled Substance .................................................................................. 5-16
    5.5.7. Instrument .................................................................................................. 5-16

5.5.8. Charge/Count .................................................................................... 5-16
5.5.9. Event .......................................................................................... 5-17
5.6. CRIMINAL LONG FORM .................................................................... 5-19
5.6.1. Case ........................................................................................... 5-20
5.6.2. Court History ............................................................................. 5-24
5.6.3. Court/Staff Assignment .............................................................. 5-25
5.6.4. Agency ....................................................................................... 5-26
5.6.5. Agent ......................................................................................... 5-27
5.6.6. Participant ................................................................................. 5-28
5.6.7. Controlled Substance ................................................................. 5-42
5.6.8. Instrument .................................................................................. 5-43
5.6.9. Charge/Count ............................................................................ 5-43
5.6.10. Defendants (Read Only) ........................................................... 5-46
5.6.11. Defendant/Count ..................................................................... 5-46
5.6.12. Event ........................................................................................ 5-47
5.6.13. Related Case ............................................................................ 5-50
5.6.14. Case Comments ....................................................................... 5-50

6.0 CRIMINAL UPDATES AND CLOSING ............................................. 6-1

6.1. CASE SUMMARY ............................................................................. 6-2
6.2. GENERAL UPDATE ......................................................................... 6-4
6.3. INITIAL COURT FILING (NOT IN COURT TO COURT) ......................... 6-4
6.3.1. Court History ............................................................................. 6-5
6.3.2. Assignments ............................................................................... 6-6
6.3.3. Court/Judges .............................................................................. 6-7
6.3.4. Instrument .................................................................................. 6-7
6.3.5. Instrument Charges .................................................................... 6-8
6.3.6. Defendant and Count ................................................................. 6-8
6.3.7. Defendant ................................................................................... 6-9
6.4. CHANGING FROM ONE COURT TO ANOTHER ................................. 6-11
6.4.1. Count Disposition/Sentence/Restitution ................................... 6-11
6.4.2. Court History – New Court Information ...................................... 6-12
6.5. SUPERSEDING INSTRUMENT (WHEN THE COURT NUMBER DOES NOT CHANGE).................... 6-21
6.6. USAO STAFF REASSIGNMENTS (GLOBAL) ...................................... 6-23
6.6.1. Reassignment Form ................................................................... 6-23
6.7. USAO STAFF REASSIGNMENTS (INDIVIDUAL).................................. 6-26
6.7.1. Update Option ............................................................................ 6-26
6.8. JUDGE REASSIGNMENTS (GLOBAL) ............................................... 6-28
6.8.1. Reassignment Form ................................................................... 6-28
6.9. JUDGE REASSIGNMENT (INDIVIDUAL) ........................................... 6-30
6.10. AGENCY/AGENT INFORMATION ................................................... 6-31
6.11. RESTRICT CASE AND OTHER GENERAL CASE INFORMATION ........... 6-32
6.12. OTHER CASE INFORMATION ........................................................ 6-33
6.13. CONTROLLED SUBSTANCE ........................................................... 6-33
6.14. CONTROLLED SUBSTANCE COMMENTS ......................................... 6-34
6.15. COUNT DISPOSITION/SENTENCE/RESTITUTION ............................ 6-34
6.16. DEFENDANT STATUS .................................................................... 6-36
6.17. EVENT/SCHEDULED EVENT (CALENDAR) ...................................... 6-38
6.18. EVIDENCE .................................................................................... 6-40
6.19. EXPERT IN A CASE ...................................................................... 6-40
6.20. DCMNS NUMBERS AND FILE LOCATION ....................................... 6-41
6.21. OPPOSING COUNSEL ................................................................... 6-42
6.22. PARTICIPANT INFORMATION ........................................................ 6-43
6.23. FIREARMS/TRIGGERLOCK INFORMATION ...................................... 6-45
6.24. PICKLISTS ................................................................................... 6-45
6.24.1. Agency Office ........................................................................... 6-46

    *6.24.2. Opposing Attorney*..................................................................................... *6-47*
    *6.24.3. Expert* ....................................................................................................... *6-48*
    *6.24.4. Judge*......................................................................................................... *6-48*
    *6.24.5. Evidence Location* ..................................................................................... *6-49*
  6.25. CRIMINAL CLOSING.......................................................................................... 6-49
    *6.25.1. Final Disposition of a Defendant* ................................................................ *6-50*
    *6.25.2. Closing the Criminal Matter or Case* .......................................................... *6-55*

7.0 VICTIM/WITNESS INFORMATION ....................................................................... 7-1

8.0 APPEALS .............................................................................................................. 8-1

  8.1. WHAT IS AN APPEAL? ........................................................................................ 8-1
  8.2. DOCKETING AN APPEAL FOR AN EXISTING CASE ................................................. 8-1
    *8.2.1. Participant/Appeal* ..................................................................................... *8-4*
    *8.2.2. Opposing Counsel*...................................................................................... *8-5*
    *8.2.3. Court/Judges* ............................................................................................ *8-6*
    *8.2.4. Event* ......................................................................................................... *8-6*
  8.3. DOCKETING AN APPEAL ONLY ............................................................................ 8-8
    *8.3.1. Case* .......................................................................................................... *8-8*
    *8.3.2. Court History* .............................................................................................. *8-8*
    *8.3.3. Participant* .................................................................................................. *8-8*
    *8.3.4. Relief (Civil Only)* ....................................................................................... *8-8*
  8.4. CLOSING APPEAL RECORDS ............................................................................... 8-8

9.0 OVERVIEW OF DOCUMENT GENERATION ...................................................... 9-1

  9.1. DOCUMENT GENERATION PROCEDURES................................................................ 9-1
  9.2. THE DOCUMENT GENERATION MENU..................................................................... 9-1
  9.3. EVENT DOCUMENTS ............................................................................................ 9-2
    *9.3.1. Generating Documents by Event* ................................................................ *9-3*
  9.4. CONTACT LOG DOCUMENTS................................................................................. 9-5
    *9.4.1. Generating Documents by Contact Log* ...................................................... *9-5*
  9.5. BATCH DOCUMENT .............................................................................................. 9-6
  9.6. PRINT OPTIONS .................................................................................................. 9-8
    *9.6.1. Merge Document (No Print)* ........................................................................ *9-8*
    *9.6.2. Merge Document (Print)* ............................................................................. *9-8*
  9.7. GETTING STARTED (SUGGESTED PLAN OF ACTION) ............................................... 9-8

10.0 CLOSED FILE MANAGEMENT ......................................................................... 10-1

  10.1. CONTENTS OF CLOSED FILES............................................................................ 10-1
  10.2. COURT ORDERED DISPOSITION OF RECORDS .................................................... 10-2
    *10.2.1. Procedures for Court-Ordered Disposition of Records* ............................... *10-2*
    *10.2.2. Order of Deferred Entry of Judgment*.......................................................... *10-3*
    *10.2.3. Update the Criminal File for Non-public Records*......................................... *10-3*
    *10.2.4. Update the Criminal File for Sealed Records*............................................... *10-4*
    *10.2.5. Update the Criminal File for Expunged (CSA) Records*................................ *10-5*
    *10.2.6. Update the Criminal File for Expunged (General) Records* ........................... *10-6*
  10.3. PHYSICAL LOCATION OF CLOSED FILES AND LOCAL FRC NUMBERS .................... 10-7
  10.4. THE FRC MODULE ........................................................................................... 10-8
  10.5. FRC STORAGE ................................................................................................ 10-9
  10.6. FRC REQUEST LOG ....................................................................................... 10-12
  10.7. FRC INQUIRY ................................................................................................ 10-13
  10.8. FRC REPORTS............................................................................................... 10-14

11.0 REPORT GENERATION ..................................................................................... 11-1

  11.1. QUERY REPORT ............................................................................................... 11-4

11.2. QUALITY CONTROL ............................................................................................................... 11-6
   11.2.1. Case Certification/Event ............................................................................................... 11-6
   11.2.2. Case Certification/Review ............................................................................................. 11-8

# List of Figures

FIGURE 2-1: CHANGE PASSWORD PROMPT ........................................................................................ 2-1
FIGURE 2-2: LIONS ICON ............................................................................................................... 2-2
FIGURE 2-3: ORACLE LOGON SCREEN ............................................................................................. 2-2
FIGURE 2-4: INVALID USERNAME/PASSWORD ERROR MESSAGE ........................................................... 2-2
FIGURE 2-5: UNAUTHORIZED LIONS USER ERROR MESSAGE ............................................................... 2-2
FIGURE 2-6: LIONS MAIN MENU SCREEN ......................................................................................... 2-3
FIGURE 2-7: LIONS TOOLBAR ........................................................................................................ 2-4
FIGURE 2-8: MESSAGE LINE ........................................................................................................... 2-5
FIGURE 2-9: LIST OF VALUES PROMPT ............................................................................................. 2-5
FIGURE 2-10: LOV FIND BOX ......................................................................................................... 2-6
FIGURE 2-11: ON-LINE EDITS ERROR MESSAGE ................................................................................ 2-6
FIGURE 2-12: BASIC BLOCK ........................................................................................................... 2-7
FIGURE 2-13: STACKED BLOCK ....................................................................................................... 2-8
FIGURE 2-14: SCROLL BLOCK ......................................................................................................... 2-9
FIGURE 2-15: FUNCTION KEYS ...................................................................................................... 2-10
FIGURE 2-16: CASE SUMMARY ...................................................................................................... 2-10
FIGURE 2-17: CASE SUMMARY SCREEN ......................................................................................... 2-11
FIGURE 2-18: INQUIRY ................................................................................................................. 2-12
FIGURE 2-19: STAFF ASSIGNMENT SEARCH .................................................................................... 2-13
FIGURE 2-20: CASE SEARCH ......................................................................................................... 2-14
FIGURE 2-21: SCHEDULED EVENT SEARCH – DATE RANGE ............................................................... 2-14
FIGURE 2-22: SCHEDULED EVENT SEARCH – INITIALS ...................................................................... 2-15
FIGURE 2-23: SCHEDULED EVENT SEARCH – INITIALS AND DATE RANGE ........................................... 2-15
FIGURE 2-24: PARTICIPANT SEARCH – NAME .................................................................................. 2-16
FIGURE 2-25: PARTICIPANT SEARCH – NUMBER .............................................................................. 2-17
FIGURE 2-26: REQUEST REPORT .................................................................................................... 2-17
FIGURE 2-27: REPORT PARAMETERS .............................................................................................. 2-18
FIGURE 2-28: REPORT DISPOSITION OPTIONS ................................................................................. 2-18
FIGURE 2-29: VIEW REPORT ON-LINE ............................................................................................ 2-18
FIGURE 2-30: REPORT SERVER BUTTON ......................................................................................... 2-19
FIGURE 2-31: REPORT SERVER SCREEN ......................................................................................... 2-19
FIGURE 2-32: LIONS EXIT DIALOG ............................................................................................... 2-20
FIGURE 3-1: CIVIL SHORT FORM, PAGE 1 ........................................................................................ 3-4
FIGURE 3-2: CASE RESTRICTED ERROR MESSAGE ............................................................................. 3-5
FIGURE 3-3: STAFF GROUP FORM ................................................................................................... 3-5
FIGURE 3-4: JUDGE PICKLIST ......................................................................................................... 3-7
FIGURE 3-5: UPDATED JUDGE PICKLIST ........................................................................................... 3-7
FIGURE 3-6: UPDATED JUDGE LOV ................................................................................................. 3-8
FIGURE 3-7: PARTICIPANT .............................................................................................................. 3-9
FIGURE 3-8: EVENT COMMENT POP-UP SCREEN .............................................................................. 3-11
FIGURE 3-9: CIVIL LONG FORM ..................................................................................................... 3-12
FIGURE 3-10: OPEN CIVIL ACTION ................................................................................................. 3-13
FIGURE 3-11: CAUSE OF ACTION POP-UP ....................................................................................... 3-13
FIGURE 3-12: DOJ DIVISION/NUMBER POP-UP ................................................................................ 3-14
FIGURE 3-13: CASE RESTRICTED ERROR MESSAGE .......................................................................... 3-14
FIGURE 3-14: STAFF GROUP ......................................................................................................... 3-15
FIGURE 3-15: SPECIAL PROJECT POP-UP ........................................................................................ 3-15
FIGURE 3-16: COURT/STAFF ASSIGNMENT ..................................................................................... 3-17
FIGURE 3-17: AGENCY .................................................................................................................. 3-18
FIGURE 3-18: PARTICIPANT ........................................................................................................... 3-19
FIGURE 3-19: INDIVIDUAL PARTICIPANT NAME POP-UP .................................................................... 3-20

