### 3.7.7.1. Individual

If **Type** is **I** (Individual), the **INDIVIDUAL** block shown in Figure 3-20 will open.



**Figure 3-20: Individual**

**Last Name/First Name/Role** - LIONS moves this information into the Individual screen from the Participant screen.

**Title** – Enter the Participant's Title, if applicable.

**Job Pos** (Job/Position) – Press **F9** and select a code for the Participant's job or position if it is relevant to the civil action.

**Court Trial #** - Enter the court trial number, if applicable.

**Gender** – Press **F9** and select **M** (Male) or **F** (Female).

**SSN#** - Enter the participant's Social Security Number.

**DOB** – Enter the Participant's date of birth in **DD-MMM-YYYY** format.

**Tribe** – Press **F9** and select the Native American tribe to which the Participant belongs, if applicable.

**Reservation** - Press **F9** and select a code for a Native American reservation or military installation, if applicable.  These codes can be used for Native American cases and/or crimes that occur on military installations.  The codes for this field are established by your district.

**Weight** – Press **F9** and select a code that further defines the complexity of the civil action. This code can be used assist in civil action assignment.  The codes for this field are established by your district.

**Home Address, Phone and Fax Numbers** – Participant's home address and phone numbers.

**Office Address, Phone and Fax Numbers** – Participant's office address and phone numbers.

LIONS 5.4.1 User Manual

Press [◁] to return to a previous screen, or press [▷] or **CONTROL + PAGE DOWN** to go to the **ALIAS** block.

### 3.7.7.2. Alias

The **Alias** block tracks multiple names used by an **Individual Participant**, as shown in Figure 3-21.  More than one alias can be entered.



**Figure 3-21:  Alias**

**Last Name/First Name** - Enter all known aliases.  Press the **DOWN ARROW** to go to a blank line, or press **F6** to insert additional lines if needed.

Press [◁] to return to the **PARTICIPANT** screen or press [▷] or **CONTROL + PAGE DOWN** to go to the **RELATED PARTICIPANT** screen.

### 3.7.7.3. Business Participant

If **Type** is **B** (Business), the **BUSINESS** block shown in Figure 3-22 will open.  This information is for local use and is not required.



**Figure 3-22:  Business Participant**

**Name/Role** - LIONS moves this information into the Business screen from the Participant screen.

**Type** - Press **F9** and select the business type code.  The code should further describe the nature of the business.

**EIN** – Enter the Employer Identification Number of the business or organization.

Contact Name – Enter the name of the point of contact for the business or organization.

Address/Phone Information – Enter the business address and telephone numbers.

Press ⬜ to return to Participant screen, or press ⬜ or **CONTROL + PAGE DOWN** to go to the **DOING BUSINESS AS** screen shown in Figure 3-23.

### 3.7.7.4. DBA (Doing Business As)



**Figure 3-23: Doing Business As**

**Doing Business As** – Enter all known DBAs and all relevant information for each.

Press  to return to Participant screen press  or **CONTROL + PAGE DOWN** to go to the **RELATED PARTICIPANTS** screen.

### 3.7.7.5. Property Participants

If **Type** is **P** (Property), the **PROPERTY** block shown in Figure 3-24 will open.  Information about the type of property, total number of tracts in Lands civil actions, the CATS ID, and the property address can be collected and tracked. All of the fields on this screen are optional.



**Figure 3-24: Property Participants**

**Name/Role** - LIONS moves this information into the Property screen from the Participant screen.

**Type** - Press **F9** and select the property type code.  The code should further describe the property.

**Total Tracts** - The total number of tracts associated with a Lands civil action.

**CATS Asset ID -** The number assigned to the property by Consolidated Asset Tracking System.

**Address/Phone** – Address and phone numbers for the property, if applicable**.**

Press ◁ to return to the Participant screen, or press ▷ to go to the **PROPERTY VALUE** block shown in Figure 3-25.

**3.7.7.6. Property Value**



**Figure 3-25:  Property Value**

**Type** - Press **F9** and select the code that identifies the source of the property valuation.
**Value** - The $ amount of the property valuation.
**Prop Date** (Property Date) - The date of the valuation.

Press ◁ to return to Participant screen.

Press ▷ or **CONTROL + PAGE DOWN** to go to the **RELATED PARTICIPANT** block.

### 3.7.8. Related Participant

The Related Participant screen is used to establish relationships between participants in the same civil action.  For example, a piece of property can be related to an Individual participant as shown in Figure 3-26.



**Figure 3-26:  Related Participant**

**Name/Role** – Press **F9** and select a participant.

**Reason** – Press **F9** and select the code that explains the relationship between the participants.  If a Related Participant has been selected then you **MUST** enter a reason for the relationship.

---

When you create a related participant record, LIONS automatically creates a matching record for the related participant.

---

### 3.7.9. Opposing Counsel

You can track Opposing Counsel for all participants (see Figure 3-27).



**Figure 3-27:  Opposing Counsel**

**Inits** (Initials) – Press **F9** and select the initials of the opposing counsel. The codes for this field are established by your district.

**Name** - LIONS automatically enters the name based on the initials entered.

**Type** – Press **F9** and select the code that describes the type of counsel.

**Start Date** - Enter the date the opposing counsel became involved in the civil action.

**End Date** - This field is not used for civil initiation.

See *Chapter 4, Civil Closings and Updates, Section, 4.16.2 Opposing Attorney* for additional instructions.

### 3.7.10. Participant Comments

You can create a comment for each participant in the civil action using the **PARTICIPANT COMMENTS** block shown in Figure 3-28.



**Figure 3-28:  Participant Comments**

**Participant Comments** – This is a non-code field.  Approximately 35 lines of text can be entered in upper, lower or mixed case.  Where applicable, entries should be made in mixed case as they will appear in documents.  To expand the Comments field, press **ALT + E** and select **Edit** from the menu.  Click **OK** to exit the Edit screen.

### 3.7.11. Participant Relief

> For all civil actions initiated in LIONS you **MUST** create at least one **Relief** record with a **Stage** of **Requested**.

