**Init Stat (Initials Status)** –Indicates whether the Opposing Attorney is actively involved in cases within the district.

**Salutation** - Enter the appropriate salutation; e.g., Ms.

**Last Name** - Enter the new Opposing Attorney's last name.

**First Name** - Enter the new Opposing Attorney's first name.

**Title** - Enter an appropriate title; e.g., Esquire.

**Phone** - Enter the phone number of the Opposing Attorney.

**Fax** – Enter the Fax number for the Opposing Attorney.

**Firm** - Enter the name of the Opposing Attorney's law firm.

**Address/City/State/Zip** – Enter the Opposing Attorney's address.
To enter another Opposing Attorney press the **DOWN ARROW** to go to a blank record or press **F6** to add a blank record and continue data entry.

- Press the **Save** icon to save the changes
- Press **Exit** icon to exit the Opposing Attorney screen.

### 4.17.3. Expert

This option allows you to capture information about expert witnesses, including the type of expert; e.g., Banker. To add an Expert to the Expert Picklist:

- Select **Expert** from the Picklists menu as shown in Figure 4-57.



**Figure 4-57:  Picklist – Expert**

The screen shown in Figure 4-58 will display.



**Figure 4-58:  Expert**

**Inits (Initials)** - Enter a unique set of initials for the Expert.

**Init Stat (Initials Status)** – Press **F9** and select **Active** to Indicate that the Expert is actively involved in cases within the district, or **Inactive** if there is no involvement within the district.

**Social Security Number (SSN)** - Enter the Expert's social security number.

**Salutation** - Enter an appropriate salutation; e.g., Ms.

**Last Name** - Enter the Expert's last name.

**First Name** - Enter the Expert's first name.

**Type** – Enter the Type of expertise or press **F9** and select a code for the Expert's area of expertise.

**Title** - Enter an appropriate title; e.g., Doctor of Forensics.

**Phone/Fax**- Enter the phone number of the Expert.

**Firm** – Enter the name of the Expert's firm.

**Address/City/State/Zip** – Enter the Expert's address. Press the **TAB** button to move to the Expert Comments Field.

**Expert Comments** - A Comments block is provided for additional notes, if applicable.  Enter text as you would in WordPerfect.  You can enter approximately 35 lines of text.

To enter another Expert, press the **DOWN ARROW** to go to a blank record or press **F6** to add a blank record and continue data entry.

- Press the **Save** icon to save the changes

- Press **Exit** icon to exit the Opposing Attorney screen.

## 4.17.4. Judge

This option allows you to capture information about judges. To add a Judge to the Judge Picklist:

- Select **Judge** from the Picklists menu as shown in Figure 4-59.



**Figure 4-59:  Picklist – Judge**

The screen and dialog box shown in Figure 4-60 will display.



**Figure 4-60:  Judge**

Click **OK**.

The Judge Picklist shown in will Figure 4-61 will open.



**Figure 4-61:  Judge Picklist**

- Press **F7** to enter a query.

To add a Judge:

**DOWN ARROW** to a blank line or click in any field and press **F6** to add a blank record.

**Initials** - Enter unique initials to identify the new Judge.

**Judge Status** – Press **F9** and select **Active** to indicate that the Judge is actively involved in cases within the district, or **Inactive** if there is no involvement within the district.

**Last Name** - Enter the new Judge's last name.

**First Name** - Enter the new Judge's first name.

**Type** - Press **F9** and select the type code established by the district.

**Courtroom #** - Enter the Judge's Courtroom number.

To enter another Judge, press the **DOWN ARROW** to go to a blank record or press **F6** to add a blank record and continue data entry.

Press the **Save** icon to save the changes.

Press **Exit** icon to exit the Judge Picklist.

### 4.18. Civil Closings

The **Close a Case** screen is used when all stages of a case, including appeals, have been completed. The purpose of closing a case is to change the status from **"active"** to **"closed"**, and to set the destruction date for the file or to mark the file for permanent retention.  Court Disposition, Closing Relief, and Closing Appeals information can be captured in this screen if it has not yet been recorded.

To close a civil case:

Select **Civil, Close Cases, Close Case** from the LIONS Main Menu as shown in Figure 4-62.

Enter a USAOID and press **F8.**

OR

Select **Civil, Case Summary** from the LIONS Main Menu.  Enter the USAOID and press **F8**.  Select **Close Case** from the Case Summary menu.



**Figure 4-62:  Civil Close Cases**

The **Close a Case** screen for the requested case opens as shown in Figure 4-63.



**Figure 4-63:  Close a Case**

Certain fields in the **CASE** block, **LAST COURT STAGE** block, **ASSIGNMENT** block and **RECORDS DISPOSITION** block are pre-populated from information entered previously.

> **Destruct Date** – Calculates when the status updates to **C** (Completed).

### 4.18.1. Closing a Civil Case

In the **CASE** block:

**Perm** (Permanent) - Enter **Y (Yes)** or **N (No)** to indicate whether files are permanent.  Files are designated as permanent if either of the following criteria applies:  (1) The case has an impact on a statute, rule, regulation, or law enforcement policy; e.g., set a precedent; or (2) the case received local, regional or national media attention, or the interest of a Congressional committee, or the Executive Office of the President, or widespread public interest.  See *EOUSA Resource Manual 123*.

**Collect Ind** – Press **F9** and select:

   **Y** (Yes) if the file will be referred to the Financial Litigation Unit.

   **R** (Referred to Agency) if the file is being returned to the agency for post-disposition collection activities.

   **N** (No) if neither of these conditions applies.

In the **RECORDS DISPOSITION** block:

The number in the **Record(s) to be Disposed** column indicates the number of records of each type to be closed.

   If **Status** is **Completed**, no action is required.

   If **Status** is **Incomplete**:

   Press **F3** to go to the **COURT/PARTICIPANTS** block of the **COURT HISTORY** as shown in Figure 4-64.



**Figure 4-64:  Close Court History**

Click in the **COURT HISTORY** block to select the appropriate Court.

Select the Participant from the **COURT/PARTICIPANTS** block.

**Di (Disposition)** - Click in the field and press **F9** to access Disposition Codes.  Enter a disposition code for the record.

**Date** – Enter the date of record disposition.

To receive credit for Civil cases disposed of **by Trial**, one of the following Disposition Codes **MUST** be entered:

**JJ**  Judgment/Order/Decision for U.S. - Jury Trial

**JT**  Judgment/Order/Decision for Opposing Party - Jury Trial

**JX**  Judgment/Order/Decision for U.S. – Non-jury Trial

**JY**  Judgment/Order/Decision for Opposing Party – Non-jury Trial

To receive credit for Civil cases disposed of **without Trial** one of the following Disposition Codes **MUST** be entered:

**JO**  Judgment/Order/Decision for Opposing Party (No Trial)

**JU**  Judgment/Order/Decision for U.S. (No Trial)

Close the Court/Participants if the disposition information for individual participants is different than the overall disposition of the case.  If you do not close the Court/Participants, LIONS will move the disposition and disposition date from the Court History record to the Court/Participant records.

Press the **Exit** icon and click **Y** (Yes) in the Save Dialog box to save changes and go to the **CLOSE A CASE** screen.

See *Section 4.11, Court History* for additional information on closing Court Disposition records.

### 4.18.2. Close Relief

The number of **Relief** records in the **RECORDS DISPOSITION** block will be 0 or 1.  If the number in the field is 0, no action is required.

If the number in the field is **1**, from the **Close a Case** screen:

- **DOWN ARROW** to highlight the Relief record.

Press **F3** or Click the **GoTo** button ![GoTo button] to go to the **Relief** screen for the civil case.

Press the **Relief** button from **Case Summary** form to access **Relief** form, as shown in Figure 4-65.



**Figure 4-65: Relief**

In the **RELIEF** block:

   **DOWN ARROW** to open a blank form.

For each Relief record with a Stage of R (Requested):

   Enter a new Relief record with a Stage of:

   **G**   Granted

   **D**   Denied

   **X**   Neither

   Press the **Exit** icon and click **Y** (Yes) in the Save Dialog Box to save changes and go to the **CLOSE A CASE** screen.

See *Section 4.4, Relief* for additional information on entering Relief records.

### 4.18.3. Close Appeals

The number in the **RECORDS DISPOSITION** block indicates the number of Appeals records to be closed.  If the number in the field is 0, no action is required.
If the number in the field is1:

From the **Close a Case** screen:

- **DOWN ARROW** to highlight the **Appeal** record.

Press **F3** or click the **GoTo** button  to go to the **Appeals** screen for the civil case.

The Appeals screen for the requested case opens as shown in Figure 4-66.

**Figure 4-66:  Appeals**

See *Chapter 8, Appeals* for instructions on closing appeals.

When all records have been updated press **F10** to accept/save updates.  The dialog box shown in Figure 4-67 opens.



**Figure 4-67:  Save**

Click **OK**.

The Confirmation Dialog Box shown in Figure 4-68 opens.



**Figure 4-68:  Confirmation Dialog Box**

Click **OK**.

The Case Query Report Dialog Box shown in Figure 4-69 will display.



**Figure 4-69:  Case Query Report Dialog Box**

Press **Y** (Yes) to print a report.  Press **N** (No) to Exit.

As shown in Figure 4-70, the **CASE** block, **Status** is **C** (Completed).  The **RECORDS DISPOSITION** block **Status** is **Completed** and **Records to be Disposed** is **0** for each type of record.



**Figure 4-70:  Closed Civil Case**

# 5.0 CRIMINAL INITIATION

This chapter provides instructions for initiating and managing criminal cases in LIONS using a series of screens which collect detailed information concerning the following:

**Case** - Provides an overview of the case.  It contains lead charge, program category, the U S. role, litigating responsibility, security and access restrictions, location and, at the district's discretion, the weight and complexity of the case.

