**EXHIBIT 7**

7/27/14                                               USAO - 130820 - Solis



# Department of Justice
## U.S. Attorney's Office
## Southern District of Texas

### Kenneth Magidson • United States Attorney

**FOR IMMEDIATE RELEASE**                                      ANGELA DODGE
Aug. 20, 2013                                            PUBLIC AFFAIRS OFFICER
WWW.USDOJ.GOV/USAO/TXS                                          (713) 567-9388

### Woman Arrested for Voting Multiple Times in 2012 Runoff

BROWNSVILLE, Texas – Sonia Leticia Solis, 54, has been charged with voting more than once in connection with the 2012 primary runoff election held in Cameron County on July 31, 2012, United States Attorney Kenneth Magidson announced today.

The indictment, returned under seal Aug. 13, 2013, was unsealed today following her arrest by federal authorities in Fort Worth. Solis, formerly of Brownsville, will make her initial appearance before U.S. **Magistrate Judge** Jeffrey L. **Cureton** in Fort Worth at 2:30 this afternoon and is expected to be ordered to Brownsville in the near future.

The indictment alleges Solis was a resident of Brownsville during the 2012 runoff election. At that time, she allegedly cast five votes by absentee ballot in the names of five different individuals.

If convicted, Solis faces a possible federal prison sentence of up to five years and could be ordered to pay a maximum $10,000 fine.

This case was investigated by the FBI and is being prosecuted by Assistant United States Attorney Bill Hagen.

*An indictment is a formal accusation of criminal conduct, not evidence.
A defendant is presumed innocent unless convicted through due process of law.*

```
2:13-cv-193
09/02/2014
DEF2556
```



DEPOSITION EXHIBIT
Frary 34
Sylvia Kerr, CSR, CRR, RPR, TCRR