## Judith Zaffirini

**From:** Judith Zaffirini
**Sent:** Thursday, August 30, 2012 3:10 PM
**To:** Wendy R Davis; Kirk Watson
**Cc:** whitmirejohn7@gmail.com; Leticia Van de Putte; Rodney Ellis; royce.w@westllp.com; Eddie Lucio; jjhinojosa10@gmail.com; mv_gallegos@yahoo.com; carlos@urestilaw.com; Jose Rodriguez
**Subject:** Re: 8 30 12 Voter ID preclearance response.doc

The good results reflect on your steadfast leadership and fearless determination. Bravo, my friend!

Thanks for everything you do.

Z

---

**From:** Wendy R Davis <wendyrdavis@charter.net>
**Date:** Thu, 30 Aug 2012 14:44:45 -0500
**To:** Kirk Watson <kirkpwatson@gmail.com>
**Cc:** "whitmirejohn7@gmail.com" <whitmirejohn7@gmail.com>, Judith Zaffirini <zaffcomm@zaffirini.com>, Leticia Van de Putte <leticiavandeputte@gmail.com>, Rodney Ellis <SenatorRGE@aol.com>, "royce.w@westllp.com" <royce.w@westllp.com>, Eddie Lucio <eluciojr@rgv.rr.com>, "jjhinojosa10@gmail.com" <jjhinojosa10@gmail.com>, "mv_gallegos@yahoo.com" <mv_gallegos@yahoo.com>, "carlos@urestilaw.com" <carlos@urestilaw.com>, Jose Rodriguez <rodriguezforsenate@gmail.com>
**Subject:** Re: 8 30 12 Voter ID preclearance response.doc

Very good. It's been a great week for justice in Texas. It was a damn long road getting here.

Sent from my iPhone

On Aug 30, 2012, at 2:34 PM, Kirk Watson <kirkpwatson@gmail.com> wrote:

> Members:
>
> I sent the following statement to the media regarding the Voter ID decision.
>
> KPW
>
> <image003.png>**State Senator**
>
> **Kirk Watson**
>
> **District 14**

1

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2584

JZ-PRIV000040

Thursday, August 30, 2012

FOR IMMEDIATE RELEASE

CONTACT: Sarah Howard, Office of Senator Kirk Watson: (512) 463-0114

## U.S. District Court defends access to vote for all Texans

*Senator Kirk Watson, chair of the Texas Senate Democratic Caucus, released the following statement today regarding the Texas voter identification decision by the United States District Court for the District of Columbia:*

Today the United States District Court for the District of Columbia stopped those in control of the Capitol from limiting Texans' access to vote by ruling against the voter identification bill passed last session. The Texas Senate Democratic Caucus opposed this bill vehemently and voted unanimously against its passage. I'm proud of the efforts of the Caucus, advocates, and the public to defend Texans' rights to go to the ballot box without having to climb higher and higher hurdles. Tuesday, this same court ruled against the legislatively-drawn congressional, House, and Senate maps because they were discriminatory and retrogressive.

During the upcoming legislative session, we will continue to fight in defense of civil liberties and the right to vote. We will also continue to push for greater transparency and openness in government, avoiding bad policy and legislation which results in expensive litigation and the misuse of state resources.

Texas can do better, and Texas deserves better from its elected leadership. The Texas Senate Democratic Caucus prioritizes the values of middle class Texans— from voting rights to public education to access to quality health care.

<image001.png>
<8 30 12 Voter ID preclearance response.doc>

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

JZ-PRIV000041