**Judith Zaffirini**

From: Judith Zaffirini
Sent: Thursday, August 30, 2012 2:40 PM
To: Kirk Watson
Subject: Re: U.S. District Court defends access to vote for all Texans

Thanks/Z

---

From: Kirk Watson <kirkpwatson@gmail.com>
Date: Thu, 30 Aug 2012 14:39:06 -0500
To: "whitmirejohn7@gmail.com" <whitmirejohn7@gmail.com>, Judith Zaffirini <zaffcomm@zaffirini.com>, Leticia Van de Putte <leticiavandeputte@gmail.com>, Rodney Ellis <SenatorRGE@aol.com>, "royce.w@westllp.com" <royce.w@westllp.com>, Eddie Lucio <eluciojr@rgv.rr.com>, "jjhinojosa10@gmail.com" <jjhinojosa10@gmail.com>, "mv_gallegos@yahoo.com" <mv_gallegos@yahoo.com>, "carlos@urestilaw.com" <carlos@urestilaw.com>, wendy davis <wendyrdavis@charter.net>, Jose Rodriguez <rodriguezforsenate@gmail.com>
Cc: Stephanie Chiarello <stephanie@texassenatedemocrats.org>
Subject: Fwd: FW: U.S. District Court defends access to vote for all Texans

Actually, this is the one I sent. Only slightly different. I'm sorry, the one I just sent was the next to last draft.

Sorry for the confusion.

KPW

Thursday, August 30, 2012

FOR IMMEDIATE RELEASE

CONTACT: Steve Scheibal, Office of Senator Kirk Watson: (512) 463-0114

## U.S. District Court defends access to vote for all Texans

*Senator Kirk Watson, chair of the Texas Senate Democratic Caucus, released the following statement today regarding the Texas voter identification decision by the United States District Court for the District of Columbia:*

3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2585

JZ-PRIV000048

Today the United States District Court for the District of Columbia ruled against the voter identification bill passed last session and stopped those in control of the Capitol from limiting Texans' access to vote. The Texas Senate Democratic Caucus strongly opposed this bill and voted unanimously against its passage. I'm proud of the efforts of the Caucus, advocates, and the public to defend Texans' rights to go to the ballot box without having to climb higher and higher hurdles. On Tuesday, this same court ruled against the legislatively-drawn congressional, House, and Senate maps because they were discriminatory and retrogressive.

During the upcoming legislative session, we will continue to fight in defense of civil liberties and the right to vote. We will also continue to push for greater transparency and openness in government, avoiding bad policy and legislation which results in expensive litigation and the misuse of state resources.

We love Texas. But Texas can do better. And Texas deserves better from its elected leadership. The Texas Senate Democratic Caucus prioritizes the values of middle class Texans— from voting rights to public education to access to quality health care.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JZ-PRIV000049