**Judith Zaffirini**

| | |
|---|---|
| **From:** | Judith Zaffirini |
| **Sent:** | Wednesday, October 30, 2013 4:53 PM |
| **To:** | Wendy R Davis |
| **Subject:** | Re: News story to push: Wendy Davis' fix to voting law lets her cast ballot |

She's great.

Thanks/Z

Sent from my iPhone

On Oct 30, 2013, at 2:25 PM, "Wendy R Davis" <wendyrdavis@charter.net> wrote:

> Thank you, Judy! And thank you for connecting me with Josie. She is amazing and has been so helpful to us.
>
> Sent from my iPhone
>
> On Oct 30, 2013, at 1:39 PM, Judith Zaffirini <zaffcomm@zaffirini.com> wrote:
>
>> Posted and tweeted.
>>
>> Thanks/Z
>>
>> ---
>>
>> **From:** Stephanie Chiarello <stephanie@texassenatedemocrats.org>
>> **Date:** Wed, 30 Oct 2013 13:31:04 -0500
>> **To:** "carlos@urestilaw.com" <carlos@urestilaw.com>, Eddie Lucio <eluciojr@rgv.rr.com>, "whitmirejohn7@gmail.com" <whitmirejohn7@gmail.com>, Jose Rodriguez <rodriguezforsenate@gmail.com>, "jjhinojosa10@gmail.com" <jjhinojosa10@gmail.com>, Judith Zaffirini <zaffcomm@zaffirini.com>, Kirk Watson <kirkpwatson@gmail.com>, Leticia Van de Putte <leticiavandeputte@gmail.com>, Rodney Ellis <SenatorRGE@aol.com>, "royce.w@westllp.com" <royce.w@westllp.com>, Sylvia Garcia <srg2011@att.net>, Wendy Davis <wendyrdavis@charter.net>
>> **Subject:** Fwd: News story to push: Wendy Davis' fix to voting law lets her cast ballot
>>
>> Senators -
>>
>> Please see the below article that Senator Davis's campaign has brought to our attention; please share via social media, etc. as you see you fit.
>>
>> Thanks
>>
>> Stephanie
>>
>> ---------- Forwarded message ----------
>> From: **Kate Fox** <kfox@wendydavistexas.com>
>> Date: Wed, Oct 30, 2013 at 12:39 PM
>> Subject: News story to push: Wendy Davis' fix to voting law lets her cast ballot

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

8

To: Kate Fox <kfox@wendydavistexas.com>

Hi everyone:

Please push this story out at your discretion over social.

http://www.msnbc.com/msnbc/wendy-davis-outsmarts-texas-voter-id-law

If you have any follow up questions, let me know.

Kate

--
Kate Fox
Wendy Davis for Governor, Inc.
910-233-0409 mobile
817-886-8863 office
www.wendydavistexas.com

--
**Stephanie**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

9

JZ-PRIV000059

## Judith Zaffirini

**From:** Wendy R Davis <wendyrdavis@charter.net>
**Sent:** Wednesday, October 30, 2013 2:16 PM
**To:** Judith Zaffirini
**Subject:** Re: News story to push: Wendy Davis' fix to voting law lets her cast ballot

Thank you, Judy! And thank you for connecting me with Josie. She is amazing and has been so helpful to us.

Sent from my iPhone

On Oct 30, 2013, at 1:39 PM, Judith Zaffirini <zaffcomm@zaffirini.com> wrote:

> Posted and tweeted.
>
> Thanks/Z
>
> ---
>
> **From:** Stephanie Chiarello <stephanie@texassenatedemocrats.org>
> **Date:** Wed, 30 Oct 2013 13:31:04 -0500
> **To:** "carlos@urestilaw.com" <carlos@urestilaw.com>, Eddie Lucio <eluciojr@rgv.rr.com>,
> "whitmirejohn7@gmail.com" <whitmirejohn7@gmail.com>, Jose Rodriguez
> <rodriguezforsenate@gmail.com>, "jjhinojosa10@gmail.com" <jjhinojosa10@gmail.com>, Judith
> Zaffirini <zaffcomm@zaffirini.com>, Kirk Watson <kirkpwatson@gmail.com>, Leticia Van de Putte
> <leticiavandeputte@gmail.com>, Rodney Ellis <SenatorRGE@aol.com>, "royce.w@westllp.com"
> <royce.w@westllp.com>, Sylvia Garcia <srg2011@att.net>, Wendy Davis <wendyrdavis@charter.net>
> **Subject:** Fwd: News story to push: Wendy Davis' fix to voting law lets her cast ballot
>
> Senators -
>
> Please see the below article that Senator Davis's campaign has brought to our attention; please
> share via social media, etc. as you see you fit.
>
> Thanks
>
> Stephanie
>
> ---------- Forwarded message ----------
> From: **Kate Fox** <kfox@wendydavistexas.com>
> Date: Wed, Oct 30, 2013 at 12:39 PM
> Subject: News story to push: Wendy Davis' fix to voting law lets her cast ballot
> To: Kate Fox <kfox@wendydavistexas.com>
>
> Hi everyone:
>
> Please push this story out at your discretion over social.
>
> http://www.msnbc.com/msnbc/wendy-davis-outsmarts-texas-voter-id-law
>
> If you have any follow up questions, let me know.

