By _____    S.R. No. _____

R E S O L U T I O N

WHEREAS, Article III, Section 9 and Article IV, Section 16 of the Texas Constitution and Article XIII of the Senate Rules recognize the existence of the Committee of the Whole Senate; and

WHEREAS, Pursuant to Senate Rule 7.06, the President referred Senate Bill 362, relating to voter identification requirements, directly to the Committee of the Whole Senate; and

WHEREAS, Senate Rule 13.01 provides that it is in order for the Senate at any time after bills and resolutions have been called to resolve itself into a Committee of the Whole Senate; and

WHEREAS, The Senate may adopt by resolution specific procedures to govern the operation of the Committee of the Whole Senate during its consideration of Senate Bill 362; now, therefore, be it

RESOLVED, That the Senate resolve itself into a Committee of the Whole Senate on Tuesday, March 10, 2009, at the conclusion of the morning call, for the consideration of Senate Bill 362, and

RESOLVED, That the Senate may meet as in Committee of the Whole Senate from day to day as necessary; and

RESOLVED, That the following procedures shall apply when in Committee of the Whole Senate for the duration of its consideration of Senate Bill 362:

1

HIGHLY CONFIDENTIAL-ATTORNEYS EYES ONLY

2:13-cv-193
09/02/2014
DEF2588

JZ-PRIV000173

1. The Committee shall afford reasonable opportunity to interested parties to appear and testify before the Committee.
2. The Chair shall require all parties appearing at the meeting to swear or affirm that the testimony they give to the Committee is true and correct.
3. The Chair may fix the order of appearance and time allotted for each witness unless a majority of the members present directs otherwise.
4. Senate Rules addressing access to the Senate Floor shall be enforced by the Chair while the Committee is meeting, except as follows:
   (a) Witnesses appearing before the committee may be admitted to the floor of the Senate as their names are called by the Chair, and may remain only until their testimony is completed.
   (b) Each Senator may be assisted by one employee of the Senate within the brass rail at any given time. The Sergeant-at-Arms shall provide seating next to a requesting senator for such authorized employees.
5. Senate Rule 3.04, relating to posters, placards, banners and signs, and Senate Rule 3.05 relating to applause, outbursts, and demonstrations shall be strictly enforced

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

by the Chair. Subject to approval by the Chair, witnesses may use visual aids as necessary in the presentation of their testimony.

6. Senate Rule 3.01, relating to attire, shall not apply to witnesses.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JZ-PRIV000175