## Sean Griffin

**From:** Harold Cook <hc@haroldcook.com>
**Sent:** Wednesday, January 26, 2011 5:07 PM
**Subject:** DEM CAUCUS: More opposition to voter ID
**Attachments:** NALEO LETTER TX Senate Voter ID FINAL Jan 11.pdf; ATT00001.txt

The attached is a letter from NALEO in opposition to the voter ID bill.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2589

JZ-PRIV000176