## Sean Griffin

| | |
|---|---|
| **From:** | Ray Martinez |
| **Sent:** | Tuesday, January 25, 2011 12:31 PM |
| **To:** | Sean Griffin |
| **Cc:** | Mark Kavanaugh; Will Krueger; Ray Martinez |
| **Subject:** | Emailing: RayMartinez_AlteredDriversLic_JM_Final_012511.JPG |
| **Attachments:** | RayMartinez_AlteredDriversLic_JM_Final_012511.JPG |

SG:

Picture by JM on RM's Computer and Sent from RM's email. Please print one in color for proof before printing 40 copies. T/JM

The message is ready to be sent with the following file or link attachments:

RayMartinez_AlteredDriversLic_JM_Final_012511.JPG

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2:13-cv-193
09/02/2014

**DEF2590**