**Sean Griffin**

**From:** Harold Cook <hc@haroldcook.com>
**Sent:** Tuesday, January 25, 2011 9:57 AM
**To:** Amber Hausenfluck; Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** entering exhibits into the record

group - Senator Davis' chart reminds me, if you want any exhibits such as that entered into the official record, your Senator will need to ask the chair to enter it into the record - the only thing the court reporter is recording is what is said, not what is shown.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2591

JZ-PRIV000178