**Sean Griffin**

| | |
|---|---|
| **From:** | Harold Cook <hc@haroldcook.com> |
| **Sent:** | Sunday, January 23, 2011 5:36 PM |
| **To:** | Jason Hassay |
| **Cc:** | Debra Gonzales; Amber Hausenfluck; Steve Scheibal; Ray Martinez; David Edmonson; Will Krueger; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith |
| **Subject:** | Amendments request por favor? |

Folks, if I could get a reply from each office on amendments each office has drafted for voter ID it might help the Senators' conference call more productive. No huge explanation necessary, just one sentence summaries?

On Jan 23, 2011, at 4:47 PM, Jason Hassay <Jason.Hassay@senate.state.tx.us> wrote:

> We did an informal break down but only have our notes in pencil. Will work on typing them up to share.
>
>
> -Jason
>
>
>
> **Jason Hassay**
> Chief of Staff & General Counsel
> Office of Senator Carlos I. Uresti
> 512-463-0119 phone
> 512-463-1017 fax
>
> ---
>
> **From:** Harold Cook [mailto:hc@haroldcook.com]
> **Sent:** Sunday, January 23, 2011 4:33 PM
> **To:** Debra Gonzales
> **Cc:** Amber Hausenfluck; Steve Scheibal; Ray Martinez; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
> **Subject:** Re: VID Working Group: Question of a side by side comparison of SB 14 & SB 362
>
>
> At least 2 Senators have asked this very question, so somebody should sure tackle that project.
>
>
>
> On Jan 23, 2011, at 4:28 PM, Debra Gonzales <Debra.Gonzales@senate.state.tx.us> wrote:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2592

JZ-PRIV000184

1

Hello

I was wondering if anyone had already done a side by side comparison of SB 14 and SB 362 (senate engrossed version from the 81st)? If so…may I please have a copy?

If not I will be working on one and will share it if anyone wants a copy… Thanks!

Debra Gonzales

Legislative Director

Senator Gallegos

512-463-0106 office

512-463-0346 fax

---

**From:** Harold Cook [mailto:hc@haroldcook.com]
**Sent:** Saturday, January 22, 2011 6:06 PM
**To:** Amber Hausenfluck; Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** VID Working Group: add'l materials from Luis Figueroa

Luis Figueroa sent some requested items to several of the group so I wanted to share with all.

Begin forwarded message:

**From:** "Luis Figueroa" <lfigueroa@MALDEF.org>

**Date:** January 22, 2011 5:33:42 PM CST

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JZ-PRIV000185

To: "Harold Cook" <hc@haroldcook.com>, "David Edmonson" <David.Edmonson@senate.state.tx.us>, "Amber Hausenfluck" <Amber.Hausenfluck@senate.state.tx.us>, <richard.sooksiasian@senate.state.tx.us>

Cc: "Laurie Vanhoose" <austintransplant@gmail.com>

**Subject: Additional materials for Voter ID Senate Committee hearing**

Attached:

1) Crawford v. Marion County- Supreme Court ruling that upheld Indiana's strict voter id legislation.

Distinguishing points:

    1) Texas is a section 5 state with a much larger minority population than Indiana

    2) Indiana provided a 10 day cure period after the election where as SB 14 only provides 6 days

2) Texas Voting Rights Act Report page 8-13 describes the history of voting discrimination in Texas.

3) Deceptive Elections Flyer given to minority voters in Tarrant County in 2007. Example of fraud that is substantiated and unprosecuted because there is no law on the books to address.

4) Voter Id power point. Pages 4-8 layout the studies demonstrating impact of voter identification laws on minority electorate.

5) Maricopa County Analysis of Conditional Provisional Ballots in Arizona after their implementation of a voter id(proposition 200) that mirrored last year's Tx Senate Voter ID Bill (SB 364). Conditional Provisional Ballots were given to voters that lacked the ID documents in Arizona meaning these ballots are separate from regular provisional ballots.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JZ-PRIV000186

Luis Figueroa

MALDEF

Legislative Staff Attorney

110 Broadway

Suite 300

San Antonio, TX 78205

LFigueroa@maldef.org

210-224-5476 ext. 212

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JZ-PRIV000187