**Sean Griffin**

**From:** Ray Martinez
**Sent:** Tuesday, January 25, 2011 11:41 AM
**To:** Will Krueger
**Subject:** DL
**Attachments:** DL.docx

t/mk

Ray Martinez
Chief of Staff and General Counsel
Director, Senate Higher Education Committee
Office of Senator Judith Zaffirini
Texas State Capitol, Rm. 1E.14
(512) 463-0121

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2:13-cv-193
09/02/2014
DEF2595
exhibitsticker.com

JZ-PRIV000190