**Sean Griffin**

| | |
|---|---|
| From: | Amber Hausenfluck |
| Sent: | Monday, January 24, 2011 6:05 PM |
| To: | Dan Buda; Debra Gonzales; Harold Cook; Steve Scheibal; Ray Martinez; David Edmonson; Will Krueger; Jason Hassay; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith |
| Subject: | Senate Districts w/DPS stats |
| Attachments: | Senate District no DPS.docx |

Amber Hausenfluck
Deputy Legislative Director
Senator Van de Putte, R.Ph.
E1.610
512-463-0126
amber.hausenfluck@senate.state.tx.us

---

**From:** Dan Buda
**Sent:** Monday, January 24, 2011 5:39 PM
**To:** Debra Gonzales; Harold Cook; Amber Hausenfluck; Steve Scheibal; Ray Martinez; David Edmonson; Will Krueger; Jason Hassay; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** RE: Side by Side Comparison of SB 362 and SB 14

And this is a brief comparison of SB 14 vs. Indiana Voter ID law.

Dan Buda
Chief of Staff
State Senator Wendy Davis
(512)463-0110
dan.buda@senate.state.tx.us

**From:** Debra Gonzales
**Sent:** Monday, January 24, 2011 5:34 PM
**To:** Harold Cook; Amber Hausenfluck; Steve Scheibal; Ray Martinez; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Cc:** Sean Abbott_SC; Lesley Nelson; MaryAnn Carrion
**Subject:** Side by Side Comparison of SB 362 and SB 14

Here it is....I haven't even read it yet...

Debra Gonzales
Legislative Director
Senator Gallegos
512-463-0106 office
512-463-0346 fax

1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2596

JZ-PRIV000191