**Sean Griffin**

From: Harold Cook <hc@haroldcook.com>
Sent: Tuesday, January 25, 2011 12:17 PM
To: Amber Hausenfluck; Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
Subject: poll worker pay in the Pitts budget

There is a reduction of poll worker pay in the Pitts budget - from the current $8.50 down to $7.00. (it had been thought that it was a $2 reduction before, but it is apparently $1.50). Conclusion: poll workers aren't gonna be getting any smarter.

There is some confusion as to whether this applies to all elections or would only apply to Republican and Democratic Party primaries, but either way...not getting and smarter.

This may be a good question for the Secretary of State's office. Along with the other necessary questions Frasier has referred to them, involving issues of election processes and procedures, voter registration methods, the age of Senator West, and whether Frasier is wearing boxer of briefs.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2598

JZ-PRIV000193

1