**Sean Griffin**

| | |
|---|---|
| **From:** | Amber Hausenfluck |
| **Sent:** | Tuesday, January 25, 2011 3:20 PM |
| **To:** | Harold Cook |
| **Cc:** | Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith |
| **Subject:** | Re: Republican witness list |

Terry Seibert didn't show up. Mr. Ward brought another gentleman to testify, but we don't know that gentleman's name of if he will actually testify.

Sent from my iPad

On Jan 25, 2011, at 8:45 AM, "Harold Cook" <hc@haroldcook.com> wrote:

> Begin forwarded message:
>
> **From:** Amber Hausenfluck <Amber.Hausenfluck@senate.state.tx.us>
> **Date:** January 25, 2011 8:28:35 AM CST
> **To:** "hc@haroldcook.com" <hc@haroldcook.com>
> **Subject: Fwd: Invited Testimony**
>
> Sent from my Samsung Epic™ 4G
>
> **From:** Servando Esparza <Servando.Esparza@senate.state.tx.us>
> **Date:** January 25, 2011 8:26:47 AM CST
> **To:** Amber Hausenfluck <Amber.Hausenfluck@senate.state.tx.us>
> **Subject: Invited Testimony**
>
> Invited Testimony
>
> Sen. Fraser
>
> - Jerry Bonnett, General Counsel, Indiana Secretary of State
>
> - Christian Ward, YetterColeman LLP
>
> - Terry Siebert, Texas Watchdog
>
>
> Sen. Van de Putte

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2599

- Luis Figueroa, MALDEF
- Gary Bledsoe, NAACP
- Andres Tijerina, Professor of Texas History
- Chase Bearden, Advocate for People with Disabilities

Resource Witness Panel

- David Maxwell, Deputy Director of Law Enforcement, Office of the Attorney General
- Ann McGeehan, Director of Elections, Secretary of State's Office
- Rebecca Davio, Assistant Director for Drivers Licenses, Department of Public Safety

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Sean Griffin**

**From:** Harold Cook <hc@haroldcook.com>
**Sent:** Tuesday, January 25, 2011 3:22 PM
**To:** Amber Hausenfluck
**Cc:** Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** Re: Republican witness list

He's completely unqualified to be an expert witness anyway.

On Jan 25, 2011, at 3:20 PM, Amber Hausenfluck wrote:

Terry Seibert didn't show up. Mr. Ward brought another gentleman to testify, but we don't know that gentleman's name of if he will actually testify.

Sent from my iPad

On Jan 25, 2011, at 8:45 AM, "Harold Cook" <hc@haroldcook.com<mailto:hc@haroldcook.com>> wrote:



Begin forwarded message:

From: Amber Hausenfluck
<<mailto:Amber.Hausenfluck@senate.state.tx.us>Amber.Hausenfluck@senate.state.tx.us<mailto:Amber.Hausenfluck@senate.state.tx.us>>
Date: January 25, 2011 8:28:35 AM CST
To: "<mailto:hc@haroldcook.com>hc@haroldcook.com<mailto:hc@haroldcook.com>"
<<mailto:hc@haroldcook.com>hc@haroldcook.com<mailto:hc@haroldcook.com>>
Subject: Fwd: Invited Testimony



Sent from my Samsung Epic™ 4G

From: Servando Esparza
<<mailto:Servando.Esparza@senate.state.tx.us>Servando.Esparza@senate.state.tx.us<mailto:Servando.Esparza@senate.state.tx.us>>
Date: January 25, 2011 8:26:47 AM CST
To: Amber Hausenfluck
<<mailto:Amber.Hausenfluck@senate.state.tx.us>Amber.Hausenfluck@senate.state.tx.us<mailto:Amber.Hausenfluck@senate.state.tx.us>>
Subject: Invited Testimony



Invited Testimony

Sen. Fraser

1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JZ-PRIV000196

- Jerry Bonnett, General Counsel, Indiana Secretary of State
- Christian Ward, YetterColeman LLP
- Terry Siebert, Texas Watchdog

Sen. Van de Putte

- Luis Figueroa, MALDEF
- Gary Bledsoe, NAACP
- Andres Tijerina, Professor of Texas History
- Chase Bearden, Advocate for People with Disabilities

Resource Witness Panel

- David Maxwell, Deputy Director of Law Enforcement, Office of the Attorney General
- Ann McGeehan, Director of Elections, Secretary of State's Office
- Rebecca Davio, Assistant Director for Drivers Licenses, Department of Public Safety

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JZ-PRIV000197