# Sean Griffin

**From:** Harold Cook <hc@haroldcook.com>
**Sent:** Tuesday, January 25, 2011 3:42 PM
**To:** Amber Hausenfluck; Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** reward

I'll buy a round of drinks for the Senator who forces that witness to say "I would have to defer to the Indiana Secretary of State for that answer." :)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2603

JZ-PRIV000206