**Sean Griffin**

| | |
|---|---|
| **From:** | Sean Griffin |
| **Sent:** | Monday, January 24, 2011 9:54 AM |
| **To:** | Will Krueger |
| **Subject:** | RE: Elections training funding |

There's an elections administration strategy that has a $0.6 million reduction in GR. In that strategy is where election officials training is, so yes, the SoS might cut training.

---

**From:** Will Krueger
**Sent:** Sunday, January 23, 2011 5:11 PM
**To:** Sean Griffin
**Subject:** Elections training funding

I heard or read somewhere that funding for election worker training is cut in the House Budget. Is that true? Maybe the funding goes through the SoS office?

T/wk

Will Krueger
The Office of Texas Senator Zaffirini
Senate District 21
P.O. Box 12068 Capitol 1E.14
Austin,TX  78711
Ph (512)463-4788
Fx (512)475-3738

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2:13-cv-193
09/02/2014
DEF2605
exhibitsticker.com