**Sean Griffin**

**From:** Harold Cook <hc@haroldcook.com>
**Sent:** Friday, January 21, 2011 9:59 PM
**To:** Steve Scheibal; Amber Hausenfluck; Ray Martinez; David Edmonson; Debra Gonzales; Harold Cook; Will Krueger; Jason Hassay; Lara Wendler; Dan Buda; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Oscar Garza; Gonzalo Serrano; Sushma Smith
**Subject:** VID Working Group: LVP letter to Duncan
**Attachments:** SB 14 Van de Putte Letter.pdf

Folks, the attached is a letter Senator Van de Putte sent to Senator Duncan late today. The members are aware of the letter.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2606

JZ-PRIV000228