## Sean Griffin

| | |
|---|---|
| **From:** | Harold Cook <hc@haroldcook.com> |
| **Sent:** | Monday, January 24, 2011 11:59 AM |
| **To:** | Amber Hausenfluck; Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith |
| **Subject:** | VID working group: suggestion FOR TODAY |

Group, it has been pointed out to me by somebody who should know:

Unless a specific motion is made today during the debate on Duncan's resolution, the Committee of the Whole will NOT be broadcast through Time-Warner to Austin cable subscribers.

Apparently the decision was made to only broadcast Senate sessions - the COW isn't a Senate session.

This issue was important enough to amend the long-standing two-thirds tradition in order to take up, and important enough for the Governor to declare an emergency. Surely this issue is important enough to merit broadcast to Austin viewers, as all the other Senate sessions are.

I think this is a great issue, which if the Republicans oppose the press might jump on. I recommend somebody make the motion that the COW be broadcast.

As I understand it, this decision is within the Senate's power to control - it's a deal with Austin ISD, in which unless my source is wrong, the Senate has a direct line to master control at Time Warner, and is empowered to broadcast anything they want.

1

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014

DEF2607

JZ-PRIV000229