**Sean Griffin**

| | |
|---|---|
| **From:** | Ray Martinez |
| **Sent:** | Friday, January 21, 2011 6:07 PM |
| **To:** | Will Krueger |
| **Cc:** | Sean Griffin; Gonzalo Serrano |
| **Subject:** | Voter ID Talking Points |
| **Attachments:** | Voter ID.background.TPs.docx |

WK:

You've probably seen the attached already…we need to develop something similar for Z for Monday, don't you think?

T/Rm.

Ray Martinez
Chief of Staff and General Counsel
Director, Senate Higher Education Committee
Office of Senator Judith Zaffirini
Texas State Capitol, Rm. 1E.14
(512) 463-0121

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2608

JZ-PRIV000231

1