# Sean Griffin

**From:** Harold Cook <hc@haroldcook.com>
**Sent:** Tuesday, January 25, 2011 4:32 PM
**To:** Amber Hausenfluck; Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** This witness - bad guy

This witness, incidentally, was one of the co-counsels in the NW Austin MUD case that went to the US Supreme Court, in which the actual goal of the case was to get Texas out of Sec. 5 preclearance requirements - this guy isn't very concerned about voting rights. Somebody might want to question him about that, specifically his opinion on whether Texas should even be required to seek pre-clearance for voting procedures changes.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2611

JZ-PRIV000279