**Sean Griffin**

| | |
|---|---|
| **From:** | Harold Cook <hc@haroldcook.com> |
| **Sent:** | Monday, January 24, 2011 12:28 PM |
| **To:** | Amber Hausenfluck; Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith |
| **Subject:** | VID Working Group: Duncan news clip on Tuesday hearing |

Just in case the plan suddenly changes today and they start into the hearing on the bill, here's a newspaper article in Duncan's home district, in which he makes clear that the hearing on the bill won't begin until Tuesday:

http://www.gosanangelo.com/news/2011/jan/22/duncan-charged-with-shepherding-voter-id-bill/

(i.e., if they go into a PUBLIC hearing today, the Rs will have done everything they could do to make sure the PUBLIC was unaware)

1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2613

JZ-PRIV000281