**Sean Griffin**

| | |
|---|---|
| **From:** | Harold Cook <hc@haroldcook.com> |
| **Sent:** | Saturday, January 22, 2011 6:06 PM |
| **To:** | Amber Hausenfluck; Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith |
| **Subject:** | VID Working Group: add'l materials from Luis Figueroa |
| **Attachments:** | Crawford.pdf; ATT00001.htm; TexasVRA.pdf; ATT00002.htm; erroneous_election_flyer_Tarrant County 2007.pdf; ATT00003.htm; MALDEF VOTER ID.ppt; ATT00004.htm; Maricopa PPE analysis_Tammy_Patrick (2).pdf; ATT00005.htm |

Luis Figueroa sent some requested items to several of the group so I wanted to share with all.

Begin forwarded message:

**From:** "Luis Figueroa" <lfigueroa@MALDEF.org>
**Date:** January 22, 2011 5:33:42 PM CST
**To:** "Harold Cook" <hc@haroldcook.com>, "David Edmonson" <David.Edmonson@senate.state.tx.us>, "Amber Hausenfluck" <Amber.Hausenfluck@senate.state.tx.us>, <richard.sooksiasian@senate.state.tx.us>
**Cc:** "Laurie Vanhoose" <austintransplant@gmail.com>
**Subject: Additional materials for Voter ID Senate Committee hearing**

Attached:

1) Crawford v. Marion County- Supreme Court ruling that upheld Indiana's strict voter id legislation. Distinguishing points:
    1) Texas is a section 5 state with a much larger minority population than Indiana
    2) Indiana provided a 10 day cure period after the election where as SB 14 only provides 6 days

2) Texas Voting Rights Act Report page 8-13 describes the history of voting discrimination in Texas.

3) Deceptive Elections Flyer given to minority voters in Tarrant County in 2007. Example of fraud that is substantiated and unprosecuted because there is no law on the books to address.

4) Voter Id power point. Pages 4-8 layout the studies demonstrating impact of voter identification laws on minority electorate.

5) Maricopa County Analysis of Conditional Provisional Ballots in Arizona after their implementation of a voter id(proposition 200) that mirrored last year's Tx Senate Voter ID Bill (SB 364). Conditional Provisional Ballots were given to voters that lacked the ID documents in Arizona meaning these ballots are separate from regular provisional ballots.

Luis Figueroa
MALDEF
Legislative Staff Attorney
110 Broadway
Suite 300

1

HIGHLY CONFIDENTIAL- ATTORNEY'S EYES ONLY

2:13-cv-193
09/02/2014
**DEF2614**

JZ-PRIV000282

San Antonio, TX 78205
LFigueroa@maldef.org
210-224-5476 ext. 212

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JZ-PRIV000283