# Sean Griffin

**From:** Harold Cook <hc@haroldcook.com>
**Sent:** Friday, January 21, 2011 3:44 PM
**To:** Steve Scheibal; Amber Hausenfluck; Ray Martinez; David Edmonson; Debra Gonzales; Will Krueger; Jason Hassay; Lara Wendler; Micah Rodriguez; Dan Buda; Graham Keever_SC; Sara Gonzalez; Oscar Garza; Gonzalo Serrano; Sushma Smith; Harold Cook
**Subject:** VID Working Group: Indiana court case

To close the loop on a question asked earlier in the staff meeting regarding the eventual result of court action there following a state appeals court striking down the law, according to this news account, the state Supreme Court eventually upheld the law:

http://www.theindychannel.com/news/24092831/detail.html

(thanks to Sonya on WD's staff for finding this)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2615