**Sean Griffin**

| | |
|---|---|
| **From:** | Dan Buda |
| **Sent:** | Monday, January 24, 2011 11:25 AM |
| **To:** | Oscar Garza; Graham Keever_SC; Steve Scheibal; Harold Cook |
| **Cc:** | Jason Hassay; Debra Gonzales; Amber Hausenfluck; Ray Martinez; David Edmonson; Will Krueger; Graham Keever; Micah Rodriguez; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Sushma Smith |
| **Subject:** | RE: Amendments request por favor? |

Here's a list of Davis amendments. Some of these may be repetitive and some may not pan out, but here's everything:

- Uniform statewide registration system, including expanded voter registration outreach including more offices, mobile offices; state outreach to inform voters of registration status, locations of precincts; allow voters to verify and make corrections to their registration 30 days prior to elections; voter assistance hotlines/websites prior to election day (not just on election day); ombudsmen at state level to address cases of abuse against voters
- Uniform procedures for counting provisional ballots, required training of poll workers on the use of provisional ballots
- Required notification to voters who are taken off voter registration lists for any reason
- Automatic absentee ballots sent to disabled voters
- Allow people whose names aren't spelled correctly on ID to offer other proof of identity or sign affidavit (women who have different last names due to marriage/divorce, spelling errors on ID cards or voter registration lists, etc.)
- State required to provide free documents for anything that one would need to get a voter ID card (birth certificates, etc.)
- Voter ID cards cannot be used to verify residency - only can be used to verify ID

Also, has anyone had a discussion about whether we're offering amendments in Committee of the Whole or when the bill gets to the floor?

Dan Buda
Chief of Staff
State Senator Wendy Davis
(512)463-0110
dan.buda@senate.state.tx.us

---

**From:** Oscar Garza
**Sent:** Monday, January 24, 2011 9:28 AM
**To:** Graham Keever_SC; Steve Scheibal; Harold Cook
**Cc:** Jason Hassay; Debra Gonzales; Amber Hausenfluck; Ray Martinez; David Edmonson; Will Krueger; Dan Buda; Graham Keever; Micah Rodriguez; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Sushma Smith
**Subject:** RE: Amendments request por favor?

We are considering the following, but haven't made a decision yet.  Seems like everyone is thinking the same things here.

- Allowing a Medicare card as a form of ID
- Last sessions identification requirements
- Changing the age from 70 to 65
- The Ogden Amendment
- English and Spanish requirements

---

Oscar Garza
Legislative Assistant
Senator Juan "Chuy" Hinojosa
(512) 463-0120

1

2:13-cv-193
09/02/2014
**DEF2618**

JZ-PRIV000289

**From:** Graham Keever **On Behalf Of** Graham Keever_SC
**Sent:** Monday, January 24, 2011 9:22 AM
**To:** Steve Scheibal; Harold Cook
**Cc:** Jason Hassay; Debra Gonzales; Amber Hausenfluck; Ray Martinez; David Edmonson; Will Krueger; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** RE: Amendments request por favor?

I don't know if my boss intends to run with any or all of these, but here's what I've had drafted:

- Restore SB 362 two-track eligibility documentation;
- Same day registration during early voting;
- Medicare ID presented w/voter registration certificate allows a person to vote;
- Restore SB 362 inclusion of CHL and valid state or federal photo ID into list of documents;
- Penalty of perjury affidavit plus voter registration certificate allows a person to vote
- Class B misdemeanor for a person who knowingly deceives another person regarding the time, place, or manner of conducting an election, or the qualifications for or restrictions governing voter eligibility

**From:** Steve Scheibal
**Sent:** Sunday, January 23, 2011 7:12 PM
**To:** Harold Cook
**Cc:** Jason Hassay; Debra Gonzales; Amber Hausenfluck; Ray Martinez; David Edmonson; Will Krueger; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** Re: Amendments request por favor?

We're working on two:

-- striking the bill and instead increasing criminal penalties on those who actually commit voter fraud and impersonation.

-- and the Ogden amendment from last session, saying the bill will have no effect if an appropriation isn't made.

On Jan 23, 2011, at 5:36 PM, "Harold Cook" <hc@haroldcook.com> wrote:

> Folks, if I could get a reply from each office on amendments each office has drafted for voter ID it might help the Senators' conference call more productive. No huge explanation necessary, just one sentence summaries?

On Jan 23, 2011, at 4:47 PM, Jason Hassay <Jason.Hassay@senate.state.tx.us> wrote:

> We did an informal break down but only have our notes in pencil. Will work on typing them up to share.

> -Jason

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Jason Hassay**
Chief of Staff & General Counsel
Office of Senator Carlos I. Uresti
512-463-0119 phone
512-463-1017 fax

**From:** Harold Cook [mailto:hc@haroldcook.com]
**Sent:** Sunday, January 23, 2011 4:33 PM
**To:** Debra Gonzales
**Cc:** Amber Hausenfluck; Steve Scheibal; Ray Martinez; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** Re: VID Working Group: Question of a side by side comparison of SB 14 & SB 362

At least 2 Senators have asked this very question, so somebody should sure tackle that project.

On Jan 23, 2011, at 4:28 PM, Debra Gonzales
<Debra.Gonzales@senate.state.tx.us> wrote:

> Hello

> I was wondering if anyone had already done a side by side
> comparison of SB 14 and SB 362 (senate engrossed version from
> the 81st)? If so...may I please have a copy?

> If not I will be working on one and will share it if anyone wants a
> copy... Thanks!

> **Debra Gonzales**

> **Legislative Director**

> **Senator Gallegos**

> **512-463-0106 office**

> **512-463-0346 fax**

3

**From:** Harold Cook [mailto:hc@haroldcook.com]
**Sent:** Saturday, January 22, 2011 6:06 PM
**To:** Amber Hausenfluck; Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** VID Working Group: add'l materials from Luis Figueroa

Luis Figueroa sent some requested items to several of the group so I wanted to share with all.

Begin forwarded message:

**From:** "Luis Figueroa" <lfigueroa@MALDEF.org>

**Date:** January 22, 2011 5:33:42 PM CST

**To:** "Harold Cook" <hc@haroldcook.com>, "David Edmonson" <David.Edmonson@senate.state.tx.us>, "Amber Hausenfluck" <Amber.Hausenfluck@senate.state.tx.us>, <richard.sooksiasian@senate.state.tx.us>

**Cc:** "Laurie Vanhoose" <austintransplant@gmail.com>

**Subject: Additional materials for Voter ID Senate Committee hearing**

Attached:

1) Crawford v. Marion County- Supreme Court ruling that upheld Indiana's strict voter id legislation.

Distinguishing points:

    1) Texas is a section 5 state with a much larger minority population than Indiana

4

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

2) Indiana provided a 10 day cure period after the election where as SB 14 only provides 6 days

2) Texas Voting Rights Act Report page 8-13 describes the history of voting discrimination in Texas.

3) Deceptive Elections Flyer given to minority voters in Tarrant County in 2007. Example of fraud that is substantiated and unprosecuted because there is no law on the books to address.

4) Voter Id power point. Pages 4-8 layout the studies demonstrating impact of voter identification laws on minority electorate.

5) Maricopa County Analysis of Conditional Provisional Ballots in Arizona after their implementation of a voter id(proposition 200) that mirrored last year's Tx Senate Voter ID Bill (SB 364). Conditional Provisional Ballots were given to voters that lacked the ID documents in Arizona meaning these ballots are separate from regular provisional ballots.

Luis Figueroa

MALDEF

Legislative Staff Attorney

110 Broadway

Suite 300

San Antonio, TX 78205

LFigueroa@maldef.org

210-224-5476 ext. 212

5

JZ-PRIV000293