**Sean Griffin**

| | |
|---|---|
| From: | Harold Cook <hc@haroldcook.com> |
| Sent: | Monday, January 24, 2011 9:05 PM |
| To: | Amber Hausenfluck; Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith |
| Subject: | VID Working Group: IM Chatroom during tomorrow's hearing |

Apparently the prevailing view on what instant messaging client most relevant Senate staff utilize is MSN. So for whoever wants in on the chat room for tomorrow's debate, email me your MSN account email, which I guess would be hotmail.com or live.com. I'm not really that slick on this stuff but I'll try to set up a chatroom in the morning and invite you in if I have your screen name.

Again, on MSN, mine is hcookaustin@hotmail.com

(Also, judging by the lack of replies to my email about this earlier today, the demand for the chat room may well not be very high, so we'll see)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2619

JZ-PRIV000294

1