**Sean Griffin**

| | |
|---|---|
| **From:** | Dan Buda |
| **Sent:** | Monday, January 24, 2011 9:10 PM |
| **To:** | Sara Gonzalez; Amber Hausenfluck; David Edmonson; Graham Keever_SC; Debra Gonzales; Harold Cook; Steve Scheibal; Ray Martinez; Will Krueger; Jason Hassay; Graham Keever; Micah Rodriguez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith |
| **Subject:** | RE: Amendments |
| **Attachments:** | Davis Voter ID Summaries.docx |

Attached is a list of summaries for Davis amendments. Still not decided on which ones we're going to offer.

Dan Buda
Chief of Staff
State Senator Wendy Davis
(512)463-0110
dan.buda@senate.state.tx.us

---

**From:** Sara Gonzalez
**Sent:** Monday, January 24, 2011 9:00 PM
**To:** Amber Hausenfluck; David Edmonson; Graham Keever_SC; Dan Buda; Debra Gonzales; Harold Cook; Steve Scheibal; Ray Martinez; Will Krueger; Jason Hassay; Graham Keever; Micah Rodriguez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** RE: Amendments

Lucio is still going with the ones I sent earlier. Attached are some one-pagers on what they do.

---

**From:** Amber Hausenfluck
**Sent:** Monday, January 24, 2011 7:52 PM
**To:** David Edmonson; Graham Keever_SC; Dan Buda; Debra Gonzales; Harold Cook; Steve Scheibal; Ray Martinez; Will Krueger; Jason Hassay; Graham Keever; Micah Rodriguez; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** RE: Amendments

Senator Van de Putte is interested in the following:

1. 2 alternative forms of ID (taken from SB 382 from the 81st)
2. Changes in the law do not take effect unless the comptroller determines that the legislature has appropriated the amount of money appropriate entities that is necessary to fully fund the implementation of this Act. The Changes in law do not take effect unless the Secretary of State has received certification from every county that they have completed the training and outreach designated in SB 14.
3. Mandating the poll workers check ID's for the sole purpose of identity and not to check where one lives

The talking points for the above amendments are attached.

I will bring the other amendments Senator Van de Putte had drafted to the floor tomorrow in case anyone wants to offer any of them.

Thanks,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2622

JZ-PRIV000301

1

Amber Hausenfluck
Deputy Legislative Director
Senator Van de Putte, R.Ph.
E1.610
512-463-0126
amber.hausenfluck@senate.state.tx.us

---

**From:** David Edmonson
**Sent:** Monday, January 24, 2011 6:14 PM
**To:** Graham Keever_SC; Dan Buda; Debra Gonzales; Harold Cook; Amber Hausenfluck; Steve Scheibal; Ray Martinez; Will Krueger; Jason Hassay; Graham Keever; Micah Rodriguez; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** RE: Amendments

Sen. Ellis is still going with the three I outlined yesterday. A few staffers have talked to me about their boss signing on to one of the amendments. **If your boss is interested in signing on, have them talk to Ellis tomorrow morning to physically sign the amendment.**

I've attached the text and a Q&A for each amendment as background. Thanks,

David

---

**From:** Graham Keever **On Behalf Of** Graham Keever_SC
**Sent:** Monday, January 24, 2011 6:02 PM
**To:** Dan Buda; Debra Gonzales; Harold Cook; Amber Hausenfluck; Steve Scheibal; Ray Martinez; David Edmonson; Will Krueger; Jason Hassay; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** Amendments

As of right now, we're running with the Medicare card amendment only.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY