## Sean Griffin

**From:** Ray Martinez
**Sent:** Monday, January 24, 2011 9:26 PM
**To:** Will Krueger
**Subject:** from mk
**Attachments:** SB14_VoterEducation_GenerallyStatement_MK_012411.docx; SB14
_VoterEducation_Statement_012411_MK_Draft01.docx

NOT
Ray Martinez
Chief of Staff and General Counsel
Director, Senate Higher Education Committee
Office of Senator Judith Zaffirini
Texas State Capitol, Rm. 1E.14
(512) 463-0121

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

JZ-PRIV000309