**Sean Griffin**

**From:** Harold Cook <hc@haroldcook.com>
**Sent:** Monday, January 24, 2011 10:04 PM
**To:** Will Krueger
**Cc:** Dan Buda
**Subject:** Re: A really good question for the Sec of State's office

without clicking on a whole bunch of those links, I bet SOS linked to their elections info page, and if they don't have any elections info I bet they didn't link to it. But that's just a guess - I'm dealing with too much info to stop and look too hard any any one piece of it.

On Jan 24, 2011, at 10:02 PM, Will Krueger wrote:

You're right to question them being ready. Many have "websites" but not much is ever posted on them. Thanks.

**From:** Harold Cook [mailto:hc@haroldcook.com]
**Sent:** Monday, January 24, 2011 10:01 PM
**To:** Will Krueger
**Cc:** Dan Buda
**Subject:** Re: A really good question for the Sec of State's office

yes but since the Secretary of State's office is charged with implementing election law, how ready are they to do that if they can only find 81 of them?

I'm looping in Dan on this so he can have a more complete view. Thanks Will.

On Jan 24, 2011, at 10:00 PM, Will Krueger wrote:

If you look at this list, it looks like many more than 81 counties have web sites:

http://www.texascounties4u.org/websites.html

**From:** Harold Cook [mailto:hc@haroldcook.com]
**Sent:** Monday, January 24, 2011 9:54 PM
**To:** Amber Hausenfluck; Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** A really good question for the Sec of State's office

I know Davis was interested in questioning SOS earlier, so for her info (or for whoever is ultimately questioning the Sec of State's office), Laurie just forwarded this from 2 years ago, in which only 81 counties have websites (which are apparently required under the bill).

1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
**DEF2627**

JZ-PRIV000310

I just re-counted, and they still only have 81 counties listed, which means that according to the chief elections officer in Texas, **173 counties would be unable to comply with the requirements of the law**.

Begin forwarded message:

**From:** Laurie Vanhoose <austintransplant@gmail.com>
**Date:** January 24, 2011 9:42:25 PM CST
**To:** Harold Cook <hc@haroldcook.com>, Amber Hausenfluck <Amber.Hausenfluck@senate.state.tx.us>
**Subject: Counties that have websites**

When I was going through old emails I found this one from last time we debated voter ID. We should include a question asking the SOS the number of counties that have websites because the bill states that as part of voter education the county will list the new requirements on their website. If a county doesn't have a website.......

**Date**: Wed, 04 Mar 2009 17:13:02 -0000
**To**: <txelectionreform@yahoogroups.com>
**Subject**: [txelectionreform] County web sites as reported by SOS

Here is the list of county websites the SOS has on their site
http://www.sos.state.tx.us/elections/voter/links.shtml#County

There are 81 counties listed on this page. I don't know which ones are missing but if this is accurate then 173 don't have one.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JZ-PRIV000311