**Judith Zaffirini**

From: Harold Cook <hc@haroldcook.com>
Sent: Friday, May 22, 2009 5:01 PM
To: Harold Cook
Subject: DEM CAUCUS: Voter ID Alert

Importance: High

Expires: Wednesday, November 18, 2009 12:00 AM

Yep, you read the subject heading right, sorry about that.

Here's the deal: we need all hands on deck scrubbing the intent list for ANY House bill on which could conceivably fit voter ID legislation in it.

The House Democrats have the House schedule crippled at the moment in their efforts to keep the voter ID bill off the House floor. Thus the Republican desperation is growing to find a new vehicle in the Senate for voter ID.

Last session, Senate Democrats had to seek hard assurances **prior to suspending the rules** on several bills. They will undoubtedly need to do so again on several bills in the next few days.

So first, I ask any policy staff who runs across a bill on intent which they believe might fit voter ID legislation to call that bill to my attention.

Second, for any bill which might fit voter ID, prior to suspending the regular order of business for that bill, **prior to suspending the rules**, a Senate Democrat should ask the following of the sponsor:

==**"Senator, prior to suspending on this bill, will you give us your absolute commitment that if this legislation becomes a vehicle for a voter identification amendment, you will immediately pull down the bill and not move the bill further?"**==

If that sponsor's answer is anything short of a very clear commitment to keep voter ID out of his or her bill for the duration of the process for that bill, the Senate Democrats should vote no on the motion to suspend on that bill.

1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2629

JZ-PRIV000483