**Judith Zaffirini**

**From:** Warren von Eschenbach <Warren.VonEschenbach@senate.state.tx.us>
**Sent:** Thursday, March 05, 2009 6:02 PM
**To:** Judith Zaffirini
**Subject:** Fwd: Voter ID working group: Presser Monday
**Attachments:** Voter ID 09 Women and other issues.doc; ATT01304.htm

Does Z want to attend?

Sent from my iPhone

Begin forwarded message:

> **From:** "Harold Cook" <hc@haroldcook.com>
> **Date:** March 5, 2009 5:41:35 PM CST
> **To:** "'Sara Gonzalez'" <Sara.Gonzalez@senate.state.tx.us>, "'Steve Scheibal'" <Steve.Scheibal@senate.state.tx.us>, "'David Edmonson - Shapleigh'" <david.edmonson@senate.state.tx.us>, "'Jeremy Warren'" <Jeremy.Warren@senate.state.tx.us>, "'Graham Keever - West'" <GRAHAM.KEEVER_SC@senate.state.tx.us>, "'Warren Von Eschenbach - Zaffirini'" <warren.voneschenbach@senate.state.tx.us>, "'Ian Randolph'" <Ian.Randolph@senate.state.tx.us>, <arturo.ballesteros@senate.state.tx.us>, "'Hector Nieto'" <Hector.Nieto@senate.state.tx.us>, "'Tomas Larralde - Uresti'" <tomas.larralde@senate.state.tx.us>, "'Lara Wendler'" <Lara.Wendler@senate.state.tx.us>, "'Debra Gonzales - Gallegos'" <debra.gonzales@senate.state.tx.us>
> **Subject: Voter ID working group: Presser Monday**
>
> Voter ID staff –
>
> Senator Van de Putte has asked that I let this group know that Monday at 3 pm in the Lt. Governor's Press Room, as a lead-in to the next day's voter ID hearing, a press briefing will be held featuring whatever Democratic Senators wish to be there, along with nationally-recognized experts on voting rights. If you are not the press sec for your office, you might want to check with your member or your press sec to see if your member wants to participate.
>
> If you can let me know by noon tomorrow that your Senator plans to attend, I can try to get it included on the brief advisory which will advance the event to media.
>
> Thanks

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2632

JZ-PRIV000488