**Sean Griffin**

| | |
|---|---|
| From: | Harold Cook <hc@haroldcook.com> |
| Sent: | Tuesday, January 25, 2011 2:32 PM |
| To: | Amber Hausenfluck; Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith |
| Subject: | follow-up on Zaffirini's identity issue |

Senator Zaffirini did an excellent job pointing out how people's drivers license photo often does not resemble the actual people. Here's related documentation.

Begin forwarded message:

**From:** Yannis Banks <yannis_banks@yahoo.com>
**Date:** January 25, 2011 2:27:02 PM CST
**To:** hc@haroldcook.com
**Subject: Fw: Blank 33**

----- Forwarded Message -----
**From:** Gary Bledsoe <garybledsoe@sbcglobal.net>
**To:** "Asaka, Anson" <aasaka@naacpnet.org>
**Cc:** Robert S. Notzon <robert@notzonlaw.com>; Yannis Banks <yannis_banks@yahoo.com>; Harold Howell <harold17@swbell.net>; "hjefferson@protectorsinsurance.com" <hjefferson@protectorsinsurance.com>; brian rowland <browland3@hotmail.com>; "Goode, Victor" <vgoode@naacpnet.org>; victor goode <vig0208@aol.com>; Mrs. Linda Lydia <lydia@sbcglobal.net>; Phyllis L. Jones <twainch@embarqmail.com>; "Watkins, Carmen" <cwatkins@naacpnet.org>; Carolyn Scantlebury <rscantle01katrina@yahoo.com>; John Tanner <john.k.tanner@gmail.com>
**Sent:** Tue, January 25, 2011 2:23:47 PM
**Subject:** Re: Blank 33

Race, Racism and the Law
Speaking Truth to Power!!

## Why are Cross-Racial Eyewitness IDs Especially Unreliable?

Checkout: Reclamationgallery.com      Complete Survey: Race Relations 2011

UNITS                                   Submit for Periodic
Institutional Racism                    Updates
01 Race                                 Update List
02 Citizenship Rights                                    CHAPTERS
03 Justice         excerpted from: John   Justice and Racism

John P. Rutledge

1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2636

JZ-PRIV000589

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 04 Basic Needs | P. Rutledge, They All Look Alike: the Inaccuracy of Cross-racial Identifications, 28 American Journal of Criminal Law 207-228, 211-214 (Spring 2001)(173 Footnotes Omitted) | Presidential Power |
| 05 Intersectionality | | Civil Justice |
| 06 Worldwide | | Criminal Justice |
| | | Laws and Policies |
| | | Minority Group Interests |
| **Web Editor** | | Legal Education |
| **Vernellia R. Randall** | | Practice of Law |
| Professor of Law | | Alternative Dispute Resolution |
| The University of Dayton | In general, there is a much greater possibility of error where the races are different than where they are the same .... | |
| | | **OTHER PAGES** |
| | | What's New |
| | | Obama's Administration |
| **OTHER WEBSITES** | | Webinars |
| Personal Website | A cross-racial ID occurs when an eyewitness of one race is asked to identify a particular individual of another race. The last half-century's empirical study of cross-racial IDs has shown that eyewitnesses have difficulty identifying members of another race, though the degree to which this difficulty affects the accuracy of an eyewitness ID is | Whitest Law Schools |
| Race and Health Care | | Law Reviews |
| Legal Education | | Newsletter |
| The JD Project | | Racial Surveys |
| | | Awards |
| | | Syllabus |
| | | Comments |
| | | Search this Site |
| | | Contact |

2

not certain. Likewise, it is *unclear whether all races are affected.*

Known as the "own-race" effect or "own-race" bias, eyewitnesses experience the "cross-racial impairment" when attempting to identify individuals of another race. The *"own-race effect"* is "strongest when white witnesses attempt to recognize black subjects," and apparently less influential to black witnesses. In fact, four separate studies found that black eyewitnesses do not experience any cross- racial impairment. And another found that blacks make better witnesses in general. But five other studies

3

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

JZ-PRIV000591

found that white eyewitnesses simply experience the impairment more often than blacks. Regardless of the degree to which each race suffers from the impairment, a leading scholar on the subject has concluded that "it has been observed so many times" that "it seems to be a fact."

Concern about the frequent inaccuracy of cross-racial IDs is extensively documented in case law and social science data. And some judges believe the cross-racial nature of an identification may affect accuracy in the same way as proximity to the perpetrator and poor lighting conditions. As one federal judge

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

JZ-PRIV000592