strengthen my rationale as expressed in the analysis above. Time spent in the same general location is not the same as time spent together. Just as talking to someone is not necessarily communicating with that person. I believe the entire basis of these findings is flawed. Those orchestrating the studies confuse commonality with comfort. Like two New Yorkers passing on the street, many of us have never been intimate with someone of another race. And without intimacy, we have no reason to feel comfortable. Nor do we have the right to expect an accurate eyewitness ID.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JZ-PRIV000601

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

In my three years at Howard, I learned so many things that I didn't know I didn't know. I learned about locks and cornrows, braids and fades. I learned the difference between high yella and red-boned and brown-skinned and dark-skinned. My life experience does not allow me to accept the finding that these discoveries do not make me more likely to correctly identify a black assailant than a white person without a similar experience.

In that respect, I believe cross-racial IDs will become less of a problem as America matures and we get closer to Martin Luther King Jr.'s dream.

JZ-PRIV000602

At this time, however, the unreliability of cross-racial IDs is particularly troublesome. One in three black males between the ages of twenty and twenty-nine is under judicial supervision in this country. And while only five percent of the U.S. population, black males make up more than half of America's prisoners. We must explore the various measures available to help ameliorate the harm caused by inaccurate cross-racial IDs. Innocent people have been, and continue to be, stripped of their liberty simply because "they all look alike."

. Associate, Donahue, Gallagher, Woods

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JZ-PRIV000603

& Wood, L.L.P.; L.L.M., Real Property Development, University of Miami School of Law; J.D., Howard University School of Law (cum laude); B.A., Philosophy, Loyola Marymount University. This article is dedicated to all those falsely imprisoned due to an inaccurate eyewitness identification. Our collective soul is marred by your injustice. And no subsequent remedy can repay you for the pain you've suffered or the life you've lost. However, let us begin with an apology and an oath to never again permit such injustice.

Same level: [ The Underlying Myths of Colorblindness Jurisprudence ] [ Presidential Power and Racial Justice ] [ The McKinney Affair: Rampaging Racism and a Cowardly Caucus ] [ Misusing MLK Legacy and the Colorblind Theory ] [ "Sounding Black": Court-

16

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

JZ-PRIV000604