...nctioned Racial Stereotyping ] [ Race Reputation and the Supreme Court ]
[ Judicial Discrimination ] [ Peremptory Challenges ] [ Ohio Dilemma: Race and the State Bill of Rights ]
[ Judicial Tolerance of Racial Bias ] [ Racial Evaluations of Credibility ] [ Why are Cross-Racial Eyewitness IDs Especially Unreliable? ] [ Disrespect of Black Judge ]
[ O.J. Trial and Black Judges ] [ How the Rubber Barons Replace the Welfare Queens (and Rightly So) ]

Child Level: [ Home ] [ Up ]

Parent Level: [ Justice and Race (Generally) ] [ Civil Justice and Race ] [ Criminal Justice and Race ] [ Laws and Policies ] [ Convergent of Minority Group Interests ] [ Legal Education ] [ Practice of Law and Race ] [ Alternative Dispute Resolution and Related Matters ]

Units: [ Race and Racial Groups] [Citizenship Rights] [Justice and Race] [Patterns of Basic Needs] [Intersectionality Issues] [Human Rights]





Copyright @ 1997, 2008.
Vernellia R. Randall All Rights Reserved.
Contact: race.mail@notes.udayton.ed

Always Under Construction!

In accordance with Title 17 U.S.C. section 107, some material on this website is provided for comment, background information, research and/or educational purposes only, without permission from the copyright owner(s), under the "fair use" provisions of the federal copyright laws. These materials may not be distributed for other purposes without permission of the copyright owner(s).

Last Updated:
Friday, December 31, 2010

You are visitor number
1
Since Feb 24, 2004

Thanks to Derrick Bell and his pioneer work:
Race, Racism and American Law (1993).

17

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
JZ-PRIV000605

Sent from my iPad

On Jan 25, 2011, at 2:21 PM, "Asaka, Anson" <aasaka@naacpnet.org> wrote:

> My case involves violation of the National Voter Registration Act. Victor's case dealt with voter identification laws.

**From:** Gary Bledsoe [mailto:garybledsoe@sbcglobal.net]
**Sent:** Tuesday, January 25, 2011 2:50 PM
**To:** Asaka, Anson
**Cc:** Robert S. Notzon; Yannis Banks; brian rowland; Goode, Victor; victor goode; Mrs. Linda Lydia; Phyllis L. Jones; Watkins, Carmen; Carolyn Scantlebury; John Tanner; Harold Howell; hjefferson@protectorsinsurance.com
**Subject:** Re: Blank 33

Anson what are the issues outlined in the lawsuit? I will be going up to testify shortly. Thanks

Sent from my iPad

On Jan 25, 2011, at 1:30 PM, "Asaka, Anson" <aasaka@naacpnet.org> wrote:

> The Indiana suit is in District Court. It is close to final settlement.

**From:** Gary Bledsoe [mailto:garybledsoe@sbcglobal.net]
**Sent:** Tuesday, January 25, 2011 2:28 PM
**To:** Asaka, Anson
**Cc:** Robert S. Notzon; Yannis Banks; victor goode; Mrs. Linda Lydia; Phyllis L. Jones; Watkins, Carmen; Carolyn Scantlebury; John Tanner; Harold Howell; hjefferson@protectorsinsurance.com; brian rowland; Goode, Victor
**Subject:** Re: Blank 33

The lawsuit that went to the Supreme Court? Also, I thought Victor said once there was at least one Indiana County that reported numerous problems?

Sent from my iPad

On Jan 25, 2011, at 1:21 PM, "Asaka, Anson" <aasaka@naacpnet.org> wrote:

> I can send you a copy of the Indiana complaint.

18

**From:** Gary Bledsoe [mailto:garybledsoe@sbcglobal.net]
**Sent:** Tuesday, January 25, 2011 1:43 PM
**To:** Robert S. Notzon
**Cc:** Yannis Banks; Phyllis L. Jones; Watkins, Carmen; Asaka, Anson; Carolyn Scantlebury; John Tanner; Harold Howell; hjefferson@protectorsinsurance.com; brian rowland; Goode, Victor; victor goode; Mrs. Linda Lydia
**Subject:** Re: Blank 33

Yannis do you want to send over the final one that we copied? Thanks. Victor and Anson do you have anything on the Georgia or Indiana cases you can share?

Sent from my iPad

On Jan 25, 2011, at 7:53 AM, "Robert S. Notzon" <robert@notzonlaw.com> wrote:

> some edits
>
> On Tue, Jan 25, 2011 at 1:25 AM, Yannis Banks <yannis_banks@yahoo.com> wrote:
>
>> Sorry I forgot to attach the document.
>>
>> ---
>>
>> **From:** Gary Bledsoe <garybledsoe@sbcglobal.net>
>> **To:** Yannis Banks <yannis_banks@yahoo.com>; Phyllis L. Jones <twoinch@embarqmail.com>; Carolyn Scantlebury <cscantle01katrina@yahoo.com>; John Tanner <john.k.tanner@gmail.com>; Harold Howell <harold17@swbell.net>; "hjefferson@protectorsinsurance.com" <hjefferson@protectorsinsurance.com>; Robert Notzon <robert@notzonlaw.com>; brian rowland <browland3@hotmail.com>; victor goode <vgoode@naacpnet.org>; victor goode <vlg0208@aol.com>; Mrs. Linda Lydia <llydia@sbcglobal.net>; Carmen Watkins <cwatkins@naacpnet.org>
>> **Sent:** Tue, January 25, 2011 12:39:52 AM
>> **Subject:** Blank 33
>>
>> Hello guys. I just finished a draft of the testimony I will be giving tomorrow morning and wanted to see if any of you might have input.
>>
>> Sent from my iPad

19

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JZ-PRIV000607

--

Law Office of Robert S. Notzon

1507 Nueces Street

Austin, Texas 78701

512-474-7563

512-474-9489 fax

<Gary's Testimony-rsn.doc>

20

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JZ-PRIV000608