Memo to Senator Judith Zaffirini            1 of 1
Re: Voter ID Bill, Declaration of Origin
CV/February 13, 2009

**This memo is briefs Z re Rep. Ruth Jones McClendon's legislative concept for a bill to counter Voter ID bills introduced in the House and Senate. Rep. Jones seeks Z sponsorship in the house.**

I. Rep. McClendon's bill would establish a means for county courts having probate jurisdiction or district courts with family law jurisdiction to receive petitions for a Declaration of Origin.

    A. The petition and declaration of origin will establish, by adjudication of the court, the status of a person's birthplace, thus creating a legal document as proof of citizenship.

        1. Persons without legal documents to prove birth would utilize this option to establish citizenship.

        2. Testimony by sworn witness in a court of law will provide the necessary evidence to support the petition's assertions.

    B. Filing fee for the petition would be $25,

    C. A Pauper's Affidavit stating inability to pay the fee is the alternative for person who cannot afford the petition filing fee.

    D. This bill is structured on language routinely used in probate courts to establish heirs to an estate.

    E. Currently under Texas law there is no statutory provision for Declaration of Origin and this bill would create a legal avenue for persons to establish their U.S. citizenship.

II. Rep. McClendon requested a bill draft from the Texas Legislative Council yesterday, Thursday, February 12.

    A. Sample language is attached.

    B. CV will forward the House bill draft once it is prepared.

**CV recs Z sponsor this legislation in the senate. Does Z agree?**

Y___; N___      T/CV

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2:13-cv-193
09/02/2014
DEF2637

JZ-PRIV000620