## Judith Zaffirini

| | |
|---|---|
| **From:** | Nathan Lerma <Nathan.Lerma@senate.state.tx.us> |
| **Sent:** | Tuesday, April 10, 2012 12:25 PM |
| **To:** | Judith Zaffirini |
| **Cc:** | Ray Martinez; Sean Griffin |
| **Subject:** | RE: contact info |

Z,

CMZ's new office address is:

401 West 15th Street, Suite 840
Austin, Texas 78701

NL will update contact lists and will forward 6 copies to Z.

T/NL

**Nathan Lerma, Scheduler**
Office of Senator Judith Zaffirini
Senate District 21
Capitol 1E.14
P.O. Box 12068
Austin, Texas  78711
512/463-0121
Toll Free: 800/851-1568
Fax: 512/475-3738

---

**From:** Judith Zaffirini [mailto:zaffcomm@zaffirini.com]
**Sent:** Monday, April 09, 2012 10:46 AM
**To:** Nathan Lerma
**Cc:** Ray Martinez; Sean Griffin
**Subject:** contact info

NL:

P get CMZj's new office address from Lindsey and update our list.

Also forward to me.

T/Z

---

**From:** Nathan Lerma <Nathan.Lerma@senate.state.tx.us>
**Date:** Mon, 9 Apr 2012 10:14:24 -0500
**To:** Judith Zaffirini <zaffcomm@zaffirini.com>

3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014

**DEF2639**

JZ-PRIV000735

**Cc:** Ray Martinez <Ray.Martinez@senate.state.tx.us>, Sean Griffin
<Sean.Griffin@senate.state.tx.us>
**Subject:** Phone Appointment Request for Z

Z,

Attached is an appointment request form for Catherine Meza of the DOJ who is requesting a phone appointment with Z to discuss S.B. 14, relating to requirements to vote, including presenting proof of identification; providing criminal penalties.

Ms. Meza is requesting that this appointment be held ASAP.

NL recs that Z hold this phone appointment today at 2pm.

OK with Z?

If Y, NL will have Ms. Meza call DO and will instruct DO to forward to Z's 7132#
If N, NL recs this appointment be held tomorrow, Tues., 4/10, 2pm.

Please note that Z had agreed to a meeting today at 11am but that NL received Z's confirmation on Mon., 4/9.

T/NL

**Nathan Lerma, Scheduler**
Office of Senator Judith Zaffirini
Senate District 21
Capitol 1E.14
P.O. Box 12068
Austin, Texas 78711
512/463-0121
Toll Free: 800/851-1568
Fax: 512/475-3738

4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY