**Judith Zaffirini**

**From:** Ray Martinez <Ray.Martinez@senate.state.tx.us>
**Sent:** Monday, April 09, 2012 3:08 PM
**To:** Judith Zaffirini
**Subject:** RE: Phone Appointment Request for Z

I'm sure you were great, as always. She made it clear to me that if she asked you anything that was a public record, she would not have a problem locating that info via public sources. Thanks for doing this.

I'm headed to our SHEC staff meeting now...

T/Rm.


Ray Martinez
Chief of Staff and General Counsel
Director, Senate Higher Education Committee
Office of Senator Judith Zaffirini
Senate District 21
512/463-0121

---

**From:** Judith Zaffirini [mailto:zaffcomm@zaffirini.com]
**Sent:** Monday, April 09, 2012 2:54 PM
**To:** Ray Martinez
**Subject:** Re: Phone Appointment Request for Z

She might call you.

I hope she wasn't disappointed that I couldn't recall the amendments, debate, etc., but I told her they were accessible online.

T/Z

---

**From:** Ray Martinez <Ray.Martinez@senate.state.tx.us>
**Date:** Mon, 9 Apr 2012 14:46:21 -0500
**To:** Judith Zaffirini <zaffcomm@zaffirini.com>, Nathan Lerma <Nathan.Lerma@senate.state.tx.us>
**Cc:** Sean Griffin <Sean.Griffin@senate.state.tx.us>
**Subject:** RE: Phone Appointment Request for Z

Thanks/Rm.

6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2640

JZ-PRIV000742

Ray Martinez
Chief of Staff and General Counsel
Director, Senate Higher Education Committee
Office of Senator Judith Zaffirini
Senate District 21
512/463-0121

---

**From:** Judith Zaffirini [mailto:zaffcomm@zaffirini.com]
**Sent:** Monday, April 09, 2012 2:45 PM
**To:** Nathan Lerma
**Cc:** Ray Martinez; Sean Griffin
**Subject:** Re: Phone Appointment Request for Z

Done.

VERY EXTENSIVE INTERVIEW. Asked me questions that I couldn't answer with clear recollection.

I told her RM and HC were knowledgeable about the process.

T/Z

---

**From:** Nathan Lerma <Nathan.Lerma@senate.state.tx.us>
**Date:** Mon, 9 Apr 2012 10:14:24 -0500
**To:** Judith Zaffirini <zaffcomm@zaffirini.com>
**Cc:** Ray Martinez <Ray.Martinez@senate.state.tx.us>, Sean Griffin <Sean.Griffin@senate.state.tx.us>
**Subject:** Phone Appointment Request for Z

Z,

Attached is an appointment request form for Catherine Meza of the DOJ who is requesting a phone appointment with Z to discuss S.B. 14, relating to requirements to vote, including presenting proof of identification; providing criminal penalties.

Ms. Meza is requesting that this appointment be held ASAP.

NL recs that Z hold this phone appointment today at 2pm.

7

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JZ-PRIV000743

OK with Z?

If Y, NL will have Ms. Meza call DO and will instruct DO to forward to Z's 7132#
If N, NL recs this appointment be held tomorrow, Tues., 4/10, 2pm.

Please note that Z had agreed to a meeting today at 11am but that NL received Z's confirmation on Mon., 4/9.

T/NL

Nathan Lerma, Scheduler
Office of Senator Judith Zaffirini
Senate District 21
Capitol 1E.14
P.O. Box 12068
Austin, Texas 78711
512/463-0121
Toll Free: 800/851-1568
Fax: 512/475-3738

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

8

JZ-PRIV000744