**Judith Zaffirini**

| | |
|---|---|
| From: | Judith Zaffirini |
| Sent: | Monday, April 09, 2012 2:30 PM |
| To: | Ray Martinez; Nathan Lerma |
| Cc: | Sean Griffin; Will Krueger |
| Subject: | Re: Phone Appointment Request for Z |

She's asking about the debate, amendments, etc.

T/Z

---

From: Ray Martinez <Ray.Martinez@senate.state.tx.us>
Date: Mon, 9 Apr 2012 12:19:35 -0500
To: Judith Zaffirini <zaffcomm@zaffirini.com>, Nathan Lerma <Nathan.Lerma@senate.state.tx.us>
Cc: Sean Griffin <Sean.Griffin@senate.state.tx.us>, Will Krueger <Will.Krueger@senate.state.tx.us>
Subject: RE: Phone Appointment Request for Z

Z,

I just spoke with Catherine Meza, who is an attorney with the U.S. Department of Justice (DOJ). She is the person you are scheduled to speak with at 2pm today regarding SB 14.

Catherine explained that the purpose of the call is to get insight and information, from your perspective, into the legislative process that lead to the passage of SB 14. For example, any information you can share as to how the legislative process which led to passage of SB 14 may have been different from how other major legislation has been handled; what went on during legislative hearings in terms of your discussions with other legislators; and any insight you can provide from feedback you may have received from both proponents and opponents of the legislation.

She said you do not need to be briefed on anything in the public record. For example, if they ask you about any amendments you or anyone else offered during the passage of SB 14, you will not need to be familiar with those amendments since that information can be obtained by DOJ from the public record. Essentially, this will be an interview that allows DOJ to gather your subjective insight and perspective on the legislation itself, and the process that led to its passage.

She indicated that timing is important. DOJ is willing to wait until later this week to speak with Z, but they clearly prefer to stick with today if at all possible because they are on an "expedited litigation schedule."

RM is comfortable with Z proceeding at 2pm today.

15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2641

JZ-PRIV000751

OK with Z?

(If Yes, WK will send talking points to Z in the next 15 minutes or so for initial review.)

T/Rm.

Ray Martinez
Chief of Staff and General Counsel
Director, Senate Higher Education Committee
Office of Senator Judith Zaffirini
Senate District 21
512/463-0121

**From:** Judith Zaffirini [mailto:zaffcomm@zaffirini.com]
**Sent:** Monday, April 09, 2012 10:44 AM
**To:** Nathan Lerma
**Cc:** Ray Martinez; Sean Griffin
**Subject:** Re: Phone Appointment Request for Z

OK.

Will need t pts.

T/Z

---

**From:** Nathan Lerma <Nathan.Lerma@senate.state.tx.us>
**Date:** Mon, 9 Apr 2012 10:14:24 -0500
**To:** Judith Zaffirini <zaffcomm@zaffirini.com>
**Cc:** Ray Martinez <Ray.Martinez@senate.state.tx.us>, Sean Griffin <Sean.Griffin@senate.state.tx.us>
**Subject:** Phone Appointment Request for Z

Z,

Attached is an appointment request form for Catherine Meza of the DOJ who is requesting a phone appointment with Z to discuss S.B. 14, relating to requirements to vote, including presenting proof of identification; providing criminal penalties.

Ms. Meza is requesting that this appointment be held ASAP.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

NL recs that Z hold this phone appointment today at 2pm.

OK with Z?

If Y, NL will have Ms. Meza call DO and will instruct DO to forward to Z's 7132#.
If N, NL recs this appointment be held tomorrow, Tues., 4/10, 2pm.

Please note that Z had agreed to a meeting today at 11am but that NL received Z's confirmation on Mon., 4/9.

T/NL

Nathan Lerma, Scheduler
Office of Senator Judith Zaffirini
Senate District 21
Capitol 1E.14
P.O. Box 12068
Austin, Texas 78711
512/463-0121
Toll Free: 800/851-1568
Fax: 512/475-3738

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY