## Judith Zaffirini

| | |
|---|---|
| From: | Nathan Lerma <Nathan.Lerma@senate.state.tx.us> |
| Sent: | Monday, April 09, 2012 1:00 PM |
| To: | Judith Zaffirini |
| Cc: | Ray Martinez; Sean Griffin; Will Krueger |
| Subject: | Reminder of Phone Appointment, Catherine Meza, DOJ, 2pm |

Reminder of phone appointment with Catherine Meza, of the DOJ, at 2pm. Info below.

### Monday, April 9, 2012

2pm- ACCEPTED/ PHONE APPOINTMENT- Catherine Meza
Re. Voter I.D. bill S.B. 14
**Note**: Ms. Meza to call DO and DO to forward to Z's #7132.

T/NL

**Nathan Lerma, Scheduler**
Office of Senator Judith Zaffirini
Senate District 21
Capitol 1E.14
P.O. Box 12068
Austin, Texas 78711
512/463-0121
Toll Free: 800/851-1568
Fax: 512/475-3738

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2642

JZ-PRIV000834