**Questions for Dan Kohrman (AARP)**
**Primary Senator asking questions: Uresti**

Q. What are other state's experiences implementing photo identification requirements to vote?

Q. In other states that have had challenges of similar legislation, how does Texas compare regarding the implementation timeframe?  In regards to outreach and notice of new requirements to voters?  Relating to poll worker training?

Q. Is the training and notice in the bill sufficient to ensure older Texans will be aware of the new requirements?

Q. What are the potential barriers for older Texans to obtain photo identification?  Are there any potential barriers when the state provides the identification for free?

Q. What potential barriers does this legislation pose for voters that may reside with family members or in an assisted living facility or nursing home?

Q. Can you expand on the "different forms of non-photo identification" requirements under this legislation?  Does Texas issue a Medicaid card?  What information does a Medicare card contain?  Does everyone entitled to receive a social security check receive it via mail?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Questions for Gary L. Bledsoe (Texas NAACP)**
**Primary Senator asking questions: <u>Ellis</u>**

Q. Some say the Voting Rights Act is no longer needed is a thing of the past that is no longer needed in Texas. Can you cite examples or give reasons that show why we still need voting rights protections?

Q. Is there a well-documented history of voter suppression that is specifically related to race and ethnicity, and how would this Voter ID law fit into that history?

Q. How would this Voter ID law discriminate against people of color?

Q. If the Legislature exempts certain classes of voters, like seniors, from this bill, would that direct an even greater amount of its potential to disenfranchise voters at African Americans and Hispanics?

Q. Did you see the materials the Attorney General used in his highly publicized 2005-2006 campaign against "Voter Fraud"?

Q. In his anti-Voter Fraud campaign, the Attorney General used materials that included images of sickle cell stamps and photos of African Americans to illustrate signs of voter fraud – what does that tell you about the state's attitude and enforcement of voter fraud, and did the conduct and targets of Abbott's prosecutions fit into a pattern of vote suppression in Texas?

Q. Gary, you suggest a photo ID law would suppress African American turnout, but some Voter ID advocates claim Voter ID laws do not suppress turnout, and even claim turnout increases in Indiana and Georgia in 2008 were caused by Voter ID laws, compared to 2004 turnout when there was no photo ID law in those states. Obviously, turnout can vary a lot between election cycles based on enthusiasm, candidates, and other factors. Did African American turnout in Texas increase in 2008 without a Voter ID law, and do you think the reason might be the same as the real reason for reports of higher turnout in Indiana and Georgia?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Questions for Gerry Hebert (Campaign Legal Center)**
**Primary Senator asking Questions: West**

Q. What examples can you provide that TX AG Abbott has administered TX election laws in an unfair manner?

Q. Are there instances of voter fraud that have not been prosecuted by AG Greg Abbott? (Highland Park)

Q. What about those who claim that there are noncitizens on the voter rolls?  Will a photo ID law for voting stop that?

Q. We hear a lot about noncitizens being on the voter rolls.  What can you tell us about that issue, how it happens if it does?

Q. Do you need a photo ID to board an airplane or cash a check?  (Answer is no)

Q. How does the legal standard that DOJ will employ to any TX voter ID law differ from the legal standard that the Supreme Court used to decide the Indiana voter ID case?

Q. So the Indiana voter ID decision really is totally unrelated to the narrow legal issue that DOJ will decide under the Voting Rights Act?  (Yes)

Q. Was AG Abbott's office aware of the voter registration barriers being put up by County officials to block the African American students at Prairie View University in Waller County and if so, what did he do to help the students and protect their voting rights?

Q. Of what relevance is it to obtaining Section 5 preclearance if the vast majority of minority legislators (Latinos, African Americans) vote against a particular bill?

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY