## MALDEF QUESTIONS FOR BILL'S AUTHOR

1. What is the voter required to present in order to recieve the free personal identification certificate under Section 18 bill? Is a person required to present a birth certificate or other types of identification to receive the "free" identification?

★ 2. Why were student id's ommitted from the list of acceptable documentation? Why were birth certificates omitted from the list?

3. Are there any provisions to allow students who have out of state identification or who have different addresses on their DL and voter registration certificate to be able to vote a regular ballot?

4. Are there are any provisions in the bill to accomodate a voter that has a different address on their voter registration card and their photo ID? ASK SOS

5. If a voter returns to the elections department to cure their provisional ballot, what are they expected to show as identification to ensure that their provisional ballot is counted?

6.) Are there any provisions to accommodate or address eligible voters whose last name on their driver's license does not match their voter registration, such as recently married women? ASKED (ANSWER - ASK SOS)

7) To implement this legislation, the state must put in substantial money for training and extensive public education. How is this bill funded?

★ 8) Why is a voter only allowed to return with 6 days rather the 10 day requirement in Indiana?

9) Would you agree that Texas has more larger proportion of minorities demographically than Indiana? 2009 AMERICAN COMMUNITY SURVEY (U.S. CENSUS)
TEXAS 12% AFRICAN-AMERICAN; 36.9% HISPANIC   INDIANA 9.2% AFRICAN AMERICAN; 5.5% HISPANIC

10) Texas is a covered jursidiction under section 5 of the Voting Rights because of its history of discrimination right? ASKED BY THE TEXAS LEGISLATURE TO

★ 11) Have any studies been done ~~in Texas~~ determine the impact of this bill on Latino and African American voters?



2:13-cv-193
09/02/2014
**DEF2646**

HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

RW-PRIV000202