**SENATE INTERGOVERNMENTAL RELATIONS COMMITTEE**

*From the desk of*
**GRAHAM KEEVER**

Jennifer Maranzano
- (202) 305 0185

Monday

2:00-S
WED TUES

SB 14

call Jennifer

463-2527 • Sam Houston Building 475

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2647

RW-PRIV000299