## Graham Keever

| | |
|---|---|
| **From:** | Harold Cook [hc@haroldcook.com] |
| **Sent:** | Tuesday, January 25, 2011 8:46 AM |
| **To:** | Amber Hausenfluck; Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith |
| **Subject:** | Republican witness list |

Begin forwarded message:

**From:** Amber Hausenfluck <Amber.Hausenfluck@senate.state.tx.us>
**Date:** January 25, 2011 8:28:35 AM CST
**To:** "hc@haroldcook.com" <hc@haroldcook.com>
**Subject: Fwd: Invited Testimony**

Sent from my Samsung Epic™ 4G

**From:** Servando Esparza <Servando.Esparza@senate.state.tx.us>
**Date:** January 25, 2011 8:26:47 AM CST
**To:** Amber Hausenfluck <Amber.Hausenfluck@senate.state.tx.us>
**Subject: Invited Testimony**

Invited Testimony

Sen. Fraser

- Jerry Bonnett, General Counsel, Indiana Secretary of State

- Christian Ward, YetterColeman LLP

- Terry Siebert, Texas Watchdog

Sen. Van de Putte

- Luis Figueroa, MALDEF

- Gary Bledsoe, NAACP

- Andres Tijerina, Professor of Texas History

- Chase Bearden, Advocate for People with Disabilities

Resource Witness Panel

1

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

- David Maxwell, Deputy Director of Law Enforcement, Office of the Attorney General

- Ann McGeehan, Director of Elections, Secretary of State's Office

- Rebecca Davio, Assistant Director for Drivers Licenses, Department of Public Safety

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

RW-PRIV000313