## Graham Keever

**From:** Harold Cook [hc@haroldcook.com]
**Sent:** Tuesday, January 25, 2011 12:50 PM
**To:** Amber Hausenfluck; Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** HAVA funds

There has been so much talk about HAVA funds, it would be highly interesting to ask the Sec of State's office about the opportunity cost of that.

HAVA should be used for minority outreach, disability access training, that sort of thing. What progress will NOT be made with $2 million, because they're instead going to use this $2 million to train poll workers and educate voters on how to avoid being disenfranchised?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
**DEF2649**

RW-PRIV000314

1