**Graham Keever**

**From:** Wesley Nute
**Sent:** Tuesday, January 25, 2011 5:08 PM
**To:** Graham Keever
**Subject:** FW: Rush: Opposition Letter to Texas Voter ID Law

---

**From:** Wesley Nute
**Sent:** Tuesday, January 25, 2011 4:52 PM
**To:** 'Ellis, Jacqueline'
**Subject:** RE: Rush: Opposition Letter to Texas Voter ID Law

Thank you so much.

---

**From:** Ellis, Jacqueline [mailto:Jacqueline.Ellis@mail.house.gov]
**Sent:** Tuesday, January 25, 2011 4:49 PM
**To:** Wesley Nute
**Cc:** Dancy, Kevin; Mayo, Renee; Saavedra, Susie
**Subject:** FW: Rush: Opposition Letter to Texas Voter ID Law

Mr. Nute, pursuant to the Senator's (Sen. Royce West) request, Congressman Green has agreed to sign on the letter below. THANKS!

Jacqueline A. Ellis
Chief of Staff
Congressman Al Green
9th Congressional District-Houston, Texas
2201 Rayburn House Office Building
Washington, DC 20515
(202) 225-7508
(202) 225-2947 (Fax)
Jacqueline.Ellis@Mail.House.Gov
Sign up for Congressman Al Green's E-Newsletter at
http://www.house.gov/algreen/

 Please consider the environment before printing this e-mail.

---

**From:** Risher, Conrad
**Sent:** Tuesday, January 25, 2011 5:25 PM
**To:** Pinkele, Abigail; Murat, Bill; Mucchetti, Michael; Finney Brody, Perry; Blanco, Cesar; Humphrey, Connie; Rami,

1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2650

RW-PRIV000320

Alastair; Ellis, Jacqueline
**Cc:** Munoz, Leo
**Subject:** Rush: Opposition Letter to Texas Voter ID Law

I believe Leo Muñoz has already spoken with you about our intention to send a letter from the Delegation to Leticia Van de Putte, Chairman of the Texas Senate Democrats, stating our opposition to the voter identification law they intend to vote on tonight. Below, you'll find a draft letter. Please let me know if your boss will sign or if you should have any questions or concerns. Because the vote is tonight, we need very rapid turnaround so as to get this letter signed and emailed down to Sen. Van de Putte's office ASAP.

Conrad Z. Risher
Legislative Aide to
Congressman Charles A. Gonzalez (TX-20)
(202) 226-7536

Chairman Van de Putte,

    We are saddened that the promulgation of a misguided voter identification law has been given precedence in the 2011 Texas Legislative agenda over education, job creation, and providing Texans with access to affordable, quality healthcare. The people of Texas deserve to have their representatives focus your time on issues that will improve their lives, rather than one which is more likely to worsen them.

    Study after study has found almost no evidence of organized voter fraud, in Texas or anywhere in the country. There is simply no reason to believe that voter fraud is a pressing problem for Texas. But we know with certainty that voter identification laws prevent eligible voters from exercising their constitutional rights. Research has shown that a law like SB 14 would disenfranchise tens or even hundreds of thousands of Texans, the majority of them people of color, senior citizens, the disabled, students, and low income voters.

    We write to urge the Texas Senate to redirect your efforts towards legislation which would better serve your constituents and the State of Texas. There is so much good you can do. We encourage you to oppose SB 14.

                                    Sincerely,

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

RW-PRIV000321