**Steve Scheibal**

| | |
|---|---|
| **From:** | Ed Martin [edmdem@gmail.com] |
| **Sent:** | Wednesday, March 04, 2009 11:24 AM |
| **To:** | Harold Cook |
| **Cc:** | Glenn Smith; Sam Harper; Anthony Gutierrez; Jeff Rotkoff; Katrina Mendiola; Kirsten Gray; Steve Scheibal; laurie@angleandassociates.com |
| **Subject:** | Re: Voter ID Working Group tasks and conference call today |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

that would be excellent. and that's the kind of info we should share before the call or on the call so we're all on the same page.

Kirsten, could you please check with Glenn and divide up and assign press calls before the conf call?

On Wed, Mar 4, 2009 at 11:19 AM, Harold Cook <hc@haroldcook.com> wrote:

> Ed I think the Senators would like to go farther than just the study to refute the Indiana SOS, if possible. In a perfect world they'd like somebody from Indiana to show up and testify. I know Matt is working on this, and we have no idea if the effort will be successful, but that's the "perfect world" outcome they'd like.

**From:** Ed Martin [mailto:edmdem@gmail.com]
**Sent:** Wednesday, March 04, 2009 11:14 AM
**To:** Harold Cook; Glenn Smith; Sam Harper; Anthony Gutierrez; Jeff Rotkoff; Katrina Mendiola; Kirsten Gray
**Cc:** Steve.Scheibal@senate.state.tx.us; laurie@angleandassociates.com
**Subject:** Voter ID Working Group tasks and conference call today

All,

Matt suggested we have a working group conference call today - probably mid to late afternoon - so we can go over what we need to get done for the Senate hearing and immediately before and after Tuesday.

Before the call, we need to consider and agree on the following action items to make best use of our time. I tried to list who is working on these items below. Am I missing anything?

We are now focusing on only two public events - the hearing and a Monday afternoon press event. In the meantime, we have additional materials to prepare, private briefings to schedule, and press calls to make.

1. The Tuesday hearing
a. TDP and nonpartisan groups are working to build a crowd and get witnesses to register or testify -

3/5/2009

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2653

KPW-PRIV000275

Anthony, Katrina, Harold
b. Expert witnesses being ID'ed and schedules arranged - Sam and Harold
c. Materials prepared - Ed, Glenn, Harold

2. Monday Press Conference
a. Steve has on Senator Watson's schedule, Senator Van de Putte positive
b. Expert witness(es) participation and prep needs to be arranged - Sam, Harold, Ed
c. Nonpartisan participation needs to be arranged - Katrina, Harold
d. materials prepared - Glenn, Ed or Harold (?) with Steve/Senate staff and Katrina with nonpartisans

3. Materials/Research Needs
a. Experts developing friendly questions for Senators - Sam, Harold
b. Questions for Republican witnesses - Experts, Ed and Harold w/ Gerry Hebert
c. ID additional Studies to Rebut to R's Indiana claims - Sam with experts
d. Bureaucratic hurdles - Glenn developing graphic, Ed straight copy if needed with help from Katrina
e. Video? - Glenn
f. additional data on Women - Ed, Sam, Katrina

4. Press contacts:
a. Kirsten, Glenn, Ed and Harold divide up list for press contacts Thursday (including TV) to ID (or encourage) anyone writing weekend or lead strories and provide them information and message
b. Nonpartisans providing and vetting "real person" for feature story or TV piece - Katrina and Harold
c. Deliver Spanish language Hispanic press "vote suppression" frame - Anthony, Rick at TDP

5. Briefings
a. Schedule experts with Senators - Harold/Sam with experts, others working issue by Harold/Senator request
b. Possibly schedule experts with selected House Members - Jeff/Sam (and Matt), others working issue by Jeff/House Member request

Ed

3/5/2009

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

KPW-PRIV000276