## Steve Scheibal

| | |
|---|---|
| **From:** | Harold Cook <hc@haroldcook.com> |
| **Sent:** | Wednesday, March 04, 2009 2:57 PM |
| **To:** | Sara Gonzalez; Steve Scheibal; David Edmonson; Jeremy Warren; Graham Keever_SC; Warren von Eschenbach; Ian Randolph; Arturo Ballesteros; Hector Nieto; Tomas Larralde; Lara Wendler; Debra Gonzales |
| **Subject:** | Voter ID working group: Counterpoints to Republican claims about Indiana's law |
| **Attachments:** | Voter ID 09 Women and other issues.doc |

| | |
|---|---|
| **Importance:** | High |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| **Expires:** | Tuesday, August 25, 2009 12:00 AM |

| | |
|---|---|
| **Categories:** | Red Category |

Voter ID staff –

In anticipation of the expected Republican claim that the voter ID law did not reduce voter turnout following the initiation of the Indiana law, several members have asked for ammunition against that point. The article at the following link explains why that claim is ridiculous:

http://www.brennancenter.org/blog/archives/still_jumping_to_conclusions/

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014

**DEF2656**

KPW-PRIV000536