**Steve Scheibal**

| | |
|---|---|
| From: | Harold Cook <hc@haroldcook.com> |
| Sent: | Wednesday, March 04, 2009 9:11 AM |
| To: | Sara Gonzalez; Steve Scheibal; David Edmonson; Jeremy Warren; Graham Keever_SC; Warren von Eschenbach; Ian Randolph; Arturo Ballesteros; Hector Nieto; Tomas Larralde; Lara Wendler; Debra Gonzales |
| Subject: | Voter ID working group: Briefing book section on women and students |
| Attachments: | Voter ID 09 Women and other issues.doc |
| Importance: | High |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |
| Expires: | Tuesday, August 25, 2009 12:00 AM |
| Categories: | Red Category |

Voter ID staff –

I mentioned at the briefing meeting the other day that I'd be distributing an additional piece on the effects on women. It is attached; I suggest it be added to the briefing books in a new section entitled "Women and Students."

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY