**Steve Scheibal**

| | |
|---|---|
| From: | Amber Hausenfluck |
| Sent: | Wednesday, September 07, 2011 2:10 PM |
| To: | Steve Scheibal |
| Subject: | FW: DOJ Voter ID Call for TUESDAY |
| Attachments: | SB 14 DOJ One Pager.docx |

Amber Hausenfluck
Deputy Legislative Director
Senator Van de Putte, R.Ph.
E1.610
512-463-0126
amber.hausenfluck@senate.state.tx.us

**From:** Amber Hausenfluck
**Sent:** Friday, September 02, 2011 4:28 PM
**To:** leticiavandeputte@gmail.com
**Cc:** Leticia Van De Putte
**Subject:** DOJ Voter ID Call for TUESDAY

Hi Senator,

Attached please find the important provision of SB 14 (voter id bill). The second page is important facts I think the DOJ needs to know, especially that we have 81 counties that don't have OPEN DPS licensing stations. Also, as Harold mentioned in his email yesterday, the SOS's office can't produce the number of minority voters this bill will affect.

Please let me know if you would like any additional information. I have cc'd your state account in hopes that this attachment can be printed and put in your packet or printed for your use on Tuesday.

Have a great weekend. I am going to try to get to San Antonio on Monday, but it just depends on when my parents leave Austin. We are doing "lake house" shopping this weekend and they are scheduled to be departing sometime on Monday.

Thanks,

Amber

2:13-cv-193
09/02/2014
DEF2659

KPW-PRIV000568

## SB 14 – Voter ID
### IMPORTANT PROVISIONS

**Exemption from Photo ID Requirement** (63.001 Elections Code)
- Exemption for disability from regular procedure for accepting a voter if
    - documentation from US Social Security Administration evidencing applicant has been determined to have a disability; or
    - US Department of Veterans Affairs determines a disability rating of at least 50 %; AND
    - statement from SOS that applicant doesn't have a form of acceptable ID
- REMOVES **exemption for voters that are 70 years** or older on January 1, 2012 indicated by voter registration certificate (Senate Version)

**Forms of Acceptable ID**
- military ID card not expired over 60 days
- US passport not expired over 60 days
- license to carry a concealed handgun not expired over 60 days
- NO ID by tribal organization (House version)
- NO ID issued by the state (House version)

**Provisional Ballots**
- Provisional ballots SHALL be counted if
    - a person provides affidavit for reasons for not having an ID
        - religious objection to photograph
        - natural disaster
- REMOVES option for indigent voters to execute an affidavit (Senate Version)

**NEW CHAPTER in Transportation Code (Chapter 521A)**
- creates Election Identification Certificate issued by DPS
- allows a person to obtain a free election identification certificate or a duplicate election identification certificate if the person submits a voter registration application to election identification certificate may not be used or accepted as a personal DPS
- identification certificate
- election officer may not deny the holder of an election identification certificate the ability to vote
- the identification certificate must be similar in form, but distinguishable in color from a driver's license and a personal identification certificate.
- certificate expires on a date specified by DPS except if certificate is issued to a person 70 years or older (that certificate does not expire).

**Miscellaneous**
- REMOVES a statewide effort to educate low-income and minority voters about the new voter ID requirement (House Version)

1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

KPW-PRIV000569

## IMPORTANT FACTS TO BRING UP TO DOJ

**DPS FACTS** (CURRENT vs January 24, 2011)
- **Currently, 12 counties do not have DPS stations**
  - In January 13 counties do not have DPS stations -- Over 243,000 people live in these counties
- Currently, **81 counties have no office with an OPEN Drives License station (includes the 12 offices above)**
  - In January, 83 counties without an OPEN DPS station
  - DPS stations upgrading their computer systems and not timeline for when stations will be re-opened
- DPS officials are unsure if these new computer systems will function properly.
- New technology involves "air-cards" and internet based systems which may not function properly in all areas.
- DPS stations are only open Monday - Friday, with most closed during the lunch hours
  - places a burden on the working individuals
- There are **15 Drivers License offices that are open one day a week or less**
  - In January, 7 stations that operate only 1 day a week b/c of the upgrades taking place
- In San Antonio the VIA bus public transport system does not run to the Pat Booker DPS Station
- In Dallas, there is no public transportation provided to the Cedar Hill DPS Station.

### MONEY

- SOS's office sent out a letter dated January 25th, estimating that "an education program would **cost $2 million** and that **the state has sufficient HAVA funds** allocated for voter education and poll worker training that will cover this expenditure."
- The problem with this estimate is that the SOS's **office can't tell us the exact number of voters this new law will effect,** and what the racial make-up of those veterans is.
- Therefore, it **could cost way more than $2 million to educate voters** on such a big election law change.
- **The DOJ should ask the SOS's office to provide the data about the number people this change in law will affect. If the SOS's office can't provide the data, then they can't prove that SB 14 will have a non-discriminatory effect.**

2

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

KPW-PRIV000570