**Steve Scheibal**

| | |
|---|---|
| From: | Amber Hausenfluck |
| Sent: | Wednesday, September 07, 2011 2:07 PM |
| To: | Steve Scheibal |
| Subject: | FW: Senator Gallegos Request for information on DL |

Amber Hausenfluck
Deputy Legislative Director
Senator Van de Putte, R.Ph.
E1.610
512-463-0126
amber.hausenfluck@senate.state.tx.us

---

**From:** Amber Hausenfluck
**Sent:** Thursday, September 01, 2011 4:37 PM
**To:** Debra Gonzales
**Subject:** RE: Senator Gallegos Request for information on DL

Thanks Debbie! I emailed DPS to get the updated license station numbers. Hopefully I will receive them before Tuesday.

Thanks again,

Amber Hausenfluck
Deputy Legislative Director
Senator Van de Putte, R.Ph.
E1.610
512-463-0126
amber.hausenfluck@senate.state.tx.us

---

**From:** Debra Gonzales
**Sent:** Thursday, September 01, 2011 4:31 PM
**To:** 'HC@HAROLDCOOK.COM'; MaryAnn Carrion
**Cc:** Sara Gonzalez; Amber Hausenfluck
**Subject:** FW: Senator Gallegos Request for information on DL

Here you go, let me know if you have any questions.

Debra Gonzales
Legislative Director
Senator Gallegos
512-463-0106 office
512-463-0346 fax

---

**From:** DPS Government Relations [mailto:Government.Relations@dps.texas.gov]
**Sent:** Thursday, September 01, 2011 3:45 PM

6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2663

KPW-PRIV000667

**To:** Debra Gonzales
**Subject:** RE: Senator Gallegos Request for information on DL

Debbie,

I have confirmed with the Driver License Division that we are unable to provide the information the Senator seeks. DPS does not have access to the full voter registration database, so we have no way to make the requested comparison. You may remember during Session that we were asked several times how many Voter IDs DPS may be issuing, but we were unable to provide a number because we had no way to determine that. That still holds true.

Thank you,

Rhonda S. Trumble
Assistant Chief, Policy
Public Affairs and Policy
Texas Department of Public Safety
(512) 424-2037

---

**From:** Debra Gonzales [mailto:Debra.Gonzales@senate.state.tx.us]
**Sent:** Thursday, September 01, 2011 11:36 AM
**To:** DPS Government Relations
**Subject:** Senator Gallegos Request for information on DL

To whom it may concern,

I am formally requesting data from the Department of Public Safety on behalf of Senator Gallegos. The Senator wanted to get a copy of the data which showed the number of Texans who do have voter registrations, but who do not have driver licenses. If you do have this information, is it also available divided by Hispanic surname?
If this is something your office does not handle or does not exist, please write back and let me know. The timeline is as soon as possible. Thank you and if you have any questions feel free to email or call.

Debra Gonzales
Legislative Director
Senator Gallegos
512-463-0106 office
512-463-0346 fax

7

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

KPW-PRIV000668

## Steve Scheibal

**From:** Amber Hausenfluck
**Sent:** Wednesday, September 07, 2011 2:04 PM
**To:** Steve Scheibal
**Subject:** FW: Senator Gallegos Request for information on DL

Amber Hausenfluck
Deputy Legislative Director
Senator Van de Putte, R.Ph.
E1.610
512-463-0126
amber.hausenfluck@senate.state.tx.us

---

**From:** Amber Hausenfluck
**Sent:** Friday, September 02, 2011 4:29 PM
**To:** Harold Cook; Debra Gonzales
**Cc:** Sara Gonzalez
**Subject:** RE: Senator Gallegos Request for information on DL

FYI DPS Numbers:

### DPS FACTS (CURRENT vs January 24, 2011)

- **Currently, 12 counties do not have DPS stations**
    - In January 13 counties do not have DPS stations -- Over 243,000 people live in these counties
- Currently, **81 counties have no office with an OPEN Drives License station (includes the 12 offices above)**
    - In January, 83 counties without an OPEN DPS station
    - DPS stations upgrading their computer systems and not timeline for when stations will be re-opened
- DPS officials are unsure if these new computer systems will function properly.
- New technology involves "air-cards" and internet based systems which may not function properly in all areas.
- DPS stations are only open Monday - Friday, with most closed during the lunch hours
    - places a burden on the working individuals
- There are **15 Drivers License offices that are open one day a week or less**
    - In January, 7 stations that operate only 1 day a week b/c of the upgrades taking place

8

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

KPW-PRIV000669