## Notice of Intent (Full)

| | |
|---|---|
| Bill Number | HB 626 |
| Author | King, Phil | Christian | Macias | Paxton | Crabb |
| Analyst | Kenneth Besserman |
| Senate Committee | State Affairs |
| Senate Committee Absent | |
| Senate Committee Ayes | |
| Senate Committee Nays | |
| Senate Committee PNV | |
| Miscellaneous (Office) | |
| Voted Against In Committee (Office) | |
| Fiscal Impact | Not Evaluated |
| Analyst Comments (Office) | H.B. 626 requires a voter applicant to prove he or she is a United States citizen by furnishing a birth certificate or, if the person is a naturalized citizen, the city state, and year of taking the naturalization oath. The bill requires the voter registrar to verify with the secretary of state that the applicant is a United States citizen. |
| Analyst Recommendations (Office) | Very bad voter ID bill.  This is another bad voter ID bill that Dems have to stop.<br><br>SHB 626 will Create Insurmountable Obstacles to the Registration of U.S. Citizens<br><br>The Secretary of State will be unable to verify citizenship for many eligible voter applicants.<br><br>The Secretary of State's efforts to verify citizenship will be inefficient, costly, and untimely.<br><br>CSHB 626 Does Nothing to Address Voter Fraud<br><br>No verified evidence exists documenting cases of non-citizen registration and voting.  Investigations by the Texas Attorney General and Secretary of State records show no findings of non-citizen registration or voting.<br><br>HB 626 does not address the more plausible forms of voter fraud including ballot tampering, mail-in-ballots, voter intimidation, and electronic machine manipulation |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2664

Date Created: June 23, 2014 (5:02 PM)   Page 1 of 1

RE-PRIV000071