6/23/2014 — Voter ID letter for Stan Stanart

**From:** Tina Tran <Tina.Tran@senate.state.tx.us>
**To:** senatorrge <senatorrge@aol.com>
**Cc:** Brandon Dudley <Brandon.Dudley@senate.state.tx.us>
**Subject:** Voter ID letter for Stan Stanart
**Date:** Fri, Oct 4, 2013 2:18 pm

Senator, Sens. Whitmire and Garcia have agreed to sign on to the letter.

TT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2673

http://webmail1.mail.aol.com/38602-111/aol-6/en-us/mail/PrintMessage.aspx   1/1

RE-PRIV001665