6/23/2014 — FW: DPS / voter ID

**From:** David Edmonson <David.Edmonson@senate.state.tx.us>
**To:** senatorrge <senatorrge@aol.com>
**Cc:** Brandon Dudley <Brandon.Dudley@senate.state.tx.us>; Jeremy Brown <Jeremy.Brown@senate.state.tx.us>
**Subject:** FW: DPS / voter ID
**Date:** Thu, Sep 19, 2013 1:59 pm

Looks like we might've won. See the email below from Bud Kennedy.

**From:** Bud Kennedy [mailto:budken@gmail.com]
**Sent:** Thursday, September 19, 2013 1:56 PM
**To:** David Edmonson
**Subject:** Re: DPS / voter ID

Update: After saying walk-in applicants for voter ID cards would be checked for warrants, @TXDPS now says they won't check. Via Tom Vinger

Twitter @BudKennedy and @EatsBeat

Facebook "Bud Kennedy's Eats Beat"

Get alerts at http://www.rebelmouse.com/budkennedy

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2675

http://webmail1.mail.aol.com/38602-111/aol-6/en-us/mail/PrintMessage.aspx          1/1

RE-PRIV001692