**David Edmonson**

**From:** Sakina Lanig <slanig@gmail.com>
**Sent:** Monday, June 23, 2014 6:57 PM
**To:** David Edmonson
**Subject:** Fwd: Action Alert: Voter ID in Committee Tuesday

---------- Forwarded message ----------
From: **Boyd L. Richie** <yellowdog@txdemocrats.org>
Date: Mon, Feb 28, 2011 at 6:29 PM
Subject: Action Alert: Voter ID in Committee Tuesday
To: SLANIG@gmail.com

2:13-cv-193
09/02/2014
**DEF2677**

# ★ TEXAS DEMOCRATIC PARTY

Dear fellow Democrat,

**Your action is urgently needed.** Tomorrow, the House Select Committee on Voter Impersonation and Voter Fraud will hear SB 14, the Voter ID bill.

**To show your opposition to the Voter ID bill, you can:**

1. Attend the hearing, register your opposition to the bill or testify against it.

   8:00 AM, Tuesday, March 01, 2011
   John H. Reagan Building, Austin, TX; Room 140. View map here.

2. Call or email committee members – tell Republican members why you oppose the bill and thank our Democratic members for standing strong against it.

   Get committee member phone numbers and email links via this website.

**Key Points on the Voter ID Bill:**

- The Voter ID bill is a destructive solution to a problem that doesn't exist.
- In 2006 Texas Attorney General Greg Abbott led a "voter fraud" goose chase that cost Texas taxpayers $1.4 million and failed to prosecute a single case of voter impersonation (the only type of voter fraud addressed by voter ID requirements).

63

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

RE-PRIV001823

- Voter ID legislation is opposed by nonpartisan groups like the League of Women Voters because it is an attempt to use the reins of government to gain partisan advantage by making it harder for certain Texans to vote – especially the elderly, low income families, and people of color.
- Texas lawmakers should focus on the real emergency – our state's $27 billion budget shortfall – and stop playing politics with voting rights.

Thank you for your support in this important effort.

*Boyd L. Richie*

Boyd L. Richie
Chairman
Texas Democratic Party

**JOIN OUR EFFORT!**   **CONTRIBUTE TODAY!**

Contributions or gifts are not tax deductible for Federal income tax purposes.

Pol. Adv. paid for by the Texas Democratic Party, www.txdemocrats.org. This communication is not authorized by any candidate or candidate's committee.

505 W. 12th Street
Suite 200
Austin, TX 78701


send to a friend

TO UNSUBSCRIBE FROM THIS MAILING LIST, CLICK HERE
POWERED BY NGP VAN, INC.

--
S.N.L.!
Sakina

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

RE-PRIV001824