**David Edmonson**

**From:** Sakina Lanig <slanig@gmail.com>
**Sent:** Monday, June 23, 2014 10:20 PM
**To:** David Edmonson
**Subject:** Fwd: I'm a blogger now - Sondra Haltom

---------- Forwarded message ----------
From: **Carl Whitmarsh** <cewdem@earthlink.net>
Date: Tue, Aug 30, 2011 at 12:35 PM
Subject: I'm a blogger now - Sondra Haltom
To: Kevin Hoffman - GHDC <kjhman12002@yahoo.com>, Linda Morales <lindamorales72455@sbcglobal.net>, President Janaeya Carmouche - HCYD <jdcarmouche@gmail.com>, John Nechman <nechlaw@yahoo.com>, President Noel Freeman - HGLBT Pac <noel@noelfreeman.com>, Judge Phyllis Randolph Frye <PRFrye@aol.com>, Mother Ray Hill <hillray@sbcglobal.net>, President Phillip McNutt - HASD <phillipmcnutt@gmail.com>, Greg Jeu <Greg@outsmartmagazine.com>, Judge Barbara Hartle - COH PJ <bhartle710@aol.com>, Judge Charles A Spain Jr - COH <cspain@alumni.rice.edu>

----- Original Message -----
**From:** Sondra Haltom
**To:** Sondra Haltom
**Sent:** Tuesday, August 30, 2011 9:49 AM
**Subject:** I'm a blogger now

We're making one last push for signatures for our petition to DOJ to oppose the voter id bill.  We'll cut it off on Aug 31 and then send all the signatures and a cover letter to DOJ.  If you have not already, please sign and forward to others.  http://www.txdemocrats.org/doj-petition/

Also, in connection with the petition, I have written **my very first blog post**.  I am told this officially makes me a blogger.  Feel free to laugh.  You can read the post here http://www.txdemocrats.org/thepartyinsider/.

Sondra Haltom

Political Director

Texas Democratic Party

505 West 12th Street, Suite 200

65

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
**DEF2678**

RE-PRIV002033

512-478-9800 phone

512-480-2500 fax

Support the Texas Democratic Party by becoming a Texas Majority Builder at www.txdemocrats.org

--
S.N.L.!
Sakina

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

RE-PRIV002034