- o **Innocence Issues** -- You may want to be ready to file soon if these Dallas Exonerations happen.
    - You've done op-eds on these in the past -- you may not want to do again.
    - **Innocence commission** -- with rash of exonerations since last session this still may be worth pushing
    - **Increasing compensation for wrongfully convicted**, DA letter requirement, etc --
    - **Eyewitness identification Reform** -- We have a scaled down bill- still good-- that the Expert from El Paso said he will come testify on. Most of the exonerations in the past year have been eye id error.
- o **Hate Crimes** - mandatory sensitivity training, victim's confidentiality, hate crimes database, victim pseudonym
- o **ID Theft** -- I think you should file the whatever the respectable groups feel is the best legislation out there. An issue that effects everyone.
- o **HIV prison testing on entry, Condom distribution** --
- o **Prison Rape Bill** -- You expressed interest in this in the interim, so we had the research done and the advocates pull a bill and research together, ACLU-Prison Accountability Project interested in helping you push
- o **HPD bill requests**---just make them happy
- o **Sex Offenders**
    - **Ending Statute of Limitations on Sexual Abuse** - You and Eltife filed this bill last session. Dewhurst is now talking about this issue in the campaign. This will get you a good law and order stripe, and enhance your stance against the Death Penalty aspect ---- criminal defense lawyers hate the bill
    - **Online Child Predators**-- You were Senate Sponsor of bill form last session. We have new improved bills we can file form other states in this area
    - **Death Penalty Defense**-- We have lined up many child advocate organizations who are against this in case you want o mobilize a defense
- o **Substance Abuse treatment diversion - Under the radar** -- I think this may be the most significant thing that you have me working on in terms of the number of real lives it could make a difference and altering our criminal justice system. But I think it is stuff, at least at this point, that is done more effectively without a great deal of noise. A lot of time and work to totally restructure the nature of an entire branch of the CJ system.
- o Banning execution of MR, habeas, clemency and other DP related stuff

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

RE-PRIV003482