being photographed and voters who do not have any photo identification as a result of certain natural disasters as declared by the President of the United States or the Texas Governor. These voters may cast a provisional ballot at the polls and, in order for their vote to count, must sign an affidavit attesting to those facts in the presence of the county voter registrar within six days of the election date.

**Provisional Ballots**

Voters who show up at their polling place and discover they do not have a valid form of photo identification will be able to cast a provisional ballot. A provisional ballot, however, will not count unless the voter takes additional action after election day to prove they have the proper photo identification. In order for their vote to count, these voters have up to six days after the election to present to the county voter registrar appropriate photo identification.

**Election Identification Certificate**

If you or a family member do not have one of the forms of photo identification listed above, there is a free option available. The change in law creates a new form of photo identification called an election identification certificate, which the Texas Department of Public Safety will issue. Registered voters or those eligible to register who do not have a required form of photo identification may apply for the election identification certificate at any DPS driver license office. There is no fee for the certificate, but an applicant for an election identification certificate will be required to provide two pieces of secondary identification, or one piece of secondary identification and two supporting documents. If a voter does not possess any of these documents, the least expensive option will be to spend $22 on a copy of the voter's birth certificate.

HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

RE-PRIV004613