Michael Ruggieri

From: Jason Hassay
Sent: Tuesday, January 25, 2011 10:38 AM
To: Michael Ruggieri; Mark Langford; Mark Reyna; Roy Attwood; Elisabeth Crawford
Subject: FW: Early vote by mail - problem Frasier just fell into

FYI...

From: Ray Martinez
Sent: Tuesday, January 25, 2011 9:58 AM
To: Harold Cook; Amber Hausenfluck; Steve Scheibal; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
Subject: RE: Early vote by mail - problem Frasier just fell into

All,

Some thoughts below on the use of HAVA funds to pay for photo ID education, in case this helps with anyone's line of questioning:

Fraser keeps talking about using HAVA funds (federal money) to pay for photo ID education. It is possible to use some HAVA funds on voter education, particularly voter education about voting procedures. So it would theoretically be possible to use those funds for voter outreach although doing so means that we are diverting scarce funding from other important election efforts, such as disability access, support for non-English speaking voters, poll worker training, and further modernizing/automating registration under motor voter (and isn't it ironic that Republican are OK using federal funds for photo ID implementation but they reject money for other important purposes?). Also, TX has to date begun to make important progress with regard to voter registration modernization...in my view, it would be misguided to divert attention from this priority, especially when it would make sense to expand automated registration processes to social service offices.

Also, there have been examples of secretaries of state who have gotten into trouble based on misuse of HAVA funds (both republican and democrats) and problems could arise if funds spent on voter outreach were not carefully accounted for.

Finally, to divert funds to a new voter education purpose, it would be necessary for that to be included in the TX HAVA plan; I have not reviewed the plan lately, but if it does not include funds for voter education on photo ID, it would need to be amended and the new uses of HAVA funds for photo ID education would need to be approved by the federal Election Assistance Commission.

Ray Martinez
Chief of Staff and General Counsel
Office of Senator Judith Zaffirini
Director, Senate Higher Education Committee

1

2:13-cv-193
09/02/2014
DEF2686

CU-PRIV000001

(512) 463-0121
ray.martinez@senate.state.tx.us

**From:** Harold Cook [hc@haroldcook.com]
**Sent:** Tuesday, January 25, 2011 9:20 AM
**To:** Amber Hausenfluck; Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** Early vote by mail - problem Frasier just fell into

Frasier just implied to Uresti that if it's too much trouble to get an ID, they can just vote early by mail. But not all voters are eligible to vote early by mail. Here's who can:

You may vote early by mail if you are:

- going to be away from your county on Election Day and during early voting;
- sick or disabled;
- 65 years of age or older on Election Day; or
- confined in jail, but eligible to vote.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CU-PRIV000002