Michael Ruggieri

**From:** Jason Hassay
**Sent:** Thursday, January 27, 2011 10:18 AM
**To:** Micah Rodriguez; Michael Ruggieri
**Subject:** FW: Voter ID Amendments
**Attachments:** Voter ID Amendments.docx

Jason Hassay
Chief of Staff & General Counsel
Office of Senator Carlos I. Uresti
512-463-0119 phone
512-463-1017 fax

**From:** Amber Hausenfluck
**Sent:** Thursday, January 27, 2011 9:04 AM
**To:** Graham Keever_SC; Micah Rodriguez; Harold Cook; Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Cc:** Ida Garcia
**Subject:** Voter ID Amendments

Hello all,

Attached is a list of the Vote ID Amendments presented yesterday. Those that were accepted are in bold. Thanks to Ida for compiling the list yesterday on the Senate Floor!

Amber Hausenfluck
Deputy Legislative Director
Senator Van de Putte, R.Ph.
E1.610
512-463-0126
amber.hausenfluck@senate.state.tx.us

**From:** Graham Keever **On Behalf Of** Graham Keever_SC
**Sent:** Wednesday, January 26, 2011 8:51 PM
**To:** Micah Rodriguez; Harold Cook; Amber Hausenfluck; Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** RE: Ray Martinez is famous

Rise and shine, it's a New Legislative Day!

**From:** Micah Rodriguez
**Sent:** Wednesday, January 26, 2011 5:04 PM
**To:** Harold Cook; Amber Hausenfluck; Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** RE: Ray Martinez is famous

Maybe we'll see Ray on the next season of Dancing with the Stars

1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2687

CU-PRIV000007

**From:** Harold Cook [mailto:hc@haroldcook.com]
**Sent:** Wednesday, January 26, 2011 5:03 PM
**To:** Amber Hausenfluck; Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** Ray Martinez is famous

Ray Martinez is famous.

Or would that be infamous? You be the judge. All I know is, Tom DeLay's mugshot looked friendlier.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

### Voter ID Amendments

1. Watson - increase penalties for voter suppression
   a. Tabled (19-11)
2. Davis - DPS shift of burden of notice if ID is for purpose of voting, then tell them for free
   a. Tabled (19-11)
3. Gallegos/Lucio/Hino - notice posting in all languages voter info available
   a. Acceptable to author; adopted
4. Lucio/Hino - posted notice in English and Spanish
   a. Pulled in light of passage of #3
5. **Zaffirni - requires photo notice to be separate from other notices**
   a. **Acceptable to author; adopted**
6. Davis - name doesn't match, then affidavit
   a. Tabled
7. LVP - college student ID
   a. Tabled (19-11); Frasier says SoS does not look at addresses
8. Davis - college ID
   a. pulled
9. Hino - extension of notice/full implementation to 2017
10. Zaffirni - affidavit to use voter reg. cert.
    a. Tabled (18-12)
11. Davis/Ellis (not in packet) - women with different names on ID's
    a. Amend to amend (Frasier) take out affidavit provision (2) b/c SoS says current policy to ask for certificate - not acceptable to Davis
    b. Tabled 18-12
12. Davis - name differences
    a. Tabled (19-11)
13. Davis - expired ID
    a. Tabled (19-11)
14. Lucio - thumbprint ID
    a. Tabled (19-11)
15. Davis - allowance for expired ID's only if expired after last general election (modeled after Indiana)
    a. Temporary w/draw
    b. Tabled
16. LVP - 2 alternate forms of ID
17. Gallegos - temporary drivers license
    a. tabled
18. **Hino - concealed hand gun**
    a. **adopted**
19. Ellis - student ID
    a. Tabled
20. West - elderly exemption
    a. Tabled 19-11
21. West - medicare card
22. Lucio
    a. Tabled 19-11

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

CU-PRIV000009

23. Lucio - expired license given 60 day window
    a. **Acceptable and adopted**
24. Hino - photo/voter registration card…county option
    a. tabled
25. Gallegos
    a. Tabled 19-11
26. Gallegos - require DPS offices to be within 5 miles of public transp.
    a. tabled
27. Lucio - notice of name change
28. Ellis - same day
    a. tabled
29. Gallegos
    a. Tabled 19-11
30. Ellis/Uresti/Rodriguez - SoS annual report regarding disparate impact
    a. Tabled 19-11
31. LVP - SOS and Comp certify
    a. Tabled 19-11
32. **Watson - "ogden amendment"**
    a. **Acceptable and adopted 30 - 0**
33. West - school funding maintained
    a. Tabled
34. Ellis - effective date
    a. Tabled
35. **Patrick - if disabled and want to be exempt, just send doctor letter to SoS**
    a. **Acceptable and adopted**
36. Davis - permanent absentee status if disabled
    a. Tabled 19-11
37. Davis - Registration outreach, status, registration, voting places, ombudsman at state level re: issues
    a. Tabled 19-11
38. Davis - notice of removal from registry: death, outside country or county, cancellation
    a. Tabled 19-11
39. Davis - indigent voters provisional ballot/affidavit
    a. Pulled down
40. Duncan/Ogden/Patrick - indigent person as defined by state law then can cast provisional ballot, affidavit with registrar (or religious objection to photograph)
    a. Adopted 30-0
41. Davis (adaption of floor #6) match names, substantially similar and affidavit
    a. Acceptable and adopted 30 - 0

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CU-PRIV000010