**Jason Hassay**

| | |
|---|---|
| From: | Amber Hausenfluck |
| Sent: | Friday, April 01, 2011 11:23 AM |
| To: | Harold Cook; Steve Scheibal; Ray Martinez; David Edmonson; Debra Gonzales; Will Krueger; Jason Hassay; Lara Wendler; Micah Rodriguez; Dan Buda; Graham Keever_SC; Sara Gonzalez; Oscar Garza; Gonzalo Serrano; Sushma Smith |
| Cc: | Ida Garcia |
| Subject: | RE: Voter ID Working Group: Yup, it's back. |

I put in a draft for #2. Steve is going to put in a draft for #1. If one of your boss's wants to offer number 2, that is cool. I am just getting it drafted. ;)

Amber Hausenfluck
Deputy Legislative Director
Senator Van de Putte, R.Ph.
E1.610
512-463-0126
amber.hausenfluck@senate.state.tx.us


-----Original Message-----
From: Harold Cook [mailto:hc@haroldcook.com]
Sent: Friday, April 01, 2011 11:09 AM
To: Steve Scheibal; Amber Hausenfluck; Ray Martinez; David Edmonson; Debra Gonzales; Will Krueger; Jason Hassay; Lara Wendler; Micah Rodriguez; Dan Buda; Graham Keever_SC; Sara Gonzalez; Oscar Garza; Gonzalo Serrano; Sushma Smith
Subject: Voter ID Working Group: Yup, it's back.

Voter ID working group: (yes, you thought this group was dead. How silly of you)

The voter ID bill is back for concurrence with House amendments, or refusal to concur and a conference committee.

There might be some value in a motion to instruct the conferees, on two issues:

1. putting the Ogden amendment back into the bill. (which Watson did in the Senate, but it disappeared in the House)

2. adding a provision which says that the law does not take effect until after the bill passes Voting Rights Act pre-clearance requirements with the Department of Justice of the DC Court.

Either of these two instructions would probably be voted down, if only because Democrats make the motion. Even if Fraser takes the amendments, I'm guessing they would not appear in the final conference report. Either way, there is some message and legal value to making the effort.

I recommend that we at least maintain our boss' ability to offer these instructions when it comes up next week, so is somebody willing to get council to draft them?

2:13-cv-193
09/02/2014
DEF2688

CU-PRIV000033

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY