**Jason Hassay**

From: Harold Cook <hc@haroldcook.com>
Sent: Thursday, January 27, 2011 2:28 PM
Subject: DEM CAUCUS: Attn Senators, Leg Dir's, Chiefs

I wanted to send this to the entire list instead of just the voter ID working group list, because a lot of the Senators and Chiefs are not on the working group list. I also added Senators who are not generally on the regular Democratic Caucus distribution list.

I don't think I have ever seen the Senate Democrats, and all their staff members, work better together, or create a better work product, than during this voter ID situation. I also haven't seen so many legislative staff put in such long grueling hours and be so productive this early in a legislative session. And I've never seen smarter work out of everybody involved.

There wasn't a weak moment in the process, nor a weak link in the team, elected or staff. In hindsight, Lt. Governor Dewhurst may have made one tactical miscalculation in calling this up so early. Since there were no committee hearings competing for Senator and staff time, Senators' attentions weren't as divided as they would normally be, and it was amazing to watch what these people can accomplish when they have the time to focus in on one issue for a few days.

I'm always saying that if you can't win, you have to lose right. That is even more important in a situation which is sure to end up in the Federal courts and at the Department of Justice for serious review. The Senate Democrats did everything they needed to do, and did it better than ever. And without exception the staff members assigned to this issue made our bosses proud.

Thank you for a job very well done.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2690

CU-PRIV000037