**Jason Hassay**

**From:** Oscar Garza
**Sent:** Wednesday, January 26, 2011 2:54 PM
**To:** Amber Hausenfluck; 'hc@haroldcook.com'; Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; 'GLKeever@aol.com'; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; 'larawendler@sbcglobal.net'; Gonzalo Serrano; Sushma Smith
**Subject:** Updates on Hinojosa's Amendments

1. Patrick is going to co-author our CHL amendment. They also wanted to specify that it must be a Texas CHL, which ours did but whatever.

2. Also, our amendment in regards to the notification requirements that expired in 2013 (which we originally wanted to continue forever) has now been changed to 2017. Fraser brought that to us. Hinojosa agreed.

That's it for now.

Oscar


Sent via BlackBerry

----- Original Message -----
From: Amber Hausenfluck
To: Harold Cook <hc@haroldcook.com>; Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever <GLKeever@aol.com>; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler <larawendler@sbcglobal.net>; Gonzalo Serrano; Oscar Garza; Sushma Smith
Sent: Wed Jan 26 13:37:48 2011
Subject: Betty King Room

Senator Van de Putte just called me. She said to advise all of you to get to the Betty King Room now with all of your Vote ID stuff.

Thanks,

Amber Hausenfluck
Deputy Legislative Director
Senator Van de Putte, R.Ph.
E1.610
512-463-0126
amber.hausenfluck@senate.state.tx.us


-----Original Message-----
From: Harold Cook [mailto:hc@haroldcook.com]
Sent: Tuesday, January 25, 2011 3:42 PM
To: Amber Hausenfluck; Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

34

2:13-cv-193
09/02/2014
**DEF2691**

CU-PRIV000046

Subject: reward

I'll buy a round of drinks for the Senator who forces that witness to say "I would have to defer to the Indiana Secretary of State for that answer." :)