**Jason Hassay**

From: Graham Keever on behalf of Graham Keever_SC
Sent: Wednesday, January 26, 2011 10:10 AM
To: Jason Hassay; Graham Keever_SC; Harold Cook
Subject: RE:

Well that's the real question. Are they going to do it Thursday, or tonight at 9:20? I also didn't really understand the vote to take it up as a special order, I thought it was already a special order. Honestly, I wasn't even sure from reading the rules how the Committee of the Whole was to operate. For example, most committees about rules about things like bill analyses and fiscal notes. COW operates under senate rules, as applicable or something. So it's a committee, but it's not a committee . . . water under the bridge, except for the question about whether I will be on the floor at midnight tonight.

-----Original Message-----
From: Jason Hassay
Sent: Wednesday, January 26, 2011 9:52 AM
To: Graham Keever_SC; Harold Cook
Subject: RE:

Great question Graham.

Not sure I have this right but here is how I understood it.

Obviously SB 14 passed out of COW, 20-12. They then voted to take it up as a special order or special something (basically allowing them to take it up first thing after it was laid out for 24 hours). It passed 19-12. So to the world it looks like the bill will be read a second time at 9:20pm.

From the sound of it they will take things up on Thursday, where we will have a chance to add amendments.

Then move to third reading and final passage.

Thanks.

-Jason


Jason Hassay
Chief of Staff & General Counsel
Office of Senator Carlos I. Uresti
512-463-0119 phone
512-463-1017 fax

-----Original Message-----
From: Graham Keever On Behalf Of Graham Keever_SC
Sent: Wednesday, January 26, 2011 9:29 AM

36

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2692

CU-PRIV000048

To: Harold Cook; Amber Hausenfluck; Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
Subject: RE:

Anyone care to review procedurally what happened at the end last night? I am just trying to avoid cracking the rule book to refresh my memory.

-----Original Message-----
From: Harold Cook [mailto:hc@haroldcook.com]
Sent: Tuesday, January 25, 2011 8:50 PM
To: Amber Hausenfluck; Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
Subject:

for the next pro-bill witness who says this is happening now, for whoever is annoyed with it:

1. so you're sure this voter fraud is happening now?

2. do you agree with others who have testified that only a few such fraudulent votes can effect the outcome of an election?

3. are you aware that Republicans won virtually every close election in the state of Texas last November?

4. extending your logic, you seem to be testifying that the some Republicans somewhere may have won based on fraudulently-cast votes on behalf of Republican candidates, right?

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
CU-PRIV000049