**Jason Hassay**

**From:** Harold Cook <hc@haroldcook.com>
**Sent:** Tuesday, January 25, 2011 7:21 PM
**To:** Amber Hausenfluck; Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** witness question

Here's a good question for Ann:

She's said they're spending $3 million per election cycle in educating voters, in a situation where there isn't a major change to the process to vote.

But she's estimated that it will cost $2 million - a full million less - to educate voters on a big change?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2693

CU-PRIV000057

45