Jason Hassay

**From:** Debra Gonzales
**Sent:** Tuesday, January 25, 2011 6:49 PM
**To:** Harold Cook; Amber Hausenfluck; Steve Scheibal; Ray Martinez; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** RE: Amendment and talking points
**Attachments:** SUSPENDED temporary driving permits tp's.doc; Suspended DL.doc; DIC-25[2].pdf

Hey Guys,

I thought I'd give you guys our T.P.'s and amendment language since my boss mentioned this more than once on the floor.

This adds into Section 12, Suspended Temporary Driver License Permits, which are.....drum roll.....confiscated. The DPS form attached is given by officers to arrested individuals for certain offenses involving intoxication and driving. It serves as a temporary driver license, and contain no photo and is valid for 40 days. If a judge has not ruled on your case then it is still valid, but appears expired except for a small sentence in the box. But in Harris County, courts are back up for months and court dates are reset numerous times.

Thus, here is a DL by DPS that does not contain a photo and is valid when it appears expired.

Hope that helps

Debbie Downer

---

From: Harold Cook [hc@haroldcook.com]
Sent: Tuesday, January 25, 2011 3:41 PM
To: Amber Hausenfluck; Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
Subject:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2694

CU-PRIV000058