**Jason Hassay**

From: Harold Cook <hc@haroldcook.com>
Sent: Tuesday, January 25, 2011 4:59 PM
To: Amber Hausenfluck; Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
Subject: This witness - Dr. Tijerina

Our witness, Dr. Andres Tijerina, has no suggested questions in the previously-distributed suggested questions I emailed last night, because I had not had the opportunity to talk with him until today.

He would like to be asked the following:

1. Is there any evidence that otherwise-innocuous or beneficial election laws may have actually had the intent to disenfranchise Mexican-American voters?

2. Is there any evidence that old historical discriminatory actions are relevant or applicable today?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2695

CU-PRIV000059