Jason Hassay

**From:** Harold Cook <hc@haroldcook.com>
**Sent:** Tuesday, January 25, 2011 3:18 PM
**To:** Amber Hausenfluck; Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** On point for this witness

- We now know that **Indiana's law has actually disenfranchised real citizens.** In contrast, no party or *amicus* cited even one case of impersonation at the polls in Indiana to the Supreme Court. In fact, **more real Hoosiers have been disenfranchised by the law in the last four years than the number of reported cases of impersonation at the polls cited to the Supreme Court - from anywhere in the country - in the last two decades.** For example, in limited-turnout local elections in Marion County, Ind. in 2007, 32 voters cast ballots that could not be counted because of the voter ID law. **Moreover, these were long-time voters: 14 of them had previously voted in at least 10 elections.**
http://www.brennancenter.org/page/-/Democracy/_%20ID-related%20stats.pdf

Also - voter ID supporters claim the voter ID law actually increased participation, which is absurd - what increased participation is voter excitement about Obama's candidacy.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2697

CU-PRIV000065

53