**Jason Hassay**

| | |
|---|---|
| From: | Micah Rodriguez |
| Sent: | Tuesday, January 25, 2011 2:49 PM |
| To: | Jason Hassay; jhassay@gmail.com |
| Subject: | FW: HHSC Interim Charge #1 Letter to Sen. Nelson and Sen. Duncan |
| Attachments: | 82nd Session Letter to State Affairs and HHS Final (3).doc |

Lucio, Van de Putte, Zaffirini, Ellis, and West have all agreed to sign.

Micah Rodriguez, JD
Policy Analyst
Office of Sen. Carlos Uresti
Phone: 512-463-0119
Fax: 512-463-1017
Email: micah.rodriguez@senate.state.tx.us

Please consider the environment before printing this e-mail

---

**From:** Micah Rodriguez
**Sent:** Monday, January 24, 2011 11:07 AM
**To:** 'Carlos Uresti'
**Subject:** HHSC Interim Charge #1 Letter to Sen. Nelson and Sen. Duncan

Senator,

Here is that letter I mentioned to you last week that Anne Dunkelberg with CPPP was helping out with. I will put a hard copy in the front pocket of your binder as well.

I looked it over, and I looks good to me. Thus far Lucio and Van de Putte have agreed to sign.

Please let me know what you want to do or if you need any more info and I will coordinate with staff.

Thanks Senator,

Micah Rodriguez, JD
Policy Analyst
Office of Sen. Carlos Uresti
Phone: 512-463-0119
Fax: 512-463-1017
Email: micah.rodriguez@senate.state.tx.us

Please consider the environment before printing this e-mail

2:13-cv-193 09/02/2014 DEF2698

CU-PRIV000066