**Jason Hassay**

| | |
|---|---|
| From: | Harold Cook <hc@haroldcook.com> |
| Sent: | Tuesday, January 25, 2011 1:27 PM |
| To: | Amber Hausenfluck; Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith |
| Subject: | picking cucumbers |

I don't think Frasier ever said where he was picking cucumbers, but if memory serves, he's from Big Spring Texas, in Howard County. The DPS license office that serves the county is open from 8:30-5 pm, M-F only. No hours open on Saturday. And, oh yeah, they close every day for lunch from 1-2 pm.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2700

CU-PRIV000087

75