**Jason Hassay**

**From:** Janis Reinken
**Sent:** Tuesday, January 25, 2011 11:02 AM
**To:** Jason Hassay
**Subject:** RE: some Q's maybe the Senator could use ...

If you can think of any info I can help you with, I'd be glad to try from "the wings." As you probably know, the potential voter fraud on election day is far less likely than in the registration process itself. Taking time to verify the voter's appearance and match it with the ID is going to slow down the voting process at the polls -- and lots of people don't look like the photo in their ID any more..........it's very subjective to expect the election worker to compare and verify facial recognition. The chances of someone presenting a voter certificate that is not theirs is basically miniscule -- truly, who would steal someone else's ID when there are many other things of monetary value a thief could use? Use of a family member's certificate by mistake is possible but is an error that can be caught by the election workers who can compare the date of birth on the card [and in the laptop if the precinct is using them] if Jr. happens to have Sr.'s voter certificate and ask if they have the correct certificate.

*Janis Reinken, Attorney*
*Chief of Staff*
*Office of the Honorable Ruth Jones McClendon*
*State Representative, House District 120*
*Capitol Building, 3S.2*
*P. O. Box 2910*
*Austin, Texas 78768*
*512.463.0708*

**From:** Jason Hassay
**Sent:** Tuesday, January 25, 2011 10:36 AM
**To:** Janis Reinken
**Subject:** RE: some Q's maybe the Senator could use ...

Thanks Janis.

Appreciate it.

**From:** Janis Reinken
**Sent:** Tuesday, January 25, 2011 10:11 AM
**To:** Jason Hassay
**Subject:** some Q's maybe the Senator could use ...

Q 1) how do you reconcile the fact that the address on the DL is only renewed every 6 years, and not everyone complies with the present requirement to update their address within 30 days if they move? The voter registration certificates are updated more frequently than that. [Should Texas have a requirement that DL's be updated every 2 years?]

Q 2) it is troublesome that the DL or Photo ID is not a requirement for anyone to reside legally in this state; there is no requirement that every adult be a licensed vehicle driver and there is no requirement that every adult must have a photo ID -- so why would a DPS-issued photo ID or DL be a prerequisite for voter registration?
Why not have the photo ID on the voter registration certificate so that voters do not have to have a DPS-issued ID given that there is no requirement to have one?
Why not have the DPS be in charge of automatic voter registration if someone obtains a DL or Photo ID from the DPS?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2702

78

CU-PRIV000090