**Jason Hassay**

**From:** Harold Cook <hc@haroldcook.com>
**Sent:** Tuesday, January 25, 2011 7:45 AM
**To:** Amber Hausenfluck; Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** VID Working Group: chat room

Folks, there were only 3 people who expressed enough interest to give me screen names to set up a chat room. Since there isn't critical mass, for any info I provide, I would need to send through multiple means to get the info out, so the chat room idea will actually slow us down.

So I think we should just do this over email, using this distribution. If anybody needs to be added to this distribution for today, please let me know.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2703

CU-PRIV000101