**Jason Hassay**

**From:** Dan Buda
**Sent:** Monday, January 24, 2011 9:53 PM
**To:** Jason Hassay
**Subject:** RE: Amendments
**Attachments:** SB 14 amendment - nursing home exemption.pdf; SB 14 amendment - nursing home exemption.doc

Here's the drafts for the nursing home exemption. Haven't gotten the 65+ one back yet.

Dan Buda
Chief of Staff
State Senator Wendy Davis
(512)463-0110
dan.buda@senate.state.tx.us

---

**From:** Jason Hassay
**Sent:** Monday, January 24, 2011 9:50 PM
**To:** Dan Buda
**Subject:** RE: Amendments

I appreciate it Dan.

If you don't mind releasing those or sharing those with us I will be sure to share with the Senator he would have the option to possibly sponsoring the amendment.

You are doing some great work my friend. Keep it up.

-Jason

Jason Hassay
Chief of Staff & General Counsel
Office of Senator Carlos I. Uresti
512-463-0119 phone
512-463-1017 fax

---

**From:** Dan Buda
**Sent:** Monday, January 24, 2011 9:48 PM
**To:** Jason Hassay
**Subject:** RE: Amendments

Definitely - we're reconvening in the office pretty early tomorrow, so we should have it all sorted out then. I'll let you know. Also, if we don't offer one or either of these, let me know if you'd want to have your boss offer them. I don't imagine Wendy wanting to offer all of the dozen-ish amendments we drafted.

Dan Buda
Chief of Staff
State Senator Wendy Davis
(512)463-0110
dan.buda@senate.state.tx.us

---

**From:** Jason Hassay
**Sent:** Monday, January 24, 2011 9:46 PM

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2707

**To:** Dan Buda
**Subject:** RE: Amendments

Dan,

If you do either of these I would like to have Uresti sign on:

**Summary: Exemption for Nursing Homes**
- Exempts those from ID requirements if affidavit is signed claiming the voter lives in nursing homes or residential care facility

**Summary: Exemption for those 65+**
Voters 65 years or older are allowed to use expired drivers licenses as proof of identification to vote

Jason Hassay
Chief of Staff & General Counsel
Office of Senator Carlos I. Uresti
512-463-0119 phone
512-463-1017 fax

**From:** Dan Buda
**Sent:** Monday, January 24, 2011 9:10 PM
**To:** Sara Gonzalez; Amber Hausenfluck; David Edmonson; Graham Keever_SC; Debra Gonzales; Harold Cook; Steve Scheibal; Ray Martinez; Will Krueger; Jason Hassay; Graham Keever; Micah Rodriguez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** RE: Amendments

Attached is a list of summaries for Davis amendments. Still not decided on which ones we're going to offer.

Dan Buda
Chief of Staff
State Senator Wendy Davis
(512)463-0110
dan.buda@senate.state.tx.us

**From:** Sara Gonzalez
**Sent:** Monday, January 24, 2011 9:00 PM
**To:** Amber Hausenfluck; David Edmonson; Graham Keever_SC; Dan Buda; Debra Gonzales; Harold Cook; Steve Scheibal; Ray Martinez; Will Krueger; Jason Hassay; Graham Keever; Micah Rodriguez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** RE: Amendments

Lucio is still going with the ones I sent earlier. Attached are some one-pagers on what they do.

**From:** Amber Hausenfluck
**Sent:** Monday, January 24, 2011 7:52 PM
**To:** David Edmonson; Graham Keever_SC; Dan Buda; Debra Gonzales; Harold Cook; Steve Scheibal; Ray Martinez; Will Krueger; Jason Hassay; Graham Keever; Micah Rodriguez; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** RE: Amendments

Senator Van de Putte is interested in the following:

1. 2 alternative forms of ID (taken from SB 382 from the 81st)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CU-PRIV000114

2. Changes in the law do not take effect unless the comptroller determines that the legislature has appropriated the amount of money appropriate entities that is necessary to fully fund the implementation of this Act. The Changes in law do not take effect unless the Secretary of State has received certification from every county that they have completed the training and outreach designated in SB 14.
3. Mandating the poll workers check ID's for the sole purpose of identity and not to check where one lives

The talking points for the above amendments are attached.

I will bring the other amendments Senator Van de Putte had drafted to the floor tomorrow in case anyone wants to offer any of them.

Thanks,

Amber Hausenfluck
Deputy Legislative Director
Senator Van de Putte, R.Ph.
E1.610
512-463-0126
amber.hausenfluck@senate.state.tx.us

---

**From:** David Edmonson
**Sent:** Monday, January 24, 2011 6:14 PM
**To:** Graham Keever_SC; Dan Buda; Debra Gonzales; Harold Cook; Amber Hausenfluck; Steve Scheibal; Ray Martinez; Will Krueger; Jason Hassay; Graham Keever; Micah Rodriguez; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** RE: Amendments

Sen. Ellis is still going with the three I outlined yesterday. A few staffers have talked to me about their boss signing on to one of the amendments. If your boss is interested in signing on, have them talk to Ellis tomorrow morning to physically sign the amendment.

I've attached the text and a Q&A for each amendment as background. Thanks

David

---

**From:** Graham Keever **On Behalf Of** Graham Keever_SC
**Sent:** Monday, January 24, 2011 6:02 PM
**To:** Dan Buda; Debra Gonzales; Harold Cook; Amber Hausenfluck; Steve Scheibal; Ray Martinez; David Edmonson; Will Krueger; Jason Hassay; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** Amendments

As of right now, we're running with the Medicare card amendment only.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CU-PRIV000115