**Jason Hassay**

**From:** Debra Gonzales
**Sent:** Sunday, January 23, 2011 5:51 PM
**To:** Harold Cook; Jason Hassay
**Cc:** Amber Hausenfluck; Steve Scheibal; Ray Martinez; David Edmonson; Will Krueger; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** RE: Amendments request por favor?

Harold,

This is what we have so far. We are still waiting for our DPS location amendment, and working on tweaks on our changing the effective date amendment. They are all very simple and straight forward amendments, one pagers.

1. SCA - SB 14 - voter ID - location of DPS officers to process driver's licenses. (we are also working on another version of this one)
2. SCA - SB 14 - voter ID - change effective date to Jan 1, 2014. (after the presidential election ☺, as a way to allow people proper time to obtain a DL)
3. SCA - SB 14 - voter ID - education materials in all languages. (to be added to the voter education SB 14 requires - in each language in which voter registration materials are already available in)
4. SCA - SB 14 - voter ID - school ID as acceptable form of identification. (pretty straight forward, all accredited institutions of public or private, higher ed as well as high school)

Debra Gonzales
Legislative Director
Senator Gallegos
512-463-0106 office
512-463-0346 fax

---

**From:** Harold Cook [mailto:hc@haroldcook.com]
**Sent:** Sunday, January 23, 2011 5:36 PM
**To:** Jason Hassay
**Cc:** Debra Gonzales; Amber Hausenfluck; Steve Scheibal; Ray Martinez; David Edmonson; Will Krueger; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** Amendments request por favor?

Folks, if I could get a reply from each office on amendments each office has drafted for voter ID it might help the Senators' conference call more productive. No huge explanation necessary, just one sentence summaries?

On Jan 23, 2011, at 4:47 PM, Jason Hassay <Jason.Hassay@senate.state.tx.us> wrote:

> We did an informal break down but only have our notes in pencil. Will work on typing them up to share.


2:13-cv-193
09/02/2014
DEF2713

184

CU-PRIV000196

-Jason

Jason Hassay
Chief of Staff & General Counsel
Office of Senator Carlos I. Uresti
512-463-0119 phone
512-463-1017 fax

**From:** Harold Cook [mailto:hc@haroldcook.com]
**Sent:** Sunday, January 23, 2011 4:33 PM
**To:** Debra Gonzales
**Cc:** Amber Hausenfluck; Steve Scheibal; Ray Martinez; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** Re: VID Working Group: Question of a side by side comparison of SB 14 & SB 362

At least 2 Senators have asked this very question, so somebody should sure tackle that project.

On Jan 23, 2011, at 4:28 PM, Debra Gonzales <Debra.Gonzales@senate.state.tx.us> wrote:

> Hello
>
> I was wondering if anyone had already done a side by side comparison of SB 14 and SB 362 (senate engrossed version from the 81st)? If so...may I please have a copy?
>
> If not I will be working on one and will share it if anyone wants a copy... Thanks!
>
> Debra Gonzales
>
> Legislative Director
>
> Senator Gallegos
>
> 512-463-0106 office
>
> 512-463-0346 fax

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CU-PRIV000197

**From:** Harold Cook [mailto:hc@haroldcook.com]
**Sent:** Saturday, January 22, 2011 6:06 PM
**To:** Amber Hausenfluck; Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** VID Working Group: add'l materials from Luis Figueroa

Luis Figueroa sent some requested items to several of the group so I wanted to share with all.

Begin forwarded message:

**From:** "Luis Figueroa" <lfigueroa@MALDEF.org>

**Date:** January 22, 2011 5:33:42 PM CST

**To:** "Harold Cook" <hc@haroldcook.com>, "David Edmonson" <David.Edmonson@senate.state.tx.us>, "Amber Hausenfluck" <Amber.Hausenfluck@senate.state.tx.us>, <richard.sooksiasian@senate.state.tx.us>

**Cc:** "Laurie Vanhoose" <austintransplant@gmail.com>

**Subject: Additional materials for Voter ID Senate Committee hearing**

Attached:

1) Crawford v. Marion County- Supreme Court ruling that upheld Indiana's strict voter id legislation.

Distinguishing points:

    1) Texas is a section 5 state with a much larger minority population than Indiana

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

CU-PRIV000198

2) Indiana provided a 10 day cure period after the election where as SB 14 only provides 6 days.

2) Texas Voting Rights Act Report page 8-13 describes the history of voting discrimination in Texas.

3) Deceptive Elections Flyer given to minority voters in Tarrant County in 2007. Example of fraud that is substantiated and unprosecuted because there is no law on the books to address.

4) Voter Id power point. Pages 4-8 layout the studies demonstrating impact of voter identification laws on minority electorate.

5) Maricopa County Analysis of Conditional Provisional Ballots in Arizona after their implementation of a voter id(proposition 200) that mirrored last year's Tx Senate Voter ID Bill (SB 364). Conditional Provisional Ballots were given to voters that lacked the ID documents in Arizona meaning these ballots are separate from regular provisional ballots.

Luis Figueroa

MALDEF

Legislative Staff Attorney

110 Broadway

Suite 300

San Antonio, TX 78205

LFigueroa@maldef.org

210-224-5476 ext. 212

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Jason Hassay**

**From:** Sara Gonzalez
**Sent:** Sunday, January 23, 2011 5:45 PM
**To:** Harold Cook; Jason Hassay
**Cc:** Debra Gonzales; Amber Hausenfluck; Steve Scheibal; Ray Martinez; David Edmonson; Will Krueger; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** RE: Amendments request por favor?

Sen. Lucio's office requested drafts of the following:

1. Amendment requiring that notice be given to women about voter ID requirements when purchasing a marriage certificate (reason being that election clerks will now be confirming identity, and possible confusion when different last names appear on voter registration card vs. picture ID)
2. Require that posting of the ID changes in both English and Spanish appear at both county clerks offices and voting sites
3. Allowing 60 days use of an expired ID card, if using it for voting purposes and use of expired licenses permanently for voters over 60
4. Amendment changing the ID requirements on the bill to those used for obtaining a drivers license. (we're still talking through this one)

Thanks!

Sara

---

**From:** Harold Cook [mailto:hc@haroldcook.com]
**Sent:** Sunday, January 23, 2011 5:36 PM
**To:** Jason Hassay
**Cc:** Debra Gonzales; Amber Hausenfluck; Steve Scheibal; Ray Martinez; David Edmonson; Will Krueger; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** Amendments request por favor?

Folks, if I could get a reply from each office on amendments each office has drafted for voter ID it might help the Senators' conference call more productive. No huge explanation necessary, just one sentence summaries?

On Jan 23, 2011, at 4:47 PM, Jason Hassay <Jason.Hassay@senate.state.tx.us> wrote:

> We did an informal break down but only have our notes in pencil. Will work on typing them up to share.
>
>
> -Jason
>
>
> Jason Hassay
> Chief of Staff & General Counsel

188

*HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*

CU-PRIV000200