## Jason Hassay

**From:** Harold Cook <hc@haroldcook.com>
**Sent:** Saturday, January 22, 2011 6:32 PM
**Subject:** DEM CAUCUS: Attn Senators, Leg Directors

**Importance:** High

**Senators, Legislative Directors, others caught in the Voter ID vortex from Hell:**

Senator Van de Putte had a phone conversation with Senator Duncan a few minutes ago in which Duncan expressed his conclusion that neither side is ready to proceed with a Voter ID bill hearing on Monday. Duncan is now thinking that the Committee of the Whole resolution will be laid out on Monday, but that the COW hearing on the legislation will either be Tuesday (in a marathon session) or Tuesday and Wednesday (in two sessions of more normal duration).

But either way, it appears the beginning a hearing on the bill on Monday is no longer among Duncan's viable options.

(the member conference call scheduled for tomorrow at 8 pm is still on, unchanged)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2716

198

CU-PRIV000210