## Jason Hassay

**From:** Harold Cook <hc@haroldcook.com>
**Sent:** Saturday, January 22, 2011 1:38 PM
**To:** Amber Hausenfluck; Steve Scheibal; Ray Martinez; Debra Gonzales; David Edmonson; Will Krueger; Jason Hassay; Dan Buda; Graham Keever; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Lara Wendler; Gonzalo Serrano; Oscar Garza; Sushma Smith
**Subject:** VID working group: DoJ memo, Georgia Law

Voter ID working group peeps:

Regarding the Georgia Voter ID law, here is a link to the Department of Justice internal memo examining the law and recommending that it fail pre-clearance. The recommendation was ignored by the Bush appointees in DoJ, but the staff analysis of the effect of the legislation will undoubtedly give us clues as to what a Department of Justice serious about enforcing the Voting Rights Act might want to see in a fair process.

Warning: the document is over 50 pages long.

Thanks to Dan Buda for being the one to locate it.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2718

CU-PRIV000217

205