Jason Hassay

| | |
|---|---|
| From: | Harold Cook <hc@haroldcook.com> |
| Sent: | Friday, January 21, 2011 9:59 PM |
| To: | Steve Scheibal; Amber Hausenfluck; Ray Martinez; David Edmonson; Debra Gonzales; Harold Cook; Will Krueger; Jason Hassay; Lara Wendler; Dan Buda; Micah Rodriguez; Graham Keever_SC; Sara Gonzalez; Oscar Garza; Gonzalo Serrano; Sushma Smith |
| Subject: | VID Working Group: LVP letter to Duncan |
| Attachments: | SB 14 Van de Putte Letter.pdf |

Folks, the attached is a letter Senator Van de Putte sent to Senator Duncan late today. The members are aware of the letter.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2719

CU-PRIV000218

206