## Jason Hassay

**From:** Harold Cook <hc@haroldcook.com>
**Sent:** Friday, January 21, 2011 3:34 PM
**To:** Steve Scheibal; Amber Hausenfluck; Ray Martinez; David Edmonson; Debra Gonzales; Will Krueger; Jason Hassay; Lara Wendler; Micah Rodriguez; Dan Buda; Graham Keever_SC; Sara Gonzalez; Oscar Garza; Gonzalo Serrano; Sushma Smith
**Subject:** Voter ID Working Group: Complete set of files
**Attachments:** Voter ID 09 exaggerated R claims.doc; Voter ID 09 vote suppression.doc; Voter ID 09 Voting Rights TPs.doc; THE VOTER ID BUREAUCRACY.docx; Voter ID 09 Summary of Facts from Studies.doc; Voter ID 09 Seniors.doc; Voter ID 09 rebuttals to R claims and myths.doc; Voter ID 09 GOP power grab.doc; Voter ID 09 No Voter Impersonation.doc; Hidalgo County Facts.doc; Voter ID 09 Editorial Opposition.doc; Voter ID 09 Polling Place Disenfranchisement.doc; Voter ID HseFloor Debate points and responses.doc; Voter ID Facts Voter Impersonation.pdf; Voter ID Women, students, less likely to have id.pdf; Voter ID Potential for discrimination.pdf

Folks:

The attached should represent all the sets of talking points and data already distributed at the staff meeting. I apologize for 3 of the files being in PDF form - I was unable to find the original files on my computer. THESE MATERIALS SHOULD BE CONSIDERED HIGHLY CONFIDENTIAL.

Thanks!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2721

212

CU-PRIV000224