Jason Hassay

---

**From:** Carlos Uresti <carlos@urestilaw.com>
**Sent:** Wednesday, January 12, 2011 4:29 PM
**To:** Jason Hassay; Micah Rodriguez
**Subject:** Fwd: Additional Attachments on Voter ID
**Attachments:** Tanner_No_Voter_ID_Texas.doc; ATT00001.htm; VOTER ID IN NORTH CAROLINA.doc; ATT00002.htm

Sent from my iPhone

Begin forwarded message:

> **From:** "Luis Vera Jr." <lrvlaw@sbcglobal.net>
> **Date:** January 12, 2011 2:09:33 PM CST
> **To:** Hector Flores <hflores@lulac.org>, joey_cardenas <Joey_cardenas@hotmail.com>, Florinda Chavez <florindachavez@sbcglobal.net>, garybledsoe@sbcglobal.net, yannis_banks@yahoo.com, Matthew Simpson <msimpson@aclutx.org>, Jennifer Dykstra <Jennifer.Dykstra@senate.state.tx.us>, Leticia VandePutte <leticia.vandeputte@senate.state.tx.us>, Carlos Uresti <carlos@urestilaw.com>
> **Subject: Additional Attachments on Voter ID**
>
> Attached are 2 op eds written by John Tanner, former section chief of the Voting Rights Section at DOJ. They appeared in the Austin Statesman and in the Washington Post. They make valid points for our arguments.
>
> *Luis Roberto Vera, Jr.*
> *Attorney and Counselor at Law*
> *LULAC National General Counsel*
> *1325 Riverview Towers*
> *111 Soledad*
> *San Antonio, Texas 78205-2260*
> *Office (210) 225-3300*
> *Fax (210) 225-2060*
> *lrvlaw@sbcglobal.net*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

