2:13-cv-193
09/02/2014

**DEF2725**



Δ π EXHIBIT 3
Deponent: Trotter
Date: 8/20 Rptr.
WWW.DEPOBOOK.COM

LOCATION: 110
TIME STAMP: 11:57:38
DATE STAMP: 03-01-2014

TEXAS DEPARTMENT OF PUBLIC SAFETY
TEMPORARY ELECTION CERTIFICATE CARD VALID UNTIL 04-30-2014

EC NUMBER: 35214497   CARD TYPE: EC

FOR ELECTION PURPOSES ONLY
CANNOT BE USED AS IDENTIFICATION

NAME: TROTTER,
VERA

MAILING ADDRESS:

DATE OF BIRTH:          EXPIRATION DATE: INDEFINITE
                       ISSUANCE DATE: 03-01-2014

SIGNATURE: Vera Trotter

GRANTEE:

- Contact your local driver license office if assistance is needed.
- Your Election Certificate will be processed and mailed within 30-60 days.
- You must keep this Temporary Election Certificate until your new card is received.
- This Election Certificate is for election purposes only.

EQUAL OPPORTUNITY EMPLOYER
COURTESY • SERVICE • PROTECTION

Page 1