

**DALLAS COUNTY ELECTIONS DEPARTMENT**
**TONI PIPPINS-POOLE, ELECTION ADMINISTRATOR**

March 12, 2014

Id number: 277027

VERA TROTTER

Notice #: 4186963

**NOTICE OF OUTCOME TO PROVISIONAL VOTER**

This is to notify you that your provisional ballot was:

Counted

If you have further questions, please call: (214) 819-6389.

**NOTIFICACIÓN DE RESULTADO PARA EL VOTANTE PROVISIONAL**

Por medio de la presente le comunicamos que su boleta provisional fue:

Contada

Si tiene alguna pregunta, por favor llame al: (214) 819-6389.

Signature of Ballot Board Judge
(Firma del Juez de la Junta Electoral)

2377 N. STEMMONS FREEWAY, SUITE 820 · DALLAS, TX 75207 · PHONE 214-819-6300 · FAX 214-819-6301

EXHIBIT 5
Deponent: Trotter
Date: 8/22  Rpt: KM
www.deporook.com

2:13-cv-193
09/02/2014
DEF2726