### Texas Driver License (DL) Document Requirements

## What it Takes to Apply for a DL or ID Card



www.dps.texas.gov/DriverLicense



**DRIVER LICENSE DIVISION**

Creating a faster, easier, friendlier driver license experience and a safer Texas

### Verify your residency in Texas

When applying for your first Texas driver license (DL), you must provide documents to prove you have lived in Texas for at least 30 days. If you are surrendering a valid, unexpired driver license from another state, you must still prove your Texas residency, but the 30-day requirement is waived. Simply provide two of the following documents that contain your name and Texas residential address.

- Current deed, mortgage, monthly mortgage statement, mortgage payment booklet, or a residential lease
- Current homeowners' or renters' insurance policy or statement
- Electric, water, natural gas, satellite television, cable television, or non-cellular telephone statement dated within 90 days of the application date
- Medical or health card
- Valid, unexpired registration: Texas voter registration card, motor vehicle registration or title, boat registration or title
- Current automobile insurance policy or statement
- Current automobile payment booklet
- Texas high school, college, or university report card or transcript for the current school year
- Preprinted paycheck or pay stub dated within 90 days of the application date
- W-2 or 1099 tax form from the current year
- Checking, savings, investment account, or credit card statements dated within 90 days of the application date
- Mail from a federal, state, county, or city government agency dated within 90 days of the application date
- Current documents issued by the U.S. Military indicating residential address
- Selective Service card
- Concealed handgun license
- TDCJ document indicating recent release or parole
- Current Form DS-2019, I-20, or a document issued by USCIS

**Both documents cannot be from the same source.**

For example, you cannot show a water bill and a gas bill from the same utility company, and you cannot show mail that is addressed to you with a forwarding address label or an adhesive address label on the envelope. If you are unable to provide two documents from the list, you may submit a Texas residency affidavit from someone who resides at the same address. For affidavit requirements, visit us at www.dps.texas.gov/DriverLicense/ResidencyReqNonCDL.htm or ask a driver license office employee.

### Verify your U.S. citizenship or lawful presence

If you are a U.S. citizen, lawful permanent resident (immigrant), refugee, asylee, or non-immigrant, you must provide proof of your lawful presence in the United States.

**Examples of documents to verify lawful presence include:**

- Birth certificate issued by appropriate U.S. state, U.S. territory, or District of Columbia
- U.S. passport book or passport card
- U.S. Citizenship Certificate or Certificate of Naturalization (N-560, N-561, N-550, N-570, or N-578)
- U.S. Citizen Identification Card (I-179 or I-197)
- U.S. Department of State Certificate of Birth Abroad for U.S. citizens born abroad (Form FS-240, DS-1350, or FS-545)
- Permanent Resident Card (I-551)
- Passport or I-94 stamped "Approved I-551" or "Processed for I-551"
- Employment Authorization Card (I-766)
- U.S. Travel Document (I-327 or I-571)
- I-94 stamped "Sec. 208 Asylee" or "Sec. 207 Refugee"
- MRIV with temporary I-551 language and ADIT stamp
- Temporary I-551 stamp in foreign passport
- DS-2019 Exchange Visitor (J-1) certificate
- I-20 Non-immigrant Student (F-1)
- Student documents with Student Exchange and Visitor Information System (SEVIS) number
- Non-student documents with alien number

For more information on verifying lawful presence, please read the pamphlet, *How to Complete Lawful Presence Verification* available at your local driver license office or online at www.dps.texas.gov/InternetForms/Forms/DL-62.pdf

\* According to a subsection of the federal law, if certain citizens of the Republic of Palau, Republic of the Marshall Islands, Federated States of Micronesia, and certain Canadian non-immigrants were not required to obtain a visa to enter the USA, the visa requirement for these applicants is waived.

† Document must be issued by an entity from a U.S. state, U.S. territory, District of Columbia, or Canadian province.

‡ According to state and federal law, DPS collects and uses SSN information for identification purposes. This information is released to government agencies only for purposes authorized by the Texas Transportation Code.

DL-57 (04/14)



2:13-cv-193
09/02/2014
**DEF2727**

Δ π EXHIBIT 6
Deponent _____
Date _____ Rptr _____
WWW.DEPOBOOK.COM

Part of the Texas Department of Public Safety's (DPS) mission to protect Texas is providing a recognizably reliable source of identification that can help reduce your exposure to identity theft and fraud. Texas driver license (DL) and identification (ID) cards issued by DPS are key links to public safety, privacy, and national security. To minimize the possibility of fraud and protect the integrity of a DPS driver license or identification card, part of our application process requires providing documents to prove your identity.

When you apply for a Texas driver license or identification card, please have all the required documents ready before submitting your application. This will help the process go faster.

If you are applying for a Commercial Driver License (CDL), are under age 25, or are transferring an out-of-state driver license, you must satisfy different requirements when applying for a Texas driver license or identification card. For more information, go online to www.dps.texas.gov/DriverLicense or visit us at a driver license office near you.

**Satisfy the following requirements, and you'll be ready to apply for your Texas DL or ID card!**

## Verify your identity

Photo IDs issued by government agencies are considered primary documents. Simply show one from the list below to prove your identity:

### Primary Identification Documents

- Texas DL or photo ID within two years of expiration
- Unexpired U.S. passport book or passport card
- U.S. Citizenship Certificate or Certificate of Naturalization with identifiable photo (N-560, N-561, N-550, N-570, or N-578)
- Unexpired U.S. military photo ID card for active duty, reserve, or retired personnel
- Foreign passport, visa* (valid or expired), and I-94
- Unexpired Department of Homeland Security (DHS) or United States Citizenship and Immigration Services (USCIS) photo ID

### Examples of primary identification include:

- U.S. citizen identification card (I-179 or I-197)
- Permanent resident card (I-551)
- Machine-Readable Immigrant Visa (MRIV) with temporary I-551 language and Alien Documentation, Identification and Telecommunications system (ADIT) stamp
- Employment authorization card (I-766)
- U.S. travel document (I-327 or I-571)
- Advance parole document with photo (I-512 or I-512L)

*(continued in next column)*

- I-94 stamped "Sec. 208 Asylee" with photo
- I-94 stamped "Sec. 207 Refugee" with photo
- Valid refugee travel letter with photo and stamped by U.S. Customs and Border Protection (CBP)
- American Indian card (I-872)
- Northern Mariana card (I-873)

If you cannot show a document from the Primary Identification Documents list, you can present either two documents from the Secondary Identification Documents list below *or* one document from the Secondary Identification Documents list *and* two documents from the Supporting Identification Documents list below.

### Secondary Identification Documents

- Original or certified copy of a birth certificate issued by the appropriate State Bureau of Vital Statistics or equivalent agency from a U.S. state, a U.S. territory, the District of Columbia, or a Canadian province
- Original or certified copy of the U.S. Department of State Certificate of Birth Abroad issued to U.S. citizens born abroad (Form FS-240, DS-1350, or FS-545)
- Original or certified copy of the court order with name and date of birth indicating an official change of name and/or gender from a U.S. state, a U.S. territory, the District of Columbia, or a Canadian province

### Supporting Identification Documents

- Temporary receipt for a Texas DL or ID
- Expired Texas DL or ID (expired more than two years)
- DL or ID issued by another U.S. state, U.S. territory, District of Columbia, or Canadian province (unexpired or within two years of the expiration date)†
- ID card issued by government agency†
- Pilot license†
- Concealed handgun license†
- Voter registration card†
- Professional license issued by Texas state agency
- W-2 or 1099 form
- School records
- Military records
- Unexpired U.S. military dependent ID card
- Veterans Administration card
- Selective Service card
- Original or certified copy of a marriage certificate or divorce decree (a certified translation must accompany foreign language documents)

*(continued in next column)*

- Any insurance policy (valid continuously for the past two years)
- Current Texas motor vehicle registration or title
- Current Texas boat registration or title
- Hospital-issued birth record†
- Medicare or Medicaid card
- Immunization records†
- Unexpired foreign passport
- Consular document issued by a state or national government
- Federal parole or release certificate
- Texas Department of Criminal Justice (TDCJ) parole or mandatory release certificate
- Texas inmate ID card or similar form of ID issued by TDCJ
- Federal inmate ID card
- Tribal membership card from a federally recognized tribe
- Certificate of Degree of Indian Blood (CDIB)

### Name Change Documents

Any documents you bring to prove your identity must show the same name and date of birth. If not, you must present supporting documents—such as a marriage certificate, divorce decree, or court-ordered name change—to confirm a name change, inconsistent information, or incomplete names and/or dates of birth.

**Documents must be originals or certified copies. No photocopies are accepted.**

### Verify your Social Security Number

If you are applying for a driver license, you must provide your Social Security Number (SSN).† If you are applying for an ID card, providing your SSN is voluntary.

### Examples of documents to verify your SSN include:

- Social Security card
- W-2 or 1099 tax form
- Pay stub with preprinted name and SSN
- Military ID with preprinted SSN (only active and reserve personnel)
- Dependent military ID with preprinted SSN
- Certificate of Release or Discharge from Active Duty (DD-214) from the U.S. Department of Defense
- Veterans Administration card with preprinted SSN
- Peace officer's license, Texas Commission on Law Enforcement (TCOLE)
- Pilot license with preprinted SSN
- Health card, Medicare or Medicaid card with SSN
- Certified college/university transcript with SSN