Anchia's office wants to send letter: why wasn't' this information provided? why weren't cases prosecuted?

Argument: it's going to come out anyway; this keeps us from being buried in 5th Paragraph.
: if they say it's not a problem, it says fraud isn't problem
: protects Hopson

Me: we don't want to be the ones raising this: speaks to validity
    : Hispanic accusations: could try to make wedge
    : best case: Abbott says not big deal, we investigate big deals, makes look good
: better if they bring up: hey, this is how political all of this is

Danger: execution: define as questionable and suspicious
    DA letter: bullshit, discredit in advance

Docs refer to allegations of voter fraud: can't add cred to claims
can't say without saying suspicious, questionable claims

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2:13-cv-193
09/02/2014
DEF2728

KPW-PRIV000243