

# DRIVER LICENSE DIVISION

**Election Identification Certificates**
cannot be used for identification purposes other than voting.



## County Locations Issuing Election Identification Certificates

The following county locations will be issuing Election Identification Certificates (EICs) to Texans who do not already have an acceptable form of photo identification necessary to vote.

For locations, dates and times that EICs will be available, contact any of the following counties:

**Aransas County**
Judge C.B. "Burt" Mills Jr.
County Judge
361-790-0100
judge@aransascounty.org

**Archer County**
Barry Hargrove
940-720-3233

**Austin County**
Marcus Pena
Austin Tax Assessor-Collector
979-865-8633
mpena@austin.com

**Bandera County**
Judge Richard A. Evans
Bandera County Judge
830-796-3781
bandcojdg@indian-creek.net

**Borden County**
Sheriff Benny Allison
County Sheriff & Tax Assessor-Collector
806-756-4415
bordenco@poka.com

**Caldwell County**
Pam Ohlendorf
Caldwell Elections Administrator
512-668-4347
pamela.ohlendorf@co.caldwell.tx.us

**Camp County**
Judge Thomas Cravey
County Judge
903-856-3845
campcountyjudge@gmail.com

**Cochran County**
Cheryl Butler
County Elections Administrator
806-266-5181
cheryl.butler@co.cochran.tx.us

**Coke County**
Mary Grim
Coke County District & County Clerk
325-453-2631
marylgclerk@juno.com

**Cottle County**
Jan Irons
Cottle County District Clerk
806-492-3823
cottledcclerk@gmail.com

**Crockett County**
Judge Fred Deaton
Crockett County Judge
325-392-2965
Fred.deaton@co.crockett.tx.us

**Delta County**
Judge Herb Brookshire
County Judge
903-395-4400
countyjudge@deltacountytx.com

**Dimmit County**
Mario Zuvia Garcia
Dimmit Clerk
830-876-4209
mzgarcia75@yahoo.com

2:13-cv-193
09/02/2014
DEF2738

**Duval County**
Ana Bazan
Duval Elections Administrator
361-279-6278
ana.bazan@co.duval.tx.us

**Edwards County**
Olga Reyes
County Clerk
830-683-2235
clerk@swtexas.net

**Falls County**
Betty McCormick
512-832-7638

**Fayette County**
Dina Bell
Fayette Elections Administrator
979-968-6563
dina.bell@co.fayette.tx.us

**Franklin County**
Sheriff Ricky Jones
County Sheriff
903-537-4539
rjones@co.franklin.tx.us

**Frio County**
Anna Alaniz
Frio Tax Assessor-Collector
830-334-2152
friotac@sbcglobal.net

**Garza County**
Jeff Clark
806-783-6610

continued

**Goliad County**
Michelle Garcia
Tax Assessor-Collector
361-645-3354
M.Garcia@goliadcountytx.gov

**Grimes County**
Rebecca Duff
Grimes Elections Administrator
936-873-4424
grimesvoters@yahoo.com

**Hall County**
Maribel C. Gonzales
Hall Tax Assessor-Collector
806-259-2125
hallcotac@gmail.com

**Hansford County**
Linda Cummings
Hansford Tax Assessor-Collector
806-659-4120
linda.cummings@co.hansford.tx.us

**Irion County**
Joyce Gray
Irion Tax Assessor-Collector
325-835-7771
irioncounty@verizon.net

**Jack County**
Sharon Robinson
Jack County Tax Assessor-Collector
940-567-2352
srobinson@jackcounty.org

**Jackson County**
Judge Dennis Simons
County Judge
361-782-2352
d.simons@co.jackson.tx.us

**Jeff Davis County**
Judge George E. Grubb
County Judge
432-426-3968

**Jim Hogg County**
Norma Liza S. Hinojosa
Jim Hogg Tax Assessor-Collector
361-527-3237
jhctac@hotmail.com

**Karnes County**
Judge Barbara N. Shaw
County Judge
830-780-3732
Barbara.shaw@co.karnes.tx.us

**Kenedy County**
Noel Pena
County Elections Administrator
361-294-5255
nnpena@gmail.com

**Kent County**
Sheriff William Scogin
County Sheriff/Tax Assessor-Collector
806-237-3746
sheriff@kentcountysherifftx.com

**King County**
Judge Duane Daniel
County Judge
806-596-4411
kcjudge@caprock-spur.com

**Kinney County**
Dora Sandoval
County Clerk
830-563-2521
kclerk@hotmail.com

**LaSalle County**
Margarita Esqueda
La Salle County District & County Clerk
830-483-5120
Margie.esqueda@co.la-salle.tx.us

**Lipscomb County**
Kathy Fry
Lipscomb Tax Assessor-Collector
806-862-2911
taxac@amaonline.com

**Loving County**
Sheriff Billy B. Hopper
County Sheriff & Tax Assessor-Collector
432-377-2411
sheriff@co.loving.tx.us

**Lynn County**
Donna Willis
Lynn Tax Assessor-Collector
806-561-4112
donna.willis@co.lynn.tx.us

**Madison County**
Earl C. Parker Jr.
County Elections Administrator
936-349-0132
earl.parker@madisontx.org

**Marion County**
Karen G. Jones
Marion Tax Assessor-Collector
903-665-3281
karen.jones@co.marion.tx.us

**McMullen County**
Angel Bostwick / Bessie Guerrero
McMullen Tax Assessor-Collector
361-274-3233 / 361-274-3638
taxofc@granderiver.net

**Menard County**
Timothy Royce Powell
Menard Tax Assessor-Collector
325-396-4523
menardtac@hotmail.com

**Newton County**
Sandra Kay Duckworth
Newton Clerk
409-379-5341
duckworth75932@yahoo.com

**Oldham County**
Linda Brown
Oldham Tax Assessor-Collector
806-267-2280
taxac@co.oldham.tx.us

**Potter County**
Randy Hale
806-356-3184

**Refugio County**
Rachael B. Garcia
Refugio Elections Administrator
361-526-2151
rachael.garcia@co.refugio.tx.us

**Robertson County**
Trudy R. Hancock
Robertson Elections Administrator
979-828-5726
thancock@valornet.com

continued

**Sabine County**
Karon Little
409-730-4008

**San Augustine County**
Deborah K. Woods
San Augustine Elections Administrator
936-275-0989
deborah.woods@co.san-augustine.tx.us

**San Jacinto County**
Sherryl Evans
San Jacinto Elections Administrator
936-653-5804
sherryl.evans@co.san-jacinto.tx.us

**San Saba County**
Adriana Garcia
512-832-7634

**Schleicher County**
Brenda Mayfield
Schleicher Elections Administrator
325-853-2302
electionadm_bkm@verizon.net

**Shackelford County**
Sheriff Edward "Ed" Miller
County Sheriff/Tax Assessor-Collector
325-762-2000
deputy2@shackelfordcountytexas.com

**Sherman County**
Valerie McAlister
Sherman Tax Assessor-Collector
806-366-2150
valerie.mcalister@co.sherman.tx.us

**Somervell County**
Judge Mike Ford
County Judge
254-897-2322
cojudge@co.somervell.tx.us

**Sterling County**
Ralph Sides
County Judge
325-378-3481
rsides@co.sterling.tx.us

**Terrell County**
Sheriff William "Clint" McDonald
County Sheriff/Tax Assessor-Collector
432-345-2525
terrell.co.tac@usa.com

**Throckmorton County**
Dianna Moore
Throckmorton County District Clerk
940-849-2501
throckclerk@gmail.com

**Trinity County**
Lindy Warren
Trinity Tax Assessor-Collector
936-642-1637
lindylou54@valornet.com

**Upton County**
Judge Bill Eyler
County Judge
432-693-2321
ucjbill@hotmail.com

**Willacy County**
Hugo Leyva
Willacy Elections Administrator
956-689-2387
elcions.administrator@co.willacy.tx.us

For more information regarding EICs, including eligibility guidelines and necessary documentation, visit
**http://www.dps.texas.gov/DriverLicense/electionID.htm**

**Election Identification Certificates cannot be used for identification purposes other than voting.**