This application, supporting document(s), and the statutory filing fee of $15.00 should be submitted to: VITAL STATISTICS UNIT
This fee does not include the cost of a certified copy of the record after the amendment is filed. DEPARTMENT OF STATE
Please enclose the additional fee of $22.00 for each copy of the amended certificate requested. HEALTH SERVICES
P O BOX 12040
AUSTIN  TEXAS  78711-2040
1-888-963-7111


TEXAS Department of State Health Services

# APPLICATION TO AMEND CERTIFICATE OF BIRTH

**STATE OF TEXAS**   *This application cannot be used to add the fathers information*   NO. _____

Name _____ Last _____ First _____ Middle _____

Street Address _____   Telephone # _____ (8am-5pm)

City _____   State _____   Zip Code _____

Signature: _____

**PART I. ENTER INFORMATION AS IT APPEARS ON THE ORIGINAL BIRTH CERTIFICATE. IF THE CHILD'S NAME DOES NOT APPEAR ON BIRTH CERTIFICATE, ENTER "NOT SHOWN" IN THE FIRST ITEM. (Type or Print)**

| 1. FULL NAME OF CHILD | | 2. DATE OF BIRTH |
|---|---|---|
| 3. PLACE OF BIRTH | 4. SEX | 5. STATE FILE NO. (If known) |
| 6. FULL NAME OF FATHER | | 7. FULL MAIDEN NAME OF MOTHER |

**PART II. ITEM(S) ON ORIGINAL BIRTH CERTIFICATE TO BE CORRECTED. (Type or Print)**

| 8. ITEM OR ITEM NO. | 9. ENTRY ON ORIGINAL CERTIFICATE | 10. CORRECT INFORMATION |
|---|---|---|
|  |  |  |

### *AFFIDAVIT OF OLDER RELATIVE*

**PART III. THIS SECTION MUST BE SIGNED BY THE ATTENDING PHYSICIAN, PARENTS, AN OLDER SISTER OR BROTHER. IF CHILD IS A MINOR, BOTH PARENTS MUST SIGN AFFIDAVIT.**

This section **MUST** be signed in the presence of a Notary Public.

STATE OF TEXAS
COUNTY OF _____

Before me on this day appeared _____ (Name)
now residing at _____ (Street Address) _____ (City)
_____ (State) , who is related to the person named in Item I above as _____
and who on oath deposes and says that the birth certificate identified in Part I is in error with respect to the entries shown in Item 9 above and that the information shown in Item 10 is true and correct.

Signature _____ Father/Legal Guardian    Signature _____ Mother/Legal Guardian

Sworn to and subscribed before me, this _____ day of _____, 20 _____

Signature of Notary Public _____

Commission Expires _____

**OFFICE USE ONLY**

Typed or Printed Name _____

Street Address _____

City and State _____

**WARNING:** The penalty for knowingly making a false statement in this form can be 2-10 years in prison and a fine of up to $10,000.

VS-170 REV. 12/2005

2:13-cv-193
09/02/2014
DEF2740

*This Application Cannot Be Used to Add the Father's Information.*

PART V. EXAMPLES OF CORRECTIONS AND TYPES OF DOCUMENTS REQUIRED. GENERALLY, THE AFFIDAVIT AND ONE ACCEPTABLE DOCUMENT ARE SUFFICIENT.

TYPES OF DOCUMENTS

A. ADDING INFORMATION
[Items left blank on original certificate]
[1] children 17 and under ............................................. affidavit signed by both parents
[2] adults, 18 and over ................................................. affidavit by older relative

B. CORRECTIONS IN SPELLING
[Names having the same sound] ................................... affidavit by parent(s) or older relative

C. FIRST OR MIDDLE NAME ........................................... affidavit and one document (see 1 & 2 under A)

D. SIGNIFICANT CHANGE IN LAST NAME ...................... a certified court order

SEX ........................................................................................ certification by medical attendant or affidavit and one document

NAME OF FATHER
[Refer to examples listed under name unless item is left blank]
[1]   To add information when item is left blank ........................... a paternity determination **(this form cannot be used to add father's name; contact Vital Statistics)**

ALL OTHER ITEMS REQUIRING CORRECTION SHOULD BE REFERRED TO VITAL STATISTICS FOR INSTRUCTIONS ON DOCUMENTATION.

PART VI. SUGGESTED TYPES OF DOCUMENTARY EVIDENCE. THE CERTIFIED DOCUMENT MUST SHOW THE CORRECT INFORMATION REGARDING THE ITEM(S) TO BE CORRECTED.

1. HOSPITAL RECORD OF BIRTH

2. BAPTISMAL CERTIFICATE

3. SCHOOL RECORD
   Must be signed by custodian of school records based on earliest attendance.

4. BIRTH CERTIFICATE OF REGISTRANT'S OLDER BROTHER OR SISTER

5. INSURANCE POLICY APPLICATION

6. ARMED FORCES DISCHARGE PAPERS

7. SOCIAL SECURITY APPLICATION
   An official transcript issued by the Social Security Administration, Department of Health, Education, and Welfare, Baltimore, Md.

8. RECORD OF IMMIGRATION AND NATURALIZATION SERVICE, DEPARTMENT OF JUSTICE, WASHINGTON 25, D. C.

9. PASSPORT

10. MARRIAGE RECORD OF PARENTS
    A copy of certificate, license, or application, whichever supplies the required facts.

11. BIRTH OR DEATH CERTIFICATE OF REGISTRANT'S PARENTS

12. DIVORCE DECREE

13. JUDICIAL ACTIONS
    A certified copy of any court action affecting any information shown on the birth certificate.

VS-170