Case 2:13-cv-00193   Document 802-16   Filed on 11/20/14 in TXSD   Page 1 of 71



**Local Registration Offices - Anderson County through Austin County**

**Return to Local Registrars List.**

## Anderson County

### Anderson County Clerk
500 Church Street
Palestine TX 75801
Phone 903-731-8414
Fax 903-723-4625

## Andrews County

### Andrews County Clerk
215 N W 1st Street
Andrews TX 79714
Phone 915-524-1427
Fax: 915-524-1473

## Angelina County

### Angelina County Clerk
P O Box 908
Lufkin TX 75902-0908
Phone 936-634-8339
Fax 936-634-8460

## Aransas County

### Aransas County Clerk
301 N Live Oak
Rockport TX 78382
Phone 361-790-0122

## Archer County

### Local Registrar Archer County
P O Box 429
Archer City TX 76351
Phone 940-574-4422

## Armstrong County

### Armstrong County and District Clerk
P O Box 309
Claude TX 79019
Phone 806-226-2081

**2:13-cv-193**
**09/02/2014**
**DEF2741**

Case 2:13-cv-00193   Document 802-16   Filed on 11/20/14 in TXSD   Page 2 of 71

## Atascosa County

**Atascosa County Clerk**
1 Courthouse Circle Ste 102
Jourdanton TX 78026
Phone 830-769-2511
Fax 830-769-1021

## Austin County

**Austin County Clerk**
One East Main
Bellville TX 77418-1598
Phone 979-865-5911 Ext. 197


**Justice of the Peace – Precinct 4**
P O Box 760
Wallis TX 77485
Phone 979-478-6723
Fax 979-478-7453


**Return to Local Registrars List.**


*Last updated April 18, 2013*

Case 2:13-cv-00193   Document 802-16   Filed on 11/20/14 in TXSD   Page 3 of 71



Local Registration Offices - Bailey County through Burnett County

*Bailey County through Burnett County*

**Return to Local Registrars List.**

## Bailey County

**Bailey County Clerk**
300 South First Suite 200
Muleshoe TX 79347
Phone: 806-272-3044
Fax: 806-272-3538

## Bandera County

**Bandera County Clerk**
P.O. Box 823
Bandera TX 78003
Phone: 830-796-3332
Fax: 830-796-8323

## Bastrop County

**Bastrop County Clerk**
P O Box 577
Bastrop TX 78602
Phone 512-332-7234
Fax: 512-332-7241

## Baylor County

**Baylor County and District Clerk**
P O Box 689
Seymour TX 76380
Phone: 940-888-3322
Fax: 940-889-4300

## Bee County

**Beeville City Secretary**
400 N Washington
Beeville TX 78102-3938
Phone: 361-358-4641
Fax: 361-358-7355

**Bee County Clerk (Precinct 1)**
105 W Corpus Christi Street Room 103
Beeville TX 78102
Phone: 361-362-3245
Fax: 361-362-3247

## Bell County

**Bell County Clerk (for Killeen, Belton, and Precinct 1-4)**
P O Box 480
Belton TX 76513
Phone: 254-933-5165
Fax: 254-933-5176

**Temple City Secretary**
P O Box 207
Temple TX 76503
Phone: 254-298-5700
Fax: 254-298-5637

## Bexar County

**Local Registrar**
719 So. Santa Rosa St.
San Antonio TX 78204
Phone: 210-207-8754
Fax: 210-226-3539

## Blanco County

**Blanco County Clerk**
P O Box 65
Johnson City TX 78636
Phone: 830-868-7357
Fax: 830-868-4158

## Borden County

**Borden County and District Clerk**
P O Box 124
Gail TX 79738
Phone: 806-756-4312
Fax: 806-756-4405

## Bosque County

**Bosque County Clerk**
P O Box 617
Meridian TX 76665
Phone: 254-435-2201
Fax: 254-435-2152

## Bowie County

**Bowie County Clerk (for New Boston, Precinct 2, 5, and 7)**
P O Box 248
New Boston TX 75570
Phone: 903-628-6740
Fax: 903-628-6729

**City of Texarkana Local Registrar (Texarkana & Precinct 1)**
P O Box 1967
Texarkana TX 75504

Case 2:13-cv-00193   Document 802-16   Filed on 11/20/14 in TXSD   Page 5 of 71

Phone: 903-798-3900
Fax: 903-798-1757

## Brazoria County

**Brazoria County Clerk**
111 E. Locust, Suite 500
Angleton Tx 77815
Phone: 979-864-1355

## Brazos County

**Brazos County Clerk (for Precinct 2-6)**
P.O. Box 111
Bryan TX 77806
Phone: 979-361-4126

**Bryan City Secretary**
P O Box 1000
Bryan TX 77805
Phone: 979-209-5007
Fax: 979-209-5017

**College Station City Secretary**
P O Box 9960
College Station TX 77842
Phone: 979-764-3541
Fax: 979-764-6377

## Brewster County

**Brewster County Clerk**
P O Box 119
Alpine TX 79831
Phone: 915-837-3366

## Briscoe County

**Briscoe County and District Clerk**
P.O. Box 555
Silverton Tx 79257
Phone: 806-823-2134
Fax: 806-823-2359

**Justice of the Peace - Precinct 1**
P O Box 67
Silverton TX 79257
Phone: 806-823-2251
Fax: 806-823-2359

**Justice of the Peace - Precinct 2**
P O Box 427
Quitaque TX 79255
Phone: 806-455-1456
Fax: 806-455-1225

Case 2:13-cv-00193   Document 802-16   Filed on 11/20/14 in TXSD   Page 6 of 71

## Brooks County

**Brooks County Clerk**
P O Box 427
Falfurrias TX 78355
Phone 361-325-5604 Ext 248

## Brown County

**Brown County Clerk**
200 South Broadway
Brownwood TX 76801
Phone: 915-643-2594

## Burleson County

**Justice of the Peace - Precinct 1**
P O Box 136
Deanville TX 77852
Phone: 979-535-4761
Fax: 979-535-7344

**Justice of the Peace - Precinct 2**
P O Box 250
Snook TX 77878
Phone: 979-272-3656
Fax: 979-272-4501

**Justice of the Peace - Precinct 3**
P O Box 932
Caldwell TX 77836
Phone: 979-567-2301

**Justice of the Peace - Precinct 4**
P O Box 609
Somerville TX 77836
Phone: 979-596-1412

## Burnet County

**Burnet County Clerk**
220 S Pierce Street
Burnett TX 78611
Phone: 512-756-5403

**Return to Local Registrars List.**

*Last updated April 22, 2014*



**Local Registration Offices - Caldwell County through Culberson County**

**Return to Local Registrars List.**

## Caldwell County

**Justice of the Peace - Precinct 1**
110 S. Brazos St.
Lockhart TX 78644
Phone: 512-398-1810

**Justice of the Peace - Precinct 2 (for the City of Luling and Precinct 2)**
505 E Fannin
Luling TX 78648
Phone: 830-875-5260

**Justice of the Peace - Precinct 3 (for the City of Maxwell and Precinct 3)**
P O Box 145
Maxwell TX 78656-0145
Phone: 512-357-6729
Fax: 512-357-6833

**Justice of the Peace - Precinct 4**
405 East Market St.
Lockhart TX 78644
Phone: 512-398-1841

## Calhoun County

**Calhoun County Clerk**
211 South Ann St
Port Lavaca TX 77979
Phone: 361-553-4411

## Callahan County

**Callahan County Clerk**
100 W 4th Street Suite 104
Baird TX 79504-5300
Phone: 915-854-1217

## Cameron County

**Justice of the Peace - Precinct 2.2**
974 E Harrison
Brownsville TX 78520
Phone: 956-550-1466

**Brownsville City Secretary**
P O Box 911
Brownsville TX 78522-0911
Phone: 956-548-6001
Fax: 956-584-2130

**San Benito City Registrar**
P O Box 1870
San Benito TX 78586

Case 2:13-cv-00193   Document 802-16   Filed on 11/20/14 in TXSD   Page 8 of 71

Phone: 956-361-3813
Fax: 956-361-3800

**Harlingen City Registrar**
City Registrar
502 E Tyler Street
Harlingen TX 78550
Phone: 956-427-8720
Fax: 956-427-0828

**City of Laferia Local Registrar**
115 E Commercial
La Feria TX 78559
Phone: 956-797-2261

## Camp County

**Camp County Clerk**
126 Church Street Rm 102
Pittsburg TX 75686
Phone: 903-856-2731
Fax: 903-856-6112

## Carson County

**Carson County and District Clerk**
P O Box 487
Panhandle TX 79068
Phone: 806-537-3873

## Cass County

**Atlanta City Secretary**
P O Box 669
Atlanta TX 75551
Phone: 903-796-7153
Fax: 903-796-5833

**Cass County Clerk**
P O Box 449
Linden TX 75563
Phone: 903-756-5071
Fax: 903-756-8057

## Castro County

**Castro County and District Clerk**
100 E Bedford Rm. 101
Dimmitt TX 79027-2643
Phone: 806-647-3338
Fax: 806-647-5438

## Chambers County

**Baytown City Clerk (all of Baytown)**
3120 N. Main
Baytown TX 77521
Phone: 281-425-1017
Fax: 281-420-5810

**Chambers County Clerk (for Precincts 1-6)**
P O Box 728

Anahuac TX 77514
Phone: 409-267-8405
Fax: 409-267-2418

## Cherokee County

**Cherokee County Clerk**
P O Drawer 420
Rusk TX 75785
Phone: 903-683-2350
Fax: 903-683-2393

## Childress County

**Childress County and District Clerk**
County Courthouse Box 4
Childress TX 79201
Phone: 940-937-6143
Fax: 940-937-3479

## Clay County

**Clay County Clerk**
P O Box 548
Henrietta TX 76365
Phone: 940-538-4631
Fax: 940-538-5597

## Cochran County

**Cochran County and District Clerk**
100 N. Main, Rm 102
Morton TX 79346
Phone: 806-266-5450
Fax: 806-266-9027

## Coke County

**Coke County and District Clerk**
P O Box 150
Robert Lee TX 76945
Phone: 325-453-2631

**For North Richland Hills See Tarrent County**

## Coleman County

**Coleman County Clerk**
100 Live Oak St. Suite 105
Coleman TX 76834

## Collin County

**For the City of Dallas See Dallas County**

**Collin County Clerk**
2300 Bloomdale Road, Suite 2104
Mckinney TX 75071
Phone: 972-548-4154

**For the City of Richardson See Dallas County**

## Collingsworth County

**Collingsworth County and District Clerk**
800 W Ave Box 10
Wellington TX 79095
Phone: 806-447-2408

## Colorado County

**Justice of the Peace - Precinct 1 ( for the City of Columbus)**
P O Box 783
Columbus TX 78934
Phone: 979-732-2734
Fax: 979-732-3022

**Justice of the Peace - Precinct 4 (for the City of Eagle Lake)**
P O Drawer 396
Eagle Lake TX 77434
Phone: 979-234-2042

**Justice of the Peace - Precinct 2**
P O Box 945
Weimar TX 78962
Phone: 979-725-8833

**Justice of the Peace - Precinct 3**
P O Box 933
Columbus TX 78934
Phone: 979-732-8725

## Comal County

**Comal County Clerk**
100 Main Plaza Rm 104
New Braunfels TX 78130
Phone: 830-620-5513
Fax: 830-620-3410

## Comanche County

**Comanche County Clerk**
101 W. Central
Comanche TX 76442
Phone: 325-356-2655

## Concho County

**Concho County and District Clerk**
P O Box 98
Paint Rock TX 76866
Phone: 325-732-4322

## Cooke County

**Cooke County Clerk**
101 S. Dixon Street
Gainesville TX 76240
Phone: 940-668-5421

## Coryell County

**Justice of the Peace - Precinct 1 (for Precinct 1 of City of Copperas Cove)**
201 South 2nd St
Copperas Cove TX 76522
Phone: 254-547-5993
Fax: 254-547-6007

**Justice of the Peace - Precinct 2 (for Precinct 2 of City of Copperas Cove)**
201 South 2nd Street
Copperas Cove TX 76522
Phone: 254-547-6517
Fax: 254-547-6007

**Justice of the Peace - Precinct 4 (for the City of Gatesville and Precinct 3)**
508 Leon St
Gatesville TX 76528
Phone: 254-865-5913
Fax: 254-865-2978

## Cottle County

**Cottle County and District Clerk**
P O Box 717
Paducah TX 79248
Phone: 806-492-3823

## Crane County

**Crane County and District Clerk**
201 W. Aspen #102
Crane TX 79731
Phone: 915-558-3581

## Crockett County

**Crockett County and District Clerk**
P O Drawer C
Ozona TX 76943
Phone: 325-392-2022

## Crosby County

**Crosby County Clerk**
P O Box 218
Crosbyton TX 79322
Phone: 806-675-2334

## Culberson County

**Justice of the Peace - Precinct 1**
P O Box 367
Van Horn TX 79855
Phone: 432-283-2609
Fax: 432-283-9272

**Justice of the Peace - Precinct 2**
P O Box 1584
Van Horn TX 79855
Phone: 432-283-2059 ext. 33

**Justice of the Peace - Precinct 3**
54 Gaudalupe Station

Salt Flat TX 79847
Phone: 432-828-3304

**Justice of the Peace – Precinct 4**
P O Box 1394
Van Horn TX 79855
Phone: 432-283-1481

**Return to Local Registrars List.**

*Last updated April 18, 2013*



Local Registration Offices - Dallam County through Duval County

**Return to Local Registrars List.**

## Dallam County

### City of Dalhart Local Registrar
P O Box 2005
Dalhart TX 79022
Phone: 806-244-5511
Fax: 806-244-4414

## Dallas County

### Dallas County Clerk (Local Registrar for those outside of City of Dallas but within Dallas County)
500 Main St Ste 200
Dallas TX 75202
Phone: 214-653-7478
Fax: 214-653-7082

### City of Dallas Local Registrar
1500 Marilla 1FN
Dallas TX 75201
Phone: 214-670-3092
Fax: 214-670-0880

## Dawson County

### Dawson County Clerk
P O Box 1268
Lamesa TX 79331
Phone: 806-872-3778

## Deaf Smith County

### Deaf Smith County Clerk
235 E 3rd Room 203
Hereford TX 79045
Phone: 806-363-7077
Fax: 806-363-7023

## Delta County

### Delta County and District Clerk
P.O. Box 455
Cooper TX 75432
Phone: 903-395-4400 ext. 222

## Denton County

### Denton County Clerk
P.O. Box 2187
Denton TX 76202
Phone: 940-349-2010

**City of Lewisville Local Registrar**
P O Box 299002
Lewisville TX 75029-9002
Phone: 972-219-3413
Fax: 972-219-3412

**Dallas County Clerk (for the City of Carrollton)**
500 Main Street
Dallas TX 75202
Phone: 214-653-7099
Fax: 214-653-7082

**City of Dallas Local Registrar (for the City of Dallas)**
1500 Marilla 1FN
Dallas TX 75201
Phone: 214-670-3832
Fax: 214-670-0880

**Collin County Clerk (for the City of Plano)**
200 South McDonald Suite 120
McKinney TX 75069
Phone: 972-548-4150
Fax: 972-547-5731

**City of Fort Worth Local Registrar (for the City of Fort Worth)**
1800 University Drive
Fort Worth TX 76107
Phone: 817-871-8562
Fax: 817-871-7281

## De Witt County

**De Witt County Clerk**
307 N Gonzales Room 100
Cuero TX 77954
Phone: 361-275-3724
Fax: 361-275-8994

**Yoakum City Clerk (for City of Yoakum)**
P O Box 738
Yoakum TX 77995
Phone: 361-293-6321
Fax: 361-293-3318

**Justice of the Peace – Precinct 2 (for Yorktown and Precinct 2)**
P O Box 336
Yorktown TX 78164
Phone: 361-564-9410
Fax: 361-564-9475

## Dickens County

**Dickens County and District Clerk**
P O Box 120
Dickens TX 79229
Phone: 806-623-5531

## Dimmit County

**Dimmit County Clerk**
103 N 5th Street

Carrizo Springs TX 78834
Phone: 830-876-4838

## Donley County

**Donley County and District Clerk**
P. O. Drawer U
Clarendon TX 79226
Phone: 806-874-3436
Fax: 806-874-3351

## Duval County

**Duval County Clerk**
P O Box 248
San Diego TX 78384
Phone: 361-279-3322 Ext 272

**Justice of the Peace - Precinct 2 (for Precinct 2)**
P O Box 1065
San Diego TX 78384
Phone: 361-279-3322 Ext 201

**Justice of the Peace - Precinct 3 (for the City of Benavides)**
P O Box 756
Benavides TX 78341
Phone: 361-526-3449

**Justice of the Peace - Precinct 4 (for the City of Freer)**
Justice of the Peace
P O Box 841
Freer TX 78357
Phone 361-394-6011
Fax: 361-394-5507

**Return to Local Registrars List.**

*Last updated April 18, 2013*



Local Registration Offices - Eastland County through Frio County

*Eastland County through Frio County*

**Return to Local Registrars List.**

## Eastland County

**Cisco City Secretary**
P O Box 110
Cisco TX 76437
Phone: 254-442-2111
Fax: 254-442-3632

**Eastland City Registrar**
P O Box 749
Eastland TX 76448
Phone: 254-629-8321
Fax: 254-629-3171

**Gorman City Secretary**
P O Box 236
Gorman TX 76454
Phone: 254-734-2317
Fax: 254-734-2270

**Ranger City Secretary**
400 W Main St
Ranger TX 76470
Phone: 254-647-3522
Fax: 254-647-1407

**Eastland County Clerk (for the City of Rising Star and Precinct 1, 2, and 4)**
P.O. Box 110
Eastland TX 76448-0110
Phone: 254-629-1583
Fax: 254-629-8125

## Ector County

**Ector County Clerk**
P O Box 707
Odessa TX 79761
Phone: 432-498-4130
Fax: 432-498-4177

## Edwards County

**Justice of the Peace – Precinct 1 through 5**
P O Box 38

Rocksprings TX 78880
Phone: 8830-683-4104
Fax: 830-683-4102

## Ellis County

**Ellis County Clerk**
P O Box 250
Waxahachie TX 75168
Phone: 972-923-5070

**City of Mansfield Local Registrar**
1305 East Broad Street
Mansfield TX 76063-1896
Phone: 817-276-4204
Fax: 817-473-2925

## El Paso County

**El Paso County Clerk**
500 E. San Antonio St.
El Paso TX 79901
Phone: 915-546-2071 Fax: 915-546-2012

## Erath County

**Erath County Clerk**
100 W. Washingtom
Stephenville TX 76401
Phone: 254-965-1482
Fax: 254-965-5732

## Falls County

**Falls County Clerk**
P.O. Box 458
Marlin TX 76661
Phone: 254-883-1408

## Fannin County

**Fannin County Clerk**
101 Sam Rayburn Dr
Bonham TX 75418
Phone: 903-583-7486

## Fayette County

**Justice of the Peace - Precinct 1 (for the City of La Grange)**

1646 North Jefferson Street
La Grange TX 78945
Phone: 979-968-3648

**Justice of the Peace - Precinct 2**
P O Box 458
Fayetteville TX 78940
Phone: 979-378-2573

**Justice of the Peace - Precinct 3**
P O Box A
Flatonia TX 78941
Phone: 361-865-3500

**Justice of the Peace - Precinct 4**
312 Paulus Street
Schulenburg TX 78956
Phone: 409-743-4041

## Fisher County

**Fisher County Clerk**
P O Box 368
Roby TX 79543
Phone:325-776-2401
Fax: 325-776-3274

## Floyd County

**Floyd County Clerk**
100 Main Street Courthouse Rm. 101
Floydada TX 79235
Phone: 806-983-4900

## Foard County

**Foard County and District Clerk**
P O Box 539
Crowell TX 79227
Phone: 940-684-1365
Fax: 940-684-1918

## Fort Bend County

**Fort Bend County Clerk**
301 Jackson Street
Richmond TX 77469
Phone: 281-341-8685
Fax: 281-341-8669

**City of Houston Local Registrar (for all of the City of Houston)**
8000 N Stadium Drive
Houston TX 77054
Phone: 713-794-9070

## Franklin County

**Justice of the Peace - Precinct 1**
200 N. Kaufman
Mt Vernon TX 75457
Phone: 903-537-2342 ext 1

## Freestone County

**Freestone County Clerk**

103 E. Main

P.O. Box 1010

Fairfield, TX 75840

Phone: 903-389-2635

## Frio County

**Frio County Clerk**
500 East San Antonio Box 6
Pearsall TX 78061
Phone: 830-334-2214
Fax: 830-334-0021

**Return to Local Registrars List.**

*Last updated April 18, 2013*



Local Registrars Offices - Gaines County through Guadalupe County

**Return to Local Registrars List.**

## Gaines County

### Gaines County Clerk
101 S. Main, Rm 107
Seminole TX 79360
Phone: 432-758-4003
Fax: 432-758-1442

## Galveston County

### Galveston County Health District

9850 A. Emmett F. Lowry Expressway

Texas City, TX 77658

Phone: 409-765-2515

## Garza County

### Garza County and District Clerk
P. O. Box 366
Post TX 79356
Phone: 806-495-4430
Fax: 806-4795-4431

## Gillespie County

### Gillespie County Clerk
101 West Main St Unit 13
Fredericksburg TX 78624
Phone: 830-997-6515
Fax: 830-997-9958

## Glasscock County

### Glasscock County and District Clerk
P O Box 190
Garden City TX 79739
Phone: 432-354-2371

## Goliad County

### Goliad County and District Clerk
P O Box 50
Goliad TX 77963-0050

Phone: 512-645-3294
Fax: 512-645-3858

## Gonzales County

**Gonzales County Clerk**
P O Box 77
Gonzales TX 78629
Phone: 830-672-2801
Fax: 830-672-2636

## Gray County

**Gray County Clerk**
P O Box 1902
Pampa TX 79066
Phone: 806-669-8004
Fax: 806-669-8054

## Grayson County

**Grayson County Clerk**
100 W Houston Suite 17
Sherman TX 75090
Phone: 903-813-4235
Fax: 903-870-0829

**Denison City Registrar**
500 E. Chestnut
Denison TX 75020
Phone: 903-465-2720 Ext 448

**Justice of the Peace – Precinct 4**
P O Box 1964
Van Alstyne TX 75495
Phone: 903-482-6543
Fax:903-482-6573

## Gregg County

**Gregg County Clerk**
P.O. Box 3049
Longview TX 75606
Phone: 903-237-2637
Fax: 903-237-2574

## Grimes County

**Navasota City Secretary**
P O Box 910

Navasota TX 77868
Phone: 409-825-6408
Fax: 409-825-2403

**Justice of the Peace - Precinct 1**
P O Box 450
Iola TX 77861
Phone: 936-394-2060
Fax: 936-394-4110

**Justice of the Peace - Precinct 2**
P O Box 266
Anderson TX 77830
Phone: 936-873-2415
Fax: 936-873-3324

**Justice of the Peace - Precinct 3**
P O Box 828
Navasota TX 77868
Phone: 936-825-8008
Fax: 936-825-8702

## Guadalupe County

**Guadalupe County Clerk**
211 W Court St
Seguin TX 78155
Phone: 210-945-9708

**Comal County Clerk (for the City of New Braunfels)**
100 Main Plaza #104
New Braunfels TX 78130
Phone: 830-620-5513

**Return to Local Registrars List.**

*Last updated April 18, 2013*



Local Registrars: Hale County through Hutchison County

*Hale County through Hutchison County*

**Return to Local Registrars List.**

## Hale County

**Hale County Clerk**
500 Broadway # 140
Plainview TX 79072
Phone: 806-291-5261

## Hall County

**Hall County and District Clerk**
512 W Main Street, Suite 8
Memphis TX 79245
Phone: 806-259-2627

## Hamilton County

**Hamilton County Clerk**
101 E. Main (County Courthouse)
Hamilton TX 76531
Phone: 254-386-3518
Fax: 254-386-8727

## Hansford County

**Hansford County and District Clerk**
15 N. W. Court
Spearman TX 79081
Phone: 806-659-4110
Fax: 806-659-4168

## Hardeman County

**Hardeman County and District Clerk**
P O Box 30
Quanah TX 79252
Phone: 940-663-2901

**Local Registrar – Precinct 3**
P O Box 546
Chillicothe TX 79225
Phone: 940-852-5211

## Hardin County

**Hardin County Clerk**
P.O. Box 38
Kountze TX 77625
Phone: 409-246-5185
Fax: 409-246-3208

## Harris County

**Harris County Clerks Office (for portions of Precinct 3 and 4, City of La Porte)**
201 Caroline, 3rd Floor (Main Office)
Houston, TX77002
Phone: 713-755-6438
Fax: 713-755-8839

**Baytown City Clerk**
3120 N. Main
Baytown TX 77521
Phone: 281-425-1018
Fax: 281-420-5810

**Galena Park City Secretary**
P O Box 46
Galena Park TX 77547
Phone: 713-672-2556
Fax: 713-672-1840

**City of Houston Local Registrar (for Houston, Nassau Bay, Webster, Precincts 1-2, Precincts 4-8)**
8000 N Stadium Drive
Houston TX 77054
Phone: 713-837-0311

**City Secretary of Jacinto City**
10301 Market St
Jacinto City TX 77029
Phone: 713-674-8424
Fax: 713-675-8525

**Pasadena Local Registrar**
P O Box 672
Pasadena TX 77501
Phone: 713-475-5593
Fax: 713-477-3947

**Pearland City Secretary**
3519 Liberty
Pearland TX 77581
Phone: 281-652-1655
Fax: 281-485-1719

**South Houston City Secretary**
P O Box 238
South Houston TX 77587
Phone: 713-947-7700
Fax: 713-910-0495

**Tomball Local Registrar**
401 West Market Street
Tomball TX 77375
Phone: 281-290-1050
Fax: 281-351-6256

## Harrison County

**Harrison County Clerk**
P O Box 1365
Marshall TX 75671
Phone: 903-935-8403

**Gregg County Clerk (for the City of Longview)**
101 E Methvin Suite 200
Longview TX 75601
Phone: 903-237-2637
Fax: 903-237-2574

## Hartley County

**Dalhart City Secretary**
P O Box 2005
Dalhart TX 79022
Phone: 806-249-5511
Fax: 806-249-4414

**Justice of the Peace - Precinct 1 - 4**
701 Texas Boulevard
Dalhart TX 79022
Phone: 806-249-2939

## Haskell County

**Haskell County Clerk**
P O Box 725
Haskell TX 79521
Phone: 940-864-2451

## Hays County

**Hays County Clerk (for Precincts 1-5)**
712 S. Stagecoach Trail
San Marcos TX 78666

Phone: 512-393-7330
Fax: 512-393-7337

**City of San Marcos Local Registrar**
630 E Hopkins
San Marcos TX 78666
Phone: 512-393-8086
Fax:: 512-396-1576

## Hemphill County

**Hemphill County and District Clerk**
P O Box 867
Canadian TX 79014
Phone: 806-323-6212

## Henderson County

**Henderson County Clerk**
P O Box 632
Athens TX 75751
Phone: 903-675-6140
Fax: 903-675-6105

## Hidalgo County

**City of Alamo Local Registrar**
423 N Tower Rd
Alamo TX 78516
Phone: 956-787-0006

**City of Alton City Secretary**
P O Drawer 9004
Mission TX 78572
Phone: 956-581-2733
Fax: 956-581-2253

**City of Donna Local Registrar**
307 South 12th Street
Donna TX 78537
Phone: 956-464-3314

**City of Edinburg City Secretary**
P O Box 1079
Edinburg TX 78540
Phone: 956-383-5661
Fax: 956-383-7111

Case 2:13-cv-00193   Document 802-16   Filed on 11/20/14 in TXSD   Page 27 of 71

**City of Hidalgo City Secretary**
704 E Texano
Hidalgo TX 78557
Phone: 956-843-2286
Fax: 956-843-2317

**City of La Joya City Registrar**
P O Drawer H
La Joya TX 78560
Phone: 956-581-7002
Fax: 956-580-7000

**City of McAllen Local Registrar**
221 S. 15th
McAllen TX 78501
Phone: 956-681-1195
Fax: 956-681-1194

**City of Mercedes Local Registrar**
P.O. Box 837
Mercedes TX 78570
Phone: 956-565-3114 Ext 138

**City of Mission - City Secretary**
900 Doherty
Mission TX 78572
Phone: 956-580-8662
Fax: 956-580-8768

**City of Pharr Local Registrar**
P O Box 1729
Pharr TX 78577
Phone: 956-702-5335 Ext 113
Fax: 956-702-5313

**Justice of the Peace - Precinct 1.1**
1902 Joe Stevens; Ste 301
Weslaco TX 78570
Phone: 956-447-3995

**Justice of the Peace - Precinct 2.2**
122 East Park
Pharr TX 78577
Phone: 956-787-1986
Fax: 956-787-9343

**Justice of the Peace - Precinct 3.1**
730 Brey Fogle Suite C

Mission TX 78572
Phone: 956-519-8422
Fax: 956-519-1796

**Justice of the Peace - Precinct 4.1**
1212 S. 25th, Ste B
Edinburg TX 78539
Phone: 956-380-4473

**Justice of the Peace - Precinct 4.2**
1212 S. 25th, Ste A
Edinburg TX 78539
Phone: 956-383-0921
Fax: 956-383-7430

**Justice of the Peace - Precinct 5 (for the City of Elsa and Edcouch)**
P O Box 2127
Elsa TX 78538
Phone: 956-262-3300
Fax: 956-262-4413

**City of San Juan Local Registrar (and for Precinct 8)**
709 South Nebraska
San Juan TX 78589
Phone: 956-702-6400
Fax: 956-787-5978

**City of Weslaco City Secretary**
500 S Kansas
Weslaco TX 78596
Phone: 956-968-3181
Fax: 956-968-6717

## Hill County

**City of Hillsboro City Secretary**
214 E Elm Street
Hillsboro TX 76645
Phone: 254-582-3271
Fax: 254-582-0112

**Justice of the Peace - Precinct 1**
P O Box 316
Hillsboro TX 76645
Phone: 254-582-4025
Fax: 254-582-4005

**Justice of the Peace - Precinct 2**
P O Box 561
Itasca TX 76055
Phone: 254-687-2508

**Justice of the Peace - Precinct 3**
P O Box 1
Hubbard TX 76648
Phone: 254-576-2721

**Justice of the Peace - Precinct 4**
P O Box 1853
Whitney TX 76692
Phone: 254-694-3140

## Hockley County

**Hockley County Clerk**
802 Houston Street, Suite 213
Levelland TX 79336
Phone: 806-894-3185

## Hood County

**Hood County Clerk**
PO Box 339

201 W. Bridge St.
Granbury TX 76048
Phone: 817-579-3222
Fax: 817-408-3441

## Hopkins County

**Justice of the Peace - Precinct 1**
298 Rosemont
Sulphur Springs TX 75482
Phone: 903-438-4026

**Justice of the Peace - Precinct 2 (for the City of Sulphur Springs)**
110 Main St
Sulphur Springs TX 75482
Phone: 903-438-4036
Fax: 903-438-4039

## Houston County

**Houston County Clerk**
P O Box 370
Crockett TX 75835

Case 2:13-cv-00193   Document 802-16   Filed on 11/20/14 in TXSD   Page 30 of 71

Phone: 936-544-3255 Ext 240
Fax: 936-544-1954

## Howard County

**Howard County Clerk**
P O Box 1468
Big Spring TX 79721
Phone: 432-264-2213
Fax: 432-264-2215

## Hudspeth County

**Justice of the Peace - Precinct 1**
P O Box 40
Sierra Blanca TX 79851
Phone: 915-369-4141
Fax: 915-369-3721

**Justice of the Peace - Precinct 2**
P O Box 88
Fort Hancock TX 79839
Phone: 915-769-3887
Fax: 915-769-3450

**Justice of the Peace - Precinct 3**
19900 Hwy 62/180
El Paso TX 79938
Phone: 915-988-2457

**Justice of the Peace - Precinct 4**
P O Box 161
Dell City TX 79837
Phone: 915-964-2637

## Hunt County

**Hunt County Clerk**
P O Box 1316
Greenville TX 75403-1316
Phone: 903-408-4130

**Justice of the Peace - Precinct 2**
P.O. Box 411
Commerce TX 75429
Phone: 903-886-6726

## Hutchison County

Case 2:13-cv-00193   Document 802-16   Filed on 11/20/14 in TXSD   Page 31 of 71

**Hutchison County Clerk**

P O Box 1186
Stinnett TX 79083
Phone: 806-878-4002

**City of Borger City Secretary**

P O Box 5250
Borger TX 79008-5250
Phone: 806-273-0902
Fax: 806-273-0974

**Return to Local Registrars List.**

*Last updated July 22, 2014*



**Local Registrars Offices - Irion County through Jones County**

**Return to Local Registrars List.**

## Irion County

**Irion County and District Clerk**
P O Box 736
Mertzon TX 76941
Phone: 915-835-2421
Fax: 325-835-2008

## Jack County

**Jack County Clerk**
100 Main Street
Jacksboro TX 76458
Phone: 940-567-2111

## Jackson County

**Jackson County Clerk**
115 West Main, Rm 101
Edna TX 77957
Phone: 361-782-3563

## Jasper County

**Jasper County Clerk**
P O Box 2070
Jasper TX 75951
Phone: 409-384-2632
Fax: 409-384-7198

## Jeff Davis County

**Justice of the Peace - Precinct 1**
P O Box 827
Fort Davis TX 79734
Phone: 432-426-3045
Fax: 432-426-2677

## Jefferson County

**City of Beaumont - City Registrar (for Precinct 1 & 6)**
P O Box 3827
Beaumont TX 77704
Phone: 409-832-4000
Fax: 409-832-8369

**City of Groves**
P O Box 846
Groves TX 77619
Phone: 409-960-5773
Fax: 409-936-3388

**City of Nederland**
P O Box 967
Nederland TX 77627
Phone: 409-723-1505
Fax: 409-723-1550

**City of Port Arthur**
449 Austin Ave
Port Arthur TX 77640
Phone: 409-983-8853
Fax: 409-983-8870

**City of Port Neches**
P O Box 758
Port Neches TX 77651
Phone: 409-727-2182

**Justice of the Peace - Precinct 4**
P O Box 10
Hamshire TX 77622
Phone: 409-794-1712
Fax: 409-794-1637

**Justice of the Peace - Precinct 7**
7933 Viterbo Rd Suite 1
Beaumont TX 77705
Phone: 409-722-0451
Fax:409-724-2148

**Justice of the Peace - Precinct 8**
525 Lakeshore Dr.
Port Arthur TX 77640
Phone: 409-983-8325
Fax: 409-983-8303

## Jim Hogg County

**Justice of the Peace - Precinct 1**
201 North Oak Suite 1
Hebbronville TX 78361
Phone: 361-527-5830
Fax: 361-527-5843

**Justice of the Peace - Precinct 2**
201 North Oak Suite 1
P.O. Box 729
Hebbronville TX 78361
Phone: 361-527-5830
Fax: 361-527-5843

**Justice of the Peace - Precinct 3**
201 North Oak Suite 1
Hebbronville TX 78361
Phone: 361-527-5830
Fax: 361-527-5843

**Justice of the Peace - Precinct 4**
201 North Oak Suite 1
Hebbronville TX 78361
Phone: 361-527-5830
Fax: 361-527-5843

## Jim Wells County

**Jim Wells County Clerk**

P.O.Box 1459

Alice TX 78332
Phone: 361-668-5702

## Johnson County

**Johnson Count Clerk**
P O Box 1056
Cleburne TX 76031
Phone: 817-556-6315
Fax: 817-556-6326

**City of Mansfield Local Registrar (for the City of Mansfield)**
1305 East Broad Street
Mansfield TX 76063-1896
Phone: 817-276-4204 ext. 252
Fax: 817-473-2925

## Jones County

**Jones County Clerk**
P O Box 552
Anson TX 79501
Phone: 325-823-3762
Fax: 325-823-4223

**Abilene/Taylor County Public Health (for all of Abilene)**
P O Box 2818 (79604)

850 North 6th Street
Abilene TX 79601
Phone: 325-692-5600

**Return to Local Registrars List.**

*Last updated April 18, 2013*

Case 2:13-cv-00193   Document 802-16   Filed on 11/20/14 in TXSD   Page 35 of 71



**Local Registrars Offices - Karnes County through Knox County**

**Return to Local Registrars List.**

## Karnes County

**Karnes Count Clerk**
101 N Panna Maria St
Karnes City TX 78118
Phone: 830-780-3938
Fax: 830-780-4576

## Kaufman County

**Kaufman County Clerk**
100 W. Mulberry
Kaufman TX 75142
Phone: 972-932-4331 ext 1200

**City Secretary of Terrell**
210 East Nash
Terrell TX 75160
Phone: 972-551-6600 ext 227
Fax: 972-551-1101

## Kendall County

**Kendall County Clerk**
201 E San Antonio Street Suite 127
Boerne TX 78006
Phone: 830-249-9343 ext. 230
Fax: 830-249-3472

## Kenedy County

**Kenedy County and District Clerk**
P O Box 227
Sarita TX 78385
Phone: 361-294-5220

## Kent County

**Kent County and District Clerk**
P O Box 9
Jayton TX 79528
Phone: 806-237-3881

## Kerr County

**Kerr County Clerk**
700 Main Street Room 122
Kerrville TX 78028
Phone: 830-792-2255
Fax: 830-792-2274

## Kimble County

**Kimble County and District Clerk**
County Courthouse - 501 Main Street
Junction TX 76849
Phone: 325-446-3353
Fax: 915-446-2986

## King County

**King County and District Clerk**
P O Box 135
Guthrie TX 79236
Phone: 806-596-4412
Fax: 806-596-4664

## Kinney County

**Justice of the Peace - Precinct 1 (for all of Kinney County)**
P O Box 389
Brackettville TX 78832
Phone: 830-563-2881
Fax: 830-563-3077

## Kleberg County

**Klegerg County Clerk**
P.O. Box 1327
Kingsville TX 78364
Phone: 361-595-8548
Fax: 361-593-1355

## Knox County

**Justice of the Peace - Precinct 1 and 2**
P O Box 76
Benjamin TX 79505
Phone: 940-454-3181
Fax: 940-454-2005

**Justice of the Peace - Precinct 3 and 4**
P.O. Box 24
Munday TX 76371
Phone: 940-422-8008

**Return to Local Registrars List.**

*Last updated April 18, 2013*

Case 2:13-cv-00193   Document 802-16   Filed on 11/20/14 in TXSD   Page 38 of 71



**Local Registrars Offices - Lamar County through Lynn County**

**Return to Local Registrars List.**

## Lamar County

### Lamar County Clerk
119 N Main St
Paris TX 75460
Phone: 903-737-2420

### City of Paris – City Clerk
P O Box 9037
Paris TX 75461
Phone: 903-785-7511
Fax: 903-784-1798

## Lamb County

### Lamb County Clerk
County Courthouse Rm 103 Box 3
Littlefield TX 79339
Phone: 806-385-4222 Ext 214
Fax: 806-385-6485

### Justice of the Peace – Precinct 2
P O Box 513
Earth TX 79031
Phone: 806-257-3379

## Lampasas County

### Lampasas County Clerk
P O Box 347
Lampasas TX 76550
Phone: 512-556-8271

## LaSalle County

### LaSalle County Clerk and District
Courthouse Sq., Suite 107
Cotulla TX 78014
Phone: 210-879-4432

## Lavaca County

### Justice of the Peace – Precinct 1
P O Box 288

Hallettsville TX 77964
Phone: 361-798-3945
Fax: 361-798-9514

**Justice of the Peace - Precinct 2**
Justice of the Peace
P O Box 460
Moulton TX 77975
Phone: 361-596-8308
Fax: 361-596-8246

**Justice of the Peace - Precinct 3**
P O Box 33
Shiner TX 77984
Phone: 361-798-5430

**Justice of the Peace - Precinct 4**
303 B. Nelson St.
Yoakum TX 77995
Phone: 361-293-9146
Fax: 361-293-5818

**City of Yoakum - City Clerk**
P. O. Box 738
Yoakum TX 77995
Phone: 361-293-6321
Fax: 361-293-3318

## Lee County

**Lee County Clerk**
P O Box 419
Giddings TX 78942
Phone: 979-542-3684
Fax: 979-542-2623

## Leon County

**Leon County Clerk**
P O Box 98
Centerville TX 75833
Phone: 903-536-2352

## Liberty County

**Liberty County Clerk**
P.O. Box 369
Liberty TX 77575
Phone: 936-336-4670
Fax: 936-336-4640

## Limestone County

**Limestone County Clerk**
P O Box 350
Groesbeck TX 76642
Phone: 254-729-5504
Fax: 254-729-2951

## Lipscomb County

**Lipscomb County and District Clerk**
P O Box 70
Lipscomb TX 79056
Phone: 806-862-3091
Fax: 806-862-3044

## Live Oak County

**Justice of the Peace - Precinct 1**
P O Box 1405
George West TX 78022
Phone: 361-449-2580

**Justice of the Peace - Precinct 2**
P O Box 764
Three Rivers TX 78071
Phone: 361-786-3211
Fax: 361-786-3297

**Justice of the Peace - Precinct 3**
P O Box 1826
George West TX 78022
Phone: 361-449-3158

**Justice of the Peace - Precinct 4**
P O Box 535
George West TX 78022
Phone: 361-449-2733 Ext 122
Fax: 361-449-9488

## Llano County

**Llano County Clerk**
P.O. Box 40
Llano TX 78643-0040
Phone: 915-247-4455

## Loving County

**Loving County and District Clerk**
P O Box 194
Mentone TX 79754

Phone: 915-377-2441
Fax: 915-377-2701

## Lubbock County

**City of Lubbock Vital Statistics**
City Hall - 1625 13th Street Rm 102
Lubbock TX 79401
Phone: 806-775-2926
Fax: 806-775-2957

**City of Slaton – City Secretary**
130 S. 9th St.
Slaton TX 79364
Phone: 806-828-2000
Fax: 806-828-2002

## Lynn County

**Lynn County Clerk**
P.O. Box 937
Tahoka, Tx 79373
Phone: 806-428-4750

**Justice of the Peace – 4**
P.O. Box 415
ODonnell, Tx 79351
Phone: 806-428-3711

**Return to Local Registrars List.**

*Last updated April 18, 2013*


**TEXAS**
Department of
State Health Services

Local Registrars Offices - McCulloch County through Motley County

**Return to Local Registrars List.**

## McCulloch County

### McCulloch County Clerk
199 Courthouse Sq., Rm. 101
Brady TX 76825
Phone: 915-597-0733 ext. 103
Fax: 915-597-1731

## McLennan County

### City of Waco Local Registrar
225 W Waco Drive
Waco TX 76707
Phone: 254-750-5468
Fax: 254-750-5455

### Justice of the Peace - Precinct 1
501 Washington Ave Suite 104-D
Waco TX 76701
Phone: 254-757-5040
Fax: 254-714-2899

### Justice of the Peace - Precinct 2
P O Box 112
Mart TX 76664
Phone: 254-876-2414
Fax: 254-876-2072

### Justice of the Peace - Precinct 3
P O Box 495
West TX 76691
Phone: 254-826-3341
Fax: 254-826-3595

### Justice of the Peace - Precinct 4
13341 China Springs Hwy
China Spring TX 76633
Phone: 254-836-8313
Fax: 254-836-0468

### Justice of the Peace - Precinct 5
307 South Madison

McGregor TX 76657
Phone: 254-840-4225

**Justice of the Peace - Precinct 6**
P O Box 8
Moody TX 76557
Phone: 254-853-3977
Fax: 254-853-2164

**Justice of the Peace - Precinct 7**
929 Elem Street
Waco TX 76704
Phone: 254-752-9353
Fax: 254-752-9526

## McMullen County

**McMullen County and District Clerk**
P.O. Box 235
Tilden TX 78072
Phone: 361-274-3215
Fax: 361-274-3618

## Madison County

**Madison County Clerk**
101 West Main #102
Madisonville TX 77864
Phone: 936-348-2638

## Marion County

**Marion County Clerk**
P.O. Box 763
Jefferson TX 75657
Phone: 903-665-3971
Fax: 903-665-8732

## Martin County

**Martin County and District Clerk**
P O Box 906
Stanton TX 79782
Phone: 432-756-3412

## Mason County

**Mason County and District Clerk**
P O Box 702

Mason TX 78656
Phone: 915-347-5253

## Matagorda County

**Matagorda County Clerk**
1700 Seventh Street 202
Bay City TX 77414
Phone: 979-244-7680
Fax: 979-244-7688

**City of Palacios Local Registrar**
P O Box 845
Palacios TX 77465
Phone: 361-972-3605
Fax: 361-972-6555

## Maverick County

**Maverick County Clerk**
500 Quarry St., Suite 2
Eagle Pass TX 78852
Phone: 830-773-2829
Fax: 830-752-4479

## Medina County

**Medina County Clerk**
1100 16th St., Rm. 109
Hondo TX 78861
Phone: 830-741-6041
Fax: 830-741-6015

## Menard County

**Justice of the Peace**
P O Box 1095
Menard TX 76859
Phone: 325-396-2239
Fax: 325-396-2791

## Midland County

**Midland County Clerk**
200 West Wall Suite 105
Midland TX 79701
Phone: 432-688-4926
Fax: 432-688-2967

**Ector County Clerk (for the City of Odessa)**
Courthouse Room 111
Odessa TX 79761
Phone: 915-498-4130

## Milam County

**Milam County Clerk**
107 West Main
Cameron TX 76520
Phone: 254-697-7049
Fax: 254-697-7055

**City of Cameron Local Registrar**
P O Box 833
Cameron TX 76520
Phone: 254-697-6646
Fax: 254-697-3040

**City of Rockdale Local Registrar**
P O Box 586
Rockdale TX 76567
Phone: 512-446-2511
Fax: 512-446-6258

## Mills County

**Justice of the Peace**
P O Box 65
Goldthwaite TX 76844
Phone: 915-648-2278

## Mitchell County

**Mitchell County Clerk**
349 Oak Street Room 103
Colorado City TX 79512
Phone: 325-728-3481
Fax: 325-728-5322

## Montague County

**Montague County Clerk**
P O Box 77
Montague TX 76251
Phone: 940-894-2461
Fax: 940-894-6601

**City of Bowie City Secretary**
304 Lindsay Street

Bowie TX 76230
Phone: 940-872-1114
Fax: 940-872-5702

**City of Nocona City Registrar**
P O Box 564
Nocona TX 76255
Phone: 940-825-6570

## Montgomery County

**Montgomery County Clerk**
P O Box 959
Conroe TX 77305
Phone: 936-760-6980

**City of Houston Local Registrar**
8000 N Stadium Drive
Houston TX 77054
Phone: 713-794-9070
Fax: 713-794-9991

## Moore County

**City of Dumas – City Registrar**
715 S. Dumas Avenue Room 107
Dumas TX 79029
Phone: 806-935-2009
Fax: 806-935-9004

**Justice of the Peace – Precinct 1**
615 E 1st
Dumas TX 79029
Phone: 806-935-3920
Fax: 806-935-4614

**Justice of the Peace – Precinct 2**
P.O. Box 834
Sunray TX 79086
Phone: 806-948-5362
Fax: 806-948-0037

## Morris County

**Morris County Clerk**
500 Broadnax St.
Daingerfield TX 75638
Phone: 903-645-3911

Case 2:13-cv-00193   Document 802-16   Filed on 11/20/14 in TXSD   Page 47 of 71

## Motley County

**Motley County Judge**
P O Box 719
Matador TX 79244
Phone: 806-347-2334

**Return to Local Registrars List.**

*Last updated April 18, 2013*

Case 2:13-cv-00193   Document 802-16   Filed on 11/20/14 in TXSD   Page 48 of 71



Local Registrars Offices - Nacogdoches County through Orange County

**Return to Local Registrars List.**

## Nacogdoches County

- **Nacogdoches County Clerk**
  101 West Main Room 205
  Nacogdoches TX 75961
  Phone: 409-560-7733

## Navarro County

- **Navarro County Clerk**
  P O Box 423
  Corsicana TX 75151
  Phone: 903-654-3035

## Newton County

- **Newton County Clerk**
  P O Box 484
  Newton, TX 75966
  Phone: 409-379-5341
  Fax: 409-379-9049

## Nolan County

- **Nolan County Clerk**
  East 3rd Street, Suite 108
  Sweetwater TX 79556
  Phone: 325-235-2462
  Fax: 325-236-9416

## Nueces County

- **City of Corpus Christi Local Registrar**
  1702 Horne Road Rm 21
  Corpus Christi TX 78416
  Phone: 361-826-7229

- **Justice of the Peace – Precinct 1.1**
  901 Leopard, Rm 116
  Corpus Christi TX 78401
  Phone: 361-888-0201
  Fax: 361-888-0279

- **Justice of the Peace – Precinct 1.2**
  Justice of the Peace Pct 1
  901 Leopard, Rm 115
  Corpus Christi TX 78401
  Phone: 361-888-0210
  Fax: 361-888-0321

- **Justice of the Peace – Precinct 1.3 (Also for Precinct 6.1 and 6.2)**
  11408 Leopard St.
  Robstown TX 78410
  Phone: 361-241-1222
  Fax: 361-242-2677

- **Justice of the Peace – Precinct 2**
  10110 Compton
  Corpus Christi TX 78418
  Phone: 361-937-2614
  Fax: 361-937-3704

- **Justice of the Peace – Precinct 3**
  P O Box 27
  Bishop TX 78343
  Phone: 361-584-2411
  Fax: 361-584-1521

- **Justice of the Peace – Precinct 4**
  P O Box 133
  Port Aransas TX 78373
  Phone: 361-749-5661
  Fax: 361-749-0231

- **Justice of the Peace – Precinct 5.1**
  710 E Main
  Robstown TX 78380
  Phone: 361-767-5205
  Fax: 361-767-5266

- **Justice of the Peace – Precinct 5.2**
  P O Box 387
  Agua Dulce TX 78330
  Phone: 361-998-2231
  Fax: 361-387-0645

## Ochiltree County

- **Ochiltree County Clerk**
  511 S Main St
  Perryton TX 79070
  Phone: 806-435-8039
  Fax: 806-435-2081

## Oldham County

Case 2:13-cv-00193   Document 802-16   Filed on 11/20/14 in TXSD   Page 50 of 71

- **Oldham County and District Clerk**
  P O Box 360
  Vega TX 79092
  Phone: 806-267-2667

## Orange County

- **City of Orange City Secretary**
  P.O. Box 520
  Orange, TX 77631-0520
  Phone: 409-883-1042
  Fax: 409-988-7315

- **Justice of the Peace – Precinct 1**
  801 W. Division St.
  Orange TX 77630
  Phone: 409-882-7800
  Fax: 409-882-7001

- **Justice of the Peace – Precinct 2**
  P O Box 2219
  Orange TX 77631-2219
  Phone: 409-882-7805

- **Justice of the Peace – Precinct 3**
  P O Box 1400
  Bridge City TX 77611
  Phone: 409-735-8133
  Fax: 409-735-5197

- **Justice of the Peace – Precinct 4**
  190 Camp Street
  Vidor TX 77662
  Phone: 409-769-2284
  Fax: 409-769-0918

**Return to Local Registrars List.**

*Last updated April 18, 2013*

Case 2:13-cv-00193   Document 802-16   Filed on 11/20/14 in TXSD   Page 51 of 71



Local Registrars Offices - Palo Pinto County through Rusk County

**Return to Local Registrars List.**

## Palo Pinto County

- **Pala Pinto County Clerk**
  P O Box 219
  Palo Pinto TX 76484
  Phone: 940-659-1277

- **City of Mineral Wells City Clerk**
  P O Box 460
  Mineral Wells TX 76068
  Phone: 940-328-7702
  Fax: 940-328-7704

## Panola County

- **City of Carthage Local Registrar**
  P O Box 400
  Carthage TX 75633
  Phone: 903-693-3868 Ext 21
  Fax: 903-693-3882

- **Justice of the Peace Pct 2**
  Panola County Courthouse Rm 103
  Carthage TX 75633
  Phone: 903-693-0377
  Fax: 903-693-0368

- **Justice of the Peace**
  Panola County Courthouse Rm 105
  Carthage TX 75633
  Phone: 903-693-0375

## Parker County

- **Parker County Clerk**
  P O Box 819
  Weatherford TX 76086
  Phone: 817-594-7461

## Parmer County

- **Parmer County Clerk**
  P O Box 356
  Farwell TX 79325
  Phone: 806-481-3691

## Pecos County

- **Pecos County Clerk**
  103 West Callaghan
  Fort Stockton TX 79735
  Phone: 432-336-7555

## Polk County

- **Polk County Clerk**
  P O Drawer 2119
  Livingston TX 77351
  Phone: 409-327-6804
  Fax: 409-327-6874

## Potter County

- **City of Amarillo Local Registrar**
  P O Box 1971
  Amarillo TX 79105-1971
  Phone: 806-378-9344
  Fax: 806-378-3026

## Presidio County

- **Justice of the Peace Pct 1**
  P O Box 481
  Marfa TX 79843
  Phone: 432-729-4831

- **Justice of the Peace Pct 2**
  P O Box 900
  Presidio TX 79845
  Phone: 432-229-3705

- **City of Marfa – City Secretary**
  P.O. Box 787
  Marfa TX 79843
  Phone: 432-729-4315
  Fax: 432-729-3158

## Rains County

- **Justice of the Peace**
  P O Box 156
  Emory TX 75440
  Phone: 903-473-5568

## Randall County

Case 2:13-cv-00193   Document 802-16   Filed on 11/20/14 in TXSD   Page 53 of 71

- **Randall Conty Clerk (for Precincts 1-4)**
  P.O. Box 660
  Canyon TX 79015
  Phone: 806-468-5505
  Fax: 806-468-5509

- **City of Canyon City Manager**
  301 16th Street
  Canyon TX 79015
  Phone: 806-655-5000
  Fax: 806-655-5025

- **City of Amarillo Local Registrar**
  P O Box 1971
  Amarillo TX 79105-1971
  Phone: 806-378-9344
  Fax: 806-378-3026

## Reagan County

- **County and District Clerk – Reagan County**
  P O Box 100
  Big Lake TX 76932
  Phone: 915-884-2442

## Real County

- **Justice of the Peace Precinct 1 - 2 (for Precincts 1, 2, and 5)**
  P O Box 1430
  Leakey TX 78873
  Phone: 830-232-6630
  Fax: 830-232-6040

- **Justice of the Peace (for Precincts 3, 4, and 7)**
  P O Box 106
  Camp Wood TX 78833
  Phone: 210-597-6129

## Red River County

- **County Clerk Red River County**
  200 N Walnut
  Clarksville TX 75426
  Phone: 903-427-2401

## Reeves County

- **Reeves County Clerk**
  P O Box 867
  Pecos TX 79772
  Phone: 915-445-5467
  Fax: 432-445-3997

## Refugio County

- **Refugio County Clerk**
  P O Box 736
  Refugio TX 78377
  Phone: 361-526-2721

## Roberts County

- **County and District Clerk – Roberts County**
  P. O. Box 477
  Miami TX 79059
  Phone: 806-868-2341

## Robertson County

- **Justice of the Peace Pct 1 (for Calvert and Pct 1)**
  P O Box 308
  Calvert TX 77837
  Phone: 979-364-2750

- **Justice of the Peace Pct 2 (for Hearne and Pct 2)**
  $1108^{1/2}$ Market St.
  Hearne TX 77859
  Phone: 979-279-2301
  979-279-6251

- **Justice of the Peace Pct 3**
  P O Box 432
  Franklin TX 77856
  Phone: 979-828-3929

- **Justice of the Peace Pct 4**
  P O Box J
  Bremond TX 76629
  Phone: 254-746-7836

## Rockwall County

- **Rockwall County Clerk**
  1101 Ridge Road Suite 101
  Rockwall TX 75087
  Phone: 972-882-0220
  Fax: 972-882-0229

## Runnels County

- **County Clerk – Runnels County**
  P O Box 189
  Ballinger TX 76821

Phone: 915-365-2720
Fax: 915-365-3408

## Rusk County

- **County Clerk – Rusk County**
  P O Box 758
  Henderson TX 75653
  Phone: 903-657-0330
  Fax: 903-657-0062

**Return to Local Registrars List.**

*Last updated April 18, 2013*

Case 2:13-cv-00193   Document 802-16   Filed on 11/20/14 in TXSD   Page 56 of 71



Local Registrars Offices - Sabine through Swisher

**Return to Local Registrars List.**

## Sabine County

**County Clerk – Sabine County**
P O Drawer 580
Hemphill TX 75948
Phone: 409-787-3786
Fax: 409-787-2044

## San Augustine County

**County Clerk – San Augustine County**
100 W. Columbia Room 106
San Augustine TX 75972
Phone: 936-275-2452

## San Jacinto County

**Justice of the Peace Pct 1**
1 State Hwy 150 Room A-2
Coldspring TX 77331
Phone: 936-653-4578
Fax: 936-653-5604

**Justice of the Peace Pct 2**
P O Box 1227
Shepherd TX 77371
Phone: 936-628-6477
Fax: 936-628-3953

**Justice of the Peace Pct 3**
P O Box 341
Coldspring TX 77331
Phone: 281-592-4400
Fax: 281-592-4410

**Justice of the Peace Pct 4**
P O Box 63
Point Blank TX 77364
Phone: 936-377-2131
Fax: 936-377-3453

## San Patricio County

**County Clerk – San Patricio County**
P.O. Box 578
Sinton TX 78387
Phone: 361-364-6290

**City of Sinton – City Secretary**
301 E Market
Sinton TX 78387
Phone: 361-364-2381
Fax: 361-364-3781

**Justice of the Peace Pct 2**
P O Box 73
Odem TX 78370
Phone: 361-368-4311

**Justice of the Peace Pct 4**
900 Austin Street
Portland TX 78374
Phone: 361-643-2241
Fax: 361-643-6800

**Justice of the Peace Pct 5**
619 N Frio
Mathis TX 78368
Phone: 361-547-2244
Fax: 361-547-2265

**Justice of the Peace Pct 6**
911 S Commercial
Aransas Pass TX 78336
Phone: 361-758-5657

## San Saba County

**Justice of the Peace Pct 1**
500 E. Wallace Rm. 101
San Saba TX 76877
Phone: 325-372-5746

## Schleicher County

**County & District Clerk – Schleicher County**
P O Drawer 580
Eldorado TX 76936
Phone: 325-853-2833
Fax: 325-853-2768

## Scurry County

**County Clerk – Scurry County**
1806 25th St Suite 300
Snyder TX 79549
Phone: 915-573-5332
Fax: 915-573-7396

## Shackelford County

**Justice of the Peace Pct 1-4**
P O Box 181
Albany TX 76430
Phone: 325-762-2232
Fax: 325-762-2830

## Shelby County

**County Clerk – Shelby County**
P O Box 1987
Center TX 75935
Phone: 936-598-3701
Fax: 936-598-6361

## Sherman County

**County Clerk – Sherman County**
P O Box 270
Stratford TX 79084
Phone: 806-366-2371

## Smith County

**County Clerk – Smith County**
P O Box 1018
Tyler TX 75710
Phone: 903-535-0630

**Northeast Public Health District (Registrar for all events in the City of Tyler)**
815 N. Broadway
Tyler TX 75710
Phone: 903-535-0030

## Somervell County

**County & District Clerk – Somervell County**
P O Box 1098
Glen Rose TX 76043
Phone: 254-897-4427

## Starr County

Case 2:13-cv-00193   Document 802-16   Filed on 11/20/14 in TXSD   Page 59 of 71

**County Clerk – Starr County**
County Courthouse Rm 201
Rio Grande City TX 78582
Phone: 956-487-8032
Fax: 956-487-8674

## Stephens County

**County Clerk – Stephens County**
200 W. Walker
Breckenridge TX 76424
Phone: 254-559-3700
Fax: 254-559-5892

## Sterling County

**County & District Clerk – Sterling County**
P O Box 55
Sterling City TX 76951
Phone: 915-378-5191

## Stonewall County

**County & District Clerk – Stonewall County**
P O Drawer P
Aspermont TX 79502
Phone: 940-989-2272

## Sutton County

**County & District Clerk – Sutton County**
300 E Oak Suite 3
Sonora TX 76950
Phone: 325-387-3815

## Swisher County

**County & District Clerk – Swisher County**
119 S. Maxwell
Tulia TX 79088
Phone: 806-995-3294

**Return to Local Registrars List.**

*Last updated August 13, 2014*



Local Registrars Offices - Tarrant County through Tyler County

**Return to Local Registrars List.**

## Tarrant County

### Tarrant County Clerk's Vital Statistics Office
200 Taylor St., Room 301
Fort Worth TX 76196-0401
Phone: 817-884-1195


### City of Arlington – Local Registrar
101 West Abram, First Floor

Arlington, TX 76010
Community Services
Phone: (817) 459-6777

### City of Bedford – Local Registrar
2000 Forest Ridge Drive, Bldg. B
Bedford TX 76021
Phone: 817-952-2104
Fax: 817-952-2397

### County Clerk - Johnson County (for Burleson and Richand Hills)
P O Box 662
Cleburne TX 76031
Phone: 817-556-6191

### City of Grapevine - City Secretary
P O Box 95104
Grapvine TX 76099
Phone: 817-410-3182
Fax: 817-410-3004

### City of Keller – City Secretary
P O Box 770
Keller TX 76244
Phone: 817-743-4005
Fax: 817-743-4190

### City of Mansfield – City Secretary
1200 E Broad
Mansfield TX 76063-1896
Phone: 817-276-4204
Fax: 817-473-2925

### North Richland Hills - City Secretary
P.O. Box 820609
North Richland Hills TX 76182
Phone: 817-427-6061
Fax: 817-473-6016

## Taylor County

### County Clerk - Taylor County
300 Oak St.

Abilene TX 79602
Phone: 325-674-1202
Fax: 325-674-1279

**Abilene – Taylor County Public Health District**

850 North 6th St.
Abilene TX 79605
Phone: 325-692-5600
Fax: 325-734-5370

## Terrell County

**County & District Clerk – Terrell County**
P O Drawer 410
Sanderson TX 79848
Phone: 915-345-2391
Fax: 915-345-2653

## Terry County

**County Clerk – Terry County**
500 W Main Room 105
Brownfield TX 79316
Phone: 806-637-8551
Fax: 806-637-4874

## Throckmorton County

**Justice of the Peace Pct 1**
P O Box 721
Throckmorton TX 76483
Phone: 940-849-3791
Fax: 940-849-9601

## Titus County

**County Clerk – Titus County**
100 W 1st Suite 204
Mt Pleasant TX 75455
Phone: 903-577-6796
Fax: 903-576-5078

## Tom Green County

**County Clerk – Tom Green County**
124 W Beauregard
San Angelo TX 76903
Phone: 325-659-6553
Fax: 325-659-3251

**Travis County**

**City of Austin** - HHSD Campus
Office of Vital Records
7201 Levander Loop, Bldg. C
Austin, TX 78702-4101
Phone: 512-972-4784
Fax: 512-972-5208

**Justice of the Peace Precinct 1**
1811 Springdale Road Suite 110
Austin TX 78721
Phone: 512-854-7700

**Justice of the Peace Precinct 2**
10409 Burnet Road Suite 180
Austin TX 78758-4427
Phone: 512-854-4545
Fax: 512-854-4535

**Justice of the Peace Precinct 3**
8656 B Highway 71 West Ste. 100
Austin TX 78735
Phone: 512-854-6763
Fax: 512-854-2197

**Justice of the Peace Precinct 4**
4011 McKinney Falls Pwy, Ste 1200
Austin TX 78744
Phone: 512-854-9478
Fax: 512-854-9480

**Justice of the Peace Precinct 5**
P O Box 1748
Austin TX 78701
Phone: 512-854-9050

**Trinity County**

**County Clerk – Trinity County**
P O Box 456
Groveton TX 75845
Phone: 936-642-1208

**Justice of the Peace Precinct 1**
P O Box 1028
Groveton TX 75845
Phone: 936-642-1224

**Justice of the Peace Precinct 2**
P O Box 641
Trinity TX 75862
Phone: 936-594-2011


**Justice of the Peace Precinct 3**
P O Box 464
Trinity TX 75862
Phone: 936-594-3456


## Tyler County

**County Clerk – Tyler County**
100 West Bluff Rm 110
Woodville TX 75979
Phone: 409-283-2281
Fax: 409-283-6305


**Return to Local Registrars List.**

*Last updated April 18, 2013*



Local Registrars Offices - Upshur County through Victoria County

**Return to Local Registrars List.**

## Upshur County

**County Clerk – Upshur County**
P O Box 730
Gilmer TX 75644
Phone: 903-843-4015
Fax: 903-843-5492

## Upton County

**County & District Clerk – Upton County**
P O Box 465
Rankin TX 79778
Phone: 432-693-2861
Fax: 432-693-2129

## Uvalde County

**County Clerk – Uvalde County**
P.O. Box 284
Uvalde Tx 78802-0284
Phone: 830-278-6614

**City of Uvalde – City Registrar**
P O Box 799
Uvalde TX 78802
Phone: 830-278-3316
Fax:830-278-2234

## Val Verde County

**City of Del Rio – Local Registrar**
109 W. Broadway
Del Rio TX 78841
Phone: 830-774-7538
Fax: 830-774-7643

## Van Zandt County

**County Clerk – Van Zandt County**
121 E Dallas Rm 202
Canton TX 75103
Phone: 903-567-6503
Fax: 903-567-6722

Case 2:13-cv-00193   Document 802-16   Filed on 11/20/14 in TXSD   Page 65 of 71

**Victoria County**

**City Secetary – City of Victoria**
P O Box 1758
Victoria TX 77902
Phone: 361-485-3040
Fax: 361-485-3045

**Return to Local Registrars List.**

*Last updated April 18, 2013*



**Local Registrars Offices - Walker County through Wood County**

## Walker County

### Walker County Clerk
1100 University Ave, Ste 201
Huntsville TX 77340
Phone: 936-436-4922
Fax: 936-436-4928

## Waller County

### Waller County Clerk
836 Austin Street Room 217
Hempstead TX 77445
Phone: 979-826-7711

## Ward County

### Ward County Clerk
400 South Allen St Suite 101
Monahans TX 79756
Phone: 432-943-3294
Fax: 432-943-6054

## Washington County

### Washington County Clerk
100 E Main Suite 102
Brenham TX 77833
Phone: 979-277-6200

## Webb County

### Webb County Clerk
1110 Victoria # 201
Laredo TX 78040
Phone: 956-523-4266

### City of Laredo Health Department – Vital Statistics

P O Box 2337
Laredo TX 78044-2337
Phone: 956-795-4929
Fax: 956-795-2025

## Wharton County

### Justice of the Peace Pct 1
P O Box 1216
Wharton TX 77488
Phone: 979-532-3941
Fax: 979-531-0758

**Justice of the Peace Pct 2**
P O Box 780
East Bernard TX 77435
Phone: 979-335-6210
Fax: 979-335-6312

**Justice of the Peace Pct 3**
P O Box 184
Louise TX 77455
Phone: 979-648-2363
Fax: 979-648-2359

**Justice of the Peace Pct 4**
605 E. Calhoun Street
El Campo TX 77437
Phone: 979-543-4322
Fax: 979-543-1568

## Wheeler County

**County Clerk – Wheeler County**
P O Box 465
Wheeler TX 79096
Phone: 806-826-5544
Fax: 806-826-3282

## Wichita County

**Wichita County Clerk** (For Pcts.1-4)

900 7th Street Room 250
Wichita Falls TX 76301
Phone: 940-766-8127

**Wichita Falls – Wichita County Public Health District**

1700 3rd Street
Wichita Falls TX 76301-2199
Phone: 940-761-7802
Fax: 940-761-7693

**City Registrar – City of Electra**
101 North Main
Electra TX 76360
Phone: 940-495-2146
Fax: 940-495-3025

## Wilbarger County

**County Clerk Wilbarger County**
1700 Wilbarger St Rm 15
Vernon TX 76384
Phone: 940-552-5486
Fax: 940-553-2320

## Willacy County

**Justice of the Peace Pct 1**
494 E Main Street
Raymondville TX 78580
Phone: 956-689-3381
Fax: 956-689-5341

**Justice of the Peace Pct 2**
757 E Kimball
Raymondville TX 78580
Phone: 956-689-6255

**Justice of the Peace Pct 3**
494 W. Hidalgo
Raymondville TX 78580
Phone: 956-689-3381
Fax: 956-689-5341

**Justice of the Peace Pct 4**
P O Box 118
Sebastian TX 78594
Phone: 956-347-2913

**Justice of the Peace Pct 5**
1016 West Hidalgo
Raymondville TX 78580
Phone: 956-689-4107

**City Manager/Secretary – City of Raymondville**
142 S 7th Street
Raymondville TX 78580-2591
Phone: 956-689-2443
Fax: 956-689-0981

## Williamson County

**<u>Williamson County Clerk</u>**

405 Martin Luther King (in Basement)
Georgetown TX 78626
Phone: 512-943-1515
Fax: 512-943-1616

**<u>Justice of the Peace Pct 4</u>**
211 W 6th St
Taylor, Texas 76574

Phone: 512-365-4138
Fax: 512-238-2194

## Wilson County

**County Clerk – Wilson County**
P O Box 27
Floresville TX 78114
Phone: 830-393-7308

## Winkler County

**County Clerk – Winkler County**
P O Box 1007

Kermit TX 79745
Phone: 432-586-3401

## Wise County

**County Clerk – Wise County**
P O Box 359
Decatur TX 76234
Phone: 940-627-3351
Fax: 940-627-2138

## Wood County

**County Clerk – Wood County**
P O Box 1796
Quitman TX 75783-1796
Phone: 903-763-2711
Fax: 903-763-5641

**Return to Local Registrars List.**

*Last updated June 14, 2013*



**Local Registrars Offices - Yoakum County through Zavala County**

**Return to Local Registrars List.**

## Yoakum County

### Justice of the Peace Pct 1
P O Box 532
Plains TX 79355
Phone: 806-456-7491
Fax: 806-456-6175

### Justice of the Peace Pct 2
412 W 5th Street
Denver City TX 79323
Phone: 806-592-3963
Fax: 806-592-7563

## Young County

### County Clerk Young County
516 Fourth Rm 104
Graham TX 76450
Phone: 940-549-8432
Fax: 940-521-0305

### Justice of the Peace Prt 3
P O Box 66
Olney TX 76374
Phone: 940-564-5001

## Zapata County

### Justice of the Peace Pct 1
2310 Stop 23A
Zapata TX 78076
Phone: 956-848-5848
Fax: 956-765-8978

### Justice of the Peace Pct 2
P O Box 29
San Ygnacio TX 78067
Phone: 956-765-5333
Fax: 956-765-3526

**Justice of the Peace Pct 3**
2310 Stop 23A
Lopeno TX 78564
Phone: 956-765-8618
Fax: 956-765-8978

**Justice of the Peace Pct 4**
2310 Stop 23A
Zapata TX 78076
Phone: 956-765-6655
Fax: 956-765-6756

## Zavala County

**County Clerk Zavala County**
P.O. Box 5008
Crystal City TX 78839
Phone: 830-374-2331

**City of Crystal City – City Clerk**
101 E Dimmit St
Crystal City TX 78839
Phone: 830-374-3477
Fax: 830-374-9389

**Return to Local Registrars List.**

*Last updated April 18, 2013*