<<Prev Rule      **Texas Administrative Code**      Next Rule>>

**TITLE 25**    HEALTH SERVICES
**PART 1**    DEPARTMENT OF STATE HEALTH SERVICES
**CHAPTER 181**    VITAL STATISTICS
**SUBCHAPTER B**    VITAL RECORDS
**RULE §181.22**    **Fees Charged for Vital Records Services**

(a) The fee for a certified or research copy of a birth record shall be $10.00. Additional copies shall be $10.00 for each copy requested.

(b) The fee for a certified or research copy of a death certificate shall be $10.00 for the first or only copy requested, and $3.00 for each additional copy of the same record requested in the same request.

(c) A surcharge of $2.00 shall be added to the fee for searching and issuing each certified copy of a certificate of birth, or conducting a search for a certificate of birth, as mandated by the Health and Safety Code, §191.0045.

(d) The fee for issuing each heirloom birth certificate, or gift certificate for such, shall be $50.00. If a record is not found, $38.00 of the fee shall be returned to the applicant.

(e) The fee for issuing each wedding anniversary certificate or gift certificate for such shall be $50.00.

(f) The fee to search for any record or information on file within the Vital Statistics Unit shall be $10.00, regardless of whether a certified copy is issued or not.

(g) The fee for a search to verify the existence of a birth or death record shall be $10.00.

(h) The fee for a search to verify a marriage or divorce record shall be $10.00.

(i) The fee for a search and identification of the court that granted an adoption shall be $10.00.

(j) The fee for filing an amendment to an existing certificate of birth or death on file with the Vital Statistics Unit shall be $15.00. An amendment to a certificate includes adding information to a record to make it complete and changing information on a record to make it correct. An additional fee is required to issue a certified copy of the amended record.

(k) The fee for filing an amendment based on a court ordered name change shall be $15.00.

(l) The fee for a new birth record based upon adoption or parentage determination shall be $25.00.

(m) The fee for filing a delayed record of birth shall be $25.00.

(n) The fee for a search of the Paternity Registry shall be $10.00. The fee includes a certification stating whether or not the requested information is located in the Registry.

(o) The fee for a search of the Acknowledgment of Paternity Registry shall be $10.00. The fee includes a certified copy of the Acknowledgement of Paternity, if found.

2:13-cv-193
09/02/2014
DEF2742

(p) Each person applying to the Central Adoption Registry shall pay a registration fee of $30.00, which includes the $5.00 fee for determining if an agency that operates its own registry was involved in the adoption. (Also see §181.44 of this title (relating to the Inquiry Through the Central Index).)

(q) The fee charged for an expedited service shall be $5.00 per request in addition to any other fee required. Expedited service is any service requested via fax or overnight mail service. The expedited fee is nonrefundable if a record or the information requested is not found.

(r) The fee for the processing and issuance of a disinterment permit shall be $25.00. The fee is to be paid by the applicant for the permit, and must be submitted with the application.

(s) A Texas Online fee of $10.00 shall be added to all requests for birth, death, marriage, and divorce record searches and document production.

(t) Except as provided in subsection (c) of this section, the fee for a certified record that otherwise is required under this section is waived for an applicant who appears in person to obtain a certified copy from the department or a local registrar and represents that the certified record is required for the purpose of obtaining an election identification certificate issued pursuant to Transportation Code, Chapter 521A.

---

**Source Note:** The provisions of this §181.22 adopted to be effective July 3, 2003, 28 TexReg 4904; amended to be effective July 22, 2004, 29 TexReg 6936; amended to be effective December 1, 2005, 30 TexReg 7876; amended to be effective August 11, 2013, 38 TexReg 4896; amended to be effective October 21, 2013, 38 TexReg 7307

Next Page    Previous Page

List of Titles    Back to List

HOME | TEXAS REGISTER | TEXAS ADMINISTRATIVE CODE | OPEN MEETINGS | HELP |