## Summary of DOJ and DPS Race Classification

| DOJ Race | DPS_Race | VUID_Count | Group Sum |
|---|---|---|---|
| asian | | 49 | |
| **asian** | **A** | **216,782** | |
| asian | B | 4,460 | |
| asian | H | 1,750 | |
| asian | I | 2,532 | |
| asian | O | 7,212 | |
| asian | W | 76,702 | 309,487 |
| black | | 481 | |
| black | A | 10,592 | |
| **black** | **B** | **1,189,800** | |
| black | H | 11,814 | |
| black | I | 1,510 | |
| black | O | 11,836 | |
| black | W | 345,564 | 1,571,597 |
| caucasian | | 1,030 | |
| caucasian | A | 42,741 | |
| caucasian | B | 433,787 | |
| caucasian | H | 68,737 | |
| caucasian | I | 9,459 | |
| caucasian | O | 50,193 | |
| **caucasian** | **W** | **7,283,498** | 7,889,445 |

| DOJ Race | DPS & DOJ Same | DPS & DOJ Different | DPS & DOJ Different who Applied for original card or renewed their card in a field office since 2010 |
|---|---|---|---|
| Asian | 216,782 | 92,656 | 52,649 |
| Black | 1,189,800 | 381,316 | 243,056 |
| Caucasian | 7,283,498 | 604,917 | 453,716 |
| Hispanic | 717,857 | 2,048,111 | 1,047,901 |
| Indian | 192 | 24,228 | 15,895 |
| | 3,151,228 | | 1,813,217 |

2:13-cv-193
09/02/2014
DEF2746

| DOJ Race | DPS_Race | VUID_Count | Group Sum | DOJ Race | DPS & DOJ Same | DPS & DOJ Different | DPS & DOJ Different who Applied for original card or renewed their card in a field office since 2010 |
|---|---|---|---|---|---|---|---|
| hispanic |   | 1,156 |   |   |   |   |   |
| hispanic | A | 19,996 |   |   |   |   |   |
| hispanic | B | 25,723 |   |   |   |   |   |
| **hispanic** | **H** | **717,857** |   |   |   |   |   |
| hispanic | I | 3,971 |   |   |   |   |   |
| hispanic | O | 213,583 |   |   |   |   |   |
| hispanic | W | 1,784,838 | 2,767,124 |   |   |   |   |
| middleEastern |   | 5 |   |   |   |   |   |
| middleEastern | A | 50,623 |   |   |   |   |   |
| middleEastern | B | 3,310 |   |   |   |   |   |
| middleEastern | H | 869 |   |   |   |   |   |
| middleEastern | I | 1,068 |   |   |   |   |   |
| middleEastern | O | 6,107 |   |   |   |   |   |
| middleEastern | W | 43,542 | 105,524 |   |   |   |   |
| nativeAmerican |   | 6 |   |   |   |   |   |
| nativeAmerican | A | 45 |   |   |   |   |   |
| nativeAmerican | B | 811 |   |   |   |   |   |
| nativeAmerican | H | 2,639 |   |   |   |   |   |
| **nativeAmerican** | **I** | **192** |   |   |   |   |   |
| nativeAmerican | O | 789 |   |   |   |   |   |
| nativeAmerican | W | 19,944 | 24,426 |   |   |   |   |
|   |   | 12,667,603 |   |   |   |   |   |

Summary of DOJ and DPS Race Classification

| DOJ_Race | DOJ_Race_Confidence | Group sum | DPS_Race | VUID_Count |
|---|---|---|---|---|
| asian | HighlyLikely | 190,308 |  | 27 |
| asian | HighlyLikely | 190,308 | A | 155,198 |
| asian | HighlyLikely | 190,308 | B | 657 |
| asian | HighlyLikely | 190,308 | H | 389 |
| asian | HighlyLikely | 190,308 | I | 1,378 |
| asian | HighlyLikely | 190,308 | O | 3,256 |
| asian | HighlyLikely | 190,308 | W | 29,403 |
| asian | Likely | 67,251 |  | 9 |
| asian | Likely | 67,251 | A | 42,975 |
| asian | Likely | 67,251 | B | 1,813 |
| asian | Likely | 67,251 | H | 409 |
| asian | Likely | 67,251 | I | 760 |
| asian | Likely | 67,251 | O | 2,223 |
| asian | Likely | 67,251 | W | 19,062 |
| asian | Possibly | 51,928 |  | 13 |
| asian | Possibly | 51,928 | A | 18,609 |
| asian | Possibly | 51,928 | B | 1,990 |
| asian | Possibly | 51,928 | H | 952 |
| asian | Possibly | 51,928 | I | 394 |
| asian | Possibly | 51,928 | O | 1,733 |
| asian | Possibly | 51,928 | W | 28,237 |
| black | HighlyLikely | 433,861 |  | 147 |
| black | HighlyLikely | 433,861 | A | 1,202 |
| black | HighlyLikely | 433,861 | B | 414,654 |
| black | HighlyLikely | 433,861 | H | 508 |
| black | HighlyLikely | 433,861 | I | 168 |
| black | HighlyLikely | 433,861 | O | 1,424 |
| black | HighlyLikely | 433,861 | W | 15,758 |
| black | Likely | 219,055 |  | 81 |
| black | Likely | 219,055 | A | 2,228 |
| black | Likely | 219,055 | B | 173,490 |
| black | Likely | 219,055 | H | 3,582 |
| black | Likely | 219,055 | I | 225 |
| black | Likely | 219,055 | O | 2,193 |
| black | Likely | 219,055 | W | 37,256 |
| black | Possibly | 918,681 |  | 253 |
| black | Possibly | 918,681 | A | 7,162 |
| black | Possibly | 918,681 | B | 601,656 |
| black | Possibly | 918,681 | H | 7,724 |
| black | Possibly | 918,681 | I | 1,117 |
| black | Possibly | 918,681 | O | 8,219 |
| black | Possibly | 918,681 | W | 292,550 |

| DOJ Race | Race Confidence | DPS & DOJ Same | DPS & DOJ Different | Sum |
|---|---|---|---|---|
| Asian | Highly Likely | 155,198 | 35,083 | 190,281 |
| Asian | Likely | 42,975 | 24,267 | 67,242 |
| Asian | Possibly | 18,609 | 33,306 | 51,915 |
| Black | Highly Likely | 414,654 | 19,060 | 433,714 |
| Black | Likely | 173,490 | 45,484 | 218,974 |
| Black | Possibly | 601,656 | 316,772 | 918,428 |
| Caucasian | Highly Likely | 4,453,792 | 168,560 | 4,622,352 |
| Caucasian | Likely | 1,893,722 | 158,895 | 2,052,617 |
| Caucasian | Possibly | 796,955 | 267,623 | 1,064,578 |
| Caucasian | Uncoded | 139,029 | 9,839 | 148,868 |
| Hispanic | Highly Likely | 334,824 | 810,427 | 1,145,251 |
| Hispanic | Likely | 139,965 | 387,522 | 527,487 |
| Hispanic | Possibly | 243,068 | 850,162 | 1,093,230 |
| Native American | Highly Likely | 152 | 21,623 | 21,775 |
| Native American | Possibly | 40 | 2,605 | 2,645 |

| DOJ_Race | DOJ_Race_Confidence | Group sum | DPS_Race | VUID_Count | DOJ Race | Race Confidence | DPS & DOJ Same | DPS & DOJ Different | Sum |
|---|---|---|---|---|---|---|---|---|---|
| caucasian | HighlyLikely | 4,622,752 |   | 400 |   |   |   |   |   |
| caucasian | HighlyLikely | 4,622,752 | A | 21,598 |   |   |   |   |   |
| caucasian | HighlyLikely | 4,622,752 | B | 104,460 |   |   |   |   |   |
| caucasian | HighlyLikely | 4,622,752 | H | 17,056 |   |   |   |   |   |
| caucasian | HighlyLikely | 4,622,752 | I | 5,028 |   |   |   |   |   |
| caucasian | HighlyLikely | 4,622,752 | O | 20,418 |   |   |   |   |   |
| caucasian | HighlyLikely | 4,622,752 | W | 4,453,792 |   |   |   |   |   |
| caucasian | Likely | 2,052,967 |   | 350 |   |   |   |   |   |
| caucasian | Likely | 2,052,967 | A | 9,128 |   |   |   |   |   |
| caucasian | Likely | 2,052,967 | B | 126,406 |   |   |   |   |   |
| caucasian | Likely | 2,052,967 | H | 10,077 |   |   |   |   |   |
| caucasian | Likely | 2,052,967 | I | 2,505 |   |   |   |   |   |
| caucasian | Likely | 2,052,967 | O | 10,779 |   |   |   |   |   |
| caucasian | Likely | 2,052,967 | W | 1,893,722 |   |   |   |   |   |
| caucasian | Possibly | 1,064,844 |   | 266 |   |   |   |   |   |
| caucasian | Possibly | 1,064,844 | A | 10,737 |   |   |   |   |   |
| caucasian | Possibly | 1,064,844 | B | 196,303 |   |   |   |   |   |
| caucasian | Possibly | 1,064,844 | H | 40,809 |   |   |   |   |   |
| caucasian | Possibly | 1,064,844 | I | 1,764 |   |   |   |   |   |
| caucasian | Possibly | 1,064,844 | O | 18,010 |   |   |   |   |   |
| caucasian | Possibly | 1,064,844 | W | 796,955 |   |   |   |   |   |
| caucasian | Uncoded | 148,882 |   | 14 |   |   |   |   |   |
| caucasian | Uncoded | 148,882 | A | 1,278 |   |   |   |   |   |
| caucasian | Uncoded | 148,882 | B | 6,618 |   |   |   |   |   |
| caucasian | Uncoded | 148,882 | H | 795 |   |   |   |   |   |
| caucasian | Uncoded | 148,882 | I | 162 |   |   |   |   |   |
| caucasian | Uncoded | 148,882 | O | 986 |   |   |   |   |   |
| caucasian | Uncoded | 148,882 | W | 139,029 |   |   |   |   |   |

| DOJ_Race | DOJ_Race_Confidence | Group sum | DPS_Race | VUID_Count | DOJ Race | Race Confidence | DPS & DOJ Same | DPS & DOJ Different | Sum |
|---|---|---|---|---|---|---|---|---|---|
| hispanic | HighlyLikely | 1145710 |  | 459 |  |  |  |  |  |
| hispanic | HighlyLikely | 1145710 | A | 2,775 |  |  |  |  |  |
| hispanic | HighlyLikely | 1145710 | B | 3,226 |  |  |  |  |  |
| hispanic | HighlyLikely | 1145710 | H | 334,824 |  |  |  |  |  |
| hispanic | HighlyLikely | 1145710 | I | 1,098 |  |  |  |  |  |
| hispanic | HighlyLikely | 1145710 | O | 96,092 |  |  |  |  |  |
| hispanic | HighlyLikely | 1145710 | W | 707,236 |  |  |  |  |  |
| hispanic | Likely | 527,710 |  | 223 |  |  |  |  |  |
| hispanic | Likely | 527,710 | A | 4,501 |  |  |  |  |  |
| hispanic | Likely | 527,710 | B | 7,822 |  |  |  |  |  |
| hispanic | Likely | 527,710 | H | 139,965 |  |  |  |  |  |
| hispanic | Likely | 527,710 | I | 719 |  |  |  |  |  |
| hispanic | Likely | 527,710 | O | 42,074 |  |  |  |  |  |
| hispanic | Likely | 527,710 | W | 332,406 |  |  |  |  |  |
| hispanic | Possibly | 1,093,704 |  | 474 |  |  |  |  |  |
| hispanic | Possibly | 1,093,704 | A | 12,720 |  |  |  |  |  |
| hispanic | Possibly | 1,093,704 | B | 14,675 |  |  |  |  |  |
| hispanic | Possibly | 1,093,704 | H | 243,068 |  |  |  |  |  |
| hispanic | Possibly | 1,093,704 | I | 2,154 |  |  |  |  |  |
| hispanic | Possibly | 1,093,704 | O | 75,417 |  |  |  |  |  |
| hispanic | Possibly | 1,093,704 | W | 745,196 |  |  |  |  |  |
| middleEastern | Uncoded | 105,524 |  | 5 |  |  |  |  |  |
| middleEastern | Uncoded | 105,524 | A | 50,623 |  |  |  |  |  |
| middleEastern | Uncoded | 105,524 | B | 3,310 |  |  |  |  |  |
| middleEastern | Uncoded | 105,524 | H | 869 |  |  |  |  |  |
| middleEastern | Uncoded | 105,524 | I | 1,068 |  |  |  |  |  |
| middleEastern | Uncoded | 105,524 | O | 6,107 |  |  |  |  |  |
| middleEastern | Uncoded | 105,524 | W | 43,542 |  |  |  |  |  |
| nativeAmerican | HighlyLikely | 21,781 |  | 6 |  |  |  |  |  |
| nativeAmerican | HighlyLikely | 21,781 | A | 40 |  |  |  |  |  |
| nativeAmerican | HighlyLikely | 21,781 | B | 666 |  |  |  |  |  |
| nativeAmerican | HighlyLikely | 21,781 | H | 2,607 |  |  |  |  |  |
| nativeAmerican | HighlyLikely | 21,781 | I | 152 |  |  |  |  |  |
| nativeAmerican | HighlyLikely | 21,781 | O | 766 |  |  |  |  |  |
| nativeAmerican | HighlyLikely | 21,781 | W | 17,544 |  |  |  |  |  |
| nativeAmerican | Possibly | 2,645 | A | 5 |  |  |  |  |  |
| nativeAmerican | Possibly | 2,645 | B | 145 |  |  |  |  |  |
| nativeAmerican | Possibly | 2,645 | H | 32 |  |  |  |  |  |
| nativeAmerican | Possibly | 2,645 | I | 40 |  |  |  |  |  |
| nativeAmerican | Possibly | 2,645 | O | 23 |  |  |  |  |  |
| nativeAmerican | Possibly | 2,645 | W | 2,400 |  |  |  |  |  |