## TEXAS SECRETARY OF STATE

# Acceptable Forms of Identification for Voting in Texas





EXHIBIT
DEF 02752

TEXAS SECRETARY OF STATE

# Acceptable IDs

There are 7 forms of acceptable ID:

— Texas driver license issued by the Texas Department of Public Safety (DPS)
— Texas Election Identification Certificate issued by DPS
— Texas personal identification card issued by DPS
— Texas concealed handgun license issued by DPS
— United States military identification card containing the person's photograph
— United States citizenship certificate containing the person's photograph
— United States passport.



4/25/2014                          **Texas Secretary of State**                          2

TEXAS SECRETARY OF STATE

# Expiration Dates

An acceptable identification must not have expired more than 60 days before being presented at the polling place, but for the following:

1. Texas Identification Cards for persons aged 60 or older may be permanent and marked "INDEF."

2. Texas Election Identification Certificates (EIC) for persons aged 70 or older are permanent cards.

3. Some military ID cards are permanent, including Uniformed Services ID cards and Veterans Affairs ID cards.  These are usually marked "INDEF."

4. Certificates of Naturalization and Certificates of Citizenship do not expire.

## TEXAS SECRETARY OF STATE

# Texas Driver's License



<u>Photograph</u>: Texas law requires the ID to have a photograph of the voter.

<u>Expiration Date</u>: Per §63.0101 must be valid, or expired within 60 days.

<u>Name</u>: If the voter's name on list of registered voters in the precinct, does not match exactly to the ID provided, a "Substantially Similar Name Affidavit" must be completed by the voter.



T E X A S   S E C R E T A R Y   O F   S T A T E

# Texas Driver's License – Under 21



Photograph:  Texas law requires the ID to have a photograph of the voter.

Expiration Date:      Per §63.0101 must be valid, or expired within 60 days.

Name: If the voter's name on list of registered voters in the precinct, does not match exactly to the ID provided, a "Substantially Similar Name Affidavit" must be completed by the voter.



TEXAS SECRETARY OF STATE

# Election Identification Certificate (EIC)



Photograph: Texas law requires the ID to have a photograph of the voter.

Expiration Date: Per §63.0101 must be valid, or expired within 60 days. EICs do not expire for persons age 70 or older.

Name: If the voter's name on list of registered voters in the precinct, does not match exactly to the ID provided, a "Substantially Similar Name Affidavit" must be completed by the voter.

4/25/2014      **Texas Secretary of State**      6

# TEXAS SECRETARY OF STATE

# Texas Personal Identification Card



Photograph:  Texas law requires the ID to have a photograph of the voter.

Expiration Date:   Per §63.0101 must be valid, or expired within 60 days.  ID cards for individuals aged 60 or older do not expire.

Name: If the voter's name on list of registered voters in the precinct, does not match exactly  to the ID provided, a "Substantially Similar Name Affidavit" must be completed by the voter.



# TEXAS SECRETARY OF STATE

# DPS Receipts



TEXAS SECRETARY OF STATE

# DPS Receipts

- Receipts are issued at DPS locations when you apply for a **driver's license, identification card, or EIC.**

- They are printed on letter sized paper.

- They are used until real card is received by individual in the mail.

- The receipt should not be expired more than 60 days before being presented for voting.

6/6/2014                                **Texas Secretary of State**                                9

# TEXAS SECRETARY OF STATE

# DPS Receipts

**Driver License Renewal Receipt and Temporary License**

This is your temporary driver license or ID card. Permanent cards are normally mailed within three weeks; however, it may take up to 45 days to receive your card. You may check the mailing status of your card online at www.dps.texas.gov/DriverLicense/OnlineServices.htm

**Name:** DONNA MARIE CURTIS
**Date of Birth:** 03/29/1961
**Home Address:**
123 ANYWHERE ST
ANYWHERE CITY,  TEXAS  77777

**DL Number:** 12002141
**DL Expiration Date:** 03/29/2015
**License Type:** C
**Organ Donor:** Yes

Carry this portion with your driver license or ID card. This temporary card is valid for 45 days from May 29, 2014.

**Payment Receipt**

**Name:** DONNA MARIE CURTIS

**Mailing Address:**
123 ANYWHERE ST
ANYWHERE CITY,  TEXAS  77777
UPSHUR
UNITED STATES

**Selected Services:**
Change of Address

**Selected Options:**
I selected the following options:
Become an Organ Donor — Yes
Glenda Dawson-Donate Life Texas Registry
donation(Driver License):          $1

**Billing Information:**

- Receipts that do NOT have a photograph should be presented along with the person's expired ID.
- The receipt should not be expired more than 60 days.



6/6/2014                         **Texas Secretary of State**                         10

**T E X A S   S E C R E T A R Y   O F   S T A T E**

# Concealed Handgun License



Photograph:  Texas law requires the ID to have a photograph of the voter.

Expiration Date:  Per §63.0101 must be valid, or expired within 60 days.

Name: If the voter's name on list of registered voters in the precinct, does not match exactly  to the ID provided, a "Substantially Similar Name Affidavit" must be completed by the voter.



TEXAS SECRETARY OF STATE

# U.S. Military Identification Cards

There are FOUR acceptable types of military ID cards:

1. Department of Defense (DoD) Common Access Card (CAC)

2. Uniformed Services ID Cards

3. DoD Civilian Retiree Cards

4. Veterans Affairs ID Cards



TEXAS SECRETARY OF STATE

# DoD Common Access Card "CAC"



**NOTE**: The seals to the right of the picture will change according to branch of service.

TEXAS SECRETARY OF STATE

# Voting in Texas with a CAC



<u>Photograph</u>:  Texas law requires the ID to have a photograph of the voter.

<u>Expiration Date</u>:  Per §63.0101 must be valid, or expired within 60 days.

<u>Name</u>: Per §63.001(c) if the voter's name appears on the list of registered voters in the precinct, but does not match exactly  to the ID provided, a "Substantially Similar Name Affidavit" must be completed by the voter.



TEXAS SECRETARY OF STATE

# Exception



- CACs with a blue bar across the name signify that the cardholder is a non-U.S. citizen, and <u>may not</u> be a qualified voter.

- Contractors will have a green bar, which will be sufficient for use if other qualifications are met.

# Uniformed Services ID Cards

- There are four versions of Uniformed Services ID Cards.  All look similar, but are issued in four different colors.





# TEXAS SECRETARY OF STATE

# Voting in Texas with Uniformed Services ID Cards

Photograph: Texas law requires the ID to have a photograph of the voter.

Expiration Date: Per §63.0101 must be valid, or expired within 60 days. **However, not all cards expire-some will say "INDEF" for indefinitely.**



Name: Per §63.001(c) if the voter's name appears on the list of registered voters in the precinct, but does not match exactly to the ID provided, a "Substantially Similar Name Affidavit" must be completed by the voter.



4/25/2014     **Texas Secretary of State**     17

TEXAS SECRETARY OF STATE

# Uniformed Services ID Cards



Green – Generally for members of the Individual Ready Reserves and Inactive National Guard.



Blue – Generally for retirees, and members on Disability Retired Lists.



Pink – Generally for retired members of the Reserves and National Guard under the age of 60, and certain dependents.



Orange – Generally for certain dependents (active duty), Medal of Honor recipients, disabled veterans, and others.



# TEXAS SECRETARY OF STATE

# DoD Civilian Retiree Cards



Photograph:  Texas law requires the ID to have a photograph of the voter.

Name: Per §63.001(c) if the voter's name appears on the list of registered voters in the precinct, but does not match exactly  to the ID provided, a "Substantially Similar Name Affidavit" must be completed by the voter.

Expiration  Date:  Per §63.0101 must be valid, or expired within 60 days.



TEXAS SECRETARY OF STATE

# Veteran Identification Card (VIC)



Photograph:  Texas law requires the ID to have a photograph of the voter.

Name:  Per §63.001(c) if the voter's name appears on the list of registered voters in the precinct, but does not match exactly to the ID provided, a "Substantially Similar Name Affidavit" must be completed by the voter.

Veteran Affairs IDs do not expire.

# Veteran Health Identification Card (VHIC)



**Photograph**: Texas law requires the ID to have a photograph of the voter.

<u>Name</u>: Per §63.001(c) if the voter's name appears on the list of registered voters in the precinct, but does not match exactly to the ID provided, a "Substantially Similar Name Affidavit" must be completed by the voter.

Veteran Affairs IDs do not expire.



# TEXAS SECRETARY OF STATE

# U.S. Certificate of Citizenship



REMEMBER – Certificates of Citizenship do not expire.



**TEXAS SECRETARY OF STATE**

# U.S. Certificate of Naturalization



REMEMBER – Certificates of Naturalization do not expire.



# TEXAS SECRETARY OF STATE

# U.S. Passport







TEXAS SECRETARY OF STATE

# U.S. Passport Card



- Allows entry from Canada, Mexico, the Caribbean, and Bermuda at land border crossings or sea ports-of-entry.
- Wallet Size.



4/25/2014       **Texas Secretary of State**       25

TEXAS SECRETARY OF STATE

# Permanent Exemption

If a voter has applied for and received a permanent exemption to the photo ID requirement, they will provide a voter registration certificate with an (E) notation.



**NOTE**:
Designation of (E) next to VUID Number.

Example:
**1197099876 (E).**