CAUSE NO. 2006-8-6465

THE STATE OF TEXAS

VS.

**DEBRA BRISENO**

# INDICTMENT

OFFENSE: Illegal Voting

Section 64.012, Texas Election Code

**DAN W. HEARD, CRIMINAL DISTRICT ATTORNEY**

Filed the 25th day of August, 2006, at 10:30 o'clock A .m.

_____
PAMELA MARTIN HARTGROVE, District Clerk, Calhoun County, Texas

By: _____ Deputy

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

WITNESSES FOR THE STATE:

Will Tatum

THE STATE OF TEXAS }{
COUNTY OF CALHOUN }{

I, PAMELA MARTIN HARTGROVE, Clerk of the District Court within and for the County and State aforesaid, do hereby certify that the foregoing contains a true and correct copy of the Indictment in Cause No. 2006-8-6465_____, of the State of Texas vs. DEBRA BRISENO as now on file in this office.

IN TESTIMONY WHEREOF, I hereto set my hand and official seal, this 25th day of August, 2006.

_____
PAMELA MARTIN HARTGROVE, District Clerk
Calhoun County, Texas

By: _____
Deputy

EXHIBIT
DEF 02754

*Offense:* Illegal Voting

*Section:* 64.012, Texas Election Code

*Degree:* Third

2006-8-6465

## IN THE NAME AND BY AUTHORITY
## OF THE STATE OF TEXAS:

The Grand Jurors for the County of Calhoun, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the Spring-Summer Term, A.D. 2006, of the 24th Judicial District Court for said County, upon their oaths present in and to said Court, that **DEBRA BRISENO**, hereinafter referred to as Defendant, on or about **March 7, 2006**, and before the presentment of this indictment, in said County and State, did then and there unlawfully knowingly solicit, encourage, direct, or aid Antonio Suarez to vote or attempt to vote in the March 2006 Primary Election when the Defendant knew that Antonio Suarez was not an eligible voter;

**Count 2:** The Grand Jurors for the County of Calhoun, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the Spring-Summer Term, A.D. 2006, of the 24th Judicial District Court for said County, upon their oaths present in and to said Court, that **DEBRA BRISENO**, hereinafter referred to as Defendant, on or about **March 7, 2006**, and before the presentment of this indictment, in said County and State, did then and there unlawfully knowingly solicit, encourage, direct, or aid Jose Castillo to vote or attempt to vote in the March 2006 Primary Election when the Defendant knew that Jose Castillo was not an eligible voter;

**Count 3:** The Grand Jurors for the County of Calhoun, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the Spring-Summer Term, A.D. 2006, of the 24th Judicial District Court for said County, upon their oaths present in and to said Court, that **DEBRA BRISENO**, hereinafter referred to as Defendant, on or about **March 7, 2006**, and before the presentment of this indictment, in said County and State, did then and there unlawfully knowingly solicit, encourage, direct, or aid Augustin Hernandez to vote or attempt to vote in the March 2006 Primary Election when the Defendant knew that Augustin Hernandez was not an eligible voter;

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
Foreman of the Grand Jury.

*Offense:* Unlawful Assistance

*Section:* 64.036, Texas Election Code

*Degree:* Class A Misdemeanor

2006-8-6466

## IN THE NAME AND BY AUTHORITY

## OF THE STATE OF TEXAS:

The Grand Jurors for the County of Calhoun, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the Spring-Summer Term, A.D. 2006, of the 24th Judicial District Court for said County, upon their oaths present in and to said Court, that **DEBRA BRISENO,** on or about **March 1, 2006,** and before the presentment of this indictment, in said County and State, did then and there unlawfully, while assisting Susan Delgado, a voter, knowingly suggest by word, sign, or gesture how Susan Delgado should vote in the March 2006 Primary Election;

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_Cindy Portadi_
Foreman of the Grand Jury.

CAUSE NO. 2006-8-6466

THE STATE OF TEXAS

VS.

DEBRA BRISENO

# INDICTMENT

OFFENSE: Unlawful Assistance

Section 64.036, Texas Election Code

**DAN W. HEARD, CRIMINAL DISTRICT ATTORNEY**

Filed the 25th day of August, 2006, at 10:30 o'clock A .m.

_____
PAMELA MARTIN HARTGROVE, District Clerk, Calhoun County, Texas

By: _____ Deputy

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

WITNESSES FOR THE STATE:

Will Tatum

THE STATE OF TEXAS  }(
COUNTY OF CALHOUN  }(

I, PAMELA MARTIN HARTGROVE, Clerk of the District Court within and for the County and State aforesaid, do hereby certify that the foregoing contains a true and correct copy of the Indictment in Cause No. 2006-8-6466 , of the State of Texas vs. DEBRA BRISENO as now on file in this office.

IN TESTIMONY WHEREOF, I hereto set my hand and official seal, this 25th day of August, 2006.

_____
PAMELA MARTIN HARTGROVE, District Clerk
Calhoun County, Texas

By: _____
Deputy

CAUSE NO. 2006-8-6467

THE STATE OF TEXAS

VS.

**DEBRA BRISENO**

# INDICTMENT

OFFENSE: Possessing a Ballot of Another

Section 86.006(f), Texas Election Code

## DAN W. HEARD, CRIMINAL DISTRICT ATTORNEY

Filed the 25th day of August, 2006, at 10:30 o'clock A .m.

_____
PAMELA MARTIN HARTGROVE, District Clerk, Calhoun County, Texas

By: _____ Deputy

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

WITNESSES FOR THE STATE:

Will Tatum

THE STATE OF TEXAS }{
COUNTY OF CALHOUN }{

I, PAMELA MARTIN HARTGROVE, Clerk of the District Court within and for the County and State aforesaid, do hereby certify that the foregoing contains a true and correct copy of the Indictment in Cause No. 2006-8-6467, of the State of Texas vs. DEBRA BRISENO as now on file in this office.

IN TESTIMONY WHEREOF, I hereto set my hand and official seal, this 25th day of August, 2006.

_____
PAMELA MARTIN HARTGROVE, District Clerk
Calhoun County, Texas

By: _____
Deputy

*Offense:* Possessing a Ballot of Another
*Section:* 86.006(f), Texas Election Code
*Degree:* Class A Misdemeanor

2006-8-6467

## IN THE NAME AND BY AUTHORITY
## OF THE STATE OF TEXAS:

The Grand Jurors for the County of Calhoun, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the Spring-Summer Term, A.D. 2006, of the 24th Judicial District Court for said County, upon their oaths present in and to said Court, that **DEBRA BRISENO**, on or about **March 1, 2006**, and before the presentment of this indictment, in said County and State, did then and there unlawfully knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to Valentine Farias for the purpose of early voting by mail in the March 2006 Primary Election;

**Count 2:** The Grand Jurors for the County of Calhoun, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the Spring-Summer Term, A.D. 2006, of the 24th Judicial District Court for said County, upon their oaths present in and to said Court, that **DEBRA BRISENO**, on or about **March 1, 2006**, and before the presentment of this indictment, in said County and State, did then and there unlawfully knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to Esmerjilda Farias for the purpose of early voting by mail in the March 2006 Primary Election;

**Count 3:** The Grand Jurors for the County of Calhoun, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the Spring-Summer Term, A.D. 2006, of the 24th Judicial District Court for said County, upon their oaths present in and to said Court, that **DEBRA BRISENO,** on or about **March 1, 2006,** and before the presentment of this indictment, in said County and State, did then and there unlawfully knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to Manuel Mendez for the purpose of early voting by mail in the March 2006 Primary Election;

**Count 4:** The Grand Jurors for the County of Calhoun, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the Spring-Summer Term, A.D. 2006, of the 24th Judicial District Court for said County, upon their oaths present in and to said Court, that **DEBRA BRISENO,** on or about **March 1, 2006,** and before the presentment of this indictment, in said County and State, did then and there unlawfully knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to Mary Mendez for the purpose of early voting by mail in the March 2006 Primary Election;

**Count 5:** The Grand Jurors for the County of Calhoun, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the Spring-Summer Term, A.D. 2006, of the 24th Judicial District Court for said County, upon their oaths present in and to said Court, that **DEBRA BRISENO,** on or about **March 1, 2006,** and before the presentment of this indictment, in said County and State, did then and there unlawfully knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to Oweta Beatrice Ochoa for the purpose of early voting by mail in the March 2006 Primary Election;

**Count 6:** The Grand Jurors for the County of Calhoun, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the Spring-Summer Term, A.D. 2006, of the 24th Judicial District Court for said County, upon their oaths present in and to said Court, that **DEBRA BRISENO,** on or about **March 1, 2006,** and before the presentment of this indictment, in said County and State, did then and there unlawfully knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to Joe Ochoa for the purpose of early voting by mail in the March 2006 Primary Election;

**Count 7:** The Grand Jurors for the County of Calhoun, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the Spring-Summer Term, A.D. 2006, of the 24th Judicial District Court for said County, upon their oaths present in and to said Court, that **DEBRA BRISENO,** on or about **March 1, 2006,** and before the presentment of this indictment, in said County and State, did then and there unlawfully knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to Susan Delgado for the purpose of early voting by mail in the March 2006 Primary Election;

**Count 8:** The Grand Jurors for the County of Calhoun, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the Spring-Summer Term, A.D. 2006, of the 24th Judicial District Court for said County, upon their oaths present in and to said Court, that **DEBRA BRISENO,** on or about **March 1, 2006,** and before the presentment of this indictment, in said County and State, did then and there unlawfully knowingly possess an official

ballot or official carrier envelope provided under the Texas Election Code to Emma Cumpian for the purpose of early voting by mail in the March 2006 Primary Election;

**Count 9:** The Grand Jurors for the County of Calhoun, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the Spring-Summer Term, A.D. 2006, of the 24th Judicial District Court for said County, upon their oaths present in and to said Court, that **DEBRA BRISENO**, on or about **March 1, 2006,** and before the presentment of this indictment, in said County and State, did then and there unlawfully knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to Guadalupe Amador for the purpose of early voting by mail in the March 2006 Primary Election;

**Count 10:** The Grand Jurors for the County of Calhoun, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the Spring-Summer Term, A.D. 2006, of the 24th Judicial District Court for said County, upon their oaths present in and to said Court, that **DEBRA BRISENO**, on or about **March 1, 2006,** and before the presentment of this indictment, in said County and State, did then and there unlawfully knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to Morris Amador for the purpose of early voting by mail in the March 2006 Primary Election;

**Count 11:** The Grand Jurors for the County of Calhoun, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the Spring-Summer Term, A.D. 2006, of the 24th Judicial District Court for said County, upon their oaths present in and to said Court, that **DEBRA BRISENO**, on or about **March 1, 2006,** and before the presentment of this

indictment, in said County and State, did then and there unlawfully knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to Toni Carrera for the purpose of early voting by mail in the March 2006 Primary Election;

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
Foreman of the Grand Jury.

CAUSE NO. 2006-8-6468

THE STATE OF TEXAS

VS.

DEBRA BRISENO

# INDICTMENT

OFFENSE: Tampering With a Governmental Record

Section 37.10(c)(1), Texas Penal Code

DAN W. HEARD, CRIMINAL DISTRICT ATTORNEY

Filed the 25th day of August, 2006, at 10:30 o'clock A .m.

_____
PAMELA MARTIN HARTGROVE, District Clerk, Calhoun County, Texas

By: _____ Deputy

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

WITNESSES FOR THE STATE:

Will Tatum

THE STATE OF TEXAS }{
COUNTY OF CALHOUN }{

I, PAMELA MARTIN HARTGROVE, Clerk of the District Court within and for the County and State aforesaid, do hereby certify that the foregoing contains a true and correct copy of the Indictment in Cause No. 2006-8-6468 , of the State of Texas vs. DEBRA BRISENO as now on file in this office.

IN TESTIMONY WHEREOF, I hereto set my hand and official seal, this 25th day of August, 2006.

_____
PAMELA MARTIN HARTGROVE, District Clerk
Calhoun County, Texas

By: _____
Deputy

*Offense:* Tampering With a Governmental Record
*Section:* 37.10(c)(1), Texas Penal Code
*Degree:* State Jail

2006-8-6468

## IN THE NAME AND BY AUTHORITY
## OF THE STATE OF TEXAS:

The Grand Jurors for the County of Calhoun, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the Spring-Summer Term, A.D. 2006, of the 24th Judicial District Court for said County, upon their oaths present in and to said Court, that **DEBRA BRISENO**, hereinafter referred to as Defendant, on or about **February 4, 2006**, and before the presentment of this indictment, in said County and State, did then and there unlawfully with intent to harm another, namely, Dora Garcia, intentionally and knowingly present or use a governmental record, to-wit: Registration Application for Jose Castillo, by presenting or submitting said application to Dora Garcia, and the Defendant presented or used said governmental record with knowledge of its falsity;

**Count 2:** The Grand Jurors for the County of Calhoun, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the Spring-Summer Term, A.D. 2006, of the 24th Judicial District Court for said County, upon their oaths present in and to said Court, that **DEBRA BRISENO**, on or about **February 4, 2006**, and before the presentment of this indictment, in said County and State, did then and there unlawfully with intent to harm another, namely, Dora Garcia, intentionally and knowingly present or use a governmental record, to-wit: Registration Application for Martha Iniguez, by presenting or submitting said application to

Page 1 of 3

Dora Garcia, and the Defendant presented or used said governmental record with knowledge of its falsity;

**Count 3:** The Grand Jurors for the County of Calhoun, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the Spring-Summer Term, A.D. 2006, of the 24th Judicial District Court for said County, upon their oaths present in and to said Court, that **DEBRA BRISENO**, on or about **February 4, 2006**, and before the presentment of this indictment, in said County and State, did then and there unlawfully with intent to harm another, namely, Dora Garcia, intentionally and knowingly present or use a governmental record, to-wit: Registration Application for Augustin Hernandez, by presenting or submitting said application to Dora Garcia, and the Defendant presented or used said governmental record with knowledge of its falsity;

**Count 4:** The Grand Jurors for the County of Calhoun, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the Spring-Summer Term, A.D. 2006, of the 24th Judicial District Court for said County, upon their oaths present in and to said Court, that **DEBRA BRISENO**, on or about **February 4, 2006**, and before the presentment of this indictment, in said County and State, did then and there unlawfully with intent to harm another, namely, Dora Garcia, intentionally and knowingly present or use a governmental record, to-wit: Registration Application for Simon Aguilar, by presenting or submitting said application to Dora Garcia, and the Defendant presented or used said governmental record with knowledge of its falsity;

**Count 5:** The Grand Jurors for the County of Calhoun, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the Spring-Summer Term, A.D. 2006, of the 24th Judicial District Court for said County, upon their oaths present in and to said Court, that **DEBRA BRISENO**, on or about **February 4, 2006,** and before the presentment of this indictment, in said County and State, did then and there unlawfully with intent to harm another, namely, Dora Garcia, intentionally and knowingly present or use a governmental record, to-wit: Registration Application for Lino Suarez, by presenting or submitting said application to Dora Garcia, and the Defendant presented or used said governmental record with knowledge of its falsity;

**Count 6:** The Grand Jurors for the County of Calhoun, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the Spring-Summer Term, A.D. 2006, of the 24th Judicial District Court for said County, upon their oaths present in and to said Court, that **DEBRA BRISENO**, on or about **February 4, 2006,** and before the presentment of this indictment, in said County and State, did then and there unlawfully with intent to harm another, namely, Dora Garcia, intentionally and knowingly present or use a governmental record, to-wit: Registration Application for Petra Gone, by presenting or submitting said application to Dora Garcia, and the Defendant presented or used said governmental record with knowledge of its falsity;

## AGAINST THE PEACE AND DIGNITY OF THE STATE.

_Cindy Partida_
Foreman of the Grand Jury.

CAUSE NO. 2006-8-6469

THE STATE OF TEXAS

VS.

DEBRA BRISENO

# INDICTMENT

OFFENSE: False Statement on a Registration Application

Section 13.007, Texas Election Code

### DAN W. HEARD, CRIMINAL DISTRICT ATTORNEY

Filed the 25th day of August, 2006, at 10:30 o'clock A .m.

_____
PAMELA MARTIN HARTGROVE, District Clerk, Calhoun County, Texas

By: _____ Deputy

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

WITNESSES FOR THE STATE:

Will Tatum

THE STATE OF TEXAS        }{
COUNTY OF CALHOUN    }{

I, PAMELA MARTIN HARTGROVE, Clerk of the District Court within and for the County and State aforesaid, do hereby certify that the foregoing contains a true and correct copy of the Indictment in Cause No. 2006-8-6469, of the State of Texas vs. DEBRA BRISENO as now on file in this office.

IN TESTIMONY WHEREOF, I hereto set my hand and official seal, this 25th day of August, 2006.

_____
PAMELA MARTIN HARTGROVE, District Clerk
Calhoun County, Texas

By: _____
Deputy

2006-8-6469

*Offense:* False Statement on a Registration Application
*Section:* 13.007, Texas Election Code
*Degree:* Class B Misdemeanor

## IN THE NAME AND BY AUTHORITY
## OF THE STATE OF TEXAS:

The Grand Jurors for the County of Calhoun, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the Spring-Summer Term, A.D. 2006, of the 24th Judicial District Court for said County, upon their oaths present in and to said Court, that **DEBRA BRISENO**, on or about **February 4, 2006**, and before the presentment of this indictment, in said County and State, did then and there unlawfully knowingly make a false statement or request, command, or attempt to induce Jose Castillo to make a false statement on a registration application;

**Count 2:** The Grand Jurors for the County of Calhoun, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the Spring-Summer Term, A.D. 2006, of the 24th Judicial District Court for said County, upon their oaths present in and to said Court, that **DEBRA BRISENO**, on or about **February 4, 2006**, and before the presentment of this indictment, in said County and State, did then and there unlawfully knowingly make a false statement or request, command, or attempt to induce Martha Iniguez to make a false statement on a registration application;

**Count 3:** The Grand Jurors for the County of Calhoun, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the Spring-Summer Term, A.D. 2006, of the 24th Judicial District Court for said County, upon their oaths present in and to said Court, that **DEBRA BRISENO**, on or about **February 4, 2006**, and before the presentment of this indictment, in said County and State, did then and there unlawfully knowingly make a false statement or request, command, or attempt to induce Augustin Hernandez to make a false statement on a registration application;

**Count 4:** The Grand Jurors for the County of Calhoun, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the Spring-Summer Term, A.D. 2006, of the 24th Judicial District Court for said County, upon their oaths present in and to said Court, that **DEBRA BRISENO**, on or about **February 4, 2006**, and before the presentment of this indictment, in said County and State, did then and there unlawfully knowingly make a false statement or request, command, or attempt to induce Simon Aguilar to make a false statement on a registration application;

**Count 5:** The Grand Jurors for the County of Calhoun, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the Spring-Summer Term, A.D. 2006, of the 24th Judicial District Court for said County, upon their oaths present in and to said Court, that **DEBRA BRISENO**, on or about **February 4, 2006**, and before the presentment of this indictment, in said County and State, did then and there unlawfully knowingly make a false statement or request, command, or attempt to induce Lino Suarez to make a false statement on a registration application;

**Count 6:** The Grand Jurors for the County of Calhoun, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the Spring-Summer Term, A.D. 2006, of the 24th Judicial District Court for said County, upon their oaths present in and to said Court, that **DEBRA BRISENO,** on or about **February 4, 2006,** and before the presentment of this indictment, in said County and State, did then and there unlawfully knowingly make a false statement or request, command, or attempt to induce Petra Gone to make a false statement on a registration application;

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

*Cindy Partida*
Foreman of the Grand Jury.