## COUNTY OF CALHOUN

PAMELA MARTIN HARTGROVE
DISTRICT CLERK
211 S. ANN ST.- COURTHOUSE
PORT LAVACA, TX. 77979
361-553-4630

# FAX

DATE: 6-9-2007

NUMBER OF PAGES INCLUDING COVER SHEET: 6

TO: Jennifer Bloodworth

PHONE: 512-936-7867

FAX PHONE: 512-370-9707

MEMO:
Debra Brisen
2006-8-6465

FROM: PAMELA MARTIN HARTGROVE

CALHOUN COUNTY DISTRICT CLERK

211 S. ANN ST.-COURTHOUSE

PORT LAVACA, TEXAS 77979

PHONE: (361) 553-4630

FAX PHONE: (361) 553-4637

REMARKS:

___ URGENT    ___ FOR YOUR REVIEW    ___ REPLY ASAP    ___ PLEASE COMMENT

EXHIBIT
DEF 02755

*Offense:* Illegal Voting
*Section:* 64.012, Texas Election Code
*Degree:* Third

# IN THE NAME AND BY AUTHORITY
# OF THE STATE OF TEXAS:

The Grand Jurors for the County of Calhoun, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the Spring-Summer Term, A.D. 2006, of the 24th Judicial District Court for said County, upon their oaths present in and to said Court, that **DEBRA BRISENO**, hereinafter referred to as Defendant, on or about **March 7, 2006,** and before the presentment of this indictment, in said County and State, did then and there unlawfully knowingly solicit, encourage, direct, or aid Antonio Suarez to vote or attempt to vote in the March 2006 Primary Election when the Defendant knew that Antonio Suarez was not an eligible voter;

**Count 2:** The Grand Jurors for the County of Calhoun, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the Spring-Summer Term, A.D. 2006, of the 24th Judicial District Court for said County, upon their oaths present in and to said Court, that **DEBRA BRISENO**, hereinafter referred to as Defendant, on or about **March 7, 2006,** and before the presentment of this indictment, in said County and State, did then and there unlawfully knowingly solicit, encourage, direct, or aid Jose Castillo to vote or attempt to vote in the March 2006 Primary Election when the Defendant knew that Jose Castillo was not an eligible voter;

SCANNED

Page 1 of 2

PAGE 2/7 * RCVD AT 6/9/2009 10:56:29 AM [Central Daylight Time] * SVR:RIGHTFAX/6 * DNIS:9707 * CSID:3615534637 * DURATION (mm-ss):04-12

**Count 3:** The Grand Jurors for the County of Calhoun, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the Spring-Summer Term, A.D. 2006, of the 24th Judicial District Court for said County, upon their oaths present in and to said Court, that **DEBRA BRISENO,** hereinafter referred to as Defendant, on or about **March 7, 2006,** and before the presentment of this indictment, in said County and State, did then and there unlawfully knowingly solicit, encourage, direct, or aid Augustin Hernandez to vote or attempt to vote in the March 2006 Primary Election when the Defendant knew that Augustin Hernandez was not an eligible voter;

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
Foreman of the Grand Jury.

SCANNED

Page 2 of 2

PAGE 3/7 * RCVD AT 6/9/2009 10:56:29 AM [Central Daylight Time] * SVR:RIGHTFAX/6 * DNIS:9707 * CSID:3615534637 * DURATION (mm-ss):04-12

CAUSE NO. 2006-8-6465

THE STATE OF TEXAS

VS.

**DEBRA BRISENO**

# INDICTMENT

OFFENSE: Illegal Voting

Section 64.012, Texas Election Code

## DAN W. HEARD, CRIMINAL DISTRICT ATTORNEY

Filed the 25th day of August, 2006, at 10:30 o'clock A .m.

_____
PAMELA MARTIN HARTGROVE, District Clerk, Calhoun County, Texas

By: _____ Deputy

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

WITNESSES FOR THE STATE:

Will Tatum

THE STATE OF TEXAS }{
COUNTY OF CALHOUN }{

I, PAMELA MARTIN HARTGROVE, Clerk of the District Court within and for the County and State aforesaid, do hereby certify that the foregoing contains a true and correct copy of the Indictment in Cause No. _____, of the State of Texas vs. **DEBRA BRISENO** as now on file in this office.

IN TESTIMONY WHEREOF, I hereto set my hand and official seal, this 25th day of August, 2006.

PAMELA MARTIN HARTGROVE, District Clerk
Calhoun County, Texas

By: _____
Deputy



CASE NO. 2006-8-6465     COUNT THIRD DEGREE
INCIDENT NO./TRN: 010 584 4470

| THE STATE OF TEXAS | § | IN THE 24TH DISTRICT |
|---|---|---|
| V. | § § | COURT |
| DEBRA BRISENO | § § | CALHOUN County, TEXAS |
| STATE ID NO.: TX 07769461 | § | THIS CASE CONSOLIDATED WITH 2007-5-6575 |

## JUDGMENT OF CONVICTION BY JURY

| Judge Presiding: | HON. JOSEPH PATRICK KELLY | Date Judgment Entered: | 6/25/2007 |
|---|---|---|---|
| Attorney for State: | WILLIAM TATUM | Attorney for Defendant: | FRUMENCIO REYES |

Offense for which Defendant Convicted:
COUNT 1. ILLEGAL VOTING     COUNT 2. ILLEGAL VOTING

| Charging Instrument: | Statute for Offense: |
|---|---|
| INDICTMENT | 64.012 Election Code |

Date of Offense:
3/7/2007

| Degree of Offense: | Plea to Offense: |
|---|---|
| 3RD DEGREE FELONY | NOT GUILTY |
| Verdict of Jury: | Findings on Deadly Weapon: |
| GUILTY | N/A |
| Plea to 1st Enhancement Paragraph: N/A | Plea to 2nd Enhancement/Habitual Paragraph: N/A |
| Findings on 1st Enhancement Paragraph: N/A | Findings on 2nd Enhancement/Habitual Paragraph: N/A |
| Punished Assessed by: COURT | Date Sentence Imposed: 6/25/2007 | Date Sentence to Commence: 6/25/2007 |

Punishment and Place of Confinement: FIVE (5) YEARS INSTITUTIONAL DIVISION, TDCJ

THIS SENTENCE SHALL RUN CONCURRENTLY.

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR N/A.

| Fine: $ N/A | Court Costs: $ 246.00 | Restitution: $ N/A | Restitution Payable to: ☐ VICTIM (see below) ☐ AGENCY/AGENT (see below) |
|---|---|---|---|

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62.
The age of the victim at the time of the offense was N/A.

If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order.

| Time Credited: | From | to | From | to | From | to |
|---|---|---|---|---|---|---|
| | From | to | From | to | From | to |

AT 1:30 O'CLOCK ☐ M
VOLUME _____ PAGE _____

July 3 2007
PAMELA MARTIN HARTGROVE
DISTRICT CLERK, CALHOUN COUNTY, TEXAS

If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below:
9 DAYS   NOTES: N/A

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Jackson County, Texas. The State appeared by her District Attorney.

Counsel / Waiver of Counsel (select one)
☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

It appeared to the Court that Defendant was mentally competent and had pleaded as shown above to the charging instrument. Both parties announced ready for trial. A jury was selected, impaneled, and sworn. The INDICTMENT was read to the jury, and Defendant entered a plea to the charged offense. The Court received the plea and entered it of record.

briseno6465.doc                                    Page 1 of 2



The jury heard the evidence submitted and argument of counsel. The Court charged the jury as to its duty to determine the guilt or innocence of Defendant, and the jury retired to consider the evidence. Upon returning to open court, the jury delivered its verdict in the presence of Defendant and defense counsel, if any.

The Court received the verdict and ORDERED it entered upon the minutes of the Court.

### Punishment Assessed by Jury / Court / No election (select one)

☐ Jury. Defendant entered a plea and filed a written election to have the jury assess punishment. The jury heard evidence relative to the question of punishment. The Court charged the jury and it retired to consider the question of punishment. After due deliberation, the jury was brought into Court, and, in open court, it returned its verdict as indicated above.

☒ Court. Defendant elected to have the Court assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

☐ No Election. Defendant did not file a written election as to whether the judge or jury should assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options (select one)

☒ Confinement in State Jail or Institutional Division. The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the Director, Institutional Division, TDCJ. The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the CALHOUN COUNTY DISTRICT CLERK OFFICE. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ County Jail—Confinement / Confinement in Lieu of Payment. The Court ORDERS Defendant immediately committed to the custody of the Sheriff of ____ County, Texas on the date the sentence is to commence. Defendant shall be confined in the County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the ____. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ Fine Only Payment. The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the ____ County. Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence (select one)

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

Sentence to the Institutional Division of the Texas Department of Criminal Justice for Five (5) years on each count to run concurrently. 12:45 Tamper with Goverment Record (Count 3) in the Cause No. 2006-8-6468. Dismiss all misdemeanors charges filed. District Attorney will not pursue prejury charges against defendant or her husband.

---

Signed and entered on June 28, 2007

X _Joseph D. Kelly_
JOSEPH PATRICK KELLY
JUDGE PRESIDING

cc: District Attorney - _William Tatum_
Sheriff / Jail
Probation
Defendant
_Fraumencis Reyes_

Clerk: PMH /TG

Right Thumbprint

briscno6465.doc    Page 2 of 2

PAGE 6/7 * RCVD AT 6/9/2009 10:56:29 AM [Central Daylight Time] * SVR:RIGHTFAX/6 * DNIS:9707 * CSID:3615534637 * DURATION (mm-ss):04-12



# COUNTY OF CALHOUN
# SHERIFF B. B. BROWNING

211 SOUTH ANN STREET
PORT LAVACA, TEXAS 77979

*Committed to Community Needs*

## CALHOUN COUNTY JAIL
## INMATE CREDIT TIME REPORT

Rec'd
6/27/07
pm

**Date:** June 27, 2007

**Inmate Name:** Debra Martinez Briseno (Martinez)

**Offense:** Illegal Voting

**Cause Number:** _____

**Current Time in Jail:** ~~6/25~~ 3 Days

**Previous Time in Jail:** 1 Days

**Total Jail Time Served:** 4 Days

(total 9)

7/3/07 pm

8/31/06 thru 8/31/06    1
9:30am        11:20am

6/25/07 thru current date   3

Lt. Eddie Musgrave
Jail Administrator
361 553-4481

Main Office (361) 553-4646
Facsimile (361) 553-4668