

**Qualified voters without an approved photo ID may obtain a free Election Identification Card from DPS.**
Find out more at dps.texas.gov.

### Election Identification Certificate Mobile Stations

The Office of the Texas Secretary of State and the Texas Department of Public Safety have joined in partnership to offer Election Identification Certificates (EICs) at mobile stations across the state. Election Identification Cards are available to qualified voters who do not otherwise have an approved form of photo ID for voting. Learn more about EICs here.

EIC applicants will need to bring evidence of citizenship and identity. To avoid confusion or delays, please review the list of required documents before applying for an EIC.

Below are EIC mobile station locations scheduled so far. More locations will be added as they are scheduled and confirmed. Based on the mobile nature of the units, locations, dates and times are subject to change.

**October 15, 2014**

| Location | Address |
| --- | --- |
| Wesley Community Center 10:00-4:00 | 1615 S Roberts St, Amarillo, Texas 79102 |

**October 14, 2014**

| Location | Address |
| --- | --- |
| Wesley Community Center 10:00-4:00 | 1615 S Roberts St, Amarillo, Texas 79102 |

**October 11, 2014**

| Location | Address |
| --- | --- |
| Wilson County Annex III, 10:00 AM – 4:00 PM | 1103 4th St., Floresville, Texas 78114 |

**October 10, 2014**

| Location | Address |
| --- | --- |
| Wilson County Annex III, 10:00 AM – 4:00 PM | 1103 4th St., Floresville, Texas 78114 |

**October 8, 2014**

| Location | Address |
| --- | --- |
| Tyler Metro Chamber 9:00 AM – 4:00 PM | 2000 W Gentry Pkwy, Tyler, Texas 75702 |

**October 8, 2014**

| Location | Address |
| --- | --- |
| East Waco Library 10:00 AM – 4:00 PM | 901 Elm St., Waco, TX 76704 |

DEF2756

**October 7, 2014**

| Location | Address |
| --- | --- |
| Hispanic Chamber of Commerce 10:00 AM – 4:00 PM | 915 La Salle Ave., Waco, TX 76706 |

**September 30, 2014**

| Location | Address |
| --- | --- |
| Tye Preston Library 9:00 – 4:00 | 16311 South Access Road Canyon Lake, Texas 78133 |

**September 29, 2014**

| Location | Address |
| --- | --- |
| Comal County Elections Office 9:00 – 4:00 | 178 E. Mill St., Suite 101 New Braunfels, Texas 78130 |

**September 29, 2014**

| Location | Address |
| --- | --- |
| El Paso County Courthouse, 3rd Floor Commissioners Court Lobby 9:00 – 3:00 | 500 E. San Antonio Ave., El Paso, Texas 79901 |

**September 27, 2014**

| Location | Address |
| --- | --- |
| Moody Community Center Houston Multipurpose Room 9:00 AM – 3:00 PM | 3725 Fulton Houston, Texas 77009 |

**September 25, 2014**

| Location | Address |
| --- | --- |
| Upshur County Tax Office 9:00 – 4:00 | P215 N Titus, Gilmer TX 75644 |

**September 25, 2014**

| Location | Address |
| --- | --- |
| Southside Recreation Center 10:00 AM – 4:00 PM | 2750 Ben Ficklin, San Angelo, Texas |

**September 24, 2014**

| Location | Address |
| --- | --- |
| Lowe's Food Store 10:00 AM – 4:00 PM | 1926 North Bryant, San Angelo, Texas |

**September 23, 2014**

| Location | Address |
| --- | --- |
| Goodwill 10:00-4:00 | 4216 College Hills Boulevard, San Angelo, Texas 76904 |

**September 23, 2014**

| Location | Address |
| --- | --- |
| Dallas County Elections Department 10:00 AM – 4:00 PM | 2377 N. Stemmons Frwy., Suite 820, Dallas, Texas 75207 |

**September 23, 2014**

| Location | Address |
| --- | --- |
| The University of Texas-Pan American, Student Union 2.316 10:00 AM – 4:00 PM | 1201 W. University Drive, Edinburg, Texas 78539 |

**May 15, 2014**

| Location | Address |
| --- | --- |
| El Paso County Courthouse, 10:00 AM – 4:00 PM | 500 E. San Antonio, 1st Floor, El Paso, Texas 79901 |

**May 14, 2014**

| Location | Address |
| --- | --- |
| El Paso County, Bassett Place, 10:00 AM – 4:00 PM | 6101 Gateway West, El Paso, Texas 79925 |

**March 10, 2014**

| Location | Address |
| --- | --- |
| Harris County Clerk's Office Election Division, 8:00 AM – 4:30 PM | 1001 Preston, Rm. 439, Houston, TX 77002 |

**February 28, 2014**

| Location | Address |
| --- | --- |
| Collin County, Commissioner's Courtroom | 2300 Bloomdale Road Suite 4152, McKinney, Texas 75071 |
| Harris County, Lone Star College System | 4141 Victory Dr., Houston, Texas 77088 |
| Harris County, Holman Street Baptist Church | 3422 Holman St # B, Houston , Texas 77004 |

**February 27, 2014**

| Location | Address |
| --- | --- |
| Jefferson County, Port Arthur Public Library | 4615 Ninth Ave., Port Arthur, Texas 77642 |
| Collin County, Commissioner's Courtroom | 2300 Bloomdale Road Suite 4152, McKinney, Texas 75071 |
| Harris County, Lone Star College System | 4141 Victory Dr., Houston, Texas 77088 |
| Harris County, Holman Street Baptist Church | 3422 Holman St # B., Houston, Texas 77004 |

**February 26, 2014**

| Location | Address |
| --- | --- |
| Travis County, Clerk's Office | 5501 Airport Blvd., Austin, Texas 78751 |
| Fort Bend County, Missouri City Annex | 307 Texas Parkway, Missouri City, Texas 77489 |
| Bexar County, Las Palmas Library | 515 Castroville Rd., San Antonio, Texas 78237 |
| Montgomery County, Central Library | 104 I-45 North, Conroe, Texas 77301 |
| Williamson County, The Caring Place | 2000 Railroad St., Georgetown, Texas 78626 |
| Jefferson County, Alice Keith Community Center | 4075 Highland, Beaumont, Texas 77705 |

**February 25, 2014**

| Location | Address |
| --- | --- |
| Travis County, Clerk's Office | 5501 Airport Blvd., Austin, Texas 78751 |
| Fort Bend County, Missouri City Annex | 307 Texas Parkway, Missouri City, Texas 77489 |
| Bexar County, Claude Black Community Center | 2805 E Commerce St., San Antonio, Texas 78203 |
| Montgomery County, Central Library | 104 I-45 North, Conroe, Texas 77301 |
| Williamson County, BACA Senior Center Lobby | 303 W. Bagdad Road, Round Rock, Texas 78664 |

**February 21, 2014**

| Location | Address |
| --- | --- |
| Hidalgo County, South Texas College Building H – Student Lounge | 3201 W. Pecan, McAllen, Texas 78501 |
| Tarrant County, Plaza Building | 201 Burnett Street, 3rd Floor, Fort Worth, Texas 76102 |
| El Paso County, Courthouse Main Lobby – First Floor | 500 East San Antonio, El Paso, Texas 79901 |
| Brooks County Library | 203 Calixto Mora Ave., Falfurrias, Texas 78355 |

**February 20, 2014**

| Location | Address |
| --- | --- |
| Hidalgo County, South Texas College Building H – Student Lounge | 3201 W. Pecan, McAllen, Texas 78501 |
| Trinity County, Trinity Fire Department | 201 S Elm St., Trinity, Texas 75862 |
| Galveston County, Dickinson Community Center | 2714 Highway 3, Dickinson, Texas 77539 |
| Tarrant County Plaza Building | 201 Burnett Street, 3rd Floor, Fort Worth, Texas 76102 |
| El Paso County Courthouse Main Lobby – First Floor | 500 East San Antonio, El Paso, Texas 79901 |
| Brooks County Library | 203 Calixto Mora Ave., Falfurrias, Texas 78355 |

**February 19, 2014**

| Location | Address |
| --- | --- |
| Hidalgo County, University of Texas Pan American, Student Union | 1201 West University Drive Edinburg, Texas 78539 |
| Nueces County Courthouse Room 203 | 901 Leopard St., Corpus Christi, Texas 78401 |
| Cameron County, Dancy Building Exhibit Room | 1100 East Monroe St., Brownsville, Texas 78520 |
| Trinity County, Trinity Fire Department | 201 S Elm St., Trinity, Texas 75862 |
| Galveston County Courthouse | Commissioner's Room 722 Moody (21st St.), Galveston, Texas 77550 |
| Denton County, Texas Woman's University Student Union Building | 304 Administration Drive, Denton, Texas 76204 |

**February 18, 2014**

| Location | Address |
| --- | --- |
| Cameron County, Harlingen City Hall | 118 East Tyler Ave., Harlingen, Texas 78550 |
| Dallas County, J. Erik Jonsson Central Library, 1st Floor Lobby | 1515 Young Street, Dallas, Texas 75201 |
| Nueces County Courthouse | 901 Leopard St Rm 203, Corpus Christi, Texas 78401 |
| Hidalgo County, University of Texas Pan American Student Union Building | 1201 West University Drive, Edinburg, Texas 78539 |

View the Identification Certificate Mobile Station location during 2013

Switch to our mobile site