

**Qualified voters without an approved photo ID may obtain a free Election Identification Card from DPS.**
Find out more at dps.texas.gov.

### Election Identification Certificate Mobile Stations Used in 2013

The Office of the Texas Secretary of State and the Texas Department of Public Safety have joined in partnership to offer Election Identification Certificates (EICs) at mobile stations across the state. Election Identification Cards are available to qualified voters who do not otherwise have an approved form of photo ID for voting. Learn more about EICs here.

**Tuesday, November 12**

| Dallas County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| **Location** | **Address** |
| North Dallas Government Center – Tax Office (Main Lobby Area) | 10056 Marsh Lane, Dallas, Texas 75229 |
| Grand Prairie Government Center – Tax Office (Main Lobby Area) | 106 W. Church Street, Grand Prairie, Texas 75050 |
| Garland Government Center – Tax Office (Main Lobby Area) | 140 N. Garland Avenue, Garland, Texas 75040 |
| Dallas County Health & Human Services Bldg. (Main Lobby Area) | 2377 N. Stemmons Freeway, Dallas, Texas 75207 |

| Harris County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| **Location** | **Address** |
| Northeast Community Center | 9720 Spaulding St., Bldg 4, Houston, Texas 77016 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |
| Harris County Clerk's Office | 1001 Preston Street, Houston, Texas 77002 |

**Friday, November 8**

| Dallas County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| **Location** | **Address** |
| North Dallas Government Center – Tax Office (Main Lobby Area) | 10056 Marsh Lane, Dallas, Texas 75229 |
| Grand Prairie Government Center – Tax Office (Main Lobby Area) | 106 W. Church Street, Grand Prairie, Texas 75050 |
| Garland Government Center – Tax Office (Main Lobby Area) | 140 N. Garland Avenue, Garland, Texas 75040 |
| Dallas County Health & Human Services Bldg. (Main Lobby Area) | 2377 N. Stemmons Freeway, Dallas, Texas 75207 |



EXHIBIT
DEF 02757

| Harris County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| Northeast Community Center | 9720 Spaulding St., Bldg 4, Houston, Texas 77016 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |
| Harris County Clerk's Office | 1001 Preston Street, Houston, Texas 77002 |

**Thursday, November 7**

| Dallas County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| North Dallas Government Center – Tax Office (Main Lobby Area) | 10056 Marsh Lane, Dallas, Texas 75229 |
| Grand Prairie Government Center – Tax Office (Main Lobby Area) | 106 W. Church Street, Grand Prairie, Texas 75050 |
| Garland Government Center – Tax Office (Main Lobby Area) | 140 N. Garland Avenue, Garland, Texas 75040 |
| Dallas County Health & Human Services Bldg. (Main Lobby Area) | 2377 N. Stemmons Freeway, Dallas, Texas 75207 |

| Harris County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| Northeast Community Center | 9720 Spaulding St., Bldg 4, Houston, Texas 77016 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |
| Harris County Clerk's Office | 1001 Preston Street, Houston, Texas 77002 |

| McLennan County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| McLennan County Elections Administration Office – Basement of the Records Building (park on 4th Street side of the building, office is located at the foot of the steps) | 214 N. 4th Street, Suite 300, Waco, TX 76701 |
| South Waco Community Center | 2815 Speight Ave., Waco, TX 76711 |
| McLennan County Junior College District (MCC) – Community Services Center | 4601 North 19th Street, E Wing, Room 234, Waco, TX 76708 |
| Texas State Technical College (TSTC) – Student Services Center – Texas Room | 3801 Campus Dr., Waco, TX 76705 |

**Wednesday, November 6**

| Dallas County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| **Location** | **Address** |
| North Dallas Government Center – Tax Office (Main Lobby Area) | 10056 Marsh Lane, Dallas, Texas 75229 |
| Grand Prairie Government Center – Tax Office (Main Lobby Area) | 106 W. Church Street, Grand Prairie, Texas 75050 |
| Garland Government Center – Tax Office (Main Lobby Area) | 140 N. Garland Avenue, Garland, Texas 75040 |
| Dallas County Health & Human Services Bldg. (Main Lobby Area) | 2377 N. Stemmons Freeway, Dallas, Texas 75207 |

| Harris County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| **Location** | **Address** |
| Northeast Community Center | 9720 Spaulding St., Bldg 4, Houston, Texas 77016 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |
| Harris County Clerk's Office | 1001 Preston Street, Houston, Texas 77002 |

| McLennan County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| **Location** | **Address** |
| McLennan County Elections Administration Office – Basement of the Records Building (park on 4th Street side of the building, office is located at the foot of the steps) | 214 N. 4th Street, Suite 300, Waco, TX 76701 |
| South Waco Community Center | 2815 Speight Ave., Waco, TX 76711 |
| McLennan County Junior College District (MCC) – Community Services Center | 4601 North 19th Street, E Wing, Room 234, Waco, TX 76708 |
| Texas State Technical College (TSTC) – Student Services Center – Texas Room | 3801 Campus Dr., Waco, TX 76705 |

**Tuesday, November 5**

| Coryell County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| **Location** | **Address** |
| Tax Office- Gatesville | 201 S 7th Street, Gatesville TX, 76528 |
| Copperas Cove Chamber of Commerce | 204 E Robertson Avenue, Copperas Cove, TX 76522 |
| Tax Office- Copperas Cove | 201 S 2nd Street, Copperas Cove, TX 76522 |

**Dallas County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| North Dallas Government Center – Tax Office (Main Lobby Area) | 10056 Marsh Lane, Dallas, Texas 75229 |
| Grand Prairie Government Center – Tax Office (Main Lobby Area) | 106 W. Church Street, Grand Prairie, Texas 75050 |
| Garland Government Center – Tax Office (Main Lobby Area) | 140 N. Garland Avenue, Garland, Texas 75040 |
| Dallas County Health & Human Services Bldg. (Main Lobby Area) | 2377 N. Stemmons Freeway, Dallas, Texas 75207 |

**Harris County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Northeast Community Center | 9720 Spaulding St., Bldg 4, Houston, Texas 77016 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

Back to top

**Monday, November 4**

**Coryell County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Tax Office- Gatesville | 201 S 7th Street, Gatesville TX, 76528 |
| Copperas Cove Chamber of Commerce | 204 E Robertson Avenue, Copperas Cove, TX 76522 |
| Tax Office- Copperas Cove | 201 S 2nd Street, Copperas Cove, TX 76522 |

**Harris County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Northeast Community Center | 9720 Spaulding St., Bldg 4, Houston, Texas 77016 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

**Friday, November 1**

**Bowie County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Bowie County Courthouse | 710 James Bowie Drive, New Boston, TX 75570 |
| Bi-State Justice Building (West Side Entrance) | 100 N. State Line Ave., Texarkana, TX 75501 |

**Harris County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Northeast Community Center | 9720 Spaulding St., Bldg 4, Houston, Texas 77016 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

**Liberty County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Liberty County Courthouse Annex – West Entrance | 1923 Sam Houston ST., Liberty, TX 77575 |
| County Annex Building | 304 Campbell ST, Cleveland, TX 77327 |

**Val Verde County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Plaza del Sol Mall | 2205 Veterans Blvd., Del Rio, Texas |
| Wal-Mart | 2410 Dodson Avenue, Del Rio, Texas 78840 |
| Casa De La Cultura | 302 W. Cantu Street, Brown Plaza, Del Rio, TX 78840 |
| Val Verde County Courthouse | 400 Pecan Street, Del Rio, TX 78840 |

**Thursday, October 31**

**Bowie County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Bowie County Courthouse | 710 James Bowie Drive, New Boston, TX 75570 |
| Bi-State Justice Building (West Side Entrance) | 100 N. State Line Ave., Texarkana, TX 75501 |

**Ector County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Ector County Annex Building | 101 E. 8th Street, Odessa, TX 79761 |
| Medical Health Center | 840 W. Clements Street, Odessa, TX 79763 |

**Harris County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Northeast Community Center | 9720 Spaulding St., Bldg 4, Houston, Texas 77016 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

**Liberty County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Liberty County Courthouse Annex – West Entrance | 1923 Sam Houston ST., Liberty, TX 77575 |
| County Annex Building | 304 Campbell ST, Cleveland, TX 77327 |

**Midland County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Midland County Annex Courtroom | 2110 North A Street, Midland, TX 79705 |
| Greater Ideal Baptist Church – Family Life Center | 301 S Tyler ST., Midland, TX 79701 |

**Val Verde County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Plaza del Sol Mall | 2205 Veterans Blvd., Del Rio, Texas |
| Wal-Mart | 2410 Dodson Avenue, Del Rio, Texas 78840 |
| Val Verde Community Center | 1690 Cienegas Road, Del Rio, TX 78840 |
| Comstock School | 101 Sanderson Street., Comstock, TX 78837 |

**Wednesday, October 30**

**Ector County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Ector County Annex Building | 101 E. 8th Street, Odessa, TX 79761 |
| Medical Health Center | 840 W. Clements Street, Odessa, TX 79763 |

**Harris County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Northeast Community Center | 9720 Spaulding St., Bldg 4, Houston, Texas 77016 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

**Maverick County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Eagle Pass Multi-Purpose Center | 480 South Adams Street, Eagle Pass, Texas |
| Seco Mines Community Center | 2989 Sanchez Street, Eagle Pass, Texas |

| Midland County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| **Location** | **Address** |
| Cogdell Learning Center | 211 W Florida Ave., Midland, TX 79701 |
| Midland County Annex Courtroom | 2110 North A Street, Midland, TX 79705 |

**Tuesday, October 29**

| Harris County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| **Location** | **Address** |
| Northeast Community Center | 9720 Spaulding St., Bldg 4, Houston, Texas 77016 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

| Harrison County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| **Location** | **Address** |
| East Texas Baptist University | One Tiger Drive, Marshall, TX 75670 |
| Panola College – Marshall College Center | 1300 E. Pinecrest Drive, Marshall, TX 75672 |
| Mt. Zion Community Church – Family Activity Center | 2200A Pemberton Street, Marshall, TX 75670 |
| Wiley College | 711 Wiley Ave., Marshall, TX 75670 |

| Maverick County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| **Location** | **Address** |
| Eagle Pass Multi-Purpose Center | 480 South Adams Street, Eagle Pass, Texas |
| Seco Mines Community Center | 2989 Sanchez Street, Eagle Pass, Texas |

| Orange County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| **Location** | **Address** |
| Orange Public Library | 220 N Fifth Street, Orange TX 77630 |
| Bridge City Hall | 260 Rachal Ave., Bridge City, TX 77611 |
| Mauriceville First Baptist Church | 11540 Hwy 12, Orange TX 77632 |
| UTMB Clinic | 383 Claiborne Street, Vidor, TX 77662 |

Back to top

**Monday, October 28**

| Harris County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| Northeast Community Center | 9720 Spaulding St., Bldg 4, Houston, Texas 77016 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

| Harrison County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| East Texas Baptist University | One Tiger Drive, Marshall, TX 75670 |
| Panola College – Marshall College Center | 1300 E. Pinecrest Drive, Marshall, TX 75672 |
| Marshall Public Library | 300 S. Alamo Blvd., Marshall, TX 75670 |
| Wiley College | 711 Wiley Ave., Marshall, TX 75670 |

| Orange County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| Orange Public Library | 220 N Fifth Street, Orange TX 77630 |
| Bridge City Hall | 260 Rachal Ave., Bridge City, TX 77611 |
| Mauriceville First Baptist Church | 11540 Hwy 12, Orange TX 77632 |
| UTMB Clinic | 383 Claiborne Street, Vidor, TX 77662 |

| Potter/Randall County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| Santa Fe Building, Room 326 | 900 S. Polk St., Amarillo, TX 79101 |
| Early Voting location 2 – Old Dept of HHS | 2406 SW 6th Avenue, Amarillo, TX 79106 |
| Comanche Trail Church of Christ | 2700 E. 34th Avenue, Amarillo, Texas 79103 |
| Randall County Finance Bldg, Second Floor | 501 16th Street, Canyon, Texas 79105 |

| Victoria County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| **Location** | **Address** |
| Victoria Fine Arts Center | 1002 Sam Houston Drive, Victoria, Texas 77901 |
| Pattie Dodson Public Health Center | 2805 N. Navarro, Classroom B, Victoria, Texas 77901 |
| Victoria County Courthouse | 115 N. Bridge, Victoria, Texas 77901 |
| Victoria Mall | 7800 N. Navarro, Victoria, Texas 77904 |

**Friday, October 25**

| Harris County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| **Location** | **Address** |
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

| Potter/Randall County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| **Location** | **Address** |
| Santa Fe Building, Room 326 | 900 S. Polk St., Amarillo, TX 79101 |
| Early Voting location 2 – Old Dept of HHS | 2406 SW 6th Avenue, Amarillo, TX 79106 |
| Comanche Trail Church of Christ | 2700 E. 34th Avenue, Amarillo, Texas 79103 |
| Randall County Finance Bldg, Second Floor | 501 16th Street, Canyon, Texas 79105 |

| Starr County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| **Location** | **Address** |
| Roma Library | 1705 N. Athens St., Roma Tx, 78582 |
| La Rosita Library | 4192 W. US Hwy 83, Rio Grande City, TX 78582 |
| Starr County Courthouse | 401 N. Britton Ave., Rio Grande City, TX 78582 |
| Courthouse Annex | 100 FM 3167, Rio Grande City, TX 78582 |

| Victoria County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| **Location** | **Address** |
| Victoria Fine Arts Center | 1002 Sam Houston Drive, Victoria, Texas 77901 |
| Pattie Dodson Public Health Center | 2805 N. Navarro, Classroom B, Victoria, Texas 77901 |
| Victoria County Courthouse | 115 N. Bridge, Victoria, Texas 77901 |
| Victoria Mall | 7800 N. Navarro, Victoria, Texas 77904 |

**Thursday, October 24**

| Harris County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| **Location** | **Address** |
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

| San Patricio County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| **Location** | **Address** |
| Mathis City Hall Annex Building | 401 E. San Patricio Ave., Mathis, TX 78368 |
| Sinton County Courthouse | 400 W. Sinton St., Sinton, Tx 78387 |
| Kiva Hut | 402 Park, Taft, Tx 78390 |

| Starr County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| **Location** | **Address** |
| Nutrition Center | 6171 FM 1430, Rio Grande City, TX 78582 |
| La Victoria Substation | 532 Gabriela St., Rio Grande City, TX 78582 |
| Starr County Courthouse | 401 N. Britton Ave., Rio Grande City Tx, 78582 |
| Courthouse Annex | 100 FM 3167, Rio Grande City, TX 78582 |

| Tarrant County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| **Location** | **Address** |
| Tarrant County Southwest Sub-Courthouse | 6551 Granbury Road, Fort Worth TX 76133 |
| Charles F. Griffin Sub-Courthouse | 3212 Miller Avenue, Fort Worth TX 76119 |
| Tarrant County Sub-Courthouse in Arlington | 700 E. Abram Street, Arlington TX 76010 |
| Tarrant County Northeast Sub-Courthouse | 201 Harwood Road, Suite 124, Bedford TX 76021 |

**Wednesday, October 23**

| Hale County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| Hale County Courthouse Annex | 521 Broadway Street, Plainview, TX 79072-8097 |

| Harris County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

| Hidalgo County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| Community Room | 415 W. University Dr., Edinburg, TX |
| Business & Visitors Center (Board Rm.) | 275 S. Kansas Ave., Weslaco, TX |

| San Patricio County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| Mathis City Hall Annex Building | 401 E. San Patricio Ave., Mathis, TX 78368 |
| Sinton County Courthouse | 400 W. Sinton St., Sinton, Tx 78387 |
| Kiva Hut | 402 Park, Taft, Tx 78390 |

| Tarrant County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| Tarrant County Southwest Sub-Courthouse | 6551 Granbury Road, Fort Worth TX 76133 |
| Charles F. Griffin Sub-Courthouse | 3212 Miller Avenue, Fort Worth TX 76119 |
| Tarrant County Sub-Courthouse in Arlington | 700 E. Abram Street, Arlington TX 76010 |
| Tarrant County Northeast Sub-Courthouse | 201 Harwood Road, Suite 124, Bedford TX 76021 |

Back to top

**Tuesday, October 22**

| Hale County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| Hale County Courthouse Annex | 521 Broadway Street, Plainview, TX 79072-8097 |

**Harris County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

**Hidalgo County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| City of San Juan Conference Room | 709 S Nebraska, San Juan, TX |
| City of Hidalgo | 704 E Texano Dr., Hidlago, TX |

**Nueces County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Johnny S. Calderon County Building | 710 E. Main Street, Robstown, Texas 78380 |
| Flour Bluff ISD-Maintenance | 2510 Waldron Road, Corpus Christi, Texas 78418 |
| Greenwood Senior Citizens Center | 4040 Greenwood Drive, Corpus Christi, Texas 78416 |
| Nueces County Courthouse | 901 Leopard Street, Corpus Christi, TX 78401 |

**Polk County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Old Courthouse, 1st floor | 101 West Church, Livingston, Texas |
| Tax Assessor satellite office | 201 West Ben Franklin, Corrigan, Texas |

**Tarrant County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Tarrant County Southwest Sub-Courthouse | 6551 Granbury Road, Fort Worth TX 76133 |
| Charles F. Griffin Sub-Courthouse | 3212 Miller Avenue, Fort Worth TX 76119 |
| Tarrant County Sub-Courthouse in Arlington | 700 E. Abram Street, Arlington TX 76010 |
| Tarrant County Northeast Sub-Courthouse | 201 Harwood Road, Suite 124, Bedford TX 76021 |

**Monday, October 21**

| Gregg County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| Broughton Recreation Center | 801 S. Martin Luther King Blvd, Longview, TX |
| Greggton Community Center | 3211 W. Marshall Ave, Longview, TX |
| Gladewater City Hall | 519 E. Broadway, Gladewater, TX |
| Kilgore Community Center | 622 Kay St, Kilgore, TX |

| Harris County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

| Hidalgo County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| McAllen City Hall (Disconnect Day) | 1300 W Houston Ave., McAllen, TX |
| Mercedes City Hall | 400 S Ohio, Mercedes, TX |
| La Joya City Hall, Conference Room | 101 N Leo Ave, La Joya, TX 78560 |

| Nueces County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| Johnny S. Calderon County Building | 710 E. Main Street, Robstown, Texas 78380 |
| Flour Bluff ISD-Maintenance | 2510 Waldron Road, Corpus Christi, Texas 78418 |
| Greenwood Senior Citizens Center | 4040 Greenwood Drive, Corpus Christi, Texas 78416 |
| Nueces County Courthouse | 901 Leopard Street, Corpus Christi, TX 78401 |

| Polk County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| Old Courthouse, 1st floor | 101 West Church, Livingston, Texas |
| Tax Assessor satellite office | Highway 190 West, Onalaska, Texas |

**Friday, October 18**

| Brooks County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| **Location** | **Address** |
| Ed Rachal Memorial Library | 203 South Calixto Mora Ave., Falfurrias, TX 78355 |
| Brooks County Courthouse Annex | 408 W Travis St., Falfurrias, TX 78355 |

| Gregg County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| **Location** | **Address** |
| Gregg County Courthouse | 101 E. Methvin St, Suite 108, Longview, TX |
| Green Street Recreation Center | 814 S. Green St, Longview, TX |
| Colonial Village Retirement Community | 2910 N. Eastman Rd, Longview, TX |
| Buckner Westminster Place | 2201 Horseshoe Lane, Longview, TX 75605 |

| Harris County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| **Location** | **Address** |
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

| Hidalgo County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| **Location** | **Address** |
| Palmview City Hall | 400 W Veterans Blvd., Palmview, TX |
| Pharr City Hall | 118 S Cage Blvd., Pharr, TX |
| Progreso Community Center | 510 N FM 1015, Progreso, TX |

| Howard County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| **Location** | **Address** |
| Howard County Courthouse | 300 S Main, Ste. 101 (Elections office), Big Spring, TX |
| Road & Bridge Office | 1000 N San Antonio (Prct 1 polling location), Big Spring, TX |

**Thursday, October 17**

| Bexar County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| **Location** | **Address** |
| Claude Black Center | 2805 E. Commerce, San Antonio, TX |

**Brooks County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Ed Rachal Memorial Library | 203 South Calixto Mora Ave., Falfurrias, TX 78355 |
| Brooks County Courthouse Annex | 408 W Travis St., Falfurrias, TX 78355 |

**Galveston County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Nessler Center (Surf Room) | 2105 5th Avenue North, Texas City, TX |
| Galveston County Courthouse (2nd floor) | 722 Moody Avenue (21st Street), Galveston, TX |

**Harris County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

**Hidalgo County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| McAllen Main Public Library | 4001 N 23rd St., McAllen, TX |
| STC Technology Campus | 3700 W Military Hwy., McAllen, TX |
| UTPA Student Union | 1201 W University Dr., Edinburg, TX |

**Howard County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Howard County Courthouse | 300 S Main, Ste. 101 (Elections office), Big Spring, TX |
| Road & Bridge Office | 1000 N San Antonio (Prct 1 polling location), Big Spring, TX |

**Smith County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| PATH (People Assisting to Help) | 402 W Front St, Tyler, TX 75702 |
| Tyler Public Library *The library opens at 10:00am | 201 S College Ave, Tyler, TX 75702 |
| Tyler Metropolitan Chamber of Commerce | 2000 W Gentry, Tyler, TX 75702 |
| The Cotton Belt Building | 1517 W Front St, Tyler, TX 75702 |

Back to top

**Wednesday, October 16**

| Galveston County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| Bacliff Community Center | 4503 11th Street, Bacliff, TX |
| Dickinson Community Center | 2714 Highway 3, Dickinson, TX |

| Harris County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

| Hidalgo County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| Community Room – Mission City Hall | 1201 E. 8th Street, Mission, TX |
| Hidalgo County Tax Office | 100 N. Closner, Edinburg, TX |
| STC Mid Valley Campus | 400 N. Border, Weslaco, TX |

| Jim Wells County (all locations 8 a.m. to 12 p.m., break for an hour, and resuming from 1 p.m. to 5 p.m.) | |
|---|---|
| **Location** | **Address** |
| Jim Wells County Courthouse | 200 N Almond St, Rm#104, Alice TX 78332 |
| Premont City Hall | 200 SW 1st St, Premont, TX 78375 |
| Jim Wells Orange Grove City Hall | 305 W Pundt St. Orange Grove, TX 78372 |

| Smith County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| PATH (People Assisting to Help) | 402 W Front St, Tyler, TX 75702 |
| Tyler Public Library *The library opens at 10:00am | 201 S College Ave, Tyler, TX 75702 |
| The Salvation Army | 633 N Broadway Ave, Tyler, TX 75702 |
| The Cotton Belt Building | 1517 W Front St, Tyler, TX 75702 |

**Tuesday, October 15**

| Cameron County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Rio Hondo City Hall | 121 N. Arroyo Blvd., Rio Hondo, TX |

| Fort Bend County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Fort Bend County Precinct 4 Building | 12919 Dairy Ashford Rd, Sugar Land, TX |
| Missouri City Old Municipal Court Lobby | 1522 Texas Parkway, Missouri City, TX |

| Harris County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

| Jim Wells County (all locations 8 a.m. to 12 p.m., break for an hour, and resuming from 1 p.m. to 5 p.m.) | |
|---|---|
| Location | Address |
| Jim Wells County Courthouse | 200 N Almond St, Rm#104, Alice TX 78332 |
| Premont City Hall | 200 SW 1st St, Premont, TX 78375 |
| Jim Wells Orange Grove City Hall | 305 W Pundt St. Orange Grove, TX 78372 |

| Kaufman County (all locations 8 a.m. to 4:30 p.m.) | |
|---|---|
| Location | Address |
| Kaufman County Annex Bldg. | 100 N. Washington St., Kaufman, TX 75142 |
| Terrell Office | 408 E. College St., Terrell, TX 75160 |
| Kemp Office | 103 N. Main St., Kemp, TX 75143 |
| Forney Office | 200 E. Main St., Forney, TX 75126 |

**Monday, October 14**

| Cameron County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Joe Rivera/Aurora de la Garza County Annex Building | 1390 W. Expressway 77/83, San Benito, TX |

**Fort Bend County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
| --- | --- |
| Fort Bend County Precinct 4 Building | 12919 Dairy Ashford Rd, Sugar Land, TX |
| Missouri City Old Municipal Court Lobby | 1522 Texas Parkway, Missouri City, TX |

**Harris County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
| --- | --- |
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

**Kaufman County (all locations 8 a.m. to 4:30 p.m.)**

| Location | Address |
| --- | --- |
| Kaufman County Annex Bldg. | 100 N. Washington St., Kaufman, TX 75142 |
| Terrell Office | 408 E. College St., Terrell, TX 75160 |
| Kemp Office | 103 N. Main St., Kemp, TX 75143 |
| Forney Office | 200 E. Main St., Forney, TX 75126 |

**Friday, October 11**

**Cameron County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
| --- | --- |
| Harlingen City Hall | 118 E. Tyler Ave., Harlingen, TX |
| Harlingen County Annex Building | 3302 W. Wilson Rd., Harlingen, TX |

**Dallas County**

| Location | Address |
| --- | --- |
| El Centro-Dallas West Campus (8 a.m. – 5 p.m.) | 3333 N. Hampton Road, Dallas, TX 75212 |
| Valley Ranch Library (8 a.m. – 5 p.m.) | 401 Cimarron Trail, Irving, TX 75063 |
| Fretz Park Library (10 a.m. – 7 p.m.) | 6990 Belt Line Road, Dallas, TX 75254 |
| Paul Laurence Dunbar Lancaster-Kiest Library (10 a.m. – 7 p.m.) | 2008 E. Kiest Blvd., Dallas, TX 75216 |

| Grimes (all locations 9 a.m. to 3 p.m.) | |
|---|---|
| **Location** | **Address** |
| Progressive Center | 615 W. Virginia St., Navasota, Texas 77868 |
| Plantersville Town Hall | 11335 Lodge Ln., Plantersville, Texas 77868 |

| Harris County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Northeast Multi-Service Center | 9720 Spaulding St., Bldg #4, Houston, Texas 77016 |
| Harris County Courthouse – Annex #25 – County Clerk Office | 7330 Spencer Highway, Pasadena, Texas 77505 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

| Webb County | |
|---|---|
| **Location** | **Address** |
| Billy Hall Administration Bldg. (11 a.m. – 7 p.m.) | 1110 Washington St., Laredo, Texas |
| Laredo Specialty Hospital (9 a.m. – 4 p.m.) | 2005 Bustamante St., Laredo, Texas |
| Laredo Medical Center (11 a.m. – 7 p.m.) | 1700 E. Saunders St., Laredo, Texas |
| KLDO (11 a.m. – 7 p.m.) | 222 Bob Bullock Loop, Laredo, Texas |

**Thursday, October 10**

| Cameron County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| Harlingen City Hall | 118 E. Tyler Ave., Harlingen, TX |
| Harlingen County Annex Building | 3302 W. Wilson Rd., Harlingen, TX |

| Dallas County | |
|---|---|
| **Location** | **Address** |
| Oak Cliff Sub-Courthouse (10 a.m. – 7 p.m.) | 410 S. Beckley Avenue, Dallas, TX 75203 |
| Cedar Hill Town Center (8 a.m. – 5 p.m.) | 285 Uptown Blvd., Cedar Hill, TX 75104 |
| Park In the Woods Recreation Center (8 a.m. – 5 p.m.) | 6801 Mountain Creek Pkwy., Cedar Hill, TX 75104 |
| Bethany Lutheran Church (8 a.m. – 5 p.m.) | 10101 Walnut Hill Lane, Dallas, TX 75238 |

**Grimes (all locations 9 a.m. to 3 p.m.)**

| Location | Address |
|---|---|
| Progressive Center | 615 W. Virginia St., Navasota, Texas 77868 |
| Bedias Civic Center | 3652 Main Street, Bedias, Texas 77831 |

**Harris County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Northeast Multi-Service Center | 9720 Spaulding St., Bldg #4, Houston, Texas 77016 |
| Harris County Courthouse – Annex #25 – County Clerk Office | 7330 Spencer Highway, Pasadena, Texas 77505 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

**Webb County**

| Location | Address |
|---|---|
| E. Salinas Community Center (9 a.m. – 4 p.m.) | 917 N. Main, Mirando City, Texas |
| Providence Health Center (11 a.m. – 7 p.m.) | 230 Calle Del Norte, Laredo, Texas |
| Doctors Hospital (9 a.m. – 4 p.m.) | 10700 Mcpherson Rd., Laredo, Texas |
| F & A Bruni Community Center (9 a.m. – 4 p.m.) | 452 W. Rancho Peñitas Rd., Laredo, Texas |

Back to top

**Wednesday, October 9**

**Cameron County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Hon. Bennie Ochoa County Annex Building | 505 Highway 100, Port Isabel, TX |
| Hon. Luis Romero County Annex Building | 745 W. Ocean Blvd., Los Fresnos, TX |

**Dallas County**

| Location | Address |
|---|---|
| North Dallas Government Center (10 a.m. – 7 p.m.) | 10056 Marsh Lane, Dallas, TX 75241 |
| St. Luke Community Life Center (8 a.m. – 5 p.m.) | 6211 E. Grand Avenue, Dallas, TX 75223 |
| Irving City Hall (8 a.m. – 5 p.m.) | 825 W. Irving Blvd., Irving, TX 75060 |
| DeSoto Town Center Library (10 a.m. – 7 p.m.) | 211 E. Pleasant Run Road, DeSoto, TX 75115 |

**El Paso (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
| --- | --- |
| El Paso County Courthouse (1st floor) | 500 E. San Antonio, El Paso, Texas 79901 |
| Multipurpose Recreation Center | 9031 Viscount Blvd., El Paso, Texas 79925 |
| San Juan Recreation Center | 701 N. Glenwood St., El Paso, Texas 79905 |
| Don Haskins Recreation Center | 7400 High Ridge, El Paso, Texas 79912 |

**Grimes (all locations 9 a.m. to 3 p.m.)**

| Location | Address |
| --- | --- |
| Navasota Center | 101 Stadium Drive, Navasota, Texas 77868 |
| Richards Volunteer Fire Department | 1136 FM 149 East, Richards, Texas 77873 |

**Harris County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
| --- | --- |
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Northeast Multi-Service Center | 9720 Spaulding St., Bldg #4, Houston, Texas 77016 |
| Harris County Courthouse – Annex #25 – County Clerk Office | 7330 Spencer Highway, Pasadena, Texas 77505 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

**Webb County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
| --- | --- |
| Rio Bravo Community Center | 1600 Orquidia Ln., Rio Bravo, Texas |
| Bruni Community Center | 303 12th Street, Bruni, Texas |
| Santa Teresita Community Center | 15014 Hwy. 59 – 18 Mi OCL, Laredo, Texas |
| F. A. Salinas Community Center | 2600 Maryland, Laredo, Texas |

**Tuesday, October 8**

**Cameron County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
| --- | --- |
| Brownsville Public Library – Southmost Branch | 4320 Southmost Blvd., Brownsville, TX |
| Brownsville Public Library – Main Branch | 2600 Central Blvd., Brownsville ,TX |

| Dallas County | |
|---|---|
| **Location** | **Address** |
| Tommie Allen Recreation Center (10 a.m. – 7 p.m.) | 7071 Bonnie View Road, Dallas, TX 75241 |
| Records Building (8 a.m. – 5 p.m.) | 509 Main Street, Dallas, TX 75202 |
| Grand Prairie Government Center (8 a.m. – 5 p.m.) | 106 W. Church Street, Grand Prairie, TX 75050 |
| City of Lancaster Library (8 a.m. – 5 p.m.) | 1600 Veterans Memorial Pkwy., Lancaster, TX 75134 |

| El Paso (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| El Paso County Courthouse (1st floor) | 500 E. San Antonio, El Paso, Texas 79901 |
| Rae Gilmore Recreation Center | 8501 Diana Dr., El Paso, Texas 79904 |
| Pat O'Rourke Recreation Center | 901 Virginia St., El Paso, Texas 79902 |
| Marty Robbins Recreation Center | 11620 Vista Del Sol, El Paso, Texas 79936 |

| Harris County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Northeast Multi-Service Center | 9720 Spaulding St., Bldg #4, Houston, Texas 77016 |
| Harris County Courthouse – Annex #25 – County Clerk Office | 7330 Spencer Highway, Pasadena, Texas 77505 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

| Travis County (all locations 8 a.m. to 5 p.m.) | |
|---|---|
| **Location** | **Address** |
| Austin Area Urban League | 8011-A Cameron Road, Suite 100, Austin, TX 78754 |
| ACC Eastview Campus | 3401 Webberville Rd, Austin, Texas 78702 |
| ACC Riverside Campus | 1020 Grove Blvd, Austin, Texas 78741 |
| Fiesta Central | 3909 N IH-35, Austin, Texas 78722 |

| Waller County (all locations 9 a.m. to 3:30 p.m.) | |
|---|---|
| **Location** | **Address** |
| County Commissioner – Pct. 3 – Wm. Temple Memorial Student Center – Prairie View A & M Campus | 100 University Drive, Hempstead, Texas  77445 |
| County Commissioner – Pct. 2 – JP-2 Fieldstore County Building | 29388 Fieldstore Road, Waller, Texas  77484 |

**Monday, October 7**

| Cameron County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| Brownsville Public Library – Southmost Branch | 4320 Southmost Blvd., Brownsville, TX |
| Brownsville Public Library – Main Branch | 2600 Central Blvd., Brownsville ,TX |

| Dallas County | |
|---|---|
| **Location** | **Address** |
| Friendship West Baptist Church (10 a.m. – 7 p.m.) | 2020 W. Wheatland Road, Dallas, TX 75232 |
| Richardson Civic Center (10 a.m. – 7 p.m.) | 411 W. Arapaho Road, Richardson, TX 75080 |
| Duncanville Library (10 a.m. – 7 p.m.) | 201 James Collins, Duncanville, TX 75116 |
| Martin Weiss Recreation Center (8 a.m. – 5 p.m.) | 1111 Martindell Ave., Dallas, Texas 75211 |

| El Paso (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| El Paso County Courthouse (1st floor) | 500 E. San Antonio, El Paso, Texas 79901 |
| Pavo Real Recreation Center | 9301 Alameda Ave., El Paso, Texas 79907 |
| Nolan Richardson Recreation Center | 4435 Maxwell St., El Paso, Texas 79904 |
| Seville Recreation Center | 6700 Sambrano, El Paso, Texas 79905 |

| Harris County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Northeast Multi-Service Center | 9720 Spaulding St., Bldg #4, Houston, Texas 77016 |
| Harris County Courthouse – Annex #25  – County Clerk Office | 7330 Spencer Highway, Pasadena, Texas 77505 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

| Travis County (all locations 8 a.m. to 5 p.m.) | |
|---|---|
| **Location** | **Address** |
| UT Flawn Academic Center | 2400 Inner Campus Drive on the West Mall, Austin, Texas 78705 |
| Fiesta Stassney | 5510 South IH-35, Austin, Texas 78745 |
| Gardner Betts Juvenile Center Annex – Lobby | 2501 S. Congress Ave. (at Long Bow), Austin, TX 78704 |
| North Austin Branch YMCA | 1000 W. Rundberg Ln., Austin, TX 78753 |

| Waller County (all locations 9 a.m. to 3:30 p.m.) | |
|---|---|
| **Location** | **Address** |
| County Commissioner – Pct. 1 – Waller County Courthouse | 836 Austin Street, Assembly Room, Hempstead, Texas 77445 |
| County Commissioner – Pct. 4 – Brookshire Convention Center | 4027 5th Street, Brookshire, Texas  77423 |

[Back to top](#)

**Friday, October 4**

| Bexar County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| Somerset High School | 7650 South 1604 West, Somerset, TX 78069 |
| Via Metro Center | 1021 San Pedro Avenue, San Antonio, TX 78212 |
| John Igo Library | 13330 Kyle Seale Parkway, San Antonio, TX 78249 |
| Kirby City Hall | 112 Bauman, Kirby, TX 78219 |

| Dallas County | |
|---|---|
| **Location** | **Address** |
| Garland Government Center (10 a.m. – 7 p.m.) | 1791 W. Avenue D, Garland, TX 75042 |
| Josey Ranch Library (8 a.m. – 5 p.m.) | 1700 Keller Springs, Carrollton, TX 75006 |
| Cimmaron Recreation Center (10 a.m. – 7 p.m.) | 201 Red River Trail, Irving, TX 75063 |
| Grauwyler Park Recreation Center (8 a.m. – 5 p.m.) | 7780 Harry Hines Blvd., Dallas, TX 75235 |

**El Paso (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
| --- | --- |
| Memorial Park Senior Center | 1800 Byron St., El Paso, Texas 79930 |
| Canutillo Nutrition Center | 7361 Bosque Rd., El Paso, Texas 79835 |
| San Juan Senior Center | 5701 Tamburo Court, El Paso, Texas 79905 |
| Gary Del Palacio Recreation Center | 3001 Parkwood St., El Paso, Texas 79925 |

**Harris County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
| --- | --- |
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Northeast Multi-Service Center | 9720 Spaulding St., Bldg #4, Houston, Texas 77016 |
| Harris County Courthouse – Annex #25 – County Clerk Office | 7330 Spencer Highway, Pasadena, Texas 77505 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

**Travis County (all locations 8 a.m. to 5 p.m.)**

| Location | Address |
| --- | --- |
| Austin Area Urban League | 8011-A Cameron Road, Suite 100, Austin, TX 78754 |
| ACC Eastview Campus | 3401 Webberville Rd, Austin, Texas 78702 |
| ACC Riverside Campus | 1020 Grove Blvd, Austin, Texas 78741 |
| Fiesta Central | 3909 N IH-35, Austin, Texas 78722 |

**Thursday, October 3**

**Bexar County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
| --- | --- |
| Somerset High School | 7650 South 1604 West, Somerset, TX 78069 |
| Via Metro Center | 1021 San Pedro Avenue, San Antonio, TX 78212 |
| John Igo Library | 13330 Kyle Seale Parkway, San Antonio, TX 78249 |
| Kirby City Hall | 112 Bauman, Kirby, TX 78219 |

| Dallas County | |
|---|---|
| **Location** | **Address** |
| Lakeside Activity Center (8 a.m. – 5 p.m.) | 101 Holley Park Drive, Mesquite, TX 75159 |
| Prairie Creek Library (10 a.m. – 7 p.m.) | 9609 Lake June Road, Dallas, TX 75217 |
| Lochwood Library (8 a.m. – 5 p.m.) | 11211 Lochwood Boulevard, Dallas, TX 75218 |
| Martin L. King Jr. Center (10 a.m. – 7 p.m.) | 2922 MLK Blvd., Dallas, TX 75215 |

| El Paso (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| El Paso County Courthouse (1st floor) | 500 E. San Antonio, El Paso, Texas 79901 |
| Wellington Chew Senior Center | 4430 Maxwell St., El Paso, Texas 79904 |
| Socorro City Council Chambers | 860 N. Rio Vista Rd., El Paso, Texas 79927 |
| Grandview Park Senior Center | 3134 Jefferson Ave., El Paso, Texas 79930 |

| Harris County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Northeast Multi-Service Center | 9720 Spaulding St., Bldg #4, Houston, Texas 77016 |
| Harris County Courthouse – Annex #25 – County Clerk Office | 7330 Spencer Highway, Pasadena, Texas 77505 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

| Travis County (all locations 8 a.m. to 5 p.m.) | |
|---|---|
| **Location** | **Address** |
| UT Flawn Academic Center | 2400 Inner Campus Drive on the West Mall, Austin, Texas 78705 |
| Fiesta Stassney | 5510 South IH-35, Austin, Texas 78745 |
| Gardner Betts Juvenile Center Annex – Lobby | 2501 S. Congress Ave. (at Long Bow), Austin, TX 78704 |
| North Austin Branch YMCA | 1000 W. Rundberg Ln., Austin, TX 78753 |

**Wednesday, October 2**

| Bexar County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| Precinct 1 Satellite Office | 3505 Pleasaton Rd, San Antonio, TX 78221 |
| Memorial Library | 3222 Culebra Rd, San Antonio, TX 78228 |
| Brookhollow Library | 530 Heimer, San Antonio, TX 78232 |
| Claude Black Center | 2805 E. Commerce, San Antonio, TX 78202 |

| El Paso (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| El Paso County Courthouse (1st floor) | 500 E. San Antonio, El Paso, Texas 79901 |
| Polly Harris Senior Center | 650 Wallenberg St., El Paso, Texas 79912 |
| Horizon City Council Chambers | 14999 Darrington Rd., Horizon City, Texas 79928 |
| Carolina Recreation Center | 563 N. Carolina St., El Paso, Texas 79915 |

| Harris County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| **Location** | **Address** |
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Northeast Multi-Service Center | 9720 Spaulding St., Bldg #4, Houston, Texas 77016 |
| Harris County Courthouse – Annex #25 – County Clerk Office | 7330 Spencer Highway, Pasadena, Texas 77505 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

| Hays County (all locations 9 a.m. to 3 p.m.) | |
|---|---|
| **Location** | **Address** |
| Hays County Government Center | Conference Room 1003, 712 S. Stagecoach Trail, San Marcos, TX 78666 |
| San Marcos Activity Center | Room 3, 501 E. Hopkins St., San Marcos, TX 78666 |
| Southside Community Center | 518 S. Guadalupe St., San Marcos, TX 78666 |

**Tuesday, October 1**

(first day with stations across the state)

**Bexar County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
| --- | --- |
| Precinct 1 Satellite Office | 3505 Pleasaton Rd, San Antonio, TX 78221 |
| Memorial Library | 3222 Culebra Rd, San Antonio, TX 78228 |
| Brookhollow Library | 530 Heimer, San Antonio, TX 78232 |
| Claude Black Center | 2805 E. Commerce, San Antonio, TX 78202 |

**El Paso County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
| --- | --- |
| El Paso County Courthouse (1st floor) | 500 E. San Antonio, El Paso, Texas 79901 |
| Hilos De Plata Senior Center | 4451 Delta St. El Paso, Texas 79905 |
| Eastside Senior Center | 3200 Fierro St., El Paso, Texas 79935 |
| Father Martinez Senior Center | 9311 Alameda Ave., El Paso, Texas 79905 |

**Harris County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
| --- | --- |
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Northeast Multi-Service Center | 9720 Spaulding St., Bldg #4, Houston, Texas 77016 |
| Harris County Courthouse – Annex #25 – County Clerk Office | 7330 Spencer Highway, Pasadena, Texas 77505 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

**Hays County (all locations 9 a.m. to 3 p.m.)**

| Location | Address |
| --- | --- |
| Hays County Government Center | Conference Room 1003, 712 S. Stagecoach Trail, San Marcos, TX 78666 |
| San Marcos Activity Center | Room 3, 501 E. Hopkins St., San Marcos, TX 78666 |
| Southside Community Center | 518 S. Guadalupe St., San Marcos, TX 78666 |

| Tarrant County (all locations 8 a.m. to 5 p.m.) | |
|---|---|
| **Location** | **Address** |
| JPS Health Center – Viola M. Pitts Como | 4701 Bryant Irvin Road N., Fort Worth TX  76107 |
| Diamond Hill/Jarvis Branch Library | 1300 NE 35th Street, Fort Worth TX  76106 |
| Griffin Sub-Courthouse | 3212 Miller Avenue, Fort Worth TX  76119 |
| Tarrant County Sub-Courthouse in Arlington | 700 E. Abram Street, Arlington TX  76010 |

**Monday, September 30**

| Tarrant County (all locations 8 a.m. to 5 p.m.) | |
|---|---|
| **Location** | **Address** |
| Tarrant County Public Health Department | 1101 S. Main Street, Fort Worth TX 76104 |
| Tarrant County Southwest Sub-Courthouse | 6551 Granbury Road, Fort Worth TX  76133 |
| City of Arlington South Service Center | 1100 SW Green Oaks Blvd., Arlington TX  76017 |
| Gertrude Tarpley – JPS Health Center at Watauga | 6601 Watauga Road, Watauga TX  76148 |

Back to top

Switch to our mobile site