**Gholar, Elizabeth - Video**

### Gholar, Elizabeth on 7/16/2014 (9:1-9:6)
  1    Q   Where were you born.
  2    A   In Jennings, Louisiana.
  3    Q   And what is your birthdate?
  4    A   March 20, 1938.
  5    Q   And what is your current address?
  6    A   7609 Crossmeadow -- one word -- Austin, Texas.

### Gholar, Elizabeth on 7/16/2014 (9:13-9:16)
13    Q   When did you move to Texas?
14    A   Officially July 1st of last year.
15    Q   July 1st of 2013?
16    A   Yes.

### Gholar, Elizabeth on 7/16/2014 (10:23-11:9)
23    Q   Okay.  Have you ever filled out a census
24  survey?
25    A   I think sometime ago.  I'm not sure.  I'm
.
Page 11
.
1  pretty sure -- not sure.
2    Q   If you had, would you remember what ethnicity
3  you reported yourself as?
4    A   Oh, yes, sir.  I had.
5    Q   And what would that have been?
6    A   Black American.
7    Q   If it would have been listed as African
8  American, would you have checked that box?
9    A   Yes.

### Gholar, Elizabeth on 7/16/2014 (53:8-53:22)
  8    Q   (BY MR. WHITLEY)  Ms. Gholar, do you support
  9  the idea that only registered voters should be allowed
10  to vote?
11    A   I think, yes.
12    Q   Do you support the idea that Texas should make
13  sure that people who attempt to vote are registered
14  voters?
15    A   Yes.
16    Q   Do you support the idea that Texas should make
17  sure that when people show up to vote at the polls they
18  are who they say they are?
19    A   Yes.
20    Q   And why is that?
21    A   Because there would be false voting if you
22  didn't.

### Gholar, Elizabeth on 7/16/2014 (29:13-29:15)
13    Q   Are you aware that as somebody over 65 years of
14  age that you're able to vote by mail?
15    A   Yes.

### Gholar, Elizabeth on 7/16/2014 (30:1-30:6)
1        So voting by mail is run through the
2  Secretary of State's Office, and I just want it to be
3  clear for the record that you have not attempted to vote


EXHIBIT
DEF 2763

**Gholar, Elizabeth - Video**

   4  by mail since you moved to Texas and registered to vote.
   5  Is that correct?
   6    A   Correct.

## Gholar, Elizabeth on 7/16/2014 (37:11-37:17)

  11    Q   And we mentioned your marriage license earlier.
  12  Do you currently possess a copy of your marriage
  13  license?
  14    A   Yes.
  15    Q   Do you currently possess a social security
  16  card?
  17    A   Yes.

## Gholar, Elizabeth on 7/16/2014 (37:20-37:24)

  20    Q   Do you currently possess or have you ever
  21  possessed an unexpired photo driver's license or a photo
  22  identification issued by another state?
  23    A   I have a good license now in the state of
  24  Louisiana.

## Gholar, Elizabeth on 7/16/2014 (41:4-41:8)

   4    Q   Do you currently possess or have you ever
   5  possessed a Medicare or Medicaid card?
   6    A   Yes.
   7    Q   Do you currently possess it?
   8    A   Yes.

## Gholar, Elizabeth on 7/16/2014 (13:1-13:6)

   1    Q   Do you currently possess a form of photographic
   2  identification?
   3    A   Yes.
   4    Q   And what is that?
   5    A   A Louisiana driver's license that expires in
   6  2015, March 30 -- 20th, 2015.

## Gholar, Elizabeth on 7/16/2014 (17:7-17:9)

   7    Q   Do you possess a copy of your birth
   8  certificate?
   9    A   Yes.

## Gholar, Elizabeth on 7/16/2014 (17:17-17:21)

  17    Q   Okay.  What state issued that birth
  18  certificate?
  19    A   Louisiana.
  20    Q   Is it a certified copy?
  21    A   Yes, it is.

## Gholar, Elizabeth on 7/16/2014 (26:18-26:23)

  18    Q   Sure.  And so it's your understanding that once
  19  you get that birth certificate wrong name problem
  20  changed, you can go to DPS, get a driver's license and
  21  then start driving again --
  22    A   Yes.
  23    Q   -- like you want to?