**Bingham, Ramona**

### Bingham, Ramona on 7/29/2014 (63:15-63:23)

15   Q.  Were you able to vote -- I think -- did you
16 vote in November of 2013?
17   A.  The best that I can remember, I more than
18 likely did.
19   Q.  Did you have to show an ID then to vote?
20   A.  I don't remember if I showed ID, but I know I
21 had my driver's license that's expired.  So I think I
22 may -- might have had that or my voter's registration
23 card.  It's hard for me to say --

### Bingham, Ramona on 7/29/2014 (36:18-37:6)

18     While you were at the -- at the DPS office,
19 what did you say, if anything at all, about your
20 interest in having an ID for voting?
21   A.  I said that I needed to get an ID, so that --
22 because I needed it for voting, I think.  But I knew I
23 needed an ID, so I told them I needed an ID.
24   Q.  Did you mention voting at all?
25   A.  I could have, but I can't say 100 percent that

Page 37

1 I did.  But I know that's why I went, but whether or
2 not I asked them or said anything, I just said, "I need
3 my ID."  And I could have said my ID to vote or an ID
4 for voting.  And so it's hard to say if -- what I said
5 to them, but I know I was -- why I was there.  I was
6 there to get an ID so that I could vote.

### Bingham, Ramona on 7/29/2014 (37:9-37:13)

9     Did you get a Texas ID that day?
10   A.  I did.
11   Q.  Okay.  Do you recall if you paid anything for
12 it?
13   A.  Probably around $18 or $16.

### Bingham, Ramona on 7/29/2014 (38:2-38:21)

2   Q.  And after you got this ID, did you then have
3 an opportunity to present the ID so that your vote
4 could count?
5   A.  No.  Unfortunately, for some reason between
6 that time that I got it and the time that I had to go
7 and take care of the provisional, I think I just
8 dropped the ball because my pain, and I was stressed
9 out.  And sometimes I have to keep my grandchildren.
10 And so I get stressed out.  And if I get stressed out,
11 then I forget things.  And unfortunately, all the
12 trouble I went through, and then I just got stressed
13 out and didn't follow through on it.
14   Q.  So in the end, is it your understanding that
15 your vote didn't -- didn't count for that election?
16   A.  Well, I was -- you know, I didn't think it
17 would count if I didn't go through with it.  But I had
18 just -- actually, I had forgotten about it.  So I was
19 pretty sad, you know, I didn't -- that it wouldn't
20 count.  But I just kind of dropped -- dropped the ball,



EXHIBIT
DEF 2764

**Bingham, Ramona**

21  so...

21  so...