**Barber, Ruby**

## Barber, Ruby on 8/15/2014 (14:3-14:6)

  3    Q.  Okay.  And do you understand that since
  4  you're over the age of 65, that you can vote by mail
  5  here in Texas?
  6    A.  Yes, ma'am.

## Barber, Ruby on 8/15/2014 (10:16-11:2)

 16    Q.  Okay.  And would you say that -- well,
 17  what's the name of the young lady who helps you?
 18    A.  Melissa Green.
 19    Q.  Melissa Green.  Okay.  Would you say that
 20  Ms. Green and your son, Mr. Denton, are your primary
 21  forms of transportation when you need to get out and
 22  about?
 23    A.  Yes.
 24    Q.  Okay.  And when you need to go somewhere
 25  outside of your home, are you usually able to get a
.
Page 11
.
  1  ride from one of them?
  2    A.  Yes.

## Barber, Ruby on 8/15/2014 (8:7-8:9)

  7    Q.  Okay.  And your son is Mr. Jim Denton.  Is
  8  that correct?
  9    A.  Yes, ma'am.

## Barber, Ruby on 8/15/2014 (23:25-24:6)

 25    Q.  Okay.  And so did you know, before you went
.
Page 24
.
  1  to the DPS office, that you needed a picture ID in
  2  order to vote?
  3    A.  Yes.
  4    Q.  Okay.  Do you know how you knew that?
  5    A.  Well, I heard it on the radio -- on the
  6  television.

## Barber, Ruby on 8/15/2014 (36:6-36:21)

  6    Q.  Okay.  And it's my understanding that you
  7  did ultimately obtain an Election Identification
  8  Certificate.  Is that correct?
  9    A.  Yes.
 10    Q.  Okay.  And how -- can you please tell me
 11  about that visit to the DPS office, when you actually
 12  obtained it?
 13    A.  Well, they just called me and told me to
 14  come out there, they would give me a picture ID.  So
 15  I went out there; my son carried me.
 16        And I walked in and they said -- asked
 17  if I was Ruby Denton -- was I Ruby Barber, and I said
 18  yes.  They said, Well, come this way.  And they took
 19  me around there and made my picture.  And they gave
 20  me a paper with my picture on it but they mailed me a
 21  picture ID.



EXHIBIT
DEF 2767

**Barber, Ruby**

## Barber, Ruby on 8/15/2014 (37:25-38:20)

  25        And it sounds like, from what you just
.
Page 38
.
1  said, that they were perhaps waiting for you when you
2  arrived --
3     A.  Yes.
4     Q.  -- that they knew to look for you?  Okay.
5         And did you interact with just one
6  individual when you went back to get your EIC at the
7  DPS office?
8     A.  One man met me.
9     Q.  And do you remember his name?
10    A.  I never knew his name.
11    Q.  And about how long were you and your son
12  there at the DPS office obtaining that EIC?
13    A.  About ten or fifteen minutes.
14    Q.  Okay.  And would you say that the DPS
15  employees were helpful to you?
16    A.  Very nice.
17    Q.  Okay.  And did you appreciate that they
18  were able to get you an EIC so that you could vote in
19  person in Texas?
20    A.  Yes.

## Barber, Ruby on 8/15/2014 (41:11-41:18)

11    Q.  Do you agree that the Texas DPS did
12  everything in its power in order to issue you an
13  Election Identification Certificate?
14    A.  Yes.
15    Q.  And would you agree that they were able to
16  issue you an Election Identification Certificate in a
17  timely manner?
18    A.  Yes.