## Schedule of Available Dallas County Locations for an Election Identification Certificate

| THURSDAY OCTOBER 3RD | FRIDAY OCTOBER 4TH | MONDAY OCTOBER 7TH | TUESDAY OCTOBER 8TH | WEDNESDAY OCTOBER 9TH | THURSDAY OCTOBER 10TH | FRIDAY OCTOBER 11TH | SATURDAY ONLY |
|---|---|---|---|---|---|---|---|
| **Lakeside Activity Center** 101 Holley Park Drive Mesquite, TX 75159 8:00 a.m. – 5:00 p.m. | **Garland Government Center** 1791 W. Avenue D Garland, TX 75042 10:00 a.m. – 7:00 p.m. | **Friendship West Baptist Church** 2020 W. Wheatland Road Dallas, TX 75232 10:00 a.m. – 7:00 p.m. | **Tommie Allen Recreation Center** 7071 Bonnie View Road Dallas, TX 75241 10:00 a.m. – 7:00 p.m. | **North Dallas Government Center** 10056 Marsh Lane Dallas, TX 75241 10:00 a.m. – 7:00 p.m. | **Oak Cliff Sub-Courthouse** 410 S. Beckley Avenue Dallas, TX 75203 10:00 a.m. – 7:00 p.m. | **El Centro-Dallas West Campus** 3333 N. Hampton Road Dallas, TX 75212 8:00 a.m. – 5:00 p.m. | OCTOBER 5TH OCTOBER 12TH NOVEMBER 2ND **10:00 a.m. – 2:00 p.m.** **DALLAS COUNTY DPS LOCATIONS** |
| **Prairie Creek Library** 9609 Lake June Road Dallas, TX 75217 10:00 a.m. – 7:00 p.m. | **Josey Ranch Library** 1700 Keller Springs Carrollton, TX 75006 8:00 a.m. – 5:00 p.m. | **Richardson Civic Center** 411 W. Arapaho Road Richardson, TX 75080 10:00 a.m. – 7:00 p.m. | **Records Building** 509 Main Street Dallas, TX 75202 8:00 a.m. – 5:00 p.m. | **St. Luke Community Life Center** 6211 E. Grand Avenue Dallas, TX 75223 8:00 a.m. – 5:00 p.m. | **Cedar Hill Town Center** 285 Uptown Boulevard Cedar Hill, TX 75104 8:00 a.m. – 5:00 p.m. | **Valley Ranch Library** 401 Cimarron Trail Irving, TX 75063 8:00 a.m. – 5:00 p.m. | **Carrollton Office** 2625 Old Denton Road, Suite 464 Carrollton, Texas 75007 972.245.5800 **Cedar Hill Office** 116 W. Beltline, Suite 2 Cedar Hill, Texas 75104 469.272.9301 |
| **Lochwood Library** 11211 Lochwood Boulevard Dallas, TX 75218 8:00 a.m. – 5:00 p.m. | **Cimmaron Recreation Center** 201 Red River Trail Irving, TX 75063 10:00 a.m. – 7:00 p.m. | **Duncanville Library** 201 James Collins Duncanville, TX 75116 10:00 a.m. – 7:00 p.m. | **Grand Prairie Government Center** 106 W. Church Street Grand Prairie, TX 75050 8:00 a.m. – 5:00 p.m. | **Irving City Hall** 825 W. Irving Boulevard Irving, TX 75060 8:00 a.m. – 5:00 p.m. | **Park In the Woods Recreation Center** 6801 Mountain Creek Parkway Cedar Hill, TX 75104 8:00 a.m. – 5:00 p.m. | **Fretz Park Library** 6990 Belt Line Road Dallas, TX 75254 10:00 a.m. – 7:00 p.m. | **Dallas East Office** 11411 E. Northwest Highway, Suite 111 Dallas, Texas 75218 214.553.0033 **Dallas-Garland Mega Center** 4445-A Saturn Road Garland, Texas 75041 214.861.3700 |
| **Martin L. King Jr. Center** 2922 Martin Luther King Jr. Boulevard Dallas, TX 75215 10:00 a.m. – 7:00 p.m. | **Grauwyler Park Recreation Center** 7780 Harry Hines Boulevard Dallas, TX 75235 8:00 a.m. – 5:00 p.m. | **Martin Weiss Recreation Center** 1111 Martindell Avenue Dallas, TX 75211 8:00 a.m. – 5:00 p.m. | **City of Lancaster Library** 1600 Veterans Memorial Parkway Lancaster, TX 75134 8:00 a.m. – 5:00 p.m. | **DeSoto Town Center Library** 211 E. Pleasant Run Road DeSoto, TX 75115 10:00 a.m. – 7:00 p.m. | **Bethany Lutheran Church** 10101 Walnut Hill Lane Dallas, TX 75238 8:00 a.m. – 5:00 p.m. | **Paul Laurence Dunbar Lancaster-Kiest Library** 2008 E. Kiest Boulevard Dallas, TX 75216 10:00 a.m. – 7:00 p.m. | **Dallas Southwest Office** 5610 Red Bird Center Drive, Suite 500 Dallas, Texas 75237 214.330.3958 **Garland Office** 350 W. I-30 Garland, Texas 75043 214.861.2125 **Grand Prairie Office** 550 S. Carrier Parkway, Suite 570 Grand Prairie, Texas 75051 972.264.6598 **Irving Office** 1003 W. 6th Street Irving, Texas 75060 972.253.4171 |

2:13-cv-193
09/02/2014
**DEF1092**

TEX00462509