# Ried, Lisa

| | |
|---|---|
| **From:** | Scott, John |
| **Sent:** | Friday, November 07, 2014 10:39 AM |
| **To:** | Ried, Lisa; Whitley, David; Clay, Reed |
| **Subject:** | FW: Veasey |

**From:** Brandy_Cortez@txs.uscourts.gov
**Sent:** Friday, November 07, 2014 10:38:41 AM (UTC-06:00) Central Time (US & Canada)
**To:** chad@brazilanddunn.com; anna.baldwin@usdoj.gov; elizabeth.westfall@usdoj.gov; daniel.freeman@usdoj.gov; erosenberg@lawyerscommittee.org; mvandalen@trla.org; Scott, John; Aston, Adam; danielle.conley@wilmerhale.com; rhaygood@naacpldf.org; rrios@rolandorioslaw.com
**Subject:** Veasey

Good Morning Counsel,

The clerk's office is preparing the record for the 5th Circuit. The exhibits submitted on thumb drives must be filed electronically through CM/ECF for inclusion in the record on appeal. Could parties file all admitted exhibits through CM/ECF? The confidential admitted exhibits can be uploaded as a sealed entry so they are not made public. Please advise. Thanks.

Thank you,

Brandy Cortez
Case Manager for
Judge Nelva Gonzales Ramos
U.S. District Judge
Corpus Christi Division-Southern District of Texas
361-693-6457