Exhibit 2

# Ried, Lisa

| | |
|---|---|
| **From:** | Wolf, Lindsey |
| **Sent:** | Friday, November 21, 2014 10:15 AM |
| **To:** | Ried, Lisa |
| **Subject:** | FW: Veasey |

---

**From:** Wolf, Lindsey
**Sent:** Wednesday, November 12, 2014 9:59 AM
**To:** 'Brandy_Cortez@txs.uscourts.gov'
**Cc:** Aston, Adam; Baldwin, Anna (CRT); 'chad@brazilanddunn.com'; Freeman, Daniel (CRT); 'danielle.conley@wilmerhale.com'; Whitley, David; 'erosenberg@lawyerscommittee.org'; Roscetti, Jennifer; Scott, John; Bell-Platts, Meredith (CRT); 'mvandalen@trla.org'; Clay, Reed; 'rhaygood@naacpldf.org'; Dellheim, Richard (CRT); 'rrios@rolandorioslaw.com'; 'Tania.Faransso@wilmerhale.com'; Westfall, Elizabeth (CRT)
**Subject:** RE: Veasey

Ms. Cortez:

Defendants are unable to convert a group of their exhibits into PDF format (because they are large Microsoft Excel or video files, for example), and, accordingly, are unable to file those particular exhibits via CM/ECF. Is there a mechanism through which the Court would prefer to receive these particular exhibits, to ensure they become part of the record, perhaps via Secure Share or an additional flash drive?

Respectfully,



**Lindsey E. Wolf | Assistant Attorney General | Financial Litigation, Tax, and Charitable Trusts Division |** 300 West 15th Street, 6th Floor, Austin, Texas 78701 | Mail: P O Box 12548 | Austin, TX 78711-2548 | (512) 475-4233 | Fax: (512) 370-9126 | e-mail: Lindsey.Wolf@texasattorneygeneral.gov

---

**From:** Brandy_Cortez@txs.uscourts.gov [mailto:Brandy_Cortez@txs.uscourts.gov]
**Sent:** Wednesday, November 12, 2014 9:29 AM
**To:** Westfall, Elizabeth (CRT)
**Cc:** Aston, Adam; Baldwin, Anna (CRT); 'chad@brazilanddunn.com'; Freeman, Daniel (CRT); 'danielle.conley@wilmerhale.com'; Whitley, David; 'erosenberg@lawyerscommittee.org'; Roscetti, Jennifer; Scott, John; Wolf, Lindsey; Bell-Platts, Meredith (CRT); 'mvandalen@trla.org'; Clay, Reed; 'rhaygood@naacpldf.org'; Dellheim, Richard (CRT); 'rrios@rolandorioslaw.com'; 'Tania.Faransso@wilmerhale.com'
**Subject:** Re: Veasey

This is acceptable to the Court.

Thank you,

Brandy Cortez
Case Manager for
Judge Nelva Gonzales Ramos
U.S. District Judge
Corpus Christi Division-Southern District of Texas
361-693-6457

---

**From:** "Westfall, Elizabeth (CRT)" <Elizabeth.Westfall@usdoj.gov>
**To:** "'Brandy_Cortez@txs.uscourts.gov'" <Brandy_Cortez@txs.uscourts.gov>, "'Lindsey.Wolf@texasattorneygeneral.gov'" <Lindsey.Wolf@texasattorneygeneral.gov>
**Cc:** "'adam.aston@texasattorneygeneral.gov'" <adam.aston@texasattorneygeneral.gov>, "Baldwin, Anna (CRT)" <Anna.Baldwin@usdoj.gov>, "'chad@brazilanddunn.com'" <chad@brazilanddunn.com>, "Freeman, Daniel (CRT)" <Daniel.Freeman@usdoj.gov>, "'danielle.conley@wilmerhale.com'" <danielle.conley@wilmerhale.com>, "'david.whitley@texasattorneygeneral.gov'" <david.whitley@texasattorneygeneral.gov>, "'erosenberg@lawyerscommittee.org'" <erosenberg@lawyerscommittee.org>, "'jennifer.roscetti@texasattorneygeneral.gov'" <jennifer.roscetti@texasattorneygeneral.gov>, "'john.scott@texasattorneygeneral.gov'" <john.scott@texasattorneygeneral.gov>, "'mvandalen@trla.org'" <mvandalen@trla.org>, "'Reed.Clay@texasattorneygeneral.gov'" <Reed.Clay@texasattorneygeneral.gov>, "'rhaygood@naacpldf.org'" <rhaygood@naacpldf.org>, "'rrios@rolandorioslaw.com'" <rrios@rolandorioslaw.com>, "Dellheim, Richard (CRT)" <Richard.Dellheim@usdoj.gov>, "Bell-Platts, Meredith (CRT)" <Meredith.Bell-Platts@usdoj.gov>, "'Tania.Faransso@wilmerhale.com'" <Tania.Faransso@wilmerhale.com>
**Date:** 11/12/2014 08:40 AM
**Subject:** Re: Veasey

Dear Ms. Cortez:

The parties have conferred about the filing of deposition designations. The parties wish to file their respective designations and counterdesignations to ensure that the record on appeal is complete. Please let us know if this is acceptable to the Court.

Sincerely,

Elizabeth Westfall

**From**: Brandy_Cortez@txs.uscourts.gov [mailto:Brandy_Cortez@txs.uscourts.gov]
**Sent**: Friday, November 07, 2014 02:23 PM Eastern Standard Time
**To**: Wolf, Lindsey <Lindsey.Wolf@texasattorneygeneral.gov>
**Cc**: Aston, Adam <adam.aston@texasattorneygeneral.gov>; Baldwin, Anna (CRT); chad@brazilanddunn.com <chad@brazilanddunn.com>; Freeman, Daniel (CRT); danielle.conley@wilmerhale.com <danielle.conley@wilmerhale.com>; Whitley, David <david.whitley@texasattorneygeneral.gov>; Westfall, Elizabeth (CRT); erosenberg@lawyerscommittee.org <erosenberg@lawyerscommittee.org>; Roscetti, Jennifer <jennifer.roscetti@texasattorneygeneral.gov>; Scott, John <john.scott@texasattorneygeneral.gov>; mvandalen@trla.org <mvandalen@trla.org>; Clay, Reed <Reed.Clay@texasattorneygeneral.gov>; rhaygood@naacpldf.org <rhaygood@naacpldf.org>; rrios@rolandorioslaw.com <rrios@rolandorioslaw.com>
**Subject**: RE: Veasey

The depositions do not need to be filed. Thanks!

Thank you,

Brandy Cortez
Case Manager for
Judge Nelva Gonzales Ramos
U.S. District Judge
Corpus Christi Division-Southern District of Texas
361-693-6457

From: "Wolf, Lindsey" <Lindsey.Wolf@texasattorneygeneral.gov>
To: "Brandy_Cortez@txs.uscourts.gov" <Brandy_Cortez@txs.uscourts.gov>
Cc: "chad@brazilanddunn.com" <chad@brazilanddunn.com>, "anna.baldwin@usdoj.gov" <anna.baldwin@usdoj.gov>, "elizabeth.westfall@usdoj.gov" <elizabeth.westfall@usdoj.gov>, "daniel.freeman@usdoj.gov" <daniel.freeman@usdoj.gov>, "erosenberg@lawyerscommittee.org" <erosenberg@lawyerscommittee.org>, "mvandalen@trla.org" <mvandalen@trla.org>, "Scott, John" <john.scott@texasattorneygeneral.gov>, "Aston, Adam" <adam.aston@texasattorneygeneral.gov>, "danielle.conley@wilmerhale.com" <danielle.conley@wilmerhale.com>, "rhaygood@naacpldf.org" <rhaygood@naacpldf.org>, "rrios@rolandorioslaw.com" <rrios@rolandorioslaw.com>, "Whitley, David" <david.whitley@texasattorneygeneral.gov>, "Roscetti, Jennifer" <jennifer.roscetti@texasattorneygeneral.gov>, "Clay, Reed" <Reed.Clay@texasattorneygeneral.gov>
Date: 11/07/2014 01:22 PM
Subject: RE: Veasey

Dear Ms. Cortez:

Defendants will also electronically file Defendants' admitted exhibits submitted on the thumb drives.

Please note that the parties also submitted deposition designations on thumb drives to the Court. Would the Court also like the parties to file those electronically via CM/ECF?

Respectfully,



**Lindsey E. Wolf | Assistant Attorney General | Financial Litigation, Tax, and Charitable Trusts Division |** 300 West 15th Street, 6th Floor, Austin, Texas 78701 | Mail: P O Box 12548 | Austin, TX 78711-2548 | (512) 475-4233 | Fax: (512) 370-9126 | e-mail: **Lindsey.Wolf@texasattorneygeneral.gov**

**From:** "Westfall, Elizabeth (CRT)" <Elizabeth.Westfall@usdoj.gov>
**Date:** November 7, 2014 at 11:51:50 AM CST
**To:** "Brandy_Cortez@txs.uscourts.gov" <Brandy_Cortez@txs.uscourts.gov>
**Cc:** "Dellheim, Richard (CRT)" <Richard.Dellheim@usdoj.gov>, "Bell-Platts, Meredith (CRT)" <Meredith.Bell-Platts@usdoj.gov>, "Gear, Bruce (CRT)" <Bruce.Gear@usdoj.gov>, "Shapiro, Avner (CRT)" <Avner.Shapiro@usdoj.gov>, "King, Ryan (CRT)" <Ryan.King@usdoj.gov>, "chad@brazilanddunn.com" <chad@brazilanddunn.com>, "Baldwin, Anna (CRT)" <Anna.Baldwin@usdoj.gov>, "Freeman, Daniel (CRT)" <Daniel.Freeman@usdoj.gov>, "erosenberg@lawyerscommittee.org" <erosenberg@lawyerscommittee.org>, "mvandalen@trla.org" <mvandalen@trla.org>, "john.scott@texasattorneygeneral.gov" <john.scott@texasattorneygeneral.gov>, "adam.aston@texasattorneygeneral.gov" <adam.aston@texasattorneygeneral.gov>, "danielle.conley@wilmerhale.com" <danielle.conley@wilmerhale.com>, "rhaygood@naacpldf.org" <rhaygood@naacpldf.org>, "rrios@rolandorioslaw.com" <rrios@rolandorioslaw.com>
**Subject: RE: Veasey**
Ms. Cortez:

Plaintiffs will coordinate to file plaintiffs' admitted exhibits through CM/ECF.

Thank you,

Elizabeth Westfall

Elizabeth S. Westfall
Trial Attorney
Voting Section, Civil Rights Division

U.S. Department of Justice
950 Pennsylvania Ave., NW
NWB Room 7125
Washington, DC 20530
(202) 305-7766

**From:** Brandy_Cortez@txs.uscourts.gov [mailto:Brandy_Cortez@txs.uscourts.gov]
**Sent:** Friday, November 07, 2014 11:39 AM
**To:** chad@brazilanddunn.com; Baldwin, Anna (CRT); Westfall, Elizabeth (CRT); Freeman, Daniel (CRT); erosenberg@lawyerscommittee.org; mvandalen@trla.org; john.scott@texasattorneygeneral.gov; adam.aston@texasattorneygeneral.gov; danielle.conley@wilmerhale.com; rhaygood@naacpldf.org; rrios@rolandorioslaw.com
**Subject:** Veasey

Good Morning Counsel,

The clerk's office is preparing the record for the 5th Circuit.  The exhibits submitted on thumb drives must be filed electronically through CM/ECF for inclusion in the record on appeal. Could parties file all admitted exhibits through CM/ECF?  The confidential admitted exhibits can be uploaded as a sealed entry so they are not made public.  Please advise.  Thanks.

Thank you,

Brandy Cortez
Case Manager for
Judge Nelva Gonzales Ramos
U.S. District Judge
Corpus Christi Division-Southern District of Texas
361-693-6457