# Ried, Lisa

| | |
|---|---|
| **From:** | Wolf, Lindsey |
| **Sent:** | Friday, November 21, 2014 10:15 AM |
| **To:** | Ried, Lisa |
| **Subject:** | FW: Veasey |

**From:** Sondra_Scotch@txs.uscourts.gov [mailto:Sondra_Scotch@txs.uscourts.gov]
**Sent:** Friday, November 14, 2014 2:17 PM
**To:** Wolf, Lindsey
**Cc:** Aston, Adam; Anna.Baldwin@usdoj.gov; chad@brazilanddunn.com; Daniel.Freeman@usdoj.gov; danielle.conley@wilmerhale.com; Whitley, David; erosenberg@lawyerscommittee.org; Roscetti, Jennifer; Scott, John; Meredith.Bell-Platts@usdoj.gov; mvandalen@trla.org; Clay, Reed; rhaygood@naacpldf.org; Richard.Dellheim@usdoj.gov; rrios@rolandorioslaw.com; Tania.Faransso@wilmerhale.com; Elizabeth.Westfall@usdoj.gov; Brandy_Cortez@txs.uscourts.gov
**Subject:** Veasey

Ms. Wolf:

Exhibits that can't be converted into readable PDF files or submitted as indicated by Local Rule 79.2.A should be retained by the parties and provided directly to the Circuit if they require them.

If the parties intend to refer to such exibits, they need to talk to the Clerk of the Circuit about how to provide those exibits to New Orleans.

For the purposes of what they e-file with us, a page describing the exhibit, why it couldn't be provided electronically and who is retaining it should suffice. Something like:

Exhibit X
Spreadsheet with sales figures by PLU and location for fiscal years 2010, 2011, 2012.
Microsoft Excel file that cannot be reduced to a legible PDF.
File retained by plaintiff's counsel. Copies can be requested in writing by providing writable media to Attn: XXX Case Appeal, Smythe and Associates, 1234 Street, etc.


**Sondra Scotch**
**Asst Deputy-In-Charge**
**Corpus Christi Division**
**361-888-3142**
**direct line: 361-693-6442**
**Sondra_Scotch@txs.uscourts.gov**


| | |
|---|---|
| From: | Brandy Cortez/TXSD/05/USCOURTS |
| To: | Sondra Scotch/TXSB/05/USCOURTS@USCOURTS |
| Date: | 11/12/2014 10:35 AM |
| Subject: | Fw: Veasey |

Sondra,

Can you run this by the 5th Circuit and let Ms. Wolf know how she can go about getting these exhibits included?

Thank you,

Brandy Cortez
Case Manager for
Judge Nelva Gonzales Ramos
U.S. District Judge
Corpus Christi Division-Southern District of Texas
361-693-6457

----- Forwarded by Brandy Cortez/TXSD/05/USCOURTS on 11/12/2014 10:34 AM -----

| | |
|---|---|
| From: | "Wolf, Lindsey" <Lindsey.Wolf@texasattorneygeneral.gov> |
| To: | "Brandy_Cortez@txs.uscourts.gov" <Brandy_Cortez@txs.uscourts.gov> |
| Cc: | "Aston, Adam" <adam.aston@texasattorneygeneral.gov>, "Baldwin, Anna (CRT)" <Anna.Baldwin@usdoj.gov>, "'chad@brazilanddunn.com'" <chad@brazilanddunn.com>, "Freeman, Daniel (CRT)" <Daniel.Freeman@usdoj.gov>, "'danielle.conley@wilmerhale.com'" <danielle.conley@wilmerhale.com>, "Whitley, David" <david.whitley@texasattorneygeneral.gov>, "'erosenberg@lawyerscommittee.org'" <erosenberg@lawyerscommittee.org>, "Roscetti, Jennifer" <jennifer.roscetti@texasattorneygeneral.gov>, "Scott, John" <john.scott@texasattorneygeneral.gov>, "Bell-Platts, Meredith (CRT)" <Meredith.Bell-Platts@usdoj.gov>, "'mvandalen@trla.org'" <mvandalen@trla.org>, "Clay, Reed" <Reed.Clay@texasattorneygeneral.gov>, "'rhaygood@naacpldf.org'" <rhaygood@naacpldf.org>, "Dellheim, Richard (CRT)" <Richard.Dellheim@usdoj.gov>, "rrios@rolandorioslaw.com" <rrios@rolandorioslaw.com>, "'Tania.Faransso@wilmerhale.com'" <Tania.Faransso@wilmerhale.com>, "Westfall, Elizabeth (CRT)" <Elizabeth.Westfall@usdoj.gov> |
| Date: | 11/12/2014 09:59 AM |
| Subject: | RE: Veasey |

Ms. Cortez:

Defendants are unable to convert a group of their exhibits into PDF format (because they are large Microsoft Excel or video files, for example), and, accordingly, are unable to file those particular exhibits via CM/ECF.   Is there a mechanism through which the Court would prefer to receive these particular exhibits, to ensure they become part of the record, perhaps via Secure Share or an additional flash drive?

Respectfully,



Lindsey E. Wolf | Assistant Attorney General | Financial Litigation, Tax, and Charitable Trusts Division | 300 West 15th Street, 6th Floor, Austin, Texas 78701 | Mail: P O Box 12548 | Austin, TX 78711-2548 | (512) 475-4233 | Fax: (512) 370-9126 | e-mail: Lindsey.Wolf@texasattorneygeneral.gov