**EXHIBIT 4**
**NON-PDF TRIAL EXHIBITS WHICH WOULD OTHERWISE**
**NOT BE FILED UNDER SEAL**

| Exhibit | Type Document | Reason for Exception | Counsel in Possession |
|---------|---------------|----------------------|-----------------------|
| DEF1099 | Spreadsheet describing EIC Issuance in some counties in South Texas | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1100 | Spreadsheet, Region 3 Weekly EIC Report, October 2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1101 | Spreadsheet, Region 3 Weekly EIC Report, October-November 2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1103 | Spreadsheet, Region 3 Weekly EIC Report, October 2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |

| DEF1104 | Spreadsheet, Region 3 Weekly EIC Report, October 2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
|---|---|---|---|
| DEF1105 | Spreadsheet, DPS Election Certificate Report by city, race, sex, and age, 2011-2012 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1109 | Weekly EIC Report, August 2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1111 | EIC Demographics (North/East) | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |

| DEF1112 | Harris County EIC Demographics | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
|---|---|---|---|
| DEF1114 | Weekly EIC Report, July 2012 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1116 | Region 3 Weekly EIC Report Oct-Nov 2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1118 | Spreadsheet describing Mobile EIC inquiries for Blanco, Falls, and San Saba Counties | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |

| DEF1122 | Spreadsheet describing Mobile EIC inquiries for North/East Texas | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
|---|---|---|---|
| DEF1125 | Spreadsheet describing Mobile EIC inquiries for Victoria County, October 2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1128 | Spreadsheet describing Mobile EIC inquiries for Plano, November 2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1131 | Spreadsheet describing Mobile EIC inquiries for Townhurst, December 2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |

| | | | |
|---|---|---|---|
| DEF1134 | EIC Report, Region 1B | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1137 | Contact List, by County | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1140 | EIC Region 3 Report, September 2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1142 | EIC Region 3 Report, October 2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |

| DEF1144 | EIC Region 3 Report, Septemeber-October 2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| --- | --- | --- | --- |
| DEF1146 | Austin EIC Spreadsheet | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1147 | Region 2B EIC Spreadsheet, October 2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1150 | Region 1B EIC Spreadsheet | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |

| DEF1151 | Region 4 EIC Spreadsheet | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
|---|---|---|---|
| DEF1153 | Region 6A EIC Spreadsheet | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1155 | Region 5 EIC Spreadsheet | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1157 | Region 3 EIC Report, September 14, 2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |

| DEF1159 | Region 3 EIC Report, September 14, 2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| --- | --- | --- | --- |
| DEF1164 | DPS Map of Texas Drivers License Office Locations, 2013 | Microsoft Powerpoint fileproduced in that format. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1166 | Region 3 Weekly EIC Report, 8-30-2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1168 | Region 3 EIC Weekly Report, 9-6-13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |

| DEF1170 | DPS Map Driver LIcense Office Locations, 2010 | Microsoft Powerpoint file produced in that format. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
|---|---|---|---|
| DEF1186 | Harris County EIC Demographics, 10-26-13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1188 | Texas Drivers License Office Locations by County as of 10-30-2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1194 | Service Areas for 1115 Waiver | Microsoft Powerpoint file produced in that format. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |

| DEF1195 | Mobile EIC Operations Phase I, October 2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1196 | Mobile EIC Operations Phase III, October 2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1198 | Mobile EIC Unit Locations Schedule, 9-23-13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1537 | Contact List, By County | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |

| DEF1774 | Secretary of State Powerpoint, Acceptable Forms for Identification for Voting in Texas | Microsoft Powerpoint file produced in that format. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
|---|---|---|---|
| DEF1860 | DL Office Supervisor Weekly EIC Report 11/20/2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1862 | DL Office Supervisor Weekly EIC Report 8/16/2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1864 | DL Office Supervisor Weekly EIC Report 9/20/2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |

| DEF1866 | DL Office Supervisor Weekly EIC Report | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1868 | DL Office Supervisor Weekly EIC Report Corpus Christi, 9/20/2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1870 | DL Office Supervisor Weekly EIC Report Edinburg, 8/20/2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1872 | DL Office Supervisor Weekly EIC Report Del Rio, 10/04/2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |

| DEF1874 | DL Office Supervisor Weekly EIC Report Corpus Christi, 9/18/2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1876 | DL Office Supervisor Weekly EIC Report Corpus Christi, 9/18/2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1878 | DL Office Supervisor Weekly EIC Report Corpus Christi, 9/18/2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1880 | DL Office Supervisor Weekly EIC Report Corpus Christi, 9/18/2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |

| | | | |
|---|---|---|---|
| DEF1882 | DL Office Supervisor Weekly EIC Report Corpus Christi, 9/18/2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1884 | DL Office Supervisor Weekly EIC Report Corpus Christi, 9/18/2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1887 | DL Office Supervisor Weekly EIC Report 9/27/2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1889 | DL Office Supervisor Weekly EIC Report, Corpus Christi 9/18/2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |

| | | | |
|---|---|---|---|
| DEF1891 | DL Office Supervisor Weekly EIC Report Corpus Christi, 9/18/2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1893 | DL Office Supervisor Weekly EIC Report to be used 8/23/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1895 | DL Office Supervisor Weekly EIC Report Hildago, 10/18/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1897 | DL Office Supervisor Weekly EIC Report 8/20/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |

| DEF1899 | DL Office Supervisor Weekly EIC Report 8/22/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1901 | DL Office Supervisor Weekly EIC Report Alice, 2/07/14 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1903 | DL Office Supervisor Weekly EIC Report 8/23/13 template | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1905 | DL Office Supervisor Weekly EIC Report 9/20/13 template | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |

| DEF1907 | DL Office Supervisor Weekly EIC Report Weslaco, 9/28/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1909 | DL Office Supervisor Weekly EIC Report 8/30/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1910 | DL Office Supervisor Weekly EIC Report 8/30/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1911 | DL Office Supervisor Weekly EIC Report Del Rio, 8/30/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |

| DEF1913 | DL Office Supervisor Weekly EIC Report, 8/16/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1915 | DL Office Supervisor Weekly EIC Report Corpus Christi, 9/18/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1918 | DL Office Supervisor Weekly EIC Report Region 3, 8/30/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1921 | DL Office Supervisor Weekly EIC Report Region 3, 9/23/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |

| DEF1923 | DL Office Supervisor Weekly EIC Report Region 3, 9/13/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
|---|---|---|---|
| DEF1925 | DL Office Supervisor Weekly EIC Report Brownsville, 10/01/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1928 | DL Office Supervisor Weekly EIC Report Region 3 update, 9/6/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1930 | DL Office Supervisor Weekly EIC Report, 9/13/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |

| DEF1932 | DL Office Supervisor Weekly EIC Report, 9/13/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1934 | DL Office Supervisor Weekly EIC Report Weslaco, 9/28/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1936 | DL Office Supervisor Weekly EIC Report Corpus Christi, 9/18/2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1938 | DL Office Supervisor Weekly EIC Report, 9/06/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |

| DEF1940 | Microsoft Excel file cannot be reduced to a legible PDF size. | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
|---|---|---|---|
| DEF1942 | DL Office Supervisor Weekly EIC Report Edinburg, 8/20/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1943 | DL Office Supervisor Weekly EIC Report Weslaco, 8/28/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1944 | DL Office Supervisor Weekly EIC Report, 8/23/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |

| | | | |
|---|---|---|---|
| DEF1945 | DL Office Supervisor Weekly EIC Report, 8/23/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1946 | DL Office Supervisor Weekly EIC Report, 8/30/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1947 | DL Office Supervisor Weekly EIC Report, 8/23/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1948 | DL Office Supervisor Weekly EIC Report Uvalde 8/22/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |

| DEF1950 | DL Office Supervisor Weekly EIC Report Corpus Christi 9/18/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
|---|---|---|---|
| DEF1952 | DL Office Supervisor Weekly EIC Report Corpus Christi 9/18/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1954 | DL Office Supervisor Weekly EIC Report Weslaco, 10/11/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1956 | DL Office Supervisor Weekly EIC Report Weslaco, 10/04/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |

| DEF1960 | DL            Office Supervisor   Weekly EIC        Report Edinburg,8/27/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File        retained        by Defendants'        Counsel. Copies can be requsted in writing to John B. Scott, Counsel   for   Defendants, Office   of   the   Attorney General, P.O. Box 12548, Austin,  TX   78711,  512-936-1414. |
| DEF1962 | DL            Office Supervisor  Weekly EIC Report Corpus Christi, 9/18/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File        retained        by Defendants'        Counsel. Copies can be requsted in writing to John B. Scott, Counsel   for   Defendants, Office   of   the   Attorney General, P.O. Box 12548, Austin,  TX   78711,  512-936-1414. |
| DEF1964 | DL            Office Supervisor  Weekly EIC Report Region 3, 10/21-25/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File        retained        by Defendants'        Counsel. Copies can be requsted in writing to John B. Scott, Counsel   for   Defendants, Office   of   the   Attorney General, P.O. Box 12548, Austin,  TX   78711,  512-936-1414. |
| DEF1966 | DL            Office Supervisor  Weekly EIC Report Region 3, 10/21-26/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File        retained        by Defendants'        Counsel. Copies can be requsted in writing to John B. Scott, Counsel   for   Defendants, Office   of   the   Attorney General, P.O. Box 12548, Austin,  TX   78711,  512-936-1414. |

| DEF1967 | DL Office Supervisor Weekly EIC Report Region 3, 10/28-11/2/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| --- | --- | --- | --- |
| DEF1968 | DL Office Supervisor Weekly EIC Report Region 3 updated after 4 pm, 8/30/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1970 | DL Office Supervisor Weekly EIC Report Region 3, 10/21-25/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1972 | DL Office Supervisor Weekly EIC Report Brownsville, 10/21-25/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |

| | | | |
|---|---|---|---|
| DEF1974 | DL Office Supervisor Weekly EIC Report,10/11/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1976 | DL Office Supervisor Weekly EIC Report,0913/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1978 | DL Office Supervisor Weekly EIC Report, Corpus Christi, 09/18/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1981 | DL Office Supervisor Weekly EIC Report, 9/13/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |

| DEF1983 | DL Office Supervisor Weekly EIC Report Edinburg, 10/04/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1986 | DL Office Supervisor Weekly EIC Report Weslaco, 09/14/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1988 | DL Office Supervisor Weekly EIC Report Weslaco, 09/13/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1989 | DL Office Supervisor Weekly EIC Report Weslaco, 09/28/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |

| | | | |
|---|---|---|---|
| DEF1991 | DL Office Supervisor Weekly EIC Report, 10/25/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1993 | DL Office Supervisor Weekly EIC Report Edinburg, 09/06/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF1998 | DL Office Supervisor Weekly EIC Report Edinburg, 09/20/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF2046 | DL Office Supervisor Weekly EIC Report Edinburg (Region 3A01), 08/23/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |

| DEF2047 | DL Office Supervisor Weekly EIC Report Weslaco (Region 3A02) 08/30/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
|---|---|---|---|
| DEF2048 | DL Office Supervisor Weekly EIC Report (Region 3A03) 08/23/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF2049 | DL Office Supervisor Weekly EIC Report (Region 3A04) 08/23/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF2050 | DL Office Supervisor Weekly EIC Report (Region 3A05) 08/30/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |

| DEF2051 | DL Office Supervisor Weekly EIC Report (Region 3A06) 08/23/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| --- | --- | --- | --- |
| DEF2052 | DL Office Supervisor Weekly EIC Report Uvalde (Region 3A07) , 08/23/13 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF2061 | EIC Mobile Units Master Schedule October 2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF2062 | Service Areas for 1115 Waiver | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |

| DEF2064 | EIC Mobile Operations Phase I (October 2013) | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
|---|---|---|---|
| DEF2079 | DPS Excel Document tracking EIC Issuance and Inquiries as of 1/6/2014 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF2080 | DPS Excel Document tracking EIC Issuance and Inquiries and Issuance Data | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF2081 | DPS Excel Document tracking EIC Issuance and Inquiries and Issuance as of 11/14/2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |

| DEF2116 | EIC Weekly Report Region 2A December 2013 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF2137 | Region 3 EIC Weekly Report for 01-13-14 thru 01-17-14 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF2142 | EIC Region 3 Weekly Report for 02-03-14 thru 02-07-14 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF2145 | Region 3 EIC Weekly Report 01-24-2014 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |

| | | | |
|---|---|---|---|
| DEF2147 | EIC Region 3 Weekly Report for 02-14-2014 | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF2151 | Expense Report/Accounting Spreadsheet for Mobile Units | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF2175 | Executive Dashboard Report containing EIC issuance statistics, applications, demographic details and exepenses | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF2176 | Average Voter Turnout Across Different Election Types, Percentage of Registered Voters | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |

| DEF2271 | Photo ID legislation Powerpoint | Microsoft Powerpoint file produced in that format. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF2489 | Wendy Davis, dated 3/6/14; "Davis on Primary Day and the Democrats"; http://www.texastribune.org/2014/03/06/davis-on-primary-day-and-thedemocrats/; accessed 3/18/14. | Media file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF2497 | KCENTV.com (Bell County); dated 11/5/13; "Voter ID Law Gets First Statewide Test"; http://www.kcentv.com/story/23887096/voter-id-law; accessed 3/31/14. | Media file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF2499 | CBS/DFW (Dallas County); dated 11/5/13; "Texas Votes in First Election Day Under ID Law"; http://dfw.cbslocal.com/2013/11/05/texas-votes-in-firstelection-day-under-id-law/; accessed 3/31/14. | Media file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |

| | | | |
|---|---|---|---|
| DEF2501 | KNEWS 12 (Grayson County); dated 11/5/13; "New Voter ID law rolls out with few glitches for local voters"; http://www.kxii.com/home/headlines/New-Voter-ID-law-rolls-out-withfew-glitches-for-local-voters-230744941.html; accessed 4/1/14. | Media file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |
| DEF2502 | KENS 5 San Antonio (Callenen Bexar County Elections Administrator); dated 11/5/13; "ELECTION DAY: Bexar Co. voter turnout up from 2011, official says"; http://www.kens5.com/news/Election-Day-Bexar-Co-votingunderway-turnout-up-from-2011-230684991.html; accessed 4/1/14. | Media file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. |