# EXHIBIT 5
# NON-PDF TRIAL EXHIBITS EXHIBITS WHICH WOULD OTHERWISE BE FILED UNDER SEAL

| Exhibit | Type Document | Reason for Exception | Counsel in Possession |
|---|---|---|---|
| DEF1828 | DPS Legislative Liasion Action Sheet regarding William Eric Boeck obtaining Texas Identification Card | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing, to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. All requests for copies of this Exhibit shall be treated as if the Exhibit was filed under seal via CM/ECF. |
| DEF2729 | Data file received from the United States Department of Justice on August 14, 2014, entitled "file_06092014_final_updated_081214" | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing, to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. All requests for copies of this Exhibit shall be treated as if the Exhibit was filed under seal via CM/ECF. |

| | | | |
|---|---|---|---|
| DEF2730 | Data file received from the United States Department of Justice on August 14, 2014, entitled "NOMATCH_only_final_updated_081214" | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing, to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. All requests for copies of this Exhibit shall be treated as if the Exhibit was filed under seal via CM/ECF. |
| DEF2759 | Data file received from the United States Department of Justice on September 12, 2014, entitled "file_06092014_final_updated_091114" | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing, to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. All requests for copies of this Exhibit shall be treated as if the Exhibit was filed under seal via CM/ECF. |

| | | | |
|---|---|---|---|
| DEF2760 | Department of Justice on September 12, 2014, entitled "NOMATCH_only__final_updated_091114" | Microsoft Excel file cannot be reduced to a legible PDF size. | File retained by Defendants' Counsel. Copies can be requsted in writing, to John B. Scott, Counsel for Defendants, Office of the Attorney General, P.O. Box 12548, Austin, TX 78711, 512-936-1414. All requests for copies of this Exhibit shall be treated as if the Exhibit was filed under seal via CM/ECF. |