Ricardo H Hinojosa, Chief Judge        Oct 27 14
US District Court TXSD
1701 W Business Hwy 83 Rm 1011/1028 78501
McAllen TX 78502-5059/5007

LET THE VOTERS ENDORSE & ENABLE A LIMITED VOTING BACKUP BALLOT

I am the interested party pro se w/notice, I got orders, in
VEASEY v PERRY 2:13cv193 suggesting a limited voting backup
ballot for the Texas and now other State Houses with candidates
paying a filing deposit to get on the backup ballot in their own
and 2-4 additional districts where it appears the primary winners
may be tools of liars or machines.    40+ docs ltrs from me.

Trial started Sep 2 in Corpus Christi but froze this issue out.

Voters who like the primary (machine) winners may omit the backup
ballot but those who don't may foment violence nad mayham.
Is violence the price of liberty? The backup ballot may promoee
good behavior by winners and inhibit tyranny and chaos.
Voters can vote out tools of liars and machines.

See HUNTER v UNDERWOOD 471 US 222 on Alabama.
CALERA AL elects six city councilmen by limited voting.
GUIN AL seven by cumulative voting since about 1987.
PEORIA IL five by cumulative voting and five by wards since 1991.

JAPAN elected its lower house by limited voting from multi-mem
districts from about 1947, McArthur, to about 1987

I suggest single-mem districts w/limited voting backup for use
where it appears the primary winners are tools of liars and machines.

Seen for Irving TX ISD, Fitzwater Ch US District Judge.

Seven for Ferguson MO. City in turmoil.


Similar copies: US Supreme Ct Justices, US Circuit Ct Clerks &
Chief Judges

                                    Robert M Allensworth
                                    Robert M Allensworth B14522
                                    BMRCC 251 N IL 37 S
ARG SET FOR NOV 12 14 SCOUS         Ina IL 62846 2419
ALA LEG BLACK CAUCUS v ALA

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS

Ricardo H Hinojosa, Chief Judge

US District Court TXSD

1701 W Business Hwy 83 Rm 1028

McAllen TX 78501

United States Courts
Southern District of Texas
FILED

NOV 2 4 2014

David J. Bradley, Clerk of Court

OCT 3 0 2014
RECEIVED
RHH