IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 2:13-CV-00193 |
| RICK PERRY, *et al.*, | § § | |
| Defendants. | § § | |

**<u>UNOPPOSED MOTION TO WITHDRAW J. REED CLAY, JR. AS COUNSEL</u>**

Defendants, Steve McCraw, Rick Perry, State of Texas, and John Steen ("Defendants"), move to withdraw J. Reed Clay, Jr. as attorney in this matter and state as follow:

1. J. Reed Clay, Jr. is one of several attorneys for Defendants and other attorneys at the Office of the Attorney General will remain responsible for representing the Defendants in the above-captioned matter.

2. Withdrawal of Mr. Clay as attorney of record will not cause undue delay and will not have a material adverse effect on Defendants' interests.

WHEREFORE, Defendants respectfully request leave to allow J. Reed Clay, Jr. to withdraw as counsel in this matter.

Dated: November 25, 2014

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JONATHAN F. MITCHELL
Solicitor General

J. REED CLAY, JR.
Special Assistant and Senior Counsel
to the Attorney General
Southern District of Texas No. 1160600

*/s/ John B. Scott*
JOHN B. SCOTT
Deputy Attorney General for Civil Litigation
Southern District of Texas No. 10418
Texas State Bar No. 17901500
ATTORNEY-IN-CHARGE

ADAM W. ASTON
Deputy Solicitor General
Southern District of Texas No. 2157041

G. DAVID WHITLEY
Assistant Deputy Attorney General
Southern District of Texas No. 2080496

STEPHEN RONALD KEISTER
Assistant Attorney General
Southern District of Texas No. 18580

JENNIFER MARIE ROSCETTI
Assistant Attorney General
Southern District of Texas No. 224780

LINDSEY ELIZABETH WOLF
Assistant Attorney General
Southern District of Texas No. 2292940

2

STEPHEN LYLE TATUM, JR.
Assistant Attorney General
Southern District of Texas No. 2338090

209 West 14th Street
P.O. Box 12548
Austin, Texas 78711-2548
(512) 475-0131

BEN A. DONNELL
Donnell, Abernethy & Kieschnick
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401-0853
Southern District of Texas No. 5689

COUNSEL FOR THE STATE OF TEXAS, RICK PERRY, JOHN STEEN, and STEVE MCCRAW

## CERTIFICATE OF SERVICE

    I hereby certify that on November 25, 2014, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                  */s/ John B. Scott*
                                  JOHN B. SCOTT