UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ON MOTIONS TO WITHDRAW

Before the Court are Unopposed Motions to Withdraw (D.E. 808, 809, 810) filed by Defendants, seeking the withdrawal of attorneys J. Reed Clay, G. David Whitley, and John B. Scott as counsel of record in the above-captioned case. After due consideration, the Court GRANTS the Motions and ORDERS that J. Reed Clay, G. David Whitley, and John B. Scott are withdrawn as attorneys of record for Defendants.

ORDERED this 26th day of November, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE