DC CM/ECF LIVE - US District Court-Texas Southern Page 1 of 7

Case 2:13-cv-00193 Document 812 Filed on 11/28/14 in TXSD Page 1 of 7
Case 2:13-cv-00193 Document 635-2 Filed in TXSD on 10/14/14 Page 5 of 163

United States Courts
Southern District of Texas
FILED

NOV 28 2014

David J. Bradley, Clerk of Court

**Plaintiff**

**Anna Burns**  represented by  **Armand Derfner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kembel Scott Brazil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil G Baron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Montez**  represented by  **Armand Derfner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____   Date Nov 24 14

Offender Name ALLPNSWRTH   ID# A14522   Housing Unit C-21

Pay to _____

Address _____

City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund account, for the purpose of postage only

☒ I hereby authorize payment of postage for the attached mail.   ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _Allensworth_   ID# A14522

Witness Signature _____

☐ Approved  ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender, Mail Room

Printed on Recycled Paper

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)



ALA LEG BLACK CAUCUS v ALA 2:12cv691

for VEASEY v PERRY 2:13-cv-193-CC
from Robert M Allensworth B14522

ALA LEG BLACK CAUCUS v ALA ALMD
2:12-cv-691-WKW-MHT-WHP TERM 12/20/13
01/06/14 NOTICE OF APPEAL #207
01/14/14 *210 NOTICE OF APPEAL as to
205 JMNT, 203 MEMO OPINION
02/03/14 *211 SC DOCKET as No. 13-895

09/08/14 *219 Request for Record on Appeal
13-895 (2:12cv691)
13-1138 (2:12-cv-1081)

I plan to write to attys on Docket
Sheets about my suggestion about
a limited voting backup ballot where
there may be a problem with primary
machine winners.

This backup ballot may promote good
behavior by winners and inhibit
tyranny and chaos. Is violence the
price of liberty?

I wrote to about 100 attys and legislators
in Missouri about 30 legislators in MS,
and about 40 MS Newspapers.

*signature* Robert M Allensworth

Robert M Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846 2419

I got a copy of Doc 635 in 2:13cv193
mailed from US District Ct Nov 18 14

| Plaintiff | | |
|---|---|---|
| **George Bowman** individually and on behalf of others similarly situated | represented by | **James Uriah Blacksher** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* **Bar Status: Active** |
| | | **U. W. Clemon** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* **Bar Status: Active** |
| | | **Wilson Edward Still** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* **Bar Status: Active** |

| Plaintiff | | |
|---|---|---|
| **Rhondel Rhone** individually and on behalf of others similarly situated | represented by | **James Uriah Blacksher** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* **Bar Status: Active** |
| | | **U. W. Clemon** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* **Bar Status: Active** |
| | | **Wilson Edward Still** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* **Bar Status: Active** |

for VEASEY v perry
2:13-cv-193 CORPUS CHRISTI

Nov 25 14

# TWENTY-SECOND JUDICIAL CIRCUIT OF MISSOURI
### DIVISION 1 AND PROBATE DIVISION
### CIVIL COURTS BUILDING
### 10 NORTH TUCKER BLVD.
### ST. LOUIS, MO 63101
### T 314.622.4491
### F 314.622.4110

**PHILIP D. HEAGNEY**
Presiding Judge

**JEANNIE BARTON**
Judicial Operational Assistant

**PAULETTA DICKENS**
Court Reporter

**PATRICK J. CONNAGHAN**
Commissioner and Clerk

**ROBERT A. WARD**
Deputy Commissioner

**JILL M. HANLEY**
Legal Counsel

November 17, 2014

Robert M. Allensworth
B14522
BMRCC
251 North Illinois Highway 37 S
Ina, Illinois 62846-2419

Marianne Serpa, Dep-in-Charge
US District Clerk's Office
1133 N Shoreline Rm 208
Corpus Christi TX 78401

Dear Mr. Allensworth:

I wrote to Philip D Heagney, Presiding Judge.

Thank you for your letter dated November 6, 2014. I received and read your letter on November 10, 2014.

*Robert M Allensworth*

Your letter appears to concern the issue of voting rights and, in particular, a method of backup voting.

Please know that the St. Louis City Circuit Court has no authority to pass any laws, including laws about voting rights. When the St. Louis City Circuit Court addresses voting rights issues, it is in the context of a specific lawsuit filed by a person or by people who believe that an injury has occurred.

Yours truly,

Philip D. Heagney

PDH/ph

# United States District Court
## Northern District of Texas

*Dallas Division*

November 14, 2014

Robert M. Allensworth B14522
Big Muddy River Correctional
251 Illinois 37
Ina, IL 62846

Re: Your correspondence received in the U.S. District Clerk's Office on   Nov 14, 2014
   (processed by: AAA       )
   Case No./Style (if known):   Unknown

☐ The clerk's office is unable to provide the requested forms.

☐ You have more than one case pending in the Northern District of Texas, and your document does not provide a case number. Write the correct case number on your document and return it for filing. The document can only be filed in one case. If you want to file it in more than one case, you must provide separate copies for each case.

☐ Your case was filed in or transferred to another judicial district. We are returning your document(s) so you may file them in that district. The correct court address is provided in the "Other" section at the bottom of this letter.

☐ Your case was filed in or transferred to another division in the Northern District of Texas. As a courtesy we have forwarded the original document(s) to that division. You must mail all future documents to the proper division. The correct division address is provided in the "Other" section at the bottom of this letter.

☐ Your case appears to have been filed in a state district court. We are returning your document(s) so you may file them in the correct court. If we can determine which address you should use, it will be provided in the "Other" section at the bottom of this letter.

☐ The Clerk's Office has no record of any case filed by you. The court's authority is limited to civil and criminal cases that have been filed before it. Absent such a case, no one associated with this court may provide you legal advice or assistance in this matter.

---

Overlay handwritten letter:

Marianne Serna, Dep-in-Charge
US District Clerk's Office
1133 N Shoreline Rm 208
Corpus Christi TX 78401

Nov 25 14

for VEASEY v PERRY
2:13-cv-193

I got Docket sheets for Irving ISD
Benavidez 3:13-cv-87-D CLOSED 10/22/14
08/15/14 #91 MEMO OPINION (Highlights)
Ct finds 5-2 system of electing trustees violates §2 of VRA of 1965. Defs ordered to submit plan to remedy violation.

10/07/14 #97 Proposed Remedy re 91 (C Robert Heath, Bickerstaff Heath Delgado Acosta LLP, 3711 S Mopac Expwy 512-472-8021, bheath@bickerstaff.com)

I suggest a limited voting backup ballot for Irving ISD where there may be problems with rogue machine winners.

Robert M Allensworth