# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### OFFICE OF THE CLERK

**CLERK OF COURT**                                 **1133 N. SHORELINE BLVD., ROOM 208**
                                                                                   **CORPUS CHRIST, TEXAS 78401**

December 11, 2014

| | |
|---|---|
| Chad W. Dunn | Erin Helene Flynn, Esq-USDOJ |
| Brazil & Dunn LLP | Civil Rights Division, Appellate Staff |
| 4201 Cypress Creek Pkwy, #530 | 950 Pennsylvania Avenue NW |
| Houston, TX 77068 | RFK Building, Rm. 3742 |
| | Washington, DC 20530 |
| | |
| Ezra D Rosenberg | Marinda Van Dalen |
| 1401 New York Avenue, N.W. Suite 400 | Texas RioGrande Legal Aid Inc |
| Washington, DC 20005 | 531 E St Francis |
| | Brownsville, TX 78520 |
| | |
| Adam W. Aston | Ryan Haygood |
| Office of the Attorney General of Texas | NAACP Legal Def & Educational Fund |
| P.O. Box 12548 (MC 059) | 40 Rector Street 5th Floor |
| Austin, TX 78711-2548 | New York, NY 10006 |

Re: USCA No. 14-41127; USDC No. 2:13cv193; Veasey et al v Perry et al

Dear Counsel:

Enclosed are two CDs containing the electronic record for the above Notice of Appeal. Prepare your brief regarding this appeal using this copy of the paginated record.

                                            Respectfully,
                                            David J. Bradley, Clerk

                                            <u>Angel Mireles</u>
                                            Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## OFFICE OF THE CLERK

| | |
|---|---|
| **CLERK OF COURT** | **1133 N. SHORELINE BLVD., ROOM 208**<br>**CORPUS CHRIST, TEXAS 78401** |

December 11, 2014

| | |
|---|---|
| Chad W. Dunn<br>Brazil & Dunn LLP<br>4201 Cypress Creek Pkwy, #530<br>Houston, TX 77068 | Erin Helene Flynn, Esq-USDOJ<br>Civil Rights Division, Appellate Staff<br>950 Pennsylvania Avenue NW<br>RFK Building, Rm. 3742<br>Washington, DC 20530 |
| Ezra D Rosenberg<br>1401 New York Avenue, N.W. Suite 400<br>Washington, DC 20005 | Marinda Van Dalen<br>Texas RioGrande Legal Aid Inc<br>531 E St Francis<br>Brownsville, TX 78520 |
| Adam W. Aston<br>Office of the Attorney General of Texas<br>P.O. Box 12548 (MC 059)<br>Austin, TX 78711-2548 | Ryan Haygood<br>NAACP Legal Def & Educational Fund<br>40 Rector Street 5th Floor<br>New York, NY 10006 |

Re: USCA No. 14-41127; USDC No. 2:13cv193; Veasey et al v Perry et al

Dear Counsel:

Enclosed are two CDs containing the electronic record for the above Notice of Appeal. Prepare your brief regarding this appeal using this copy of the paginated record.

                                                Respectfully,
                                                David J. Bradley, Clerk

                                                <u>Angel Mireles</u>
                                                Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## OFFICE OF THE CLERK

**CLERK OF COURT**                           **1133 N. SHORELINE BLVD., ROOM 208**
                                             **CORPUS CHRIST, TEXAS 78401**

December 11, 2014

| | |
|---|---|
| Chad W. Dunn | Erin Helene Flynn, Esq-USDOJ |
| Brazil & Dunn LLP | Civil Rights Division, Appellate Staff |
| 4201 Cypress Creek Pkwy, #530 | 950 Pennsylvania Avenue NW |
| Houston, TX 77068 | RFK Building, Rm. 3742 |
| | Washington, DC 20530 |
| | |
| Ezra D Rosenberg | Marinda Van Dalen |
| 1401 New York Avenue, N.W. Suite 400 | Texas RioGrande Legal Aid Inc |
| Washington, DC 20005 | 531 E St Francis |
| | Brownsville, TX 78520 |
| | |
| Adam W. Aston | Ryan Haygood |
| Office of the Attorney General of Texas | NAACP Legal Def & Educational Fund |
| P.O. Box 12548 (MC 059) | 40 Rector Street 5th Floor |
| Austin, TX 78711-2548 | New York, NY 10006 |

Re: USCA No. 14-41127; USDC No. 2:13cv193; Veasey et al v Perry et al

Dear Counsel:

Enclosed are two CDs containing the electronic record for the above Notice of Appeal. Prepare your brief regarding this appeal using this copy of the paginated record.

> Respectfully,
> David J. Bradley, Clerk
>
> <u>Angel Mireles</u>
> Deputy Clerk

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### OFFICE OF THE CLERK

**CLERK OF COURT**                                    **1133 N. SHORELINE BLVD., ROOM 208**
                                                      **CORPUS CHRIST, TEXAS 78401**

December 11, 2014

| | |
|---|---|
| Chad W. Dunn | Erin Helene Flynn, Esq-USDOJ |
| Brazil & Dunn LLP | Civil Rights Division, Appellate Staff |
| 4201 Cypress Creek Pkwy, #530 | 950 Pennsylvania Avenue NW |
| Houston, TX 77068 | RFK Building, Rm. 3742 |
| | Washington, DC 20530 |
| | |
| Ezra D Rosenberg | Marinda Van Dalen |
| 1401 New York Avenue, N.W. Suite 400 | Texas RioGrande Legal Aid Inc |
| Washington, DC 20005 | 531 E St Francis |
| | Brownsville, TX 78520 |
| | |
| Adam W. Aston | Ryan Haygood |
| Office of the Attorney General of Texas | NAACP Legal Def & Educational Fund |
| P.O. Box 12548 (MC 059) | 40 Rector Street 5th Floor |
| Austin, TX 78711-2548 | New York, NY 10006 |

Re: USCA No. 14-41127; USDC No.  2:13cv193; Veasey et al v Perry et al

Dear Counsel:

Enclosed are two CDs containing  the electronic record for the above Notice of Appeal.  Prepare your brief regarding this appeal using this copy of the paginated record.

                                          Respectfully,
                                          David J. Bradley, Clerk

                                          <u>Angel Mireles</u>
                                          Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## OFFICE OF THE CLERK

**CLERK OF COURT**  **1133 N. SHORELINE BLVD., ROOM 208**
**CORPUS CHRIST, TEXAS 78401**

December 11, 2014

| | |
|---|---|
| Chad W. Dunn | Erin Helene Flynn, Esq-USDOJ |
| Brazil & Dunn LLP | Civil Rights Division, Appellate Staff |
| 4201 Cypress Creek Pkwy, #530 | 950 Pennsylvania Avenue NW |
| Houston, TX 77068 | RFK Building, Rm. 3742 |
| | Washington, DC 20530 |
| | |
| Ezra D Rosenberg | Marinda Van Dalen |
| 1401 New York Avenue, N.W. Suite 400 | Texas RioGrande Legal Aid Inc |
| Washington, DC 20005 | 531 E St Francis |
| | Brownsville, TX 78520 |
| | |
| Adam W. Aston | Ryan Haygood |
| Office of the Attorney General of Texas | NAACP Legal Def & Educational Fund |
| P.O. Box 12548 (MC 059) | 40 Rector Street 5th Floor |
| Austin, TX 78711-2548 | New York, NY 10006 |

Re: USCA No. 14-41127; USDC No. 2:13cv193; Veasey et al v Perry et al

Dear Counsel:

Enclosed are two CDs containing the electronic record for the above Notice of Appeal. Prepare your brief regarding this appeal using this copy of the paginated record.

                                            Respectfully,
                                            David J. Bradley, Clerk

                                            <u>Angel Mireles</u>
                                            Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## OFFICE OF THE CLERK

**CLERK OF COURT**  **1133 N. SHORELINE BLVD., ROOM 208**
**CORPUS CHRIST, TEXAS 78401**

December 11, 2014

| | |
|---|---|
| Chad W. Dunn | Erin Helene Flynn, Esq-USDOJ |
| Brazil & Dunn LLP | Civil Rights Division, Appellate Staff |
| 4201 Cypress Creek Pkwy, #530 | 950 Pennsylvania Avenue NW |
| Houston, TX 77068 | RFK Building, Rm. 3742 |
| | Washington, DC 20530 |
| | |
| Ezra D Rosenberg | Marinda Van Dalen |
| 1401 New York Avenue, N.W. Suite 400 | Texas RioGrande Legal Aid Inc |
| Washington, DC 20005 | 531 E St Francis |
| | Brownsville, TX 78520 |
| | |
| Adam W. Aston | Ryan Haygood |
| Office of the Attorney General of Texas | NAACP Legal Def & Educational Fund |
| P.O. Box 12548 (MC 059) | 40 Rector Street 5th Floor |
| Austin, TX 78711-2548 | New York, NY 10006 |

Re: USCA No. 14-41127; USDC No. 2:13cv193; Veasey et al v Perry et al

Dear Counsel:

Enclosed are two CDs containing the electronic record for the above Notice of Appeal. Prepare your brief regarding this appeal using this copy of the paginated record.

Respectfully,
David J. Bradley, Clerk

<u>Angel Mireles</u>
Deputy Clerk