IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, *et al.*, | § § | |
| Defendants. | § § | |

**UNOPPOSED MOTION TO WITHDRAW**
**STEPHEN LYLE TATUM, JR. AS COUNSEL**

Defendants, Steve McCraw, Rick Perry, State of Texas, and John Steen ("Defendants"), move to withdraw Stephen Lyle Tatum, Jr. as attorney in this matter and state as follows:

1. Stephen Lyle Tatum, Jr. is one of several attorneys for Defendants and other attorneys at the Office of the Attorney General will remain responsible for representing the Defendants in the above-captioned matter.

2. Withdrawal of Mr. Tatum as attorney of record will not cause undue delay and will not have a material adverse effect on Defendants' interests.

WHEREFORE, Defendants respectfully request leave to allow Stephen Lyle Tatum, Jr. to withdraw as counsel in this matter.

Dated:	December 23, 2014

>	GREG ABBOTT
>	Attorney General of Texas
>
>	DANIEL T. HODGE
>	First Assistant Attorney General
>
>	JONATHAN F. MITCHELL
>	Solicitor General
>
>	*/s/ Adam W. Aston*
>	ADAM W. ASTON
>	Deputy Solicitor General
>	Southern District of Texas No. 2157041
>
>	STEPHEN RONALD KEISTER
>	Assistant Attorney General
>	Southern District of Texas No. 18580
>
>	JENNIFER MARIE ROSCETTI
>	Assistant Attorney General
>	Southern District of Texas No. 224780
>
>	LINDSEY ELIZABETH WOLF
>	Assistant Attorney General
>	Southern District of Texas No. 2292940
>
>	STEPHEN LYLE TATUM, JR.
>	Assistant Attorney General
>	Southern District of Texas No. 2338090
>
>	209 West 14th Street
>	P.O. Box 12548
>	Austin, Texas 78711-2548
>	(512) 475-0131

BEN A. DONNELL
Donnell, Abernethy & Kieschnick
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401-0853
Southern District of Texas No. 5689

COUNSEL FOR THE STATE OF TEXAS, RICK PERRY, JOHN STEEN, and STEVE MCCRAW

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2014, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Adam W. Aston*
ADAM W. ASTON