VEASEY v PERRY 2:13-cv-193 CORPUS CHRISTI   DEC 19 14

clerk & chief judge                              Dec 19 14

US DISTRICT CLERK's Office

99 NE 4th St

Miami FL 33132

Clerk, U.S. District Court
Southern District of Texas
FILED

DEC 2 3 2014

David J. Bradley, Clerk of Court

LET THE VOTERS ENDORSE & ENABLE A LIMITED VOTING BACKUP BALLOT
I am the interested party pro se w/notice. I get orders, in
VEASEY v PERRY 2:13 cv 193 CORPUS CHRISTI USCA5 14-41127
suggesting a limited voting backup ballot for the TEXAS and
other State Houses, FERGUSON, etc, with candidates paying a
filing deposit to get on the backup ballot in their own & 2-4
add'l single-mem districts where there may be problems with
primary machine winners. 40+ entries are from me.

This ballot may promote good behavior by winners and inhibit
tyranny and mayham. Is violence the price of liberty?

See HUNTER v UNDERWOOD 1985 471 US 222 on Alabama.
ALA LEG BLACK CAUCUS v ALA MONTGOMERY 2:12-cv-691-WKW-MHT-WHp
                    SCOTUS 13-895 & 1138 Arg Nov 12 14
CALERA AL elects six city councilmen by limited voting
GUIN AL seven by cumulative voting since about 1987.
PEORIA IL five by cum voting and five by wards since 1991.
JAPAN elected its lower house by limited voting from multi-mem
districts from about 1947, MacArthr, to about 1987.
I suggest single-mem districts w/limited voting backup.
I got a roster: names, addresses, comte asgmnts MS legislature.

Some 2-cv-193 entries from me:
621 10/3   620 9/22   615 9/22   612 9/18   598 9/15   580 9/09
464 8/11   398 7/11   384 6/30   382 6/30   353 6/26   326 6/12.

Robert M Allensworth B14522
PMRCC 251 N IL 37 S
Ina IL 62846 2419
50+ newspapers.
        I have written to nearly
        all MS State senators and
        most of the MS House and

Robert M Allensworth

Signed before me this 12-18-14

JENNIFER L. WILSON
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
October 26, 2016

for VEASEY v PERRY 2:13-cv-193 CORPUS CHRISTI  from ALLENSWORTH

DEC 19 14

## 2012 - 2015 Mississippi House

| Name/Address | District/County | Party | Phone (W) | Phone (H) | Capitol Off/Phone and Email address |
|---|---|---|---|---|---|
| Gene Alday<br>P. O. Box 122<br>Walls, MS 38680 | **District**  25<br>Coahoma,<br>DeSoto,Tunica | Rep | | (901) 652-3431 | 400-F<br>(601) 359-9488<br>galday@house.ms.gov |
| Brian Aldridge<br>P.O. Box 2611<br>Tupelo, MS 38803 | **District**  17<br>Lee | Rep | (662) 842-0401 | (662) 841-5833 | 400-E<br>(601) 359-2420<br>baldridge@house.ms.gov |
| Jeramey D. Anderson<br>4219 Joseph Street<br>Moss Point, MS 39562 | **District**  110<br>Jackson | Dem | (855) 537-2639 | | janderson@house.ms.gov |
| William Tracy Arnold<br>301 Wyninger Rd.<br>Booneville, MS 38829 | **District**   3<br>Alcorn, Prentiss | Rep | | (662) 728-9951 | 400-F<br>(601) 359-2438<br>warnold@house.ms.gov |
| Willie L. Bailey<br>P.O. Box 189<br>Greenville, MS 38702-0189 | **District**  49<br>Washington | Dem | | (662) 335-5310 | 100-C<br>(601) 359-9311<br>wbailey@house.ms.gov |
| Nick Bain<br>516 N Fillmore St<br>Corinth, MS 38834 | **District**   2<br>Alcorn | Dem | (601) 953-2994 | (662) 287-1620 | 400-F<br>(601) 359-3338<br>nbain@house.ms.gov |
| Mark Baker<br>P. O. Box 947<br>Brandon, MS 39043-0947 | **District**  74<br>Madison, Rankin | Rep | (601) 824-7455 | (601) 824-3297 | 112-A<br>(601) 359-3388<br>mbaker@house.ms.gov |
| Earle S. Banks<br>P.O. Box 2539<br>Jackson, MS 39215 | **District**  67<br>Hinds | Dem | (601) 713-2223 | (601) 355-5574 | 100-C<br>(601) 359-9392 |
| David Baria<br>544 Main St<br>Bay St Louis, MS 39520 | **District**  122<br>Hancock | Dem | (228) 270-0001 | (228) 466-0815 | 201<br>(601) 359-3133<br>dbaria@house.ms.gov |
| Toby Barker<br>409 South 21st Avenue<br>Hattiesburg, MS 39401 | **District**  102<br>Forrest, Lamar | Rep | | (601) 307-3802 | 100<br>(601) 359-3362<br>tbarker@house.ms.gov |
| Manly Barton<br>7905 Pecan Ridge<br>Moss Point, MS 39562 | **District**  109<br>George, Jackson | Rep | | (228) 588-2763 | Bsmt<br>(601) 359-3354<br>mbarton@house.ms.gov |
| Jim Beckett<br>P.O. Box 722<br>Bruce, MS 38915 | **District**  23<br>Calhoun, Clay,<br>Oktibbeha, Webster | Rep | (662) 983-7358 | (662) 983-2451 | 205-C<br>(601) 359-3335<br>jbeckett@house.ms.gov |

for VEASEY v PERRY  **BALLOT ACCESS NEWS**  from ALLENSWORTH

2:13-cv-193  CORPUS CHRISTI                           DEC 19 14

www.ballot-access.org | December 1, 2014 | Volume 30 Number 7

# *OREGON VOTERS DEFEAT TOP-TWO 68%-32%*

## OPPONENTS WERE OUTSPENT FOUR TO ONE, BUT STILL PREVAILED

On November 4, Oregon voters defeated the top-two initiative by a margin of 68.2% "No" to 31.8% "Yes." This is the greatest margin of defeat for any top-two ballot measure in any state. In no county did it get as much as 38% of the vote. Among the seven statewide initiatives on the ballot, it polled the lowest share of the vote.

The ballot presented Measure 90 this way: "Changes general election nomination processes: provides for single primary ballot listing candidates; top two advance."

Then, in smaller print, "Result of 'yes' Vote: 'Yes' vote replaces general election nomination processes for most partisan offices; all candidates listed on one single primary ballot; two advance to general election ballot.

Result of 'no' vote: 'No' vote retains current general election nomination processes, including party primaries for major parties; separate primary ballots; multiple candidates can appear on general election ballots."

The other votes on top-two measures have had these results:

California 2004: "No" 54.0%.

Washington 2004: "Yes" 59.8%.

Oregon 2008: "No" 65.9%.

California 2010: "Yes" 53.7%.

Arizona 2012: "No" 66.9%.

More money was spent on the Oregon 2014 measure than in any past top-two measure in any state. Proponents spent $5,600,000. Opponents spent $1,500,000.

Former New York city Mayor Michael Bloomberg contributed $2,130,000. Texas billionaire John Arnold contributed $2,750,000. Various business corporations contributed $400,000.

Other large contributors to the "yes" side were: Oregon Assn. of Hospitals & Health Administrators $60,000; Nike, Inc. $50,000; Automobile Dealers Assn. of Portland $50,000; Oregon Restaurant & Lodging Assn. $25,000; Oregon Auto Dealers Services $25,000; Esco Corp. $20,000; Portland General Electric $15,000; Bank of America $10,000.

The "Yes" campaign ran 2,500 television ads at a cost of $1,200,000. It also sent two pieces of postal mail to every Oregon voter, ran many internet ads, radio ads, and made robocalls. One mailer said, "An Important Message from Independent Voters of Oregon. No one should have to join a political party in order to vote." The other said, "Measure 90 = More Democracy. Over 650,000 of us – independent voters – are shut out of our primary elections." (note: Oregon has 518,482 independent voters; the "Yes" campaign figure includes minor party members as well as independents).

The "Yes" campaign also rang doorbells, and used a billboard truck bearing the message, "Legalize Democracy; Yes on Measure 90."

The "Yes" campaign was endorsed by these newspapers: *The Oregonian, the Daily Astorian, The Register-Guard, The Hillsdale News, Portland Tribune, Ashland Daily Tidings, The Bend Bulletin, Willamette Week, Yamhill Valley News-Register, Klamath Falls Herald & News, Medford Mail Tribune, Albany Democrat-Herald, Corvallis Gazette-Times.*

"Yes" was also endorsed by both major party candidates for Governor, the Oregon Business Council, the Oregon Farm Bureau, the Oregon Chamber of Commerce, Associated Oregon Industries, and the Oregon Business Association.

The "Yes" campaign set up a phony web site, votenoon90.com, which carried the slogan "Keep the riffraff out of OUR elections". The campaign also placed phony "No" arguments in the State Voters Pamphlet.

### The "No" Campaign

The opponents sent three mail pieces to every voter, and spent $230,000 on 414 television ads. Newspapers that endorsed the "no" side were the *Salem Statesman-Journal, Portland Mercury, Coos Bay World, Grants Pass Daily Courier, The Skanner,* and *Eugene Weekly.* The "No" side got most of its contributions from labor unions. The "No" web page was saveourdemocracy.org.

The Green, Progressive, Libertarian, and Constitution Parties were strongly against the measure, and much of the "no" campaign emphasized that Measure 90 would keep virtually all candidates from these parties off the general election ballot. The "no" campaign emphasized how top-two had worked in practice in California and Washington.

Activist Mark Frohnmayer, who supported Measure 90, wrote the day after the election, "Choice Should be Maximized in the November election, when the most voters participate. Currently (and under Measure 90), the field of candidates is narrowed in May – at an election when many fewer people are paying attention and in which many voters are currently not allowed to participate. This creates a non-representative 'culling', forces candidates to run two campaigns and raise two elections worth of cash, and increases the influence of money."

Frohnmayer's statement, acknowledging flaws in the top-two concept, is a hopeful sign. Supporters and opponents will both gain if 2015 provides a chance for dialogue.

ALA LEG BLACK CAUCUS v ALA 2:12-cv-691 MONTGOMERY ARG SCOTUS NOV 12
13-895 & 1138.

| | | |
|---|---|---|
| | | (ydw, ) (Entered: 07/02/2014) |
| 07/02/2014<br>DEC 19 14<br><br>for VEASEY v PERRY<br>2:13-cv-193<br>CORPUS CHRISTI<br>from<br>ALLENSWORTH | <u>217</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of NON-JURY TRIAL - VOLUME III Proceedings (PDF ACCESS RESTRICTED FOR 90 DAYS) held on 8/12/2013, before Judge W. Keith Watkins. Court Reporter/Transcriber Patricia G. Starkie, Telephone number 334-262-1221. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE OF INTENT TO REQUEST REDACTION DUE WITHIN 7 BUSINESS DAYS. Redaction Request due 7/23/2014. Redacted Transcript Deadline set for 8/4/2014. Release of Transcript Restriction set for 9/30/2014. (dmn, ) (Entered: 07/07/2014) |
| 07/07/2014 | <u>218</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of NON-JURY TRIAL, VOLUME IV Proceedings (PDF ACCESS RESTRICTED FOR 90 DAYS) held on 8/13/2013, before Judge W. Keith Watkins. Court Reporter/Transcriber Patricia G. Starkie, Telephone number 334-262-1221. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE OF INTENT TO REQUEST REDACTION DUE WITHIN 7 BUSINESS DAYS. Redaction Request due 7/28/2014. Redacted Transcript Deadline set for 8/7/2014. Release of Transcript Restriction set for 10/6/2014. (dmn, ) (Entered: 07/07/2014) |
| 09/08/2014 | <u>219</u> | Request for Record on Appeal By U.S. SUPREME COURT Appeal No. 13-895 and 13-1138 (CASE No. 2:12-cv-691, 2:12-cv-1081). (ydw, ) (Additional attachment(s) added on 9/8/2014: # <u>1</u> ATTACHMENT) (ydw, ). (Entered: 09/08/2014) |
| 09/09/2014 | | Appeal Remark re <u>207</u> Notice of Appeal, <u>210</u> Notice of Appeal : SUPREME COURT APPEAL No. 13-895, 13-1138 and (Your No. 2:12-cv-691, 2:12-cv-1081). The entire record on appeal is available electronically. (ydw, ) (Entered: 09/09/2014) |
| 10/30/2014 | 🔒 | (Court only) ***Release of Transcript Restrict terminated; <u>215</u> , <u>216</u> , <u>217</u> , & <u>218</u> now available for public view. (djy, ) (Entered: 10/30/2014) |



CLOSED,CONFLICT_STMT,LEAD,PANEL

# U.S. District Court
## Alabama Middle District (Montgomery)
### CIVIL DOCKET FOR CASE #: 2:12-cv-00691-WKW-MHT-WHP
#### Internal Use Only

FOR VEASEY v PERRY

CORPUS CHRISTI from ALLENSWORTH   Dec 19 14   SCOTUS 13-895 & 1138
Arg Nov 12 14

Alabama Legislative Black Caucus, et al v. The State of Alabama, et al (PANEL)(LEAD)
Panel: Chief Judge William Keith Watkins
    Honorable Judge Myron H. Thompson
    William H Pryor, Jr
Referred to: Honorable Judge Wallace Capel, Jr
Member case:

   2:12-cv-01081-WKW-MHT-WHP

Cause: 42:1973 Voting Rights Act

Date Filed: 08/10/2012
Date Terminated: 12/20/2013
Jury Demand: None
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: Federal Question

## Plaintiff

**Alabama Legislative Black Caucus**
*individually and on behalf of others
similarly situated*

represented by **James Uriah Blacksher**
Attorney at Law
PO Box 636
Birmingham, AL 35201
205-591-7238
Fax: 866-845-4395
Email: jblacksher@ns.sympatico.ca
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Active**

**U. W. Clemon**
White Arnold & Dowd P.C.
2025 Third Avenue North, Suite 500
Birmingham, AL 35203
205-323-1888
Email:
uwclemon@whitearnolddowd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Active**

**Wilson Edward Still**
Edward Still Law Firm LLC
429 Green Springs Hwy STE 161-304
Birmingham, AL 35209
205-320-2882
Fax: 205-320-2882
Email: docket@votelaw.com

Case 2:13-cv-00193 Document 815 Filed on 12/23/14 in TXSD Page 6 of 12
for VFASFY v PERRY 2:13-CV-193 CORPUS CHRISTI DIVISION FOR DALLAS

August 1, 2014                                                    Ballot Access News

## OTHER LAWSUIT NEWS

**Alabama**: on July 23, the Eleventh Circuit said *Stein v Chapman* needs oral argument, even though neither side requested it. This shows the three judges feel this is a close case. The issue is the March petition deadline in presidential years for newly-qualifying parties. Such parties nominate by convention, nor primary, so there is no election-administration reason for an early deadline. Alabama requires 44,829 signatures.

**Alaska**: on June 24, the Ninth Circuit ruled 2-1 that the petitioner who challenged the ban on out-of-state circulators lacks standing. *Raymond v Fenumiai*. The plaintiff, Robert Raymond, had said he wants to work on Alaska initiatives. The court said he should have mentioned a particular initiative that he wants to work on.

**Arizona**: the Legislature has asked the U.S. Supreme Court to hear its appeal on whether independent redistricting commissions for Congress violate the U.S. Constitution. *Az. Legislature v Az. Independent Redistricting Commission*, 13-1314. The Court will consider whether to take this case on September 29.

**California**: all the briefs have now been filed in the State Appeals Court in *Rubin v Bowen*, District One, A140387. This is the minor party lawsuit against the top-two system. The minor parties' reply brief, filed July 23, emphasizes that the case is about voting rights, not party rights.

**Florida**: on July 10, a lower state court invalidated the state's U.S. House district boundaries. The State Constitution says the legislature can't draw the lines to help or injure any party, but the trial court determined that the lines had been drawn to help Republicans. *Pomo v Detzner*.

**Tennessee**: the Sixth Circuit will hear the minor party ballot access case on August 7. The issue is whether the 2.5% petition (approximately 40,000 signatures) is constitutional, given that the state only requires 25 signatures for independent candidates. *Green Party of Tennessee v Hargett*, 13-5975.

## SENATOR SCHUMER's OP-ED FOR TOP-TWO

The July 22, 2014 *New York Times* carried an op-ed by U.S. Senator Charles Schumer (D-N.Y.), in support of top-two systems. The title is "End Partisan Primaries, Save America." The subtitle is "To reduce polarization, adopt California's 'top two' voting model."

The piece perfectly epitomizes the flaw in most top-two advocacy. The advocates rarely do any research. They write about top-two systems as they imagine them to work, instead of taking the trouble to investigate how they actually work.

Senator Schumer's presumption that a top-two system puts more moderate candidates in office has been rebutted by political scientists who have studied the system as it has worked since 1975 in Louisiana, since 2008 in Washington, and since 2011 in California. See some of the research at fivethirtyeight.com/datalab/chuck-schumer-is-wrong-about-the-top-two-primary. Or, see the front page article in the print edition of *Ballot Access News*, September 1, 2013 issue, which describes five scholarly studies that were published in 2013, authored by 14 political scientists.. Also see Professor Todd Donovan's study of the Washington state top-two system, "The Top Two Primary: What Can California Learn from Washington?" published in Vol. 4, Issue 1 (2012) of The California Journal of Politics & Policy.

Senator Schumer writes, "in most states, laws prohibit independents from voting in primaries at all." Actually, only sixteen states. don't let independents vote in either Democratic or Republican congressional primaries (Colorado, Connecticut, Delaware, Florida, Iowa, Kentucky, Maryland, Nevada, New Jersey, New Mexico, New York, Oklahoma, Oregon, Pennsylvania, Rhode Island, Wyoming). This can be verified by looking at *America Votes 2012*, a reference book by Rhodes Cook. Furthermore, even among those 16 states, five states let independents vote in primaries if they join such party at the polls on primary day.

Those five states are Colorado, Iowa, New Jersey, Rhode Island, and Wyoming.

Schumer deplores the results of the June 2012 Virginia Republican primary in which Eric Cantor was defeated. But Virginia has open primaries, in which any voter is free to vote in any primary. One wonders if Schumer knows that, because his example contradicts his thesis that letting independents vote in primaries thwarts victory by extremists.

Schumer asserts that California's polarization was cured by top-two. What cured California's troubled legislative process was Proposition 25, passed in November 2010. It repealed the law that required the budget to be approved by a two-thirds vote of the legislature. With only a majority now required for the budget, California Democrats were now free to pass any budget they wished, and gridlock was instantly cured. The California legislature is still heavily polarized, but that is no longer a major problem. Similarly, if one party controlled both houses of Congress and the presidency, and there were no filibuster process, polarization would not be a big problem in Congress.

## BALLOT ON PAGE FOUR

Despite all the dissatisfaction with U.S. election, there is little discussion in the U.S. about moving to proportional representation. Great Britain does use that system for its elections for the European Parliament. Page four shows the British ballot for those elections, held May 22, 2014.

Britain is divided into 12 districts for those elections. Britain elects 73 members. The UK Independence Party won 24 seats, Labour 20, Conservative 19, Greens 3, Scottish National 2, and one each for the Liberal Democrats, Sinn Fein, Democratic Unionist Party, Plaid Cymru, and Ulster Unionist.

Proportional representation completely solves the "wasted vote" and "spoiler" problems, and allows every group of substance to enjoy representation.

0

# Mississippi State Senate 2014
## Post Office Box 1018
## Jackson Mississippi 39215-1018
### Revised August 20, 2014

DEC 19 14

for VEASEY v PERRY
2:13-cv-193 Corp CHRIS
from ALLENSWORTH

| Name / Address | District | Committees | | Contact | Email |
|---|---|---|---|---|---|
| **David Blount**<br>1305 Saint Mary Street<br>Jackson MS 39202 | District 29<br>Hinds | Public Property (C); Elections (V); Accountability, Efficiency and Transparency; Appropriations; Congressional Redistricting; Education; Ethics; Judiciary, Division B; Legislative Reapportionment; Public Health and Welfare | D | Room 405-D<br>S Office (601) 359-3232<br>S Fax (601) 359-5957 | dblount@senate.ms.gov |
| **Terry W. Brown**<br>22 Hillside Drive<br>Columbus MS 39702 | District 17<br>Lowndes | Rules (C); Accountability, Efficiency and Transparency; Appropriations; Compilation, Revision and Publication; Economic Development; Highways and Transportation; Housing; Insurance; Labor; Legislative Budget Committee | R | Home (662) 329-3399<br>Cell (662) 386-6732<br>Room 307<br>S Office (601) 359-3209<br>S Fax (601) 576-2555 | tbrown@senate.ms.gov |
| **Nickey Browning**<br>Post Office Box 1051<br>Pontotoc MS 38863 | District 3<br>Calhoun, Pontotoc, Union | County Affairs (C); Business and Financial Institutions; Drug Policy; Energy; Finance; Highways and Transportation; Insurance | R | Home (662) 489-5979<br>Room 213-C<br>S Office (601) 359-3246<br>S Fax (601) 359-3063 | nbrowning@senate.ms.gov |
| **Hob Bryan**<br>Post Office Box 75<br>Amory MS 38821 | District 7<br>Itawamba, Lee, Monroe | Judiciary, Division B (C); Public Health and Welfare (V); Compilation, Revision and Publication; Congressional Redistricting; Constitution; Elections; Finance; Highways and Transportation; Legislative Reapportionment; Local and Private | D | Home (662) 256-9989<br>Work (662) 256-9601<br>Room 409-A<br>S Office (601) 359-3237<br>S Fax (601) 359-2879 | hbryan@senate.ms.gov |
| **Terry Burton**<br>101 Rew Street<br>Newton MS 39345 | District 31<br>Lauderdale, Newton, Scott | Energy (C); Appropriations (V); Legislative Reapportionment (V); Universities and Colleges (V); Congressional Redistricting; Education; Judiciary, Division A; Legislative Budget Committee; Municipalities; Public Health and Welfare; Public Property; Rules | R | Home (601) 683-7050<br>Work (601) 683-6695<br>Room 215-B<br>S Office (601) 359-3234<br>S Fax (601) 359-5345 | tburton@senate.ms.gov |
| **Albert Butler**<br>Post Office Box 614<br>Port Gibson MS 39150 | District 36<br>Claiborne, Copiah, Hinds, Jefferson | Investigate State Offices (C); State Library (V); Appropriations; Drug Policy; Environment Prot, Cons and Water Res; Ethics; Forestry; Highways and Transportation; Labor; Public Property; Tourism | D | Home (601) 437-4089<br>S Office (601) 359-3232<br>S Fax (601) 359-5957 | abutler@senate.ms.gov |



for
VEASEY v PERRY
2:13-cv-193
CORPUS CHRISTI

### DELBERT HOSEMANN
*Secretary of State*

December 2, 2014

Mr. Robert M. Allensworth   B14522
BMRCC 251 N IL 37 S
Ina, IL  62846-2419

Dear Mr. Allensworth,

The Mississippi Secretary of State's Office received your letter dated November 20, 2014. The information you provided in your letter is purely a legislative matter.

Please find enclosed, as requested, a roster with names and addresses of our state legislators, along with a list of committee assignments. Further information concerning the legislature may be found online at http://www.legislature.ms.gov/.

Sincerely,

Hawley R. Robertson
*Senior Attorney, Elections Division*

Enclosures

Re: HUNTER v UNDERWOOD 1985 471 US
222: Later cases I want to see:
I L v Alabama 739 F3 1273,7+  Jan 20

LA v Hankton Aug 2 13 122 So 3d 1028

LA v Webb Jan 30 14 133 So 3d
                     258,82+.

Robert M Allensworth Dec 19 14

401 Mississippi Street
Post Office Box 136
Jackson, Mississippi 39205

*telephone* (601) 359-1350
*facsimile* (601) 359-1499
www.sos.ms.gov

for VEASEY v PERRY 2:13-cv-193 CORPUS CHRISTI  DEC 19 14
Walt Prather, Ed-Pub                                  Nov 20 14
The Carthaginian
122 Franklin, PO Box 457
Carthage MS 39051                    from ALLENSWORTH B14522

LET THE VOTERS ENDORSE & ENABLE A LIMITED VOTING BACKUP BALLOT.
I am the interested party pro se w/notice, I get orders,  in
VEASEY v PERRY 2:13cv193 CORPUS CHRISTI USCA5 14-41127 suggesting
a limited voting backup ballot for the Texas and other State
Houses with candidates paying a filing deposit to get on the
backup ballot in their own and 2-4 add'l single mem distrcts
where there may be problems with primary (machine) winners.

This backup ballot may promote good behavior by winners and
inhibit mayham and tyranny. Is vilence the price of liberty?
Voters can vote out tools of liars and pay-to-play machines.

See HUNTER v UNDERWOOD 1984 471 US 222 on Alabama.
Calera AL elects six city councilmen by limited voting.
Guin AL seven by cumulative voting since about 1987.
Peoria IL five by cum voting and five by wards since 1991
Japan elected it lower house by limited voting from multi-
mem districts from about 1947, McArthur, to about 1987.
I suggest single mem districts w/limited voting backup.

*Robert M Allensworth*
Robert M Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846 2419

Marianne Serpa, Dep-in-Charge
Corpus Christi TX 78401

I sent 40+ Mississippi papers checks to start a new subscription.
Most seem to be holding them and neither returning them or
sending me papers. I plan to trace checks to newspapers I don't
get.

RECEIVED DEC 2014

41.     SB 14 requires some voters to travel approximately 200 miles roundtrip in order to obtain an EIC.

42.     Certain counties with DPS offices are only open for business for a limited period of time, with some being open only one or two days a week and others closed on weekends or after 6 p.m.

43.     Due to the limited number of DPS offices and the limited operating hours of some DPS offices, some voters will have to take time off during a work or school day to obtain an EIC.

44.     An otherwise eligible voter, such as Individual Plaintiff-Intervenor, Ms. Clark, or the members and constituents of Organizational Plaintiff-Intervenor, the Texas League, is required to present one or more of the following documents at a DPS office to obtain an EIC: (1) an expired DPS-issued driver's license, (2) an expired DPS-issued ID card; (3) an original or certified copy of a birth certificate; (4) U.S. citizenship or naturalization papers; or (5) a court order indicating a change of name or gender. SB 14, § 20 (codified at Tex. Transp. Code § 521A.001); 37 Tex. Admin. Code § 15.182.

45.     Some of the very documents necessary to obtain an EIC, like the DPS-issued IDs, are the same required photo IDs under SB 14.

46.     Each of the documents required to obtain an EIC costs money. For example, a copy of a certified birth certificate from the Texas Bureau of Vital Statistics is $22. A copy of U.S. citizenship or naturalization papers costs $345.

47.     Texas law provides that an otherwise eligible voter seeking to vote in person who lacks an acceptable photo ID may cast a provisional ballot. SB 14, §§ 9 & 15 (codified at Tex. Elec. Code §§ 63.001(g) & 63.011).  A provisional ballot will not count unless the voter

# THE CARTHAGINIAN

### ESTABLISHED 1872

for VEASEY v PERRY

CORPUS CHRISTI   DEC 19 14

122 Franklin Street • P.O. Box 457 • Carthage, MS 39051 • Phone 601.267-4501 • Fax 601/267-5290

December 11, 2014

Zach Roeckeman, Warden
Big Muddy River Correctional Center
251 N. Illinois Highway 37
Ina, IL 62846

Dear sir:

Please find enclosed a check for $40 and a letter from inmate Robert Allensworth, B14522. The check appears to be intended for a subscription, but is made out in an inapproprieate amount. The letter, quite frankly, is of no interest to me or this publication.

All that being the case, I felt it best to send the check and letter back to the Big Muddy River Correctional Center to your attention, so you can dispose of the matter in the wisest, most expedient way possible.

I thank you for your kind attention.

Sincerely,

Waid Prather, Editor-Publisher
The Carthaginian



Robert M Allensworth B14522 6N21
BMRCC 251 N IL 37 S
Ina IL 62846 2419

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS

Clerk, U.S. District Court
Southern District of Texas
FILED

DEC 23 2014

David J. Bradley, Clerk of Court

Marianne Serpa Person in Charge

US District Clerk's Office

1133 N Shoreline Rm 208

Corpus Christi TX 78401



02 1M
0004256681
MAILED FROM