# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING LEAVE TO WITHDRAW
## STEPHEN LYLE TATUM, JR.

On this date, the Court considered the Defendants' Motion to Withdraw

Stephen Lyle Tatum, Jr. as counsel in the above-captioned case.  Having considered

the motion, the Court is of the opinion that the motion should be granted.

Accordingly, it is ORDERED that Defendants' Motion is GRANTED.

Signed on the ____ day of __12|29|14__, 2014.

NELVA GONZALES RAMOS
United States District Judge