IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, § | | |
| § | | |
| Plaintiffs, § | | |
| VS. § | | CIVIL ACTION NO. 2:13-CV-00193 |
| § | | |
| RICK PERRY, *et al.*, § | | |
| § | | |
| Defendants. § | | |

### UNOPPOSED MOTION TO WITHDRAW
### ADAM W. ASTON AS COUNSEL

Defendants, Steve McCraw, Rick Perry, State of Texas, and John Steen ("Defendants"), move to withdraw Adam W. Aston as attorney in this matter and state as follows:

1. Adam W. Aston is one of several attorneys for Defendants and other attorneys at the Office of the Attorney General will remain responsible for representing the Defendants in the above-captioned matter.

2. Withdrawal of Mr. Aston as attorney of record will not cause undue delay and will not have a material adverse effect on Defendants' interests.

WHEREFORE, Defendants respectfully request leave to allow Adam W. Aston to withdraw as counsel in this matter.

1

Dated:        January 9, 2015

                KEN PAXTON
                Attorney General of Texas

                CHARLES E. ROY
                First Assistant Attorney General

                SCOTT KELLER
                Solicitor General

                */s/ Lindsey Elizabeth Wolf*
                LINDSEY ELIZABETH WOLF
                Assistant Attorney General
                Southern District of Texas No. 2292940

                ADAM W. ASTON
                Deputy Solicitor General
                Southern District of Texas No. 2157041

                STEPHEN RONALD KEISTER
                Assistant Attorney General
                Southern District of Texas No. 18580

                JENNIFER MARIE ROSCETTI
                Assistant Attorney General
                Southern District of Texas No. 224780

                209 West 14th Street
                P.O. Box 12548
                Austin, Texas 78711-2548
                (512) 475-0131

BEN A. DONNELL
Donnell, Abernethy & Kieschnick
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401-0853
Southern District of Texas No. 5689

COUNSEL FOR THE STATE OF TEXAS,
RICK PERRY, JOHN STEEN, and STEVE
MCCRAW

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 9, 2015, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.


                                          */s/ Adam W. Aston*
                                          ADAM W. ASTON