# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 2:13-CV-00193 |
| § | |
| RICK PERRY, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER GRANTING LEAVE TO WITHDRAW ADAM W. ASTON

On this date, the Court considered the Defendants' Motion to Withdraw Adam W. Aston as counsel in the above-captioned case. Having considered the motion, the Court is of the opinion that the motion should be granted.

Accordingly, it is ORDERED that Defendants' Motion is GRANTED.

Signed on the ____ day of _____, 2015

_____
NELVA GONZALES RAMOS
United States District Judge