IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, § § § Plaintiffs, § VS. § CIVIL ACTION NO. 2:13-CV-00193 § RICK PERRY, *et al.*, § § Defendants. § | |

### ORDER GRANTING LEAVE TO WITHDRAW
### ADAM W. ASTON

On this date, the Court considered the Defendants' Motion to Withdraw Adam W. Aston as counsel in the above-captioned case. Having considered the motion, the Court is of the opinion that the motion should be granted.

Accordingly, it is ORDERED that Defendants' Motion is GRANTED.

Signed on the ___ day of 1/9/15, 2015

NELVA GONZALES RAMOS
United States District Judge