UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **Marc Veasey**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **Rick Perry,** et al., <br><br> Defendants. | Civil Action No. 2:13-cv-00193 |

## DEFENDANTS' UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

The defendants respectfully move this Court to allow the substitution of Scott A. Keller as counsel in place of Jonathan F. Mitchell. Mr. Keller replaced Mr. Mitchell as Solicitor General of Texas effective January 12, 2015. Mr. Keller is licensed to practice law in Texas and is admitted to practice and remains in good standing in the United States District Court for the Southern District of Texas.

The defendants request that a copy of all papers served or filed in this action be forwarded to:

Scott A. Keller
Solicitor General
Texas State Bar No. 24062822
S.D. Tex. Bar No. 1142637
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-1700
scott.keller@texasattorneygeneral.gov

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

/s/ Scott A. Keller
SCOTT A. KELLER
Solicitor General
Texas State Bar No. 24062822
S.D. Tex. Bar No. 1142637

OFFICE OF THE ATTORNEY GENERAL
209 West 14th Street
P.O. Box 12548 (MC-059)
Austin, Texas 78711-2548
(512) 936-1700 (phone)
(512) 474-2697 (fax)
scott.keller@texasattorneygeneral.gov

COUNSEL FOR DEFENDANTS

Dated: January 16, 2015

## CERTIFICATE OF CONFERENCE

I certify that I e-mailed counsel for the plaintiffs on January 16, 2015, asking whether they would oppose this motion. No counsel objected to the motion.

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell

## CERTIFICATE OF SERVICE

I certify that on January 16, 2015, this document was served to counsel of record through the Court's CM/ECF document filing system.

/s/ Scott A. Keller
Scott A. Keller
Solicitor General