UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

**Marc Veasey**, et al.,

                  Plaintiffs,

      v.

**Rick Perry,** et al.,

                Defendants.

Civil Action No. 2:13-cv-00193

## ORDER GRANTING LEAVE TO SUBSTITUTE SCOTT A. KELLER FOR JONATHAN F. MITCHELL AS COUNSEL

It is ORDERED that the defendants' motion to substitute Scott A. Keller for Jonathan F. Mitchell as counsel in this case is GRANTED.

Signed on the _____ day of _____, 2015.

_____
NELVA GONZALES RAMOS
United States District Judge