IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, *et al.*,

        Plaintiffs,

   v.                                 Civil Action No. 2:13-cv-193 (NGR)
                                                  (Consolidated Action)

RICK PERRY, *et al.*,

        Defendants.

## **ORDER**

      Pending before the Court is an unopposed motion of the Veasey-LULAC Plaintiffs to compel Defendants to pay reasonable expert witness expenses incurred as a result of errors in Defendants' initial data disclosure. For good cause shown, the motion is hereby GRANTED.

      Defendants are ordered to pay, within a reasonable amount of time not to exceed 90 days, $7,261.03 to Dr. Michael Herron.

      So ORDERED this _____ day of January, 2015.

_____
NELVA GONZALES RAMOS