UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| v. § | CIVIL ACTION NO. 2:13-CV-00193 |
| § | |
| RICK PERRY, *et al.*, § | |
| § | |
| Defendants. § | |

### NOTICE OF APPEARANCE

Defendants the State of Texas, Rick Perry, John Steen and Steve McCraw, by and through the Attorney General for the State of Texas, submit this Notice of Attorney Appearance as Co-Counsel. Defendants are represented by the Office of the Attorney General for the State of Texas. Angela V. Colmenero has been assigned as co-counsel.

Dated: January 23, 2015

                         Respectfully submitted.

                         KEN PAXTON
                         Attorney General of Texas

                         CHARLES E. ROY
                         First Assistant Attorney General

                         JAMES E. DAVIS
                         Deputy Attorney General for Civil Litigation

*/s/ Angela V. Colmenero*
ANGELA V. COLMENERO
Assistant Attorney General
Southern District of Texas No. 1002881
Texas State Bar No. 24048399

MATTHEW H. FREDERICK
Assistant Solicitor General
Southern District of Texas No. 1160601

STEPHEN RONALD KEISTER
Assistant Attorney General
Southern District of Texas No. 18580

JENNIFER MARIE ROSCETTI
Assistant Attorney General
Southern District of Texas No. 224780

LINDSEY ELIZABETH WOLF
Assistant Attorney General
Southern District of Texas No. 2292940

209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 475-4071

BEN A. DONNELL
Donnell, Abernethy & Kieschnick
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401-0853
Southern District of Texas No. 5689

COUNSEL FOR THE STATE OF TEXAS, RICK PERRY, JOHN STEEN, and STEVE MCCRAW

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2015, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Angela V. Colmenero*
ANGELA V. COLMENERO