IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) <br> (Consolidated Action) |

## **ORDER**

Pending before the Court is an opposed motion of the Veasey-LULAC Plaintiffs to compel Defendants to pay reasonable expert witness expenses incurred as a result of discovery sought by Defendants. The Court has reviewed the motion and opposition thereto and finds the requested fee and expense reimbursement for Plaintiffs' experts reasonable pursuant to Federal Rule of Civil Procedure 26(b)(4)(E). The Court further finds that these expert fees and expenses were specifically incurred preparing for and providing deposition testimony requested by Defendants after Defendants had already received comprehensive expert reports pursuant to the Court's docket control order. Accordingly, for good cause shown, the motion is hereby GRANTED.

Defendants shall pay within a reasonable amount of time (not to exceed 90 days), $2,230.24 to T. Ransom Cornish.

Defendants shall pay within a reasonable amount of time (not to exceed 90 days), $7,021.68 to Michael Herron.

Defendants shall pay within a reasonable amount of time (not to exceed 90 days), $5,572.00 to George Korbel.

Defendants shall pay within a reasonable amount of time (not to exceed 90 days), $4,250.00 to Gabriel Sanchez.

Defendants shall pay within a reasonable amount of time (not to exceed 90 days), $3,000 to Matthew Barreto.

Defendants shall pay within a reasonable amount of time (not to exceed 90 days), $3,600 to Allan Lichtman.

So ORDERED this _____ day of January, 2015.

_____
NELVA GONZALES RAMOS