IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) <br> (Consolidated Action) |

## ORDER

Pending before the Court is an unopposed motion of the Veasey-LULAC Plaintiffs to compel Defendants to pay reasonable expert witness expenses incurred as a result of errors in Defendants' initial data disclosure. For good cause shown, the motion is hereby GRANTED.

Defendants are ordered to pay, within a reasonable amount of time not to exceed 90 days, $7,261.03 to Dr. Michael Herron.

So ORDERED this 23rd day of January, 2015.

NELVA GONZALES RAMOS