**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# EXHIBIT A

```
            IN THE UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF TEXAS
                  CORPUS CHRISTI DIVISION


        MARC VEASEY, et al,
                Plaintiffs,
                                      CIVIL ACTION
        VS.                           NO. 2:13-CV-00193


        RICK PERRY, et al,
                Defendants.

                    ORAL DEPOSITION OF
                      GEORGE KORBEL
                  Tuesday, August 5, 2014
```

ORAL DEPOSITION OF GEORGE KORBEL, produced as

a witness at the instance of Defendants, and duly sworn,

was taken in the above-styled and numbered cause on

Tuesday, August 5, 2014, from 10:24 a.m. to 2:53 p.m.,

before Debbie D. Cunningham, CSR, in and for the State

of Texas, reported via Machine Shorthand at the Price

Daniels Building, 209 W. 14th Street, Austin, Texas

78701, pursuant to the Federal Rules of Civil Procedure.

--oOo--

57

1    Q.    Did you contact your counsel and attempt to

2  verify that issue with them?

3    A.    Did I contact my what?

4    Q.    Counsel for plaintiffs.

5    A.    No.

6    Q.    After you provided your report to them, have

7  they given you a comment and let you know whether, in

8  fact, there are locations in any of those counties to

9  get photo IDs for any of the citizens therein?

10    A.    They have not.  I'm just using the DPS

11  website.

12              (The reporter requests a break.)

13              MR. SCOTT:  We're going to take a break.

14              (Off the record 11:41 a.m. to 12:08 p.m.)

15    A.    In looking at these charts, I see that there's

16  a notice draft 8/23.  So I presume that's last year at

17  8/23.  So when I was contacted by the lawyers, it would

18  have been before that.  I think I said it was sometime

19  before the first of the year.  It probably it was before

20  8/23.

21    Q    (BY MR. SCOTT)  Whenever that was, you would

22  have some first billing entry on your yellow pad,

23  correct?

24    A.    Yes, I would.

25    Q.    Other than going back and looking at your

1      A.   Yes, uh-huh.

2      Q.   **Since 1977, has minority participation in the**

3   **election process increased or decreased in Texas?**

4      A.   Vis-a-vis what?

5      Q.   **Prior to 1977.**

6      A.   Is your question asking if there are more

7   Hispanics who vote since 1977?

8      Q.   **As a percentage.**

9      A.   Yes, there probably are; but it depends on the

10  election.

11     Q.   **And the same question with regard to**

12  **African-Americans.**

13     A.   Yes, there probably are; but it depends on the

14  election.

15          MR. SCOTT:  Let's take a quick break

16  since the food's here.  So let's call it a 15-minute

17  break just to see how fast we can eat.  That's not real

18  fair to y'all; but y'all can order pizza while we're

19  over here.

20          Oh, we're off the record.

21          (Off the record from 12:51 to 1:15 p.m.)

22     Q    **(BY MR. SCOTT)  Mr. Korbel, if I could get**

23  **you -- let's turn away, if we could, from the subject of**

24  **logistics of obtaining voter identification and if we**

25  **could turn our attention now to your report; and start**

1      A.   No.   My son just graduated from college and he

2  works in Houston and my daughter just graduated from

3  college and she's in the process of getting an advanced

4  degree at Columbia.  She has, however, helped me with

5  things over the years.

6           MR. SCOTT:  I'll tell you what:  Let me

7  go through my notes, and I think we are about D-O-N-E.

8           THE WITNESS:  Wonderful.

9           MR. SCOTT:  We're going to take a

10  five-minute break if that's okay with y'all.

11           (Off the record from 2:36 to 2:47 p.m.)

12      **Q    (BY MR. SCOTT)  Mr. Korbel, with**

13  **Senator Gallegos, were you being paid by him or anyone**

14  **else for the services you provided to him during the**

15  **approximately 2005 through the 2009 sessions on voter ID**

16  **issues?**

17      A.   No.  He's someone I had worked with since,

18  gosh, the Eighties, since he first went to the

19  Legislature.

20      **Q.   I was not clear on the connection with**

21  **redistricting to the Senate factors on immigration, that**

22  **conversation.  It's not in your report, but you brought**

23  **it up and said it does relate to it.**

24      A.   Well, redistricting has to do with the history

25  of discrimination; and there's lots of findings on that.