**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, *et al.*, | § § | |
| Defendants. | § | |

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DeLEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEZ, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMMEY, PEGGY HERMAN, EVELYN BRICKNER, GORDON BENJAMIN, KEN GANDY, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC) and DALLAS COUNTY, TEXAS<br>    *Plaintiffs*,<br><br>v.<br><br>RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State,<br>    *Defendants*.<br><br>UNITED STATES OF AMERICA,<br>    *Plaintiffs*,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, IMANI CLARK, AND MICHELLE BESSIAKE,<br>    *Plaintiff-Intervenors*, | § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No.:<br>Case No. 2:13-CV-00193 (NGR)<br>[Lead Case] |
| TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, AND HIDALGO COUNTY,<br>    *Plaintiff-Intervenors*,<br><br>v.<br><br>STATE OF TEXAS, JOHN STEEN, in his Official capacity as Texas Secretary of State and STEVE McCRAW, in his Official capacity as Director of the Texas Department of Public Safety,<br>    *Defendants*. | § § § § § § § § § § § § § § § § § § | Civil Action No.:<br>2:13-CV-00263 (NGR) |

**DECLARATION OF MATTHEW BARRETO - Page 1**

| | | |
|---|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES; and the MEXICAN AMERICAN LEGISLATIVE CAUCUS OF THE TEXAS HOUSE OF REPRESENTATIVES,<br>    *Plaintiffs*<br><br>v.<br><br>JOHN STEEN, in his official capacity as Secretary of State of Texas, and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety<br>    *Defendants*. | § § § § § § § § § § § § § § § § § | Civil Action No.:<br>2:13-CV-00291 (NGR) |
| BELINDA ORTIZ, LENARD TAYLOR, EULALIO MENDEZ, JR., LIONEL ESTRADA, ESTELA GARCIA ESPINOSA, LYDIA LARA, MARGARITO MARTINEZ LARA, MAXIMINA MARTINEZ LARA, AND *LA UNION DEL PUEBLO ENTERO, INC.*<br>    *Plaintiffs*<br><br>v.<br><br>STATE OF TEXAS, JOHN STEEN, in His official capacity as Texas Secretary of State, and STEVE McCRAW, in his Official capacity as Director of the Texas Department of Public Safety<br>    *Defendants*. | § § § § § § § § § § § § § § § § § § § | Civil Action No.:<br>2:13-CV-00348 (NGR) |

# DECLARATION TO ACCOMPANY
# THE EXPERT REPORT OF MATTHEW A. BARRETO, Ph.D.

Pursuant to 28 U.S.C. §1746, I, Matthew A. Barreto, declare that:

My name is Matthew A. Barreto. I am an expert witness designated by the Veasey-LULAC and NAACP Plaintiffs in the above referenced case now pending in the United States District Court for the Southern District of Texas.

A true and correct copy of my curriculum vitae is attached hereto as a part of my report. The following report, a true and correct copy of which is attached and incorporated herein for all purposes, is a summary of my opinions and conclusions. The materials I relied upon to develop my analysis and opinions are produce herewith for all counsel.

The court testimony and publications I am required to disclose are described in my attached curriculum vitae.

My reasonable and necessary hourly rate for my time in this case is $250.

As explained in the attached report, I directed the firm of Pacific Market Research to conduct the survey I was asked to construct and interpret. Pacific Market Research was paid $146,400 for their efforts with regard to this survey.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this the 26th day of June, 2014.

_____
Matthew A. Barreto

**DECLARATION OF MATTHEW BARRETO** - Page 3