IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § § | |
| RICK PERRY, *et al.*, | § § | |
| Defendants. | § | |

# EXHIBIT D

```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF TEXAS
                   CORPUS CHRISTI DIVISION


                                    )
MARC VEASEY, ET AL,                 ) CIVIL ACTION
                                    )
     Plaintiffs,                    ) NO. 2:13-CV-00193
                                    )
V.                                  )
                                    )
RICK PERRY, ET AL,                  )
                                    )
     Defendants.                    )
```

*********************************************************
                    ORAL DEPOSITION OF

                 MATTHEW A. BARRETO, Ph.D.

                      AUGUST 26, 2014

*********************************************************

  ORAL DEPOSITION OF MATTHEW A. BARRETO, Ph.D., produced as a witness at the instance of the DEFENDANTS, and duly sworn, was taken in the above-styled and numbered cause on the 26th of August, 2014, from 9:05 a.m. to 10:58 a.m., before Tamara Vinson, CSR in and for the State of Texas, reported by machine shorthand, at Matthiesen & Associates, 511 Lovett Boulevard, Houston, Texas, 77006, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

1  A.  I think that's what it called now.
2  Q.  **I think so.  You have been at the University**
3  **of Washington in Seattle?**
4  A.  Correct, I'm currently professor of political
5  science at the University of Washington in Seattle
6  where I've been since 2005.
7  Q.  **And was that your first stop as a professor?**
8  A.  Yes, that was my first tenured track academic
9  appointment.
10 Q.  **And you were tenured at the University of**
11 **Washington?**
12 A.  Correct.
13 Q.  **And how long have you been tenured there?**
14 A.  I received tenure in maybe 2009 and was just
15 promoted to full this year.
16 Q.  **You sat through the entire deposition of**
17 **Dr. Sanchez yesterday?**
18 A.  Correct.
19 Q.  **You were working on your laptop on something**
20 **else, I'm assuming?**
21 A.  For most of the time, yeah.  I think I took a
22 few notes of interesting questions you had brought up.
23 Q.  **What notes did you make that were interesting**
24 **to you?**
25 A.  I don't recall right now, but, in particular,

1  come and convince them that this tastes really good
2  and it's healthy, and if they don't have an ID, they
3  will never be able to eat those.
4      **Q.   You would agree that is for the individual to**
5  **decide, though.  Correct?**
6      A.   The individual -- my perspective is that the
7  individual should have the same right to eat the live
8  tarantula as somebody who has a driver's license.
9      Q.   Okay.
10              MR. DUNN:  I'm ready for a bathroom
11 break when it's an okay time.
12              MR. SCOTT:  What?  Okay.
13              THE WITNESS:  Just getting warmed up.
14              MR. SCOTT:  Hey, we're having fun.  Come
15 on, Chad.  We want to get out of here before 5:00.
16 I've got a 5:30 flight.
17              (Break.)
18              MR. SCOTT:  Back on the record.
19     **Q.   (By Mr. Scott)  Dr. Barreto, were you able,**
20 **through the test questions, to confirm in the survey**
21 **the type of IDs that were presented by voters at Texas**
22 **elections in the past?**
23     A.   We did not.  We only asked questions about
24 what they currently possess.
25     **Q.   Okay.  Did any of those questions ask about**