**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, *et al.*, | § § | |
| Defendants. | § | |

# EXHIBIT F

```
 1                P-R-O-C-E-E-D-I-N-G-S
 2                                          (9:09 a.m.)
 3  WHEREUPON,
 4                  MICHAEL C. HERRON
 5  was called for examination by Counsel for the
 6  State of Texas and, having been first duly sworn,
 7  was examined and testified as follows:
 8                   DIRECT EXAMINATION
 9          BY MR. SCOTT:
10      Q   Would you state your name for the
11  record, please, sir?
12      A   Michael Charles Herron.
13      Q   Dr. Herron, my name is John Scott.  I
14  am a lawyer that represents -- or helps represent
15  the State of Texas and some other Defendants in a
16  lawsuit that has been filed in Texas, amongst
17  other things, under the Voting Rights Act.  Do
18  you understand that?
19      A   Yes.
20      Q   And you have been identified as an
21  expert witness in that case.  Do you understand
22  that?
23      A   Yes.
24      Q   So have you ever given a deposition
25  before?
```

1  used --

2          BY MR. SCOTT:

3      Q    What was the term of art you used?

4      A    I don't know.  We could ask the

5  reporter.  But I don't have a definition of the

6  term accurate.

7      Q    **We'll take a quick two-second break**

8  **here while I look one up and we'll use Websters.**

9  **Are you okay with that?  I don't have my**

10 **dictionary with me.**

11          (Whereupon, the above-entitled matter

12 went off the record at 11:01 a.m. and resumed at

13 11:02 a.m.)

14          BY MR. SCOTT:

15     Q    **For purposes of your deposition, will**

16 **you agree that accurate is where something is**

17 **exact, it's correct in detail?  Are you okay with**

18 **that definition?**

19          MR. HEBERT:  I don't know that the

20 witness can agree with you.  But I will state

21 that I will agree that you are reading a

22 definition that comes out of a dictionary about

23 the word accurate.

24          BY MR. SCOTT:

25     Q    **For purposes of your deposition,**

1  **post-snafu report?**

2       A     No, I did not calculate that.

3       **Q     Whatever that number was, it had a**

4  **dramatic effect on your opinions in this case,**

5  **correct?**

6       A     Well, depending on how you define

7  dramatic.

8             MR. HEBERT:  Objection to form.

9             **BY MR. SCOTT:**

10      **Q     Sure.  It reduced by almost 50 percent**

11 **the number of persons that you had identified as**

12 **being on the original no match list, correct?**

13      A     I don't have the original pre-snafu

14 version in my report.  But assuming that it's 1.2

15 million, then that is correct.

16            MR. SCOTT:  Let's take a break.  I'll

17 go through some stuff.

18            (Whereupon, the above-entitled

19            matter went off the record at

20            12:36 p.m. and went back on the

21            record at 12:47 p.m.)

22            **BY MR. SCOTT:**

23      **Q     Dr. Herron, a few more questions, if**

24 **I could, and then I think we'll be wrapping it**

25 **up.  Did you provide any input at all onto the**

1  p.m. and went back on the record
2  at 1:06 p.m.)
3  MR. SCOTT: Dr. Herron, that will be
4 all the questions I've got for you today. Thank
5 you.
6  THE WITNESS: Thank you.
7  MR. HEBERT: We'll reserve our
8 questions until the time of trial.
9  (Whereupon, the above-entitled
10  matter went off the record at 1:06
11  p.m., signature having NOT been
12  waived.)