# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, § § Plaintiffs, § VS. § GREG ABBOTT, *et al.*, § § Defendants. § § § § | CIVIL ACTION NO. 2:13-CV-00193 |

## ORDER DENYING OPPOSED MOTION OF VEASEY-LULAC PLAINTIFFS TO ORDER THE PAYMENT OF CERTAIN EXPERT WITNESS EXPENSES

On this date, the Court considered the Opposed Motion of Veasey-LULAC Plaintiffs to Order the Payment of Certain Expert Witness Expenses in the above-captioned case. Having considered the motion, the Court is of the opinion that the motion should be denied.

Accordingly, it is ORDERED that the Veasey-LULAC Plaintiffs' Motion is DENIED.

Signed on the ____ day of _____, 2015

_____
NELVA GONZALES RAMOS
United States District Judge