IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, § | | |
| § | | |
| Plaintiffs, § | | |
| VS. § | CIVIL ACTION NO. 2:13-CV-00193 | |
| § | | |
| RICK PERRY, *et al.*, § | | |
| § | | |
| Defendants. § | | |

**UNOPPOSED MOTION TO WITHDRAW
LINDSEY ELIZABETH WOLF AS COUNSEL**

Defendants, Steve McCraw, Greg Abbott, State of Texas, and the Texas Secretary of State ("Defendants"), move to withdraw Lindsey Elizabeth Wolf as attorney in this matter and state as follows:

1. Lindsey Elizabeth Wolf is one of several attorneys for Defendants and other attorneys at the Office of the Attorney General will remain responsible for representing the Defendants in the above-captioned matter.

2. Withdrawal of Ms. Wolf as attorney of record will not cause undue delay and will not have a material adverse effect on Defendants' interests.

WHEREFORE, Defendants respectfully request leave to allow Lindsey Elizabeth Wolf to withdraw as counsel in this matter.

Dated: February 19, 2015

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ANGELA V. COLMENERO
Assistant Attorney General
Southern District of Texas No. 1002881

MATTHEW H. FREDERICK
Assistant Solicitor General
Southern District of Texas No. 1160601

*/s/ Lindsey Elizabeth Wolf*
LINDSEY ELIZABETH WOLF
Assistant Attorney General
Southern District of Texas No. 229240
Texas State Bar No. 24088782
 (512) 475-4233

STEPHEN RONALD KEISTER
Assistant Attorney General
Southern District of Texas No. 18580

JENNIFER MARIE ROSCETTI
Assistant Attorney General
Southern District of Texas No. 224780

209 West 14th Street
P.O. Box 12548
Austin, Texas 78711-2548
(512) 475-0131

BEN A. DONNELL
Donnell, Abernethy & Kieschnick
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401-0853
Southern District of Texas No. 5689

2

        COUNSEL FOR THE STATE OF TEXAS,
GREG ABBOTT, THE TEXAS SECRETARY
OF STATE, and STEVE MCCRAW

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel conferred via email on February 18, 2015 regarding the filing of this motion. No counsel objected to the relief sought.

        \_\_\_/s/ Lindsey Elizabeth Wolf_____
LINDSEY ELIZABETH WOLF

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2015, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Lindsey Elizabeth Wolf*
LINDSEY ELIZABETH WOLF