## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 2:13-CV-00193 |
| RICK PERRY, *et al.*, | § § | |
| Defendants. | § § | |

### [PROPOSED] ORDER GRANTING LEAVE TO WITHDRAW LINDSEY ELIZABETH WOLF

On this date, the Court considered the Defendants' Motion to Withdraw Lindsey Elizabeth Wolf as counsel in the above-captioned case. Having considered the motion, the Court is of the opinion that the motion should be granted.

Accordingly, it is ORDERED that Defendants' Motion is GRANTED.

Signed on the ____ day of _____, 2015.

_____
NELVA GONZALES RAMOS
United States District Judge

1