# EXHIBIT A

reservations@email-usairways.com
To:
Your US...

August 14, 2014 1:46 PM



US AIRWAYS                                    Your reservation

Book travel      Travel tools      Dividend Miles      Specials      US Airways Vacations

## You're confirmed

Date issued:  Thursday, August 14, 2014

Scan at any US Airways kiosk to check in

*i*   Next stop: the airport. See terminal information and find your way.

Confirmation code:

**BSSBJK**        US Airways

Passenger summ

**Passenger name**

Michael C Herron

Day of departure phone:

Trip details

**DEPART**

# BOS → DCA

**Boston, MA to Washington, DC (Reagan National)**
Tuesday, August 19, 2014

| | | | |
|---|---|---|---|
| FLIGHT# 2117 | Operated by US Airways | | |
| DEPART | 02:00 PM BOS   Terminal B | AIRCRAFT | A319 |
| ARRIVE | 03:31 PM DCA | CABIN | Coach |
| TRAVEL TIME | 1h 31m | MEAL | -- |
| | | SEATS | 12D |




## Total travel cost (1 passengers)

| Your fare (Non-refundable) | Adult |
| --- | --- |
| BOS to DCA (NA03ZNJ1) | $200.00 |
| Taxes and fees | $29.10 |
| Subtotal | $229.10 |
| Number of passengers | x 1 |
| Total by passenger type | $229.10 |
| **Total fare (All passengers)** | **$229.10** |
| ChoiceSeats | |
| Michaelc Herron | $31.00 |
| **ChoiceSeats total** | **$31.00** |
| ↳ Charged to Michael Herron | **You paid $260.10** |

## Helpful links

**Travel tools and tips**
Airport information
Airport security
About Gogo Wi-Fi

US Airways Club
Seated in an exit row?

**Trip information**
Manage your reservation
Join Dividend Miles
TSA regulations

Change your seats
Baggage policies
Buy Gogo Wi-Fi

## Bags

Pay for your checked bags when you check in online or at the airport! Read more about bags.

| Carry ons* | | Carry-on bag | Personal item |
| --- | --- | --- | --- |
| All flights | | $0 | $0 |
| Checked bags (each way/per person)** | | 1st bag | 2nd bag |
| Domestic (U.S., Puerto Rico, USVI, Canada) | | $25 | $35 |
| Mexico/Caribbean/Central America*** | | $25 | $40 |



# U·S AIRWAYS®
## HERRON/MICHAELC

CONF: BSSBJK/US
SEQ:   50

| DATE | FLIGHT | BOARD | DEPART | ARRIVE | GATE | BOARD GROUP | SEAT |
|------|--------|-------|--------|--------|------|-------------|------|
| 19AUG | US 2117 | 130P | BOS 200P | DCA 331P | 18 | ZONE 2 | 12D |
| | | | BOSTON | WASHINGTON - DC/HOICE | | MAIN CABIN | AISLE |

FF:

E-TICKET
DOORS CLOSE 10 MINUTES PRIOR TO SCHEDULED DEPARTURE

# U·S AIRWAYS®

E-TICKET RECEIPT

FDL7GH/US    19AUG14
HERRON/MICHAELC
1000A EXCESS BAG EBC   US    9957    Y    19AUG    ARRIVAL    1130A FEE FEE

FP  CAXXXXXXXXV
00 0000 (3B) 00 0U00 (4B) 00 0000 (OW) 00 0000 (OZ) 00 0000 (SE) 00 0000
(CU) 00 0000 USDTTL 25.OOEND 0372369547387201408141201408192117BOS.DCA.DC
A.(BSSB3K)

FC  BAGGAGE FEE (1B) O1 25.00 (2B)

DOCUMENT NUMBER 0372370112773

NO CASH VALUE

FARE USD    25.00
TAX    US    0.00
TAX
TOTALUSD    25.00

FROM    TO
EBC  FEE

THANK YOU FOR FLYING
US AIRWAYS

## DARTMOUTH COACH RECEIPT

7 Langdon Street, Concord, NH 03301                                        www.dartmouthcoach.com

Not Valid For Transportation

### CUSTOMER RECEIPT ONLY

| MICHAEL HERRON | OW ADULT HAN/LOG | 38.00 |
| --- | --- | --- |

DARTMOUTH COACH

| SUBTOTAL | 38.00 |
| --- | --- |
| TAX | 0.00 |
| TOTAL | 38.00 |

CUSTOMER COPY
AGENCY: DARTMOUTH COACH
AGENT: 55

TRANSACTION #02382469
PAY TYPE: ONLINE CREDIT CARD
AUTHORIZATION: 01944T
SALE DATE: 19AUG14 9:17AM

**UNITED ≡KT**

THIS TICKET SHALL EXPIRE ONE YEAR FROM DATE OF ISSUE

PASSENGER RECEIPT 1OF1

4

14AUG14

DA2B8OET   /HOUSTON                US

DUPLICATE
HERRON/MICHAELMR                    HERRON/MICHAELMR
**NOT VALID FOR*****RETAIN THIS RECEIPT***       I
**TRANSPORTATION***THROUGHOUT YOUR JOURNEY*    WASHINGTON/NATL
NONREF/OVALUAFTDPT/CHGFEE                       UA 1181 U 20AUG UAAOODKN
                                  CHICAGO OHARE
                               L9P4V5

/FC WAS UA CHI 307.91UAAOODKN USD 307.91 END ZP DCA XT23.09US4.00ZP5.60AY4.50XF
DCA4.5

USD   307.91          FP
XT     37.19

USD   345.10          D 016 2416635900 3

****************************
NOT VALID FOR TRAVEL
016 2416635900 3
A STAR ALLIANCE MEMBER ✈

STAPLE HERE

Do not expose to excessive heat or direct sunlight.

PRINTED IN U.S.A. BY MAGNETIC TICKET AND LABEL CORP., DALLAS, TX   CS9887   REV. 11/12

Do not expose to excessive heat or direct sunlight.

STAPLE
HERE

PRINTED IN U.S.A. BY MAGNETIC TICKET AND LABEL CORP., DALLAS, TX    CSMS57    REV. 11/12

# UNITED

*ITINERARY PAGE*
*NOT VALID FOR TRAVEL*1OF1

| FROM - TO | AIRLINE | FLT | DATE | TIMES | | |
|---|---|---|---|---|---|---|
| | | | | | DEP | ARV |
| WASHINGTON/N - CHICAGO OHAR | UNITED AIRLINES INC | 1181 | 20AUG | | 700P | 806P |
| COACH CLASS | AIRPORT CHECK-IN | | | | | |

THANK YOU FOR CHOOSING UNITED

HERRON/MICHAELMR
*****************************
**                         **
         ITINERARY
**                         **
*****************************
*****************************
*****************************
*****************************
*****************************
*****************************
*****************************
*****************************
*****************************
*****************************
*****************************

FOR UNITED
RESERVATIONS/INFORMATION



UNITED

HERRON/MICHAELMR
GPM95436P

WASHINGTON TO CHICAGO

UA1181
DCA-ORD    16
WED AUGUST 20 2014    GATE MAY CHANGE

GATE

BOARD TIME
6:25P
DEPARTS:  7:00 PM
ARRIVES:  8:06 PM

SEAT
10F
WINDOW
ECONOMY

L9P4V5    10F
UA 1181    B5E436

227

BOARDING
GROUP
3

CONFIRMATION:  L9P4V5
TICKET:  016 2418635900

A STAR ALLIANCE MEMBER ✦

PRINTED IN U.S.A. BY MAGNETIC TICKET AND LABEL CORP., DALLAS, TX    CSN557    REV. 11/12
STAPLE
HERE
Do not expose to excessive heat or direct sunlight.

**UNITED**

HERRON/MICHAELMR
**NOT VALID FOR**
**TRANSPORTATION**

DCA UA ORD

1 FIRST CHECKED BAG 25.00

USD   25.00

USD   25.00

PRINTED IN U.S.A. BY MAGNETIC TICKET AND LABEL CORP., DALLAS, TX.   CB4567   REV. 11/12

STAPLE
HERE

Do not expose to excessive heat or direct sunlight.

PASSENGER RECEIPT   1 OF 1
20AUG14
SC/B52765   /WASHINGTON DC   US

PSGR TICKET   0162418635900З

L9P4V5

1 016 2603484037 1

EXCESS BAGGAGE
TICKET

THIS IS YOUR RECEIPT

FOR CONDITIONS OF
CONTRACT - SEE
PASSENGER TICKET AND
BAGGAGE CHECK

NOT VALID FOR TRAVEL

A STAR ALLIANCE MEMBER ✩

**TAXICAB RECEIPT**

Time: 3:30 pm
Date: 8/7/14
Origin of trip: PCA
Destination: Hyatt
Fare: $18    Sign: _____

**TAXICAB RECEIPT**

Time: _____
Date: 8/20/2014
Origin of trip: Hyatt
Destination: DCA
Fare: $19    Sign: _____

```
--ORIGINAL--
   YELLOW CAB
CAB # 6286
 CUSTOMER COPY
08/20/14 TR 4953
START  END MILES
21:34 21:58 14.5
FARE:  $   31.25
EXTRA: $    2.00
TOLL:  $    0.00
SRCH:  $    0.00
TIP:   $    6.65
TOTAL: $   39.90

CARD:
AUTH:    02Q40T

CALL 311 FOR
COMPLIMENTS OR
COMPLAINTS

   --ORIGINAL--
```

EAT FIRST CORPORATION
609 H ST NW
WASHINGTON, DC 20001

08/19/2014                          18:38:57
Merchant ID:            000000002733339
Terminal ID:                   04089075
373215458994

CREDIT CARD

MC SALE

CARD #
INVOICE                              0061
Batch #:                           000474
Approval Code:                     019007
Entry Method:                     Swiped
Mode:                              Online

PRE-TIP AMT              $10.95

TIP                       2.00

TOTAL AMOUNT             12.95

CUSTOMER COPY

```
                    Asian Too

  88 YanHua M
-----------------------------------------------
Chk 5978          Aug19'14 12:15P   Gst   1
-----------------------------------------------
   1 SWT&SOUR CHICKN              7.25

     M.C.                         7.76

     Subtotal                     7.25
     Tax                          0.51
     Payment                      7.76
```

```
              Areas USA
            ILLY COFFEE
         LOGAN INTL AIRPORT
         3305 Stella
------------------------------------

     116
          19AUG'14    1:34PM
------------------------------------
                    TOGO
     1 PELL LIMONATA        2.65
       CASH                 3.00
       BEVERAGE             2.65
       TAX                  0.19
       PAYMENT             2.84
       CHANGE DUE           0.16
    ---3305 Closed AUG19 01:34PM----
    Earn more MILES or POINTS!
    www.thanksagain.com/AREAS
      or text AREAS to 82257

    For Guest Service, email:
    guestservice@areasmail.com
      Or Call 866.820.1178

    Your order number is: 116
```

*Hudson News*

RONALD REAGAN
WASHINGTON NATIONAL AIRPORT
TERMINALS B AND C
WASHINGTON, DC 20001

STORE: 01305   REG: 001 CASHIER: TSEHAY
KIND DK CHOC CHERRY CASH
602652170508     1 @ 3.49             3.49
SUBTOTAL                              3.49
SALES TAX (6.50000%)                  .23

TOTAL                                3.72

AMOUNT TENDERED                     10.02

Cash

                                    10.02
TOTAL PAYMENT
CHANGE                               6.30
Transaction: 41413          8/19/2014 3:25 PM
     Comments\Inquiries? (800) 326-7711
       or Comments@Hudsongroup.com
       Thank you for shopping with us.

04141301305001081920l4

*Hudson News*

LOGAN INT'L AIRPORT
200 TERMINAL B
EAST BOSTON, MA 02128
STORE: 00381  REG: 002 CASHIER: MARIA
SAHALE POM PISTACHIO 4OZ
893869000720    1 @ 5.49          5.49 N
SUBTOTAL                          5.49

TOTAL                             5.49
AMOUNT TENDERED

Cash                             20.00

TOTAL PAYMENT                    20.00
CHANGE                           14.51
Transaction: 472587    8/19/2014 2:35 PM

We accept returns (except for print
media) for exchange or refund within
14 days of original purchase date
when accompanied by the sales receipt
and in original packaging
and original condition.

Comments\Inquiries? (800)326-7711
or Email comments@hudsongroup.com
Thank You for shopping with us.


Visit www.HudsonBooksellers.com
Use Code SHIPNOW for FREE Shipping

4725870038100208192014

*Hudson News*

CHICAGO O'HARE AIRPORT
2309 MOUNT PROSPECT RD
DES PLAINES, IL 60018
STORE: 00896  REG: 001 CASHIER: DIVINA
CUSTOMER RECEIPT COPY

KIND CRANBERRY ALMOND
602652170119    1 @ 3.69          3.69
SUBTOTAL                          3.69
SALES TAX (2.25000%)               .08
TOTAL                            3.77
AMOUNT TENDERED
MasterCard                       3.77
  ACCT: **********
  EXP: ******
  APPROVAL: 02019T

TOTAL PAYMENT                    3.77
Transaction: 375176        8/20/2014 9:30 PM

Comments\Inquiries? (800)326-7711
or Email comments@hudsongroup.com
Thank You for shopping with us.


Visit www.HudsonBooksellers.com
Use Code SHIPNOW for FREE Shipping

3751760089600108202014

# ⊞ Hudson

RONALD REAGAN
WASHINGTON NATIONAL AIRPORT
TERMINALS B AND C
WASHINGTON, DC 20001

STORE: 01303  REG: 003 CASHIER: TSIGE
CUSTOMER RECEIPT COPY

GARLIC PARMESAN PRETZEL            4.99
049508006107    1 @ 4.99          4.99
SUBTOTAL                           .33
SALES TAX (6.50000%)
TOTAL                             5.32
AMOUNT TENDERED                   5.32
MasterCard
  ACCT: **********?
  EXP: ******
  APPROVAL: 020007

                                  5.32
TOTAL PAYMENT
Transaction: 55961         8/20/2014 6:09 PM
     Comments\Inquiries? (800) 326-7711
       or Comments@Hudsongroup.com
        Thank you for shopping with us.



055961013030 08202014

Reagan National South Pier
Washington DC

------------------------------

Check 1310                          8/20/2014
Senait W.                            7:12 PM
Guests 1

------------------------------
                                        2.49
    Gatorade
------------------------------
                                        2.49
Subtotal                                0.25
Tax
                                    ----------
                                        2.74
TOTAL
                                       -2.74
Master Card
   Acct. XXXXXXXXX
Approval AP02030T
CHANGE DUE                             0.00
------------------------------
        Thank you please come again



**PINKBERRY**
Space 48 A National Hall
Arlington, VA 22202

10001 Terron N
-------------------------------------
Chk 2791          Aug20'14 05:19P  Gst  1
-------------------------------------
**TOGO**
1 SM CHOC HAZE                    4.35
  CASH                           5.61

  YOGURT                         4.35
  TAX                            0.26
  PAYMENT                        4.61
  Change Due                     1.00
----------10001 Check Closed----------
----------Aug20'14 05:19PM-----------

    *****************************
    *   WE WANT YOUR FEEDBACK   *
    *   WIN A $50 GIFT CARD!    *
    * SIMPLY SHARE YOUR HONEST  *
    * PINKBERRY THOUGHTS WITH   *
    * US AND BE ENTERED TO WIN  *
    *   TAKE THE CHALLENGE @     *
    * WWW.PINKBERRYGOODNESS.COM *
    *****************************

    *****************************
    For comments please contact us
        at   info@pinkberry.com
        or   (323) 932-6800
    *****************************

# GRAND
# HYATT®

Michael Herron

Resv #: 8259193

You have Checked Out of Room 451

| Date | Description | Amount |
|------|-------------|--------|
| Aug 19 | Premium Internet | $15.99 |
| Aug 19 | - In Room Dining Dinner | $33.68 |
| Aug 19 | Guest Room | $279.00 |
| Aug 19 | Occupancy Sales Tax 14.5 | $40.46 |
| Aug 20 | Master Card | $369.13CR |

Balance: $0.00

Card: *********

Thank you for staying with us, we truely hope you had a
Grand Stay.

Complimentary Airline Boarding Passes are avialable via
our Fast Board terminals located in the Lobby.

If for any reason you were not Completely Satisfied,
please contact our Manager On Duty or email our Front
Office Manager, Dustin Dietel at
dustin.dietel@hyatt.com

8/20/2014 8:07:44 AM