# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 23, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 14-41127    Marc Veasey, et al v. Greg Abbott, et al
                        USDC No. 2:13-CV-193
                        USDC No. 2:13-CV-263
                        USDC No. 2:13-CV-291
                        USDC No. 2:13-CV-348

Enclosed is an order entered in this case.

United States Courts
Southern District of Texas
FILED
FEB 23 2015
David J. Bradley, Clerk of Court

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Jann Wynne
Jann M. Wynne, Deputy Clerk
504-310-7688

Mr. David J. Bradley, Clerk
Ms. Leah Camille Aden
Mr. J. Campbell Barker
Ms. Lindsey Beth Cohan
Mr. Armand G. Derfner
Mr. Robert Wayne Doggett
Mr. Chad Wilson Dunn
Ms. Diana Katherine Flynn
Ms. Erin Helene Flynn
Mr. Matthew Hamilton Frederick
Mr. Jose Garza
Mr. Ryan Paul Haygood
Mr. J. Gerald Hebert
Mr. Preston Edward Henrichson
Mr. Lawrence John Joseph
Mr. Scott A. Keller
Mr. Robert Acheson Koch
Ms. Natasha M. Korgaonkar
Ms. Sonya Ludmilla Lebsack
Ms. Christine Anne Monta
Mr. Rolando Leo Rios I
Mr. Ezra D. Rosenberg
Mr. Deuel Ross
Ms. Amy Lynne Rudd
Mr. John Albert Smith III
Ms. Christina A. Swarns

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Courts
Southern District of Texas
FILED

FEB 23 2015

David J. Bradley, Clerk of Court

A True Copy
Certified order issued Feb 23, 2015

Clerk, U.S. Court of Appeals, Fifth Circuit

No. 14-41127

MARC VEASEY; JANE HAMILTON; SERGIO DELEON; FLOYD CARRIER; ANNA BURNS; MICHAEL MONTEZ; PENNY POPE; OSCAR ORTIZ; KOBY OZIAS; LEAGUE OF UNITED LATIN AMERICAN CITIZENS; JOHN MELLOR-CRUMLEY,

    Plaintiffs - Appellees

TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS,

    Intervenor Plaintiffs - Appellees

v.

GREG ABBOTT, in his Official Capacity as Governor of Texas; TEXAS SECRETARY OF STATE; STATE OF TEXAS; STEVE MCCRAW, in his Official Capacity as Director of the Texas Department of Public Safety,

    Defendants - Appellants

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND; IMANI CLARK,

    Intervenor Plaintiffs - Appellees

v.

STATE OF TEXAS; TEXAS SECRETARY OF STATE; STEVE MCCRAW, in his Official Capacity as Director of the Texas Department of Public Safety,

       Defendants - Appellants

-----------------------------------------------------

TEXAS STATE CONFERENCE OF NAACP BRANCHES; MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES,

       Plaintiffs - Appellees

v.

TEXAS SECRETARY OF STATE; STEVE MCCRAW, in his Official Capacity as Director of the Texas Department of Public Safety,

       Defendants - Appellants

-----------------------------------------------------

LENARD TAYLOR; EULALIO MENDEZ, JR.; LIONEL ESTRADA; ESTELA GARCIA ESPINOSA; MARGARITO MARTINEZ LARA; MAXIMINA MARTINEZ LARA; LA UNION DEL PUEBLO ENTERO, INCORPORATED,

       Plaintiffs - Appellees

v.

STATE OF TEXAS; TEXAS SECRETARY OF STATE; STEVE MCCRAW, in his Official Capacity as Director of the Texas Department of Public Safety,

       Defendants - Appellants

---

Appeal from the United States District Court for the
Southern District of Texas, Corpus Christi

---

O R D E R :

IT IS ORDERED that the joint motion of the parties to view and for the release of the sealed portions of the record on appeal (ROA.101571-114547) to all counsel is GRANTED.

/s/ Edith Brown Clement
EDITH BROWN CLEMENT
UNITED STATES CIRCUIT JUDGE