# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARK VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) <br> (consolidated action) |

**UNOPPOSED MOTION TO WITHDRAW RYAN P. HAYGOOD AS COUNSEL**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

In accordance with Local Rule 83.2, Ryan P. Haygood respectfully petitions this Court for an order withdrawing his appearance as counsel and Attorney in Charge for Plaintiff-Intervenors Imani Clark and the Texas League of Young Voters Education Fund ("Plaintiff-Intervenors").

Plaintiff-Intervenors will continue to be represented by Natasha M. Korgaonkar of the NAACP Legal Defense and Educational Fund, Inc., who will serve as Attorney in Charge in my absence, along with other counsel from the NAACP Legal Defense and Educational Fund, Inc. and Wilmer Cutler Pickering Hale and Dorr LLP.

The undersigned respectfully requests that this motion be granted.

DATED: March 25, 2015

                                          Respectfully submitted,

                                          /s Ryan P. Haygood
                                          Ryan P. Haygood
                                          NAACP Legal Defense &

Educational Fund, Inc.

40 Rector Street, 5th Floor
New York, New York 10006
(212) 965-2200
(212) 226-7592 (Fax)
rhaygood@naacpldf.org

*Counsel for Texas League of Young Voters
and Imani Clark*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2015, I filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notice of the electronic filing to all counsel of record

                                                            s/ Ryan P. Haygood  
                                                            Ryan P. Haygood  
                                                            NAACP Legal Defense and  
                                                             Educational Fund, Inc.  
                                                            40 Rector Street, 5th Floor  
                                                            New York, New York 10006  
                                                            Tel: (212) 965-2200  
                                                            Fax: (212) 226-7592  
                                                            rhaygood@naacpldf.org