IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARK VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) <br> (consolidated action) |

### ORDER GRANTING UNOPPOSED MOTION
### TO WITHDRAW RYAN P. HAYGOOD AS COUNSEL

On motion of Ryan P. Haygood, pursuant to Local Rule 83.2, to withdraw his appearance as counsel and Attorney in Charge for Plaintiff-Intervenors Imani Clark and the Texas League of Young Voters Education Fund, and to substitute Natasha M. Korgaonkar as Attorney in Charge;

IT IS ORDERED that the motion is GRANTED.

This_____day of __3/25/15__, 2015

_____
JUDGE NELVA GONZALES RAMOS