## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

**CLERK OF COURT**                                                                                              www.txs.uscourts.gov

April 9, 2015

In re: Veasey et al v. Perry et al
District Court No.: 2:13−cv−00193
Circuit Court No.: 14−41127

To Whom It May Concern:

Enclosed is the supplemental record for this Notice of Appeal. Please prepare your brief regarding this appeal using this copy of the paginated record.

Sealed documents are not included in the record being provided unless otherwise ordered.

David J. Bradley, Clerk

By: Angel Mireles, Deputy Clerk