VEASEY v PERRY 2:13-cv-197   CORPUS CHRISTI

40+ docket entries from me.

Permissive intervention under Fed. R. Civ. P. 24(a)(1) is a matter entrusted to the Court's discretion. *New Orleans Public Service, Inc. v. United Gas Pipe Line Co.*, 732 F.2d 452, 470-71 (5th Cir. 1984) (en banc). True the Vote does not claim a conditional right to intervene by federal statute, so the question for the Court is whether it "has a claim or defense that shares with the main action a common question of law or fact." FED. R. CIV. P. 24(b)(1). The Court finds that True the Vote's intended contribution to this case may be accomplished without the necessity of, or burden incident to, making it a party. The Court, instead, will duly consider any motion for leave to file briefing as *amicus curiae* that True the Vote may feel compelled to file.

For the reasons set out above, the Court DENIES the Motion for Intervention of True the Vote (D.E. 38) in its entirety.

ORDERED this 11th day of December, 2013.

```
Jonathan Menard, Ed-Pub    May 1 15
St Charles Herald-Guide
14236 US 90         heraldguide.com
Boutte LA 70099     985-758-2795
```
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

```
I suggest a limited voting backup ballot for the Texas and other
State Houses where there may be problems with pay-to-play primary
winners. This ballot may promotes godd behavior by winners and
inhibit tyranny and mayhem. Is violence the price of liberty?
```

```
Irving TX ISD elects its board
by 7 districts in 2015+.
```

Robert M Allensworth B14522
BMPCC 251 N IL 37 S
Ina IL 62846 2419

Clerk US District Court
Southern District
MAY -4 2015
David J. Bradley, Clerk of Court

2/2

Allensworth

Kelly Cheesman, Cir Clk      Apr 7 15
200 S Cherry
04 CF 264 cpp Galesburg IL 61401

# NOTICE

**X PROBATION:**
This is notice to inform you that you have been placed on **Probation** in the SDP Treatment Program. You have received the following tickets:

| | |
|---|---|
| 3/9/2015 | eyes closed in group - appeared asleep |
| 3/23/2015 | eyes closed in group - appeared asleep |
| 3/30/2015 | eyes closed in group - appeared asleep |

Your term of **Probation** will extend from: __3/30/15__ to __4/30/15__. If you receive another SDP program ticket while you are on Probation, you will be placed on Suspension from the SDP Treatment Program.

RTUPCC SDP staff seem to want direction from the Knox County Court on questions: Should I be kept from rehashing old claims in SDP Group? I did not lure the then 12-year old neighbor boy who came up to me and asked "Did I have some money before I gave him 30¢ and about six boys and girls taunted me and threw stones."

I did not videotape neighbor boys who felt me up and said on the tape the camera didn't work.

I have written similar questions to Illinois legislators particularly ones near Ina and Galesburg and members of the State Judicial and Criminal Committees.

Are these facts resolved by prior verdicts?

Can a judge keep me from taking these facts to a jury?

Section 9 of the SDP Act provides "The court shall consider (not merely give lip service to) relevant facts submitted by or for such applicant."

Robert M Allensworth B14522
RTUPCC 251 N IL 37 S
Ina IL 62846-2419

FILED
KNOX CO, IL
APR 09 2015
KELLY CHEESMAN
Clerk of the Circuit Court

JS

Nelly Cogsston, Cir Clk                                    Apr 26 15
260 S Cherry                          VEASEY v PERRY 2:13-193 CORPUS CHRISTI
Galesburg IL 61401                    Allensworth Cir Ct 264, 265

I am still suspended from SPP group until May 26 15 for
having my eyes closed in group.

I still want to talk in group about relevant facts including:
I did not lure the then 12-year old neighbor boy who came up
to me and asked did I have some peas before. I gave him 8 oz
and when 6 six boys and girls taunted me and threw stones.
I submitted this fact at my May 11 94 preliminary hearing
before Judge Saint-Ami and officer Detentler.
SPP STAFF SAY THESE ARE COURT, NOT GROUP ISSUES!
Judge Saint-Ami is turning a deaf ear and blind eye to facts
not resolved by a judgment call. THESE ARE COURT ISSUES!

I also did not videotape minor boys who said the camera
didn't work. SPP STAFF WON'T LET ME TALK IN GROUP ABOUT THIS!

I am writing Louisiana newspapers I want a Louisiana
legislative roster w/committees. 40+ docket entries in
VEASEY v PERRY 2:13-cv-193 CORPUS CHRISTI are from me.

Please contact: Chuck Kleckley, House Speaker, 130 Jamestown Rd,
Lake Charles 70605, 337-475-3016, larep036@legis.la.gov/
Walt Leger III, Spkr Pro Tem, 600 Carondelet Fl 9, New Orleans
LA 70130, 565-556-9970, leger@legis.la.gov/
Leger & Shaw, 935 Gravier #2150, New Orleans 70112,
504-588-9043, 888-708-8950, wleger3@legershaw.com/

John A Alario, Pres of the Senate, 1053 Muller Pkwy, Westwego
70094, 504-340-2221, 225-342-2040, alarioj@legis.la.gov/
Sharon Weston Broome, Pres Pro Tem, PO Box 52783, Baton Rouge
70892, 225-359-9352, 342-4020, lasen15@legis.la.gov/

Vinton news, 716 E Napoleon          Robert M Allensworth
Sulphur 70663, 337-527-7075          Robert M Allensworth B14522
  sulphurdailynews.com               BMRCC 251 N IL 37 S
DeQuincy News, 202 E Harrison        Ina IL 62846 2419
  dequincynews.com
DeQuincy 70633, 800-256-7323
A T Franklin, D-34, 2808 E Broad, Lake Charles 70615, 337-491-2320
  franklina@legis.la.gov/
Dorothy Sue Hill, D-32, 529 Tramel Rd, Dry Creek 70637, 800-259-2119
  hilld@legis.la.gov/

Donnna Gregory, Acting Clerk
US District Clerk's Office LAMD
777 Florida Rm 139
Baton Rouge LA 70801-1712
225-389-3500, Fax 3501

RECEIVED
Mar 5 15
MAR 10 2015
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

Re filed Mar 10 to Kelly Cosgrom

I filed recovery applications in Sep 2012 & Aug 2013.
I want progress on them. A judgment call is not a "fact."
Judge Shipplett seems hung up on misperceptions and lies.

I want to buy and use unstamped envelopes and stamped postcards
from the BMRCC commissary. Both are on the IDOC approved list
for all security levels.

Robert M Allensworth

Robert M Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846 2419

Returned by Michael I McConnell, Clerk LAMD
Address and phone numbers above.

Marianne Serpa, Dep-in-Charge                          Apr 29 15
US District Clerk's Office
1133 N Shoreline Blvd
Corpus christi TX 78401

                    Re: Veasey v Perry 2:13-cv-193

Please mail me a copy or your price for a copy of the docket
sheets from Oct 15 14 in your above case Veasey v PERRY.

Robert M Allensworth

Allensworth #14522-4059
FMRCC
PO Box 1000
Marion, IL 62959-2819

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS

Marianne,

US District Clerk's Office
1133 N Shoreline Blvd
Corpus Christi TX 78401

7840132003 C029





02 1M
0004266
MAILED FROM
FOREVER
USA

Bank Swallow