UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

―――――――――――――――――――――――

MARC VEASEY, et al.,

                Plaintiff,

    v.

RICK PERRY, et al.,

                Defendants.

―――――――――――――――――――――――

Civil Action No. 2:13-cv-193 (NGR)

## UNOPPOSED MOTION TO WITHDRAW
## DANIELLE CONLEY AS COUNSEL

The Texas League of Young Voters Education Fund and Imani Clark ("Plaintiff-Intervenors") move to withdraw Danielle Conley as their attorney in this matter, and state as follows:

1. Ms. Conley is leaving Wilmer Cutler Pickering Hale and Dorr LLP on May 29, 2015, and therefore will no longer be able to represent Plaintiff-Intervenors.

2. Ms. Conley is one of several attorneys for Plaintiff-Intervenors and other attorneys at Wilmer Cutler Pickering Hale and Dorr LLP, as well as attorneys from the NAACP Legal Defense and Educational Fund, Inc., will remain responsible for representing Plaintiff-Intervenors.

3. Withdrawal of Ms. Conley as attorney of record will not cause undue delay and will not have a material adverse effect on Plaintiff-Intervenors' interests.

WHEREFORE, Plaintiff-Intervenors respectfully request leave to allow Danielle Conley to withdraw as counsel in this matter.

- 1 -

DATED: May 28, 2015                                   Respectfully submitted,

| | |
|---|---|
| Danielle Conley | /s/ Natasha M. Korgaonkar |
| Jonathan Paikin | Christina Swarns |
| Kelly Dunbar | Natasha M. Korgaonkar |
| WILMER CUTLER PICKERING HALE | Leah C. Aden |
| AND DORR LLP | Deuel Ross |
| 1875 Pennsylvania Avenue, NW | NAACP LEGAL DEFENSE AND |
| Washington, DC 20006 | EDUCATIONAL FUND, INC. |
| danielle.conley@wilmerhale.com | 40 Rector Street, 5th Floor |
| jonathan.paikin@wilmerhale.com | New York, NY 10006 |
| kelly.dunbar@wilmerhale.com | cswarns@naacpldf.org |
| | nkorgaonkar@naacpldf.org |
| | laden@@naacpldf.org |
| | dross@naacpldf.org |

*Counsel for Texas League of Young Voters Education Fund and Imani Clark*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel conferred via email on May 27, 2015 regarding the filing of this motion. No counsel objected to the relief sought.

/s/ Danielle Conley<br>
Danielle Conley

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2015, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.

/s/ Natasha M. Korgaonkar
Natasha M. Korgaonkar
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
nkorgaonkar@naacpldf.org