UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, et al., <br><br> Plaintiff, <br><br> v. <br><br> RICK PERRY, et al., <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

## ORDER GRANTING LEAVE TO WITHDRAW DANIELLE CONLEY

On motion of Plaintiff-Intervenors The Texas League of Young Voters Education Fund and Imani Clark to withdraw Danielle Conley as counsel in the above-captioned case,

IT IS ORDERED that the motion is GRANTED.

This _____ day of _5/29/15_, 2015.

_____
JUDGE NELVA GONZALES RAMOS