UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



C. Richard Quade
3105 21st Street
Lubbock  TX US  79410

Case: 2:13-cv-00193   Instrument: 838   (1 pages)   pty
Date: May 29, 2015
Control: 150513176
Notice: The attached order has been entered.

---

CLERK
TES DISTRICT COURT
N DISTRICT OF TEXAS
SHORELINE, RM. 208
CHRISTI, TX 78401

FICIAL BUSINESS

Clerk, U.S. District Court
Southern District of Texas
FILED

JUN 08 2015

David J. Bradley, Clerk of Court

CORPUS CHRISTI

29 MAY 2015



02 1P          $ 000.48
0003176767     MAY 29 2015
MAILED FROM ZIP CODE 78401

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD