IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

## MOTION TO WITHDRAW MARK POSNER AS COUNSEL

The Texas State Conference of NAACP Branches and the Mexican American Legislative Caucus of the Texas House Representatives hereby move to withdraw Mark Posner as counsel of record in this case. Mr. Posner will leave the Lawyers' Committee for Civil Rights Under Law effective June 26, 2015. The Texas State Conference of NAACP Branches and the Mexican American Legislative Caucus of the Texas House Representatives will continue to be represented by the other co-counsel of record listed below.

Date:  June 11, 2015

Respectfully submitted,

*/s/ Lindsey B. Cohan*
Amy L. Rudd
Lindsey B. Cohan
DECHERT LLP
500 W. 6th Street, Suite 2010
Austin, Texas 78701

Robert A. Kengle
Mark A. Posner
Ezra D. Rosenberg
LAWYERS' COMMITTEE FOR CIVIL
   RIGHTS UNDER LAW
1401 New York Avenue, N.W., Suite 400
Washington, D.C. 20005

Wendy Weiser
Myrna Pérez
Vishal Agraharkar
Jennifer Clark
THE BRENNAN CENTER FOR JUSTICE
  AT NYU LAW SCHOOL
161 Avenue of the Americas, Floor 12
New York, New York 10013-1205

Jose Garza
LAW OFFICE OF JOSE GARZA
7414 Robin Rest Drive
San Antonio, Texas 98209

Sidney S. Rosdeitcher
PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON, LLP
1285 Avenue of the Americas
New York, New York 10019

Daniel Gavin Covich
COVICH LAW FIRM LLC
Frost Bank Plaza
802 N Carancahua, Ste 2100
Corpus Christi, TX 78401

Gary Bledsoe
POTTERBLEDSOE, L.L.P.
316 W. 12th Street, Suite 307
Austin, Texas 78701

Robert Notzon
THE LAW OFFICE OF ROBERT
  NOTZON
1502 West Avenue
Austin, Texas 78701
Marshall Taylor
NAACP
4805 Mt. Hope Drive
Baltimore, Maryland 21215

*Counsel for Texas State Conference of NAACP Branches and the Mexican American Legislative Caucus of the Texas House of Representatives (MALC)*

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2015, I served a true and correct copy of the foregoing via the Court's ECF system on all counsel of record.

/s/ Lindsey B. Cohan
Lindsey B. Cohan
State Bar No. 24083903
DECHERT LLP
500 W. 6th Street, Suite 2010
Austin, TX 78701
Telephone:  (512) 394-3000
Facsimile:  (512) 394-3001
lindsey.cohan@dechert.com
