IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>        Plaintiffs,<br><br>   v.<br><br>RICK PERRY, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**ORDER**

Having reviewed the motion of the Texas State Conference of NAACP Branches and the Mexican American Legislative Caucus of the Texas House Representatives to withdraw Mark Posner as counsel, the request is hereby GRANTED.

Date: _____, 2015

_____
The Honorable Nelva Gonzales Ramos
United States District Judge

4