IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) <br> (Consolidated Action) |

**MOTION TO WITHDRAW JOSHUA BONE AS COUNSEL**

The Veasey-LULAC Plaintiffs move to withdraw Joshua Bone as an attorney in this matter and state the following:

1. Mr. Bone is leaving the Campaign Legal Center on July 10, 2015 to start a clerkship and will therefore no longer be able to represent the Veasey-LULAC Plaintiffs.

2. Mr. Bone is one of several attorneys for the Veasey-LULAC Plaintiffs and lead attorney Chad Dunn, as well as other attorneys of record for the Veasey-LULAC Plaintiffs, will continue to represent those Plaintiffs in this litigation.

3. Mr. Bone's withdrawal from the case will not cause undue delay and will not have a material and adverse effect on the Veasey-LULAC Plaintiffs' interests.

4. Pursuant to Local Rule 7.2, counsel for the Veasey-LULAC Plaintiffs contacted counsel for all other Plaintiffs, all Plaintiff-Intervenors, and all Defendants. None indicated opposition to this motion.

WHEREFORE, the Veasey-LULAC Plaintiffs respectfully request leave to allow Mr.

Bone to withdraw as counsel in this matter.

Date: July 10, 2015

                                                              Respectfully submitted,

                                                         */s/ Chad W. Dunn*
                                                        CHAD W. DUNN
KEMBEL SCOTT BRAZIL
Brazil & Dunn
4201 Cypress Creek Pkwy, Suite 530
Houston, TX 77068
281-580-6310
chad@brazilanddunn.com

J. GERALD HEBERT
Campaign Legal Center
1411 K Street NW, Suite 1400
Washington, DC 20005
202-736-2200
ghebert@campaignlegalcenter.org

NEIL G. BARON
Law Offices of Neil G. Baron
914 FM 517 Rd W
Suite 242
Dickinson, TX 77539
281-534-2748
neil@ngbaronlaw.com

ARMAND DERFNER
Derfner & Altman
575 King Street, Suite B
Charleston, SC 29403
843-723-9804
aderfner@derfneraltman.com

DAVID RICHARDS
Richards, Rodriguez & Skeith, LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701
(512) 476-0005

*Counsel for Veasey/LULAC Plaintiffs*

LUIS ROBERTO VERA, JR.
Law Office of Luis Roberto Vera Jr.
111 Soledad, Ste 1325
San Antonio, TX 78205
210-225-2060
lrvlaw@sbcglobal.net

*Counsel for LULAC*

**CERTIFICATE OF SERVICE**

   I hereby certify that on July 10, 2015, I served a true and correct copy of the foregoing via the Court's ECF system to all counsel of record.


*/s/ Chad W. Dunn*
Brazil & Dunn
4201 Cypress Creek pkwy
Ste 530
Houston, TX 77068
281-580-6310
chad@brazilanddunn.com