IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) <br> (Consolidated Action) |

**ORDER GRANTING LEAVE TO WITHDRAW JOSHUA BONE AS COUNSEL**

Having considered the Motion to Withdraw Joshua Bone as Counsel filed by the Veasey-LULAC Plaintiffs, the Court hereby GRANTS the motion to withdraw.

SIGNED on this _____ day of _____, 2015.

_____
NELVA GONZALES RAMOS
United States District Judge