IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 2:13-cv-193 (NGR)<br>(Consolidated Action) |

## ORDER GRANTING LEAVE TO WITHDRAW JOSHUA BONE AS COUNSEL

Having considered the Motion to Withdraw Joshua Bone as Counsel filed by the Veasey-LULAC Plaintiffs, the Court hereby GRANTS the motion to withdraw.

SIGNED on this 10th day of July, 2015.

_____
NELVA GONZALES RAMOS
United States District Judge