IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>    Plaintiffs,<br><br> v.<br><br>RICK PERRY, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

### MOTION TO WITHDRAW VISHAL AGRAHARKAR AS COUNSEL

 The Texas State Conference of NAACP Branches and the Mexican American Legislative Caucus of the Texas House Representatives hereby move to withdraw Vishal Agraharkar as counsel of record in this case. Mr. Agraharkar left the Brennan Center for Justice effective August 28, 2015. The Texas State Conference of NAACP Branches and the Mexican American Legislative Caucus of the Texas House Representatives will continue to be represented by the other co-counsel of record listed below.

Date: September 2, 2015

                 Respectfully submitted,

                 /s/ Lindsey B. Cohan
                 Amy L. Rudd
                 Lindsey B. Cohan
                 DECHERT LLP
                 500 W. 6th Street, Suite 2010
                 Austin, Texas 78701

                 Wendy Weiser
                 Myrna Pérez
                 Vishal Agraharkar
                 Jennifer L. Clark
                 THE BRENNAN CENTER FOR JUSTICE AT
                  NYU LAW SCHOOL
                 161 Avenue of the Americas, Floor 12
                 New York, New York 10013-1205

Robert A. Kengle
Ezra D. Rosenberg
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
  UNDER LAW
1401 New York Avenue, N.W., Suite 400
Washington, D.C. 20005

Jose Garza
LAW OFFICE OF JOSE GARZA
7414 Robin Rest Drive
San Antonio, Texas 98209

Sidney Rosdeitcher
PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON, LLP
1285 Avenue of the Americas
New York, New York 10019

Daniel Gavin Covich
COVICH LAW FIRM LLC
Frost Bank Plaza
802 N Carancahua, Ste. 2100
Corpus Christi, Texas 78401

Gary Bledsoe
POTTERBLEDSOE, LLP
316 W. 12th Street, Ste. 307
Austin, Texas 78701

Robert Notzon
THE LAW OFFICE OF ROBERT NOTZON
1502 West Avenue
Austin, Texas 78701

Marshall Taylor
NAACP
4805 Mt. Hope Drive
Baltimore, Maryland 21215

*Counsel for Texas State Conference of NAACP Branches and the Mexican American Legislative Caucus of the Texas House of Representatives (MALC)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2015, I served a true and correct copy of the foregoing via the Court's ECF system on all counsel of record.

/s/ Lindsey B. Cohan
Lindsey B. Cohan
State Bar No. 24083903
DECHERT LLP
500 W. 6th Street, Suite 2010
Austin, Texas 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001
Lindsey.cohan@dechert.com
