IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, *et al.*,

        Plaintiffs,

v.

GREG ABBOTT, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-193 (NGR)

## MOTION TO WITHDRAW ANNA M. BALDWIN AS COUNSEL

The United States hereby moves to withdraw Anna M. Baldwin, co-counsel for the United States, as counsel of record in this case. Ms. Baldwin has transferred from the Voting Section of the Department of Justice's Civil Rights Division to a different section in the Division, effective August 28, 2015. The United States will continue to be represented by the other counsel of record listed below.

Date: September 3, 2015

                                              Respectfully submitted,

KENNETH MAGIDSON            VANITA GUPTA
United States Attorney             Principal Deputy Assistant Attorney General
Southern District of Texas         Civil Rights Division

                                              *s/ Daniel J. Freeman*
                                              T. CHRISTIAN HERREN, JR.
                                              RICHARD A. DELLHEIM
                                              MEREDITH BELL-PLATTS
                                              ELIZABETH S. WESTFALL
                                              BRUCE I. GEAR
                                              BRADLEY E. HEARD
                                              DANIEL J. FREEMAN
                                              Attorneys, Voting Section
                                              Civil Rights Division
                                              U.S. DEPARTMENT OF JUSTICE
                                              950 Pennsylvania Avenue, N.W.
                                              Washington, D.C. 20530
                                              Telephone: (202) 305-4278
                                              Fax: (202) 307-3961

## CERTIFICATE OF SERVICE

      I hereby certify that on September 3, 2015, I served a true and correct copy of the foregoing via the Court's ECF system on all counsel of record.

                                        *s/ Daniel J. Freeman*
                                        Daniel J. Freeman
                                        Voting Section
                                        Civil Rights Division
                                        U.S. Department of Justice
                                        daniel.freeman@usdoj.gov