IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>   Plaintiffs,<br><br>  v.<br><br>GREG ABBOTT, *et al.*,<br><br>   Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

## ORDER

Having reviewed the United States' Motion to Withdraw Anna M. Baldwin as counsel of record in the above captioned case (ECF No. _____), the motion is hereby **GRANTED**.

**SO ORDERED.**

Date:

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE