# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 14-41127

United States Court of Appeals
Fifth Circuit
**FILED**
August 5, 2015
Lyle W. Cayce
Clerk

United States Courts
Southern District of Texas
FILED
OCT 06 2015
David J. Bradley, Clerk of Court

D.C. Docket No. 2:13-CV-193
D.C. Docket No. 2:13-CV-263
D.C. Docket No. 2:13-CV-291
D.C. Docket No. 2:13-CV-348

MARC VEASEY; JANE HAMILTON; SERGIO DELEON; FLOYD CARRIER; ANNA BURNS; MICHAEL MONTEZ; PENNY POPE; OSCAR ORTIZ; KOBY OZIAS; LEAGUE OF UNITED LATIN AMERICAN CITIZENS; JOHN MELLOR-CRUMMEY, KEN GANDY; GORDON BENJAMIN, EVELYN BRICKNER

    Plaintiffs - Appellees

TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS,

    Intervenor Plaintiffs - Appellees

v.

GREG ABBOTT, in his Official Capacity as Governor of Texas; CARLOS CASCOS, Texas Secretary of State; STATE OF TEXAS; STEVE MCCRAW, in his Official Capacity as Director of the Texas Department of Public Safety,

    Defendants - Appellants

--------------------------------------------------------------

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND; IMANI CLARK,

    Intervenor Plaintiffs - Appellees

v.

STATE OF TEXAS; CARLOS CASCOS, Texas Secretary of State; STEVE MCCRAW, in his Official Capacity as Director of the Texas Department of Public Safety,

        Defendants - Appellants

------------------------------------------------------------

TEXAS STATE CONFERENCE OF NAACP BRANCHES; MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES,

        Plaintiffs - Appellees

v.

CARLOS CASCOS, Texas Secretary of State; STEVE MCCRAW, in his Official Capacity as Director of the Texas Department of Public Safety,

        Defendants - Appellants

------------------------------------------------------------

LENARD TAYLOR; EULALIO MENDEZ, JR.; LIONEL ESTRADA; ESTELA GARCIA ESPINOSA; MARGARITO MARTINEZ LARA; MAXIMINA MARTINEZ LARA; LA UNION DEL PUEBLO ENTERO, INCORPORATED,

        Plaintiffs - Appellees

v.

STATE OF TEXAS; CARLOS CASCOS, Texas Secretary of State; STEVE MCCRAW, in his Official Capacity as Director of the Texas Department of Public Safety,

        Defendants - Appellants

        Appeal from the United States District Court for the
            Southern District of Texas, Corpus Christi

Before STEWART, Chief Judge, HAYNES, Circuit Judge, and BROWN, District Judge.*

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed in part, vacated in part, rendered in part, and dismissed in part. This cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

---

*District Judge for the Eastern District of Louisiana, sitting by designation.