Marianne Serpa, Deputy-in-charge   Oct 22 15
US District Clerk's Office TXWD
1133 N Shoreline Rm 208
Corpus Christi TX 78401

Clerk, U.S. District Court
Southern District of Texas
FILED
OCT 26 2015
David J. Bradley, Clerk of Court

Please mail a copy or your price for a copy of the docket sheets in your case VEASEY v PERRY 2:13cv193 from Oct 1 14.

40+ docket entries (621, 620, 615, 612, 598, 580) are from me. I suggest a limited voting backup ballot.

States may have to go back to the drawing board. SCOTUS hears fairness HARRIS v AZ REDIST COM'N 14-232 MAPS THIS FALL.

13 states have commissions to constrain legislatures power to draw maps to benefit the majority party.
www.ncsl.org/legislatures-elections/redist/2009-redistricting-commissions-table-aspx.

I would like an invitation to come for the HARRIS hearing w/govmt contributing to my expences.

*Robert M Allensworth*
Robert M Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846 2419



THIS CORRESPONDENCE IS FROM AN INMATE OF THE ILLINOIS DEPARTMENT OF CORRECTIONS

R ALLENSWORTH B(4722 TR77
BMRCC 251 [illegible]
(NP (C C78YC 2Y19

Clerk, U.S. District Court
Southern District of Texas
FILED
OCT 2 6 2015
David J. Bradley, Clerk of Court

MARIANNE SERNA, DEP (? ( [illegible]
[illegible] STRICT COURT TXWP
1133 N SHORELINE RM 208
CORPUS CHRISTI, TX 78401