IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>GREG ABBOTT, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

### MOTION TO WITHDRAW ELIZABETH S. WESTFALL AS COUNSEL

The United States hereby moves to withdraw Elizabeth S. Westfall, co-counsel for the United States, as counsel of record in this case. Ms. Westfall will transfer from the Voting Section of the Department of Justice's Civil Rights Division to a different section in the Division, effective November 30, 2015. The United States will continue to be represented by the other counsel of record listed below.

Date:  November 24, 2015

| | |
|---|---|
| | Respectfully submitted, |
| KENNETH MAGIDSON | VANITA GUPTA |
| United States Attorney | Principal Deputy Assistant Attorney General |
| Southern District of Texas | Civil Rights Division |

*/s/ Elizabeth S. Westfall*
T. CHRISTIAN HERREN, JR.
RICHARD A. DELLHEIM
MEREDITH BELL-PLATTS
ELIZABETH S. WESTFALL
BRUCE I. GEAR
BRADLEY E. HEARD
DANIEL J. FREEMAN
Attorneys, Voting Section
Civil Rights Division
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 305-7766
Fax: (202) 307-3961

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 24, 2015, I served a true and correct copy of the foregoing via the Court's ECF system on all counsel of record.

                *s/ Elizabeth S. Westfall*
                Elizabeth S. Westfall
                Voting Section
                Civil Rights Division
                U.S. Department of Justice
                elizabeth.westfall@usdoj.gov