United States District Court
Southern District of Texas
**ENTERED**
November 24, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, *et al.*,

    Plaintiffs,

v.

GREG ABBOTT, *et al.*,

    Defendants.

Civil Action No. 2:13-cv-193 (NGR)

## ORDER

Having reviewed the United States' Motion to Withdraw Elizabeth S. Westfall as counsel of record in the above captioned case, the request is hereby **GRANTED**.

**SO ORDERED.**

Date: 11/24/15

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE