-1-                                    SEPTEMBER 14, 2015

THE HONORABLE NELVA GONZALES-RAMOS
JUDGE FOR UNITED STATES DISTRICT COURT, SOUTHERN
    DISTRICT, CORPUS CHRISTI DIVISION
1133 NORTH SHORELINE, ROOM 208
CORPUS CHRISTI, TEXAS 78401

2:13cv193

Clerk, U.S. District Court
Southern District of Texas
FILED
SEP 21 2015
David J. Bradley, Clerk of Court

DEAR JUDGE GONZALES-RAMOS

  FIRST LET ME THANK YOU AND THEN APPOL-
OGIZE: THANK YOU FOR ALL OF THE MATERIAL
THAT YOU HAVE SENT ME; APPOLOGIZE FOR NOT
YET OPENING ANY OF IT -- I AM TOO BUSY; IT SEEMS
THAT SOMETHING NEW COMES UP EVERY DAY. BUT
LET ME BRING YOU UP TO SPEED ON SOME OF MY
AMICUS CURIAE BRIEFS TO THE U.S. SUPREME
COURT RELEVANT TO THIS PROBLEM IN TEXAS:
  - WHEN THE SUPREME COURT WAS CONSIDERING
THE ARIZONA IMMIGRATION LAW, WHERE I FILED
MY FIRST BRIEF, THE U.S. SOLICITOR GENERAL
POINTED OUT THAT THE ONLY RELIABLE RECORDS
THE FEDERAL GOVERNMENT HAD, WITH REGARDS TO CITIZENSHIP WAS FOR INDI-
VIDUALS WHO HAD OBTAINED PASSPORTS. AS YOU ARE
WELL-AWARE, PRESIDENT OBAMA'S CITIZENSHIP IS STILL
A HOT TOPIC: BUT UNTIL HIS MOTHER MARRIED THE
INDONESIAN FELLOW, MR. OBAMA TRAVELLED ON HIS
MOTHER'S PASSPORT, AS HE WOULD HAVE NEEDED TO
DO UNTIL AGE 16, SO THE STATE DEPARTMENT WAS
SATISFIED WITH HIS BIRTH, ETC. ALTHOUGH NO TECH-
NICAL INFORMATION APPEARS ON SUCH PASSPORTS

FOR THE CHILD.

- AS YOU ARE ALSO AWARE, ASSOCIATE JUSTICE CLARENCE THOMAS AND ANOTHER JUSTICE DISSENTED WHEN THE SUPREME COURT KICKED IT BACK TO THE STATES TO SUPERVISE FEDERAL ELECTIONS. ONLY THE STATES HAVE OFFICIAL BIRTH RECORDS AND, THEREFORE, RECORDS OF CITIZENSHIP. I DO NOT KNOW OF THE FACT, IF YOU ARE AWARE, THAT JUSTICE THOMAS IS <u>NOT</u> PART OF WHAT IS CALLED "THE BLACK CAUCUS". HE DID GROW UP IN THE SOUTH BUT IS CATHOLIC! THIS WAS THE PROBLEM WITH ANITA HILL AND "HER HANDLERS" AT HIS CONFIRMATION HEARINGS.

- I HAVE MENTIONED TO THE SUPREME COURT THAT THE U.S. NEEDS <u>NATIONAL IDENTITY CARDS</u> ISSUED AT BIRTH THAT GIVE CITIZEN STATUS. THIS MEANS THAT, ONE WAY OR ANOTHER, BIRTHS HAVE TO BE REGISTERED AT THE FEDERAL LEVEL.

- FURTHER, I HAVE STATED TO THE SUPREME COURT THAT ILLEGALS CAN NEVER GAIN FULL CITIZENSHIP WITH "VOTING RIGHTS", FOR EXAMPLE. I HAVE INTRODUCED THE CATEGORY <u>ASSOCIATE CITIZENSHIP</u>. THIS WOULD ALSO APPLY TO CHILDREN OF ILLEGALS AND OTHERS WHOSE MOTHER IS TEMPORARILY IN THE U.S. WHEN GIVING BIRTH. AT THE SAME TIME, IF THE CHILDREN ARE EDU-

-3-

LATED IN THE U.S., AT THE "RIGHT TIME" THESE INDIVIDUALS COULD APPEAR BEFORE A JUDGE TO HAVE THEIR ASSOCIATE CITIZENSHIP CHANGED TO FULL. AS IT TURNS OUT, THERE ARE ALREADY FEDERAL JUDGES "IN PLACE" FOR SUCH CONSIDERATIONS -- THOSE THAT ARE CURRENTLY HANDLING DEPORTATION MATTERS.

- I DEFINITELY WAS SATISFIED WITH PRESIDENT DEPORTATION PLAN. HE HAS STEPPED UP DEPORTATIONS BUT, AT THE CURRENT RATE, IT WOULD TAKE MORE THAN 20 YEARS TO DEPORT ALL ILLEGALS CURRENTLY IN THE U.S.. ALL HE GAVE WAS A PRIORITY FOR ORDERING WHILE, AT THE SAME TIME, LEAVING IT TO THE NEXT ADMINISTRATION TO PUT THINGS "IN FINAL FORM" WITH HIS THREE YEAR LIMIT.

- ALL OF THESE MATTERS, AND OTHERS, THAT REQUIRE LEGISLATIVE CORRECTION, I SEND TO VICE PRESIDENT BIDEN. A FEW YEARS BACK HE CHAIRED A JOINT REPUBLICAN-DEMOCRAT COMMITTEE FROM BOTH HOUSES OF CONGRESS. THE "WORD WAS" THAT THE COMMITTEE "ONLY GOT DOWN TO BUSINESS" WHEN HE WAS PRE-

SENT TO CHAIR THE MEETINGS AND PROGRESS WAS BEING MADE FOR A WHILE.

HERE AND THERE I GET "SMALL VICTORIES." A BIG ONE, THOUGH, WAS AT THE OAKLAND DISTRICT WHERE JUDGE CLAUDIA WILKEN CONSIDERED THE NCAA PROBLEM OF "PAY" OR "STIPENDS" FOR SO-CALLED STUDENT ATHLETES. ALTHOUGH THINGS ARE GOING A LONG WAY IN HER DIRECTION, THINGS ARE NOT YET FULLY RESOLVED. I DO NOT KNOW IF THE NCAA IS FOLLOWING THROUGH ON THEIR APPEAL BUT THEY SHOULD LOSE BUT GAIN SOME MODIFICATION.

AND FISCHER VS. UT-AUSTIN, I FILED BRIEFS AT BOTH THE SUPREME COURT AND THEN 5TH CIRCUIT COURT OF APPEALS. I WAS SATISFIED WITH THE 5TH COURT'S DECISION: FISCHER HAD STANDING BUT UT-AUSTIN DID A THOROUGH JOB OF SCREENING APPLICANTS. APPARENTLY FISHER'S TEAM MAY APPEAL. THEY HAVE YET TO BRING UP THE MATTER OF PUF! NOR WHETHER OR NOT UT-AUSTIN ATHLETES GET SPECIAL CONSIDERATION. I SPOKE TO BOTH.

THANKS AGAIN FOR YOUR COMMUNICATIONS. I DO LOOK FORWARD TO READING ALL OF IT!

RESPECTFULY YOURS,

C. Reid [signature]

NOT PROOF READ.



USPS CERTIFIED MAIL™

9507 1000 1040 5257 0001 97

CLERK, U.S. DISTRICT COURT
RECEIVED
SEP 21 2015
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS

THE HONORABLE NELVA GONZALES-RAMOS
JUDGE FOR UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT, CORPUS CHRISTI DIVISION
1133 NORTH SHORELINE, ROOM 208
CORPUS CHRISTI, TEXAS
78401

78401$2042

LRB
3105-21
79410

