February 16, 2016

The Honorable Nelva Gonzales Ramos
Federal Judge for the Southern District
   of Texas
United States Courthouse
1133 North Shoreline Blvd.
Corpus Christi, Texas 78401

Copy to University of Oklahoma President David Boren

2:13cv193

Dear Judge Gonzales Ramos:

First, let me thank you for your correspondence of November, 2015. I have yet had time to read everything that you sent to me. On Wednesday, 1-20, I left for a long trip to the east coast by auto while working in a few days in Portugal by plane out of Atlanta. Our daughter from Lubbock accompanied me overseas. By auto, we made it to Alhambra (Granada), Malaga, and Gibralter on a very long day trip out of Villamoura, Portugal. We also made trips to the SW of Portugal and on our last day as far north as Porto. Sunday, 2-14, I finally made it back to Lubbock. It was a great trip and I got to visit five (5) former academic associates: two (2) in the D.C. area, one (1) at U. of Florida (Gainesville), one (1) at Georgia Tech, and one (1) at Mississippi State. The U. of F. and GT faculty I visited

WITH IN THEIR OFFICES AND THE EVENINGS IN THEIR HOMES, EVEN STAYING OVERNIGHT IN A COUPLE OF HOMES. I WAS EXTREMELY APPRECIATIVE OF THE HOSPITALITY SHOWN BY THEIR WIVES. ALSO, IN MANHATTAN I VISITED WITH ANOTHER FORMER COLLEAGUE FROM WHEN I WAS ON THE U. OF DELAWARE FACULTY. HIS WIFE PULLED UP SOME MATERIAL FOR CITIZENSHIP IN CANADA. I HAD, ALREADY, RESEARCHED SUMMARIES OF THE IMMIGRATION AND NATURALIZATION ACT OF 1952 AS AMENDED IN 1986. I HAVE GONE TO THIS, FIRST IN 2006, BECAUSE OF QUESTIONS ABOUT PRESIDENT OBAMA'S CITIZENSHIP. IN THIS CASE, WITH THE INFORMATION AVAILABLE TO ME ABOUT HIM, I REACHED THE CONCLUSION THAT, TECHNICALLY, HE IS "NATIVE BORN" EVEN IF BORN IN KENYA. I AM AND WAS "READY TO TESTIFY IN COURT" WITH THE RESULTS TO THAT EFFECT FROM MY RESEARCH. AT THE SAME TIME, I HAVE REACHED THE CONCLUSION THAT, TECHNICALLY, SENATOR CRUZ IS AN ILLEGAL IMMIGRANT! THIS OCCURRED BECAUSE OF THE "SOFT BORDER CROSSING" BETWEEN THE U.S. AND CANADA THAT WAS IN PLACE IN 1974. OF COURSE, IN 1974 NO ONE

INVOLVED WITH HIM ANTICIPATES THAT HE WOULD BECOME A U.S. SENATOR LET ALONE A CANDIDATE FOR THE PRESIDENCY OF THE UNITED STATES OF AMERICA! AGAIN, TECHNICALLY, HE SHOULD HAVE GONE THROUGH THE NATURALIZATION PROCESS. EVEN DOING THIS, HE WOULD HAVE EASILY SATISFIED THE RESIDENCY REQUIREMENTS TO BE A U.S. SENATOR.

NOW TO THE PURPOSE OF THIS LETTER. THIS MORNING I VOTED IN THE REPUBLICAN PRIMARY. THE "VOTING PLACE" WAS THE COUNTY'S OFFICE OF ELECTIONS. "THE VOTING MACHINE" WAS USED. YOU ALREADY HAVE MY POSITION ON THAT. THERE WERE SOME NEW COMMENTS, ETC., FROM WHEN I LAST "VOTED BY MACHINE." SOME OF THE NEW COMMENTS I PARTICULARLY LIKED AND DO ENDORSE. HOWEVER, THERE WAS ONE (1) COMMENT THAT I WAS PARTICULARLY CONCERNED ABOUT:

"AN UNOPPOSED CANDIDATE IS ALREADY CONSIDERED ELECTED."

OF COURSE, AS YOU ARE WELL-AWARE, PROVISION OF THE TEXAS ELECTION CODE 146.001A, ALLOWS FOR "WRITE-INS" IN THE OLD FASHION SENSE, WHERE AS 146

AGAIN, RESEARCHED THE ELECTION CODE AS IT IS PRESENTED ON THE INTERNET. OF COURSE, THIS WAS WAY AFTER THE 2015 LEGISLATIVE SESSION, BUT BEFORE JANUARY 1, 2016.

NOW TO THE ABOVE QUOTE: AS I READ THE ELECTION CODE, THIS ONLY APPLIES TO LOCAL ELECTIONS LIKE CITY AND SCHOOL WHICH, IN LUBBOCK, ARE NON-PARTISAN. FURTHER, AS I READ "THE CODE", IN ORDER FOR A CITY NOT TO ALLOW "WRITE-INS" IN THE OLD FASHION SENSE, SUCH MUST BE STATED IN THE CITY CHARTER, FOR EXAMPLE. AS I READ "THE CODE", "WRITE-INS" IN THE OLD FASHION SENSE ARE STILL ALLOWED IN COUNTY AND ABOVE ELECTIONS THAT ARE PARTISAN WITH PRIMARIES.

AT THE SAME TIME, I HAVE NOT RESEARCHED IN THE ELECTION CODE IF THE PARTIES, LIKE CITIES, CAN ADOPT THE ABOVE PROVISION. AS I SEE IT, THE SUPREME COURT HAS PLACED ALL MATTERS CONCERNING TEXAS ELECTIONS IN YOUR HANDS.

RESPECTFULLY YOURS,

C. Rick [signature]

CCA
PO×6499
9493

THE HONORABLE NELVA GONZALES RAMOS, JUDGE
FOR THE SOUTHERN DISTRICT OF TEXAS
C/O DAVID J. BRADLEY, CLERK
UNITED STATES COURTHOUSE
1133 ███ NORTH SHORELINE BLVD
CORPUS CHRISTI, TEXAS
78401

Clerk, U.S. District Court
Southern District of Texas
FILED
FEB 19 2016
David J. Bradley, Clerk of Court

CLERK, U.S. DISTRICT COURT
RECEIVED
FEB 19 2016
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS

USPS CERTIFIED MAIL™
9507 1000 1940 6047 0002 36

