THE HONORABLE NELVA GONZALES RAMOS
FEDERAL JUDGE FOR THE SOUTHERN DISTRICT
    OF TEXAS
UNITED STATES COURTHOUSE
1133 NORTH SHORELINE BLVD.
CORPUS CHRISTI, TEXAS 78401

2:13CV193

Clerk, U.S. District Court
Southern District of Texas
FILED
FEB 24 2016
David J. Bradley, Clerk of Court

WITH COPIES TO VICE PRESIDENT JOE BIDEN
AND UNIVERSITY OF OKLAHOMA PRESIDENT DAVID
    L. BOREN.

DEAR JUDGE GONZALES RAMOS:

IT IS WITH SADNESS AND REGRETS THAT I WRITE THIS LETTER TO YOU. IT CONCERNS ELIGIBILITY TO BE PRESIDENT OF THE UNITED STATES OF AMERICA BY BIRTH. LET ME BEGIN WITH THIS: WHEN ARGUING AGAINST ARIZONA'S IMMIGRATION LAW BEFORE THE U.S. SUPREME COURT, THE SOLICITOR GENERAL STATED: "THE ONLY RELIABLE SOURCE THAT THE FEDERAL GOVERNMENT HAS FOR U.S. CITIZENSHIP IS FOR THOSE WHO HAVE BEEN ISSUED PASSPORTS (BY THE STATE DEPARTMENT." NEXT, AS I HAVE READ ON THE INTERNET, CONGRESS HAS ASSIGNED TO THE STATE DEPARTMENT ULTIMATE DETERMINATION AS TO WHO IS QUALIFIED TO BE A U.S. CITIZEN. AGAIN, ON THE INTERNET,

THERE ARE JUDGEMENTS BY SEVERAL FEDERAL COURTS WHERE CITIZENSHIP HAS BEEN CHALLENGED. A LOT OF ARGUMENTS REVOLVE AROUND WHAT CONGRESS MEANT BY "RESIDENCY." THEN, IF I READ CORRECTLY, "CITIZENSHIP BY BIRTH" IS A <u>BIRTHRIGHT</u> THAT CANNOT BE TAKEN AWAY BY PARENTS. <u>HOWEVER</u>, IF ONE IS BORN OUT OF THE U.S. <u>AND</u> HAS ACQUIRED CITIZENSHIP BY BIRTH WITH COMPLICATIONS INTRODUCED BY THE PARENT(S), THEN MY SUMMARY OF <u>THE IMMIGRATION AND NATURALIZATION ACT OF 1952</u> STATES: "THE INDIVIDUAL HAS BETWEEN AGE 14 AND 28 TO CLAIM HIS/HER CITIZENSHIP GIVEN AS A "BIRTHRIGHT."" AS I SEE IT, BOTH PRESIDENT OBAMA AND SENATOR CRUZ FALL IN THIS LAST CATEGORY: PRESIDENT OBAMA TRAVELLED UNDER AN INDONESIAN PASSPORT AND SENATOR CRUZ UNDER A CANADIAN.

NOW TO THE CRUX OF THE MATTER: BY WHAT PROCESS DOES ONE CLAIM ONE'S U.S. CITIZENSHIP BETWEEN AGE 14 AND 28 WHEN BORN OUTSIDE THE U.S.? OBVIOUSLY, THE BEST WAY IS TO OBTAIN A PASSPORT! BUT ARE THERE OTHER WAYS EQUALLY GOOD? ACCORDING TO THE SOLICITOR GENERAL, NO! SO, "AT WHAT AGE DID PRESIDENT OBAMA OBTAIN A

U.S. PASSPORT, IF HE EVER HAD ONE." AND A SIMILAR QUESTION FOR SENATOR CRUZ. PRESIDENT OBAMA "FLASHED" HIS BIRTH-CERTIFICATE AND SENATOR CRUZ HIS MOTHER'S. BUT NEITHER "FLASHED" A PASSPORT! THE CHIEF JUSTICE OF THE SUPREME COURT DID "SWEAR IN" PRESIDENT OBAMA TWICE. FURTHER, AS I SEE IT, "SENATOR" CRUZ MAY VERY WELL BE INELIGIBLE TO BE A SENATOR SINCE HE DID NOT PROPERLY ESTABLISH HIS CITIZENSHIP VIA "BIRTHRIGHT." THE SAME COULD ALSO BE TRUE FOR PRESIDENT OBAMA. AGAIN, AS I HAVE INDICATED PREVIOUSLY, I WAS SATISFIED THAT PRESIDENT OBAMA SATISFIED ALL TECHNICAL POINTS OF THE LAW WITH THE ASSUMPTION THAT HE PROPERLY CLAIMED HIS U.S. CITIZENSHIP BY AGE 28. BUT TODAY I COME TO THE CONCLUSION THAT THE POSSIBILITY EXISTS THAT HE DID NOT SATISFY THIS LATTER REQUIREMENT SINCE HE NEVER WENT OVER HIS PASSPORT HISTORY WITH US. AT THE SAME TIME, HE WOULD HAVE HAD TO TRAVEL ON HIS MOTHER'S U.S. PASSPORT UNTIL THE "INDONESIAN STUFF

KICKED IN. AS I SEE IT, SENATOR CRUZ IS VERY MUCH IN A SERIOUS PREDICAMENT FOR HIMSELF AND, THEREFORE, FOR THE COUNTRY. FURTHER, THE HISTORY OF THE FEDERAL COURTS IS AN EXTREMELY NARROW INTERPRETATION OF LAW PERTAINING TO U.S. CITIZENSHIP.

TO QUOTE "GEORGE 43", "FOOL ME ONCE, SHAME ON YOU. FOOL ME TWICE, SHAME ON ME." SO, IN THESE TWO SITUATIONS, CHANGE "ME" TO "US!"

FINALLY, WHAT IS FORMER GOVERNOR PERRY UP TO IN ENDORSING CRUZ, ETC.? JUST NOW IT OCCURRED TO ME THAT, IN 2014, THE TEXAS SECRETARY OF STATE WHO WAS APPOINTED BY THEN GOVERNOR PERRY, CERTIFIED THAT TED CRUZ WAS ELIGIBLE TO BE A U.S. SENATOR. VIA THIS LETTER I QUESTION THAT ELIGIBILITY SINCE, WITH THE INFORMATION AVAILABLE TO ME, HE NEVER PROPERLY CLAIMED HIS U.S. CITIZENSHIP AFTER BEING BORN IN CANADA AND USING A CANADIAN PASSPORT UNTIL RECENTLY.

WILL THERE BE ANOTHER LAWSUIT IN COURT WITH FORMER GOVERNOR PERRY ET AL AS DEFENDANT CHALLENGING TED CRUZ'S ELIGIBILITY TO BE A U.S. SENATOR?

RESPECTFULLY YOURS,

C. RICHARD QUADE
BOX 6999, LUBBOCK, 79493

L. Rich Quade

Clerk
Box 6944
D9443

CLERK, U.S. DISTRICT COURT
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS
RECEIVED
FEB 24 2016

THE HONORABLE NELVA GONZALES RAMOS
FEDERAL JUDGE FOR THE SOUTHERN
DISTRICT OF TEXAS
1133 NORTH SHORELINE BLVD.
UNITED STATES COURTHOUSE
CORPUS CHRISTI, TEXAS
78401 0029

USPS CERTIFIED MAIL
9507 1000 1940 6051 0000 31

