# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

**FERNANDO GALINDO**
CLERK OF COURT

701 E Broad S T Ste 3000
Richmond VA 23219
804-916-2200

**REBECCA BEACH SMITH**
CHIEF JUDGE

Clerk, U.S. District Court
Southern District of Texas
FILED
APR 04 2016
David J. Bradley, Clerk of Court

February 10, 2016

Mar 31 16

For Veasey n Abbott
2:13cv193 Corpus Christi

Robert M. Allensworth, No.: B14522
Big Muddy River Correctional Center
251 North II Highway 37
Ina, Illinois 62846-2419

I suggest a limited voting backup ballot where there may be problems with pay-to play primary winners.

Re: *Personhuballah, et al. v. Alcorn, et al.*
Civil Case No. 3:13cv00678

Dear Mr. Allensworth:

This office is in receipt of your letter dated February 4, 2016, in which you identified the desired documents to be copied in the above styled case. The docket report which is generated automatically at the ninety day mark, includes entries 268 to 308, is a total of twenty pages long ($2.00).

The next step will require you to send in the exact amount and to specify which copies you are requesting to purchase. Free copies are not provided to anyone, regardless of financial status. Please be advised the Court does not return change on any payment and cannot give credit for overpayment. Attached is a list of the interested documents.

Thank you for your attention.

See also:
207 Order                          2 pgs   $0.20
225 Mtn to Order 207               4       .40
232 Oppos 225 Roche                11      1.10
234 Reply 233 Cox                  4       .40
239 Amended 225 Order              2       .20
241 Order                          3       .30

Sincerely,
FERNANDO GALINDO, CLERK

Highlights 239: Order VA Div Leg Srvcs (DLS) authorized to post remedial plans. Parties and non-parties deemed to have granted consent to DLS TO MAKE PLANS AND SUPPORTING MATERIALS AVAILABLE for download on DLS website.

By: /s/
N. B., Deputy Clerk

I suggest candidates pay $1000 to get on limited voting backup ballot in own and one add'l district. Primary winners free own and one add'l. Extra districts $1000 each. With this structure voters can let Norfolk & Richmond share or have separate districts. They can flip/flop at every election.

*Robert M Allensworth* B14522

cc:   case file

For Veasey v Perry 2:13cv193 Corpus Christi Mar 31 16

Marianne Serpa, Dep-in-Charge                Mar 31 16
US District Clerk's Office TXSD
1133 N Shoreline Blvd #208
Corpus Christi TX 78401
361-888-3142
www.txs.uscourts.gov/

Please mail me a copy or your price for a copy of the docket sheets in your case: Veasey v Perry 2:13cv193 subsequent to Oct 15 14.

My suggestion of a limited voting backup ballot where there may be problems with pay-to-play primary winners may get

some attention in cases in Virginia (Personhuballah v Alcorn) and Louisiana (Terrebonne Parish NAACP v Jindal 3:14cv69).

2/29/16 187 First MTN for Leave to Intervene now pending before the USMJ. (What is USMJ)

1/29/16 185 Pretrial Conference set for 12/15/16.

There is plenty of time for 3:14cv69 to consider my suggestion of a limited voting backup ballot which may promote good behavior by winners and inhibit tyranny mayhem & polarization.

Robert M Allensworth
Robert M Allensworth B14522
BMRCC 251 N IL 37
Ina IL 62846 2419

Two pages side by side and back to back are acceptable.

| | | (Entered: 01/29/2016) |
|---|---|---|
| 01/29/2016 | 185 | Minute Entry/Order for proceedings held before Magistrate Erin Wilder-Doomes: Scheduling Conference held on 1/29/2016. The scheduling order was amended as follows: Plaintiff's Expert Reports due by 4/30/2016. Defendant's Expert Reports due by 3/30/2016. Discovery from Experts due by 7/8/2016. Daubert Motions shall be filed by 7/29/2016. Proposed Pretrial Order due by 12/1/2016. Pretrial Conference set for 12/15/2016 at 03:30 PM in chambers before Judge James J. Brady. Motions In Limine shall be filed by 1/5/2017. Responses to Motions In Limine shall be filed by 1/19/2017. Affidavit of Settlement Efforts due by 1/19/2017. Bench Trial set for 3/13/2017 through 3/17/2017 at 09:00 AM in Courtroom 1 before Judge James J. Brady. (NLT) (Entered: 01/29/2016) |
| 02/04/2016 | 186 | ORDER granting 182 , 183 , and 184 Motions for Michael de Leeuw, Danielle Morello and Alexander J. Selarnick to Appear Pro Hac Vice. Signed by Magistrate Erin Wilder-Doomes on 02/04/2016. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (NLT) (Entered: 02/04/2016) |
| 02/29/2016 | 187 | First MOTION for Leave to Intervene by Terrebonne Parish Consolidated Government. (Attachments: # 1 Memorandum in Support Memorandum in Support, # 2 Exhibit Exhibit A - Levron Affidavit, # 3 Proposed Pleading; Proposed Order, # 4 Proposed Pleading; Proposed Pleading)(Hebert, Julius). Modified on 2/29/2016 to replace attachment 2 in order to correct the page orientation (NLT). (Entered: 02/29/2016) |
| 02/29/2016 | | MOTION(S) REFERRED: 187 First MOTION for Leave to Intervene . This motion is now pending before the USMJ. (NLT) (Entered: 02/29/2016) |

**Case #: 3:14-cv-00069-JJB-EWD** TERREBONNE PARISH NAACP v Jindal
I suggest a limited voting backup ballot where there may be problems with
pay-to-play primary winners. Doc entries 40+ (621,620,615,612,598,580)
Veasey v Perry are from me. Richmond & Norfolk may share or have
separate US congressmen (Personhuballah v Alcorn 3:13cv678 Richmond).
                                  (US congress)
I suggest candidates pay $1000 to get on limited voting backup ballot
in own and one add'l district. Primary winners free. Extra districts
$1000 each. Contact: Julius Hebert, 4752 Hwy 311 #114, Houma LA70360,
985-875-4324, juliushebert@hmlawfirm.com  Ronald Wilson (Docs 182-184)
701 Poydras #4100, New Orleans LA 70139, 504,525,4361, cabrel2@aol.com

What is USMJ?

Robert M Allensworth B14522
BMRCC 251 N IL 37
Ina IL 62846 2419

For Veasey v Perry 2:13cv193  Corpus Christi    Mar 31 16

R ALLENSWORTH B/M522 YR/Y
BMRCC 251 N IL 37
INA K C28+C 2+19

L E G A L  M A I L

Clerk, U.S. District Court
Southern District of Texas
FILED

APR 04 2016

David J. Bradley, Clerk of Court

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS

$00.49⁰ MAR 31 2016
MAILED FROM ZIP CODE 62846
02 1M
000426687

Marianne Serpa, Dep-in-Charge
US District Clerk's Office
1133 N Shoreline Blvd # 208
Corpus Christi TX 78401

78401$2003 C029