Case 2:13-cv-00193 Document 857 Filed on 07/12/16 in TXSD Page 1 of 4

JULY 8, 2016

THE HONORABLE NELVA GONZALES-RAMOS
FEDERAL JUDGE FOR THE SOUTHERN DISTRICT
   OF TEXAS
1133 NORTH SHORELINE BLVD.
CORPUS CHRISTI, TEXAS 78401

2.13cv193

Clerk, U.S. District Court
Southern District of Texas
FILED
JUL 12 2016
David J. Bradley, Clerk of Court

DEAR JUDGE GONZALES-RAMOS:

   THIS LETTER IS A FOLOW-UP ON MY "RECON" AS TO WHETHER TED CRUZ IS ELIGIBLE TO BE PRESIDENT OF THE UNITED STATES OF AMERICA. MY INVESTIGATION HAS BEEN EXTENDED TO WHETHER HE IS ELIGIBLE TO BE A U.S. SENATOR! WITH THE INFORMATION AVAILABLE TO ME, I PUT HIM IN THE CATEGORY "ILLEGAL IMMIGRANT" BECAUSE OF, FOR STARTERS, "THE SOFT BORDER CROSSING" BETWEEN THE U.S. AND CANADA IN 1974 ±. FURTHER, I AM CONVINCED THAT CANADIAN AUTHORITIES, AND THEREFORE BRITISH, HAVE THE FULL STORY ON ALL OF THIS.

   IT IS CLEAR THAT YOU AND YOUR STAFF HAVE BEEN STUDYING POLICY ON ELECTIONS IN TEXAS. ELECTIONS ARE RUN BY THE SECRETARY OF STATE'S OFFICE UNDER THE JURISDICTION OF THE GOVERNOR. I HAVE BEEN

an unsuccessful candidate for "minor" public office in Lubbock on a few occasions and all reports, etc. were filed with the Secretary of State. These filings included eligibility for the respective offices. But, much to my surprise, I have recently learned that, in partisian elections, all papers are filed with the respective party, NOT the Secretary of State! Independent candidates do file with the Secretary of State.

Therefore, it is the responsibility of the Republican Party of the State of Texas, not the Secretary of State, to certify as to Ted Cruz' eligibility for public office. This was pointed out to me by a "civil servant" in the Secretary of State's office. At the same time, the forms, etc. that the parties use are prepared by the Secretary of State.

A while back I did request from the Republican Party of the State of Texas a copy of the "paperwork" Ted Cruz submitted when he ran for U.S. Senate under Open Records. As of today, I have no reply.

Respectfully yours,

C. Richard Quade

C. Rich Quade

CLERK
28 LOMA LINDA
Ranch Road
LADITO, NM
87579

(AT THIS TIME,
TEMPORARY)

THE HONORABLE NELVA GONZALES-RAMOS
FEDERAL JUDGE FOR THE SOUTHERN
DISTRICT OF TEXAS
1133 NORTH SHORELINE BLVD.
CORPUS CHRISTI, TEXAS

78401-200399

CLERK, U.S. DISTRICT COURT
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS
RECEIVED
JUL 12 2016

CRx