# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

July 20, 2016

Mr. David J. Bradley  
Southern District of Texas, Corpus Christi  
United States District Court  
1133 N. Shoreline Boulevard  
Corpus Christi, TX 78401-0000

    No. 14-41127   Marc Veasey, et al v. Greg Abbott, et al  
                         USDC No. 2:13-CV-193  
                         USDC No. 2:13-CV-263  
                         USDC No. 2:13-CV-291  
                         USDC No. 2:13-CV-348

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                      Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _____  
                                       Jamei R. Schaeffer, Deputy Clerk

cc:  
       Ms. Leah Camille Aden  
       Ms. Anna Marks Baldwin  
       Mr. J. Campbell Barker  
       Mr. Neil G. Baron  
       Mr. Alan Butler  
       Ms. Jennifer Clark  
       Ms. Lindsey Beth Cohan  
       Mr. William Consovoy  
       Mr. Charles Justin Cooper  
       Mr. Armand G. Derfner  
       Mr. Robert Wayne Doggett  
       Mr. Kelly Patrick Dunbar  
       Mr. Stuart Kyle Duncan  
       Mr. Chad Wilson Dunn  
       Mr. Thomas Molnar Fisher

Ms. Caitriona Fitzgerald
Ms. Diana Katherine Flynn
Ms. Erin Helene Flynn
Mr. Matthew Hamilton Frederick
Mr. Jose Garza
Mr. Jon Marshall Greenbaum
Mr. J. Gerald Hebert
Mr. Dale Edwin Ho
Ms. Sherrilyn Ann Ifill
Mr. Lawrence John Joseph
Mr. Scott A. Keller
Mr. Robert Acheson Koch
Mr. Daniel B. Kohrman
Ms. Natasha M. Korgaonkar
Ms. Danielle Marie Lang
Mr. Andrew M. Leblanc
Ms. Sonya Ludmilla Lebsack
Mr. Steven James Lechner
Ms. Christine Anne Monta
Ms. Janai S. Nelson
Ms. Myrna Perez
Mr. Rolando Leo Rios I
Ms. Rebecca L. Robertson
Mr. Ezra D. Rosenberg
Mr. Deuel Ross
Mr. Marc Rotenberg
Ms. Amy Lynne Rudd
Mr. Prerak Shah
Mr. Martin Jonathan Siegel
Mr. John Albert Smith III
Ms. Christina A. Swarns
Ms. Aimee Thomson
Ms. Elizabeth Bonnie Wydra
Mr. Sean Young
Ms. Marinda van Dalen