UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| GREG ABBOTT, *et al*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Pursuant to the opinion in *Veasey v. Abbott*, No. 14-41127 (5th Cir. July 20, 2016) (en banc), the Court issues the following ORDERS with respect to formulating a plan for interim relief for the November 8, 2016 elections. The parties are ORDERED to meet and confer on or before **July 29, 2016** to determine what plan terms may be subject to agreement. The parties are ORDERED to submit their respective plans and supportive briefing to address the infirmities in SB 14 on or before **August 5, 2016**. The parties may then file responses to any other plan for interim relief on or before **August 11, 2016**. The matter will be called on Wednesday, **August 17, 2016 at 9:30 a.m.** for arguments on any remaining differences.

It is further ORDERED that any plan for interim relief must include terms regarding the following:

- All persons who have SB 14 ID or who have the means to get it in time for the November 8, 2016 election must display that ID in order to vote;

- No ID that is easily counterfeited may be used in any ameliorative provision;

- There must be an impediment or indigency exception, which may include reinstatement of the ability to use the voter registration card for such voters;

- The State must educate the public in a meaningful way about the SB 14 ID requirements and all exceptions to those requirements that are set out in the original law and in the interim plan adopted by this Court;

- The State must educate and train workers at polling places to fully implement the resulting plan; and

- The plan shall address only the discriminatory effect holding of the Fifth Circuit's opinion and shall not include relief that would be available only in the event that this Court finds, upon reweighing the evidence, that SB 14 was enacted with a discriminatory purpose.

ORDERED this 21st day of July, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE