UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| GREG ABBOTT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### DEFENDANTS' ADVISORY REGARDING SPECIAL ELECTION

Defendants file this Advisory to inform the Court that on May 18, 2016, the Governor of the State of Texas issued a proclamation ordering a special runoff election to be held in the Texas House of Representatives District No. 120 on August 2, 2016. *See* Exhibit A. Early voting for this election is scheduled to begin on July 25, 2016. Defendants have notified Plaintiffs regarding this scheduled election and proposed to begin the meet and confer process by telephone at 10:00 a.m. tomorrow, July 22, 2016.

1

Date: July 21, 2016　　　　　　　　Respectfully submitted.

　　　　　　　　　　　　　　　　　　KEN PAXTON
　　　　　　　　　　　　　　　　　　Attorney General of Texas

　　　　　　　　　　　　　　　　　　JEFFREY C. MATEER
　　　　　　　　　　　　　　　　　　First Assistant
　　　　　　　　　　　　　　　　　　　 Attorney General

　　　　　　　　　　　　　　　　　　JAMES E. DAVIS
　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　 for Litigation


　　　　　　　　　　　　　　　　　　 /s/ Angela V. Colmenero
　　　　　　　　　　　　　　　　　　ANGELA V. COLMENERO
　　　　　　　　　　　　　　　　　　Chief, General Litigation Division

　　　　　　　　　　　　　　　　　　MATTHEW H. FREDERICK
　　　　　　　　　　　　　　　　　　Deputy Solicitor General

　　　　　　　　　　　　　　　　　　OFFICE OF THE ATTORNEY GENERAL
　　　　　　　　　　　　　　　　　　P.O. Box 12548 (MC 059)
　　　　　　　　　　　　　　　　　　Austin, Texas  78711-2548
　　　　　　　　　　　　　　　　　　Tel.: (512) 936-6407
　　　　　　　　　　　　　　　　　　Fax: (512) 474-2697

　　　　　　　　　　　　　　　　　　COUNSEL FOR DEFENDANTS


## CERTIFICATE OF SERVICE

　　I hereby certify that on July 21, 2016, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

　　　　　　　　　　　　　　　　　　 /s/ Angela V. Colmenero
　　　　　　　　　　　　　　　　　　ANGELA V. COLMENERO