# EXHIBIT A

# PROCLAMATION
**BY THE**
# Governor of the State of Texas

**TO ALL TO WHOM THESE PRESENTS SHALL COME:**

WHEREAS, a vacancy now exists in the membership of the Texas House of Representatives in District No. 120 which consists of a part of Bexar County; and

WHEREAS, the results of a special election held on Saturday, May 7, 2016, have been officially declared; and

WHEREAS, no candidate in the special election received a majority of the votes cast, as required by Section 203.003 of the Texas Election Code; and

WHEREAS, Section 2.025(d) of the Texas Election Code requires a special runoff election to be held not earlier than the 70th or later than the 77th day after the date the final canvass is completed; and

WHEREAS, the final canvass occurred on May 18, 2016; and

WHEREAS, Section 3.003(a)(3) of the Texas Election Code requires the special runoff election to be ordered by proclamation of the governor;

NOW, THEREFORE, I, GREG ABBOTT, Governor of Texas, do hereby order a special election to be held in House District No. 120 on Tuesday, August 2, 2016, for the purpose of electing a state representative to serve the remainder of the term of The Honorable Ruth Jones McClendon.

Early voting by personal appearance shall begin on Monday, July 25, 2016, and shall end on Friday, July 29, 2016, in accordance with Section 85.001 of the Texas Election Code.

A copy of this order shall be mailed immediately to the County Judge of Bexar County, and all appropriate writs will be issued and all proper proceedings will be followed for the purpose that said election may be held to fill the vacancy in District No. 120, and its result proclaimed in accordance with law.

IN TESTIMONY WHEREOF, I have hereunto signed my name and have officially caused the Seal of State to be affixed at my office in the City of Austin, Texas, this the 18th day of May, 2016.

GREG ABBOTT
Governor

ATTESTED BY:

COBY SHORTER, III
Deputy Secretary of State

FILED IN THE OFFICE OF THE
SECRETARY OF STATE
4:15PM O'CLOCK

MAY 18 2016