# Exhibit B

# REASONABLE IMPEDIMENT AFFIDAVIT
# FOR SPECIAL ELECTION FOR HOUSE DISTRICT 120 ONLY

**Instructions:** If a voter appears on the official list of registered voters, but does not possess an acceptable form of photo identification due to a reasonable impediment, the following steps shall be taken by the election officer to allow the voter to cast a provisional ballot:

1. Provide this form to the voter, and ask the voter to provide one of the following forms of identification:
   a. a valid voter registration certificate (if on Election Day, the voter registration certificate indicates that the voter is appearing at the incorrect polling place, the voter should be directed to the correct polling place) or
   b. a current utility bill, bank statement, government check, paycheck or other government document that shows the name of the voter.
2. If the voter does not have one of the above forms of identification they must provide their date of birth and last four digits of their social security number in the space provided below.
3. Ask the voter to complete this form by entering their name, address, and, where applicable, date of birth, and last four digits of their social security number, and then ask them to review the "Voter's Affidavit of Reasonable Impediment," indicate their impediment, and sign their name.
4. Ask the voter to return the completed form to you. The election judge should indicate at the bottom of the form, what type of identification the voter provided. The election judge should enter the date, and then sign on the space provided.
5. Provide the "Affidavit of Provisional Voter" envelope to the voter, and ask them to complete the voter portion on the front side of the envelope.
6. Ask the voter to return the completed envelope, and on the reverse side the election judge shall complete their portion. The election judge should mark "Other" and indicate that the voter is casting a provisional ballot due to a reasonable impediment. The election judge should enter the date, and then sign on the space provided.
7. The election judge shall staple this form to the "Affidavit of Provisional Voter" envelope, and then the voter shall proceed to cast a provisional ballot.

# REASONABLE IMPEDIMENT AFFIDAVIT
# FOR SPECIAL ELECTION FOR HOUSE DISTRICT 120 ONLY

**TO BE COMPLETED BY VOTER**

Name: _____

Date of Birth (if applicable): _____

Last 4 digits of Social Security Number (if applicable): _____

**VOTER'S AFFIDAVIT OF REASONABLE IMPEDIMENT**

By signing this affidavit, I swear or affirm that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in person, and I face a reasonable impediment that prevents me from getting an acceptable form of photo identification.

My reasonable impediment is due to the following reason(s):

☐ Lack of transportation   ☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain photo ID

☐ Work schedule   ☐ Family responsibilities

☐ Lost or stolen photo ID   ☐ Photo ID applied for but not received

☐ Other reasonable impediment _____

I understand that knowingly giving false information under oath may potentially be a misdemeanor.

X _____        _____
    Signature of Voter                                                                         Date

Sworn to and subscribed before me this

_____ day of _____, 20___

Presiding Judge _____

| **TO BE COMPLETED BY ELECTION OFFICIAL** |
|---|

The voter provided one of the following forms of identification or information:

☐ Valid Voter Registration certificate

☐ A copy of one of the following:
　　_____ current utility bill _____ bank statement  _____ government check
　　_____ other government document that shows the name of the voter
　　_____ paycheck

☐ Last four digits of Social Security Number <u>and</u> date of birth

OR

☐ Voter did <u>not</u> provide any alternative identification document or information