UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, et al., § | | |
| § | | |
| Plaintiffs, § | | |
| VS. § | | CIVIL ACTION NO. 2:13-CV-00193 |
| § | | |
| GREG ABBOTT, et al., § | | |
| § | | |
| Defendants. § | | |

### ORDER

Now before the Court comes the Consent Motion for Entry of Temporary Remedial Order, filed on July 23, 2016. The Court has considered the motion and determined that it should be GRANTED.

IT IS THEREFORE ORDERED that the Motion for Entry of Temporary Remedial Order is GRANTED.[1]

### LIMITED INTERIM RELIEF

With regard to the special election for Texas House District No. 120 on August 2, 2016, with early voting to begin on July 25, 2016, if a voter seeking to cast a ballot appears on the official list of registered voters but does not possess an acceptable form of photo ID due to a reasonable impediment, the following steps shall be taken by the election officer to allow the voter to cast a provisional ballot:

---

[1] This order is without prejudice to the award of future relief in advance of the November 8, 2016 election. The parties expressly reserve all of their rights to seek or oppose future orders of relief. In agreeing to this motion, the parties do not waive any arguments or forfeit their right to appellate review. The parties will continue to meet and confer, pursuant to the Court's order, regarding an interim remedy for the elections to be held on November 8, 2016.

- Provide the Reasonable Impediment Affidavit form, attached as Exhibit B, or a Spanish language translation thereof, to the voter, and ask the voter to provide one of the following forms of identification:

    a. A valid voter registration certificate, or

    b. A current utility bill, bank statement, government check, paycheck, or other government document that shows the name of the voter.

- If the voter does not have one of the above forms of identification, they must provide their date of birth and the last four digits of their social security number in the space provided on the Reasonable Impediment Affidavit form.

- Ask the voter to complete this form by entering their name, address, and, where applicable, date of birth, and last four digits of their social security number, and then ask them to review the "Voter's Affidavit of Reasonable Impediment," indicate their impediment, and sign their name.

- Ask the voter to return the completed form to the election judge. The election judge should indicate at the bottom of the form what type of identification the voter provided. The election judge whould enter the date and sign in the space provided.

- Provide the "Affidavit of Provisional Voter" envelope to the voter, and ask them to complete the voter portion on the front side of the envelope.

- Ask the voter to return the completed envelope, and on the reverse side, the election judge shall complete their portion. The election judge should mark "Other" and indicate that the voter is casting a provisional ballot due to a reasonable impediment. The election judge should enter the date and sign in the space provided.

- Staple the Reasonable Impediment Affidavit form to the "Affidavit of Provisional Voter" envelope, and the voter shall proceed to cast a provisional ballot.

Upon confirmation that the "Affidavit of Provisional Voter" envelope is complete and that the Reasonable Impediment Affidavit is attached, the ballot shall be counted by the provisional balloting board unless there is conclusive evidence that the affiant is not the person in whose name the ballot is cast.

The Secretary of State will provide the Reasonable Impediment Affidavit form to the Bexar County Elections District for distribution to election officials.

7/23/16

*Nelva Gonzales Ramos*
UNITED STATES DISTRICT JUDGE