UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-00193 |
|---|---|---|---|

| Marc Veasey, et al. |
|---|
| *versus* |
| Greg Abbott, et al. |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Danielle M. Lang<br>Campaign Legal Center<br>1411 K Street NW Suite 1400<br>Washington, D.C. 20011<br>202-736-2200 ext. 211<br>dlang@campaignlegalcenter.org<br>California Bar # 304450<br>New York Reg. # 5282100 |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiffs Marc Veasey, et al. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/25/2016 | Signed: [signature] |
|---|---|

The state bar reports that the applicant's status is:

Dated: _____        Clerk's signature

**Order**        **This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                    United States District Judge