UNITED STATES DISTRICT COURT           SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-263 |
|---|---|---|---|

| United States |
|---|
| *versus* |
| State of Texas et al. |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Samuel G. Oliker-Friedland<br>United States Department of Justice<br>950 Pennsylvania Ave NW, NWB 7238<br>Washington, DC 20009<br>(202) 353-6196; samuel.oliker-friedland@usdoj.gov<br>Minnesota Bar No. 0396278 |
|---|---|

| Name of party applicant seeks to appear for: | United States |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/25/2016 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**          This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                        United States District Judge