UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-193 |
|---|---|---|---|

| Veasey, et al., |
|---|
| *versus* |
| Perry, et al. |

| | |
|---|---|
| Lawyer's Name | Shoshana J. Krieger |
| Firm | Texas RioGrande Legal Aid, Inc. |
| Street | 4920 North IH-35 |
| City & Zip Code | Austin, Texas 78751 |
| Telephone & Email | 512-782-0354 skrieger@trla.org |
| Licensed: State & Number | California, Bar No. 280514 |
| Federal Bar & Number | US Dist Cr - Central Dist. Cal. admitted Feb 9, 2016 |

| Name of party applicant seeks to appear for: | "Taylor Plaintiffs" - Lenard Taylor, Eulalio Mendez Jr., Lionel Estrada, Estela Garcia Espinoza, et al |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/25/2016 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**        This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                                                United States District Judge