UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-00193 |
|---|---|---|---|
| | | | |

| | Veasey | versus | Abbott |
|---|---|---|---|
| | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Brendan Downes<br>Lawyers' Committee for Civil Rights under Law<br>1401 New York Ave NW, Suite 400<br>Washington, DC 20005<br>202-662-8333; bdownes@lawyerscommittee.org<br>Massachusetts - # 691913 |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiffs Texas State Conference of the NAACP Branches and the Mexican-American Legislative Caucus of the Texas House of Representatives |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/25/16 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| |
| Dated:                Clerk's signature |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____        _____
                                      United States District Judge