UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-CV-00193 |
|---|---|---|---|

| Veasey | versus | Abbott |
|---|---|---|

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jon M. Greenbaum<br>Lawyers' Committee for Civil Rights Under Law<br>1401 New York Ave NW, Suite 400<br>Washington, DC 20005<br>202-662-8315; jgreenbaum@lawyerscommittee.org<br>District of Columbia #489887<br>District of Columbia District Court |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiffs Texas State Conference of the NAACP Branches and the Mexican American Legislative Caucus of the Texas House of Representatives |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | Signed: *JM* |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature |

**Order**                   This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                                    United States District Judge