IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Civil Action No. 2:13-cv-193 |
| GREG ABBOTT, *et al.*, | | |
| Defendants. | | |

## ORDER

Having considered the parties' joint motion to expedite the interim remedy schedule, the motion is GRANTED. The Court hereby ORDERS the parties to submit a joint plan regarding all agreed upon terms and their respective plans regarding all disputed terms and supportive briefing to address the infirmities in SB 14 on or before **August 2, 2016.** The parties may then file responses to any other plan for interim relief on or before **August 5, 2016**. The matter will be called on _____ at _____ for arguments on any remaining differences.

ORDERED  this ___ day of July, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE