UNITED STATES DISTRICT COURT                     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**
July 26, 2016
David J. Bradley, Clerk

## Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-CV-00193 |
|---|---|---|---|

| | Veasey | versus | Abbott | |
|---|---|---|---|---|

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Brendan Downes<br>Lawyers' Committee for Civil Rights under Law<br>1401 New York Ave NW, Suite 400<br>Washington, DC 20005<br>202-662-8333; bdownes@lawyerscommittee.org<br>Massachusetts - #691913 |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiffs Texas State Conference of the NAACP Branches and the Mexican-American Legislative Caucus of the Texas House of Representatives |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 7/25/16    Signed: [signature]

The state bar reports that the applicant's status is: Active

Dated: 7-26-16    Clerk's signature: Brandy Cortez

**Order**

Dated: 7-26-16

This lawyer is admitted *pro hac vice*.

[signature] Nelva Gonzales Ramos
United States District Judge