UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**
July 26, 2016
David J. Bradley, Clerk

## Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-193 |
|---|---|---|---|

| Veasey, et al., |
|---|
| *versus* |
| Perry, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Shoshana J. Krieger<br>Texas RioGrande Legal Aid, Inc.<br>4920 North IH-35<br>Austin, Texas 78751<br>512-782-0354 skrieger@trla.org<br>California, Bar No. 280514<br>US Dist Cr - Central Dist. Cal. admitted Feb 9, 2016 |
|---|---|

| Name of party applicant seeks to appear for: | "Taylor Plaintiffs" - Lenard Taylor, Eulalio Mendez Jr., Lionel Estrada, Estela Garcia Espinoza, et al |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/25/2016 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 7-26-16 | Clerk's signature: *Brandy Cox* |

### Order

Dated: 7-26-16

This lawyer is admitted *pro hac vice*.

*[signature]* Nelva Gonzales Ramos
United States District Judge