UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**
July 26, 2016
David J. Bradley, Clerk

## Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-CV-00193 |
|---|---|---|---|

Veasey    *versus*    Abbott

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jon M. Greenbaum<br>Lawyers' Committee for Civil Rights Under Law<br>1401 New York Ave NW, Suite 400<br>Washington, DC 20005<br>202-662-8315; jgreenbaum@lawyerscommittee.org<br>District of Columbia #489887<br>District of Columbia District Court |
|---|---|

Name of party applicant seeks to appear for: Plaintiffs Texas State Conference of the NAACP Branches and the Mexican American Legislative Caucus of the Texas House of Representatives

Has applicant been sanctioned by any bar association or court? Yes ___ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | Signed: *J. M.* |
|---|---|

The state bar reports that the applicant's status is: Active

Dated: 7-26-16     Clerk's signature: Brady Cox

### Order

Dated: 7-26-16

This lawyer is admitted *pro hac vice*.

_____
United States District Judge