UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
July 26, 2016
David J. Bradley, Clerk

## Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-263 |
|---|---|---|---|

| United States |
|---|
| *versus* |
| State of Texas et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Samuel G. Oliker-Friedland<br>United States Department of Justice<br>950 Pennsylvania Ave NW, NWB 7238<br>Washington, DC 20009<br>(202) 353-6196; samuel.oliker-friedland@usdoj.gov<br>Minnesota Bar No. 0396278 |
|---|---|

| Name of party applicant seeks to appear for: | United States |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/25/2016 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: Authorized to Practice |
|---|
| Dated: 7-25-16    Clerk's signature *[signature] Brandy Cox* |

**Order**

Dated: 7-26-16

This lawyer is admitted *pro hac vice*.

_____
United States District Judge