IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>GREG ABBOTT, *et al.*, <br><br>　　　　　Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br>　　　　　Plaintiff, <br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br>　　　　　Plaintiff-Intervenors, <br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br>　　　　　Plaintiff-Intervenors, <br><br>　　v. <br><br>STATE OF TEXAS, *et al.*, <br><br>　　　　　Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>CARLOS CASCOS, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| LENARD TAYLOR, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>STATE OF TEXAS, *et al.*,<br><br>    Defendants | Civil Action No. 2:13-cv-348 (NGR) |

## JOINT SUBMISSION OF AGREED TERMS

Pursuant to this Court's July 21 Order (ECF No. 859) and July 26 Order (ECF No. 869), the parties jointly propose that the Court incorporate the following terms in its interim remedy order:

1. Voters who appear on the official list of registered voters and present documentation that is acceptable photo identification under Section 63.0101 of the Texas Election Code (SB 14 ID) or SB 14 ID that has expired by no more than four years shall be permitted to vote using a regular ballot.

2. Voters who appear on the official list of registered voters and present a valid voter registration certificate, a certified birth certificate, a current utility bill, a bank statement, a government check, a paycheck, or any other government document that displays the

1

voter's name and an address <u>and</u> complete and sign a reasonable impediment declaration shall be permitted to vote using a regular ballot.

3. Defendants shall use the document attached to this Order as Exhibit 1 as the English-language reasonable impediment declaration.

4. Defendants shall ensure that the reasonable impediment declaration is translated into Spanish, Chinese, and Vietnamese for use in appropriate jurisdictions. Defendants shall also inform the Elections Administrators in El Paso County and Maverick County in writing of the need to include the reasonable impediment declaration in the list of documents that need to be orally translated in accordance with Section 203 of the Voting Rights Act, 52 U.S.C. § 10503.

5. The reasonableness of a voter's impediment to obtain SB 14 ID shall not be questioned by election officials.

6. After asking a voter if he or she has SB 14 ID, election officials shall not question or challenge voters concerning the voter's lack of SB 14 ID and the voter's claimed impediment to obtaining SB 14 ID prior to allowing a voter to cast a regular ballot with a reasonable impediment declaration.

7. A signed reasonable impediment declaration shall be rejected only upon conclusive evidence that the person completing the declaration is not the person in whose name the ballot will be cast.

8. No identification document provided pursuant to Paragraphs 1 or 2 shall be rejected based on the fact that the address on such document does not match the address recorded in the official list of registered voters.

9. Pursuant to Section 33.058 of the Texas Election Code, poll watchers shall not be permitted to communicate in any manner with any voter concerning the procedures outlined in this Order, presentation of identification, or the validity of a voter's impediment to obtain identification.

10. Defendants shall develop a detailed voter education plan, including timetables, for the November 2016 general election by no later than August 15, 2016.  This plan shall include a statement of the total planned expenditure, in an amount equal to or greater than $2,500,000.

11. Commencing with any elections held after the entry of this Order and until further order of the Court, Defendants shall continue to educate voters in subsequent elections concerning both voter identification requirements <u>and</u> the opportunity for voters who do not possess SB 14 ID and cannot reasonably obtain it to cast a regular ballot.

12. Defendants shall develop a detailed election official training program for the November 2016 general election by no later than August 15, 2016.

13. Defendants shall not modify the English-language reasonable impediment declaration attached to this Order as Exhibit 1 without either submission of a Notice to this Court including both a copy of the document and a statement indicating that all Plaintiffs have consented to the modification or an order of this Court.

14. These procedures shall remain in place until further order of this Court.  Nothing in this order shall prevent any party from seeking relief based on future events, including but not limited to legislative action.

A copy of the proposed reasonable impediment declaration is attached to this submission as Exhibit 1.  The parties will separately submit brief filings concerning any limited remaining terms upon which we have not been able to reach agreement.

Date: August 3, 2016

                                       Respectfully submitted.

KENNETH MAGIDSON  
United States Attorney  
Southern District of Texas

VANITA GUPTA  
Principal Deputy Assistant Attorney General  
Civil Rights Division

*/s/ Daniel J. Freeman*  
T. CHRISTIAN HERREN, JR.  
MEREDITH BELL-PLATTS  
RICHARD A. DELLHEIM  
BRUCE I. GEAR  
DANIEL J. FREEMAN  
AVNER SHAPIRO  
SAMUEL OLIKER-FRIEDLAND  
Attorneys, Voting Section  
Civil Rights Division  
U.S. Department of Justice  
950 Pennsylvania Ave. NW  
Room 7123 NWB  
Washington, D.C. 20530

*Counsel for the United States*

*/s/ J. Gerald Hebert*
J. GERALD HEBERT
DANIELLE M. LANG
Campaign Legal Center
1411 K Street NW Suite 1400
Washington, DC 20005

CHAD W. DUNN
K. SCOTT BRAZIL
Brazil & Dunn
4201 Cypress Creek Pkwy., Suite 530
Houston, Texas 77068

ARMAND G. DERFNER
Derfner & Altman
575 King Street, Suite B
Charleston, S.C. 29403

NEIL G. BARON
Law Office of Neil G. Baron
914 FM 517 W, Suite 242
Dickinson, Texas 77539

DAVID RICHARDS
Richards, Rodriguez & Skeith, LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701

*Counsel for Veasey/LULAC Plaintiffs*

LUIS ROBERTO VERA, JR.
Law Office of Luis Roberto Vera Jr.
111 Soledad, Ste 1325
San Antonio, TX 78205

*Counsel for LULAC*

*/s/ Ezra D. Rosenberg*
JON M. GREENBAUM
EZRA D. ROSENBERG
BRENDAN B. DOWNES
Lawyers' Committee for
Civil Rights Under Law
1401 New York Avenue NW Suite 400
Washington, D.C. 20005

WENDY WEISER
MYRNA PEREZ
JENNIFER CLARK
The Brennan Center for Justice at NYU Law School
161 Avenue of the Americas, Floor 12
New York, New York 10013-1205

AMY L. RUDD
LINDSEY B. COHAN
Dechert LLP
500 W. 6th Street, Suite 2010
Austin, Texas 78701

JOSE GARZA
Law Office of Jose Garza
7414 Robin Rest Drive
San Antonio, Texas 98209

DANIEL GAVIN COVICH
Covich Law Firm LLC
Frost Bank Plaza
802 N Carancahua, Ste 2100
Corpus Christi, TX 78401

GARY BLEDSOE
Potter Bledsoe, LLP
316 W. 12th Street, Suite 307
Austin, Texas 78701

VICTOR GOODE
NAACP
4805 Mt. Hope Drive
Baltimore, Maryland 21215

ROBERT NOTZON
The Law Office of Robert Notzon
1502 West Avenue
Austin, Texas 78701

*Counsel for the Texas State Conference of NAACP Branches and the Mexican American Legislative Caucus of the Texas House of Representatives*

*/s/ Marinda Van Dalen*
ROBERT W. DOGGETT
SHOSHANA J. KRIEGER
Texas Rio Grande Legal Aid
4920 N. IH-35
Austin, Texas 78751

MARINDA VAN DALEN
Texas Rio Grande Legal Aid
531 East St. Francis St.
Brownsville, Texas 78529

JOSE GARZA
Texas Rio Grande Legal Aid
1111 N. Main Ave.
San Antonio, Texas 78212

*Counsel for Lenard Taylor, Eulalio Mendez Jr., Lionel Estrada, Estela Garcia Espinoza, Margarito Martinez Lara, Maximina Martinez Lara, and La Union Del Pueblo Entero, Inc.*

/s/ Leah C. Aden
CHRISTINA A. SWARNS
NATASHA M. KORGAONKAR
LEAH C. ADEN
DEUEL ROSS
NAACP Legal Defense and Education Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006

JONATHAN PAIKIN
KELLY DUNBAR
TANIA FARANSSO
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

*Counsel for the Texas League of Young Voters Education Fund and Imani Clark*

/s/ Rolando L. Rios
ROLANDO L. RIOS
115 E. Travis, Suite 1645
San Antonio, Texas 78205

Counsel for the Texas Association of Hispanic County Judges and County Commissioners

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Litigation

/s/ Matthew H. Frederick
ANGELA V. COLMENERO
Chief, General Litigation Division
MATTHEW H. FREDERICK
Deputy Solicitor General
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas  78711-2548

*Counsel for Defendants*

8

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 3, 2016, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

              */s/ Daniel J. Freeman*
              Daniel J. Freeman
              U.S. Department of Justice
              950 Pennsylvania Ave. NW
              Room 7123 NWB
              Washington, D.C. 20530
              daniel.freeman@usdoj.gov