OERPA213



ILLINOIS DEPARTMENT OF CORRECTIONS
Offender 360
ACTIVITY CARDS

PAGE: 798

RUN DATE: 7/30/2016

RUN TIME: 11:28:18 AM

IDOC#: B14522 ROBERT ALLENSWORTH
PRIMARY: UNASSIGNED ,PARTICIPANT-BMR710010009 1

BMR:BMR:04:B:34:U1
GRADE: A EFF: 3/19/2016

MONDAY 08/01

| ACTIVITY | FROM | TO | LOCATION | OUT | IN | OUT | IN |
|---|---|---|---|---|---|---|---|
| SOP TX/THERAPY ,PARTICIPANT-BMR482420009 2 | 12:30 PM | 01:30 PM | BMR | | | | |
| SUPV: APPROPRIATE SUPERVISOR | | BUILDING: DAYROOM | | | | | |

United States Courts
Southern District of Texas
FILED

AUG 04 2016

David J. Bradley, Clerk of Court

Marianne Serpa, Dep-in-Charge
US Dist Clerk's Office txs
1133 N Shoreline Blvd Rm 208
Corpus Christi TX 78401
361-888-3142

Aug 1 16

40+ docket entries (621,620,618,615,598) in your case Veasey v Abbott 2:13cv193 are from me. I suggest a limited voting backup ballot for 2016 for the Texas State House at least for large population counties with candidates paying a modest deposit to get on the backup ballot in their own and one add'l district -- primary winners and write-ins free -- add'l districts modest deposit. I suggest counties be allowed to have such a backup ballot for State Senate and US Congmen with voters showing interest.

I believe limited voting promotes good behavior by winners and inhibits tyranny mayhem fear and divisiveness. Let Texas be an example for World.

As the Court recently reminded us, States are free to serve as laboratories of democracy. Ariz State Leg v Ariz Indep Redist Comm 2015 135 SCt 2652,73. That laboratory extends to experimenting about the nature of democracy itself.
-- Evenwel v Abbott Apr 4 16 136 SCt 1120,41 Thomas concurring.

Calera & Guin AL elect their city councils by lim voting.
Beaufort & Martin Cos NC elect their comnrs by lim voting.

Peoria IL has elected five of ten councilmen by cumulative voting since 1991. See Banks v Bd of El City of Peoria (CD IL 87) 659 FS 394. Cited by Chisom v Roemer 1988 853 F2 1186,90.

I suggest limited voting for Terrebonne & other LA Parish Districts judges. See Jul 21 2014 WL 3586549/7 & City St Gabriel 2015 89 FS3 843.

Limited voting is a reasonable alternative voting practice to serve as the benchmark. The time is ripe.

Robert M Allensworth

Robert M Allensworth B14522
BMRCC 251 N IL 37
Ina IL 62846 2419




UserID: STACY BUTLER

IDOC INMATE MAIL
MONEY ORDERS NO
LONGER ACCEPTED

United States Courts
Southern District of Texas
FILED
AUG 04 2016
David J. Bradley, Clerk of Court

Marianne Serpa, Dep-in-Charge
US Dist Clerk's Office txs
1133 N Shoreline Blvd Rm 208
Corpus Christi TX 78401

UNITED STATES POSTAGE
02 1M
0004266687
MAILED FROM ZIP CODE 628
FOREVER
USA
Bank Swallow

CLERK, U.S. DISTRICT COURT
RECEIVED
AUG 04 2016
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS