IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*,<br><br>    Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*,<br><br>    Plaintiff-Intervenors,<br><br>v.<br><br>STATE OF TEXAS, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

1

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>CARLOS CASCOS, *et al.*,<br><br>   Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| LENARD TAYLOR, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>STATE OF TEXAS, *et al.*,<br><br>   Defendants | Civil Action No. 2:13-cv-348 (NGR) |

### NOTICE OF DEATH OF PLAINTIFF MARGARITO LARA

  The undersigned Counsel with regret submit notice of the death of Plaintiff Margarito Lara on June 5, 2015. It is respectfully requested that his death be noted on the record pursuant to Federal Rule of Civil Procedure 25(a)(2).

Date: August 8, 2016

Respectfully submitted

               /s/ Marinda van Dalen

               MARINDA VAN DALEN
               Texas RioGrande Legal Aid
               531 East St. Francis St.
               Brownsville, Texas 78529

ROBERT W. DOGGETT
SHOSHANA J. KRIEGER
Texas RioGrande Legal Aid
4920 N. IH-35
Austin, Texas 78751

JOSE GARZA
Texas RioGrande Legal Aid
1111 N. Main Ave.
San Antonio, Texas 78212

*Counsel for Lenard Taylor, Eulalio Mendez Jr., Lionel Estrada, Estela Garcia Espinoza, Margarito Martinez Lara, Maximina Martinez Lara, and La Union Del Pueblo Entero, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2016, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ Marinda van Dalen