Marianne Serpa, Dep-in-Charge
US Dist Clerk's Office txs
1133 N Shoreline Blvd Rm 208
Corpus Christi TX 78401
361-888-3142



LET TEXAS BE AN EXAMPLE FOR THE WORLD!

40+ docket entries (621,620,618,615,598) Veasey v Abbott 2:13cv193 Corpus Christi are from me.

I suggest a limited voting backup ballot for 2016 for the Texas State House with candidates paying a modest deposit to get on the backup ballot in their own and one add'l district. Primary winners free own and two add'l districts. Write-ins free. Add'l districts modest deposit.

I believe limited voting promotes good behavior by winners and inhibits tyranny mayhem fear and divisiveness.

Calera & Guin AL elect their city councils by lim voting.

Beaufort & Martin cos NC their comnrs.

Peoria IL has elected five of ten councilmen by cumulative voting since 1991. See Banks v Bd El City of Peoria 1987 659 FS 394.

I suggest lim voting for Terrebonne & other LA Parish District judges. See Jul 21 2014 WL 3586549/7 & City St Gabriel 89 FS3 843.

NOTE! I suggest primary winners free own and two add'l districts. It should be easy implement a backup ballot this year.

The time is ripe!

*Robert M Allensworth*
Robert M Allensworth B14522
BMRCC 251 N IL 37
Ina IL 62846 2419

