Case: 14-41127    Document: 00513627700    Page: 1    Date Filed: 08/08/2016
Case: 14-41127    Document: 00513622992    Page: 1    Date Filed: 08/03/2016

Case 2:13-cv-00193   Document 886   Filed on 08/08/16 in TXSD   Page 1 of 1

UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

# BILL OF COSTS

United States Courts
Southern District of Texas
FILED
AUG - 9 2016
David J. Bradley, Clerk of Court

Veasey _____ v. Abbott _____ No. 14-41127

The Clerk is requested to tax the following costs against: Appellants

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee ($500.00) | | | | | | | | |
| Appendix or Record Excerpts | | | | | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 27 | 81 | 0.15 | 328.05 | 15 | 81 | .15 | 182.25 |
| Appellant's Reply Brief | | | | | | | | |
| Other: en banc brief | 20 | 68 | 0.15 | 204 | 15 | 68 | .15 | 153.00 |
| | | | Total $ | 532.05 | | | | 335.25 |

Costs are hereby taxed in the amount of $ 335.25 this 8th day of _____

Costs are taxed in the amount of $ 335.25

LYLE W. CAYCE, CLERK
By _____
Deputy Clerk

this 8th day of August, 2016

State of _____
County of Harris County, Texas

I, Chad W. Dunn, do hereby swear under penalty of perjury that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 3rd day of August, 2016.

/s/ Chad W. Dunn
(Signature)

Attorney for Veasey-LULAC Appellees

*SEE REVERSE SIDE FOR RULES
GOVERNING TAXATION OF COSTS

NOTE: The Bill of Costs is due in this office within 14 days from the date of the opinion, See FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

[Print Form]