Case 2:13-cv-00193 Document 851-2 Filed on 08/08/16 in TXSD Page 1 of 1
Case: 14-41127 Document: 00513627742 Page: 1 Date Filed: 08/08/2016
United States Courts
Southern District of Texas
FILED

AUG - 9 2016

David J. Bradley, Clerk of Court

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 08, 2016

Mr. David J. Bradley
Southern District of Texas, Corpus Christi
United States District Court
1133 N. Shoreline Boulevard
Corpus Christi, TX 78401-0000

       No. 14-41127    Marc Veasey, et al v. Greg Abbott, et al
                       USDC No. 2:13-CV-193
                       USDC No. 2:13-CV-263
                       USDC No. 2:13-CV-291
                       USDC No. 2:13-CV-348

Dear Mr. Bradley,

Enclosed for the district court and counsel is the approved bill of costs.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          James deMontluzin, Deputy Clerk
                          504-310-7679