Clerk, U.S. District
Southern District of Texas
FILED

AUG 08 2016

David J. Bradley, Clerk of Court

2:13cv193

August 02, 2016

United States Courthouse
United States District Court
Honorable Judge Nelva Gonzales Ramos
1133 N. Shoreline Blvd.

Re: Voter's Rights Act; Voter's Registration

Dear Honorable Judge Ramos:

"The vote is the most powerful instrument ever devised by man breaking down injustice!" President Lyndon B. Johnson declared before he signed the Voting Rights Act into law fifty-one years ago.

Johnson said to a televised national audience on that historical day of August 6, 1965 in hopes to convey the Act's passage "a triumph for freedom as huge as any victory that has ever been won on any battlefield."

His words were not just meant to be quoted in a letter decades later but for you, myself and "Every family across this great, entire, searching land will live longer in liberty, will live more splendid in expectation, and will be prouder to be American."

I believe that by the capacity of the Honorable position you hold, you are aware

that the Voter's Rights Act did not seem to apply to Texans for a full decade after its passage. Until a strong and brave black Congresswoman from South Texas exposed the challenges faced by minority voters. Becoming keenly aware from observing the difficulties that countless of her Spanish-speaking constituents faced at the polls.

She argued in the U.S. House of Representatives citing examples of voter intimidation and that Federal oversight of voting practice should be expanded to areas with large numbers of Spanish-speaking voters in Texas.

On August 06, 1975 the 10th anniversary of the Voter's Rights Act Barbara Jordon proudly stood watching over the shoulder of President Gerald Ford as he signed this broadened version into law. However, today fifty-one years after the landmark legislation Texas is known for whose lawmakers engaged to deprive <u>ALL MINORITIES</u> by their outlines for State congressional districts and further establishing unavoidable afflicting voting demands.

A vital part of the Voter's Right's Act was removed by the 2013 U.S. Supreme Court ruling, Shelby v. Holder and how after this ruling the legislature has made voter registration

III

more difficult for all minorities.

In the last two presidential elections Texas is known to have been forty-eight among all fifty states in voter participation. And in recorded results of the 2014 midterm governor's elections Texas came in LAST! H further alleges that hispanics in Texas account for thirty-eight percent of population yet made up just seventeen percent of the Texas votes.

As we honor the standards of the fifty-first anniversary we must remind every Texan of the ability to execute their vote in the future. In doing so this Honorable Court should rule that all Texas Citizens respect and accept a mandatory voters ruling that allows assistance for voters registration and mobile voting polls for all Texans who are not allowed or able to reach a voting poll on their own. Mandatory for all to vote!

Honorable Judge Ramos, nobody can say how LBJ and Jordon would react to all this but we must consider your position as well and pray for you as you make a historical ruling for all Texas Citizens. Thank you for your time and all considerations given during your ruling. God bless you!

Respectfully,
Samuel Sosa



Samuel Sosa 1663436
3614 Bill Price Rd
Del Valle, TX 78617

United States Courthouse
U.S. District Judge Hon. Nelva Gonzales Ramos
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401

LEGAL MAIL

AUG 08 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DIST. OF TEX
CORPUS CHRISTI, TEX