UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| GREG ABBOTT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**J**OINT **M**OTION FOR **E**NTRY OF **T**EMPORARY **R**EMEDIAL **O**RDER

The Texas Secretary of State's office has learned that the following school districts will conduct tax ratification elections on August 27, 2016, with early voting to begin on August 10, 2016: (1) Caldwell Independent School District in Burleson County, Texas; (2) Frisco Independent School District in Denton County, Texas; (3) Aubrey Independent School District in Denton County, Texas; (4) New Waverly Independent School District in Walker County, Texas; (5) Spurger Independent School District in Tyler County, Texas; (6) Sherman Independent School District in Grayson County, Texas; (7) Mineral Wells Independent School District in Palo Pinto County, Texas; and (8) Thrall Independent School District in Williamson County, Texas. The parties filed a Joint Submission on Agreed Terms (ECF No. 877) proposing terms that the Court incorporate in its interim remedy order for elections on November 8, 2016, but because the parties disagree about additonal terms that should be included in the order, the Court has not yet entered an interim remedy order.  As a result, the parties respectfully move the Court to enter a temporary

interim remedy for the tax ratification elections identified above. In support of this motion, the parties would show the following:

1. On July 20, 2016, the United States Court of Appeals for the Fifth Circuit affirmed this Court's finding that SB 14 results in a discriminatory effect under Section 2 of the Voting Rights Act. *Veasey v. Abbott*, No. 14-41127 (5th Cir. July 20, 2016) (en banc), slip op. 85. In its opinion, the Fifth Circuit explained:

> On remand, the district court should refer to the policies underlying SB 14 in fashioning a remedy. We acknowledge that the record establishes that the vast majority of eligible voters possess SB 14 ID, and we do not disturb SB 14's effect on those voters—those who have SB 14 ID must show it to vote. The remedy must be tailored to rectify only the discriminatory effects on those voters who do not have SB 14 ID or are unable to reasonably obtain such identification.

*Id.* at 83. The Fifth Circuit remanded to this Court for consideration of an appropriate remedy, with instructions to "ensure that any remedy enacted ameliorates SB 14's discriminatory effect, while respecting the Legislature's stated objective to safeguard the integrity of elections by requiring more secure forms of voter identification." *Id.*

2. On July 21, 2016, consistent with the Fifth Circuit's instructions, this Court entered an order (ECF No. 859) directing the parties to meet and confer and to submit proposed remedial plans including specific terms responsive to the Fifth Circuit's opinion. The Court's order set a hearing on August 17, 2016, to resolve any remaining differences between the parties regarding interim relief.

3. On July 22, 2016, the parties initiated the meet-and-confer process by conducting a conference call attended by counsel for the Plaintiffs, the United States, and the Defendants.

4.   On July 26, 2016, the parties filed a Joint Motion to Expedite the Interim Remedy Schedule (ECF No. 868), requesting that the Court modify its previous order to require the parties to submit proposed plans for interim relief and supporting briefing by August 2, 2016, and to submit responses to proposed plans for interim relief on August 5, 2016. In its order granting the motion (ECF No. 869), the Court ordered the parties to file a joint plan including all agreed-upon terms and respective plans regarding all disputed terms, together with supporting briefs, by August 2, 2016; to file responses on August 5, 2016; and to appear for a hearing on August 10, 2016.

5.   The parties have completed the meet and confer process regarding proposed interim relief.  The parties filed a Joint Submission of Agreed Terms on August 3, 2016 (ECF No. 877). The Private Plaintiffs and Plaintiff-Intervenors and the Defendants filed separate briefs requesting that the Court include additional terms in the interim remedial order.  *See* Submission of All Private Plaintiffs and Plaintiff-Intervenors of Additional Term (ECF No. 878); Defendants' Brief Regarding Proposed Interim Remedial Plan (ECF No. 879).

6.   The Secretary of State's office has learned that the following school districts will conduct tax ratification elections on August 27, 2016, with early voting scheduled to begin on August 10, 2016: (1) Caldwell Independent School District in Burleson County, Texas; (2) Frisco Independent School District in Denton County, Texas; (3) Aubrey Independent School District in Denton County, Texas; (4) New Waverly Independent School District in Walker County, Texas; (5) Spurger Independent

School District in Tyler County, Texas; (6) Sherman Independent School District in Grayson County, Texas; (7) Mineral Wells Independent School District in Palo Pinto County, Texas; and (8) Thrall Independent School District in Williamson County, Texas.

7. The Secretary of State's office represents that it would be feasible, on court order, to implement the procedures described in paragraphs 1 through 9 of the Joint Submission of Agreed Terms (ECF No. 877) for the tax ratification elections identified above in time for the start of early voting on August 10, 2016.

8. On court order, the Secretary of State will provide the Reasonable Impediment Declaration form, attached as Exhibit A, to the school districts and/or county election officials with tax ratification elections on August 27, 2016, with early voting scheduled to begin on August 10, 2016. To the extent the Secretary of State learns that other tax ratification elections are scheduled for this timeframe, it will provide the Reasonable Impediment Declaration form to the appropriate school districts and/or county election officials.

9. In agreeing to this motion, the parties expressly reserve all of their rights to seek or oppose future orders of relief. The parties do not waive any arguments or forfeit their right to appellate review.

### PRAYER FOR RELIEF

For the foregoing reasons, the parties respectfully move the Court to order that Defendants implement the procedures described in paragraphs 1 through 9 of the Joint Submission of Agreed Terms (ECF No. 877) and that the attached Reasonable

Impediment Declaration be made available at early voting locations and polling places to accommodate voters who cannot reasonably obtain an SB 14-compliant ID in time to vote in the Caldwell ISD, Frisco ISD, Aubrey ISD, New Waverly ISD, Spurger ISD, Sherman ISD, Mineral Wells ISD, and Thrall ISD tax ratification elections.

Date: August 9, 2016                    Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Litigation

/s/   Angela V. Colmenero
ANGELA V. COLMENERO
Chief, General Litigation Division

MATTHEW H. FREDERICK
Deputy Solicitor General

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas  78711-2548
Tel.: (512) 936-6407
Fax: (512) 474-2697

*Counsel for Defendants*

VANITA GUPTA
Principal Deputy Assistant Attorney General
Civil Rights Division

/s/  Meredith Bell-Platts
T. CHRISTIAN HERREN, JR.
MEREDITH BELL-PLATTS
RICHARD DELLHEIM
BRUCE I. GEAR
DANIEL J. FREEMAN
AVNER SHAPIRO
SAMUEL OLIKER-FRIEDLAND

Attorneys, Voting Section
Civil Rights Division
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, N.W.
Room 7123 NWB
Washington, D.C. 20530
(202) 305-4355

*Counsel for the United States*

6

/s/  J. Gerald Hebert
J. GERALD HEBERT
CAMPAIGN LEGAL CENTER
1411 K Street NW Suite 1400
Washington, DC 20005
(202) 736-2200
ghebert@campaignlegalcenter.org

CHAD W. DUNN
K. SCOTT BRAZIL
BRAZIL & DUNN
4201 Cypress Creek Pkwy., Suite 530
Houston, Texas 77068
(281) 580-6310
chad@brazildunn.com

ARMAND G. DERFNER
DERFNER & ALTMAN
575 King Street, Suite B
Charleston, S.C. 29403
(843) 723-9804
aderfner@derfneraltman.com

NEIL G. BARON
LAW OFFICE OF NEIL G. BARON
914 FM 517 W, Suite 242
Dickinson, Texas 77539
(281) 534-2748
neil@ngbaronlaw.com

DAVID RICHARDS
RICHARDS, RODRIGUEZ & SKEITH, LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701
(512) 476-0005

*Counsel for Veasey/LULAC Plaintiffs*

LUIS ROBERTO VERA, JR.
Law Office of Luis Roberto Vera Jr.
111 Soledad, Ste 1325
San Antonio, TX 78205
210-225-2060
lrvlaw@sbcglobal.net

*Counsel for LULAC*

7

/s/ Ezra D. Rosenberg

Jon M. Greenbaum
Ezra D. Rosenberg
Robert A. Kengle
Brendan B. Downes
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1401 New York Avenue, N.W., Suite 400
Washington, D.C. 20005

Wendy Weiser
Myrna Perez
Jennifer Clark
THE BRENNAN CENTER FOR JUSTICE
AT NYU LAW SCHOOL
161 Avenue of the Americas, Floor 12
New York, New York 10013-1205

Amy L. Rudd
Lindsey B. Cohan
DECHERT LLP
500 W. 6th Street, Suite 2010
Austin, Texas 78701

Jose Garza
LAW OFFICE OF JOSE GARZA
7414 Robin Rest Drive
San Antonio, Texas 98209

Daniel Gavin Covich
COVICH LAW FIRM LLC
Frost Bank Plaza
802 N Carancahua, Ste 2100
Corpus Christi, TX 78401

Gary Bledsoe
POTTER BLEDSOE, L.L.P.
316 W. 12th Street, Suite 307
Austin, Texas 78701

Victor Goode
NAACP
4805 Mt. Hope Drive
Baltimore, Maryland 21215

Robert Notzon
THE LAW OFFICE OF ROBERT NOTZON
1502 West Avenue
Austin, Texas 78701

*Counsel for Plaintiffs Texas State Conference of NAACP Branches and The Mexican American Legislative Caucus of the Texas House of Representatives*

/s/  Robert W. Doggett
Robert W. Doggett
TEXAS RIOGRANDE LEGAL AID
4920 N. IH-35
Austin, Texas 78751

Marinda van Dalen
TEXAS RIOGRANDE LEGAL AID
531 East St. Francis St.
Brownsville, Texas 78529

Jose Garza
TEXAS RIOGRANDE LEGAL AID
1111 N. Main Ave.
San Antonio, Texas 78212

*Counsel for Lenard Taylor, Eulalio Mendez Jr., Lionel Estrada, Estela Garcia Espinoza, Margarito Martinez Lara, Maximina Martinez Lara, and La Union Del Pueblo Entero, Inc.*

/s/  Rolando L. Rios
ROLANDO L. RIOS
SBN: 16935900
115 E. Travis, Suite 1645
San Antonio, Texas 78205
Ph: (210) 222-2102
Fax: (210) 222-2898
E-mail: rios@rolandorioslaw.com

*Attorney for Intervenor Texas Association of Hispanic County Judges and County Commissioners*

9

/s/  Christina A. Swarns

Christina A. Swarns
Natasha M. Korgaonkar
Leah C. Aden
Deuel Ross
NAACP LEGAL DEFENSE
AND EDUCATION FUND, INC.
40 Rector Street,
5th Floor
New York, NY 10006
(212) 965-2200
nkorgaonkar@naacpldf.org

Jonathan Paikin
Kelly Dunbar
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
kelly.dunbar@wilmerhale.com

*Counsel for the Texas League of Young Voters Education Fund and Imani Clark*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 9, 2016, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/  Angela V. Colmenero
ANGELA V. COLMENERO