UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
**ENTERED**
August 09, 2016
David J. Bradley, Clerk

| | |
|---|---|
| MARC VEASEY, et al., § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 2:13-CV-00193 |
| § | |
| GREG ABBOTT, et al., § | |
| § | |
| Defendants. § | |

## ORDER

Now before the Court comes the Joint Motion for Entry of Temporary Remedial Order, filed on August 9, 2016. The Court has considered the motion and determined that it should be GRANTED.

IT IS THEREFORE ORDERED that the Motion for Entry of Temporary Remedial Order is GRANTED.[1]

## LIMITED INTERIM RELIEF

The following school districts will conduct tax ratification elections on August 27, 2016, with early voting to begin on August 10, 2016: (1) Caldwell Independent School District in Burleson County, Texas; (2) Frisco Independent School District in Denton County, Texas; (3) Aubrey Independent School District in Denton County, Texas; (4) New Waverly Independent School District in Walker County, Texas; (5) Spurger Independent School District in Tyler County, Texas; (6) Sherman

---

[1] This order is without prejudice to the award of future relief in advance of the November 8, 2016 election. The parties expressly reserve all of their rights to seek or oppose future orders of relief. In agreeing to this motion, the parties do not waive any arguments or forfeit their right to appellate review.

1

Independent School District in Grayson County, Texas; (7) Mineral Wells Independent School District in Palo Pinto County, Texas; and (8) Thrall Independent School District in Williamson County, Texas. With regard to those tax ratification elections, on August 27, 2016, with early voting to begin on August 10, 2016, the following procedures will be adopted:

1. Voters who appear on the official list of registered voters and present documentation that is acceptable photo identification under Section 63.0101 of the Texas Election Code (SB 14 ID) or SB 14 ID that has expired by no more than four years shall be permitted to vote using a regular ballot.

2. Voters who appear on the official list of registered voters and present a valid voter registration certificate, a certified birth certificate, a current utility bill, a bank statement, a government check, a paycheck, or any other government document that displays the voter's name and an address and complete and sign a reasonable impediment declaration shall be permitted to vote using a regular ballot.

3. Defendants shall use the document attached to this Order as Exhibit 1 as the English-language reasonable impediment declaration.

4. Defendants shall ensure that the reasonable impediment declaration is translated into Spanish, Chinese, and Vietnamese for use in appropriate jurisdictions. Defendants shall also inform the Elections Administrators in El Paso County and Maverick County in writing of the need to include the reasonable impediment declaration in the list of documents that need to be

orally translated in accordance with Section 203 of the Voting Rights Act, 52 U.S.C. § 10503.

5. The reasonableness of a voter's impediment to obtain SB 14 ID shall not be questioned by election officials.

6. After asking a voter if he or she has SB 14 ID, election officials shall not question or challenge voters concerning the voter's lack of SB 14 ID and the voter's claimed impediment to obtaining SB 14 ID prior to allowing a voter to cast a regular ballot with a reasonable impediment declaration.

7. A signed reasonable impediment declaration shall be rejected only upon conclusive evidence that the person completing the declaration is not the person in whose name the ballot will be cast.

8. No identification document provided pursuant to Paragraphs 1 or 2 shall be rejected based on the fact that the address on such document does not match the address recorded in the official list of registered voters.

9. Pursuant to Section 33.058 of the Texas Election Code, poll watchers shall not be permitted to communicate in any manner with any voter concerning the procedures outlined in this Order, presentation of identification, or the validity of a voter's impediment to obtain identification.

The Secretary of State will provide the Reasonable Impediment Declaration form to Caldwell ISD, Frisco ISD, Aubrey ISD, New Waverly ISD, Spurger ISD, Sherman ISD, Mineral Wells ISD, Thrall ISD, or any other school district it learns has a tax ratification election scheduled for August 27, 2016, with early voting

scheduled to begin on August 10, 2016, by contacting the ISD itself and/or through the election officials for the ISD, for distribution to election officials.

8/9/16

_____
UNITED STATES DISTRICT JUDGE