# Attachment 1

Case 2:13-cv-00193   Document 890-1   Filed on 08/09/16 in TXSD   Page 2 of 3



# VOTETEXAS.GOV
POWERED BY THE TEXAS SECRETARY OF STATE

## Register to Vote

- Register To Vote
- Where to Get an Application
- Filling out the Application
- **Need ID?**
- Your Voter Registration Card
- Did You Change Something?
- You Must Register By...

| REGISTER TO VOTE | WHO, WHAT, WHERE, WHEN, HOW | MILITARY & OVERSEAS VOTERS | VOTERS WITH SPECIAL NEEDS | YOUR RIGHTS | FAQ | RESOURCES |

Don´t have a photo identification for voting? Election Identification Certificates are available from your local DPS office.

## Required Identification for Voting in Person

Don´t have a photo ID for voting? Election Identification Certificates are available from DPS driver license offices during regular business hours. Find mobile station locations here.

Frequently Asked Questions

In 2011, the Texas Legislature passed Senate Bill 14 (SB 14) creating a new requirement for voters to show photo identification when voting in person. While pending review within the judicial system, the U.S. Supreme Court issued its opinion in Shelby County v. Holder, which effectively ended all pending litigation. As a result, voters are now required to present an approved form of photo identification in order to vote in all Texas Elections.

**This requirement is effective immediately.**

Here is a list of the acceptable forms of photo ID:

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas license to carry a handgun issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented for voter qualification at the polling place.

**Procedures for Voting**

When a voter arrives at a polling location, the voter will be asked to present one of the seven (7) acceptable forms of photo ID. Election officials will now be required by State law to determine whether the voter's name on the identification provided matches the name on the official list of registered voters ("OLRV"). After a voter presents their ID, the election worker will compare it to the OLRV. If the name on the ID matches the name on the list of registered voters, the voter will follow the regular procedures for voting.

If the name does not match exactly but is "substantially similar" to the name on the OLRV, the voter will be permitted to vote as long as the voter signs an affidavit stating that the voter is the same person on the list of registered voters.

If the voter does not have proper identification, the voter will still be permitted to vote provisionally. The voter will have (six) 6 days to present proper identification to the county voter registrar, or the voter's ballot will be rejected.

**Exemption/Exceptions:**

Voters with a disability may apply with the county voter registrar for a **permanent exemption.** The application must contain written documentation from either the U.S. Social Security Administration evidencing he or she has been determined to have a disability, or from the U.S. Department of Veterans Affairs evidencing a disability rating of at least 50 percent. In addition, the applicant must state that he or she has no valid form of photo identification. Those who obtain a disability exemption will be allowed to vote by presenting a voter registration certificate reflecting