# Attachment 2

About the Elections Divisi ×
www.sos.state.tx.us/elections/index.shtml
Apps For quick access, place your bookmarks here on the bookmarks bar. Import bookmarks now...

Home | News | Site Index | Help | Contacts | En Español

TEXAS SECRETARY OF STATE
CARLOS H. CASCOS

Search

About the Office | Election Information | Business Filings | Notary Public & Statutory | State Rules & Open Meetings | Uniform Commercial Code | Border & International

Don't have a photo ID for voting? Election Identification Certificates are available from DPS offices.

Elections And Voter Information

VOTETEXAS.GOV

- Voter Information
- About the Elections Division
- Conducting Your Elections
- Candidate Information
- Election Officials and Officeholders
- Election Results
- Election Administration
- Help America Vote Act (HAVA) Funding to Counties
- Election Funds Management, (HAVA, Chapter 19 & Primary Finance)
- Project V.O.T.E. for Teachers, Educators and Students
- Voting Systems
- Forms, Resources & Legal Library
- Frequently Asked Questions (FAQs)
- Contact Us

## About the Elections Division

En Español

### Election Outlook

PHOTO ★★ I.D. ★★ INFO

- Acceptable Forms of Identification (PDF)
- Template Press Release (English) (Spanish)
- Notice of Acceptable Identification Poster (English) 8.5x14 | 11x17 | 24x36
- Notice of Acceptable Identification Poster (Spanish) 8.5x14 | 11x17 | 24x36
- Forms
- Forms – Voter Registration
- Seminar Presentations

VOTETEXAS.GOV
POWERED BY THE TEXAS SECRETARY OF STATE

From upcoming election information to registering to vote, VoteTexas.gov makes sure you count.

- Photo ID Requirements
- Am I Registered to Vote?
- How to Register to Vote
- Military/Overseas Voters
- Student Voters
- Voters With Special Needs
- Early Voting
- FAQ

#### August 2, 2016 House District Special Elections

- Election Night Returns
- House District 120: Proclamation (PDF)
- Press Release: Voters in HD120 special runoff election have additional ID options
  - Candidates

#### Election and Candidate Information

- New November 8, 2016 Election Law Calendar
- May 7, 2016 Election Law Calendar
  - May 7, 2016 Calendar Table
- March 1, 2016 Election Law Calendar
  - March 1, 2016 Calendar Table
- Important 2016 Election Dates
- Poll Watcher's Guide 2015 (PDF)
- Notice Primary Finance
- New 2016 Primary Election Canvass Application
- 2016 Primary Election Candidate Filing Data Entry
- 2016 Primary Election Candidate Listing
- 2016 County and Precinct Chair Candidate Filing Data Entry
- 2016 County and Precinct Chair Candidate Listing

The Secretary of State is the chief election officer for the State of Texas. The Secretary of State's **Elections Division** provides assistance and advice to election officials on the proper conduct of elections. This includes hosting seminars and elections schools, providing calendars, ballot certification, primary election funding, and legal interpretations of election laws to election officials. We also provide assistance to the general public on voter registration and other election issues through our 1-800 toll-free number, 1-800-252-VOTE (8683), and via the Internet.

The Elections Division administers and maintains the Texas Election Administration Management (TEAM) System, which is an online, HAVA compliant, voter registration application designed for county officials to maintain accurate and efficient voter registration rolls. Currently, over 200 counties utilize the **TEAM** application to maintain their daily voter registration requirements. The remaining counties comply with current state and HAVA requirements by updating the state database on a daily basis through a file transfer.

**Note**: Free software such as Adobe® Acrobat Reader 6.0 or higher may be required in order to view PDF files included on this page.

**Court Orders**

- Volunteer Deputy Registrar Injunction Stayed by Appellate Court (PDF)
- Order Modifying Preliminary Injunction regarding Volunteer Deputy Registrars (PDF)
- Modified Preliminary Injunction regarding Volunteer Deputy Registrars (PDF)
- Preliminary Injunction regarding Volunteer Deputy Registrars (PDF)
- Archived Court Orders

**Points of Interest**

Online Poll Worker Training Coming Soon

- Online Poll Worker Training Memo Coming Soon
- Cancellation Trend Reports
- Frequently Asked Questions Regarding the Census and Redistricting
- 2011 Legislative Summary
- Report to the 84 Legislature on HB 1129 (2013) Relating to a Program Allowing Certain Military Voters on Active Duty Overseas to Cast a Ballot Electronically
- Report to the 84th Legislature Relating to the Countywide Polling Place Program
- Report to the 83rd Legislature Relating to the Countywide Polling Place Program

**Seminars**

- 2015 – 2016 Seminar Dates
- 2016 Seminar Book Order Form (PDF)
- Speaker Presentation Files

SOS Home | Texas.gov | Trail | Texas Homeland Security | Where the Money Goes | Fraud Reporting | Texas Veterans Portal

Compact With Texans | Open Records Policy | Privacy Policy | Accessibility Policy | Link Policy | Disclaimer

Send comments and questions about the web site to: webmaster@sos.texas.gov

3:26 PM
8/9/2016

# Photo ID required for Texas Voters

You must now present one of the following forms of photo ID when voting in person:

- ★ Texas driver license issued by the Texas Department of Public Safety (DPS)
- ★ Texas Election Identification Certificate issued by DPS
- ★ Texas personal identification card issued by DPS 
- ★ Texas license to carry a handgun issued by DPS 
- ★ United States military identification card containing your photograph
- ★ United States citizenship certificate containing your photograph
- ★ United States passport

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented for voter qualification at the polling place.

**Exemptions** - Voters with a disability may apply with the county voter registrar for a **permanent exemption**. The application must contain written documentation from either the U.S. Social Security Administration evidencing he or she has been determined to have a disability, or from the U.S. Department of Veterans Affairs evidencing a disability rating of at least 50 percent. In addition, the applicant must state that he or she has no valid form of photo identification. Those who obtain a disability exemption will be allowed to vote by presenting a voter registration certificate reflecting the exemption. Please contact your voter registrar for more details.

Voters who have a consistent **religious objection** to being photographed and voters who do not have any valid form of photo identification as a result of certain natural disasters as declared by the President of the United States or the Texas Governor, may vote a provisional ballot, appear at the voter registrar's office within six (6) calendar days after election day, and sign an affidavit swearing to the religious objection or natural disaster, in order for your ballot to be counted. Please contact your county voter registrar for more details.



TEXAS SECRETARY OF STATE

# Acceptable Forms of Identification for Voting in Texas

1/20/2016 Texas Secretary of State Elections Division 1

# Acceptable IDs

There are 7 forms of acceptable ID:

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport.

SECRETARY OF STATE TEXAS

# Expiration Dates

An acceptable identification must not have expired more than 60 days before being presented at the polling place, but for the following:

1. Texas Identification Cards for persons aged 60 or older may be permanent and marked "INDEF."
2. Texas Election Identification Certificates (EIC) for persons aged 70 or older are permanent cards.
3. Some military ID cards are permanent, including Uniformed Services ID cards and Veterans Affairs ID cards. These are usually marked "INDEF."
4. Certificates of Naturalization and Certificates of Citizenship do not expire.

SECRETARY OF STATE
TEXAS