# Attachment 3



IF YOU ALREADY HAVE A PHOTO ID, YOU ARE READY TO VOTE. BE SURE TO BRING YOUR PHOTO ID WITH YOU TO THE POLLING PLACE.

IF YOU DO NOT HAVE A PHOTO ID, YOU SHOULD GET ONE BEFORE GOING TO VOTE. FREE PHOTO IDS ARE AVAILABLE AT THE DEPARTMENT OF MOTOR VEHICLES AND YOUR COUNTY VOTER REGISTRATION AND ELECTIONS OFFICE.

IF YOU CAN'T GET A PHOTO ID, YOU CAN VOTE WITH YOUR NON-PHOTO VOTER REGISTRATION CARD AFTER SIGNING AN AFFIDAVIT AT THE POLLS, STATING YOUR REASON FOR NOT GETTING ONE.

IF YOU FORGET TO BRING YOUR PHOTO ID WITH YOU TO THE POLLING PLACE, YOU MAY VOTE A PROVISIONAL BALLOT. HOWEVER, FOR YOUR VOTE TO COUNT, YOU MUST SHOW PHOTO ID TO THE COUNTY VOTER REGISTRATION AND ELECTIONS OFFICE PRIOR TO THE CERTIFICATION OF THE ELECTION.

IF YOUR REGISTRATION CARD IS LOST OR MISPLACED, A DUPLICATE CARD MAY BE OBTAINED, EVEN ON ELECTION DAY, BY CONTACTING YOUR COUNTY VOTER REGISTRATION AND ELECTIONS OFFICE.

FOR MORE INFORMATION AND ADDITIONAL RULES CONCERNING PHOTO ID, VISIT SCVOTES.ORG

SOUTH CAROLINA ELECTION COMMISSION

FOLLOW SCVOTES ON FACEBOOK & TWITTER

8028_02_11,500_082014