| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-193 |
|---|---|---|---|

| Veasey, et al. |
|---|
| *versus* |
| Abbott, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Neil A. Steiner<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, New York 10036-6797<br>(212) 698-3500 neil.steiner@dechert.com<br>New York -2888162<br>Southern District of New York |
|---|---|

| Name of party applicant seeks to appear for: | Texas State Conference of NAACP Branches; Mexican American Legislative Caucus of the Texas House of Representatives |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ _____

On a separate sheet for each sanction, please supply the full particulars.

Dated: 8-9-16       Signed: [signature]

| The state bar reports that the applicant's status is: |
|---|
| Dated:   Clerk's signature |

**Order**        This lawyer is admitted *pro hac vice.*

Dated: _____       _____
                                                                United States District Judge