UNITED STATES DISTRICT COURT　　　　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
August 10, 2016
David J. Bradley, Clerk

## Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-193 |
|---|---|---|---|

| Veasey, et al. |
|---|
| *versus* |
| Abbott, et al. |

| Lawyer's Name | Neil A. Steiner |
|---|---|
| Firm | Dechert LLP |
| Street | 1095 Avenue of the Americas |
| City & Zip Code | New York, New York 10036-6797 |
| Telephone & Email | (212) 698-3500 neil.steiner@dechert.com |
| Licensed: State & Number | New York -2888162 |
| Federal Bar & Number | Southern District of New York |

| Name of party applicant seeks to appear for: | Texas State Conference of NAACP Branches; Mexican American Legislative Caucus of the Texas House of Representatives |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

Dated: 8-4-16    Signed: [signature]

The state bar reports that the applicant's status is: Registered

Dated: 8/9/16    Clerk's signature: Brandy Cody

### Order

Dated: 8/9/16

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge