UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| GREG ABBOTT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**SUPPLEMENT TO SUBMISSION OF AGREED TERMS**

On August 3, the parties filed a Joint Submission of Agreed Terms proposing terms the Court incorporate in its interim remedy order. Paragraph 3 of the joint submission stated that "Defendants shall use the document attached to this Order as Exhibit 1 as the English-language reasonable impediment declaration." *See* Joint Submission of Agreed Terms (ECF No. 877). The parties have conferred regarding the language in the declaration and have agreed to submit a revised reasonable impediment declaration. A copy of the revised reasonable impediment declaration is attached to this submission as Exhibit A.

Date: August 9, 2016

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant
Attorney General

JAMES E. DAVIS
Deputy Attorney General
for Litigation

/s/ Angela V. Colmenero
ANGELA V. COLMENERO
Chief, General Litigation Division

MATTHEW H. FREDERICK
Deputy Solicitor General

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-6407
Fax: (512) 474-2697

*Counsel for Defendants*

VANITA GUPTA
Principal Deputy Assistant Attorney General
Civil Rights Division

/s/ Meredith Bell-Platts
T. CHRISTIAN HERREN, JR.
MEREDITH BELL-PLATTS
RICHARD DELLHEIM
BRUCE I. GEAR
DANIEL J. FREEMAN
AVNER SHAPIRO
SAMUEL OLIKER-FRIEDLAND

Attorneys, Voting Section
Civil Rights Division
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, N.W.
Room 7123 NWB
Washington, D.C. 20530
(202) 305-4355

*Counsel for the United States*

/s/ J. Gerald Hebert______
J. GERALD HEBERT
CAMPAIGN LEGAL CENTER
1411 K Street NW Suite 1400
Washington, DC 20005
(202) 736-2200
ghebert@campaignlegalcenter.org

CHAD W. DUNN
K. SCOTT BRAZIL
BRAZIL & DUNN
4201 Cypress Creek Pkwy., Suite 530
Houston, Texas 77068
(281) 580-6310
chad@brazildunn.com

ARMAND G. DERFNER
DERFNER & ALTMAN
575 King Street, Suite B
Charleston, S.C. 29403
(843) 723-9804
aderfner@derfneraltman.com

NEIL G. BARON
LAW OFFICE OF NEIL G. BARON
914 FM 517 W, Suite 242
Dickinson, Texas 77539
(281) 534-2748
neil@ngbaronlaw.com

DAVID RICHARDS
RICHARDS, RODRIGUEZ & SKEITH, LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701
(512) 476-0005

*Counsel for Veasey/LULAC Plaintiffs*

LUIS ROBERTO VERA, JR.
Law Office of Luis Roberto Vera Jr.
111 Soledad, Ste 1325
San Antonio, TX 78205
210-225-2060
lrvlaw@sbcglobal.net

*Counsel for LULAC*

/s/ Ezra D. Rosenberg
Jon M. Greenbaum
Ezra D. Rosenberg
Robert A. Kengle
Brendan B. Downes
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1401 New York Avenue, N.W., Suite 400
Washington, D.C. 20005

Wendy Weiser
Myrna Perez
Jennifer Clark
THE BRENNAN CENTER FOR JUSTICE
AT NYU LAW SCHOOL
161 Avenue of the Americas, Floor 12
New York, New York 10013-1205

Amy L. Rudd
Lindsey B. Cohan
DECHERT LLP
500 W. 6th Street, Suite 2010
Austin, Texas 78701

Jose Garza
LAW OFFICE OF JOSE GARZA
7414 Robin Rest Drive
San Antonio, Texas 98209

Daniel Gavin Covich
COVICH LAW FIRM LLC
Frost Bank Plaza
802 N Carancahua, Ste 2100
Corpus Christi, TX 78401

Gary Bledsoe
POTTER BLEDSOE, L.L.P.
316 W. 12th Street, Suite 307
Austin, Texas 78701

Victor Goode
NAACP
4805 Mt. Hope Drive
Baltimore, Maryland 21215

Robert Notzon
THE LAW OFFICE OF ROBERT NOTZON
1502 West Avenue
Austin, Texas 78701

*Counsel for Plaintiffs Texas State Conference of NAACP Branches and The Mexican American Legislative Caucus of the Texas House of Representatives*

/s/ Robert W. Doggett
Robert W. Doggett
TEXAS RIOGRANDE LEGAL AID
4920 N. IH-35
Austin, Texas 78751

Marinda van Dalen
TEXAS RIOGRANDE LEGAL AID
531 East St. Francis St.
Brownsville, Texas 78529

Jose Garza
TEXAS RIOGRANDE LEGAL AID
1111 N. Main Ave.
San Antonio, Texas 78212

*Counsel for Lenard Taylor, Eulalio Mendez Jr., Lionel Estrada, Estela Garcia Espinoza, Margarito Martinez Lara, Maximina Martinez Lara, and La Union Del Pueblo Entero, Inc.*

/s/ Rolando L. Rios
ROLANDO L. RIOS
SBN: 16935900
115 E. Travis, Suite 1645
San Antonio, Texas 78205
Ph: (210) 222-2102
Fax: (210) 222-2898
E-mail: rios@rolandorioslaw.com

*Attorney for Intervenor Texas Association of Hispanic County Judges and County Commissioners*

/s/ Christina A. Swarns____
Christina A. Swarns
Natasha M. Korgaonkar
Leah C. Aden
Deuel Ross
NAACP LEGAL DEFENSE
AND EDUCATION FUND, INC.
40 Rector Street,
5th Floor
New York, NY 10006
(212) 965-2200
nkorgaonkar@naacpldf.org

Jonathan Paikin
Kelly Dunbar
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
kelly.dunbar@wilmerhale.com

*Counsel for the Texas League of Young Voters Education Fund and Imani Clark*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2016, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ Angela V. Colmenero
ANGELA V. COLMENERO