# EXHIBIT

# A

# EXHIBIT

# A

# REASONABLE IMPEDIMENT DECLARATION

**Instructions:** If a voter appears on the official list of registered voters, but does not possess an acceptable form of photo identification—under Section 63.0101 of the Texas Election Code (SB 14 ID) **or** SB 14 ID that has expired by no more than four years—due to a reasonable impediment, the following steps shall be taken by the election officer to allow the voter to cast a **regular ballot**:

1. Present this form to the voter, and ask the voter to provide **one** of the following forms of identification:
    a. a valid voter registration certificate (if on Election Day, the voter registration certificate indicates that the voter is appearing at the incorrect polling place, the voter should be directed to the correct polling place);
    b. a certified birth certificate (must be an original); **or**
    c. a copy or original of a current utility bill, bank statement, government check, paycheck, or other government document that shows the voter's name and an address (with the exception that a government document containing a photograph must be an original). **NOTE:** The address on this document is not required to match the address recorded in the official list of registered voters.
2. Ask the voter to complete this form by entering their name, and then ask them to review the "Voter's Declaration of Reasonable Impediment or Difficulty," indicate their impediment or difficulty, and sign their name.
3. Ask the voter to return the completed form to you. You may not question the voter concerning the reasonableness of any claimed impediment or the truth of the declaration. The election judge should enter the date and then sign on the space provided on the declaration.
4. Either you or the election judge should indicate on the "To Be Completed By Election Official" form what type of document the voter provided by checking the appropriate box. Either you or the election judge should fill in the Date of Election and Location fields.
5. Allow the voter to cast a **regular ballot**.

# REASONABLE IMPEDIMENT DECLARATION

**TO BE COMPLETED BY VOTER**

Name: _____

**VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY**

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check **at least one** box below)

☐ Lack of transportation                    ☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule                             ☐ Family responsibilities

☐ Lost or stolen photo ID                   ☐ Photo ID applied for but not received

☐ Other reasonable impediment or difficulty _____

**The reasonableness of your impediment or difficulty cannot be questioned**.

X _____     _____
            Signature of Voter                          Date

Sworn to and subscribed before me this

_____ day of ____, 20___

Presiding Judge _____

| **TO BE COMPLETED BY ELECTION OFFICIAL** |
|---|

The voter provided one of the following forms of identification or information:

☐ Valid Voter Registration certificate; or

☐ A copy or original of **one** of the following was provided:

    \_\_\_\_\_ certified birth certificate (must be an original)

    \_\_\_\_\_ current utility bill

    \_\_\_\_\_ bank statement

    \_\_\_\_\_ government check

    \_\_\_\_\_ other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

    \_\_\_\_\_ paycheck


Location: _____

Date of Election: _____