```
Marianne Serpa, Dep-in-Charge
US Dist Clerk's Office txs
1133 N Shoreline Blvd #208
Corpus Christi TX 78401
```

United States Courts
Southern District of Texas
FILED
AUG 1 1 2016
David J. Bradley, Clerk of Court

Aug 8 16

LET TEXAS BE AN EXAMPLE TO THE WORLD!

40+ docket entries (621,620,618,615,598) Veasey v Abbott 2:13cv193 Corpus Christi are from me.

I suggest a limited voting backup ballot for 2016 for the Texas and other State Houses with candidates paying a modest deposit to get on the backup ballot in their own and one add'l district. Primary winners free own and two add'l districts. This makes it easy to implement this backup ballot this year. Add'l districts modest deposit. The time is ripe.

I believe limited voting promotes good behavior by winners and inhibits tyranny mayhem fear and divisiveness.

Calera & Guin AL elect their city councils by lim voting.
Beaufort & Martin cos NC their comnrs.

Peoria IL has elected five of ten councilmen by cumulative voting since 1991. See Banks v Bd El City of Peoria 1987 659 FS 394.

I suggest lim voting for Terrebonne & other LA Parish District judges. See 2014 WL 3586549/7 & City St Gabriel 2015 89 FS3 843.

*Robert M Allensworth*
Robert M Allensworth B14522
BMRCC 251 N IL 37
Ina IL 62846 2419

I got a copy of the 2:13cv193 docket sheet for 844 9/2/15 thru 875 7/29/16 and want it for Oct 1 14 thru 9/2/15 and entries:
858 7/20/16 Jgmt & Court"s Opinion ORDER of USCA w/atchmts 1-4.
857 7/12 16  Ltr by C Richard Quade.
856 4/4/16   Ltr by me.
855 2/29/16  Ltr by C Richard Quade.
852 9/21/15  Ltr br C Richard Quade entered 2/26/16.
849 10/26/15 Ltr by me. Copy of docket sheet mailed to me.
               (I didn't get it.)

Note I suggest primary winners free own and two add"l districts. This makes it easy to implement a backup ballot this year!
The Time is ripe! I SUGGEST CONTINUING RELIEF!

See Edward R Hamilton Bookseller Books, Facebook.com/EdwardRHamiltonBookseller.
2730987 CLINTON CASH How Foreign Govmts Make Bill & Hillary Rich $19.95
4571592 THE QUEEN Epic Ambition of Hillary by Hugh Hewitt        11.95
275245X ADIOS AMERICA! The Left's plan 3d 4d WORLD HELLHOLE Coulter 19.95
                                    3rd

