Marianne Serpa, Dep-in-Charge
US District Clerk's Office txs
1133 N Shoreline Blvd Rm 208
Corpus Christi TX 78401
361-888-3142

United States Courts
Southern District of Texas
FILED
AUG 15 2016
David J. Bradley, Clerk of Court

Aug 11 16

LET TEXAS SERVE AS AN EXAMPLE FOR THE WORLD!
40+ docket entries (856 4/4/16, 849 10/26/15, 621, 620, 618, 615)
Veasey v Abbott 2:13cv193 Corpus Christi are from me.

I suggest a limited voting backup ballot for 2016 for the Texas State House with primary winners on the backup ballot in their own and two add'l districts. More districts with a modest fee.

I want this suggestion to be considered at the Aug 17 9:30 a.m. hearing called for by doc 859 7/21/16 for arguments on any remaining differences. Let voters choose their preference from about six candidates in 2016. The Time is Ripe.

I suggest the Counties be enabled to make a more robust effort.

I believe limited voting promotes good behavior by winners and inhibits tyranny mayhem fear and divisiveness.

Calera and Guin AL elect their city councils by lim voting.
Beaufort and Martin cos NC their comnrs.

Peoria IL has elected five of ten aldermen by cumulative voting since 1991. See Banks v Bd El City of Peoria 1987 659 FS 394.

I got inst 862 7/23/16 LIMITED INTERIM RELIEF.
I SUGGEST LIMITEKD VOTING CONTINUING RELIEF!
I got back my Jul 29 ltr date-stamped Aug 2 16. Did you keep a copy? a copy?

Robert M Allensworth
Robert M Allensworth B14522
BMRCC 251 N IL 37
Ina IL 62846 2419

Contact Bob Stephens, Gen Csl NC Gov, 919-733-9080.


CLERK, U.S. DISTRICT COURT
RECEIVED
AUG 15 2016
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS

ALLENSWORM B16-72 YQJY
Brace 27 7 (C 3)
Ipa IC 62846 249

CLERK, U.S. DISTRICT COURT
RECEIVED
AUG 15 2016
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS

IDOC INMATE MAIL
MONEY ORDERS NO
LONGER ACCEPTED

Marianne Serpa, Dep
US District Clerk's Office txs
1133 N Shoreline Blvd Rm 208
Corpus Christi TX 78401

United States Courts
Southern District of Texas
FILED
AUG 15 2016
David J. Bradley, Clerk of Court

02 1M
0004266687
MAILED FROM ZIP CODE 62846
$00.00⁰
AUG 11 2016
PITNEY BOWES
FOREVER
USA
Bank Swallow

7840132042 0029