UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, § | | |
| § | | |
| Plaintiffs, § | | |
| VS. § | CIVIL ACTION NO. 2:13-CV-00193 | |
| § | | |
| GREG ABBOTT, *et al.*, § | | |
| § | | |
| Defendants. § | | |

### ORDER

Now before the Court comes Defendants' Unopposed Motion to File Under Seal Exhibits 1 and 2 to Submission Regarding Voter Education Plan and Election Official Training Program. The Court has considered the motion and determined that it should be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Unopposed Motion to File Under Seal Exhibits 1 and 2 to Submission Regarding Voter Education Plan and Election Official Training Program is GRANTED.

Signed this _____ day of August, 2016.

HON. NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE