United States District Court
Southern District of Texas
**ENTERED**
August 16, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, et al., § § § Plaintiffs, § VS. § § GREG ABBOTT, et al., § § § Defendants. § | CIVIL ACTION NO. 2:13-CV-00193 |

### ORDER

Now before the Court comes Defendants' Unopposed Motion to File Under Seal Exhibits 1 and 2 to Submission Regarding Voter Education Plan and Election Official Training Program. The Court has considered the motion and determined that it should be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Unopposed Motion to File Under Seal Exhibits 1 and 2 to Submission Regarding Voter Education Plan and Election Official Training Program is GRANTED.

Signed this 16th day of August, 2016.

_____
HON. NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE