UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| v. § | CIVIL ACTION NO. 2:13-CV-00193 |
| § | |
| GREG ABBOTT, *et al.*, § | |
| § | |
| Defendants. § | |

### DEFENDANTS' UNOPPOSED MOTION REQUESTING THE UNSEALING OF PORTIONS OF DOCUMENT NO. 899

Defendants file this Unopposed Motion Requesting the Unsealing of Portions of Document No. 899 ("Motion to Unseal"). In support of this Motion to Unseal, Defendants would respectfully show the following:

1. On August 15, 2016, Defendants filed their Submission Regarding Voter Education Plan and Election Official Training Program ("Submission"). *See* ECF No. 898. Immediately following the filing of the Submission, Defendants filed their Unopposed Motion to File Under Seal Exhibits 1 and 2 to Submission Regarding Voter Education Plan and Election Official Training Program ("Motion to File Under Seal"). *See* ECF No. 899.

2. In the Motion to File Under Seal, Defendants intended only that the *exhibits* to that motion—*i.e.*, Exhibits 1 and 2 to the Submission—would be filed under seal. Defendants learned today, however, that the underlying motion and proposed order that were filed with the Motion to File Under Seal were inadvertently sealed.

1

3. Defendants file this Motion to Unseal for the limited purpose of requesting that the Court unseal the underlying motion and proposed order that were submitted with the Motion to File Under Seal. For the reasons stated in their Motion to File Under Seal, the exhibits attached to the Motion to File Under Seal should remain sealed.

4. Defendants have conferred with Plaintiffs concerning the substance of this Motion to Unseal, and Plaintiffs have confirmed that they do not oppose the relief requested herein.

5. For the foregoing reasons, Defendants respectfully request that the Court *unseal only the underlying motion and proposed order* that were submitted with the Motion to File Under Seal Exhibits 1 and 2 to Submission Regarding Voter Education Plan and Election Official Training Program, leaving the exhibits to that motion sealed.

Date: August 16, 2016                  Respectfully submitted,

                                              KEN PAXTON
                                              Attorney General of Texas

                                              JEFFREY C. MATEER
                                              First Assistant Attorney General

                                              JAMES E. DAVIS
                                              Deputy Attorney General for Litigation

                                              /s/ Angela V. Colmenero
                                              ANGELA V. COLMENERO
                                              Chief, General Litigation Division

                                              MATTHEW H. FREDERICK
                                              Deputy Solicitor General

                                              OFFICE OF THE ATTORNEY GENERAL
                                              P.O. Box 12548 (MC 059)
                                              Austin, Texas 78711-2548
                                              Tel.: (512) 936-6407
                                              Fax: (512) 474-2697

                                              *Counsel for Defendants*

## **CERTIFICATE OF CONFERENCE**

     I hereby certify that counsel for Defendants conferred with counsel for Plaintiffs via email and telephone on August 16, 2016 regarding the relief requested in this Motion. Counsel for Plaintiffs indicated that they do not oppose the relief sought in this Motion.

                                              /s/ Angela V. Colmenero
                                              ANGELA V. COLMENERO

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 16, 2016, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                              /s/ Angela V. Colmenero
                                              ANGELA V. COLMENERO