UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| GREG ABBOTT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Now before the Court comes Defendants' Unopposed Motion to Unseal Portions of Document 899 (Defendants' Motion to File Under Seal Exhibits 1 and 2 to Submission Regarding Voter Education Plan and Election Official Training Program). The Court has considered the motion and determined that it should be GRANTED.

IT IS THEREFORE ORDERED that the underlying motion and proposed order that were submitted with the Motion to File Under Seal Exhibits 1 and 2 to Submission Regarding Voter Education Plan and Election Official Training Program shall be unsealed, leaving the exhibits to that motion sealed.

Signed this _____ day of August, 2016.

_____
HON. NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE