UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-00193 |
|---|---|---|---|

| Mark Veasey, et al. |
|---|
| *versus* |
| Greg Abbott, et al. |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Coty Montag<br>NAACP Legal Defense & Educational Fund, Inc.<br>1444 I Street NW<br>Washington, DC 20005<br>(202) 216-5573<br>cmontag@naacpldf.org<br>California Bar No. 255703; Maryland (no Bar#)<br>District of Columbia Bar No. 498357 |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiffs Mark Veasey, et al. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/12/2016 | Signed: [signature] |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**                    **This lawyer is admitted *pro hac vice*.**

Dated: _____     _____
                                   United States District Judge