UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-00193 |
|---|---|---|---|

| Mark Veasey, et al. |
|---|
| *versus* |
| Greg Abbott, et al. |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Janai Nelson<br>NAACP Legal Defense & Educational Fund, Inc.<br>40 Rector Street, 5th Floor<br>New York, NY 10006<br>(212) 965-2203<br>jnelson@naacpldf.org<br>New York Bar No. 2851301<br>1st Cir. Bar No. 11683384 |
|---|---|

| Name of party applicant seeks to appear for: | Texas League of Young Voters Educ. Fund & Imani Clark |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/18/2016 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:   Clerk's signature |

| Order |

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
United States District Judge