| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas

**ENTERED**
August 18, 2016
David J. Bradley, Clerk

## AMENDED Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-00193 |
|---|---|---|---|

Mark Veasey, et al.

*versus*

Greg Abbott, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Coty Montag<br>NAACP Legal Defense & Educational Fund, Inc<br>1444 I Street NW<br>Washington, DC 20005<br>(202) 216-5573<br>cmontag@naacpldf.org<br>California Bar No. 255703; Maryland (No Bar #)<br>District of Columbia Bar No. 498357 |
|---|---|

| Name of party applicant seeks to appear for: | Texas League of Young Voters Educ. Fund & Imani Clark |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/18/2016 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 8-18-16 | Clerk's signature: Brandy Cox |

### Order

Dated: 8-18-16

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge