United States District Court
Southern District of Texas
**ENTERED**
August 18, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## AMENDED Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-00193 |
|---|---|---|---|

Mark Veasey, et al.

versus

Greg Abbott, et al.

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Janai Nelson<br>NAACP Legal Defense & Educational Fund, Inc.<br>40 Rector Street, 5th Floor<br>New York, NY 10006<br>(212) 965-2203<br>jnelson@naacpldf.org<br>New York Bar No. 2851301<br>1st Cir. Bar No. 11683384 |
|---|---|

| Name of party applicant seeks to appear for: | Texas League of Young Voters Educ. Fund & Imani Clark |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____   No __✓__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/18/2016 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: Registered |
|---|
| Dated: 8-18-16 | Clerk's signature: Mandy Cox |

**Order**

Dated: 8-18-16

This lawyer is admitted *pro hac vice*.

[signature] Nelva Gonzales Ramos
United States District Judge