UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, § § Plaintiffs, § § v. § § GREG ABBOTT, *et al.*, § § Defendants. § | CIVIL ACTION NO. 2:13-CV-00193 |

**DEFENDANTS' ADVISORY REGARDING MODIFICATIONS
TO PORTIONS OF THE VOTETEXAS.GOV WEBSITE**

Defendants file this Advisory to inform the Court and Plaintiffs of modifications being made to the "Register to Vote: Need ID? Procedures for Voting" section of the VoteTexas.gov website, available at http://www.votetexas.gov/register-to-vote/need-id/ and http://www.votetexas.gov/es/registrese-para-votar/necesita-identificacion/.[1] This webpage was first updated on August 12, 2016 to reflect the change in voting procedures for all upcoming elections as a result of the Court's interim remedy order. During a status conference on August 12, 2016, the Court required Defendants to advise the parties if they made any further changes to this webpage. Defendants are modifying two links to the press releases identified on the webpage such that they are now substituted by a reference to a new press release issued by the Secretary of State on August 19, 2016.  *See* Exhibit 1. The new press

---

[1] The Secretary of State is currently in the process of uploading to its English language website the modifications identified in this Advisory. As a result, these changes may not be reflected on the English website until later today.  The changes to the Spanish version of the page will be updated at a later date as described *infra*.

1

release makes clear that the change in voting procedures applies not just to the November general election, but also to other current and upcoming elections until further order of the Court.

In addition, the Secretary of State's office needs to clarify a reference to the religious objection to being photographed exception on the webpage. The paragraph above "Exemption/Exceptions" on that page read:

> If a voter possesses an acceptable form of photo ID but does not have it at the polling place, the voter will still be permitted to vote provisionally. The voter will have (six) 6 days to present an acceptable form of photo identification to the county voter registrar, fill out one of the temporary affidavits (natural disaster or religious objection to being photographed affidavits referenced in the Exemption/Exceptions section below), or the voter's ballot will be rejected.

It will now read:

> If a voter possesses an acceptable form of photo ID but does not have it at the polling place, the voter will still be permitted to vote provisionally. The voter will have (six) 6 days to present an acceptable form of photo identification to the county voter registrar, or fill out the natural disaster affidavit referenced in the Exemption/Exceptions section below), or the voter's ballot will be rejected.

This change is being made because there cannot be a scenario where a voter who left an ID at home would be able to fill out the religious objection to being photographed affidavit, because a voter who filled out that affidavit would not have an ID in the first place (the same is not necessarily true of the natural disaster affidavit because the inability to access an acceptable form of photo ID could qualify someone for that exception). Accordingly, there is no way the religious objection to

being photographed would cure a voter who possessed, but did not bring to the polling place, a photo ID.

No other substantive edits are being made to the text of the webpage.[2] *See* Exhibit 2. The changes to the English webpage are in the process of being made today, and Defendants intend to have the Spanish version of the press release publicly available by Tuesday, August 23, and updated in the Spanish version of the "Register to Vote: Need ID? Procedures for Voting" section by Wednesday, August 24.

Date: August 19, 2016

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Litigation

/s/ Angela V. Colmenero
ANGELA V. COLMENERO
Chief, General Litigation Division

MATTHEW H. FREDERICK
Deputy Solicitor General

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-6407
Fax: (512) 474-2697

*Counsel for Defendants*

---

[2] The Secretary of State is also in the process of adding hyperlinks to the Spanish version of the page where the content contains a hyperlink in the English version of the page. This is a technical update that will be completed by Wednesday, August 24.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 19, 2016, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                      /s/ Angela V. Colmenero
                                      ANGELA V. COLMENERO