# EXHIBIT

# 1

# The State of Texas



| | | |
|---|---|---|
| Executive Division<br>Capitol Building, 1E.8<br>P.O. Box 12697<br>Austin, Texas 78711-2697 | **Secretary of State**<br>**Carlos H. Cascos** | Phone: 512-463-5770<br>Fax: 512-475-2761<br>Dial 7-1-1 For Relay Services<br>www.sos.state.tx.us |

For immediate release                                                     Contact: Alicia Pierce or Mari Bergman
August 19, 2016                                                                                                 (512) 463-6116

### Voters who cannot obtain one of the seven forms of approved photo ID have additional options at the polls

**AUSTIN –** Today, Texas Secretary of State Carlos H. Cascos reminded Texans that voters who cannot obtain a form of approved photo ID now have additional options when voting in person. These additional options apply to current and upcoming school tax elections and the November General Election.

"Currently, Texas voters who cannot obtain one of the seven forms of approved photo ID have additional options when casting their ballots," said Secretary Cascos. "My agency is working to make sure Texans know about these changes and that all qualified voters are ready to cast a ballot."

As provided by court order, if a voter is not able to obtain one of the seven forms of approved photo ID, the voter may vote by (1) signing a declaration at the polls explaining why the voter is unable to obtain one of the seven forms of approved photo ID, and (2) providing one of various forms of supporting documentation.

Supporting documentation can be a certified birth certificate (must be an original), a valid voter registration certificate, a copy or original of one of the following: current utility bill, bank statement, government check, or paycheck, or other government document that shows the name and address of the voter, although government documents which include a photo must be original and cannot be copies.  If a voter meets these requirements and is otherwise eligible to vote, the voter will be able to cast a regular ballot in the election.

The seven forms of approved photo ID are:
- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas license to carry a handgun issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

With the exception of the U.S. citizenship certificate, the approved photo ID must be current or have expired no more than four years before being presented for voter qualification at the polling place.

Voters with a disability may continue to apply with the county registrar for a permanent exemption to showing approved photo ID (which now may be expired no more than four years) at the polls.  Also, voters who (1) have a consistent religious objections to being photographed or (2) do not present one of the seven forms of approved photo ID because of certain natural disasters as declared by the President of the United States or the Texas Governor, may continue apply for a temporary exemption to showing approved photo ID at the polls.

Voters with questions about how to cast a ballot in these elections can call 1-800-252-VOTE.

###

**Websites:** www.sos.state.tx.us     www.votetexas.gov
**Twitter:** https://twitter.com/TXsecofstate     https://twitter.com/votetexas     **Facebook**: http://www.facebook.com/txsecretary
