# EXHIBIT

# 2

📱 **Mobile Version**

| ID options | Am I registered to vote? | Last day to register to vote for the November 8, 2016 General Election is Tuesday, October 11, 2016 | CONTACT | EN ESPAÑOL |



**VOTETEXAS.GOV**
POWERED BY THE TEXAS SECRETARY OF STATE

- REGISTER TO VOTE
- WHO, WHAT, WHERE, WHEN, HOW
- MILITARY & OVERSEAS VOTERS
- VOTERS WITH SPECIAL NEEDS
- YOUR RIGHTS
- FAQ
- RESOURCES

     

Search... 

## What do you want to know about voting

Thank you for visiting VoteTexas.gov, the one-stop resource for voter information.

*[signature]*

**Secretary of State
Carlos H. Cascos**



[ SELECT A QUESTION... ▼ ]   **GO!** 

### LATEST TWEETS

**Tweets** by @VoteTexas

**Texas SOS Office** ✓ @VoteTexas
@specialk361 You can contact your county registrar sos.state.tx.us/elections/vote…
16 Aug

**Texas SOS Office** ✓ @VoteTexas
@jagmunoz You can call your county or 1-800-252-VOTE to get your VUID.

Embed                              View on Twitter

### KEY REGISTRATION AND VOTING DATES

**80 : 08 : 07 : 31**
Days   Hours   Minutes   Seconds

 **8 NOV**

**NOVEMBER 8, 2016 GENERAL ELECTION**

The General Election will take place on Tuesday, November 8, 2016. Last day to register for this election is October 11. Early voting takes place from October 24 - November 4. To learn more about ID required for voting in person, check out the **FAQs**.

**FREQUENTLY ASKED QUESTIONS**

**Press Release:** Voters who cannot obtain one of the seven forms of approved photo ID have additional options at the polls

**Notice:** The Office of the Secretary of State is in the process of updating its websites to reflect a court order issued on August 10, 2016, relating to identification requirements for voting

---

 **Not Registered?**
To vote in Texas, you must be registered. Simply pick up a voter registration application, fill it out, and mail it at least 30 days before

 **Remind your friends to vote**
Spread the word, share important election information with your friends and family!

 **Voting is easy, so is getting the facts**