# EXHIBIT

# 2

In considering whether a name is substantially similar, election officials will also look at whether information on the presented ID matches elements of the voter's information on the official list of registered voters such as the voter's residence address or date of birth.

**8. Is there any change in the process for voting by mail?**

There is no change in the process for voting by mail for most voters. Specifically, there is no change in procedure for voters who are voting by mail after their first time voting by mail, and for first time voters who would otherwise not be required to present identification under the federal Help America Vote Act in order to vote by mail.

**9. Does the address on my ID have to match my address on the official list of registered voters at the time of voting in order for it to be acceptable as ID?**

No. There is no address matching requirement.

**10. Is the DPS Election Identification Certificate still going to be available?**

Yes. The Election Identification Certificate is now available, and will be still be a form of acceptable photo ID. Information regarding how to obtain an election identification certificate can be found at www.dps.texas.gov. You may also contact DPS by telephone at (512) 424-2600 for more information.

We hope you have found this information helpful. Should you need additional information, please contact our office via telephone at 1-800-252-VOTE (8683) or email us.

---

**Not Registered?**
To vote in Texas, you must be registered. Simply pick up a voter registration application, fill it out, and mail it at least 30 days before the election date.
MORE ABOUT REGISTRATION >

**Remind your friends to vote**
Spread the word, share important election information with your friends and family!
MORE ABOUT REMINDING >

**Voting is easy, so is getting the facts**
MORE ABOUT VOTER ID >