Marianne Serpa, Dep-in-Charge
US District Clerk's Office txs
1133 N Shoreline Blvd Rm 208
Corpus Christi TX 78401

Aug 19 16

Veasey v Abbott 2:13cv193

United States Courts
Southern District of Texas
FILED
AUG 22 2016
David J. Bradley, Clerk of Court

   Jane Mayer 2016 D A R K   M O N E Y  Doubleday 2016
   LET TEXAS & NC SERVE AS EXAMPLES FOR THE WORLD!
Tom Hofeller professionalized sorting the country into warring
partisan camps. According to documents in a later lawsuit, he
would make ten trips to NC to consult with local Republicans on
creating the largest # of safe seats possible. He would earn $166K+.
ProPublica reported a dark-meney group called State Government
Leadership Foundation, an offshoot of Republican State Leadership
Committee hired Hofeller and his team. The offshoot was a 501(c4)
social welfare organization that could conceal its donors.

The operators packed minority voters into three districts with a
high concentration of African-American voters. Outside groups spent
$2.3+ million to support Paul Newby the Republican judge.
Contact: Bob Stephens Gen Cnsl NC Gov 20301 Mail Serv Ctr 27699-0300
919-733-9080; Woody White comnr 2004 Eastwood Road rm 201 Wilmington
NC 28403-7236, 910-239-9585, woodywhitelaw.com; Richard M Morgan
602 Market St, PO Box 59 WILMINGTON NC 28402, 910-763-3666.
     LET VOTERS CHOOSE FAVORITES FROM ABOUT SIX CANDIDATES!

40+ docket entries Veasey v Abbott 2:13cv193 Corpus Chriti are from
me. I suggest a limited voting backup election for 2016 for the
Texas & other State Houses & US Congmen with primary winners free
on own and two add"l districts. More with a fee. I want this in 2016.!
Calera & Guin AL elect their city councils by lim voting.
Beaufort & Martin counties NC their comnrs.
I suggest lim voting for City St Gabriel 2015 89 FS3 843.
Peoria IL has elected 5 of 10 aldermen by cumulative voting
since 1991. See Banks v Bd El City of Peoria 1987 659 FS 394.
I believe limited voting promotes good behavior by withers
and inhibits tyranny mayhem fear & divisiveness.

 The RSLC's role was hidden behind "Justice for All NC" which in turn
donated $1.5 million to super Pac called NC Judicial Coalition

Real Jobs NC got $1¼ million
from RSLC.

Robert M Allensworth
Robert M Allensworth B14522
BMRCC 251 N IL 37
Ina IL 62846 2419


CLERK, U.S. DISTRICT COURT
RECEIVED
AUG 22 2016
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS

504 310 7700 $32

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Authorization for Payment

Posting Document # _____ Date **Aug 17 16**

Offender Name **ALLENSWORTH** ID# **B14522** Housing Unit _____

Pay to **US 5th Circuit Court of Appeals**

Address **600 S Maestri Pl**

City, State, Zip **New Orleans LA 70130-3408**

The sum of **Thirty Two --** dollars and **no** cents charged to my trust fund

account, for the purpose of **Copies 14-41127 Veasey v Abbott**

Witness Signature _____

81816



R PLENWORTH B14722 YRIY
BMCC 251 N K 57
INA IL 62846 ZY19

IDOC INMATE MAIL
MONEY ORDERS NO
LONGER ACCEPTED

Marianne
US District Clerk's Office
1133 N Shoreline Blvd Rm 208
Corpus Christi TX 78401

CLERK, U.S. DISTRICT COURT
RECEIVED
AUG 22 2016
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS