Marianne Serpa, Dep-in-Charge
US District Clerk's Office txs
1133 N Shoreline Blvd Rm 208
Corpus Christi TX 78401
361 888 3142

CLERK, U.S. DISTRICT COURT
RECEIVED
AUG 22 2016
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS

Aug 16 16

United States Courts
Southern District of Texas
FILED
AUG 22 2016
David J. Bradley, Clerk of Court

LET TEXAS SERVE AS A 2016 EXAMPLE FOR THE WORLD!

40+ docket entries (856 4/4/16,849 10/26/15,621,620,618,615,598) Veasey v Abbott 2:13cv193 Corpus Christi are from me.

I get Orders.
Inst 895 8/10/16 Ord Regarding Agreed Interem Plan.
Inst 889 8/9/16 Ord Granting Mtn Aug 27 Tax Ratification Elections, Thrall & other ISDs.

I suggest a limited voting backup ballot for 2016 for Texas & other State Houses & US Congmen with primary winners free on own and 2 add'l districts. More with a fee. Also more in 2018!

Start with 2016. Identify and deal with problems as they arise.

LET VOTERS CHOOSE FAVORATES FROM ABOUT SIX CANDIDATES!

I believe limited voting promotes good behavior by winners and inhibits tyranny mayhem fear & divisiveness.

Calera & Guin AL elect their city councils by limited voting.

Beaufort & Martin counties NC their comnrs.
Peoria IL has elected 5 of 10 aldermen by cumulative voting since 1991. See Banks v Bd El City of Peoria 1987 659 FS 397.

I suggest lim voting for City St Gabriel 2015 89 FS3 843.

Contact Bob Stephens, Gen Cnl NC Gov, 919-733-9080.

Robert M Allensworth

Robert M Allensworth B14522
BMRCC 251 N IL 37
Ina IL 62846 2419

ALLENSWORTH B14722 4774
RCC 251 N IL 37
IL 62846 2400

IDOC INMATE MAIL
MONEY ORDERS NO
LONGER ACCEPTED

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.00
02 1M
0004266687 AUG16 2016
MAILED FROM ZIP CODE 62846
FOREVER
USA
Bank Swallow

Marianne [illegible] Dep-In-Charge
US District Clerk's Office txs
1133 N Shoreline Blvd Rm 208
Corpus Christi TX 78401

CLERK, U.S. DISTRICT COURT
RECEIVED
AUG 22 2016
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS

78401$2042 C029