# Exhibit A

*Transcript, Fox News 8/18/2016*

Fox News: So it looks nothing is going to change in this before November, am I right about that?

Paxton: Yeah we have an interim order that we worked out with the Justice Department and the DOJ, so we worked it out with the Court, so we're going forward with an interim plan that requires an affidavit if someone does not have a photo ID and cannot get a photo ID.

Fox News: So they have to present some declaration of citizenship and some proof of residence in the State of Texas to vote in lieu of that if they don't have that government issues ID, correct?

Paxton: Along with this affidavit that basically says they are not able to get the government issued ID that we require now under the Texas laws that we have.

Fox News: Alright so the Representative, Marc Veasey from Fort Worth is trying to figure out why you're still pursuing this because he says he's disappointed that the "Texas Attorney General will again waste Texas taxpayer money defending a law that has already been ruled unconstitutional by most conservative federal court in our country." Your response?

Paxton: My response is that we think the Court got it wrong. As Mr. Veasey knows, he was in the legislature, we overwhelmingly passed this in 2011. The voters of our state care about voter integrity. My job is to represent those voters, so that what we're going to do. We're going to take it to the highest court in the land and hopefully get this turned around.

Fox News: So the charges that it discriminates against black and Hispanic voters, why do you disagree with that notion?

Paxton: I disagree with it because we've had three statewide elections. We've had probably hundreds of local elections under this law and the Justice Department was unable to show that people couldn't vote. I mean there's literally 7 different forms

of ID you can use, and almost everyone has them. And we'll give you a free voter ID if you don't have one. So we've tried to cover all options and frankly this law's worked.

Fox News: Yeah I think a lot of people listen to this discussion and they think there's so many states in this country that have a voter ID law. You have to use your identification for pretty much everything you do in this country, so why is it so controversial to have to show your ID when you go to vote?

Paxton: You know what, I don't understand it, I think the majority of Texans don't understand it. When I went to hear the voter ID case I had to use a photo ID to get on the plane, I had to use a photo ID to get to a the hotel room, I actually had to have a photo ID to get into the court room. So this is a common practice throughout society. For some reason when we want to protect the integrity of our elections, it's controversial, and frankly I don't understand it and most Texans don't understand that.

Fox News: So in terms of this temporary remedy, do you feel that the election in Texas in November of 2016 is going to have the kind of integrity you want it to have based on this remedy. In other words, will there be any voter fraud given the documents that must be produced by voters as they come into the polling place.

Paxton: Look, it's not exactly what we passed in Texas but I do feel like this affidavit is strong because if you sign that affidavit and you lie about not being able to get a photo ID, you can be prosecuted for perjury. So it's still the strongest photo ID law in the country, so I feel comfortable going forward with this at least for the November elections.

Fox News: And other states are fighting similar battles?

Paxton: That's correct. I mean North Carolina I think has also applied to the United States Supreme Court. So I think you're going to see this going on all over the country. It's important to not just our state but I think it's important across the country to have elections that are fair and that don't have fraud involved.

Fox News: And do you think this is going to go to the Supreme Court?

Paxton: Absolutely do