United States District Court
Southern District of Texas
**ENTERED**
August 25, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 2:13-CV-00193 |
| § | |
| GREG ABBOTT, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER SETTING DEADLINES FOR BRIEFING

Before the Court are the parties' respective proposals for a briefing schedule on the remaining issue of whether SB 14 was passed with a discriminatory purpose and responsive briefing. D.E. 916-21. The Court rejects Defendants' argument that the Fifth Circuit directed this Court to defer consideration of this matter until after the next Texas legislative session. This Court is to determine the purpose(s) of the SB 14 legislative action, which can be determined only by evidence of events at or before the time of the enactment. While the Texas legislature may take action that impacts the remedies, if any, to be imposed, the Court must first find upon reconsideration of the evidence entered of record in the 2014 trial whether SB 14 was passed with a discriminatory purpose.

Defendants also argue that this Court should postpone action pending their appeal of this matter to the United States Supreme Court. Until Defendants take their appeal and until this Court is divested of jurisdiction to proceed, the Court has a duty to the parties to proceed with the adjudication of this case without unnecessary delay. Pursuant to the Court's briefing schedule set out below, Defendants have adequate time to initiate their

appeal and obtain a stay of this Court's proceeding. In the meantime, for planning purposes, the Court ORDERS the following briefing schedule on the issue of the discriminatory purpose, if any, of SB 14:

- The parties shall file their proposed findings of fact and conclusions of law, which shall include record citations and any briefing in support of the proposals, on or before Friday, November 18, 2016;

- The parties shall file responsive briefing on or before Friday, December 16, 2016;

- The parties shall appear for oral argument on January 24, 2017 at 9:00 a.m.

This schedule is for the briefing of the discriminatory purpose issue only and shall not include the issue of remedies to be imposed if discriminatory purpose is found.

ORDERED this 25th day of August, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE