Clerk, U.S. District Court
Southern District of Texas
FILED
SEP 02 2016
David J. Bradley, Clerk of Court

8/29/16

Office of the Clerk
Honorable Judge Nelva Gonzales Ramos
United States District Court
Southern District of Texas
1133 North Shoreline, Rm 208
Corpus Christi, Texas 78401

Dear Honorable Judge Ramos:

I have received all this Honorable Court has forward and thank you. I agree and respect your ruling and believe it will help multitudes to be able to vote regardless how opposition individuals and parties feel about the results.

Honorable Ramos, Donald Trump calls that the election is "rigged" against him to rally his supporters and to explain away a possible defeat in November: that Democrats are preparing to exploit weak voter identification laws to win a "stolen election" through fraudulent voting. The Republican candidate for District Attorney here in Austin, Travis County, Texas has made very similar remarks towards our Democratic candidate and my highly respected, talented and known attorney Mindy Montford for

being selected as the first assistant upon winning the District Attorneys Office. Doesn't Republicans know that the Voters Right Act was meant for everyone to exercise that right?

I don't personally know if both male and female must register with the Selective Service whenever they turn 17 years of age. However, they do have to pay taxes, social security and more taxes on all items purchased. Why not allow these same citizens to be registered voters as well when they turn 17 and/or register for their drivers license as well. This mandatory ruling would apply to <u>all citizens</u> and Republicans should not oppose the ruling and respect that the Voting Rights Act was meant for everyone.

Thank you for your time and any considerations given in this matter. I will <u>continue to write all</u> to exercise their right to vote.

Respectfully,
Samuel Sosa



Office of the Clerk
United States District Court
Southern District of Texas
1133 North Shoreline Rm 208
Corpus Christi, Texas 78401

78401-200339



Samuel Jack 16034736
3014 Bill Price Rd.
Del Valle, TX 78617

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT © USPS 2013