# EXHIBIT 1

**Freeman, Daniel (CRT)**

| | |
|---|---|
| **From:** | Clark, Jennifer [clarkj@mercury.law.nyu.edu] |
| **Sent:** | Friday, August 12, 2016 10:36 AM |
| **To:** | angela.colmenero@TexasAttorneyGeneral.gov; matthew.frederick@texasattorneygeneral.gov; Perez, Myrna |
| **Cc:** | VOTTexasID (CRT); All Texas Voter ID |
| **Subject:** | Education and Training: Input |
| **Attachments:** | 2016-08-12 Input on Poster and Website.docx; 2016-08-12 Supplemental CBOs.docx; 2016-08-12 Supplemental Elected Officials.docx; 2016-08-11 Identified Website Concerns.rtf |

Good morning, Angela:

Private plaintiffs write in advance of this morning's conversation to provide 5 pieces of input.

1. Attached to this email please find suggested edits to the poster and the website updates you shared with us yesterday, and which you agreed to review should we provide them to you by noon today.

2. Also attached to this email please find a non-exhaustive list of CBOs to supplement the document you kindly shared with us yesterday. We cross-checked this list with yours to avoid duplications. Please confirm that these entities will be added to your distribution and outreach list.

3. Also attached to this email please find a non-exhaustive list of elected officials/bodies we would like to receive the elected official toolkits. Please confirm that these elected officials/bodies will be added to your distribution and outreach list.

4. Your August 11 email indicated that there are particular pages on VoteTexas.gov and on the SOS's main website that will be updated by COB Monday. Some of those pages overlap with our feedback reflected in the attached chart. We urge you to consider our feedback as you update these sites. Note that we also have identified at least one page on the DPS site that requires updating.

5. We also have reviewed the updates to VoteTexas.gov that you identified and offer the following feedback:

- The banner language on this page, http://www.sos.state.tx.us/sos_espanol.shtml, which provides a statement in Spanish translation, should also be translated into Spanish: "Notice: The Office of the Secretary of State is in the process of updating its websites to reflect a court order issued on August 10, 2016, relating to identification requirements for voting."

- We reiterate our issues with the "Press Release: Voters in November election have additional ID options announces Secretary Cascos," including that it fails to inform voters that (1) the reason given for being unable to obtain SB 14 ID cannot be questioned and (2) the address on the supporting documentation need not match the current registration address. The statement also suggests that the declaration is only available to those "not able to obtain ID" rather than those that have a "reasonable impediment" or difficulty obtaining ID and does not include other examples of qualifying ID such as out-of-state ID.

- Though you have updated the (now called) "Voter ID Education Resources" section of VoteTexas.gov in English and Spanish (http://www.votetexas.gov/resources/voter-id-education-materials, the location of the language in this document suggests that the alternative documents, used in support of a RI declaration, also have a four year expiration point. However, the expiration period only applies to SB 14 IDs. We suggest that this language be moved up in the document to the section just below where SB 14 IDs are identified. The document should also note that the address on the supporting documentation need not match the registration address.

And the statement also suggests that the declaration is only available to those "not able to obtain ID" rather than those that have a "reasonable impediment" or difficulty obtaining ID

- Though you updated the document at this link, http://www.votetexas.gov/es/recursos/folletos-educativos-sobre-identificacion-para-votar), we urge you incorporate the same suggestions as above, though in Spanish translation.

Thank you,

Jennifer L. Clark
Counsel, Democracy Program
Brennan Center for Justice at NYU School of Law
161 Avenue of the Americas, Floor 12
New York, NY 10013-1205
Direct line: (646) 292-8332
Fax: (212) 463-7308
jenniferl.clark@nyu.edu

www.brennancenter.org

*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender that this message has been inadvertently transmitted to you and delete this e-mail from your system.*

2