# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GREG ABBOTT, *et al.*,<br><br>　　　　　　　Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*,<br><br>　　　　　　　Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*,<br><br>　　　　　　　Plaintiff-Intervenors,<br><br>　　v.<br><br>STATE OF TEXAS, *et al.*,<br><br>　　　　　　　Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CARLOS CASCOS, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| LENARD TAYLOR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants | Civil Action No. 2:13-cv-348 (NGR) |

## **[PROPOSED] ORDER**

Having reviewed the United States' Motion to Enforce the Remedial Order (ECF No. _____), the motion is hereby **GRANTED.** Defendants shall conform all voter education and poll worker training documents to the standards articulated in the Remedial Order (ECF No. 895). Specifically, Defendants shall include language stating that all voters who do not possess SB 14 ID and cannot reasonably obtain it may cast a regular ballot after signing a reasonable impediment declaration and presenting identification of the type listed on the declaration. Defendants shall not include language limiting access to reasonable impediment declarations to voters who have not obtained and cannot obtain SB 14 ID. Specifically, Defendants shall comply with the Remedial Order in the following specific respects:

1

- Update and redistribute all electronic resources to reflect that all voters who do not possess SB 14 ID and have a reasonable impediment to obtaining such identification may cast a regular ballot using a reasonable impediment declaration, including VoteTexas.gov and the Toolkit for Community Organizations and Elected Officials.
- Issue corrections to past press releases and other public statements by the State of Texas, the Secretary of State, counsel for the State, and other state officials that improperly restrict the availability of a reasonable impediment declaration and incorporate such corrections in electronic archives.
- Correct all voter education and poll worker training materials that have not yet been printed to reflect the text of the Remedial Order.
- Print and distribute corrections to accompany voter education and poll worker training materials that already have been printed with inaccurate descriptions of the Remedial Order.
- Ensure that all future print, radio, and television advertisements accurately reflect the text of the Remedial Order.
- Cease any further communications that inaccurately reflect the availability of a reasonable impediment declaration under the Remedial Order.

**SO ORDERED.**

Date:

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE