Case 2:13-cv-00193   Document 925   Filed on 09/07/16 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 07, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 2:13-CV-00193 |
| § | |
| GREG ABBOTT, *et al*, § | |
| § | |
| Defendants. § | |

### ORDER SETTING RESPONSE DEADLINE AND HEARING

On September 6, 2016, the United States filed its Motion to Enforce Interim Remedial Order (D.E. 924), seeking expedited relief. Any party opposing that motion is ORDERED to file its response on or before Friday, September 9, 2016. The motion is set for hearing on Monday, September 12, 2016 at 11:00 a.m.

ORDERED this 7th day of September, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE