# Exhibit G

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>GREG ABBOTT, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*,<br><br>    Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*,<br><br>    Plaintiff-Intervenors,<br><br>  v.<br><br>STATE OF TEXAS, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CARLOS CASCOS, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| LENARD TAYLOR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants | Civil Action No. 2:13-cv-348 (NGR) |

## [PROPOSED] CLARIFICATION OF INTERIM REMEDIAL ORDER

Pursuant to a decision of the United States Court of Appeals for the Fifth Circuit, this Court, on August 10, 2016, issued an Interim Remedial Order allowing registered voters to vote a **regular** ballot in person in the upcoming November 2016 elections under certain circumstances, even if they do not possess one of the photo IDs listed in SB 14.

These circumstances include the following. First, the photo IDs required by SB 14 may be up to four years out-of-date (expired). Second, a voter may vote a **regular** ballot, by presenting a specific form of non-photo ID and signing a Declaration of Reasonable Impediment, which allows the voter to check a box explaining why he or she does not possess a SB 14 ID.

Recent publicity may have raised concerns in people's minds that signing the Declaration of Reasonable Impediment may subject them to criminal prosecution if they have ever been issued SB 14 ID, but cannot find it, or in good faith believe that they do not possess SB 14 ID, but it is later found that they in fact did possess an SB 14 ID at some point. That is not the intent of the Court's Interim Remedial Order.

To clarify the situation, and after reviewing the motions to enforce the Interim Remedial Order and holding a hearing on this matter, the Court has determined that clarification is needed. Accordingly, the Court clarifies its earlier Interim Remedial Order as follows. The Declaration of Reasonable Impediment is intended to be used by a voter who in good faith believes that he or she does not possess SB 14 ID and has a reasonable impediment or difficulty that prevents the voter from obtaining SB 14 ID (such as the ID has been lost or stolen, or that the voter cannot take time off from work to get the ID, or that the voter cannot find transportation to get to the facility where the ID is issued, and other explanations). Just because the voter has, at some time, been issued one or more of the SB 14 IDs does not mean, in and of itself, that the voter's signing of the Declaration of Reasonable Impediment is a false statement. Also, the Interim Remedial Order does not require the voter to make a declaration of proof of citizenship or provide proof of residency at the polling place. The State shall distribute a copy of this Clarification of Interim Remedial Order to all state and county election officials.

So ORDERED this ___ day of September, 2016.

                                                           _____
                                                           The Honorable Nelva Gonzales Ramos
                                                           United States District Judge