United States District Court
Southern District of Texas
**ENTERED**
September 08, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| GREG ABBOTT, *et al*, | § | |
| | § | |
| Defendants. | § | |

### AMENDED ORDER SETTING RESPONSE DEADLINE AND HEARING

On September 6, 2016, the United States filed its Motion to Enforce Interim Remedial Order (D.E. 924), seeking expedited relief. On September 7, 2016, the Private Plaintiffs and Plaintiff-Intervenors filed their Motion for Further Relief to Enforce Interim Remedial Order (D.E. 926). All parties opposing said motions are ORDERED to file their response(s) on or before Monday, September 12, 2016. The motions are set for hearing on Monday, September 19, 2016 at 5:00 p.m. The parties are instructed to use the caption set out above for all documents filed in this consolidated action.

ORDERED this 8th day of September, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE