IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARK VEASEY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, *et al.*,<br><br>*Defendants*. | Civil Action No. 2:13-cv-193 |

**UNOPPOSED MOTION TO WITHDRAW
NATASHA KORGAONKAR AS COUNSEL**

Plaintiff-Intervenors Imani Clark and the Texas League of Young Voters Education Fund, Inc. respectfully move this Court to withdraw Natasha Korgaonkar as their counsel of record in this case. Withdrawal of Ms. Korgaonkar as attorney of record will not cause undue delay and will not have a material adverse effect on Plaintiff-Intervenors' interests. Plaintiff-Intervenors will continue to be represented by counsel of record from the NAACP Legal Defense and Educational Fund, Inc. and Wilmer Cutler Pickering Hale and Dorr LLP.

WHEREFORE, Plaintiff-Intervenors respectfully request leave to allow Natasha Korgaonkar to withdraw as counsel in this matter.

Dated: September 9, 2016

Respectfully Submitted,

*/s/ Natasha Korgaonkar*
Natasha Korgaonkar
NAACP LEGAL DEFENSE
 & EDUCATIONAL FUND, INC.

1

40 Rector St., 5th Fl.  
New York, NY 10006  
nkorgaonkar@naacpldf.org  
Telephone: (212) 965-2200  
Facsimile: (212) 226-7592

2

40 Rector St., 5th Fl.
New York, NY 10006
nkorgaonkar@naacpldf.org
Telephone: (212) 965-2200
Facsimile: (212) 226-7592

2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **UNOPPOSED MOTION TO WITHDRAW NATASHA KORGAONKAR AS COUNSEL** via the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated:  September 9, 2016

Respectfully submitted,

*/s/ Natasha Korgaonkar*
Natasha Korgaonkar