# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARK VEASEY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, *et al.*,<br><br>*Defendants*. | Civil Action No. 2:13-cv-00193 |

## [PROPOSED] ORDER

Having reviewed Plaintiff-Intervenors Imani Clark and the Texas League of Young Voters Educational Fund's Unopposed Motion to Withdraw Natasha Korgaonkar as counsel for Plaintiff-Intervenors, in the above captioned case, the motion is hereby **GRANTED**.

SO ORDERED.

This \_\_\_\_\_ day of _____, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE