United States District Court
Southern District of Texas
**ENTERED**
September 12, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARK VEASEY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, *et al.*,<br><br>*Defendants*. | Civil Action No. 2:13-cv-00193 |

### ORDER

Having reviewed Plaintiff-Intervenors Imani Clark and the Texas League of Young Voters Educational Fund's Unopposed Motion to Withdraw Natasha Korgaonkar as counsel for Plaintiff-Intervenors, in the above captioned case, the motion is hereby **GRANTED**.

SO ORDERED.

This ____ day of  9/12/16 _____, 2016.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE