# EXHIBIT

# B



# Election Inspector Handbook

ISSUED BY

SECRETARY OF STATE
STATE OF TEXAS
ELECTIONS DIVISION
1-800-252-8683
OR
(512) 463-5650

# TABLE OF CONTENTS

INTRODUCTION…………………………………………………………… 3
FREQUENTLY ASKED QUESTIONS………………………………………… 4
  Inspecting an Election………………………………………………………… 4
  Polling Place Setup and Required Forms……………………………………... 5
  Election Officials and Workers……………………………………………… 6
  Poll Watchers………………………………………………………………… 6
  Processing Voters……………………………………………………………... 7
  Casting a Ballot…………………………………………………………….... 9
  Assistance to a Voter………………………………………………………… 11
  Securing Voted Ballots……………………………………………………… 11
  Counting Ballots and Posting Number of Voters…………………………… 11
  Electioneering………………………………………………………………... 12
ATTACHMENTS……………………………………………………………... 13
EARLY VOTING BALLOT BOARD FAQs……………………………………… 19
CENTRAL COUNTING STATION FAQs……………………………………… 20
TIPS…………………………………………………………………………… 21
DUTIES………………………………………………………………………... 23

# INTRODUCTION

The Elections Division of the Secretary of State's office has prepared this handbook for use by all appointed election inspectors. This handbook is a quick reference which contains tips and other information. It should be used in conjunction with the handbook for judges and clerks and/or any other informative materials provided by this office.

The Elections Division of the Secretary of State's office is open during the hours that the polls are open for voting on all uniform election dates. Answers to questions on election law and procedures may be obtained by calling the Elections Division toll-free at 1-800-252-8683 or direct at (512) 463-5650.

This handbook was last updated in September 2016.

# FREQUENTLY ASKED QUESTIONS

**A. Inspecting an Election**

**1. How often should inspectors call in?**

*Inspectors are no longer required to call and check in with the Secretary of State's office periodically. If a problem occurs, or if you have a question regarding either your assignment or a question regarding an action in the polling place, the inspector should call our office as soon as possible.*

**2. Is an inspector there to answer questions?**

*No. However, if the election judge asks an inspector an election question, the inspector may answer the question if the inspector **knows** the answer or can find the answer in the handbook. If unsure, the inspector should call the Secretary of State's office to obtain a response for the election judge. An inspector should try to be as helpful as possible.*

**3. If an inspector gets asked why the inspector is present, what should the response be?**

*The inspector should explain that the inspector was probably requested by 15 local registered voters, and that upon this request the Secretary of State must send an inspector. Do not give the names of the people who signed the request.*

**4. Are copies of the petition requesting an inspector available to the public?**

*Yes. However, they are not available until the <u>day after the election.</u>*

**5. If a member of the media asks the inspector a question, what should be the inspector's response?**

*An inspector should never communicate with the media. If the member of the media is persistent, the inspector should tell them to contact the Secretary of State's office.*

**6. How can someone obtain a copy of the inspector's report?**

*The requestor may contact the Secretary of State's Elections Division by phone at 1-800-252-8683 or via email at <u>elections@sos.texas.gov</u> to request any materials regarding the inspector's report.*

**7. When is an inspector check-off list (report) due?**

*Within five days after the inspector returns back to work. You will be given instructions on how to complete the check off list, which is submitted electronically.*

**8. Is the inspector required to remain at the polling place from 7:00 a.m. to 7:00 p.m.?**

*No, the inspector may come and go as the inspector is directed by the Secretary of State's office; the inspector is usually assigned to more than one polling place. Remember, the Secretary of State's Office requires inspectors*

*to be at their first polling place prior to 7 a.m. and to close a polling place at 7 p.m.*

**B. Polling Place Setup and Required Forms**

**1. What voter information should be posted in the polling place?**

*The Secretary of State's voter information poster, voter complaint poster, notice of prohibition of certain devices, instructions on how to cast a vote, and the sample ballot must be posted in a prominent location in the voting area. The notice of acceptable identification must be posted on the outside door of the polling place. Also, the list of declared write-in candidates (if applicable) should be posted in each voting booth.*

**2. Are voting booths required?**

*Yes. However, a divider placed on a table will suffice, as long as a voter's privacy is maintained.*

**3. Must polling places be accessible to voters with disabilities?**

*Yes.*

**4. Should instruction posters be printed in English and Spanish?**

*All election materials used in the polling place must be printed in English and Spanish. In some counties, additional languages may be required.*

**5. Combination form: What does the form look like? Result of failure to sign form?**

*The form combines all of the forms necessary to qualify a voter, including most of the affidavits needed by the election officials. It is a legal size paper in four parts with a signature roster on one side and the poll list on the opposite side, in reverse direction, so the voter can sign the roster without the form having to be turned around. If the form is inadvertently not signed, the result is an inaccurate total for the number of voters who voted; however, the voter's ballot is still counted. (Refer to Attachment A). Please note that the Combination Form will not be updated at this time to reflect the August 10, 2016 Court Order referenced herein, but the substantially similar name affidavit on the form should be considered still valid not withstanding that it references Section 63.0101 of the Texas Election Code.*

**6. What does an Affidavit of Provisional Voter look like?**

*It is an envelope with the Affidavit of Provisional Voter on the front for the voter to complete their information. On the back is an area for the Election Judge to state why the voter is voting a provisional ballot and a place for the Voter Registrar to complete the review of the voter's registration status. (Refer to Attachment B). There is an area for "Other" on the Affidavit for scenarios not explicitly covered on the form.*

**7. What is a Notice to Provisional Voter?**

*This notice is provided to each provisional voter. The presiding judge shall give the voter the "Notice to Provisional Voter" form, which explains that the voter will receive*

*notice in the mail informing the voter whether the provisional ballot was counted and contain the following additional information if the voter cast a provisional due lack of identification:*

a) *a list of acceptable forms of photo voter identification, and instructions to appear at the county voter registrar's office within 6 calendar days of the date of the election to present an acceptable form of photo identification;*

b) *a map to the voter registrar's office; and*

c) *notice that if all procedures are followed and the voter is found to eligible to vote and is voting in the correct precincts, the voter's provisional ballot will be accepted.*

## C. Election Officials and Workers

**1. Who has authority at the polling place?**

*The election judge is in charge of and responsible for the management and conduct of the election at the polling place.  If the election judge orders the inspector to leave, the inspector should do so and then call our office.*

**2. Are election judges, clerks, poll watchers, and state or federal inspectors required to wear an ID badge?**

*Yes.  The ID badge must indicate the person's name and title or position.*

**3. Who is allowed in the polling place?**

*Only authorized persons may be in the polling place.  Authorized persons include the following: election judges and clerks, voters who are voting, poll watchers, inspectors, authorized federal observers, secretary of state and staff, peace officers requested by the judge, interpreters, assistants, children under the age of 18 accompanying the parent, students participating in a student election, a voting system technician who is there to work on voting system equipment, and sheriffs or other law enforcement personnel delivering supplies.  Note that in primary elections only, the county chair may be present in a polling place in order to perform administrative functions connected to the election.*

## D. Poll Watchers

**1. Are poll watchers allowed to wear badges or name tags in the polling place?**

*Yes. Poll watchers must wear a form of identification prescribed by the Secretary of State and provided by the presiding judge or other election officer.*

**2. Is a poll watcher required to report to the polling place by 7:00 a.m.?  Is a poll watcher required to stay at the polling place from 7:00 a.m. to 7:00 p.m.?**

*A poll watcher is not required to be at the polling place by 7:00 a.m..  A poll watcher that serves for more than five continuous hours may serve at the polling place during the hours the watcher chooses, except that if the watcher is present when ballots are counted, the watcher may not leave until the counting is complete; if the poll watcher leaves before the counting is*

*complete, the presiding judge may not allow them to return.  A poll watcher may not be accepted for service if he or she possesses any mechanical or electronic means of recording images or sound <u>unless the poll watcher disables or deactivates the device</u>.  The election judge may inquire whether a watcher has possession of any prohibited recording device before accepting the watcher for service.*

**3.  Is a poll watcher allowed to take notes while serving in a polling place?**
*Poll watchers may take notes, but if the poll watcher leaves the polling place while the polls are open, the election judge may require that the poll watcher leave the notes with another election official of the poll watcher's choice if the poll watcher plans to return.  This person must retain the notes until the poll watcher returns to duty.  If the poll watcher does not plan to return they may take their notes with them.*

**E.  <u>Processing Voters</u>**
**1.  When must a voter be registered in order to vote in an election?**
*The person must submit an application at least thirty days prior to an election.  A voter's registration certificate will indicate the effective date of the registration, which must be by election day for the voter to be eligible to vote a regular ballot.*

**2.  What must a voter bring to be accepted for voting?**

*Pursuant to a court order issued on August 10, 2016, if a voter has obtained an acceptable form of photo ID, from the list below, a voter must present an acceptable form of photo ID to vote.  Voters who have not been able to obtain one of the forms of acceptable photo identification listed below, and have a reasonable impediment or difficulty to obtaining the required photo identification, may present a supporting form of identification of the voter and execute a Reasonable Impediment Declaration, noting the voter's reasonable impediment or difficulty to obtaining an acceptable form of photo identification, stating that the voter is the same person who personally appeared at the polling place, and stating that the voter is casting a ballot while voting in-person.*

*Acceptable Forms of Photo ID:*

1) *Texas Driver's License issued by the Department of Public Safety ("DPS");*
2) *Texas Election Identification Certificate issued by DPS*
   *NOTE: If a voter does not have a valid form of photo identification, they may apply for a free election identification certificate at their local Texas Department of Public Safety office.*
3) *Texas Personal Identification Card issued by DPS;*
4) *Texas License to Carry a Handgun or Texas Concealed Carry Permit issued by DPS;*
5) *United States Military Identification Card containing the person's photograph;*
6) *United States Citizenship Certificate containing the person's photograph; or*

7)  *United States Passport.*

*With the exception of the U.S. citizenship certificate, which has no expiration date, the acceptable photo identification must be current or have expired no more than 4 years before being presented for voter qualification at the polling place.*

**NOTE:** *This is a change from previous procedure.  Prior law required that the photo ID not be expired for more than 60 days.*

*Here is a list of the supporting forms of ID that can be presented if the voter cannot obtain, and has a reasonable impediment or difficulty to obtaining one of the forms of acceptable photo ID:*

1)  *Valid voter registration certificate*
2)  *Certified birth certificate (must be an original)*
3)  *Copy of or original current utility bill*
4)  *Copy of or original bank statement*
5)  *Copy of or original government check*
6)  *Copy of or original paycheck*
7)  *Copy of or original government document with your name and an address (original required if it contains a photograph)*

**NOTE:**   *The address on either a supporting form of ID or an acceptable photo identification does not need to match the address on the list of registered voters.*

**NOTE:**   *The entity conducting the election may authorize an election officer to access electronically readable information on a driver's license or personal identification card for proof of identification when determining whether a voter shall be accepted for voting.  [Sec. 63.0102]*

**3.  What is a permanent exemption to the requirement to show a photo ID, and how does a voter show that he or she has received a permanent exemption?**
*Voters with a disability may apply with their county voter registrar for a <u>permanent exemption</u> to the requirement to show a photo ID.  The application must contain written documentation from either the U.S. Social Security Administration evidencing the applicant's disability, or from the U.S. Department of Veterans Affairs evidencing a disability rating of at least 50 percent. In addition, the applicant must state that he or she has no valid form of photo identification. Those who obtain a disability exemption will be allowed to vote by presenting a voter registration certificate reflecting the exemption.*

*The voter's registration certificate will have an "(E)" next to the VUID number on their voter registration certificate.*

**4.  Are there are other exemptions to the photo identification requirement?**
*Yes.  A voter may apply for a temporary exemption if the voter has a consistent religious objection to being photographed OR does not present an acceptable form of photo*

*identification as a result of certain natural disasters as declared by the President of the United States or the Texas Governor.*

*A voter that wishes to obtain a temporary exemption should vote provisionally and then appear in person at the county voter registrar's office to execute an affidavit for the temporary exemption.*

5. **What is the six day "cure period" and what does it mean for voters?**

*A voter who has not obtained an acceptable form of photo ID and does not have a reasonable impediment or difficulty in obtaining an acceptable form of photo ID, or a voter who has obtained an acceptable form of photo ID, but does not present that ID at the time they offer to vote may cast a provisional ballot at the polls and then will have* ***until the sixth calendar day*** *after election day to present an acceptable form of photo ID in the presence of the county voter registrar.  If the voter appears at the voter registrar's office and presents an acceptable form of photo ID, the voter's provisional ballot will be counted.*

<u>*Voter Seeking a Permanent Exemption:*</u>  *A voter may submit an application for a permanent exemption in person at the voter registrar.  A voter may also submit the application via facsimile or regular mail, but the application must be completed with the requisite paperwork attached, and received by the voter registrar no later than the* ***sixth calendar day*** *after election day.*

<u>*Voter Seeking a Temporary Exemption:*</u>  *If a voter has a consistent religious objection to being photographed, or a voter does not present an acceptable form of photo identification as a result of a natural disaster, as declared by the President of the United States or the Texas Governor, the voter may vote a provisional ballot, and then appear at the voter registrar's office by the* ***sixth calendar day*** *after election day to sign an affidavit swearing to the religious objection or natural disaster.  If the voter takes these steps to execute an affidavit for a temporary exemption, their provisional ballot will be counted.*

6. **If a voter's name does appear on the precinct's list of registered voters, may the voter still vote?**

*Yes, if the voter has a current voter registration certificate, showing the voter is registered in the precinct in which the voter is appearing,* <u>*and*</u> *(1) an acceptable form of photo identification, or (2) a reasonable impediment or difficulty to obtaining an acceptable form of photo identification and an acceptable form of supporting identification.  Also, if the voter has a current voter registration certificate showing the voter is registered in a different precinct, and (1) an acceptable form of photo identification, or (2) a reasonable impediment or difficulty to obtaining an acceptable form of photo identification and an acceptable form of supporting identification, the voter may execute an affidavit stating that the voter is a resident of the precinct and entitled to vote, was a resident of the precinct in which the voter is offering to vote at the time the information on the voter's residence address was last provided to the voter registrar, did*

*not deliberately provide false information to secure registration in a precinct in which I do not reside, and is voting only once in the election. This affidavit is entitled the "Affidavit for Voter Not on List" and appears on the Combination Form.*

*If the voter is not on the list of registered of voters and does not have a valid voter's registration certificate, the voter should be advised of the right to vote a provisional ballot.*

**7. What does the "S" notation on the list of registered voters indicate?**
*An "S" notation means a voter has been placed on the Suspense List because he or she has probably moved.  If a voter with an "S" notation desires to vote, the voter must sign the Statement of Residence (Refer to Attachment C) on which they must provide their current residence address, which must be located within the same county.  The voter must vote in his or her old precinct.  If the voter submits a Statement of Residence for a different county, the county voter registrar shall forward the Statement of Residence form to the voter's new county voter registrar.*

*NOTE that once a voter has moved to another county, the voter may not return to the previous county of residence to vote (but may be able to vote a limited ballot in the new county during the early voting period, if there are offices or propositions in common between the old and the new county).*

**8. What does the "ID" notation on the list of registered voters indicate?**
*The "ID" notation alerts the judge to the fact that a voter has either not been issued a Texas Driver's License or personal ID number or a social security number or the numbers provided could not be verified, and the voter must present an acceptable form of photo identification, or, if the voter has a reasonable impediment or difficulty to obtaining an acceptable form of photo identification, the voter must present an acceptable supporting form of identification and execute a Reasonable Impediment Declaration.*

**9. What does an election official do if the name on the ID presented by the voter does not match the voter's name as it appears on the official list of registered voters?**

*The voter may still be accepted for voting a regular ballot if the election official determines that the voter's name on the ID is "substantially similar" to the name on the list of registered voters.  A voter's name is considered substantially similar if one or more of the following circumstances applies:*
a. *The name on the ID is slightly different from one or more of the name fields on the official list of registered voters.*
b. *The name on the voter's ID or on list of registered voters is a customary variation of the voter's formal name. For example, Bill for William, or Beto for Alberto.*
c. *The voter's name contains an initial, middle name, or former name that is either not on the official list of registered voters or on the voter's ID.*

*d.  A first name, middle name, former name or initial of the voter's name occupies a different field on the presented ID document than it does on the list of registered voters.*

*In considering whether a name is substantially similar, election officials should also look at whether information on the presented ID matches elements of the voter's information on the official list of registered voters such as the voter's residence address or date of birth.*

*If the election official determines the name is substantially similar, the voter may be accepted for voting after initialing the Similar Name Affidavit on the Combination Form.*

## F.  <u>Casting a Ballot</u>

**1.  What is the difference between paper ballots and optical scan ballots?**
*Paper ballots are ballots hand-counted by the election officials.  Optical scan ballots are paper ballots electronically counted by a machine.*

**2.  What if a voter picks up the wrong ballot?**
*If the voter does not walk away from the table with the wrong ballot, it can simply be placed with the new ballots to be given to another voter.  If the voter walks to the voting booth with the wrong ballot before the voter realizes it is the wrong ballot and returns the ballot to the Election Judge, the ballot should be treated as a spoiled ballot, regardless of whether the voter marked the ballot.*

**3.  What if the voter incorrectly marks the ballot?**
*If the ballot has already been deposited into the ballot box, it's too late for the voter to receive another ballot.  If the ballot has not been deposited, the voter may ask for another ballot.  The voter is entitled to ask for up to three ballots.*

**4.  Should voters select their own ballot?**
*Yes.  The voter should always select the voter's own ballot.*

**5.  Should there be instructions on ballots?**
*Yes. Instructions are required to appear on the ballot or ballot label depending on the type of voting system used.*

**6.  What is the proper display of ballots?**
*Ballots should be placed faced down and signed by the election judge, but they should not be in numerical order.  There is no minimum number of ballots required to be displayed as long as the voter has a choice of several.  Also, there should be an additional set of provisional ballots for voters from which to select.  The provisional ballots should also have "provisional" stamped on the back, along with the election judge's signature.*

**7. May voters walk over to another booth where there is someone voting?**
*No, voters should not talk to each other while voting, even if they are married to each other.*

**8. Are election officials <u>required</u> to check voting booths for election-related materials discarded by previous voters?**
*Yes. The law requires election officials to <u>periodically</u> check each voting station and common areas of the polling place for sample ballots or other written election materials pertaining to the election that may have been left by previous voters.*

**9. What should the election officials do if they run out of ballots?**
*First, if the judge sees that the quantity of ballots is getting low, the judge should call the authority responsible for ordering the ballots (e.g., county clerk, city secretary, school superintendent) to obtain additional ballots or have more reproduced. In an emergency situation, they may make copies of a ballot or if no ballots are remaining, have the voter provide their vote choices on a blank sheet of paper.*

**10. What should the election judge do if the supply of combination forms runs out?**
*Contact the person in charge of the election (e.g., county clerk, city secretary, school superintendent) to obtain additional forms. If necessary, make copies of the form before the supply is completely exhausted.*

**11. Is it true that ballots should be marked with an indelible marker (non-erasable)?**
*Yes. The Election Code requires that an indelible marker be used to mark ballots, and is defined as an instrument that makes marks that cannot easily be removed or erased.*

**G. <u>Assistance to a Voter</u>**
**1. How many election officials should assist a voter if the voter requests assistance from the election officials?**
*On election day, a voter who is qualified to receive assistance must be assisted by two election officials. Instead of being assisted by election officials, a voter may also be assisted by any person of the voter's choice, as long as the assistant is not an agent of the voter's employer, or an officer or agent of the voter's labor union, if any, and they take the oath of assistance.* ***During early voting, a voter may be assisted by one election official.***

**2. Are interpreters allowed in the polling place?**
*Yes. The voter may communicate through an interpreter selected by the voter or provided by the political subdivision if the voter does not provide his or her own interpreter, regardless of whether an election officer who attempts to communicate with a voter understands the language used by the voter. Before serving as an interpreter, the person selected as the interpreter must take the "Oath of Interpreter" administered by an election officer. The*

*interpreter may be any person selected by the voter other than the voter's employer, an agent of the voter's employer, or an officer or agent of a labor union to which the voter belongs.  **NOTE:** This is a change in prior law, due to Court Orders issued on August 12 and 30, 2016.*

**3. What election materials may a voter bring into the polling place?**
*A voter may bring written campaign materials into the polling place to assist in marking his or her ballot.*

## H. Securing Voted Ballots
**1. Are provisional ballots placed in a separate box?**
*Yes.  The provisional ballots, sealed in a ballot secrecy envelope and then in the provisional ballot envelope, must be placed in a secure container separate from the regular voted ballots.*

**2. How many seals and locks are the ballot boxes required to have?**
*On election day, only one lock is required.  The ballot box must, in addition to being locked, be sealed before the box is delivered to the central counting station either with a wire seal or paper seal (depending on the design of the ballot box).  If optical scan ballots are used, "pre-locked, pre-sealed" ballot boxes must be used during the time the polls are open.  These boxes are locked and sealed before the polls open and are not opened until delivered to the central counting station.*

*During early voting, two locks plus a wire hasp seal are required, and, if necessary, the paper seal, which covers the slot through which voters deposit their ballots.*

## I. Counting Ballots and Posting Number of Voters
**1. May ballots be counted prior to 7:00 p.m. when the polls close?**
*Yes.  As long as there are at least 10 ballots in the box each time counting begins, and as long as it is past 8 a.m.  This is for "regular" paper ballot jurisdictions only.  Optical scan ballots are sent to the central counting station after the polls close to be counted.*

**2. How often should the total number of voters be posted on the door outside the polling place?**
*Election officials should post the number of people who have voted every two hours, beginning at 9:30 a.m. and ending at 5:30 p.m.*

## J. Electioneering
**1. Who can provide rides to polling places?**
*Anyone may provide a ride to the polling place (candidates, campaign workers, etc.).  However, these individuals are still prohibited from electioneering within the 100-foot area outside the door to the building in which the polling place is located.*

**2. What is considered electioneering?**

*Electioneering includes promoting a candidate, measure, or political party through verbal or written communications.  This includes buttons, t-shirts, and bumper stickers.*

**3. What is the distance limitation for electioneering?**

*Electioneering is prohibited inside the polling place and up to a 100-ft. radius of any entrance into building in which the polling place is located.*

**4. What should the election judge do if electioneering is taking place within 100 ft.?**

*The election judge should ask the violators to move outside the distance marker.  If the individuals continue to disobey the election judge, the judge may contact a peace officer to maintain order.*

# A T T A C H M E N T   A

**COMBINATION FORM**
**Poll List/Signature Roster, (Affidavits)**
**for Election Day**

Prescribed by Secretary of State / Form 7-28

A T T A C H M E N T   B
F R O N T   S I D E

AW-05-11, #11
Prescribed by Secretary of State
Sec 67.001, Election Code

| Type of Election / Tipo de Elección | Precinct No. where voted | Precinct No. where registered (if known) | Date of Election/Fecha de la Elección | Authority Conducting Election / Autoridad Administradora |
|---|---|---|---|---|
| | Núm. de Precinto/Lugar de votación | Núm. de Precinto/Lugar de registro (si se sabe) | | Elección |

## Affidavit of Provisional Voter (Declaración Jurada de Votante Provisional) (Ballot number if using DRE _____)

**TO BE COMPLETED BY VOTER:** I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

**PARA QUE EL VOTANTE LO LLENE:** Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aún no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2° grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

| Last Name /Apellido usual | First Name / Su nombre de pila | Middle Name (if any) / Segundo nombre (si tiene) | Former Name / Nombre anterior |
|---|---|---|---|

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If more, describe where you live (Do not include PO Box, Rural Rt. Or Business Address)
Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)

Gender: (Optional) / Sexo (Optativo)
☐ Male (Hombre)   ☐ Female (Mujer)

**Mailing Address:** City, State, and ZIP. If mail cannot be delivered to your residence address. / Dirección postal: Ciudad, Estado y Código Postal (si es imposible entregarle correspondencia a su domicilio).

Date of Birth: Month, Day, Year
Fecha de nacimiento: mes, día, año
☐☐ /☐☐ /☐☐☐☐

**TX Driver's License No. or Personal I.D. No. (Issued by Dept of Public Safety)** Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas)
☐☐☐☐☐☐☐☐

**Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number)** Número de Seguro Social (Si no tiene licencia, de conducir ni identificación personal, se requieren los últimos 4 números de su seguro social)
XXX-XX-☐☐☐☐

☐ I have not been issued a TX driver's license or personal identification number or Social Security Number.
Yo no tengo una licencia de conducir de Texas ni Cédula de identidad personal de Texas ni un Número de Seguro Social.

**Check appropriate box: ARE YOU A UNITED STATES CITIZEN?**
Marque el cuadro apropiado: Soy ciudadano/a de los Estados Unidos

Yes ☐   NO ☐
Sí        No

Signature of Voter / Firma del votante
X

# ATTACHMENT B
## BACK SIDE

## TO BE COMPLETED BY ELECTION JUDGE:

**VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION**
[ ] Yes   [ ] No

**REASON FOR VOTING PROVISIONAL**

1. _____ Failed to present acceptable form of identification or voter certificate with exemption.
2. _____ Voter not on list of registered voters.
3. _____ Voter not on list, registered in another precinct.
4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. _____ Voting after 7:00 p.m. due to court order.
6. _____ Voter on list, but registered residence address outside the _____ political subdivision.
7. _____ Other _____ (Please explain)

Sworn and subscribed to before me this date _____

Signature of Election Judge

**Action taken by the Early Voting Ballot Board:**   [ ] ACCEPTED

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. _____ Voter presented acceptable form of identification within 6 days of election day.
2. _____ Voter met disability exemption within 6 days of election day.
3. _____ Voter executed religious objection affidavit within 6 days of election day.
4. _____ Voter executed natural disaster affidavit within 6 days of election day.
5. _____ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. _____ Not a registered voter or registration not effective in time for this election.
7. _____ Registered to vote, erroneously listed in wrong precinct.
8. _____ Registered to vote in a different precinct within the county.
9. _____ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.
10. _____ Voter erroneously removed from the list.
11. _____ Voter is not registered to vote in _____ political subdivision.
12. _____ Other _____ (Please explain)

Signature of Voter Registrar _____ Date _____

[ ] REJECTED   Signature of Ballot Board Judge:

# ATTACHMENT C
# FRONT SIDE

## Instructions for Voting by Mail on Back
(Al Dorso:  Instrucciones si vota por correo)

B3-1-41 (10/09)

## STATEMENT OF RESIDENCE
**For persons whose residence address does not match voter registration address.**

### CONSTANCIA DE DOMICILIO PERMANENTE
Para personas cuya dirección no coincide con la que aparece en la lista oficial de votantes inscritos.

| Last Name Include suffix if any Apellido Incluir sufijo si lo hay (Jr., Sr., III) | First Name Nombre de pila | Middle Name (If any) Segundo nombre (si aplica) | Former Name Apellido anterior |
|---|---|---|---|
| | | | |

**Residence Address: Street Address and Apartment Number, City, State, and Zip.** If none, describe where you live. (Do not include P.O. Box, Rural Route, or Business Address)
Domicilio residencial: Número y calle, y número de apartamento, Ciudad, Estado, y Código postal. Si no existe un domicilio, describa donde vive (no incluya apartados postales, rutas rurales o dirección del trabajo.)

**Gender (Optional)**
Sexo (Optativo)

☐ Male  Masculino

☐ Female  Femenino

**Mailing Address: Address, City, State, and Zip:** If mail cannot be delivered to your residence address.
Dirección postal: Número y calle, y número de apartamento, Ciudad, Estado, y Código postal (si no se puede entregar correo en su domicilio residencial)

**Date of Birth: month, day, year**
Fecha de Nacimiento: mes, día, año

☐☐ / ☐☐ / ☐☐☐☐

**Texas Driver's License No. or Texas Personal I.D. No. (Issued by the Department of Public Safety)**
No. de licencia de conducir de Texas o no. de identificación personal de Texas (Expedido por el Departamento de Seguridad Pública)

☐☐☐☐☐☐☐☐

**If no Texas Driver's License or Personal Identification, give last 4 digits of your Social Security Number.**
Si no tiene licencia de conducir de Texas o no. de identificación personal, proporcione los 4 últimos dígitos de su número de Seguro Social.

XXX-XX- ☐☐☐☐

☐ **I have not been issued a Texas Driver's License/Personal Identification Number or Social Security Number.**
Yo no tengo una Licencia de conducir de Texas/Cédula de identidad personal de Texas o Número de Seguro Social.

- I am a resident of this county and a U.S. citizen; and
- I have not been finally convicted of a felony, or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote.

- soy residente de este condado y ciudadano de los Estados Unidos; y
- no he sido condenado por un delito grave, o en caso de ser delincuente, he purgado mi pena por completo, incluyendo cualquier plazo de encarcelamiento, libertad condicional, supervisión, período de prueba, o se me otorgó un indulto; y
- no se me ha declarado, total o parcialmente, como discapacitado mental sin derecho al voto, por el fallo final de un juzgado de sucesiones.

**X**

Date _____ / _____ / _____

**Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.**
Firma del solicitante o su agente (apoderado) y relación de éste con el solicitante, o nombre en letra del molde del solicitante si la firma es la de un testigo, y fecha.

-18-

# A T T A C H M E N T  C
# B A C K  S I D E

## VOTING BY MAIL:

The residence address on your application for ballot by mail does not match the residence address at which you are registered to vote or the voter registrar has received information which indicates that you may have moved.  You must complete the enclosed statement of residence and return it in the carrier envelope with your marked (voted) ballot.

**If the statement of residence is not returned, your ballot will not be counted.**

Your statement of residence will be reviewed to determine that your permanent residence address is still in the political jurisdiction before your ballot is counted.  The residence address on the application for ballot by mail must be the same as the residence address on the statement of residence.     The statement of residence will be forwarded to the voter registrar to change your voter registration records. You will be mailed a new voting certificate indicating your new precinct (if applicable) and residence address.

If it is determined that your residence address listed on this form is in a different county, this form will be forwarded to the voter registrar of the new county to get your voter registration transferred.  You will receive a new voting certificate from the voter registrar in your new county.

**You must sign the card.  If you have any question you may call _____.**

## SI VOTA POR CORREO:

Ya que su solicitud de una boleta electoral postal contiene un domicilio o dirección permanente distinto al domicilio bajo cual está inscrito para votar, o ya que la Oficina del Registro Electoral tiene información que indica que usted se ha mudado, será necesario que complete la Constancia de domicilio permanente aquí incluida, y que la devuelva con su boleta electoral completada (o sea, en la que ha marcado su voto) en el sobre proporcionado.

**Si no nos envía la Constancia de domicilio permanente, su voto no se incluirá en el conteo final.**

Antes de incluir sus votos en el conteo final, se verificará que su nuevo domicilio permanente aún queda dentro de la jurisdicción apropiada. El domicilio postal indicado en la solicitud de una boleta postal tiene que ser el mismo que aparece en la Constancia de domicilio permanente.  Esta Constancia será enviada a las Oficinas del Registro Electoral para que las actas de inscripción electoral sean modificadas y Ud. recibirá una cédula electoral nueva que indicará el número de su nuevo recinto electoral, si esto fuera a cambiarse, y su nuevo domicilio permanente.

Si se determina que su residencia anotada en este formulario se ubica en otro condado, este formulario se enviará a la Oficina del Registro Electoral del nuevo condado para transferir su inscripción electoral.  Usted recibirá una nueva cédula electoral de la Oficina del Registro Electoral de su nueva condado.

**Es necesario que firme la tarjeta.**
**Para mayor información o para aclarar cualquier duda, por favor llame al _____.**

A T T A C H M E N T   D

# Secretary of State

Pursuant to VTCA, Election Code Sec. 34.001

NAME

Is Designated as an Election Inspector

For All 2016 Elections

Carlos H. Cascos, Secretary of State

# E A R L Y   V O T I N G   B A L L O T   B O A R D

1. **What is an Early Voting Ballot Board?**
   *The board is a group of individuals assigned the task of processing and, in some cases, counting early voting ballots. In some elections, the election judge and clerks serving a polling place may also serve as the early voting ballot board. The Early Voting Ballot Board will also be the authority on whether a provisional ballot is or is not counted when it reconvenes after election day to review provisional ballots.*

2. **Should signatures on the application for ballot by mail and the carrier envelope match?**
   *The board must determine if the signatures could have been written by the same person. If it appears that the signatures are not by the same person, then the board rejects the ballot, unless one of the documents was witnessed because the voter could not sign.*

3. **What if there are no signatures?**
   *The ballot should be rejected if the carrier envelope has no signature, unless signed by a witness indicating the voter could not sign the carrier envelope.*

4. **May EARLY VOTING BALLOTS be counted prior to 7 A.M. on election day when the polls open?**
   *Yes. The Election Code allows the early voting ballot board in counties with a population of 100,000 or more (and political subdivisions holding joint elections in such counties) to begin counting after the before of the early voting period. These populated counties do not have to wait until after 7:00 a.m. on election day to begin counting. However, no vote totals may be released before 7:00 p.m. on election day.*

# CENTRAL COUNTING STATION

1. **What happens if a mark on a voter's ballot is unclear?**
   *A team of ballot qualifiers (commonly referred to as the resolution board) will review the ballot. If they are able to determine the intent of the voter, the ballot should be duplicated, if necessary, so the ballot tabulating system will be able to accurately count the ballot.*

2. **If the voter's intent is unclear on a particular office or measure, is the entire ballot void?**
   *No, each office and/or measure is considered independent of each other; only the unclear office(s) or measure(s) would be voided (not counted). The remainder of the ballot should be counted.*

# INSPECTOR TIPS

## BEFORE LEAVING FOR YOUR TRIP

Go through your packet and check for the locations of your polling places on the map enclosed or via one of the online maps.  If you need to purchase a local map, you will be reimbursed, as long as the receipt and the map are submitted with your final travel memorandum.  Read the handbooks enclosed.

## ARRIVING AT THE POLLING PLACE

1. Make sure that you are wearing your badge. (Refer to Attachment D).
2. Introduce yourself to the election judge.
3. Tell him/her you are there to "observe and monitor the election on behalf of the Office of the Secretary of State."
4. Observe the activities at the table where voters are being qualified to vote or in the area where the votes are being cast and counted.
5. Review the checklist that was given to you.  Upon completing the checklist, if the polling place appears calm, spend a few more minutes and then continue to the next polling place.
6. Inform the election judge that you are leaving to go to another polling place and that you may come back later.
7. CENTRAL COUNTING STATION.  If you are asked to go to the central counting station, it is very important that you remain there until all votes have been tabulated.  Please remind the election judge to call in final results as soon as possible to our office (if applicable - only for certain elections).
8. Point out any irregularities.  If there is something illegal taking place, notify the election judge.  If the judge does not do anything about it, call this office.  Remember, everything should be noted on your report.
9. Always call in if you have any questions or if you are not sure about something.  There are always plenty of staff on-line ready to assist you.
10. CHECK-OFF LIST.  Your report should be filed with the Secretary of State within 5 working days after you return to the office OR as otherwise instructed.
11. If you have any questions, please contact this office toll-free at 1-800-252-2216 and press 5 for a staff member.
12. Be pleasant at all times.
13. Maintain a professional distance from the election workers.
14. If a poll watcher asks you a question, tell him/her to go to the election judge for an answer.
15. If a poll watcher points out an irregularity, tell him/her to go tell the election judge.
16. REMEMBER that you are just an observer and are not in charge of running the election.  You must not get involved in any part of the election process except to point out an irregularity to the election judge.
17. You must be wearing your inspector badge ID at all times.

# T H I N G S  **N O T**  T O  D O

1. Take sides.
2. Become too familiar with anyone in the polling place.
3. Talk to anyone in the polling place, except the election officials.
4. Contact anyone connected with the petitioners.
5. Allow anyone connected with the election to pay for your meal or hotel.
6. Argue with the election judge.
7. Cause the election judge any embarrassment.

# Your rights and duties

- A state inspector is entitled to be present at and observe any function or activity at a polling place, central counting station, ballot board meeting, place of canvass, or other place at which official election or voter registration functions or activities take place.  An inspector may take reasonable steps to obtain information regarding a function or activity being performed at a polling place.
- A state inspector may not observe the preparation of a voter's ballot, unless the voter is being assisted by an election officer.
- A state inspector shall report to the Secretary of State any violation of law that the inspector observes.

# Checklist

First, the checklist is not public information until it has been reviewed by our office after the election.  Do not show anyone the checklist.  If someone would like a copy of the findings or observations, they may request this information in writing from our office.  All election inspectors are required to complete a checklist, with notes at the end of the checklist to explain anything that may need further explanation. The checklist will be in your packet.  Please complete the checklist at the polling location and add any notes as soon as possible after you leave the location so that it is fresh in your mind.  You must complete every check box whether it be Yes (Y), No (N), Not Applicable (N/A), or Not Observed (N/O).  The checklist will be sent to you electronically after you return from your assignment and will be filed electronically with our office no later than five (5) days after your return to office.

As you prepare your checklist, remember that these are open records, which may be released to the media.  Also, our office has a procedure in which we automatically send a copy of the report to the political subdivision conducting the election.  Try to note only the facts you observed and avoid stating your opinion or reporting something you were told, but did not witness.  For example, instead of writing the "County Clerk was rude," a better option is to write "the County Clerk failed to properly explain voting procedures."

If you are required to observe the central counting station, include your observations in the note area on the back of the checklist.  If you are required to be at the early voting ballot board meeting, you will be provided an additional checklist regarding ballot board procedures.

# Thank you for your service.