# EXHIBIT

# F

Case 2:13-cv-00193   Document 932-6   Filed on 09/12/16 in TXSD   Page 2 of 49

# Providing Identification for Voting in Texas



Effective for all elections with voting beginning on or after August 10, 2016, including the November 8, 2016 general election, until further notice.



# Updated Procedure

1. The voter should be asked whether the voter has obtained **one of the acceptable forms of photo ID on "List A"** that is either current or not expired more than four years.

2. If the voter says "yes", the voter is required to present that form of photo ID.

3. If the voter informs you that the voter has obtained an acceptable form of photo ID, but did not bring it to the polling place, the voter may vote a provisional ballot and bring the acceptable form of photo ID to the county within 6 days to cure their ballot.

4. If the voter says "no", ask the voter if he or she has a reasonable impediment or difficulty to obtaining one of the acceptable forms of photo ID on List A.  If the voter indicates "yes", you must inform the voter that he or she can **present a supporting form of ID on "List B" and complete a "Reasonable Impediment Declaration."** If the voter presents a supporting form of ID and completes the Declaration, the voter will then complete their check-in, and proceed to the voting booth to cast a regular ballot.



# Addresses

- You should not compare the address on any ID (List A or List B) to the address on the list of registered voters.
  - **THEY ARE NOT REQUIRED TO MATCH!!!**

- You are only required to confirm with the voter that the address <u>on the list of registered voters is correct</u>. (§63.0011)
  - For example, by asking the voter: "Do you still live on Main Street?"
  - This allows the voter to update their registration records.



TEXAS SECRETARY OF STATE

# If the voter says…

- Yes:    This confirms that their registration records are up-to-date, the voter should:
  - Complete the check-in process once the voter has shown a List A ID <u>or</u> has shown a List B ID and completed the Declaration, and proceed to voting a regular ballot.



# If the voter says…

- No: This means that the voter needs to update their address with the voter registrar, the voter should:

  - Complete a Statement of Residence.

  - Complete the check-in process once the voter has shown a List A ID <u>or</u> has shown a List B ID and completed the Declaration, and proceed to voting a regular ballot.

TEXAS SECRETARY OF STATE

# "List A" – Acceptable Forms of ID

There are 7 forms of ID on List A:

1. Texas driver license issued by the Texas Department of Public Safety (DPS);
2. Texas personal identification card issued by DPS;
3. Texas Election Identification Certificate issued by DPS;
4. Texas handgun license issued by DPS;
5. United States military identification card containing the person's photograph;
6. United States citizenship certificate containing the person's photograph;
7. United States passport.



# Expiration Dates

- **Updated Procedure:** An acceptable identification from "List A" must not have expired more than **<u>4 years</u>** before being presented at the polling place.

  - This is different than some previous elections where the expiration date was required to be not more than 60 days.



TEXAS SECRETARY OF STATE

# Expiration Dates

- Remember – some ID cards do not expire, including:
  - Texas Identification Cards for persons aged 60 or older may be permanent and marked "INDEF."
  - Texas Election Identification Certificates (EIC) for persons aged 70 or older are permanent cards.
  - Some military ID cards are permanent, including Uniformed Services ID cards and Veterans Affairs ID cards.  These are usually marked "INDEF."
  - Certificates of Naturalization and Certificates of Citizenship do not expire.

# List B – Supporting Forms of ID

- If the voter has been unable to obtain an ID from List A, and the voter has a reasonable impediment or difficulty to obtaining an ID from List A, they may present one of the following forms of ID and execute the "Reasonable Impediment Declaration":

  1. valid voter registration certificate;
  2. certified birth certificate;
  3. copy of or original current utility bill;
  4. copy of or original bank statement;
  5. copy of or original government check;
  6. copy of or original paycheck; or
  7. copy of or original of other government document with voter's name and an address (original required if it contains a photograph)



# Reasonable Impediment Declaration

**REASONABLE IMPEDIMENT DECLARATION**

**Instructions:** If a voter appears on the official list of registered voters, but does not possess an acceptable form of photo identification—under Section 63.0101 of the Texas Election Code (SB 14 ID) or SB 14 ID that has expired by no more than four years—due to a reasonable impediment, the following steps shall be taken by the election officer to allow the voter to cast a **regular ballot:**

1. Present this form to the voter, and ask the voter to provide **one** of the following forms of identification:
   a. a valid voter registration certificate (if on Election Day, the voter registration certificate indicates that the voter is appearing at the incorrect polling place, the voter should be directed to the correct polling place);
   b. a certified birth certificate (must be an original); or
   c. a copy or original of a current utility bill, bank statement, government check, paycheck, or other government document that shows the voter's name and an address (with the exception that a government document containing a photograph must be an original).
   **NOTE:** The address on this document is not required to match the address recorded in the official list of registered voters.
2. Ask the voter to complete this form by entering their name, and then ask them to review the "Voter's Declaration of Reasonable Impediment or Difficulty," indicate their impediment or difficulty, and sign their name.
3. Ask the voter to return the completed form to you. You may not question the voter concerning the reasonableness of any claimed impediment or the truth of the declaration. The election judge should enter the date and then sign on the space provided in the declaration.
4. Either you or the election judge should indicate on the "To Be Completed By Election Official" form what type of document the voter provided by checking the appropriate box. Either you or the election judge should fill in the Date of Election and Location fields.
5. Allow the voter to cast a **regular ballot.**

---

**REASONABLE IMPEDIMENT DECLARATION**

**TO BE COMPLETED BY VOTER**

Name: _____

**VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY**

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check at least **one** box below)

☐ Lack of transportation                          ☐ Disability or illness
☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID
☐ Work schedule                                   ☐ Family responsibilities
☐ Lost or stolen photo ID                         ☐ Photo ID applied for but not received
☐ Other reasonable impediment or difficulty_____

**The reasonableness of your impediment or difficulty cannot be questioned.**

X _____                    _____
   Signature of Voter                                          Date

Sworn to and subscribed before me this

_____ day of _____, 20

Presiding Judge _____

**TO BE COMPLETED BY ELECTION OFFICIAL**

The voter provided one of the following forms of identification or information:

☐ Valid Voter Registration certificate; or
☐ A copy or original of **one** of the following was provided:

_____certified birth certificate (must be an original)

_____current utility bill

_____bank statement

_____government check

_____other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

_____paycheck

Location: _____

Date of Election: _____



# Reasonable Impediment Declaration

- The voter must indicate one of the following impediments:
    1. Lack of transportation
    2. Disability or illness
    3. Lack of birth certificate or other documents needed to obtain photo ID
    4. Work schedule
    5. Family responsibilities
    6. Lost or stolen photo ID
    7. Photo ID applied for but not received
    8. Other reasonable impediment (the voter must provide a description)



# Declaration of Reasonable Impediment

- You may not question or challenge the voter regarding their lack of List A ID.
    - If the voter states that they have not been able to obtain an acceptable ID from "List A," and the voter, in response to your question as to whether they have a reasonable impediment or difficulty to obtaining an acceptable ID from "List A", states that they have such a reasonable impediment or difficulty, you must explain their right to complete the Reasonable Impediment Declaration and show a supporting form ID from "List B."
- You may not question the reasonableness of the voter's reasonable impediment or difficulty or the truth of the declaration.
    - For example, if the voter checks "lack of transportation", you may not challenge the voter's access to a bus route or other means of transportation.
- A signed reasonable impediment declaration shall be rejected only upon conclusive evidence that the person completing the declaration  is not the person in whose name the ballot is cast.

# List A – Acceptable Forms of ID



TEXAS SECRETARY OF STATE

# Texas Driver's License



Photograph:  This ID must contain a photograph of the voter.

Expiration  Date:  Must  be valid,  or  expired  within  4 years.

Name: If the voter's name on list of registered voters in the precinct,  does  not  match exactly  to the ID provided, a "Substantially  Similar  Name Affidavit" must be completed by the voter.

NOTE:  This form of ID should not be used if "Limited Term" or "Temporary Visitor" appears on the face of the card as this indicates the person is not a U.S. Citizen.



# Texas Driver's License – Under 21



Photograph: This ID must contain a photograph of the voter.

Expiration Date: Must be valid, or expired within 4 years.

Name: If the voter's name on list of registered voters in the precinct, does not match exactly to the ID provided, a "Substantially Similar Name Affidavit" must be completed by the voter.

NOTE: This form of ID should not be used if "Limited Term" or "Temporary Visitor" appears on the face of the card as this indicates the person is not a U.S. Citizen.



# Election Identification Certificate (EIC)

**SAMPLE**
**STATE OF TEXAS**
**ELECTION CERTIFICATE**

EIC# 12345678

Date of Birth
10/30/1986

Expiration Date
10/30/2014

L1 SAMPLE

LASTNAMEWXXUUEXXUUEXXUUEXXUL
FIRSTNAMEMIDDLENAMESUFFIXWXX

**FOR ELECTION PURPOSES ONLY**
**CANNOT BE USED AS IDENTIFICATION**

Photograph: This ID must contain a photograph of the voter.

Expiration Date: Must be valid, or expired within 4 years. EICs do not expire for persons age 70 or older.

Name: If the voter's name on list of registered voters in the precinct, does not match exactly to the ID provided, a "Substantially Similar Name Affidavit" must be completed by the voter.



# Texas Personal Identification Card



Photograph:  This ID must contain a photograph of the voter.

Expiration Date:  Must be valid, or expired within 4 years.  NOTE:  Some Personal  ID Cards may not expire.

Name: If the voter's name on list of registered voters in the precinct, does not match exactly  to the ID provided, a "Substantially  Similar  Name Affidavit" must be completed by the voter.

NOTE:  This form of ID should not be used if "Limited Term" or "Temporary Visitor" appears on the face of the card as this indicates the person is not a U.S. Citizen.



# DPS Receipts with Photo

LOCATION: 698
TIME STAMP: 16:23:39
DATE STAMP: 06-03-2013

ORGAN DONOR: N
VOTER REGISTRATION: N

RECEIPT NUMBER: 405DLA795205390

MAILING ADDRESS:
1234 ANYWHERE STREET
ANYWHERE, TX 78755

**TEXAS DEPARTMENT OF PUBLIC SAFETY**
TEMPORARY IDENTIFICATION CARD VALID UNTIL 07-18-2013



DL/ID/UNL NUMBER: 34306744    CARD TYPE: ID

**COMMUNICATION IMPEDIMENT**

NAME:  SAMPLE,
IMA  TEST

ADDRESS:
1234 ANYWHERE STREET
ANYWHERE, TX 78755

DATE OF BIRTH: 11-01-1954    EXPIRATION DATE: 11-01-2019
SEX: M    HEIGHT: 5'07"    ISSUANCE DATE: 06-03-2013
EYE COLOR: BRO

SIGNATURE: _____

EMPLOYEE _____

- For driver license related questions, please call 512-424-2600 or refer to the DPS website at www.dps.texas.gov or at www.texas.gov.
- Your DL/ID Card will be processed and mailed within 30-60 days.
- You must continue to carry this Temporary Permit until your new card is received.
- For roadside assistance related to the following issues, please call 1-800-525-5555.
    - Stranded with car problems
    - Hazardous road conditions
    - Debris in the roadway

*EQUAL OPPORTUNITY EMPLOYER*
COURTESY · SERVICE · PROTECTION

Page 1



# DPS Receipts with Photo

- Receipts are issued at DPS locations when you apply for a **driver's license, identification card, or EIC.**

- They are printed on letter sized paper.

- They are used until real card is received by individual in the mail.

- The receipt should not be expired more than 4 years before being presented for voting.

# Handgun License



Photograph:  This ID must contain a photograph of the voter.

Expiration Date:   Must be valid,   or   expired within 4 years.

Name: If the voter's name on list of registered voters in the precinct,  does not match exactly  to the ID provided, a "Substantially Similar Name Affidavit" must be completed by the voter.



# Concealed Handgun License





This version of the CHL was issued through April 2014 and they are valid for 4-5 years.

This version of the CHL was issued through August 2015 and they are valid for 4-5 years.

TEXAS SECRETARY OF STATE

# U.S. Military Identification Cards

- The following standards should be used by poll workers to determine if a United States military card is acceptable:
  - The ID card is federal;
  - The ID card is military;
  - The ID card contains a photograph;
  - The ID contains an expiration date which is in the future or is the date of presentation, or a past expiration date which was not more than 4 years from the date of presentation, or the ID does not contain any expiration date.

TEXAS SECRETARY OF STATE

# U.S. Military Identification Cards

Military ID Cards may include, but are not necessarily limited to:

1. Department of Defense (DoD) Common Access Card (CAC)

2. Uniformed Services ID Cards

3. DoD Civilian Retiree Cards

4. Veterans Affairs ID Cards



# DoD Common Access Card "CAC"





**NOTE**: The seals to the right of the picture will change according to branch of service.

TEXAS SECRETARY OF STATE

# Voting in Texas with a CAC



Photograph:  This ID must contain a photograph of the voter.

Expiration Date:  Must be valid, or expired within 4 years.

Name: If the voter's name appears on the list of registered voters in the precinct, but does not match exactly  to the ID provided, a "Substantially Similar Name Affidavit" must be completed by the voter.



# Exception



- CACs with a blue bar across the name signify that the cardholder is a non-U.S. citizen, and <u>may not</u> be a qualified voter.
- Contractors will have a green bar, which will be sufficient for use if other qualifications are met.

# Uniformed Services ID Cards

- There are four versions of Uniformed Services ID Cards.  All look similar, but are issued in four different colors.





# Voting in Texas with Uniformed Services ID Cards

Photograph: This ID must contain a photograph of the voter.

Expiration Date: Must be valid, or underline expired within 4 years. **However, not all cards expire-some will say "INDEF" for indefinitely.**

Name: If the voter's name appears on the list of registered voters in the precinct, but does not match exactly  to the ID provided, a "Substantially Similar Name Affidavit" must be completed by the voter.





# Uniformed Services ID Cards



Green – Generally for members of the Individual Ready Reserves and Inactive National Guard.



Blue – Generally for retirees, and members on Disability Retired Lists.



Pink – Generally for retired members of the Reserves and National Guard under the age of 60, and certain dependents.



Orange – Generally for certain dependents (active duty), Medal of Honor recipients, disabled veterans, and others.



# DoD Civilian Retiree Cards



<u>Photograph</u>: This ID must contain a photograph of the voter.

<u>Name</u>: If the voter's name appears on the list of registered voters in the precinct, but does not match exactly to the ID provided, a "Substantially Similar Name Affidavit" must be completed by the voter.

<u>Expiration Date</u>: Must be valid, or expired within 4 years.



# Veteran Identification Card (VIC)



Photograph: This ID must contain a photograph of the voter.

Name: If the voter's name appears on the list of registered voters in the precinct, but does not match exactly to the ID provided, a "Substantially Similar Name Affidavit" must be completed by the voter.

Veteran Affairs IDs do not expire.

# Veteran Health Identification Card (VHIC)



Photograph: This ID must contain a photograph of the voter.

Name: If the voter's name appears on the list of registered voters in the precinct, but does not match exactly  to the ID provided, a "Substantially Similar Name Affidavit" must be completed by the voter.

VHICs may or may not have an expiration date.



# U.S. Certificate of Citizenship



REMEMBER – Certificates of Citizenship do not expire.



# U.S. Certificate of Naturalization



REMEMBER – Certificates of Naturalization do not expire.



# U.S. Passport





# U.S. Passport Card

Front



Back



- Allows entry from Canada, Mexico, the Caribbean, and Bermuda at land border crossings or sea ports-of-entry.
- Wallet Size.



TEXAS SECRETARY OF STATE

# Permanent Exemption

If a voter has applied for and received a permanent exemption to the photo ID requirement, they will provide a voter registration certificate with an (E) notation.



**NOTE**: Designation of (E) next to VUID Number.

Example: **1197099876 (E).**

TEXAS SECRETARY OF STATE

# Permanent Exemption

- If the voter has a permanent exemption, and they present their voter registration certificate with the (E) next to the VUID, they do not need to also complete a Reasonable Impediment Declaration.



Case 2:13-cv-00193 Document 932-6 Filed on 09/12/16 in TXSD Page 40 of 49

# List B – Supporting Forms of ID



TEXAS SECRETARY OF STATE

# Valid Voter Registration Certificate





# Certified Birth Certificate (Must Be An Original)



- It may be from another state or country-does not have to be from Texas.

- It must not be a copy of a certified copy.

- If the voter's name appears on the list of registered voters in the precinct, but does not match exactly to the ID provided, a "Substantially Similar Name Affidavit" must be completed by the voter.

# Copy of or Original Current Utility Bill



- It may be a copy or printout.
- To be current, the utility bill must be the most recent version or at least dated within two (2) months of the date it is presented to an election official.
- The address on the utility bill <u>does not</u> have to match the address on the list of registered voters.  However,  per §63.0011, the voter should be asked if the address on the list of registered voters is current. For example, "Do you still live on Main Street?"
- If the voter's name appears on the list of registered voters in the precinct, but does not match exactly  to the ID provided, a "Substantially Similar Name Affidavit" must be completed by the voter.

# Copy of or Original Bank Statement



- It may be a copy or printout.
- The address on the bank statement <u>does not</u> have to match the address on the list of registered voters.  However, per §63.0011, the voter should be asked if the address on the list of registered voters is current. For example, "Do you still live on Main Street?"
- If the voter's name appears on the list of registered voters in the precinct, but does not match exactly  to the ID provided, a "Substantially Similar Name Affidavit" must be completed by the voter.

# Copy of or Original Government Check



- It may be an original check or a copy of the check.

- The address on the government check <u>does not</u> have to match the address on the list of registered voters. However, per §63.0011, the voter should be asked if the address on the list of registered voters is current. For example, "Do you still live on Main Street?"

- If the voter's name appears on the list of registered voters in the precinct, but does not match exactly to the ID provided, a "Substantially Similar Name Affidavit" must be completed by the voter.

# Copy of or Original Paycheck



- It may be a copy or original of the check.
- The address on the paycheck <u>does not</u> have to match the address on the list of registered voters. However, per §63.0011, the voter should be asked if the address on the list of registered voters is current. For example, "Do you still live on Main Street?"
- If the voter's name appears on the list of registered voters in the precinct, but does not match exactly to the ID provided, a "Substantially Similar Name Affidavit" must be completed by the voter.

# Copy of or Original of Other Government Document

- MUST include voter's name and an address.  REMEMBER: The address on the supporting ID does not have to match the voter's registration address.

- It must be an original document if it contains a photograph.

- If the voter's name appears on the list of registered voters in the precinct, but does not match exactly  to the ID provided, a "Substantially Similar Name Affidavit" must be completed by the voter.

- Must be issued by the federal government, a federally recognized tribal government, or a state or local government in the U.S.

# Other Government Documents

- Examples of Other Government Documents:
  - Driver's licenses from other states
  - ID cards issued by federally recognized Native American tribes.
  - DPS Receipts (without a photo)
  - Expired voter registration certificates
  - Expired Texas DPS-issued driver licenses or personal ID cards (over 4 years).



# Other Government Document

- Examples of Documents NOT included:
  - Social Security Cards (no address)
  - State College IDs (if no address)
  - State/Federal Employee ID Cards (if no address)
  - Library Cards (if no address)

