# EXHIBIT

# H

# REASONABLE IMPEDIMENT DECLARATION

## TO BE COMPLETED BY VOTER

Name: ███████████████████████████

### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check **at least one** box below)

☐ Lack of transportation                ☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule                         ☐ Family responsibilities

☐ Lost or stolen photo ID               ☐ Photo ID applied for but not received

☒ Other reasonable impediment or difficulty  I forgot my wallet

**The reasonableness of your impediment or difficulty cannot be questioned.**

X ███████████████████████████        8-17-16

Signature of Voter                    Date

Sworn to and subscribed before me this

17th day of Aug, 2016

Presiding Judge _E. Calderon_

## TO BE COMPLETED BY ELECTION OFFICIAL

The voter provided one of the following forms of identification or information:

☐ Valid Voter Registration certificate; or

☐ A copy or original of **one** of the following was provided:   _school picture teacher ID_

X _school picture teacher ID_
_____certified birth certificate (must be an original)

_____current utility bill

_____bank statement

_____government check

_____other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

_____paycheck

Location: _Lone Star H.S._

Date of Election: _8/27/16_