# EXHIBIT

# O

| | |
|---|---|
| **From:** | Elections Internet |
| **To:** | Elections Internet |
| **Subject:** | MASS EMAIL-- CSO/CC/EA/VR--FINAL HANDBOOKS |
| **Date:** | Friday, September 02, 2016 8:51:14 PM |
| **Attachments:** | image001.png<br>EVBB-9-1 FINAL.pdf<br>Poll Watchers Guide 2016 - FINAL FINAL FINAL FOR POSTING.pdf<br>Election Inspector Handbook 2016 - FINAL FINAL.pdf<br>Qualifying Voters Handbook September 2016 FINAL VERSION FOR POSTING.pdf |

Hello everyone,

Attached are the final versions of the Early Voting Ballot Board, the Poll Watcher, the Elections Inspectors and the Qualifying Voters handbooks for this election. These incorporate changes for both voter ID and Interpreters for the upcoming elections. We will have them available for order as soon as possible. Please let me know if there are any questions.

Keith Ingram
Director, Elections Division
Office of the Secretary of State
800-252-VOTE(8683)
www.sos.state.tx.us/elections/index.shtml
**For Voter Related Information, please visit:**



*The information contained in this email is intended to provide advice and assistance in election matters per §31.004 of the Texas Election Code. It is not intended to serve as a legal opinion for any matter. Please review the law yourself, and consult with an attorney when your legal rights are involved.*