# EXHIBIT

# P

# Have you ever obtained one of the following forms of Identification?

### ◉ A Texas Driver's License
(Issued by the Texas DPS)
[It can have expired within the last 4 years and still be an acceptable form of ID for voting purposes]

### ◉ A Texas Personal Identification Card
(Issued by the Texas DPS)
[It can have expired within the last 4 years and still be an acceptable form of ID for voting purposes]

### ◉ A Texas Election IdentificationCertificate
(Issued by the Texas DPS)
[It can have expired within the last 4 years and still be an acceptable form of ID for voting purposes]

### ◉ A Texas Handgun License
(Issued by the Texas DPS)
[It can have expired within the last 4 years and still be an acceptable form of ID for voting purposes]

### ◉ A U.S. Military ID card
with a photograph on it? [It can have expired within the last 4 years and still be an acceptable form of ID for voting purposes]

### ◉ A U.S. Citizenship Certificate
with a photograph on it

### ◉ A U.S. Passport?
[It can have expired within the last 4 years and still be an acceptable form of ID for voting purposes]

### ◉ An Exempt Voter Registration Card
[with a VUID# followed by an "E"] [It can have expired within the last 4 years]







If you have obtained an acceptable form of Photo ID, but did not bring it with you, you may vote a provisional ballot and bring the acceptable form of Photo ID to the Galveston County Voter Registrar within 6 days to cure your ballot.

# Do you have a reasonable impediment or difficulty to obtaining one of the forms of ID shown on the reverse side of this card?

If you have been unable to obtain an ID shown on the other side of this card and have a reasonable impediment or difficulty to obtaining one of them, then you may present one of the following forms of supporting identification and execute the "Reasonable Impediment Declaration" indicating under penalty of perjury that you have not been able to obtain one of the forms of ID shown on the reverse side of this card and that you have a reasonable impediment or difficulty to obtain one of them. You will then be allowed to vote a regular ballot.

## A valid voter registration card?
*[An expired Voter Registration Card could be an example of a form of another government document, shown below]*

## A Certified Birth Certificate?
*[It must be an original]*

## A copy or original of a current utility bill?
*[with your name and an address on it] [It must be within the last two months]*

## A copy or original of a bank statement?
*[with your name and an address on it]*

## A copy or original of a government check?
*[with your name and an address on it]*

## A copy or original paycheck?
*[with your name and an address on it]* OR

## A copy or original of another government document
*with both your name and address on it?*
*[If it has a photograph, it must be an original document]*