# EXHIBIT

# Q

**Defender Network**
@defendernetwork

Texans, if you're confused on Texas voter ID requirements, here's a handy reference by @VoteTexas. #VoteTexas pic.twitter.com/fdVaDnCllk



3:29pm · 10 Sep 2016 · Hootsuite

- 2 LIKES Reply to @defendernetwork @VoteTexas