# EXHIBIT

# S

Lindsey Wolf

**Subject:** FW: MASS EMAIL-CSO/CC/VR/EA--voter ID update
**Attachments:** 13-7 - Request for Temporary Exemption.pdf; 5-11 - Hand Delivery Roster - Spanish.pdf; 5-11 - Hand Delivery Roster.pdf; 5-22a - Notice to Voter Who Must Provide ID- Spanish.pdf; 5-22a - Notice to Voter Who Must Provide ID.PDF; 5-31 - Application for Pres Ballot.pdf; 7-15c - Notice to Provisional Voter - Spanish.pdf; 7-15c - Notice to Provisional Voter.pdf; 9-7 - List of Voters Appearing in Cure Period.pdf; 13-1 - Notice of Required Identification.pdf; 13-6 - Request for Disability Exemption.pdf; TEMPLATE Release for couties.doc

---

**From:** Elections Internet
**Sent:** Friday, August 19, 2016 9:20 PM
**To:** Elections Internet <Elections@sos.texas.gov>
**Subject:** MASS EMAIL-CSO/CC/VR/EA--voter ID update

Hello Everyone,

Attached are the forms that have been revised for use with the court ordered interim remedy procedure on voter identification. I have also attached a template for a press release for you to use with your local media to update them on the changes for this election. Finally, here is the page where you can download the html code to make a voter ID button on your own web pages if you would like to do so. The button will link to the most up to date information we have available on voter ID.

Please let me know if you have any questions.

Keith

---

**From:** Elections Internet
**Sent:** Thursday, August 18, 2016 7:41 PM
**To:** Elections Internet <Elections@sos.texas.gov>
**Subject:** MASS EMAIL-CSO/CC/VR/EA--voter ID update

Hello Everyone,

We have updated the power point presentation regarding required ID for voting and it is attached. It will also be posted on our website at the previous link.

Keith

---

**From:** Elections Internet
**Sent:** Wednesday, August 10, 2016 6:08 PM
**To:** Elections Internet <Elections@sos.texas.gov>
**Subject:** MASS EMAIL-CSO/CC/VR/EA--voter ID update

Hello Everyone,

As you may be aware, the U.S. Fifth Circuit Court of Appeals has ordered the District Court to fashion an interim remedy relating to voter identification requirements. The District Court ordered the parties to confer regarding the terms of an

1

interim relief order. In accordance with these orders the parties made a joint submission to the court last week and today the Court approved that submission. Attached is a copy of the court's order. I have also attached a copy of the Reasonable Impediment Declaration in English and Spanish.

Broadly speaking, voters will still have to show an approved form of photo identification under SB-14 in order to vote. However, these forms can now be expired up to four years. In addition, if a voter is not able to obtain, and has a reasonable impediment to obtaining, one of the seven forms of approved photo ID, the voter may vote by (1) signing a Reasonable Impediment Declaration, and (2) providing one of various forms of supporting documentation. Supporting documentation can be a certified birth certificate (must be an original), a valid voter registration certificate, a copy or original of one of the following: current utility bill, bank statement, government check, or paycheck, or other government document that shows the name and address of the voter, although government documents including a photo must be original and cannot be copies. If a voter meets these requirements and is otherwise eligible to vote, the voter will be able to cast a regular ballot in the election.

We are working on updating the necessary forms and poll worker training to reflect this procedure and will be sending you those materials in the near future. We have already made available the revised polling place notices on our website. Please let us know if you have any questions.

Keith Ingram
Director, Elections Division
Office of the Secretary of State
800-252-VOTE(8683)
www.sos.state.tx.us/elections/index.shtml
**For Voter Related Information, please visit:**



*The information contained in this email is intended to provide advice and assistance in election matters per §31.004 of the Texas Election Code. It is not intended to serve as a legal opinion for any matter. Please review the law yourself, and consult with an attorney when your legal rights are involved.*

**Lindsey Wolf**

**Subject:** FW: MASS EMAIL-CSO/CC/VR/EA--voter ID update
**Attachments:** 5-8f - List of Voters Indicated as ID Voters.pdf

**From:** Elections Internet
**Sent:** Monday, August 22, 2016 4:34 PM
**To:** Elections Internet <Elections@sos.texas.gov>
**Subject:** FW: MASS EMAIL-CSO/CC/VR/EA--voter ID update

Hello everyone,

Here is one last form that was inadvertently left off of the list Friday evening. I am sorry about that.

Keith

**From:** Elections Internet
**Sent:** Friday, August 19, 2016 9:20 PM
**To:** Elections Internet <Elections@sos.texas.gov>
**Subject:** MASS EMAIL-CSO/CC/VR/EA--voter ID update

Hello Everyone,

Attached are the forms that have been revised for use with the court ordered interim remedy procedure on voter identification. I have also attached a template for a press release for you to use with your local media to update them on the changes for this election. Finally, here is the page where you can download the html code to make a voter ID button on your own web pages if you would like to do so. The button will link to the most up to date information we have available on voter ID.

Please let me know if you have any questions.

Keith

**From:** Elections Internet
**Sent:** Thursday, August 18, 2016 7:41 PM
**To:** Elections Internet <Elections@sos.texas.gov>
**Subject:** MASS EMAIL-CSO/CC/VR/EA--voter ID update

Hello Everyone,

We have updated the power point presentation regarding required ID for voting and it is attached. It will also be posted on our website at the previous link.

Keith

**From:** Elections Internet
**Sent:** Wednesday, August 10, 2016 6:08 PM

1

To: Elections Internet <Elections@sos.texas.gov>
Subject: MASS EMAIL-CSO/CC/VR/EA--voter ID update

Hello Everyone,

As you may be aware, the U.S. Fifth Circuit Court of Appeals has ordered the District Court to fashion an interim remedy relating to voter identification requirements. The District Court ordered the parties to confer regarding the terms of an interim relief order. In accordance with these orders the parties made a joint submission to the court last week and today the Court approved that submission. Attached is a copy of the court's order. I have also attached a copy of the Reasonable Impediment Declaration in English and Spanish.

Broadly speaking, voters will still have to show an approved form of photo identification under SB-14 in order to vote. However, these forms can now be expired up to four years. In addition, if a voter is not able to obtain, and has a reasonable impediment to obtaining, one of the seven forms of approved photo ID, the voter may vote by (1) signing a Reasonable Impediment Declaration, and (2) providing one of various forms of supporting documentation. Supporting documentation can be a certified birth certificate (must be an original), a valid voter registration certificate, a copy or original of one of the following: current utility bill, bank statement, government check, or paycheck, or other government document that shows the name and address of the voter, although government documents including a photo must be original and cannot be copies. If a voter meets these requirements and is otherwise eligible to vote, the voter will be able to cast a regular ballot in the election.

We are working on updating the necessary forms and poll worker training to reflect this procedure and will be sending you those materials in the near future. We have already made available the revised polling place notices on our website. Please let us know if you have any questions.

Keith Ingram
Director, Elections Division
Office of the Secretary of State
800-252-VOTE(8683)
www.sos.state.tx.us/elections/index.shtml
**For Voter Related Information, please visit:**



*The information contained in this email is intended to provide advice and assistance in election matters per §31.004 of the Texas Election Code. It is not intended to serve as a legal opinion for any matter. Please review the law yourself, and consult with an attorney when your legal rights are involved.*