UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| GREG ABBOTT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER

Before the Court is Defendants' Response to the United States' Motion to Enforce Interim Remedial Order [Doc. 924], and Private Plaintiffs' Motion for Further Relief to Enforce Interim Remedial Order [Doc. 926]. The Court, having considered the United States' and the Private Plaintiffs' motions, and the Defendants' response to both, has determined that the United States' and Plaintiffs' motions lack merit and should therefore be DENIED.

IT IS THEREFORE ORDERED that the United States' Motion to Enforce Interim Remedial Order, and the Private Plaintiffs' Motion for Further Relief to Enforce Interim Remedial Order are hereby DENIED.

Signed this _____ day of September, 2016.

_____
HON. NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE