Marianne Serpa, Dep-in-Charge
US District Clerk's Office txs
1133 N Shoreline Blvd Rm 78401
361-888-3142

Clerk, U.S. District Court
Southern District of Texas
FILED
SEP 12 2016
David J. Bradley, Clerk of Court

Sep 7 16

LET VOTERS IN 2016+ CHOOSE FROM ABOUT SIX CANDIDATES.

40+ docket entries (621,620,618,615) Veasey v Abbott 2:13cv193 Corpus Christi are from me. I suggest a 2016+ limited voting backup ballot for Texas & other State & US Congmen with primary Houses winners free on own and two additional districts. More with a fee and later years.

I believe limited voting promotes good behavior by winners and inhibits tyranny mayhem fear & divisiveness.

The time is ripe but some action can be made in 2016.

Peoria IL has elected 5 of 10 aldermen by cumulative voting since 1991. See Banks v Bd El City of Peoria 1987 659 FS 394.

Wright v NC & Wake Co Bd El 5:13cv607-D Raleigh has docket entries: 113 ORDER 8/7/16; 100 ORDER 7/27/16 Status conf Aug 2; 91 6/9, 90 5/23, 89 5/9, 88 4/29 Docs from me; 92 ORDER 7/8 Parties will provide court their views. I wrote for some entries.

*     *     *     *

I want your price for a copy of the docket sheet in your case Veasey v Abbott 2:13cv193 from Oct 1 14 (I put in the wrong year in my letter to you Jul 29 16) to Sep 2 15 (I got start 844 9/2). and entries: 852 9/21 Ltr by Quade; 849 10/16/15 Ltr by me; 853-5 Ltrs by Quade; 856 4/4/16 Ltr by me; 857 7/12/16 Ltr by Quade; and Docket sheet subsequent to 876 7/29/16 ORDER.

LET VOTERS IN 2016+ CHOOSE FROM ABOUT SIX CANDIDATES!

I suggest a 2016+ limited voting backup ballot for Texas & other State Houses & US Congmen with primary winners free in own & two additional districts. More with a fee and later years.

Beaufort & Martin counties NC elect their comnrs by lim voting.
I suggest lim voting for City St Gabriel 2015 89 FS3 843.

Robert M Allensworth B14522

BMRCC 251 N IL 37

Ina IL 62846 2419

The time is ripe. Some action can be made in 2016.
I ordered a copy of 117 8/8/16 Notice of Application of Writ w/atchmts 1-11 (Earls)
96 7/18/16 RESPONSE reg 92 Order (Earls).

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

4B14

| Date: Apr 14/ May 26 | Offender: (Please Print) ALLENSWORTH 4B14 | ID#: B14522 |
|---|---|---|
| Present Facility: BMRCC | Facility where grievance issue occurred: same | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): UNSTAMPED ENVELOPES AT COMMISSARY
- [ ] Disciplinary Report: ___/___/___  Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I WANT TO BUY UNSTAMPED ENVELOPES AT BMRCC COMMISSARY. THEY ARE ON IDOC APPROVED LIST FOR ALL SECURITY LEVELS. THEY ARE NOT AVAILABLE AT BMRCC COMMISSARY AT THIS TIME. THIS IS A REPEAT OF PREVIOUS REQUESTS. (I AM NOW ON COMMISSARY RESTRICTION, I HAVE BEEN ON IT MUCH OF LAST FOUR ~~THREE~~ YEARS).

I GOT A RESPONSE MAY 25 FROM ADMIN REVIEW BD. HIGHLIGHTS:

[X] GRIEVANCE: FACILITY GRIEVANCE # (if applicable) NOT PROVIDED.

DATED 4/14/16 RECEIVED 4/20/16 REGARDING REQUESTS UNSTAMPED ENVELOPES

[X] PROVIDE A COPY OF RESPONSE TO OFFENDER'S GRIEVANCE, DOC 0047 IF TIMELY

**Relief Requested:** I WANT TO BUY UNSTAMPED ENVELOPES AT BMRCC COMMISSARY.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Allensworth    B14522    MAY / 26 / 16
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 5 / 31 / 16
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: This grievance has already been addressed

Guerretae, CCII    C Guerrett, CCII  6 / 1 / 16
Print Counselor's Name    Counselor's Signature    Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___    Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____    ___/___/___
Chief Administrative Officer's Signature    Date

Distribution: Master File; Offender    Page 1    DOC 0046 (8/2012)