

Allen Swoon Bester 4B 34 IDOC INMATE MAIL
Bruce MONEY ORDERS NO LONGER ACCEPTED
Inf IL 62846 2449

Marianne Ser[...]
US District Clerk's Office
1133 N Shoreline Blvd Rm 208
Corpus Christi TX 78401

Clerk, U.S. District Court
Southern District of Texas
FILED
SEP 12 2016
David J. Bradley, Clerk of Court