UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-00193 |
|---|---|---|---|
| | Marc Veasey, et al. | | |
| | *versus* | | |
| | Greg Abbott, et al. | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Thaddeus C. Eagles<br>Wilmer Cutler Pickering Hale & Dorr<br>1875 Pennsylvania Ave. NW<br>Washington, D.C. 20006<br>202-663-6280; thad.eagles@wilmerhale.com<br>New York Bar No. 915769 |
|---|---|

| Name of party applicant seeks to appear for: | Texas League of Young Voters Education Fund<br>Imani Clark |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 9/13/2016 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
                                                                United States District Judge