United States District Court
Southern District of Texas
**ENTERED**
September 14, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-00193 |
|---|---|---|---|

Marc Veasey, et al.

*versus*

Greg Abbott, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Thaddeus C. Eagles<br>Wilmer Cutler Pickering Hale & Dorr<br>1875 Pennsylvania Ave. NW<br>Washington, D.C. 20006<br>202-663-6280; thad.eagles@wilmerhale.com<br>New York Bar No. 915769 |
|---|---|

| Name of party applicant seeks to appear for: | Texas League of Young Voters Education Fund<br>Imani Clark |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 9/13/2016 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: Registered | |
|---|---|
| Dated: 9-14-16 | Clerk's signature: Brandy Cox |

**Order**

Dated: 9-14-16

This lawyer is admitted *pro hac vice*.

[signature] Nelva Gonzales Ramos
United States District Judge