IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*,<br><br>         Plaintiffs,<br><br>     v.<br><br>CARLOS CASCOS, *et al.*,<br><br>         Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| LENARD TAYLOR, *et al.*,<br><br>         Plaintiffs,<br><br>     v.<br><br>STATE OF TEXAS, *et al.*,<br><br>         Defendants | Civil Action No. 2:13-cv-348 (NGR) |

**United States' Unopposed Motion for Leave to File a Reply Memorandum**

The United States' Motion to Enforce the Interim Remedial Order remains pending before the Court. Mot. to Enforce (ECF No. 924). The State of Texas has filed an opposition memorandum more than twice the length of the initial motion. *See* Tex. Opp. (ECF No. 932). The United States respectfully requests leave to file a short reply memorandum to address the State's response—including providing relevant documents—and to facilitate efficient oral argument. A copy of the proposed memorandum is attached to this motion, along with related exhibits. The United States has met and conferred with all parties, and the motion is unopposed.

1

Date: September 16, 2016

                                               Respectfully submitted.

KENNETH MAGIDSON            VANITA GUPTA
United States Attorney              Principal Deputy Assistant Attorney General
Southern District of Texas          Civil Rights Division

                                               */s/ Daniel J. Freeman*
                                               T. CHRISTIAN HERREN, JR.
                                               MEREDITH BELL-PLATTS
                                               RICHARD A. DELLHEIM
                                               BRUCE I. GEAR
                                               DANIEL J. FREEMAN
                                               AVNER SHAPIRO
                                               SAMUEL OLIKER-FRIEDLAND
                                               Attorneys, Voting Section
                                               Civil Rights Division
                                               U.S. Department of Justice
                                               950 Pennsylvania Ave. NW
                                               Washington, D.C. 20530

                                               *Counsel for the United States*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2016, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                      */s/ Daniel J. Freeman*
                                      Daniel J. Freeman
                                      U.S. Department of Justice
                                      950 Pennsylvania Ave. NW
                                      Room 7123 NWB
                                      Washington, D.C. 20530
                                      daniel.freeman@usdoj.gov