# EXHIBIT 1



**VOTETEXAS.GOV**
POWERED BY THE TEXAS SECRETARY OF STATE

| REGISTER TO VOTE | WHO, WHAT, WHERE, WHEN, HOW | MILITARY & OVERSEAS VOTERS | VOTERS WITH SPECIAL NEEDS | YOUR RIGHTS | FAQ | RESOURCES |

      

Search...

## What do you want to know about voting

Thank you for visiting VoteTexas.gov, the one-stop resource for voter information.

*Secretary of State*
**Carlos H. Cascos**






SELECT A QUESTION... ▼   GO!

### KEY REGISTRATION AND VOTING DATES

**61 : 14 : 00 : 41**
Days  Hours  Minutes  Seconds


**8 NOV**

**NOVEMBER 8, 2016 GENERAL ELECTION**

The General Election will take place on Tuesday, November 8, 2016. Last day to register for this election is October 11. Early voting takes place from October 24 – November 4. To learn more about ID required for voting in person, check out the **FAQs**.

**FREQUENTLY ASKED QUESTIONS**

**Press Release:** Voters who cannot obtain one of the seven forms of approved photo ID have additional options at the polls

### LATEST TWEETS

**Tweets** by @VoteTexas



**Texas SOS Office** ✓ @VoteTexas
@JoyRedeemed unfortunately, Mr. McMullin's application to be a write-in candidate was not accepted in Texas.
20h

**Texas SOS Office** ✓ @VoteTexas
Texas Secretary of State discusses new

Embed                          View on Twitter




**Not Registered?**
To vote in Texas, you must be

**SPREAD THE**
**Remind your friends to vote**


**Voting is easy, so is getting the**