# EXHIBIT 7

**Options added to voter ID rules, 2016 WLNR 24698092**

NewsRoom

8/13/16 Times Rec. News (Wichita Falls, Tex.) 1A
2016 WLNR 24698092

Times Record News (Wichita Falls, TX)
Copyright © 2016 Journal Media Group

August 13, 2016

Section: Local

Options added to voter ID rules
Photo will not necessarily be needed

Claire Kowalick claire.kowalick@timesrecordnews.com 940-763-7548

Texas Secretary of State Carlos H. Cascos announced Wednesday that voters will have more options when presenting identification at the polls this November.

Texas voters who cannot provide one of the seven accepted forms of photo ID will have other options, Cascos said.

In a court order issued Wednesday, voters without a photo ID can vote by both signing a declaration at the poll explaining why they are unable to obtain a photo ID and also providing an alternative form of supporting documentation.

Supporting documentation can be an original certified birth certificate; valid voter registration certificate; a copy of or original current utility bill; bank statement; government check; or paycheck. Government documents that include a photo must be an original and cannot be a copy.

If voters meet these requirements and are otherwise eligible, they will be able to cast their ballot in the election.

The seven forms of approved photo ID are:

Texas driver's license issued by the Texas Department of Public Safety;

Texas Election Identification Certificate issued

See VOTER ID, 4A

by DPS;

Texas personal identification card issued by DPS;

Texas license to carry a handgun issued by DPS;

U.S. military identification card containing the person's photograph;

U.S. citizenship certificate containing the person's photograph;

U.S. passport.

WESTLAW   © 2016 Thomson Reuters. No claim to original U.S. Government Works.   1

**Options added to voter ID rules, 2016 WLNR 24698092**

All approved photo IDs must be current or expired no more than four years, except the U.S. citizenship certificate.

Voters with a disability can continue to apply with the county registrar for a permanent exemption to showing approved photo ID. Voters who either have a consistent religious objection to being photographed, or do not present one of the seven forms of photo ID because of certain natural disasters as declared by the president or Texas governor, may continue to apply for temporary exemption to showing photo ID.

Voters with questions about how to cast a ballot in these elections can call 800-252-VOTE or contact the Wichita County Clerk's Office at 940-766-8195.

Early voting begins Oct. 24 and ends Nov. 4. Locations for early voting will be Home Depot, the Wichita County Courthouse and Sikes Senter.

Election Day is Nov. 8. Election locations will be based on county precinct areas.

VOTER ID from 1A

---- Index References ----

Company: HOME DEPOT INC (THE)

News Subject: (Campaigns & Elections (1CA25); Global Politics (1GL73); Government (1GO80); Political Parties (1PO73); Public Affairs (1PU31); World Elections (1WO93))

Region: (Americas (1AM92); Kansas (1KA13); North America (1NO39); Texas (1TE14); U.S. Midwest Region (1MI19); U.S. Southwest Region (1SO89); USA (1US73))

Language: EN

Other Indexing: (Carlos Cascos)

Edition: Wichita Falls

Word Count: 361

**End of Document**      © 2016 Thomson Reuters. No claim to original U.S. Government Works.

