# EXHIBIT 10

 **Texas SOS Office** ✓
@VoteTexas

 Follow

Voters who cannot obtain one of the seven forms of approved photo ID have additional options at the polls
sos.state.tx.us/about/newsrele…

| RETWEETS | LIKES |
|---|---|
| 16 | 14 |

9:40 PM - 19 Aug 2016

  16  14