# EXHIBIT 11

 **Black Houston**
@blckhouston

 Follow

Voters who cannot obtain one of the seven forms of approved photo ID have additional options at the… m.tbnn.it/MCMRjR | @aframnews



**Voters who cannot obtain one of the seven forms of app...**
Houston, TX – Harris County Clerk Stan Stanart reminds Texas voters who cannot obtain
aframnews.com

12:37 AM - 7 Sep 2016

