United States District Court
Southern District of Texas
**ENTERED**
September 16, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| GREG ABBOTT, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING LEAVE

Before the Court is United States' Unopposed Motion for Leave to File a Reply Memorandum (D.E. 938). After due consideration, the Court GRANTS the motion and instructs the Clerk to file the Reply Memorandum (D.E. 938-1), together with its accompanying exhibits as an independent document on the docket of this case. The Court reminds the parties that they are to use the caption set out above for all filings in this consolidated case.

ORDERED this 16th day of September, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE