# EXHIBIT 1



| REGISTER TO VOTE | WHO, WHAT, WHERE, WHEN, HOW | MILITARY & OVERSEAS VOTERS | VOTERS WITH SPECIAL NEEDS | YOUR RIGHTS | FAQ | RESOURCES |

POWERED BY THE TEXAS SECRETARY OF STATE

      Search... 

## What do you want to know about voting

Thank you for visiting VoteTexas.gov, the one-stop resource for voter information.



Secretary of State
Carlos H. Cascos

SELECT A QUESTION...     GO!

### KEY REGISTRATION AND VOTING DATES



## 61 : 14 : 00 : 41

Days     Hours     Minutes     Seconds

**8 NOV**

#### NOVEMBER 8, 2016 GENERAL ELECTION

The General Election will take place on Tuesday, November 8, 2016. Last day to register for this election is October 11. Early voting takes place from October 24 - November 4. To learn more about ID required for voting in person, check out the **FAQs**.

FREQUENTLY ASKED QUESTIONS

**Press Release:** Voters who cannot obtain one of the seven forms of approved photo ID have additional options at the polls



### LATEST TWEETS

Tweets by @VoteTexas

**Texas SOS Office** ✔ @VoteTexas

@JoyRedeemed unfortunately, Mr. McMullin's application to be a write-in candidate was not accepted in Texas.

20h

**Texas SOS Office** ✔ @VoteTexas

Texas Secretary of State discusses new

Embed      View on Twitter

 **Not Registered?** To vote in Texas, you must be

 **Remind your friends to vote**

 **Voting is easy, so is getting the**