# EXHIBIT 2

# ID required for Texas Voters

**You must present one of the following forms of photo ID when voting in person:**\*



★ Texas driver license issued by the Texas Department of Public Safety (DPS)

★ Texas Election Identification Certificate issued by DPS

★ Texas personal identification card issued by DPS

★ Texas license to carry a handgun issued by DPS

★ United States military identification card containing your photograph

★ United States citizenship certificate containing your photograph

★ United States passport

**Unable to obtain one of these IDs? Fill out a declaration at the polls explaining why and bring one of the following supporting documents:**

★ Valid voter registration certificate

★ Certified birth certificate (must be an original)

★ Copy of or original current utility bill

★ Copy of or original bank statement

★ Copy of or original government check

★ Copy of or original paycheck

★ Copy of or original government document with your name and an address (original required if it contains a photograph)

\*With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 4 years before being presented for voter qualification at the polling place.

**Exemptions:** Voters with a disability may apply with the county voter registrar for a permanent exemption to showing ID at the polls. Voters with a religious objection to being photographed or voters who do not have a ID due to certain natural disasters may apply for a temporary exemption to showing ID at the polls. Please contact your voter registrar for more details.

