# EXHIBIT 4

**Secretary of State Carlos Cascos Kicks Off Vote Texas Campaign**

NewsRoom

8/31/16 AP Alerts 15:59:45

AP Alerts
Copyright (c) 2016 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed

August 31, 2016

Secretary of State Carlos Cascos Kicks Off Vote Texas Campaign

[STK]

[IN] EDU

[SU] HSP CPN

TO BUSINESS, AND POLITICAL EDITORS:

Secretary of State Carlos Cascos Kicks Off Vote Texas Campaign

AUSTIN, Texas, Aug. 31, 2016 /PRNewswire/ -- Texas Secretary of State Carlos H. Cascos unveiled the state's voter education campaign today to a University of Texas at Austin undergraduate American history class of future and first-time voters. Vote Texas is a statewide, bilingual effort to engage voters through the Nov. 8 general election about the state's photo ID requirements and additional options for voters who cannot obtain an approved photo ID, mandated by court order.

"I'm excited to kick off Vote Texas with these first-time and future voters who are the cornerstone of our democracy," Cascos said. "As the state's chief election officer, I take very seriously the responsibility of making sure every eligible Texan who wants to vote in the upcoming election has the necessary information to do so."

Cascos talked with the students about the seven forms of acceptable

WESTLAW   © 2016 Thomson Reuters. No claim to original U.S. Government Works.   1

**Secretary of State Carlos Cascos Kicks Off Vote Texas Campaign**

photo identification voters will be asked to present at the polls in November. He also reminded them that voters who cannot obtain one of the seven approved forms of approved photo ID, and who have a reasonable impediment or difficulty to obtaining one of the approved forms of photo ID, now have additional options when voting in person.
The session was moderated by Dr. H.W. Brands, a noted American history expert and professor at the University of Texas.
"We couldn't think of a better way to ensure many of these first-time voters are prepared for the polls in November," Brands said. "I applaud the secretary's efforts to educate all Texans on what they need to know before voting."
Kassie Barroquillo of UT Votes, a nonpartisan student organization that organizes voter registration and education activities to increase civic engagement and electoral awareness, provided information on how to register to vote.
As part of Vote Texas, Cascos and members of his team will be traveling the state through Election Day talking to all Texans in both English and Spanish about voting. Efforts include special outreach to first-time voters - both students and new Texans - seniors, members of the military and minority groups. The campaign will include advertisements in English and Spanish, which will run via television, radio, community newspapers and online throughout the state.
Voters with questions about how to cast a ballot in these elections can call 1-800-252-VOTE and visit www.VoteTexas.gov.
Early voting for the Nov. 8 election begins Oct. 24 and ends Nov. 4.
Websites: www.sos.state.tx.us www.votetexas.gov
Twitter: https://twitter.com/TXsecofstate

WESTLAW © 2016 Thomson Reuters. No claim to original U.S. Government Works.

**Secretary of State Carlos Cascos Kicks Off Vote Texas Campaign**

https://twitter.com/votetexas

Facebook: http://www.facebook.com/txsecretary

To view the original version on PR Newswire,

visit:http://www.prnewswire.com/news-releases/secretary-of-state-carlos-cascos-kicks-off-vote-texas-campaign-300320757.html

SOURCE The Office of Texas Secretary of State Carlos H. Cascos

-0- 08/31/2016

/CONTACT: Alicia Pierce or Mari Bergman, (512) 463-6116

/Web Site: http://www.votetexas.gov

CO: The Office of Texas Secretary of State Carlos H. Cascos

ST: Texas

IN: EDU

SU: HSP CPN

PRN

-- DA80376 --

0000 08/31/2016 16:00:00 EDT http://www.prnewswire.com

---- **Index References** ----

News Subject: (Campaigns & Elections (1CA25); Global Politics (1GL73); Government (1GO80); Political Parties (1PO73); Public Affairs (1PU31); World Elections (1WO93))

Region: (Americas (1AM92); North America (1NO39); Texas (1TE14); U.S. Southwest Region (1SO89); USA (1US73))

Language: EN

Other Indexing: (H.W. Brands; Carlos Cascos; Kassie Barroquillo)

Word Count: 523

**End of Document**   © 2016 Thomson Reuters. No claim to original U.S. Government Works.