United States Courts
Southern District of Texas
FILED
SEP 16 2016
David J. Bradley, Clerk of Court

09-13-16

United States District Court
Southern District of Texas
Honorable Judge Nelva Gonzales Ramos
1133 N. Shoreline, Rm 208
Corpus Christi, Texas 78401

Re: Civil Action No. 2:13-CV-00193

Dear Honorable Judge Ramos:

I have received all which this Honorable Court has forward and I am in full agreement with your ruling and do not oppose said motion in this Civil Action No. Thank you for allowing the countless to be heard and allow them to finally exercise their right to vote as it was intended when President Lyndon B. Johnson signed the Voting Rights Act 51 years ago. Again for all Thank you and God Bless You.

Respectfully,
Samuel Sosa

AUSTIN TX 787
RIO GRANDE DISTRICT
14 SEP 2016 PM 4 L

United States District
Southern District of Texas
Honorable Judge Nelva Gonzales Ramos
1133 N. Shoreline, Rm 208
Corpus Christi, Texas 78401

CLERK, U.S. DISTRICT COURT
RECEIVED
SEP 16 2016
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS