United States District Court
Southern District of Texas
**ENTERED**
September 20, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| GREG ABBOTT, *et al*, | § | |
| | § | |
| Defendants. | § | |

# **ORDER**

On this date came on to be heard United States' Motion to Enforce Interim Remedial Order (D.E. 924) and Private Plaintiffs' and Plaintiff-Intervenors' Motion for Further Relief to Enforce Interim Remedial Order (D.E. 926), together with State Defendants' response (D.E. 932) and the United States' reply (D.E. 940). After reviewing the evidence submitted on the motions and after hearing arguments of counsel, the Court GRANTS the United States' motion (D.E. 924) and DENIES the Private Plaintiffs' motion (D.E. 926). It is accordingly

ORDERED that the State of Texas shall re-issue its press releases concerning voting to properly reflect the language in the Court's Order Regarding Agreed Interim Plan for Elections (D.E. 895) in their respective titles or headings;

ORDERED that the State of Texas shall edit the poster to be printed and placed at polling locations to accurately reflect the language in the Court's Order Regarding Agreed Interim Plan for Elections (D.E. 895);

ORDERED that the State of Texas shall provide to counsel for all Plaintiffs scripts and copy for documents and advertisements that have not yet been published for review and objection prior to publication;

ORDERED that the State of Texas shall edit digital materials on its website page(s) that address voting rights and procedures, including titles or headlines and FAQs to reflect that voters who "do not possess an acceptable form of photo identification and cannot obtain one due to a reasonable impediment" may vote after signing the Reasonable Impediment Declaration;

ORDERED that all materials related to the education of voters, poll workers, and election officials that have not yet been published shall reflect the language of the Court's prior Order (D.E. 895);

ORDERED that the State of Texas is not required to alter training materials that have already been published except as set out above.

ORDERED this 20th day of September, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE