| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

## Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-193 |
|---|---|---|---|

Marc Veasey, et al.

*versus*

Greg Abbott, et al.

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Zachary P. Jones<br>United States Department of Justice<br>950 Pennsylvania Ave. NW, NWB 7260<br>Washington, DC 20009<br>(202) 305-2382; zachary.jones@usdoj.gov<br>Washington State Bar Association #44557 |
|---|---|

| Name of party applicant seeks to appear for: | United States |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 9/21/2016 | Signed: *[signature: Zach Jones]* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____     _____
United States District Judge