UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| GREG ABBOTT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS' ADVISORY REGARDING MODIFICATIONS
TO PORTIONS OF THE VOTETEXAS.GOV WEBSITE**

Defendants file this Advisory to inform the Court of modifications being made to the "Register to Vote: Need ID? Procedures for Voting" section of the VoteTexas.gov website, available at http://www.votetexas.gov/register-to-vote/need-id/ and http://www.votetexas.gov/es/registrese-para-votar/necesita-identificacion/.[1] The webpage has been revised to reflect the language in the Court's order on the motions to enforce (ECF No. 943), which requires the State to explain that "voters who 'do not possess an acceptable form of photo identification and cannot obtain one due to a reasonable impediment'" may vote after signing the Reasonable Impediment Declaration. *See* Exhibit 1. Defendants have updated the content of the webpage to include a question related to individuals who may have lost, stolen, suspended, or revoked IDs. At the request of the Private Plaintiffs, among other things, Defendants modified the webpage to indicate that if a voter who possesses an acceptable form of

---

[1] The English language and Spanish language versions of the webpage will be uploaded to the VoteTexas.gov website on September 22, 2016.

1

photo ID does not have it at the polling place, the voter may choose to leave the polling place and return before the close of the polls on election day with an acceptable form of photo ID to, if the voter would otherwise qualify, vote a regular ballot at that time. Defendants have also modified two links to the press releases identified on the webpage such that they are now substituted by a reference to a new press release issued by the Secretary of State on September 21, 2016.

On September 20, 2016, Defendants provided Plaintiffs with an advance copy of the substantive modifications to the content of the webpage.

Date: September 22, 2016             Respectfully submitted.

        KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

/s/ Angela V. Colmenero
ANGELA V. COLMENERO
Chief, General Litigation Division

MATTHEW H. FREDERICK
Deputy Solicitor General

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas  78711-2548
Tel.: (512) 936-6407
Fax: (512) 474-2697

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 22, 2016, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

        /s/ Angela V. Colmenero
ANGELA V. COLMENERO