| | United States District Court |
|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS Southern District of Texas |

**ENTERED**
September 22, 2016
David J. Bradley, Clerk

## Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-193 |
|---|---|---|---|

| Marc Veasey, et al. |
|---|
| *versus* |
| Greg Abbott, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Zachary P. Jones<br>United States Department of Justice<br>950 Pennsylvania Ave. NW, NWB 7260<br>Washington, DC 20009<br>(202) 305-2382; zachary.jones@usdoj.gov<br>Washington State Bar Association #44557 |
|---|---|

| Name of party applicant seeks to appear for: | United States |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 9/21/2016 | Signed: *Zach Jones* |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 9/22/16 | Clerk's signature: *Brandy Cortez* |

**Order**

Dated: 9/22/16

This lawyer is admitted *pro hac vice.*

_____
United States District Judge