September 21, 2016

Ward Larkin
15327 Pebble Bend Dr
Houston, TX 77068-1839

Clerk, U.S. District Court
Southern District of Texas
FILED

SEP 23 2016

David J. Bradley, Clerk of Court

David J. Bradley
Clerk of Court
1133 N. Shoreline Blvd
Corpus Christi, TX 78401

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

STYLE   MARC VEASEY, et al, Plaintiffs,
VS. GREG ABBOTT, et al, Defendants.

CIVIL ACTION NO.   13-CV-00193

Dear Mr. Bradley,

Please bring the enclosed to the attention of Judge Nelva Gonzales Ramos.

Thank you.

Sincerely yours,

Ward Larkin

Ward Larkin

enclosures

Ward Larkin  September 21, 2016
15327 Pebble Bend Dr
Houston, TX  77068-1839


U.S. District Judge Nelva Gonzales Ramos
c/o David J. Bradley, Clerk of Court
1133 N. Shoreline Blvd
Corpus Christi, TX  78401

Dear Judge Ramos,

Enclosed is a duplicate copy of the August 20, 2016 letter I mailed to Harris County Clerk Stan Stanart and Harris County District Attorney Devon Anderson. I have yet to receive a response from either person. Now my fear of prosecution is even greater. Texas Attorney General Ken Paxton is threatening to arrest me for perjury if I try to vote.

> "If you sign that affidavit and you lie about not being able to get a photo ID, you can be prosecuted for perjury," [Texas Attorney General Ken] Paxton said on Fox News last month.
> [Harris County Clerk Stan] Stanart has said his office would investigate every voter who signs an affidavit and that "if I suspect someone has fraudulently signed a form saying they don't have that ID, then I think that's an issue."
> —From Houston Chronicle, September 9, 2016, editorial entitled "Prepare to vote: Texans can still vote even if they don't have one of seven approved forms of voter ID."

Sincerely yours,

*Ward Larkin* (signature)
Ward Larkin

enclosure

Chad W Dunn  
Brazil Dunn  
4201 Cypress Creek Pkwy, Ste 530  
Houston, TX  77068  
chad@brazilanddunn.com

Scott A Keller  
Solicitor General's Office  
209 West 14th St, 7th Floor (MC 059)  
Austin, TX  78701  
scott.keller@texasattorneygeneral.gov

August 20, 2016

Ward Larkin
15327 Pebble Bend Dr
Houston, TX  77068-1839


Stan Stanart                                    Devon Anderson
Harris County Clerk                             Harris County District Attorney
Attn: Elections Division                        1201 Franklin, 6th Floor
P.O. Box 1148                                   Houston TX 77002-1997
Houston, TX  77251-1148

Dear Sirs:

I read today's **Houston Chronicle** with great interest. I've enclosed a photocopy of a portion of an article about voting rights. [See, especially, the highlighted area.]

By his threat of criminal action Mr. Stanart has succeeded in discouraging me from asserting my right to vote in the next election. I am afraid that 20 seconds after I vote I will be arrested.

It appears that this is a strategic plan by Mr. Stanart to limit public participation in the voting process in Harris County, Texas.

Sincerely yours,



Ward Larkin

cc: Devon Anderson, Harris County District Attorney

enclosure

Mr. Ward Larkin
15327 Pebble Bend Dr
Houston, TX 77068

NORTH HOUSTON TX 773
21 SEP 2016 PM 3 L

David J. Bradley
Clerk of Court
1133 N. Shoreline Blvd
Corpus Christi, TX 78401

78401-200399



CLERK, U.S. DISTRICT COURT
RECEIVED
SEP 23 2016
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS