Clerk, U.S. District Court
Southern District of Texas
FILED

SEP 26 2016

David J. Bradley, Clerk of Court

09-23-16

United States District Court
Honorable Judge Nelva Gonzales Ramos
1133 N. Shoreline, Room 208
Corpus Christi, Texas 78401

Re: Civil Action No. 2:13-CV-00193

Dear Honorable Judge Ramos;

I did receive the notice to appear for the hearing date. I do not know if it is necessary for me to appear. I would very much like to but I am not able to travel on my own or use a landline phone.

The only option I have is if the U.S. Marshalls transport me. I do not oppose and agree with your ruling in case I am not able to appear. Thank you.

Respectfully,
Samuel Sosa

AUSTIN TX
RIO GRANDE DISTRICT
24 SEP 2016 PM 3 L

FOREVER USA
Bank Swallow

Clerk, U.S. District Court
Southern District of Texas
FILED
SEP 2 6 2016
David J. Bradley, Clerk of Court

United States District Court
Honorable Judge Nelva Gonzales Ramos
Room 206
1133 N. Shoreline, Texas
Christi

78401-204258

CLERK, U.S. DISTRICT COURT
RECEIVED
SEP 2 6 2016
SOUTHERN DIST OF TEXAS
CORPUS CHRISTI