Case 2:13-cv-00193 Document 950 Filed on 09/26/16 in TXSD Page 1 of 2

Clerk, U.S. District Court
Southern District of Texas
FILED

SEP 26 2016

David J. Bradley, Clerk of Court

09-21-16

United States District Court
U.S. District Judge Nelva Gonzalez Ramos
1133 N. Shoreline
Corpus Christi, Texas 78401

Re: Civil Action 2:13-cv-00193

Dear Honorable Judge Ramos:

I just received the notice of Rosetta to appear on 09-19-2016 form approximately ten minutes ago. Unfortunately I am not able to appear because of my current situation and do not think I will get the mail in time to appear if I could.

For any further hearing appearances I am not able to attend I fully agree with the ruling of this Honorable Court. I am at the Travis County Correction Complex which restricts me of the use of a local line or transportation to appear. Thank you.

Respectfully,
Samuel Doss

United States District Court
Southern District of Texas
FILED
SEP 26 2016
David J. Bradley, Clerk of Court

CLERK, U.S. DISTRICT COURT
SOUTHERN DIST OF TEXAS
CORPUS CHRISTI, TEXAS
RECEIVED
SEP 26 2016

Unto the United States District Court
U.S. District Judge Nelva Gonzales Ramos
1133 N. Shoreline
Corpus Christi, Texas 78401

AUSTIN TX 787
RIO GRANDE DISTRICT
23 SEP 2016 PM 2 L

78401-20039