OCTOBER 19, 2016

THE HONORABLE NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE
C/O DAVID J. BRADLEY, CLERK FOR THE COURT
SOUTHERN DISTRICT OF TEXAS
1133 NORTH SHORELINE BLVD. Room 2

2:13 CV 193

Clerk, U.S. District Court
Southern District of Texas
FILED

OCT 24 2016

David J. Bradley, Clerk of Court

CORPUS CHRISTI, TEXAS 73401

DEAR JUDGE GONZALES-RAMOS:

RE: CONTINUATION OF AMICUS CURIAE BRIEFS
CONCERNING "VOTER ID" AND OTHER
MATTERS FOR ELECTIONS IN TEXAS.

AS YOU ARE AWARE, I HAVE FILED BRIEFS IN
THIS MATTER AS WELL AS SOME OTHER ITEMS
IN TEXAS' ELECTIONS. AGAIN, LET ME THANK
YOU FOR ALL OF THE RELEVANT MATERIAL THAT
YOU HAVE SENT TO ME. AS YOU KNOW, I AM IN
FAVOR OF "VOTER ID" AND USE MY U.S. PASSPORT
AS MY ID IN ALL MATTERS. AGAIN, AS YOU ARE
AWARE, WHEN THE U.S. SOLICITOR GENERAL PRESENTED
HIS CASE AGAINST THE ARIZONA IMMIGRATION LAW,
HE POINTED OUT THAT THE ONLY RELIABLE EVIDENCE
THAT THE FEDERAL GOVERNMENT HAS AS TO WHO
IS A CITIZEN IS FOR THOSE WHO HAVE PASSPORTS!
THAT IS ONE REASON WHY STATES, THEMSELVES,
MUST RUN ELECTIONS. AS A NOTE I SHOULD
MENTION THAT I AM IN FAVOR OF A NATIONAL
IDENTITY CARD ISSUED AT BIRTH OR AT TIME OF

IMMIGRATION INTO THE U.S.. I HAVE BROUGHT THIS TO THE ATTENTION OF VILE PRESIDENT BIDEN, THE SUPREME COURT, AND OTHERS.

FIRST, LET ME SAY THAT I ORDERED MY ABSENTEE BALLOT FROM NEW MEXICO. FOR THE 2012 GENERAL ELECTION, I WAS TO BE OUT OF LUBBOCK ON ELECTION DAY SO REQUESTED IT BE SENT TO MY HOME WHICH IT WAS. I WAITED UNTIL THE LAST MINUTE TO FILL IT IN AND MAILED IT FROM DALLAS VERY LATE SATURDAY NIGHT BEFORE THE TUESDAY "ELECTION DAY." EVERY INDICATION IS THAT THE BALLOT WAS RECEIVED "ON TIME." HOWEVER, IN 20/4 AN ABSENTEE BALLOT HAD TO BE MAILED TO AN ADDRESS "OUT OF LUBBOCK COUNTY." I WAS TRAVELLING INTERNATIONALLY "WITHOUT ADDRESS" SO I DID NOT VOTE IN THAT GENERAL ELECTION.

NEXT, I WANT TO GO TO "A WRITE-IN VOTE". AND "A WRITE-IN CANDIDATE." ELECTION CODE 146.001A SPEAKS TO THE FORMER AND 146.001B TO THE LATTER. THE CONCEPT OF THE FORMER IS THAT THE PERSON BEING VOTED FOR HAS NOT IN ANY WAY DECLARED TO BE A CANDIDATE FOR THE OFFICE. WHERE-AS WITH REGARDS TO THE LATTER, A PERSON FILES FOR THE OFFICE OFFICIALLY. NOTE THE ATTACHED LIST OF "WRITE-IN CANDIDATES" FOR PRESIDENT. I ALWAYS TRY TO GET A PAPER BALLOT, EITHER

ABSENTEE OR OVER 65, SO THAT I CAN EXER-
CISE 146.001A AS I HAVE DONE ON THIS BAL-
LOT. NOTE THAT NONE OF THE OTHER OFFICES
HAVE A SPOT TO "WRITE-IN" VIA 146.001A. TWO
THINGS NEED TO BE NOTED: 1) HAS THE MEAN-
ING OF 146.001A BEEN COMPLETELY DELETED
FROM ELECTIONS BY SOME OFFICIAL ACT OF
THE LEGISLATURE THAT I DO NOT KNOW ABOUT?
AND 2) THE LUBBOCK VOTING MACHINES CANNOT
HANDLE 146.001A AS I INTERPRET IT AND THEY
ARE WAY TOO COMPLICATED FOR VOTING FOR A
"WRITE-IN CANDIDATE."

TO ME THE MISSUSE OF 146.001A AND
146.001B IS FAR, FAR MORE SERIOUS THAN
ANY POSSIBLE ABUSE OF THE SYSTEM WITHOUT
"VOTER ID!" IN FACT, COULD ALL OF THIS
HULLA-BA-LOO ABOUT "VOTER ID" JUST BE A
DIVERSIONARY TACTIC?

IN CONCLUSION, LET ME SAY THAT NO "VOTER
ID" OF ANY SORT IS NEEDED TO VOTE BY MAIL. ANYONE
AT THE MAILING ADDRESS COULD USE THE BALLOT AND
HOW WOULD THEY BE CAUGHT? ALSO, I HAVE YET TO BE
CONVINCED IN ANY SHAPE OR FORM THAT THE CITY OF
LUBBOCK AND LISD ELECTIONS OF 2014 WERE PRO-
PERLY HANDLED BY THE CITY CHARTER. LUBBOCK COUNTY
"RUNS THE ELECTIONS" BUT DOES NOT CERTIFY THEM.
THIS HAS BEEN BROUGHT TO THE ATTENTION OF SECRETARY
OF STATE CASCOS WITH NO RESPONSE!          RESPECTFULLY YOURS,

                                          L. R.—

**Vote Both Sides**     *Vote en Ambos Lados de la Página*

**OFFICIAL BALLOT**     *BOLETA OFICIAL*

**General and Special Elections**

*Elecciones General y Especial*

**Lubbock County**

*Condado de Lubbock*

**November 08, 2016** - *08 de noviembre, 2016*     **Precinct**   *Distrito Electoral*   **015**

**Instructions:**

Please use a black or blue ink pen to mark your choices on the ballot. To vote for your choice in each contest, completely fill in the box provided to the left of your choice. To vote for a write-in candidate, completely fill in the box provided to the left of the words "Write-in" and write in the name of the candidate on the line provided.

*Instrucciones:*

*Por favor use una pluma de tinta negra o azul para marcar su boleta. Para votar por su selección en cada carrera, llene completamente el espacio cuadrado a la izquierda de su selección. Para votar por un candidato por voto escrito, llene completamente el espacio cuadrado a la izquierda de las palabras "Voto Escrito" y escriba el nombre del candidato en la línea provista.*

**Straight Party**

*Partido Único*

**Straight Party Instructions:**

You may cast a Straight-Party vote (that is, cast a vote for all the nominees for one party) by selecting the party of your choice. If you cast a Straight-Party vote for all of the nominees for one party and also cast a vote for an opponent of one of that Party's nominees, your vote for the opponent will be counted as well as your vote for all the other nominees of the Party for which the Straight-Party vote was cast.

*Instrucciones de Partido Único:*

*Para marcar un voto para Partido Único (es decir, emitir su voto para todos los candidatos en un partido) escoge el partido de su preferencia. Al seleccionar un partido automáticamente escogerá todos los candidatos asociados con ese partido. Usted también puede votar por un candidato de partido oponente de los candidatos de ese partido único. Su voto para ese candidato de partido oponente será contado igualmente que su voto para todos los nominados de partido por el que se emitió el voto de partido único.*

**Straight Party**

*Partido Único*

- ☐ **Republican**
  *Republicano*
- ☐ **Democratic**
  *Demócrata*     *ABSTAIN*
- ☐ **Libertarian**
  *Libertario*
- ☐ **Green**
  *Verde*

**United States President**

Vote for none or one.

*Presidente de los Estados Unidos*

*Vote por ninguno o uno.*

- ☐ **Donald J. Trump /**
  **Mike Pence**
  Republican
- ☐ **Hillary Clinton /**
  **Tim Kaine**
  Democratic
- ☐ **Gary Johnson /**
  **William Weld**
  Libertarian
- ☐ **Jill Stein /**
  **Ajamu Baraka**
  Green
- ☑ **Write-in**
  *Voto Escrito*
  *JON HUNTSMAN, ∧*

*[handwritten right column: ELECTION CODE 146.0014 NOT 146.0013. (SEE ATTACHED LIST.) ↓ REPUBLICAN.]*

*[handwritten bottom: I HAVE LET THE LUBBOCK COUNTY ELECTION JUDGE KNOW THAT I AM MAILING THE "FULL PACKET" TO YOU.]*

**Vote Both Sides**     *Vote en Ambos Lados de la Página*

**Vote Both Sides**                    *Vote en Ambos Lados de la Página*

**OFFICIAL BALLOT**    *BOLETA OFICIAL*

**General and Special Elections**
*Elecciones General y Especial*
**Lubbock County**
*Condado de Lubbock*
**November 08, 2016 -** *08 de noviembre, 2016*          Precinct   *Distrito Electoral*   **015**

**United States Representative, District 19**
Vote for none or one.
*Representante de los Estados Unidos, Distrito Núm 19*
*Vote por ninguno o uno.*

☐ Jodey Arrington
  Republican

☐ Troy Bonar          *ABSTAIN*
  Libertarian

☐ Mark Lawson
  Green

**Railroad Commissioner**
Vote for none or one.
*Comisionado de Ferrocarriles*
*Vote por ninguno o uno.*

☐ Wayne Christian
  Republican

☐ Grady Yarbrough
  Democratic
                      *ABSTAIN*
☐ Mark Miller
  Libertarian

☐ Martina Salinas
  Green

**Justice,**
**Supreme Court, Place 3**
Vote for none or one.
*Juez, Corte Suprema,*
*Lugar Núm 3*
*Vote por ninguno o uno.*

☐ Debra Lehrmann
  Republican
                      *ABSTAIN*
☐ Mike Westergren
  Democratic

☐ Kathie Glass
  Libertarian

☐ Rodolfo Rivera Munoz
  Green

**Justice,**
**Supreme Court, Place 5**
Vote for none or one.
*Juez, Corte Suprema,*
*Lugar Núm 5*
*Vote por ninguno o uno.*

☐ Paul Green          *ABSTAIN*
  Republican

☐ Dori Contreras Garza
  Democratic

☐ Tom Oxford
  Libertarian

☐ Charles E. Waterbury
  Green

**Justice,**
**Supreme Court, Place 9**
Vote for none or one.
*Juez, Corte Suprema,*
*Lugar Núm 9*
*Vote por ninguno o uno.*

☐ Eva Guzman
  Republican          *ABSTAIN*

☐ Savannah Robinson
  Democratic

☐ Don Fulton
  Libertarian

☐ Jim Chisholm
  Green

*CKGL*

**Vote Both Sides**                    *Vote en Ambos Lados de la Página*

**Vote Both Sides**          *Vote en Ambos Lados de la Página*

OFFICIAL BALLOT      *BOLETA OFICIAL*

**General and Special Elections**
*Elecciones General y Especial*
**Lubbock County**
*Condado de Lubbock*
November 08, 2016 - *08 de noviembre, 2016*          Precinct  *Distrito Electoral*  015

**Judge, Court of Criminal Appeals, Place 2**
Vote for none or one.
*Juez, Corte de Apelaciones Criminales, Lugar Núm 2*
*Vote por ninguno o uno.*

☐ Mary Lou Keel
  Republican

☐ Lawrence "Larry" Meyers
  Democratic

☐ Mark Ash                    *ABSTAIN*
  Libertarian

☐ Adam King Blackwell Reposa
  Green

**Judge, Court of Criminal Appeals, Place 5**
Vote for none or one.
*Juez, Corte de Apelaciones Criminales, Lugar Núm 5*
*Vote por ninguno o uno.*

☐ Scott Walker
  Republican

☐ Betsy Johnson               *ABSTAIN*
  Democratic

☐ William Bryan Strange, III
  Libertarian

☐ Judith Sanders-Castro
  Green

**Judge, Court of Criminal Appeals, Place 6**
Vote for none or one.
*Juez, Corte de Apelaciones Criminales, Lugar Núm 6*
*Vote por ninguno o uno.*

☐ Michael E. Keasler
  Republican                  *ABSTAIN*

☐ Robert Burns
  Democratic

☐ Mark W. Bennett
  Libertarian

**Member, State Board of Education, District 15**
Vote for none or one.
*Miembro de la Junta Estatal de Educación Pública,*
*Distrito Núm 15*
*Vote por ninguno o uno.*          *ABSTAIN*

☐ Marty Rowley
  Republican

**State Senator, District 28**
Vote for none or one.
*Senador Estatal,*
*Distrito Núm 28*
*Vote por ninguno o uno.*          *ABSTAIN*

☐ Charles Perry
  Republican

**State Representative,**
**District 83**
Vote for none or one.
*Representante Estatal, Distrito Núm 83*
*Vote por ninguno o uno.*          *ABSTAIN*

☐ Dustin Burrows
  Republican

**Justice, 7th Court of**
**Appeals District, Place 4**
Vote for none or one.
*Juez, Distrito de Corte de Apelaciones Séptimo,*
*Lugar Núm 4*
*Vote por ninguno o uno.*          *ABSTAIN*

☐ Jim Campbell
  Republican

*UVL*

**Vote Both Sides**          *Vote en Ambos Lados de la Página*

**Vote Both Sides**   *Vote en Ambos Lados de la Página*

OFFICIAL BALLOT   *BOLETA OFICIAL*

**General and Special Elections**
*Elecciones General y Especial*
**Lubbock County**
*Condado de Lubbock*
**November 08, 2016 -** *08 de noviembre, 2016*        Precinct   *Distrito Electoral*   015

**District Judge,**
**72nd Judicial District**
Vote for none or one.
*Juez del Distrito,*
*Distrito Judicial Núm 72*
*Vote por ninguno o uno.*
☐  Ruben G. Reyes
   Republican

*ABSTAIN*

**District Judge,**
**99th Judicial District**
Vote for none or one.
*Juez del Distrito,*
*Distrito Judicial Núm 99*
*Vote por ninguno o uno.*
☐  William C. (Bill) Sowder
   Republican

*ABSTAIN*

**District Judge,**
**140th Judicial District**
Vote for none or one.
*Juez del Distrito,*
*Distrito Judicial Núm 140*
*Vote por ninguno o uno.*
☐  Jim Bob Darnell
   Republican

*ABSTAIN*

**Sheriff**
Vote for none or one.
*Sherife*
*Vote por ninguno o uno.*
☐  Kelly S. Rowe
   Republican

*ABSTAIN*

**County Tax Assessor-Collector**
Vote for none or one.
*Asesor-Colector de Impuestos del Condado*
*Vote por ninguno o uno.*
☐  Ronnie Keister
   Republican

*ABSTAIN*

**County Treasurer**
Vote for none or one.
*Tesorero del Condado*
*Vote por ninguno o uno.*
☐  Chris Winn
   Republican

*ABSTAIN*

**Constable, Precinct 4**
Vote for none or one.
*Condestable,*
*Distrito Electoral Núm 4*
*Vote por ninguno o uno.*
☐  C. J. Peterson
   Republican

*ABSTAIN*

**Vote Both Sides**   *Vote en Ambos Lados de la Página*

**OFFICIAL BALLOT**   *BOLETA OFICIAL*

**General and Special Elections**
*Elecciones General y Especial*
**Lubbock County**
*Condado de Lubbock*
November 08, 2016 - *08 de noviembre, 2016*                Precinct   *Distrito Electoral*   015

Buffalo Springs Lake, Administered by Lubbock County
Water Control and Improvement District #1
*Buffalo Springs Lake, Administrado de parte del
Mejoramiento y Control de Agua del Condado de
Lubbock, Distrito #1*

LCWCID Director, At-Large
Vote for none or one.
*Director del Distrito de Mejoramiento y Control de Agua
del Condado de Lubbock, En General*
*Vote por ninguno o uno.*

☐ Robyn Byrd

☐ Shirley Bland

☐ Tom Keisling

☐ Steven E. Clabaugh

☐ Greg Lewis

This page intentionally left blank

*Esta página fuè dejada en blanco intencionadamente*



AW2-12
Prescribed by Secretary of State
Section 146.031, Texas Election Code
3/07

## LIST OF DECLARED WRITE-IN CANDIDATES

*(Lista de candidatos declarados elegibles para recibir votos   por inserción escrita)*

| NAME OF CANDIDATE *(Nombre del Candidato)* | OFFICE SOUGHT *(Puesto Oficial Solicitado)* |
|---|---|
| Darrell L. Castle / Scott N. Bradley | President/Vice President - Presidente/Vicepresidente |
| Scott Cubbler / Michael Rodriguez | President/Vice President - Presidente/Vicepresidente |
| Cherunda Fox / Roger Kushner | President/Vice President - Presidente/Vicepresidente |
| Tom Hoefling / Steve Schulin | President/Vice President - Presidente/Vicepresidente |
| Laurence Kotlikoff / Edward Leamer | President/Vice President - Presidente/Vicepresidente |
| Jonathan Lee / Jeffrey Erskine | President/Vice President - Presidente/Vicepresidente |
| Michael A. Maturen / Juan A. Munoz | President/Vice President - Presidente/Vicepresidente |
| Evan McMullin / Nathan Johnson | President/Vice President - Presidente/Vicepresidente |
| Monica Moorehead / Lamont Lilly | President/Vice President - Presidente/Vicepresidente |
| Robert Morrow / Todd Sanders | President/Vice President - Presidente/Vicepresidente |
| Emidio Soltysik / Angela Walker | President/Vice President - Presidente/Vicepresidente |
| Dale Steffes / Paul E. Case | President/Vice President - Presidente/Vicepresidente |
| Tony Valdivia / Aaron Barriere | President/Vice President - Presidente/Vicepresidente |

Lubbock County Water Control and Improvement District #1
*Control y Mejoramiento de Agua de Distrito Núm 1 del Condado de Lubbock, Texas*

Lubbock County Water Control and Improvement District Director, Precinct 2
*Directo del Distrito de Mejoramiento y Control de Agua del Condado de Lubbock, Distrito Electoral Núm 2*

Dennis Wardroup

1. Please use a black or blue pen to mark your ballot.
2. To vote, fill the blank box to the left of your choice. Make the mark clear and distinct. If more than the allowable number of marks is placed on the ballot for an office or ballot issue, the votes will not be counted for that office or ballot issue.

 ◀━━━━━━ **EXAMPLE**

3. Place the ballot inside the envelope and seal it.
4. Your signature is required on the carrier envelope AFTER sealing.
5. Return the envelope to the designated election official by mail.
**BALLOTS MUST BE RECEIVED BY 7:00 PM ON THE DAY OF THE ELECTION.**

*6300-702 30A*
*EXAMPLE*
*BY-MAIL BALLOT*

*INSTRUCCIONES PARA*
*VOTAR SOBRE UNA*
*BOLETA POR CORREO*
*1. Favor de usar una pluma de tinta negra o azul para marcar su boleta.*
*2. Para votar, llene completamente el cuadro vacío a la izquierda de su preferencia. Favor de hacer su marca clara y distintamente. Si resulta que la boleta se marque con más del número de marcas que se permite para un puesto oficial o para una emisión de boletas, dichos votos no se computarán.*

 ◀━━━━━━ **EXAMPLE**

*3. Coloque la boleta dentro del sobre y séllelo.*
*4. Se requiere su firma sobre el sobre portador DESPUES DE sellarlo.*
*5. Envíe el sobre por correo al designado oficial electoral.*
***LAS BOLETAS DEBERAN RECIBIRSE PARA LAS 7 DE LA NOCHE EL DIA DE LAS ELECCIONES***

*6300-703 30A*

**PHYSICAL ADDRESS**

*Office of Elections*
*PO Box 10536*
*Lubbock, TX 79408*
*1308 Crickets Ave*
*Lubbock, TX 79401*
*806-775-1339*

**POSTAGE NOTICE**
EXTRA POSTAGE IS REQUIRED IF THE POSTAGE TO RETURN CARRIER ENVELOPE WITH THE BALLOT ENCLOSED WILL BE MORE THAN 1 OUNCE FIRST CLASS POSTAGE.
PLEASE MAKE SURE YOU HAVE THE CORRECT POSTAGE SO THAT YOUR BALLOT WILL REACH OUR OFFICE!!

THANK YOU,
THE ELECTIONS OFFICE

**AVISO DE FRANQUEO**
SI CON TODO EL CONTENIDO Y BOLETA EL SOBRE EN QUE UD. DEVUELVE SU BOLETA PESA MÁS QUE UNA ONZA [28 GRAMOS], UD. TENDRÁ QUE AGREGAR MÁS TIMBRES AL SOBRE.

POR FAVOR ASEGURE QUE EL SOBRE EN QUE UD. DEVUELVE SU BOLETA ESTÉ TIMBRADO SUFICIENTEMENTE PARA ASEGURAR QUE SU BOLETA LLEGUE A NUESTRA OFICINA.

MUCHAS GRACIAS,
LA OFICINA DE ELECCIONES

# The State of Texas



Elections Division
P.O. Box 12060
Austin, Texas 78711-2060
www.sos.state.tx.us

Phone: 512-463-5650
Fax: 512-475-2811
Dial 7-1-1 For Relay Services
(800) 252-VOTE (8683)

**Carlos H. Cascos**
**Secretary of State**

Dear Voter:

Thank you for choosing to exercise your right to vote. You have chosen to cast your ballot by mail, and I would like to share with you information about the process of voting by mail.

In recent years, certain campaigns have tried to identify and influence voters casting a ballot from home. When you vote by mail, you may take the following steps to protect your ballot and your vote.

1. **Know your rights as a voter:** You have the right to vote for the candidates of your choice. You have the right to mark your own ballot or to receive assistance with reading or marking your ballot from a person you know and trust. Your vote is secret. If a person assists you with reading or marking your ballot, it is a crime for that person to reveal how or for whom you voted.

2. **Be careful about assistance:** No one should help you with your ballot, unless you cannot read the language written on the ballot or unless you have a disability that makes you unable to write or to see. If one of these conditions applies to you, we recommend that you ask a family member or trusted friend for assistance with your ballot. The person assisting you must mark your ballot according to your instruction and cannot suggest how you should vote. The assistant must place his or her name, address, and signature on the carrier envelope.

3. **Mail your own ballot:** If you can't mail your own ballot, give your ballot to a family member or trusted friend to mail for you. Do not accept offers from strangers to mail your ballot for you. Texas law prohibits voted ballots from being delivered by common or contract carrier from campaign headquarters. The ballot must be received by the early voting clerk by 7:00 pm on Election Day (or the 5th day after election day if the ballot is coming from overseas).

**NOTE:** You may have received ballots and balloting materials from more than one political subdivision. If so, please be very sure to check the name of the election on the top of the ballot before you seal it in the ballot secrecy envelope, and match it to the name of the election that appears on the bottom, right side of the back of the carrier envelope, to make sure that you are returning each ballot in the correct carrier envelope for that ballot. This will ensure that each ballot is delivered to the proper early voting clerk. A ballot that is returned to the wrong early voting clerk cannot be counted.

If you follow these simple guidelines, be assured your vote will count. **If anyone attempts to pressure or intimidate you, we urge you to report this to your county elections office, your district attorney's office, or our office toll-free at 1-800-252-VOTE(8683).**

Early voting in person begins October 24, 2016 and will continue through November 4, 2016, and Election Day is November 8, 2016. You may contact your county elections office for the locations and hours of operation for your early voting sites. If you change your mind about voting by mail and would prefer to vote in person, you must take your mail ballot with you and cancel it at the polling place. You may then vote in person, either during the early voting period or on Election Day.

Sincerely,

Carlos H. Cascos
Secretary of State

# Estado de Texas



División de Elecciones
P.O. Box 12060
Austin, Texas 78711-2060
www.sos.state.tx.us

Teléfono: 512-463-5650
Fax: 512-475-2811
Marque 7-1-1 para servicios de retransmisión
(800) 252-VOTE (8683)

### Carlos H. Cascos
### Secretario de Estado

Estimado votante:

Le agradecemos que haya elegido ejercer su derecho al voto. Usted ha optado por emitir su voto por correo y me gustaría compartir con usted cierta información sobre el proceso de votación por correo.

En los últimos años, ciertas campañas han tratado de identificar a los votantes que emiten su voto desde su casa e influir en ellos. Al votar por correo, usted puede tomar las siguientes medidas para proteger su boleta y su voto.

1. **Conozca sus derechos como votante:** Usted tiene derecho a votar por los candidatos de su elección. Tiene derecho a marcar su propia boleta o a recibir asistencia para leer o marcar su boleta de una persona que conozca y en quien confíe. Su voto es secreto. Si una persona lo ayuda a leer o a marcar su boleta, el hecho de que esa persona revele cómo o por quién votó constituye un delito.

2. **Tenga cuidado con la asistencia:** Nadie debe ayudarlo con su boleta, a menos que usted no pueda leer el texto escrito en ella o a menos que usted tenga una discapacidad que le impida escribir o ver. Si alguna de estas condiciones se aplica en su caso, le recomendamos que solicite asistencia a un familiar o a un amigo de su confianza. La persona que lo asista debe marcar su boleta de acuerdo con lo que usted le indique, y no puede sugerirle cómo votar. El asistente debe colocar su propio nombre, su dirección y su firma en el sobre portador.

3. **Marque su propia boleta:** Si no puede enviar su boleta por correo, entréguesela a un familiar o a un amigo de confianza para que la envíe por usted. No acepte ofrecimientos de personas extrañas para enviar la boleta por usted. La ley de Texas prohíbe que las boletas marcadas sean entregadas por una empresa de transporte público o por una empresa de transporte contratada desde la sede de campaña. La boleta debe ser recibida por el secretario de votación anticipada a más a tardar a las 7:00 pm del día de las elecciones (o del 5.º día posterior al día de las elecciones si la boleta proviene desde el extranjero).

**NOTA:** Es posible que usted haya recibido boletas y materiales relacionados de más de una subdivisión política. Si es así, antes de colocar la boleta en el sobre de confidencialidad de boleta, por favor asegúrese de verificar que el nombre de la elección que aparece en la parte superior de la boleta coincida con el que aparece en el lado derecho inferior del dorso del sobre portador. Esto garantizará que usted esté enviando cada boleta en el sobre portador correcto para esa boleta. De esta manera, cada boleta será entregada al secretario de votación anticipada correspondiente. La boleta que sea enviada a un secretario de votación anticipada incorrecto no podrá ser contabilizada.

Si usted sigue estas simples pautas, tenga la seguridad de que su voto será contabilizado. **Si alguna persona intenta presionarlo o intimidarlo, le recomendamos que informe esta circunstancia a la oficina electoral de su condado, a la oficina del fiscal de distrito correspondiente o a nuestra oficina llamando sin cargo al 1-800-252-VOTE(8683).**

La votación temprana en persona comenzará el 24 de octubre de 2016 y se prolongará hasta el 4 de noviembre de 2016. El día de las elecciones será el 8 de noviembre de 2016. Para conocer los lugares y el horario de operación de votación anticipada que le corresponden, puede comunicarse con la oficina electoral de su condado. Si usted cambia de parecer con respecto a la votación por correo y prefiere votar en persona, debe llevar su boleta de envío por correo con usted y cancelarla en el lugar de votación. Usted puede votar en persona durante el período de votación anticipada o en el día de las elecciones.

Atentamente,

Carlos H. Cascos
Secretario de Estado

5-22
Prescribed by Secretary of State
Section 86.013, Texas Election Code
8/15

## IMPORTANT INFORMATION ABOUT RETURNING YOUR
## MARKED BALLOT IN THE CARRIER ENVELOPE

1.  A carrier envelope may not be returned in an envelope or package containing another carrier envelope unless the other carrier envelopes are from persons registered to vote at the same address as your voter registration address. (86.006(b)).

2.  You must seal your carrier envelope before signing your name. You must sign your name next to the large "X" on the carrier envelope. If you cannot sign your name, you must have a person witness your mark. **If a person (assistant) helps you in marking your ballot or deposits your carrier envelope in the mail or delivers it to a common or contract carrier, that person must sign your carrier envelope and include their printed name and address.** Failure of the assistant to provide this information is a crime, and may result in your ballot being rejected.

## SPECIAL RULES RESTRICTING ELIGIBLE
## COMMON AND CONTRACT CARRIERS

1.  If you use a common or contract carrier to return your ballot, the carrier must be a bonafide business, for profit carrier, the primary business of which is transporting or delivering property for compensation.

2.  If you return your carrier envelope by common or contract carrier, your carrier envelope must be accompanied by an individual delivery receipt when delivered to the early voting clerk. The receipt must indicate the name and address of the person who delivered the carrier envelope to the common or contract carrier and the date, hour, and address where the carrier envelope was received by the common or contract carrier.

3.  Your ballot will not be counted if it is picked up by a common or contract carrier at an office of a political party or candidate, office for a specific-purpose or general purpose political committee involved in the election, an entity that requested the election be held, unless the delivery is forwarding to the early voting clerk, or a candidate's house unless the address of the candidate is your address.

4.  A carrier envelope may not be collected and stored at another location for subsequent delivery to the early voting clerk.

5.  If your ballot is returned by an unauthorized method, it will not be counted.

If you have any questions about returning your carrier envelope, please contact the early voting clerk's office at (806) 775-1338.

If you feel that your voting rights have been violated or abused, you may report these incidents to the Secretary of State toll-free at 1-800-252-VOTE(8683) or elections@sos.texas.gov.

5-22
Creada por la Secretaría de Estado
Sección. 86.013, Código Electoral del Estado de Texas
8/15

### INFORMACIÓN IMPORTANTE RELACIONADA A LA DEVOLUCIÓN
### DE SU BOLETA ELECTORAL MARCADA EN EL SOBRE OFICIAL

1.  Un sobre oficial no debe ser enviado en un sobre o paquete el cual contenga otro sobre oficial a menos de que los sobres oficiales adicionales le pertenezcan a personas registradas para votar bajo la misma dirección que usted. (86.006(b)).

2.  Cierre y selle el sobre oficial antes de firmarlo.  Debe firmar el sobre al lado de la "X" grande que aparece en el sobre oficial. Si no puede firmar su nombre, será necesario que un testigo este presente cuando usted haga su marca.  **Si una persona (un asistente) le ayuda a marcar su boleta, o deposita su sobre oficial en el correo, o se lo entrega a un transportista público o comercial, esta persona debe firmar su sobre oficial y proporcionar su nombre completo en letra de molde y su dirección.** El que el asistente omita esta información es un delito, y puede resultar en que su boleta sea rechazada.

### REGLAS ESPECIALES EN CUANTO AL USO
### DE TRASPORTISTAS PÚBLICOS O COMERCIALES

1.  Si usted decide utilizar un transportista público o comercial para enviar su boleta electoral, éste deberá ser una empresa fiable, un transportista con fines de lucro cuyo negocio principal sea el transporte y la entrega de documentos y bienes por pago.

2.  Si usted envía su sobre oficial por medio de un transportista público o comercial, su sobre oficial debe llevar un acuso de recibo individual cuando sea entregado al secretario de votación temprana.  El recibo debe indicar el nombre y dirección de la persona que entrego el sobre oficial al transportista público o comercial, y también la fecha, hora, y dirección del lugar en el cual el transportista público o comercial recibió el sobre oficial.

3.  Su boleta no será incluida en el conteo final si el transportista recibe su boleta en la oficina de un partido político, la oficina de una campaña electoral, las oficinas de un comité político, ya sea de interés general o especifico, que estén involucradas en las elecciones, las oficinas de la entidad la cual solicito la elección a menos de que la recolección sea un reenvió al secretario de la votación temprana, o en el domicilio de cualquiera de los candidatos, a menos que el domicilio del candidato sea el mismo que el suyo.

4.  Un sobre oficial no deberá ser recolectado y almacenado en otro sitio para después ser entregado al secretario de votación temprana.

5.  Si usted entrega su boleta por medio de un método no autorizado, su boleta no se incluirá en el conteo final.

Si tiene alguna pregunta en cuanto a cómo enviar su sobre oficial por favor comuníquese con la oficina del secretario de votación temprana más cercana llamando al (806) 775-1338 .

Si usted cree que sus derechos electorales han sido violados o abusados, puede reportar estos incidentes a la Secretaría de Estado llamando al 1-800-252-8683 (VOTE) o por correo electrónico a elections@sos.texas.gov.

# BALLOT ENVELOPE

**INSTRUCTIONS TO VOTER:**

1. Mark ballot, place ballot in this envelope, marked "BALLOT ENVELOPE," and seal ballot envelope.
2. Place ballot envelope in carrier envelope, seal carrier envelope, sign carrier envelope, and return carrier envelope to the early voting clerk e mail, by common or contract carrier, or in person by the voter on election day at the early voting clerk's office. (See instructions on carrier e and the enclosed "Important Information about Returning your Marked Ballot in the Carrier Envelope" for additional information.)
3. If you are mailing your ballot, it must be received by the early voting clerk before 7:00 p.m. on election day. If you are voting from out United States, the late counting ballot rules may apply to you. If you are delivering your ballot in person to the early voting clerk on election c must deliver your ballot between 7:00 a.m. and 7:00 p.m.

**INSTRUCTIONS TO ASSISTANTS:**

1. A voter may be assisted to vote only if the voter is physically unable to write or see and/or unable to read the ballot.
2. Assisting a voter includes the following conduct by a person other than the voter that occurs while the person is in the presence voter's ballot or carrier envelope: (a) reading the ballot to the voter; (b) directing the voter to read the ballot; (c) marking the ballot; or (d) directing the voter to mark the ballot.
3. A voter may choose an assistant as long as that assistant is not the voter's employer or an agent of the voter's employer, or officer or agen voter's labor union.
4. It is a Class A misdemeanor: (a) to provide assistance to a voter who is not qualified to receive assistance; (b) to prepare the ballot for the vot than as the voter directs or without direction from the voter; (c) to suggest to the voter by word, sign, or gesture, how the voter should vote; c provide assistance to a person that has not requested assistance or selected the person to assist the voter. It is also a Class A misdemeanor to voter in violation of #3 above.
5. Knowingly possessing another person's ballot or carrier envelope may be a crime unless you provide your signature, printed name and on the carrier envelope.
6. If the voter allows a person to mail his or her ballot or deliver the ballot to a common or contract carrier, that person must sign the carrier en and include their printed name and address. Failure to provide this information is a crime. The person mailing or delivering the ballot mus immediately. It is a crime for a person to collect and store carrier envelopes at another location for subsequent delivery to the early voting cler
7. Any ballot cast with assistance in violation of any of the above instructions may not be counted.

5-21 -Prescribed by Secretary of State - 08/15
Section 86.012, Texas Election Code - 173703

**RUCCIONES AL VOTANTE.**

Marque su boleta, coloque la boleta en este sobre marcado "SOBRE DE LA BOLETA", y selle el sobre de la boleta.

Coloque el sobre de la boleta en el sobre oficial, selle el sobre oficial, firme el sobre oficial, y envíe el sobre oficial al secretario de votació

temprana por correo, o por medio de un transportista público o comercial, o entréguelo en persona el día de la elección en la oficina del secretario d

votación temprana. (Siga las instrucciones en el sobre oficial y el adjunto titulado "Información Importante Relacionada a la Devolución de su

Boleta Electoral Marcada en el Sobre Oficial" para obtener información adicional.)

Si usted enviará su boleta por correo, debe ser recibida en la oficina del secretario de votación temprana antes de las 7:00 p.m. del día de la elección. S

usted votará fuera de los Estados Unidos, las reglas del conteo de boletas recibidas tarde le pueden aplicar a usted. Si usted entregará su boleta e

persona al secretario de votación temprana en el día de la elección, usted debe entregar su boleta entre las 7:00 a.m. y 7:00 p.m.

**STRUCCIONES A LOS ASISTENTES:**

Un votante puede recibir ayuda solamente si el votante tiene una discapacidad física la cual le impide escribir o ver/o si no tiene la habilida

de leer la boleta.

Asistir a un votante incluye la siguiente conducta por parte de una persona, que no sea el votante, que ocurre cuando la persona está c

presencia de la boleta electoral del votante o el sobre oficial: (a) leer la boleta al votante; (b) dirigir al votante a leer la boleta; (c) marcar la boleta d

votante; o (d) dirigir al votante a marcar la boleta.

Un votante puede elegir a un asistente siempre y cuando el asistente no sea empleador del votante, o un agente del empleador del votante, o

oficial o agente de un sindicato la cual el votante pertenezca.

Es un delito menor de Clase A: (a) proporcionar asistencia a un votante que no está calificado para recibir asistencia; (b) preparar la boleta del votante

manera que no siga las instrucciones del votante o sin las instrucciones del votante; (c) sugerir al votante con palabras, señales, o gestos; la manera en a

el votante debe votar; o (d) el proporcionar asistencia a un votante que no solicito su asistencia o que no lo selecciono a usted como asisten.

Adicionalmente, es un delito menor de Clase A, el asistir a un votante en violación al #3 que aparece arriba.

El acto de poseer conscientemente la boleta o el sobre oficial de otra persona puede ser un delito a menos de que usted proporcione su firma, nomb

Si el votante le permite a una persona que envíe su boleta por correo o le entregue la boleta a un transportista público o comercial; esa perso

debe firmar el sobre oficial y debe incluir su nombre impreso y dirección. El omitir esta información es un delito. La persona que envíe o entreg

entregárselos al secretario de votación adelantada.

Cualquier boleta que haya sido llenada con la ayuda de un asistente en violación de cualquiera de estas instrucciones podrá no ser contada.

5-22 – Prescribed by Secretary of State – 1/16
Section 86.013, Texas Election Code – 173704

**WARNING**: (1) Knowingly possessing another person's ballot or carrier envelope may be a crime unless you provide your signature, printed name and address. (2) A person commits an offense if the person compensates another person or receives compensation for depositing a carrier envelope in the mail as part of a scheme in which the person is compensated based on the number of carrier envelopes deposited.

**ADVERTENCIA**: (1) El acto de poseer conscientemente la boleta electoral o el sobre oficial de otra persona puede ser un delito a menos de que usted proporcione su firma, nombre impreso, y su dirección. (2) Una persona comete un delito si recompensa o recibe compensación a cambio de depositar el sobre oficial en el correo como parte de un plan en el cual la persona es recompensada en base al número de sobres oficiales depositados.

1-556

STURNBULL
RM                    63294
QUADE, CHARLES RICHARD
38 LOMA LINDA RANCH ROAD
VADITO NM 87579

63180-1
11/08/16
015-FD    NP

0

TO (A):

**OFFICIAL ELECTION MAIL**
Authorized by the U.S. Postal Service ®

Place
Stamp
Here

**CARRIER ENVELOPE FOR EARLY VOTING BALLOT**
(SOBRE OFICIAL PARA ENVÍO DE BOLETA DE VOTACIÓN TEMPRANA)
LUBBOCK COUNTY ELECTIONS OFFICE
Early Voting Clerk (Secretario de Votación Temprana)
P.O. BOX 10536
LUBBOCK                                    79408-3536
Mailing Address (Dirección Postal)

City (Ciudad) _____ Texas _____ Zip (Código Postal)

**SEAL ENVELOPE AND SIGN OVER SEALED FLAP**
**(SELLE EL SOBRE Y FIRME ENCIMA DE SOLAPA DEL SOBRE)**

X _____

**SIGNATURE OR MARK OF VOTER (FIRMA O MARCA DEL VOTANTE)**

**Instructions to Voter:** Seal this envelope, and then sign your name in space below. This envelope must be sealed by the voter before it leaves the voter's hands. Do not sign this envelope unless the ballot has been marked by you or at your direction. **This envelope may not be used to return more than one voter's ballot.** However, more than one carrier envelope may be placed together in another envelope if the additional envelope (carrier envelope) belong to a person registered to vote at the same address. This carrier envelope must be returned by common or contract carrier, or in person by the voter on election day at the early voting clerk's office. **(Instrucciones al Votante:** Selle este sobre, y firme su nombre en el espacio proporcionado abajo. Este sobre debe de ser sellado por el votante antes de que el votante lo entregue. No firme este sobre a menos de que la boleta haya sido llenada por usted, o bajo su dirección. **Este sobre oficial no debe ser utilizado para entregar la boleta de más de un solo votante.** Sin embargo, más de un solo sobre oficial puede ser colocado dentro de otro sobre si el sobre(s) oficial adicional le pertenece a un votante registrado para votar bajo la misma dirección. Este sobre oficial debe ser enviado por correo, por medio de un transportista público o comercial, o ser entregado por el votante el día de la elección en la oficina del secretario de votación temprana.)

I certify that the enclosed ballot expresses my wishes independent of any dictation or undue persuasion by any person. (Certifico que la boleta adjunta expresa mis deseos independientemente de ningún dictado o persuasión indebida por parte de cualquier persona.)

Completed by Early Voting Clerk: Name of Election (Nombre de Elección): _____

Name of Voter (Nombre del votante): _____

**Instructions to Assistant:** A voter may only be assisted with reading or marking the ballot if they have a physical disability that renders them unable to write or see, or have an inability to read the language in which the ballot is written. If you are assisting the voter, you must read the oath and complete the section below, before assisting the voter. **(Instrucciones al Asistente:** Un votante puede recibir ayuda para leer o llenar la boleta solamente si el votante tiene una discapacidad física la cual le impide escribir o ver, o si no tiene la habilidad de leer el lenguaje en el cual la boleta está escrita. Si usted le proporcionará ayuda a un votante, usted debe leer el juramento y llenar la siguiente sección abajo, antes de asistir al votante.)

**Oath of Person Assisting Voter:** I swear (or affirm) that I will not suggest, by word, sign, or gesture, how the voter should vote; I will confine my assistance to answering the voter's questions, to stating propositions on the ballot, and to naming candidates and, if listed, their political parties. I will prepare the voter's ballot as the voter directs; and I am not the voter's employer, an agent of the voter's employer, or an officer or agent of a labor union to which the voter belongs. **(Juramento de la Persona Asistiendo al Votante.** Juro (o afirmo) que no sugeriré con palabras, señales, o gestos, la manera en la cual el votante debe votar; limitaré mi asistencia a responder las preguntas del votante, leer propuestas en la boleta, nombrar a los candidatos, y si es mencionado, su partido político; preparare la boleta del votante de acuerdo a sus instrucciones, y yo no soy el empleador del votante, un agente del empleador del votante, o un oficial o agente de un sindicato al cual el votante pertenece.)

Assistant/ ☐ Assistente ☐ Witness/ ☐ Testigo   Signature (Firma) _____   Printed Name (Nombre impreso) _____   Street Address (Domicilio residencial) _____

**Instructions to Witness:** You are serving as a witness for _____ (name of voter). You must complete the section below if you witness the mark of the voter, or if the voter cannot make a mark. If the voter cannot make a mark, check here _____ **(Instrucciones al Testigo:** Usted está fungiendo como testigo para (nombre del votante). Usted debe llenar la siguiente sección abajo si usted fue testigo de que el votante firmó, o de que el votante no puede firmar. Si el votante no puede firmar, marque sus iniciales aquí _____ )

**Instructions to Person Depositing Carrier Envelope in Mail or to Common or Contract Carrier:** If you are assisting a voter by depositing the carrier envelope in the mail or with a common or contract carrier, you must complete the section below. **(Instrucciones a la Persona Quien Deposita el Sobre Oficial en el Correo o Entregue al Transportista Público o Comercial:** Si usted asistirá al votante a depositar el sobre oficial en el correo o con un transportista público o comercial, usted debe llenar la sección que aparece abajo.)

If you are an assistant or witness, check the appropriate box below and provide information: (Si usted es un asistente o testigo, marque la casilla correcta y proporcione su información):

Assistant/ ☐ Asistente ☐ Witness/ ☐ Testigo   Signature (Firma) _____   Printed Name (Nombre impreso) _____   Street Address (Domicilio residencial) _____   Date of Election (Fecha de Elección): ___/___/___

From (De)  **LUBBOCK COUNTY ELECTIONS OFFICE**

P.O. BOX 10536

LUBBOCK _____ Texas _____ 79408-3536

This envelope contains blank
EARLY VOTING OFFICIAL BALLOT
and accompanying envelopes for:

(Este sobre contiene en blanco
BOLETA OFICIAL PARA VOTACION EN ADELANTADA
Y sobres acompañantes para:)

_____ Voter (Votante)

For (para)

_____ Election (Elección)

5-23b – Prescribed by Secretary of State – 08/15
Section 86.003, Texas Election Code -173706

8757987703 H065

**RETURN SERVICE
REQUESTED**

PRESORTED
FIRST CLASS

1-596

STURNBULL
63294

RM
QUADE, CHARLES RICHARD
38 LOMA LINDA RANCH ROAD
VADITO NM 87579

63180-1
11/08/16
015 NP

015

CKa

**OFFICIAL
ELECTION MAIL**

U.S. POSTAGE >> PITNEY BOWES

ZIP 79401
02  1W
0001398701 SEP 21 2016

$ 000.70²

Richard Quade
Box 6999
Lubbock, Texas
79493

THE Honorable Nelva Gonzales Ramos
United States District Judge
40 David J. Bradley, Clerk for the court
Southern District of Texas
1133 North Shoreline Blvd, Room 208
Corpus Christi, Texas
78401

U.S. DISTRICT COURT
SOUTHERN DIST OF TEXAS
RECEIVED
OCT 24 2016
CORPUS CHRISTI, TEXAS

USPS CERTIFIED MAIL™

9507 1000 1859 6290 0000 37

**USPS® FIRST-CLASS MAIL®**

**F**

U.S. POSTAGE
**$3.98**
8501
FCM LETTER
Date of sale
10/16/16
06    2500
0825976S
**SSK**

B2056 10 16 154943

SHIP
TO:

1133 N SHORELINE BLVD STE 208
CORPUS CHRISTI TX 78401-2042

0 lb. 190 oz.