Marianne Serpa, Dep-in-Charge  
US DISTRICT Clerk's Office txs  
1133 N Shoreline Blvd Rm 208  
Corpus Christi TX 78401  
361-888-3142

Oct 25 16

Veasey v Abbott 2:13cv193

United States Courts
Southern District of Texas
FILED
OCT 28 2016
David J. Bradley, Clerk of Court

LET VOTERS IN 2016+ CHOOSE FROM ABOUT SIX CANDIDATES!

CONTACT: Mark Meadows mcncll "Architect 2013 shutdown"  
2345 Morganton Blvd SW, Lenoir NC 28645, 828-426-8701,  
1024 Longworth HOB, Wash DC 20515-3311, 202-225-1510, FAX 1512.  
meadows.house.gov

Alan Jones, Caldwell Co Sheriff, 2352 Morganton Blvd SW,  
828-758-2324, FAX 757-8685.

50+ docket entries (915,14 8/22, 697 8/15, 896 8/11, 885 8/8, 810 8/4) Veasey v Abbott 2:13cv193 Corpus Christi are from me. I suggest a 2016+ limited voting backup ballot for TX & other State House & US Congmen with primary winers free on own & 2 add'l districts.

More with a fee.

I believe limited voting promotes good behavior by winners and inhibits tyranny mayhem fear divisiveness & deplorables!

Calera & Guin AL elect their city councils by lim voting.

Beaufort & Martin CoahtiestNSlelect their commrs by lim voting.

I suggest lim voting for city St Gabriel 2015 89 FS3 843.

Peoria IL has elected 5 of 10 aldermen by cumulative voting since 1991. See Banks v Bd El City of Peoria 1987 659 FS 347.

See DARK MONEY 2016 Jane Mayer, Doubleday, -We must make our choice, We may have democracy, or we may have wealth concentrated in the hands of a few, but we can't have both. --Louis Brandeis.

"Richard Morgan, 602 Market 28401, PO Box 59 Wilmington NC 28402, 910-763-3666, Fax 251-9562, a Repub state legtr with whom Pope had a falling out, described Pope as unpop with colleagues." -intvw w/author STATE FOR SALE, New Yorker 10/10/11.

Robert M Allensworth  
Robert M Allensworth B14522  
BMRCC 251 N IL 37  
Ina IL 62846 2419

R ALLENSWORTH B14722 4B34
BMRCC 251 N IL 37
NA IL 62846 2419

7840132042 0029

IDOC INMATE MAIL
MONEY ORDERS NO
LONGER ACCEPTED

United States Bellus
Southern District of Texas
FILED

OCT 28 2016

David J. Bradley, Clerk of Court

02 1M
0004266687
MAILED FROM ZIPCODE 62846
$ 00.00°
OCT 25 2016
PITNEY BOWES
FOREVER USA

Bank Swallow