October 27, 2016

THE HONORABLE NELVA GONZALES RAMOS
FEDERAL JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS
C/O DAVID BRADLEY, CLERK FOR THE COURT
1133 NORTH SHORELINE, ROOM 208
CORPUS CHRISTI, TEXAS 78401

2:13cv193

Clerk, U.S. District Court
Southern District of Texas
FILED

NOV 09 2016

David J. Bradley, Clerk of Court

DEAR JUDGE GONZALES RAMOS:

LAST WEEKEND I MAILED TO YOU A COPY OF MY
"MAIL-IN" BALLOT FOR THE NOVEMBER 8, 2016 GEN-
ERAL ELECTION WITH A COVERING LETTER AND
OTHER MATERIAL THAT WAS SENT TO ME WITH
THE BALLOT. IN PRINCIPLE THE LUBBOCK COUNTY
ELECTION JUDGE IS NOT SUPPOSED TO OPEN THE
BALLOT UNTIL ELECTION DAY AND KEEP MY VOTE
ANONOMOUS EVEN THOUGH IT IS ENCLOSED IN
AN ENVELOPE WITH MY NAME ON IT. THERE IS EVI-
DENCE THAT NONE OF MY BALLOTTING IN LUB-
BOCK COUNTY "IS SECRET". FURTHER, THERE IS
EVIDENCE THAT MRS. QUADE, WHO TOLD ME BY
TELEPHONE THIS MORNING THAT SHE IS HOLDING
UP FAIRLY WELL UNDER THE DURESS SHE IS
SUBJECT TO IN LUBBOCK -- RIGHT NOW I AM
"HANGING OUT" IN NEW MEXICO AT OUR CABIN --,
AND I HAVE NO PRIVACY AT ALL. THIS CON-
CERNS ME VERY LITTLE PERSONABLY SINCE
THE LACK OF PRIVACY I CAN USE FOR COM-
MUNICATION. HOWEVER, OTHERS WOULD NOT
TAKE A SIMILAR SITUATION AS I DO.
EARLIER I WROTE TO YOU IN THE MAT-

-2-

TER RAISED BY MR. TRUMP EARLY IN HIS CAMPAIGN AS TO WHETHER TED CRUZ WAS ELIGIBLE TO BE PRESIDENT FROM THE NATURE OF HIS BIRTH. ESSENTIALLY MR. CRUZ WAS TOLD BY MR. TRUMP THAT HE, MR. CRUZ, WOULD DO WELL TO HAVE A FEDERAL IMMIGRATION JUDGE LOOK INTO THE MATTER FOR HIMSELF (AND THE GOOD OF THE COUNTRY.) MR. CRUZ "WAVED HIS MOTHER'S BIRTH CERTIFICATE" AS THOUGH IT WAS ENOUGH. BUT IT WASN'T AND STILL ISN'T! SHE HAD TO SATISFY CERTAIN U.S. RESIDENT REQUIREMENTS FOR HIM TO BE "A U.S. NATURAL BORN CITIZEN." IN ANY CASE, AS YOU ARE AWARE, CONGRESS HAS "TOSSED" IT TO THE STATE DEPARTMENT" TO DETERMINE U.S. CITIZENSHIP AND THE COURTS HOLD A VERY STRICT AND NARROW DEFINITION IN THE MATTER. AS I SEE IT, THIS IS THE MOST IMPORTANT MATTER TO COME BEFORE OUR COUNTRY SINCE FORMER PRESIDENT NIXON'S RESIGNATION FROM OFFICE!

THIS AMICUS CURIAE BRIEF IS "TO BRING YOU UP TO SPEED" OF FURTHER ACTION BY ME CONCERNING MR. CRUZ AND ALSO THIS SECTION 146.001A OF THE TEXAS ELECTION CODE CONCERNING "WRITE-IN BALLOTTING." YOU HAVE A LEGAL STAFF, WHEN PUT UPON THE RIGHT

SCENT, THAT IS CONSIDERABLY MORE COM-
PETENT THAN I IN LEGAL MATTERS. FURTHER,
THE U.S. SUPREME COURT "HAS TOSSED TO YOU"
THE WHOLE MATTER AS TO WHETHER THIS
YEAR'S GENERAL ELECTION IS HANDLE PRO-
PERLY. THAT MEANS THAT ALL ASPECTS OF
THE TEXAS' ELECTION CODE ARE CORRECTLY
MANAGED. ALL EVIDENCE INDICATES THAT
THE SUPREME COURT "IS BACKING YOU UP"
AT EVERY TURN.

NOW BACK TO MR. CRUZ. I BECAME CON-
CERNED LAST SPRING AS TO WHETHER OR NOT
MR. CRUZ WAS EVEN ELIGIBLE TO BE A U.S.
SENATOR! I FOUND "A FRIENDLY VOICE" IN
THE TEXAS' SECRETARY OF STATE OFFICE
WHO INFORMED ME THAT IT WAS THE RESPON-
SIBILITY OF THE REPUBLICAN PARTY OF THE
STATE OF TEXAS, NOT THE OFFICE OF THE
SECRETARY OF STATE, TO CERTIFY AS TO THE
ELIGIBILITY FOR OFFICE OF INDIVIDUALS
RUNNING FOR OFFICE AS REPUBLICANS. THIS
WOULD EVEN INCLUDE "THE ELECTORS" IN
THE CURRENT PRESIDENTIAL ELECTION. THE
SECRETARY OF STATE ONLY "TAKES FILINGS"
AND CERTIFIES FOR INDEPENDENT CANDI-
DATES. THIS WAS NEWS TO ME THAT THE
SECRETARY OF STATE "COULD PASS THE BUCK"

SO EASILY.

My NEXT STEP WAS TO MAKE AN "OPEN RECORDS REQUEST" TO THE REPUBLICAN PARTY OF THE STATE OF TEXAS FOR THE PAPERS MR. CRUZ FILED WHEN HE BECAME A CANDIDATE FOR U.S. SENATOR. TO THIS DAY I HAVE NOT GOTTEN A RESPONSE. I COPIED MY LETTER TO THE SECRETARY OF STATE OF TEXAS C/O THE LADY WITH WHOM I SPOKE ON THE TELEPHONE AND TO CHRIS WINN WHO WAS A FORMER CHAIR OF THE LUBBOCK COUNTY REPUBLICANS WHOM I MET DURING A CITY COUNCIL ELECTION IN 2007. HE IS CURRENTLY INTERIM TREASURER FOR LUBBOCK COUNTY. I DID VOTE IN THE 2016 REPUBLICAN PRIMARY BUT NOT IN THE RUN-OFF ELECTION.

SO, "WHY WASN'T I SENT THESE FILING PAPERS FROM MR. CRUZ AS HE ENTERED THE U.S. SENATE RACE?" IS THIS BEHAVIOR OUT OF MY REPUBLICAN PARTY JUST THE TIP OF THE ICEBERG" OF IRREGULARITIES WHERE THE SECRETARY OF STATE DOES NOT HAVE DIRECT OVERSIGHT OVER ALL ASPECTS OF ELECTIONS IN TEXAS? AND, AS I MENTIONED IN LAST WEEK'S AMICUS CURIAE BRIEF IN

THE FORM OF A LETTER, I DID NOT GET SATISFACTION FROM SECRETARY COSCOS(?) WHEN I QUESTIONED CERTAIN ASPECTS OF THE 2014 CITY OF LUBBOCK ELECTION (AND ALSO LISD) "WHEN I WAS TOSSED TO HIM" BY THE CITY SECRETARY OF LUBBOCK WHO CERTIFIES THE CITY'S ELECTIONS. OR I SHOULD SAY, RUNS THE ELECTIONS. THE CITY COUNCIL, ITSELF, HAS TO ACCEPT THE RETURNS.

IN THE MATTER OF ELECTION CODE 146.001A, I GOT THAT BEFORE STATE OF TEXAS DISTRICT JUDGE LES HATCH. YOUR STAFF CAN SECURE MY FILING FROM THE LUBBOCK COUNTY DISTRICT CLERK. THE FILING WAS THE DAY AFTER THE NOVEMBER 2010 GENERAL ELECTION. WHETHER OR NOT A HEARING WAS HELD I DO NOT KNOW. ON ANOTHER MATTER FILED THE SAME DAY, A HEARING WAS SET BUT I ONLY LEARNED OF IT VIA THEN TEXAS ATTORNEY GENERAL GREG AB-BOTT'S STAFF WHO SENT ME A LETTER VIA BOTH GENERAL AND CERTIFIED MAIL. THIS, A-GAIN, IS JUST "THE TIP OF THE ICEBERG" FOR IRREGULARITIES OUT OF THE LUBBOCK COUNTY COURTHOUSE AND CITY OF LUBBOCK.

RESPECTFULLY YOURS,

C. RICHARD QUADE

POST SCRIPT TO THIS LETTER WRITTEN 10-21-2016.

AS YOU ARE AWARE, JUDGE GONZALES-RAMOS, I WRITE TO YOU WITH ONLY THE AUTHORITY OF A NATURAL BORN CITIZEN OF THE UNITED STATES OF AMERICA AND A RESIDENT OF THE STATE OF TEXAS. AT THE SAME TIME, I DO GET THE IM-PRESSION THAT I AM BETTER ACQUAINTED AND INFORMED THAN MOST INDIVIDUALS OF SIMILAR STATUS IN MATTERS OF PUBLIC AFFAIRS. AND, WHEN I WRITE TO JUDGES AS AN AMICUS LURIAE (I DID STUDY LATIN IN THE 9TH AND 10TH GRADES IN DISD) I AM RELAYING INFOR-MATION TO YOU THAT I "PICK UP" IN MY EVERY DAY LIFE THAT MAY, OR MAY NOT, BE USEFUL TO THOSE RENDERING DECISIONS. AT THE SAME TIME, I AM AWARE THAT A COURT CAN ONLY EXPLICITLY RENDER DECISIONS BASED UPON EVIDENCE PRESENTED BY THE OPPOSING PARTIES; OTHERWISE THE COURTS WOULD BE ACCUSED, CORRECTLY, "OF WRITING LAW."

YOU KNOW BETTER THAN I THAT THERE ARE MANY "CHECKS AND BALANCES" IN THE U.S. CONSTITUTION. WE ARE OFTEN AMAZED AT THE IMPORTANT DOCUMENTS "THAT COME OUT OF COM-MITTEE!" OUR U.S. CONSTITUTION IS ONE; THE KING JAMES VERSION OF THE BIBLE IS ANOTHER, FOR STARTERS. IT IS STRANGE AND MYSTERIOUS HOW, AT CERTAIN TIMES, GOD WORKS COLLECTIVELY "IN THE MINDS OF MAN!" (AND/OR WOMEN.) ONE OF THE MOST IMPORTANT "CHECKS", AND IT HAS NOT

BEEN NECESSARY TO INVOKE IT EXPLICITLY, IS THE
ELECTORAL COLLEGE. WE ARE A REPUBLIC RUN BY
DEMOCRATIC MEANS. THERE IS A VOCAL SEGMENT
IN THE U.S. THAT ADVOCATE DIRECT ELECTION OF
THE PRESIDENT AND VICE PRESIDENT* BY POPULAR
VOTE! OF COURSE, WE ONLY HAVE TO LOOK AT
COUNTRIES "THAT HAD THAT IN PLACE" TO SEE
THE FALLACY OF SUCH AN ARGUMENT: HITLER IN
GERMANY, SALAZAR IN PORTUGAL, PERON IN ARGEN-
TINA, ETC..

THE U.S. SUPREME COURT IS WELL-AWARE OF
THIS AND, I HOPE, YOU ARE TOO! THREE DAYS
AFTER THE 2008 GENERAL ELECTION, PRESI-
DENT OBAMA STOOD BEHIND A LECTURN IN CHI-
CAGO THAT HAD ON IT "THE SEAL OF THE ∗ PRESIDENT-ELECT OF
THE UNITED STATES OF AMERICA!" WHAT A
DISRESPECT FOR THE ELECTORAL COLLEGE AND
OUR CONSTITUTION! AND, PRESIDENT OBAMA
HAS A HARVARD LAW DEGREE AND HAS TAUGHT
CONSTITUTION LAW! IN THIS PHOTO, PUBLISHED
IN THE WALL STREET JOURNAL, THERE IS A
GROUP OF PROMINENT INDIVIDUALS "LOOKING ON
SHEEPISHLY" PLUS JOE BIDEN WHO HAS THE
POSE "WHAT THE HELL IS GOING ON!" FURTHER,
MR. OBAMA RESIGNED HIS SENATE SEAT AL-
MOST IMMEDIATELY AND MR. BIDEN "HAD TO
FOLLOW SUIT" OUT OF COURTESY. AND, YOU WILL
RECALL, THE PROBLEM WITH THE APPOINTMENT

*OF COURSE, WE DO NOT AND CANNOT VOTE SEPARATELY FOR PRES. AND VICE PRES. HOWEVER, AT
TIMES "WE VOTE FOR A TICKET" BASED UPON THE V.P. RATHER THAN P. I DID THIS IN 2008.
MANY TEXANS HAD DONE LIKEWISE IN 1960.

OF THE NEW SENATOR FROM ILLINOIS, WHICH SENATE MAJORITY LEADER HARRY REID HANDLED WELL, WHILE "W" AND HIS TEAM WERE STILL IN CONTROL OF THE EXECUTIVE. AS I RECALL, LBJ STILL FUNCTIONED EFFECTIVELY AS A SENATOR UNTIL THE ELECTORAL COLLEGE HAD VOTED AND MAYBE UNTIL INAUGERATION DAY.

SOME CONTINUE TO SAY THAT THE U.S. GOVERNMENT IS THE BEST EVER INSTITUTED. BUT THAT IS ONLY TRUE IF ALL PARTICIPANTS PLAY TO THE HILT, INCLUDING THE ELECTORAL COLLEGE !!! MY POSITION IS THAT IT IS TIME FOR THEM "TO STEP TO THE PLATE," EXPLICITLY, TO PUT OUR COUNTRY BACK ONTO THE PROPER COURSE. I HAVE IDEAS, BUT JUST HOW "TO PULL IT OFF" FOR THE BEST INTERESTS OF OUR COUNTRY IS IN THEIR HANDS. SURELY, WHEN THEY VOTE, THEY MEET AS A COMMITTEE, SO TO SPEAK.

TO CONCLUDE THE BACKGROUND, I WILL POINT OUT THAT GREAT BRITAIN'S GOVERNMENT IS THE LONGEST STANDING TODAY. THE GENERAL CONCENSUS IS THAT PARLIMENT DOES EVERYTHING. THIS IS NOT TRUE! THE HOUSE OF LORDS EDITS EVERYTHING BEFORE IT IS "SIGNED OFF" BY THE QUEEN. THE PRIME MINISTER MEETS REGULARLY WITH THE QUEEN WHO CAN CALL

FOR ELECTIONS, NOT ONLY IN GREAT BRITAIN, BUT FOR ANY COUNTRY IN THE COMMONWEALTH, SUCH AS AUSTRALIA, FOR EXAMPLE. FURTHER, SHE HAS HER REPRESENTATIVE IN AUSTRALIA WITH WHOM THEIR PRIME MINISTER MEETS REGULARLY. (SHE ALSO MUST "SIGN OFF" ON ALL CHANGES IN THEOLOGY AND POLITY FOR THE CHURCH OF ENGLAND.) SHE DID HAVE TO APPROVE GREAT BRITAIN'S SPLIT WITH THE EU AND I THINK THAT IT IS A GOOD THING! WE HAVE SO MUCH INTERNAL STRIFE AND CONFLICT GOING ON RIGHT NOW THAT WE HAVE LOST A LOT OF VOICE IN WORLD AFFAIRS. BETTER GREAT BRITAIN "TO BE THE LEADER" THAN ANY OTHER COUNTRY AS WE WORK "TO GET OUR ACT BACK TO GETHER." ▮ GREAT BRITAIN "HAS BROKEN HER CONSTRAINT" WITH THE EU.

TO CONCLUDE THIS BRIEF, DID THE SO-CALLED WRITE-IN CANDIDATES FOR PRESIDENT, TEXAS ELECTION CODE 146.001B, SUBMIT A SLATE OF ELECTORS TO THE TEXAS' SECRETARY OF STATE FOR CERTIFICATION? AND DO THESE ELECTORS, IF CHOSEN, HAVE THE SAME FREEDOM AS THE REPUBLICAN AND DEMOCRAT ELECTORS, FOR EXAMPLE. WHEN ONE RECEIVES A BALLOT, ALL OF THIS IS EXTREMELY FUZZY IN PRESENTATION.

RESPECTFULLY YOURS,

L. Richy Jmode





USPS® FIRST-CLASS MAIL®

U.S POSTAGE
$3.77
FCM LETTER
87501
Date of sale
11/03/16
06 2S00
0825976

B2056 1104022930

SSK

0 lb. 100 oz.

SHIP
TO:

1133 N SHORELINE BLVD STE 208
CORPUS CHRISTI TX 78401-2042