UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-193 |
|---|---|---|---|

| Veasey, et al. |
|---|
| *versus* |
| Abbott, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Sidney S. Rosdeitcher<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>(212) 373-3000; srosdeitcher@paulweiss.com<br>New York - 1250257; District of Columbia - 094532<br>U.S. Supreme Court; U.S. Court of Appeals for the Second and Fifth Circuits; U.S. District Courts for the Southern District of New York, Eastern District of New York, and District of Columbia |
|---|---|

| Name of party applicant seeks to appear for: | Texas State Conference of NAACP Branches; Mexican American Legislative Caucus of the Texas House of Representatives |
|---|---|

| Has applicant been sanctioned by any bar association or court? Yes _____ No ✔ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 11/14/2016 | Signed: *Sidney S. Rosdeitcher* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:          Clerk's signature |

**Order**          This lawyer is admitted *pro hac vice.*

Dated: _____      _____
                                             United States District Judge