UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al*,<br><br>      Plaintiffs,<br><br>VS.<br><br>GREG ABBOTT, *et al*,<br><br>      Defendants. | CIVIL ACTION NO. 2:13-CV-193 |

**NOTICE OF WITHDRAWAL OF PLAINTIFF-INTERVENOR THE TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND**

    In its briefing before the Fifth Circuit, Counsel for Plaintiff-Intervenors the Texas League of Young Voters Education Fund ("the Texas League") and Imani Clark reported that the Texas League ceased operations after this Court issued its October 9, 2014 decision. Suppl. En Banc Br. for the Tex. League of Young Voters Educ. Fund & Imani Clark 6 n.1; Answering Br. for the Tx. League of Young Voters Educ. Fund & Imani Clark 7 n.1. The undersigned Counsel have since that time confirmed that neither the Texas League nor any affiliated entity is likely to resume operations, and thus submit this notice of the withdrawal of the Texas League from this litigation. The undersigned Counsel continue to represent Ms. Imani Clark.

Dated: November 15, 2016

                        Respectfully submitted,

                        /s/ Leah Aden
                        Sherrilyn Ifill
                        Janai Nelson
                        Christina A. Swarns
                        Coty Montag

Leah C. Aden
Deuel Ross
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, New York 10006
Tel: (212) 965-2200
Fax: (212) 226-7592

Jonathan Paikin
Kelly P. Dunbar
Tania Faransso
Thaddeus Eagles
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

*Counsel for Plaintiff-Intervenor Imani Clark*