Marianne Serpa, Dep-in-Charge
US District Clerk's Office
1133 N Shoreline Blvd Rm 208
Corpus Christi TX 78401
361-888-3142                Veasey v Abbott 2:13cv193

Nov 7 16

Clerk, U.S. District Court
Southern District of Texas
FILED

NOV 1 0 2016

David J. Bradley, Clerk of Court

LET VOTERS IN 2016+ CHOOSE FROM ABOUT SIX CANDIDATES!

Morgan Griffith mcva9 323 W Main Abingdon VA 24210 276-525-1405 FAX 1444 won in 2010. "The Koch groups carried his water." -intvw w/author DARK MONEY 2016 Jane Mayer Doubleday p 252.

Renee Ellmers mcnc2 910-230-1910 FAX 1940 a tea party nurse won in 2010 after Bob Etheridge was ambushed by a NRCC video. DM p 259.

MARK MEADOWS mcnc11 2345 Morganton Blvd SW Lenoir NC 28645 828-426-8701 FAX ? "Architect of 2013 shutdown" won in 2012 after gerrymandering removed so many Democrats from his district Heath Shuler retired from a hopeless race. -DM p 348.

50+ docket entries (915,14 8/22"897 8/15"896 8/11"885 8/8"880 8/4) Veasey v Abbott 2:13cv193 Corpus Christi are from me.

Peoria IL has elected 5 of 10 aldermen by cumulative voting since 1991. See Banks v Bd El City of Peoria 1987 659 FS 347.

Richard Morgan Bx 59 Wilmington NC 28402 910-763-3666 FAX 251-9562 a Rep st legtr w/Art Pope fall out said Pope unpop w/colleagues.

Pope & his $150 mil John William Pope fndtn invested $60 mil in conservative infrastructure in NC according to Dee Stewart. See Matea Gold 7-19-14 Wash Post "In NC Conserv Donor Sits...Gvmt He Helped Transform." -DM pp 338 & 420.

*Robert M Allensworth*
Robert M Allensworth B14522

BMRCC 251 N IL 37

Ina IL 62846 2419

I want a copy of the 2:13cv193 docket sheet from Oct 2014.



R ALLENSWORTH B14522 4034
BMRCC 251 N IL 37
IMA IL 62846 2419

IDOC INMATE MAIL
MONEY ORDERS NO
LONGER ACCEPTED

Marianne Serpa
U.S. District Clerk's Office
1133 N Shoreline Blvd Rm 208
Corpus Christi TX 78401

Clerk, U.S. District Court
Southern District of Texas
FILED

NOV 10 2016

David J. Bradley, Clerk of Court