UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § § | |
| Plaintiffs, | § | |
| v. | § § | CIVIL ACTION NO. 2:13-CV-00193 |
| GREG ABBOTT, *et al.*, | § § | |
| Defendants. | § § | |

**DEFENDANTS' UNOPPOSED MOTION TO FILE UNDER SEAL
PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Defendants file this Unopposed Motion to File Under Seal their Proposed Findings of Fact and Conclusions of Law. In support of this Motion, Defendants would respectfully show the following:

1. Today, Defendants filed their Proposed Findings of Fact and Conclusions of Law pursuant to the Court's order dated August 25, 2016. *See* ECF No. 922.

2. Through this Motion, Defendants seek to file under seal their Proposed Findings of Fact and Conclusions of Law. Defendants request that an unredacted version of the filing be sealed because it contains references to evidence that has already been sealed by the Court. Defendants have filed a redacted version of the Proposed Findings of Fact and Conclusions of Law with the Court.

3. The Court may seal court records if the interests favoring non-disclosure in a particular case outweigh the presumption in favor of the public's common-law

right of access to judicial records. *See, e.g.*, *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597-98 (1978); *United States v. Amodeo*, 44 F.3d 141, 146-47 (2d Cir. 1995).

4. Defendants have conferred with Plaintiffs concerning the substance of this Motion, and Plaintiffs have confirmed that they do not oppose the relief requested herein.

5. For the foregoing reasons, Defendants respectfully request that the Court permit Defendants to file under seal their Proposed Findings of Fact and Conclusions of Law, which is attached to this motion as Exhibit A.

Date: November 18, 2016                    Respectfully submitted.

                                              KEN PAXTON
                                              Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Litigation

/s/ Angela V. Colmenero
ANGELA V. COLMENERO
Chief, General Litigation Division

MATTHEW H. FREDERICK
Deputy Solicitor General

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-6407
Fax: (512) 474-2697

*Counsel for Defendants*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendants conferred with counsel for Plaintiffs via email and telephone on November 18, 2016 regarding the relief requested in this Motion. Counsel for Plaintiffs indicated that they do not oppose the relief sought in this Motion.

                                                                             /s/ Angela V. Colmenero
                                                                             ANGELA V. COLMENERO

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2016, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                                                             /s/ Angela V. Colmenero
                                                                             ANGELA V. COLMENERO