United States District Court
Southern District of Texas
**ENTERED**
November 21, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § § § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| GREG ABBOTT, *et al.*, | § § | |
| Defendants. | § | |

### ORDER

Now before the Court comes Defendants' Unopposed Motion to file under seal their Proposed Findings of Fact and Conclusions of Law, attached to this motion as Exhibit A. The Court has considered the motion and determined that it should be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Unopposed Motion to file under seal Proposed Findings of Fact and Conclusions of Law is GRANTED.

Signed this ___21st___ day of November, 2016.

_____
HON. NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE