| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-00193 |
|---|---|---|---|

| Marc Veasey, et al. |
|---|
| *versus* |
| Greg Abbot, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Matthew N. Robinson<br>Wilmer Cutler Pickering Hale & Dorr<br>1875 Pennsylvania Ave. NW<br>Washington, DC 20006<br>202-663-6543; matthew.robinson@wilmerhale.com<br>New York Bar No. 5294913 |
|---|---|

| Name of party applicant seeks to appear for: | Imani Clark |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes ____   No ✔ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 11/22/2016 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:   Clerk's signature |

**Order**        This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                United States District Judge