| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS | United States District Court<br>Southern District of Texas<br>**ENTERED**<br>November 22, 2016<br>David J. Bradley, Clerk |

## Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-00193 |
|---|---|---|---|

Marc Veasey, et al.

*versus*

Greg Abbot, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Matthew N. Robinson<br>Wilmer Cutler Pickering Hale & Dorr<br>1875 Pennsylvania Ave. NW<br>Washington, DC 20006<br>202-663-6543; matthew.robinson@wilmerhale.com<br>New York Bar No. 5294913 |

| Name of party applicant seeks to appear for: | Imani Clark |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

Dated: 11/22/2016   Signed: /s/

The state bar reports that the applicant's status is: Currently registered

Dated: 11-22-16   Clerk's signature: Brandy Long

### Order

Dated: 11-22-16

This lawyer is admitted *pro hac vice*.

Nelva Gonzales Ramos
United States District Judge