2:13cv193

NOVEMBER 29, 2016

THE HONORABLE JOE BIDEN
VICE-PRESIDENT OF THE UNITED STATES OF AMERICA
THE DWIGHT DAVID EISENHOWER EXECUTIVE
OFFICE BUILDING
WASHINGTON, DISTRICT OF COLUMBIA
20501

FROM: C. RICHARD QUADE; 38 LOMA LINDA RANCH ROAD; VADITO, NEW MEXICO, 87579

Clerk, U.S. District Court
Southern District of Texas
FILED
NOV 2 ... 2016
David J. Bradley, Clerk of Court

HI JOE!

THIS INFORMALITY SEEMS TO BE FITTING THE WAY THE 2015-16 PRESIDENTIAL ELECTION IS GOING. TO START, I DID NOT VOTE FOR ANY CANDIDATE ON THE BALLOT BUT DID WRITE IN A PERSON AS A REPUBLICAN. MRS. QUADE AND I ARE WHAT ONE MIGHT CALL "GOLDWATER REPUBLICANS." THAT MEANS WE ARE LEFT OF CENTER IN TODAY'S REPUBLICAN PARTY. EVERYONE RECALLS THE FIRST PART OF HIS FAMOUS STATEMENT FROM THE REPUBLICAN CONVENTION, 1964:

"EXTREMISM IN THE DEFENSE OF LIBERTY IS NO VICE."

BUT THEY TEND TO FORGET THE SECOND PART:

"MODERATION IN THE PURSUIT OF JUSTICE IS NO VIRTUE."

OF COURSE, BEING "LEFT OF CENTER" IN THE REPUBLICAN PARTY ENCOURAGES US TO VOTE "DEMOCRAT" IN GENERAL ELECTIONS. IN 2008, I DID VOTE FOR YOU! I HIGHLY RESPECT JOHN MCCAIN BECAUSE OF HIS MILITARY RECORD. BUT AS SOON AS I LEARNED OF HIS "RUNNING MATE," I WROTE TO

the local federal judge, asking if I could split my vote and vote separately for President and Vice-President like the electors do. Of course, by Texas state law I couldn't. So I voted "Obama-Biden." My difficulty with Mr. Obama was his lack of experience -- he had yet to stand for re-election to the Senate!

Further, and many miss the point on this, he is NOT African-American -- he is not of the slave heritage even though Michelle is -- he is International-American or African AND American. Starting with college days at the University of Oklahoma, I have worked with a lot of internationals -- superiors, inferiors, and peers. Very, very few elected officials have/had this experience and close international ties are, generally, a liability at election time. In any case, I did apply to be Secretary of Education. As it turned out, my educational, or pedagogical, philosophy are at odds with the person who got the job. Basically, my position is that K-12 should not be geared as "college preparatory" but also take care of the 50% of the work force that will NOT be going to college. Further, I, with the information I have, am opposed to "charter schools" that, essentially, get tax dollars for a private

EDUCATION WITH A HIGHLY RESTRICTED STUDENT BODY. THIS IS SENDING "PUBLIC K-12" "DOWN THE TOILET."

ENOUGH OF 2008 STUDY. NOW TO THE 2015-16 COMEDY! IT IS COMEDY AND NOT HUMOR, WHICH MAKES THE SITUATION SAD, NOT FUNNY. LET'S START WITH ▉▉▉▉ TEXAS' GOVERNOR GREG ABBOTT'S NINE(9) PROPOSED CONSTITUTIONAL AMENDMENTS. IF YOU ARE NOT AWARE OF THEM, THEN YOUR STAFF IS CLEARLY DELINQUENT. FURTHER, IT IS YET TO BE ESTABLISHED THAT, TECHNICALLY, TED CRUZ IS NOT AN ILLEGAL IMMIGRANT. THEREFORE, IT IS YET TO BE ESTABLISHED THAT HE IS ELIGIBLE TO BE A U.S. SENATOR, LET ALONE PRESIDENT. IT IS CLEAR THAT HE WAS BORN IN CANADA BUT IT IS YET TO BE ESTABLISHED THAT HIS MOTHER SATISFIED THE U.S. RESIDENCY REQUIREMENTS FOR HIM TO BE NATURAL OR NATIVE BORN TO THE U.S.A.. FURTHER, IN 1974 THERE WAS VERY, VERY SOFT BOARDING CROSSINGS BETWEEN THE U.S. AND CANADA.

NOW TO MRS. CLINTON: MY OBJECTION TO HER IS NOT THAT SHE IS A WOMAN BUT THE "FIRST LADY" OF A FORMER PRESIDENT. WE HAVE NOT GONE THERE BEFORE, AND SHOULDN'T. TEXAS HAD THE EXPERIENCE FROM 1915-40 AND IT IS WELL-ESTABLISHED AND CLEAR TO MOST THAT THE HUSBAND, A FORMER GOVERNOR WHO WAS

IMPEACHED AND THEREFORE INELIGIBLE, "RAN THE SHOW" WHILE THE "MRS." WAS GOVERNOR AND OTHER TIMES AS WELL.

AND TO MR. TRUMP AND HIS POST-ELECTION "POLITICAL BEHAVIOR". AS EVERYONE KNOWS, HIS PERSONAL LIFE LEAVES A LOT TO BE DESIRED TO SAY THE LEAST. HIS FOUNDATION HAS A LOT OF PROBLEMS FOR HIM AND IT IS NOT CLEAR "HOW TO CLEAN HIS SKIRTS" THERE. BUT MORE IMPORTANT HIS PRE- AND POST ELECTION ON MRS. CLINTON'S E-MAIL PROBLEMS WHILE SECRETARY OF STATE. BEFORE THE ELECTION, HIS PUBLIC POSITION WAS THAT IT COULD BE CRIMINAL AND SHE SHOULD BE PROSECUTED. POST ELECTION -- LET ME PUT IT THIS WAY -- HE HAS ISSUED A "PRESIDENTAL PARDON" WITH EXTREMELY FEW FACTS BOTH PRE- AND POST-. IT HAS BECOME OBVIOUS THAT HE DOES NOT BELIEVE IN "LAW AND ORDER", IN THIS CASE "DUE PROCESS." FURTHER, "HE HAS ISSUED AN EXECUTIVE ORDER" THAT CONGRESS STOP HEARINGS IN THE MATTER!" SO, MR. TRUMP HAS ADVANCED THE POSITION THAT CONGRESS SHOULD NOT EXERCISE ITS "CHECK" WHEN IT COMES TO INTEGRITY OF THE EXECUTIVE! ALL OF THIS BEFORE THE ELECTORAL COLLEGE HAS MET TO CERTIFY HIM AS PRESIDENT-ELECT, LET ALONE BEFORE BEING "SWORN IN." AND MR. TRUMP'S

STANCE TOWARDS MEXICO IS EXTREMELY TROUBLING.

NOW TO THE SERIOUS PURPOSE OF THIS LETTER. SINCE I DO NOT HAVE CURRENT ACCESS TO A COMPUTER, HERE ARE THE RESULTS OF MRS. XUADE'S RESEARCH: TRADITIONALLY, THE ELECTORS MEET IN THEIR RESPECTIVE STATE CAPITALS AND FORWARD THEIR RESULTS TO "THE VICE-PRESIDENT OF THE SENATE" -- I DO NOT HAVE A COPY OF THE CONSTITUTION WITH ME -- WHO MUST BE YOU, NOT "YOUR" PRESIDENT PRO-TEM. SO HERE IS MY QUESTION:

"BECAUSE OF THE SERIOUSNESS OF OUR NATIONAL SITUATION, CAN YOU CALL THE ELECTORS TO THE CAPITAL TO, SO TO SPEAK, MEET IN COMMITTEE?" THE IDEA IS TO DISCUSS AND WORK THIS COMPLICATED MESS THAT, WE THE CITIZENS OF THE U.S.A., HAVE GOTTEN OURSELVES INTO. IT IS EXTREMELY CLOSE TO ANARCHY, ESPECIALLY AT THE FEDERAL LEVEL. FOR EXAMPLE, LIKE THE 1787-88 CONSTITUTIONAL CONVENTION*, YOU COULD PUT THE PRESIDENT PRO-TEM OF THE SENATE "IN THE CHAIR" AND DISCUSSION AND VOTES WOULD NOT BE BINDING." HOWEVER, WITH YOU "IN THE CHAIR", ALL VOTES WOULD BE BINDING."

SOMETHING HAS TO BE DONE TO GET US OUT

*AS YOU KNOW, IT WAS JAMES MADISON'S DILIGENCE THAT GOT THE DELEGATES TO PHILADELPHIA. SO, I AM ASKING, CAN YOU, WITH THE HELP OF MRS. OBAMA, "PULL IT OFF?"


OF THIS MESS, AS I SEE THINGS. DID I MENTION IT PREVIOUSLY, THAT IN THIS GENERAL ELECTION I WROTE IN A NAME FOR PRESIDENT SAYING THAT I, IN ESSENCE, WAS VOTING REPUBLICAN BUT NOT FOR MR. TRUMP?

IN CONCLUSION, I SHOULD SAY THAT IN OCTOBER 2014 WHEN I LEARNED THAT FEDERAL JUDGE NELVA GONZALES RAMOS OF TEXAS WAS "HANDLING" THE VOTER ID PROBLEM, I SENT HER SOME INFORMATION ON THE "VOTER ID" MATTER AND SOME OTHER PROBLEMS WITH ELECTIONS IN TEXAS THAT I HAVE HAD EXPERIENCE IN RECENT YEARS. AFTER THAT, SHE HAS KEPT ME INFORMED OF THESE MATTERS "GOING ON IN HER COURT" AND I CONTINUE TO WRITE TO HER WITH SOME COPIES GOING TO CHIEF JUSTICE JOHN G. ROBERTS, JR.— THIS STUFF IN TEXAS, AS I SEE IT, IS SUCH A MESS THAT SHE NEEDS ALL OF THE BACKUP SHE CAN GET! THEREFORE, AS A COURTESY, I AM SENDING A COPY OF THIS LETTER TO HER.

THANK YOU FOR YOUR ATTENTION. PEOPLE THAT I VISIT WITH, SOME, WISH THAT YOU WERE ON THE PRESIDENTIAL BALLOT. I PUT YOU IN THE CATEGORY OF SEC. OF STATE JOHN KERRY. BOTH OF YOU WERE TOO BUSY WITH THE DEMANDS OF YOUR RESPECTIVE "JOBS" TO LAUNCH AN ADEQUATE CAMPAIGN. YOU MAY BE TOO YOUNG TO KNOW THAT THAT WAS LBJ IN 1960. FORTUNATELY, SAM RAYBURN "KNEW HOW TO GET HIM ON THE THREE"

CLU
36 LOMA LINDA
KAYOS ROAD
VADITO, NEW MEXICO
87579

CLERK, U.S. DISTRICT COURT
RECEIVED
NOV 28 2016
SOUTHERN DIST OF TEXAS
CORPUS CHRISTI, TEXAS

THE HONORABLE NELVA GONZALES RAMOS
FEDERAL JUDGE FOR THE SOUTHERN
DISTRICT OF TEXAS
1133 NORTH SHORELINE BLVD., ROOM 208
CORPUS CHRISTI, TEXAS

784
7840182042 0029

FOREVER
B383604 1320 1908

9507 1000 1859 6330 0000 58

USPS

