# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

```
20161121-74
```
C. Richard Quade
3105 21st Street
Lubbock, TX US 79410

United States District Court
Southern District of Texas
FILED

NOV 28 2016

David J. Bradley, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

---

Date: Monday, November 21, 2016
Case Number: 2:13-cv-00193
Document Number: 967 (1 page)
Notice Number: 20161121-74
Notice: The attached order has been entered.

---

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

United States District Court
Southern District of Texas
FILED
NOV 28 2016
David J. Bradley, Clerk of Court

FORWARD TIME EXP RTN TO SEND
QUADE
PO BOX 6939
LUBBOCK TX 79493-6939
RETURN TO SENDER

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 000.46⁵
02 1W
0001374615 NOV 21 2016