# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

```
20161122-158
```

C. Richard Quade
3105 21st Street
Lubbock, TX US 79410

United States District Court
Southern District of Texas
FILED

DEC 01 2016

David J. Bradley, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Tuesday, November 22, 2016
Case Number: 2:13-cv-00193
Document Number: 969 (1 page)
Notice Number: 20161122-158
Notice: The attached order has been entered.

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 000.46
02 1W
0001374615 NOV 23 2016

United States District Court
Southern District of Texas
FILED
DEC 01 2016
David J. Bradley, Clerk of Court

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

FORWARD TIME EXP RTN TO SEND
EDWARD GUADEX
PO BOX 6999
LUBBOCK TX 79493-6999

RETURN TO SENDER