**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

DEC 0 2 2016

David J. Bradley, Clerk of Court

20161121-75
Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Monday, November 21, 2016
Case Number: 2:13-cv-00193
Document Number: 967 (1 page)
Notice Number: 20161121-75
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

United States District Court
Southern District of Texas
FILED
DEC 02 2016
David J. Bradley, Clerk of Court

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002
02 1W
0001374615 NOV 21 2016
$ 000.46⁵

NIXIE        787    DE 1        0011/30/16
        RETURN TO SENDER
        REFUSED
        UNABLE TO FORWARD

BC: 7720819191010    *0533-12254-21-44

[ ] NEED BOOKING #/DOB
[X] INMATE NO LONGER HERE
[ ] ILLEGIBLE WRITING
[ ] NEED INMATE FULL NAME
[ ] NOT ACCEPTED