# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

DEC 06 2016

David J. Bradley, Clerk of Court

20161122-159
Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Tuesday, November 22, 2016
Case Number: 2:13-cv-00193
Document Number: 969 (1 page)
Notice Number: 20161122-159
Notice: The attached order has been entered.

