UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| GREG ABBOTT, *et al.*, | § § § | |
| Defendants. | § § | |

**ORDER**

The Court has considered the Defendants' Motion to File Under Seal their Response to Plaintiffs' Joint Proposed Findings of Fact. After reviewing the arguments, the Defendant's Motion is hereby GRANTED.

Signed on this _____ day of December, 2016.

_____
NELVA GONZALES RAMOS
United States District Judge