# S. CHRISTOPHER SUPRUN JR.
909 Collins Boulevard  Cedar Hill, Texas  75104 · (972) 697-8941 · chris@emsspeaker.com

21 December 2016

2:13cv 193

The Honorable Nelva Gonzales Ramos
District Judge
United States District and Bankruptcy Court
Southern District of Texas
United States Courthouse
1133 North Shoreline Boulevard
Corpus Christi, Texas  78401

Clerk, U.S. District Court
Southern District of Texas
FILED

DEC 23 2016

David J. Bradley, Clerk of Court

Via US Postal Service 9505 5000 1897 6356 0000 56

Dear Judge Ramos:

I am writing to you as a resident of Texas and a Republican Presidential Elector, who represented the 30th Congressional District. I am not an attorney, but nonetheless concerned about a case I believe returned to your docket: the Texas voter identification law.

This year when I attempted to vote early as allowed under Texas Election Code I was denied the opportunity because I did not have my photo identification with me. I did not know anything about the agreement between the plaintiffs and defendants about identification requirements. What I do know is I had left my wallet in my family van while my vehicle was having repairs completed. I knew that people voted without identification if they had their voter identification card and some other sort of documentation such as a utility bill.

In my case I had my city water bill, my cable bill, and my county issued voter card. As I understand it I should have been allowed to cast a provisional ballot. I was not. I write this because after not being able to cast a ballot I was disheartened. I have never missed an election in my life until this one.

Worse, going out of the area I had to make special arrangements to vote which I did because I believe it is both a civic obligation and opportunity. When I went to a second voting location to do this I was told someone else had cast my ballot on a day I was not even in the area. My ballot was cast at a location I am not familiar with and after a Public Information Request it appears no identification was required to vote in the second location. The voter log signature is at best, scribble, and not a signature at all. It is certainly not mine.

All of this leads me to ask you to pick a course and run with it. Either we are required to have identification and it is equally enforced, or we should find the identification requirement unconstitutional and move forward. I am not sure which I prefer, but I know that the fact my ballot was stolen from me is offensive. Granted I had a second opportunity to vote for President as a member of the Electoral College, but I do not show up to vote every four years just for that. I am a voting addict and try to be informed about every race I am asked to cast a ballot in, every year in primaries, in run offs, and in general elections.

Respectfully I ask you to please restore integrity to our elections by paving a way for none to be disenfranchised, but all to be treated fairly. If I can be of any assistance I am happy to do so, but given the platform of the position I held in this most recent Presidential election I feel it important to speak out about voting access issues, and since they affected me I clearly want my voice heard. Unfortunately thus far neither local, not state authorities are acting in a manner I would consider responsible or conducive to voter participation.

Thank you for your attention to this matter. I wish you a Merry Christmas and I remain respectfully yours,

In friendship and service,

Stephen C Suprun Jr.
Presidential Elector
2016 Texas Congressional District 30

From:
Stephen Christopher Suprun Jr
909 Collins Blvd
Cedar Hill, TX 75104

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL**

Apply Priority Mail Postage Here



P

U.S. POSTAGE
$6.45
PM 3-DAY
75260 0006
Date of sale
12/21/16
A0826 222 1144314
06  2S00
08356161

**PRIORITY MAIL 3-DAY™**

EXPECTED DELIVERY 12/27/2016

SHIP TO: The Honorable Nelva Gonzales Ramos   0006
District Judge
United States District and Bankruptcy Court
Southern District of Texas
United States Courthouse

1133 N SHORELINE BLVD
CORPUS CHRISTI TX 78401-2003

CLERK U.S. DISTRICT COURT
RECEIVED
DEC 23 2016
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI

**USPS TRACKING NUMBER**



9505 5000 1897 6356 0000 56



# PRIORITY MAIL

UNITED STATES POSTAL SERVICE

www.usps.com

© USPS 1995

EP-14 H April 2000

**Mail bearing stamp postage inside the mailer must be canceled by U.S. Postal Service prior to inserting into mailer.**

**HOW TO USE:**

1. Place pre-addressed envelope inside this Priority Mail mailer.
   - Make sure the address shows through the window
   - Any postage placed on the envelope must appear in the window area
   - Any postage applied to the envelope must be canceled by a USPS employee
2. Affix (appropriate) Priority Mail postage or meter strip to the front of the Priority Mail mailer
3. Seal flap on Priority Mail mailer envelope