DECEMBER 26, 2016

THE HONORABLE NELVA GONZALES RAMOS
FEDERAL JUDGE FOR THE SOUTHERN DISTRICT
      OF TEXAS
UNITED STATES DISTRICT COURT
4/O DAVID J. BRADLEY, CLERK FOR THE COURT
1133 NORTH SHORELINE BLVD, ROOM 208
CORPUS CHRISTI, TEXAS  78401

Clerk, U.S. District Court
Southern District of Texas
FILED

JAN 03 2017

David J. Bradley, Clerk of Court

DEAR JUDGE GONZALES RAMOS:

    RE: AMICUS CURIAE BRIEFS FOR THE
        CIVIL ACTION NO. 2:13-CV-00193;
        MARC VEASEY, ET AL, PLAINTIFFS,
                   VERSUS
        GREG ABBOTT, ET AL, DEFENDANTS.

    LET ME BEGIN BY SAYING THAT I APPRE-
CIATE THE PATIENCE OF YOUR STAFF AS I DID
NOT HAVE THE COMPLETE INFORMATION WITH
REGARDS TO PARTICULAR CAUSE STATED. NEXT
LET BE SAY THAT I AM WELL-AWARE THAT A
JUDGE CAN ONLY RULE UPON WHAT IS PRE-
SENTED BY THE PLAINTIFF(S) AND DEFEN-
DANT(S). HOWEVER, IT IS EXPECTED THAT THE
JUDGE WILL SEE A BIGGER PICTURE THAN
EITHER OF THE ADVERSARY PARTIES. FUR-
THER, AS THINGS "MOVE UP THE COURT LAD-
DER," THE HIGHER COURTS WILL SEE A BIG-
GER PICTURE THAN THE LOWER COURTS. THIS
IS WHERE THE AMICUS CURIAE, FRIEND OF
THE COURT, COMES IN. AS I WRITE "THIS

STUFF" UP AND PRESENT IT TO THE COURTS, I TAKE THE POSITION THAT IT MAY OR MAY NOT BE HELPFUL TO THE JUDGE(S) AND THE RESPECTIVE STAFF.

TODAY LET ME BEGIN HERE: I HAVE BEEN INTERESTED, SINCE I ENTERED THIS NEW ARENA FOR ME A FEW YEARS BACK, WHAT WAS GOING ON IN THE COLONY THEN STATE OF NEW YORK WHEN IT CAME TO THE DECLARATION OF INDEPENDENCE AND THE WRITING OF THE U.S. CONSTITUTION. I TRAVEL, BY CAR, TO NYC A LOT AND WILL BE THERE THE FIRST WEEK OF 2017. I WANTED A COPY OF THE HISTORY OF THE STATE OF NEWYORK TO HELP ME WITH THIS. SO I "HIKED" TO A BARNES AND NOBLE BUT ONLY FOUND HISTORIES OF NYC. BUT "BACK HOME", B AND N FOUND THIS FOR ME: HISTORY OF THE STATE OF NEW YORK, POLITICAL AND GOVERNMENTAL, BY RAY B. SMITH (FORGOTTEN BOOKS, WRITTEN IN 1921, CLASSIC REPRINT SERIES.) THIS BOOK DID NOT ANSWER MY QUESTIONS BUT IT IS RELEVANT TO WHAT IS GOING ON IN YOUR COURT!

I USE THE PHASE "EQUAL PROTECTION UNDER THE LAW" A LOT. IT WAS "DRUMMED INTO" ME" 1-12 BACK IN THE 1940s AND 50s IN PUBLIC SCHOOL. I HAVE USED IT WHEN IT COMES

to capital punishment. For example, it must be all states in the U.S. or none when it comes to capital punishment for similar or identical offenses. It is enforce by Canada and Mexico, for example, who will not allow extridition back to a state in the U.S. if the crime is to be tried as a "capital offense." Further, I have not read where a defense attorney arguing before the U.S. supreme court has raised this point. In a similar vein, the U.S. courts have not ruled on the matter of "dual citizenship" nor where or not a U.S. indian born in "indian nation" is eligible to be president of the U.S.. For other offices, residency can be, and has been, established outside "indian nation."

This is background for what I found to be troublesome. It was reported in USA Today after deceased justice scalia and another were speaking to the law school at "ole miss", that Mr. scalia did not believe in "equal protection under the law!!!" in the re-

PUBLIC LAW SECTION OF THE ABOVE MENTIONED BOOK, THE PHRASE "EQUAL PROTECTION UNDER THE LAW" IS USED OVER AND OVER AGAIN WHEN IT CAME TO THE RECENTLY RELEASED SLAVES! FURTHER, THE WRITER FOR THE DEMOCRATS POINTS OUT THAT THE DEMOCRATIC PARTY AFTER THE CIVIL WAR SPOKE ONLY FOR THE "WHITES" IN THE SOUTH AND WERE OPPOSED TO THE 15TH AND 16TH AMENDMENTS TO THE U.S. CONSTITUTION AND THE ONE REPEALING THE "POLL TAX." MORE RECENTLY, LBJ LOST ALL OF HIS FRIENDS IN THE SENATE FROM THE SOUTH OVER THE CIVIL RIGHTS ACT: ALL SOUTHERN SENATORS VOTED AGAINST IT EXCEPT THE "LIBERAL" DEMOCRAT FROM TEXAS FROM TEXAS, RALPH YARBBOUGH(?). "GEORGE 41" EVEN POINTED THIS OUT WHEN HE RAN AGAINST HIM FOR RE-ELECTION. EVEN THE REPUBLICAN SENATOR FROM TEXAS, JOHN TOWER, VOTED AGAINST THE CIVIL RIGHTS ACT.

LET ME CONCLUDE THIS DISCUSSION BY SAYING 1) IT LOOKS LIKE THERE HAS BEEN A "ROLE REVERSAL" BETWEEN DEMOCRATS AND

REPUBLICANS WHEN IT COMES TO SUPPORTING
WHAT I WILL CALL "WHITE INTERESTS" IN
THE SOUTH; THIS COULD HAVE STARTED IN
THE ELECTION OF 1948 WHEN THE DIXIE-
CRATS BOLTED THE DEMOCRAT CONVEN-
TION. (I WAS 12 YEARS OLD BUT LISTENED
TO EVERY WORD OF BOTH CONVENTIONS). AS
YOU RECALL, STROM THURMOND OF SOUTH
CAROLINA SWITCHED TO BEING A REPUBLICAN.
2) THIS NULLIFICATION OF FEDERAL LAW
AS ADVANCED BY TEXAS GOV. GREG ABBOTT
IN EARLY 2015 IS NOT NEW. AS POINTED
OUT IN THE ABOVE MENTIONED BOOK, SOUTH
CAROLINA TRIED IT WHEN IT CAME TO TAR-
IFFS BUT "THE REBELLION" WAS "PUT DOWN"
BY PRES. ANDREW JACKSON. AND IT OFTEN
RE CURRED AGAIN AND AGAIN AFTER THE
CIVIL WAR.

IN CONCLUSION, A LOT OF THE MATERIAL I
HAVE SENT TO YOU INDICATES THAT "I HAVE
BEEN INJURED" BY TEXAS TECH, LUBBOCK, AND
THE STATE OF TEXAS WHEN IT COMES TO AP-
PLICATION OF TEXAS TECH POLICY BACKED UP BY
STATE OF TEXAS AND FEDERAL LAW. IT IS EX-
TREMELY WELCOME FOR ME TO BE IN NEW
MEXICO AT THIS TIME. C. Rich ____



12-25-2016
ENCLOSED WITH THE
ATTACHED LETTER,
ARE THE THREE(3)
THINGS RETURNED
TO ME. I TRULY
APPRECIATED
THE TIME THAT
YOU HAVE GIVEN
ME!
CRQ

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

# MEMORANDUM

December 8, 2016

**TO:**       Mr. CRQ

**FROM:**     United States District Clerk's Office

**SUBJECT:**  Letter of Nov. 29, 2016

---

Dear Sir:

The United States District Clerks Office has received your documents.  We are unable to do anything with them because there is no Case number on them.

Thank you.

THE HONORABLE TOM HEAD                           NOVEMBER 21, 2016

COUNTY JUDGE
LUBBOCK COUNTY COURTHOUSE                COPIED TO FEDERAL
904 WEST BROADWAY STREET                 JUDGE NELVA
LUBBOCK, TEXAS   79401                   GONZALES RAMOS

                                         CMR

DEAR JUDGE HEAD:

IT IS NECESSARY FOR ME TO WRITE THIS LETTER, MUCH TO MY REGRETS. IT CONCERNS MY WIFE, JANE. I, AND THE WHOLE LUBBOCK COUNTY COURTHOUSE AS WELL AS OUR IMMEDIATE AND EXTENDED FAMILY, NEED A COMPETENT DIAGNOSIS ABOUT HER MENTAL STATE. OVER THE YEARS SHE HAS CONSULTED VARIOUS PSYCHIATRISTS, PSYCHOLOGISTS, REGULAR M.D.'S, ETC.. AND HAS ATTENDED SORTS OF "GROUP THERAPY." AS YOU ARE AWARE, I AM ENGAGED "IN POLITICS", EVEN TO THE HIGHEST LEVELS OF OUR FEDERAL GOVERNMENT. FOR THOSE WHO DO NOT LIKE, OR AGREE WITH, MY POLITICS, ONE WAY TO ATTEMPT "TO HARNESS ME" IS TO GET TO JANE SINCE IT IS WELL ESTABLISHED THAT SHE IS AND ALWAYS HAS BEEN "MY ONE AND ONLY."

MY REQUEST, AS STRONG AS POSSIBLE, IS THAT YOU ASK HER TO SEE A PSYCHIATRIST OUTSIDE OF LUBBOCK. AT THIS POINT, SOMEONE AT UT-SOUTHWESTERN IN DALLAS WILL DO. FROM MY EXPERIENCE, SHE WILL RESPOND TO YOU. THERE IS ESSENTIALLY "ZERO" DES- CANTE IN HER WHEN IT COMES TO AUTHORITY. HOW EVER, IF SHE DOES NOT LIKE THE AUTHORITY, THE APPLICATION OF IT THAT IS, SHE DOES BEAR GRUDGES. FURTHER, I AM WELL AWARE THAT AS RECENTLY AS 2005, TEXAS RANKED NO BETTER THAN 45/50 IN THE TREATMENT OF MENTAL HEALTH. BEFORE MEN- TAL CAN BE TREATED PROPERLY, IT MUST BE DIAG- NOSED PROPERLY! SO, HERE AND THERE, SOME-

TAING #13-CV00185 — DOCUMENT 092 — -2-

HEALTH, GENERALLY SPEAKING, IN TEXAS. CRQ

HERE IS SOME BACKGROUND: BEFORE WE WERE MARRIED, JANE TOLD ME THAT SHE HAD BEEN, TO SOME EXTENT, SEXUALLY ABUSED BY HER FATHER. IT SEEMS THAT HER MOTHER KNEW AND CONSULTED THEIR PASTOR. HER DAD WAS EXTREMELY PROMINANT IN THEIR HOMETOWN AND THE CHURCH. I HAD NO PROBLEM WITH THIS UNTIL HER FATHER DIED IN THE SPRING OF 2006. THEN HER ATTITUDE TO- WARDS ME CHANGED GRADUALLY AND THEN VERY QUICKLY THE BEGINNING OF APRIL 2008. THERE WERE A LOT OF THINGS ON MY PLATE BUT THE ONLY DIFFICULT AND COMPLICATED ONE WAS THE UPCOMING SECOND MARRIAGE OF ONE OF OUR DAUGHTERS IN LATE MAY. SHE HAD BEEN PROPOSED TO, AND ACCEPT- ED IN JANUARY 2008. THERE WERE MANY COM- PLICATIONS OUR DAUGHTER NEEDED TO WORK OUT WITH US. I'LL ONLY MENTION TWO: 1) SHE HAD PREVIOUSLY TOLD JANE THAT SHE WOULD NOT REMARRY UNTIL THEIR YOUNGEST CHILD WAS OUT OF HIGHSCHOOL; HE STILL HAD A YEAR TO GO. AND 2) WE OWNED THE HOUSE IN DUNCANVILLE THAT SHE AND THE 3 KIDS WERE LIVING IN: CRQ, JAK, AND MAC — JTWROS. THE DAUGHTER "HOMESTEADED" AND KEPT UP THE MAINTANENCE & REPAIR, TAXES, INSURANCE, ETC.. SHE REFUSED TO BRING THIS FELLOW TO LUBBOCK TO TALK THROUGH THIS STUFF. I DID NOT GET ANY HELP FROM JANE. I MANAGED THE SITUATION AS BEST I COULD AND DID NOT ATTEND THE WEDDING IN

DALLAS WHICH PISSED OFF THE REST OF OUR KIDS. BEFORE LONG, THIS GUY RAN OFF WITH ANOTHER WOMAN AFTER LEAVING OUR DAUGHTER MORE HEAVILY IN DEBT FROM WHICH SHE HAS NOT RECOVERED. I/WE SANK IN A LOT OF MONEY, GREATER THAN $100K, FOR THE SAKE OF OUR GRAND KIDS. THIS DAUGHTER NEVER TALKS OF MAKING "GOOD" AND IS NOW "HOOKED UP" WITH ANOTHER FELLOW.

IN LATE 2006, JANE WAS DIAGNOSED AS BEING, OR SUFFERING FROM, DEPRESSED BY LAURA BAKER, M.D. TTUHSC FAMILY PHYSICIANS. SHE TOLD ME THAT IS JANE. SYMPTOMS OF DEPRESSION HAD APPEARED IN THE TEXAS TECH NEWS PAPER. I READ THEM TO JANE AND WE BOTH AGREED SHE DID NOT MEET THOSE SYMPTOMS. SO, SHE DID NOT TAKE THE PRESCRIBED ANTI-DEPRESSANT. IN FEBRUARY 2007 I HAD MY ANNUAL PHYSICAL WITH JACK DYER, M.D. OF TTUHSC FAMILY PHYSICIANS. I MENTIONED JANE'S SITUATION. HE RESPONDED: "THERE ARE DEGREES OF DEPRESSION." I RESPONDED: "I DO NOT WANT JANE ON DRUGS AS WE WORK THROUGH THIS." HIS REPLY: "YOU'RE A GOOD MAN." AT THE TIME, I HAD NO IDEA WHAT WORKING THROUGH THIS WOULD BE!

THERE ARE OTHER TIMES SINCE WHEN I HAVE BEEN INVOLVED WITH JANE'S DOCTORS. BUT I PREFER TO SAY AS LITTLE AS POSSIBLE, NO MORE THAN NECESSARY, TO GET YOU TO LOOK INTO THE MATTER. JANE DOES/HAS TAKEN A LOT OF PILLS, VITAMINS, ETC., A HORMONE, ETC..

BUT AS FAR AS I AM AWARE, NOT AT ALL ROBOTS.
AS HAVE YOU, I HAVE READ ALDOUS(?) HUXLEY'S
BOOK FROM ~1932 -- <u>BRAVE NEW WORLD</u>.

THE ONLY REASON FOR ME TO BE IN LUB-
BOCK AT THIS STAGE OF MY LIFE IS JANE. AND
ONCE THAT RELATIONSHIP HAS "BITTEN THE
DUST", I HAVE BEEN "IN AND OUT." RIGHT NOW
I AM RESIDING AT OUR CABIN IN NEW MEXICO
AND HAVE A NEW MEXICO DRIVER'S LICENSE. I
DO SPEND TIME IN NORMAN, OKLAHOMA AND
TRAVEL QUITE A BIT. IN NOVEMBER 2013 I WENT
AROUND THE WORLD WEST TO EAST. IN OCTOBER
2014 THE SAME BUT EAST TO WEST. ALSO, I
SPEND TIME IN LAS VEGAS, NEVADA, NEW YORK
CITY, ORLANDO, FLORIDA, VILLAMOURA, PORTUGAL, AND
DO REPOSITIONING CRUISES WITH "PORTS OF CALL."

BECAUSE I AM INVOLVED WITH ELECTIONS IN
TEXAS, FEDERAL COURT IN CORPUS CHRISTI, I KEPT
MY RESIDENCE IN TEXAS THROUGH THE NOVEMBER
ELECTION. I ANTICIPATE ESTABLISHING RESIDENCY
WITH NEW MEXICO. AN IMPORTANT MATTER IS THAT
THE <u>ELECTORAL COLLEGE</u> HAS NOT YET MET.
THERE ARE OTHER THINGS. HOPEFULLY THIS
WILL BE ENOUGH FOR YOU.

RESPECTFULLY YOURS,
C. Richard Green CRG
38 LOMA LINDA RANCH ROAD
VADITO, NEW MEXICO
87579

*Cr⁴*

## INFORMATION CONCERNING THE DURABLE
## POWER OF ATTORNEY FOR HEALTH CARE

**THIS IS AN IMPORTANT LEGAL DOCUMENT. BEFORE SIGNING THIS DOCUMENT, YOU SHOULD KNOW THESE IMPORTANT FACTS:**

Except to the extent you state otherwise, this document gives the person you name as your agent the authority to make any and all health care decisions for you in accordance with your wishes, including your religious and moral beliefs, when you are no longer capable of making them yourself. Because "health care" means any treatment, service, or procedure to maintain, diagnose, or treat your physical or mental condition, your agent has the power to make a broad range of health care decisions for you. Your agent may consent, refuse to consent, or withdraw consent to medical treatment and may make decisions about withdrawing or withholding life-sustaining treatment. Your agent may not consent to voluntary inpatient mental health services, convulsive treatment, psychosurgery, or abortion. A physician must comply with your agent's instructions or allow you to be transferred to another physician.

Your agent's authority begins when your doctor certifies that you lack the capacity to make health care decisions.

Your agent is obligated to follow your instructions when making decisions on your behalf. Unless you state otherwise, your agent has the same authority to make decisions about your health care as you would have had.

It is important that you discuss this document with your physician or other health care provider before you sign it to make sure that you understand the nature and range of decisions that may be made on your behalf. If you do not have a physician, you should talk with someone else who is knowledgeable about these issues and can answer your questions. You do not need a lawyer's assistance to complete this document, but if there is anything in this document that you do not understand, you should ask a lawyer to explain it to you.

The person you appoint as agent should be someone you know and trust. The person must be 18 years of age or older or a person under 18 years of age who has had the disabilities of minority removed. If you appoint your health or residential care provider (e.g., your physician or an employee of a home health agency, hospital, nursing home, or residential care home, other than a relative), that person has to choose between acting as your agent or as your health or residential care provider; the law does not permit a person to do both at the same time.

You should inform the person you appoint that you want the person to be your health care agent. You should discuss this document with your agent and your physician and give each a signed copy. You should indicate on the document itself the people and institutions who have signed copies. Your agent is not liable for health care decisions made in good faith on your behalf.

Even after you have signed this document, you have the right to make health care decisions

*DURABLE POWER OF ATTORNEY FOR HEALTH CARE - PAGE 1*

for yourself as long as you are able to do so and treatment cannot be given to you or stopped over your objection.  You have the right to revoke the authority granted to your agent by informing your agent or your health or residential care provider orally or in writing, or by your execution of a subsequent durable power of attorney for health care.  Unless you state otherwise, your appointment of a spouse dissolves on divorce.

This document may not be changed or modified.  If you want to make changes in the document, you must make an entirely new one.

You may wish to designate an alternate agent in the event that your agent is unwilling, unable, or ineligible to act as your agent.  Any alternate agent you designate has the same authority to make health care decisions for you.

**THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS SIGNED IN THE PRESENCE OF TWO OR MORE QUALIFIED WITNESSES.   THE FOLLOWING PERSONS MAY NOT ACT AS WITNESSES:**

(1)     the person you have designated as your agent;

(2)     your health or residential care provider or an employee of your health or residential care provider;

(3)     your spouse;

(4)     your lawful heirs or beneficiaries named in your will or a deed; or

(5)     creditors or persons who have a claim against you.

I have received the above disclosure statement; I have read it and I understand it.

_____
Jane Anne Quade

DURABLE POWER OF ATTORNEY FOR HEALTH CARE - PAGE 2

# DURABLE POWER OF ATTORNEY FOR HEALTH CARE

## DESIGNATION OF HEALTH CARE AGENT

I, Jane Anne Quade, appoint:

Name: Charles Richard Quade

Address: 3105 21st Street
Lubbock, Texas 79410

Phone: (806) 799-4194

as my agent to make any and all health care decisions for me, except to the extent I state otherwise in this document. This durable power of attorney for health care takes effect if I become unable to make my own health care decisions and this fact is certified in writing by my physician.

## LIMITATIONS ON THE DECISION MAKING AUTHORITY OF MY AGENT ARE AS FOLLOWS: None.

## DESIGNATION OF ALTERNATE AGENT.

(You are not required to designate an alternate agent but you may do so. An alternate agent may make the same health care decisions as the designated agent if the designated agent is unable or unwilling to act as your agent. If the agent designated is your spouse, the designation is automatically revoked by law if your marriage is dissolved.)

If the person designated as my agent is unable or unwilling to make health care decisions for me, I designate the following persons to serve as my agent to make health care decisions for me as authorized by this document, who serve in the following order:

*IF YOU ARE NOT AWARE, YOU SHOULD BE THAT, EVEN THOUGH JANE HAS BEEN PLACED UNDER CONSIDERABLE DURESS BY OUTSIDE PARTIES, SHE HAS BEEN ABLE TO TAKE CONSIDERABLE CAUTION TO MAKE CERTAIN

A. First Alternate Agent

THAT ALL LEGAL DOCUMENTS PREPARED BY THE ATTORNEY SHE IS USING

Name: Mary Elizabeth Quade Waller

WHO HAPPENS TO BE OUR DAUGHTER'S ATTORNEY CONTAIN NO INCORRECT FACTUAL INFORMATION FROM HER. HOWEVER, INCOMPETENCE AND/OR COR-
RUPTION BY THE ATTORNEY INDICATES CLEARLY THAT ALL OF THE DOCU-

B. Second Alternate Agent

MENTS PREPARED BY HIM ARE NOT EVEN CLOSE "TO PROPER LEGAL FORM."

Name: Charles Ernest Quade

IT HAS BECOME NECESSARY FOR CRQ TO FILE CRIMINAL CHARGES AGAINST THIS ATTORNEY WITH LUBBOCK COUNTY DA MATT POWELL.

The original of this document is kept at my residence, 3105 21st Street, Lubbock, Texas 79410.

WHAT I AM LOOKING FOR IS A COMPETENCY DECISION ON JANE. HOPEFULLY SHE WILL COME OUT "WITH A CLEAN BILL OF HEALTH." AS YOU KNOW I GOT THAT FROM JUDGE SHAW IN SPRING 1996.
CRQ

*CRA*

The following individuals or institutions have signed copies:

     Name:    Dr. Laura Baker
     Address:  3502 9th Street, Suite G-10
                 Lubbock, Texas 79415


**DURATION**

     I understand that this power of attorney exists indefinitely from the date I execute this document unless I establish a shorter time or revoke the power of attorney. If I am unable to make health care decisions for myself when this power of attorney expires, the authority I have granted my agent continues to exist until the time I become able to make health care decisions for myself.

     (IF APPLICABLE) This power of attorney ends on the following date: <u>Not applicable</u>.


**PRIOR DESIGNATION REVOKED**

     I revoke any prior durable power of attorney for health care.


**ACKNOWLEDGMENT OF DISCLOSURE STATEMENT**

     I have been provided with a disclosure statement explaining the effect of this document. I have read and understand that information contained in the disclosure statement.

     I sign my name to this durable power of attorney for health care on this the 10th day of March, 2004, at Lubbock, Texas.


                                                _____
                                              Jane Anne Quade


*DURABLE POWER OF ATTORNEY FOR HEALTH CARE - PAGE 4*

**STATEMENT OF WITNESSES**

I declare under penalty of perjury that the principal has identified himself or herself to me, that the principal signed or acknowledged this durable power of attorney in my presence, that I believe the principal to be of sound mind, that the principal has affirmed that the principal is aware of the nature of the document and is signing it voluntarily and free from duress, that the principal requested that I serve as witness to the principal's execution of this document, that I am not the person appointed as agent by this document, and that I am not a provider of health or residential care, an employee of a provider of health or residential care, the operator of a community care facility, or an employee of an operator of a health care facility.

I declare that I am not related to the principal by blood, marriage, or adoption and that to the best of my knowledge I am not entitled to any part of the estate of the principal on the death of the principal under a will or by operation of law.

Witness Signature: _____

      Name: Richard Dudek
      Date: March 10, 2004
      Address: 3707 46th Street
              Lubbock, Texas 79413

Witness Signature: _____

      Name: Jeanna Lee
      Date: March 10, 2004
      Address: 3109 21st Street
              Lubbock, Texas 79410

*DURABLE POWER OF ATTORNEY FOR HEALTH CARE - PAGE 5*

38 Lower Linda
Kanuch Koth
Vadito, New Mexico
87579

THE HONORABLE NELVA GON ZALES RAMOS
FEDERAL JUDGE FOR THE SOUTHERN
DISTRICT OF TEXAS
C/O DAVID BRADLEY, CLERK FOR THE COURT
1133 NORTH SHORELINE BLVD, ROOM 208
CORPUS CHRISTI, TEXAS

CLERK, U.S. DISTRICT COURT
SOUTHERN DIST. OF TEXAS
RECEIVED
NOV 25 2016
CORPUS CHRISTI, TEXAS

USPS CERTIFIED MAIL

9507 1000 1859 6327 0000 61

78401-204258   2840 1

S® FIRST-CLASS MAIL®

SHIP TO:

1133 N SHORELINE BLVD STE 208
CORPUS CHRISTI TX 78401-2042

0 lb. 0.90 oz.

U.S. POSTAGE
$3.77
FCM LETTER
87501
Date of sale
11/22/16
06 2500
0825976S
SSK
82056 1122 1738 13

NOVEMBER 23, 2016

THE HONORABLE MATT POWELL
DISTRICT ATTORNEY FOR LUBBOCK,
    COUNTY, TEXAS
LUBBOCK COUNTY COURTHOUSE
904 WEST BROADWAY STREET
LUBBOCK, TEXAS 79401

HAND COPY

DEAR MR. POWELL:
    IT HAS BECOME NECESSARY TO FILE MORE
CRIMINAL CHARGES VIA YOU. I HAVE YET TO HEAR
THAT YOU HAVE TAKEN ACTION WITH REGARDS TO
ANY OF MY PREVIOUS FILINGS. A COPY OF THIS
LETTER IS BEING SENT TO FEDERAL JUDGE
NELVA GONZALES RAMOS.

    THE CHARGES ARE UNAUTHORIZED AND UN-
LAWFUL ENTRY OF 3105 (WEST) 21st STREET, LUB-
BOCK, TEXAS 79410, WITH THE HELP OF A LOCK-
SMITH WHOSE NAME COULD BE DECKLMAN (?). I
AM WRITING FROM NEW MEXICO AND DO NOT
HAVE MY LUBBOCK PHONE BOOK WITH ME. THE
CHARGES ARE AGAINST

            MARY ELIZABETH QUADE (WALLER)
            3601 46TH STREET
            LUBBOCK, TEXAS 79413.

SHE IS ALSO "THE PRESUMED" OWNER OF DANNY'S
CATERING AND THE KOKO PALACE AND ASSOCIATED

PROPERTIES. SHE ALSO, AS FAR AS I KNOW, IS MY DAUGHTER. AND MRS. JANE A QUADE'S, OF PARK TOWER APARTMENTS, DAUGHTER.

THE ENTRY IS UNAUTHORIZED, IF AND ONLY IF, MRS. QUADE IS <u>NOT</u> A JOINT OWNER OF 3105 21ST. MRS. QUADE TELLS ME THAT "PAPER-WORK" FILED WITH THE LUBBOLK COUNTY CLERK BY A LUBBOLK ATTORNEY REMOVES HER FROM BEING A JOINT OWNER. ANDREA WOLF, OF LUB-BOLK ABSTRACT AND TITLE, COULD VERY WELL HELP YOUR STAFF CLARIFY THE MATTER SINCE MS. WOLF FILED "THE PAPERWORK" THAT MADE MRS. QUADE A JOINT OWNER.

IF MRS. QUADE IS NO LONGER A JOINT OWNER, PLEASE PROCEED WITH THE CHARGES, AND IN-CLUDE THE LOCKSMITH WHILE YOU'RE AT IT. OVER THE PAST FEW DECADES THERE HAS BEEN WAY TOO MUCH NONSENSE OUT OF OUR CHILDREN, ES-PECIALLY SOME OF THE GIRLS. MRS. QUADE <u>MAY</u> BE ABLE TO HELP YOU CLARIFY THINGS. WHETH-ER OR NOT "UNDER OATH" IS NOT CLEAR TO ME AT THIS TIME.

THANKS FOR YOUR ASSISTANCE IN THIS MATTER.

RESPECTFULLY YOURS,

L- Rich June

38 LOMA LINDA RANCH RD.

VADITO, NEW MEXICO 87579

USPS

9507 1000 1859 6330 0000 58

B363604 320 908

FOREVER

CPol
38 Lomo Linda
Private Road
Vadito, New Mexico
87579

THE HONORABLE NELVA GONZALES RAMOS
FEDERAL JUDGE FOR THE SOUTHERN
DISTRICT OF TEXAS
1133 NORTH SHORELINE BLVD., ROOM 208
CORPUS CHRISTI, TEXAS

784

78401$2042 C029

CLERK U.S. DISTRICT COURT
RECEIVED
NOV 23 2016
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI

U.S. POSTAGE

**USPS® FIRST-CLASS M**

820561725 19 1248

FC
11
26
08.

SHIP
TO:

1133 N SHORELINE BLVD STE

C212

7804 0132 0042 5882 29

ATTN = "BC"

OFFICE OF THE CLERK OF THE COURT FOR JUDGE NELVA GONZALES RAMOS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

1133 NORTH SHORELINE BLVD, ROOM 208

CORPUS CHRISTI, TEXAS 78401

## FYI

MORE FOR "VOTER ID" CAUSE.

From C. Biel Grass (CHARLES) RICHARD QUADE

NOTE: THIS SO-CALLED SKIN PROBLEM I HAD STARTING IN 9/10-2007 IS A MYSTERY. SUPPOSE DONE AT THE TIME BY A TTUHSC M.D. SAID THAT I HAD A SERIOUS PROBLEM. SO "CUTTING" WAS DONE ON MY FACE 9/10 DAY, 10-12-2007, THE M.D. DOING THE 9/10 FACES WAS TURNED AT TTUHSC. A WHILE LATER A DERMATOLOGIST WITH M.D. AND RESIDENCY FROM [TTUHSC] SAID

THAT I NEEDED A DERMATOLOGIST ON DR        THAT THIS (BIOPSY(?)) SHOWED
                                            ONE OF MY ELBOWS, I ASKED

FOR A 2ND OPINION FROM MY "REGISTERED NURSE THIS FELLOW WHO A CHINESE TO DO HIS RESIDENCY BUT TURNED IT DOWN TO DO IT

AT TTUHSC. IT MUST HAVE COME BACK NEGATIVE BECAUSE I WROTE A HEAD BACK FROM THIS "DOC." ALSO, I ASKED [FOR ANOTHER BIOPSY. TO BE DONE ELSEWHERE AND IT CAME BACK FROM DALLAS - HIGH LAND PARK VILLAGE. I HAD TO PAY "OUT OF POCKET" FOR THIS "OUT OF REGION" BIOPSYS AS WELL AS A LOT OF OTHER SIMILAR STUFF. THIS LAST FELLOW WITH TTUHSC BACKGROUND SAID THAT HE WAS A FORMER STUDENT OF MINE. WHAT WENT WRONG? IT HAS BEEN MORE SHADY FOR YOUR MOM AND I TO DO "DOUBLE CHECKS" FOR BOTH OF HER OUT A OUR LARGE MEDICAL AREA.

THIS IS ON THE OUTSIDE, BACK OF AN ENVELOPE SENT TO OUR SON IN DALLAS ON 12-1-2016. THIS IS AN EXTREMELY SERIOUS PROBLEM, AMONG OTHERS, FOR JANE AND ME. WITH THIS "FUNNY STUFF" GOING ON HSE STYLE IS TO CONSULT DOCTORS MORE OFTEN. MINE, LESS OFTEN. DOES THIS GO ON ALL OVER TEXAS? IN GENERAL,