CRR
38 LOMA LINDA
RANCH ROAD
VADITO, NEW MEXICO
87579

U.S. DISTRICT COURT
RECEIVED
DEC 05 2016
SOUTHERN DIST OF TEXAS
CORPUS CHRISTI, TEXAS

ALBUQUERQUE NM 870

02 DEC 2016 PM 4 L

ATTN: "BCM"
OFFICE OF THE CLERK OF
THE COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
1133 N. SHORELINE, ROOM 208
CORPUS CHRISTI, TEXAS

UNITED S...
SOUTHERN DISTRICT OF...
1133 NORTH SHORELINE BLVD,
CORPUS CHRISTI, TEXAS 78401

    RE: THE REVERSE SIDE WITH RESUBMITTED ENCLOSURE.

PLEASE ACCEPT MY APOLOGY FOR NOT SPECIFYING THE CAUSE BEFORE THE COURT OF THE HONORABLE NELVA GONZALES RAMOS. EVERYTHING THAT I SUBMIT IS RELATED TO THE "VOTER ID" CAUSE! THERE IS THE QUESTION OF "THE MOTIVE" WITH REGARDS TO THE LAW ENACTED BY THE TEXAS LEGISLATURE, SIGNED INTO LAW BY THE GOVERNOR, AND EXECUTED BY THE SECRETARY OF STATE.

I SUBMIT MY AMICUS CURIAE BRIEFS IN THE FORM OF LETTERS THAT TEXAS IS TAKING AN OBSTRUCTION-ESS, PATTERN OF METHOD IN THE ENFORCEMENT AND JUDGING OF LAW, STATE AS WELL AS FEDERAL AND THE "VOTER ID" ISSUE IS JUST "THE TIP OF THE ICEBERG" AND THE LEAST-SERIOUS AND HAS EVERY INDICATION OF "BEING DIVERSIONARY." JUST LOOK AT THE PHILOSOPHY FROM WHICH GOVERNOR ABOTT OPERATES: HIS NINE (9) PROPOSED CONSTITUTIONAL AMENDMENTS FOR THE U.S. CONSTITUTION. IT GOES FURTHER WITH THE GAY LEGAL (NOT MARRIAGE FORMA) UNION SITUATION WHICH IS HERE TO STAY VIA THE U.S. SUPREME COURT PLUS HIS APPROACH TO THIS

—2—

MATTER OF BABIES BORN IN TEXAS WHERE FOREIGN EMBASSIES ARE INVOLVED. THIS, AS WELL AS MANY OTHER MATTERS THAT HAVE SURFACED NEED TO BE PART OF THE REVISED IMMIGRATION LAW.

# UNITED STATES COURT
## SOUTHERN DISTRICT OF TEXAS

Because the paper you sent to be filed is defective in one or more of the below areas, it cannot be processed as it is. Please re-submit with correct information. Thank you.

\_\_\_\_\_   The case number is wrong for this court.

\_\_\_\_\_   The case number was not included and party has several cases with this court.

\_\_\_\_\_   You must either file a new case or tell us the correct case number of the one that has been filed.

__X__   No case number was included.

\_\_\_\_\_   The party's name was omitted or;

\_\_\_\_\_   The party's name is not in a case in this court.

\_\_\_\_\_   Other:
_____
_____
_____
_____
_____

TO REPEAT, I AM IN FAVOR OF SOME FORM OF "VOTER

UNITED STATES DISTRICT COURT
1133 NORTH SHORELINE, SUITE 208
CORPUS CHRISTI, TEXAS 78401
PHONE: 361/888-3142

ID." FURTHER, I AM AN ADVOCATE OF A U.S. NATIONAL IDENTITY CARD THAT IS ISSUED AT BIRTH OR UPON ENTRY INTO THE U.S. THAT MUST BE CARRIED AT ALL TIMES. AS THE ~~SOLICITED~~ SOLICITOR GENERAL POINTED OUT WHEN THE ARIZONA IMMIGRATION LAW WAS BEFORE THE SUPREME COURT, THE ONLY RELIABLE DATA THAT THE FEDERAL GOVERNMENT HAS FOR CITIZENSHIP IS FOR THOSE WITH PASSPORTS. SOCIAL SECURITY IS NOT WORKING.   C. Rich [signature]

THE HONORABLE NELVA GONZALES RAMOS
FEDERAL JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS
c/o DAVID BRADLEY, CLERK FOR THE COURT
1133 NORTH SHORELINE BLVD, ROOM 208
CORPUS CHRISTI, TEXAS 78401

NOVEMBER 11, 2016

DEAR JUDGE GONZALES RAMOS:

UNFORTUNATELY, THIS IS ANOTHER STATEMENT ABOUT IRREGULARITIES CONNECTED WITH TEXAS TECH AND LUBBOCK. A LUBBOCK DENTIST HAS RECENTLY DONE "CROWN WORK" ON MY TEETH. THEY ARE COMING OFF! I "CAUGHT" THE FIRST ONE AND HAD IT PUT BACK ON IN NORMAN, OKLAHOMA. TWICE, AT LEAST, MRS. QUADE HAS GONE TO PICK UP MY DENTAL RECORDS TO MAIL TO NORMAN AND HAS BEEN "TURNED DOWN" BY THE DENTIST. IN LUBBOCK, THOSE RECORDS HAVE GONE "FROM DENTIST TO DENTIST" OVER 5 DECADES. TODAY I AM MAILING THIS MEDICAL POWER OF ATTORNEY TO THIS DENTIST AS A SECOND WRITTEN REQUEST TO TURN OVER MY DENTAL RECORDS TO MRS. QUADE.

WITH REGARDS TO OUR MEDICAL POWER OF ATTORNEYS, ETC., YOU CAN SEE THAT WE GAVE THEM TO OUR PCP'S AT THE TEXAS TECH MED SCHOOL. DYER IS STILL ON THE FACULTY. HOMAN WAS CHAIR OF FAMILY PRACTICE THEN DEAN OF THE MED SCHOOL BEFORE GOING BACK TO THE NORTHEAST TO BE VP AND/OR PRES. OF MED SCHOOL. HE WAS FROM PORT WASHINGTON, LONG ISLAND, NEW YORK.

STARTING AROUND 2007, "ALL HELL BROKE LOOSE" WITH OUR HEALTH CARE FROM THE TEXAS TECH MED SCHOOL. FOR ONE THING, THEY "LOST" ALL OF THE LEGAL DOCUMENTS THAT MRS. QUADE AND I HAD TURNED OVER TO THEM! I BROUGHT THIS TO THE ATTENTION OF UT-SOUTHWESTERN, IN CONNECTION WITH ANOTHER MATTER. IN ANY CASE, THESE DOCUMENTS WERE EXTREMELY IMPORTANT IN CONNECTION WITH SOME DIAGNOSES COMING OUT OF THE MED SCHOOL, ESPECIALLY FOR MRS. QUADE.

C. Rick [signature]

## STATEMENT OF WITNESSES

I declare under penalty of perjury that the principal has identified himself or herself to me, that the principal signed or acknowledged this durable power of attorney in my presence, that I believe the principal to be of sound mind, that the principal has affirmed that the principal is aware of the nature of the document and is signing it voluntarily and free from duress, that the principal requested that I serve as witness to the principal's execution of this document, that I am not the person appointed as agent by this document, and that I am not a provider of health or residential care, an employee of a provider of health or residential care, the operator of a community care facility, or an employee of an operator of a health care facility.

I declare that I am not related to the principal by blood, marriage, or adoption and that to the best of my knowledge I am not entitled to any part of the estate of the principal on the death of the principal under a will or by operation of law.

Witness Signature: _____

Name: Richard Dudek
Date: March 10, 2004
Address: 3707 46th Street
         Lubbock, Texas 79413

Witness Signature: _____

Name: Jeanna Lee
Date: March 10, 2004
Address: 3109 21st Street
         Lubbock, Texas 79410

DURABLE POWER OF ATTORNEY FOR HEALTH CARE - PAGE 5

# DURABLE POWER OF ATTORNEY FOR HEALTH CARE

## DESIGNATION OF HEALTH CARE AGENT

I, Charles Richard Quade, appoint:

    Name:    Jane Anne Quade

    Address: 3105 21st Street
               Lubbock, Texas 79410

    Phone:  (806) 799-4194

as my agent to make any and all health care decisions for me, except to the extent I state otherwise in this document. This durable power of attorney for health care takes effect if I become unable to make my own health care decisions and this fact is certified in writing by my physician.

**LIMITATIONS ON THE DECISION MAKING AUTHORITY OF MY AGENT ARE AS FOLLOWS:** None.

**DESIGNATION OF ALTERNATE AGENT.**

(You are not required to designate an alternate agent but you may do so. An alternate agent may make the same health care decisions as the designated agent if the designated agent is unable or unwilling to act as your agent. If the agent designated is your spouse, the designation is automatically revoked by law if your marriage is dissolved.)

If the person designated as my agent is unable or unwilling to make health care decisions for me, I designate the following persons to serve as my agent to make health care decisions for me as authorized by this document, who serve in the following order:

    A.    <u>First Alternate Agent</u>

        Name: Mary Elizabeth Quade Waller

    B.    <u>Second Alternate Agent</u>

        Name: Charles Ernest Quade

The original of this document is kept at my residence, 3105 21st Street, Lubbock, Texas 79410.

The following individuals or institutions have signed copies:
    Name:   Dr. Richard V. Homan, and Dr. Jack Dyer
    Address: 3502 9th Street, Suite G-10
              Lubbock, Texas 79415

## DURATION

I understand that this power of attorney exists indefinitely from the date I execute this document unless I establish a shorter time or revoke the power of attorney. If I am unable to make health care decisions for myself when this power of attorney expires, the authority I have granted my agent continues to exist until the time I become able to make health care decisions for myself.

(IF APPLICABLE) This power of attorney ends on the following date: <u>Not applicable</u>.

## PRIOR DESIGNATION REVOKED

I revoke any prior durable power of attorney for health care.

## ACKNOWLEDGMENT OF DISCLOSURE STATEMENT

I have been provided with a disclosure statement explaining the effect of this document. I have read and understand that information contained in the disclosure statement.

I sign my name to this durable power of attorney for health care on this the 10th day of March, 2004, at Lubbock, Texas.

_____
Charles Richard Quade

*DURABLE POWER OF ATTORNEY FOR HEALTH CARE - PAGE 4*

CLER.
3 8 LOMA LINDA
RANCH ROAD
VADITO, NEW MEXICO
87519

CLERK, U.S. DISTRICT COURT
RECEIVED
DEC 05 2016
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS

ATTN: "BC"
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
1133 NORTH SHORELINE BLVD, ROOM 208
CORPUS CHRISTI, TEXAS
78401

7840278425B

ALBUQUERQUE
NM 870
01 DEC '16
PM 4 L



FOREVER
B20561104023228

NOTE: FIRST CARE OF TEXAS IS NO LONGER PARTICIPATING IN MEDICARE ADVANTAGE PROGRAMS. NOW I MUST FIND A REPLACEMENT. THE PACKET FIRST CARE SENT TO ME INDICATES LARGE COMPLICATIONS. MEDICARE IS A NATIONAL OR FEDERAL PROGRAM THAT EASILY CROSSES STATE

CRG

SUPPLEMENTARY PROGRAMS

LINES. HOWEVER, THE OF TEXAS DO NOT EASILY CROSS "COUNTY LINES" LET ALONE "STATE LINES", THE SAME MUST ALSO BE TRUE FOR THE ZBANKED HEALTH INSURANCE OF THE ACA. COMMON SENSE ALONE SAYS THAT ANY NATIONAL OR FEDERAL PROVIDED HEALTH INSURANCE MUST EASILY MOVE WITHIN A STATE AND FROM STATE TO STATE. THIS FAILURE HAS TO BE CORRECTED. FURTHER, AS EVERYONE KNOWS, AN IMMIGRANT EBOLA PATIENT FROM AFRICA DIED AT DALLAS-PRESBYTERIAN HOSPITAL. GOV. PERRY WITH THE TEXAS HEALTH COMMISSIONER BEHIND HIM, SAID ON NATIONAL TV THAT "HEALTH CARE IN TEXAS IS AS GOOD, IF NOT BETTER, AS ANY-WHERE ELSE." THAT MAY OR MAY NOT BE TRUE. BUT, WHY WASN'T THE EBOLA PATIENT IMMEDIATELY TRANSFERRED TO PARKLAND/UT-SOUTHWESTERN? WAS "PRIVATE" PRESBYTERIAN BETTER EQUIPPED? UT-SW 6 CRG "GOOD" OR WIN $