KENNETH F RIPPLE, US CIRC JUDGE        DEC 30 16
219 S DEARBORN RM 2660    For VEASEY-ABBOTT TXSD 2:13cv193 CORPUS CHRISTI
CHICAGO IL 60604

RE: WHITFORD v NICHOL WIWD 3:15cv421-BBC   WISC GERRYMANDERED
166 11/21 OPINION & ORDER KF RIPPLE  BB CRABB  WC GRIESBACH
--| 11/28 BRIEF IN SUPPORT DUE 12/21  OPPOSE 1/1/17
167 12/09 MTN FOR CLARIFICATION (HARLESS)
168 12/16 BRIEF IN OPPOSE (KEENAN)
I SUGGEST A LIMITED VOTING BACKUP BALLOT FOR TX & OTHER STATE HOUSE
& US CONGMEN W/PRIMARY WINNERS FREE ON OWN & 2 MORE DISTS"
MORE W/A FEE -- W/CREDIT FOR PETITIONERS.

I BELIEVE LIMITED VOTING PROMOTES GOOD BEHAVIOR BY WINNERS & INHIBITS
TYRANNY MAYHEM FEAR DIVISIVENESS DEPLORABLES & GERRYMANDERING"

MARK MEADOWS MCNC11 "ARCH OF 2013 SHUTDOWN" WON IN 2012 AFTER
GERRYMANDERING MADE SHULER QUIT. -DARK MONEY 2016 Mayer DOUBLEDAY
THE KOCHS'PAC CONTRIBUTED TO 16 WISC LEG CANDS WHO ALL WON. -DM 307.
60+ DOCKET ENTRIES (986 11/10 894 10/28 854 8/12) VEASEY v ABBOTT
2:13cv193 CORPUS CHRISTI ARE FROM ME.

CALERA & GUIN AL ELECT THEIR CITY COUNCILS BY LIM VOTING.
BEAUFORT & MARTIN COUNTIES NC ELECT THEIR COMNRS BY LIM VOTING
I SUGGEST LIM VOTING FOR CITY ST GABRIEL 2015 89 FSB 843
PEORIA IL HAS ELECTED 5 OF 10 ALDERMEN BY CUMULATIVE VOTING SINCE 1991.
SEE BANKS v BD ED CITY OF PEORIA 1987 659 FS 347  87-1017

"IvEY SLAPPED A SOMBRERO ON A PHOTO OF ME & WROTE 'MUCHO TAXO! ADIOS
SENOR!"...FOR AN INDIVIDUAL TO HAVE SO MUCH POWER IS FRIGHTENING.
THE GVMT OF NC IS FOR SALE." -STATE FOR SALE 10/10/11 New Yorker

robert M Allenworth BL4122
PMRCC 281 N IL 87
Ina IL 62846 2419

Clerk, U.S. District Court
Southern District of Texas
FILED

JAN 13 2017

David J. Bradley, Clerk of Court

U.S.C.A. - 7th Circuit
RECEIVED
JAN 03 2017 #5
GINO J. AGNELLO
CLERK

*[Handwritten top margin:] MARIANNE SERPA DEP IN CHARGE US DIST CLERK'S OFFICE TXSD*
*1133 N SHORELINE DR*
*CORPUS CHRISTI TX*
*78401*
*FOR VEASEY-ABBOTT 2:13 CV 193*

**U.S. DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**
**OFFICE OF THE CLERK**
**120 NORTH HENRY STREET, ROOM 320**
**MADISON, WI 53703**
**(608) 264-5156**

DATE:  January 5, 2017

*[Handwritten:] BMRCC 2-1 N IC 37*
*INA IC 62846 2419*

TO:  Robert Allensworth  *B14522*

RE:  15-cv-421-bbc William Whitford, et al. v. Gerald Nichol, et al.

The copies you have requested are 174 pages at the cost of $17.40. Upon receipt of payment in the form of a check or money order payable to Clerk, U.S. District Court, copies will be sent to you.

PETER OPPENEER, CLERK

*[Handwritten:] VEASEY-ABBOTT 9CCA 14-41127   9/9 LTR TO ME*
*5/4 PAPER COPIES AMICUS INDIANA AL AZ ARK GA LA WISC SATISFIED*
*Robt M Allensworth*

---

Please detach and Include with your payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Name: ___Robert Allensworth_____

Case #/Case Name: ___15-cv-421-bbc_____

Copies Requested (Docket #) _#168, #167, #166, #84 and #81___

Number of Pages ___174___ x _$.10__ = _$ 17.40_____

