IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, *et al.*,

        Plaintiffs,

    v.

GREG ABBOTT, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-193 (NGR)

**UNITED STATES MOTION FOR CONTINUANCE OF JANUARY 24 HEARING**

    The United States respectfully requests that the Court's previously-ordered hearing set for January 24, 2017, be continued for 30 days. Private Plaintiffs oppose this motion. Defendants consent to it.

    On August 25, 2016, this Court set a hearing for January 24, 2017. Order (ECF No. 922). The United States seeks to continue this hearing because of the federal government's change in administration, which took place on January 20, 2017. Because of the change in administration, the Department of Justice also experienced a transition in leadership. The United States requires additional time to brief the new leadership of the Department on this case and the issues to be addressed at that hearing before making any representations to the Court. This motion is made in good faith and not for the purposes of delay.

    Accordingly, the United States respectfully requests that the Court grant this motion and continue the January 24, 2017, hearing until February 24, 2017, or thereafter. A proposed order is attached hereto.

Date: January 20, 2017

    Respectfully submitted.

    */s/ Daniel J. Freeman*
    T. CHRISTIAN HERREN, JR.
    MEREDITH BELL-PLATTS
    RICHARD A. DELLHEIM
    BRUCE I. GEAR
    DANIEL J. FREEMAN
    AVNER SHAPIRO
    SAMUEL OLIKER-FRIEDLAND
    Attorneys, Voting Section
    Civil Rights Division
    U.S. Department of Justice
    950 Pennsylvania Ave. NW
    Washington, D.C. 20530

    *Counsel for the United States*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 20, 2017, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                */s/ Daniel J. Freeman*
                                Daniel J. Freeman
                                U.S. Department of Justice
                                950 Pennsylvania Ave. NW
                                Room 7123 NWB
                                Washington, D.C. 20530
                                daniel.freeman@usdoj.gov