IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> Defendants. | Civil Actions No. 2:13-cv-193 (NGR) |

### **[PROPOSED] ORDER**

Having reviewed the United States' motion for a continuance, the motion is hereby

**GRANTED.** The hearing previously scheduled for January 24, 2017, is hereby rescheduled for

_____, 2017, at _____.

**SO ORDERED.**

Date:

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE