UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Marc Veasey, et al

v.                                                       CASE NUMBER:       2:13cv00193

Greg Abbott, et al

## NOTICE OF RESETTING

YOU ARE DIRECTED TO APPEAR  **Friday, January 20, 2017 at 5:00 p.m.** before:

U.S. Magistrate Judge Jason B. Libby
United States Courthouse
3rd Floor Courtroom
1133 N. Shoreline Blvd.
Corpus Christi, Texas  78401

TO ATTEND THE FOLLOWING PROCEEDING:

**TELEPHONIC CONFERENCE**

**BY ORDER OF THE COURT**
David J. Bradley, Clerk of Court
By Deputy:  /s/ Arlene Rodriguez                            Date: January 20, 2017
361-888-3369