United States District Court
Southern District of Texas
**ENTERED**
January 23, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-193 |
| | § | |
| GREG ABBOTT, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this date came to be heard the United States' Motion for Continuance of the January 24, 2017 hearing before United States District Judge Nelva Gonzales Ramos. (D.E. 984). The motion for continuance has been referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636. The motion is unopposed by Defendants, however, private Plaintiffs oppose the motion. Having considered the United States' motion for a continuance and arguments of counsel, the motion is **GRANTED**. It is therefore,

ORDERED that the hearing previously scheduled for January 24, 2017, is rescheduled to February 28, 2017, at 9:00 a.m.

ORDERED this 20th day of January, 2017.

_____
Jason B. Libby
United States Magistrate Judge