# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 23, 2017

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

United States Courts
Southern District of Texas
FILED

JAN 24 2017

David J. Bradley, Clerk of Court

Re: Greg Abbott, Governor of Texas, et al.
v. Marc Veasey, et al.
No. 16-393
(Your No. 14-41127)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied. Statement of Chief Justice Roberts respecting the denial of certiorari.

Sincerely,

Scott S. Harris, Clerk