# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 24, 2017

United States Courts
Southern District of Texas
FILED

JAN 24 2017

David J. Bradley, Clerk of Court

Mr. David J. Bradley
Southern District of Texas, Corpus Christi
United States District Court
1133 N. Shoreline Boulevard
Corpus Christi, TX 78401-0000

> No. 14-41127   Marc Veasey, et al v. Greg Abbott, et al
> USDC No. 2:13-CV-193
> USDC No. 2:13-CV-263
> USDC No. 2:13-CV-291
> USDC No. 2:13-CV-348

Dear Mr. Bradley,

Enclosed is a copy of the Supreme Court order denying certiorari.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Lisa G. Landry, Deputy Clerk
504-310-7649