United States District Court
Southern District of Texas
**ENTERED**
January 27, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| v. § | CIVIL ACTION NO. 2:13-CV-00193 |
| § | |
| GREG ABBOTT, *et al.*, § | |
| § | |
| Defendants. § | |

ORDER

The Court has considered the Defendants' Motion to File Under Seal their Response to Plaintiffs' Joint Proposed Findings of Fact. After reviewing the arguments, the Defendant's Motion is hereby GRANTED.

Signed on this 1/27/17 day of December, 2016.

NELVA GONZALES RAMOS
United States District Judge

1