UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-00193 |
|---|---|---|---|

| Marc Veasey, et al. |
|---|
| *versus* |
| Greg Abbott, et al. |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Paul Smith<br>Campaign Legal Center<br>1411 K Street NW Suite 1400<br>Washington, DC<br>202-736-2200<br>psmith@campaignlegalcenter.org<br>D.C. Bar # 358870; MD Bar # 27182; NY Bar # 4372447 |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiffs Marc Veasey, et al. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/24/2017 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**        This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                                                  United States District Judge