UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 30, 2017
David J. Bradley, Clerk

## Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-00193 |
|---|---|---|---|

| Marc Veasey, et al. |
|---|
| *versus* |
| Greg Abbott, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Paul Smith<br>Campaign Legal Center<br>1411 K Street NW Suite 1400<br>Washington, DC<br>202-736-2200<br>psmith@campaignlegalcenter.org<br>D.C. Bar # 358870; MD Bar # 27182; NY Bar # 4372447 |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiffs Marc Veasey, et al. |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/24/2017 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: Currently Registered |
|---|
| Dated: 1-30-17    Clerk's signature: Brandy Cortez |

**Order**

Dated: 1-30-17

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge