# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
JAN 3 0 2017

David J. Bradley, Clerk of Court

20170120-165
Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Friday, January 20, 2017
Case Number: 2:13-cv-00193
Document Number: 985 (1 page)
Notice Number: 20170120-165
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

RETURN TO SENDER
[ ] NEED BOOKING #/DOB
[X] INMATE NO LONGER HERE
[ ] ILLEGIBLE WRITING
[ ] NEED INMATE FULL NAME
[ ] NOT ACCEPTED-NO RETURN ADDRESS

NIXIE       787  DE  1         0001/28/17
            RETURN TO SENDER
            REFUSED
            UNABLE TO FORWARD

BC: 77208101010        *0133-00797-24-00



U.S. POSTAGE ≫ PITNEY BOWES
ZIP 77002
02 1W
0001374615  $ 000.46⁰  JAN 23 2017

United States District Court
Southern District of Texas
FILED
JAN 30 2017
David J. Bradley, Clerk of Court