```
US Mag Judge Jason B Libby                      Jan 27 17
1155 N Shoreline Blvd      60+ dckts VEASEY v ABBOTT 2:13cv193
Corpus Christi TX 78401    are from me.
361 888 3550
```

I got a copy of Doc No 981 (1 pg) Notice No 2017-120-163 Vealley v Abbott Return address & Postmark Houston Jan 26 17.

I submit ideas about limited voting to attys newspaper etc.

RE: WHITFORD V NICHOL WIWD 3:15cv421-bbc   180 FS3 583,5

DOC 166 Nov 21 2016 pg 75 of 159:
The 2012 & 2014 election results reveal the drafters' design was a success.
Repubs
In 2012 garnered 48.6% of the vote but secured 60 (60.6%) in the assembly. In 2014 they got 52% of the vote and secured 63 (63.6%) in the assembly.

R 125 (J Final Pretrial Report at 69 & 70 ¶¶285,288 & 290)

I want info on the 2016 results and R 125 at 69 & 70.

I believe in and suggest a limited voting backup ballot with primary winners free on own & 2 more dists. More with a fee.

Let the voters help transform the districts!

Robert M Allensworth<br>
Robert M Allensworth B14522<br>
BMRCC 251 N IL 37<br>
Ina IL 62846 2419

WHITFORD DOC 166 pg 75 of 159:
Professor Mayer's graph also reveals there are only 15 districts with a predicted Repub vote of 60% or greater compared to 25 districts with Dem vote of 60% or greater. Democrats have been packed into "safe" Dem districts.

Clerk, U.S. District Court
Southern District of Texas
FILED

FEB - 6 2017

David J. Bradley, Clerk of Court



R ACCENWOODS BIYY22 YIJJY
BMCC 251 M IC JJ
(YA IC G28YC 7YY9

IDOC INMATE MAIL
MONEY ORDERS NO
LONGER ACCEPTED

US Mag Judge Court
11\E3 N Shoreline Blvd
Corpus Christi TX 78401

Clerk, U.S. District Court
Southern District of Texas
FILED
FEB - 6 2017
David J. Bradley, Clerk of Court