# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

20170130-130

Samuel  Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

United States District Court
Southern District of Texas
**FILED**

FEB **1 0** 2017

David J. Bradley, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

---

Date: Monday, January 30, 2017
Case Number: 2:13-cv-00193
Document Number: 990 (1 page)
Notice Number: 20170130-130
Notice: The attached order has been entered.

---

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

United States District Court
Southern District of Texas
FILED

FEB 10 2017

David J. Bradley, Clerk of Court

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.46°
02 1W
0001374615 JAN 31 2017

RETURN TO SENDER
[ ] NEED BOOKING #/DOB
[X] INMATE NO LONGER HERE
[X] ILLEGIBLE WRITING
[ ] NEED INMATE FULL NAME
[ ] NOT ACCEPTED-NO RETURN ADDRESS

NIXIE    787    DE 1    0002/08/17

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 77208101010    *0833-00265-31-39