# BRENNAN CENTER FOR JUSTICE
## TWENTY YEARS

Brennan Center for Justice
at New York University School of Law

120 Broadway
Suite 1750
New York, New York 10271
646.292.8310 Fax 212.463.7308
www.brennancenter.org

February 3, 2017

Attn.: Change of Address
U.S. DISTRICT COURT
P.O. Box 61010
Houston, Texas 77208

Clerk of Court
U.S. DISTRICT COURT
Southern District of Texas

United States District Court
Southern District of Texas
FILED
FEB 13 2017
David J. Bradley, Clerk of Court

To Whom It May Concern,

I am an attorney of record for case no. 2:13-cv-00193, Veasey *et al.* v. Abbott *et al.* I am writing to inform the Court that my address has changed to the following:

Brennan Center for Justice at NYU School of Law
120 Broadway, Suite 1750
New York, NY 10271

Sincerely,

Jennifer L. Clark
*Counsel*, Democracy Program
Brennan Center for Justice at NYU School of Law