EXHIBIT A

By:  Huffman, et al.                                                S.B. No. 5

A BILL TO BE ENTITLED

1               AN ACT
2  relating to requiring a voter to present proof of identification;
3  providing a criminal penalty.
4         BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:
5         SECTION 1.  Subchapter A, Chapter 31, Election Code, is
6  amended by adding Section 31.013 to read as follows:
7         Sec. 31.013.  MOBILE LOCATIONS FOR OBTAINING
8  IDENTIFICATION.  (a)  The secretary of state shall establish a
9  program using mobile units to provide election identification
10 certificates to voters for the purpose of satisfying the
11 requirements of Section 63.001(b).  A mobile unit may be used at
12 special events or at the request of a constituent group.
13         (b)  In establishing the program, the secretary of state
14 shall consult with the Department of Public Safety on the creation
15 of the program, security relating to the issuance of an election
16 identification certificate, best practices in issuing an election
17 identification certificate, and equipment required to issue an
18 election identification certificate.
19         (c)  The secretary of state may not charge a fee to a group
20 that requests a mobile unit established under this section.
21         (d)  If the secretary of state cannot ensure the required
22 security or other necessary elements of the program, the secretary
23 of state may deny a request for a mobile unit established under this
24 section.

S.B. No. 5

1   (e)  The secretary of state shall adopt rules necessary for
2  the implementation of this section.
3   SECTION 2.  Section 63.001, Election Code, is amended by
4  amending Subsections (b) and (d) and adding Subsection (i) to read
5  as follows:
6   (b)  Except as provided by Subsection (h), on offering to
7  vote, a voter must present to an election officer at the polling
8  place:
9    (1)  one form of photo identification listed in
10  [described by] Section 63.0101(a); or
11    (2)  one form of identification listed in Section
12  63.0101(b) accompanied by the declaration described by Subsection
13  (i) [63.0101].
14   (d)  If, as determined under Subsection (c), the voter's name
15  is on the precinct list of registered voters and the voter's
16  identity can be verified from the documentation presented under
17  Subsection (b), the voter shall be accepted for voting. An election
18  officer may not question the reasonableness of an impediment sworn
19  to by a voter in a declaration described by Subsection (i).
20   (i)  If the requirement for identification prescribed by
21  Subsection (b)(1) is not met, an election officer shall notify the
22  voter that the voter may be accepted for voting if the voter meets
23  the requirement for identification prescribed by Subsection (b)(2)
24  and executes a declaration declaring the voter has a reasonable
25  impediment to meeting the requirement for identification
26  prescribed by Subsection (b)(1).  A person is subject to
27  prosecution for perjury under Chapter 37, Penal Code, or Section

S.B. No. 5

1  63.0013 for a false statement or false information on the
2  declaration. The secretary of state shall prescribe the form of the
3  declaration. The form shall include:
4         (1)  a notice that a person is subject to prosecution
5  for perjury under Chapter 37, Penal Code, or Section 63.0013 for a
6  false statement or false information on the declaration;
7         (2)  a statement that the voter swears or affirms that
8  the information contained in the declaration is true, that the
9  person described in the declaration is the same person appearing at
10 the polling place to sign the declaration, and that the voter faces
11 a reasonable impediment to procuring the identification prescribed
12 by Subsection (b)(1);
13        (3)  a place for the voter to indicate one of the
14 following impediments:
15              (A)  lack of transportation;
16              (B)  lack of birth certificate or other documents
17 needed to obtain the identification prescribed by Subsection
18 (b)(1);
19              (C)  work schedule;
20              (D)  lost or stolen identification;
21              (E)  disability or illness;
22              (F)  family responsibilities; and
23              (G)  the identification prescribed by Subsection
24 (b)(1) has been applied for but not received;
25        (4)  a place for the voter to sign and date the
26 declaration;
27        (5)  a place for the election judge to sign and date the

S.B. No. 5

declaration;

(6)  a place to note the polling place at which the declaration is signed; and

(7)  a place for the election judge to note which form of identification prescribed by Subsection (b)(2) the voter presented.

SECTION 3.  Chapter 63, Election Code, is amended by adding Section 63.0013 to read as follows:

Sec. 63.0013.  FALSE STATEMENT ON DECLARATION OF REASONABLE IMPEDIMENT.  (a)  A person commits an offense if the person knowingly makes a false statement or provides false information on a declaration executed under Section 63.001(i).

(b)  An offense under this section is a felony of the third degree.

SECTION 4.  Section 63.0101, Election Code, is amended to read as follows:

Sec. 63.0101.  DOCUMENTATION OF PROOF OF IDENTIFICATION. (a)  The following documentation is an acceptable form of photo identification under this chapter:

(1)  a driver's license, election identification certificate, or personal identification card issued to the person by the Department of Public Safety that has not expired or that expired no earlier than 60 days before the date of presentation;

(2)  a United States military identification card that contains the person's photograph that has not expired or that expired no earlier than 60 days before the date of presentation;

(3)  a United States citizenship certificate issued to

S.B. No. 5

the person that contains the person's photograph;

(4)a United States passport issued to the person that has not expired or that expired no earlier than 60 days before the date of presentation; or

(5)a license to carry a handgun issued to the person by the Department of Public Safety that has not expired or that expired no earlier than 60 days before the date of presentation.

(b)The following documentation is acceptable as proof of identification under this chapter:

(1)a government document that shows the name and address of the voter, including the voter's voter registration certificate;

(2)one of the following documents that shows the name and address of the voter:

(A)a copy of a current utility bill;

(B)a bank statement;

(C)a government check; or

(D)a paycheck; or

(3)a certified copy of a domestic birth certificate or other document confirming birth that is admissible in a court of law and establishes the person's identity.

(c)A person 70 years of age or older may use a form of identification listed in Subsection (a) that has expired for the purposes of voting if the identification is otherwise valid.

SECTION 5.Section 272.011(b), Election Code, is amended to read as follows:

(b)The secretary of state shall prepare the translation for

5

S.B. No. 5

1  election materials required to be provided in a language other than
2  English or Spanish for the following state prescribed voter forms:
3              (1)  voter registration application form required by
4  Section 13.002;
5              (2)  the confirmation form required by Section 15.051;
6              (3)  the voting instruction poster required by Section
7  62.011;
8              (4)  the reasonable impediment declaration required by
9  Section 63.001(b);
10             (5)  the statement of residence form required by
11 Section 63.0011;
12             (6) [(5)]  the provisional ballot affidavit required
13 by Section 63.011;
14             (7) [(6)]  the application for a ballot by mail
15 required by Section 84.011;
16             (8) [(7)]  the carrier envelope and voting
17 instructions required by Section 86.013; and
18             (9) [(8)]  any other voter forms that the secretary of
19 state identifies as frequently used and for which state resources
20 are otherwise available.
21       SECTION 6.  Section 521A.001(a), Transportation Code, is
22 amended to read as follows:
23       (a)  The department shall issue an election identification
24 certificate to a person who states that the person is obtaining the
25 certificate for the purpose of satisfying Section 63.001(b),
26 Election Code, and does not have another form of identification
27 described by Section 63.0101(a) [63.0101], Election Code, and:

6

S.B. No. 5

1        (1)  who is a registered voter in this state and
2 presents a valid voter registration certificate; or
3        (2)  who is eligible for registration under Section
4 13.001, Election Code, and submits a registration application to
5 the department.
6        SECTION 7.  This Act takes effect January 1, 2018.

7