UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 2:13-CV-00193 |
| GREG ABBOTT, *et al.*, | § § | |
| Defendants. | § § | |

**ORDER GRANTING JOINT MOTION TO CONTINUE
FEBRUARY 28, 2017 HEARING**

Before the court is the Joint Motion to Continue the February 28, 2017 hearing on Plaintiffs' Discriminatory Purpose claims. Having considered the Motion, the Court is of the opinion that Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Joint Motion to Continue the February 28, 2017 hearing on Plaintiffs' Discriminatory Purpose claims is hereby GRANTED.

The hearing is reset to _____, 2017.

SIGNED this _____ day of February, 2017.

_____
HON. NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE