United States District Court
Southern District of Texas
**ENTERED**
February 24, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al*, § § Plaintiffs, § VS. § GREG ABBOTT, *et al*, § § Defendants. § § § § | CIVIL ACTION NO. 2:13-CV-193 |

## ORDER DENYING JOINT MOTION TO CONTINUE

Before the court is the Joint Motion to Continue the February 28, 2017 hearing on Plaintiffs' Discriminatory Purpose claims (D.E. 995). Having considered the Motion and Private Plaintiffs' Joint Opposition to the Motion (D.E. 996), the Court is of the opinion that the Motion should be DENIED.

IT IS THEREFORE ORDERED that the Joint Motion to Continue the February 28, 2017 hearing on Plaintiffs' Discriminatory Purpose claims is hereby DENIED.

ORDERED this 24th day of February, 2017.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE