| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13cv193 |
|---|---|---|---|
| | Veasey, et al. | | |
| | *versus* | | |
| | Abbott, et al. | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jason R. LaFond<br>Texas Attorney General<br>P.O. Box 12548 (MC 059)<br>Austin, TX 78711-2548<br>512-936-1700<br>Texas - 24103136 |
|---|---|

| Name of party applicant seeks to appear for: | Abbott, et al. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/24/2017 | Signed: | /s/ Jason R. LaFond |
|---|---|---|

The state bar reports that the applicant's status is:

Dated:            Clerk's signature

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____              _____
                                                                    United States District Judge