UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-193 |
|---|---|---|---|

| Marc Veasey, et. al. |
|---|
| *versus* |
| Greg Abbott, et. al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | John M. Gore<br>United States Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530<br>202-353-9430; john.gore@usdoj.gov<br>DC Bar No. 502057 |
|---|---|

| Name of party applicant seeks to appear for: | United States |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 2/26/2017 | Signed: [signature] John M. Gore |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature |

**Order**   This lawyer is admitted *pro hac vice.*

Dated: _____   _____
                                   United States District Judge