United States District Court
Southern District of Texas

**ENTERED**
February 27, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13cv193 |
|---|---|---|---|

|  |
|---|
| Veasey, et al. |
| *versus* |
| Abbott, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jason R. LaFond<br>Texas Attorney General<br>P.O. Box 12548 (MC 059)<br>Austin, TX 78711-2548<br>512-936-1700<br>Texas - 24103136 |
|---|---|

| Name of party applicant seeks to appear for: | Abbott, et al. |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes ____   No ✔ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 2/24/2017 | Signed: | /s/ Jason R. LaFond |
|---|---|---|

| The state bar reports that the applicant's status is: Eligible to Practice |
|---|
| Dated: 2-24-17 | Clerk's signature  Brandy Gortz |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|
| Dated: 2-27-17 | [signature]<br>United States District Judge |