UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 2:13-cv-193 (NGR) |
| | ) [Lead Case] |
| GREG ABBOTT, *et al.*, | ) ) |
| Defendants. | ) ) |

**ORDER GRANTING UNITED STATES'S MOTION FOR VOLUNTARY DISMISSAL
OF DISCRIMINATORY PURPOSE CLAIM WITHOUT PREJUDICE**

Before the Court in the United States's Motion For Voluntary Dismissal Of Discriminatory Purpose Claim Without Prejudice. Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the United States's discriminatory purpose claim is dismissed without prejudice.

SIGNED this _____ day of February, 2017

_____
HON. NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE