United States District Court
Southern District of Texas
**ENTERED**
February 27, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-193 |
|---|---|---|---|
| | Marc Veasey, et. al. | | |
| | *versus* | | |
| | Greg Abbott, et. al. | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | John M. Gore<br>United States Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530<br>202-353-9430; john.gore@usdoj.gov<br>DC Bar No. 502057 |
|---|---|

| Name of party applicant seeks to appear for: | United States |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No __✓__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/26/2017 | Signed: *[signature]* John M. Gore |
|---|---|

The state bar reports that the applicant's status is: Active
Dated: 2-27-17   Clerk's signature: *[signature]* Donna Teuller

**Order**

Dated: 2/27/17

This lawyer is admitted *pro hac vice*.

*[signature]* Nelva Gonzales Ramos
United States District Judge