# TRANSCRIPT ORDER

AO 435 (Rev. 04/11)
Administrative Office of the United States Courts
*Please Read Instructions:*

**FOR COURT USE ONLY**
DUE DATE:

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| Lindsey Cohan | (512) 394-3000 | 2/28/2017 |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| Dechert LLP, 300 W. 6th Street, Suite 2010 | Austin | TX | 78731 |

| 8. CASE NUMBER | 9. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 2:13-cv-193 | Nelva Gonzales Ramos | 10. FROM 2/28/2014 | 11. TO 2/28/2017 |

| 12. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| Veasey, et al. v. Abbott, et al. | 13. CITY Corpus Christi | 14. STATE Texas |

**15. ORDER FOR**
☐ APPEAL ☐ CRIMINAL ☐ CRIMINAL JUSTICE ACT ☐ BANKRUPTCY
☐ NON-APPEAL ☒ CIVIL ☐ IN FORMA PAUPERIS ☐ OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Hearing | 2/28/2017 |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☒ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

| 18. SIGNATURE | PROCESSED BY |
|---|---|
| Lindsey Cohan | |

| 19. DATE | PHONE NUMBER |
|---|---|
| 2/28/2017 | |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION: COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY