UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 2:13-CV-00193 |
| GREG ABBOTT, *et al.*, | § § | |
| Defendants. | § § | |

**NOTICE OF FILING DEFENDANTS' ORAL ARGUMENT PRESENTATION
ON THE ISSUE OF DISCRIMINATORY PURPOSE**

Defendants hereby notify the Court of the filing of *Defendants' Oral Argument Power Point Presentation on the Issue of Discriminatory Purpose*, attached hereto as Exhibit A, and ask the Court to make the presentation part of the record in this case.

1

Date: March 1, 2017				Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

/s/ Angela V. Colmenero
ANGELA V. COLMENERO
Chief, General Litigation Division

MATTHEW H. FREDERICK
Deputy Solicitor General

JASON LAFOND
Assistant Solicitor General

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas  78711-2548
Tel.: (512) 936-6407
Fax: (512) 474-2697

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2017, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ Angela V. Colmenero
ANGELA V. COLMENERO