IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

|  |  |
|---|---|
| MARC VEASEY, *et al.*,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  v.  )<br>  )<br>GREG ABBOTT, *et al.*,  )<br>  )<br>  Defendants.  )<br>  ) | Civil Action No. 2:13-cv-193 (NGR)<br>[Lead Case] |

**United States' Unopposed Motion for Leave to File a Response Memorandum**

The United States' Motion for Voluntary Dismissal of Discriminatory Purpose Claim Without Prejudice is pending before the Court. (ECF No. 1001). On February 28, 2017, the Court ordered briefing by Private Plaintiffs and Defendants regarding S.B. 5 and its effect on the current case. On March 5, 2017, Private Plaintiffs filed a brief in response to the Court's order that includes their response to the United States' motion for voluntary dismissal of its purpose claim. (ECF No. 1010). The United States seeks the Court's leave to file a short response memorandum addressing several points raised in Private Plaintiffs' brief and supporting the United States' pending motion. A copy of the United States' proposed response memorandum is attached as Exhibit 1.

1

Date: March 14, 2017

        Respectfully submitted,

ABE MARTINEZ
Acting United States Attorney
Southern District of Texas

        JOHN M. GORE
        Deputy Assistant Attorney General
        Civil Rights Division

        */s/   Samuel G. Oliker Friedland*
        T. CHRISTIAN HERREN, JR.
        MEREDITH BELL-PLATTS
        RICHARD DELLHEIM
        BRUCE I. GEAR
        DANIEL J. FREEMAN
        SAMUEL OLIKER-FRIEDLAND
        ZACHARY P. JONES
        Attorneys, Voting Section
        Civil Rights Division
        U.S. Department of Justice
        950 Pennsylvania Ave. NW
        Washington, D.C. 20530

        *Counsel for the United States*

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(D)(1), I hereby certify that counsel for the United States conferred with counsel for Defendants and counsel for Private Plaintiffs on March 14, 2017 regarding this motion. All parties consent to this motion.

                                                            */s/  Samuel G. Oliker-Friedland*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2017, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/   Daniel J. Freeman