UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) <br> [Lead Case] |

### **[Proposed] Order**

Having reviewed the United States' Unopposed Motion to for Leave to File a Response Memorandum (ECF No. ___), the United States' Motion is **GRANTED**. The United States may file a memorandum responding to March 7 Brief of Private Plaintiffs (ECF No. 1010), and in further support of United States' Motion for Voluntary Dismissal of Discriminatory Purpose Claim without Prejudice (ECF No. 1001).

**SO ORDERED.**

Date:

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

1