United States District Court
Southern District of Texas
**ENTERED**
March 16, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 2:13-cv-193 (NGR) ) [Lead Case] |
| GREG ABBOTT, *et al.*, | ) ) |
| Defendants. | ) ) |

### Order

Having reviewed the United States' Unopposed Motion to for Leave to File a Response Memorandum (ECF No. 1014), the United States' Motion is **GRANTED**. The United States may file a memorandum responding to March 7 Brief of Private Plaintiffs (ECF No. 1010), and in further support of United States' Motion for Voluntary Dismissal of Discriminatory Purpose Claim without Prejudice (ECF No. 1001).

**SO ORDERED.**

Date: March 16, 2017.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

1