# Exhibit B

1                IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

2

3  NORTH CAROLINA STATE CONFERENCE ) Case No. 1:13CV658
  OF THE NAACP, et al.,        )

4                          )
        Plaintiffs,         )

5  v.                        )
                          )

6  PATRICK MCCRORY, in his     )
  official capacity as the    )

7  Governor of North Carolina,  )
  et al.,                  )

8                          )
        Defendants.        )

9  _____)

10  LEAGUE OF WOMEN VOTERS OF     ) Case No 1:13CV660
  NORTH CAROLINA, et al.,     )

11                         )
        Plaintiffs,         )

12                        )
  v.                        )

13                        )
  STATE OF NORTH CAROLINA, et al.,)

14  _____)

15  UNITED STATES OF AMERICA,    ) Case No. 1:13CV861
                        )

16        Plaintiff,         )
                        )

17  v.                        )
                        )

18  STATE OF NORTH CAROLINA, et al.,)
                       ) Winston-Salem, N.C.

19        Defendants.        ) October 23, 2015
  _____)

20

21            TRANSCRIPT OF MOTION PROCEEDINGS

22       BEFORE THE HONORABLE THOMAS D. SCHROEDER
           UNITED STATES DISTRICT JUDGE

23

24       Proceedings reported by stenotype reporter.
     Transcript produced by computer-aided transcription.

25

1    Carolina?

2              MR. PETERS:  Yes, Your Honor.

3              THE COURT:  Does North Carolina differ from

4    that?

5              MR. PETERS:  I do not believe it does, Your

6    Honor.  The statute says that they must consider all of

7    the evidence in the light most favorable to the voter, and

8    it specifically says that if the challenge is only as to

9    the reasonableness of the statute, it cannot be sustained,

10   that it can only be sustained if it goes to the veracity

11   of the reasonable impediment listed.

12             THE COURT:  Is there any way a provisional

13   ballot in North Carolina, under your reading of the law,

14   can be rejected without first finding and notifying and

15   hearing from the affected voter?

16             MR. PETERS:  If I understood the question

17   correctly, no.  The voter must be notified prior to the

18   rejection of it, is my recollection.

19             THE COURT:  And the voter has an opportunity to

20   be heard?

21             MR. PETERS:  Yes, Your Honor.

22             THE COURT:  All right.

23             MR. PETERS:  I do want to mention, too, some

24   statements made earlier.  What the State Board of

25   Elections said with regard to education on the Reasonable

1    Impediment Statute, was not necessarily waiting until

2    December.  What they said was, they wanted the municipal

3    election cycle to run its course first.  The municipal

4    election cycle will end the first Tuesday in November,

5    because they did not want confusion with voters going to

6    vote in municipal elections thinking that the photo ID

7    requirement had already come into place.  They wanted

8    those to run their course and then they would start on the

9    education for the primary and what is going to be required

10   in the primary.

11          As to education of county poll workers, precinct

12   poll workers, none of that takes place until the months

13   immediately prior to an election, any way, that education.

14          THE COURT:  Ordinarily.

15          MR. PETERS:  Correct, Your Honor, because that's

16   when the education needs to happen, just before they are

17   going to have to carry out the duties.  That's when that

18   education will happen, and the State Board has been very

19   clear, that they will educate and make sure county boards

20   educate voters on how to comply with this statute.

21          What the Plaintiffs have been told when we've

22   had discussions is, that the reason we're not laying out

23   county board directors will be told this, county workers

24   will be told that is, because it's in the statute.  The

25   statute says what the County Boards of Elections must do,

1    how they must administer the statute.  It lays it all out

2    there.

3            I do want to note, too, that it was said this

4    morning that people have been told for two-years that

5    without exception, they will need a photo ID in 2016, and

6    that's actually not correct.  Much of the educational

7    material did specifically say, there are exceptions for

8    when a photo ID will be required.

9            THE COURT:  Can you identify all the individuals

10   that you think do not have a photo ID?

11           MR. PETERS:  That was the next thing I was going

12   to, Your Honor.

13           THE COURT:  Because the South Carolina opinion,

14   if I recall right, seemed to indicate that somehow those

15   people were going to be notified.

16           MR. PETERS:  Right.  It is not the case as was

17   mentioned earlier, that people were required to sign

18   affidavits on whether or not they had a photo ID, but you

19   may recall, and there was testimony about it this summer,

20   and you may recall from personal experience, that when

21   voters voted in 2014 and 2015, they were asked if they had

22   one of the acceptable forms of ID under the statute, and

23   if a voter said, yes, it was simply noted that they had

24   said yes.  If they said, no, then they were asked if they

25   needed assistance getting one, and a record was kept, so

```
 1   that the State Board of Elections could follow-up with

 2   them.

 3           You may also recall, that there was testimony

 4   about letters being sent to people who had appeared on the

 5   no-match lists, letters sent to them.  State board wrote

 6   to all of those people, contacted them, heard back from

 7   the majority of them that they did have IDs and did not

 8   need any assistance.  So they probably will not do

 9   anything more with those people, because they know they

10   have the IDs.

11           THE COURT:  Can you identify the people who

12   don't have IDs at this point?

13           MR. PETERS:  I say it is probably more accurate

14   that there is a group of people identified for who we

15   cannot say they do have IDs.  They might have IDs, but we

16   cannot say they don't.  The State Board of Elections

17   continues to follow-up with those people to see if they

18   need assistance getting IDs, will continue to follow-up

19   with them, and has made it clear that the future contacts

20   with those people will include information about the

21   reasonable impediment.

22           THE COURT:  Before you sit down, let me ask you,

23   I'm still trying to parse through my mind.  I think you

24   agreed with me that if North Carolina had passed a statute

25   that said they were going to allow you to vote based on
```

| | |
|---|---|
| 1 | your skin color and for two years kept it in place, let's |
| 2 | say even though it is not effective yet, so for two years |
| 3 | they say, starting in 2016, we're going to determine voter |
| 4 | eligibility based on either some clearly unconstitutional |
| 5 | factor; skin color, national origin, et cetera, but then |
| 6 | they changed the law shortly after that, that that would |
| 7 | be a case still where declaratory relief might be |
| 8 | available, there at least would be a claim for intentional |
| 9 | discrimination. |
| 10 | MR. PETERS:  Your Honor, I think I agree, but |
| 11 | without the addition of, it didn't take effect at the |
| 12 | time, because I do think that is relevant, because that |
| 13 | gets into the question of what kind of relief the Court |
| 14 | can grant and what kind of meaningful relief the Court can |
| 15 | grant if the statute is amended prior to taking effect so |
| 16 | that that's no longer the issue, then -- |
| 17 | THE COURT:  Wouldn't the Court be able to |
| 18 | determine intent, and then grant a declaration that they |
| 19 | violated the law, and then impose -- put them back under |
| 20 | the requirement that they get preclearance? |
| 21 | MR. PETERS:  Possibly. |
| 22 | THE COURT:  Wouldn't that be a remedy?  I mean, |
| 23 | you can debate under what circumstances the facts would |
| 24 | have to be for that to be appropriate, but wouldn't that |
| 25 | still have to at least be a claim? |

1          MR. PETERS:  I think that could possibly be.

2          THE COURT:  What I am struggling with is, why

3     that portion of this case -- I know you disagree on the

4     merits, but why that claim is still unavailable.

5          MR. PETERS:  Your Honor, I think the answer lies

6     in much of the way that the Plaintiffs have tried to

7     describe what the claim is, and the way the Plaintiffs

8     have tried to describe what that is.  When they have been

9     asked this morning about their claims and how they are

10    still alive, the answer they're basically giving is,

11    because there is the potential that something could

12    happen, and we kind of need to see how things play out.

13         THE COURT:  I hear all of that, but they have

14    made the argument in their briefs that if nothing else,

15    they are entitled to at least be heard as to whether or

16    not there was an intentional discrimination when it was

17    passed by legislature the first time in 2013 as to the

18    photo ID, and whether or not there are remedies available

19    on a declaratory basis.  I am interested to know why that

20    is not at last a claim for 12(b)(6) purposes.  You can

21    discuss the merits of it later, but it strikes me that

22    based on what you told me earlier, that that might be a

23    claim.

24         MR. PETERS:  Your Honor, with your permission, I

25    think I am going to follow Mr. Glick's example, because my

```
 1   colleague is trying to make suggestions to me, and I think
 2   it will be easier if I just let him.
 3           THE COURT:  You can phone a friend.
 4           MR. FARR:  We exercise our right to have Daniel
 5   Donovan accept it.
 6           Your Honor, of course we don't think there was
 7   intentional discrimination.
 8           THE COURT:  I get all that, but why is it not a
 9   claim?
10           MR. FARR:  Well, it is, Your Honor, but the fact
11   of the matter is, we already tried that.  If you recall,
12   we had lots of testimony on photo ID in July.
13           THE COURT:  But if you tried it, then I haven't
14   ruled on it, so it is still pending, so how is it mute?
15           MR. FARR:  That claim, I don't think it is, Your
16   Honor.  I think what we are saying is, moot is the other
17   claim related to photo ID.
18           THE COURT:  My biggest concern is whether or not
19   there is no basis so that I lack subject matter
20   jurisdiction, and what I am hearing is, that the State's
21   argument, Defendant's argument is, a lot of this went to
22   the old law and that is now moot, and in a general sense
23   it might be true, but we have a new law, and it's been
24   amended, and there is also this vestige of a claim -- I
25   don't mean to describe it that way -- other than there is
```

1    just this little bit left as to the declaration that is

2    sought, but that there is significant remedies available

3    from that, and so if that's still pending, then I have

4    the -- to borrow Mr. Peters's phrase -- from an esoteric

5    point of view, I have the power, the authority, the

6    jurisdiction on subject matter to continue the case and

7    then consider whether to allow amendment in this case, or

8    to require them to file a new case.  That's how I see it,

9    unless you can talk me out of that.  It seems to me that

10   that's the legal analysis.  Am I wrong about that?

11          MR. FARR:  Well, Your Honor, we have made the

12   best arguments we can make on that point, and I understand

13   what the Court is saying but, again, my purpose of getting

14   up was to say --

15          THE COURT:  I'm actually trying to see if you'll

16   agree with me that there is at least a declaratory claim

17   based on trial evidence.  The intent part that was tried

18   and the declaration portion of the case is still forming.

19          MR. FARR:  I think we tried the intent case.

20   You know, we think that there is no basis for making a

21   ruling for intentional discrimination.  We think that --

22          THE COURT:  Based on the evidence?

23          MR. FARR:  Based on the evidence.

24          THE COURT:  But if I were to disagree and

25   conclude that there were, would I not still have the power

1   to consider the remedies for that?

2           MR. FARR:  Your Honor, I think as to the intent

3   claims, since it was tried, I think that's true.  We're

4   saying that it's the photo ID other claims that have been

5   mooted by the amendment.

6           I fully understand your point that we're talking

7   about form over substance.  You know, we would say that

8   you don't have subject matter jurisdiction to grant an

9   amendment, but we understand your position on that.

10          THE COURT:  Well, Mr. Peters was exactly right,

11  though, to say it is an important issue.  It is a question

12  of whether a court has the authority to rule, and that's

13  significant.  And so it's not just a procedural question,

14  it is a substantive question, but the issue is, is the

15  claim as to the photo ID portion of the law now moot, and

16  that's a big proposition, because it was a large claim,

17  Section 2 claim, Fourteenth Amendment claim.  There are

18  other claims.

19          As I understand it, a good part of their claim

20  now may be moot as to just the old law, but even as to

21  just the old law, they may have a claim for intent in

22  passing the old law and a violation of Section 2, and

23  potential remedies.

24          My question is:  Do you agree that that part of

25  the case is still there, even though you disagree as to

1    the merit of it?

2              MR. FARR:  Your Honor, certainly I think you

3    stated the Plaintiffs' position, and I don't think that

4    has gone away because of the amendment, but the fact of

5    the matter is, it was tried.  We heard a lot of testimony

6    on photo ID issues at the trial, and we heard repeatedly,

7    that the Plaintiffs were offering the testimony because of

8    the issue of an intentional discrimination claim, so I'm

9    not disagreeing with you at all on that point.

10             THE COURT:  All right.

11             MR. FARR:  Also, Your Honor, I realize there is

12   a need to move quickly with these things, but we think --

13   we would prefer the case be put out a little bit further

14   for trial and that there be a little bit more time for

15   discovery and exchange of expert witness reports.

16             THE COURT:  What do you need timewise?

17             MR. FARR:  Sir?

18             THE COURT:  What do you need timewise?

19             MR. FARR:  Last time we had 18 experts.  And,

20   you know, you've noticed that -- this is just a factor,

21   there seems to be fewer people sitting at this table than

22   there are sitting at these tables over here.

23             THE COURT:  They might help you out.

24             MR. FARR:  I've heard that from opposing

25   counsel.  You know, if we get 18 expert witness reports

1    again, it is not realistic to think that we can respond to

2    that in 30 days and take depositions.  That's just not

3    going to happen.

4            Also, Your Honor, you're aware of other trial

5    obligations we have and, you know, the Court will take

6    that into account when figuring out a trial schedule in

7    this case, but we think it is too much stuff, if you're

8    going to allow an amendment, to move forward in 60 days.

9            THE COURT:  All right.  Well, let me ask then,

10   since we're all here, no better time than the present.

11           MR. FARR:  I do have one other thing, Your

12   Honor.  You have asked a question and I feel that if I --

13           THE COURT:  While you're getting ready to tell

14   me that, Mr. Donovan, count heads and tell me how many

15   experts you are going to have, because I'm going to ask

16   you that in a moment, so you'll know among the Plaintiffs.

17   So you all can pass notes and come up with a number.

18           Go ahead.  I'm sorry.

19           MR. FARR:  Yes, Your Honor.  This is just an

20   informational issue, and Ms. Earls is free to elaborate or

21   correct me if I don't state it properly.  In the State

22   Court photo ID case, the judge dismissed or denied the

23   State's motion to dismiss that case on a mootness ground,

24   and the State has appealed, so there is an appeal pending

25   in that case.  I think that the -- fortunately for me, I

```
1    have younger and smarter lawyers who can handle filing

2    records on appeal for me at this point in time, but I

3    think that the transcript is due in that case sometime in

4    September, and then there is a process for settling the

5    record on appeal.

6              THE COURT:  Is there any remedy under North

7    Carolina law on that case that would permit the imposition

8    of a declaration of violation along with a remedy, even

9    though the law has been changed, such that we have under

10   Section 2?  In other words, is that a distinguishing

11   factor in this case?

12             MR. FARR:  Your Honor, if I understood your

13   question, the way I would answer that is, assuming that

14   it's possible, it is not going to happen any time soon,

15   because the superior court loses jurisdiction over the

16   case once the notice of appeal is filed.  So --

17             THE COURT:  My question was a little different.

18   In my case, that is your case, there is a potential remedy

19   that we've been discussing about that may still remain on

20   intent for the old law.

21             MR. FARR:  Right.

22             THE COURT:  Under Section 2, if I find intent,

23   there are certain remedies available, including the

24   assignment of federal observers and potentially putting

25   North Carolina back under preclearance authority, which
```

```
 1   might distinguish this case from the State Court case on a

 2   mootness point of view because that claim is pending

 3   before the Court, as you said, based on the trial this

 4   summer.

 5            Is there anything like that in the State Court

 6   case that would provide an argument against mootness, or

 7   is the remedy different in State Court, that would

 8   strengthen your mootness argument?

 9            MR. FARR:  I'll be curious what Plaintiffs'

10   counsel has to say, Your Honor, because my reaction is,

11   that there is no similar type remedy in State Court.

12            THE COURT:  Ms. Earls, is there?  I'm sure I can

13   hear from her in a moment.

14            MR. FARR:  I think another point Mr. Peters --

15   we're helping each other with notes today.  Judge Morgan,

16   who is the State Court Judge in that case, he actually

17   entered a stay of the State Court case.  I can't -- I

18   think he said that he decided to stay everything until

19   after the primary.

20            If we had not taken a notice of appeal, the

21   order of the superior court actually stayed that

22   proceeding until after the -- I guess until after the

23   March primary now, since we moved the primary to March.

24            THE COURT:  Has there been any request for an

25   injunction in the State Court case?
```

1              MR. FARR:  There wasn't before we filed the

2      notice of appeal.

3              Thank you, Your Honor.

4              THE COURT:  Mr. Bowers, do you have anything?

5              MR. BOWERS:  Nothing, Your Honor.

6              THE COURT:  Can you tell me whether or not you

7      can represent that the Governor has no interest in

8      reverting back to the old law?

9              MR. BOWERS:  Yes, sir.  I can absolutely

10     represent that to the Court and to Plaintiffs' counsel.

11             THE COURT:  Mr. Donovan.

12             MR. DONOVAN:  On the esoteric legal point, one

13     is, there has been an admission that the claim exists, so

14     I think we're done, but I don't want to have you get lost.

15             I looked at our prayer for relief again, and I

16     don't believe it would change on amendment.  We might add

17     additional allegations to flesh it out, but 589 is still

18     in effect.  It is amended, but we move to declare that the

19     challenge provisions -- get an injunction on the challenge

20     provisions of H.B. 589.  So that's my legal point.

21             I think as a practical matter, I would suggest

22     that their motion -- you have subject matter

23     jurisdiction -- it be denied.  I am willing to amend to

24     add additional allegations to make sure we're all on the

25     same page, and I'm willing to do it quickly.

1          THE COURT:  It seems to me, the character of the

2    Plaintiffs' claims is now potentially changing.

3          MR. DONOVAN:  I disagree, and let me explain

4    why.  I come back to the point that what Section 2 looks

5    at is the voting process; is someone denied or abridged,

6    whatever the practice is.  Here, it happens to be, we use

7    it because it is in a bunch of states photo ID, and

8    they've changed it, but I come back to what the Fourth

9    Circuit said, and that is, be careful of atomizing it,

10   because it is the process, and that's what we challenge is

11   589, as we believe 589 denies or abridges

12   African-Americans and other minorities.

13         The evidence will be different because the

14   statistics are going to be different.  The experts have to

15   look at a different process.

16         THE COURT:  Aren't you going to have to

17   demonstrate -- you're getting the cart ahead of the

18   horse -- aren't you going to have to allege certain

19   burdens as a result of the new law and those are going to

20   have to take into account the reasonable impediment

21   declaration.

22         MR. DONOVAN:  I'm going to have to prove that.

23   My allegations are no different.  People,

24   African-Americans and Latinos are disproportionately

25   burdened by this process the State has put into effect

```
 1   which puts it to the side, but we have a photo ID, but we

 2   have a fine-print whether there is no photo ID, but I

 3   disagree that my allegation is any different.

 4          My allegation under Section 2 is the burden.  My

 5   proof, because my experts will do different work, will be

 6   different, that I agree with.  The numbers will be

 7   different --

 8          THE COURT:  Talk to me for a minute about your

 9   proof.  The Defendants are saying if we have -- we had 22,

10   I think, experts, if I counted them all, and a hundred and

11   twelve, or something like that, a hundred and sixteen fact

12   witnesses.

13          MR. DONOVAN:  A hundred and seventy depositions,

14   Your Honor, if you're keeping track.

15          THE COURT:  My question is, is it going to be

16   like that?

17          MR. DONOVAN:  I don't believe it is, and let me

18   explain why.

19          THE COURT:  Are you willing to limit yourself,

20   or can you at least tell me --

21          MR. DONOVAN:  I can give you my current

22   estimate.  I am happy to confer and give you something in

23   writing.  I can't represent for everybody.

24          The lay of the land is going to be, Your Honor,

25   I want to be clear, we are going to move to enjoin the
```

```
1    primary, if they are going to use the photo ID.  We've

2    asked them to defer it, and then the State deferring the

3    trial doesn't bother me or my clients, but they are trying

4    to put us in a box.  They change it two weeks before we're

5    ready to enjoin it.

6             THE COURT:  Why didn't you all move to enjoin it

7    this summer?  I mean, it has been 120 days and nothing has

8    happened.

9             MR. DONOVAN:  A lot has happened.  We actually

10   tried to work with the State, and not to get into all of

11   that, but one of our suggestions was to defer and not have

12   it in March, okay.  I think we were doing a lot on that

13   front.

14            We are currently not permitted to serve

15   discovery on the schedule.  That is something I was

16   planning to ask --

17            THE COURT:  I'm always here.

18            MR. DONOVAN:  I mean today, because now we're

19   having this argument.

20            THE COURT:  So tell me how many experts are

21   you --

22            MR. DONOVAN:  So we went through.  I think it is

23   probably four to five, and they are really updates.

24   Probably Doctor Stewart, maybe Doctor Lichtman, Doctor

25   Burden, Doctor Webster, and possibly on lines and process,
```

```
1    because it is going to move more than likely minorities

2    into different lines than whites, but I think those are

3    updates.  And a lot of it depends on the cooperation of

4    the State to provide us information on how they are going

5    to do this.

6              THE COURT:  Are you anticipating fact witnesses?

7              MR. DONOVAN:  Probably mostly State witnesses.

8              THE COURT:  Do you know how many?  You must know

9    in your mind.

10             MR. DONOVAN:  My guess is three to five, because

11   it would definitely be Ms. Strach.  Probably some county

12   boards and how they plan to implement it, but this is

13   information, Judge, I'm going ask for quickly, either wait

14   for the preliminary injunction, unless the State agrees to

15   defer the March implementation, and in fact, I think I'm

16   obligated (inaudible due to someone coughing) so again, I

17   don't have an objection.  I understand Mr. Farr deferring

18   it.  I have other trials set as well.  I'm not in a rush,

19   but I am in a rush if it is going to harm our clients, and

20   we believe it is going to harm them.

21             THE COURT:  When would you be ready for trial?

22             MR. DONOVAN:  I agree to January, I can do that.

23   I agree it is going to be hard.  I prefer to do it latter.

24             THE COURT:  If we do a January trial, are you

25   still anticipating a preliminary injunction hearing?
```

```
 1              MR. DONOVAN:  I don't have an answer for you.

 2              THE COURT:  I'm not sure of the value of doing

 3    both in such a short time frame.

 4              MR. DONOVAN:  I agree.  My only concern is

 5    whether under the case law there would be appeals, and I

 6    kind of have a victory, but it is too close to the

 7    election, although since Mr. Peters says it is not in

 8    effect yet, I guess we're under the old ruling, so it

 9    would not go into effect.

10              The biggest issue I think we need to hear from

11    the State is, do they plan to implement this in the

12    primaries, and if they do, that's our plan.  I want to

13    make sure you are aware on the trial.

14              I need to confer and do some research, frankly,

15    to tell you whether I need to move in advance of January,

16    if that gets us too close.

17              THE COURT:  All right.  Anybody else want to be

18    heard on discovery time?

19              MR. RUSS:  Your Honor, the only addition we

20    might make, co-counsel mentioned the amended complaint

21    within a week or two of the order.  From the Department's

22    perspective, deliberations take sometimes two weeks.  We

23    would ask for at least two weeks on any amendment on the

24    complaint.  Thank you.

25              THE COURT:  So if they are proposing five to
```

1    seven experts, and let's say three to five fact witnesses

2    that they have on their side of the case, what is kind of

3    the time period you can be ready for a trial?

4              I do have to say the case has been pending for a

5    while.  I know there has been an amendment, but the

6    amendment was made by the Defendants by legislature.  We

7    all have trial obligations, so I'm going to work within

8    that schedule, but --

9              MR. FARR:  Your Honor, I'll just say, we prefer

10   February.  Late January or early February.  We really

11   prefer something later than that.  I think this is a lot

12   of work to do in the time that we have allocated to us.

13             THE COURT:  All right.  Okay.  Anybody else want

14   to be heard?  Okay.  Well, pending before me is the motion

15   to dismiss for lack of subject matter jurisdiction filed

16   by the Defendants based on Rule 12(b)(1) Federal Rules of

17   Civil Procedure.  The argument is that the claim is moot.

18   I'm going to deny the motion.  The claim is not moot.  The

19   statute has been amended.  At a minimum, there is still a

20   pending claim for declaratory relief as against the photo

21   ID portion of Session Law 2013-381, before it was amended

22   with Session Law 2015-103, and there are remedies

23   potentially available to the Court that have been argued

24   as to that.

25             The intent portion of the case was tried this

1    summer and remains pending before me, and so that portion

2    of the case remains, so at minimum, that portion of the

3    case is not moot.

4          It may be a fair statement that there are

5    portions of the old law that are moot in the sense that

6    they have been amended and now it is the new law that has

7    to be applied and considered, and so from that point of

8    view, there may be an argument that portions of the case

9    may have been mooted, but the statute has been amended and

10   the claim is not mooted, so the motion is denied.

11         I'm going to allow the Plaintiffs to amend,

12   those who have made claims with respect to the photo ID

13   portion of the case, and you have two weeks from today to

14   file your amended complaints.  The Defendants can file

15   their responses in two weeks.

16         I'm going to look at my schedule later and

17   decide -- I'm going to tentatively set the case for trial

18   in January.  I don't have a date yet.  I'll try to set it

19   as late in January as I can.

20         In the meantime, I'm going to ask counsel to

21   consult and propose a pretrial schedule for a January

22   trial somewhere in the second half of the month.  If you

23   can agree upon it, a discovery schedule.  So, basically,

24   an amendment to your Rule 26 schedule, if you can agree

25   upon it.  I do not want to reopen issues like legislature,

1   privilege and things like that, that that have already

2   been resolved and closed.

3          Discovery is now limited to the effect of the

4   amended law on the claims that are being made once they

5   are put forth in the amended pleadings.

6          I also want the parties to update their 26(a)(1)

7   disclosures as to the amended claims.  Can you do that at

8   the same time you file your amended complaint and when you

9   file your response, whatever it is?

10          MR. FARR:  I think that's fine with us, Your

11   Honor.

12          MR. DONOVAN:  Yes, Your Honor.

13          THE COURT:  I'm anticipating it may not be much

14   by way of amendment.  It's been more than 120 days, I

15   believe, since the law was amended, and I know everybody

16   is busy, but time is a wasting, so I'm going to move

17   forward.

18          If you would propose a schedule that allows for

19   a trial in the second two weeks of January.  You can also

20   propose how much time you think you need.

21          We tried the intent part of the case already, so

22   I'm not interested in retrying what we tried, which was

23   one of the reasons I wanted to try this all at once.  But,

24   you can make an estimate of how much time you think you

25   need.

```
 1              I'm sure we'll see each other before we have a

 2     trial date, so we'll refine that.  I already have lots of

 3     information, so I'm really looking for updated information

 4     as it relates to the new claim so that I don't have an

 5     office full of duplicate notebooks of what I have received

 6     twice so far in the case.

 7              If you cannot agree on your Rule 26(f) pretrial

 8     schedule, then agree on what you can agree on, tell me

 9     what you can't agree on, and we'll get together and work

10     it out.

11              I would ask you to sit down with the magistrate

12     judge, but I think at this point we're close enough that

13     it makes more sense for us to just get together.

14              Let me ask that you all agree on your schedule

15     in ten days, so if you would file it with the Court in ten

16     days.  I'm hopeful that you can agree.  My default

17     position is, that both sides have had lots of time to deal

18     with this, and that I'm not going to be inclined to grant

19     lots of extensions, particularly to the Plaintiffs, if

20     they say they need more time to do things, because you've

21     been mustering your evidence for some time, so put up what

22     you have to put up.  Tell them what depositions you need.

23     Go take the depositions.  Defendants put up your evidence,

24     and we'll get ready for a trial.

25              I'm hopeful that you'll make a decision about
```

```
 1    whether you want to move for preliminary injunction before
 2    that date or not.  If you decide to move for preliminary
 3    injunction before that date, I may very well move the
 4    trial date.  I don't see any need to do both of them so
 5    close together, unless you persuade me otherwise.  It is
 6    also possible you may agree on a preliminary injunction
 7    hearing that would advance everything, and we'll just do
 8    it on the merits of the preliminary injunction and resolve
 9    the case.  You all can agree on that whichever way you
10    want to go.
11              I'm not anticipating a lengthy trial.  I'm
12    hoping you can provide the evidence you need in a short
13    period of time, so I can't imagine it would go more than a
14    week, but you all decide.
15              Now, one last word.  This is a bench trial, so I
16    have watched with interest your reports as to your
17    discussions.  I appreciate the fact that you all have been
18    trying to work together in trying to resolve whatever can
19    be resolved, so I'm not going to make inquiry into that,
20    but I am going to say, that it would strike me that you
21    ought to be able to come to some resolution of some of
22    the -- at least some of the issues that you seem to be
23    arguing over, in light of the body of law that exists out
24    there, particularly the South Carolina case, which this
25    seems to be patterned after.
```

1          The voters of this State are looking for you all

2   to resolve this in a way that gives them notice of what is

3   going on, and I hope that you all can find some way to

4   resolve your differences soon so that things can be

5   clarified, if there are questions among those who have

6   questions, about how this is going to be implemented.

7          I'll leave it at that.  I encourage you strongly

8   to continue your discussions to see if you can't, in the

9   interest of the voters of North Carolina, come to some

10  resolution that helps everybody.  All right.

11         Anybody have any issue that I've left unattended

12  as a result?  No.  Other than a ruling in the other case

13  that I'm working on.  Okay.  All right.

14         Thank you all for coming in.  I look forward to

15  seeing you at our next opportunity, whenever that may be.

16  All right.

17         Please adjourn court.

18              (Court was adjourned.)

19

20

21

22

23

24

25