UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, § | | |
| § | | |
| Plaintiffs, § | | |
| v. § | CIVIL ACTION NO. 2:13-CV-00193 | |
| § | | |
| GREG ABBOTT, *et al.*, § | | |
| § | | |
| Defendants. § | | |

**DEFENDANTS' ADVISORY REGARDING
LEGISLATIVE ACTION TO AMEND TEXAS'S VOTER-ID LAW**

Defendants file this Advisory to inform the Court and Plaintiffs of recent legislative action regarding S.B. 5. On February 21, 2017, S.B. 5 was filed in the Texas Senate with twenty of the thirty-one senators as co-authors of the bill. The Senate State Affairs Committee considered S.B. 5 on March 13, 2017, and the bill was reported favorably as substituted on March 14, 2017.

On March 27, 2017, the Texas Senate considered S.B. 5 on second reading and the chamber voted 21-10 to move the bill to a final vote. *See* Debate on Tex. S.B. 5 on the Floor of the Senate, 85th Leg., R.S. 700-02 (Mar. 27, 2017) (available at http://www.journals.senate.state.tx.us/sjrnl/85r/pdf/85RSJ03-27-F.PDF#page=16). During the floor debate, the Texas Senate adopted an amendment allowing voters to cast a regular ballot if they present documentation that is acceptable photo identification under Section 63.0101 of the Texas Election Code that has expired by no more than two years. The Texas Senate adopted a second amendment which creates an offense if an individual intentionally makes a false statement on a

1

declaration of reasonable impediment. On March 28, 2017, S.B. 5 was considered by the Texas Senate on third reading and formally passed to engrossment with a vote of 21-10. *See* Debate on Tex. S.B. 5 on the Floor of the Senate, 85th Leg., R.S. 722-23 (Mar. 28, 2017) (available at http://www.journals.senate.state.tx.us/sjrnl/85r/pdf/85RSJ03-28-F.PDF#page=4). The Texas House will now consider S.B. 5.

Date: March 29, 2017                    Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant
  Attorney General

BRANTLEY D. STARR
Deputy First Assistant
  Attorney General

JAMES E. DAVIS
Deputy Attorney General
  for Litigation

/s/ Angela V. Colmenero
ANGELA V. COLMENERO
Chief, General Litigation Division

MATTHEW H. FREDERICK
Deputy Solicitor General

JASON R. LAFOND
Assistant Solicitor General

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas  78711-2548
Tel.: (512) 936-6407
Fax: (512) 474-2697

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2017, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

<u>/s/ Angela V. Colmenero</u><br>
ANGELA V. COLMENERO