IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**UNOPPOSED MOTION TO WITHDRAW SONYA L. LEBSACK AS COUNSEL**

Plaintiff-Intervenor Imani Clark hereby moves to withdraw Sonya L. Lebsack as her attorney in this matter, and states as follows:

1. Ms. Lebsack is leaving Wilmer Cutler Pickering Hale and Dorr LLP on May 1, 2017, and will therefore no longer be able to represent Ms. Clark.

2. Ms. Lebsack is one of several attorneys for Ms. Clark. Attorney Janai Nelson of the NAACP Legal Defense and Educational Fund, and attorneys Jonathan E. Paikin and Kelly P. Dunbar of WilmerHale will remain as counsel for Ms. Clark in this matter. Other attorneys with the NAACP Legal Defense and Educational Fund and WilmerHale will also continue to represent Ms. Clark.

3. Withdrawal of Ms. Lebsack as an attorney of record will not cause undue delay and will not have a material adverse effect on Ms. Clark's interests.

WHEREFORE, Plaintiff-Intervenor Imani Clark respectfully requests leave to allow Ms. Lebsack to withdraw as counsel in this matter.

Respectfully submitted this 27th day of April 2017,

/s/ Sonya L. Lebsack

| | |
|---|---|
| Janai Nelson<br>NAACP Legal Defense and Educational<br>  Fund, Inc.<br>40 Rector Street, 5th Floor<br>New York, NY 10006<br>jnelson@naacpldf.org | Jonathan Paikin<br>Kelly P. Dunbar<br>Sonya L. Lebsack<br>WILMER CUTLER PICKERING HALE AND<br>DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>jonathan.paikin@wilmerhale.com<br>kelly.dunbar@wilmerhale.com<br>sonya.lebsack@wilmerhale.com<br><br>*Counsel for Imani Clark* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2017, I filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notice of the electronic filing to all counsel of record.

/s/ Sonya L. Lebsack
WILMER CUTLER PICKERING HALE AND
 DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel. (202) 663-6063
Fax (202) 663-6363
sonya.lebsack@wilmerhale.com

*Counsel for Imani Clark*