IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION
TO WITHDRAW SONYA L. LEBSACK AS COUNSEL**

On this date, the Court considered Plaintiff-Intervenor Imani Clark's motion to withdraw Sonya L. Lebsack as her attorney in this matter. Having considered the motion, the Court is of the opinion that the motion should be granted.

Accordingly, it is ORDERED that Plaintiff-Intervenor's motion is GRANTED.

SIGNED on this _____ day of _____, 2017.

_____
The Honorable Nelva Gonzales Ramos
United States District Judge