United States District Court
Southern District of Texas
**ENTERED**
April 28, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, *et al.*,<br><br>Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW SONYA L. LEBSACK AS COUNSEL

On this date, the Court considered Plaintiff-Intervenor Imani Clark's motion to withdraw Sonya L. Lebsack as her attorney in this matter. Having considered the motion, the Court is of the opinion that the motion should be granted.

Accordingly, it is ORDERED that Plaintiff-Intervenor's motion is GRANTED.

SIGNED on this 27th day of April, 2017.

The Honorable Nelva Gonzales Ramos
United States District Judge