UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § § § § § § § § § § | |
| Plaintiffs, | | |
| vs. | | Civil Action No. 2:13-CV-00193 |
| GREG ABBOTT, *et al*, | | |
| Defendants. | | |

## UNOPPOSED MOTION TO WITHDRAW
## KATHRYN NEWELL AS COUNSEL

The Taylor Plaintiffs hereby move to withdraw Kathryn Newell as their counsel in this matter, and state as follows:

1. Ms. Newell is leaving Texas RioGrande Legal Aid, Inc. and will therefore no longer be able to represent the Taylor Plaintiffs.

2. Ms. Newell is one of several attorneys for the Taylor Plaintiffs. Attorneys Robert W. Doggett, Jose Garza, Marinda van Dalen, Shoshana J. Krieger, and Priscilla Noriega will remain as counsel for the Taylor Plaintiffs in this matter

3. Withdrawal of Ms. Newell as an attorney of record will not cause undue delay and will not have a material adverse effect on the Taylor Plaintiffs' interests.

WHEREFORE, the Taylor Plaintiffs respectfully request leave to allow Ms. Newell to withdraw as counsel in this matter.

DATED:	May 1, 2017						Respectfully submitted.


							TEXAS RIOGRANE LEGAL AID, INC.

							   /S/ Marinda van Dalen

							Marinda van Dalen
							Texas Bar No. 00789698
							S. Dist. No. 17577
							1206 E. Van Buren St.
							Brownsville, Texas 79520
							Telephone 956-982-5540
							Fax 956-541-1410
							mvandalen@trla.org

							Jose Garza
							Texas Bar No. 07731950
							S. Dist. No. 1959
							1111 N. Main
							San Antonio, Texas
							Telephone 210-212-3701
							Fax 210-212-3772
							jgarza@trla.org

							Robert W. Doggett
							Texas Bar No. 05945650
							4920 N. IH – 35
							Austin, Texas 78751
							Telephone 512-374-2725
							RDoggett@trla.org


							Attorneys for Lenard Taylor, Eulalio
							Mendez, Jr., Lionel Estrada, Estela G.
							Espinoza, Maximina M. Lara, and La Union
							del Pueblo Entero (LUPE)

## CERTIFICATE OF SERVICE

      I hereby certify that on May 1, 2017 I filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send a notice of the electronic filing to all counsel of record who have registered with this Court's ECF system.

                                            <u>/s/ Marinda van Dalen</u>
                                            Marinda van Dalen

## CERTIFICATE OF CONFERENCE

      I hereby certify that I have conferred with counsel for the parties in this litigation and they are unopposed to the filing of this motion.

                                            <u>/s/ Marinda van Dalen</u>
                                            Marinda van Dalen