# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al,* § | |
| § | |
| Plaintiffs, § | |
| § | |
| vs. § | Civil Action No. 2:13-CV-00193 |
| § | |
| GREG ABBOTT, *et al,* § | |
| § | |
| Defendants. § | |

## ORDER GRANTING UNOPPOSED MOTION
## TO WITHDRAW KATHRYN NEWELL AS COUNSEL

On this date, the Court considered the Taylor Plaintiffs' motion to withdraw Kathryn Newell as their attorney in this matter. Having considered the motion, the Court is of the opinion that the motion should be granted.

Accordingly, it is ORDERED that the Taylor Plaintiffs' motion is GRANTED.

SIGNED on this the _____ day of _____, 2017.

_____
The Honorable Nelva Gonzales Ramos
United States District Judge