FOR 2:13cv193 CORPUS CHRISTI

*Robert M Allensworth*

John Wilson          Del 10 Lawrence
State House 300 SW 10th Ave
Topeka KS 66612
785-296-7633 FAX 268-6368

Clerk, U.S. District Court
Southern District of Texas
FILED Apr 28 17
MAY 2 2017
David J. Bradley, Clerk of Court

I SUGGEST A LIMITED VOTING RETENTION BALLOT FOR ALL 100 US SENATORS W/CANDIDATES PAYING $4000 1st 4 & $10 000 LATE COMERS

       THIS MAY PROMOTE GOOD BEHAVIOR

I SUGGEST A LIMITED VOTING BACKUP BALLOT FOR TX & OTHER STATE HOUSES & US CONGMEN W/ PRIMARY WINNERS FREE ON OWN & 2 MORE DISTS MORE W/A FEE     ALL 4 FOR AR & KS CONGMEN

"ALL ALONG OUR CROSSETT AR STREET WE HAVE CANCER" DARK MONEY 278

| | | | |
|---|---|---|---|
| EDDIE CHEATHAM | SEN 26 | CROSSETT | 870-364-5659 |
| LeANNE BURCH | DEL 9 | MONTICELLO | 870-460-0778 |
| JEFFREY WARDLAW | DEL 8 | HERMITAGE | 870-226-9501, 460-2814 |
| MARK McELROY | DEL 11 | TILLAR | 870-644-3822 |

"KOCH GROUPS CARRIED MORGAN GRIFFITH'S WATER" DM 2016 MAYER 252

VEASEY v ABBOTT 5CCA 14-41127    (60+ dkts 13cv193 from me)

*Robert M Allensworth*
Robert M Allensworth B14522
BMRCC 251 N IL 37
Ina IL 62846 2419

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**DAVID BRADLEY, Clerk**
CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

Clerk, U.S. District Court
Southern District of Texas
FILED

MAY 2 2017

David J. Bradley, Clerk of Court

April 18, 2017

Mr. Robert M. Allensworth
# B14522
BMRCC
251 N IL 37
Ina, IL  62846-2419

Dear Mr. Allensworth

    We have received a letter from you requesting a copy of a docket sheet in Patino V City of Pasadena.  I am not able to find that case because you did not give me Patino's full name.  That is a common name with many cases attached to that name.  Please Provide the full style of the case so that we can give you the information that you're requesting.

**DAVID BRADLEY, Clerk**

By: _____
**DEPUTY CLERK**

ALLENSWORN, RICHARD 4AIC
BMCC 75 Y N 35
BX IC C2876 241)

Clerk, U.S. District Court
Southern District of Texas
FILED

MAY 2 2017

David J. Bradley, Clerk of Court

IDOC INMATE MAIL
MONEY ORDERS NO
LONGER ACCEPTED

MARIANNE SERNA DEPUTY IN CHARGE CORPUS CHRISTI
1133 N SHORELINE BLVD RM 208
CORPUS CHRISTI TX 78401

02 1M
0004266687
MAILED FROM ZIPCODE 62846
$00.00⁰
APR 28 2017
PITNEY BOWES
FOREVER USA

Bank Swallow

7840132042 0029