Case 2:13-cv-00193   Document 1030   Filed on 05/05/17 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 05, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RICK PERRY, *et al.*,<br><br>Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

## ORDER

Having reviewed the motion of the Texas State Conference of NAACP Branches and the Mexican American Legislative Caucus of the Texas House Representatives to withdraw Jennifer Clark as counsel, the request is hereby GRANTED.

Date: 5/5/17 , 2017

The Honorable Nelva Gonzales Ramos
United States District Judge