# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS



**FILED**

MAY 08 2017

David J. Bradley, Clerk of Court

20170428-34

Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Friday, April 28, 2017
Case Number: 2:13-cv-00193
Document Number: 1025 (1 page)
Notice Number: 20170428-34
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED

MAY 08 2017

David J. Bradley, Clerk of Court

RETURN TO SENDER
[ ] NEED BOOKING #/DOB
[✓] INMATE NO LONGER HERE
[ ] ILLEGIBLE WRITING
[ ] NEED INMATE FULL NAME
[ ] NOT ACCEPTED-NO RETURN ADDRESS

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 000.46⁰
02 1W
0001374615 APR 28. 2017.

NIXIE    787   DE 1       0005/05/17
            RETURN TO SENDER
              REFUSED
          UNABLE TO FORWARD

BC: 77208191010        *0133-10845-28-46