# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS


20170502-57

Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617



United States Courts
Southern District of Texas
FILED

MAY 12 2017

David J. Bradley, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

---

Date: Tuesday, May 2, 2017
Case Number: 2:13-cv-00193
Document Number: 1027 (1 page)
Notice Number: 20170502-57
Notice: The attached order has been entered.

---

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.46
02 1W
0001374615 MAY. 02. 2017

RETURN TO SENDER
[ ] NEED BOOKING #/DOB
[X] INMATE NO LONGER HERE
[ ] ILLEGIBLE WRITING
[ ] NEED INMATE FULL NAME
[ ] NOT ACCEPTED-NO RETURN ADDRESS

United States Courts
Southern District of Texas
FILED
MAY 12 2017
David J. Bradley, Clerk of Court

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

NIXIE     787    DE  1         0005/10/17

            RETURN TO SENDER
                REFUSED
            UNABLE TO FORWARD

BC: 77208101010      *0833-06087-02-39