UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al*, § § § Plaintiffs, § § vs. § Civil Action No. 2:13-CV-00193 § GREG ABBOTT, *et al*, § § § Defendants. § | |

## UNOPPOSED MOTION TO WITHDRAW
## MARINDA VAN DALEN AS COUNSEL

The Taylor Plaintiffs hereby move to withdraw Marinda van Dalen as their counsel in this matter, and state as follows:

1.  Ms. van Dalen is leaving Texas RioGrande Legal Aid, Inc. and will therefore no longer be able to represent the Taylor Plaintiffs.

2.  Ms. van Dalen is one of several attorneys for the Taylor Plaintiffs. Attorneys Robert W. Doggett, Jose Garza, Shoshana J. Krieger, and Priscilla Noriega will remain as counsel for the Taylor Plaintiffs in this matter

3.  Withdrawal of Ms. van Dalen as an attorney of record will not cause undue delay and will not have a material adverse effect on the Taylor Plaintiffs' interests.

WHEREFORE, the Taylor Plaintiffs respectfully request leave to allow Ms. van Dalen to withdraw as counsel in this matter.

DATED:       May 23, 2017                    Respectfully submitted.

        TEXAS RIOGRANE LEGAL AID, INC.

        _____/S/ Jose Garza_____

Jose Garza
Texas Bar No. 07731950
S. Dist. No. 1959
1111 N. Main
San Antonio, Texas
Telephone 210-212-3701
Fax 210-212-3772
jgarza@trla.org

Robert W. Doggett
Texas Bar No. 05945650
4920 N. IH – 35
Austin, Texas 78751
Telephone 512-374-2725
RDoggett@trla.org

Attorneys for Lenard Taylor, Eulalio Mendez, Jr., Lionel Estrada, Estela G. Espinoza, Maximina M. Lara, and La Union del Pueblo Entero (LUPE)

## CERTIFICATE OF SERVICE

    I hereby certify that on May 23, 2017 I filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send a notice of the electronic filing to all counsel of record who have registered with this Court's ECF system.

        /s/ Marinda van Dalen

3

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for the parties in this litigation and they are unopposed to the filing of this motion.

/s/ Marinda van Dalen