United States District Court
Southern District of Texas
**ENTERED**
May 24, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | Civil Action No. 2:13-CV-00193 |
| | § | |
| GREG ABBOTT, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION
## TO WITHDRAW MARINDA VAN DALEN AS COUNSEL

On this date, the Court considered the Taylor Plaintiffs' motion to withdraw Marinda van Dalen as their attorney in this matter. Having considered the motion, the Court is of the opinion that the motion should be granted.

Accordingly, it is ORDERED that the Taylor Plaintiffs' motion is GRANTED.

SIGNED on this the 23rd day of May, 2017.

The Honorable Nelva Gonzales Ramos
United States District Judge