# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS


20170524-18

Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617



CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Wednesday, May 24, 2017
Case Number: 2:13-cv-00193
Document Number: 1034 (1 page)
Notice Number: 20170524-18
Notice: The attached order has been entered.

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.46
02 1W
0001374615 MAY. 24. 2017

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED

JUN 05 2017

David J. Bradley, Clerk of Court

RETURN TO SENDER
[ ] NEED BOOKING #/DOB
[X] INMATE NO LONGER HERE
[ ] ILLEGIBLE WRITING

NIXIE    787    DE 1    0006/02/17

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 77208101010    *2288-09160-25-00