United States District Court
Southern District of Texas
**ENTERED**
June 21, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| GREG ABBOTT, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ON PROCEDURE FOR ADDRESSING REMEDIES

After considering the parties' briefing regarding the procedure for addressing the issue of remedies (D.E. 1039, 1040, 1041), the Court finds that Private Plaintiffs seek only remedies that follow directly from the record established by the trial on liability held in September 2014, and the Court's previous liability rulings as a result of that trial. The United States and Defendants do not seek any affirmative remedies. Therefore, the Court will not conduct any new evidentiary hearing. However, pursuant to the prior opinion of the United States Court of Appeals for the Fifth Circuit, this Court will consider the 2017 Texas Legislature's passage of SB 5 to the extent that it, on its face, may be relevant to issues regarding remedies. *Veasey v. Abbott*, 830 F.3d 216, 271 (5th Cir. 2016) ("[T]he district court's determinations should be based on the current record, supplemented only by legislative action, if any, that occurs after this remand and any oral argument permitted by the district court.")

The parties have agreed that briefing on remedies should be conducted simultaneously. D.E. 1039, p. 4; D.E. 1040, p. 3; D.E. 1041, p. 2. Therefore, the Court

ORDERS that all parties shall file their opening briefs, not to exceed 25 pages, regarding the propriety and nature of relief to which Plaintiffs are entitled on or before July 5, 2017. The Court further ORDERS that all parties shall file their responsive briefs, not to exceed 15 pages, on or before July 17, 2017. No reply briefs will be permitted without good cause shown.

The Court will address the briefing schedule for relief requested under Section 3 of the Voting Rights Act at a later date.

ORDERED this 20th day of June, 2017.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE