IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARK VEASEY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants*. | Civil Action No. 2:13-cv-193 |

### UNOPPOSED MOTION TO WITHDRAW
### THADDEUS EAGLES AS COUNSEL

Plaintiff-Intervenor Imani Clark respectfully moves this Court to withdraw Thaddeus Eagles as her counsel of record in this case. Withdrawal of Mr. Eagles as attorney of record will not cause undue delay and will not have a material adverse effect on Plaintiff-Intervenors' interests. Plaintiff-Intervenor will continue to be represented by counsel of record from the NAACP Legal Defense and Educational Fund, Inc. and Wilmer Cutler Pickering Hale and Dorr LLP.

WHEREFORE, Plaintiff-Intervenor respectfully requests leave to allow Thaddeus Eagles to withdraw as counsel in this matter.

Dated: June 28, 2017

                                                                  Respectfully Submitted,

                                                                  /s/ *Leah Aden*
                                                                  Leah Aden
                                                                  NAACP LEGAL DEFENSE
                                                                     & EDUCATIONAL FUND, INC.

40 Rector St., 5th Fl.
New York, NY 10006
LAden@naacpldf.org
Telephone: (212) 965-7715
Facsimile: (212) 226-7592

2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **UNOPPOSED MOTION TO WITHDRAW THADDEUS EAGLES AS COUNSEL** via the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated:  June 28, 2017

                                          Respectfully submitted,

                                          /s/ *Leah Aden*
                                          Leah Aden