UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 2:13-CV-193 |
| § | |
| GREG ABBOTT, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER GRANTING MOTION TO WITHDRAW

Before the Court is the Unopposed Motion to Withdraw Thaddeus Eagles as Counsel (D.E. 1045). After due consideration, the Court GRANTS the motion and ORDERS attorney Thaddeus Eagles withdrawn as counsel of record for Plaintiff-Intervenor Imani Clark.

ORDERED this 28th day of June, 2017.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE