# EXHIBIT

# A

### EXHIBIT A: Plaintiffs / Witnesses Alleged Burdens Addressed by SB 5

| Person | Applicable Reasonable-Impediment Exception Under SB 5 | | | | | | |
|---|---|---|---|---|---|---|---|
| | Lack of Transportation | Lack of Birth Certificate or Related Documents | Work Schedule | Lost or Stolen Identification | Disability or Illness | Family Responsibilities | Not Yet Received ID |
| Barber | ✓ (ROA.110750-51) | ✓ (ROA.110757) | | | ✓ (ROA.110751) | | |
| Bates | ✓ (ROA.110815) | ✓ (ROA.110819-20) | | | | | |
| Benjamin | | ✓ (*Veasey*, 830 F.3d at 252-55) | | | | | |
| F. Carrier | | ✓ (*Veasey*, 830 F.3d at 254-55) | | | ✓ (ROA.98705) | | |
| Clark | ✓ (ROA.100540) | | ✓ (ROA.100542) | | | | |
| Eagleton | ✓ (ROA.111522) | ✓ (ROA.111519) | | | | | |
| Espinosa | | ✓ (ROA.111565) | | | | | |
| Estrada | ✓ (ROA.99362) | ✓ (ROA.99368) | | | | | |
| Gandy | | ✓ (ROA.99829-30) | | | | | |
| Gholar | | ✓ (ROA.111763) | | | | | |
| Holmes | ✓ (ROA.111972) | | | | | | |
| Mr. Lara | | ✓ (ROA.99838-39) | | | | | |
| Ms. Lara | | ✓ (ROA.99855) | | | | | |
| Martinez | | ✓ (ROA.112241) | | | | | |
| Mendez | | | | | ✓ (ROA.99031) | | |
| Taylor | | ✓ (ROA.99382) | | ✓ (ROA.99379-80) | | | |
| Washington | | | | ✓ (ROA.113106) | | | |

Four plaintiffs and six witnesses had SB14-compliant ID at the time of trial. Benavidez Dep. 35:19-22 (ROA.110938); Bingham Dep. 37:9-10 (ROA.97456); Brickner Dep. 18:23-22:3 (ROA.111130-31); Burns Dep. 13:13-15 (ROA.114403); Jackson Dep. 30:12-32:22 (ROA.112038-40); Mellor-Crummey Dep. 14:18-15:11 (ROA.112345); Ozias Dep. 17:16-19 (ROA.112576); Sanchez Dep. 8:1-12 (ROA.112703); Trotter Dep. 51:6-55:17 (ROA.112928-29); Washington Dep. 34:3-13 (ROA.113126); *see also* Opinion 79 (Oct. 9, 2014), ECF No. 628 (ROA.27104). Under SB 5, at least two witnesses may also now vote with an expired driver's license. Espinosa Dep. 33:18-21 (ROA.111571); Trotter Dep. 35:23-36:19 (ROA.112924). Former plaintiff Michelle Bessiake—an Indiana resident who votes in Indiana—testified that she did not face a reasonable impediment to acquiring necessary ID. *See* Bessiake Dep. 83:21-84:15 (ROA.111040) ("Q: [I]s there any other reason . . . why obtaining one of those forms of identification is unduly burdensome? A. Because I don't want any of those identification."). Following this testimony, Bessiake's claims were voluntarily dismissed with prejudice. ECF No. 338 (ROA.8885-86).