# EXHIBIT

# C

## REASONABLE IMPEDIMENT DECLARATION

**TO BE COMPLETED BY VOTER**

Name: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

**(Check at least one box below)**

☐ Lack of transportation          ☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule          ☐ Family responsibilities

☐ Lost or stolen photo ID          ☐ Photo ID applied for but not received

☑ Other reasonable impediment or difficulty _Protest of Voter ID Law_

**The reasonableness of your impediment or difficulty cannot be questioned.**

X ▮▮▮▮▮▮▮▮▮▮▮▮▮▮      _Oct 25, 2016_
Signature of Voter                 Date

Sworn to and subscribed before me this

_25_ day of _Oct_, 20_16_

Presiding Judge _Michael Handley_

**TO BE COMPLETED BY ELECTION OFFICIAL**

The voter provided one of the following forms of identification or information:

☑ Valid Voter Registration certificate; or

☐ A copy or original of **one** of the following was provided:

       _____certified birth certificate (must be an original)

       _____current utility bill

       _____bank statement

       _____government check

       _____other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

       _____paycheck

Location: _Carpenter Park_

Date of Election: _10-25-2016_

RECEIVED OCT 28 2016

## REASONABLE IMPEDIMENT DECLARATION
*DECLARACIÓN DE IMPEDIMENTO RAZONABLE*

**TO BE COMPLETED BY VOTER**
*PARA SER LLENADO POR EL ELECTOR*

Name (*Nombre*): ███████████████

### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY
*DECLARACIÓN DE IMPEDIMENTO RAZONABLE O DIFICULTAD DEL ELECTOR*

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

*Al firmar esta declaración, juro o afirmo bajo pena de perjurio que soy la misma persona que apareció personalmente en la casilla electoral, que estoy emitiendo mi boleta al votar personalmente, y que tengo un impedimento o dificultad razonable que me imposibilita de obtener una identificación con foto como es requerido.*

My reasonable impediment or difficulty is due to the following reason(s):
*Mi impedimento razonable se debe a las siguientes razones:*

(Check **at least one** box below) (*Elija **al menos una** de las razones que aparecen a continuación*)

| | | | |
|---|---|---|---|
| | Lack of transportation<br>*Falta de transporte* | | Disability or illness<br>*Discapacidad o enfermedad* |
| | Lack of birth certificate or other documents needed to obtain acceptable photo ID<br>*Falta de acta de nacimiento u otros documentos necesarios para obtener una identificación con foto* | | |
| | Work schedule<br>*Horario de trabajo* | | Family responsibilities<br>*Responsabilidades familiares* |
| | Lost or stolen photo ID<br>*Pérdida o robo de identificación con foto* | | Photo ID applied for but not received<br>*Identificación con foto ha sido solicitada pero no la he recibido* |
| | Other reasonable impediment or difficulty Don't believe I have to show Picture ID<br><br>*Otro impedimento o dificultad razonable* _____ | | |

**The reasonableness of your impediment or difficulty cannot be questioned.**
*La razón de su impedimento o dificultad no puede ser cuestionada.*

X ██████████████████
~~~~~~~~~~~~~~~~ (*mujer elector*)

🖊 10/29/16
Date (*Fecha*)

Sworn to and subscribed before me this 29 day of Oct, 20 16  Presiding Judge Lee Pan

**TO BE COMPLETED BY ELECTION OFFICIAL**

The voter provided one of the following forms of identification or information:

| | | |
|---|---|---|
| ✓ | Valid Voter Registration certificate; or | |
| | A copy or original of **one** of the following was provided: | |
| | | certified birth certificate (must be an original) |
| | | current utility bill |
| | | bank statement |
| | | government check |
| | | other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original) |
| | | paycheck |

Location: SRD 134M-1       Date of Election: 11/8/16

## REASONABLE IMPEDIMENT DECLARATION

**TO BE COMPLETED BY VOTER**

Print Name Legibly: ███████████████████

### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

**(Check at least one box below)**

_____ Lack of transportation
_____ Lack of birth certificate or other documents needed to obtain acceptable photo ID
_____ Work schedule
_____ Lost or stolen photo ID
_____ Disability or illness
_____ Family responsibilities
_____ Photo ID applied for but not received
_____ Other reasonable impediment or difficulty   *Don't agree with voter ID law*

**The reasonableness of your impediment or difficulty cannot be questioned.**

X ██████████████                              Date: 10/28/20 16
Signature of Voter

Sworn to and subscribed before me this:
28th day of Oct, 2016
Presiding Judge or Alternate Judge:

Raul Solis                    X _____
Print Name                       Signature

**To be completed by Election Official:**

The voter provided one of the following forms of identification or information:
☐ Valid Voter Registration Certificate; or
☐ A copy or original of one of the following was provided:
_____ Certified Birth Certificate (must be an original)
_____ Current utility bill
_____ Bank statement
_____ Government check
_____ Other government document that shows the voter's name and an address (with the exception
        of a government document containing a photograph which must be an original)
_____ Paycheck

Early Voting Station: _____   Date of Election: ____/____/20____

### RETURN INSIDE DAILY FOLDER

## REASONABLE IMPEDIMENT DECLARATION

**TO BE COMPLETED BY VOTER** ▮▮▮▮▮▮

Print Name Legibly: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check at least one box below)

_____ Lack of transportation
_____ Lack of birth certificate or other documents needed to obtain acceptable photo ID
_____ Work schedule
_____ Lost or stolen photo ID
_____ Disability or illness
_____ Family responsibilities
_____ Photo ID applied for but not received
__X__ Other reasonable impediment or difficulty _I do not agree with the law_

The reasonableness of your impediment or difficulty cannot be questioned.

X ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                    Date: ___/___/20___
▮▮▮▮▮▮▮▮▮▮▮▮
Signature of Voter

Sworn to and subscribed before me this:

_4th_ day of _Nov_, 20_16_

Presiding Judge or Alternate Judge:

_Raul Solis-Anaya_           X _[signature]_
Print Name                    Signature

_____

**To be completed by Election Official:**

The voter provided one of the following forms of identification or information:
☐ Valid Voter Registration Certificate; or
☐ A copy or original of one of the following was provided:
_____ Certified Birth Certificate (must be an original)
_____ Current utility bill
_____ Bank statement
_____ Government check
_____ Other government document that shows the voter's name and an address (with the exception
of a government document containing a photograph which must be an original)
_____ Paycheck

Early Voting Station: _____   Date of Election: ___/___/20___

### RETURN INSIDE DAILY FOLDER

**TO BE COMPLETED BY VOTER**

Name: ███████████████

## VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check **at least one** box below)

☐ Lack of transportation                    ☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule                             ☐ Family responsibilities

☐ Lost or stolen photo ID                   ☐ Photo ID applied for but not received

☑ Other reasonable impediment or difficulty *do not agree with law*

**The reasonableness of your impediment or difficulty cannot be questioned.**

X ███████████████            10/28/2016

Signature of Voter                          Date

Sworn to and subscribed before me this

*28* day of *Oct*, 20 *16*

Presiding Judge *Janet L Lutch*

**TO BE COMPLETED BY ELECTION OFFICIAL**

The voter provided one of the following forms of identification or information:

☒ Valid Voter Registration certificate; or

☐ A copy or original of **one** of the following was provided:

_____ certified birth certificate (must be an original)

_____ current utility bill

_____ bank statement

_____ government check

_____ other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

_____ paycheck

## REASONABLE IMPEDIMENT DECLARATION

**TO BE COMPLETED BY VOTER**

Name: ███████████

### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

**(Check at least one box below)**

☐ Lack of transportation                                ☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule                                         ☐ Family responsibilities

☐ Lost or stolen photo ID                               ☐ Photo ID applied for but not received

☒ Other reasonable impediment or difficulty   _unconstitutional_

**The reasonableness of your impediment or difficulty cannot be questioned.**

X ___████████████___                    Date _11/4/2016_
    Signature of Voter

Sworn to and subscribed before me this

_4_ day of _Nov_, 20_16_

Presiding Judge _[signature]_

**TO BE COMPLETED BY ELECTION OFFICIAL**

The voter provided one of the following forms of identification or information:

☐ Valid Voter Registration certificate; or

☐ A copy or original of **one** of the following was provided:

_____ certified birth certificate (must be an original)

_____ current utility bill

_____ bank statement

_____ government check

_____ other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

_____ paycheck

Location: _____

Date of Election: _____

*11-0 4-16*
*26- Millennium*          *TEAM 2*

## REASONABLE IMPEDIMENT DECLARATION

**TO BE COMPLETED BY VOTER**

Name:

### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check **at least one** box below)

☐ Lack of transportation                          ☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule                                   ☐ Family responsibilities

☐ Lost or stolen photo ID                         ☐ Photo ID applied for but not received

☒ Other reasonable impediment or difficulty *It's unconstitutional*

**The reasonableness of your impediment or difficulty cannot be questioned.**

X _____          *11/4/16*
Signature of Voter                                   Date

Sworn to and subscribed before me this

*4th* day of *Nov*, 20 *16*

Presiding Judge _____

**TO BE COMPLETED BY ELECTION OFFICIAL**

The voter provided one of the following forms of identification or information:

☐ Valid Voter Registration certificate; or

☐ A copy or original of **one** of the following was provided:

_____ certified birth certificate (must be an original)

_____ current utility bill

_____ bank statement

_____ government check

_____ other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

_____ paycheck

Location: *26- Millennium YC*

Date of Election: *11-08-16*

1140528682 CUNNINGHAM, DONNA
2618 CARLOW DR
AUSTIN  344A



## REASONABLE IMPEDIMENT DECLARATION

### TO BE COMPLETED BY VOTER

Name

#### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check **at least one** box below)

☐ Lack of transportation                                    ☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule                                              ☐ Family responsibilities

☐ Lost or stolen photo ID                                    ☐ Photo ID applied for but not received

☑ Other reasonable impediment or difficulty  _Unconstitutional_

**The reasonableness of your impediment or difficulty cannot be questioned.**

X                                                        _11-4-16_
                                                          Date

Sworn to and subscribed before me this

_4_ day of _Nov_, 20 _16_

Presiding Judge _Linia P. Stewart_

### TO BE COMPLETED BY ELECTION OFFICIAL

The voter provided one of the following forms of identification or information:

☑ Valid Voter Registration certificate; or

☐ A copy or original of **one** of the following was provided:

_____ certified birth certificate (must be an original)

_____ current utility bill

_____ bank statement

_____ government check

_____ other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

_____ paycheck

Location: _Randalls Ben White_

Date of Election: _11.4.2016_

_11.8.2016_

# REASONABLE IMPEDIMENT DECLARATION

## TO BE COMPLETED BY VOTER

Name: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check at least one box below)

☐ Lack of transportation                                    ☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule                                             ☐ Family responsibilities

☐ Lost or stolen photo ID                                   ☐ Photo ID applied for but not received

☒ Other reasonable impediment or difficulty   *Unconstitutional*

The reasonableness of your impediment or difficulty cannot be questioned.

X ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   Date  10/26/2016
    Signature of Voter

Sworn to and subscribed before me this

26 day of Oct 20 16

Presiding Judge   *Beverly Wunderlin*

## TO BE COMPLETED BY ELECTION OFFICIAL

The voter provided one of the following forms of identification or information:

☑ Valid Voter Registration certificate; or

☐ A copy or original of one of the following was provided:

_____ certified birth certificate (must be an original)

_____ current utility bill

_____ bank statement

## REASONABLE IMPEDIMENT DECLARATION

**TO BE COMPLETED BY VOTER**

Name: ███████████████████████

**VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY**

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check at least one box below)

☐ Lack of transportation             ☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule                    ☐ Family responsibilities

☐ Lost or stolen photo ID           ☐ Photo ID applied for but not received

☑ Other reasonable impediment or difficulty   *Court declared photo ID require-ment unconstitutional*

The reasonableness of your impediment or difficulty cannot be questioned.

X _███████████████████████_     *28 October 2016*
    Signature of Voter                         Date

Sworn to and subscribed before me this

*28* day of *11 6*, 20

Presiding Judge _____

**TO BE COMPLETED BY ELECTION OFFICIAL**

The voter provided one of the following forms of identification or information:

☑ Valid Voter Registration certificate; or

☐ A copy or original of **one** of the following was provided:

      _____ certified birth certificate (must be an original)

      _____ current utility bill

      _____ bank statement

      _____ government check

      _____ other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

      _____ paycheck

Location: *EV*

Date of Election: *Nov 8, 16*

## REASONABLE IMPEDIMENT DECLARATION

### TO BE COMPLETED BY VOTER

Name: ███████████████████

#### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check at least one box below)

- [ ] Lack of transportation
- [ ] Disability or illness
- [ ] Lack of birth certificate or other documents needed to obtain acceptable photo ID
- [ ] Work schedule
- [ ] Family responsibilities
- [ ] Lost or stolen photo ID
- [ ] Photo ID applied for but not received
- [x] Other reasonable impediment or difficulty _SUPREME COURT STRUCK DOWN Photo ID LAW iN TEXAS_

The reasonableness of your impediment or difficulty cannot be questioned.

X ███████████████████████          _8 NOVEMBER 2016_
   Signature of Voter                          Date

Sworn to and subscribed before me this

_8_ day of _NOV_, 20_16_

Presiding Judge _[signature]_

### TO BE COMPLETED BY ELECTION OFFICIAL

The voter provided one of the following forms of identification or information:

- [x] Valid Voter Registration certificate; or
- [ ] A copy or original of one of the following was provided:

    _____ certified birth certificate (must be an original)

    _____ current utility bill

    _____ bank statement

    _____ government check

    _____ other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

    _____ paycheck

Location: _301, 315_

Date of Election: _11·8·16_

## REASONABLE IMPEDIMENT DECLARATION
*DECLARACIÓN DE IMPEDIMENTO RAZONABLE*

**TO BE COMPLETED BY VOTER**
*PARA SER LLENADO POR EL ELECTOR*

Name (*Nombre*): ███████████████

### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY
*DECLARACIÓN DE IMPEDIMENTO RAZONABLE O DIFICULTAD DEL ELECTOR*

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

*Al firmar esta declaración, juro o afirmo bajo pena de perjurio que soy la misma persona que apareció personalmente en la casilla electoral, que estoy emitiendo mi boleta al votar personalmente, y que tengo un impedimento o dificultad razonable que me imposibilita de obtener una identificación con foto como es requerido.*

My reasonable impediment or difficulty is due to the following reason(s):
*Mi impedimento razonable se debe a las siguientes razones:*

(Check **at least one** box below) (*Elija al menos una de las razones que aparecen a continuación*)

| | |
|---|---|
| Lack of transportation<br>*Falta de transporte* | Disability or illness<br>*Discapacidad o enfermedad* |
| Lack of birth certificate or other documents needed to obtain acceptable photo ID<br>*Falta de acta de nacimiento u otros documentos necesarios para obtener una identificación con foto* | |
| Work schedule<br>*Horario de trabajo* | Family responsibilities<br>*Responsabilidades familiars* |
| Lost or stolen photo ID<br>*Pérdida o robo de identificación con foto* | Photo ID applied for but not received<br>*Identificación con foto ha sido solicitada pero no la he recibido* |
| ✓ Other reasonable impediment or difficulty  *not required by law*<br><br>*Otro impedimento o dificultad razonable* _____ | |

**The reasonableness of your impediment or difficulty cannot be questioned.**
*La razón de su impedimento o dificultad no puede ser cuestionada.*

X ███████████████                     11/4/16
Signature of Voter (*Firma del elector*)                Date (*Fecha*)

Sworn to and subscribed before me this **4** day of **Nov**, 20 **16** Presiding Judge *Annie Graadine*

**TO BE COMPLETED BY ELECTION OFFICIAL**

The voter provided one of the following forms of identification or information:

| | |
|---|---|
| ✓ | Valid Voter Registration certificate; or |
| | A copy or original of **one** of the following was provided: |
| | certified birth certificate (must be an original) |
| | current utility bill |
| | bank statement |
| | government check |
| | other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original) |
| | paycheck |

Location: _SRD001_          0000008          Date of Election: _11-8-16_

## REASONABLE IMPEDIMENT DECLARATION

**TO BE COMPLETED BY VOTER**

Name: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

**(Check at least one box below)**

☐ Lack of transportation                                    ☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule                                              ☐ Family responsibilities

☐ Lost or stolen photo ID                                    ☐ Photo ID applied for but not received

☑ Other reasonable impediment or difficulty  _not law_

**The reasonableness of your impediment or difficulty cannot be questioned.**

X ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                        _10/3/16_
   Signature of Voter ▮▮▮▮▮▮▮▮▮              Date

Sworn to and subscribed before me this

_____ day of _____, 20

Presiding Judge _____

**TO BE COMPLETED BY ELECTION OFFICIAL**

The voter provided one of the following forms of identification or information:

☐ Valid Voter Registration certificate; or

☐ A copy or original of **one** of the following was provided:

       _____certified birth certificate (must be an original)

       _____current utility bill

       _____bank statement

       _____government check

       _____other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

       _____paycheck

Location: _____

Date of Election: _____

## REASONABLE IMPEDIMENT DECLARATION

███████████████████████ D BY VOTER

Name: ██████████████████████████████

#### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check **at least one** box below)

☐ Lack of transportation ☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule ☐ Family responsibilities

☐ Lost or stolen photo ID ☐ Photo ID applied for but not received

☐ Other reasonable impediment or difficulty  *AGAINST THE LAWS*

Th███████████████████████████ be questioned.

X ██████████████████████

    Signature of voter                          Date *10/28/2016*

Sworn to and subscribed before me this ████████████

_____ day of _____, 20

Presiding Judge _____

#### TO BE COMPLETED BY ELECTION OFFICIAL

The voter provided one of the following forms of identification or information:

☑ Valid Voter Registration certificate; or

☐ A copy or original of **one** of the following was provided:

_____certified birth certificate (must be an original)

_____current utility bill

_____bank statement

_____government check

_____other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

_____paycheck

Location: _____

Date of Election: _____

MLK    10.26.16

## REASONABLE IMPEDIMENT DECLARATION

**TO BE COMPLETED BY VOTER**

Name: ▉▉▉▉▉    ▉▉▉▉▉

### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check at least **one** box below)

☐ Lack of transportation                    ☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule                              ☐ Family responsibilities

☐ Lost or stolen photo ID                    ☐ Photo ID applied for but not received

☒ Other reasonable impediment or difficulty  *Lack of TRUST That this LAW IS VALID,*

**The reasonableness of your impediment or difficulty cannot be questioned.**

X ▉▉▉▉▉▉▉▉▉▉▉▉              10/26/16
  Signature of Voter                         Date

Sworn to and subscribed before me this

*26* day of *10* 20 *___*

Presiding Judge *Mary Dolores Nelson*

**TO BE COMPLETED BY ELECTION OFFICIAL**

The voter provided one of the following forms of identification or information:

☑ Valid Voter Registration certificate; or

☐ A copy or original of **one** of the following was provided:

_____ certified birth certificate (must be an original)

_____ current utility bill

_____ bank statement

_____ government check

_____ other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

_____ paycheck

Location: *Martin L. King*

Date of Election: *10-26-16*

## REASONABLE IMPEDIMENT DECLARATION
*DECLARACIÓN DE IMPEDIMENTO RAZONABLE*

**TO BE COMPLETED BY VOTER**
*PARA SER LLENADO POR EL ELECTOR*

Name (*Nombre*): _____

### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY
*DECLARACIÓN DE IMPEDIMENTO RAZONABLE O DIFICULTAD DEL ELECTOR*

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

*Al firmar esta declaración, juro o afirmo bajo pena de perjurio que soy la misma persona que apareció personalmente en la casilla electoral, que estoy emitiendo mi boleta al votar personalmente, y que tengo un impedimento o dificultad razonable que me imposibilitó de obtener una identificación con foto como es requerido.*

My reasonable impediment or difficulty is due to the following reason(s):
*Mi impedimento razonable se debe a las siguientes razones:*

(Check **at least one** box below) (*Elija **al menos una** de las razones que aparecen a continuación*)

|   | | | |
|---|---|---|---|
| | Lack of transportation<br>*Falta de transporte* | | Disability or illness<br>*Discapacidad o enfermedad* |
| | Lack of birth certificate or other documents needed to obtain acceptable photo ID<br>*Falta de acta de nacimiento u otros documentos necesarios para obtener una identificación con foto* | | |
| | Work schedule<br>*Horario de trabajo* | | Family responsibilities<br>*Responsabilidades familiares* |
| | Lost or stolen photo ID<br>*Pérdida o robo de identificación con foto* | | Photo ID applied for but not received<br>*Identificación con foto ha sido solicitada pero no la he recibido* |
| ✓ | Other reasonable impediment or difficulty  *do not legally need to show Photo ID* | | |
| | *Otro impedimento o dificultad razonable* _____ | | |

**The reasonableness of your impediment or difficulty cannot be questioned.**
*La razón de su impedimento o dificultad no puede ser cuestionada.*

X ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬        *10/29/2016*

Signature of Voter (*Firma del elector*)        Date (*Fecha*)

Sworn to and subscribed before me this __29__ day of __Oct__, 20 _16_   Presiding Judge _Lee Pang_

**TO BE COMPLETED BY ELECTION OFFICIAL**

The voter provided one of the following forms of identification or information:

|   | |
|---|---|
| ✓ | Valid Voter Registration certificate; or |
| | A copy or original of **one** of the following was provided: |
| |    certified birth certificate (must be an original) |
| |    current utility bill |
| |    bank statement |
| |    government check |
| |    other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original) |
| |    paycheck |

Location: _SRD 134 M-1_        Date of Election: _11/8/16_

## REASONABLE IMPEDIMENT DECLARATION

**TO BE COMPLETED BY VOTER**

Name: ████████████████████████

### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

**(Check at least one box below)**

☐ Lack of transportation                          ☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule                                   ☐ Family responsibilities

☐ Lost or stolen photo ID                         ☐ Photo ID applied for but not received

☑ Other reasonable impediment or difficulty _Because I didn't bring it._

**The reasonableness of your impediment or difficulty cannot be questioned.**

X ████████████████████████          10/26/2016
    Signature of Voter                              Date

Sworn to and subscribed before me this
_26_ day of _Oct_, 20 _16_
Presiding Judge _William Clark_

**TO BE COMPLETED BY ELECTION OFFICIAL**

The voter provided one of the following forms of identification or information:

☑ Valid Voter Registration certificate; or

☐ A copy or original of **one** of the following was provided:

    _____certified birth certificate (must be an original)

    _____current utility bill

    _____bank statement

    _____government check

    _____other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

    _____paycheck

Location: _FB ISD Maint._

Date of Election: _26 U 2016_

## REASONABLE IMPEDIMENT DECLARATION

**TO BE COMPLETED BY VOTER**

Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

[Check at least one box below]

☐ Lack of transportation                              ☐ Disability or illness
☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID
☐ Work schedule                                       ☐ Family responsibilities
☐ Lost or stolen photo ID                             ☐ Photo ID applied for but not received
☑ Other reasonable impediment or difficulty *Did Not Want to "pander" to government requirement*

The reasonableness of your impediment or difficulty may not be questioned.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓          *10-24-16*
Signature of Voter                                     Date

Sworn to and subscribed before me this

*24* day of *Oct*, 20 *16*

Presiding Judge *Dickie Lyle*

**TO BE COMPLETED BY ELECTION OFFICIAL**

The voter provided one of the following forms of identification or information:

☑ Valid Voter Registration certificate; or

☐ A copy or original of one of the following was provided:

_____ certified birth certificate (must be an original)

_____ current utility bill

_____ bank statement

_____ government check

_____ other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

_____ paycheck

Location: *Mercedes Civic Center*

Date of Election: *Nov. 8, 2016*

## REASONABLE IMPEDIMENT DECLARATION
*DECLARACIÓN DE IMPEDIMENTO RAZONABLE*

### TO BE COMPLETED BY VOTER
*PARA SER LLENADO POR EL ELECTOR*

Name *(Nombre)*: ██████████████        ██████████████

### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY
*DECLARACIÓN DE IMPEDIMENTO RAZONABLE O DIFICULTAD DEL ELECTOR*

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

*Al firmar esta declaración, juro o afirmo bajo pena de perjurio que soy la misma persona que apareció personalmente en la casilla electoral, que estoy emitiendo mi boleta al votar personalmente, y que tengo un impedimento o dificultad razonable que me imposibilita de obtener una identificación con foto como es requerido.*

My reasonable impediment or difficulty is due to the following reason(s):
*Mi impedimento razonable se debe a las siguientes razones:*

(Check **at least one** box below) *(Elija **al menos una** de las razones que aparecen a continuación*

|   |   |   |   |
|---|---|---|---|
|   | Lack of transportation <br> *Falta de transporte* |   | Disability or illness <br> *Discapacidad o enfermedad* |
|   | Lack of birth certificate or other documents needed to obtain acceptable photo ID <br> *Falta de acta de nacimiento u otros documentos necesarios para obtener una identificación con foto* | | |
|   | Work schedule <br> *Horario de trabajo* |   | Family responsibilities <br> *Responsabilidades familiares* |
|   | Lost or stolen photo ID <br> *Pérdida o robo de identificación con foto* |   | Photo ID applied for but not received <br> *Identificación con foto ha sido solicitada pero no la he recibido* |
| ✓ | Other reasonable impediment or difficulty  *HAVE   PROBCRASTINATED* <br><br> *Otro impedimento o dificultad razonable* _____ | | |

**The reasonableness of your impediment or difficulty cannot be questioned.**
*La razón de su impedimento o dificultad no puede ser cuestionada.*

X ██████████████████████████         *10-29-2016*
        Signature of Voter *(Firma del elector)*                          Date *(Fecha)*

Sworn to and subscribed before me this 29 day of Oct, 20 16 Presiding Judge ~~Dennis Theodore~~

### TO BE COMPLETED BY ELECTION OFFICIAL

The voter provided one of the following forms of identification or information:

|   |   |
|---|---|
|   | Valid Voter Registration certificate; or |
|   | A copy or original of **one** of the following was provided: |
|   | certified birth certificate (must be an original) |
|   | current utility bill |
|   | bank statement |
|   | government check |
| ✓ | other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original) ████████ DL |
|   | paycheck |

Location: __SRD 001__        Date of Election: __11-8-16__

0000066

## REASONABLE IMPEDIMENT DECLARATION

**TO BE COMPLETED BY VOTER**

Name: ███████████████████

### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check **at least one** box below)

☐ Lack of transportation                                    ☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule                                             ☐ Family responsibilities

☐ Lost or stolen photo ID                                   ☐ Photo ID applied for but not received

☒ Other reasonable impediment or difficulty  _Snowbird_

**The reasonableness of your impediment or difficulty cannot be questioned.**

X ____███████████████___                    _11-8-16_
     Signa                                          Date

Sworn to and subscribed before me this

_8th_ day of _Nov_ 20_16_

Presiding Judge _Jxtt Dernald_

**TO BE COMPLETED BY ELECTION OFFICIAL**

The voter provided one of the following forms of identification or information:

☒ Valid Voter Registration certificate; or

☐ A copy or original of **one** of the following was provided:

_____ certified birth certificate (must be an original)

_____ current utility bill

_____ bank statement

_____ government check

_____ other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

_____ paycheck

Location: _Precinct 101_

Date of Election: _8/11/2016_