UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| GREG ABBOTT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**[PROPOSED] SECOND ORDER REGARDING INTERIM PLAN FOR ELECTIONS**

The Court has considered Defendants' motion to issue a second interim remedy order or to clarify the first interim remedy order, reflecting the need for a ruling regarding the conduct of 2017 elections and training of election officials in 2017. After due consideration, the Court ORDERS that the reasonable-impediment-declaration procedure contained in this Court's August 10, 2016 Order Regarding Agreed Interim Plans for Elections also govern 2017 Texas elections. Beginning in 2018, the reasonable-impediment-declaration procedure of the recent Senate Bill 5 becomes effective, removing the need to order such a procedure for 2018 elections.

ORDERED this _____ day of _____, 2017.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE