# EXHIBIT

# A

S.B. No. 5

```
 1                         AN ACT
 2  relating to requiring a voter to present proof of identification;
 3  providing a criminal penalty and increasing a criminal penalty.
 4         BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:
 5         SECTION 1.  Subchapter A, Chapter 31, Election Code, is
 6  amended by adding Section 31.013 to read as follows:
 7         Sec. 31.013.  MOBILE LOCATIONS FOR OBTAINING
 8  IDENTIFICATION.  (a)  The secretary of state shall establish a
 9  program using mobile units to provide election identification
10  certificates to voters for the purpose of satisfying the
11  requirements of Section 63.001(b).  A mobile unit may be used at
12  special events or at the request of a constituent group.
13         (b)  In establishing the program, the secretary of state
14  shall consult with the Department of Public Safety on the creation
15  of the program, security relating to the issuance of an election
16  identification certificate, best practices in issuing an election
17  identification certificate, and equipment required to issue an
18  election identification certificate.
19         (c)  The secretary of state may not charge a fee to a group
20  that requests a mobile unit established under this section.
21         (d)  If the secretary of state cannot ensure the required
22  security or other necessary elements of the program, the secretary
23  of state may deny a request for a mobile unit established under this
24  section.
```

S.B. No. 5

1    (e)  The secretary of state shall adopt rules necessary for
2  the implementation of this section.
3    SECTION 2.  Section 63.001, Election Code, is amended by
4  amending Subsections (b), (d), and (e) and adding Subsections (c-1)
5  and (i) to read as follows:
6    (b)  Except as provided by Subsection (h), on offering to
7  vote, a voter must present to an election officer at the polling
8  place:
9    (1)  one form of photo identification listed in
10  [described by] Section 63.0101(a); or
11    (2)  one form of identification listed in Section
12  63.0101(b) accompanied by the declaration described by Subsection
13  (i) [63.0101].
14    (c-1)  An election officer may not refuse to accept
15  documentation presented to meet the requirements of Subsection (b)
16  solely because the address on the documentation does not match the
17  address on the list of registered voters.
18    (d)  If, as determined under Subsection (c), the voter's name
19  is on the precinct list of registered voters and the voter's
20  identity can be verified from the documentation presented under
21  Subsection (b), the voter shall be accepted for voting. An election
22  officer may not question the reasonableness of an impediment sworn
23  to by a voter in a declaration described by Subsection (i).
24    (e)  On accepting a voter, an election officer shall indicate
25  beside the voter's name on the list of registered voters that the
26  voter is accepted for voting. If the voter executes a declaration
27  of reasonable impediment to meet the requirement for identification

2

S.B. No. 5

1  under Subsection (b), the election officer must affix the voter's
2  voter registration number to the declaration either in numeric or
3  bar code form.
4      (i) If the requirement for identification prescribed by
5  Subsection (b)(1) is not met, an election officer shall notify the
6  voter that the voter may be accepted for voting if the voter meets
7  the requirement for identification prescribed by Subsection (b)(2)
8  and executes a declaration declaring the voter has a reasonable
9  impediment to meeting the requirement for identification
10 prescribed by Subsection (b)(1). A person is subject to
11 prosecution for perjury under Chapter 37, Penal Code, or Section
12 63.0013 for a false statement or false information on the
13 declaration. The secretary of state shall prescribe the form of the
14 declaration. The form shall include:
15      (1) a notice that a person is subject to prosecution
16 for perjury under Chapter 37, Penal Code, or Section 63.0013 for a
17 false statement or false information on the declaration;
18      (2) a statement that the voter swears or affirms that
19 the information contained in the declaration is true, that the
20 person described in the declaration is the same person appearing at
21 the polling place to sign the declaration, and that the voter faces
22 a reasonable impediment to procuring the identification prescribed
23 by Subsection (b)(1);
24      (3) a place for the voter to indicate one of the
25 following impediments:
26           (A) lack of transportation;
27           (B) lack of birth certificate or other documents

S.B. No. 5

1  needed to obtain the identification prescribed by Subsection
2  (b)(1);
3              (C)  work schedule;
4              (D)  lost or stolen identification;
5              (E)  disability or illness;
6              (F)  family responsibilities; and
7              (G)  the identification prescribed by Subsection
8  (b)(1) has been applied for but not received;
9          (4)  a place for the voter to sign and date the
10 declaration;
11         (5)  a place for the election judge to sign and date the
12 declaration;
13         (6)  a place to note the polling place at which the
14 declaration is signed; and
15         (7)  a place for the election judge to note which form
16 of identification prescribed by Subsection (b)(2) the voter
17 presented.
18     SECTION 3.  Chapter 63, Election Code, is amended by adding
19 Section 63.0013 to read as follows:
20     Sec. 63.0013.  FALSE STATEMENT ON DECLARATION OF REASONABLE
21 IMPEDIMENT.  (a) A person commits an offense if the person
22 intentionally makes a false statement or provides false information
23 on a declaration executed under Section 63.001(i).
24     (b)  An offense under this section is a state jail felony.
25     SECTION 4.  Section 63.004(a), Election Code, is amended to
26 read as follows:
27     (a)  The secretary of state may prescribe forms that combine

4

S.B. No. 5

1   the poll list, the signature roster, or any other form used in
2   connection with the acceptance of voters at polling places with
3   each other or with the list of registered voters.  The secretary
4   shall prescribe any special instructions necessary for using the
5   combination forms.  <u>The combination forms must include space for an</u>
6   <u>election officer to indicate whether a voter executed a declaration</u>
7   <u>of reasonable impediment under Section 63.001(i)</u>.
8         SECTION 5.  Section 63.0101, Election Code, is amended to
9   read as follows:
10        Sec. 63.0101.  DOCUMENTATION OF PROOF OF IDENTIFICATION.
11  <u>(a)</u>  The following documentation is an acceptable form of photo
12  identification under this chapter:
13              (1)  a driver's license, election identification
14  certificate, or personal identification card issued to the person
15  by the Department of Public Safety that has not expired or that
16  expired no earlier than <u>four years</u> [~~60 days~~] before the date of
17  presentation;
18              (2)  a United States military identification card that
19  contains the person's photograph that has not expired or that
20  expired no earlier than <u>four years</u> [~~60 days~~] before the date of
21  presentation;
22              (3)  a United States citizenship certificate issued to
23  the person that contains the person's photograph;
24              (4)  a United States passport <u>book or card</u> issued to the
25  person that has not expired or that expired no earlier than <u>four</u>
26  <u>years</u> [~~60 days~~] before the date of presentation; or
27              (5)  a license to carry a handgun issued to the person

5

S.B. No. 5

1 by the Department of Public Safety that has not expired or that
2 expired no earlier than four years [60 days] before the date of
3 presentation.
4     (b)  The following documentation is acceptable as proof of
5 identification under this chapter:
6         (1)  a government document that shows the name and
7 address of the voter, including the voter's voter registration
8 certificate;
9         (2)  one of the following documents that shows the name
10 and address of the voter:
11             (A)  a copy of a current utility bill;
12             (B)  a bank statement;
13             (C)  a government check; or
14             (D)  a paycheck; or
15         (3)  a certified copy of a domestic birth certificate
16 or other document confirming birth that is admissible in a court of
17 law and establishes the person's identity.
18     (c)  A person 70 years of age or older may use a form of
19 identification listed in Subsection (a) that has expired for the
20 purposes of voting if the identification is otherwise valid.
21     SECTION 6.  Section 63.012(b), Election Code, is amended to
22 read as follows:
23     (b)  An offense under this section is a Class A [B]
24 misdemeanor.
25     SECTION 7.  Section 272.011(b), Election Code, is amended to
26 read as follows:
27     (b)  The secretary of state shall prepare the translation for

S.B. No. 5

1  election materials required to be provided in a language other than
2  English or Spanish for the following state prescribed voter forms:
3          (1)  voter registration application form required by
4  Section 13.002;
5          (2)  the confirmation form required by Section 15.051;
6          (3)  the voting instruction poster required by Section
7  62.011;
8          (4)  <u>the reasonable impediment declaration required by</u>
9  <u>Section 63.001(b);</u>
10         <u>(5)</u>  <u>the</u>  <u>statement</u>  <u>of</u>  <u>residence</u>  <u>form</u>  <u>required</u>  <u>by</u>
11 <u>Section 63.0011;</u>
12         <u>(6)</u> [(5)]  the  provisional  ballot  affidavit  required
13 by Section 63.011;
14         <u>(7)</u> [(6)]  the  application  for  a  ballot  by  mail
15 required by Section 84.011;
16         <u>(8)</u> [(7)]  the  carrier  envelope  and  voting
17 instructions required by Section 86.013; and
18         <u>(9)</u> [(8)]  any other voter forms that the secretary of
19 state identifies as frequently used and for which state resources
20 are otherwise available.
21      SECTION 8.  Section 521A.001(a), Transportation Code, is
22 amended to read as follows:
23      (a)  The department shall issue an election identification
24 certificate to a person who states that the person is obtaining the
25 certificate for the purpose of satisfying Section 63.001(b),
26 Election Code, and does not have another form of identification
27 described by Section <u>63.0101(a)</u> [63.0101], Election Code, and:

7

<u>S.B. No. 5</u>

1          (1)  who is a registered voter in this state and
2   presents a valid voter registration certificate; or
3          (2)  who is eligible for registration under Section
4   13.001, Election Code, and submits a registration application to
5   the department.
6       SECTION 9.   This Act takes effect January 1, 2018.

S.B. No. 5

_____  _____
President of the Senate           Speaker of the House

I hereby certify that S.B. No. 5 passed the Senate on March 28, 2017, by the following vote: Yeas 21, Nays 10; May 25, 2017, Senate refused to concur in House amendments and requested appointment of Conference Committee; May 26, 2017, House granted request of the Senate; May 27, 2017, Senate adopted Conference Committee Report by the following vote: Yeas 21, Nays 10.

_____
Secretary of the Senate

I hereby certify that S.B. No. 5 passed the House, with amendments, on May 24, 2017, by the following vote: Yeas 93, Nays 55, two present not voting; May 26, 2017, House granted request of the Senate for appointment of Conference Committee; May 28, 2017, House adopted Conference Committee Report by the following vote: Yeas 92, Nays 56, one present not voting.

_____
Chief Clerk of the House

Approved:

5-31-2017
_____
Date

_____
Governor

FILED IN THE OFFICE OF THE
SECRETARY OF STATE
2 PM O'CLOCK
JUN 0 1 2017
_____
Secretary of State

9