# EXHIBIT

# B

# REASONABLE IMPEDIMENT DECLARATION

**TO BE COMPLETED BY VOTER**

Name: ███████████████

### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check **at least one** box below)

☐ Lack of transportation                    ☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule                             ☐ Family responsibilities

☐ Lost or stolen photo ID                   ☐ Photo ID applied for but not received

☑ Other reasonable impediment or difficulty __Protest of Voter ID Law__

**The reasonableness of your impediment or difficulty cannot be questioned.**

X ███████████████                           __Oct 25, 2016__
Signature of Voter                          Date

Sworn to and subscribed before me this

__25__ day of __Oct__, 20__16__
Presiding Judge __Michael Handley__

**TO BE COMPLETED BY ELECTION OFFICIAL**

The voter provided one of the following forms of identification or information:

☑ Valid Voter Registration certificate; or

☐ A copy or original of **one** of the following was provided:

\_\_\_\_ certified birth certificate (must be an original)

\_\_\_\_ current utility bill

\_\_\_\_ bank statement

\_\_\_\_ government check

\_\_\_\_ other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

\_\_\_\_ paycheck

Location: __Carpenter Park__

Date of Election: __10-25-2016__

RECEIVED OCT 28 2016

# REASONABLE IMPEDIMENT DECLARATION
*DECLARACIÓN DE IMPEDIMENTO RAZONABLE*

**TO BE COMPLETED BY VOTER**
*PARA SER LLENADO POR EL ELECTOR*

Name (*Nombre*): ███████████████

## VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY
*DECLARACIÓN DE IMPEDIMENTO RAZONABLE O DIFICULTAD DEL ELECTOR*

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

*Al firmar esta declaración, juro o afirmo bajo pena de perjurio que soy la misma persona que apareció personalmente en la casilla electoral, que estoy emitiendo mi boleta al votar personalmente, y que tengo un impedimento o dificultad razonable que me imposibilita de obtener una identificación con foto como es requerido.*

My reasonable impediment or difficulty is due to the following reason(s):
*Mi impedimento razonable se debe a las siguientes razones:*

(Check **at least one** box below) (*Elija al menos una de las razones que aparecen a continuación*)

| | | | |
|---|---|---|---|
| | Lack of transportation / *Falta de transporte* | | Disability or illness / *Discapacidad o enfermedad* |
| | Lack of birth certificate or other documents needed to obtain acceptable photo ID / *Falta de acta de nacimiento u otros documentos necesarios para obtener una identificación con foto* | | |
| | Work schedule / *Horario de trabajo* | | Family responsibilities / *Responsabilidades familiars* |
| | Lost or stolen photo ID / *Pérdida o robo de identificación con foto* | | Photo ID applied for but not received / *Identificación con foto ha sido solicitada pero no la he recibido* |
| | Other reasonable impediment or difficulty: **Don't believe I have to show picture ID** / *Otro impedimento o dificultad razonable* | | |

The reasonableness of your impediment or difficulty cannot be questioned.
*La razón de su impedimento o dificultad no puede ser cuestionada.*

X ███████████████      Date (*Fecha*): 10/29/16

Sworn to and subscribed before me this 29 day of Oct, 20 16  Presiding Judge: Lee Pan___

**TO BE COMPLETED BY ELECTION OFFICIAL**

The voter provided one of the following forms of identification or information:

| | |
|---|---|
| ✓ | Valid Voter Registration certificate; or |
| | A copy or original of **one** of the following was provided: |
| | certified birth certificate (must be an original) |
| | current utility bill |
| | bank statement |
| | government check |
| | other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original) |
| | paycheck |

Location: SRD 134 M-1      Date of Election: 11/8/16

# REASONABLE IMPEDIMENT DECLARATION

**TO BE COMPLETED BY VOTER**

Print Name Legibly: ███████████████████████

### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check **at least one** box below)

____ Lack of transportation
____ Lack of birth certificate or other documents needed to obtain acceptable photo ID
____ Work schedule
____ Lost or stolen photo ID
____ Disability or illness
____ Family responsibilities
____ Photo ID applied for but not received
____ Other reasonable impediment or difficulty  Don't agree with voter policy

The reasonableness of your impediment or difficulty cannot be questioned.

X ███████████████████████  Date: 10/28/2016
Signature of Voter

Sworn to and subscribed before me this:

28th day of Oct, 2016

Presiding Judge or Alternate Judge:

Raul Solis                    X [signature]
Print Name                    Signature

---

**To be completed by Election Official:**

The voter provided one of the following forms of identification or information:
☐ Valid Voter Registration Certificate; or
☐ A copy or original of one of the following was provided:
____ Certified Birth Certificate (must be an original)
____ Current utility bill
____ Bank statement
____ Government check
____ Other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)
____ Paycheck

Early Voting Station: _____   Date of Election: ___/___/20___

**RETURN INSIDE DAILY FOLDER**

# REASONABLE IMPEDIMENT DECLARATION

**TO BE COMPLETED BY VOTER**

Print Name Legibly: ███████

## VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check **at least one** box below)

____ Lack of transportation
____ Lack of birth certificate or other documents needed to obtain acceptable photo ID
____ Work schedule
____ Lost or stolen photo ID
____ Disability or illness
____ Family responsibilities
____ Photo ID applied for but not received
__X__ Other reasonable impediment or difficulty  I do not agree with the law

The reasonableness of your impediment or difficulty cannot be questioned.

X ███████   Date: ___/___/20___
Signature of Voter

Sworn to and subscribed before me this:

 4th  day of  Nov , 20 16 

Presiding Judge or Alternate Judge:

Raul Solis-Anaya    X _[signature]_
Print Name            Signature

---

**To be completed by Election Official:**

The voter provided one of the following forms of identification or information:
☐ Valid Voter Registration Certificate; or
☐ A copy or original of one of the following was provided:
   ____ Certified Birth Certificate (must be an original)
   ____ Current utility bill
   ____ Bank statement
   ____ Government check
   ____ Other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)
   ____ Paycheck

Early Voting Station: _____   Date of Election: ___/___/20___

**RETURN INSIDE DAILY FOLDER**

**TO BE COMPLETED BY VOTER**

Name: ███████████████████

## VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check **at least one** box below)

☐ Lack of transportation   ☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule   ☐ Family responsibilities

☐ Lost or stolen photo ID   ☐ Photo ID applied for but not received

☒ Other reasonable impediment or difficulty _do not agree with law_

**The reasonableness of your impediment or difficulty cannot be questioned.**

X ███████████████████████████    10/28/2016
    Signature of Voter                                    Date

Sworn to and subscribed before me this

_28_ day of _Oct_, 20_16_

Presiding Judge _Janet L Lueck_

**TO BE COMPLETED BY ELECTION OFFICIAL**

The voter provided one of the following forms of identification or information:

☒ Valid Voter Registration certificate; or

☐ A copy or original of **one** of the following was provided:

    _____certified birth certificate (must be an original)

    _____current utility bill

    _____bank statement

    _____government check

    _____other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

    _____paycheck

# REASONABLE IMPEDIMENT DECLARATION

**TO BE COMPLETED BY VOTER**

Name: _____

## VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check **at least one** box below)

☐ Lack of transportation  ☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule  ☐ Family responsibilities

☐ Lost or stolen photo ID  ☐ Photo ID applied for but not received

☒ Other reasonable impediment or difficulty  unconstitutional

**The reasonableness of your impediment or difficulty cannot be questioned.**

X _____  11/4/2016
Signature of Voter                Date

Sworn to and subscribed before me this

4 day of Nov, 2016

Presiding Judge _____

**TO BE COMPLETED BY ELECTION OFFICIAL**

The voter provided one of the following forms of identification or information:

☐ Valid Voter Registration certificate; or

☐ A copy or original of **one** of the following was provided:

_____ certified birth certificate (must be an original)

_____ current utility bill

_____ bank statement

_____ government check

_____ other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

_____ paycheck

Location: _____

Date of Election: _____

11-04-16
26-Millennium  TEAM 2

# REASONABLE IMPEDIMENT DECLARATION

**TO BE COMPLETED BY VOTER**

Name: ███████████████

## VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check **at least one** box below)

☐ Lack of transportation  ☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule  ☐ Family responsibilities

☐ Lost or stolen photo ID  ☐ Photo ID applied for but not received

☒ Other reasonable impediment or difficulty  It's unconstitutional

The reasonableness of your impediment or difficulty cannot be questioned.

X ███████████████   11/4/16
Signature of Voter   Date

Sworn to and subscribed before me this
4th day of Nov, 20 16
Presiding Judge _____

**TO BE COMPLETED BY ELECTION OFFICIAL**

The voter provided one of the following forms of identification or information:

☐ Valid Voter Registration certificate; or

☐ A copy or original of one of the following was provided:

_____ certified birth certificate (must be an original)

_____ current utility bill

_____ bank statement

_____ government check

_____ other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

_____ paycheck

Location: 26-Millennium YC

Date of Election: 11-08-16

1140528682  CUNNINGHAM, DONNA
2618 CARLOW DR
AUSTIN  344A



# REASONABLE IMPEDIMENT DECLARATION

**TO BE COMPLETED BY VOTER**

Name

### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check **at least one** box below)

☐ Lack of transportation                ☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule                         ☐ Family responsibilities

☐ Lost or stolen photo ID               ☐ Photo ID applied for but not received

☑ Other reasonable impediment or difficulty _Unconstitutional_

The reasonableness of your impediment or difficulty cannot be questioned.

X _____     Date: 11-4-16

Sworn to and subscribed before me this

_4_ day of _Nov_, 20_16_

Presiding Judge _Linda P. Stewart_

**TO BE COMPLETED BY ELECTION OFFICIAL**

The voter provided one of the following forms of identification or information:

☑ Valid Voter Registration certificate; or

☐ A copy or original of **one** of the following was provided:

_____ certified birth certificate (must be an original)

_____ current utility bill

_____ bank statement

_____ government check

_____ other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

_____ paycheck

Location: _Randalls Ben White_

Date of Election: _11.4.2016_

_11.8.2016_

# REASONABLE IMPEDIMENT DECLARATION

### TO BE COMPLETED BY VOTER

Name: ███████████████████████████████████████

### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check at least one box below)

☐ Lack of transportation ☐ Disability or illness
☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID
☐ Work schedule ☐ Family responsibilities
☐ Lost or stolen photo ID ☐ Photo ID applied for but not received
☒ Other reasonable impediment or difficulty __Unconstitutional__

The reasonableness of your impediment or difficulty cannot be questioned.

X ███████████████████████   10/26/2016
Signature of Voter              Date

Sworn to and subscribed before me this

26 day of Oct, 20 16

Presiding Judge _Beverly Wunderlin_

### TO BE COMPLETED BY ELECTION OFFICIAL

The voter provided one of the following forms of identification or information:

☑ Valid Voter Registration certificate; or
☐ A copy or original of one of the following was provided:

_____ certified birth certificate (must be an original)

_____ current utility bill

_____ bank statement

# REASONABLE IMPEDIMENT DECLARATION

**TO BE COMPLETED BY VOTER**

Name: ███████████████████████████

### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check at least one box below)

- ☐ Lack of transportation
- ☐ Disability or illness
- ☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID
- ☐ Work schedule
- ☐ Family responsibilities
- ☐ Lost or stolen photo ID
- ☐ Photo ID applied for but not received
- ☒ Other reasonable impediment or difficulty  _Court declared photo ID requirement unconstitutional_

The reasonableness of your impediment or difficulty cannot be questioned.

X ███████████████████████  28 October 2016
Signature of Voter                Date

Sworn to and subscribed before me this
28 day of 16, 20

Presiding Judge _____

**TO BE COMPLETED BY ELECTION OFFICIAL**

The voter provided one of the following forms of identification or information:

☒ Valid Voter Registration certificate; or

☐ A copy or original of one of the following was provided:

_____ certified birth certificate (must be an original)

_____ current utility bill

_____ bank statement

_____ government check

_____ other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

_____ paycheck

Location: _EV_

Date of Election: _Nov 8, 16_

# REASONABLE IMPEDIMENT DECLARATION

**TO BE COMPLETED BY VOTER**

Name: ███████████████

## VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check at least one box below)

☐ Lack of transportation  ☐ Disability or illness
☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID
☐ Work schedule  ☐ Family responsibilities
☐ Lost or stolen photo ID  ☐ Photo ID applied for but not received
☒ Other reasonable impediment or difficulty _SUPREME COURT STRUCK DOWN PHOTO ID LAW IN TEXAS_

The reasonableness of your impediment or difficulty cannot be questioned.

X ███████████████     _8 NOVEMBER 2016_
Signature of Voter     Date

Sworn to and subscribed before me this

_8_ day of _NOV_, 20_16_

Presiding Judge _[signature]_

**TO BE COMPLETED BY ELECTION OFFICIAL**

The voter provided one of the following forms of identification or information:

☒ Valid Voter Registration certificate; or
☐ A copy or original of one of the following was provided:

_____ certified birth certificate (must be an original)

_____ current utility bill

_____ bank statement

_____ government check

_____ other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

_____ paycheck

Location: _301, 315_

Date of Election: _11·8·16_

# REASONABLE IMPEDIMENT DECLARATION
*DECLARACIÓN DE IMPEDIMENTO RAZONABLE*

**TO BE COMPLETED BY VOTER**
*PARA SER LLENADO POR EL ELECTOR*

Name (*Nombre*): ▮▮▮▮▮▮▮▮▮▮

## VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY
*DECLARACIÓN DE IMPEDIMENTO RAZONABLE O DIFICULTAD DEL ELECTOR*

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

*Al firmar esta declaración, juro o afirmo bajo pena de perjurio que soy la misma persona que apareció personalmente en la casilla electoral, que estoy emitiendo mi boleta al votar personalmente, y que tengo un impedimento o dificultad razonable que me imposibilita de obtener una identificación con foto como es requerido.*

My reasonable impediment or difficulty is due to the following reason(s):
*Mi impedimento razonable se debe a las siguientes razones:*

(Check **at least one** box below) (*Elija al menos una de las razones que aparecen a continuación*)

|   | Lack of transportation / *Falta de transporte* |   | Disability or illness / *Discapacidad o enfermedad* |
|---|---|---|---|
|   | Lack of birth certificate or other documents needed to obtain acceptable photo ID / *Falta de acta de nacimiento u otros documentos necesarios para obtener una identificación con foto* |||
|   | Work schedule / *Horario de trabajo* |   | Family responsibilities / *Responsabilidades familiars* |
|   | Lost or stolen photo ID / *Pérdida o robo de identificación con foto* |   | Photo ID applied for but not received / *Identificación con foto ha sido solicitada pero no la he recibido* |
| ✓ | Other reasonable impediment or difficulty  not required by law  /  *Otro impedimento o dificultad razonable* |||

The reasonableness of your impediment or difficulty cannot be questioned.
*La razón de su impedimento o dificultad no puede ser cuestionada.*

X ▮▮▮▮▮▮▮▮▮▮    Date (*Fecha*): 11/4/16
Signature of Voter (*Firma del elector*)

Sworn to and subscribed before me this __4__ day of __Nov__, 20__16__  Presiding Judge _____

**TO BE COMPLETED BY ELECTION OFFICIAL**

The voter provided one of the following forms of identification or information:

| ✓ | Valid Voter Registration certificate; or |
|---|---|
|   | A copy or original of **one** of the following was provided: |
|   | certified birth certificate (must be an original) |
|   | current utility bill |
|   | bank statement |
|   | government check |
|   | other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original) |
|   | paycheck |

Location: __School__    0000008    Date of Election: __11-8-16__

# REASONABLE IMPEDIMENT DECLARATION

**TO BE COMPLETED BY VOTER**

Name: _____

### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check **at least one** box below)

☐ Lack of transportation      ☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule      ☐ Family responsibilities

☐ Lost or stolen photo ID      ☐ Photo ID applied for but not received

☒ Other reasonable impediment or difficulty  not law

The reasonableness of your impediment or difficulty cannot be questioned.

X _____     10/3/16
 Signature of Voter      Date

Sworn to and subscribed before me this

____ day of _____, 20

Presiding Judge _____

**TO BE COMPLETED BY ELECTION OFFICIAL**

The voter provided one of the following forms of identification or information:

☐ Valid Voter Registration certificate; or

☐ A copy or original of **one** of the following was provided:

  _____ certified birth certificate (must be an original)

  _____ current utility bill

  _____ bank statement

  _____ government check

  _____ other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

  _____ paycheck

Location: _____

Date of Election: _____

# REASONABLE IMPEDIMENT DECLARATION

▢ BY VOTER

Name: ▮▮▮▮▮▮▮▮▮▮

## VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check **at least one** box below)

☐ Lack of transportation ☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule ☐ Family responsibilities

☐ Lost or stolen photo ID ☐ Photo ID applied for but not received

☒ Other reasonable impediment or difficulty _AGAINST THE LAW_

Th▮▮▮▮▮▮▮▮▮▮ be questioned.

X ▮▮▮▮▮▮▮▮▮▮    Date _10/28/2016_

Signature of Voter

Sworn to and subscribed before me this ▮▮▮▮

____ day of _____, 20

Presiding Judge _____

## TO BE COMPLETED BY ELECTION OFFICIAL

The voter provided one of the following forms of identification or information:

☒ Valid Voter Registration certificate; or

☐ A copy or original of **one** of the following was provided:

_____ certified birth certificate (must be an original)

_____ current utility bill

_____ bank statement

_____ government check

_____ other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

_____ paycheck

Location: _____

Date of Election: _____

MMK 10.26.16

# REASONABLE IMPEDIMENT DECLARATION

**TO BE COMPLETED BY VOTER**

Name: ███████ ███████

## VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check **at least one** box below)

☐ Lack of transportation  ☐ Disability or illness
☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID
☐ Work schedule  ☐ Family responsibilities
☐ Lost or stolen photo ID  ☐ Photo ID applied for but not received
☒ Other reasonable impediment or difficulty _Lack of TRUST That This LAW IS VALID_

**The reasonableness of your impediment or difficulty cannot be questioned.**

███████████ _signature_   Date: 10/26/16
Signature of Voter

Sworn to and subscribed before me this

26 day of 10, 20 __
Presiding Judge _Mary Lou Nelson_

**TO BE COMPLETED BY ELECTION OFFICIAL**

The voter provided one of the following forms of identification or information:

☒ Valid Voter Registration certificate; or

☐ A copy or original of **one** of the following was provided:

_____ certified birth certificate (must be an original)

_____ current utility bill

_____ bank statement

_____ government check

_____ other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

_____ paycheck

Location: _Martin L. King_
Date of Election: _10-26-16_

**REASONABLE IMPEDIMENT DECLARATION**
*DECLARACIÓN DE IMPEDIMENTO RAZONABLE*

**TO BE COMPLETED BY VOTER**
*PARA SER LLENADO POR EL ELECTOR*

**Name** (*Nombre*): ███████████████████████████

**VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY**
*DECLARACIÓN DE IMPEDIMENTO RAZONABLE O DIFICULTAD DEL ELECTOR*

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

*Al firmar esta declaración, juro o afirmo bajo pena de perjurio que soy la misma persona que apareció personalmente en la casilla electoral, que estoy emitiendo mi boleta al votar personalmente, y que tengo un impedimento o dificultad razonable que me imposibilita de obtener una identificación con foto como es requerido.*

My reasonable impediment or difficulty is due to the following reason(s):
*Mi impedimento razonable se debe a las siguientes razones:*

(Check **at least one** box below) (*Elija al menos una de las razones que aparecen a continuación*)

| | Lack of transportation / *Falta de transporte* | | Disability or illness / *Discapacidad o enfermedad* |
|---|---|---|---|
| | Lack of birth certificate or other documents needed to obtain acceptable photo ID / *Falta de acta de nacimiento u otros documentos necesarios para obtener una identificación con foto* | | |
| | Work schedule / *Horario de trabajo* | | Family responsibilities / *Responsabilidades familiars* |
| | Lost or stolen photo ID / *Pérdida o robo de identificación con foto* | | Photo ID applied for but not received / *Identificación con foto ha sido solicitada pero no la he recibido* |
| ✓ | Other reasonable impediment or difficulty  do not legally need to show Photo ID / *Otro impedimento o dificultad razonable* | | |

**The reasonableness of your impediment or difficulty cannot be questioned.**
*La razón de su impedimento o dificultad no puede ser cuestionada.*

X ███████████████████████    10/29/2016
Signature of Voter (*Firma del elector*)    Date (*Fecha*)

Sworn to and subscribed before me this 29 day of Oct, 20 16  Presiding Judge Lee Pan

**TO BE COMPLETED BY ELECTION OFFICIAL**

The voter provided one of the following forms of identification or information:

| ✓ | Valid Voter Registration certificate; or |
|---|---|
| | A copy or original of **one** of the following was provided: |
| | certified birth certificate (must be an original) |
| | current utility bill |
| | bank statement |
| | government check |
| | other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original) |
| | paycheck |

Location: SRD 134 M-1    Date of Election: 11/8/16

# REASONABLE IMPEDIMENT DECLARATION

**TO BE COMPLETED BY VOTER**

Name: ███████████████████

### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check **at least one** box below)

☐ Lack of transportation  ☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule  ☐ Family responsibilities

☐ Lost or stolen photo ID  ☐ Photo ID applied for but not received

☒ Other reasonable impediment or difficulty __because I didn't bring it.__

The reasonableness of your impediment or difficulty cannot be questioned.

X ███████████████  Date: 10/26/2016

Signature of Voter

Sworn to and subscribed before me this

_26_ day of _Oct_, 20_16_

Presiding Judge _W____ D__

**TO BE COMPLETED BY ELECTION OFFICIAL**

The voter provided one of the following forms of identification or information:

☒ Valid Voter Registration certificate; or

☐ A copy or original of **one** of the following was provided:

_____ certified birth certificate (must be an original)

_____ current utility bill

_____ bank statement

_____ government check

_____ other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

_____ paycheck

Location: _FB ISO Maint_

Date of Election: _26 v t 16_

# REASONABLE IMPEDIMENT DECLARATION

**TO BE COMPLETED BY VOTER**

Name: ███████████████

### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check at least one box below)

☐ Lack of transportation  
☐ Disability or illness  
☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID  
☐ Work schedule  
☐ Family responsibilities  
☐ Lost or stolen photo ID  
☐ Photo ID applied for but not received  
☒ Other reasonable impediment or difficulty _Did Not Want to "pander" to government requirement_

The reasonableness of your impediment or difficulty may not be questioned.

Signature of Voter: ███████████  
Date: 10-24-16

Sworn to and subscribed before me this

24 day of Oct, 2016  
Presiding Judge: Dickie Lyle

### TO BE COMPLETED BY ELECTION OFFICIAL

The voter provided one of the following forms of identification or information:

☒ Valid Voter Registration certificate; or  
☐ A copy or original of one of the following was provided:

____ certified birth certificate (must be an original)

____ current utility bill

____ bank statement

____ government check

____ other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

____ paycheck

Location: Mercedes Civic Center  
Date of Election: Nov. 8, 2016

# REASONABLE IMPEDIMENT DECLARATION
*DECLARACIÓN DE IMPEDIMENTO RAZONABLE*

**TO BE COMPLETED BY VOTER**
*PARA SER LLENADO POR EL ELECTOR*

**Name** (*Nombre*): _____

## VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY
*DECLARACIÓN DE IMPEDIMENTO RAZONABLE O DIFICULTAD DEL ELECTOR*

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

*Al firmar esta declaración, juro o afirmo bajo pena de perjurio que soy la misma persona que apareció personalmente en la casilla electoral, que estoy emitiendo mi boleta al votar personalmente, y que tengo un impedimento o dificultad razonable que me imposibilita de obtener una identificación con foto como es requerido.*

My reasonable impediment or difficulty is due to the following reason(s):
*Mi impedimento razonable se debe a las siguientes razones:*

(Check **at least one** box below) (*Elija **al menos una** de las razones que aparecen a continuación*)

| | Lack of transportation / *Falta de transporte* | | Disability or illness / *Discapacidad o enfermedad* |
|---|---|---|---|
| | Lack of birth certificate or other documents needed to obtain acceptable photo ID / *Falta de acta de nacimiento u otros documentos necesarios para obtener una identificación con foto* | | |
| | Work schedule / *Horario de trabajo* | | Family responsibilities / *Responsabilidades familiars* |
| | Lost or stolen photo ID / *Pérdida o robo de identificación con foto* | | Photo ID applied for but not received / *Identificación con foto ha sido solicitada pero no la he recibido* |
| ✓ | Other reasonable impediment or difficulty  HAVE PROSCRASTINATED  *Otro impedimento o dificultad razonable* | | |

**The reasonableness of your impediment or difficulty cannot be questioned.**
*La razón de su impedimento o dificultad no puede ser cuestionada.*

X _____  10-29-2016
Signature of Voter (*Firma del elector*)       Date (*Fecha*)

Sworn to and subscribed before me this 29 day of Oct, 20 16  Presiding Judge _Dennis Hoadlee_

**TO BE COMPLETED BY ELECTION OFFICIAL**

The voter provided one of the following forms of identification or information:

| | Valid Voter Registration certificate; or |
|---|---|
| | A copy or original of **one** of the following was provided: |
| | certified birth certificate (must be an original) |
| | current utility bill |
| | bank statement |
| | government check |
| ✓ | other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)  DL |
| | paycheck |

Location: SRD 001        Date of Election: 11-8-16

0000066