UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| v. § | CIVIL ACTION NO. 2:13-CV-00193 |
| § | |
| GREG ABBOTT, *et al.*, § | |
| § | |
| Defendants. § | |

**[PROPOSED] ORDER ON MOTION FOR RECONSIDERATION OF
PURPOSE RULING IN LIGHT OF SB 5'S ENACTMENT**

The Court has considered Defendants' motion to reconsider its April 10, 2017 liability ruling on the private Plaintiffs' purpose claim, in light of the Texas Legislature's intervening enactment on May 24, 2017 of Senate Bill 5 ("SB 5"). After due consideration of the motion for reconsideration, the response thereto, the parties' prior briefing on the purpose claim, and SB 5, the Court ORDERS that its April 10, 2017 liability ruling is vacated and HOLDS that Defendants are not liable on the purpose claim.

ORDERED this _____ day of _____, 2017.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE