Case 2:13-cv-00193   Document 1053   Filed on 07/05/17 in TXSD   Page 1 of 2

United States Courts
Southern District of Texas
FILED

JUL 05 2017

David J. Bradley, Clerk of Court

DAVID J BRADLEY   CLERK
US DISTRICT COURT TXS
PO BOX 61010   Houston TX 77208

JUN 27 17

I JUST GOT DOC 1044 JUN 21 17 ORDER ON PROCEDURE FOR ADDRESSING REMEDIES   VEASEY V ABBOTT 2:13cv193 CORPUS CHRISTI

I SUGGEST A LIMITED VOTING BACKUP BALLOT FOR TX & OTHER STATE HOUSES & US CONGMEN W/PRIMARY WINNERS FREE ON OWN & 2 MORE DISTS - MORE W/FEE - LET VOTERS HELP TRANSFORM DISTS - ALL 4 FOR AR MS IA & KS CONGMEN -

ART POPE & HIS $150 MIL JOHN WILLIAM POPE FNDTN INVESTED $60 MIL

ON A NC CONSERV INFRASTRUCTURE -- MATEA GOLD 7/19/14 WASH POST
"IN NC CONSERV DONOR SITS GVMT HE HELPED TRANSFORM" DARK MONEY 338 & 420
THE $612 MIL LYNDE & HARRY BRADLEY FNDTN WAS "ONE OF FORCES BEHIND AMERICA's CONSERV MOVEMT" BICE GLAUBER & POSTON 11/19/11 MILW JRNL SENTL
"BRADLEY FNDTN BUILDS CONSERV EMPIRE" DARK MONEY 2016 MAYER 308 & 416

CALERA & GUIN AL ELECT THEIR CITY COUNCILS BY LIMITED VOTING
BEAUFORT & MARTIN COUNTIES NC ELECT THEIR COMNRS BY LIM VOTING
I SUGGEST LIM VOTING FOR FERGUSON-FLORISSANT (MO) SCH DIST   4:14cv2077
"DEFENDANTS SHALL IMPLEMENT A CUMULATIVE VOTING AT-LARGE ELECTORAL SYSTEM FOR ... SCHOOL BOARD ELECTIONS WITH A VOTER EDUCATION PROGRAM."
  -- DOC 243 12/21/16 Page 1 of 2 PAGE ID 9865

"PTFS REQUEST DEFS PAY $1370,240.37".   DOC 255 2/28/17 PG 1 OF 19
60+ dkts this case 13cv193 are from me.

I WANT THIS PAGE TO BE INCLUDED WITH YOUR CASE 2:13cv193 AND MY SUGGESTION OF A LIMITED VOTING BACKUP BALLOT INCLUDED WITH REMEDIES.

Robert M Allensworth B14522
BMRCC 251 N IL 37
Ina IL 62846 2419



IDOC INMATE MAIL
MONEY ORDERS NO
LONGER ACCEPTED

R ALLGNSWARI PLAZZA YOSH
BMACC 27 N IC 87
IMA IC (28YC ZY19

DAVID J BRADLEY CLARK
US DISTRICT COURT TXS
P. BOX 61010
Houston TX 77208

United States Courts
Southern District of Texas
FILED

JUL 05 2017

David J. Bradley, Clerk of Court

7720861010 E001