# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS



JUL 0 5 2017

David J. Bradley, Clerk of Court



Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Wednesday, June 21, 2017
Case Number: 2:13-cv-00193
Document Number: 1044 (2 pages)
Notice Number: 20170621-54
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

RETURN TO SENDER

[X] INMATE NO LONGER HERE
[ ] NEED BOOKING #/DOB
[ ] ILLEGIBLE WRITING
[ ] NEED INMATE FULL NAME
[ ] NOT ACCEPTED-NO RETURN ADDRESS

David J. Bradley, Clerk of Court
JUL 05 2017
FILED

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002
02 1W
0001374615 JUN. 21. 2017
$ 000.46⁰

NIXIE    787    DE 1    0007/01/17
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 77208191910    *1365-07219-21-41*