# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS





Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

---

Date: Wednesday, June 28, 2017
Case Number: 2:13-cv-00193
Document Number: 1046 (1 page)
Notice Number: 20170628-128
Notice: The attached order has been entered.

---

