UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| GREG ABBOTT, *et al.*, | § § § | |
| Defendants. | § § | |

**DEFENDANTS' ADVISORY REGARDING REMEDIES BRIEFING**

Defendants file this advisory to correct statements made in their recent briefing on remedies. South Carolina's photo-ID voting law with a reasonable-impediment-declaration procedure was precleared under Voting Rights Act § 5 in 2012 by the United States District Court for the District of Columbia—not by the Department of Justice, as erroneously stated by defendants (D.E. 1049 at 8, 18; D.E. 1047 at 11). *South Carolina v. United States*, 898 F. Supp. 2d 30, 35, 48 (D.D.C. 2012).

North Carolina's photo-ID voting law with a reasonable-impediment-declaration procedure was cited in the same parenthetical as South Carolina's law. D.E. 1049 at 8; D.E. 1047 at 11; D.E. 1035 at 7. The North Carolina law was not precleared by the Department of Justice, as the preclearance regime did not cover any States by 2015. *See Shelby County v. Holder*, 133 S. Ct. 2612, 2631 (2013). Rather, as defendants noted, the reasonable-impediment-declaration procedure of North Carolina's law was deemed "[e]specially significant" by Judge Higginson's concurring opinion in *Veasey v. Abbott*. 830 F.3d 216, 279 (5th Cir. 2016) (en banc) (Higginson, J., concurring).

Date: July 12, 2017    Respectfully submitted,

        KEN PAXTON
        Attorney General of Texas

        JEFFREY C. MATEER
        First Assistant
          Attorney General

        BRANTLEY D. STARR
        Deputy First Assistant
          Attorney General

        JAMES E. DAVIS
        Deputy Attorney General
          for Litigation

        /s/ Angela V. Colmenero
        ANGELA V. COLMENERO
        Chief, General Litigation Division

        MATTHEW H. FREDERICK
        Deputy Solicitor General

        JASON R. LAFOND
        Assistant Solicitor General

        OFFICE OF THE ATTORNEY GENERAL
        P.O. Box 12548 (MC 059)
        Austin, Texas  78711-2548
        Tel.: (512) 936-6407
        Fax: (512) 474-2697

        *Counsel for Defendants*

### CERTIFICATE OF SERVICE

    I hereby certify that on July 12, 2017, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                /s/ Angela V. Colmenero
                ANGELA V. COLMENERO