# Exhibit A

## REASONABLE IMPEDIMENT DECLARATION

### TO BE COMPLETED BY VOTER

Name: ███████████████████

#### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check **at least one** box below)

☐ Lack of transportation                    ☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule                             ☐ Family responsibilities

☐ Lost or stolen photo ID                   ☐ Photo ID applied for but not received

☑ Other reasonable impediment or difficulty _Just moved Here_

**The reasonableness of your impediment or difficulty cannot be questioned.**

X ███████████████████          _11-3-16_
  Signature ████                 Date

Sworn to and subscribed before me this

_3rd_ day of _Nov_, 20 _16_ ████████████

Presiding Judg███████████████████

### TO BE COMP████ BY ELECTION OFFICIAL

The voter provided one of the following forms of identification or information:

☑ Valid Voter Registration certificate; or

☐ A copy or original of **one** of the following was provided:

_____ certified birth certificate (must be an original)

_____ current utility bill

_____ bank statement

_____ government check

_____ other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

_____ paycheck

Location: _Kmart_

Date of Election: _11-3-16_

**1**

CONFIDENTIAL

DEF_RID_00013090

## REASONABLE IMPEDIMENT DECLARATION

### TO BE COMPLETED BY VOTER

Name: _____

#### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check **at least one** box below)

☐ Lack of transportation                              ☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule                                       ☐ Family responsibilities

☐ Lost or stolen photo ID                             ☐ Photo ID applied for but not received

☒ Other reasonable impediment or difficulty___ *just became resident - don't drive in TX*___

**The reasonableness of your impediment or difficulty cannot be questioned.**

X ████████████████████████        _10/31/16_
   Signature ████er                        Date

Sworn to and subscribed before me this

_31_ day of _Oct_, 20_16_

Presiding Judge ████████████████

### TO BE COMPLETED BY ELECTION OFFICIAL

The voter provided one of the following forms of identification or information:

☐ Valid Voter Registration certificate; or

☐ A copy or original of **one** of the following was provided:

_____certified birth certificate (must be an original)

_____current utility bill

_____bank statement

_____government check

__X__other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

_____paycheck

Location: ___WB___

Date of Election: _11-8-16_

2

CONFIDENTIAL

DEF_RID_00013467

VUID:2129652409 PCT:155 RS:155
RONALD NELSON BRAUNHARDT,
16004    CR 1870
11/04/16 12:14:45 PM (M)

**REASONABLE IMPEDIMENT [** Signature_____

Name: _____

## VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check at least one box below)

☐ Lack of transportation

☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule

☐ Family responsibilities

☐ Lost or stolen photo ID

☐ Photo ID applied for but not received

☑ Other reasonable impediment or difficulty ___JUST MOVED TO TX, HAVEN'T GOTTEN TX LICENSE YET.___

The reasonableness of your impediment or difficulty cannot be questioned.

_____4 Nov 16_____
Signature of Voter                              Date

Sworn to and subscribed before me this __4__ day of __Nov__, 2016.

Presiding Judge

**TO BE COMPLETED BY ELECTION OFFICIAL**

The voter provided one of the following forms of identification or information:

☑ Valid Voter Registration certificate; or

☐ A copy or original of one of the following was provided:

_____ certified birth certificate (must be an original)

_____ current utility bill

_____ bank statement

_____ government check

_____ other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

_____ paycheck

_Dunken_
11-08-16

3

# REASONABLE IMPEDIMENT DECLARATION

## TO BE COMPLETED BY VOTER

Name: _____

### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check **at least one** box below)

☐ Lack of transportation                          ☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule                                   ☐ Family responsibilities

☐ Lost or stolen photo ID                         ☐ Photo ID applied for but not received

☒ Other reasonable impediment or difficulty  Financial Hardship

The reas███████████ impediment or difficulty cannot be questioned.

X _____        11/8/16
    Signature of Voter                        Date

Sworn to and subscribed before me this

_8_ day of NOV, 20 16

Presiding Judge _____

## TO BE COMPLETED BY ELECTION OFFICIAL

The voter provided one of the following forms of identification or information:

☑ Valid Voter Registration certificate; or

☐ A copy or original of **one** of the following was provided:

_____ certified birth certificate (must be an original)

_____ current utility bill

_____ bank statement

_____ government check

_____ other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

_____ paycheck

Location: _Renton_

Date of Election: __11-8-2016__

4

CONFIDENTIAL                                    DEF_RID_00013274

4500 STEINER RANCH BLVD APT 1917
AUSTIN 244A

## REASONABLE IMPEDIMENT DECLARATION

### TO BE COMPLETED BY VOTER

Name: ███████████████████████

#### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check **at least one** box below)

☐ Lack of transportation                                ☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule                                          ☐ Family responsibilities

☐ Lost or stolen photo ID                                ☐ Photo ID applied for but not received

☒ Other reasonable impediment or difficulty _Unable to afford TX DL_

The reasonableness of your impediment or difficulty cannot be questioned.

███████████████████████                                    11/4/2016

Signature of Voter                                          Date

Sworn to and subscribed before me this

_4_ day of _Nov_, 20 _16_

Presiding Judge ███████████████████

### TO BE COMPLETED BY ELECTION OFFICIAL

The voter provided one of the following forms of identification or information:

☑ Valid Voter Registration certificate; or

☐ A copy or original of one of the following was provided:

_____certified birth certificate (must be an original)

_____current utility bill

_____bank statement

_____government check

_____other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

_____paycheck

Location: _RANDAL FT RANCH_

Date of Election: _11/8/16_

**5**

CONFIDENTIAL                                    DEF_RID_00013386

VUID:2127795287 PCT:013 RS:013
LISA LOUISE COOK,
4501    BROWNFIELD DR   242
11/01/16 16:52:32 PM (F)

Signature_____    )IMENT DECLARATION

TO BE COMPLETED BY VOTER

Name: _____

### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check at least one box below)

☐ Lack of transportation                         ☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule                                   ☐ Family responsibilities

☐ Lost or stolen photo ID                         ☐ Photo ID applied for but not received

☒ Other reasonable impediment or difficulty  _lack of funds_

The reasonableness of your impediment or difficulty cannot be questioned.

_____         _11-1-16_
Signature of voter                              Date

---

Sworn to and subscribed before me this _11_ day of _1_, 2016.

Presiding Judge _____

TO BE COMPLETED BY ELECTION OFFICIAL

The voter provided one of the following forms of identification or information:

☑ Valid Voter Registration certificate; or

☐ A copy or original of one of the following was provided:

_____ certified birth certificate (must be an original)

_____ current utility bill

_____ bank statement

_____ government check

_____ other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

_____ paycheck

Location: _United 19th Parker_

Date of Election: _11-8-16_

**6**

VUID:2132066292 PCT:008 BS:008
JASON THOMAS CRAWFORD,
2210    MAIN ST   224A
10/30/16 14:52:58 PM (M)

Signature_____    \RATION

TO BE COMPLETED BY VOTER

Name:

**VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY**

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check at least one box below)

☐ Lack of transportation                                        ☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule                                                ☐ Family responsibilities

☐ Lost or stolen photo ID                                      ☐ Photo ID applied for but not received

☑ Other reasonable impediment or difficulty  Out of State College Student

The reasonableness of your impediment or difficulty cannot be questioned.

X                                                              10/30/16
Signature        er                                            Date

Sworn to and subscribed before me this 30th day of Oct., 2016.

Presiding Judge

TO BE COMPLETED BY ELECTION OFFICIAL

The voter provided one of the following forms of identification or information:

☐ Valid Voter Registration certificate; or

☐ A copy or original of one of the following was provided:

_____certified birth certificate (must be an original)

_____current utility bill

_____bank statement

_____government check

___X___other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

_____paycheck

Location:  TTU Rec CTR

Date of Election:  11-8-2016

7

VUID:2126349450 PCT:125 BS:125
KELSEA MARIE BROWN,
5506    85TH ST
11/03/16 10:52:32 AM (F)

Signature_____

## REASONABLE IMPEDIMEN

**TO BE COMPLETED BY VOTER**

Name: ███████████████

### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check at least one box below)

☐ Lack of transportation                           ☐ Disability or illness

☒ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule                                    ☐ Family responsibilities

☐ Lost or stolen photo ID                          ☐ Photo ID applied for but not received

☒ Other reasonable impediment or difficulty ███ driver's license - attempted
to get Texas EIC but they wanted a long-form birth
The reasonableness of your impediment or difficulty cannot be questioned.    certificate.

X ██████████████████                            11/3/16
  Signature of Voter                                Date

---

Sworn to and subscribed before me this  3  day of  Nov , 2016.

Presiding Judge ██████████████████

**TO BE COMPLETED BY ELECTION OFFICIAL**

The voter provided one of the following forms of identification or information:

☐ Valid Voter Registration certificate; or

☐ A copy or original of one of the following was provided:

_____ certified birth certificate (must be an original)

_____ current utility bill

_____ bank statement

_____ government check

✓_____ other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

_____ paycheck

Location:  98th E Quaker

Date of Election:  11-8-16

**8**

CONFIDENTIAL                                              DEF_RJD_00009997