# Exhibit B

VUID:2119936048 PCT:003 BS:003
SUSAN ELIZABETH STONE-LAWRENCE,
201   INDIANA AVE   315E
10/31/16 02:16:33 AM (F)

Signature_____   **DECLARATION**

**TO BE COMPLETED BY VOTER**

Name: ███████████████

### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check **at least one** box below)

☐ Lack of transportation                    ☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule                              ☐ Family responsibilities

☐ Lost or stolen photo ID                    ☐ Photo ID applied for but not received

☒ Other reasonable impediment or difficulty  _Student ID_     _Drivers License_

The reasonableness of your impediment or difficulty cannot be questioned.

X ███████████████                           _10/31/16_
                                             Date

Sworn to and subscribed b[efore] me this _31st_ day of _Oct_, 2016.

==Presiding Judge== ███████████████

**TO BE COMPLETED BY ELECTION OFFICIAL**

The voter provided one of the following forms of identification or information:

☐ Valid Voter Registration certificate; or

☐ A copy or original of **one** of the following was provided:

_____ certified birth certificate (must be an original)

_____ current utility bill

_____ bank statement

_____ government check

_✓_ other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

_____ paycheck

Location: _TTU Rec_
Date of Election: _10-31-2016_

CONFIDENTIAL                                          DEF_RID_00010102

```
VUID:2129293929 PCT:027 BS:027
ERNEST  MACIAS, III
5412    40TH ST
10/31/16 09:54:17 AM (M)
```

Signature_____

# IMPEDIMENT DECLARATION

## TO BE COMPLETED BY VOTER

Name: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check **at least one** box below)

☐ Lack of transportation      ☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule       ☐ Family responsibilities

☐ Lost or stolen photo ID      ☐ Photo ID applied for but not received

☑ Other reasonable impediment or difficulty  *My mother passed away & I cannot locate my SS card & other personal info that she possessed.*

The reasonableness of your impediment or difficulty cannot be questioned.

X ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮      11-08-16
Signature of Voter                        Date

Sworn to and subscribed before me this  31  day of  Oct , 2016.

Presiding Judge ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## TO BE COMPLETED BY ELECTION OFFICIAL

The voter provided one of the following forms of identification or information:

☑ Valid Voter Registration certificate; or

☐ A copy or original of **one** of the following was provided:

  ✓ certified birth certificate (must be an original)

  ___ current utility bill

  ___ bank statement

  ___ government check

  ___ other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

  ___ paycheck

Location: *United 4th & Slide*
Date of Election: 11-08-16

VUID:1007708255 PCT:015 BS:015
JACK TRAVIS PEDDY,
2829   24TH ST
11/04/16 03:18:46 AM (M)

Signature _____

**REASONABLE IMPEDIMI**

Name: _____

**VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY**

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check **at least one** box below)

☐ Lack of transportation                 ☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule                          ☐ Family responsibilities

☐ Lost or stolen photo ID                ☐ Photo ID applied for but not received

☑ Other reasonable impediment or difficulty _daughter doesn't want him driving at age 85._

The reasonableness of your impediment or difficulty cannot be questioned. (Written by M. Mojica)

X _____                 11/4/2016
Signature of Voter                       Date

Sworn to and subs____ before me this 4 day of Nov 2016.

Presiding J____

**TO BE COMPLETED BY ELECTION OFFICIAL**

The voter provided one of the following forms of identification or information:

☑ Valid Voter Registration certificate; or

☐ A copy or original of **one** of the following was provided:

_____ certified birth certificate (must be an original)

_____ current utility bill

_____ bank statement

_____ government check

_____ other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

_____ paycheck

Location: _United 82nd Boston_

Date of Election: _11/4/2016_

CONFIDENTIAL                                                DEF_RID_00010139

VUID:1008088824 PCT:153 BS:153
BESSIE MAE WHITE, ( )
207    BEECH AVE
11/04/16 04:26:59 AM (F)

**REASONABLE IMPEDIMENT D**

Signature_____

**TO BE COMPLETED BY VOTER**

Name: ████████████████

### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s):

(Check **at least one** box below)

☐ Lack of transportation    ☐ Disability or illness

☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule    ☐ Family responsibilities

☐ Lost or stolen photo ID    ☐ Photo ID applied for but not received

☒ Other reasonable impediment or difficulty  _99 years old no ID_

The reasonableness of your impediment or difficulty cannot be questioned.

X ████████████████         11/4/16
Signature of Voter              Date

Sworn to and subscribed before me this _4th_ day of _11_, 2016.

Presiding Judge ████████████████

**TO BE COMPLETED BY ELECTION OFFICIAL**

The voter provided one of the following forms of identification or information:

☒ Valid Voter Registration certificate; or

☐ A copy or original of **one** of the following was provided:

_____ certified birth certificate (must be an original)

_____ current utility bill

_____ bank statement

_____ government check

_____ other government document that shows the voter's name and an address (with the exception of a government document containing a photograph which must be an original)

_____ paycheck

Location: _UNITED PARKWAY_

Date of Election: _11-8-16_