**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, *et al.*,<br><br>Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**PRIVATE PLAINTIFFS' ADVISORY AS TO SUPPLEMENTAL AUTHORITY
RELATING TO PENDING BRIEFING REGARDING REMEDIES**

On August 15, 2017, a three-judge panel of United States District Court for the Western District of Texas issued a unanimous opinion in *Perez v. Abbott*, Case No. 5:11-cv-00360-OLG-JES-XR, involving the Voting Rights Act and Constitutional claims against a congressional redistricting plan enacted by the 83rd Texas Legislature in 2013. Substantial portions of that court's decision, particularly beginning at page 32 of the opinion, which is attached hereto as Exhibit 1, address issues raised in the parties' pending briefing on remedies in this action. *See* Docs. 1048, 1049, 1051, 1052, 1058, 1059, 1060. Specifically, the opinion in *Perez* addresses when the taint of discriminatory intent of prior legislation is either carried forward or removed by amended legislation and what factors a court should consider in undertaking such an analysis. The pending briefs before this Court take positions as to whether SB 5 enacted by the 85th Texas Legislature in 2017 fully and completely cures the discriminatory intent and results of SB 14 enacted by the 82nd Texas Legislature in 2011.

Date:  August 16, 2017                    Respectfully submitted,

                                          /s/ Leah C. Aden
                                          SHERRILYN IFILL
                                          JANAI NELSON
                                          COTY MONTAG
                                          LEAH C. ADEN
                                          DEUEL ROSS
                                          NAACP Legal Defense and Educational Fund, Inc.
                                          40 Rector Street, 5th Floor
                                          New York, NY 10006

                                          JONATHAN PAIKIN
                                          KELLY P. DUNBAR
                                          TANIA FARANSSO
                                          Wilmer Cutler Pickering Hale and Dorr LLP
                                          1875 Pennsylvania Avenue, NW
                                          Washington, DC 20006

                                          *Counsel for Imani Clark*

                                          /s/ Danielle M. Lang
                                          J. GERALD HEBERT
                                          DANIELLE M. LANG*
                                          Campaign Legal Center
                                          1411 K Street NW Suite 1400
                                          Washington, DC 20005
                                          *Admitted in New York and California Courts only;
                                          Practice limited to U.S. Courts and federal agencies.*

                                          CHAD W. DUNN
                                          K. SCOTT BRAZIL
                                          BRAZIL & DUNN
                                          4201 Cypress Creek Pkwy., Suite 530
                                          Houston, Texas 77068

                                          ARMAND G. DERFNER
                                          Derfner & Altman
                                          575 King Street, Suite B
                                          Charleston, S.C. 29403

                                          NEIL G. BARON
                                          Law Office of Neil G. Baron
                                          914 FM 517 W, Suite 242
                                          Dickinson, Texas 77539

DAVID RICHARDS
Richards, Rodriguez & Skeith, LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701

*Counsel for Veasey/LULAC Plaintiffs*

LUIS ROBERTO VERA, JR.
Law Office of Luis Roberto Vera Jr.
111 Soledad, Ste 1325
San Antonio, TX 78205

*Counsel for LULAC*

JON M. GREENBAUM
EZRA D. ROSENBERG
BRENDAN B. DOWNES
Lawyers' Committee for
Civil Rights Under Law
1401 New York Avenue NW Suite 400
Washington, D.C. 20005

WENDY WEISER
MYRNA PÉREZ
The Brennan Center for Justice at NYU Law School
120 Broadway, Suite 1750
New York, New York 10271

SIDNEY S. ROSDEITCHER
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064

AMY L. RUDD
LINDSEY B. COHAN
Dechert LLP
500 W. 6th Street, Suite 2010
Austin, Texas 78701

NEIL STEINER
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036-6797

JOSE GARZA
Law Office of Jose Garza

3

7414 Robin Rest Drive
San Antonio, Texas 98209

DANIEL GAVIN COVICH
Covich Law Firm LLC
Frost Bank Plaza
802 N Carancahua, Ste 2100
Corpus Christi, Texas 78401

GARY BLEDSOE
Potter Bledsoe, LLP
316 W. 12th Street, Suite 307
Austin, Texas 78701

VICTOR GOODE
NAACP
4805 Mt. Hope Drive
Baltimore, Maryland 21215

ROBERT NOTZON
The Law Office of Robert Notzon
1502 West Avenue
Austin, Texas 78701

*Counsel for the Texas State Conference of NAACP Branches and the Mexican American Legislative Caucus of the Texas House of Representatives*

/s/ Rolando L. Rios
ROLANDO L. RIOS
115 E. Travis, Suite 1645
San Antonio, Texas 78205

*Counsel for the Texas Association of Hispanic County Judges and County Commissioners*

/s/ Robert W. Doggett
ROBERT W. DOGGETT
SHOSHANA J. KRIEGER
Texas RioGrande Legal Aid
4920 N. IH-35
Austin, Texas 78751

JOSE GARZA
Texas RioGrande Legal Aid
1111 N. Main Ave.

4

San Antonio, Texas 78212

*Counsel for Lenard Taylor, Eulalio Mendez Jr., Lionel Estrada, Estela Garcia Espinoza, Margarito Martinez Lara, Maximina Martinez Lara, and La Union Del Pueblo Entero, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2017, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ Leah C. Aden

Leah C. Aden