IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>GREG ABBOTT, *et al.*,<br><br>  Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**UNOPPOSED MOTION TO WITHDRAW CHRISTINA A. SWARNS AS COUNSEL**

Plaintiff-Intervenor Imani Clark respectfully moves this Court to withdraw Christina A. Swarns as her counsel of record in this case. Withdrawal of Ms. Swarns as attorney of record will not cause undue delay and will not have a material adverse effect on Plaintiff-Intervenors' interests. Plaintiff-Intervenor will continue to be represented by counsel of record from the NAACP Legal Defense and Educational Fund, Inc. and Wilmer Cutler Pickering Hale and Dorr LLP.

WHEREFORE, Plaintiff-Intervenor respectfully requests leave to allow Ms. Swarns to withdraw as counsel in this matter.

Dated: August 18, 2017                            Respectfully submitted,

                                                                 s/ Leah C. Aden_____
                                                                 Leah C. Aden
                                                                 NAACP LEGAL DEFENSE AND
                                                                    EDUCATIONAL FUND, INC.
                                                                 40 Rector St., 5th Floor
                                                                 New York, NY 10006
                                                                 laden@naacpldf.org
                                                                 Telephone: (212) 965-7715
                                                                 Facsimile: (212) 226-7592

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing UNOPPOSED MOTION TO WITHDRAW CHRISTINA A. SWARNS AS COUNSEL via the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Leah C. Aden_____
Leah C. Aden