IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>GREG ABBOTT, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**[PROPOSED] ORDER
GRANTING UNOPPOSED MOTION TO WITHDRAW
CHRISTINA A. SWARNS AS COUNSEL**

Before the Court is the Unopposed Motion to Withdraw Christina A. Swarns as Counsel. After due consideration, the Court GRANTS the motion and ORDERS attorney Christina A. Swarns withdrawn as counsel of record for Plaintiff-Intervenor Imani Clark.

ORDERED this _____ day of August, 2017.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT COURT JUDGE