UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| GREG ABBOTT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### NOTICE OF APPEAL

Notice is hereby given that Defendant Greg Abbott, in his official capacity as Governor, Defendant Rolando Pablos, in his official capacity as Secretary of State, Defendant Steve McCraw, in his official capacity as Director of the Texas Department of Public Safety, and Defendant the State of Texas, in the above-referenced consolidated case, appeal to the United States Court of Appeals for the Fifth Circuit from the permanent injunction entered in this consolidated action on August 23, 2017 [D.E. 1071], as well as any other associated orders.

Date: August 23, 2017

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant
  Attorney General

BRANTLEY D. STARR
Deputy First Assistant
  Attorney General

JAMES E. DAVIS
Deputy Attorney General

for Litigation

/s/ Angela V. Colmenero
ANGELA V. COLMENERO
Chief, General Litigation Division

MATTHEW H. FREDERICK
Deputy Solicitor General

JASON R. LAFOND
Assistant Solicitor General

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas  78711-2548
Tel.: (512) 936-6407
Fax: (512) 474-2697

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on August 23, 2017, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

<u>/s/ Angela V. Colmenero</u>
ANGELA V. COLMENERO
