UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, § | | |
| § | | |
| Plaintiffs, § | | |
| v. § | CIVIL ACTION NO. 2:13-CV-00193 | |
| § | | |
| GREG ABBOTT, *et al.*, § | | |
| § | | |
| Defendants. § | | |

### ORDER

Now before the Court comes Defendants' Motion for a Stay Pending Appeal of this Court's Order, dated August 23, 2017 (D.E. 1071), enjoining Defendants from enforcing the photo-ID requirements in SB14 and SB5. Having considered the motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Motion for a Stay Pending Appeal is hereby GRANTED, and the Order Granting Section 2 Remedies and Terminating Interim Order is hereby STAYED pending further order of this Court.

IT IS FURTHER ORDERED that this Court's interim remedial order (D.E. 895) shall remain in effect pending appeal until January 1, 2018, on which date SB5 takes and shall remain in effect unless otherwise ordered by this Court.

IT IS SO ORDERED

Date: _____

_____
**NELVA GONZALES RAMOS**
**UNITED STATES DISTRICT JUDGE**