UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| GREG ABBOTT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### DEFENDANTS' ADVISORY REGARDING UPCOMING ELECTIONS

Defendants file this Advisory to inform the Court that the Secretary of State's office has learned that City of Soccorro, City of Sealy, City of Desoto, City of Rowlett, Crossplains Independent School District, Caldwell Independent School District, Troup Independent School District, Springtown Independent School District, Chappel Hill Independent School District, Trinity Independent School District, Quinlan Independent School District, and Morgan Mill Independent School District will also be conducting runoff elections or tax ratification elections on August 26, 2017. Early voting for these elections ended on August 22, 2017.

Denton Independent School District and the City of Southlake will also be conducting elections on September 9, 2017. Early voting for these elections began on August 23, 2017.

Because the election procedures described in the court's interim remedy were already in effect during the early voting period for these elections, these cities and school districts intend to continue using the interim remedy procedures already in

effect for the entirety of these elections to avoid voter confusion in the middle of a scheduled election—unless this court clarifies that its August 23, 2017 order [D.E. 1071] was meant to apply to elections that were already ongoing. *Cf. Purcell v. Gonzalez*, 549 U.S. 1, 4-5 (2006) (per curiam); *see also* Tex. Elec. Code § 31.005.

Date: August 25, 2017

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant
  Attorney General

BRANTLEY D. STARR
Deputy First Assistant
  Attorney General

JAMES E. DAVIS
Deputy Attorney General
  for Litigation

/s/ Angela V. Colmenero
ANGELA V. COLMENERO
Chief, General Litigation Division

MATTHEW H. FREDERICK
Deputy Solicitor General

JASON R. LAFOND
Assistant Solicitor General

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas  78711-2548
Tel.: (512) 936-6407
Fax: (512) 474-2697

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2017, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

<u>/s/ Angela V. Colmenero</u>