# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**Private Plaintiffs' Response to Defendants' Advisory Regarding Upcoming Elections**

On Friday, August 25, 2017, two days after this Court entered its Order Granting Section 2 Remedies and Terminating Interim Order, Doc. 1071, Defendants filed an advisory: (1) identifying upcoming elections for later this month (*i.e.*, August 26) and early next month (*i.e.*, September 9), as well as early voting for those elections that is already underway (*i.e.*, as of August 22 and August 23, respectively), and (2) informing this Court that those elections would be conducted under the interim remedial procedures previously ordered by this Court, Doc. 895, unless this Court determines otherwise. *See* Doc. 1074 at 1-2.

As an initial matter, Texas should have, but did not, immediately inform this Court or Private Plaintiffs of these circumstances after this Court issued its August 23 order, including by asking for a status conference or filing an appropriate pleading and seeking Private Plaintiffs' position with respect to such a pleading. However, under the circumstances, including that early voting is underway for certain elections, elections will occur soon, there is a catastrophic storm facing Texas,[1] and Private Plaintiffs do not wish to burden this Court, Private Plaintiffs urge Texas

---

[1] *Hurricane Harvey: Storm Roars Ashore Near Corpus Christi, Tex.*, N.Y. Times (Aug. 26, 2017, 6:14 AM updated), https://www.nytimes.com/2017/08/25/us/hurricane-harvey.html?mcubz=0

to file a motion with this Court, to which Private Plaintiffs would consent, to stay the effect of its August 23 order *only* for the elections of August 26 and September 9 and the early voting associated with each. Notwithstanding Plaintiffs' consent under these circumstances, the state has sufficient time to implement a full injunction in accord with this Court's August 23 order prior to any future elections, including the November 7, 2017 elections and any early voting associated with it.[2]

Date: August 26, 2017

Respectfully submitted,

/s/ Leah C. Aden
SHERRILYN IFILL
JANAI NELSON
COTY MONTAG
LEAH C. ADEN
DEUEL ROSS
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006

JONATHAN PAIKIN
KELLY P. DUNBAR
TANIA FARANSSO
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

*Counsel for Imani Clark*

/s/ Danielle M. Lang
J. GERALD HEBERT
DANIELLE M. LANG*
Campaign Legal Center
1411 K Street NW Suite 1400
Washington, DC 20005
*Admitted in New York and California Courts only; Practice limited to U.S. Courts and federal agencies.*

CHAD W. DUNN

---

[2] Texas Secretary of State, Rolando Pablos, Important 2017 Election Dates, https://www.sos.state.tx.us/elections/voter/2017-important-election-dates.shtml (last visited Aug. 26, 2017).

K. SCOTT BRAZIL
BRAZIL & DUNN
4201 Cypress Creek Pkwy., Suite 530
Houston, Texas 77068

ARMAND G. DERFNER
Derfner & Altman
575 King Street, Suite B
Charleston, S.C. 29403

NEIL G. BARON
Law Office of Neil G. Baron
914 FM 517 W, Suite 242
Dickinson, Texas 77539

DAVID RICHARDS
Richards, Rodriguez & Skeith, LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701

*Counsel for Veasey/LULAC Plaintiffs*

LUIS ROBERTO VERA, JR.
Law Office of Luis Roberto Vera Jr.
111 Soledad, Ste 1325
San Antonio, TX 78205

*Counsel for LULAC*

JON M. GREENBAUM
EZRA D. ROSENBERG
BRENDAN B. DOWNES
Lawyers' Committee for
Civil Rights Under Law
1401 New York Avenue NW Suite 400
Washington, D.C. 20005

WENDY WEISER
MYRNA PÉREZ
The Brennan Center for Justice at NYU Law School
120 Broadway, Suite 1750
New York, New York 10271

SIDNEY S. ROSDEITCHER
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas

New York, New York 10019-6064

AMY L. RUDD
LINDSEY B. COHAN
Dechert LLP
500 W. 6th Street, Suite 2010
Austin, Texas 78701

NEIL STEINER
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036-6797

JOSE GARZA
Law Office of Jose Garza
7414 Robin Rest Drive
San Antonio, Texas 98209

DANIEL GAVIN COVICH
Covich Law Firm LLC
Frost Bank Plaza
802 N Carancahua, Ste 2100
Corpus Christi, Texas 78401

GARY BLEDSOE
Potter Bledsoe, LLP
316 W. 12th Street, Suite 307
Austin, Texas 78701

VICTOR GOODE
NAACP
4805 Mt. Hope Drive
Baltimore, Maryland 21215

ROBERT NOTZON
The Law Office of Robert Notzon
1502 West Avenue
Austin, Texas 78701

*Counsel for the Texas State Conference of NAACP Branches and the Mexican American Legislative Caucus of the Texas House of Representatives*

/s/ Rolando L. Rios
ROLANDO L. RIOS
115 E. Travis, Suite 1645

San Antonio, Texas 78205

*Counsel for the Texas Association of Hispanic County Judges and County Commissioners*

/s/ Robert W. Doggett
ROBERT W. DOGGETT
SHOSHANA J. KRIEGER
Texas RioGrande Legal Aid
4920 N. IH-35
Austin, Texas 78751

JOSE GARZA
Texas RioGrande Legal Aid
1111 N. Main Ave.
San Antonio, Texas 78212

*Counsel for Lenard Taylor, Eulalio Mendez Jr., Lionel Estrada, Estela Garcia Espinoza, Margarito Martinez Lara, Maximina Martinez Lara, and La Union Del Pueblo Entero, Inc.*

8

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2017, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ Leah C. Aden
Leah C. Aden