UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § § | |
| Plaintiffs, | § | |
| v. | § § | CIVIL ACTION NO. 2:13-CV-00193 |
| GREG ABBOTT, *et al.*, | § § | |
| Defendants. | § § | |

### ORDER

Now before the Court comes Defendants' Motion for a Stay of the Court's Order, dated August 23, 2017 (D.E. 1071), enjoining Defendants from enforcing the photo-ID requirements in SB14 and SB5 for elections scheduled for August 26, 2017 and September 9, 2017. Having considered the motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Motion for a Stay is hereby GRANTED, and the Order Granting Section 2 Remedies and Terminating Interim Order is hereby STAYED with respect to the elections scheduled for August 26, 2017 for the City of Socorro, City of Sealy, City of Desoto, City of Rowlett, Crossplains Independent School District, Caldwell Independent School District, Troup Independent School District, Springtown Independent School District, Chappel Hill Independent School District, Trinity Independent School District, Quinlan Independent School District, and Morgan Mill Independent School District. The Order Granting Section 2 Remedies and Terminating Interim Order is hereby

STAYED with respect to the elections scheduled for September 9, 2017 for Denton Independent School District and the City of Southlake.

IT IS FURTHER ORDERED that this Court's interim remedial order (D.E. 893) shall remain in effect for the elections scheduled for August 26, 2017 and September 9, 2017.

IT IS SO ORDERED.

Date: _____

_____
**UNITED STATES DISTRICT JUDGE**