United States District Court
Southern District of Texas
**ENTERED**
August 31, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 2:13-CV-00193 |
| § | |
| GREG ABBOTT, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER GRANTING LIMITED STAY

Before the Court is Defendants' Advisory Regarding Upcoming Elections (D.E. 1074), along with Defendants' Reply (D.E. 1076) asking this Court to treat the Advisory as a motion for a limited stay. After reviewing the Advisory and Private Plaintiffs' Response (D.E. 1075), and after due consideration, the Court construes the Advisory as a motion. The Court GRANTS a limited stay as follows:

- City of Soccorro, City of Sealy, City of Desoto, City of Rowlett, Crossplains Independent School District, Caldwell Independent School District, Troup Independent School District, Springtown Independent School District, Chappel Hill Independent School District, Trinity Independent School District, Quinlan Independent School District, and Morgan Mill Independent School District may proceed with, and conclude, their respective elections ending August 26, 2017 pursuant to the procedures permitted by this Court's Order Regarding Agreed Interim Plan for Elections (Interim Order) (D.E. 895).

- Denton Independent School District and the City of Southlake may proceed with, and conclude, their respective elections ending September 9, 2017 pursuant to the Court's Interim Order.

Absent further order of this Court, no additional elections shall be conducted pursuant to the Interim Order, as the Court has issued its superseding remedy in its Order Granting Section 2 Remedies and Terminating Interim Order (D.E. 1071).

Still pending before the Court is Defendants' Motion for a Stay Pending Appeal (D.E. 1073), which seeks a stay of the superseding Order (D.E. 1071). The Court will address that motion in due course pursuant to Local Rule 7.

ORDERED this 30th day of August, 2017.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE