UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| GREG ABBOTT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS' ADVISORY REGARDING
UPCOMING ELECTIONS, AND IN THE ALTERNATIVE,
MOTION TO STAY COURT'S AUGUST 23 ORDER**

Defendants file this Advisory to inform the court that the Secretary of State's office learned that Hamilton Independent School District held a tax ratification election on August 26, 2017. The school district used the election procedures outlined in the interim remedy order during early voting and on the date of the scheduled election. Additionally, Raymondville Independent School District has a tax ratification election scheduled for September 9, 2017, and early voting began in that election on August 23, 2017. The school district is currently using the election procedures outlined in the interim remedy order during the early voting period.

Following the court's August 23 order [D.E. 1071],the Secretary of State's office took immediate steps to implement the injunction by updating its website with a notice and link to the court's order. The local officials running these elections are not defendants bound by the court's injunction and are not controlled by the Secretary of State's office or any defendant. To the extent necessary for these election officials to

comply with the court's injunction, Defendants request that this Advisory be treated as a motion to stay the effect of its order for the tax ratification election held by Hamilton Independent School District on August 26, 2017 and for the tax ratification election scheduled for Raymondville Independent School District on September 9, 2017. Defendants also request that the court stay its August 23 order for all other elections for which early voting began on or before August 23, 2017. The election procedures in the interim remedy order would be used only for these elections because early voting had ended or was ongoing at the time the court issued its August 23 order.

For these reasons, Defendants request that the court enter an order staying the effect of its August 23 order for the elections scheduled for Hamilton Independent School District, Raymondville Independent School District, and for all other elections for which early voting began on or before August 23, 3017.

Date: September 2, 2017

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant
   Attorney General

BRANTLEY D. STARR
Deputy First Assistant
   Attorney General

JAMES E. DAVIS
Deputy Attorney General
   for Litigation

<u>/s/ Angela V. Colmenero</u>
ANGELA V. COLMENERO
Chief, General Litigation Division

MATTHEW H. FREDERICK
Deputy Solicitor General

JASON R. LAFOND
Assistant Solicitor General

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas  78711-2548
Tel.: (512) 936-6407
Fax: (512) 474-2697

*Counsel for Defendants*

### CERTIFICATE OF CONFERENCE

I hereby certify that on September 2, 2017, I conferred with counsel of record for all parties about the foregoing motion. Counsel for the private plaintiffs and counsel for the United States advised that they are not opposed to the motion.

/s/ Angela V. Colmenero
ANGELA V. COLMENERO

### CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2017, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ Angela V. Colmenero
