UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| GREG ABBOTT, *et al.*, | § § | |
| Defendants. | § | |

**ORDER**

Now before the Court comes Defendants' Motion for a Stay of the Court's Order, dated August 23, 2017 (D.E. 1071), for the election scheduled for August 26, 2017 for Hamilton Independent School District, the election scheduled for September 9, 2017 for Raymondville Independent School District, and for all other elections for which early voting began on or before August 23, 2017. Having considered the motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Motion for a Stay is hereby GRANTED, and the Order Granting Section 2 Remedies and Terminating Interim Order is hereby STAYED with respect to the election scheduled for August 26, 2017 for Hamilton Independent School District, the election scheduled for September 9, 2017 for Raymondville Independent School District, and for all other elections for which early voting began on or before August 23, 2017.

IT IS SO ORDERED.

_____
**UNITED STATES DISTRICT JUDGE**