Clerk, U.S. District Court
Southern District of Texas
FILED
SEP 05 2017
David J. Bradley, Clerk of Court

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 05, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 17-40884    Marc Veasey, et al v. Greg Abbott, et al
                    USDC No. 2:13-CV-193
                    USDC No. 2:13-CV-263
                    USDC No. 2:13-CV-291
                    USDC No. 2:13-CV-348

Enclosed is an opinion order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Dawn S. Eiserloh, Deputy Clerk

Ms. Leah Camille Aden
Ms. Anna Marks Baldwin
Mr. J. Campbell Barker
Mr. Neil G. Baron
Mr. David J. Bradley
Mr. Thomas Evans Chandler
Ms. Jennifer Clark
Ms. Lindsey Beth Cohan
Mrs. Angela Veronica Colmenero
Mr. Daniel Gavin Covich
Mr. Armand G. Derfner
Mr. Chad Wilson Dunn
Ms. Diana Katherine Flynn
Mr. Matthew Hamilton Frederick
Mr. Gregory Bryan Friel
Mr. Jose Garza
Mr. Bruce I. Gear
Mr. Jon Marshall Greenbaum
Mr. J. Gerald Hebert
Mr. Scott A. Keller
Ms. Shoshana J. Krieger
Mr. Jason R. LaFond
Ms. Danielle Marie Lang
Ms. Coty Rae Montag
Ms. Janai S. Nelson
Ms. Priscilla Noriega

```
Mr. Jonathan Edward Paikin
Ms. Myrna Perez
Mr. Sidney Samuel Rosdeitcher I
Mr. Ezra D. Rosenberg
Mr. John Albert Smith III
Mr. Paul March Smith
Mr. Neil A. Steiner
Mr. Luis Roberto Vera Jr.
Ms. Michelle Yeary
```