# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

20170821-28

Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Monday, August 21, 2017
Case Number: 2:13-cv-00193
Document Number: 1070 (1 page)
Notice Number: 20170821-28
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED

SEP 06 2017

David J. Bradley, Clerk of Court



RETURN TO SENDER
[ ] NEED BOOKING #/DOB
[ ] INMATE NO LONGER HERE
[X] ILLEGIBLE WRITING
[ ] NEED INMATE FULL NAME
[ ] NOT ACCEPTED-NO RETURN ADDRESS

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002
02 1W
0001374615 AUG. 21. 2017.
$ 000.46⁰

NIXIE        787   DE 1         0008/26/17
            RETURN TO SENDER
            REFUSED
            UNABLE TO FORWARD

BC: 77208101010       *0833-03356-21-40