# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS



Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617



CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov



Date: Thursday, August 31, 2017
Case Number: 2:13-cv-00193
Document Number: 1078 (2 pages)
Notice Number: 20170831-40
Notice: The attached order has been entered.

