IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

|  |  |
|---|---|
| MARC VEASEY, *et al.*,<br><br>                          Plaintiffs,<br><br>              v.<br><br>GREG ABBOTT, *et al.*,<br><br>                          Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**MOTION TO WITHDRAW AVNER SHAPIRO AS COUNSEL**

The United States hereby moves to withdraw Avner Shapiro, co-counsel for the United States, as counsel of record in this case.  Mr. Shapiro has transferred from the Voting Section of the Department of Justice's Civil Rights Division to a different section in the Division.  The United States will continue to be represented by the other counsel of record.

Date: September 18, 2017

                                                                        Respectfully submitted,

ABE MARTINEZ                                      JOHN M. GORE
Acting United States Attorney              Acting Assistant Attorney General
Southern District of Texas                     Civil Rights Division

                                                                        */s/ Daniel J. Freeman*
                                                                        T. CHRISTIAN HERREN, JR.
                                                                        RICHARD A. DELLHEIM
                                                                        DANIEL J. FREEMAN
                                                                        Attorneys, Voting Section
                                                                        Civil Rights Division
                                                                        U.S. Department of Justice
                                                                        950 Pennsylvania Avenue, N.W.
                                                                        Washington, D.C. 20530
                                                                        Telephone: 202-305-4355

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2017, I served a true and correct copy of the foregoing via the Court's ECF system on all counsel of record.

*/s/ Daniel J. Freeman*
DANIEL J. FREEMAN
Voting Section, Civil Rights Division
U.S. Department of Justice
daniel.freeman@usdoj.gov