Marianne Serpa   Dep-in-Charge                                    SEP 11 17
US District Clerk's Office txh
1133 N Shoreline Blvd Rm 208
Corpus Christi TX 78401                                 Clerk, U.S. District Court
                                                        Southern District of Texas
60+ dkts WEASEY V ABBOTT 2:13cv193 CORPUS FROM ME           FILED

GLOPAL TEL & LINK CORP                                    SEP 18 2017
12021 SUNSET HILLS RD
RESTON VA 20190                                         David J. Bradley, Clerk of Court
888-988-4768   www.gtl.net/cnfta
BIG MUDDY IL SITE #169
PLACED GTL E-MAIL EQUIPPED TERMINALS IN BIG MUDDY DAYROOMS
INMATES MAY SEND 20¢ E-MAILS TO GTL APPROVED RECIPIENTS
PLEASE SEND ME AN E-MAIL THRU GTL & ENABLE ME TO GTL E-MAIL YOU

I SUGGEST A LIMITED VOTING BACKUP BALLOT FOR TX & OTHER STATE
HOUSES & US CONGMEN W/PRIMARY WINNERS FREE ON OWN & 2 MORE DISTS
ENABLE VOTERS TO TRANSFORM DISTRICTS - CLEAR THE SWAMP - THIS MAY
PROMOTE GOOD BEHAVIOR BY WINNERS & INHIBIT TYRANNY & MAYHEM

ART POPE & HIS $150 MIL JOHN WILLIAM POPE FNDTN INVESTED $150 MIL ON
A NC CONSERV INFRASTRUCTURE - MATEA GOLD 7/19/14 WASH POST - DARK MON
"IN NC CONSERV DONOR SITS GVMT HE HELPED TRANSFORM"   2016 338 & 420

"A VOTER HOPES TO FIND ON THE BALLOT A CANDIDATE WHO COMES NEAR TO
REFLECTING HIS POLICY PREFERENCES ON CONTEMPORARY ISSUES"

LUBIN V PANISH 1974 415 US 709,16      *Robert M Allensworth*
                                       ROBERT M ALLENSWORTH B14522
                                       BMRCC 251 N IL 37
                                       Ina IL 62846 2419

PLEASE GTL E-MAIL ME MOST RECENT PAGES IN 2:13cv193 CORPUS

ALLENSWORTH D/Y577 4DSY
BRUCC 271 N R 57
NA IL 62876 2719

**IDOC INMATE MAIL**
**MONEY ORDERS NO**
**LONGER ACCEPTED**

Marianne Serpa
US District Clerk's Office txs
1133 N Shoreline Blvd Rm 208
Corpus Christi TX 78401

Clerk, U.S. District Court
Southern District of Texas
FILED

SEP 18 2017

David J. Bradley, Clerk of Court

02 1M
0004266687
MAILED FROM ZIP CODE 62846
$ 00.000
SEP 11 2017
PITNEY BOWES
FOREVER
USA

Bank Swallow