# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

————————

No. 17-40884

————————

MARC VEASEY; JANE HAMILTON; SERGIO DELEON; FLOYD CARRIER;
ANNA BURNS; MICHAEL MONTEZ; PENNY POPE; OSCAR ORTIZ; KOBY
OZIAS; LEAGUE OF UNITED LATIN AMERICAN CITIZENS; JOHN
MELLOR-CRUMMEY; DALLAS COUNTY, TEXAS; GORDON BENJAMIN;
KEN GANDY; EVELYN BRICKNER,

> Plaintiffs - Appellees

v.

GREG ABBOTT, in his Official Capacity as Governor of Texas;  ROLANDO
PABLOS, in his Official Capacity as Texas Secretary of State; STATE OF
TEXAS; STEVE MCCRAW, in his Official Capacity as Director of the Texas
Department of Public Safety,

> Defendants - Appellants

-------------------------------------------------------

UNITED STATES OF AMERICA,

> Plaintiff - Appellee

TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND; IMANI
CLARK,

> Intervenor Plaintiffs - Appellees

v.

STATE OF TEXAS;  ROLANDO PABLOS, in his Official Capacity as Texas
Secretary of State; STEVE MCCRAW, in his Official Capacity as Director of
the Texas Department of Public Safety,

> Defendants - Appellants

-----------------------------------------------------------

TEXAS STATE CONFERENCE OF NAACP BRANCHES; MEXICAN
AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF
REPRESENTATIVES,

        Plaintiffs - Appellees

v.

ROLANDO PABLOS, in his Official Capacity as Texas Secretary of State;
STEVE MCCRAW, in his Official Capacity as Director of the Texas
Department of Public Safety,

        Defendants - Appellants

-----------------------------------------------------------

LENARD TAYLOR; EULALIO MENDEZ, JR.; LIONEL ESTRADA; ESTELA
GARCIA ESPINOSA; MAXIMINA MARTINEZ LARA; LA UNION DEL
PUEBLO ENTERO, INCORPORATED,

        Plaintiffs - Appellees

v.

STATE OF TEXAS;  ROLANDO PABLOS, in his Official Capacity as Texas
Secretary of State; STEVE MCCRAW, in his Official Capacity as Director of
the Texas Department of Public Safety,

        Defendants - Appellants

---------------------

Appeal from the United States District Court for the
Southern District of Texas, Corpus Christi

---------------------

O R D E R:

IT IS ORDERED that appellants' unopposed motion for all counsel to view and obtain all sealed documents, including district court docket entries 361, 364, 367-368, 372, 374, 375, 383, 393, 428, 450-451, 463, 473, 475-477, 480-481, 503, 506, 513, 567-568, 611, 678, 682-712, 724, 806, 965, and 979 is GRANTED.

The court expresses no view at this time as to whether the documents should remain sealed on appeal. In general, this court has a strong presumption in favor of public access to our court records, and the court scrutinizes any request by a party to seal pleadings, record excerpts, or other documents on our court docket.

_____/s/Jennifer Walker Elrod_____
JENNIFER WALKER ELROD
UNITED STATES CIRCUIT JUDGE
