Clerk, U.S. District Court
Southern District of Texas
FILED

SEP 26 2017

David J. Bradley, Clerk of Court

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 26, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 17-40884    Marc Veasey, et al v. Greg Abbott, et al
                    USDC No. 2:13-CV-193
                    USDC No. 2:13-CV-263
                    USDC No. 2:13-CV-291
                    USDC No. 2:13-CV-348

Enclosed is an order entered in this case.

The court has granted the unopposed motion of State of Texas, Steve McGraw, Greg Abbott, and Rolando Pablos to view and obtain sealed documents contained in the record on appeal. In accordance with this court's order, counsel may obtain the sealed materials from the District Court, *exclusive of any document that was filed under seal and ex parte*. The sealed materials are for your review ONLY. This material should be maintained in your office under seal and returned to the District Court as soon as it has served your purpose.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: Sabrina B. Short
                    Sabrina B. Short, Deputy Clerk
                    504-310-7817

Ms. Leah Camille Aden
Ms. Anna Marks Baldwin
Mr. J. Campbell Barker
Mr. Neil G. Baron
Mr. David J. Bradley
Mr. Thomas Evans Chandler
Ms. Jennifer Clark
Ms. Lindsey Beth Cohan
Mrs. Angela Veronica Colmenero
Mr. Daniel Gavin Covich
Mr. Armand G. Derfner
Mr. Kelly Patrick Dunbar
Mr. Chad Wilson Dunn
Ms. Diana Katherine Flynn
Mr. Matthew Hamilton Frederick
Mr. Gregory Bryan Friel
Mr. Mark P. Gaber

Mr. Jose Garza
Mr. Bruce I. Gear
Mr. John Matthew Gore
Mr. Jon Marshall Greenbaum
Mr. J. Gerald Hebert
Mr. Scott A. Keller
Ms. Shoshana J. Krieger
Mr. Jason R. LaFond
Ms. Danielle Marie Lang
Ms. Coty Rae Montag
Ms. Janai S. Nelson
Ms. Priscilla Noriega
Mr. Jonathan Edward Paikin
Ms. Myrna Perez
Mr. Sidney Samuel Rosdeitcher I
Mr. Ezra D. Rosenberg
Mr. Deuel Ross
Mr. John Albert Smith III
Mr. Paul March Smith
Mr. Neil A. Steiner
Mr. Luis Roberto Vera Jr.
Ms. Michelle Yeary