MARIANNE SERPA   DEP-IN-CHARGE                    SEP 18 17

US DIST CT TXS

Clerk, U.S. District Court
Southern District of Texas
FILED

SEP 25 2017

David J. Bradley, Clerk of Court

1133 N SHORELINE BLVD

CORPUS CHRISTI TX 78401

GOT DKT VEASEY-ABBOTT (2:13cv193) CORPUS FROM ME )

PLEASE GTL EMAIL ME & (ENABLE ME TO GTL EMAIL YOU)

GTL (7021 HILLSIDE RD REITON VA 20190 888-488-4768 www.gtl.net/gtl?

BIG SANDY SITE #169 PLACED GTL EMAIL-KIOSKS IN DISCHARGE DAYROOMS

INMATES MAY SEND (20$ EMAILS TO GTL APPROVED RECIPIENTS )

"A VOTER ALONE TO FIND ON THE BALLOT A CANDIDATE WHO COME NEARER

to REFLECTING HIS POLICY PREFERENCES OF CONTEMPORARY LIVES "

    LULAC v SPANISH 197? 415 US 700 15

    COMPETENCE 1:13cc 399-TRS. SES

184  9/7/17  NOTICE BY DENTCH (STRACK)

    #39  FOURTH AMENDMENT    DEL S ANOTHER HARTFORD

    #38  SPECIAL ALLEGATIONS    DEL 3 NEW PION CRAVEN

    #37  ADOPTED CRITERIA

    #22  8/29  SENATE REDIST MEETING

176  7/27  MEMO TO QUASH SUBPOENA OR LEAVE (STRACK)

171  7/21  NOTICE GRACE COOPER-PIERCE (MEHERICH?)

168  7/11  #7  PROPOSED AMICUS (JOYNER) (McKNIGHT)

167  7/10  RESPONSE 1/3 (STRACK)

162  7/6  RESPONSE 1/2 (PATTON?)

161  7/6  RESPONSE 1ST (FARR)

159  6/70  COPY SCOTUS 16-1027

157  6/15  NOTICE 1/3 (EARLS)

153  6/4  CT REQUESTS POSITION STATS

                          Robert M Allensworth B14711

                          BMRCC 27 N IC 37

                          (MA IC 62846 Z419

PLEASE GTL E-MAIL ME & (ENABLE ME TO GTL E-MAIL YOU)



UNITED STATES POSTAL SERVICE

02 1M
0004266687
MAILED FROM ZIP CODE
FOREVER
USA
APR 2017

Bank Swailley

IDOC INMATE MAIL
MONEY ORDERS NO
LONGER ACCEPTED

MARIANNA SERSA, Def-IN-CHANGE

US DIT CLEMS OFFICE TXS
1133 N SHORELINE BLVD #208
CORPUS CHRIST TX 78401

78401320-42 0029

72 ALC(D.......) DY-22 NEW
1/0..... 254 N (( 20
IN8 N. ...Y( 2...()



R ALLENSWORM
BMCC 2519 12 39
(MA 16 G23+6 2419

IDOC INMATE MAIL
MONEY ORDERS NO
LONGER ACCEPTED

MARIANNE SERPA PET-IN-CHARGE

(US DISTICE TXS

1133 N SHORELINE BLVD #208

CORPUS CHRISTI TX 78701-2092

United States Courts
Southern District of Texas
FILED

SEP 25 2017

David J. Bradley, Clerk of Court