# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

## ORDER

Having reviewed the motion of the Texas State Conference of NAACP Branches and the Mexican American Legislative Caucus of the Texas House Representatives to withdraw Amy L. Rudd as counsel, the request is hereby GRANTED.

Date: _____, 2017

_____
The Honorable Nelva Gonzales Ramos
United States District Judge