October 6, 2017

The Honorable Donald Trump, President
The United States of America
The White House
Washington, District of Columbia 20500

2:13cv193
Clerk, U.S. District Court
Southern District of Texas
FILED
OCT 18 2017
David J. Bradley, Clerk of Court

Dear President Trump:

RE: The fellow who is being detained by the U.S. military after being turned over by Syrian rebels, following capture from ISIS, because he was born on U.S. soil.

Yesterday I read in the Santa Fe, New Mexico newspaper about this situation and that the ACLU wants to become involved. Please take it "as a given" that this fellow was born in the U.S. from parents who were, so to speak, travelers from another country and have never been U.S. citizens themselves! Further, it was not established in the newspaper story to what extent this fellow has had official connections with the U.S., both inside and outside the country, before being turned over to the U.S. military.

What the overwhelming majority of U.S. citizens -- 99.99...% -- do NOT KNOW is that birth on U.S. soil via parents, other than

U.S. CITIZENS, IS JUST THE FIRST STEP TO ACQUIRING CITIZENSHIP, WITH THE RIGHT TO VOTE, IN ADULTHOOD! THIS IS ESPECIALLY TRUE IF THE PERSON IN QUESTION IS RAISED OVERSEAS! FORMER PRESIDENT OBAMA IS AN EXCELLENT EXAMPLE

AGAIN, "IT IS A GIVEN" THAT BIRTH ON U.S. SOIL IS A "BIRTHRIGHT" TO CITIZENSHIP THAT PARENTS CANNOT TAKE AWAY! AT THE SAME TIME, OR BY THE SAME TOKEN, THE PERSON WITH THE "BIRTHRIGHT" MUST TAKE OFFICIAL STEPS WITHIN A SPECIFIED PERIOD OF TIME BY U.S. LAW TO CLAIM THIS CITIZENSHIP. THERE IS NO INFORMATION AVAILABLE TO THE PUBLIC THAT THIS FELLOW TOOK SUCH STEPS! IN FACT, IT CAN BE ARGUED THAT BY JOINING ISIS, HE REJECTED HIS U.S. "BIRTHRIGHT!"

IF THE ACLU IS TO BECOME INVOLVED, THEIR FIRST STEP IS TO TAKE THE MATTER BEFORE A U.S. COURT OF LAW TO DETERMINE THE U.S. CITIZENSHIP STATUS OF THIS FELLOW. FURTHER, AS I SEE IT, IT IS NOW ENCUMBENT FOR THE U.S. MILITARY TO DO LIKEWISE SINCE THEY ACCEPTED THE FELLOW FROM ISIS VIA THE SYRIAN REBELS, APPARENTLY, BECAUSE SOMEONE(S) THOUGHT THAT HE WAS A U.S. CITIZEN! FURTHER AGAIN, AS I SEE IT, THE U.S. MILITARY HAS THE OPTION OF RETURNING THE FELLOW TO THE SYRIAN REBELS UNTIL HIS CITIZENSHIP STATUS TO THE U.S. IS ESTABLISHED, IF

the fellow, himself, wants to go there. Actually, that could very well be the place where the ALLY should get involved and this particular situation has the potential to go a long way at clarifying certain aspects of U.S. immigration law. (As all of you are aware, people in the U.S. who are NOT U.S. citizens have different law apply to them than do U.S. citizens. And it is reciprocal: U.S. citizens on foreign soil are NOT under U.S. law but under law of the foreign country. As a further aside, I am aware of what I call "THE BLACK MARKET PATH TO CITIZENSHIP." The expectant mother, one way or another, comes to the U.S. just to have her BABY born on U.S. soil! If such a practice cannot be stopped by current U.S. immigration law, it must be part of new immigration law. Further, I am in favor of a U.S. national identity card issued to everyone at birth in the U.S. and to those who enter the U.S. from foreign lands. Further again, I use the phrase "ASSOCIATE CITIZENSHIP" that, among other

THINGS, DOES NOT INCLUDE THE RIGHT TO VOTE. THAT IS THE BEST THAT "ILLEGALS" CAN ACQUIRE AND THEIR CHILDREN BORN IN THE U.S.! THE CHILDREN WOULD HAVE THE RIGHT TO THE NATURALIZATION PROCESS WHEN THEY "BECOME OF AGE." WHEN IT COMES DOWN TO IT, SPECIAL LAW FOR "INDIAN NATION" COMPLICATES "ONE HELL OF A LOT" OF MATTERS.

TO CONCLUDE THIS WHITE PAPER IN THE FORM OF A LETTER I WILL POINT OUT THE FOLLOWING:

— CONGRESS HAS ASSIGNED TO THE STATE DEPARTMENT THE DETERMINATION OF U.S. CITIZENSHIP. (AS AN ASIDE, LET'S GO TO TEXAS. TO CLEAR THE VOTER ROLLS OF PRESUMED "DEAD PEOPLE", THE SECRETARY OF STATE ASKED FEDERAL SOCIAL SECURITY FOR THEIR ROLLS IN THE MATTER. THE CHAIR COMPLIED WITH THE DISCLAIMER "THAT THE PAPERS WERE NOT RELIABLE." THEN THE TEXAS' SEC. OF STATE WROTE TO THE "PRESUMED DEAD PEOPLE", "IF YOU ACTUALLY ARE NOT DEAD, PLEASE LET ME KNOW." FOR INVASION OF PRIVACY, I GUESS, "ALIVE" RECIPIENTS TOOK IT TO STATE OF TEXAS DISTRICT COURT AND THE SEC. OF STATE LOST! IN THE SAME TIME FRAME, THE TEXAS' SEC. OF STATE WENT TO THE HEAD OF HOMELAND SECURITY FOR THEIR RECORDS ON CITIZENSHIP. THE HEAD OF HOMELAND

SECURITY DENIED THE REQUEST.)

- HISTORICALLY, THE COURTS HAVE USED A VERY NARROW DEFINITION OF WHO HAS U.S. CITIZENSHIP AND WHO DOES NOT.

- THE U.S. FEDERAL GOVERNMENT DOES NOT (YET) HAVE AN OFFICIAL BIRTH REGISTER; THIS, (AT PRESENT), IS IN THE HANDS OF COUNTIES AND STATES. HENCE, IT HAS TO BE LEFT TO THE STATES AS TO WHO IS ELIGIBLE TO VOTE IN THE ENFORCEMENT OF <u>FEDERAL VOTING LAWS</u>! THIS MATTER IS CURRENTLY BEFORE FEDERAL JUDGE NELVA GONZALES RAMOS OPERATING OUT OF CORPUS CHRISTI, TEXAS WITH WHOM I HAVE FILED SEVERAL <u>AMICUS CURIAE BRIEFS</u>. IN THE CAUSE RELEVANT TO THIS WHEN BEFORE THE U.S. SUPREME COURT, THERE WERE TWO (2) DISSENTING JUSTICES TO THE WAY IT WAS "TOSSED BACK TO THE STATES."

- WHEN THE ARIZONA IMMIGRATION LAW WAS BEFORE THE U.S. SUPREME COURT, THE U.S. SOLICITOR GENERAL POINTED OUT THAT "THE ONLY RELIABLE DATA THAT THE FEDERAL GOVERNMENT HAS ON WHO IS A U.S. CITIZEN IS FOR THOSE WHO HAVE U.S. PASSPORTS." I MIGHT ADD "SURELY THE FEDERAL GOVERNMENT HAS RELIABLE INFORMATION ON THOSE WHO HAVE GONE THROUGH THE NATURALIZATION PROCESS."

- LEGALITY OF DUAL CITIZENSHIP FOR U.S.

<mark>NATIONALS IS YET TO MAKE IT INTO THE COURTS. SOME COUNTRIES ALLOW IT, SOME DO NOT. PERSONALLY, I AM OPPOSED TO IT. (IN 2012, I VISITED WITH A FELLOW WHO WAS VOTING IN BOTH U.S. AND ANOTHER COUNTRY'S ELECTIONS!) YET I RECOGNIZE A VERY, VERY IMPORTANT DIFFICULTY WHEN IT COMES TO "U.S. INDIAN NATION AND RESERVATIONS!" U.S. INDIANS ON RESERVATIONS ARE NOT SUBJECT TO THE SAME LAWS THAT APPLY TO THE REST OF US! (IN TAOS, COUNTY, NEW MEXICO, FOR EXAMPLE, TO BE ELIGIBLE FOR A COUNTY OFFICE, U.S. INDIANS MUST ESTABLISH A TIME-PERIOD RESIDENCY OFF OF THE RESERVATION. SURELY THERE IS A "TRICKLE-UP" EFFECT FOR THIS! AND BY THE SAME TOKEN, WHAT, BY TODAY'S LAW, WAS THE STATUS OF HERBERT HOOVER'S U.S. INDIAN VICE-PRESIDENT? AND THE CHOCTAW INDIAN OF OKLAHOMA WHO WAS ELECTED A U.S. SENATOR? RESIDENCY CAN BE ESTABLISHED FOR THE SENATE BUT NOT FOR THE PRESIDENCY!)</mark>

THANK YOU FOR YOUR ATTENTION. ALL OF YOU HAVE BETTER RESOURCES TO PURSUE THESE MATTERS THAN I!

COPIES TO: SECRETARIES OF DEFENSE AND STATE; CHIEF JUSTICE JOHN A. ROBERTS, JR.; FEDERAL JUDGE NELVA GONZALES RAMOS; AND UNIVERSITY OF OKLAHOMA PRESIDENT, DAVID L. BOREN.

RESPECTFULLY YOURS
L. Rich. Quade Will
L. RICHARD QUADE
38 LOMA LINDA RANCH ROAD
VADITO, NEW MEXICO
87579



CCA
38LLLL
875579

THE HONORABLE NELVA GON GALLES RAMOS
FEDERAL JUDGE FOR THE SOUTHERN
DISTRICT OF TEXAS
1133 NORTH SHORELINE BLVD., ROOM 208
CORPUS CHRISTI, TEXAS
78401

USPS® FIRST-CLASS MAIL®

U.S. POSTAGE
$3.84
FCM LETTER
87501
Date of sale
10/09/17
06  2S00
B2057 10 100 13226   08259765
SSK
0 lb. 0.60 oz

SHIP TO:
1133 N SHORELINE BLVD STE 208
CORPUS CHRISTI TX 78401-2042