# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

OCT 31 2017

David J. Bradley, Clerk of Court


20171018-185

Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

---

Date: Wednesday, October 18, 2017
Case Number: 2:13-cv-00193
Document Number: 1094 (1 page)
Notice Number: 20171018-185
Notice: The attached order has been entered.

---

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

RETURN TO SENDER

OCT 31 2017
David J. Bradley, Clerk of Court

ZIP 77002
02 1W
0001374615
U.S. POSTAGE >> PITNEY BOWES
$ 000.46°
OCT. 19. 2017.

NIXIE    787   DE 1         0010/26/17
         RETURN TO SENDER
         REFUSED
         UNABLE TO FORWARD

BC: 77208101010      *0233-01167-19-47