NOVEMBER 4, 2017

THE HONORABLE DONALD TRUMP, PRESIDENT
THE UNITED STATES OF AMERICA
THE WHITE HOUSE
WASHINGTON, DISTRICT OF COLUMBIA 20500

GONZALES-RAMOS

2:13-CV-00193  MARC VEASEY ET AL
VS
GREG ABBOTT ET AL

DEAR PRESIDENT TRUMP: PATTERN OR ABUSE OF FEDERAL LAW BY DEFENDANTS.

RE: THE PROPOSED CHANGE IN OUTSIDE MANAGEMENT OF LOS ALAMOS SCIENTIFIC LABORATORIES, NEW MEXICO.

Clerk, U.S. District Court
Southern District of Texas
FILED
NOV 13 2017
David J. Bradley, Clerk of Court

CURRENTLY, CAL-BERKELEY IS THE OUTSIDE MANAGING AGENCY FOR LOS ALAMOS. CAL-BERKELEY IS ALSO, AS I RECALL, THE MANAGING AGENCY FOR LAWRENCE-LIVERMORE. CAL-BERKELEY WAS IN THE LOS ALAMOS PICTURE FROM THE BEGINNING VIA ROBERT OPPENHEIMER ET AL. ERNEST LAWRENCE'S CYCLOTRON WAS ONE OF THE MEANS OF SEPARATING $U^{235}$ FROM $U^{238}$ FOR "ATOMIC WARHEADS."

RECENTLY I READ IN A NEW MEXICO NEWSPAPER THAT "MANAGEMENT OF LOS ALAMOS IS UP FOR GRABS," THAT IT WOULD NOT BE RENEWED WITH CAL-BERKELEY, THAT UT-AUSTIN HAS DEDICATED $5M TO GENERATE A PROPOSAL FOR MANAGEMENT AS WELL AS MANAGEMENT OF SANDIA AND WOULD HAVE AN "INSIDE TRACK" BECAUSE OF THE NAVY-MILITARY EXPERIENCE OF THEIR CHANCELLOR WITH RICK PERRY SEC. OF ENERGY EVEN THOUGH PERRY IS T-A&M-COLLEGE STATION.

UT-AUSTIN PUT IN A PROPOSAL THE LAST TIME LOS ALAMOS MANAGEMENT WAS RENEWED WITH CAL-BERKELEY.

THE PURPOSE OF THIS <u>WHITE-PAPER</u> IN THE FORM OF A LETTER IS TO MAKE THE CASE THAT <u>NO INSTITUTION IN TEXAS SHOULD TAKE OVER MANAGEMENT OF LOS ALAMOS AND SANDIA BECAUSE OF THE CURRENT POLITICAL AND CULTURAL CLIMATE IN TEXAS</u>!

FURTHER, YOU WOULD DO WELL TO APPOINT A COMMISSION TO STUDY THIS AND RELATED MATTERS, PRE-EMPTING CONGRESS, THAT ARE IMPORTANT TO OUR NATIONAL SECURITY AND DOMESTIC MATTERS, WHERE THERE IS EXTREMELY HEAVY SCIENTIFIC AND ENGINEERING RESEARCH INTO THESE MATTERS.

TO MAKE MY CASE, ALLOW ME TO START HERE:

- WHILE ATTORNEY GENERAL, GREG ABBOTT WOKE UP EVERY MORNING WITH NEW WAYS TO FILE SUIT AGAINST THE FEDERAL GOVERNMENT! FURTHER, EVEN WHILE IN THAT POSITION HE WAS INTO "NULLIFICATION OF FEDERAL LAW" AT STATE INSTITUTIONS BY ASSISTING THEM AS THEY IGNORED IT. (AS AN ASIDE, ABBOTT WAS "PUT INTO POLITICAL PLAY" WHEN "GEORGE 43"

APPOINTED HIM TO THE TEXAS SUPREME COURT WHILE GOVERNOR. ABBOTT PUT TED CRUZ "ON THE TEXAS PAYROLL" AS ITS FIRST SOLICITOR GENERAL. APPARENTLY, CRUZ HAD BEEN A "CAMPAIGN AIDE" TO GEORGE 43, STARTING AROUND 1998. I DID NOT KNOW OF OF THE BUSHES' BOOK CRITICIZING YOU "IN PRESS" WHEN I WROTE TO YOU CONCERNING ALBERTO GONZALES WITH THE RECOMMANDA- TION THAT YOU GET MORE INFO FROM GEORGE 43. MY COPY OF THE LETTER TO GEORGE 43 WAS STILL BEING HELD UP IN NEW MEXICO BY USPS AS OF LAST WEEKEND. FURTHER, I ATTRIBUTE THE BUSHES' ATTACK UPON YOU AS "VANDICTIVE- NESS AND BITTERNESS" FOLLOWING YOUR "JOUSTING" WITH JEB" DURING THE FORUMS. AND, I ATTRIBUTE THE LACK OF SUPPORT THE BUSHES GAVE JOHN MCCAIN IN 2008 TO ENVY OF MCCAIN'S MILITARY CAREER AS THEY COMPARE IT WITH THEIR OWN!) - IN JANUARY 2015 AS HE WAS BECOMING GOVERNOR OF TEXAS, MR. ABBOTT PRO- POSED NINE (9) AMMENDMENTS TO THE U.S. CONSTITUTION THAT INCLUDED A MEANS

TO NULLIFY SECTION 5 OF THE VRA, AMONG OTHER THINGS.

- THE CASE OF THE UT-SAN ANTONIO PHYSICS/EE PROF WHOSE RESEARCH NOTEBOOK WAS CONFISCATED BY THE UT-SAN ANTONIO ADMINISTRATION INAPPROPRIATELY, FROM MY VANTAGE POINT. THE PROF LOST IN STATE OF TEXAS DISTRICT COURT AND I DO NOT KNOW IF IT WENT ANY HIGHER ON APPEAL. HE SHOULD HAVE WON. THERE WAS SUPPORT FROM LOS ALAMOS SCIENTISTS TO HIS CAUSE. A SIMILAR THING HAPPENED TO A TEXAS TECH MEDICAL SCHOOL PROF. IN FEDERAL COURT HE WON FEDERAL CHARGES A- (NOT) GAINST HIM, BUT LOST FOR A FOLLOWING TEXAS TECH INTERNAL POLICY WHILE TEXAS TECH, ITSSELF, WAS VIOLATING "STATE LAW" WITH THE MISUSE OF LEGISLATIVE APPROPRIATIONS."

- MY PERSONAL SITUATION AT TEXAS TECH. I WAS "FIRED" AND, SUBSEQUENTLY, TAKEN OFF OF THE PAYROLL IN AUGUST 2010 WHILE TEXAS TECH WAS VIOLATING AT LEAST FIVE(5) OR SIX(6) FEDERAL LAWS, LET ALONE STATE LAWS. I GOT THE MATTER INTO STATE OF TEXAS DISTRICT

court, not challenging the firing, but how it was handled within the university. The Texas Att. Gen. was defending attorney. "As it played out" over a few months, Texas Tech had apparently "shredded documents" where they had violated federal law with the support of the attorney general. My position was "I did not want to work for anyone at my age that did not want me working for them. But I wanted a termination of employment with a financial settlement." Jane, Mrs. Quade, also a party to the cause via community <u>property interests</u>, took the position after much discussion that she, and therefore we, did not need monetary funds from Texas Tech that would come via a settlement. Subsequently, my position became that we would not want a financial settlement that would support or endorse their violations of state and federal laws.

 — There are other arguments but these should be enough to get you started. I have brought the matter

TO THE ATTENTION OF OU PRESIDENT DAVID BOREN WITH THE QUESTION "IS OU IN A POSITION TO MANAGE ONE, OR TWO OR BOTH OF THE INSTITUTIONS? WITH THIS LETTER I RAISE THE QUESTION "ARE UNM AND/OR NMSU IN A POSITION TO MANAGE EITHER OR BOTH?" THE NEW MEXICO CULTURE "IS MORE IN-LINE WITH THAT OF THE EMPLOYEES OF LOS ALAMOS AND SANDIA AS THINGS HAVE PLAYED OUT OVER THE 7½ DECADES. THE CURRENT TEXAS CULTURE IS TERRIBLE: GREG ABBOTT FIGHTING "TOOTH AND NAIL" <u>GAY LEGAL UNION</u> (MARRIAGE TO COME), BIRTH OF CERTAIN CHILDREN IN TEXAS' HOSPITALS, AND OTHER MATTERS IN HIS CAUSE AGAINST THE FEDERAL GOVERNMENT! ARIZONA ALSO HAS SERIOUS PROBLEMS IN SOME OF THESE AREAS. <u>IT COULD VERY WELL</u> BE THAT CERTAIN ASPECTS OF OKLAHOMA'S CULTURE WOULD PROVE MORE SATISFACTORY TO THE HIGHLY EDUCATED STAFF OF LOS ALAMOS AND SANDIA.

    PLEASE ALLOW ME TO CLOSE WITH TWO THINGS. FIRST, STUDY THE HISTORICAL FIGURE JOHN C. CALHOUN OF

SOUTH CAROLINA. HE WAS ONE OF THE FIRST, AND STRONGEST, PROPONENTS OF FEDERAL LAW NULLIFICATION. AT FIRST HE SUPPORTED <u>PROTECTIVE TARIFFS</u>. THEN HE OPPOSED. WHILE ANDREW JACKSON'S VP, HE WANTED SOUTH CAROLINA NOT TO COLLECT THE TARIFFS ON IMPORTED GOODS. WHEN JACKSON WOULD NOT GO ALONG, CALHOUN RESIGNED AS VP!

SECOND, AS I UNDERSTAND IT, SOMETIME IN THE FALL 2016, THE <u>FBI DIRECTOR</u> LEFT <u>HIS OFFICE TO VISIT WITH YOU ON YOUR TURF</u>." THIS SMACKS OF AN EFFORT AT ENTRAPMENT! AND A DERELICTION OF DUTY ON HIS PART. THE PROPER PROCEDURE WOULD HAVE BEEN FOR YOU TO MEET AT HIS OFFICE! AT THE TIME, "HE WAS UNDER OATH AND YOU WERE NOT!"

COPIES TO: OU PRES. BOREN, NM GOV. MARTINEZ, SEC. OF ENERGY PERRY, CHIEF JUSTICE ROBERTS, FEDERAL JUDGE GONZALES-RAMOS, JANE QUADE,

RESPECTFULLY YOURS,

C. Rick Jewell
C-RICHARD QUADE
38 LOMA LINDA RANCH ROAD
VADITO, NEW MEXICO
87579

P.S. FOR WHAT IT'S WORTH, HAVE I STATED SOME ACTION THAT I'VE TAKIN' AND "SLIP INTO THE PROFESSORIAL MODE" IF I AM NOT ALL READY THERE. I HAVE FILED "OBSTRUCTION OF JUSTICE CHARGES" WITH THE LUBBOCK COUNTY DA AGAINST THE SECRETARY OF THE TEXAS TECH BOARD OF REGENTS, WHO IS ALSO A SPECIAL ASSISTANT TO THE CHANCELLOR, FOR NOT GETTING A COMPLETE DOSSIER OR PERSONNEL FILE, TO THE BOARD OF REGENTS AS THEY CONSIDERED MY CASE, LET ALONE TO THE TEXAS ATT. GEN.. I HAVE ALSO FILED OBS. OF JUSTICE CHARGES AGAINST PERSONS KNOWN AND UNKNOWN IN THE CITY OF LUBBOCK'S POLICE DEPARTMENT AND THE CITY PROSECUTOR'S OFFICE. FOR A STATE EMPLOYEE AND ALL OTHER GOVERNMENT OFFICIALS, THAT IS ABOUT ALL YOU CAN DO WHILE THEY OCCUPY POSITION OR OFFICE. PERJUROUS STATEMENTS, ABUSE OF POWER, ETC. CAN ONLY BE HANDLED THIS WAY "WHILE OFFICE IS OCCUPIED." I SAW IN TTUS BOARD MINUTES WHERE THE MOTION WAS MADE AND SECONDED BUT NEVER SAW WHERE THE "QUESTION WAS CALLED FOR" OR A VOTE TAKEN, OF COURSE, MINUTES CAN BE CORRECTED, ETC.. A SEPARATE REQUIREMENT "NEEDED TO BE MET" TO TAKE ME OFF OF THE PAYROLL.

ALSO, WITH THE LUBBOCK COUNTY DA, CHARGES OF FRAUD, PERJURY, OBSTRUCTION OF JUSTICE, AND UNLAWFULL ENTRY HAVE BEEN FILED AGAINST INDIVIDUALS WHO ARE NOT GOVERNMENT EMPLOYEES.

THESE WERE NOT ALL FILED SIMULTANEOUSLY; BUT I HAVE YET TO HEAR FROM THE DA AS TO WHAT TYPE OF ACTION HE HAS TAKEN, IF ANY. THIS HAS BEEN "IN PLACE" FOR THE PAST FEW YEARS.

CKA

