THE HONORABLE NELVA GONZALES-RAMOS, JUDGE
THE FEDERAL COURT OF THE SOUTHERN DISTRICT OF TEXAS
C/O DAVID J. BRADLEY, CLERK FOR THE COURT
1133 NORTH SHORELINE BLVD., ROOM 208
CORPUS CHRISTI, TEXAS 78401

Clerk, U.S. District Court
Southern District of Texas
FILED
JAN 05 2018
David J. Bradley, Clerk of Court

DEAR JUDGE GONZALES-RAMOS:

RE: CIVIL ACTION NO. 2:13-CV-193; MARC VEASLEY, ET AL, PLAINTIFFS, VERSUS GREG ABBOTT AND RICK PERRY, ET AL, DEFENDANTS. IRREGULARITIES IN THE MAYOR-CITY COUNCIL ELECTIONS, LUBBOCK, TEXAS, SP2006.

LET ME BEGIN WITH A FEW GENERAL POINTS. LAST FALL AFTER THE PRESIDENTIAL ELECTION, I FELT THAT MY OFFICIAL DUTIES AND RESPONSIBILITIES TO AND WITHIN THE STATE OF TEXAS WERE OVER. I STILL HAVE PERSONAL CONNECTIONS TO TEXAS VIA FAMILY. HOWEVER, AS YOU HAVE KEPT ME INFORMED AS TO THE ACTIVITIES BEFORE YOUR COURT IN THIS CAUSE, I STILL HAVE AN OFFICIAL DUTY, SO TO SPEAK, WITHIN TEXAS AND I DO KEEP BRINGING INFORMATION TO YOUR ATTENTION RELATED TO "THE CAUSE" AS I SEE IT. FURTHER, ANYTHING AND EVERYTHING THAT HAPPENS TO ME WHETHER OF A REGULAR OR IRREGULAR NATURE I DO NOT CONSIDER TO BE UNIQUE TO ME! AS YOU ARE AWARE BETTER THAN I, THAT, EVEN THOUGH EACH INDIVIDUAL IS UNIQUE, GOVERNMENTS ARE NOT SUPPOSED TO HAVE RULES AND LAWS DIRECTED SPECIFICALLY TOWARDS ANYONE INDIVIDUAL.

NEXT, SINCE I AM NOT THAT MUCH INVOLVED IN COURT PROCEEDINGS, IS IT REGULAR OR UNUSUAL THAT SO MANY ATTORNEYS "ARE RETIRING FROM THE CAUSE?" AND IT APPEARS THAT MORE WOMEN ARE RETIRING THAN MEN!

NOW TO THE MATTER OF THIS DOCUMENT WHICH CONTRIBUTES TO A PATTERN OF ELECTIONS IN TEXAS. IN THE CITY ELECTIONS FOR LUBBOCK IN THE SPRING 2006 THERE WERE CANDIDATES FOR DISTRICTS 1, 3, 5, 4-YEAR TERMS, AND MAYOR, 2 YEAR TERM. ALL RACES WERE CONTESTED. FOR THE TIME SINCE THE FEDERAL JUDGE IMPOSED SINGLE MEMBER DISTRICTS FOR LUBBOCK, DISTRICT 1 HAS HAD A LATINO REPRESENTATIVE AND DISTRICT 2 AN AFRICAN-AMERICAN. (AS AN ASIDE, I WAS TOLD THAT THE FEDERAL JUDGE WHO IMPOSED THIS PLUS SINGLE-MEMBER DISTRICTS FOR LISD AS WELL AS DESEGREGATION IN THE MIDLAND-ODESSA AREA PLUS "BUSING" IN LUBBOCK "LOST EVERY FRIEND HE HAD! ON TOP OF THAT HE RULED AGAINST TEXAS TECH IN A CONTROVERSIAL MATTER TO THE COMMUNITY.) THE MAYOR IS ELECTED "AT LARGE" AND THERE HAS NEVER BEEN A LATINO NOR AFRICAN-AMERICAN MAYOR.

THE IRREGULARITY IN THE CITY ELECTION FOR SP2006 WAS THAT THE POLICE ASSOCIATION AND FIREMEN'S ASSOCIATION TOOK OUT "MEDIA ADS" SUPPORTING A CANDIDATE FOR MAYOR AND CANDIDATES FOR DISTRICTS 3 AND 5. FURTHER, THESE ASSOCIATIONS

INVITED ONLY THE 3 CANDIDATES THAT THEY ENDORSED TO MEET WITH THEM. NEITHER OF THE LATINO CANDIDATES FOR DISTRICT 1, ONE AN INCUMBENT, WERE INVITED. THE MAYOR CANDIDATE HAD "INCUMBENT STATUS" AS REPRESENTATIVE FROM DISTRICT 5 AND WAS MAYOR PROTEM. THE DISTRICT 3 CANDIDATE THAT WAS ENDORSED WAS ALSO AN INCUMBENT. FURTHER, POLICE AND FIREMEN PASSED OUT MATERIALS AT THE POLLING PLACES. THE 2 CITY COUNCIL CANDIDATES, 3 AND 5, WON HANDILY. THE MAYOR CANDIDATE LOST A VERY CLOSE ELECTION IN A RUN-OFF, THERE WERE 2 OTHER CANDIDATES FOR MAYOR, BOTH LATINO; BUT WAS SUBSEQUENTLY ELECTED MAYOR FOR 2 TERMS STARTING WITH THE NEXT ELECTION.

AFTER THE ELECTION, THE TEXAS ETHICS COMMISSION WAS CONTACTED AND SAID THAT THE PARTICIPATION BY THE CIVIL-SERVANT POLICE AND FIREMEN WAS ILLEGAL AND THAT A RECOURSE WOULD HAVE BEEN TO TAKE THE MATTER TO STATE OF TEXAS DISTRICT COURT. OF COURSE, AS I SEE IT, CIVIL SERVANTS OF A GOVERNMENT ARE NOT SUPPOSED TO ACTIVELY SUPPORT CANDIDATES TO OFFICE IN THE GOVERNMENT THEY SERVE. PLEASE KEEP IN MIND THAT PROFESSORS OF PUBLIC INSTITUTION ARE NOT CIVIL SERVANTS. FOR EXAMPLE, THEY DO NOT TAKE CIVIL SERVICE EXAMS TO ACQUIRE THEIR POSTS NOR LICENSING EXAMS.

RESPECTFULLY YOURS,

(OVER) C.R KALA QUARE

ADDRESS = L. RICHARD QUADE
38 LOMA LINDA RANCH ROAD
VADITO, NEW MEXICO 87579

COPY TO UNIVERSITY OF OKLAHOMA PRESIDENT DAVID L. BOREN. PRESIDENT BOREN HAS SERVED OKLAHOMA AS U.S. SENATOR, GOVERNOR OF OKLAHOMA, AND IN THE OKLAHOMA LEGISLATURE. MY DEGREES ARE FROM OU: BS, 1958; MS, 1960; Ph.D., 1962.



Envelope addressed (handwritten):

> Doc 38(UCC 6) 5>9
>
> The Honorable Nelva Gonzales-Ramos
> Federal Judge for the Southern District of Texas
> c/o David J. Bradley, Clerk for the Court
> 1133 North Shoreline Blvd., Room 208
> Corpus Christi, Texas 78401

Received stamp: CLERK, U.S. DISTRICT COURT / SOUTHERN DIST OF TEXAS / CORPUS CHRISTI — RECEIVED JAN 05 2018

Certified Mail: 9507 1000 1859 8001 0000 15



SHIP TO:
1133 N SHORELINE BLVD STE 208
CORPUS CHRISTI TX 78401-2042

USPS® FIRST-CLASS MAIL®

U.S. POSTAGE
$3.84
FCM LETTER
87501
Date of sale
01/01/18
06  2500
0825976S  SSK

0 lb. 0.50 oz.