FEBRUARY 23, 2018

THE HONORABLE MATT POWELL, DISTRICT ATTORNEY
LUBBOCK COUNTY COURTHOUSE      AMICUS CURIAE BRIEF,
904 WEST BROADWAY STREET            CONT'D.
LUBBOCK, TEXAS  79401      CIVIL ACTION NO.
                                              2:13-CV-00193

Clerk, U.S. District Court
Southern District of Texas
FEB 27 2018
David J. Bradley, Clerk of Court

DEAR DISTRICT ATTORNEY POWELL:

WITHIN THE LAST FEW YEARS I HAVE BROUGHT TO YOUR ATTENTION QUITE A FEW IRREGULARITIES OF A CRIMINAL NATURE THAT HAVE OCCURRED IN LUBBOCK AND AT TEXAS TECH THAT DIRECTLY AFFECT ME. HERE IS ANOTHER.

NEAR THE END OF 2016 OR THE BEGINNING OF 2017 I BROUGHT TO YOUR ATTENTION THAT MY DAUGHTER, MARY, OF 3601 41ST STREET, LUBBOCK MADE AN UNAUTHORIZED ENTRY INTO PROPERTY THAT I OWN, OR CO-OWN, 3105 21ST STREET, LUBBOCK WITH THE ASSISTANCE OF A LOCKSMITH. SINCE THEN MRS. QUADE, JANE, HAS GONE THROUGH THE 3105 PREMISES ON MY BEHALF AND WITH MY AUTHORIZATION TO DETERMINE WHAT ITEMS MAY HAVE BEEN TAKEN FROM WHAT I KNOW SHOULD BE THERE. MOST THAT SHE CANNOT LOCATE SHE WOULD NOT BE FAMILIAR WITH. MOST OF THESE DO NOT HAVE MONETARY VALUE. HOWEVER, ONE DOES FOR CERTAIN. IT IS A BRONZE WORK OF ART BY TRAM ♦

GARCIA CALLED "LUNKER". JANE SAYS THAT SHE SAW IT IN 3105 AFTER MARY AND THE LOCKSMITH BROKE IN. HOWEVER, SINCE IT IS HEARSAY FOR ME I AM BRINGING IT TO YOUR ATTENTION RATHER THAN THE LUBBOCK POLICE. IT WOULD BE JANE'S BUSINESS TO BRING IT TO THE ATTENTION OF THE POLICE AND APPARENTLY SHE HASN'T. MAYBE THAT'S BECAUSE SEVERAL YEARS BACK WHEN THERE WAS A BREAK-IN AT 3105 WITH THEFT OF SOME OF HER JEWELRY AND DESTRUCTIVE VANDALISM, SHE WENT TO THE LUBBOCK POLICE AND THEY GAVE HER THE COLD SHOULDER. BEFORE THAT, THE NIGHT THE TEXAS TECH STUDENT WAS SHOT AND KILLED IN THE TECH TERRACE NEIGHBORHOOD, I BELIEVE ON 24TH RIGHT OFF FLINT, 3105 WAS BROKEN INTO AND THE LUBBOCK POLICE DID NOT HANDLE THINGS PROPERLY WHILE WE WERE OUT OF TOWN FOR THE WEEKEND. AS I RECALL, AN EMPLOYEE OF YOUR OFFICE WAS INVOLVED WITH THE POLICE IN THAT MATTER.

COPIES TO JANE, ERIC MELTON OF THE UNIVERSITY OF OKLAHOMA, AND FEDERAL JUDGE NELVA GONZALES RAMOS.

C. RICHARD QUADE CRQ
38 LOMA LINDA
RANCH ROAD
VADITO, NEW MEXICO 87579

