IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, *et al.*,<br><br>Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**PRIVATE PLAINTIFFS' UNOPPOSED MOTION TO POSTPONE FILING OF
MOTIONS FOR ATTORNEYS' FEES, EXPENSES, AND COSTS**

Private Plaintiffs respectfully move this Court to postpone the filing and briefing of any motions for attorneys' fees, expenses, and costs. Neither Defendants nor the United States oppose this motion. As grounds for this motion, Private Plaintiffs state that:

1. On August 23, 2017, this Court entered an Order granting declaratory relief and holding that Senate Bill 14 violates Section 2 of the Voting Rights Act and the 14th and 15th Amendments to the United States Constitution; granting a permanent injunction against the enforcement of Senate Bill 14; and granting a permanent injunction against the enforcement of Senate Bill 5. (D.E. 1071). Defendants appealed that Order to the Fifth Circuit.

2. On April 27, 2018, a Fifth Circuit panel published an opinion reversing and rendering this Court's permanent injunction and order for potential further relief. The mandate for the Fifth Circuit's opinion has not yet issued.

3. The local rules of this Court state that motions seeking an award of attorneys' fees and costs should be filed within 14 days of the entry of a final judgment. LR 54.2; *see also* Fed. R. Civ. P. 54(d)2(B).

4. Private Plaintiffs believe it is appropriate for this Court to postpone the filing and briefing of any motions for attorneys' fees, expenses, and costs relating to this case until after the time for seeking further appellate review of this Court's August 23, 2017 Order has lapsed or after the final disposition of any further appellate review of that Order. Accordingly, Private Plaintiffs file this motion seeking entry of the attached proposed order, which would postpone the filing and briefing of any motions for attorneys' fees, expenses, and costs relating to this case until 45 days after the time for any party to seek further appellate review (whether panel rehearing, rehearing *en banc*, or Supreme Court review) of this Court's August 23, 2017 Order has lapsed, 45 days after the final disposition of any further appellate review of that Order, or 45 days after entry of a final judgment by this Court, whichever is later.

5. Pursuant to Local Rule 7.2, the parties have conferred in good faith regarding this motion. Counsel for Defendants and for the United States have indicated that they do not oppose this motion.

WHEREFORE, Private Plaintiffs respectfully request that this Court grant this motion and enter the attached proposed order.

Date: May 7, 2018                              Respectfully submitted,

/s/ Leah C. Aden
SHERRILYN IFILL
JANAI NELSON
LEAH C. ADEN
DEUEL ROSS
CARA MCCLELLAN

2

NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006


JONATHAN PAIKIN
KELLY P. DUNBAR
TANIA FARANSSO
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006


*Counsel for Imani Clark*


/s/ Danielle M. Lang
J. GERALD HEBERT
DANIELLE M. LANG*
Campaign Legal Center
1411 K Street NW Suite 1400
Washington, DC 20005


*\* Admitted in New York and California Courts only; Practice limited to U.S. Courts and federal agencies.*


CHAD W. DUNN
K. SCOTT BRAZIL
BRAZIL & DUNN
4201 Cypress Creek Pkwy., Suite 530
Houston, Texas 77068


ARMAND G. DERFNER
Derfner & Altman
575 King Street, Suite B
Charleston, S.C. 29403


NEIL G. BARON
Law Office of Neil G. Baron
914 FM 517 W, Suite 242
Dickinson, Texas 77539

3

DAVID RICHARDS
Richards, Rodriguez & Skeith, LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701


*Counsel for Veasey/LULAC Plaintiffs*


LUIS ROBERTO VERA, JR.
Law Office of Luis Roberto Vera Jr.
111 Soledad, Ste 1325
San Antonio, TX 78205


*Counsel for LULAC*


/s/ Ezra D. Rosenberg
JON M. GREENBAUM
EZRA D. ROSENBERG
BRENDAN B. DOWNES
Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue NW Suite 400
Washington, D.C. 20005


WENDY WEISER
MYRNA PEREZ
The Brennan Center for Justice at NYU Law School
120 Broadway, Suite 1750
New York, New York 10271


SIDNEY S. ROSDEITCHER
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064


LINDSEY B. COHAN
Dechert LLP
500 W. 6th Street, Suite 2010
Austin, Texas 78701


NEIL STEINER
DECHERT LLP

4

1095 Avenue of the Americas
New York, New York 10036-6797


JOSE GARZA
Law Office of Jose Garza
7414 Robin Rest Drive
San Antonio, Texas 98209


DANIEL GAVIN COVICH
Covich Law Firm LLC
Frost Bank Plaza
802 N Carancahua, Ste 2100
Corpus Christi, Texas 78401


GARY BLEDSOE
Potter Bledsoe, LLP
316 W. 12th Street, Suite 307
Austin, Texas 78701


VICTOR GOODE
NAACP
4805 Mt. Hope Drive
Baltimore, Maryland 21215


ROBERT NOTZON
The Law Office of Robert Notzon
1502 West Avenue
Austin, Texas 78701


*Counsel for the Texas State Conference of NAACP Branches and the Mexican American Legislative Caucus of the Texas House of Representatives*


/s/ Rolando L. Rios
ROLANDO L. RIOS
115 E. Travis, Suite 1645
San Antonio, Texas 78205


*Counsel for the Texas Association of Hispanic County Judges and County Commissioners*

/s/ Robert W. Doggett
ROBERT W. DOGGETT
SHOSHANA J. KRIEGER
Texas RioGrande Legal Aid
4920 N. IH-35
Austin, Texas 78751

JOSE GARZA
Texas RioGrande Legal Aid
1111 N. Main Ave.
San Antonio, Texas 78212

*Counsel for Lenard Taylor, Eulalio Mendez Jr., Lionel Estrada, Estela Garcia Espinoza, Margarito Martinez Lara, Maximina Martinez Lara, and La Union Del Pueblo Entero, Inc.*

6

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2018, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ Leah C. Aden
Leah C. Aden

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.,*<br><br>            Plaintiffs,<br><br>    v.<br><br>GREG ABBOTT, *et al.,*<br><br>            Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**[PROPOSED] ORDER**

Pending before the Court is Private Plaintiffs' Unopposed Motion to Postpone Filing of Motions for Attorneys' Fees, Expenses, and Costs.  For good cause shown, the motion is hereby GRANTED.

It is hereby ORDERED that the filing and briefing of any motions for attorneys' fees, expenses, and costs relating to this case shall be postponed until 45 days after the time for any party to seek further appellate review (whether panel rehearing, rehearing *en banc*, or Supreme Court review) of this Court's August 23, 2017 Order has lapsed, 45 days after the final disposition of any further appellate review of that Order, or 45 days after entry of a final judgment by this Court, whichever is later.

SO ORDERED this ____ day of _____, 2018.

_____
NELVA GONZALES RAMOS