# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.,*<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GREG ABBOTT, *et al.,*<br><br>　　　　　　　Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

## [PROPOSED] ORDER

Pending before the Court is Private Plaintiffs' Unopposed Motion to Postpone Filing of Motions for Attorneys' Fees, Expenses, and Costs. For good cause shown, the motion is hereby GRANTED.

It is hereby ORDERED that the filing and briefing of any motions for attorneys' fees, expenses, and costs relating to this case shall be postponed until 45 days after the time for any party to seek further appellate review (whether panel rehearing, rehearing *en banc*, or Supreme Court review) of this Court's August 23, 2017 Order has lapsed, 45 days after the final disposition of any further appellate review of that Order, or 45 days after entry of a final judgment by this Court, whichever is later.

　　　　SO ORDERED this ____ day of _____, 2018.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NELVA GONZALES RAMOS