# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

MAY 16 2018

David J. Bradley, Clerk of Court

20180508-38

Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Tuesday, May 8, 2018
Case Number: 2:13-cv-00193
Document Number: 1101 (1 page)
Notice Number: 20180508-38
Notice: The attached order has been entered.

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 000.47⁰
0001374615 MAY. 08. 2018

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED
MAY 16 2018
David J. Bradley, Clerk of Court

RETURN TO SENDER
[ ] NEED BOOKING #/DOB
[X] INMATE NO LONGER HERE
[ ] ILLEGIBLE WRITING
[ ] NEED INMATE FULL NAME
[ ] NOT ACCEPTED-NO RETURN ADDRESS

NIXIE       767    DE 1         0005/15/18
            RETURN TO SENDER
               REFUSED
            UNABLE TO FORWARD

BC: 77208101010    *0833-00569-08-42