IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**[PROPOSED] ORDER**

Having reviewed the United States' Motion to Withdraw Zachary Jones as counsel of record in the above-captioned case, the request is hereby **GRANTED**.

**SO ORDERED.**

Date:

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE