Case: 17-40884 Document: 00514517867 Page: 1 Date Filed: 06/19/2018
Case 2:13-cv-00193 Document 1104 Filed in TXSD on 06/19/18 Page 1 of 3

United States Courts
Southern District of Texas
FILED
JUN 19 2018
David J. Bradley, Clerk of Court

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 17-40884

D.C. Docket No. 2:13-CV-193
D.C. Docket No. 2:13-CV-263
D.C. Docket No. 2:13-CV-291
D.C. Docket No. 2:13-CV-348

United States Court of Appeals
Fifth Circuit
**FILED**
April 27, 2018
Lyle W. Cayce
Clerk

MARC VEASEY; JANE HAMILTON; SERGIO DELEON; FLOYD CARRIER; ANNA BURNS; MICHAEL MONTEZ; PENNY POPE; OSCAR ORTIZ; KOBY OZIAS; LEAGUE OF UNITED LATIN AMERICAN CITIZENS; JOHN MELLOR-CRUMMEY; DALLAS COUNTY, TEXAS; GORDON BENJAMIN; KEN GANDY; EVELYN BRICKNER,

      Plaintiffs - Appellees

v.

GREG ABBOTT, in his Official Capacity as Governor of Texas; ROLANDO PABLOS, in his Official Capacity as Texas Secretary of State; STATE OF TEXAS; STEVE MCCRAW, in his Official Capacity as Director of the Texas Department of Public Safety,

      Defendants - Appellants

---

UNITED STATES OF AMERICA,

      Plaintiff - Appellee

TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND; IMANI CLARK,

      Intervenor Plaintiffs – Appellees

v.

STATE OF TEXAS; ROLANDO PABLOS, in his Official Capacity as Texas

Secretary of State; STEVE MCCRAW, in his Official Capacity as Director of the Texas Department of Public Safety,

        Defendants - Appellants

------------------------------------------------------

TEXAS STATE CONFERENCE OF NAACP BRANCHES; MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES,

        Plaintiffs - Appellees

v.

ROLANDO PABLOS, in his Official Capacity as Texas Secretary of State; STEVE MCCRAW, in his Official Capacity as Director of the Texas Department of Public Safety,

        Defendants - Appellants

------------------------------------------------------

LENARD TAYLOR; EULALIO MENDEZ, JR.; LIONEL ESTRADA; ESTELA GARCIA ESPINOSA; MAXIMINA MARTINEZ LARA; LA UNION DEL PUEBLO ENTERO, INCORPORATED,

        Plaintiffs - Appellees

v.

STATE OF TEXAS;  ROLANDO PABLOS, in his Official Capacity as Texas Secretary of State; STEVE MCCRAW, in his Official Capacity as Director of the Texas Department of Public Safety,

        Defendants - Appellants

        Appeal from the United States District Court for the
                Southern District of Texas

Before HIGGINBOTHAM, JONES, and GRAVES, Circuit Judges.

# JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is reversed and rendered.

IT IS FURTHER ORDERED that appellees pay to appellants the costs on appeal to be taxed by the Clerk of this Court.

PATRICK E. HIGGINBOTHAM, Circuit Judge, concurring.

JAMES E. GRAVES, JR., Circuit Judge, concurring in part and dissenting in part.



Certified as a true copy and issued
as the mandate on Jun 19, 2018

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit