# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 19, 2018

United States Courts
Southern District of Texas
FILED

JUN 19 2018

David J. Bradley, Clerk of Court

Mr. David J. Bradley
Southern District of Texas, Corpus Christi
United States District Court
1133 N. Shoreline Boulevard
Corpus Christi, TX 78401-0000

    No. 17-40884    Marc Veasey, et al v. Greg Abbott, et al
                         USDC No. 2:13-CV-193
                         USDC No. 2:13-CV-263
                         USDC No. 2:13-CV-291
                         USDC No. 2:13-CV-348

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    *Sabrina B. Short*
                    By: _____
                    Sabrina B. Short, Deputy Clerk
                    504-310-7817

cc:
      Ms. Leah Camille Aden
      Ms. Anna Marks Baldwin
      Mr. J. Campbell Barker
      Mr. Neil G. Baron
      Mr. Gary Lynn Bledsoe
      Mr. Thomas Evans Chandler
      Ms. Lindsey Beth Cohan
      Mrs. Angela Veronica Colmenero
      Mr. Daniel Gavin Covich
      Mr. Armand G. Derfner
      Mr. Robert Wayne Doggett
      Mr. Kelly Patrick Dunbar
      Mr. Chad Wilson Dunn
      Ms. Tania Faransso

```
Mr. Thomas Molnar Fisher
Mr. Matthew Hamilton Frederick
Mr. Gregory Bryan Friel
Mr. Mark P. Gaber
Mr. Jose Garza
Mr. Bruce I. Gear
Mr. John Matthew Gore
Mr. Jon Marshall Greenbaum
Mr. J. Gerald Hebert
Mr. Scott A. Keller
Ms. Shoshana J. Krieger
Mr. Jason R. LaFond
Ms. Danielle Marie Lang
Mr. Jeffrey Carl Mateer
Ms. Cara McClellan
Ms. Janai S. Nelson
Mr. Jonathan Edward Paikin
Ms. Myrna Perez
Mr. Sidney Samuel Rosdeitcher I
Mr. Ezra D. Rosenberg
Mr. Deuel Ross
Mr. John Albert Smith III
Mr. Paul March Smith
Mr. Neil A. Steiner
Mr. Luis Roberto Vera Jr.
Ms. Michelle Yeary
```