UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| GREG ABBOTT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Now before the Court comes Defendants' Motion to Dismiss Plaintiffs' Claims or, in the Alternative, Enter Final Judgment for Defendants on Plaintiffs' Claims. Having considered the motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that [Plaintiffs' remaining claims are dismissed / final judgment on Plaintiffs' claims will be entered in favor of Defendants on the merits].

**IT IS SO ORDERED.**

Date: _____

_____
**UNITED STATES DISTRICT JUDGE**