# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § § § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| GREG ABBOTT, *et al.*, | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

This Court hereby enters final judgment [dismissing Plaintiffs' claims in their entirety / rejecting Plaintiffs' claims on the merits].

**IT IS SO ORDERED.**

Date: _____

_____
**UNITED STATES DISTRICT JUDGE**