# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

20180619-232

Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

United States Courts
Southern District of Texas
FILED

JUN 27 2018

David J. Bradley, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Tuesday, June 19, 2018
Case Number: 2:13-cv-00193
Document Number: 1106 (1 page)
Notice Number: 20180619-232
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002
02 1W
0001374615 JUN 20 2018
$ 000.47°

United States Courts
Southern District of Texas
FILED
JUN 27 2018
David J. Bradley, Clerk of Court

**RETURN TO SENDER**
[ ] NEED BOOKING #/DOB
[X] INMATE NO LONGER HERE
[ ] ILLEGIBLE WRITING
[ ] NEED INMATE FULL NAME
[ ] NOT ACCEPTED-NO RETURN ADDRESS

NIXIE      787  DE  1         0006/24/18
            RETURN TO SENDER
              REFUSED
            UNABLE TO FORWARD

BC: 7720810101010        *0133-07727-20-44