IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, *et al.*,<br><br>  Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**[PROPOSED] ORDER ON PRIVATE PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO TEXAS'S MOTION TO DISMISS**

Having considered Private Plaintiffs' Unopposed Motion for Extension of Time to File Responses to Texas's Motion to Dismiss, the Court finds that the Motion should be, and hereby is, GRANTED.  The deadline to file all responses to Texas's Motion to Dismiss is August 8, 2018.

So ORDERED this ___ day of July, 2018.

_____
The Honorable Nelva Gonzales Ramos
United States District Judge