IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
**ENTERED**
July 06, 2018
David J. Bradley, Clerk

MARC VEASEY, *et al.*,

    Plaintiffs,

v.

GREG ABBOTT, *et al.*,

    Defendants.

Civil Action No. 2:13-cv-193 (NGR)

## [PROPOSED] ORDER ON PRIVATE PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO TEXAS'S MOTION TO DISMISS

Having considered Private Plaintiffs' Unopposed Motion for Extension of Time to File Responses to Texas's Motion to Dismiss, the Court finds that the Motion should be, and hereby is, GRANTED. The deadline to file all responses to Texas's Motion to Dismiss is August 8, 2018.

So ORDERED this 6th day of July, 2018.

The Honorable Nelva Gonzales Ramos
United States District Judge