HILDA G TAGLE

U S DISTRICT JUDGE TXS

600 E HARRISON RM 306

BROWNSVILLE TX 78520-7171

956-548-2500

JUL 18 18

2:13cv193

JUL 24 2018

United States District Court
Southern District of Texas
FILED

David J. Bradley, Clerk of Court

PEREZ-ABBOTT 250 FS3 123  SMITH 713-250-5161  210-422-9905 TX REMAN UN REG

COVINGTON-NC 283 FS3 410 (1-1-CV 399.TDS-JEP.CCC  336-332-6013
NC REMAN UNREG 6-28-18

LEAG OF PA-PA 159 MN 207 717-787-6181 PA REMAN UNREG

VASQUEZ-ABBOTT 2:13CV193 295 FS3 684 GOP DOCKET FRM ME

( SUGGEST A LIMITED VOTER BACKUP BALLOT FOR TX R
OTHER STATE HOUSES REPS CONCERN WITH PROMPT CURRENCY
FACE OR OUT OF 2 MORE DISTRICTS - MORE CUCUM A FEE

" A VOTER SEEKS TO FIND ON THE BALLOT A CANDIDATE WHO
COMES NEAR TO REFLECTING HIS POLICY PREFERENCES ON
CONTEMPORARY ISSUES" CABIN v RAMSEY 1974 415 US 709,16

( WANT NEWSPAPERS GIVING SAME CR 888-988-4768
WITH CRC OFFICE PHONES 10% OVER ZUBA FEE

INMATES MAY DOWNLOAD $1.60 SONGS
OPEN $9.5 CRC MONSTER MORE REVIEW

CONTACT                  TX DEPT CRIM JUSTICE      512-871-3250
                         PILLEY UNIT               830-965-4444
                         KEGANS UNIT               830-583-8003
                         BEEVILLE TRAMICA          361-358-9880,9890
                         DUCAN SUBSTANCE           361-279-2705
                         GULF REHAB SPEC/RELEASE   952-311-3810,2400
                         BEEVILLE UNIT             361-362-2300
                         JESTER STATE JAIL         830-426-8030
                         CUCHO UNIT                361-275-2075

Robert M Allensworth B14522
BMRCC 251 N IL 37
(NA IL 62854 2559

R ACCGYSWARI B14522 ℅
Bruce D-7 Y (C I)
INA (C C 28362 2719

2:13cv193

HILDA G TAGLE
US DISTRICT JUDGE TXS
600 E HARRISON RM 306
BROWNSVILLE TX 78520-7171

78520-717101

DOC IN USA TELEPHONE
MONEY ORDERS NO
LONGER ACCEPTED

neopost
07/19/2018
US POSTAGE
FOREVER
USA

Rec'd
7/24/18
R.