Jason B Libby                                    July 18 18

United States Courts
Southern District of Texas
FILED

JUL 2 3 2018

David J. Bradley, Clerk of Court

US Magistrate Judge

1133 N Shoreline Blvd

Corpus Christi TX 78401

361-888-3550

Perez-Abbott 250 F3J 123 SA-11cv360 210-472-4955  (Hcox 713-250-5101)
        for Remap changed score 6-28-18

Covington v NC 281-F3J 560 1:15cv399-TDS-JEP-CCE  336-332-6017
        NC Remap changed 6-28-18 scores

L Gov of PA v PA  159 MM 2017  717-787-6181  PA Remap changed
Veasey-Abbott  265 F3J 685  2:13cv193  361-888-3142  Cox Docket same me

I suggest a limited voting cactus ballot for Tx &
other state Houses & US Congress w/out primary winners
free on own & 2 more districts — more w/out a fee.

"A voter refers to find on the ballot a candidate who
comes near to representing his policy preferences on
contemporary issues."  Curtis v Parish 1974  415 AS 709, 16

I want newspapers online here Cox 888-988-4768
w/in Gt Payout parcas 10% down/remains fees

                        Inmate MM Download $6.60 Junes
                        or to $94 GTL modified MM purcas
Contact                 Dilley Unit       870-965-4444
                        McConn Unit       870-583-4007
                        Beeville Transfer 361-358-9880,9890
                        Beeville Unit     361-717-2300
                        San Diego Substance 361-279-2705
                        Connor State Jail 830-736-8030
                        Cuero Unit        361-275-2075

                        Robert M Allensworth B14522
                        BMRCC 251 N IL 37
                        Ina IL 62846 2419

N BC45-22 98C6
L 35
:< 2419

ST LOUIS
IDOC INMATE
MONEY ORDERS 18
LONGER ACCEPTED

JASON B LIBBY

US MAGISTRATE JUDGE

1133 N SHORELINE BLVD

CORPUS CHRISTI TX 78401

neopost
07/19/2018
US POSTAGE $



FOREVER

USA

United States Courts
Southern District of Texas
FILED

JUL 2 3 2018

David J. Bradley, Clerk of Court

78401-200399

JASON B LIBBY                                      JULY 18 18      United States Courts
                                                                  Southern District of Texas
US MAGISTRATE JUDGE                                                      FILED

1133 N SHORELINE BLVD                                             JUL 2 3 2018

CORPUS CHRISTI TX 78401                                          David J. Bradley, Clerk of Court

361-888-3550

PEREZ-ABBOTT  250 FS3 123  SA-11CV360  210.477.4955  (Mica)  713-250-5701
                    TX REMAP UPHELD  SCOTUS  6-28-18

COVINGTON v NC  283-FS3 410  F.WCC 399-TDS.SGR-CCE  336-332-6017
                NC REMAP UPHELD  6-28-18  SCOTUS

L GOV OF PA - PA  159 MM 2017  717-787-6181  PA REMAP UPHELD
VEASEY-ABBOTT  265 FS3 684  2:13 cv 193  361-888-3142 (EXPUNGED FROM ME)

I SUGGEST A LIMITED VOTING OVER/UP BALLOT FOR TX &
OTHER STATE HOUSES & US CONGRESS OVER PRIMARY WINNERS
FREE OR OWN & 2 MORE DISTRICTS - MORE WITH A FEE

"A VOTER WANTS TO FIND ON THE BALLOT A CANDIDATE WHO
COMES NEAR TO REPRESENTING HIS POLICY PREFERENCES ON
CONTEMPORARY ISSUES"  CARDIN-SPARKS 1974  TIS AS 709.16

I WANT NEWSPAPERS ON-LINE FROM CM 888-988-4768
WITH CM PHONE PLAN, 10% DOWNLOADING FEES

                    INMATES MAY DOWNLOAD 9160 SONGS
                    OR TO JP4 & RE MODIFIED MP4 PLAYERS

CONTACT          DILLEY UNIT          830-965-4444
                 KENEDY UNIT          830-583-4003
                 BEEVILLE TRANS/FAC   361-358-9880, 9890
                 BEEVILLE UNIT        361-767-2300
                 SAN DIEGO SUBSTANCE  361-279-2705
                 KARNES STATE JAIL    830-780-8030
                 CUERO UNIT           361-275-2075

                    Robert M Allensworth B14522
                    BMRCC 217 N 11 37
                    ONE 11 62846 2419

R. Gleyzman [illegible]
[illegible]
(( C2876 2419)

78401-20039

JASON B LIBBY
US MAGISTRATE JUDGE
1133 N SHORELINE BLVD
CORPUS CHRISTI TX 78401

ST LOUIS
DOC INMATE MAIL
MONEY ORDERS ARE
NO LONGER ACCEPTED

neopost
07/19/2018
US POSTAGE

United States Courts
Southern District of Texas
FILED

JUL 23 2018

David J. Bradley, Clerk of Court

FIRST-CLASS MAIL

USA