Ricardo H Hinojosa                          July 19 18
US District Judge TX/
PO Box 5008
McAllen TX 78502
956-618-8100 Fax 8116

LULAC of PA-PA  159 MM 2015   PA RCHW CATELO
Common Cause-Pucen  2 to F/J  276
Counters PA  283 F/J 710   NC Remas Catelo
V Case CARRETT  265 F/J 684  Go Enricher Ham MG
Perez Ramon-tt  250 F/J 123   Smith 713-250-5101
                                TX Rocker Upless
I suggest a limited voire areary office
FA TX & other state houses & US Congress
with primary criminal faces of our R.Z
more pieces — more crime & fee

┌──────────────────────────────────────────┐
│ I want newspaper offer from GTC          │
│ 888-988-4768 with GN payers               │
│ papers (US download fees                 │
└──────────────────────────────────────────┘

Inmates MM Doorluan $1.60 Softs
Open I94 GN Monitors MPL Players

Contact:  Dilley Unit          830-965-4444
          Kenedy Unit          830-583-4003
          Cotulla Trahica      830-879-3077
          Beeville Trahica     361-358-7880, 9890
          San Diego Substance  361-279-2705
          Bay or McRaghe       979-773-1631
          Kyle Cor Cntr        512-268-
                   ATG Jak     956-316-3801
          Beeville Unit        361-362-2300
          Hondo State Jail     830-426-

                 M Allenworth 874-27
           Bryce  on  N IC 37
           IMA IC 6287C 2719

ILLINOIS DEPARTMENT OF CORRECTIONS Living of Month 1-9 MM 2017

## Offender Request

Offender Name: R AC Lepworth  BANC 201 M R 17   ID #: B18-22   Living Unit: 48C0
(W B Cicli)

Please refer to the directory located in your orientation manual and address proper personnel.

To: Ricardo H Nyrosol-us District judge TXS

I request ☐ interview ☐ cell assignment ☐ visit ☐ banking ☐ purchase ☒ other (specify) Clue of PA v/A

for the purpose of (explain): "A votre Rules to free or The Filler f canceler celle Fero Men to Replace the Polls incrtorce or contraving Uscel * Legal -Myre il Fel-W 704 L6

Robert M Allmund B18-22    Jul 19-18
Offender's Signature                          Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary): _____    Remarks by supervisor (if necessary): _____

_____    _____
Print Staff Name              Print Supervisor Name

_____ Date    _____ Date
Staff Signature                Supervisor Signature

Distribution: Affected Unit

*Printed on Recycled Paper*

DOC 0286 (Eff. 9/2005)
(Replaces DC7177 & DC3811)

R ALLGHSWARN Richard TDC0
BMOCC 2-11 M K 37
(MA K GZETC 2419

IDOC INMATE MAIL
SAINT LOUIS
MONEY ORDERS NO
LONGER ACCEPTED 2018

neopost
07/20/2018
US POSTAGE
$001.41

Ricardo A Nwososa — US District 2
Po Box 5007
McAllen Tx 78502

JUL 24 2018
REC'D

78502-500707