IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) <br> [Lead Case] |

**UNITED STATES' RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

The United States respectfully responds to Defendants' Motion to Dismiss (ECF No. 1107).  The Fifth Circuit concluded that "all of the evidence supports that SB 5 was designed to remedy every defect [in SB 14] claimed in the Plaintiffs' evidence and to supply indigent voter protections recommended by this court's remand order."  *Veasey v. Abbott*, 888 F.3d 792, 802 (5th Cir. 2018); *see also id.* at 804 ("SB 5 constitutes an effective remedy for the only deficiencies testified to in SB 14.").  Pursuant to the Fifth Circuit's mandate, and for the reasons that the United States previously explained, *see* U.S. Remedies Br. (ECF No. 1052); U.S. Remedies Response Br. (ECF No. 1060), this Court should enter a final judgment stating that no further relief is warranted for the liability previously found as to SB 14, in light of the remedy provided by SB 5.

Date: August 7, 2018

        Respectfully submitted,

        JOHN M. GORE
        Deputy Assistant Attorney General
        Civil Rights Division

        */s/ John M. Gore*
        T. CHRISTIAN HERREN, JR.
        RICHARD DELLHEIM
        DANIEL J. FREEMAN
        SAMUEL OLIKER-FRIEDLAND
        Attorneys, Voting Section
        Civil Rights Division
        U.S. Department of Justice
        950 Pennsylvania Ave. NW
        Washington, D.C. 20530

        *Counsel for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2018, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Daniel J. Freeman*
Daniel J. Freeman
U.S. Department of Justice
950 Pennsylvania Ave. NW
Room 7123 NWB
Washington, D.C. 20530
daniel.freeman@usdoj.gov