UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, § | | |
| § | | |
| Plaintiffs, § | | |
| v. § | CIVIL ACTION NO. 2:13-CV-00193 | |
| § | | |
| GREG ABBOTT, *et al.*, § | | |
| § | | |
| Defendants. § | | |

### DEFENDANTS' UNOPPOSED NOTICE OF INTENT TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' CLAIMS

Defendants hereby provide notice that they intend file a Reply in Support of the Motion to Dismiss Plaintiffs' Claims, or, in the Alternative, Enter Final Judgment on Plaintiffs' Claims (Doc. 1107) on or before August 22, 2018. The Private Plaintiffs filed a response to this motion (Doc. 1115) on August 8, 2018. The local rules do not set a deadline for parties to file reply briefs, and no briefing schedule has been established. Accordingly, Defendants request that the Court treat August 22, 2018 as the submission date for this motion. The Private Plaintiffs and the United States do not oppose this request.

Date: August 10, 2018  Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant
   Attorney General

BRANTLEY D. STARR
Deputy First Assistant
   Attorney General

JAMES E. DAVIS
Deputy Attorney General
   for Litigation

/s/ Angela V. Colmenero
ANGELA V. COLMENERO
Chief, General Litigation Division

MATTHEW H. FREDERICK
Deputy Solicitor General

JASON R. LAFOND
Assistant Solicitor General

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas  78711-2548
Tel.: (512) 936-6407
Fax: (512) 474-2697

*Counsel for Defendants*

**CERTIFICATE OF CONFERENCE**

      I hereby certify that on August 10, 2018, counsel for Defendants conferred with counsel for the Private Plaintiffs and the United States concerning the above notice and request. Counsel for the Private Plaintiffs and the United States advised that they do not oppose Defendants' request to treat August 22, 2018 as the deadline for their reply and the submission date for their motion.

                                        /s/ Angela V. Colmenero
                                        ANGELA V. COLMENERO

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 10, 2018, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                        /s/ Angela V. Colmenero
                                        ANGELA V. COLMENERO