MARIANNE SERPA - DEP-IN-CHARGE                         AUG  8  18

US DISTRICT CLERKS OFFICE TXS

1133 N SHORELINE BLVD # 208

CORPUS CHRISTI TX 78401

361-888-3142

United States Courts
Southern District of Texas
FILED
AUG 1 3 2018
David J. Bradley, Clerk of Court

PLEASE MAIL ME YOUR PRICE FOR A COPY OF THE FOLLOWING ENTRIES IN

YOUR CASE  V CASEY-JDD-II  2:13 CV19J

1113   7/25/18   LETTER FROM ME

1111   7/24/18   LETTER FROM ME

1112   7/27/18   LETTER FROM ME

1107   6/27/18   MOTION TO DISMISS WITH ACCENTS 1 &2 COLMENERO

1104   6/19/18   ORDER OF USDA

1092   4/25/18   LETTER FROM ME

1088   9/18/17   DOCUMENT BY ME

1081   9/05/17   ORDER OF USCA WITH ATTMENT

1053   7/05/17   LETTER FROM ME

Robert M Allenwood  814-22

(3 MORE 2-1 M 11 3)

(NA 11 67846 2419)

POINDEXTER- STRACE    5218 N 3CC  GREENSBORO  NC  SURE LOOSER
                                                  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
252-354-5996

ALL ENSWOAM BIY-2A YBGO
Mace 2SI N IL 37
WA IL G28YC 2Y19

THIS~CORO.6.500M
AN INMATE AT THIS HUB
IDOC IPM 7L

MARIANNE SCOTT — DEP-W-CHARGE
US DISTRICT CLERKS OFFICE TX S
1133 N SHORELINE BLVD #208
CORPUS CHRISTI TX 78401

784O1-2O4258

neopost
08/10/2018
US POSTAGE
$00.65

FOREVER
USA