AUGUST 6, 2018

THE HONORABLE NELVA GONZALES-RAMOS
FEDERAL JUDGE FOR THE SOUTHERN DISTRICT OF
TEXAS, CORPUS CHRISTI DIVISION
1133 NORTH SHORELINE BLVD, SUITE 208
CORPUS CHRISTI, TEXAS 78401

GOOD MORNING, JUDGE GONZALES-RAMOS:

RE CASE MARC VEASLEY, ET AL, PLAINTIFFS
                    VERSUS
            GREG ABBOTT, ET AL, DEFENDENTS.
        CIVIL ACTION NO. 2:13-EV-193 (NGR).

Clerk, U.S. District Court
Southern District of Texas
FILED

AUG 1 0 2018

David J. Bradley, Clerk of Court

    AS THIS CAUSE HAS EVOLVED IN YOUR
COURT, YOU HAVE KEPT ME INFORMED AS TO
ALL MATTERS AND HAVE EVEN BROUGHT YOUR
HEADQUARTERS IN HOUSTON INTO THE MATTER
AS I PLAY AS AN AMICUS CURIAE. (WHEN IN
JUNIOR HIGH, THERE WAS A RADIO SHOW CENTERED
AROUND AN AMICUS CURIAE THAT I ALWAYS
LISTENED TO.) I INTERPRET YOUR ACTION THAT
YOU WANT TO KEEP HEARING MY PERSPECTIVE
ON THIS CAUSE WHICH COMES FROM A DIF-
FERENT VANTAGE POINT THAN THE PLAIN-
TIFFS, DEFENDENTS, AND YOUR CLERKS. SINCE
YOU HAVE GIVEN ME YOUR COURTESY, I WILL
TRY TO RECIPROCATE EVEN THOUGH I NO
LONGER LIVE IN TEXAS AND REALLY GOT FED-
UP WHEN LUBBOCK BROUGHT "JAIL TIME" IN-

To THEIR BEHAVIOR. 'IN THE HISTORY OF THE
CURVES IN LUBBOCK STARTING 8-1-1965 WITH
MY EMPLOYMENT AT TEXAS TECH, I WILL
ST ARTHERE. THERE WERE THREE(3) VERY,
VERY BIG PLAYERS FROM THE AREA:
- TEXAS HOUSE MEMBER, STATE SEN ATOR,
LT. GOVERNOR, GOVERNOR PRESTON SMITH.
HE WAS WHAT I CALL" THE EDUCATION
STATESMAN FOR TEXAS." THIS CAN BE CON-
FIRMED BY A CHECK OF HIS RECORD. HE
MADE "PUBLIC SCHOOL KINDERGARTEN" "MAN-
DATORY, FOR EXAMPLE. FT. WORTH HAD THAT
WHEN I STARTED FALL 1941 AT SOUTH
HIGHMOUNT(SP?). AT THE SAME TIME,
However, HE DESEGREGATED, OR INTEGRATED-
THIS FOOTBALL TEAM RIGHT AFTER IN AUGUST.
ALSO IN 1969 WHERE AS GOV. CONNALLY
WOULDN'T DO IT THE YEAR BEFORE AT
THE REQUEST OF COACH ROYAL WITH THE
SEGREGATED BASE BALL THAT DON BAYLOR,
IF YOU WILL ALLOW ME, THIS "IS "PISSED
OFF" A LOT OF TEXANS, INCLUDING SOME
MEMBERS OF HIS OWN/STATE LINE, SWILLING'S
ON TODAY.
- FEDERAL JUDGE HALBERT O. WOODWARD
OF LUBBOCK LOST EVERY FRIEND THAT HE
HAD! WHY? HE RULED DESEGREGATION/INTE-

CATION FOR SCHOOLS IN MIDLAND-ODESSA;
BUSSING IN LUBBOCK; SINGLE-MEMBER DIS-
TRICTS FOR LUBBOCK CITY COUNCIL AND
SCHOOL BOARD; AGAINST TEXAS TECH AUTHOR-
ITIES IN THE MATTER OF THE STUDENTS'
OFF-CAMPUS NEWS PAPER, THE CATALYST,
ETC..

— AND GEORGE MAHON FROM THE COLORADO
CITY AREA AND AN "HORATIO ALGER" STORY
WHEN IN COMES TO POLITICS LIKE RICK PERRY
AND PRESTON SMITH. HE FAIRED BETTER
WHEN HE LEFT OFFICE IN 1979 FROM THE
U.S. HOUSE AS CHAIR OF THE APPROPRIATIONS
COMMITTEE. HE WAS INVOLVED WHEN I
ACTIVELY SECURED TENURE FOR A TEXAS
TECH PAKISTANI PHYSICS PROF VIA DOD.
THIS WOULD HAVE BEEN C 1968-69 ACADEMIC
YEAR. THIS WAS HIGHLY CONTROVERSIAL
EVEN WITHIN SEGMENTS OF TEXAS TECH
AND MOSTLY IN THE LUBBOCK COMMUNITY.
RECENTLY I NOTED THAT THERE IS A PAKIS-
TANI ON THE COORDINATING BOARD (?) WHO
RECEIVES HONORS IN PAKISTAN. THE FEDERAL
COURT HOUSE IN LUBBOCK IS NAMED AFTER
MAHON AND THE PUBLIC LIBRARY INCLUDES
HIS WIFE. THE FEDERAL BUILDING IN

MIDLAND WAS ALSO NAMED AFTER MARION UNTIL RECENTLY WHEN IT WAS RENAMED AFTER THE BUSHES. ALSO, MIDLAND-ODESSA ALWAYS WANTED TO BE SEPARATE FROM LUBBOCK FOR STATE SENATE AND U.S. HOUSE DISTRICTS. AS YOU ARE AWARE, "GEORGE 43" HELPED GET THAT DONE AFTER THE 2000 CENSUS. PETE LANEY USED "ABE LINCOLN TACTICS" TO TRY TO BUST THE LEGISLATION VIA "THE QUORUM RULE" BY TAKING HOUSE MEMBERS FIRST TO OKLAHOMA THEN NEW MEXICO.

NOW TO THE PURPOSE OF THIS COR-RESPONDENCE: "IS THE "WATCHDOG" PRO-VISION OF THE TEXAS CONSTITUTION GETTING THE JOB DONE WHEN IT COMES TO INTEGRITY OF PUBLIC OFFICIALS ???" THIS IS A NEW APPROACH FOR ME AS OF YESTERDAY. HAVE YOU LOOKED AT THE MAT-TER BEFORE YOUR COURT FROM THIS PER-SPECTIVE? THE OLD "TRAVIS COUNTY DA APPROACH" FAILED, COMPLETELY FAILED, "IN THE RICK PERRY AFFAIR." AND THE NEW ONE WITH COUNTY/DISTRICT ATTORNEYS AND THE TEXAS RANGERS IS NOT WORK-ING AT ALL AND GIVES EVERY APPEARANCE

OF BEING WORSE THAN "THE TRAVIS COUNTY DA" APPROACH!

PLEASE ALLOW ME TO BRING TO YOUR ATTENTION TWO(2) MATTERS WITH WHICH I WAS INVOLVED THAT HAVE THE POTENTIAL TO BE OF HELP TO YOU AS YOU AND YOUR ASSOCIATES WORK THROUGH THIS. I WILL START WITH LISD ELECTIONS IN THE SPRING 2010. CONTESTED ELECTIONS IN LUB-BOCK ARE FEW AND RELATIVELY NEW. THIS TIME AN AFRICAN-AMERICAN ENTERED THE RACE CHALLENGING AN INCUMBENT "WHITE." AT THAT TIME, THE ONLY CONTESTED ELECTION. THE LISD "POWERS THAT BE" ELBOWED THE BLACK CHALLENGER OFF UNDER THE PRETEXT OF "SAVING MONEY BY NOT HOLDING THE ELECTION." THIS WAS AFTER THE DEADLINE TO GET ONTO THE BALLOT THE REGULAR WAY. THIS DID NOT SIT RIGHT WITH ME! SINCE THERE WAS NOT THE MINORITY REPRESENTATION ON THE LISD BOARD, NOT QUITE RIGHT, AS I RECALL THE SECRETARY WAS "BLACK", IN ANY CASE, AS I SAW IT THE INCUMBENT SHOULD HAVE STEPPED ASIDE "TO SAVE MONEY." SO I IN-TIATED FILING AS A WRITE-IN CANDIDATE

A "POTENTIAL" CONFLICT OF INTEREST. IN
ANY CASE I GET ONTO THE BALLOT BY
ARGUING 1) THE "POTENTIAL" CONFLICT OF INTEREST WOULD
NOT "KICK IN" UNTIL I WERE ELECTED AND I
DID NOT KNOW WHAT COURSE I WOULD TAKE
"TO CHALLENGE" AFTER THE ELECTION IN
MAY 1 IF I WERE NOT ON THE BALLOT; AND 2)
MOST IMPORTANTLY, WHEN IT COMES TO ELEC-
TIONS IN OUR DEMOCRATIC SOCIETY, IF THE
SENIORS DON'T GET IT RIGHT, HOW CAN WE
EXPECT THE ORDINARY CITIZENS TO GET IT
RIGHT? AS YOU KNOW BETTER THAN I, "SAVING
MONEY" DEFINITELY IS NOT A REASON FOR NOT
HOLDING AN ELECTION! THE LETTER WAS AD-
DRESSED TO THE PRESIDENT OF THE LISD BOARD.
I DO NOT KNOW IF AT ANY POINT "THE OUTSIDE"
LISD ATTORNEY BROUGHT IN THEN ATTORNEY
GENERAL ABBOTT. BUT I DID "MAKE IT ONTO THE
BALLOT" AS A WRITE-IN CANDIDATE. SOME
OTHERS "FOLLOWED SUIT."

THE SECOND MATTER INVOLVES TEXAS TECH AND WAS "TRIGGERED" BY TEXAS TECH "TAKING ME OFF OF THE PAYROLL" BY BOARD AND ADMINISTRATIVE ACTION IN AUGUST 2010. THE WRITER FOR THE LUBBOCK AVALANCHE-JOURNAL SPECULATED THAT THE ACTION WAS TAKEN BECAUSE OF MY DIRECT PARTICIPATION IN LUBBOCK POLITICAL AFFAIRS. (AFTER THAT TIME I HAVE TAKEN "REPOSITIONING CRUISES" FROM FLORIDA TO PORTUGAL, SPAIN, AND ITALY AND IN THE OTHER DIRECTION. PEOPLE ASK ME "HOW CAN A SUCCESSFUL, TENURED, KNOWLEDGEABLE PROFESSOR LIKE YOURSELF "BE FIRED?"". EVENTUALLY I CAME UP WITH THE ANSWER = "I LIVE IN THE MOST PROVINCIAL AREA OF TEXAS AND POSSIBLY THE U.S. AND I WAS NOT PROVINCIAL ENOUGH!") AFTER "PLAYING THROUGH THE MATTER" AT TEXAS TECH AND THE 237TH DISTRICT COURT OF THE STATE OF TEXAS WITH THEN ATTORNEY GENERAL ABBOTT AND HIS TEAM REPRESENTING TEXAS TECH AND I REPRESENTING MYSELF AND EVEN SUCCESSFULLY BRINGING MRS. QUADE "INTO THE CAUSE VIA COMMUNITY PROPERTY INTERESTS" WITH THE CONSENT OF

THE JUDGE AND THE ATTORNEY GENERAL BUT APPARENTLY NOT TEXAS TECH. OF COURSE, IF IT HAD GOTTEN THAT FAR, MRS. QUADE COULD HAVE BEEN REPRESENTED "BY ATTORNEY" AS I CONTINUED TO SERVE AS MY OWN. IN ANY CASE, WHEN EVERY THING COMPLETELY BROKE DOWN, I WROTE A 40+ PAGE LETTER/DOCUMENT TO THE JUDGE AND FORMER CHAIR OF THE TEXAS TECH BOARD ADVOCATING "TEXAS TECH HAD CAPSIZED AND COULDN'T BE RIGHTED AND NEEDED TO BE TRANSFERRED TO EITHER THE UT OR A&M SYSTEM." I CHOSE THE A&M SINCE IT WAS SMALLER. BOTH "FLAGSHIP SCHOOLS" ARE PART OF THE FIXED-SIZE, ELITE GRADUATE — RE-SEARCH INSTITUTIONS. THERE ARE 60 U.S. UNIVERSITIES AND TWO (2) CANADIAN. COPIES WENT TO THE GOVERNOR, ATTORNEY GENERAL, AND COORDINATING BOARD. I POINTED OUT THAT TEXAS TECH HAD "VIOLATED" FOUR (4) IMPORTANT LEGAL FIXTURES: PROBABLE CAUSE, UNAUTHOR-IZED ENTRY WITH THE DESTRUCTION OF PRO-PERTY, DUE PROCESS, & RIGHT NOW I DO NOT RECALL THE FOURTH. ALL INVOLVED/MY SIT-UATION AND PARTIALLY FOR OTHERS. AT THE SAME TIME, TEXAS TECH "VIOLATED", OF THE ORDER, 5± FEDERAL LAWS AS THEY WERE "TOSSING ME OUT OF THE DOOR." THE SAME WITH OTHERS. BUT, AGAIN, MOST IMPORTANTLY

"IF UNIVERSITIES DO NOT GET IT RIGHT FOR THEIR STUDENTS AND FACULTY, HOW CAN WE EXPECT THE STUDENTS TO GET IT RIGHT WHEN THEY ARE OUT IN THE COMMUNITY PARTICIPATING AS CITIZENS?!??"

AND NOW BACK TO THE QUESTION THAT I TOSSED TO YOU, THE FOUNDATION FOR THIS DOCUMENT IN THE FORM OF A LETTER:

"DOES THE TEXAS' CONSTITUTION HAVE THE PROPER 'CHECKS AND BALANCES' BUILT INTO IT TO PROVIDE FOR ADEQUATE OVER-SIGHT OF THE INTEGRITY OF PUBLIC OF-FICIALS?" ALONG WITH THE SECONDARY QUESTION: "HAVE YOU APPROACH THE MATTER BEFORE YOUR COURT FROM THIS PER-SPECTIVE OR POINT OF VIEW?"

RESPECTFULLY YOURS,

C. RICHARD QUADE
38 LOMA LINDA RANCH ROAD
VADITO, NEW MEXICO
87579

P.S. A FEW MORE INTERESTING ITEMS:

- WHILE I WAS STILL IN THE CLASSROOM, THE OMBUDSWOMAN FOR STUDENTS AT TEXAS TECH TOLD ME ON THE TELEPHONE "I WAS INTO MY 'SWAN SONG' AS A FACULTY AT TEXAS TECH.

- LETTERS WERE DELIVERED TO OUR HOME BY TEXAS TECH "RRS" WHICH WAS "AGAINST THE LAW" AS CONFIRMED BY THE A&S DEAN AT THE TIME. TEXAS TECH COPIES OF AT LEAST ONE OF THE LETTERS WAS APPAR- ENTLY SHREDDED SINCE IT WAS NOT IN THE "FACULTY FILE" AVAILABLE TO ME WHICH SHOULD HAVE BEEN SENT TO THE TEXAS TECH BOARD BEFORE THEIR DECISION AND TO THE ATTORNEY GENERAL BEFORE "HE TOOK THEIR CAUSE."

- AT THE FIRST, AND ONLY SESSION, IN THE DIS- TRICT JUDGE'S COURT IT BECAME CLEAR THAT THE ATTORNEY GENERAL "WAS KEPT IN THE DARK" WITH REGARDS TO A LOT OF RELEVANT DOCUMENTS OF SIGNIFICANCE! IT IS COMMONLY ACCEPTED "FOLKLORE" THAT YOU WANT AND OUTSIDE ATTORNEY "WHEN YOU ARE GUILTY AS SIN" IF I MAY BORROW THE PHRASE.

- I NEVER SAW IN BOARD MINUTES WHERE TEXAS TECH FOOTBALL COACH HAD BEEN "FIRED" AS I SAW IT AND "PLAYED" AT THE TIME, THE PRESIDENT AND CHAN- CELLOR COULD ONLY INITIATE FIRING BECAUSE OF THE REQUIRED "BOARD NOTICE." BOTH THE ATTORNEY AND JUDGE WERE EITHER INCOMPETENT OR CORRUPT OR BOTH AS THIS PLAYED OUT.

CRQ

78601

David J. Bradley, Clerk of Court

AUG 1 0 2018

U.S. DISTRICT COURT
Southern District of Texas
RECEIVED

THE HONORABLE NELVA GONZALES - RAMOS
FEDERAL JUDGE FOR THE SOUTHERN DISTRICT
OF TEXAS, CORPUS CHRISTI DIVISION
1133 NORTH SHORELINE BLVD, SUITE 208
CORPUS CHRISTI, TEXAS



U.S. POSTAGE

UNITED STATES POSTAGE PITNEY BOWES

02 1P        $ 006.91⁰
0004723841  AUG 06 2018
MAILED FROM ZIP CODE 87579

ALBUQUERQUE
NM 870
06 AUG '18
PM 2 L



CERTIFIED MAIL

7015 0640 0006 3603 2452