The Honorable Nelva Gonzales-Ramos
Federal Judge for the Southern District of
   Texas, Corpus Christi Division
1133 North Shoreline Blvd, Room 208
Corpus Christi, Texas 78401

Dear Judge Gonzales-Ramos:

   RE: Patterns in Texas; this time
       with regards to HighEd, inpar-
       ticular UTEP/Texas Western/
       Texas School of Mines.

   Since the academic year 1965-66 when we moved from Delaware to Texas Tech and Lubbock, I have been familiar with "The Miners" via their National Championship basketball team. I attended their two (2) games in Lubbock against Cincinatti and Kansas and watched the Championship game against Kentucky on TV. This game was played at College Park, Maryland "right next door" to the LBJ White House which was an asset "in keeping the playing field level". Last summer I corresponded with UTEP President Diana Natalicio. Enclosed is her reply. Recently I have learned that she has a St. Louis, Missouri heritage as do I. Further, she graduated from the

-2-

University of St. Louis where I gave a colloquium talk to the physics department in the early 1990s. Back then U. of St. Louis was a "powerhouse" in basketball, themselves when the Nit House was more prominent than the NCAA and I do recall the names of some of their players. That tells you my age and "generation." After a doctorate in Portuguese from UT-Austin, she joined the UTEP faculty. Around 1969 and became their president. Around 1988, I gave a physics colloquium there in the small IQEP's Back-to-back with NMSU. At that time the dean of science was "Blatt." As I see it, historically they have been more diverse in faculty and administration than even the University of Houston!

But the very recent "signals" are that these T-r-o-u-B-L-E at UTEP with the "stepping down" of President Diana and Re-naming her "Acting President" until a Replacement is found. That does not work!!! The proper "Play" is to install an "Interim President." This could very well need some sort of attention from your team. When it comes to Regents UTEP is a much much

BETTER FIT WITH U. OF H. THAN UT OR ANY OTHER SYSTEM.

PLEASE ALLOW ME TO PROVIDE SOME HISTORY:

- RICK PERRY TOOK CONSIDERABLY BETTER CARE OF THEM THAN GREG ABBOTT IS DOING. HAHN, A LONG TIME MEMBER OF THE COORDINATING BOARD AND CHAIR, IS A GRAD OF EASTERN NEW MEXICO AND RESIDES IN EL PASO. ABBOTT HAS REPLACED HIM AND ESSENTIALL ALL TEXAS REGENTS AND COORDINATING BOARD MEMBERS ARE FROM THE I-35, I-45, US-75 CORRIDOR! A GRAD OF BAYLOR, LIVING IN EL PASO, HAS HIS TERM EXPIRE THIS YEAR. TEXAS TECH STILL HAS WEST TEXAS REGENTS, INCLUDING ONE FROM EL PASO.

- UTEP IS THE "MOST RAINBOW" SCHOOL AND U. OF H. HAS THE "MOST RAINBOW" BOARD. BUT SOMEWHERE THERE IS A "PAKISTANI". I ATTRIBUTE ALL OF THIS TO THE LT. GOVERNOR FROM HOUSTON BUT HIS INTERESTS, OBVIOUSLY, DO NOT EXTEND VERY FAR FROM HARRIS COUNTY!

- TEXAS TECH HAS FIRMLY MOVED IN THE DIRECTION "ANTI-RAINBOW" AND THIS STARTED WITH PRESTON SMITH LEAVING "THE GOVERNOR'S

MANSION. THINGS HAVE BEEN "IN AND OUT OF RAINBOW" AT TEXAS TECH SINCE THEN AND ARE NOW SOLIDLY "OUT." THIS ALSO APPLIES TO LUBBOCK. I COULD GIVE YOU THE POSITION OF EACH AND EVERY CHANCELLOR OR PRESIDENT SINCE. LAURO CAVAZOS AND JOHN MONTFORD ARE CLEARLY "IN". ROBERT LAWLESS, KENT HANCE, AND ROBERT DUNCAN CLEARLY "OUT."

— WHILE CHANCELLOR OF TEXAS TECH, JOHN MONTFORD -- 1 BUCKINGHAM COURT, SAN ANTONIO, TEXAS 78257) -- WORKED VERY CLOSELY WITH PRESIDENT DIANA AND THE EL PASO STATE SENATOR WITH REGARDS TO THE EL PASO MED SCHOOL. HE WAS A FINALIST FOR UT CHANCELLOR CIRCA 2008 AND PERRY BACK HIM. THIS MAY HAVE BEEN "THE KISS OF DEATH" FOR MONTFORD BUT, WHEN PERRY "FAILED", THE ESPN THING "CAME INTO PLAY" AND A &M "SPLIT" TO THE SEC!!! WHILE MONTFORD WAS AT TEXAS TECH, WE GOT ALONG EXTREMELY WELL, I FROM MY FACULTY POSITION. IF I HAVE A REGRET, IT IS THAT I WAS NOT "STRONG ENOUGH" TO KEEP HIM IN PLACE" FOR AN EXTENDED PERIOD OF TIME. FORTUNATELY, HE AND PRESIDENT DAVID SCHMIDLY MOVED ON TO BIGGER AND BETTER

THINGS.

— AS YOU ARE AWARE, MY POSITION IS THAT THE STATE OF TEXAS NEEDS A NEW CONSTITUTION. AMONG OTHER THINGS IT WOULD RESULT IN A COMPLETE REORGANIZATION FOR THE PUBLIC UNIVERSITIES AND COLLEGES IN TEXAS. THE STATE OF CALIFORNIA IS MUCH, MUCH BETTER AT THIS WHEN IT COMES TO QUALITY OF GRAD-RESEARCH INSTITUTIONS. IT COULD BE THAT FLORIDA AND NEW YORK ARE EVEN BETTER BUT NY CONTENDS WITH THE "POWERFUL" PRIVATE SCHOOLS OF THE NORTHEAST. WHEN IT COMES TO GRAD-RESEARCH, THE BIG 10-14 IS FAR AND AWAY THE STRONGEST ATHLETIC CONFERENCE FOLLOWED BY THE PAC-12. WITH THE REORGANIZATION, THE BIG X-XII TOOK A SEVERE BEATING WHEN FOUR(4) OF THEIR SEVEN(7) TOP GRAD-RESEARCH UNIVERSITIES "LEFT FOR GREENER PASTURES." THE ACC ALSO "LOST" WHILE THE SEC GAINED AND THE PAC 12 IMPROVED.

— A NEW CONSTITUTION FOR THE STATE OF TEXAS WILL NOT HAPPEN ANYTIME SOON. SO

A STOP-GAP OR "BANDAGE" APPROACH IS NEEDED TO HELP PRESIDENT DIANA AND UTEP. UTEP HAS TWO(2) UNUSUAL FEATURES FROM THE LAST <u>COORDINATING</u> <u>BOARD</u> REPORT THAT I HAVE LOCATED ON THE INTERNET: 1) IT IS THE <u>ONLY</u> PUBLIC UNIVERSITY WHERE MORE AFRICAN-AMERICAN MALES ARE GRADUATING THAN FEMALE!, AND 2) THE TYPICAL LOAN-INDEBTEDNESS OF GRADUATES AT PUBLIC SCHOOLS IN TEXAS IS ~$28K WHEREAS AT UTEP IT IS ~$18K!

SO WHERE DOES ONE BEGIN WITH THIS? SURELY YOU ARE AWARE THAT THE EL PASO-UTEP CULTURE IS CLOSER TO NEW MEXICO THAN THE REST OF TEXAS, INCLUDING <u>THE</u> <u>WHOLE</u> <u>AREA</u> "EAST OF THE PECOS." MONTFORD COULD VERY WELL BE A PLACE TO START. IN 2010 HE "BACKED" KAY BAILEY HUTCHINSON FOR U.S. SENATE AND BARACK OBAMA FOR PRESIDENT IN 2008! HOPEFULLY <u>SOMEONE</u> ON YOUR TEAM "CAN COME UP WITH A PLAY!"

MARC VEASLEY ET AL
VERSUS
GREG ABBOTT ET AL
CIVIL ACTION NO.
2:13-CV-193(NGR)

RESPECTFULLY YOURS,
C-RICHARD QUADE
38 LOMA LINDA
     RANCH ROAD
VADITO, NEW MEXICO
     87579

THE UNIVERSITY OF TEXAS AT EL PASO



Office of
the President

August 21, 2017

Mr. Richard Quade
38 Loma Linda Ranch Road
Vadito, New Mexico 87579

Dear Mr. Quade:

Thank you for your highly informative August 6 letter, which brought to my attention your numerous connections with UTEP. So interesting!

Thank you too for encouraging me to attend the UTEP-OU football game in Norman, offering to serve as my host, escort and docent before the game and beyond. That's so nice of you! Unfortunately, I have a prior calendar commitment that weekend which will prevent me from cheering on our UTEP Miners and enjoying what will surely be a great college football day experience. I know that some of our UTEP Miner football fans are planning to travel to Norman for the game, and I hope that you'll have a chance to see them there. They'd surely enjoy hearing your stories about Enid, Coach Haskins, Billie Gillespie, etc.

I had the great pleasure of meeting David Boren many years ago and have greatly admired the fine work he has done during his long and highly successful tenure as OU's president. I especially regret missing this opportunity to see him again.
Thank you again for your special invitation.

Best wishes....and Go Miners!

*Diana Natalicio*

Diana Natalicio,
President

cc: OU President David Boren
    UTEP Athletic Director Bob Stull

500 W. University Ave.
El Paso, Texas 79968
(915) 747-5555
FAX: (915) 747-5069

CRQ
38LLER
87579

**CERTIFIED MAIL**

RETURN RECEIPT REQUESTED

7015 0640 0006 3803 9925

THE HONORABLE NELVA GONZALES-RAMOS
FEDERAL JUDGE FOR THE SOUTHERN DISTRICT
OF TEXAS, CORPUS CHRISTI DIVISION
1133 NORTH SHORELINE BLVD, ROOM 208
CORPUS CHRISTI, TEXAS
78401
78401-204258



UNITED STATES POSTAGE
02 1P    $ 00
0004723841  AUG
MAILED FROM ZIP CO