UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, *et al.*,                        §
                                              §
                    Plaintiffs,               §
                                              §
v.                                            §          CIVIL ACTION NO. 2:13-CV-00193
                                              §
GREG ABBOTT, *et al.*,                        §
                                              §
                    Defendants.               §

**UNOPPOSED MOTION TO WITHDRAW
ANGELA V. COLMENERO AS COUNSEL**

Defendants file this Unopposed Motion to Withdraw Angela V. Colmenero as

Counsel of record for the Defendants in this case.   Ms. Colmenero has accepted a

position outside the Texas Office of the Attorney General, effective September 1,

2018.

Defendants will continue to be represented by lead counsel Matthew H.

Frederick and co-counsel listed below, and this withdrawal will not delay any

proceedings.   Ms. Colmenero requests to be removed from all further electronic

notifications regarding this case.

Date: August 29, 2018                    Respectfully submitted,


                                         KEN PAXTON
                                         Attorney General of Texas

                                         JEFFREY C. MATEER
                                         First Assistant
                                            Attorney General

                                         BRANTLEY D. STARR
                                         Deputy First Assistant
                                            Attorney General

                                         JAMES E. DAVIS
                                         Deputy Attorney General
                                            for Litigation


                                         */s/ Angela V. Colmenero*
                                         ANGELA V. COLMENERO
                                         Chief, General Litigation Division

                                         SCOTT A. KELLER
                                         Solicitor General

                                         MATTHEW H. FREDERICK
                                         Deputy Solicitor General

                                         JASON R. LAFOND
                                         Assistant Solicitor General

                                         OFFICE OF THE ATTORNEY GENERAL
                                         P.O. Box 12548 (MC 059)
                                         Austin, Texas  78711-2548
                                         Tel.: (512) 936-6407
                                         Fax: (512) 474-2697

                                         *Counsel for Defendants*

**CERTIFICATE OF CONFERENCE**

I hereby certify that I contacted Plaintiffs' counsel on August 29, 2018, and they indicated they are unopposed.

*/s/ Angela V. Colmenero*
ANGELA V. COLMENERO
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2018, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Angela V. Colmenero*
ANGELA V. COLMENERO