UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| GREG ABBOTT, *et al.*, | § § | |
| Defendants. | § | |

### ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

The Court has considered Defendants' Unopposed Motion for Withdrawal of Co-Counsel, Angela V. Colmenero. After considering the unopposed motion, the Court finds that the motion is meritorious and should be GRANTED.

It is therefore ORDERED that Angela V. Colmenero is hereby withdrawn as counsel of record for Defendants in this matter, and the clerk is directed to remove her from all further electronic notifications regarding this case.

Signed this the _____ day of _____, 2018.

_____
HON. NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE