IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>                        Plaintiffs,<br><br>                v.<br><br>GREG ABBOTT, *et al.*,<br><br>                       Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**[PROPOSED] ORDER ON PRIVATE PLAINTIFFS' MOTION FOR MODIFICATION OF THE DEADLINE FOR FILING MOTIONS FOR ATTORNEYS' FEES, EXPENSES, AND COSTS**

Pending before the Court is Private Plaintiffs' Motion for Modification of the Deadline for Filing Motions for Attorneys' Fees, Expenses, and Costs. For good cause shown, the Motion is hereby GRANTED.

It is hereby ordered that any motion for attorneys' fees, expenses, and costs relating to this case will be filed no later than February 28, 2019, unless proceedings in this case are pending before any court on or after January 14, 2019, in which case the deadline for filing any motion for attorneys' fees, expenses, and costs shall be adjourned until further order of the Court. This order is without prejudice to any position taken by any party on the Motion to Dismiss (Dkt. 1107) pending before the Court.

So ORDERED this ___ day of September, 2018.

                                                                                     _____
                                                                                     The Honorable Nelva Gonzales Ramos
                                                                                     United States District Judge