United States District Court
Southern District of Texas
FILED

SEP 07 2018

David J. Bradley, Clerk of Court

2:13cv193

## ASSOCIATION OF REPORTERS OF JUDICIAL DECISIONS

E-mail: info.arjd@gmail.com
Internet: arjd.washlaw.edu

**2017-2018 OFFICERS**
(Elections in August)

**ESIDENT** Mary Joe Beck
Asst. Reporter of Decisions, Supreme Court of Ohio
**CE PRESIDENT** Geraldine A. Cepeda
Compiler of Laws, Supreme Court of Guam
**CRETARY** Lawrence W. Striley
Reporter of Decisions, Supreme Court of California
**EASURER** Kevin J. Loftus, Retired
Reporter of Judicial Decisions, Supreme Court of Connecticut

Sep 9 18

[illegible] — [Senior US Dist Judge / X Brownsville US Dist Mag]

7th Docket [illegible] 265 F.3d 684 [illegible]
1113 7-25-18 1112 7-23 1111 7-24 1092 9-25-17

I suggest a limited voting backup ballot for the 8 other state house & [illegible] council with primary winners [illegible] & 2 more districts — more with [illegible]

[I want newsletter download from G.M.]
888-988-7708 [illegible]
[illegible]

Robert M Allensworth [illegible]
[illegible]
[illegible]

Government Section

# FEDERAL BAR ASSOCIATION
1220 N Fillmore St, Ste 444
Arlington, Virginia 22201
(571) 481-9100
Facsimile (571) 481-9090
E-mail: fba@fedbar.org
Internet: www.fedbar.org

**2017-2018 EXECUTIVE COMMITTEE**
(Elections in September)
**PRESIDENT** Hon. Michael J. Newman, Southern District of Ohio, Cincinnati, OH
**PRESIDENT-ELECT** Maria Z. Vathis, Of Counsel, Bryan Cave LLP, Chicago, IL
**TREASURER** Christian K. Adams, Partner, Adams Miyashiro Krek, Honolulu, HI

**STAFF**

**Executive Director** Karen Silberman
**Deputy Executive Director** Stacy King
**Manager, Sections & Divisions** Maria Conticelli

| | | |
|---|---|---|
| 10/28/2014 | 647 | ORDER granting 644 Motion to Withdraw as Attorney. Attorney Richard F. Shordt terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, 2) (Entered: 10/28/2014) |
| 10/28/2014 | | *** Telephone conference set for 10/28/14 has been cancelled. Parties continue to confer. Parties to advise the Court if the hearing needs to be reset., filed. (bcortez, 2) (Entered: 10/28/2014) |
| 10/29/2014 | 649 | Notice of Non-Compliance. DKT 13 needed. Party ntfd, filed. (amireles, 2) (Entered: 10/29/2014) |
| 10/30/2014 | 650 | Letter from Robert Allensworth, filed. (lrivera, 2) (Entered: 10/30/2014) |
| 10/31/2014 | 651 | Unopposed MOTION to Enter Proposed Order Concerning Consideration of All Remaining Remedial Issues by United States Of America, filed. Motion Docket Date 11/21/2014. (Attachments: # 1 Proposed Order)(Westfall, Elizabeth) (Entered: 10/31/2014) |
| 10/31/2014 | 652 | ORDER. Within 10 days of the outcome of the pending appeal, the parties shall meet and confer regarding establishing agreed-upon procedures for resolving the remaining issues. Further, within 14 days of the outcome of the pending appeal, the parties either shall file the agreed-upon proposed procedures or, if agreement is not reached, shall file their proposed procedures which may be accompanied by a memorandum in support. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, 2) (Entered: 10/31/2014) |
| 10/31/2014 | 653 | DKT-13 TRANSCRIPT ORDER FORM by Arthur C. D'Andrea. Transcript is already on file in Clerks office.. This order form relates to the following: 634 Notice of Appeal, filed.(grogan, 2) (Entered: 10/31/2014) |
| 11/03/2014 | 654 | Unopposed Motion for Lynn Eisenberg to Withdraw as Attorney by Texas League of Young Voters Education Fund, filed. Motion Docket Date 11/24/2014. Clerk notes: motion does not contain an original signature. (amireles, 2) (Entered: 11/03/2014) |
| 11/03/2014 | 655 | DKT-13 TRANSCRIPT ORDER FORM by Arthur C. D'Andrea. Transcript is already on file in Clerks office. This order form relates to the following: 634 Notice of Appeal, filed. (NO ORIGINAL SIGNATURE)(ssyler, 2) (Entered: 11/03/2014) |
| 11/03/2014 | 656 | ORDER granting 654 Motion to Withdraw as Attorney. Attorney Lynn Eisenberg terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, 2) (Entered: 11/03/2014) |
| 11/03/2014 | 657 | Letter from Robert Allensworth, filed. (lrivera, 2) (Entered: 11/03/2014) |
| 11/06/2014 | 658 | MOTION for Jennifer Maranzano to Withdraw as Attorney by United States Of America, filed. Motion Docket Date 11/28/2014. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Proposed Order)(Maranzano, Jennifer) (Entered: 11/06/2014) |
| 11/07/2014 | 659 | ORDER granting 658 Motion to Withdraw as Attorney. Attorney Jennifer L Maranzano terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(sscotch, 2) (Entered: 11/07/2014) |
| 11/11/2014 | 660 | EXHIBITS by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas State Conference of NAACP Branches, United States Of America, Marc Veasey, filed. (Attachments: # 1 Exhibit 1, # 2 Attachment 1, # 3 Attachment 2, # 4 Attachment 3, # 5 Attachment 4, # 6 Attachment 5, # 7 Attachment 6, # 8 Attachment 7, # 9 Attachment 8, # 10 Attachment 9, # 11 Attachment 10, # 12 Attachment 11, # 13 Attachment 12, # 14 Attachment 13, # 15 Attachment 14, # 16 Attachment 15, # 17 Attachment 16, # 18 Attachment 17, # 19 Attachment 18, # 20 Attachment 19, # 21 Attachment 20, # 22 Attachment 21, # 23 Attachment 22, # 24 Attachment 23, # 25 Attachment 24, # 26 Attachment 25, # 27 Attachment 26, # 28 Attachment 27, # 29 Attachment 28)(Rosenberg, Ezra) (Entered: 11/11/2014) |
| 11/11/2014 | 661 | EXHIBITS by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas State Conference of NAACP Branches, United States Of America, Marc Veasey, filed. (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 6, # 7 Attachment 7, # 8 Attachment 8, # 9 Attachment 9, # 10 Attachment 10, # 11 Attachment 11, # 12 Attachment 12, # 13 Attachment 13, # 14 Attachment 14, # 15 Attachment 15, # 16 Attachment 16, # 17 Attachment 17, # 18 Attachment 18, # 19 Attachment 19, # 20 Attachment 20, # 21 Attachment 21, # 22 Attachment 22, # 23 Attachment 23, # 24 Attachment 24, # 25 Attachment 25)(Rosenberg, Ezra) (Entered: 11/11/2014) |
| 11/11/2014 | 662 | EXHIBITS by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Roxanne Hernandez, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin |