United States District Court
Southern District of Texas
**ENTERED**
September 17, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:13-CV-193 |
| GREG ABBOTT, *et al*, | § § § | |
| Defendants. | § | |

# **FINAL JUDGMENT**

For the reasons set forth by the Fifth Circuit in its opinion of April 27, 2018, the Court enters final judgment dismissing this case.

ORDERED this 17th day of September, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE