LEE H ROSENTHAL - CHIEF US DISTRICT JUDGE
515 RUSK ST #11535
HOUSTON TX 77002
713-250-5517

CONTEMPORARY ISSUES

SD 4 18
United States Courts
Southern District of Texas
FILED
SEP 07 2018
David J. Bradley, Clerk of Court

"A VOTER HOPES TO FIND ON THE BALLOT A CANDIDATE WHO COMES NEAR TO REFLECTING IS POLICY PREFERENCES ON CONTEMPORARY ISSUES" LUBIN-PANISH 4 CIRES 709, 16

I SUGGEST A LIMITED VOTING BACKUP BALLOT FOR TX & OTHER STATE HOUSES & US CONGRESS WITH PRIMARY WINNERS FREE ON OWN & 2 MORE DISTRICTS — MORE WITH A FEE

7 of DOCKETS VEASEY v ABBOTT 265 FS3 684  361-888-3142 KNOW ME
1113 7-25-18  1112 7-23  1111 7-24  1092 9-25-17  1088 9-18-17
PEREZ v ABBOTT 250 FS3 123  210-472-4955  SMITH TX REMAS
COMMON CAUSE v RUCHO 279 FS7 587  336-332-6000  WYNN NC REMAS
POINDEXTER STARCH  GDS:18cv365 GILMWGTN SUPR LWSA
252-358-5990  919-787-7700  910-815-4663

I WANT NEWSMAX DOWNLOADS THRU GTL  888-988-4768
WITH GTL PAYING PAID FOR DOWNLOAD FEES

INMATES MAY DOWNLOAD $1.60 SONGS
OWN & 94 GTL MODIFIED MP4 PLAYERS
CONTACT HOUSTON STATE JAIL  713-227-6584
HUMBLE STATE JAIL  281-454-5036
SAN ANTONIO STATE JAIL  210-675-1620

INMATES MAY NOT LEAVE THEIR OWN TDCJ IS JAIL BUT MAY HAVE GTL MP4 PLAYERS.

Robert M Allenman BK-22
BMRCC 271 N 1L 3>
IPA 1C 6284C 2419

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

701 E Broad S T Ste 3000
Richmond VA 23219
804-916-2200

FERNANDO GALINDO
CLERK OF COURT

REBECCA BEACH SMITH
CHIEF JUDGE

*[Stamp: RECEIVED FEB 22 2016 U.S. DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA DEPUTY CLERK]*

February 10, 2016

*[Handwritten: FEB 19 16
For Clerk
US Dist Ct MDLA
777 Florida Strk 139
Baton Rouge LA 70801-1713
Res York-City Jr Caroline
14-423 BAT RCB]*

Robert M. Allensworth, No.: B14522
Big Muddy River Correctional Center
251 North II Highway 37
Ina, Illinois 62846-3419

Re: *Personhuballah, et al. v. Alcorn, et al.*
Civil Case No. 3:13cv00678

Dear Mr. Allensworth:

This office is in receipt of your letter dated February 4, 2016, in which you identified the desired documents to be copied in the above styled case. The docket report which is generated automatically at the ninety day mark, includes entries 268 to 308, is a total of twenty pages long ($2.00).

The next step will require you to send in the exact amount and to specify which copies you are requesting to purchase. Free copies are not provided to anyone, regardless of financial status. Please be advised the Court does not return change on any payment and cannot give credit for overpayment. Attached is a list of the interested documents.

Thank you for your attention.

```
               See also: 207 Order              2 pgs $0.20
                         225 Mtn to Order 207   4      .40
                         232 Oppos 225 Roche    11    1.10
                         234 Reply 233 Cox       4     .40
                         239 Amended 225 Order   2     .20
                         241 Order               3     .30
```

Sincerely,

FERNANDO GALINDO, CLERK

By: ____/s/____
N. B., Deputy Clerk

```
Highlights 239: Order VA Div Leg Srvcs (DLS) authorized to post
remedial plans. Parties and non-parties deemed to have granted
consent to DLS TO MAKE PLANS AND SUPPORTING MATERIALS AVAILABLE
for download on DLS website.

I suggest candidates pay $1000 to get on limited voting backup
ballot in own and one add'l district. Primary winners free own
and one add'l. Extra districts $1000 each. With this structure
voters can let Norfolk & Richmond share or have separate districts.
They can flip/flop at every election.
```

*[Signature: Robert M Allensworth B14522]*

cc: case file

| | | |
|---|---|---|
| | | Exhibit DEF0499, # 14 Exhibit DEF0500, # 15 Exhibit DEF0501, # 16 Exhibit DEF0502, # 17 Exhibit DEF0503, # 18 Exhibit DEF0504, # 19 Exhibit DEF0505, # 20 Exhibit DEF0506, # 21 Errata DEF0507, # 22 Exhibit DEF0508, # 23 Exhibit DEF0509, # 24 Exhibit DEF0510, # 25 Exhibit DEF0511)(Scott, John) (Entered: 11/17/2014) |
| 11/17/2014 | 745 | NOTICE *of Filing Exhibits* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF0512 - Part 1, # 2 Exhibit DEF0512- Part 2, # 3 Exhibit DEF0512 - Part 3, # 4 Exhibit DEF0512 - Part 4, # 5 Exhibit DEF0513 - Part 1, # 6 Exhibit DEF0513 - Part 2, # 7 Exhibit DEF0513 - Part 3, # 8 Exhibit DEF0514, # 9 Exhibit DEF0515, # 10 Exhibit DEF0516, # 11 Exhibit DEF0517, # 12 Exhibit DEF0518, # 13 Exhibit DEF0519, # 14 Exhibit DEF0523, # 15 Exhibit DEF0526, # 16 Exhibit DEF0527, # 17 Exhibit DEF0528, # 18 Exhibit DEF0529, # 19 Exhibit DEF0530, # 20 Exhibit DEF0531, # 21 Exhibit DEF0532, # 22 Exhibit DEF0533, # 23 Exhibit DEF0534, # 24 Exhibit DEF0535, # 25 Exhibit DEF0536, # 26 Exhibit DEF0537, # 27 Exhibit DEF0538, # 28 Exhibit DEF0539, # 29 Exhibit DEF0540, # 30 Exhibit DEF0541, # 31 Exhibit DEF0542, # 32 Exhibit DEF0543, # 33 Exhibit DEF0544, # 34 Exhibit DEF0545)(Scott, John) (Entered: 11/17/2014) |
| 11/18/2014 | 746 | NOTICE *of Filing Exhibits* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF0546, # 2 Exhibit DEF0547, # 3 Exhibit DEF0548, # 4 Exhibit DEF0549, # 5 Exhibit DEF0550, # 6 Exhibit DEF0551, # 7 Exhibit DEF0552, # 8 Exhibit DEF0553, # 9 Exhibit DEF0554, # 10 Exhibit DEF0555, # 11 Exhibit DEF0556, # 12 Exhibit DEF0557, # 13 Exhibit DEF0558, # 14 Exhibit DEF0559, # 15 Exhibit DEF0560, # 16 Exhibit DEF0561 - Part 1, # 17 Exhibit DEF0561 - Part 2, # 18 Exhibit DEF0561 - Part 3, # 19 Exhibit DEF0562, # 20 Exhibit DEF0563, # 21 Exhibit DEF0564, # 22 Exhibit DEF0566, # 23 Exhibit DEF0567, # 24 Exhibit DEF0568, # 25 Exhibit DEF0569, # 26 Exhibit DEF0570, # 27 Exhibit DEF0571, # 28 Exhibit DEF0572, # 29 Exhibit DEF0573, # 30 Exhibit DEF0574, # 31 Exhibit DEF0580, # 32 Exhibit DEF0589, # 33 Exhibit DEF0591, # 34 Exhibit DEF0592, # 35 Exhibit DEF0596, # 36 Exhibit DEF0597, # 37 Exhibit DEF0609, # 38 Exhibit DEF0610)(Scott, John) (Entered: 11/18/2014) |
| 11/18/2014 | 747 | NOTICE *of Filing Exhibits* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF0611, # 2 Exhibit DEF0612, # 3 Exhibit DEF0613, # 4 Exhibit DEF0614, # 5 Exhibit DEF0615, # 6 Exhibit DEF0616, # 7 Exhibit DEF0617, # 8 Exhibit DEF0618, # 9 Exhibit DEF0619, # 10 Exhibit DEF0620, # 11 Exhibit DEF0621, # 12 Exhibit DEF0624, # 13 Exhibit DEF0625, # 14 Exhibit DEF0626 - Part 1, # 15 Exhibit DEF0626 - Part 2, # 16 Exhibit DEF0626 - Part 3, # 17 Exhibit DEF0626 - Part 4, # 18 Exhibit DEF0627, # 19 Exhibit DEF0628, # 20 Exhibit DEF0629, # 21 Exhibit DEF0630, # 22 Exhibit DEF0631, # 23 Exhibit DEF0632, |

| | | |
|---|---|---|
| | | # 24 Exhibit DEF0633, # 25 Exhibit DEF0634, # 26 Exhibit DEF0635, # 27 Exhibit DEF0636, # 28 Exhibit DEF0637, # 29 Exhibit DEF0638, # 30 Exhibit DEF0639, # 31 Exhibit DEF0640, # 32 Exhibit DEF0641, # 33 Exhibit DEF0642, # 34 Exhibit DEF0643, # 35 Exhibit DEF0644, # 36 Exhibit DEF0645, # 37 Exhibit DEF0646, # 38 Exhibit DEF0647, # 39 Exhibit DEF0648, # 40 Exhibit DEF0649, # 41 Exhibit DEF0650)(Scott, John) (Entered: 11/18/2014) |
| 11/18/2014 | 748 | NOTICE *of Filing Exhibits* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF651, # 2 Exhibit DEF652, # 3 Exhibit DEF653, # 4 Exhibit DEF654, # 5 Exhibit DEF655, # 6 Exhibit DEF656, # 7 Exhibit DEF657, # 8 Exhibit DEF658, # 9 Exhibit DEF659, # 10 Exhibit DEF660, # 11 Exhibit DEF661 - Part 1, # 12 Exhibit DEF661 - Part 2, # 13 Exhibit DEF661 - Part 3, # 14 Exhibit DEF662, # 15 Exhibit DEF663, # 16 Exhibit DEF664, # 17 Exhibit DEF665 - Part 1, # 18 Exhibit DEF665 - Part 2, # 19 Exhibit DEF666, # 20 Exhibit DEF667, # 21 Exhibit DEF668, # 22 Exhibit DEF671, # 23 Exhibit DEF673, # 24 Exhibit DEF674, # 25 Exhibit DEF675, # 26 Exhibit DEF678, # 27 Exhibit DEF679, # 28 Exhibit DEF680, # 29 Exhibit DEF681, # 30 Exhibit DEF683, # 31 Exhibit DEF686, # 32 Exhibit DEF689, # 33 Exhibit DEF690)(Scott, John) (Entered: 11/18/2014) |
| 11/18/2014 | 749 | NOTICE *of Filing Exhibits* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF0693, # 2 Exhibit DEF0694, # 3 Exhibit DEF0695, # 4 Exhibit DEF0705, # 5 Exhibit DEF0706, # 6 Exhibit DEF0707, # 7 Exhibit DEF0708, # 8 Exhibit DEF0709, # 9 Exhibit DEF0710, # 10 Exhibit DEF0711, # 11 Exhibit DEF0712 - Part 1, # 12 Exhibit DEF0712 - Part 2, # 13 Exhibit DEF0713., # 14 Exhibit DEF0714, # 15 Exhibit DEF0715, # 16 Exhibit DEF0716, # 17 Exhibit DEF0717, # 18 Exhibit DEF0718, # 19 Exhibit DEF0720, # 20 Exhibit DEF0721, # 21 Exhibit DEF0722, # 22 Exhibit DEF0723, # 23 Exhibit DEF0725 - Part 1, # 24 Exhibit DEF0725 - Part 2, # 25 Exhibit DEF0726, # 26 Exhibit DEF0727, # 27 Exhibit DEF0728, # 28 Exhibit DEF0729, # 29 Exhibit DEF0730, # 30 Exhibit DEF0731, # 31 Exhibit DEF0732, # 32 Exhibit DEF0733, # 33 Exhibit DEF0734, # 34 Exhibit DEF0735)(Scott, John) (Entered: 11/18/2014) |
| 11/18/2014 | 750 | NOTICE *of Filing Exhibits* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF0736, # 2 Exhibit DEF0737, # 3 Exhibit DEF0738, # 4 Exhibit DEF0739, # 5 Exhibit DEF0740, # 6 Exhibit DEF0741, # 7 Exhibit DEF0742, # 8 Exhibit DEF0743, # 9 Exhibit DEF0744, # 10 Exhibit DEF0747, # 11 Exhibit DEF0748, # 12 Exhibit DEF0755, # 13 Exhibit DEF0756, # 14 Exhibit DEF0757, # 15 Exhibit DEF0758, # 16 Exhibit DEF0559 - Part 1, # 17 Exhibit DEF0759 - Part 2, # 18 Exhibit DEF0760, # 19 Exhibit DEF0761, # 20 Exhibit DEF0762, # 21 Exhibit DEF0763, # |



R ALLENSWORTH B14522 4860
BMCC 255 N IC 37
IMA IL 67846 2419

IDOC INMATE MAIL
MONEY ORDERS NO
LONGER ACCEPTED

LEE H ROSENTHAL, CHIEF W DIS
515 Rusk st # 11535
Houston TX 77002



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT © USPS 2013