# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

SEP 20 2018

David J. Bradley, Clerk of Court

20180917-46
S. Christopher Suprun
909 Collins Blvd.
Cedar Hill, TX US 75104

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Monday, September 17, 2018
Case Number: 2:13-cv-00193
Document Number: 1125 (1 page)
Notice Number: 20180917-46
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

David J. Bradley, Clerk of Court

United States Courts
Southern District of Texas
FILED
SEP 20 2018

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 000.47°
02 1W
0001374615 SEP. 17. 2018

7773 NFE 1 RTN 717180029/17/18
SUPRUN JR
6835 WALNUT HILL LN
DALLAS TX 75230-5324

FORWARD TIME EXP RTN TO SEND
RETURN TO SENDER