# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

SEP 27 2018

David J. Bradley, Clerk of Court

20180917-41

Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Monday, September 17, 2018
Case Number: 2:13-cv-00193
Document Number: 1125 (1 page)
Notice Number: 20180917-41
Notice: The attached order has been entered.



CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED

SEP 27 2018

David J. Bradley, Clerk of Court

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002
02 1W
0001374615 SEP 17 2018
$ 000.47⁰

RETURN TO SENDER
[ ] NEED BOOKING #/DOB
[X] INMATE NO LONGER HERE
[ ] ILLEGIBLE WRITING
[ ] INMATE FULL NAME
[ ] ACCEPTED-NO RETURN ADDRESS

NIXIE        787    DE 1        0009/25/18
    RETURN TO SENDER
    REFUSED
    UNABLE TO FORWARD

BC: 77208101010        *0239-08931-17-43