UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 2:13-CV-193 |
| § | |
| GREG ABBOTT, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER ON DEADLINE FOR
## MOTIONS SEEKING ATTORNEYS' FEES

Before the Court is Private Plaintiffs' Motion for Modification of the Deadline for Filing Motions for Attorneys' Fees, Expenses, and Costs (D.E. 1123). The motion was ripe for decision on September 21, 2018. Southern District of Texas Local Rule 7. No opposition to the motion has been filed. After due consideration, the Court GRANTS the motion (D.E. 1123) and ORDERS that any motion for attorneys' fees, expenses, and costs relating to this case may be filed no later than February 28, 2019, unless proceedings in this case are pending before any court on or after January 14, 2019, in which case the deadline for filing any motion for attorneys' fees, expenses, and costs shall be adjourned until further order of the Court.

ORDERED this 9th day of October, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE