# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District
Southern District of Texas
FILED

OCT 17 2018

David J. Bradley, Clerk of Court

20181009-54

Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Tuesday, October 9, 2018
Case Number: 2:13-cv-00193
Document Number: 1129 (1 page)
Notice Number: 20181009-54
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

**RETURN TO SENDER**
[X] NEED BOOKING #/DOB
[ ] INMATE NO LONGER HERE
[ ] ILLEGIBLE WRITING
[ ] NEED INMATE FULL NAME
[ ] NOT ACCEPTED-NO RETURN ADDRESS

RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD



David J. Bradley, Clerk of Court
OCT 17 2018
United States Courts
Southern District of Texas
FILED

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002
02 1W
0001374615 OCT 09 2018
$ 000.47⁰