# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**FILED**
NOV 06 2018
David J. Bradley, Clerk of Court

20181009-58
S. Christopher Suprun
909 Collins Blvd.
Cedar Hill, TX US 75104

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

---

Date: Tuesday, October 9, 2018
Case Number: 2:13-cv-00193
Document Number: 1129 (1 page)
Notice Number: 20181009-58
Notice: The attached order has been entered.

---



U.S. POSTAGE >> PITNEY BOWES
$ 000.47
ZIP 77002
02 1W
0001374615 OCT 09 2018

FORWARD TIME EXP RTN TO SEND 11/03/18
SUPRUN JR
6835 WALNUT HILL LN
DALLAS TX 75230-5324

RETURN TO SENDER

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED

NOV 06 2018

David J. Bradley, Clerk of Court

FoE-R20