IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

## MOTION TO WITHDRAW SAMUEL G. OLIKER FRIEDLAND AS COUNSEL

The United States hereby moves to withdraw Samuel Oliker Friedland, co-counsel for the United States, as counsel of record in this case. Mr. Oliker-Friedland is leaving the Department of Justice effective February 15, 2019. The United States will continue to be represented by the other counsel of record listed below.

Date: February 15, 2019

Respectfully submitted,

RYAN K. PATRICK
United States Attorney
Southern District of Texas

ERIC DREIBAND
Assistant Attorney General
Civil Rights Division

*s/ Daniel J. Freeman*
T. CHRISTIAN HERREN, JR.
RICHARD A. DELLHEIM
DANIEL J. FREEMAN
Attorneys, Voting Section
Civil Rights Division
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 305-4278

I hereby certify that on February 15, 2019, I served a true and correct copy of the foregoing via the Court's ECF system on all counsel of record.

*s/ Daniel J. Freeman*
Daniel J. Freeman
Voting Section
Civil Rights Division
U.S. Department of Justice
daniel.freeman@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, *et al.*,

          Plaintiffs,

    v.

GREG ABBOTT, *et al.*,

          Defendants.

Civil Action No. 2:13-cv-193 (NGR)

## ORDER

Having reviewed the United States' Motion to Withdraw Samuel G. Oliker Friedland as counsel of record in the above captioned case (ECF No. _____), the motion is hereby **GRANTED**.

    **SO ORDERED.**

Date:

                                                          _____
                                                          NELVA GONZALES RAMOS
                                                          UNITED STATES DISTRICT JUDGE