IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, *et al.*,

        Plaintiffs,

    v.                                          Civil Action No. 2:13-cv-193 (NGR)

GREG ABBOTT, *et al.*,

        Defendants.

## ORDER

Having reviewed the United States' Motion to Withdraw Samuel G. Oliker Friedland as counsel of record in the above captioned case (ECF No. _____), the motion is hereby **GRANTED**.

    **SO ORDERED.**

Date:

                                                _____
                                                NELVA GONZALES RAMOS
                                                UNITED STATES DISTRICT JUDGE