IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**[PROPOSED] ORDER ON PRIVATE PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF THE DEADLINE FOR FILING MOTIONS FOR ATTORNEYS' FEES, EXPENSES, AND COSTS**

Having considered Private Plaintiffs' Unopposed Motion for Extension of the Deadline for Filing Motions for Attorneys' Fees, Expenses, and Costs, the Court finds that the Motion should be, and hereby is, GRANTED. The deadline to file all Motions for Attorneys' Fees, Expenses, and Costs is March 21, 2019.

So ORDERED this ___ day of February, 2019.

_____
The Honorable Nelva Gonzales Ramos
United States District Judge