United States District Court
Southern District of Texas
**ENTERED**
February 19, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

### ORDER

Having reviewed the United States' Motion to Withdraw Samuel G. Oliker Friedland as counsel of record in the above captioned case (ECF No. 1132), the motion is hereby **GRANTED**.

**SO ORDERED.**

Date: 2/19/19

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE