# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

20190219-146

Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

United States Courts
Southern District of Texas
FILED
MAR 01 2019
David J. Bradley, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Tuesday, February 19, 2019
Case Number: 2:13-cv-00193
Document Number: 1134 (1 page)
Notice Number: 20190219-146
Notice: The attached order has been entered.



U.S. POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.50
02 1W
0001374615 FEB 20 2019

RETURN TO SENDER
[ ] NEED BOOKING #/DOB
[✓] INMATE NO LONGER HERE
[ ] ILLEGIBLE WRITING
[ ] NEED INMATE FULL NAME
[ ] NOT ACCEPTED-NO RETURN ADDRESS

NIXIE      787 DE 1      0002/27/19
            RETURN TO SENDER
              REFUSED
            UNABLE TO FORWARD

BC: 77208101910    *0833-03567-20-41

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS
United States District Court
Southern District of Texas
FILED
MAR 01 2019
David J. Bradley, Clerk of Court