Case 2:13-cv-00193   Document 1138   Filed on 03/18/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 18, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

### ORDER ON PRIVATE PLAINTIFFS' SECOND UNOPPOSED MOTION FOR EXTENSION OF THE DEADLINE FOR FILING MOTIONS FOR ATTORNEYS' FEES, EXPENSES, AND COSTS

Having considered Private Plaintiffs' Second Unopposed Motion for Extension of the Deadline for Filing Motions for Attorneys' Fees, Expenses, and Costs, the Court finds that the Motion should be, and hereby is, GRANTED. The deadline to file all Motions for Attorneys' Fees, Expenses, and Costs is April 11, 2019.

So ORDERED this 18th day of March, 2019.

The Honorable Nelva Gonzales Ramos
United States District Judge