# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

20190219-150

S. Christopher Suprun
909 Collins Blvd.
Cedar Hill, TX US 75104

United States Courts
Southern District of Texas
F I L E D

MAR 18 2019

David J. Bradley, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Tuesday, February 19, 2019
Case Number: 2:13-cv-00193
Document Number: 1134 (1 page)
Notice Number: 20190219-150
Notice: The attached order has been entered.

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.50°
02 1W
0001374615 FEB 20 2019

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS
United States Courts
Southern District of Texas
FILED

MAR 18 2019

David J. Bradley, Clerk of Court

FoE-R20

NIXIE       750  FE  1       0003/14/19
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
BC: 7720810ɪ010     *0833-03563-20-41