# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

20190318-122

S. Christopher Suprun
909 Collins Blvd.
Cedar Hill, TX US 75104

United States Courts
Southern District of Texas
FILED
MAR 25 2019
David J. Bradley, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Monday, March 18, 2019
Case Number: 2:13-cv-00193
Document Number: 1138 (1 page)
Notice Number: 20190318-122
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**POST OFFICE BOX 61010**
**HOUSTON, TEXAS 77208**

OFFICIAL BUSINESS

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 000.50⁰
02 1W
0001374615 MAR 19 2019

United States Courts
Southern District of Texas
FILED
MAR 25 2019
David J. Bradley, Clerk of Court

NIXIE     773 NFE 1      1910003/21/19
         RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

BC: 77208101010     *4202-01667-21-34