# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

```
20190318-117
```
Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

United States Courts
Southern District of Texas
F I L E D

MAR 27 2019

David J. Bradley, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Monday, March 18, 2019
Case Number: 2:13-cv-00193
Document Number: 1138 (1 page)
Notice Number: 20190318-117
Notice: The attached order has been entered.



CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED

MAR 27 2019

David J. Bradley, Clerk of Court

RETURN TO SENDER
[ ] NEED BOOKING #/DOB

NIXIE     787 DC 1         0003/24/19
          RETURN TO SENDER
          REFUSED
          UNABLE TO FORWARD

BC: 7772061010    *1293-05266-19-44



U.S. POSTAGE >> PITNEY BOWES
ZIP 77002
02 1W
0001374615 $ 000.50°
MAR 19 2019