**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

|  |  |
|---|---|
| Marc Veasey, *et al.*,<br><br>          Plaintiffs,<br><br>      v.<br><br>RICK PERRY, *et al.*,<br><br>         Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**DECLARATION OF RICARDO G. CEDILLO** IN **SUPPORT OF REQUEST
FOR ATIORNEYS' FEES AND COSTS**

"My name is Ricardo G. Cedillo. I am over 18 years of age, of s.ound mind, and fully competent to make this declaration. I have personal knowledge of  the facts stated herein and they are all true and correct.

I am     attorney licensed to practice in the State of Texas. In 1979, I obtained a J.D. from Harvard University and was admitted to practice law in the State of Texas. I am admitted to practice before the United States District Courts for the Southern, Northern and Western Districts of Texas, the Fifth Circuit Court of Appeals and the United States Supreme Court. Attached as Exhibit A to this affidavit is a copy of my curriculum vitae. I am qualified by knowledge, skill, experience, training and education to make the statements contained in this declaration.

I have litigated cases as lead counsel in dozens of cases in both state and federal courts across the United States.  I am also currently co-counsel with Jose Garza representing the Mexican American Legislative Caucus, Texas House of Representatives in a

redistricting case in the Western District of Texas, styled *Perez, et al., v. Texas, et al.,* Consolidated Action, Civil Action No. 5:11-cv-00360-OLG-JES-XR.

Through these experiences, I am very familiar with the demands that litigation, including Voting Rights cases, makes upon the attorneys and the skills it takes to prosecute such a case from discovery, pre-trial motions, trial and appeal, to a successful completion in the United States District Court.

I have known Rolando Rios for almost 40 years. I have had the opportunity to litigate with Mr. Rios in voting rights cases making me familiar with the high quality of his work. I am also familiar with Mr. Rios' reputation in the legal community and know that he is both a skilled and a respected member of the bar.

I have reviewed the time records of Rolando Rios and I find it was reasonable and necessary that Mr. Rios spent the hours he devoted to the case and prosecuting this matter.

Having litigated for over thirty years in Texas state and federal courts, I am familiar with the prevailing market rate for attorneys of the experience and skill of Rolando Rios. Based on my knowledge and experience of prevailing market rates in the Southern District of Texas and based on my knowledge of his skill, expertise and work product, a rate of $525.00/hour is a reasonable hourly rate for Rolando Rios.

My opinion that the reasonable and necessary fee for Mr. Rios in prosecuting this matter is:

Rolando Rios- 359.33 hours @$613.00 per hour=$220,269.29

My opinions are based on the following factors:

1.  The novelty and difficulty of the issues involved, the skill required to provide the legal services properly, and the experience, reputation, and expertise of the lawyer or lawyers performing the services;

2

2.    The time and labor involved to perform the legal services properly;

3.    The fee customarily charged in the community for similar services; and

4.    The results obtained.

I have reviewed the pleadings, orders, and time records of Rolando Rios in preparing this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

DATE: _Feb. 8, 2019_

Ricardo G. Cedillo

# EXHIBIT A

# DC0M

| HOME | COMMUNITY | RESOURCES | CLIENTS |

## *Attorn s*



### Ricardo G. Cedillo
### Share holder

rvtC.Orrtis Raza, Suite 500
755 E. M.Jlberry Avenue
San Antonio, Texas 78212
T 210.822.6666
F 210.822.1151
rcedillo@law.dcmcom

Do wnlo ad vCard

About Us

Practice Areas

Attorneys

Success Stories

News & PubLications

Careers

Contact Us

Ricardo founded the firm in 1986 with Russell and Norman Davis. He is a member of the firm's litigation section. His practice focuses primarilyon commercial law and products liability defense.

## Education

- St. Mary's University School of Law, Doctor of Laws, *Honoris Causa,* 2011
- Harvard University, J.D. 1979
- Trinity Universi ty, M.S. 1976
- St. Mary's University, BA *magna cum /aude,* 1974
- .Admitted to practice: Texas, 1979

## Activities and Affiliations

- San Antonio Bar Ass ociation
- Mexican -American Bar Association
- San Antonio American Inns of Court (Master of the Bench)
- American Board of Trial.Advocates
- The As sociation ofTrial Lawyers of America
- Member , Million Dollar .Advocates Forum

## Additional Jurisdictions and Court Admissions

- United States District Court, Western District of Texas
- United States District Court, Southern Dis trict ofTexas
- United States District Court , Northern District of Texas
- United States Fifth Circui t Court of Appeals
- United States Supreme Court

## Community Involvement

- Chai rman, Lawyers' Committee for Civil Rights Under Law of Texas , 2004

## Awards and Honors

- Top Texas Verdicts of 2010, Contract Verdicts, *(Editorial Caballero v. Playboy Enterprises) Verdict Search,* May 2011
▪ Texas Super Lawyer, *Texas Lawyer,* 2003 -2010
▪ 25 Greatest Texas Lawyers of the Past Quarter Century, *Texas Lawyer ,* June 2010
▪ Top 100 Attorneys in Texas, Texas tvlonthly's Super Lawyer Section, 2007, 2009 and 2010
- San Antonio's Bet-the-Company Litigator of the Year, "Texas' Lawyers of the Year," *Texas' Best Lawyers.* San Antonio Edition, 2011
▪ San Antonio's Best Lawyers - Business Litigation, *Scene in S.A.,* August 2008
▪ "Go-To Lawyer," *Texas Lawyer, 2007*
- Top Commercia l Litigation Lawyer, Litigation 2006
▪ Top 100 Verdicts of 2006 *(Tetco v. Exxonfvfob il ), Texas Lawyer*
- Litigation Management Lone Star AJI-Stars, 2003
- State Bar of Texas, Certificate of ,t,,ppreciation for Distinguished Service on Faculty of Mvanced Civil Trial Course , August 2003
- State Bar Professional Development Program, Certificate of ,t,,preciation in Recognition of Distinguished Service on Faculty of 19th Annual Mvanced Civil Trial Course , 2003
▪ Texas Bar CLE, Certificate of ,t,,ppreciation for Distinguished Service on Faculty for "Your Client In Crisis: Strategic Planning, Mermath Management, and Litigation Scenarios," August 2002
▪ State Bar Professional Development Program, Certificate of ,t,,ppreciation in Recognition of Distinguished Service on Faculty of Mvanced Expert Witness, February 2001
- CLE Masters of Trial, Winning the Mega Verdict Featuring Ricardo as one of the speakers named by The National Law Journal as the Country's Top Ten Trial Attorneys, March 2000
▪ American Lawyer Big Suits, 1999
- National Law Journal Top Ten Litigators, 1999
▪ Stromer Educational Services, Inc. Professional Development Program, Certificate of f>,ppreciation in Recognition of Distinguished Service on the Faculty of Evidence Seminar, October 1999
- State Bar Profess ional Development Program? Certificate of ,t,,ppreciation 19th Annual Mvanced Civil Trial Course, August 1996
- Northside Independent School District Gifted and Talented Program Recognizes Ricardo as a Valued Mentor and Mvocate for Gifted Education Through Independent Study Mentorship, 1993-94
- Lulac Rey Feo Scholarship Committee, Inc., Certificate of ,t,,ppreciation for Outstanding Service to Program for Support Made Possible to Award the Largest Ever Number of Scholarships, August 21, 1993
▪ Texas Bar Foundation Duly Elected Fellow in Recognition of Outstanding Professional Ability and Notable Contributions to the *Mm* inistration of Justice , 1991

## Languages

▪ Spanish

## Presentations

Ricardo has been an author and speaker at numerous continu ing legal education courses sponsored by the State Bar of Texas and every major law school in Texas on topics including evide nce, procedure, voir dire, expert witnesses, and ethics. His presentations include:

▪ "Getting Scientific and Expert Testimony Admitted into Evidence," *Evidence and*

*Expert Testimony Best Practices: Supporting Your* Case, CLE - National Business Institute, San Antonio, /lugust, 2008

- "Strategies for Complex Civil Litigation,H CLE- San Antonio Young Lawyers Association, July 2008
- Mastering PowerPoint," *National Conference for the Minority Lawyer,* American Bar Association, San Jose, CA June 2008
- Demonstrative Evidence,U *Anatomy of Civil Trial XII,* CLE- San Antonio Young Lawyers Association, **ril** 2008
- "Practical Tips on Cross Examination of Expert Witnesses," *The Advocate,* Winter 2005 (co-author)
- "How To Keep the Jury's P.ttention: The Power of Technology to Tell The Story," Masters *of Trial,* CLE International, January 2000
- "Special Problems in Damages: Lost Profits, Past & Future Wages, Punitives, and Pain & Suffering," *Ultimate Trial Notebook,* State Bar of Texas, January 2000
- "New Control Plans and Limits on Discovery (Under New Rules)," University of Houston Law Center, January 1999
- "Experts Under the New Rules," *Evidence* & *Procedure Symposium,* University of Texas School of Law, January 1999
- "Controlling and Reducing Discovery Costs," University of Houston Law Center, January 1998
- "Creative Settlement Techniques," *Advanced Civil Trial Law,* State Bar of Texas, January 1996

Unless otherwise specried, attorneys not certified by tne Texas Board of Legal Specialization.

The offices of Davis, Cedillo & Mendoza. Inc. are located in San Antonio, Texas.

© 2012 Davis, Cedillo & Mendoza. Inc. All rights reserved.                                             Disclaimer