# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY , *et al.*,<br><br>               Plaintiffs,<br><br>    v.<br><br>GREG ABBOTT, *et al.*,<br><br>               Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

## ORDER GRANTING ATTORNEY FEES

On this date, the Court considerered Plaintiff-Intervenors Texas Association of Hispanic County Judges and County Commissioners' Motion for Attorneys fees as a prevailing party.

The Court is of the view that the motion is well taken and therefore OREDERS and AWARDS attorney fees and costs in the amount of _____.

Accordingly, it is ORDERED that Plaintiff-Intervenor's Motion is GRANTED.

SIGNED on this ____ day of _____, 2019.

 

                                                                                _____<br>
                                                                                NELVA GONZALES RAMOS<br>
                                                                                United States District Judge