FIGURE 3-20:  INDIVIDUAL ............................................................................................ 3-21
FIGURE 3-21:  ALIAS .................................................................................................... 3-22
FIGURE 3-22:  BUSINESS PARTICIPANT ........................................................................... 3-23
FIGURE 3-23:  DOING BUSINESS AS .............................................................................. 3-24
FIGURE 3-24:  PROPERTY PARTICIPANTS ........................................................................ 3-24
FIGURE 3-25:  PROPERTY VALUE ................................................................................... 3-25
FIGURE 3-26:  RELATED PARTICIPANT ............................................................................ 3-26
FIGURE 3-27:  OPPOSING COUNSEL .............................................................................. 3-27
FIGURE 3-28:  PARTICIPANT COMMENTS ........................................................................ 3-28
FIGURE 3-29:  RELIEF .................................................................................................. 3-29
FIGURE 3-30:  EVENT ................................................................................................... 3-31
FIGURE 3-31:  PARTICIPANT EVENT ............................................................................... 3-32
FIGURE 3-32:  RELATE PARTICIPANTS TO AN EVENT ........................................................ 3-32
FIGURE 3-33:  SELECTED PARTICIPANTS RELATED TO EVENT ............................................ 3-33
FIGURE 3-34:  EVENT COMMENTS ................................................................................. 3-33
FIGURE 3-35:  RELATED CASE ...................................................................................... 3-34
FIGURE 4-1:  CIVIL CASE SUMMARY .............................................................................. 4-2
FIGURE 4-2:  CASE SUMMARY SCREEN .......................................................................... 4-2
FIGURE 4-3:  REQUESTED COURT HISTORY .................................................................... 4-4
FIGURE 4-4:  ASSIGNMENTS ......................................................................................... 4-5
FIGURE 4-5:  COURT/JUDGES ...................................................................................... 4-6
FIGURE 4-6:  COURT HISTORY COMMENTS ..................................................................... 4-6
FIGURE 4-7:  RELIEF ................................................................................................... 4-7
FIGURE 4-8:  RELATE ALL PARTICIPANTS TO A RELIEF RECORD DIALOG BOX ...................... 4-9
FIGURE 4-9:  RELATE PARTICIPANTS TO RELIEF .............................................................. 4-9
FIGURE 4-10:  RELIEF EDIT ERROR MESSAGE .................................................................. 4-10
FIGURE 4-11:  STAFF OR JUDGE REASSIGNMENT ............................................................. 4-10
FIGURE 4-12:  REASSIGNMENT ...................................................................................... 4-11
FIGURE 4-13:  REASSIGNMENT (GLOBAL) ....................................................................... 4-11
FIGURE 4-14:  CURRENT ASSIGNMENTS ......................................................................... 4-12
FIGURE 4-15:  ACTIONS TO BE REASSIGNED ................................................................... 4-12
FIGURE 4-16:  REASSIGNMENT DIALOG BOX ................................................................... 4-13
FIGURE 4-17:  REASSIGNMENT EXECUTION MESSAGE ....................................................... 4-13
FIGURE 4-18:  REASSIGNMENT CONFIRMATION MESSAGE .................................................. 4-13
FIGURE 4-19:  USAO STAFF ASSIGNMENT ..................................................................... 4-14
FIGURE 4-20:  CURRENT USAO STAFF ASSIGNMENTS ...................................................... 4-14
FIGURE 4-21:  COMPLETED USAO STAFF REASSIGNMENT ................................................ 4-15
FIGURE 4-22:  JUDGE REASSIGNMENT (INDIVIDUAL) ........................................................ 4-16
FIGURE 4-23:  REQUESTED COURT HISTORY ................................................................... 4-16
FIGURE 4-24:  COURT/JUDGES .................................................................................... 4-17
FIGURE 4-25:  COMPLETED JUDGE REASSIGNMENT (INDIVIDUAL) ....................................... 4-18
FIGURE 4-26:  AGENCY ................................................................................................ 4-19
FIGURE 4-27:  REQUESTED AGENCY RECORD .................................................................. 4-20
FIGURE 4-28:  SAVE CHANGES DIALOG BOX ................................................................... 4-20
FIGURE 4-29:  RESTRICT MATTER/CASE ........................................................................ 4-21
FIGURE 4-30:  CASE STAFF GROUP ............................................................................... 4-22
FIGURE 4-31:  SAVE CHANGES DIALOG BOX ................................................................... 4-22
FIGURE 4-32:  CASE .................................................................................................... 4-23
FIGURE 4-33:  CIVIL OPEN LONG ................................................................................... 4-24
FIGURE 4-34:  COURT HISTORY ..................................................................................... 4-25
FIGURE 4-35:  DELETE RECORD WARNING MESSAGE ........................................................ 4-26
FIGURE 4-36:  EVENT ................................................................................................... 4-27
FIGURE 4-37:  REQUESTED EVENT RECORD .................................................................... 4-28
FIGURE 4-38:  PARTICIPANTS RELATED TO COURT ........................................................... 4-28
FIGURE 4-39:  PRINT CASE HISTORY REPORT DIALOG BOX ............................................... 4-29
FIGURE 4-40:  ALL PARTICIPANTS RELATED TO EVENT CONFIRMATION ................................ 4-30

FIGURE 4-41: RELATE PARTICIPANTS TO EVENTS ............................................................... 4-30
FIGURE 4-42: SELECTED PARTICIPANT RELATED TO EVENT ............................................... 4-31
FIGURE 4-43: EVENT COMMENTS ..................................................................................... 4-31
FIGURE 4-44: EXPERT IN CASE ........................................................................................ 4-32
FIGURE 4-45: MISCELLANEOUS NUMBERS ........................................................................ 4-33
FIGURE 4-46: CIVIL UPDATE – OPPOSING COUNSEL ......................................................... 4-34
FIGURE 4-47: CIVIL UPDATE – PARTICIPANT .................................................................... 4-35
FIGURE 4-48: PROPERTY VALUE ...................................................................................... 4-36
FIGURE 4-49: MULTIPLE APPRAISALS FOR PROPERTY ...................................................... 4-36
FIGURE 4-50: CIVIL UPDATE - PICKLISTS .......................................................................... 4-37
FIGURE 4-51: PICKLIST - AGENCY OFFICE ........................................................................ 4-38
FIGURE 4-52: AGENCY OFFICE PICKLIST FORM ................................................................ 4-38
FIGURE 4-53: AGENCY LOV ............................................................................................ 4-39
FIGURE 4-54: AGENCY OFFICE SAVE DIALOG BOX ........................................................... 4-39
FIGURE 4-55: PICKLIST - OPPOSING ATTORNEY ............................................................... 4-40
FIGURE 4-56: OPPOSING ATTORNEY PICKLIST .................................................................. 4-40
FIGURE 4-57: PICKLIST – EXPERT ..................................................................................... 4-41
FIGURE 4-58: EXPERT ..................................................................................................... 4-42
FIGURE 4-59: PICKLIST – JUDGE ...................................................................................... 4-43
FIGURE 4-60: JUDGE ....................................................................................................... 4-43
FIGURE 4-61: JUDGE PICKLIST ........................................................................................ 4-44
FIGURE 4-62: CIVIL CLOSE CASES ................................................................................... 4-45
FIGURE 4-63: CLOSE A CASE ........................................................................................... 4-46
FIGURE 4-64: CLOSE COURT HISTORY ............................................................................. 4-47
FIGURE 4-65: RELIEF ...................................................................................................... 4-48
FIGURE 4-66: APPEALS ................................................................................................... 4-49
FIGURE 4-67: SAVE ......................................................................................................... 4-49
FIGURE 4-68: CONFIRMATION DIALOG BOX ...................................................................... 4-50
FIGURE 4-69: CASE QUERY REPORT DIALOG BOX ............................................................ 4-50
FIGURE 4-70: CLOSED CIVIL CASE ................................................................................... 4-50
FIGURE 5-1: LOV REMINDER ........................................................................................... 5-1
FIGURE 5-2: CRIMINAL IMMEDIATE DECLINATION .............................................................. 5-3
FIGURE 5-3: CRIMINAL IMMEDIATE DECLINATION FORM .................................................... 5-4
FIGURE 5-4: NAME POP-UP .............................................................................................. 5-5
FIGURE 5-5: FIREARMS CHARACTERISTICS POP-UP ........................................................... 5-5
FIGURE 5-6: JOB POSITION POP-UP ................................................................................... 5-6
FIGURE 5-7: LIST OF VALUES FOR AGENCY ....................................................................... 5-6
FIGURE 5-8: TRANSACTION CONFIRMATION DIALOG BOX .................................................. 5-7
FIGURE 5-9: PRINT CASE QUERY REPORT DIALOG BOX ..................................................... 5-7
FIGURE 5-10: SAVE CHANGES DIALOG BOX ...................................................................... 5-7
FIGURE 5-11: CRIMINAL – OPEN CASE (SHORT FORM) ...................................................... 5-9
FIGURE 5-12: CRIMINAL OPEN SHORT .............................................................................. 5-9
FIGURE 5-13: CRIMINAL INITIATION – SHORT FORM ......................................................... 5-10
FIGURE 5-14: DOMESTIC TERRORISM POP-UP ................................................................. 5-11
FIGURE 5-15: CRIMINAL SHORT FORM, PAGE 2 .............................................................. 5-14
FIGURE 5-16: PARTICIPANT NAME POP-UP ...................................................................... 5-15
FIGURE 5-17: FIREARMS CHARACTERISTICS POP-UP ........................................................ 5-15
FIGURE 5-18: JOB POSITION POP-UP ............................................................................... 5-15
FIGURE 5-19: EVENT COMMENT BLOCK ........................................................................... 5-18
FIGURE 5-20: OPEN CASE (LONG FORM) ......................................................................... 5-19
FIGURE 5-21: CRIMINAL OPEN LONG FORM ..................................................................... 5-19
FIGURE 5-22: CRIMINAL OPEN LONG FORM WITH DEFAULT VALUES ................................. 5-20
FIGURE 5-23: SPECIAL PROJECT POP-UP ........................................................................ 5-21
FIGURE 5-24: PROGRAM CATEGORY POP-UP ................................................................... 5-21
FIGURE 5-25: DOMESTIC TERRORISM POP-UP ................................................................. 5-22
FIGURE 5-26: DOJ DIVISION/NUMBER POP-UP ................................................................ 5-22

FIGURE 5-27: CASE RESTRICTED MESSAGE .................................................................. 5-22
FIGURE 5-28: STAFF GROUP FORM ............................................................................ 5-23
FIGURE 5-29: COURT/STAFF ASSIGNMENT BLOCK ...................................................... 5-25
FIGURE 5-30: VICTIM/WITNESS COORDINATOR ERROR MESSAGE ............................... 5-25
FIGURE 5-31: AGENCY BLOCK .................................................................................. 5-26
FIGURE 5-32: VICTIM AGENCY POP-UP ...................................................................... 5-26
FIGURE 5-33: AGENT ............................................................................................... 5-27
FIGURE 5-34: MULTIPLE AGENT RECORDS FOR A SINGLE AGENCY ............................... 5-28
FIGURE 5-35: PARTICIPANT ...................................................................................... 5-28
FIGURE 5-36: NAME POP-UP BLOCK .......................................................................... 5-29
FIGURE 5-37: PARTICIPANT NAME ............................................................................. 5-29
FIGURE 5-38: INDIVIDUAL PARTICIPANT ..................................................................... 5-30
FIGURE 5-39: DEFENDANT STATUS ............................................................................ 5-32
FIGURE 5-40: FIREARMS CHARACTERISTICS BLOCK ..................................................... 5-33
FIGURE 5-41: HEALTH CARE FRAUD CASES (ONLY) ..................................................... 5-33
FIGURE 5-42: ALIAS ................................................................................................ 5-34
FIGURE 5-43: RELATED PARTICIPANT ........................................................................ 5-34
FIGURE 5-44: RELATED PARTICIPANT LOV ................................................................. 5-35
FIGURE 5-45: OPPOSING COUNSEL BLOCK .................................................................. 5-35
FIGURE 5-46: PARTICIPANT COMMENTS ..................................................................... 5-36
FIGURE 5-47: BUSINESS SCREEN .............................................................................. 5-36
FIGURE 5-48: FIREARMS CHARACTERISTICS BLOCK ..................................................... 5-37
FIGURE 5-49: DOING BUSINESS AS BLOCK .................................................................. 5-37
FIGURE 5-50: RELATED PARTICIPANT BLOCK .............................................................. 5-38
FIGURE 5-51: BUSINESS OPPOSING COUNSEL BLOCK ................................................... 5-38
FIGURE 5-52: PARTICIPANT COMMENTS ..................................................................... 5-39
FIGURE 5-53: PROPERTY PARTICIPANT ...................................................................... 5-39
FIGURE 5-54: PROPERTY VALUE ............................................................................... 5-40
FIGURE 5-55: RELATED PARTICIPANT ........................................................................ 5-40
FIGURE 5-56: PARTICIPANT COMMENTS ..................................................................... 5-41
FIGURE 5-57: CONTROLLED SUBSTANCE .................................................................... 5-42
FIGURE 5-58: LEAD CHARGE, INSTRUMENT AND CHARGE/COUNT ................................ 5-43
FIGURE 5-59: LEAD CHARGE, INSTRUMENT AND CHARGE/COUNT ................................ 5-44
FIGURE 5-60: ENTERING MULTIPLE COUNTS FOR A SINGLE CHARGE ............................ 5-45
FIGURE 5-61: DEFENDANT/COUNT ............................................................................ 5-46
FIGURE 5-62: EVENT SCREEN ................................................................................... 5-47
FIGURE 5-63: PARTICIPANT EVENT ........................................................................... 5-48
FIGURE 5-64: SELECT PARTICIPANTS RELATED TO AN EVENT ....................................... 5-49
FIGURE 5-65: SELECTED PARTICIPANTS EVENT BLOCK ................................................ 5-49
FIGURE 5-66: RELATED CASE ................................................................................... 5-50
FIGURE 5-67: CASE COMMENTS ............................................................................... 5-51
FIGURE 6-1: CRIMINAL CASE SUMMARY ..................................................................... 6-3
FIGURE 6-2: CASE SUMMARY ................................................................................... 6-3
FIGURE 6-3: CRIMINAL UPDATE, GENERAL UPDATE ..................................................... 6-4
FIGURE 6-4: COURT HISTORY ................................................................................... 6-5
FIGURE 6-5: ASSIGNMENTS ...................................................................................... 6-6
FIGURE 6-6: COURT/JUDGES .................................................................................... 6-7
FIGURE 6-7: INSTRUMENT ........................................................................................ 6-7
FIGURE 6-8: INSTRUMENT CHARGES .......................................................................... 6-8
FIGURE 6-9: DEFENDANT ......................................................................................... 6-9
FIGURE 6-10: SELECT COUNTS .................................................................................. 6-9
FIGURE 6-11: COUNT .............................................................................................. 6-10
FIGURE 6-12: COURT HISTORY COMMENT ................................................................. 6-10
FIGURE 6-13: CRIMINAL, UPDATE, GENERAL UPDATE - COUNT DISPOSITION, SENTENCE/RESTITUTION ....... 6-11
FIGURE 6-14: COUNT DISPOSITION/SENTENCE/RESTITUTION ....................................... 6-12
FIGURE 6-15: COURT HISTORY ................................................................................ 6-13

FIGURE 6-16: PARTICIPANT ............................................................................................. 6-14
FIGURE 6-17: PARTICIPANT INFORMATION (INDIVIDUAL PARTICIPANT) ................................. 6-15
FIGURE 6-18: NEW PARTICIPANT ADDED ........................................................................ 6-15
FIGURE 6-19: ASSIGNMENTS .......................................................................................... 6-16
FIGURE 6-20: COURT/JUDGES ........................................................................................ 6-17
FIGURE 6-21: UPDATED COURT/JUDGES .......................................................................... 6-17
FIGURE 6-22: INSTRUMENT .............................................................................................. 6-17
FIGURE 6-23: INSTRUMENT CHARGES .............................................................................. 6-18
FIGURE 6-24: DEFENDANT AND COUNT ........................................................................... 6-19
FIGURE 6-25: SELECT COUNTS ....................................................................................... 6-20
FIGURE 6-26: COURT HISTORY COMMENTS ..................................................................... 6-21
FIGURE 6-27: COUNT DISPOSITION/SENTENCE/RESTITUTION ............................................ 6-21
FIGURE 6-28: INSTRUMENT BLOCK ................................................................................. 6-22
FIGURE 6-30: DEFENDANT AND COUNT BLOCKS .............................................................. 6-23
FIGURE 6-31: COURT HISTORY COMMENTS BLOCK .......................................................... 6-23
FIGURE 6-32: STAFF OR JUDGE REASSIGNMENT (GLOBAL) .............................................. 6-24
FIGURE 6-33: REASSIGNMENT FORM ............................................................................... 6-24
FIGURE 6-34: USAO STAFF ASSIGNMENTS (GLOBAL) ...................................................... 6-25
FIGURE 6-35: CONFIRM REASSIGNMENT DIALOG BOX ...................................................... 6-26
FIGURE 6-36: UPDATED USAO STAFF ASSIGNMENTS (GLOBAL) ....................................... 6-26
FIGURE 6-37: USAO STAFF ASSIGNMENT (INDIVIDUAL) ................................................... 6-27
FIGURE 6-38: UPDATED USAO STAFF ASSIGNMENT (INDIVIDUAL) ..................................... 6-27
FIGURE 6-39: REASSIGNMENT ........................................................................................ 6-28
FIGURE 6-40: CURRENT JUDGE ASSIGNMENTS ................................................................ 6-29
FIGURE 6-41: CONFIRM CHANGES DIALOG BOX ............................................................... 6-29
FIGURE 6-42: TRANSACTION CONFIRMATION MESSAGE .................................................... 6-29
FIGURE 6-43: UPDATED COURT HISTORY – COURT/JUDGES BLOCK .................................... 6-30
FIGURE 6-44: COURT HISTORY ....................................................................................... 6-30
FIGURE 6-45: UPDATED COURT/JUDGES .......................................................................... 6-31
FIGURE 6-46: AGENCY ................................................................................................... 6-31
FIGURE 6-47: RESTRICT MATTER/CASE ........................................................................... 6-32
FIGURE 6-48: CASE STAFF GROUP .................................................................................. 6-32
FIGURE 6-49: CRIMINAL OPEN LONG ............................................................................... 6-33
FIGURE 6-50: CONTROLLED SUBSTANCE .......................................................................... 6-34
FIGURE 6-51: COUNT DISPOSITION/SENTENCE/RESTITUTION ............................................ 6-35
FIGURE 6-52: SENTENCE ................................................................................................ 6-35
FIGURE 6-53: RESTITUTION ............................................................................................ 6-36
FIGURE 6-54: CLOSED DEFENDANT STATUS ..................................................................... 6-37
FIGURE 6-55: UPDATED DEFENDANT STATUS ................................................................... 6-37
FIGURE 6-56: EVENT (LEFT SIDE) ................................................................................... 6-38
FIGURE 6-57: EVENT (RIGHT SIDE) ................................................................................. 6-38
FIGURE 6-58: PARTICIPANTS RELATED TO EVENTS POP-UP ............................................... 6-39
FIGURE 6-59: RELATE PARTICIPANTS TO EVENT .............................................................. 6-39
FIGURE 6-60: EVIDENCE ................................................................................................. 6-40
FIGURE 6-61: EXPERT IN A CASE .................................................................................... 6-41
FIGURE 6-62: MISCELLANEOUS NUMBERS ....................................................................... 6-42
FIGURE 6-63: OPPOSING COUNSEL ................................................................................. 6-43
FIGURE 6-64: PARTICIPANT INFORMATION ....................................................................... 6-44
FIGURE 6-65: TRIGGERLOCK .......................................................................................... 6-45
FIGURE 6-66: PICKLISTS ................................................................................................ 6-46
FIGURE 6-67: AGENCY OFFICE ....................................................................................... 6-46
FIGURE 6-68: OPPOSING ATTORNEY ............................................................................... 6-47
FIGURE 6-69: EXPERT .................................................................................................... 6-48
FIGURE 6-70: JUDGE PICKLIST ....................................................................................... 6-48
FIGURE 6-71: EVIDENCE LOCATION PICKLISTS ................................................................. 6-49
FIGURE 6-72: CLOSE DEFENDANTS ................................................................................. 6-49

FIGURE 6-73. COURT HISTORY ............................................................................................ 6-50
FIGURE 6-74. COUNT DISPOSITION/SENTENCE/RESTITUTION ........................................... 6-51
FIGURE 6-75. SENTENCE SCREEN MESSAGE .................................................................... 6-52
FIGURE 6-76. SENTENCE BLOCK ...................................................................................... 6-52
FIGURE 6-77. RESTITUTION .............................................................................................. 6-54
FIGURE 6-78. CLOSED DEFENDANTS ................................................................................ 6-55
FIGURE 6-79. CLOSE A CASE ........................................................................................... 6-55
FIGURE 6-80. CLOSED CRIMINAL CASE ........................................................................... 6-57
FIGURE 8-1. CRIMINAL APPEALS ...................................................................................... 8-1
FIGURE 8-2. APPEALS ....................................................................................................... 8-2
FIGURE 8-3. APPEALS ....................................................................................................... 8-3
FIGURE 8-4. CROSS APPEAL POP-UP ............................................................................... 8-3
FIGURE 8-5. PARTICIPANT/APPEAL ................................................................................... 8-4
FIGURE 8-7. OPPOSING COUNSEL .................................................................................... 8-5
FIGURE 8-8. COURT/JUDGES ............................................................................................ 8-6
FIGURE 8-9. EVENT ........................................................................................................... 8-7
FIGURE 8-10. PARTICIPANT/EVENT ................................................................................... 8-7
FIGURE 9-1. DOCUMENT GENERATION MENU ................................................................... 9-1
FIGURE 9-2. EVENT SCREEN 1 .......................................................................................... 9-2
FIGURE 9-3. EVENT SCREEN 2 .......................................................................................... 9-3
FIGURE 9-4. DOCUMENT GENERATION FROM EVENT RECORDS ......................................... 9-4
FIGURE 9-5. DOCUMENT GENERATION ERROR MESSAGE .................................................. 9-4
FIGURE 9-6. CONTACT LOG .............................................................................................. 9-5
FIGURE 9-7. DOCUMENT GENERATION FROM CONTACT LOG RECORDS ............................. 9-6
FIGURE 9-8. DOCUMENT GENERATION BY DOCUMENT ...................................................... 9-7
FIGURE 9-9. DOCUMENT GENERATION BY DOCUMENT FOR A SPECIFIED DOCUMENT ........ 9-7
FIGURE 11-1. REPORTS ................................................................................................... 11-1
FIGURE 11-2. SAMPLE REPORT OPTIONS ........................................................................ 11-2
FIGURE 11-3. REPORT PARAMETERS ............................................................................... 11-2
FIGURE 11-4. DOREPORT .............................................................................................. 11-3
FIGURE 11-5. REPORT SERVER/REPORT VIEW BUTTONS ................................................ 11-3
FIGURE 11-6. REPORT SERVER SCREEN ......................................................................... 11-3
FIGURE 11-7. TYPICAL CRIMINAL CASE HISTORY REPORT .............................................. 11-4
FIGURE 11-8. REPORTS, QUERY, CRIMINAL, CASE HISTORY ........................................... 11-5
FIGURE 11-9. CRIMINAL CASE HISTORY REPORT PARAMETERS ....................................... 11-5
FIGURE 11-10. DOREPORT CRIMINAL CASE HISTORY .................................................... 11-6
FIGURE 11-11. REPORTS, QUALITY CONTROL, CRIMINAL, CASE CERTIFICATION/EVENT ...... 11-6
FIGURE 11-12. CRIMINAL CASE CERTIFICATION REPORT PARAMETERS ............................ 11-7
FIGURE 11-13. DOREPORT CRIMINAL CASE CERTIFICATION BY EVENT ........................... 11-8
FIGURE 11-14. REPORTS, QUALITY CONTROL, CRIMINAL, CASE CERTIFICATION/REVIEW ...... 11-8
FIGURE 11-15. CRIMINAL CASE CERTIFICATION REVIEW REPORT PARAMETERS ............... 11-9
FIGURE 11-16. DOREPORT CRIMINAL CASE CERTIFICATION REVIEW ............................... 11-9

# 1.0 INTRODUCTION

The Legal Information Office Network System (LIONS) is a case management system that runs with Oracle as the database management software.  LIONS is a multi-user database system that allows many users to do data entry, execute reports, and run queries at the same time.

LIONS allows individual districts to maintain information on pending workloads on the database, and to produce a variety of reports based on that information.  Offices enter information throughout the month using their personal computer systems, and produce reports locally as needed based on the most up-to-date information.

> Users **MUST** follow the detailed instructions in this manual in order to operate LIONS correctly.
>
> The Case Management Staff of the Executive Office for United States Attorneys (EOUSA) **MUST** approve any deviation from these procedures.

## 1.1. LIONS Functions

LIONS provides a number of important functions:

It allows offices to meet their obligations for notifying victims and witnesses and producing required reports related to that function.

It allows offices to create caseload calendars for individual employees, as well as units in the office.

The reports produced allow the United States Attorney and other supervisors to monitor the office's workload, to make case assignments, and to respond to ad hoc inquiries from the Department of Justice or the local community.

LIONS data is used by the Executive Office for United States Attorneys (EOUSA) to respond to numerous requests for statistical information from the Office of Management and Budget, Congress, and the public, and to produce management reports for use within the Department of Justice.

LIONS provides the figures for the Attorney General's Annual Report and the United States Attorneys' Annual Statistical Report.

LIONS data is used to formulate budget estimates, to justify budget requests, and to allocate resources, including personnel, among the various districts.

## 1.2. System Components

LIONS consists of six modules as follows:

**The Civil Case Tracking System** - This module tracks litigation of civil matters, cases, and appeals.

> Immediate declinations of civil matters, cases, and appeals are currently not used.

**The Criminal Case Tracking System** - This module tracks immediate declinations and litigation in criminal matters, cases, and appeals.

**Victim/Witness** – This function is performed by the Victim Notification System (VNS).

**Federal Records Center**- This module tracks records sent to the Federal Records Center (FRC).  It includes the accession number and location of files shipped to the FRC.

**Document Generation** - This function was performed by the VNS.

**Administration** - The **System Manager** uses this module to maintain codes and LIONS security.

## 1.3. Data Quality Control

Quality control with regard to data is not a simple matter.  No single document or procedure can provide the expertise necessary to evaluate the information entered.  Knowledgeable personnel (such as supervisory attorneys or lead legal clerks) should review reports to ensure that the district reports it's data correctly and that the office is receiving credit for work being done.

Case Management Staff personnel are always available to assist with any inquiries about the district's caseload.  **Reporting caseload information to EOUSA promptly and accurately is crucial to ensuring that** EOUSA can properly evaluate the district's requests for additional manpower and other resources.

**Error Edits/Lists -** One of the most important features of LIONS is the existence of "on-line" error edits.  LIONS does not allow a required field to be skipped, and prevents entering invalid codes or dates.

**FY ( ) Year to Date Caseload Statistics -** A report is produced monthly based on an extract received by EOUSA from the central LIONS database.  This report indicates the number of records opened and closed during the fiscal year.  It also provides specific information about the overall disposition of civil and criminal cases in a district.  For example, the number of cases resolved by jury trial in a fiscal year.

**Information Available In-house -** A variety of reports are available locally to monitor workload, supervise attorney caseloads, respond to ad hoc inquiries, etc.  The reports reflect the quality of information in your database.  Recipients should review reports to ensure accuracy.

## 1.4. Responsibilities

**Attorneys and support personnel** play an important role in maintaining the integrity of LIONS.  Based on local procedures, they are responsible for entering information in an accurate and timely fashion.

The **System Manager** plays a key role by maintaining LIONS and assumes a number of responsibilities related to the operation of desktop computers, laptops, network, Oracle and LIONS.  The System Manager's duties include:

Testing all personal computers upon network installation to ensure they are operational.

Testing the database server after loading all system software to ensure error free operation.

Distributing Release Notes or any other pertinent information sent out by Case Management Staff, troubleshooting program problems, and ensuring that system changes are implemented by the district.

Ensuring the integrity of the databases, resolving processing failures, and notifying TechOne if the problem appears to be related to the LIONS programs.

Serving as the district's point of contact with Case Management for the LIONS system.

Distributing error lists and other reports from EOUSA immediately upon receipt.

Establishing and maintaining user security, including passwords and profiles.  Users **must** be deactivated in LIONS when they leave the office.

Backing up Oracle applications on a regular basis, and ensuring that backups are stored off-site. LIONS 5.1 System Manager's Guide details backup procedures.

Training users on computer security and LIONS.

Maintaining local code tables in LIONS.

Submitting global code changes to TechOne for Case Management Staff approval.

The **Administrative Officer** and **Supervisory Attorneys** are responsible for ensuring that necessary resources are provided to operate LIONS and for monitoring the data in LIONS to ensure that it is current and accurate.

## 2.0 GETTING STARTED IN LIONS

The Legal Information Office Network System (LIONS) is a case management system that runs in a client/server environment where the database (case-related information) resides on the Centralized server at the Network Operations Center (NOC), and the LIONS application is executed from the client/office automation network file system.  The operating system on the server is Unix; the database management system is Oracle version 10g, using Oracle Forms 4.5 and Reports 2.5.  The LIONS application runs on PCs using Windows XP.

Multiple users can perform inquiries, run reports (e.g., calendars); and perform data entry concurrently.

### 2.1. LIONS Security

#### 2.1.1. User Access

LIONS uses an Oracle-based security system to ensure that:

Only authorized personnel are allowed to log on to LIONS.

Users are allowed to access only the forms or screens to which they have been given access.  If a user is not authorized to see a form, the option is "grayed out" on the menu.

Users are limited to the functions they can perform in a given screen.  At the bottom of each screen, the authorized functions are listed:

    **<S>**        Select or view the information on the screen

    **<U>**        Update the information on the screen

    **<I>** Insert or add a new record

    **<D>**        Delete a record

Users are allowed to see only the information on a case for which they have authorization.

Users are given access only to reports they can generate.

Contact the **System Manager** if you do not have access to a screen or function which you think you should be able to use.

#### 2.1.2. LIONS Password

Every user must have a unique LIONS user name.  When the system is set up, each user will be given a standard password of **LIONS123!  It must be changed immediately**.  Upon initial logon to the application, LIONS will force the user to change their password.  After the initial prompt, the following dialog window displays.



**Figure 2-1:  Change Password Prompt**

Enter the new password and press **TAB** or **ENTER** to move to the next line.  Re-enter the new password to confirm that you have typed it correctly.  Then click the **Save Password** button.

**Note**: The password must conform to the rules listed in Appendix F of this manual.

## 2.2. Starting LIONS

To start the LIONS application, double click the LIONS icon shown in Figure 2-2.



**Figure 2-2:  LIONS Icon**

The Oracle Logon screen shown in Figure 2-3 displays.



Figure 2-3:  Oracle Logon Screen

Enter your LIONS username, password and database, and then click **Connect**.  Use the **TAB** key to move between fields.  The error message shown in Figure 2-4 appears if you enter an invalid Oracle username and/or password.



Figure 2-4:  Invalid Username/Password Error Message

Click **OK** or press **ENTER** to acknowledge the message and display the LIONS logon screen.

The error message shown in Figure 2-5 appears if you enter a valid username and password, but are not an authorized LIONS user.  Click **OK** or press **ENTER** to acknowledge the message and display the EOUSA Distributed Oracle Applications program group.



**Figure 2-5:  Unauthorized LIONS User Error Message**

> Contact the **System Manager** for assistance.

Once you have successfully logged into LIONS, the LIONS Main Menu displays as shown in Figure 2-6.



**Figure 2-6:  LIONS Main Menu Screen**

## 2.3. LIONS Main Menu

The following are components of this menu:

**Title Bar** - contains the application name, window name, and program.

**Menu Bar** - lists the LIONS options.  When you access an option that contains additional options, a pull-down menu displays.

**Control Menu Bar** - restores or closes the application.

**Minimize/Maximize Button** - minimizes or maximizes the window.

**Exit Button** - exits the current window.

## 2.4. Selecting Main Menu Options

To select an option on the Menu Bar click the option, or hold down the **ALT** key and press the underlined letter.  For example, to access the Criminal option you can press **ALT + R**.

When an option on a pull-down menu is followed by a [▶], there is a pull-down menu for that option.

To access an item from a pull-down menu, click the item or press the underlined letter.  For example, to access the **Criminal Open (S)hort** form press the letter **S**.

## 2.5. Overview of Main Menu Options

The following options are available on the LIONS Menu Bar.  If a user is not authorized to use an option, it is "grayed out".

**Civil -** Contains the modules necessary to track all civil litigation and appellate work.

**Criminal** - Contains the modules necessary to track all criminal litigation and appellate work.

**Reports -** Contains most of the LIONS reports.  Generally, the reports require the user to enter 2-4 parameters.  Reports can be viewed on screen, sent to a default printer, or run in batch.

> When reports are printed on-line (to your default printer) you will not be able to continue working until the report has finished printing.  It is recommended that large jobs be submitted using the Print Background (Batch) option.  This will free up your personal computer.

**Victim/Witness -** This function is now part of the Victim Notification System (VNS).

**FRC -** Contains the modules necessary to track all information related to files sent to or requested from the Federal Records Center.  FRC reports are accessed through this module.

**Documents -** This function is now part of the VNS.

**Inquiry -** Allows users to locate files in LIONS when the system assigned USAOID is not known.  For example, users can find files by searching on a name or partial name.

**Admin** (Administration) - This module is used primarily by the **System Manager** to maintain codes and security.  It includes all forms to maintain look-up codes, the change password option (available to all users), and reports related to the maintenance of LIONS.

## 2.6. Special Features in LIONS

**Toolbar –** Pictorial representations of functions in LIONS.  If a function does not apply to a particular block, the icon will not appear.  The toolbar, shown in Figure 2-7, is located along the left side of the screen.



| | | |
|---|---|---|
| | **Query** | Query or search a case or record, cancel a query request, or count records queried. |
| | **Save** | Save entered data and continue working on the screen. |
| | **List** | Display a list of acceptable values for a field. |
| | **Insert** | Insert (add) a record into the database. |
| | **Edit** | Edit fields. |
| | **Print** | Print the current screen. |
| | **Help** | Display a list of available function keys, details about an error or assist with using a screen and/or fields. |
| | **Clear** | Clear the data elements displayed on the screen. |
| | **GoTo** | Call another form from the existing screen |
| | **Exit** | Save and exit the screen or cancel and exit the screen. |

**Figure 2-7:  LIONS Toolbar**

**Menu Bar -** Each screen in LIONS has a menu bar for performing functions particular to that screen

**Message Line** - LIONS displays information about the fields in the lower left corner of the screen (see Figure 2-8).  For all fields requiring a code, the message will prompt the user to press **F9** to view the codes for that field (see Figure 2-9).



**Figure 2-8:  Message Line**



**Figure 2-9:  List of Values Prompt**

**Date Formats -** All dates in LIONS should be in the format **DD-MON-YYYY**.  For example, enter January 1, 2001 as **01-JAN-2001** or as **01 JAN 2001**.  When typing the date enter spaces or dashes.  Spaces convert to dashes when the date is saved.  The month will default to upper case.

**Field -** A field is one element of information such as Received Date.

**Codes** - All codes (with the exception of charges) will default to uppercase.

> Refer to *Appendix A, LIONS Code List* for a complete list of established codes.

**Non-Code fields** – Non-code fields.  Data can be entered in upper, lower or mixed case.  Where applicable, entries should be made in mixed case (upper and lower) as they will appear in documents.

**Record -** A record is a group of fields related to one another such as Case.

**Block -** A block contains one or more records of information.

**List of Values (LOV) -** A list of acceptable values for a particular field.  To access the LOV for a field:

Press **F9**.

Press the List icon  .

Click on Help and select List from the menu.

**Find Value in LOV** - Search for codes by entering a word or string of words in the Find field of the LOV.  For example, in the LOV for Program Categories shown in Figure 2-10, searching on the word "Fraud" returns all Program Categories with Fraud in the description.  To search for a code, place the cursor after the % sign in the Find box.  Type the word or string of words and press the **FIND** key.



**Figure 2-10:  LOV Find Box**

**Check Boxes** - An option field indicated by ☐.

**On-line Edits** - LIONS contains edits that ensure the integrity of the data by preventing the user from entering incorrect data.  For example, if you enter a code in an LOV field, LIONS will automatically check the value entered against the LOV table and send an error message if the code is not found in the LOV table.  A sample of an error message is shown in Figure 2-11.



**Figure 2-11:  On-line Edits Error Message**

**Preset Data** - LIONS will pre-populate certain pieces of information with default values.  Most default values can be changed.  Those that cannot be changed are so noted.

**Name Search** - LIONS provides a feature to search the database every time a user enters a participant name.  To activate this feature, a flag must be set in the user's LIONS profile.  The purpose of this feature is to alert the user that another case involving the participant already exists.  To enable the search feature, contact your **System Manager.**

**Automatic Creation of Records** – Used to relate participants in a case.  For example, when the user creates a record relating a defendant to a piece of property, LIONS automatically creates a matching Related Participant record linking the property back to the defendant.

This feature is also used to relate cases.  For example, when a criminal case that involves forfeitures is related to a companion civil forfeiture case, the user creates the first Related Case record linking the criminal case to the civil case.  LIONS automatically creates the Related Case record linking the civil case back to the criminal case.

## 2.7. Navigation in LIONS

Moving from Field to Field:

**TAB** or **ENTER** to move forward through fields.

**SHIFT + TAB** to move backward through fields.

Moving from Block to Block:

**CONTROL + PAGE DOWN** to move forward through the blocks.

**CONTROL + PAGE UP** to move backward through the blocks.

Moving within a Block:

There are three types of blocks in LIONS: basic, stacked and scroll.

**Basic block** - A basic block contains only one record of information.  Examples of the basic blocks are shown in Figure 2-12.



Figure 2-12:  Basic Block

**Stacked block** - A stacked block contains multiple records of information indicated by a counter in the upper right corner. Only one record can be viewed at a time. The counter indicates the number of records in the block and the relative position of a record in the stack. The **DOWN ARROW** accesses successive records. The **UP ARROW** accesses previous records. The **RELIEF** block shown in Figure 2-13 is an example of a stacked block.



Figure 2-13:  Stacked Block

**Scroll block** - A scroll block contains multiple records displayed in rows on the screen.  Multiple records can be viewed simultaneously.  Scroll bars on the right side of the block are used to navigate through the records.  The **DOWN ARROW** key accesses the next record; the **UP ARROW** key accesses the previous record.  The **PARTICIPANT** block shown in Figure 2-14 is an example of a scroll block.



**Figure 2-14:  Scroll Block**

**Skipping Participant Blocks** - Clicking on Skip near the bottom of the screen will skip all of the participant blocks at one time.

**Moving from Page to Page** - After entering information in a page of a multi-page form, move to the next page by pressing the TAB or ENTER key in the last field of the screen, or by pressing ▷ to go to the next page.  To go to the previous page, press SHIFT + TAB in the first field on that screen or press ◁.

## 2.8. Function Keys

You can use function keys to perform various system functions or operations.  The assignment of each function key and the use of these function keys is the same in all EOUSA Oracle applications.

To access a list of available function keys, click on **Help, Keys** on the Menu Bar.  A small window appears with the function name and assigned keys as shown in Figure 2-15.  Use the scroll bars to move through the list.



**Figure 2-15:  Function Keys**

## 2.9. Case Summary Option

The Case Summary screen can be used to update information about a Civil or Criminal matter or case.

Select **Civil** or **Criminal Case Summary** from the LIONS Main Menu as shown in Figure 2-16.



**Figure 2-16:  Case Summary**

LIONS 5.4.1 User Manual

The Case Summary screen shown in Figure 2-17 will open.



**Figure 2-17:  Case Summary Screen**

Enter a **USAOID** or tab to the Caption field and enter the defendant or litigant's name as it appears in the Case Caption.

Press **F8**.

Click on the record to be updated.

---

If security permissions do not allow access to a record, the name of the record will be "grayed out".

---

When all updates to a record are completed, save the changes and click the **Exit** icon to return to the Case Summary screen.

## 2.10. Inquiry Option

The Inquiry module in LIONS gives users the ability to find cases when the system-assigned USAOID is not known.  To access the Inquiry module, select Inquiry from the LIONS Main Menu as shown in Figure 2-18.



**Figure 2-18:  Inquiry**

**USAO Staff Assignments -** Search for matters or cases by staff initials or staff initials and position.

**Case Search -** Search for matters or cases using one of a variety of numbers in LIONS associated with the matter or case (Agency File Number, Court Number, Grand Jury Number, etc.)

**Scheduled Event -** Search for matters or cases based on a scheduled event.  The search can include all scheduled events, or only those associated with a staff member assigned to a matter or case in LIONS.

**Participant Search –** Search for files based on all or part of a participant's name or on a number associated with a participant (Social Security Number, EIN, etc.)

**Victim/Witness –** Search for files with Victim/Witness participant roles.

## 2.10.1. The USAO Staff Assignment Search

Selection criteria for a staff assignment search are staff initials, staff initials and position, and only open cases as shown in Figure 2-19.



Figure 2-19:  Staff Assignment Search

**Initials** – Press **F9** and select the initials for a particular staff member.

**Position** - Press **F9** and select the appropriate Position code.  To search for all files for a staff member regardless of position in the matter/case, leave the Position field blank.

**Do you want to query only open cases?** - A **Y (Yes)** response will query only open cases.  To see all matters and cases for a staff member leave the checkbox blank.

**Execute** – Press **F8** to execute query or select **Query**, e**X**ecute from the menu bar.

Press **F3** to go to the **Case Summary** screen for the highlighted record.

LIONS will return all matters/cases for the staff member where the End Date in the Assignment Record is blank.

## 2.10.2. Case Search

Selection criteria for a case search are Agency File Number, Court Number, DOJ Division Number, DCMNS Number, FRC Number or Grand Jury Number.

Enter a relevant number or partial number followed by the **%**.  For example, searching a Court Number using **123%** will return all records that have a Court Number beginning with 123 as shown in Figure 2-20.



**Figure 2-20:  Case Search**

Click the cursor on the desired record to highlight it.

Press **F3** or click the Go To button ![button] to go to the **Case Summary** screen for the highlighted record.

### 2.10.3. Scheduled Event Search

Selection criteria for a scheduled event search are staff initials and/or date range.

To return all scheduled events for all staff members for a date range, enter only a date range as shown in Figure 2-21.  LIONS will return all matters/cases where the scheduled event falls within the date range and the staff field is blank.



**Figure 2-21:  Scheduled Event Search – Date Range**

To return all scheduled events for a staff member enter only staff initials as shown in Figure 2-22.

LIONS - EVENT SEARCH - [gnevsrch:1.3]

Action Edit Record Query Window Help

Staff: AK Date Range From: To:

| USAOID | Caption | Prog Cat | Cause Act | Scheduled Date | Staff | Event Type | Action |
|---|---|---|---|---|---|---|---|
| 2001 | | 033 | | 23-FEB-2009 | AK | SENT | TK |
| 2008 | | 06E | | 06-FEB-2009 | AK | SENT | TK |
| 2008R | | 06E | | 06-FEB-2009 | AK | SENT | TK |
| 2008R | | 06E | | 06-FEB-2009 | AK | SENT | TK |
| 2008R | | 090 | | 20-JAN-2009 | AK | JTRI | TK |
| 2007R | | 082 | | 07-JAN-2009 | AK | SENT | CN |
| 2008R | | 090 | | 20-DEC-2008 | AK | STHR | TK |
| 2007R | | 03L | | 18-DEC-2008 | AK | SENT | FI |
| 2008R | | 033 | | 10-DEC-2008 | AK | SENT | CN |
| 2008R | | 033 | | 08-DEC-2008 | AK | SENT | TK |
| 2008R | | 033 | | 31-OCT-2008 | AK | CHPL | TK |
| 2008R | | 036 | | 28-OCT-2008 | AK | JTRI | TK |
| 2008R | | 036 | | 20-OCT-2008 | AK | STHR | CN |

Move highlight bar to record and press <F3> to GOTO the Case Summary screen.

TUE, 24-MAR-2009

**Figure 2-22: Scheduled Event Search – Initials**

To return all scheduled events for a staff member for a specific date range, enter staff initials and date range as shown in Figure 2-23.

LIONS - EVENT SEARCH - [gnevsrch:1.3]

Action Edit Record Query Window Help

Staff: Smith Date Range From: 01-JAN-2008 To: 01-JAN-2009

| USAOID | Caption | Prog Cat | Cause Act | Scheduled Date | Staff | Event Type | Action |
|---|---|---|---|---|---|---|---|
| 2007 | | 01Z | | 01-JAN-2009 | BRSE | STLM | |
| 2002 | | | FR | 31-DEC-2008 | LIPA | ALBR | TK |
| 2008 | | | SSDA | 31-DEC-2008 | SCSP | PASR | TK |
| 2008 | | | SSDA | 31-DEC-2008 | MMK | PASR | TK |
| 2008 | | | SSDA | 31-DEC-2008 | MMK | PASR | TK |
| 2008 | | | SSDA | 31-DEC-2008 | MMK | JSPF | TK |
| 2008 | | 040 | | 30-DEC-2008 | LSM | JTRI | CN |
| 2008 | | | SSDA | 30-DEC-2008 | DEHASS | ACOM | TK |
| 2005 | | | TX | 30-DEC-2008 | DOFO | DISD | TK |
| 2004 | | 047 | | 30-DEC-2008 | LARZ | SENT | CN |
| 2007 | | | EAJA | 30-DEC-2008 | RWC | CTRI | TK |
| 2008 | | | SSDA | 30-DEC-2008 | MMK | JSPD | TK |
| 2008 | | | SSDA | 30-DEC-2008 | MMK | JSPD | TK |

Move highlight bar to record and press <F3> to GOTO the Case Summary screen.

TUE, 24-MAR-2009

**Figure 2-23: Scheduled Event Search – Initials and Date Range**

Click the cursor on the desired record to highlight it and press **F3** or select the Go To button  to go to the **Case Summary** screen for the highlighted record.

## 2.10.4. Participant Search

Selection criteria for a participant search are participant name or a number associated with the participant (SSN, Marshal's Number, etc.).

The broader the search parameters, the more likely it is that the matter/case will be found.  For example, entering a last name will return a greater number of matters/cases than entering a last and first name.

Selecting **Spelling Match** in the **Name Matching** block will return only the names with the exact spelling. Selecting **Sounds Like** in the **Name Matching** block will return all names with similar vowel sounds. LIONS does a "soundex" search on the name field for similar vowel sounds.  A search for Smith will return Smith, Smithe, Smythe, Schmidt, etc., as partially demonstrated in Figure 2-24.



**Figure 2-24:  Participant Search — Name**

To search on a number field, enter a number associated with the participant, or a partial number followed by the %.  For example, searching SSN# using **105%** (as shown in Figure 2-25) will return all participant records that begin with 105 in the SSN# field.  The percent symbol (%) acts as a wildcard.



**Figure 2-25:  Participant Search – Number**

## 2.11. Reports Option

To request a report, select **Reports, Civil** or **Criminal** from the LIONS Main Menu, then select the type of report as shown in Figure 2-26.



**Figure 2-26:  Request Report**

The Report screen shown in Figure 2-27 will display.

Enter a **Beginning Date** and **Ending Date** for the reporting period and press **Continue**.



Case 2:13-cv-00193 Document 798-1 Filed on 11/20/14 in TXSD Page 31 of 53

**Figure 2-27: Report Parameters**

The Report Options screen shown in Figure 2-28 will display.

**Figure 2-28: Report Disposition Options**

Click **View Report** or press **V + ENTER** to view the report.

The generated report displays as shown in Figure 2-29.

**Figure 2-29: View Report On-line**

Use the right scroll bar to move up and down through the report; use the bottom scroll bar to move left to right.

Click **Next** to go to the next page; click **Prev** to go to the previous page.

Click **First** to go to the first page of a report; click **Last** to go to the last page.

Enter a page number and click **Page** to go to the specified page.

Click **Close** to exit the report screen.

---

The **Print** option on the **Previewer Screen** does **NOT** format the report correctly.

---

To print reports:

Click **Print On-line** or press **O + ENTER** to print on-line.

Click **Save to Disk** or press **S + ENTER** to save the report to a file. The report file is saved to your computer in the directory **C:\RPT**.

Click **Print Background** or press **P + ENTER** to generate the report. The report will automatically print to your Windows assigned printer.

## 2.11.1. Report Server

Requested reports are downloaded to the Reports Server. Two buttons are added to the bottom of the screen as shown in Figure 2-30. Clicking on the **Reports Server** button displays the requested reports and their status in the server queue as shown in Figure 2-31. Clicking on the name of the report opens the report for online review.



**Figure 2-30: Report Server Button**



**Figure 2-31: Report Server Screen**

## 2.12. Quitting LIONS

Click the ⊠ button in the upper right corner of the window OR return to the LIONS Main Menu and click the **Exit** button. Click **OK** in the Exit dialog box shown in Figure 2-32.



**Figure 2-32:  LIONS Exit Dialog**

# 3.0 CIVIL INITIATION

A civil action is initiated in LIONS when a new civil file is received in the United States Attorney's Office. This chapter provides instructions for opening and managing civil cases in LIONS using a series of screens to collect and maintain detailed information concerning the following:

**Case** - Provides an overview of the status of the civil action.  Includes the cause of action, the latest court information, related cases, and notes.

**Court History** - For each court filing, a new Court History record is opened.  The record tracks the court and its location, as well as the Judges associated with the civil action.  It also ties information together about the attorneys and other parties associated with each court stage. Prior to any filing, a record is opened as **NC** (Not In Court).  Court Location is a Local Code assigned by the Districts.

**USAO Staff Assignment -** Tracks the Lead AUSA and other staff members assigned to a civil action.  At a minimum the Lead AUSA must be tracked.  Additional attorneys, paralegals, etc and their position can be entered, as desired.  Position codes are established by the Districts with the following exceptions:

**C**   Co-Counsel

**L**   Lead Attorney

**V**   Victim Witness Coordinator

**Agency** - Information on the agencies associated with the civil action.  Normally, this is the client agency.  At a minimum, one client agency must be entered for each civil action.

**Participant** - Information about the litigants and other parties to a civil action.  At a minimum, the lead litigant's name must be entered.  In addition, certain information can be entered such as demographics, addresses, and phone numbers.

**Opposing Counsel** – Tracks the opposing counsel at each stage of a civil action.

**Relief** - Tracks the history of relief in a civil action, from estimated to final judgment.

**Event** – Tracks events tied to court stages and to specific parties.  Districts can track the status of the civil action, create a calendar, and generate standard documents through the event record.

**Related Cases –** Participant or case records linked to show relationships among participants or cases.  For example, a criminal case that involves forfeitures that are related to a companion civil forfeiture case.  When the Related Case record is entered linking the criminal case to the civil case, LIONS creates the Related Case record linking the civil case back to the criminal case.

**Case Notes** – Ancillary information about the civil action.  This form was designed for AUSAs who want to maintain a summary of the civil action.

**Experts** - Tracks the names, specialties, and addresses of experts used in litigation by either the Government or opposing parties.  Also provides a record of comments.

Samples of the data entry screens are included.  Many of the fields in the various data entry screens require codes selected from a List of Values (LOV).  The LOV for any field can be accessed by pressing **F9**.

*Chapter 4, Civil Updates and Closings* contains detailed information on updating civil actions in LIONS. *Chapter 8, Appeals* contains detailed information associated with appeals.

A complete list of LIONS codes is available in *Appendix A – LIONS Code List*.  Detailed coding procedures for the following civil case types and situations are in *Appendix E, LIONS Coding Policies*:

**General**

Reinstatements

Remands for New Trial

**Civil**

Social Security Disability Appeals

Foreclosures - U.S. Plaintiff

Foreclosures - U.S. Defendant

Habeas Corpus/2255s

Lands Cases

Asset Forfeiture

Bankruptcy

Nationwide Central Intake Facility (NCIF)

## 3.1. Definitions

**Matter** - A referral on which an attorney spends one hour or more and for which formal papers have not been filed with the Court.

**Civil Action** - A civil action begins with the assignment of any court number.

**Appeals** - Appeals are civil actions filed in the Court of Appeals or Supreme Court (either state or federal). "Appeals of administrative decisions," such as Social Security disability "appeals" or bankruptcy appeals to a district court, are *NOT* appeals because they are filed in District Court. Refer to Chapter 8, Appeals, for instructions on opening an appeal.

**Complaint** - The initial pleading filed by the plaintiff in a civil action. It includes a statement of facts and the relief requested.

## 3.2. Immediate Declinations

> Immediate declinations of civil matters, cases, and appeals are currently not used.

## 3.3. Initiate a Civil Record

Initiate a civil record when:

A civil action is referred to, or initiated by, the United States Attorney and an attorney spends one hour or more working on the file.

A civil action is commenced by the filing of a complaint in District Court. This includes post-conviction civil remedies.

A civil action on appeal, in which the United States is a litigant, is remanded to the District Court for a new trial.

A collection matter referred from the National Central Intake Facility for which the Financial Litigation Unit or Asset Recovery Staff is responsible. These include Department of Education student loans, Veterans Administration benefit overpayments, etc., on which the USAO spends an hour or more of time.

Adversary Proceeding. (*See Appendix E, LIONS Coding Policies Bankruptcy* for information about entering Adversary Proceedings.)

A civil action is re-opened in a different fiscal year.  (See *Appendix E, LIONS Coding Policies Reinstatements* for information about entering reopened cases.)

Other civil litigation in which an attorney spends more than one hour of time.

Do **NOT** initiate a civil record for:

**Collection matters** for which private counsel is responsible.

**Prejudgment bankruptcy cases and foreclosures** where the U.S. is the plaintiff, entered directly into CDCS.  **NOTE:** At local option, these cases can be initially entered as civil or collections. However, this must be done consistently.

**Proofs of Claim filed by the Internal Revenue Service** unless the United States Attorney has been requested, by the Tax Division, to participate actively in the proceedings.  (The one-hour rule does **NOT** apply.)

**Certain non-IRS Proofs of Claim** when the only action required is the filing of the proof of claim.  If the United States Attorney is required to participate actively in the proceedings, the one-hour rule **WILL** apply.

**Miscellaneous Correspondence and Complaints** of an obviously trivial nature, "crank" telephone calls and letters, civic association correspondence, miscellaneous correspondence, etc.

## 3.4. When to Initiate Multiple Participants

**General Rule.** As a general rule, only one participant is opened per civil action.

**Exceptions**

When two or more participants are involved in the same civil action *and* the $ Relief Requested differs for the participants.

In lands civil actions, a separate file may be opened for each tract. Districts which handle multiple tracts in a single civil action may initiate one file with multiple participants, or open one file and show how many tracts are involved.

The $ Relief Requested should reflect the amount claimed by the landowners. If there are multiple tracts, use one Relief record to enter the Requested amount and use another Relief record to enter the Granted or Denied amount, unless the claims indicate separate amounts for each individual track in the civil action. In that instance, create a Relief record for each separate Requested amount and a Relief record for each separate Granted amount.

## 3.5. Civil Initiation Procedures

There are two ways to initiate a civil file in LIONS:

The **Civil Short** form allows you to enter information quickly by completing two screens. Relationships that need to be made on an individual basis in the Long form are done automatically in the Short form.  For example, all participants will be related to all events and relief records you have entered.

The **Civil Long Form** long form takes longer to complete, but captures more information; e.g., multiple cause of action codes, related civil action information, individual participant information, aliases, and comments.  You must tell LIONS which participants are related to which events and relief. You are also able to add participants who are not related to the events or relief records; e.g., claimants in a forfeiture.

To initiate a civil matter or civil action in LIONS:

Select **Civil, Open Case (Short form)** from the LIONS Main Menu or press **ALT + C**.

OR

Select **Civil, Open case** (**Long form**) from the LIONS Main Menu or press **ALT + L.**

## 3.6. Open Case (Short Form)

- **Caption** - Enter a reference name for the civil action in accordance with local procedures.

- **TAB** or **ENTER**. LIONS will automatically generate a USAOID number.

  As shown in Figure 3-1, the **Recvd Date** defaults to the current date and LIONS pre-populates the **Litigating Responsibility** and **Branch** fields. If the data in any of these fields is incorrect, click in the field and enter the correct data.

**USAOID** - The USAO Number generated by the LIONS system when a civil action is initiated. It is used to track the civil action throughout its life, including appeals.



**Figure 3-1:  Civil Short Form, Page 1**

### 3.6.1. Case

**Recvd Date** (Received Date) - Enter the date the civil action was received in the office. The date cannot be later than the current date. The format for all dates is **DD-MMM-YYYY**. When entering the date, spaces can be entered in place of the dashes. Spaces are converted to dashes when the record is saved.

**Cause Act** (Cause of Action) – Press **F9** and select the code that best describes the civil action. See *Appendix A – LIONS Code List* for a complete list of Cause of Action Codes.

**US Role** – Press **F9** and select the code that describes the government's position in the civil action.

**Lit Resp** (Litigating Responsibility) - LIONS defaults to **US** (Case Handled Exclusively by US Attorneys Office). If this is incorrect, Press **F9** and select the code for the litigating responsibility.

**DOJ Division** – If a DOJ Division code has been provided, enter that code even if the Litigating Responsibility is **US**. If no code has been provided, press **F9** and select the appropriate DOJ Division code**.**

If the Litigating Responsibility is DJ, RD or SD, a DOJ Division code **MUST** be entered.

For Central Intake referrals, enter **ZCIF** as the DOJ Division.

For civil litigation arising out of **OCDETF** cases, e.g. Asset Forfeitures, enter **ZNTF** (Organized Crime Drug Enforcement Task Force) as the DOJ Division.

> If a Case Number Exchange form has been supplied by the DOJ Division, enter the USAO Number on the form and return it to the Division.

**DOJ #** - If a DOJ Division has been entered, enter the number assigned to the file by DOJ.

**Case Restrict** (Case Restricted) – Press **F9** and select **Y** (Yes) to restrict case access to a certain group of users. Otherwise, select **N** (No). You must be a member of a group in order to restrict case access to that group.

If **Restrict** is **Y (Yes)**, the message shown in Figure 3- will display.



**Figure 3-2:  Case Restricted Error Message**

Click **OK** to open the **STAFF GROUP** form shown in Figure 3-3.



**Figure 3-3:  Staff Group Form**

**Staff Groups** – Press **F9** and select the group to which the civil action is restricted.

Press the **Exit** icon to return to the **CASE** block.

**Branch** - LIONS defaults to the Branch of the person entering the information. If incorrect, press **F9** and select a Branch code.

**Weight** – Press **F9** and select a code that defines the complexity of the civil action for assignment purposes.

**Unit** – Press **F9** and select the code(s) for the group within the office responsible for the civil action.

**Security** – Press **F9** and select a code that describes the level of security for the case.

**Spec Proj** (Special Project) - The EOUSA has established a series of codes for certain types of cases being monitored by its Legal Programs (Priority Programs Team). The codes in this field are used to produce the special reports needed by the team. Press **F9** and select the code of the special project category.

**Type** – Press **F9** and select the case type. The code should further describe the nature of the case.

**Qui Tam Flag** – If Cause of Action is a Fraud code, press **F9** and select **Y (Yes)** or **N (No)** as appropriate.

**Vic/Wit** (Victim/Witness) – Press **F9** and select **Y** (Yes) or **N** (No) as appropriate. This field flags civil actions with victims/witnesses to be tracked by a Victim/Witness Coordinator.

Press **CONTROL + PAGE DOWN** to go to the **COURT HISTORY** block.

### 3.6.2. Court History

**Court** (and Court Location) – Press **F9** and select the Court Code. Court Location can be entered, if applicable. Court Location is a local code established by your District. (LOV)

> If Court code is **NC (Not in Court)** or **PN (Not in Court, Post Disposition)**, LIONS will skip the remainder of the **COURT HISTORY** block and move to the **ASSIGNMENT** block.

**App Type** (Appeal Type) - This field is used for Appeal Only cases. *See Chapter 8, Appeals* for instructions on entering Appeals.

**Filing Date** - Enter the date the civil action was filed in court. This field is required when a court code other than **NC** (Not in Court) or **PN** (Post-Disposition Not in Court) has been entered, and a Service Date will not be entered.

**Court Number** - Enter the number assigned to the civil action by the court. This field is required when a court code other than **NC** (Not in Court) or **PN** (Post-Disposition Not in Court) has been entered.

**Service Date** - Enter the date the USAO was served. This field is required when a court code other than **NC** (Not in Court) or **PN** (Post-Disposition Not in Court) has been entered, and the Filing Date has not been entered.

> A **Filing Date** or **Service Date MUST** be entered for a civil action filed in any court.

**Judge** – Press **F9** and select the initials of the Judge hearing the civil action, if applicable.

To add a Judge to the Judge Picklist:

Press **F3** to access the Judge Picklist shown in Figure 3-4.

LIONS 5.4.1 User Manual



Figure 3-4:  Judge Picklist

**DOWN ARROW** to a blank line in the Judge Picklist or press **F6** to add a blank line.

Enter information for the new Judge.

Press the **Exit** icon to return to the Court History block.

The Judge is now included in the Judge Picklist and the LOV as shown in Figure 3-5 and Figure 3-6, respectively.



Figure 3-5:  Updated Judge Picklist



**Figure 3-6:  Updated Judge LOV**

See *Chapter 4*, *Civil Updates and Closings, Section 4.16.4, Judge* for additional information on the Judge Picklist.

> **Start Date** - If a Judge is entered, the Start Date defaults to the current date.  If incorrect, enter the date the Judge was assigned to the civil matter.

Press **CONTROL + PAGE DOWN** to go to the **COURT/STAFF ASSIGNMENT** block.

### 3.6.3. Court/Staff Assignment

> **Lead AUSA** – Press **F9** and select the initials for the Lead AUSA assigned to the civil action.  The AUSA's name will be filled in based on the initials selected.  The Position field for the first entry defaults to L (Lead).  Only one active L (Lead) is allowed.

> **Start Date** - LIONS defaults to the current date.  If incorrect, enter the date the Lead AUSA was assigned.

Press **CONTROL + PAGE DOWN** to go to the **AGENCY** block.

### 3.6.4. Agency

> **Agency** – Press **F9** and select the client agency that referred the civil action.  At a minimum, one client agency must be entered.

> **Agency Office** (READ ONLY) - If the agency has more than one location, select the appropriate location from the LOV.  Agency Office is a Local Code assigned by the Districts.

> **Agency #** - Enter the number assigned to the civil action by the Client agency.

Press **CONTROL + PAGE DOWN** or press  to go to the **PARTICIPANT** block shown in Figure 3-7.

Figure 3-7:  Participant

### 3.6.5. Participant

In LIONS, a "participant" is a litigant, witness, piece of property to be forfeited, or any individual, organization, or business associated with the civil action.  At a minimum, one litigant participant must be entered.

> **Type** – Press **F9** and select the code that best describes the participant.
>
>> Individual
>>
>> Business/Organization
>>
>> Property
>
> **Role** – Press **F9** and select the code that best describes the participant's role in the civil action (P for Plaintiff, for example).
>
> **Name** - If the **Type** is **I** (Individual), a pop-up block displays to prompt for the last name and first name.  Enter the Individual Participant's first and last names.
>
> If the participant Type is **B** (Business) or **P** (Property) enter the business or property name in the field.

---

If the name search feature is activated, LIONS will search the database to alert the user that another case involving the participant already exists.  To enable the search feature, contact your System Manager.

---

> **EIN/SSN/CATS** - Enter the IRS **EIN** (Employer Identification Number) for a **Business** participant; enter the **SSN** (Social Security Number) for an **Individual** participant; enter the **CATS** (Consolidated Asset Tracking System) number for a **Property** participant.
>
> **Opp Coun Initials** (Opposing Counsel Initials) – Press **F9** and select the initials of the opposing counsel.

**Opp Type** (Opposing Counsel Type) – Press **F9** and select the code that describes the type of counsel for the defendant.

**Start Date** - Enter the start date for the Opposing Counsel.

If necessary, press **F6** to insert additional rows, or press the **DOWN ARROW** to go to a blank line to add subsequent participants.

Press **CONTROL + PAGE DOWN** to go to the **RELIEF** block.

### 3.6.6. Relief

**Type** – Press **F9** and select the type relief being sought. (LOV)

    **M**   Monetary

    **N**   Nonmonetary

    **B**   Both Monetary and Nonmonetary

**Stage** – The history of Relief is tracked in LIONS using the Stage field. LIONS will default the Stage to **R** (Requested) for civil initiations.  A **Requested** stage is required when a civil action is opened. (LOV)

    **D**   Denied

    **E**   Estimated

    **G**   Granted

    **O**   Ordered

    **R**   Requested

**Requested By** – Press **F9** and select a code for the Participant seeking Relief. Enter **G** (Sought by the Government) if the Government is seeking the relief. Otherwise, enter **O** (Sought by Opposing Party). For Lands Civil actions, enter **O**. (LOV)

> **U** (Unknown) should only be used until the information becomes available.

**Liability** - If only one participant is entered, LIONS defaults liability to **I (Individual)**.  If multiple participants are entered, LIONS defaults the liability to **J (Joint and Several)**.

**Amount** – Enter a value for the relief being sought.

If **Type** is **M** (Monetary) or **B** (Both Monetary and Nonmonetary):

- Enter the dollar amount of monetary relief being sought.  The maximum amount is 999,999,999,999.99.  Do not enter a dollar sign ($).
- If **Type N** (Nonmonetary), the cursor skips over this field.

If **Type** is **N** (Nonmonetary) or **B** (Both Monetary and Nonmonetary):

- Enter a description of the nonmonetary relief being sought.
- If Type is **M** (Monetary), the cursor skips over this field.

**Agency** - LIONS will default this field to the Client Agency previously entered.

Press **CONTROL + PAGE DOWN** to go to the **EVENT** block.

### 3.6.7. Event

The Event block is a scrollable block.  Use the scroll bar at the bottom of the block to view all fields in the block and to move back and forth within the block.

> If an **Event** is entered, an **Event Date** or a **Scheduled Date** MUST be entered.

**Event** – Press **F9** and select the code that best describes the event.

**Action** – Press **F9** and select the code that describes the status of the event.

**Event Date** - Enter the date the event occurred.  When scheduling an event, leave this field blank.

**Date Scheduled** - Enter the date an event is scheduled to occur.  Scheduled Dates appear on staff members' calendar reports.  Scheduled dates must be later than the current date.

**Time Scheduled** - Enter the scheduled time for the event.  Scheduled time will appear on staff members' calendar reports.

**Staff Initials** - LIONS will default to the initials of the Lead AUSA.  If this is incorrect, press **F9** and select the correct staff initials.

**Doc Code** (Document Code) – Press **F9** and select the document number.  Used by document generation.  See *Chapter 9, Overview of Document Generation* for more information.

**Document Staff Initials** - LIONS will default to the initials of the person logged into LIONS.  This **CANNOT** be changed.  Used by Document Generation.

**Document Date** - LIONS defaults to the current date. This field is used by Document Generation when setting the date range for documents to be produced in batch.  If it is necessary to regenerate a document, the date can be changed.

**Location Scheduled** - Enter a free-form description of the location of the event or scheduled event.

**Judge INIT** (Initials) – Press **F9** and select the initials of the Judge involved in the event or scheduled event.

**Judge Last Name** - LIONS will fill in the Judge's last name based on the initials entered.

After entering the judge's last name, an Event Comments block will display as shown in Figure 3-8.



Figure 3-8:  Event Comment Pop-up Screen

**Event Comment** – Enter text as you would in WordPerfect. You can enter approximately 35 lines of text. To see more of the comment screen, press **ALT + E** and select **Edit** from the pull-down menu.

To enter another event, press **F6** to insert additional lines, or press the **DOWN ARROW** to go to a blank line.

To enter another civil action, move to the USAOID field and press **F6** and answer **Y (Yes)** to the prompt to save your changes. A new screen opens.

Press the **Exit** icon and click **Y** (Yes) in the dialog box to save changes and exit the Civil Short Form.

## 3.7. Open Case (Long Form)

The Civil Long Form is shown in Figure 3-9.



**Figure 3-9: Civil Long Form**

- **Caption** - Enter a reference name for the civil action in accordance with local procedures and press **TAB** or **ENTER**.

LIONS automatically generates a USAOID number and pre-populates certain fields as shown in Figure 3-10. The USAOID is used to track the civil action throughout its life, including appeals.



**Figure 3-10:  Open Civil Action**

### 3.7.1. Case

**Received Date** – Defaults to the current date.  If this is incorrect, enter the date the civil action was received in the office.  The date cannot be later than the current date.  The format for all dates is **DD-MON-YYYY.**  When typing the date, spaces or dashes can be entered.  Spaces will be converted to dashes when the date is saved.

**Status** – Defaults to **A (Active)** when a civil action is opened.  Data in this field **CANNOT** be changed.

**Criminal Potential** – Press **F9** and select **Y** (Yes) or **N** (No) to indicate if a criminal case may arise out of the civil action.

**Cause of Act** (Cause of Action) – In the pop-up block shown in Figure 3-11, press **F9** and select the code(s) that describes the cause(s) for the civil action.  Select the most important code first.

> **DOWN ARROW** to go to a blank line or press **F6** to insert additional lines.  **SHIFT + F6** to return to a previous line.

Press **ENTER** to exit the pop up block**.**



**Figure 3-11:  Cause of Action Pop-up**

**Lit Resp** (Litigating Responsibility) – LIONS defaults to **US - Case Handled Exclusively by US Attorneys Office**.  If this is incorrect, press **F9** and select the code that indicates who will handle the litigation.

**US Role** – Press **F9** and select the code that describes the government's position in the civil action.

**Branch** - LIONS defaults to the Branch of the person entering information.  If this is incorrect, press **F9** and select the correct code.

**DOJ Division/Number** – In the pop-up block, shown in Figure 3-12, press **F9** and select the correct code(s) for the DOJ Division(s).  Enter the number assigned to the civil action by the DOJ Division.



**Figure 3-12:  DOJ Division/Number Pop-up**

If a DOJ Number has been provided enter the DOJ Division, even if the Litigating Responsibility is **US - Case Handled Exclusively by US Attorneys Office**.  If the Litigating Responsibility Code is **DJ**, **RD**, or **SD**, the appropriate DOJ Division code **MUST** be entered.

---

If a Case Number Exchange form has been supplied by the DOJ Division, enter the USAOID and return the form to the Division.

---

For an **NCIF** referral, enter **ZCIF** as the DOJ Division.

For civil litigation arising out of **OCDETF** cases, enter **ZNTF** (Organized Crime Drug Enforcement Task Force) as the DOJ Division.

A case can be restricted so that it can only be accessed by selected Staff Groups.  Cases can only be restricted by a member of a group to which access is granted.  Cases are restricted in accordance with local procedures.  To restrict access to a case:

**Case Restrict** (Case Restricted) – Press **F9** and select **Y** (Yes) to restrict access or **N** (No) if access is unrestricted.

If **Restrict** is **Y** (Yes) the message shown in Figure 3-13 will display.



**Figure 3-13:  Case Restricted Error Message**

Click **OK** to open the **STAFF GROUP** form shown in Figure 3-14.



**Figure 3-14:  Staff Group**

Press **F9** and select the group or group(s) that will have access to the civil action records.

Press the **Exit** icon to leave the Staff Group form and return to the Civil Long form.

**Lit Track** (Litigation Track) – Press **F9** and select a code that defines the complexity of the litigation. This field can be used in conjunction with the Weight field to assist in civil action assignment.

**Security** – Press **F9** and select a code that describes the level of security for the civil action.  Users may be prohibited from seeing civil actions based on the code in this field.  Security is a Local Code assigned by the Districts.

EOUSA has established a series of codes for certain types of cases being monitored by Legal Programs (Priority Programs Team).  The codes are entered in the pop-up shown in Figure 3-15 and are used to produce the special reports needed by the team.

**Special Proj** (Special Project) – Press **F9** and select the Special Project code, if applicable.



**Figure 3-15:  Special Project Pop-up**

Press **ENTER** to exit the pop-up.

**ADR Mode** (Alternative Dispute Resolution) – Press **F9** and select the code that defines the type of alternative dispute resolution, if applicable.

**Weight** – Press **F9** and select a code to define the complexity of the civil action.

**Unit** – Press **F9** and select the code for a group within the office responsible for the civil action.

**Tribe** – Press **F9** and select the code for a Native American tribe, if applicable.  This data should be entered when the United States has jurisdiction over a civil action involving a Native American tribe.

**Reservation** – Press **F9** and select the code for the Native American reservation or military installation, if applicable.  These codes can be used for Native American cases and/or crimes that occur on military installations.

**Type** - Press **F9** and select a case type code to further describe the nature of the case.

**Related Flu Flag** – Check if Flu is related with the case. Uncheck="N".

**Qui Tam Flag** – This field may be completed on any kind of Fraud Civil case. Simply answer Y for Yes or N for No in this field.

**Total Victims** – The field was used to enter the number of victims in the civil action.

**TAB, ENTER, CONTROL + PAGE DOWN** to go to the **COURT HISTORY** block.

### 3.7.2. Court History

**Court** (and Court Location) – Press **F9** and select the appropriate Court.  Court location can also be entered.  The court code is required, but the court location is not a required field.

---

If the Court Code is **NC** (Not in Court) or **PN** (Post-Disposition Not in Court), the cursor will skip the remainder of the **COURT HISTORY** block and go to the **COURT/STAFF ASSIGNMENT** block.

---

**App Type** (Appeal Type) - This field is used for **Appeal ONLY** cases.  *See Chapter 8, Appeals* for instructions on entering Appeals.

**Filing Date** - Enter the date the civil action was filed in court.  This field is required when a court code other than **NC** (Not in Court) or **PN** (Post-Disposition Not in Court) has been entered, and a Service Date will not be entered.

**Court Number** - Enter the number assigned to the civil action by the court.  This field is required when a court code other than **NC** (Not in Court) or **PN** (Post-Disposition Not in Court) has been entered.

**Service Date** - Enter the date the USAO was served. This field is required when a court code other than **NC** (Not in Court) or **PN** (Post-Disposition Not in Court) has been entered and the Filing Date has not been entered.

---

A **Filing Date** and/or **Service Date MUST** be entered for a civil action that is filed in any court.

---

**Judge** – Press **F9** and select the initials of the judge hearing the civil action, if applicable.

See *Section 3.7.2* for detailed instructions on locating a Judge in the LOV or adding a Judge to the LOV/Judge Picklist.

**Start Date** – Defaults to the current date.  If this is incorrect, click in the field and enter the date the Judge was assigned to the civil action.

**Disp/Disp Date** (Disposition and Disposition Date) - **READ ONLY** fields not used to initiate a civil action.

**TAB, ENTER, CONTROL + PAGE DOWN** or press ⊡ to go to the **COURT/STAFF ASSIGNMENT** block.

### 3.7.3. Court/Staff Assignment

The Court/Staff Assignment block is shown in Figure 3-16.

> The first entry in the **Court/Staff Assignment** block **MUST** be the **Lead AUSA** assigned to the civil action.  Only one open Lead AUSA is allowed.



**Figure 3-16:  Court/Staff Assignment**

**Inits** - Press **F9** and select the Lead AUSA initials.  The position field for the first entry defaults to **L** (Lead).

Press **F9** and select the initials of each additional staff member assigned to the civil action.

LIONS will automatically fill in the staff name based on the initials entered.  Initials are Local Codes assigned by the Districts.

**Position** - Press **F9** and select the code for each staff member's position.

**Start Date** - LIONS defaults to the current date.  If this is incorrect, click in the field and enter the date the staff member was assigned to the civil action.

**End Date** - This field will be blank when initiating a civil action.

**DOWN ARROW** to go to a blank line, or press **F6** to insert additional lines.  Press **SHIFT + F6** to return to a previous line

**TAB, ENTER, CONTROL + PAGE DOWN** or press ⬜ to go to the **AGENCY**

## 3.7.4. Agency

The Agency block is shown in Figure 3-17.

> Every civil action **MUST** have at least one client agency.



**Figure 3-17:  Agency**

**Role** - LIONS defaults the Role for the first entry to **CL (Client)**.

**Agency** - Press **F9** and select the code for the client agency that referred the civil action to your office.  If the agency has more than one office, select the appropriate office from the LOV.

**Code and Description** – LIONS will fill in this field based on the Agency code selected.

**Agency Number** – Enter the number assigned to the civil action by the Client agency.

**DOWN ARROW** to go to a blank line, or press **F6** to insert blank lines as needed to enter multiple agencies.

**TAB, ENTER, or CONTROL + PAGE DOWN** or press [▷] to go to the **AGENT** block.

### 3.7.5. Agent

**Salutation** - Enter the salutation used in official correspondence with the agent.

**Name** - Enter the agent's last and first names.

**Title** - Enter the agent's title.

**Lead Agent** – Press **F9** and select **Y (Yes)** if this is the Lead Agent.

**Phone/ Fax/Pager/Email** - Enter as much information as is known.

### 3.7.6. Agency Office (Read Only)

This block is pre-populated based on the agency offices in the Agency Picklist.  Agency Office is a local code assigned by the district.  See *Chapter 4, Section 4.16.1, Agency Office* for information on the Agency Picklist.

**TAB, ENTER, or CONTROL + PAGE DOWN** or press [▷] to go to the **PARTICIPANT** block.

### 3.7.7. Participant

In LIONS, a "participant" is a litigant, witness, piece of property to be forfeited, or any other individual, organization, or business associated with the civil action.  Enter all participants in the civil action.  At a minimum, **one litigant participant must be entered** in the Participant block, shown in Figure 3-18.

When a user initiates a civil action, LIONS automatically relates all participants to the current Court History stage.  (See *Chapter 6, Criminal Updates and Closings* for more information.)



**Figure 3-18:  Participant**

**Type** – Press **F9** and select the code that best describes the participant.

**I**   Individual

**B**   Business or organization

**P**   Property (either real property or other property to be forfeited)

**Role** – Press **F9** and select the code that best describes the participant's role in the civil action.

**Name** – If **Type** is **I (Individual)**, the pop-up block shown in Figure 3-19 displays.   Enter the name of the Participant and press **ENTER** to exit the pop-up.  If **Type** is **B** (Business) or **P** (Property) enter the business or property name in the **Name** field.



**Figure 3-19:  Individual Participant Name Pop-up**

> If the name search feature is activated, LIONS will search the database to alert the user that another case involving the participant exists.  To enable the search feature, contact the **System Manager**.

**Disposition** (Read Only) (Lower Court) (Appeal Court) – These fields will be blank when initiating a civil action.

If necessary, press **F6** to insert additional rows, or press the **DOWN ARROW** to go to a blank line to add subsequent participants.

> The Type code determines what detailed Participant information can be captured.

Refer to *Sections 3.7.7.1 and 3.7.7.2* if Participant **Type** is **I** (Individual)

Refer to *Sections 3.7.7.3 and 3.7.7.4* if Participant **Type** is **B** (Business)

Refer to *Sections 3.7.7.5 and 3.7.7.6* if Participant **Type** is **P** (Property)

Select the Participant from the Participant block and press **CONTROL + PAGE DOWN** or press  to access the appropriate screens.  This information is for local use and is not required.

**TAB, ENTER,** or **CONTROL + PAGE DOWN** or press  to go to the **INDIVIDUAL** block screen.