If the action involves only one agency and one litigant, then one Requested record can be entered.  If two agencies and one litigant are involved, two requested records must be entered.

**General Rule:**

Only one Relief Requested record per agency/participant combination.

**Exception:**

IRS cases can have multiple Relief Requested records for the same agency/participant combination.

The Relief screen is shown in Figure 3-29.

### 3.7.11.1. Relief



**Figure 3-29:  Relief**

**Type** – Press **F9** and select the type relief being sought:

    **M** Monetary

    **N** Nonmonetary

    **B** Both Monetary and Nonmonetary

**Stage** – Defaults to **R** (Requested) for civil initiations.  A **Requested** stage is required when a civil action is opened.  This field tracks the history of Relief sought by a Participant in a civil action.  The code in this field **CANNOT** be changed.  (See *Chapter 4 Civil Updates and Closings* for more information on Relief.)

    **D**   Denied

    **E**   Estimated

    **G**   Granted

    **O**   Ordered

    **R**   Requested

> **The Ordered stage is for DNA Testing only.  The Requested, Ordered and Granted stages are required to initiate the DNA Testing screen.  See Appendix E, LIONS Coding Policies for further information.**

**Requested By** – Press **F9** and select the code for the Participant seeking Relief:

    **G**   Government is seeking the relief.

    **O**   Opposing Party is seeking the relief. Used for Lands civil actions. (LOV)

> U (Unknown) should only be used until the information becomes available.

**Liability** - If only one participant is entered, LIONS defaults liability to **I (Individual)**.  If multiple participants are entered, LIONS defaults the liability to **J (Joint and Several)**.

**Amount** – Enter a value for the relief being sought.

If **Type** is **M** (Monetary) or **B** (Both Monetary and Nonmonetary):

- Enter the dollar amount of monetary relief being sought.  The maximum amount is 999,999,999,999.99.  Do not enter a dollar sign ($).
- If **Type N** (Nonmonetary), the cursor skips over this field.

If **Type** is **N** (Nonmonetary) or **B** (Both Monetary and Nonmonetary):

- Enter a description of the nonmonetary relief being sought.
- If **Type** is **M** (Monetary), the cursor skips over this field.

**Agency** - LIONS defaults this field to the Client Agency previously entered.

### 3.7.11.2. Participant Relief

> At least one participant **MUST** be attached to the Relief record.

**Name** - Press **F9** and select the Participants to attach to the Relief record.

**Role** – LIONS inserts the participant's role in the civil action based on information entered in the Participant screen.

**Disp** (Disposition) – Not used for civil initiations.

**TAB, ENTER, OR CONTROL + PAGE DOWN** to go to the **EVENT** block.

## 3.7.12. Event

Participants can only be related to events if they are related to a court history stage for which the event is being entered, as shown in Figure 3-30



Figure 3-30:  Event

**Rel** (Relate) - Press **F9**.

> Select **Y** (Yes) to allow LIONS to relate participants in the Court History to the new event or scheduled event.

> Select **N** (No) to select individual participants in the Court History to relate to the new event or scheduled event.

**Event** – Press **F9** and select the code that best describes the event.  LIONS will insert the name of the Event based on the code selected.

---

Districts may create event codes at their discretion.

---

**Action** – Press **F9** and select the code that describes the status of the event.

**Event Date** - Enter the date the event occurred.  When scheduling an event leave this field blank.

**Date Scheduled** - Enter the date an event is scheduled to take place.  If an Event is entered, you must enter an **Event Date** or a **Scheduled Date**.  Scheduled Dates will appear on staff members' calendar reports.  Scheduled dates must be greater than the current date.

**Time Scheduled** - Enter the time an event is scheduled to occur.  Scheduled time will appear on staff members' calendar reports.

**Staff Initials** - LIONS will automatically fill in the initials of the Lead Attorney.  If this is incorrect, press **F9** and select the appropriate Lead AUSA initials.

**Doc Code** (Document Code) – Press **F9** and select the document number for document generation purposes, if needed.

**Document Staff Initials** - LIONS will default to the initials of the person logged into LIONS.  This **CANNOT** be changed.

**Document Date** - Defaults to the current date.  It is used by Document Generation when setting the date range for documents to be produced in batch.  If it is necessary to regenerate a document, the date can be changed.

**Location Scheduled** - Enter a free-form description of the location of the scheduled event.

**Judge INIT** (Initials) – Press **F9** and select the initials of the Judge involved in the event or scheduled event.

**Judge Last Name** - LIONS will fill in the Judge's last name based on the initials entered.

If **Rel** (Related) is **Y** (Yes), upon selecting **Judge INIT**, the **Participant Event** confirmation shown in Figure 3-31 will display showing all participants in the Court History record related to the event.



**Figure 3-31:  Participant Event**

If **Rel** (Related) is **N** (No), upon selecting **Judge INIT**, the **RELATE PARTICIPANTS TO AN EVENT** screen (shown in Figure 3-32) will open.



**Figure 3-32:  Relate Participants to an Event**

Enter an **X** for each participant in the Court History record related to the Event.

**CONTROL + PAGE DOWN** to display the **PARTICIPANT EVENT** block shown in Figure 3-33.
Selected participants in the current Court History record are related to the Event



Figure 3-33:  Selected Participants Related to Event

### 3.7.13. Event Comments

This field is used to enter supplemental or explanatory information.  Enter text as you would in
WordPerfect.  You can enter approximately 35 lines of text.  To see more of the comment screen,
press **ALT + E** and select **Edit** from the menu.  The on-line Editor opens as shown in Figure 3-34.



Figure 3-34:  Event Comments

---

The Event Comments field should **NOT** be used to repeat the Event Code description.

---

Press  to return to a previous screen or press ▷ to go to the **RELATED CASE** screen.

### 3.7.14. Related Case

Two civil actions in LIONS can be related or a civil action in LIONS can be related to a civil action no longer in LIONS using the Related Case screen shown in Figure 3-35.



**Figure 3-35:  Related Case**

**Court Number** - Press **F9** to see all Court Numbers for the current civil action.  Highlight the appropriate court number press **OK**.

**Rel USAOID** – LIONS will fill in the USAOID of the case related to the current civil action.

**Related Court Number** – LIONS will fill in the Court Number of the case related to the current civil action.

**Reason** – Press **F9** and select a code that explains the reason the cases are related.

---

A **Reason MUST** be entered if a **Rel USAOID** and/or **Related Court Number** is entered.

---

When a related case record is created, LIONS automatically creates a matching record for the related case if it is still in the LIONS database.

---

When all information has been entered, press ◁ to return to a previous screen or press ▷ to go to the **CASE COMMENTS** block.

### 3.7.15. Case Comments

This is a non-code field used to enter supplemental or explanatory information.  Enter text as you would in Word.  You can enter approximately 35 lines of text.  To expand the comment screen or to make changes to comment text, press **ALT + E** and select **Edit** from the menu.

---

# 4.0 CIVIL UPDATES AND CLOSINGS

To update civil actions in LIONS you may be required to add information to existing records, change information in existing records, or add new records.  The following table describes various types of updates and the steps to accomplish them.

| Update | Action | Section |
|--------|--------|---------|
| Initial Court Filing or Transfer to another Court | Close Court History | 4.3 |
| | Close Court Participant (optional) | 4.4 |
| | Modify Relief (optional) | |
| Add additional Relief records | Access Relief | 4.4 |
| AUSA and Judge Reassignments (Global) | Access AUSA and Judge Reassignment from Admin Module | 4.5 |
| AUSA and Judge Reassignments (Individual) | Access Court History Access USAO Assignments | 4.6 4.6 |
| Agency/Agent Information | Access Agency | 4.7 |
| Restrict Case and other general Case Information | Access Restrict Case Access Case | 4.8 4.9 |
| Change in Court History Information | Access Court History | 4.10 |
| Event/Scheduled Event Information | Access Event | 4.11 |
| Expert Information | Access Expert | 4.12 |
| Miscellaneous Number (including DCMNS) | Access Miscellaneous Number | 4.13 |
| Opposing Counsel Information | Access Opposing Counsel | 4.14 |
| Participant Information | Access Participant | 4.15 |
| Track Multiple appraisals for a piece of property | Access Participant | 4.15 |
| Adding or changing information to Agency Office,  Opposing Attorney, Expert, Judge | Access Picklists from the Civil pull down menu, then click on the appropriate option | 4.16 |
| Closing | Close Relief Close Case | 4.17 |

All updates to existing civil actions can be performed through the **Civil, Case Summary** or the **Civil, Update, General Update** options.

If multiple updates are being made to an individual civil action, such as going from **Not in Court** to **District Court**, it is recommended that the updates be made from the **Civil, Case Summary** option.

If one kind of change is being made (scheduling events in multiple cases), select the appropriate record from the **Civil, Update, General Update** option.

### 4.1. Case Summary Screen

Select **Civil, Case Summary** in the LIONS Main Menu as shown in Figure 4-1 or press the letter **C**.



**Figure 4-1:  Civil Case Summary**

The **Case Summary** screen shown in Figure 4-2 will open.



**Figure 4-2:  Case Summary Screen**

Enter the **USAOID** for the case to be updated and press **F8**.
**Note**: If you do not know the USAOID, select an inquiry option from the Inquiry pull-down menu from the LIONS Main Menu to locate the case.  See **Chapter 2, Section 2.10 for instructions on performing**

inquiries.  Use the TAB, ENTER, or click with the mouse to place our cursor next to the record you want.  Press **F3** or double click to access the record.

**Note**: If your LIONS security permissions do not allow you to access a particular form, the box next to the form label; e.g., Agency, will be grey. Access to the Close Case screen is also available from the Civil Case Summary Screen.

## 4.2. General Update

From the Civil pull-down menu click on **Update** or press the letter **U**.  From the next pull-down menu click on **General Update**, or press the letter **G**.  See Figure 4-2.



**Figure 4-2: Civil General Update Menu Options**

**Note**: To access forms through the General Update menu, click on the desired record or enter the underlined letter.  For example, if you want to access the Event record press **E**.

## 4.3. Initial Court Filing or Transferring to another Court

When updating a civil action from **Not in Court** to **Court,** or when transferring a civil action from one court to another, the existing Court History record must be closed and a new Court History record added.  In addition, the Relief record may need to be modified.  Alternatively, the Court Participant record can be closed, but it has no overall effect on the case.

### 4.3.1. Court History

Select Update Court (History) from the Civil Update submenu or the Civil Case Summary screen.  Enter the USAOID number, and then press **F8**.

The Court History screen for the requested case opens as shown in Figure 4-3.



**Figure 4-3:  Requested Court History**

**Court History** - Highlight the Court History record you want to close.  Tab through the fields until you get to the **Di** field and enter the following information:

**Di** (Disposition) - Enter **NW** (New Filing)

**Disp Date** - Enter the date the civil action was filed in court.

---

You **CANNOT** enter a disposition date that is earlier than the received date.

---

Optionally, you can enter a disposition code and date for each participant listed in the **Court/Participants** block.  However, this will not have any overall effect on the case.

Optionally, you can close the Assignment record attached to the **NC** (Not in Court) Court History record by pressing **CONTROL + PAGE DOWN** from the Court/Participants block to the Assignments block and entering an end date for the Lead AUSA.

After closing the existing Court History record, **CONTROL + PAGE UP** to the **COURT HISTORY** block.

**DOWN ARROW** to a blank line or press **F6** (Insert).

**Court** (and Court Location) – Press **F9** and select the Court where the new civil action will be heard.  Court Location can be entered, if applicable.  Court Location is a local code assigned by the Districts.

---

If Court code is **NC** (Not in Court) or **PN** (Not in Court, Post Disposition), LIONS will skip the remainder of the **COURT HISTORY** block and go to the **ASSIGNMENT** block.

---

A **Filing Date** or **Service Date MUST** be entered for any civil action filed in any court.

---

**Filing Date** - Enter the date the new civil action was filed in court.

**Service Date** - Enter the date the USAO was served.

**CONTROL + PAGE DOWN** to go to **COURT PARTICIPANTS** block.

---

> At least one participant **MUST** be attached to the new Court History.

Press **F9** and select a participant to attach to the new Court History and press **ENTER**.

If a participant is not in the LOV, press **F3** to go to the **PARTICIPANT** block.  Enter additional participant(s) as necessary.  When all participants have been added, press the **Exit** icon to return to the **COURT/PARTICIPANTS** block.

**CONTROL + PAGE DOWN** or  to go to the **ASSIGNMENTS** block shown in Figure 4-4.

### 4.3.2. Assignments



**Figure 4-4:  Assignments**

**Inits** – Press **F9** and select the initials for the Lead AUSA assigned to the new civil action.  The position field for the first entry defaults to L (Lead).

**Position** – Press **F9** and select the code for each staff member's position.

**Start Date** – Enter the date the staff member was assigned to the new civil action.

**End Date** – Not used for new assignments.

**CONTROL + PAGE DOWN** or press  to go to the **COURT/JUDGES** block shown in Figure 4-5: Court/Judges if applicable.



**Figure 4-5:  Court/Judges**

**Initials** - Press **F9** and select the initials for the Judge assigned to the new civil action.  LIONS will fill in the First Name and Last Name based on the initials.

**Start Date** – This field defaults to the current date.  If this is incorrect, enter the date the Judge was assigned.  The date entered cannot be later than the current date.

**CONTROL + PAGE DOWN** or press  to go to the **COURT HISTORY COMMENTS**.

### 4.3.3. Court History Comments

The Court History Comments block, shown in Figure 4-6, can be used to enter supporting information about the Court History record. To expand the comment screen and/or edit text, press **ALT + E** and select **Edit** from the menu.



**Figure 4-6: Court History Comments**

Enter comment and click **OK** to exit the Edit screen.

Click the **Exit** icon, click **Y** (Yes) in the dialog box to save changes and exit Court History.

## 4.4. Relief

To modify or add relief records, Select **Civil, Update, General Update, Relief** from the LIONS Main Menu or access Relief from Case Summary.  Enter the USAOID of the case to be updated and press **F8**.

The screen shown in Figure 4-7 will appear.



Figure 4-7:  Relief

**General Rule:**

Only one Relief Requested record per agency/participant combination is allowed.

**Exception**:

IRS cases can have multiple Relief Requested records for the same agency/participant combination.

To add a new relief record:

Press **F6** (Insert) to open a new record.

**Type** – Press **F9** and select the code for the type of Relief being sought.

> **M**   Monetary
>
> **N**   Nonmonetary
>
> **B**   Both
>
> **U**   Unknown Monetary Amount

**Stage** – Press **F9** and select the code for the status of the relief sought.

    **D**   Denied

    **E**   Estimated

    **G**   Granted

    **O**   Ordered

    **R**   Requested

---

For **Lands Civil** actions use **O** (Ordered).

---

**Requested By** – Press **F9** and select the code for the Participant seeking Relief. Enter **G** (Sought by the Government) if the Government is seeking the relief. Otherwise, enter **O** (Sought by Opposing Party). For Lands civil action, enter **O**. (LOV)

---

U (Unknown) should only be used until the information becomes available.

---

**Liability** - If you attached one participant to the relief record, LIONS will default liability to **I (Individual)**; if you attached multiple participants to the relief record, LIONS will default the liability to **J (Joint and Several)**.

**Amount** – Enter a value for the relief being sought.

    If **Type** is **M** (Monetary) or **B** (Both Monetary and Nonmonetary):

        ▪ Enter the dollar amount of monetary relief being sought. The maximum amount is 999,999,999,999.99. Do not enter a dollar sign ($).

        ▪ If **Type N** (Nonmonetary), the cursor skips over this field.

    If **Type** is **N** (Nonmonetary) or **B** (Both Monetary and Nonmonetary):

        ▪ Enter a description of the nonmonetary relief being sought.

        ▪ If Type is **M** (Monetary), the cursor skips over this field.

**Agency** - LIONS will default this field to the Client Agency previously entered. If more than one Agency was entered, select one.

Upon entering the Agency, the pop-up shown in Figure 4-8 displays.

---

At least one participant **MUST** be attached to the Relief record.

---



**Figure 4-8:  Relate All Participants to a Relief Record Dialog Box**

Enter **Y** (Yes) and press **Enter.**  LIONS will attempt to make the attachment.  However, it is recommended that this option only be used for initial **Requested**, **Granted, Denied,** or **Estimated** records.

Enter **N** (No) if all Participants are not attached to the Relief record and press **Enter.** Entering **N** (No) will open the **RELATE PARTICIPANTS TO RELIEF** block shown in Figure 4-9.



**Figure 4-9:  Relate Participants to Relief**

Place an **X** in the checkbox for each Participant attached to the new Relief record.

Only one participant/Agency combination can be attached to a Requested record **EXCEPT**, when IRS is the agency.

Only one **Granted** or **Denied** record can be entered for a single participant/agency combination, **EXCEPT** when IRS is the agency

LIONS will **NOT** allow a **Granted** or **Denied** record for a participant/agency combination unless a **Requested** record exists for the same participant/agency combination.

If you attempt to add a **Granted** or **Denied** record without an existing **Requested** record, the error message shown in Figure 4-10 displays, informing you that a **Requested** record does not exist for this participant.



**Figure 4-10:  Relief Edit Error Message**

**Name** – Press **F9** and select a participant.  LIONS will insert the participant's role.

> When closing relief, **DO NOT** overwrite the existing record.  Add a new record.

## 4.5. Staff or Judge Reassignment (Global)

To reassign multiple civil actions from one USAO staff member to another, or from one Judge to another, use the Reassignment form.

Select **Admin, Staff or Judge Reassignment** from the LIONS Main Menu as shown in Figure 4-11.



**Figure 4-11:  Staff or Judge Reassignment**

If security permissions do not allow access to the Admin module, see the **System Manager** for assistance.

---

Reassignments for **Staff** and **Judge CANNOT** be made at the same time in the Reassignment form.

---

The Reassignment screen shown in Figure 4-12 opens.



**Figure 4-12:  Reassignment**

**Old Staff or Old Judge** – Press **F9** and select the staff member OR judge currently assigned.

**New Staff or New Judge** – Press **F9** and select the staff member OR judge being assigned.

**Order By** - Put an **X** in the checkbox to indicate how the list of civil actions will be sorted.  An **Order By** option **MUST** be selected.

Press **TAB** to execute.  The dialog box shown in Figure 4-13 displays.



**Figure 4-13:  Reassignment (Global)**

Press **OK.**

---

LIONS returns all current assignments for the USAO staff member/ as shown in Figure 4-14.  When reassigning a staff member with a **Position** of **L** (Lead) or **C** (Co-counsel) the Position of the new staff member defaults to **L** or **C**.



**Figure 4-14:  Current Assignments**

Use the scroll bar to move through the list.  Put an **X** next to each civil action being reassigned as shown in Figure 4-15.



**Figure 4-15:  Actions to be Reassigned**

Press **F10** to commit/execute the reassignment.
The pop-up message shown in Figure 4-16 displays.



**Figure 4-16:  Reassignment Dialog Box**

Enter **N** (No) to cancel the request and continue selections.

Enter **Y** (Yes) and press **Enter** to execute the reassignments.

The execution dialog box shown in Figure 4-17 displays.



**Figure 4-17:  Reassignment Execution Message**

Click **OK**.

The reassignment confirmation message shown in Figure 4-18 displays.



**Figure 4-18:  Reassignment Confirmation Message**

Click **OK**.

Press the **Exit** icon to exit the Reassignment form and go to the LIONS Main Menu.
LIONS automatically updates the Court History Assignment block.  The **End Date** field of the current staff member or judge will default to the current date.  The **Start Date** of the new staff member or judge will default to the current date.

## 4.6. USAO Staff Reassignment (Individual)

The USAO staff assignment form can be accessed by either of the following ways:

Select **Civil, Update, General Update, USAO Staff Assignment** from the LIONS Main Menu as shown in Figure 4-19.  Enter the USAOID for the case to be updated and press **F8**.



**Figure 4-19:  USAO Staff Assignment**

OR

Select **Civil, Case Summary** from the LIONS Main Menu.  Enter a USAOID and press **F8**.
Select **USAO Staff Assignment** from the Case Summary menu.

The USAO Staff Assignment form for the requested case opens as shown in Figure 4-20.



**Figure 4-20:  Current USAO Staff Assignments**

Highlight the current court.

Press **TAB** or **CONTROL + PAGE DOWN** to go to the **ASSIGNMENT** block.

> **End Date** - Enter the date the USAO staff member's involvement in the case ended.  The date entered cannot be later than the current date.

Press **DOWN ARROW** to go to a blank line.

> **Inits** - Press **F9** and select the initials of the new USAO staff member.

> **Position** - Press **F9** and select a code for the new staff member's position.  Only one active Lead AUSA per court is allowed.

> **Start Date** – This field defaults to the current date.  If this is incorrect, click in the field and enter the correct date.  The date entered cannot be later than the current date.

The completed staff reassignment is shown in Figure 4-21.



Figure 4-21:  Completed USAO Staff Reassignment

## 4.7. Judge Reassignment (Individual)

Select **Civil, Update, Update Court** from the LIONS Main Menu as shown in Figure 4-22.  Enter the USAOID for the case being updated and press **F8**.

OR

Select **Civil, Update, General Update, Court History** from the LIONS Main Menu. Enter the USAOID for the case being updated and press **F8**.



**Figure 4-22:  Judge Reassignment (Individual)**

The Court History screen for the requested case opens as shown in Figure 4-23.



**Figure 4-23:  Requested Court History**

Highlight the current court.

Press  or **CONTROL + PAGE DOWN** to go to the **COURT/JUDGES** block shown in Figure 4-24.



**Figure 4-24:  Court/Judges**

Enter an **End Date** for the current Judge.  The date entered cannot be later than the current date.

**DOWN ARROW** to go to a blank line.

**Initials** - Press **F9** and select the initials of the new Judge.

**Start Date** – This field defaults to the current date.  If this is incorrect, click in the field and enter the correct date.  The date entered cannot be later than the current date.

If the new Judge is not included in the list of values, press **F3** to GoTo the Judge Picklist form and enter the applicable information. When you are done, click on the **Exit** icon to return to the Court screen.

See *Section 4.3, Initial Court Filing or Transfer to Another Court and Section, 4.17.4, Judges* for more information on the Judge Picklist/LOV.

The completed reassignment is shown in Figure 4-25.



Figure 4-25:  Completed Judge Reassignment (Individual)

## 4.8. Agency/Agent

To change or add additional Agency or Agent information access the Agency form by either of the two following ways:

Select **Civil, Update, General Update, Agency** from the LIONS Main Menu as shown in Figure 4-26.  Enter the USAOID for the case to be updated and press **F8**.



**Figure 4-26:  Agency**

OR

Select **Civil, Case Summary** from the LIONS Main Menu.  Enter the USAOID for the case to be updated and press **F8**.  Select **Agency** from the Case Summary menu.

The Agency form for the requested case opens as shown in Figure 4-27.  All fields in the **AGENCY** and **AGENT** blocks can be changed **EXCEPT** Agency Code.



**Figure 4-27:  Requested Agency Record**

You **cannot** make a change to the **AGENCY CODE**.  If the wrong agency has been recorded, delete the record and create a new Agency record with the correct code.

> If you have attached the agency to a **Relief** record, that **Relief** record will be **DELETED**.  If it is the only Requested relief record, a new record **MUST** be entered.  See *Section 4.4, Relief* for instructions on entering relief.

If you are making a change to Agent information, be sure that the proper agency is highlighted before adding/changing Agent information.  The Agency block is a stacked block.  Use the **DOWN** and **UP** arrows to move through Agent records.

To add an Agency, make sure cursor is on first line in Agency block, press **F6,** and a blank line will appear.

    **Role** - Press **F9** and select a codes:

|       |              |
|-------|--------------|
| **CL** | Client      |
| **T**  | District    |
| **VA** | Victim Agency |

    **Agency/Code and Office** – Press **F9** and select the appropriate Agency.

Click on the **Exit** icon.  The dialog box shown in Figure 4-28 displays.



**Figure 4-28:  Save Changes Dialog Box**

Press **Yes** to **Save** changes and **Exit**.

Press **No** to **Exit** without saving.

Press **Cancel** to continue making changes.

### 4.9. Restrict Case

LIONS provides a feature that allows you to restrict a civil action to a group of USAO staff members. When restricted, all information in the civil action can only be viewed by the USAO staff who are members of the group. If it is necessary to restrict a civil action, access the Restrict Matter/Case form from

You **MUST** be a member of a group in order to restrict access to that group.
See the **System Manager** for assistance.

To add a group:

Select **Civil, Restrict Matter/Case** from the LIONS Main Menu as shown in Figure 4-29.  Enter the USAOID for the case to be updated and press **F8**.



Figure 4-29:  Restrict Matter/Case

The Staff Group form for the requested case opens as shown in Figure 4-30.



**Figure 4-30:  Case Staff Group**

If more than one case is retrieved, press the **DOWN ARROW** until the civil action you want to restrict is displayed.

**DOWN ARROW** to a blank line or press **F6** to insert a blank line in the **STAFF GROUP** block.

**Name** - Press **F9** and select the new group to which the civil action will be accessible.

Click on the **Exit** icon.  The dialog box shown in Figure 4-31 will display.



**Figure 4-31:  Save Changes Dialog Box**

Click **Yes** to **Save** changes and **Exit** the form.

Click **No** to **Exit** without saving.

Click **Cancel** to continue making changes in the form.

## 4.10. Other General Case Information

As new general case information becomes available, or changes from the initial data entry, they can be entered. You can access the Case form by either of the following ways:

Select **Civil**, **Update, General Update, Case** from the LIONS Main Menu as shown in Figure 4-32.  Enter the USAOID for the case to be updated and press **F8**.



**Figure 4-32:  Case**

OR

Select **Civil, Case Summary** from the LIONS Main Menu.  Enter the USAOID for the case to be updated and press **F8**.  Select **Case** from the Case Summary menu.

The Civil Open Long form for the requested case opens as shown in Figure 4-33.



**Figure 4-33:  Civil Open Long**

Changes can be made in **ALL** fields in the **CASE** block.

---

**DO NOT** make changes to the **Court History** or **AUSA** blocks.
See *Section 4.11 Court History* for information on updating Court History and AUSA.

---

## 4.11. Change in Court History Information

If you need to make a change to Court History, access the Court History form by using either of the following ways:

Select **Civil, Update, Update Court** OR **Civil, Update, General Update, Court History** from the LIONS Main Menu.  Enter the USAOID of the case being updated and press **F8**.

OR

Select **Civil, Case Summary** from the LIONS Main Menu.  Enter the USAOID for the case to be updated and press **F8**.  Select **Court History** from the Case Summary menu.

The Court History record for the requested case opens as shown in Figure 4-34.



**Figure 4-34:  Court History**

**Location, Filing Date, Service Date**, and **Court Number CAN** be changed.  The **Court CANNOT** be changed.  If the Court is incorrect, the Court record must be deleted and a new Court record (and all associated records) must be created.

> When you delete a Court History record, the system deletes records that are associated with that court, i.e., Assignment and Judge will also be deleted.  Sentence records will NOT be deleted.  They need to be deleted manually before deleting the Court History record.

To change the Court/participant records, press **CONTROL + PAGE DOWN** to the **COURT/PARTICIPANTS** block.
Highlight the appropriate court in the Court History block.

Press **F9** and select a participant to be added to the Court History.

Click **OK.**

Highlight a participant to be deleted from the Court History and press **SHIFT+F6**.

The warning message shown in Figure 4-35 displays.



**Figure 4-35:  Delete Record Warning Message**

Click **Y (Yes)** to delete the participant and all records to which the participant is attached.  The **PARTICIPANT** record will **NOT** be deleted.

Click **N (No)** to cancel the request.

**CONTROL + PAGE DOWN** or press [▷] to go to the **ASSIGNMENTS** block.

> If the **Lead AUSA** is deleted, a new Lead AUSA **MUST** be entered.

Highlight the appropriate court in the Court History block.

**DOWN ARROW** to a blank line or press **F6** to insert a blank line.

  **Inits** - Press **F9** and select a new staff member.

  **Position** – Press **F9** and select the code for the staff member's position in the civil action.

  **Start Date** – This field defaults to the current date.  If this is incorrect, enter the date the new staff member was assigned to the civil action.  The date entered cannot be later than the current date.

  To delete an assignment, highlight the record to be deleted and press **SHIFT + F6**.

**CONTROL + PAGE DOWN** or press [▷] to go to the **COURT/JUDGES** block.

**DOWN ARROW** to a blank line or press **F6** to insert a blank line.

  **Initials** - Press **F9** and select the new Judge assigned to the court.

  **Start Date** - This field defaults to the current date.  If this is incorrect, enter the date the new Judge was assigned to the civil action.  The date entered **CANNOT** be later than the current date.

  To delete a Judge, highlight the name press **SHIFT + F6**.

Click on the **Exit** icon and press **Yes** in the Save dialog box to save changes and exit the form.

## 4.12. Event/Scheduled Event (Calendar)

If a significant event occurs, or if you wish to schedule an event, you can access the Event form by either of the following ways:

Select **Civil, Update, General Update, Event** from the LIONS Main Menu as shown in Figure 4-36.  Enter the USAOID for the case to be updated and press **F8**.



**Figure 4-36:  Event**

OR

Select **Civil, Case Summary**.  Enter the USAOID for the case to be updated and press **F8**.
Select **Event** from the Case Summary menu.

The Event form for the requested case opens as shown in Figure 4-37.

The Event Code **CANNOT** be changed.  The record **MUST** be deleted and a new record entered.



**Figure 4-37: Requested Event Record**

Highlight the appropriate court in the Court History block for which the event(s) is being added, updated, or scheduled.

Click on **See Participants** in the Court History block to see all Participants attached to the Court History.

The **PARTICIPANTS RELATED TO COURT** block opens as shown in Figure 4-38.

Press **ENTER** to close and return to the Event block.



**Figure 4-38: Participants Related to Court**

Click on **Case History Report** in the Event block to print a Case History Report. The dialog box shown in Figure 4-39 will display.



**Figure 4-39:  Print Case History Report Dialog Box**

Click **Yes** to print the report.

Click **No** to close the dialog box and continue making changes.

To enter a new Event or Scheduled Event:

**Rel** (Relate) - Enter **Y** (Yes) to relate all of the participants attached to the selected Court to the new event or scheduled event.  Enter **N** (No) if all participants are not related to the new event.

**Event** - Press **F9** and select the event code.  When an Event Code is entered, an Event Date or Scheduled Date is required.

---

Districts have to contact TechOne to have event codes added.

---

**Action** - Press **F9** and select an Action code that further describes the event.

**Event Date** – Enter the date the event occurred.  The date entered **CANNOT** be later than the current date.  If you are scheduling a date, leave this field blank.

**Date Scheduled** – Enter the date the event is scheduled to occur, if applicable.  Date Scheduled will appear on staff members' calendar reports.  If a Date Scheduled is entered, an Event Date can be entered later to show that the scheduled event occurred.

**Time Scheduled** - Enter the time an event is scheduled to take place.  Scheduled time will also appear on staff members' calendar reports.

**Staff Initials** - LIONS will automatically fill in the initials of the Lead Attorney.  If this is incorrect, Press **F9** and select the appropriate Lead AUSA initials.

**Doc Code** (Document Code) – Press **F9** and select the document number for document generation purposes, if needed.

**Document Staff Initials** - LIONS will default to the initials of the person that has logged into LIONS.  This cannot be changed.

**Document Date** - Will default to the current date.  It is used by Document Generation when setting the date range for documents to be produced in batch.  If it is necessary to regenerate a document, the date can be changed.

**Location Scheduled** - Enter a free-form description of the location of the scheduled event.  Used by Document Generation.

**Judge INIT** (Initials) – Press **F9** and select the initials of the Judge involved in the event or scheduled event.

**Judge Last Name** - LIONS will fill in the Judge's last name based on the initials entered.

See *Chapter 3, Civil Initiation* for further instructions on entering Event information.

If **Rel** (Relate) field is **Y** (Yes), the **Participants Related to Events** block shown in Figure 4-40 opens showing all participants attached to the Court History record have been related to the new event.



**Figure 4-40:  All Participants Related to Event Confirmation**

If you entered **N (No)** in the first column of the Event block **(Rel),** you will receive a pop-up block as shown in Figure 4-41.

To relate selected Participants to the new Event:

- **TAB** from the **Judge Init** field to open the **RELATE PARTICIPANTS TO AN EVENT** screen



**Figure 4-41:  Relate Participants to Events**

Enter an **X** for each participant in the Court History record related to the new Event.

You **MUST** make this relationship to reflect a litigant's last event on reports.

Press **Enter** to return to the Event screen.  As shown in Figure 4-42, the selected Participant is now attached to the new Event.



**Figure 4-42:  Selected Participant Related to Event**

**CONTROL + PAGE DOWN** to the **EVENT COMMENTS** block.

• **Event Comments** – This is a free-form field.  Enter comments as appropriate.  Enter text as you would in Word.  You can enter approximately 35 lines of text.  To expand the comment screen or to edit comments, press **ALT + E** and select **Edit** from the menu. The on-line Editor will open as shown in Figure 4-43.



**Figure 4-43:  Event Comments**

## 4.13. Expert in a Case

If you have expert information to add to a civil action, or expert information that you want to change, access the Expert in a Case form by either of the following ways:

Select **Civil, Update, General Update, Expert in a Case**.  Enter the USAOID for the case to which the new Expert will be attached and press **F8**.

OR

Select **Civil, Case Summary**.  Enter the USAOID for the case being updated and press **F8**.  Select **Expert/Case** from the Case Summary menu.

The **EXPERT IN A CASE** form for the requested case opens as shown in Figure 4-44.  The **Expert Side** data **CAN** be changed.  **Inits** and **Type CANNOT** be changed.



**Figure 4-44:  Expert in Case**

**Expert Side** – Press **F9** and select the code that identifies the side for which the Expert will testify. Enter **G** (Government) or **O** (Opposing Side).

**Inits** (Initials) – Press **F9** and select the initials of the new expert.

**Name** - LIONS will fill in the name based on the initials that were entered.

**Type** - LIONS will fill in the type of expert based on initials and name. The codes for this field are established by your district. (LOV)

**Expert Comments** –Enter comments as appropriate.  Enter text as you would in WordPerfect.  You can enter approximately 35 lines of text.  To expand the comment screen or to edit the comment, press **ALT + E** and select **Edit** from the menu.

To enter additional experts, press the **DOWN ARROW** to go to a blank line or press **F6** to add a blank line and enter data for the new Expert.

## 4.14. Miscellaneous Numbers (Including DCMNS)

To enter DCMNS numbers, note the physical location of a file, or to assign an in-house Federal Records Center (FRC) number, access the Miscellaneous Numbers form from the Civil/Update/General Update or the Civil/Update/Case Summary screen, as shown in Figure 4-45.



**Figure 4-45:  Miscellaneous Numbers**

You can enter data for one case or for multiple cases.  You can query up one case by keying in a specific USAOID and pressing **F8**; or you can query up a series of cases by entering a partial USAOID; e.g., **1997V003%**  which would give you all civil files that begin with 1997V003; e.g., 1997V00301, 1997V00302, etc. (% acts as a wildcard).  Press the **F8** key to query.

## 4.15. Opposing Counsel Information

To track Opposing Counsel information within a case, you can access the Opposing Counsel form in either of the following ways:

- Select **Civil, Update, General Update**, **Opposing Counsel** from the LIONS Main Menu. Enter the USAOID for the case to which the new counsel will be added and press **F8**.

OR

- Select **Civil, Case Summary** from the LIONS Main Menu.  Enter a USAOID and press **F8**. Select **Opposing Counsel** from the Case Summary menu.

The **OPPOSING COUNSEL** form for the requested case opens as shown in Figure 4-46.  To return a series of cases, enter a partial **USAOID** followed by the % sign and press **F8**.



**Figure 4-46:  Civil Update – Opposing Counsel**

To change current information:

From the Participant block, press **CONTROL + PAGE DOWN** to go to the **OPPOSING COUNSEL** block.

**DOWN ARROW** to move through the Opposing Counsel records and highlight the record to be updated.

To delete the record:

- Press **SHIFT + F6** in any field in the selected record.

To change information:

- **Inits** or **Type** - Press **F9** and select the new code.
- **Start Date** – Enter a new date.
- **End Date** – Enter the date the Opposing Counsel's involvement in the case ended.

To add a new Opposing Counsel:

**DOWN ARROW** to a blank line or press **F6** to insert a line.

- **Inits** - Press **F9** and select the initials for the new Opposing Counsel.
- **Start Date** – Enter date the new Opposing Counsel was assigned to the case.
- **End Date** – Not used when entering a new record.

If the Opposing Counsel is not included in the list of values (LOV), press **F3** to **GoTo** the opposing Attorney Picklist form and enter the applicable information. When you are done, click on the **Exit** icon to return to the Opposing Counsel form.

See *Section 4.17.2, Opposing Attorney* for additional information on the Opposing Attorney Picklist.

## 4.16. Participant Information

To add or change Participant information for a civil action:

- Select **Civil, Update, General Update, Participant** from the LIONS Main Menu.  Enter a USAOID and press **F8**.

OR

- Select **Civil, Case Summary** from the LIONS Main Menu.  Enter a USAOID and press **F8**. Select **Participant** from the Case Summary menu.

LIONS will open the **PARTICIPANT** form for the requested case as shown in Figure 4-47.



**Figure 4-47:  Civil Update – Participant**

---

The **Type** code **CANNOT** be changed in the Participant screen.  If Type is incorrect, delete the participant record and enter a new record with the correct Type.

---

If **Role** begins with **D** or **P**, it can **ONLY** be changed to another code beginning with **D** or **P**.

To change **Role** to a code that does not begin with **D** or **P**, **DELETE** the participant record and enter a new record with the new Role code.

**Caution:** Deleting a Participant related to **Court History, Relief**, or **Event** records, requires that these relationships be re-established if necessary.

---

The code entered in the **Type** field determines the screens used to enter Participant information.

---

If Participant **Type** is **I (Individual)** refer to *Chapter 3, Sections 3.7.7.1 and 3.7.7.2* for the forms and instructions for entering data for Individual participants.  Press ▣ to navigate through the forms.

If Participant **Type** is **B (Business)** refer to *Chapter 3, Sections 3.7.7.3 and 3.7.7.4* for the forms and instructions for entering data for Business participants.

If Participant **Type** is **P (Property)** refer to *Chapter 3, Sections 3.7.7.5 and 3.7.7.6* for the forms and instructions for entering data for Property participants.

---

To track multiple appraisals for a piece of property:

- Highlight the property record in the Participant block.

Press ▷ to navigate to the Property Value block shown in Figure 4-48.



**Figure 4-48:  Property Value**

- **Type** - Press **F9** and select a code for the type of valuation.

- **Value** - Enter the dollar value (do not enter $).

- **Prop Date** (Property Date) - Enter the date the valuation was made.

As shown in Figure 4-49, multiple records can be entered to track different appraisals received on property or the actual proceeds received from any sale of the property.



**Figure 4-49:  Multiple Appraisals for Property**

### 4.17. Picklists

There are several look-up tables in LIONS which the district has total control.  These look-up tables are called Picklists.  Districts can add, change or delete entries for **AGENCY OFFICE, OPPOSING ATTORNEY, EXPERT** or **JUDGE** as necessary to meet local requirements.  Information added to any of the Picklists will automatically be reflected in the LOV for the field.

- Select **Civil, Picklists** from the LIONS Main Menu as shown in Figure 4-50.



**Figure 4-50:  Civil Update - Picklists**

## 4.17.1. Agency Office

This option allows you to capture multiple addresses for the same agency within a branch. To access the form:

- Select **Agency Office** from the Picklists menu as shown in Figure 4-51.



**Figure 4-51:  Picklist - Agency Office**

The screen shown in Figure 4-52 opens.



**Figure 4-52:  Agency Office Picklist Form**

- Press **F7** to open up the Agency field. Then you can either:

    Enter the Agency code and description if known.

OR

- Press **F9** to display the Agency LOV, as shown in Figure 4-53.



**Figure 4-53:  Agency LOV**

- Select the code for the Agency for which the new address is being added and press **OK**.

- Select **Query, Execute.**

- Enter the new address.  If you have another address to enter for the same agency, press **DOWN ARROW** to go to a blank record or press **F6** to add a blank record and continue data entry.

Press **F8** and a pop-up dialog box, as shown in Figure 4-54, will appear.



**Figure 4-54:  Agency Office Save Dialog Box**

- Click the appropriate button.

- Press the **Exit** icon to **Exit** the Agency Office screen.

The next time the agency code is entered in a case, you can press **F8** and LIONS will automatically populate the address in Agency Office block.

### 4.17.2. Opposing Attorney

This option allows you to capture pertinent information concerning an opposing attorney. To add an attorney to the Opposing Attorney Picklist:

- Select **Opposing Attorney** from the Picklists menu as shown in Figure 4-55.



**Figure 4-55:  Picklist - Opposing Attorney**

The Opposing Attorney Picklist shown in Figure 4-56 opens.



**Figure 4-56:  Opposing Attorney Picklist**

**Inits (Initials)** - Enter a unique set of initials for the Opposing Attorney.