**Court History** – Creates a history of all court filings for each case.  A new Court History record is opened to track the court and the court's location, as well as the judges associated with the case for each stage (indictment, superseding indictment, post disposition, appeal) of the case.  Prior to any filing, a "not in court" record is opened.

**USAO Staff Assignments** - Tracks the AUSAs and other staff assigned to a case.  At a minimum, you must track the Lead Attorney.  This assignment information is used by LIONS to create individual and master calendars.

**Agencies** – Tracks all agencies involved in the case, e.g., investigative, "victim," as well as office addresses and points of contact at each agency.  At a minimum, one investigative agency must be entered for each case.

**Participants** – Stores detailed information -- demographics, identification numbers, and property values -- for all types of participants.  In LIONS, a participant is a defendant, witness, victim, piece of property to be forfeited, or any other individual, organization, or business associated with the case.  At a minimum, one defendant must be entered for each case.

**Opposing Counsel** – Tracks opposing counsel at all stages of the case.

**Controlled Substance** – Tracks information on controlled substances; includes type and quantity of all substances in the case.

**Instrument/Charge/Count** – Stores a complete history of all charging instruments, including all charges and counts by defendant.

**Events** - Tracks the significant steps in the progression of the case.  Events are created by your district and may be as specific or as general as the district deems necessary.

**Related Cases** - Participant or case records linked to show relationships among participants or cases.  For example, a criminal case that involves forfeitures related to a companion civil forfeiture case.  When the first Related Case record is entered linking the criminal case to the civil case, LIONS creates the Related Case record linking the civil case back to the criminal case.

**Case Notes** – Ancillary information about the case.  This feature was designed for AUSAs who want to maintain a summary of the case.

Samples of the data entry screens are included.  Many of the fields in the various data entry screens require codes selected from a List of Values (LOV).  If an LOV code is required, a reminder will display in the lower left corner of the screen as shown in Figure 5-1.  In this example, Priority is the name of the field.  The LOV can be accessed from a code field by pressing **F9**.



Priority - List of Values Available <F9>.
Record: 1/1                        List of Values

**Figure 5-1:  LOV Reminder**

A complete list of LIONS codes is available in Appendix A – LIONS Code List. Detailed coding procedures for the following criminal case types and situations can be found in Appendix E - LIONS Coding Policies:

**General**

Reinstatements

Remands for New Trial

**Criminal**

Contempt of Court

Hung Jury

Narcotics Task Force (OCDETF)

Pretrial Diversion

Unlawful Flight to Avoid Prosecution (UFAP)

Appeal of a Magistrate Judge's Decision

Post Disposition Proceedings

Criminal Fraud

Criminal Forfeiture

Juveniles

Rule 40 Proceedings

Rule 20 Transfers

Remand for New Sentence

## 5.1. Definitions

**Immediate Declination -** An offense referred to the United States Attorney that does not warrant federal prosecution based on the facts and circumstances presented. No investigation is authorized, and the offense is declined on the spot or "immediately." Less than one hour of AUSA time is required. There are two other types of "declinations" which should not be confused with immediate declinations.

**Field Declinations -** Complaints which the investigative agency declines based on its internal guidelines or those of the United States Attorney. These are not formally presented to the United States Attorney, but the agency may inform the United States Attorney's office periodically of the number of complaints it has declined. These field declinations are not included in the United States Attorneys' caseload statistics.

**Matter Declinations -** Occur when, prior to the filing of a complaint, information, or indictment, a decision is made not to continue with the investigation of a matter that has been opened in LIONS and is under consideration for prosecution.

**Matter -** A referral on which an attorney spends one hour or more investigating, and on which formal papers have not been filed with the Court. If a decision is made not to continue with the investigation, it is disposed of in LIONS by declination and closed. Declination of an investigation should not be confused with an immediate declination.

**Preliminary Proceeding or Miscellaneous Filing -** Court filings such as for search warrants, Rule 5 hearings, etc., for which a Miscellaneous Number is normally assigned. These are distinguished from other District or Magistrate Court filings.

**Case -** A case begins with the assignment of a number, other than a Miscellaneous Number, by a court below the Appeals Court level where the defendants are to be tried.  When defendants are split out from a case and assigned new court numbers, another case must be opened for those defendants.

**Complaint -** A written statement filed with the Magistrate stating that a specified offense has been committed.

**Information -** The formal accusation charging the defendant with a particular crime.  An Information is brought by the United States Attorney, rather than by a grand jury.

**Indictment -** The formal accusation by a grand jury charging a defendant with a particular crime.

**Felony -** An offense punishable by death or imprisonment for a term exceeding one year.

**Misdemeanor -** An offense punishable by imprisonment for a term not exceeding one year, without regard to fine amount.

**Petty Offense or Citation -** A Class B misdemeanor, a Class C misdemeanor, or an infraction, for which the maximum fine is not greater than the amount set forth for such an offense in 18 USC 3571(b)(6) or (7) in the case of an individual or 18 USC 3571(c)(6), or (7) in the case of an organization.  All charges involving the Code of Federal Regulations (CFR) are Petty Offenses.

## 5.2. Immediate Declinations

Report an immediate criminal declination for any offense referred for prosecution which does not warrant federal prosecution based on the facts and circumstances presented. No investigation is authorized or less than one hour of AUSA time is required.

Select **Criminal, Immediate Declination** from the LIONS Main Menu as shown in Figure 5-2.



**Figure 5-2:  Criminal Immediate Declination**

OR

Press **ALT + R** and select **Immediate Declination** from the pull-down menu or press the letter I. The Criminal Immediate Declination screen displays as shown in Figure 5-3.



**Figure 5-3:  Criminal Immediate Declination Form**

### 5.2.1. Case

The following explains the values to be entered for the Case screen.

> **Caption** - Enter a reference name for the criminal action in accordance with local office procedure.

> Press **TAB** or **Enter**.

LIONS automatically generates a USAOID number and populates the **Recvd Date** with the current date and **Branch** field with the branch of the person entering data.

> **Recvd Date** (Received Date) – Enter the date the referral was received in the office.  LIONS defaults to the current date; however, it can be changed.  The date entered **CANNOT** be later than the current date.

> **Lead Charge** – Press **F9** and select the substantive statute (U.S. code, District of Columbia Code, Virgin Islands Code, Code of Federal Regulations (CFR), or State Code) that is the primary basis for the referral or, enter a code manually in the following format:

>> Enter a two digit Title **(08, 21, etc.).**

>> Leave a blank space for U.S. Code, **D** for D.C. Code, **R** for Code of Federal Regulations, **S** for state code, or **T** for Virgin Islands Code.

>> Enter a colon **(:).**

>> Enter a five digit section number **(00013, 02113, etc.).**

>> Enter the subsection **[A  1  b, etc.].**

> **Prog Cat** (Program Category) – Press **F9** and select the code that best describes the type of criminal action.

> **Branch** – LIONS defaults to the branch of the person entering data.  If this is incorrect:

>> Press **F9** and select the correct **Branch** code.

>> Click **OK**.

### 5.2.2. Defendants

Enter the following information for each of the defendants in the referral:

**Type** – Press **F9** and select the code that best describes the defendant.

    **I**    Individual

    **B**    Business or organization

    **P**    Property to be forfeited

**Role** – Press F9 and select one of the following four codes.

    **D**    Defendant.

    **DJ**  Juvenile Defendant.

    **DP**  Public Official Defendant.

    **DG**  Gang Member Defendant.

If **Type** is **I** (Individual), the pop up shown in Figure 5-4 will display.



**Figure 5-4: Name Pop-up**

Enter Individual defendant's **Last Name** and **First Name** and press **Enter**.

If **Type** is **B** (Business/Organization) or **P** (Property), enter the name of the Business/Organization or Property in the Name field.

**Disp Reas (Disposition Reason)** – Press **F9** and select the code that best describes the reason for the Immediate Declination.

**CitStat (Citizen Status)** – Press **F9** and select the code that identifies the Participant's citizenship status.

**Cntry (Country)** – Press **F9** and select the code for the Participant's country of citizenship.

If **Program Category** is **053** (Firearms/Triggerlock) and the Defendant **Type** is **I** (Individual), the pop up shown in Figure 5-5 will display after entering the defendant's First Name.

Click in the check box(es) that apply and press **Return>>**.



**Figure 5-5: Firearms Characteristics Pop-up**

If the **Program Category** is **036** (Financial Institution Fraud) and the Defendant **Type** is **I** (Individual), the pop up shown in Figure 5-6 will display after entering the Defendant's First Name.

Press **F9** and select a Job Position code.  The pop up disappears and LIONS returns to the Criminal Immediate Declination screen.



**Figure 5-6:  Job Position Pop-up**

### 5.2.3. Investigative Agency

The following explains the values to be entered for the Investigative Agency screen.



**Figure 5-7:  List of Values for Agency**

**Agency** – Enter the investigative agency that referred the criminal action to the office.  If the Agency has more than one location, select the appropriate one from the List of Values as shown in Figure 5-7.

**Agency #** - Enter the file number assigned by the investigating agency that referred the criminal action.

### 5.2.4. Assignment

The following explains the values to be entered for the Assignment screen.

**Lead AUSA** - Press **F9** and select the name of the attorney who authorized the declination and press **OK**.  The name will automatically be filled in based on the initials selected. Position will default to **L**.

**Start Date** – The date the criminal action was received.  This field defaults to the current date.  If this is incorrect, enter the correct date. Date entered **CANNOT** be later than the current date.

### 5.2.5. Dispositions

The following explains the values to be entered for the Disposition block:

**Date** - The date the referral was declined.  This field defaults to the current date.  If this is incorrect, enter the correct date. Date entered **CANNOT** be later than the current date.

**Reason** – Press **F9** and select codes for up to three Disposition Reasons. The first Reason should be the same as the Reason Code entered in the DEFENDANTS block.

### 5.2.6. Case Comment

At local option, enter text as you would in WordPerfect.  Approximately 35 lines of text can be entered. To expand the comment screen, press **ALT + E** and select **Edit** from the pull-down menu.

### 5.2.7. Exit Criminal Immediate Declination Screen

Press the **Save** icon.  The pop-up shown in Figure 5-8 will display.  Click **OK**.



**Figure 5-8:  Transaction Confirmation Dialog Box**

The message shown in Figure 5-9 will display.



**Figure 5-9:  Print Case Query Report Dialog Box**

Press **Yes** to **print** the report.

Press **No** then the **Exit** icon to exit the Criminal Immediate Declination screen. Attempting to Exit without saving will cause the pop-up shown in Figure 5-10 to display.



**Figure 5-10:  Save Changes Dialog Box**

## 5.3. When to Initiate a Criminal File

**General Rule:**

Initiate a criminal matter/case (new USAO Number) when:

> An investigation is authorized and an attorney spends one hour or more working on the investigation.

> A citation, complaint, information or indictment is filed in court.

> A case on appeal, in which the United States is a defendant, is remanded to the District Court for a new trial.

Do **NOT** initiate a criminal file when:

> Information copies of investigative reports are sent to your office that are pending authorization by a DOJ Division.  For example, criminal Tax or criminal Civil Rights investigations.

> Cases are remanded to the District Court for re-sentencing.

## 5.4. How to Initiate a Criminal File in LIONS

A criminal action is initiated in LIONS using the **Criminal Short Form** or the **Criminal Long Form**.

> The **Criminal Short Form** allows you to enter information quickly, by completing two screens. Relationships that need to be made on an individual basis in the Long form are done automatically in the Short form. For example, all defendants will be related to all charges, counts and events that you entered. In the Long form, you have to tell LIONS which defendants get related to which events. It should be noted that using the Short form does not preclude entry of additional information at a later date.

> It is recommended that this form be used for single defendant matters/cases or where all the defendants are related to all charges, counts and events entered.  Do not enter participants who are not defendants through the Short form.

> The **Criminal Long Form** takes a little longer to complete, but you can capture more information; e.g., multiple program category codes, related case information, individual defendant information, aliases, and comments.

> To initiate a criminal matter or case in LIONS, click on the Criminal option from the Main Menu or press **ALT + R**.  From the pull-down menu, click on one of the following:

> open case (Short form) or press the letter **S**

> open case (Long form) or press the letter **L**

## 5.5. Criminal Short Form

It is recommended that the Criminal Short Form be used when there is a single defendant or where all defendants are related to all charges, counts and events.

---

Do not enter participants who are **NOT** defendants through the Criminal Short Form.

---

Select **Criminal, Open Case (Short Form)** from the LIONS Main Menu as shown in Figure 5-11.



**Figure 5-11:  Criminal – Open Case (Short Form)**

The Criminal Open Short Form shown in Figure 5-12 opens.



**Figure 5-12:  Criminal Open Short**

**USAOID** – The USAO Number is generated by LIONS when a matter or case is opened. It is used to track the case throughout its life, including appeals.

**Caption** - Enter a reference name for the criminal action in accordance with local office procedure.

As shown in Figure 5-13, the CASE block opens with default information in certain fields.

All default information in the **CASE** block can be changed.



**Figure 5-13:  Criminal Initiation – Short Form**

### 5.5.1. Case

The following explains the values to be entered for the Case screen.

**Recvd Date** (Received Date) - The field defaults to the current date.  If this is incorrect, highlight the field and enter the date the criminal action was received in the office.  The date entered **CANNOT** be greater than the current date.

**Priority** – Enter the code that indicates whether a referral falls into a category assigned a priority by the Attorney General and/or the United States Attorney.  The description of each Program Category in Appendix A includes whether it is a National Priority.  (LOV)

**Spec Proj** (Special Project) –The EOUSA has established a series of codes to be used for certain types of cases being monitored by its Legal Programs Staff.  These codes are used to flag cases in order to produce special reports needed by the staff. Enter the code that describes a special project category or enter **N** for "none of the above." (LOV)

**Lead Charge** - The substantive statute that is the primary basis for the referral using the U.S. code, District of Columbia code, Virgin Islands code, Code of Federal Regulations (CFR), or State code. All characters are required. System Managers submit requests for new charge codes to TechOne. (LOV)

Follow these guidelines when selecting a Lead Charge:

The Lead Charge should be a substantive charge.  Do not use a statutory reference to a penalty, jurisdiction, or "aiding and abetting" as the lead charge.

The Lead Charge should be reviewed when charges are filed, and modified as needed.

Do not assume that the Lead Charge is the charge in the first count.  It may be listed in a later count.

While it is often the case, do not assume that the charge with the greatest potential sentence is the Lead Charge.

Press **F9** and select the code that applies, or enter a code manually (all characters are required).

To manually enter a code for the Lead Charge:

- Enter a two digit Title **(08, 21, etc.)**
- Leave a blank space for U.S. Code, **D** for D.C. Code, **R** for Code of Federal Regulations, **S** for State Code, or **T** for Virgin Islands Code.
- Enter a colon **(:)**.
- Enter a five digit section number **(00013, 02113, etc.).**
- Enter the subsection. **[A  1  b, etc.].**

**Prog Cat** (Program Category) – Press **F9** and select the code that best describes the type of criminal action.  Only one Program Category can be entered when using the Short form.

**US Role** – LIONS defaults to **P** (Plaintiff).  If this is incorrect, press **F9** and select the code that identifies the government's position in the case.

**Lit Resp** (Litigating Responsibility) – LIONS defaults to **US** (Case Handled Exclusively by USAO).  If this is not correct, press **F9** and select the code for the office that has primary responsibility for the matter or case.  If the Litigating Responsibility Code is **DJ, RD,** or **SD**, the appropriate DOJ Division code MUST be entered.

**Domestic Terrorism** – LIONS will automatically default to the pop-up shown in Figure 5-14.



**Figure 5-14:  Domestic Terrorism Pop-up**

Press **F9** to select from the LOV type of Domestic Terrorism. There is a section to add comments.  This field is required when Program Category is 072 (Domestic Terrorism).

**DOJ Division** - Enter the DOJ Division code, if applicable.  Only one DOJ Division and DOJ Number can be entered when using the Short form.  Additional information may be added using the General Update option.

Enter the DOJ Division if a DOJ Number has been provided, even if the Litigating Responsibility is **US**.  If the Litigating Responsibility Code is **DJ, RD,** or **SD**, the appropriate DOJ Division code MUST be entered.

---

If a **Case Number Exchange Form** has been supplied by the DOJ Division, enter the USAO Number on the form and return it to the Division.

---

If you previously entered an OCDETF Program Category Code (047), LIONS will automatically insert ZNTF as the DOJ Division.  You must enter the number assigned by the Core City Administrative Unit in the file number field.

**DOJ #** - Enter the number assigned to the case by the DOJ Division, if applicable.

**Restrict** - Based on local office procedures, you can restrict access to a case to a certain group of users, provided you are a member of that group. Enter Y (Yes) to restrict access. Otherwise, enter N (No). (LOV)

**Branch** – LIONS defaults to the branch of the person entering the information. If this is incorrect, press **F9,** select the correct code and press **OK**. The codes are established by district.

**Weight** – Press **F9** and select a code that indicates the complexity of the matter or case. This is used for assignment purposes. The codes are established by district.

**Unit** – Press **F9** and select a code to designate a group within the office responsible for the matter or case. The codes are established by district.

**Offense From** (Offense from Date) – In cases where the offense occurred over a period of time, enter the beginning date. If the offense occurred on one day, enter that date. This information should be entered, if known, since it affects the collection of any fine that is imposed.

**Offense To** (Offense to Date) – For a continuing offense, enter the ending date.

**Security** – Press **F9** and select a code that describes the level of security for the criminal action.

**Type** – Press **F9** and select a code that further describes the nature of the criminal action.

**CV Pot** (Civil Potential) – If there is a possibility of a civil action arising out of the criminal action; e.g., **A** (Asset Forfeiture Potential) or **M** (Monetary Loss to U.S.), enter an appropriate code. Otherwise, leave blank. (LOV)

**Vic/Wit** (Victim/Witness) - This field is mandatory. Press **F9** and select **Y** (Yes), **N** (No), or **W** (Witness). When the Victim/Witness flag is Y, then the Victim Witness Coordinator is mandatory.

When the Victim/Witness indicator is "Y" and the agency is **U.S. Postal Service (PSUS)** or **Joint Postal Service/State or Local Task Force (PSUZ),** the agency number must be entered as **9999999-AAAA**.

When the Victim/Witness indicator is "Y" and the agency is **Federal Bureau of Investigation (JUFB)** or **Joint FBI/State or Local Task Force (JUFZ),** the agency number must be entered as **9XXXX-XX-99999999**.

### 5.5.2. Court History

The following explains the values to be entered for the Court screen.

**Court** (and Court Location) – Press **F9** and select the appropriate Court code. The Court Code is required. You can also enter the location of the court. The location codes are established by your district.

---

Regardless of the type of number assigned by the Clerk, use **MG** (Magistrate Court) if the defendant is to be tried before a **Magistrate Judge**.

---

The following codes are commonly used when initiating a criminal action:

**DC** District Court

**MG** Magistrate Court

**MM** Magistrate Court (Miscellaneous)

**NC** Not in Court

---

If the **Court** code is **NC** (Not in Court) or **PN** (Post-Disposition Not in Court), the cursor will skip the remainder of the COURT HISTORY block and move to the assignment block.

---

**App Type** (Appeal Type) - This field is used for Appeal **ONLY** cases.  See *Chapter 8, Appeals* for instructions on entering an Appeal.

**Filing Date** - Enter the date the criminal action was filed in court. The date entered **CANNOT** be earlier than the **Recvd Date** or later than the current date.

**Court Number** - Enter the docket number assigned to the criminal action by the court. This field is required when a court code other than **NC** (Not in Court), or **PN** (Post-Disposition Not in Court) has been entered. Because the Victim Notification System (VNS) links with the Electronic Case Filing (ECF) system, the following court number format will be enforced when the court selected is magistrate court or district court.

- Positions 1-2 are to be numeric - 2 digits, i.e.  **11**.
- Position 3 is to be a dash. i.e.  **-**.
- Positions 4-5 are to be alpha character - 2 characters, i.e.  **CR**
- Position 6 is to be a dash, i.e.  **-**.
- Positions 7-11 are to be numeric - all 5 positions must contain a digit.  If the number is less than 5 digits, add leading zeros. i.e.  **01234, 00123, 00012, 00001**.
- Values in positions 12 on are not looked at by VNS and are free for your use.

> *Examples:* 11-CR-01234
> 11-CR-01234-E
> 11-CR-01234-1
> 11-CR-01234-01

**Judge** – Press **F9** and select the Judge hearing the criminal action.  The Judge's name will be filled in based on the initials entered.  The codes for the field are established by your district.

**Start Date** – Enter the date the Judge was assigned to the case.  LIONS defaults to the current date.  If this is incorrect, highlight the field and enter the correct date.  The date entered **CANNOT** be greater than the current date.

## 5.5.3. Assignment

Information in the Assignment block is used to track all staff assignments in a criminal action.  At a minimum, the Lead AUSA must be entered and a Victim Witness Coordinator, if applicable.  Other staff assignments, such as co-counsel, can be entered and tracked but are not required.

**Inits (Initials)** – Press **F9** and enter the initials of the staff member(s) assigned to the matter or case.  The codes (initials) for this field are established by your district.  LIONS will automatically fill in the staff member's name based on the initials entered.  (LOV)

**Position** – Press **F9** and enter the code for staff member's position.  LIONS will default the first entry to L (Lead).  Only one Lead attorney may be open at a time.  (LOV)

**Victim Witness Coordinator** – Press **F9** and enter the initials for the Victim Witness Coordinator.

**Start Date** – LIONS defaults to the current date.  If this is incorrect, highlight the field and enter the correct date.  The date **CANNOT** be greater than the current date.

If you have another staff member (assignment) to enter, press **F6** to insert or the DOWN ARROW to go to a blank line, otherwise, press ENTER or **CTRL + PAGE DOWN** to go to the INVESTIGATIVE AGENCY block

## 5.5.4. Investigative Agency

Only the Investigative Agency may be entered when using the Short form.  Other agencies may be added at any time using the General Update option.

**Agency** – Press **F9** and enter the code for the investigative agency that referred the criminal action to your office.  (LOV)

**Agency Office (READ ONLY)** - This block is filled in based on the picklist of agencies previously entered by your district.  This information can be used for document generation.  See **Chapter 9** for more information.  If you need to add or change agency offices see Chapter 6, Section 6.21.1, for instructions on adding or changing this information.

**Agency #** - Enter the number assigned to the action by the Agency.  When the Victim/Witness indicator is "Y" and the agency is **U.S. Postal Service (PSUS)** or **Joint Postal Service/State or Local Task Force (PSUZ),** the agency number must be entered as **9999999-AAAA**.

When the Victim/Witness indicator is "Y" and the agency is **Federal Bureau of Investigation (JUFB)** or **Joint FBI/State or Local Task Force (JUFZ),** the agency number must be entered as **9XXXX-XX-99999999**.

**Agnt Last Name/First Name** (Agent's Name) - Enter the name of the agent in charge of the referral.

**Lead Agent** – This field is used to identify the Lead Agent in the matter or case.  Enter Y if this is the Lead Agent.

### 5.5.5. Participant

In LIONS, a "participant" is a defendant, witness, piece of property to be forfeited, or any other individual, organization, or business associated with the case.  At a minimum, one defendant participant must be entered.  When using the Short form, enter only defendants.  Additional participants can be added through update.  See **Chapter 6, Section 6.19** for additional participant information.

Participants are related to the Court History.  When a user initiates a criminal action, LIONS automatically relates all of the participants to the current Court History stage.  Participant Court records are discussed in detail in **Chapter 6 - Criminal Updates and Closings.**



**Figure 5-15:  Criminal Short Form, Page 2**

Enter the following information for each defendant in the matter or case.  Enter and select the code that best describes the participant:

**Type** – Press **F9** and select the code that best describes the participant:

- I     Individual

- **B**   Business or organization

- **P**   Property to be forfeited

**Role** – Enter the code that best describes the type of defendant.  At least one defendant is required in a criminal matter or case.  When using the Short form, do not enter other types of participants.

- **D**   Defendant

- **DJ**   Juvenile Defendant

- **DP**   Public Official Defendant

- **DG**   Gang Member Defendant

- **Name** - If Participant **Type** is **I** (Individual), the pop-up shown in Figure 5-16 prompts for the last name and first name.  If Participant **Type** is **P** (Property) or **B** (Business/Organization) enter the name in the **Name** field.



**Figure 5-16:  Participant Name Pop-up**

> If the name search feature is activated, LIONS will search the database to alert the user that another case involving the participant already exists.  To enable the search feature, contact the **System Manager**.

If the **Program Category** is **053** (Firearms/Triggerlock) and **Type** is **I** (Individual), the pop up shown in Figure 5-17 displays after entering the Defendant's first name.

Clicking the checkbox next to the question indicates a 'Yes' response.  Leaving it blank indicates a 'No' response.



**Figure 5-17:  Firearms Characteristics Pop-up**

If the **Program Category** is **036** (Financial Institution Fraud) and **Type** is **I** (Individual), the pop up shown in Figure 5-18 will display after entering the Defendant's First Name.

Press **F9** and select a **Job Position** code for the Defendant, if applicable.  The pop up disappears, and LIONS returns to the Open Short Form.



**Figure 5-18:  Job Position Pop-up**

**EIN/SSN/CATS** - Enter one of the following for each Defendant:

If **Type** is **I** (Individual) enter the Social Security Number (**SSN**).

If **Type** is **B** (Business) enter the  IRS Employer Identification Number (**EIN**)

If **Type** is **P** (Property) enter the Consolidated Asset Tracking System (**CATS**) number.

**Cit Stat** (Citizenship Status) – If **Type** is **I** (Individual) press **F9** and select the code for the Defendant's citizenship status.

**Cntry** (Country) – If **Type** is **I** (Individual) press **F9** and select the Defendant's country of citizenship.

**Opp Coun Initials** (Opposing Counsel Initials) – Press **F9** and select the initials of the Opposing Counsel for the Defendant.

**OppType** (Opposing Counsel Type) – Press **F9** and select the type of counsel.

**Start Date** - Enter the date the Opposing Counsel became involved in the action.

## 5.5.6. Controlled Substance

Only one substance may be entered in the Short form.  Additional substances may be added at any time using the General Update option.

**Type** – Press **F9** and select the code that describes the controlled substance under investigation.

**Other** – If the type of controlled substance is O (Other), enter a brief description.  Required if Type is O.

**Quantity** - Enter the actual quantity of the controlled substance seized.  Fractions must be converted to one or two decimal places.  For example, 22-1/4 = 22.25.

**Measure** – Press **F9** and select the unit of measure for the controlled substance.  You **MUST** select a unit of measure if Quantity has been entered.

## 5.5.7. Instrument

If you entered a Court code of  **NC** (Not in Court) or **PN** (Post-Disposition Not in Court) in the COURT HISTORY block, LIONS will skip the INSTRUMENT and CHARGE/COUNT blocks and move you to the EVENT block.

**Instrument Type** – Press **F9** and select the applicable code, e.g., **CO** (Complaint), **IN** (Indictment).  Required for criminal actions that have been filed in any court.  (LOV).

> For all Petty Offenses in Magistrate Court, use **CI** (Citation) as the instrument type.

**Filing Date** - The filing date will default to the Court Filing Date.  The Filing Date is required if an Instrument Type has been entered.

**TAB, ENTER** or **CONTROL + PAGE DOWN** to go to the **CHARGE/COUNT** block.

## 5.5.8. Charge/Count

Enter the following information for each charge listed in the charging instrument.  Note that only one charge per count should be entered.  The other statutory references in a count may be jurisdiction, aiding and abetting, or penalties.

**Charge** – Press **F9** and enter the charge including section and subsection.  All characters are required.

- Enter a two digit Title (**08, 21, etc.**).
- Leave a blank space for U.S. Code, enter D for **D.C. Code**, **R** for Code of **Federal Regulations**, **S** for **state code**, or **T** for **Virgin Islands Code**.
- Enter a colon (**:**).
- Enter a five digit section number (**00013, 02113, etc.**).
- Enter the subsection.  [**A  1  b, etc.**].

**Penalty Provision** – Press **F9** and select a penalty provision code, if applicable.

**Category** – Press **F9** and select one of the following:

- **F**  Felony
- **M**  Misdemeanor
- **P**  Petty Offense

---

If **Charge** is from the Code of Federal Regulations (**CFR**), the **Category MUST** be **P** (Petty Offense).

---

**Count** – If the charge appears in only one count, enter the number of that count.  If the charge appears in more than one count and the counts are sequential, enter the first count followed by a dash and then the last count; e.g., 3-9.

If the Charge appears in multiple non-sequential counts:

- Enter the first count.
- **DOWN ARROW** to the next field and enter the second count.  Repeat for each count in which the Charge appears.

To enter additional Charges in the Instrument:

- Press **CONTROL + PAGE UP** to go to the Charge/Count field.
- **DOWN ARROW** to a blank line or press **F6** to insert additional blank lines.
- **Charge/Count** - Press **F9** and select a code or enter the charge code ,including section and subsection.  All characters are required.
- **Penalty Provision** - Press **F9** and select a code for the penalty provision, if applicable.
- **Category** - Press **F9** and select **F**- Felony, **M** – Misdemeanor or **P** - Petty Offense.
- **Count** – Enter the number of the count in which the charge appears.

---

**ALL Charges/Counts** are automatically attached to **ALL Participants** in the Open Short form.

---

## 5.5.9. Event

The EVENT block is a scrollable block.  The scroll bar at the bottom of the block means that there is more information than what appears on the screen.  Click on the left and right arrow keys on the scroll bar to move back and forth within the block.

**Event** – Press **F9** and select the code that best describes the event.

**Action** – Press **F9** and select the code that describes the status of event.

---

If an **Event** is entered, an **Event Date** or **Scheduled Date MUST** be entered.

---

**Event Date** - Enter the date the event occurred.  If scheduling an event, leave this field blank.

**Date Scheduled** - Enter the date an event is scheduled to occur.  Scheduled Dates appear on staff members' calendar reports.  Scheduled dates **MUST** be later than the current date.

**Time Scheduled** - Enter the time an event is scheduled to occur.  Scheduled times appear on staff member's calendars.

**Staff Initials** - LIONS defaults to the initials of the Lead AUSA.  If this is incorrect, press **F9** and select the appropriate attorney/staff initials.

---

**Doc Code** (Document Code) –This field was used for generating letters when VNS was a part of LIONS.

**Doc Staff Initials** (Document Staff Initials) - LIONS defaults to the initials of the person logged into LIONS.  This field was used by Document Generation when the VNS functionality was a part of LIONS.

**Document Date** – Document Date defaults to the current date.  This field was used by Document Generation when the VNS functionality was a part of LIONS.

**Location Scheduled** – Enter a free-form description of the location of the scheduled event.

**Judge Initials** – Press **F9** and select the initials of the Judge involved in the event or scheduled event.  LIONS will fill in the Judge's last name based on the initials entered.

**Event Comment** – The event comment block is shown in Figure 5-19.  Type in comments about the event and press **Enter.**



**Figure 5-19:  Event Comment Block**

If you have another event to enter, press **F6** to insert or the DOWN ARROW to go to a blank line.

To save and exit the form click on the Exit icon then click on Yes.

To save and continue with the Criminal Short form, **CTRL + PAGE UP** to the Caption block, press F6 and click on Yes to save.

To exit without saving, click on the Exit icon and then click on No.

## 5.6. Criminal Long Form

The **Criminal Long Form** allows multiple program category codes, related case information, individual defendant information, aliases, and comments to be entered.

- Select **Criminal, Open Case (Long Form)** from the LIONS Main Menu as shown in Figure 5-20.



**Figure 5-20:  Open Case (Long Form)**

The Criminal Open Long Form shown in Figure 5-21 will open.



**Figure 5-21:  Criminal Open Long Form**

### 5.6.1. Case

When you press **ENTER**, **TAB**, or **CTRL + PAGE DOWN** after entering the Caption, LIONS will automatically generate a USAOID.  You will notice that the Received Date, US Role, Litigating Responsibility, Status, and Branch are preset.  With the exception of the Status field, all preset values can be changed.

> **USAOID** - The USAOID (USAO Number) is generated by LIONS when a matter or case is opened.  It is used to track the case throughout its life, including appeals.

> **Caption** - Enter a reference name for the criminal action in accordance with local office procedure and press **TAB** or **ENTER**.

As shown in Figure 5-22, the CASE block opens with default information in certain fields.

---

All default information in the **CASE** block can be changed.

---



**Figure 5-22:  Criminal Open Long Form with Default Values**

---

All default values in the **CASE** block can be changed **EXCEPT** Status.

---

> **Recvd Date** – Enter the date the criminal action was received in the office.  This field defaults to the current date.  If this is incorrect, highlight the field and enter the correct date.  The date entered **CANNOT** be later than the current date.

> **Status** – This field **CANNOT** be changed.  The Status remains **A** (Active) until the criminal action is closed.  See *Chapter 6 Criminal Updates and Closings* for more information.

> **Priority** - Enter a code to indicate whether the referral falls into a category assigned a priority by the Attorney General and/or the United States Attorney.  See the definition of each Program Category in Appendix A to determine if the case is a priority of the Attorney General.  (LOV).

> **Lead Charge** – Enter the substantive statute that is the primary basis for the referral using the U.S. Code, District of Columbia Code, Virgin Islands Code, Code of Federal Regulations (CFR), or State Code. All characters are required.

The following guidelines should be followed when selecting a lead charge:

---

The Lead Charge should be a substantive charge. Do not use a statutory reference to a penalty, jurisdiction, or "aiding and abetting" as the Lead Charge.

The Lead Charge should be reviewed when charges are filed and modified as needed.

Do not assume that the Lead Charge is the charge in the first count. It may be listed in a later count.

Do not assume that the charge with the greatest potential sentence is the Lead Charge.

Use the following format for the charge:

- Enter a two digit Title **(08, 21, etc.)**.
- Leave a blank space for U.S. code, enter **D** for D.C. Code, **R** for Code of Federal Regulations, **S** for state code, or **T** for Virgin Islands Code.
- Enter a colon **(:)**.
- Enter a five digit section number **(00013, 02113, etc.)**.
- Enter the subsection. **[(A) (1) (b), etc.]**.

**Spec Project (Special Project)** – The Special Project Pop-up screen is shown in Figure 5-23.The EOUSA has established a series of codes to be used for certain types of cases being monitored by its Legal Programs Staff. These codes are used to flag cases in order to produce special reports needed by the team. See *Appendix A, LIONS Code List, Special Projects, Criminal* for the codes and their definitions.



**Figure 5-23: Special Project Pop-up**

**Prog Cat** (Program Category) – Enter code that best describes the type of criminal action. LIONS will automatically default to the Program Category pop-up shown in Figure 5-24. Enter the most important Program Category first.



**Figure 5-24: Program Category Pop-up**

Press **F9** and select the Program Category code.

- If you have more than one Program Category, **DOWN ARROW** to a blank line or press **F6** to insert a blank line.
- Press **F9** and select a Program Category code for each subsequent criminal action.

For cases in which the United States has special jurisdiction, e.g., assimilated crimes or offenses in Indian country, enter one of the following program categories, in addition to the substantive action:

- **065** Indian Offenses (Non-Violent Crimes)
- **084** Assimilated Crimes
- **092** Violent Crime in Indian Country

**US Role** – LIONS defaults to **P** (Plaintiff). If this is incorrect, press **F9** and select the code that specifies the government's position in the case.

**Lit Resp** (Litigating Responsibility) - The Lit Resp field defaults to **US** (Case Handled Exclusively by USAO).  If this is not correct, press **F9** and select the code for the office that has primary responsibility for the matter or case. If this is not correct, it can be changed. (LOV)

**Domestic Terrorism** – You may select a type of Domestic Terrorism from the LOV, as shown in Figure 5-25, or **No**, if none. There is also a section to add comments.



**Figure 5-25:  Domestic Terrorism Pop-up**

**DOJ Div** - Enter a code or codes for DOJ Division.  A pop-up block is provided, as shown in Figure 5-26, so that you can enter more than one DOJ Division.  If you have more than one DOJ Division to enter, press F6 to insert or the DOWN ARROW to go to a blank line.  Otherwise, press ENTER.  If you arrow down to a blank line and then change your mind, press SHIFT + F6 to return to the previous line and then press ENTER.  (LOV)



**Figure 5-26:  DOJ Division/Number Pop-up**

**DOJ Number** - Enter the file number assigned by the DOJ Division.  This field is required if a DOJ Division has been entered.

> If a **Case Number Exchange Form** has been supplied by the **DOJ Division**, enter the **USAO Number** on the form and return the form to the Division.

**Restrict** - Based on local office procedures, you can restrict access to a case to a certain group of users, provided you are a member of that group.  Enter **Y** (Yes) to restrict access.  Otherwise, enter **N** (No).  (LOV)

You can only restrict cases to a group to which you belong.  If you enter a **Y** in the Restrict field, you will receive the message shown in Figure 5-27 when you leave the CASE block.



**Figure 5-27:  Case Restricted Message**

When you click **OK**, the **Staff Group** form shown in Figure 5-28 will be displayed.

**Staff Groups** – Press **F9** and select the group to which the criminal action is restricted.  Only a member of a selected group can restrict access to the case.



**Figure 5-28:  Staff Group Form**

Press the **Exit** icon to return to the Criminal Long form.

**Branch** – LIONS defaults to the Branch of the person entering information.  If this is incorrect, press **F9** and select the correct code and press **OK**. The codes are established by district.

**Unit** – Press **F9** and select a code to designate a group within the office responsible for the matter or case.  The codes are established by district.

**GJ #** - Enter the Grand Jury Panel Number, if applicable.

**Offense Fr** (Offense from Date) - In cases where the offense occurred over a period of time, enter the beginning date.  If the offense occurred on one day, enter that date.  This information should be entered, if known, since it affects the collection of any fine that is imposed.

**Offense To** (Offense to Date) - For a continuing offense, enter an end date.

**Security** – Press **F9** and select a code for the level of security assigned the case.

**Type** – Press **F9** and select a code that further describes the nature of the criminal action.

**Weight** – Press **F9** and select a code to indicate the complexity of the case for assignment purposes.  The codes are established by district.

**CV Pot** (Civil Potential) – If there is a possibility of a civil action arising out of the criminal action, e.g., A (Asset Forfeiture Potential) or M (Monetary Loss to U.S.), enter the appropriate code.  Otherwise, leave blank.  (LOV)

**Vic/Wit** (Victim/Witness) - This field is mandatory.  Press **F9** and select **Y** (Yes), **N** (No), or **W** (Witness).  When the Victim/Witness flag is Y, then the Victim Witness Coordinator is mandatory.

When the Victim/Witness indicator is "Y" and the agency is **U.S. Postal Service (PSUS)** or **Joint Postal Service/State or Local Task Force (PSUZ),** the agency number must be entered as **9999999-AAAA**.

When the Victim/Witness indicator is "Y" and the agency is **Federal Bureau of Investigation (JUFB)** or **Joint FBI/State or Local Task Force (JUFZ)**, the agency number must be entered as **9XXXX-XX-99999999**.

**Tribe** – Press **F9** and select a Native American tribe, if applicable.  This field should be completed when the United States has jurisdiction over a criminal offense which occurred on a Native American reservation.

**Reserv** (Reservation) – Press **F9** and select a code for the Native American reservation or military installation associated with the matter or case. The codes are established by district.

**Related FLU Flag** – Click in the check box to indicate that there is a related FLU case.  Leave unchecked if there is not a related FLU case.

**Total Victims** – Enter the total number of victims for the case.

### 5.6.2. Court History

The following explains the values to be entered for the Court History screen.

**Court** (and Court Location) – Press **F9** and enter the appropriate court code; e.g., DC (District Court). You can also enter the location of the court.  The court location codes are established by your district.  The Court Code is required, but the Court Location is not.  (LOV).

> Use **MG** (Magistrate Court) if the defendant is to be tried before a **Magistrate Judge REGARDLESS** of the type of number assigned by the Clerk.

The following codes are commonly used when opening a criminal case:

**DC** District Court

**MG** Magistrate Court

**MM** Magistrate Court (Miscellaneous)

**NC** Not in Court

> If the criminal action is **NC** (Not in Court) or **PN** (Post-Disposition Not in Court), the cursor will skip the remainder of the **COURT HISTORY** block and move to the **COURT/STAFF ASSIGNMENT** block.

**Appeal Type** - This field is to be used for **Appeal ONLY** cases.  See *Chapter 8, Appeals* for instructions on entering an Appeal.

**Filing Date** - Enter the date the criminal action was filed in court.  The date entered **CANNOT** be earlier than the **Recvd Date** or later than the current date.

**Court Number** - Enter the docket number assigned to the criminal action by the court. This field is required when a court code other than **NC** (Not in Court), or **PN** (Post-Disposition Not in Court) has been entered. Because the Victim Notification System (VNS) links with the Electronic Case Filing (ECF) system, the following court number format will be enforced when the court selected is magistrate court or district court.

- Positions 1-2 are to be numeric - 2 digits, i.e. **11**.
- Position 3 is to be a dash. i.e.  -.
- Positions 4-5 are to be alpha character - 2 characters, i.e.  **CR**
- Position 6 is to be a dash, i.e.  -.
- Positions 7-11 are to be numeric - all 5 positions must contain a digit.  If the number is less than 5 digits, add leading zeros. i.e.  **01234, 00123, 00012, 00001**.
- Values in positions 12 on are not looked at by VNS and are free for your use.

*Examples:* 11-CR-01234
11-CR-01234-E
11-CR-01234-1
11-CR-01234-01

**Judge** – Press **F9** and select the Judge hearing the criminal action.  The Judge's name will be filled in based on the initials entered.  The codes for this field are established by the district.

**Start Date** - If a Judge is entered, the Start Date defaults to the current date; however, it can be changed.

**Disp, Disp Date** (Disposition, Disposition Date) - These are READ ONLY fields on this screen and are not relevant to matter/case initiation.

### 5.6.3. Court/Staff Assignment

In LIONS, you must enter the Lead AUSA for each case.  If the Victim Witness Indicator is set to Y, you must also enter a Victim/Witness Coordinator.  You can also track other employees assigned to a case; e.g., co-counsel, paralegals, etc. The first entry must be the **L** (Lead) attorney assigned to the criminal action.  The Position field for the first entry will default to **L** (Lead).  If the Victim Witness Indicator is set to Y, the system will prompt you to enter the initials for the Victim Witness Coordinator, and place a V (Victim Witness Coordinator) in the Position field if you have not entered one prior to exiting the Assignment block.



**Figure 5-29:  Court/Staff Assignment Block**

**Inits** (Initials) – Press **F9** and enter the initials of the staff member(s) assigned to the matter or case. The codes (initials) for this field are established by your district.  LIONS will automatically fill in the staff member's name based on the initials entered.  (LOV)

**Position** – Press **F9** and enter the code for staff member's position.  LIONS will default the first entry to L (Lead).  Only one Lead attorney may be open at a time.  (LOV)

**Victim Witness Coordinator** – Press **F9** and enter the initials for the Victim Witness Coordinator. This field is mandatory when Victim/Witness flag is **Y**. The name will automatically be filled in based on the initials entered.  (LOV)

Failure to assign a Victim/Witness Coordinator will cause the message shown in Figure 5-30 to display:



**Figure 5-30:  Victim/Witness Coordinator Error Message**

Click **OK** and select a Victim/Witness Coordinator.

**Start Date** - LIONS defaults to the current date.  If this is incorrect, enter the date the staff member was assigned.

**End Date** – Enter the date the staff member's involvement with the matter/case ended.  This field should be blank when opening a new matter or case.

If you have another staff member (assignment) to enter, press **F6** to insert or the DOWN ARROW to go to a blank line, otherwise, press **ENTER** or **CTRL + PAGE DOWN** to go to the AGENCY block.

### 5.6.4. Agency

You can enter Agency information for one or more agencies; e.g., investigative, "victim," etc.  LIONS will default the Role of the first agency to **IN** (investigative) as shown in Figure 5-31.  Every criminal matter or case MUST have at least one investigative agency.



**Figure 5-31:  Agency Block**

**Ro** (Role) - Enter the Role for the Agency.  LIONS defaults the Role for the first agency entered to **IN** (Investigative).  Every criminal matter or case MUST have at least one investigative agency. (LOV)  If you enter an Agency Role of **VA** (Victim Agency), such as in a fraud case, you will receive a pop-up block, shown in Figure 5-32, that will allow you to capture the Estimated $ Loss or the Actual $ Loss to the Victim Agency.



**Figure 5-32:  Victim Agency Pop-up**

**AGENCY OFFICE** is a **READ ONLY** block populated from the Agency picklist entries established by the district.  See *Chapter 6, Criminal Updates and Closings Section 6.21.1, Agency Office* for instructions on adding or updating the Agency picklist.

If you have another agency to enter, press CTRL + PAGE UP to return to the AGENCY block. Press **F6** to insert or the DOWN ARROW to go to a blank line.  If you arrow down to a blank line and then change your mind, press **SHIFT + F6** to return to the previous line.

If an agency has more than one office, select the appropriate office location.  Agency Office is a Local Code assigned by the Districts.  See *Chapter 6, Criminal Updates and Closings* for instructions on adding or updating Agency Office information.

**Agency Number** - Enter the number assigned to the criminal action by the Agency.

---

When the **Victim/Witness** indicator is "Y" and the agency is **U.S. Postal Service (PSUS)** or **Joint Postal Service/State or Local Task Force (PSUZ)**, the agency number must be entered as **9999999-AAAA**.

---

When the **Victim/Witness** indicator is "Y" and the agency is **Federal Bureau of Investigation (JUFB)** or **Joint FBI/State or Local Task Force (JUFZ)**, the agency number must be entered as **9XXXX-XX-99999999**.

---

**TAB, ENTER** or **CONTROL + PAGE DOWN** to the **AGENT** block.

### 5.6.5. Agent

The **AGENT** block, shown in Figure 5-33, is a stacked block.  The counter in the upper right of the block indicates the number of Agents from a particular Agency that are in the stack and the relative position of each.  Use the up and down arrows to move through the record stack.



**Figure 5-33:  Agent**

Highlight an Agency in the **AGENCY** block for which Agent information is to be entered.  Enter as much information for each Agent from the selected Agency as is known:

> **Salutation** - Enter the salutation used in official correspondence with the agent.

> **Name** - Enter the agent's Last Name, First Name.

> **Title** – LIONS automatically defaults to **Special Agent**.

> **Lead Agent** – Press **F9** and select **Y** (Yes) if the Agent is Lead Agent.  Select **N** (No) if the Agent is not Lead Agent.  This information can be used for document generation.

> **Phone/Fax/Pager/Email** - Enter as much of this information as is known.

To enter multiple Agents from a single Agency:

> In the Agent block, **DOWN ARROW** to go to a blank form or press **F6** to insert a blank form.

> Enter as much information as is known for the Agent.

As shown in Figure 5-34, each Agent entered will increase the counter for that Agency by one.

LIONS 5.4 User Manual



**Figure 5-34:  Multiple Agent Records for a Single Agency**

When you have finished entering Agency and Agent information, press **CTRL + PAGE DOWN** to go to the PARTICIPANT block.

### 5.6.6. Participant

In LIONS, a "participant" is a defendant, witness, piece of property to be forfeited, or any other individual, organization, or business associated with the case.  The **PARTICIPANT** block is shown in Figure 5-35.



**Figure 5-35:  Participant**

Participants are related to the Court History.  When a user *initiates* a criminal action, LIONS automatically relates all of the participants to the current Court History stage.  Participant Court records are discussed in detail in Chapter 6 - Criminal Updates and Closings.

Enter the following information for each participant in a matter or case.  Press **F6** to insert, or the DOWN ARROW to go to a blank line to add each subsequent participant.

> **Type** – Press **F9** and select the code that best describes the participant.
>
> **I**    Individual
>
> **B**    Business or organization
>
> **P**    Property to be forfeited
>
> **Role** – Enter the code that best describes the participant; e.g., **D** (Defendant).  At least one defendant with one of the following codes is required in a criminal matter or case:
>
> > **D**    Defendant
> >
> > **DJ**  Juvenile Defendant
> >
> > **DP** Public Official Defendant
> >
> > **DG** Gang Member Defendant
>
> **Def** (**Defendant Number**) – Use this field to order Defendants as they were named in the charging Instrument.  Entering a number in this field will **NOT** change the order in which the Defendants were entered in the Participant block.

---

| This field can only be populated when **Role** is **D** (Defendant) or **P** (Plaintiff). |
|---|

> **Name** - If Participant **Type** is **I** (Individual), the pop-up shown in Figure 5-36 prompts for the Participant's last name and first name.



**Figure 5-36:  Name Pop-up block**

Enter a first and last name.

> If participant Type is **B** (Business/Organization) or **P** (Property) enter the business or property name in the field as shown in Figure 5-37.



**Figure 5-37:  Participant Name**

---

> If the name search feature is activated, LIONS will search the database to alert the user that another case involving the participant already exists.  To enable the search feature, contact the System Manager.

**Disposition** (READ ONLY) (Lower Court) (Appeal Court) - These READ ONLY fields include **Di** (Disposition), **Disposition Reas** (Reason), and **Disp Date** (Disposition) for both courts.  These READ ONLY fields will be blank when initiating a criminal action.

The Participant **Type** determines the screens used to capture more detailed information about the Participant.

If **Type** is **I** (Individual), see Section 5.6.6.1.

If **Type** is **B** (Business), see Section 5.6.6.9.

If **Type** is **P** (Property), see Section 5.6.6.16.

### 5.6.6.1. Individual Participant

Additional information about individual participants is available for local use and is not required, with the exception of Job Position which is required with a program category of 036.



**Figure 5-38:  Individual Participant**

**Last Name, First Name, and Role** –Last Name, First Name and Role are carried over from the Participant block.

**Salutation** – Enter the salutation used when corresponding with the Participant.

**Title** - Enter the participant's official title, if applicable (Attorney-at-Law, Professor of Criminology, etc.)

**Job Pos** (Job Position) – Press **F9** and select a code that defines the Participant's job or position in a business or organization if it is relevant to the case.  This field is required if **Program Category** is **036** Financial Institution Fraud.

**Arrest Date** - Enter date of Participant's arrest, if applicable.

**Gender** – Press **F9** and select a code for Participant's gender.

**Weight** – Press **F9** and select a code that indicates the complexity of the case for assignment purposes.  Weight is a Local Code assigned by the Districts.

**SSN#** (Social Security Number) - Enter the Participant's social security number.

**DOB** (Date of Birth) - Enter the Participant's date of birth.

**Juvenile** – Press **F9** and select **Y** (Yes) or **N** (No) to identify Participant as a juvenile. This indicator must be set to **Y** if the defendant was a juvenile at the time of the offense.  This includes juveniles who are to be prosecuted as adults. (LOV)

**Crim Hist** (Criminal History) – Press **F9** and select **Y** (Yes) if the Participant has a criminal history.  Enter **N** (No) if there is no known criminal history.

**FBI #** - Enter the number assigned to the case by the Federal Bureau of Investigation, if applicable.

**PDID #** - Enter the Police Department Identification Number, if applicable.

**Marshal #** - Enter the number assigned to the case by the U. S. Marshals.

---

> **Marshal #** is **MANDATORY** for any Defendant sentenced in a case where **Vic/Wit** is **Y** (Yes).

---

**Tribe** – Press **F9** and select the code for the Native American tribe of which the Participant is a member, if applicable.

**Reserv** (Reservation) - Enter Native American reservation or military installation where the offense occurred, if applicable.

**Cit Status** (Citizenship Status) – This field should already have default values from the previous page.

**Country** – This field should already have default values from the previous page.

---

> **U** (Unknown) should **ONLY** be used until the Participant's Country of Citizenship is known.

---

**Est Loss** (Estimated Loss) – Enter the estimated monetary loss to the United States, if applicable.  Data in this field is used to track estimated losses to the U. S.

**Act Loss** (Actual Loss) - Enter the actual monetary loss to the United States, if applicable.  Data in this field is used to track actual losses to the U. S.

**Office and Home Address, Phone and Fax Numbers** – Enter as much information in these fields as is known.  When you have finished entering the Individual Participant information, press **CTRL + PAGE DOWN** or click the **Next Page** button to go to the **DEFENDANT STATUS** block.

---

> When the Role of the Participant is Defendant, the sequence of blocks is different than the sequence for other Participant Roles.  For example, Defendant Status information is only applicable to Defendant Participants, and, consequently, is not displayed for other Role types.

---

#### 5.6.6.2. Defendant Status

The Defendant Status block shown in Figure 5-39 is used to capture multiple status records for a Defendant as the matter or case progresses.  If **Role** is not a Defendant code, LIONS will bypass this block and display the **ALIAS** block.



**Figure 5-39:  Defendant Status**

**Status** – Press **F9** and select the code that designates the status of the defendant.

If **Defendant** is a juvenile being prosecuted as an adult, Defendant Status **MUST** be **JT** (Juvenile Transferred to Adult Status).

If **Defendant** is a fugitive, Defendant Status **MUST** be **FU (**Fugitive).

**Start Date** - Enter the date the Defendant status began.  This field is required if a status has been entered.

**Deten Reason** (Detention Reason) – Press **F9** and select a code that explains why the Defendant has been detained, if applicable.

**Custody Loc** (Custody Location) – Press **F9** and select the code for the location where the Defendant is being held.  These codes are established by the district.

**Bond Type** – Press **F9** and select a code that describes the type of bond.  This field is required if a Defendant Status is **BO** (Bond)

**Bond Provider** - Enter the name of the bondsman, if applicable.

**Bond Amount** - Enter the amount of the bond, if applicable.  This field is required if the **Bond Type** is **CB** (Cash Bond).

**End Date** - Enter the date the status of the Defendant changed.

**Term Reason** (Termination Reason) – Press **F9** and select a code that explains the reason for the Defendant Status change.  This field is required if an **End Date** has been entered.

When you have completed entering the Health Care Fraud information, press **CTRL + PAGE DOWN** or click ▷ to go to the **Firearms Characteristics** block.

#### 5.6.6.3. Firearms Characteristics

Answer the follow questions to the Firearms Characteristics section:

Was the defendant involved in the illegal use, possession, sale, receipt, transportation, transfer, purchase, or manufacture of a firearm or firearm accessories or ammunition?

Did the defendant's offense involve or implicate or was the offense discovered as a result of the National Instant Check System (Brady)?

- Press **F9** and select **Y** (Yes) or **N** (No) for each of the questions in the Firearms Characteristics block shown in Figure 5-40.



**Figure 5-40:  Firearms Characteristics Block**

### 5.6.6.4. Health Care Fraud Cases (Only)

If Program Category is **03G** (Health Care Fraud), the **HEALTH CARE FRAUD CASES (ONLY)** block shown in Figure 5-41 displays.

**Figure 5-41:  Health Care Fraud Cases (Only)**

**NPI** (National Provider Identification) – Enter the National Provider Identification code.

**Occupation** – Press **F9** and select the code that identifies the Occupation/Field of Licensure.

**Other Occup Desc** – Enter other Occupations/Fields of Licensure if applicable.

**Employer** – Enter the name of Individual Participant's employer.

**Employer Type** – Press **F9** and select a code which describes the type of employer.

**Other Employ Desc** – Enter other employer type description.

**Employer Address** – Enter the employer's address.

**Employer Phone** – Enter the employer's phone number.

**Employer Fax** – Enter the employer's Fax number.

When you have completed entering the Health Care Fraud information, press **CTRL + PAGE DOWN** or click [ ] to go to the **ALIAS** block.

**5.6.6.5. Alias**

The Alias block shown in Figure 5-42 is used to enter all known aliases for an Individual Participant.

    **Alias Last Name/First Name** - Enter all know aliases for the participant, if applicable.



Figure 5-42:  Alias

When you have completed entering the Alias information, press **CTRL + PAGE DOWN** or click [ ] to go to the **RELATED PARTICIPANT** block.

**5.6.6.6. Related Participant**

If there are multiple Participant's in a criminal action, relationships can be established to relate one Participant and another in the same case using the Related Participant block shown in Figure 5-43.



Figure 5-43:  Related Participant

The following explains the values to be entered for the Participant screen.

    **Name** -- You can relate one participant in a case to another participant in the same case; e.g., relate a claimant to a piece of property.  Participants for this block must be chosen by pressing **F9** and selecting a participant name and pressing ENTER, as shown in Figure 5-44. (LOV)



**Figure 5-44:  Related Participant LOV**

**Role** – LIONS pre-populates this field based upon the information entered in the Participant block.

**Reason** – Press **F9** and select a code that explains why one participant in a case is related to another participant in the same case.  This is required if a Participant has been selected from the LOV.

When you have finished relating participants, press **CTRL + PAGE DOWN** click to go to the **OPPOSING COUNSEL** block.

**5.6.6.7. Opposing Counsel**

The Opposing Counsel block is shown in Figure 5-45. The following explains the values to be entered for the Opposing Counsel screen:



**Figure 5-45:  Opposing Counsel Block**

**Inits** (Initials) – Press **F9** and select the initials of the opposing counsel. The codes (initials) for this field are established by your district.  (LOV) If the opposing counsel is not in the database, you can add it by pressing **F3** to **GoTo** the Opposing Counsel Picklist.  When you exit the Picklist screen, LIONS will return to the Opposing Counsel Screen. See **Chapter 6, Criminal Updates and Closings** for instructions on adding entries to the LOV:

**Name -** The name will be filled in based on the initials entered.

**Type** – Press **F9** and enter the code that describes the type of counsel (**AP** for Appointed, for example).  (LOV)

**Start Date** - Enter the date the opposing counsel became involved in the case.

**End Date** - This field is not relevant when opening a matter or case.  Use this field to record the date the opposing counsel's involvement in the case ended.

When you have completed entering the Opposing Counsel information, press **CTRL + PAGE DOWN** or click to go to the **PARTICIPANT COMMENTS** block.

### 5.6.6.8. Participant Comments

The following explains the values to be entered for the Participant Comments screen, as shown in Figure 5-45:



**Figure 5-46:  Participant Comments**

**Participant Comments** - This field is available to supplement the information about the participant. Enter text as you would in Word.  You can enter approximately 35 lines of text.  To see more of the comment screen, press **ALT + E** and select **Edit** from the menu.

> If you have another participant to enter, put an **X** in the box labeled "**Go back to participant screen**," and then press **TAB** or **ENTER**.  Otherwise, press **CTRL + PAGE DOWN** or click [▷] to go to the next screen.  If this is the last participant, go to **Section 5.6.7** for instructions on Controlled Substance.

### 5.6.6.9. Business Participant

The **BUSINESS** screen shown in Figure 5-47 is used to capture more detailed information about a Business/Organization Participant, e.g., type of business, EIN number, business contact, and the business address.  All fields on this screen are optional.



**Figure 5-47:  Business Screen**

**Name/Role** - This information is carried over from the Participant block.

**Type** – Press **F9** and select the code that describes the type of business. These codes are established by district.

**EIN** - Enter the Employer Identification Number of the business or organization.

**Contact Name** - Enter the name of the individual who serves as point of contact for the business or organization.

**Est Loss** (Estimated Loss) - Enter an estimate of the monetary loss to the Government.

**Act Loss** (Actual Loss) - Enter the actual monetary loss to the Government.

**Address, Phone, and Fax Information** - Enter the address and telephone numbers for the business or organization.

### 5.6.6.10. Health Care Fraud Cases (only)

If the criminal case or matter involves **Health Care Fraud**:

**Health Care Type** – Press **F9** and select a code for the business Type.

**Other Health Care** - Text entry allowed only when the code of Health Care Type is "999", Other Type Not Classified.

When you have completed entering the Health Care Fraud Cases (only) information, press **CTRL + PAGE DOWN** or click [▷] to go to the **Firearms Charascteristics** block.

### 5.6.6.11. Firearms Characteristics

- Press **F9** and select **Y** (Yes) or **N** (No) for each of the questions in the Firearms Characteristics block shown in Figure 5-48.



**Figure 5-48:  Firearms Characteristics Block**

### 5.6.6.12. Doing Business as (DBA)

Multiple names under which the business or organization operates can be entered in the Doing Business as (DBA) block shown in Figure 5-49.



**Figure 5-49:  Doing Business as Block**

**Doing Business As** (DBA) - You can enter another name for the business, if applicable.  More than one DBA can be entered.

When you have finished entering the DBA information, press **CTRL + PAGE DOWN** or click  to go to the **RELATED PARTICIPANT** block shown in Figure 5-50.

### 5.6.6.13. Related Participant

If there are multiple Participants, relationships can be established to relate one Particpant and another in the same case using the Related Participant block shown in Figure 5-50.The following explains the values to be entered for the Participant screen:



**Figure 5-50:  Related Participant Block**

**Name** –You can relate one participant in a case to another participant in the same case; e.g., relate a claimant to a piece of property.  Participants for this block must be chosen by pressing **F9** and selecting a participant name.  (LOV.

**Role** – LIONS pre-populates the **Role** field from information entered in the Participant screen.

**Reason** – Press **F9** and enter the code that describes why one participant in a case is related to another participant in the same case.  This is required if a name has been selected from the List of Values.  (LOV.

When you have finished relating participants, press **CTRL + PAGE DOWN** or click  to go to the **OPPOSING COUNSEL** block shown in Figure 5-51.

### 5.6.6.14. Business Opposing Counsel

The following explains the values to be entered for the Opposing Counsel block:



**Figure 5-51:  Business Opposing Counsel Block**

**Inits** (Initials) – Press **F9** and select the initials of the opposing counsel.  The codes (initials) are established by the district.

**Name** - The name will be filled in based on the initials entered.

**Type** – Press **F9** and select the code that describes the type of counsel.

**Start Date** - Enter the date the opposing counsel became involved in the case.

**End Date** - This field is not used when opening a criminal action.  Use this field to record the date the opposing counsel's involvement in the case ended.

When you have finished entering the Opposing Counsel information, press **CTRL + PAGE DOWN** or click to go to the **PARTICIPANT COMMENTS** block shown in Figure 5-52.

### 5.6.6.15. Participant Comments

This field is available to enter supplemental the information about the participant.



**Figure 5-52:  Participant Comments**

**Participant Comments** - This field is available to supplement the information about the participant. Enter text as you would in Word.  You can enter approximately 35 lines of text.  To see more of the comment screen, press **ALT + E** and select **Edit** from the menu.

---

To enter another participant, put an **X** in the box labeled "**Go back to participant screen**," and then press **TAB** or **ENTER**.  Otherwise, press **CTRL + PAGE DOWN** or click on the Next Page button to go to the next screen.  If this is the last participant, go to **Section 5.6.7** for instructions on Controlled Substances.

---

### 5.6.6.16. Property Participant

More detailed information about a Property Participant can be entered in the **PROPERTY** screen shown in Figure 5-53.  All fields in this screen are optional.



**Figure 5-53:  Property Participant**

**Name/Role** - This information is carried over from the Participant block.

**Type** – Press **F9** and select the code that describes the property, e.g., aircraft, cash/currency.  (LOV).

**Total Tracts** - Enter the total number of tracts in Lands case.

**CATS Asset ID** - Enter the number assigned to the property by the Consolidated Asset Tracking System.  The CATS Asset ID will be used to integrate the CATS system and the LIONS systems. Therefore, this number should be entered if available.

---

**Address, Phone, and Fax Numbers** - Enter the property address and phone numbers, if applicable.

When you have finished entering the Property Participant information, press **CTRL + PAGE DOWN** or click ⊡ to go to the **PROPERTY VALUE** block shown in Figure 5-54.

### 5.6.6.17. Property Value

The Property Value block can be used to maintain a history of a property's valuation over the life of the matter/case.



**Figure 5-54:  Property Value**

**Type** – Press **F9** and enter the code that identifies the source of property value (AP for Appraised, for example).  (LOV).

**Value** - Enter the dollar amount that applies to the value of the property.

**Prop Date** (Property Date) - Enter the date the property was valued.

When you have finished entering the Property Value information, press **CTRL + PAGE DOWN** or click ⊡ to go to the **RELATED PARTICIPANT**.

### 5.6.6.18. Related Participant

You can relate one participant in a case to another participant in the same case; e.g., relate a claimant to a piece of property.  When you relate the current case to another case in LIONS, a matching record will be created for the related case as shown in Figure 5-55.



**Figure 5-55:  Related Participant**

**Name** -- Press **F9** and select the Participant you wish to relate to the Property Participant.

**Role** – LIONS pre-populates the **Role** field from information entered in the Participant screen.

**Reason** – Press **F9** and enter the code that describes why one participant in a case is related to another participant in the same case.  This is required if a name has been selected from the List of Values.  (LOV)

### 5.6.6.19. Participant Comments

The Participant Comment block, shown in Figure 5-56, can be used to supplement information about the Property participant.



**Figure 5-56: Participant Comments**

**Participant Comments** – This field is available to supplement the information about the participant. Enter text as you would in WordPerfect.  You can enter approximately 35 lines of text.  To see more of the comment screen, press **ALT + E** and select **Edit** from the menu.

---

If you have another participant to enter, put an **X** in the box labeled "**Go back to participant screen**," and then press **TAB** or **ENTER**.  Otherwise, press **CTRL + PAGE DOWN** or click ▷ to go to the next screen.

---

### 5.6.7. Controlled Substance

The following explains the values to be entered for the Controlled Substance screen, shown in Figure 5-57.



**Figure 5-57: Controlled Substance**

**Type** – Press **F9** and select the code that describes the type of controlled substance under investigation.

**Other** - If the **Type** is **O** (Other), a brief description of the controlled substance is required.

---

If Type is **O** (Other) **Quantity** and **Measure** are **NOT** required but can be entered, if applicable.

---

**Quantity** - Enter the actual quantity of the controlled substance seized.  Fractions must be converted to one or two place decimals.  For example, 22-1/4 = 22.25.  Required if type is entered.

**Measure** - Enter the code for the unit of measure of the controlled substance.  Measure is required if Quantity has been entered.

**Controlled Substance Comments** – Enter text as you would in Word.  You can enter approximately 35 lines of text.  To see more of the comment screen, press **ALT + E** and select **Edit** from the menu.

---

If Court is **NC** (Not in Court) or **PN** (Post-Disposition Not in Court) in the **COURT HISTORY** block, LIONS will skip the **INSTRUMENT** and **CHARGE/COUNT** blocks and move to the **EVENT** block.

---