10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Kate

--
Kate Fox
Wendy Davis for Governor, Inc.
910-233-0409 mobile
817-886-8863 office
www.wendydavistexas.com

--
**Stephanie**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

11

JZ-PRIV000061

## Judith Zaffirini

**From:** Judith Zaffirini
**Sent:** Wednesday, October 30, 2013 1:40 PM
**To:** Stephanie Chiarello; Carlos Uresti; Eddie Lucio, Jr.; John Whitmire; Jose Rodriguez; Juan Hinojosa; Kirk Watson; Leticia Van de Putte; Rodney Ellis; Senator Royce West; Sylvia Garcia; Wendy Davis
**Subject:** Re: News story to push: Wendy Davis' fix to voting law lets her cast ballot

Posted and tweeted.

Thanks/Z

**From:** Stephanie Chiarello <stephanie@texassenatedemocrats.org>
**Date:** Wed, 30 Oct 2013 13:31:04 -0500
**To:** "carlos@urestilaw.com" <carlos@urestilaw.com>, Eddie Lucio <eluciojr@rgv.rr.com>, "whitmirejohn7@gmail.com" <whitmirejohn7@gmail.com>, Jose Rodriguez <rodriguezforsenate@gmail.com>, "jjhinojosa10@gmail.com" <jjhinojosa10@gmail.com>, Judith Zaffirini <zaffcomm@zaffirini.com>, Kirk Watson <kirkpwatson@gmail.com>, Leticia Van de Putte <leticiavandeputte@gmail.com>, Rodney Ellis <SenatorRGE@aol.com>, "royce.w@westllp.com" <royce.w@westllp.com>, Sylvia Garcia <srg2011@att.net>, Wendy Davis <wendyrdavis@charter.net>
**Subject:** Fwd: News story to push: Wendy Davis' fix to voting law lets her cast ballot

Senators -

Please see the below article that Senator Davis's campaign has brought to our attention; please share via social media, etc. as you see you fit.

Thanks

Stephanie

---------- Forwarded message ----------
From: **Kate Fox** <kfox@wendydavistexas.com>
Date: Wed, Oct 30, 2013 at 12:39 PM
Subject: News story to push: Wendy Davis' fix to voting law lets her cast ballot
To: Kate Fox <kfox@wendydavistexas.com>

Hi everyone:

Please push this story out at your discretion over social.

http://www.msnbc.com/msnbc/wendy-davis-outsmarts-texas-voter-id-law

If you have any follow up questions, let me know.

Kate

--
Kate Fox
Wendy Davis for Governor, Inc.
910-233-0409 mobile
817-886-8863 office
www.wendydavistexas.com

12

--
**Stephanie**



13

JZ-PRIV000063

## Judith Zaffirini

**From:** dmstephanie@gmail.com on behalf of Stephanie Chiarello
&lt;stephanie@texassenatedemocrats.org&gt;
**Sent:** Wednesday, October 30, 2013 1:31 PM
**To:** Carlos Uresti; Eddie Lucio, Jr.; John Whitmire; Jose Rodriguez; Juan Hinojosa; Judith Zaffirini; Kirk Watson; Leticia Van de Putte; Rodney Ellis; Senator Royce West; Sylvia Garcia; Wendy Davis
**Subject:** Fwd: News story to push: Wendy Davis' fix to voting law lets her cast ballot

Senators -

Please see the below article that Senator Davis's campaign has brought to our attention; please share via social media, etc. as you see you fit.

Thanks

Stephanie

---------- Forwarded message ----------
From: **Kate Fox** &lt;kfox@wendydavistexas.com&gt;
Date: Wed, Oct 30, 2013 at 12:39 PM
Subject: News story to push: Wendy Davis' fix to voting law lets her cast ballot
To: Kate Fox &lt;kfox@wendydavistexas.com&gt;

Hi everyone:

Please push this story out at your discretion over social.

http://www.msnbc.com/msnbc/wendy-davis-outsmarts-texas-voter-id-law

If you have any follow up questions, let me know.

Kate

--
Kate Fox
Wendy Davis for Governor, Inc.
910-233-0409 mobile
817-886-8863 office
www.wendydavistexas.com

--
**Stephanie**

14

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY