IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

|  |  |
|---|---|
| MARC VEASEY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, *et al.*,<br><br>Defendants. | Civil Action No. 2:13-cv-193 (NGR)<br>(Consolidated Action) |

## DECLARATION OF J. GERALD HEBERT

Pursuant to 28 U.S.C. §1746, I, J. Gerald Hebert, declare that:

1. I am one of the attorneys who represented Marc Veasey and LULAC, *et al.* (hereafter "Veasey-LULAC Plaintiffs") in the above-captioned case. The testimony set forth in this Declaration is based on first-hand knowledge, about which I could and would testify competently in open Court if called upon to do so, and on records contemporaneously generated and kept by my office in the ordinary course of its law practice. I make this Declaration in support of the Veasey-LULAC Plaintiffs' motion for an award of attorneys' fees and expenses.

2. I received a B.A. degree from Stonehill College in 1970 and graduated from Suffolk University School of Law in 1973. I am a member of the Virginia, D.C., and Pennsylvania (inactive) bars. I am also a member of the bar of the United States Supreme Court, the United States Courts of Appeals for the Second, Fourth, Fifth, Eighth, Eleventh and D. C. Circuits, the United States District Court for Eastern District of Virginia, and the United States District Court for the District of Columbia.

1

3. Following my graduation from law school, from 1973 until 1994, I served as a trial attorney in the Civil Rights Division of the United States Department of Justice in Washington, D.C. For the last fifteen years of my service at the Department of Justice (1979-1994), I was assigned to the Voting Section of the Civil Rights Division, where I worked exclusively on cases involving federally protected voting rights. While employed in the Voting Section from 1979 to 1994, I served in a number of supervisory capacities, including Special Litigation Counsel, Deputy Chief, and Acting Chief of the Voting Section.

4. While at the Department of Justice, I served as the lead trial attorney for the United States in numerous voting rights cases, a number of which ultimately became landmark cases in the field of voting rights. Cases that I handled at the Department of Justice that were the subject of United States Supreme Court decisions include: *City of Mobile v. Bolden, Rogers v. Lodge, Johnson v. DeGrandy, Presley v. Etowah County, City of Port Arthur, Texas v. U.S.,* and *Shaw v. Reno*. A complete listing of cases that I handled at the United States Department of Justice is attached to this Declaration as Exhibit A (Part 1).

5. Since leaving the Department of Justice in May 1994, I have been a sole practitioner with an office in Alexandria, Virginia, where I specialize in voting rights cases, especially redistricting cases and cases brought to enforce the Voting Rights Act of 1965, as amended. A listing of the cases I have handled in my solo practice is also set forth in Exhibit A (Part 2).

6. In addition, from 1994-1996, I served part-time as a staff attorney in the Voting Rights Project of the national office of the Lawyers' Committee for Civil Rights Under Law in Washington, D.C. In that position, I assisted with defense of constitutional challenges to majority-minority congressional districts under the *Shaw v. Reno* doctrine.

7. In addition to my solo practice, from July 2004 to 2016, I served as Executive Director and Director of Litigation at the Campaign Legal Center, a non-profit, non-partisan organization in Washington, D.C. In that capacity, I represented a party or *amicus curiae* in dozens of voting rights and campaign finance cases throughout the United States, including a number of cases decided by the United States Supreme Court (*e.g., Gill v. Whitford, Wittman v. Personhuballah, Citizens United v. FEC, McComish v. Bennett*, *Davis v. FEC*, *McDonnell v. United States*, and *McCutcheon v. FEC,* among others). Since 2016, I was named Director and then in 2018 Senior Director of the Voting Rights and Redistricting Program at the Campaign Legal Center. Exhibit A (Part 3) is a listing of the voting rights, campaign finance and ethics cases I have worked on at the Campaign Legal Center.

8. From January 1995 to 2005, and from 2013 to the present, I have served as an Adjunct Professor of Law at Georgetown University Law Center in Washington, DC, where I have taught Election Law, which includes voting rights, campaign finance regulation, and other election law cases. In 1995, I also served as an Adjunct Professor of Law at American University's Washington College of Law, where I taught a course on the Voting Rights Act and the political process. In 1997, I co-taught a course on the Voting Rights Act at the University of Virginia Law School with nationally renowned Professor Pamela Karlan.

9. I have written a number of publications, books, and articles on the Voting Rights Act or redistricting. For example, in 2000, I co-authored a book on redistricting with former United States Solicitor General Donald B. Verrilli, along with several other attorneys at Jenner and Block (including Paul Smith, Sam Hirsch and Heather Gerken, now Dean at Yale Law School). That book was entitled "The Realists' Guide to Redistricting", which was published by the American Bar Association in 2000, and republished in 2010. I have also authored several law journal

articles. Several of these have been co-authored with other counsel, or academic scholars who have served as expert witnesses in voting rights cases. My law journals include the following: Yale Law and Policy Journal, "Voting Is Speech", Vol. 34, Issue 2 (2016) (co-authored); Yale Law and Policy Journal, "The Need For State Redistricting Reform To Rein In Partisan Gerrymandering", Vol. 29, Issue 2 (2011); Rutgers Law Journal (co-authored); "Redistricting in the Post-2000 Era", George Mason University Law Review, Volume 8, Number 3 (Spring 2000); "General Theory of Vote Dilution", La Raza Law Journal, Boalt Hall School of Law; University of California at Berkeley (Vol. 6, No. 1)(1993)(co-authored); Future of Voting Rights Litigation: Elections at the Legislative Level, La Raza Law Journal, Boalt Hall School of Law (Vol. 6, No. 1)(1993); Keeping The Courts Honest: The Role of Historians as Expert Witnesses in Southern Voting Rights Cases Southern University Law Review (Vol. 16, No. 1)(Spring 1989)(co-authored); Civil Rights Law: High Court Decision on Voting Rights Act Helps To Remove Minority Barriers National Law Journal (November 1986); and Discriminatory Electoral Systems and the Political Cohesion Doctrine, National Law Journal (Vol. 10, No. 4)(1987) (co-authored). I also have written several articles about voting rights for publications that are geared to state and local governments, including publications by the Texas Municipal League and the Nation's Cities Weekly.

10. I have lectured before numerous meetings and conventions held by bar and other organizations on voting rights, reapportionment, and civil rights, including the National Conference of State Legislatures, the Association of Southern State Legislatures, the Virginia Association of Local Government Attorneys, the American Constitution Society, and reapportionment authorities in the States of Louisiana, Maryland, New Mexico, Texas, and Virginia, among others. I have also given lectures or participated as a panelist and made

presentations on voting rights law and issues at Columbia University School of Law, Yale Law School, Harvard Law School, Washington and Lee University Law School, University of Richmond Law School, William and Mary Law School, Duke University Law School, and Seton Hall Law School, among others.

**The Veasey-LULAC Litigation Team**

11.     The Veasey-LULAC litigation team has played a leading role in this litigation from its filing date on June 26, 2013.[1] In this section of my declaration, I explain how I assembled and managed the Veasey-LULAC litigation team to create a both highly effective and efficient team.

12.     I was in the U.S. Supreme Court the day that Chief Justice Roberts announced the decision of the Court in *Shelby County v. Holder*—a case that invalidated the preclearance formula of the Voting Rights Act and therefore lifted the preclearance regime on previously covered states such as Texas.

13.     Texas's voter photo ID law SB 14 had been blocked by a D.C. three-judge court decision denying it preclearance. I had served as counsel for Congressman Veasey and others as Defendant-Intervenors in that preclearance case.

14.     I knew that there was a likelihood that, as a result of the *Shelby County* decision, Texas would begin to implement SB 14 immediately even though it had been found to be discriminatory in its effect.

15.     Chad Dunn—an attorney with whom I had litigated several voting cases, including the SB14 preclearance case—was with me that day in the U.S. Supreme Court. Upon leaving the

---

[1] The Veasey-LULAC plaintiffs were the first plaintiffs to sue to enjoin SB 14 in the aftermath of *Shelby County v. Holder*.

U.S. Supreme Court, we discovered that then-Attorney General Greg Abbott had already announced Texas's decision to begin enforcing SB 14 in the wake of *Shelby County*.

16.      Mr. Dunn and I immediately recognized the need for a new lawsuit to enjoin SB 14 and prevent its discriminatory results on Texas voters' access to the ballot box. We agreed to work together quickly and form a legal team to prosecute this case. I took on the task of discussing the matter in detail with our clients in the prior preclearance case, while Mr. Dunn took responsibility for drafting a complaint based on the facts already available from the preclearance case.

17.      I advised Mr. Dunn that we should assemble a trial team that would employ attorneys with different skill sets. Since I had managed several pieces of major litigation in my twenty-one years as a voting rights attorney at the U.S. Justice Department and my additional twenty years in private practice enforcing the Voting Rights Act, I felt that my skill set could best be utilized as the overall manager of the litigation. In that role, I would oversee the case, ensure that all attorneys on the team were aware of and adhered to all deadlines, and I would be ultimately responsible for making all assignments to the legal team to ensure that there was no duplication of work or legal services performed.  It was agreed that Mr. Dunn, who has tremendous trial experience, would be lead trial counsel, taking the lead through discovery and at trial.

18.      Because I knew that I had two recently law graduates serving back-to-back legal fellowships at my office (Campaign Legal Center), Mr. Dunn and I agreed that we would let these attorneys do the bulk of the initial drafting of motions, briefs and other legal papers.  This would ensure that time-consuming legal research and writing would be undertaken in the first instance by attorneys who would bill at a lower hourly rate.  I knew that both of these recent law school

graduates—Emma Simson and Josh Bone—had exceptional writing skills. Indeed, both went on

to clerk for U.S. Supreme Court Justice Ruth Bader Ginsburg. When both of these younger

attorneys moved on to their respective clerkships, Ms. Danielle Lang joined the Campaign Legal

Center following her clerkship with the Ninth Circuit Court of Appeals and two years litigating

cases in California as a Skadden Fellow. Since late 2015, Ms. Lang has been primarily

responsible for preparing the initial drafts of all motions and briefs, the same role played earlier

by Ms. Simson and Mr. Bone.

19.      I also advised Mr. Dunn that we should ask Armand Derfner to join the legal

team. I had worked with Mr. Derfner for over thirty years on voting rights cases. He enjoys a

national renowned reputation as one of the best constitutional scholars and legal strategists in

the United States.  Mr. Dunn and I agreed that if Mr. Derfner was willing to join the legal team,

he would serve as chief legal strategist throughout the litigation, and that his vast experience

would be invaluable assets to our clients. Fortunately, he agreed to do so.

20.      Finally, we knew that we would need additional trial attorneys to assist with the

massive discovery and trial effort in front of us. Mr. Dunn suggested that we add his law

partner Scott Brazil as well as another Texas-based attorney Neil Baron, both of whom have

significant trial experience and could assist with discovery and trial preparation. As the case

proceeded, both Mr. Brazil and Mr. Baron handled written discovery and took or defended

depositions.  By ensuring that Texas-based attorneys handled those matters, it ensured that out-

of-state counsel did not have to spend additional time and expense traveling to Texas handling

such matters.

21.      Assembling this trial team for the Veasey-LULAC plaintiffs ensured that we

could be prepared for trial in the Fall of 2014. The Court will no doubt recall that Texas sought

to delay the trial beyond 2014 (as did other parties).  Only the Veasey-LULAC Plaintiffs strongly objected to the delay and this Court agreed that delay was not in the interest of Texas voters. The trial took place in September 2014 and this Court ordered relief prior to the 2014 elections.

22.     The Veasey-LULAC litigation team was the first to file this landmark Section 2 litigation against SB 14 on June 26, 2013 and has led the plaintiffs in prosecuting this action ever since. As mentioned above, in 2013, the Veasey-LULAC team pursued an aggressive litigation schedule to ensure effective relief as soon as possible. During discovery, our litigation team took or defended dozens of depositions. At trial, we presented the live testimony of 14 witnesses, including plaintiffs and several experts, as well as deposition testimony of several Veasey-LULAC witnesses. The Veasey-LULAC team also cross-examined most of the Defendant's witnesses. Throughout the litigation, our team reviewed voluminous documents, litigated numerous discovery disputes, drafted extensive findings of fact and conclusions of law, and briefed complex legal issues. During all three appellate arguments, Mr. Dunn was an oral advocate for the Veasey-LULAC plaintiffs in the Fifth Circuit.

23.     In 2016, the Veasey-LULAC plaintiffs were the only parties to seek relief from the Supreme Court to lift the 2014 stay ordered by the Fifth Circuit of this Court's remedial order. While the Supreme Court did not grant that motion, it issued an Order that gave the Fifth Circuit until July 20, 2016 to resolve the matter in the first instance. Absent Fifth Circuit action by July 20, the Supreme Court invited the Veasey-LULAC plaintiffs to re-urge their motion to dissolve the stay. On July 20, 2016, the Fifth Circuit *en banc* court issued its ruling upholding this Court's determination that SB 14 violated Section 2 of the Voting Rights Act. The Supreme Court's Order secured by the Veasey-LULAC plaintiffs in 2016 had a profound positive effect

on this litigation and ultimately ensured that there would be relief afforded all plaintiffs for the 2016 elections.

## Campaign Legal Center's Fee Application

24.     I submit this declaration in support of an application for my attorneys' fees as well as the reasonable fees of my Campaign Legal Center colleagues Josh Bone, Emma Simson, and Danielle Lang, and the costs incurred by Campaign Legal Center. In sum, Campaign Legal Center seeks $782,160.00 in attorneys' fees.

25.     Campaign Legal Center seeks its fees for tasks related to: (1) litigating this case through the denial of Texas's petition for certiorari from the *en banc* decision; (2) negotiating, implementing, and monitoring the 2016 interim remedial order; (3) time spent defending against Texas's unwarranted 2018 "motion to dismiss," which unsuccessfully asked this Court to re-litigate merits' determinations and overturn the Fifth Circuit's ruling on mootness, Doc. 1107, and (4) the instant attorneys' fees motion.

26.     Campaign Legal Center is a non-profit non-partisan organization dedicated to vindicating the voting rights of all eligible Americans. Except in rare circumstances, we do not bill our clients for our legal services and did not do so in this case.

27.     In support of the fee application, Campaign Legal Center submits contemporaneous billing records for Danielle Lang, Emma Simson, Josh Bone, and me. These billing records are attached as Exhibit B. Exhibit B is true and accurate, and is based on contemporaneous records of the activities in the case maintained as business records in my office. The records include information by attorney name, date of work, time billed, and a narrative description of the work completed.

28.     I have reviewed the time entries for the time that I have expended in this case. I have also reviewed and approved the time entries for the other Campaign Legal Center attorneys that worked on this matter with me. The hours expended were necessary in rendering legal services to the Veasey-LULAC Plaintiffs in this case.

29.     In compiling our attorneys' fees, we used significantly reduced rates, excluded numerous staff members and timekeepers that worked on this matter, and include only a portion of the work actually performed.

30.     **Reduced Rates:** The rates reflected for each CLC attorney's work in the Billing Records are based on the 2018-2019 rate schedule for attorneys' fees adopted by the United States Attorney's Office for the District of Columbia. *See* https://www.justice.gov/usao-dc/file/796471/download. The rate applied in the Billing Records for each attorney in any given year is based on that attorney's years of experience at the time that the work was performed. After reviewing these rates, I find them to reasonable and below the market rate for attorneys in our office.

31.     My hourly rate in this case is $613 per hour. I believe this rate is reasonable given my considerable experience (over 40 years) litigating voting rights cases, the complexity and novelty of the issues in this case, and the considerable public importance of this matter.

32.     Both Emma Simson and Josh Bone's rates in this case are $307 per hour. As recent law graduates but exceptional attorneys working on drafting sophisticated pleadings and briefs, I believe these rates are reasonable as well.

33.     Emma Simson graduated from Yale Law School in 2013. She also holds a Masters of Science from the University of Oxford. Ms. Simson worked for Campaign Legal Center from 2013 through the trial in this case in 2014. After her time at Campaign Legal Center, she clerked

10

for the Honorable Ruth Bader Ginsburg of the U.S. Supreme Court, the Honorable David S. Tatel of the U.S. Court of Appeals for the District of Columbia Circuit and the Honorable James E. Boasberg of the U.S. District Court for the District of Columbia. She is now a senior associate at the law firm WilmerHale in Washington, D.C.

34.     Josh Bone graduated from Yale Law School in 2013. Prior to joining Campaign Legal Center, Mr. Bone clerked for the Honorable David S. Tatel of the U.S. Court of Appeals for the District of Columbia Circuit. After spending a fellowship year at Campaign Legal Center, Mr. Bone clerked for the Honorable Ruth Bader Ginsburg of the U.S. Supreme Court. Mr. Bone is now an associate at Goodwin Law in Boston.

35.     Danielle Lang's rate in this case is $351 per hour. Given her clerkship and litigation experience prior to joining CLC and her experience working on this case and numerous other voting rights matters, I believe her rate is reasonable as well.

36.     Danielle Lang graduated from Yale Law School in 2012. From 2012 to 2013, Ms. Lang clerked for the Honorable Richard A. Paez of the U.S. Court of Appeals for the Ninth Circuit. From 2013 to 2015, Ms. Lang served as a Skadden Fellow in the Employment Rights Project of Bet Tzedek Legal Services in Los Angeles, where she represented low-wage immigrant workers in wage and hour, discrimination and human trafficking matters. As a labor attorney, Ms. Lang handled complex class-action and federal court litigation. Ms. Lang joined Campaign Legal Center in 2015 and has since managed numerous voting rights cases in district court, appellate court, and the U.S. Supreme Court. She most recently successfully defended a jury verdict in a public ethics case against an appeal in the Fifth Circuit Court of Appeals. After three years at Campaign Legal Center, Ms. Lang manages a staff of several attorneys and serves as the co-director of the voting rights and redistricting program. Ms. Lang also teaches, as an adjunct

professor, an Election Law Practicum with Mr. Hebert at Georgetown University Law Center. Ms. Lang is a member of the District of Columbia, New York and California bars, as well as the bars of the U.S. Supreme Court, the U.S. Court of Appeals for the Fifth Circuit, Ninth Circuit, and Eleventh Circuit and the U.S. District Court for the Central District of California.

37.     All Campaign Legal Center attorneys have exercised reasonable billing judgment in this case. For example, I have excluded from my fee nearly 100 hours of time for which I believe I could be properly compensated. Likewise, we have excluded 123.7 hours of Ms. Simson's compensable time, 75.4 hours of Mr. Bone's compensable time, and 48.5 hours of Ms. Lang's compensable time. We also have sought to limit our time to those hours we spent directly working on material aspects of the litigation. For example, we have excluded travel time and handling other administrative matters that did not involve substantive work connected to the litigation.

38.     Moreover, Campaign Legal Center has excluded hundreds of hours spent by other attorneys (including Paul Smith and Mark Gaber), legal fellows, law interns, paralegals, and administrative staff that contributed to this case but are outside the core legal team outlined above. For example, another attorney in our office, Jonathan Diaz, spent significant time assisting in the briefing for this fee motion but his time has not been included here.

39.     Counsel in this case spent significant time discussing matters by phone to eliminate redundancies elsewhere. In order to ensure we did not overcharge for this time among the Veasey-LULAC legal team, we agreed that for purposes of the Veasey-LULAC plaintiffs' fee motion, only one team member would include their time on any given call. As such, Mr. Derfner has included his time on calls among our Veasey-LULAC team because he was our lead legal strategist. As the team manager, I have included some (although not all) of my time spent

on calls with our cooperating counsel representing the DOJ and other Private Plaintiffs. As such, while many of the Veasey-LULAC legal team joined such calls among counsel, we have excluded most of that time.

40.     I also have not billed for any of the work I performed (pre-complaint) in preparing the case (pre-complaint). That included numerous hours litigating Texas's unsuccessful lawsuit in the U.S. District Court in the District of Columbia to obtain Section 5 preclearance of its photo ID law (S.B. 14). In the D.C. case, the three-judge court found that Texas was unable to show the absence of a racially discriminatory effect with respect to S.B. 14. I attach hereto as Exhibit C my time sheets for my work on that lawsuit for which I never received an award of attorneys' fees.

41.     To further reduce the number of attorney hours needed to litigate this case, I requested that my co-counsel, Mr. Dunn, serve as the person primarily responsible to keep clients reasonably informed about the status of case and significant developments, which Mr. Dunn did throughout this case. I have excluded from my time records nearly all my communications with the client group, particularly my numerous contacts with plaintiffs Veasey, Hamilton and LULAC representatives. Ongoing and updated communications with clients in a case of this nature, given the high profile nature of this case as well as the size and geographic diversity of the client group, were necessary. Mr. Dunn assumed primary responsibility for undertaking timely communication with the clients as the most cost-effective way of fulfilling those requirements.[2]

_____

[2] Both the Texas Rules of Professional Conduct and the Virginia Rules of Professional Conduct (I am a member of the Virginia bar) require lawyers to keep their clients reasonably informed about the case and to comply promptly with clients' requests for information about the status of the case. This obligation includes providing clients with status reports on the lawsuit, as well as communications from other

42.     I also have reviewed the time records (and expense listings) for work performed by my co-counsel at the law firm of Brazil and Dunn, the Derfner-Altman law firm, and the Law Offices of Neil Baron. All of the work set forth in the Declarations of my co-counsel were necessary to the litigation of this case and were not duplicative of any of the work I did. I made a conscientious effort to avoid duplication of work by agreeing, in advance, with my co-counsel on a division of labor in those instances where more than one attorney worked on the case simultaneously.

43.     As manager and overseer of this case for the legal team, I also took responsibility for ensuring that the time spent in preparing this fee motion and brief in support thereof, would be primarily handled by Ms. Lang so as to minimize the amount of fees involved in its preparation. I have not billed for any of my time (over twenty hours) that I have spent preparing this Declaration, reviewing the brief in support of the plaintiffs' motion for an award of attorneys' fees and expenses, or communicating with all private plaintiffs' counsel regarding the various motions for attorneys' fees.

44.     I also carefully monitored expenses to insure that only necessary and reasonable costs were incurred. CLC is seeking $114,533.37 in reasonable expenses and costs. These expenses are outlined in Exhibit D. Of the total, CLC seeks reimbursement for $43,990.87 it has already paid out of pocket, which includes certain expert witness costs, travel, printing and production, and postage costs. These expenses were incurred by the Campaign Legal Center to successfully prosecute this case, and are the type of expenses normally billed by me and other law firms to fee-paying clients.

---

parties that may significantly affect settlement or resolution of the case. See Texas Rules of Professional Conduct (Rule 1.03) and Virginia Rules of Professional Conduct (Rule 1.04).

45.     The Veasey-LULAC Plaintiffs' retained seven experts addressing six different types of expert evidence (all of which were relevant to Plaintiffs' Section 2 claim): Dr. Lichtman (Senate Factors and Intent), Dr. Herron (database matching), Drs. Barreto/Sanchez (survey research), Mr. Cornish (appropriation funding for implementation), Mr. Wood (ease in discovery of in-person voter fraud), and Mr. Korbel (history of discrimination) all of whom testified at trial and contributed in important ways to the record in this case. The Court ordered the state pursuant to Fed. R. Civ. Pro. 56 to pay these experts for their time and expense attending deposition; the amount the state had already paid are excluded from this Motion. The following balances remain owed:  Dr. Lichtman $28,800, Dr. Sanchez $10,000, Dr. Barreto $10,000, and Mr. Korbel $21,742.50. These amounts total the remaining $70,542.50 of CLC's total cost and expense request of $114,533.37.  Invoices to reflect these balances are included in Exhibit D.

46.     I declare under penalty of perjury that the foregoing is true and correct.


/s/ J. Gerald Hebert
J. GERALD HEBERT

Dated: April 11, 2019

# EXHIBIT A

**EXHIBIT A TO HEBERT DECLARATION IN SUPPORT OF
VEASEY-LULAC MOTION FOR AN AWARD OF
ATTORNEYS' FEES, EXPENSES AND COSTS**

# Part I

**Voting Rights Cases In Which J. Gerald Hebert
Has Served As Legal Counsel for the United States**

Listed below are cases in which I have appeared as legal counsel.  I have divided the cases into two categories: 1) those cases where I served as lead attorney for the Government and the Government was a ***party*** to the lawsuit; and 2) those cases where I served as lead attorney for the Government and the Government participated as ***amicus curiae***.  Cases marked with an asterisk * are cases involving Section 2 of the Voting Rights Act, those marked with a double asterisk ** are Section 4 or 5 Voting Rights Act cases, and those marked with a triple asterisk *** are language minority cases under the Voting Rights Act (Section 203 cases).

## 1.     Voting rights cases where Hebert served as lead counsel for the United States in the trial court and the United States was a party to the litigation:

Bolden and United States v. City of Mobile, 446 U.S. 55 (1980)

Johnson v. DeGrandy, 512 U.S. 997 (1994) *

County Council of Sumter County, South Carolina v. United States, 555 F. Supp. 694 (D.D.C. 1983) (3-judge court) **

Shaw v. Barr, C.A. No. 92-202-CIV-5-BR (E.D.N.C. 1992) (three-judge court), reversed sub nom. Shaw v. Reno, 113 S. Ct. 2816 (1993)

City of Port Arthur, Texas v. U.S., 459 U.S. 159 (1982) **

Brown and United States v. Board of School Commissioners of Mobile County, 706 F.2d 1103 (11th Cir. 1983)

United States v. Dallas County Commission, 850 F.2d 1430 (11th Cir. 1988)*

United States v. Marengo County Commission, 811 F.2d 619 (11th Cir. 1987) *

United States v. State of South Carolina and Horry County, C.A. No. 79-2467-5 (D. So. Car.) (three-judge court)   **

State of Mississippi v. United States, No. 87-3464 (D.D.C.)(three-judge court) **

United States v. State of Georgia, No. 1:90-CV-1749-RCF (N.D. Ga.) *

Georgia v. Reno, C.A. No. 90-2065 (D.D.C. 1995)(three-judge court) \*\*

United States v. State of Arizona, CV 88-1989 PHX EHC (D. Ariz.)\*\*\*

United States v. Socorro County, New Mexico, C.A. No. 93-1244-JP (D. N.M.) \*\*\*

United States v. Brooks County, GA, No. 90-105-Thom (M.D. Ga.)\*

United States v. State of Wisconsin, No. 92C-0263-S (W.D. Wisc.)

United States v. McKinley County, NM, No. 86-0028-M (D. N.M.)\*\*\*

United States v. State of South Carolina, No. 3:90-760-17
(D. SO. CAR.)(three-judge court) \*\*

United States v. Cibola County, NM, No. CIV93-1134 SC (D. N.M.)\*\*\*

United States v. Lawrence County, MS, (S.D. Miss. 1983)(three-judge court) \*\*

United States v. City of Demopolis, (S.D. Ala. 1986) \*

United States v. Laurens County, SC, C.A. No. 6:87-1817-3 (D.S.C. 1987)  \*

United States v. City of Spartanburg, SC, (D.S.C. 1987)\*

United States v. Town of Zebulon, GA, (N.D. Ga.) \*, \*\*

United States v. Wilkes County Board of Ed., (S.D. Ga.)

United States v. County Council of Sumter County, SC, (D.S.C.)(three-judge court)  \*\*

United States v. Town of Indian Head, MD, (D. Md.) \*

United States v. City of Laurel, MS, (S.D. Miss. 1981) \*

United States v. County Council of Colleton County, SC, No. 78-903 (D.S.C. 1981)(three-judge
court) \*\*

United States v. City of Houston, TX, No. 91-3076 (S.D. Tex.)(three-judge court)\*\*

United States v. Victoria ISD, TX, C.A. No. V-86-17 (S.D. Tex. 1986)(three-judge court) \*\*

United States v. City of Barnwell, SC, No. 1:84-2508-6 (D.S.C. 1986) \*\*

2

Medina County, TX v. United States,(D.D.C.)(three-judge court) **

Gregg County, TX v. United States,(D.D.C.)(three-judge court)   **

United States v. Jones, 846 F. Supp. 955 (S.D. Ala. 1994) *

United States v. City of Augusta, GA, (S.D. Ga.) *

United States v. Wicomico County, MD, No. MJG-87-2557 (D. Md. 1991) *

United States v. East Baton Rouge Parish School Board, LA, C.A. No. 76-252 (M.D. La.) *

## 2.    Cases where Hebert served as lead counsel for the United States in the trial court and the United States appeared as *amicus curiae* in the litigation:

Blanding v. Dubose, 454 U.S. 393 (1982) (I represented the United States as amicus curiae before the three-judge court in this successful lawsuit brought to enforce Section 5 of the Voting Rights Act) **

Lodge v. Buxton, aff'd sub nom. Rogers v. Lodge, 458 U.S. 613 (1982)(I represented the United States as *amicus curiae* before the United States Court of Appeals for the Eleventh Circuit in this successful lawsuit brought under the Voting Rights Act and the United States Constitution) *

Martin v. Mabus, 700 F.Supp. 327 (S.D. Miss. 1988)(three-judge court)(remedy)(I represented the United States as *amicus curiae* before the three-judge court in this successful lawsuit brought to enforce Section 5 of the Voting Rights Act) **

SCLC v. Siegelman, C.A. No. 88-D-462-N (M.D. Ala.)(I represented the United States which filed a brief as *amicus curiae* in this lawsuit brought by private plaintiffs to enforce Section 5 of the Voting Rights Act)  **

Clark v. Roemer, C.A. No. 86-435 (M.D. La.)(three-judge court)(I represented the United States which filed a brief as *amicus curiae* in this lawsuit brought by private plaintiffs to enforce Section 5 of the Voting Rights Act) **

Lopez v. Monterey County, California, No. C-91-20559-RMW (EAI) (N.D. Cal.)(three-judge court) (I represented the United States which filed a brief as *amicus curiae* in this lawsuit brought by private plaintiffs to enforce Section 5 of the Voting Rights Act)**

## Part II

### Voting Rights and Election Cases In Which J. Gerald Hebert Has Served As Legal Counsel As a Solo Practitioner (1994 to the Present)

Listed below are cases in which I have appeared as legal counsel in my solo law practice, 1994 to the present.  Cases marked with an asterisk * are cases involving Section 2 of the Voting Rights Act, those marked with a double asterisk ** are Section 4 or 5 Voting Rights Act cases, and those marked with a triple asterisk *** are language minority cases under the Voting Rights Act (Section 203 cases).  Cases in **bold** are cases where I served as lead counsel for the party I represented:

### 1994 to 2000:

**UNITED STATES DEPARTMENT OF COMMERCE V. UNITED STATES HOUSE OF REPRESENTATIVES,** 525 U.S. 316 (1999) (In this lawsuit, I represented six Members of Congress who intervened in the case and supported the Census Bureau's methodology for conducting the 2000 census).

**CITY OF ANDREWS, TX V. RENO,** No. 1:95CV01477 (D.D.C. 1996)(three-judge court) (I represented the City of Andrews, Texas in this lawsuit against the United States Attorney General in which the City obtained a declaratory judgment that changes adopted by the City were entitled to preclearance under Section 5 of the Voting Rights Act)**

**DILLARD v. CITY OF FOLEY, AL**, No. CV 87-T-1213-N (M.D. Ala.)(I represented private plaintiffs in this successful challenge under Section 2 of the Voting Rights Act and Constitution to the City of Foley's racially selective annexation policy) *

**FOREMAN v. COMMISSIONERS' COURT OF DALLAS COUNTY, TX** (N.D. TX) (3-judge court) (I represented private plaintiffs in a suit which established that the changes in the discretionary method of selecting polling officials was a covered change under Section 5 of the Voting Rights Act)**

**PEGRAM** and **UNITED STATES v. CITY OF NEWPORT NEWS, VA**, No. 4:940000-79 (E.D. Va.) (I represented private plaintiffs in this successful suit challenging the City's at-large method of election under Section 2 of the Voting Rights Act)  *

**HENDERSON V. CITY OF ONEONTA, AL,** No. 98-AR-2491-M (M.D. AL, 1998). In this case, I represented plaintiffs who successfully brought suit to enforce Section 5 of the Voting

4

Rights Act)**

**SIMPSON V. CITY OF HAMPTON, VA**, No. 4:95cv83 (E.D. Va.)(I represented private plaintiffs in this suit challenging the City's at-large method of election under Section 2 of the Voting Rights Act)  *

SOUTH CAROLINA CONFERENCE OF BRANCHES OF THE NAACP v. TOWN OF HEMINGWAY, SC, No. 4:93-2733-21 (D.S.C.) (I represented plaintiffs in this lawsuit brought under the Constitution and Section 2 of the Voting Rights Act challenging Hemingway's racially selective annexation policy)  *

**RICHMOND CRUSADE FOR VOTERS v. COMMONWEALTH OF VIRGINIA**, No. 3:95cv531 (E.D. Va.)   (I represented plaintiffs who successfully challenged the Commonwealth of Virginia's refusal to implement the provisions of the National Voter Registration Act)

**MOON v. MEADOWS**, 952 F. Supp. 1941(E.D. Va. 1997)(three-judge court)(I represented a group of voters who intervened as defendants in this lawsuit challenging, on racial gerrymandering grounds, congressional redistricting in Virginia)

**KING v. STATE BD OF ELECTIONS**, No. 95-C-827(N.D. Ill. 1995)(three-judge court) (I filed a brief *amicus curiae* before the three-judge court in 1996 on behalf of the Democratic National Committee and the Democratic Congressional Campaign Committee in this lawsuit challenging congressional redistricting in Illinois)

**VERA v. BUSH**, 116 S. Ct. 1941 (1996)(I appeared as counsel for three incumbent members of Congress whose districts were challenged or affected by this lawsuit challenging congressional redistricting in Texas.  One of the three members was granted amicus status)

**ABRAMS v. JOHNSON** (I filed a brief *amicus curiae* in the Supreme Court of the United States on behalf of the Georgia Association of Black Elected Officials in this lawsuit challenging congressional redistricting in Georgia)

**CITY OF FAIRFAX v. RENO**, C.A. No. 97-2212-JR (D.D.C. 1997)(three-judge court)(I represented the City of Fairfax, Virginia, in this first post-1982 suit brought to obtain a declaratory judgment and bailout from coverage under the special provisions of the Voting Rights Act. The bailout judgment was granted to the City in October 1997).**

**SHENANDOAH COUNTY v. RENO**, C.A. No. 99-00992-PLF (D.D.C. 1999)(three-judge court)(I represented Shenandoah County, Virginia, in this suit brought to obtain a declaratory judgment and bailout from coverage under the special provisions of the Voting Rights Act. The bailout judgment was granted to the County in 1999.)**

**FREDERICK COUNTY v. RENO**, C.A. No. 99-00941-CKK (D.D.C. 1999)(three-judge court)(I

5

represented Frederick County, Virginia, in this suit brought to obtain a declaratory judgment and bailout from coverage under the special provisions of the Voting Rights Act. The bailout judgment was granted to the County in 1999.)**

**JENKINS v. CITY OF OZARK, ALABAMA**, No. CV97-A-1450-S (M.D. Ala. 1997)(three-judge court)(I represent the plaintiffs in this successful Section 5 enforcement action)**

**LULAC v. CITY OF AUSTIN, TEXAS**, No. A97 CA 908SS(W.D. Tex. 1998)(three-judge court)(I represented the City of Austin, Texas in this Section 5 enforcement action).**

**BAKER v. RAINBOW CITY, AL**., No. 97-PT-3014 (N.D. Ala. 1997)(three-judge court)(I represented plaintiffs who successfully brought suit to enforce Section 5 of the Voting Rights Act)**

**WILSON V. CITY OF ATTALLA, AL**., No.97-AR-3195 (N.D. Ala. 1997)(three-judge court)(I represented plaintiffs who successfully brought suit to enforce Section 5 of the Voting Rights Act)**

HAYS V. LOUISIANA, 839 F. Supp. 1138 (W.D. La. 1994)(three-judge court)(I represented individual voters and members of the Louisiana Legislature who participated as *amicus curiae* in this lawsuit challenging congressional redistricting in Louisiana)

**JOHNSON V. MORTHAM**, No. CV-94-40025 (N.D. Fla.)(three-judge court)  (I represented Congresswoman Corrine Brown as a defendant-intervenor in this lawsuit brought challenging congressional redistricting in Florida)

**HUNT V. CROMARTIE**, (U.S. Supreme Court) (I represented several members of the Congressional Black Caucus and filed a brief as amicus curiae in this lawsuit challenging congressional districts in North Carolina)

BOXX V. STATE OF ALABAMA, M.D. Ala. (3-judge court)(I represented plaintiffs who successfully brought suit to enforce Section 5 of the Voting Rights Act)**

WARD V. STATE OF ALABAMA, M.D. Ala. (3-judge court)(I represented plaintiffs who successfully brought  suit to enforce Section 5 of the Voting Rights Act)**

**COMMONWEALTH OF VIRGINIA V. RENO**, No. 1:00 CV 00751 (D.D.C.)(3-judge court) (I represented defendant intervenors, a group of state legislators, in this lawsuit which challenged, *inter alia*, the Department of Justice's plan to use statistically-sampled census data to review redistricting plans under the Voting Rights Act).**

**VOTING INTEGRITY PROJECT v. ARIZONA DEMOCRATIC PARTY,** I represented the Arizona Democratic Party in a suit brought under the Voting Rights Act challenging the State Party's use of internet voting in the 2000 Presidential Primary.   Plaintiffs sought a preliminary

injunction against the Party's use of internet voting, but the district court denied the requested injunction.*


## 2001 to 2010:

**BALDERAS V. STATE OF TEXAS**, (E.D. TX 2001) (3-judge court)(consolidated), *summarily affirmed*, 536 U.S. 919 (2002).  This suit involved a successful challenge to the failure of the Texas Legislature to redistrict its Texas congressional districts.  I represented a group of Congressmen who intervened in the case. *

**SESSIONS V. STATE OF TEXAS**, (E.D. TX 2003)(3-judge court)(consolidated).  This suit challenged the 2003 re-redistricting of the Texas congressional districts.  The case eventually went to the U.S. Supreme Court *sub nom. LULAC v. Perry*.*

**JACKSON v. STATE OF TEXAS,** (E.D. TX 2003)(3-judge court)(consolidated).  This suit challenged the 2003 re-redistricting of the Texas congressional districts.  The case eventually went to the U.S. Supreme Court *sub nom. LULAC v. Perry*.*

**DEL RIO v. STATE OF TEXAS** (Travis County District Court & Texas Supreme Court) This suit involved the redistricting of the Texas congressional districts.  I represented a group of Congressmen who intervened in the case.*

**CITY OF HARRISONBURG, VA v. ASHCROFT**, No. 02-00289-JDB (D.D.C) (I represented the City of Harrisonburg, Virginia, in this suit brought to obtain a declaratory judgment and bailout from coverage under the special provisions of the Voting Rights Act. The bailout judgment was granted to the City in 2002).**

**CITY OF WINCHESTER, VA v. RENO**, No. 00-03073-ESH (D.D.C) (I represented the City of Winchester, Virginia, in this suit brought to obtain a declaratory judgment and bailout from coverage under the special provisions of the Voting Rights Act. The bailout judgment was granted to the City in 2001).**

**WARREN COUNTY, VA v. RENO,** No. 02-0173-EGS (D.D.C) (I represented Warren County, Virginia, in this suit brought to obtain a declaratory judgment and bailout from coverage under the special provisions of the Voting Rights Act. The bailout judgment was granted to the County in 2002).

**ROCKINGHAM COUNTY, VA v. ASHCROFT**, No. 02-00391-ESH (D.D.C) (I represented Rockingham County, Virginia, in this suit brought to obtain a declaratory judgment and bailout from coverage under the special provisions of the Voting Rights Act. The bailout judgment was granted to the County in 2002).**

**GREENE COUNTY, VA v. ASHCROFT**, No. 03-1877-HHK (D.D.C.). (I represented Greene County, Virginia, in this successful suit brought to obtain a declaratory judgment and bailout from coverage under the special provisions of the Voting Rights Act. The bailout judgment was granted to the County in January 2004).**

**AUGUSTA COUNTY, VA v. GONZALES**, No. 05-1885 (D.D.C.) (three-judge court).  In this action, I represented Augusta County in a successful action brought under Section 4 of the Voting Rights Act to obtain a bailout from the special remedial provisions of the Act. **

**NAACP v. ST. LANDRY PARISH, LOUISIANA**, I represented the defendants St. Landry Parish Council and School Board in this Voting Rights Act challenge to the 2002 redistricting plans adopted by the Council and School Board.  The case was settled in January 2005.*

**HALL v. COMMONWEALTH OF VIRGINIA**, 276 F. Supp. 2d 528 (E.D. Va. 2003), *affirmed*, 385 F.3d 421 (4th Cir. 2004), cert. denied (2005).  I served as co-counsel representing plaintiffs in an unsuccessful Voting Rights Act challenge to the post-2000 congressional redistricting plan adopted by the Commonwealth of Virginia.

**MAY v. CITY OF MONTGOMERY, ALABAMA**, No. 2:07cv738 (M.D.Ala.)(three-judge court).  This suit alleged, among other things, that the City had failed to obtain the requisite preclearance of a new election schedule from federal authorities. Plaintiffs sought to enjoin the upcoming elections, citing the alleged lack of preclearance under the Voting Rights Act. I was co-counsel to the City of Montgomery, which contended that preclearance had been obtained. The case was dismissed as moot. **

**CITY OF SALEM, VA v. GONZALES**, No.06-977 (DDC) (three-judge court).   In this action, I represented the City of Salem in a successful action brought under Section 4 of the Voting Rights Act to obtain a bailout from the special remedial provisions of the Act. **

**BOTETOURT COUNTY, VA v. GONZALES**, No. 06-1052(D.D.C) (three-judge court).  In this action, I represented Botetourt County in a successful action brought under Section 4 of the Voting Rights Act to obtain a bailout from the special remedial provisions of the Act. **

**ESSEX COUNTY, VA v. MUKASEY**, (D.D.C) (three-judge court).  In this action, I represented Essex County in a successful action brought under Section 4 of the Voting Rights Act to obtain a bailout from the special remedial provisions of the Act. **

**AMHERST COUNTY, VA v. MUKASEY**, (D.D.C) (three-judge court).  In this action, I represented Amherst County in a successful action brought under Section 4 of the Voting Rights Act to obtain a bailout from the special remedial provisions of the Act. **

**MIDDLESEX COUNTY, VA v. MUKASEY**, (D.D.C) (three-judge court).  In this action, I represented Middlesex County in a successful action brought under Section 4 of the Voting Rights Act to obtain a bailout from the special remedial provisions of the Act. **

**PAGE COUNTY, VA v. MUKASEY**, (D.D.C) (three-judge court).  In this action, I represented Page County in a successful action brought under Section 4 of the Voting Rights Act to obtain a bailout from the special remedial provisions of the Act. **

**CITY OF KINGS MOUNTAIN v. HOLDER**, 1:10-cv-01153-PLF -DST –TFH (D.D.C.) (three-judge court).  In this action, I represented the City of Kings Mountain in a successful action brought under Section 4 of the Voting Rights Act to obtain a bailout from the special remedial provisions of the Act. **

**WILLIE RAY v. STATE OF TEXAS,**  2:06-CV-385(TJW) (E.D. Texas).  This case challenged the constitutionality of certain provisions of the Texas Election Code, and the racially selective prosecution of African American and Latino citizens by Texas Attorney General Greg Abbott for allegedly violating those provisions.  The case was settled.

NAMUDNO v. HOLDER**,** 557 U.S. 193 (2009).  This case challenged the constitutionality of Section 5 of the Voting Rights Act.  In the district court, I represented Travis County, Texas, which supported the defendant Holder and argued in favor of the constitutionality of Section 5 of the Voting Rights Act.  In the U.S. Supreme Court, I represented jurisdictions that had bailed out from Section 5 coverage and urged the Court to uphold Section 5.

## 2011 to Present:

**PEREZ v. PERRY**, No. 11-360 (W.D. TX)(three-judge court)(consolidated cases--including *Quesada v. Perry*, No. 11-593-OLG-JES-XR) challenging Texas Congressional and State House districts under Sections 2 and 5 of the Voting Rights Act, and the Fourteenth and Fifteenth Amendments to the United States Constitution.  The case remains pending.

**DAVIS v. PERRY**, No. 11-788 (W.D. TX)(three-judge court)(consolidated with LULAC v. Perry), No. 11-788, challenging under Section 2 and the United States Constitution the state senate redistricting plan insofar as it dismantled Senate District 10 and in doing so discriminated against minority voters in the district.

**BEAUMONT INDEPENDENT SCHOOL DISTRICT v. UNITED STATES OF AMERICA**, 1:13-cv-00401-RC-BMK-ESH (D.D.C.) (three-judge court) (In this Section 5 declaratory judgment case, I represented the Plaintiff Beaumont ISD seeking Voting Rights Act approval of certain voting changes)

**STATE OF TEXAS v. UNITED STATES OF AMERICA** 1:11-cv-01303-RMC-TBG-BAH (D.D.C.) (three-judge court) (In this lawsuit, the State of Texas sought preclearance to its statewide redistricting plans. I represented a group of Defendant Intervenors who successfully opposed preclearance of the state senate plan and the congressional plan before the three-judge

9

court.  I also served in the case as co-administrative coordinator for the various Defendant-Intervenor groups in the lawsuit.  The Supreme Court vacated and remanded the case following the decision in *Shelby County, Al. v. Holder*).

**STATE OF TEXAS v. HOLDER**, 1:12-cv-00128-RMC-DST-RLW   (TX Voter ID case).  In this lawsuit, the State of Texas sought Section 5 preclearance of its photo ID bill.  I represented a group of Defendant Intervenors who opposed preclearance.  I also served as co-administrative coordinator for the various Defendant-Intervenor groups.  The three-judge court denied preclearance.  On appeal, the decision was vacated and the case remanded to the D.C. Court in light of *Shelby County, AL v. Holder*.

**LAROQUE et al v. HOLDER**, 1:10-cv-00561-JDB (D.D.C.) This case challenged the constitutionality of the Voting Rights Act and I represented a group of Defendant-Intervenors defending against the challenge.  On appeal, the case was declared moot.

**STATE OF SOUTH CAROLINA v. UNITED STATES OF AMERICA**, No. 1:12-cv-00203 (CKK-BMK-JDB) (D.D.C.) (three-judge court).  I served as co-counsel to a group of Defendant-Intervenors in this Section 5 declaratory judgment suit involving the South Carolina voter ID law. The State was granted preclearance after changes were made during the litigation to the photo ID bill.**

**LEAGUE OF WOMEN VOTERS v. DETZNER,** No.: 2012-CA-00490 (Leon County, Florida). I am co-counsel to the League of Women Voters which challenges the redistricting of Florida's state senate and congressional redistricting plans, on the grounds that those plans violate the State Constitution's prohibitions on drawing plans to favor one political party over another or to favor an incumbent.  The case is pending.

**BROWN v. STATE OF FLORIDA (**S.D. Florida).  This case was a challenge to the constitutionality of amendments to the Florida Constitution that regulated statewide redistricting plans.  I represented a group of intervenor defendants who supported the provisions.  The district court upheld the amendments and the U.S. Court of Appeals affirmed.

**YUBA COUNTY WATER AGENCY v. HOLDER**, No. 1:13-cv-00352 (D.D.C.) (three-judge court).  In this action, I represented the Water Agency in an action brought under Section 4 of the Voting Rights Act to obtain a bailout from the special remedial provisions of the Act.  The case was dismissed without prejudice following the Supreme Court's ruling in *Shelby County, Alabama v. Holder*. **

**NORTH YUBA WATER DISTRICT v. HOLDER**, 1:13-cv-00407 (D.D.C.) (three-judge court). In this action, I represented the Water District in an action brought under Section 4 of the Voting Rights Act to obtain a bailout from the special remedial provisions of the Act. The case was

dismissed without prejudice following the Supreme Court's ruling in *Shelby County, Alabama v. Holder*. **

**LINDA FIRE PROTECTION DISTRICT v. HOLDER,** 1:13-cv-00485 (D.D.C.).  In this action, I represented the Fire Protection District in an action brought under Section 4 of the Voting Rights Act to obtain a bailout from the special remedial provisions of the Act. The case was dismissed without prejudice following the Supreme Court's ruling in *Shelby County, Alabama v. Holder*. **

**LINDA COUNTY WATER DISTRICT v. HOLDER,** 1:13-cv-00363-JEB-JWR-JDB).  In this action, I represented the Water District an action brought under Section 4 of the Voting Rights Act to obtain a bailout from the special remedial provisions of the Act. The case was dismissed without prejudice following the Supreme Court's ruling in *Shelby County, Alabama v. Holder*. **

**HANOVER COUNTY, VIRGINIA v. HOLDER**, 1:13-cv-00625-BAH-JRB-KBJ).  In this action, I represented Hanover County in an action brought under Section 4 of the Voting Rights Act to obtain a bailout from the special remedial provisions of the Act. The case was dismissed without prejudice following the Supreme Court's ruling in *Shelby County, Alabama v. Holder*. **

**CITY OF FALLS CHURCH, VIRGINIA v. HOLDER**, 1:13-cv-00201-ABJ-DBS-RJL).  In this action, I represented the City of Falls Church in a successful action brought under Section 4 of the Voting Rights Act to obtain a bailout from the special remedial provisions of the Act. **

**CITY OF WHEATLAND, CALIFORNIA v. HOLDER**, 1:13-cv-00054-RMC-DST-RBW).  In this action, I represented the City of Wheatland in a successful action brought under Section 4 of the Voting Rights Act to obtain a bailout from the special remedial provisions of the Act. **

**STATE OF NEW HAMPSHIRE v. HOLDER**, 1:12-cv-01854-EGS-TBG-RMC).  In this action, I represented the State of New Hampshire in a successful action brought under Section 4 of the Voting Rights Act to obtain a bailout from the special remedial provisions of the Act. **

**BROWNS VALLEY IRRIGATION DISTRICT v. HOLDER**,1:12-cv-01597-RWR-KLH-TFH).  In this action, I represented Browns Valley Irrigation District in a successful action brought under Section 4 of the Voting Rights Act to obtain a bailout from the special remedial provisions of the Act. **

**MERCED COUNTY, CALIFORNIA v. HOLDER**, 1:12-cv-00354-TFH-DST-ABJ).  In this action, I represented Merced County in a successful action brought under Section 4 of the Voting Rights Act to obtain a bailout from the special remedial provisions of the Act. **

**PRINCE WILLIAM COUNTY, VIRGINIA v. HOLDER**, 1:12-cv-00014-ESH-TBG-JEB).  In this action, I represented Prince William County in a successful action brought under Section 4 of the Voting Rights Act to obtain a bailout from the special remedial provisions of the Act. **

**KING GEORGE COUNTY, VIRGINIA v. HOLDER,** 1:11-cv-02164-BAH-KLH-ESH).  In this action, I represented King George County in a successful action brought under Section 4 of the Voting Rights Act to obtain a bailout from the special remedial provisions of the Act. **

**JAMES CITY COUNTY, VIRGINIA v. HOLDER**, 1:11-cv-01425-PLF-DST-TFH).  In this action, I represented James City County in a successful action brought under Section 4 of the Voting Rights Act to obtain a bailout from the special remedial provisions of the Act. **

**CITY OF WILLIAMSBURG, VIRGINIA v. HOLDER**, 1:11-cv-01415-EGS-JR–RWR (D.D.C.) (three-judge court).  In this action, I represented Williamsburg in a successful action brought under Section 4 of the Voting Rights Act to obtain a bailout from the special remedial provisions of the Act. **

**CULPEPER COUNTY, VIRGINIA v. HOLDER**, 1: 1:11-cv-01477-JEB-JWR-RLW (D.D.C.) (three-judge court).  In this action, I represented Culpeper County in a successful action brought under Section 4 of the Voting Rights Act to obtain a bailout from the special remedial provisions of the Act. **

**CITY OF BEDFORD, VIRGINIA v. HOLDER**, 11-cv-00473-TFH-TBG-RLW (D.D.C.) (three-judge court).  In this action, I represented the City of Bedford in a successful action brought under Section 4 of the Voting Rights Act to obtain a bailout from the special remedial provisions of the Act. **

**BEDFORD COUNTY, VIRGINIA v. HOLDER**, 1:11-cv-00499-ESH-KLH-BAH  (D.D.C.) (three-judge court).  I represented Bedford County in a successful bailout action brought under Section 4 of the Voting Rights Act. **

**RAPPAHANNOCK COUNTY, VIRGINIA v. HOLDER**, 1:11-cv-01123-JEB -KLH–RMC (D.D.C.) (three-judge court).  I represented Rappahannock County in a successful bailout action brought under Section 4 of the Voting Rights Act. **

**CITY OF MANASSAS PARK, VIRGINIA v. HOLDER,** 1:11-cv-00749-CKK-JRB-HHK (D.D.C.) (three-judge court).  I represented the City of Manassas Park in a successful bailout action brought under Section 4 of the Voting Rights Act. **

**ALTA IRRIGATION DISTRICT v. HOLDER**, 1:11-cv-00758-RJL-DAG–PLF (D.D.C.) (three-judge court). I represented the Alta Irrigation District in a successful bailout action brought under Section 4 of the Voting Rights Act. **

**JEFFERSON COUNTY DRAINAGE DISTRICT NO. 7 v. HOLDER**, 1:11-cv-00461-RWR-DST-RJL) (D.D.C.) (three-judge court).  I represented this Jefferson County Drainage District in a successful bailout action brought under Section 4 of the Voting Rights Act.**

**HANOVER COUNTY, VIRGINIA v. HOLDER** (D.D.C.) (three-judge court).  In this lawsuit, I represented Hanover County in a successful action brought under Section 4 of the Voting Rights Act to obtain a bailout from the special remedial provisions of the Act. **

HARDING v. DALLAS COUNTY, TEXAS, No. 3:15-CV-00131-D (N.D. TX).  This is a pending challenge by Anglo voters to the 2011 redistricting plan for the Dallas County Commissioners' Court.  I serve as co-counsel to the defendants in the case, which is currently on appeal to the Fifth Circuit.


# PART III

### Cases In Which J. Gerald Hebert Has Served As Legal Counsel
### To A Party or An *Amicus Curiae* on Behalf of the Campaign Legal Center

### (2004 to the present)

Listed below are cases in which I have appeared as legal counsel for a party or for an *amicus curiae* in campaign finance cases, Voting Rights Act cases, or other election law cases at the Campaign Legal Center, a non-profit, non-partisan organization in Washington, DC.

### Federal Litigation

***CITIZENS UNITED v. FEC*** **(U.S. Supreme Court.)** Citizens United filed suit to challenge the federal "electioneering communications" corporate funding restriction and disclosure requirements as applied to its film entitled *Hillary: The Movie* and its advertisements promoting the film.  On July 18, 2008, a three-judge panel upheld the federal law.  On January 21, 2010, the Supreme Court struck down the 60-year-old federal restriction on corporate expenditures in candidate elections, and overturned *Austin v. Michigan Chamber of Commerce* (1990) and part of *McConnell v. FEC* (2003).  In my capacity as Director of Litigation at the non-profit, non-partisan Campaign Legal Center, I filed one *amici* brief with the district court and two *amici* briefs with the Supreme Court on behalf of campaign finance reform groups.

***WISCONSIN RIGHT TO LIFE v. FEC***, **(US Supreme Court)** and No. 04-1260 (DBS, RWR, RJL)(D.D.C.)(3-judge court).  Wisconsin Right to Life (WRTL) challenged provisions of BCRA which prohibited it from making certain election communications during and prior to the 2004 elections.  The three-judge court rejected WRTL's challenge and the Supreme Court reversed and struck down the provisions.  I served as legal counsel for the Campaign Legal Center, Senator John McCain, and Representatives Christopher Shays and Martin Meehan in the case as *amici curiae* supporting the defendant FEC.

*McCOMISH v. BENNETT*, **No. 10-686 (U.S. Supreme Court).**  This was a constitutional challenge to the "matching funds trigger provisions" of the Arizona Citizens Clean Elections Act, which provided participating candidates with additional funds if non-participating opponents or outside groups spend above the statutory threshold.  In my capacity as Director of Litigation at the non-profit, non-partisan Campaign Legal Center, I filed an *amici* brief in the Supreme Court on behalf of the Legal Center and seven other public interest groups to defend the Arizona law.  In my capacity as Director of Litigation at the non-profit, non-partisan Campaign Legal Center, I also filed an *amici* brief with the district court in 2009.

*McCUTCHEON v. FEC,* **572 U.S. 185 (2014)**  This challenge to federal aggregate contribution limits was filed by plaintiffs Shaun McCutcheon and the Republican National Committee (RNC).  Plaintiffs in *McCutcheon v. FEC* challenge both the $70,800 aggregate limit on contributions to non-candidate committees and the $46,200 aggregate limit on contributions to candidate committees in a two-year election cycle.  The three-judge district court rejected the challenge, but the U.S. Supreme Court has noted probable jurisdiction.  In my capacity as Director of Litigation at the non-profit, non-partisan Campaign Legal Center, I filed an *amici* brief in the district court and the Supreme Court defending the aggregate limits.

*SHELBY COUNTY v. HOLDER* (U.S. Supreme Court**), 570 U.S. 529 (2013).**  This case involved a challenge to the constitutionality of certain special provisions of the Voting Rights Act of 1965, as amended.  In my capacity as Director of Litigation at the non-profit, non-partisan Campaign Legal Center, I filed an *amici* brief in the Supreme Court on behalf jurisdictions that have bailed out from coverage under the Act.

*EVENWEL V. ABBOTT,* 578 U.S. __ (2016) (U.S. Supreme Court). This case involved a challenge under the U.S. Constitution to the Census Bureau's method of conducting the census. The challengers urged the Court to require that the Census Bureau use citizenship voting age population or registered voter data. In my capacity as Director of Litigation for CLC, I represented former Directors of the Census Bureau who filed an *amici curiae* brief in the Supreme Court, urging the Court to reject the plaintiffs' challenge.

*DAVIS V. FEC,* 554 U.S. 724 (2008) (Supreme Court). This was a federal court challenge to the Millionaire's Amendment of the Bipartisan Campaign Reform Act of 2002. Under the Millionaire's Amendment, when a wealthy self-financed candidate spent in excess of a specified threshold of personal funds, the Amendment provided for an increase in contribution limits and an elimination of coordinated party spending limits for such candidate's non-wealthy opponent. The Amendment also imposed additional disclosure requirements on the self-financing wealthy candidate. The Supreme Court invalidated all of these provisions.  I served as legal counsel to *amici* supporting these amendments in the U.S. Supreme Court.

*COOPER (MCCRORY) V. HARRIS,* **NO. 581 U.S. __ (2017) (U.S. SUPREME COURT).** This case involved a challenge to North Carolina's congressional districts, alleging that they were racially gerrymandered in violation of the U.S. Constitution.  The three-judge court found that the State of NC had used race as the predominant factor in drawing district lines without a compelling

14

reason for doing so. The Supreme Court affirmed.  CLC submitted an *amici curiae* brief in the U.S. Supreme Court on behalf of itself, the League of Women Voters, the Voting Rights Institute, the Racial Justice Project at New York Law School, the National Council of Jewish Women and the National Association of Social Workers supporting the challengers (appellees).

***SHAYS v. FEC***, No. 04-5352 (D.C.Cir.) (Shays I).  This is an appeal from a ruling of this court (Kollar-Kotelly, J.) striking down regulations promulgated by the FEC to implement the Bipartisan Campaign Reform Act (BCRA).  I served as legal counsel to United Senators John McCain and Russell Feingold who appeared in the case as *amici curiae* and filed a brief supporting Appellees Shays and Meehan.

***SHAYS v. FEC (527 Suit)***, No. 1:04-cv-01597-EGS  (D.D.C.) (Sullivan, J.)  (Shays II).   This lawsuit challenge the failure of the FEC to promulgate effective regulations that would apply to 527 groups.  I served as legal counsel to United Senators John McCain and Russell Feingold who appeared in the case as *amici curiae*.

***LAIR V. MOTL***, 873 F. 3d 1170 (9th Cir. 2017).  This case involved a First Amendment challenge to Montana's contribution limits. In this case, I filed a brief in the Ninth Circuit Court of Appeals on behalf of the Campaign Legal Center, Common Cause, Justice at Stake and the League of Women Voters on behalf of Montana arguing that the limits were justified by a compelling state interest and that such limits were especially important in judicial elections.

***NC RIGHT TO LIFE v. LEAKE***, No. 5:99-CV-798-BO(3).  This case involves a constitutional challenge to several North Carolina campaign finance laws.  I represent the Campaign Legal Center in the case, which filed a brief as *amicus curiae* arguing that North Carolina's limits on contributions to independent expenditure political committees are constitutional.

***VOTERS EDUCATION COMMITTEE v.  WASHINGTON PUBLIC DISCLOSURE COMMISSION***, No. 04-2-23551-1SEA (King County Superior Court).  Suit alleges that certain ads aimed at a state Attorney General candidate are not express advocacy, but rather are "issue advocacy" and protected "political speech". I represent the Campaign Legal Center in the case, which filed a brief as *amicus curiae* arguing that the state law at issue does not violate the free speech rights of plaintiff 527 corporations by requiring them to register as a political organization and file reports of their contributions and expenditures.

***EMILY'S LIST v. FEC***, No. 1:05cv00049 (D.D.C.).  EMILY's List challenged a new rule adopted by the FEC late last summer that requires a federal committee to use at least 50 percent federal funds to pay for generic voter mobilization drives and other activities that affect both federal and nonfederal elections, along with a rule that clarified the definition of the term "contribution."  I represented Senators John McCain and Russell Feingold, Representatives Christopher Shays and Martin Meehan, and the Campaign Legal Center which appeared as *amici curiae* in the case and filed a brief opposing EMILY's List's motion for a preliminary injunction.

***CHRISTIAN CIVIC LEAGUE OF MAINE v. FEC***, **No. CV06-0614 (three-judge court)** (D.D.C.). The Christian Civic League of Maine has challenged provisions of BCRA which prohibited it from making certain election communications during and prior to the 2006 elections in Maine. The three-judge court denied the Christian Civic League's motion for preliminary injunction and the case is on appeal to the U.S. Supreme Court. I served as co-counsel for the defendant intervenors in the case: U.S. Senators John McCain and Russ Feingold, and Representatives Christopher Shays, Martin Meehan, and Tom Allen supporting the defendant FEC.

***DELAWARE STRONG FAMILIES V. DENN,*** **793 F. 3d 304 (2015)(3rd Cir.).** This case was a constitutional challenge to the State of Delaware's electioneering communications disclosure requirements. CLC was co-counsel to the State of Delaware in the case and defended the law. The United States Court of Appeals for the Third Circuit held that the law's disclosure requirements were sufficiently tailored to Delaware's asserted interest in an "informed electorate."

***UNITED STATES v. VALDES.*** No. 03-3066 (DC Cir.) I filed an *amicus* brief in the U.S. Court of Appeals for the District of Columbia on behalf of the Campaign Legal Center supporting the defendant United States in this appeal, which involved an interpretation and application of the federal anti-gratuities statute.

***CAO (RNC) v. FEC***, **No. 10-30146 (5th Cir.), cert. denied No. 10-776 (U.S. Sup. Ct.)** In my capacity as Director of Litigation at the non-profit, non-partisan Campaign Legal Center, I filed an *amicus* brief on April 19, 2010 with the *en banc* Fifth Circuit Court of Appeals to defend the constitutionality of the party coordinated spending limits.

***GREEN PARTY OF CONNECTICUT V. LENGE***, **Nos. 09-0599, 09-0609 (2d Cir.), cert. petition No. 10-795 (U.S. Sup. Ct.)** In my capacity as Director of Litigation at the non-profit, non-partisan Campaign Legal Center, , I served as co-counsel to the defendant-intervenors in the Supreme Court opposing the petition for *certiorari*, a case that challenged the constitutionality of Connecticut's public financing system and its statutory ban on contributions from lobbyists, state contractors and members of their immediate families and their solicitation of contributions.

***U.S. v. O'DONNELL***, **No. 09-50296 (9th Cir.), cert. petition No. 10-1099 (U.S. Sup. Ct.)** This case involved whether federal law "prohibits straw donor contributions, in which a defendant solicits others to donate to a candidate for federal office in their own names and furnishes the money for the gift either through an advance or a prearranged reimbursement. CLC, with D21, filed an *amici* brief with the Ninth Circuit, urging the Court to correct the erroneous interpretation given to the federal law provision by the district court.

***U.S. v. DANIELCZYK***, **No. 11-cr-00085 (E.D. Va.), No. 11-4667 (4th Cir.)** This criminal case concerned a number of alleged campaign finance violations, including that the defendants illegally directed corporate contributions to Hillary Clinton's 2008 Presidential campaign. In my capacity as Director of Litigation at the non-profit, non-partisan Campaign Legal Center, I filed an *amici* brief in the U.S. Court of Appeals for the Fourth Circuit on the side of the United States.

***KOERBER v. FEC***, **No. 2:08-cv-00039 (E.D.N.C.)** In September 2008, the Committee for Truth in Politics challenged the constitutionality of the federal disclosure requirements for "electioneering communications," and the FEC's policy for determining federal "political committee" status.  The CLC, with D21, filed *amici* briefs defending the law on October 14, 2008 with the district court, and on April 24, 2009 with the Fourth Circuit.

***THE REAL TRUTH ABOUT OBAMA, INC. (RTAO) v. FEC***, **No. 08-cv-00483 (E.D. Va.), No. 11-1760 (4th Cir.)** RTAO filed suit in the U.S. District Court for the Eastern District of Virginia to enjoin a number of FEC regulations governing when independent groups must register as federal political committees and comply with the applicable federal restrictions and disclosure requirements.  The CLC, with D21, filed an *amici* brief on October 27, 2011 to defend the FEC rules with the Fourth Circuit following the remand of the case from the Supreme Court. The CLC previously filed *amici* briefs in this case in the district court and the Fourth Circuit on August 14, 2008, October 28, 2008 and October 17, 2010.

***VAN HOLLEN v. FEC***, **No. 11-cv-00766 (D.D.C.)**   On April 21, 2011, Representative Chris Van Hollen (D-MD) filed a lawsuit against the FEC to challenge a 2007 FEC regulation that narrowed the scope of federal disclosure requirements connected to electioneering communications. In my capacity as Director of Litigation at the non-profit, non-partisan Campaign Legal Center (CLC), I was one of the attorneys representing Rep. Van Hollen as CLC is part of Van Hollen's *pro bono* legal team. The case remains pending.

***AMERICAN TRADITION PARTNERSHIP, INC. v. BULLOCK***, **DA 11-0081 (Sup. Ct. Mont.),** *cert.* **denied No. 11-1179 (U.S. Sup. Ct.)** In March 2010, plaintiffs filed suit to challenge Montana's corporate expenditure restriction, M.C.A. § 13-35-227, on grounds that it was unconstitutional under *Citizens United v FEC*.   In my capacity as Director of Litigation at the non-profit, non-partisan Campaign Legal Center, I filed an *amici* brief in support of itself and 13 other public interest groups on May 18, 2012, urging the U.S. Supreme Court to deny *certiorari*, or if it grants *certiorari*, to grant plenary review.

***WAGNER v. FEC***, **No. 11-cv-1841 (D.D.C.)**   On October 19, 2011, plaintiffs filed a complaint with the U.S. District Court for the District of Columbia to challenge the constitutionality of the federal governmental contractor contribution ban, 2 U.S.C. § 441c, as applied to individuals who have personal services contracts with federal agencies.  In my capacity as Director of Litigation at the non-profit, non-partisan Campaign Legal Center, I filed an *amicus* brief in the district court supporting the contractor contribution ban.

***RNC v. FEC***, **No.** 1:08-cv-01953-RJL-RMC **(D.D.C.) (three-judge court).**  On November 13, 2008, the RNC filed suit in federal district court to challenge BCRA's "soft money" restrictions that bar the national parties from raising or spending soft money and prohibit state parties from using soft money for activities that affect federal elections, such as voter registration or GOTV drives.  On March 9, 2009, the Legal Center filed an *amici* brief on behalf of former Representatives Shays and Meehan and Senators McCain and Feingold to defend the "soft money" provisions. On June 29, 2010, the Supreme Court summarily affirmed the decision of a three-judge

panel to dismiss the RNC's as-applied challenge to the soft money restrictions of the Bipartisan Campaign Reform Act (BCRA).

*SPEECHNOW.ORG v. FEC* **(D.C. Cir.)**  In February 2008, SpeechNow.org filed suit and requested a preliminary injunction to enjoin the federal contribution limits and disclosure requirements as applied to so-called "independent expenditure committees."  THE DC Circuit struck down the contribution limits but upheld the disclosure requirements.  The Legal Center filed two *amici* briefs with the D.C. Circuit in 2009 to support the constitutionality of the federal contribution limits as applied to a political committee making only independent expenditures.

 *HISPANIC LEADERSHIP FUND* **v. FEC,**  *No. I:12cv893* (E.D. VA.). Plaintiffs sought to air television advertisements criticizing President Obama without complying with "electioneering communication" disclosure requirements, which include donor disclosure. The ads proposed by HLF would not have mentioned President Obama by name and instead would use the terms "the White House" and "the Administration" and audio recordings of the President's voice.  In an attempt to evade the electioneering communication disclosure requirements, HLF argued that its ads do not refer to a clearly identified candidate, and that the disclosure provisions are unconstitutional.  The District Court denied an injunction and rejected the constitutional challenge.  In my capacity as Director of Litigation for the non-profit, non-partisan Campaign Legal Center, I filed an *amicus* brief in 2012 supporting the FEC and defending the challenged provisions.

*VAN HOLLEN v. IRS*, No. 13-1276 (D.D.C.) (JDB), this lawsuit was filed on August 23, 2013, and challenged the failure of the IRS to conduct a rulemaking proceeding to adopt new rules to properly implement the tax law's eligibility requirements for tax-exempt status as a 501(c)(4) "social welfare" organization.  I served as co-counsel to the plaintiff in my capacity as Director of Litigation for the Campaign Legal Center.  The case was recently dismissed voluntarily based on the IRS's announcement that it is undertaking a rulemaking proceeding to address the problems arising from campaign activities by 501(c)(4) groups.

**LEWIS V. STATE OF ALABAMA, No. 17-11009 (11th Cir.)(2018).**  In this case, a district court in Alabama had held that the Voting Rights Act did not authorize a private right of action or abrogate state sovereign immunity.  CLC served as co-counsel to *amici curiae* NAACP Legal Defense and Educational Fund, Inc. and the Campaign Legal Center, submitting a brief in the Eleventh Circuit Court of Appeals urging a reversal of the lower court decision. The brief addressed two issues: sovereign immunity and whether private plaintiffs have standing to sue under Section 2 of the Voting Rights Act.  The court of appeals reversed the trial court, finding that: 1)plaintiffs have standing to assert their claims against the attorney general, and the Eleventh Amendment provides no shield; and 2) Congress unequivocally expressed its intent to abrogate the states' Eleventh Amendment immunity through § 2 of the Voting Rights Act.

**VEASEY v. PERRY,** No. 13-139 (NGR) (S.D. TX).  This case is a challenge to the Texas photo ID law, S.B. 14, brought under the Voting Rights Act and various provisions of the Constitution.

**WHITFORD v. GILL**, No. 3:15-cv-00421 (W.D. Wis.). This is a pending partisan gerrymandering challenge under the U.S. Constitution to the redistricting plan for the Wisconsin General Assembly.  A judgment in favor of plaintiffs was handed down in 2016. The U.S. Supreme Court vacated that ruling and remanded the case for further proceedings.  The case remains pending before the three-judge district court.

**HOLLOWAY v. CITY OF VIRGINIA BEACH, VIRGINIA,** 2:18cv69 (E.D. VA). This case is a pending challenge under the Voting Rights Act and the U.S. Constitution to the method of electing the Virginia Beach City Council.

**THOMPSON v. STATE OF ALABAMA**, 2:16-cv-00783-ECM-GMB (M.D. Al). This is a pending challenge under the Voting Rights Act and the U.S. Constitution to felon disenfranchisement laws in the State of Alabama.

**WITTMAN V. PERSONHUBALLAH,** 578 U.S. (2016). In this racial gerrymandering case involving congressional districts in Virginia, the CLC submitted an *amici curiae* brief in the U.S. Supreme Court on behalf of itself, the League of Women Voters, the Voting Rights Institute and the National Council of Jewish Women.

**BETHUNE-HILL v. VA. STATE BD. OF ELECTIONS**, 137 S. Ct. 788 (2017).  In this racial gerrymandering challenge to legislative districts (General Assembly) in Virginia, CLC submitted an *amici curiae* brief in the U.S. Supreme Court on behalf of itself, the League of Women Voters, the Voting Rights Institute, the Racial Justice Project at New York Law School, the National Council of Jewish Women, and the National Association of Social Workers.


## STATE/MUNICIPAL LAW LITIGATION

### State Disclosure Cases


***DOE v.  REED*, No. 09-559 (U.S. Sup. Ct.), on remand No. 3:09-cv-05456 (W.D. Wa.), on appeal No. 11-35854 (9th Cir.)**  Plaintiffs filed suit to halt Washington State from making petitions connected to a state ballot measure available in response to requests made under the state Public Records Act.  In my capacity as Director of Litigation at the non-profit, non-partisan Campaign Legal Center, I filed an *amicus* brief on March 28, 2012 with the Ninth Circuit, urging the court to reject the plaintiffs' as-applied challenge and arguing that the narrow exemption to disclosure for harassment set forth in *Buckley v. Valeo* was not warranted in this case.

***PROTECTMARRIAGE.COM v.  BOWEN*, 2:09-cv-00058 (E.D. Calif.), on appeal No. 11-17884 (9th Cir.)**  In January 2009, Plaintiffs brought a challenge in the U.S. District Court for the Eastern District of California to a California law requiring ballot measure committees to disclose the names and other information of their contributors of $100 or more.  In my capacity as Director

of Litigation at the non-profit, non-partisan Campaign Legal Center, I filed an *amicus* brief to support California's ballot measure disclosure law with the Ninth Circuit on April 17, 2012.

***HUMAN LIFE OF WASHINGTON, INC. ("HLW") v. BRUMSICKLE***, **No. 09-35128 (9th Cir.)** In April 2008, HLW challenged the constitutionality of several components of the State of Washington's political committee disclosure regime, including the State's definitions of "political committee," "independent expenditure," and "political advertising." On June 4, 2009, and in my capacity as Director of Litigation at the non-profit, non-partisan Campaign Legal Center, I filed an *amicus* brief with the Ninth Circuit to defend the disclosure laws.

***OHIO RIGHT TO LIFE (ORTL) v. OHIO ELECTION COMMISSION***, **08-cv-00492 (S.D. Ohio).** ORTL filed suit in the U.S. District Court of the Southern District of Ohio to challenge multiple provisions of Ohio's campaign finance law, including its "electioneering communications" corporate funding prohibition and related disclosure requirements. On July 18, 2008, and in my capacity as Director of Litigation at the non-profit, non-partisan Campaign Legal Center (CLC), I filed an *amici* brief on behalf of CLC and Ohio Citizen Action, defending the constitutionality of Ohio's electioneering communications disclosure requirements.

***TEXAS DEMOCRATIC PARTY v. KING STREET PATRIOTS***, **No. D-1-GN-11-002363 (D.Ct. Travis Co.)** The Texas Democratic Party filed an action seeking damages and declaratory and injunctive relief in connection to several violations of state campaign finance law allegedly committed by the King Street Patriots. In response to the suit, the King Street Patriots filed a counterclaim challenging numerous provisions of Texas campaign finance law, including the state corporate contribution restriction, and the disclosure and organizational requirements applicable to political committees and related statutory definitions. In my capacity as Director of Litigation at the non-profit, non-partisan Campaign Legal Center, I filed in September 2011 an *amicus* brief to oppose the counterclaim and to defend the constitutionality of Texas' campaign finance laws.

***NATIONAL ORGANIZATION FOR MARRIAGE*** v. ***BROWNING***, This was a constitutional challenge to certain provisions of Florida law relating to electioneering communications and disclosure, alleging that the provisions were overbroad and vague. In my capacity as Director of Litigation at the non-profit, non-partisan Campaign Legal Center, I filed an *amicus* brief in the Eleventh Circuit defending the Florida laws, which were upheld by the court of appeals.

### State Contribution Limit Cases

***COMMITTEE ON JOBS, ET AL. v. HERRERA***, **07-cv-03199 (N.D. Cal.)** In June 2007, two political committees filed a challenge in the U.S. District Court for the Northern District of California to the constitutionality of San Francisco's limit on contributions to political committees that make only independent expenditures in City elections. On August 27, 2007, the CLC filed an *amici* brief on behalf of itself and four other nonprofit political reform organizations supporting the constitutionality of the San Francisco contribution limits.

***MINNESOTA CONCERNED CITIZENS FOR LIFE (MCCL) v. SWANSON***, **10-cv-2938 (D. Minn.), on appeal No. 10-3126 (8th Cir.)** MCCL challenged multiple provisions of Minnesota's

campaign finance law pertaining to the regulation of corporations.  On December 22, 2010, the CLC, with D21, filed an *amici* brief to defend Minnesota's disclosure law and its restrictions on corporate contributions.

***THALHEIMER v.  CITY OF SAN DIEGO*, No. 10-55322 (9th Cir.)**   In December 2009, plaintiffs filed a constitutional challenge to several provisions of San Diego's campaign finance laws.  On April 9, 2010, the CLC filed a brief *amici curie* with the Ninth Circuit on behalf of itself and two other public interest groups to support the contribution limit.

## State Public Financing Cases

***WISCONSIN RIGHT TO LIFE v.  BRENNAN*, 3:09-cv-00764 (W.D. Wis.), No. 11-1769 (7th Cir.) and *KOSCHNICK v.  DOYLE*, 3:09-cv-00767 (W.D. Wis.).**  In December 2009, two cases were filed to challenge the trigger provisions of Wisconsin's recently-enacted public financing program, as well as other program components.  The CLC filed an *amici* brief on June 17, 2011.

## Ethics/Public Corruption

**GIL RAMIREZ GROUP v. HOUSTON INDEPENDENT SCHOOL DISTRICT, CIVIL ACTION 4:10-CV-04872 (S.D. Texas).**  In early 2016, CLC joined in a lawsuit alleging widespread corruption in the awarding of contracts by the Houston Independent School District (HISD). The Legal Center joined the legal team representing a Houston construction contractor, the Gil Ramirez Group, who was locked out of the school district's construction contracts after refusing to participate in the Board of Trustees' widespread "pay-to-play" scheme.  Plaintiffs were awarded around $5,000,000 in damages. On March 15, 2019, the U.S. Court of Appeals for the Fifth Circuit affirmed that judgment.

# EXHIBIT B

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|------|------------------------------|-------------------|
| **2013** | | **Time** |
| 6.25.13 | Read SCOTUS Shelby County Decision | 1.1 |
| 6.25.13 | Meet w/attorney C. Dunn to review legal strategies for filing suit | 1.6 |
| 6.25.13 | Communications with clients from DC | |
| | lawsuit re: filing suit in TX to challenge photo ID | 1.5 |
| 6.25.13 | Review & research law on venue in TX federal court | 0.3 |
| 6.25.13 | Confer with C. Dunn re: drafting of complaint | 0.5 |
| 6.25.13 | Discussion with clients re: funding of litigation | 0.4 |
| 6.25.13 | TC w/Chad Dunn re: adding co-counsel (Baron)(0.3) | no charge |
| 6.26.13 | Review C.Dunn's draft of complaint & edit same | 0.9 |
| 6.26.13 | Communications with voting rights attorneys re: filed complaint in Corpus Christi (1.4) | no charge |
| 6.26.13 | Review memo from Texas Secretary of State | |
| | re: immediate implementation of Senate Bill 14 | 0.2 |
| 6.26.13 | Discuss with C. Dunn re: prep of advisory on TX's | |
| | immediate implementation of photo ID law (SB 14) | 0.2 |
| 6.27.13 | Review order re: pretrial & scheduling conference | 0.1 |
| 6.28.13 | Communications with client re: why lawsuit | |
| | is needed to stop discriminatory photo ID law (0.4) | no charge |
| 6.28.13 | Research possible additional claims to add to | |
| | complaint asserting various constitutional violations | 1.6 |
| 6.27.13 | Communications with Armand Derfner re: additional | |
| | claims to make in amended complaint | 0.2 |
| 6.28.13 | Additional Communications with Armand Derfner re: additional claims in amended complaint | 0.2 |
| 7.1.13 | Communication with Armand Derfner re: adding | |
| | a 2nd amendment claim in amended complaint for non-gun owners in TX (0.2) | no charge |
| 7.1.13 | Draft amended complaint adding new claims | 1.8 |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|---|---|---|
| 7.2.13 | Legal research into DPS services in TX for insertion into amended complaint | 0.5 |
| 7.3.13 | Drafting of amended complaint | 1.3 |
| 7.8.13 | Legal research comparing TX's photo ID law to other states' ID laws for inclusion in amended complaint | 2.7 |
| 7.10.13 | Review C. Dunn's draft of certificate of interested parties (0.2) | no charge |
| 8.8.13 | Legal research for claims to be added to amended complaint | 0.6 |
| 8.14.13 | Review edits to amended complaint by C. Dunn (0.9) | no charge |
| 8.14.13 | Communications w/Luis Vera of LULAC re: LULAC chapters in TX & LULAC as plaintiff | 0.4 |
| 8.15.13 | Review edits & comments on draft amended complaint by A. Derfner (0.4) | no charge |
| 8.16.13 | Review comments on draft amended complaint by C. Dunn (0.1) | no charge |
| 8.16.13 | Tele. Communication w/C. Dunn re: new clients in amended complaint (0.3) | no charge |
| 8.16.13 | Review caselaw on standing of our plaintiffs | 0.5 |
| 8.17.13 | Review edits to amend. complaint by A. Derfner (0.3) | no charge |
| 8.20.13 | Communications with C. Dunn re: adding & standing of new plaintiffs in amended complaint | 0.3 |
| 8.20.13 | Communication w/C. Dunn re: Dallas County as plaintiff (0.2) | no charge |
| 8.20.13 | Communication w/C. Dunn re: hiring of expert witnesses | 0.3 |
| 8.21.13 | Made edits to near final draft of amended complaint | 2.1 |
| 8.21.13 | Review comments on draft amended complaint by A. Derfner (0.2) | no charge |
| 8.22.13 | Communication with client re: filing of amended complaint | 0.1 |
| 8.22.13 | Review complaint (U.S. v. TX) from DOJ atty Bell-Platts | 0.2 |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|------|------------------------------|-------------------|
| 8.22.13 | Review communications to clients re: filing of amended complaint (0.3) | no charge |
| 8.23.13 | Communications with client re: amended complaint and retainer | 0.2 |
| 8.23.13 | Communication from TX AG office (P. Sweeten) re: name of TX AG atty handling voter ID lawsuit | 0.1 |
| 8.23.13 | Draft of pro hac vice motion for Hebert | 0.2 |
| 8.26.13 | Review filed pro hac vice motion for Hebert (0.1) | no charge |
| 8.26.13 | Review communication from N. Baron to John Scott in TX AG office re: waiver of service (0.2) | no charge |
| 8.26.13 | Review communication of Neil Baron re: representation (0.3) | no charge |
| 8.27.13 | Review motion to intervene filed by TX League of Young Voters with attachments (complaint, exhibits) | 0.5 |
| 8.27.13 | Review communications from Neil Baron re: conversations with John Scott re: consolidation of lawsuits and waiver of service (0.2) | no charge |
| 8.27.13 | Communications to co-counsel re: transmittal exhibit lists, trial transcripts, and lists of witnesses from DC preclearance case (0.3) | no charge |
| 8.28.13 | Review filed waiver of service by Perry & Steen (0.1) | no charge |
| 8.28.13 | Review filed Notices of Appearance for Hebert & Derfner (0.1) | no charge |
| 8.29.13 | Review order grantig pro hac vice motion (0.1) | no charge |
| 8.30.13 | Review unopposed motion to consolidate filed by U.S. | 0.1 |
| 8.30.13 | Review order granting motion to consolidate cases | 0.1 |
| 9.6.13 | Review pro hac vice orders for multiple counsel for TX League of Young Voters (0.2) | no charge |
| 9.10.13 | Call w/co-counsel & DOJ re: consolidation, scheduling, | |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|------|------------------------------|-------------------|
| | discovery issues (coordination) | 1 |
| 9.10.13 | Review filed letter from R. Allensworth (0.1) | no charge |
| 9.12.13 | Communication from US DOJ attorney (Bell-Platts) case schedule | 0.1 |
| 9.13.13 | Communications w/U.S. DOJ attorneys re: setting up | |
| | a conference call to discuss scheduling issues (0.1) | no charge |
| 9.13.2013 | Call w/ co-counsel re: scheduling, discovery | 1 |
| 9.16.2013 | Call w/ DOJ re: scheduling, discovery | 1 |
| 9.16.13 | Review response of U.S. to motion to intervene | 0.3 |
| 9.17.13 | Review notice of appearnce John Scott (0.1) | no charge |
| 9.17.13 | Communication from E. Rosenberg for NAACP advising motion to consolidate and seeking consent | 0.1 |
| 9.17.13 | Call with co-counsel to discuss call w/ DOJ attys re: discoverry schedule and trial date/length issues | 1.1 |
| 9.17.13 | Conference call with DOJ attys to discuss scheduling issues and dates/deadlines | 0.9 |
| 9.17.13 | Prepare & Review chart comparing DOJ proposed schedule to our dates and Court's dates | 0.3 |
| 9.17.13 | Post-DOJ call communications with DOJ (Bell-Platts) re: trial date agreement (of Sept 8) | 0.2 |
| 9.18.13 | Review motion to consolidate filed by MALC & TX NAACP | 0.1 |
| 9.18.13 | Telephone conference with US DOJ, TX AG's office re: Rule 26 disclosures and scheduling | 0.5 |
| 9.18.13 | Review TX's expert witness Dr. Shaw's trial testimony in DC preclearance case to prepare cross-examination | 1.5 |
| 9.19.13 | Review Notice from Court resetting date of initial conference | 0.1 |
| 9.19.13 | Review order granting motion to intervene filed by TX League | 0.1 |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|------|------------------------------|-------------------|
| 9.19.13 | Review consent order granting consolidation | 0.1 |
| 9.19.13 | Communications with co-counsel & counsel for other | |
| | plaintiffs to arrange conference call w/DOJ (0.4) | no charge |
| 9.19.13 | Communication from DOJ's Bell Platts confirming call on 9/20 (0.1) | no charge |
| 9.20.13 | Review orders granting pro hac vice motions of TX NAACP counsel (0.1) | no charge |
| 9.20.13 | Tele conference call with counsel for all plaintiffs' groups, including DOJ | 1 |
| 9.20.13 | Communication from E. Rosenberg re: trial date & other deadlines proposed by plaintiffs | 0.2 |
| 9.21.13 | Review communication from DOJ counsel (Bell-Platts) | |
| | regarding Rule 26 conference issues & enclosing | |
| | DOJ's proposed draft ESI agreement, Proposed Protective Order, & Proposed Supp. Protective Order | 1.3 |
| 9.23.13 | Review TX SOS communications re: Mobile units providing EICs | 0.1 |
| 9.23.13 | Review filed letter from R. Allensworth (0.1) | no charge |
| 9.23.13 | Comm. from co-counsel re: trial schedule (0.2) | no charge |
| 9.24.13 | Review article re: 84 year old Lufkin woman who is | |
| | unable to get a photo ID after 3 trips to DPS (0.1) | no charge |
| 9.24.13 | Tele. Call to clerk re: problems with ECF filing (0.2) | no charge |
| 9.24.13 | Review letter from US DOJ atty (Freeman) to TX AG | |
| | atty (Scott) re: discovery & legislative privilege | 0.2 |
| 9.24.13 | Review letter from US DOJ atty (Marzano) to TX AG | |
| | atty (Scott) re: contacting legislators (with exhibit) | 0.3 |
| 9.25.13 | Discuss DOJ letter w/co-counsel (C. Dunn)(0.2) | no charge |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|---|---|---|
| 9.25.13 | Review motion to intervene by True the Vote | 0.5 |
| 9.25.13 | Tele. Conference w/co-counsel (Dunn, Derfner, Baron, Simson) re: division of labor, scheduling, legal strategies for discovery and trial | 0.5 |
| 9.25.13 | Legal research into legality of DPS fingerprinting applicants seeking "free" photo ID | 0.2 |
| 9.25.13 | Legal research on photo ID laws & lower voter turnout | 0.7 |
| 9.26.13 | Begin legal research (0.5) and drafting of memo (1.0) opposing True the Vote's motion to intervene | 1.5 |
| 9.26.13 | Communication with E. Rosenberg re: scheduling a call to discuss schedules (0.2) | no charge |
| 9.26.13 | Read email from TX AG atty (Scott) to DOJ (0.1) | no charge |
| 9.26.13 | Review attachment A to ESI agreement from DOJ attorney (Bell-Platts) sent to all counsel | 0.2 |
| 9.27.13 | Review news story re: elderly Dallas woman unable to obtain photo ID from DPS (0.1) | no charge |
| 9.27.13 | Review motion to intervene by TX Association of Hispanic Judges & Co. Comms. | 0.2 |
| 9.27.13 | Read email from TX AG atty (Scott) to DOJ (0.1) | no charge |
| 9.27.13 | Review analysis of distances from DPS offices to closest maj-minority state house districts as possible trial exhibit | 0.2 |
| 9.27.13 | Review correspondence exchanged between Sen. Ellis and DPS Director (McCraw) re: implementation of SB 14 by DPS | 0.2 |
| 9.30.13 | Review pro hac vice motion by DOJ (0.1) | no charge |
| 10.1.13 | Read email from DOJ atty(Bell-Platts) to counsel (0.1) | no charge |
| 10.1.13 | Tele. Conference with DOJ attys & other plaintiffs' counsel re: US to file a motion to stay lawsuit | 0.3 |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|---|---|---|
| 10.1.13 | TC with other private plaintiffs groups re: trial schedule and other deadlines | 1 |
| 10.1.13 | Review Motion to Stay filed by U.S. | 0.3 |
| 10.1.13 | Communications from other private plaintiffs as to whether they will oppose DOJ's motion for a stay | 0.2 |
| 10.1.13 | Draft communication to DOJ counsel (Bell-Platts) re: Veasey plaintiffs' position on motion for a stay and review DOJ's reply | 0.1 |
| 10.2.13 | Draft response to U.S. motion for a stay | 1.1 |
| 10.2.13 | Circulate & discuss draft response w/co-counsel (0.3) | no charge |
| 10.2.13 | Review draft of litigation hold letter | 0.4 |
| 10.2.13 | Communications with other private plaintiffs' counsel | 0.2 |
| 10.3.13 | Review joint response of NAACP and TX League of Young Voters to U.S. motion for stay | 0.2 |
| 10.3.13 | Review A. Derfner's edits to litigation hold letter | 0.1 |
| 10.3.13 | Review communications from court's case manager re: scheduling a brief hearing (0.1) | no charge |
| 10.3.13 | Make final edits to litigation hold letter | 0.3 |
| 10.3.13 | Email litigation hold letter to TX AG & all counsel (0.1) | no charge |
| 10.4.13 | Prepare outline for C. Dunn with suggested points to make to court about not delaying trial date and recording names of rejected or provisional voters by State in upcoming elections | 0.4 |
| 10.4.13 | Briefing from co-counsel (C. Dunn) re: results of hearing before Judge Ramos on 10/4 re: Gov. shutdown/stay | 0.1 |
| 10.4.13 | Review Court Notice setting status conference for 10/11/13. | 0.1 |
| 10.7.13 | Review Dr. Barreto expert report from PA voter ID case | 0.5 |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|---|---|---|
| 10.7.13 | Email Barreto & Minnite PA report to co-counsel (0.1) | no charge |
| 10.7.13 | Tele. Conference w/co-counsel (Dunn, Derfner, Baron, Simson) re: budget for litigation, hiring of experts<br>& whether to seek a prelim. inj. for upcoming elections | 1.5 |
| 10.8.13 | Review summary of Dr. Lichtman trial testimony from DC preclearance case and highlight areas for his<br>his direct examination & possible topics for report/x-exam | 0.9 |
| 10.8.13 | Review order granting U.S. pro hac vice motion (0.1) | no charge |
| 10.8.13 | Review potential experts' cost estimates & outline of<br><br>services to be performed by experts (Baretto, et al.) | 0.4 |
| 10.8.13 | Tele. Conference w/co-counsel (Simson, Dunn, et al.)<br><br>re: expert cost estimates & expert services needed | 0.3 |
| 10.8.13 | Review & edit  litigation hold letter for True the Vote | 0.3 |
| 10.8.13 | Call w/co-counsel re: info rec'd from county election official<br>re: implementation of ID law | 0.3 |
| | Call w/ co-counsel (Simson/Dunn) re: funding of experts &<br>experts' cost estimates provided us (incl. scope of reports) | 0.4 |
| 10.11.13 | Prepare for 10/11 hearing before court  re: status & Government shutdown | 0.2 |
| 10.11.13 | Participate in Status Hearing before court | 0.2 |
| 10.17.13 | Review filing by U.S. re: appropriation of funds to re-open Government | 0.1 |
| 10.17.13 | Review communication to TX AG atty (Scott) from US DOJ attorney (Marzano) re: contacting legislators | 0.2 |
| 10.17.13 | Read communication from DOJ atty (Westfall) re: | |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|---|---|---|
| | revised briefing schedule on TX's motion to dismiss | 0.1 |
| 10.18.13 | Participate in Status Hearing before court re: setting of deadlines for pending motions & State's upcoming motion to dismiss | 0.2 |
| 10.18.13 | Draft email to DOJ attorneys & all plaintiffs' counsel with proposed schedule for further proceedings | 0.3 |
| 10.18.13 | Tele conference call with DOJ & counsel for private plaintiffs' counsel re: new pre-trial deadlines | 0.4 |
| 10.21.13 | Tele. Conference with Veasey co-counsel to discuss division of assignments for discovery, pre-trial schedule dates & trial date to provide court | 0.6 |
| 10.23.13 | Tele. Call with DOJ attys (Baldwin) re: pre-trial and trial dates proposed by U.S. and Veasey plaintiffs | 0.3 |
| 10.24.13 | TC w/Dallas County Elections Administrator re: implementation of SB 14 problems & possible affidavit for prelim. inj. motion & trial testimony | 0.4 |
| 10.25.13 | Call w/DOJ attys and other private plaintiffs' counsel re: pending legal issues in lawsuit, incl. litigation schedule | 0.4 |
| 10.25.13 | Review State's motion to dismiss complaints | 0.9 |
| 10.25.13 | Review notice of appearance for True the Vote atty (0.1) | no charge |
| 10.28.13 | Tele. Call w/Jose Garza re: his state court lawsuit filed in Hidalgo Co. challenging SB 14 & impact on our suit. | 0.3 |
| 10.28.13 | Call with all counsel re: E-discovery in lawsuit & scheduling issues. DOJ proposes trial in 2015 | 0.4 |
| 10.28.13 | Review pro hac vice motions of TX League (0.1) | no charge |
| 10.29.13 | Communication Dave Richards re: getting emails from | |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|------|------------------------------|-------------------|
| | Travis Countywhere county election officals in TX discussed problems implementing SB 14 (0.2) | no charge |
| 10.29.13 | Tele. Conf. call w/co-counsel (Derfner, Dunn, Simson) & | |
| | potential expert witness re: TX matching database issues | 0.5 |
| 10.29.13 | Draft Letter for Marc Veasey re: DOJ trial schedule (0.5) | no charge |
| 10.30.13 | Read orders granting pro hac motions (0.1) | no charge |
| 10.30.13 | Read responses of U.S. to motion to intervene, w/nine exhibits | 0.6 |
| 10.30.13 | Review draft of Joint Report of Rule 26 & case mangement plan circulated by DOJ attorney (Maranzano) | 0.4 |
| 10.31.13 | Draft inserts for Veasey team and outline of proposed order for insertion into joint report keeping trial schedule | 0.5 |
| 10.31.13 | Discuss Rule 26 Joint Report & discovery and trial issues w/co-counsel (Simson) (1.4) | no charge |
| 10.31.13 | Review state court complaint filed in Hidalgo Co. challenging SB 14 | 0.2 |
| 11.1.13 | Review & edit re-draft of Rule 26 Joint Report (0.5) | no charge |
| 11.1.13 | Distribute Joint Report edits to Veasey legal team & communicate other edits with legal team (0.3) | no charge |
| 11.1.13 | Review letter sent by TX SOS to voter re: SB 14 and signing affidavit at polls re: name issues | 0.2 |
| 11.1.13 | Distribute letter from TX SOS to Veasey legal team w/comments (0.2) | no charge |
| 11.1.13 | Communication w/NAACP counsel re: trial schedule | 0.1 |
| 11.1.13 | Communications with co-counsel (Dunn/Derfner) re: | |
| | conversation w/TX voter (84 years old) who could not obtain an EIC despite 2 trips to DPS | 0.2 |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|------|------------------------------|-------------------|
| 11.1.13 | Communications w/clients updating status of case/issues | 0.3 |
| 11.4.13 | Review Joint 26(f) report and proposed ESI agreement along with 6 other exhibits | 0.6 |
| 11.4.13 | Read TX AG atty (Clay) proposed edit to scheduling order | 0.1 |
| 11.5.13 | Tele. Conf. call with Veasey legal team re: issues raised by TX in motion to dismiss | 1 |
| 11.5.13 | Read filed corporate disclosure statement by MALC (0.1) | no charge |
| 11.5.13 | Communications with TX contact re: Evelyn Brickner, a 96 year old voter who cannot get photo ID despite trips to DPS with documentation | 0.3 |
| 11.5.13 | Communications with TX contact re: Peggy Herman Draper (91 year old voter) who was turned away from DPS and denied EIC because she cannot get documentation. Came to U.S. w/parents from Ellis Island | 0.3 |
| 11.5.13 | Communication w/expert witness (Lichtman) re: analysis of racial intent | 0.4 |
| 11.6.13 | Communications with TX contact re: TX voter who went to polls but was unable to vote due to ID | 0.1 |
| 11.7.13 | Read communications from clients re: voting on 11/5 | 0.2 |
| 11.7.13 | Read blog post by TX State Senator Troy Fraser re: TX ID law and voter turnout in 2011-13 elections | 0.1 |
| 11.7.13 | Read certificate of interested parties by TX League (0.1) | no charge |
| 11.11.13 | Final revisions & review of litigation hold letter to movant-intervenor True The Vote | 0.4 |
| 11.12.13 | Review Notice of Appearance by TX AG atty (0.1) | no charge |
| 11.13.13 | Review motions/orders pro hac vice, notices of appearance for attorneys (0.2) | no charge |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|------|------------------------------|-------------------|
| 11.13.13 | Review errata Notice filed by U.S. | 0.1 |
| 11.14.13 | Review TX League's amended intervenor complaint (0.3) | no charge |
| 11.14.13 | Call w/ co-counsel (Simson/Dunn) re: experts' retainders; identification of lay witnesses, assignments to counsel | 1.1 |
| 11.15.13 | Participate in hearing with court re: motions to intervene, trial date and schedule | 0.7 |
| 11.15.13 | Conf. call w/co-counsel to debrief re: court hearing & resulting tasks to counsel (discovery doc prep/MTD | 0.9 |
| 11.15.13 | Review TX Assoc. of Hispanic Co. Judge's complaint (0.3) | no charge |
| 11.18.19 | Read pro hac vice motion (0.1) | no charge |
| 11.18.13 | Tele. Conf. call w/private plaintiffs' counsel re: ccordination of tasks to avoid duplication | 1.2 |
| 11.19.13 | Review Advisory by State of TX w/attached Ingram Dec. re: trial schedule etc. | 0.3 |
| 11.20.13 | Review Court settings of status conference for 11/21 & 11/22 re: Advisory | 0.1 |
| 11.20.13 | Meet w/ E. Simson to discuss drafting of Joint Response to TX's advisory (0.4) | no charge |
| 11.20.13 | Prepare outline for affidavit of Toni Pippins Poole f to be attached to joint response to TX advisory | 0.8 |
| 11.20.13 | Review Ingram Declaration from DC Preclearance case for joint response to TX advisory/compare to new one) | 0.3 |
| 11.21.13 | Review Disclosures by Defendants TX et al. | 0.2 |
| 11.21.13 | Discuss TX disclsoures with co-counsel (0.3) | no charge |
| 11.21.13 | Review client Penny Pope Disclosures & exhibits draft prepared by co-counsel (N. Baron) (0.3) | no charge |
| 11.21.13 | Review Disclosures by MALC & NAACP | 0.1 |
| 11.21.13 | Review US DOJ response to Advisory re: 9/14 trial date | 0.2 |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|---|---|---|
| | Discuss US response to Advisory w/co-counsel | |
| 11.21.13 | (Dunn) | 0.2 |
| 11.21.13 | Review disclosures by TX Association of | |
| | Hispanic Co. Judges and County Commissioners | 0.1 |
| 11.22.13 | Review Scheduling Order by court following hearing | 0.1 |
| 11.22.13 | Review MALC & NAACP Opposition to motion | |
| | complaint | 0.2 |
| 11.22.13 | Prepared Unopposed motion to Exceed Page limits | 0.2 |
| 11.22.13 | Email all counsel to determine if any oppose motion | |
| | to exceed page limits | 0.1 |
| | Review/Edit Opposition to TX's motion to dismiss | |
| 11.22.13 | complaint | |
| | & amended complaint | 1.5 |
| | Draft corrected response to TX motion to dismiss | |
| 11.22.13 | (0.3) | no charge |
| 11.22.13 | Review US DOJ's response to TX motion to dismiss | 0.4 |
| | Review Order granting our motion to exceed page | |
| 11.22.13 | limits | 0.1 |
| | Review notices of appearance filed by Defendants | |
| 11.25.13 | (0.1) | no charge |
| 11.26.13 | Review motion pro hac vice filed by MALC (0.1) | no charge |
| | TC w/co-counsel Dunn re: ordering transcript of | |
| 12.1.13 | 11/15 | |
| | status hearing for possible use in court of appeals | |
| | (0.2) | no charge |
| | Review pro hac vice orders for multiple counsel | |
| 12.2.13 | (0.1) | no charge |
| | TC w/co-counsel (Veasey -LULAC legal team) re: | |
| 12.2.13 | amending | |
| | complaint & status of experts | 0.6 |
| | Review USA motion for protective order | |
| 12.3.13 | (unopposed) | 0.2 |
| | TC w/co-counsel (Veasey -LULAC legal team) re: | |
| 12.4.13 | adding new | |
| | plaintiffs, adding new claims in an amended | |
| | complaint | 1.7 |
| 12.5.13 | Review order granting motion for protective order | 0.1 |
| 12.5.13 | Make final edits to Second Amended Complaint | |
| | and proofread same | 0.4 |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|---|---|---|
| 12.6.13 | Review transcript order by TX AG (0.1) | no charge |
| 12.6.13 | Prepare second amended complaint for clients | 1.1 |
| 12.6.13 | Review TX's reply brief in support of their motion to dismiss complaints and intervenor complaint | 0.3 |
| 12.10.13 | Review TX's motion to dismiss complaints filed by TX Assoc. of Hispanic Judges & TX Young Voters League | 0.5 |
| 12.11.13 | Review order denying Intervention to True the Vote | 0.2 |
| 12.11.13 | Review order granting TX's motion to file out of time motions to dismiss | 0.1 |
| 12.11.13 | Review State of TX motions to dismiss Intervenor complaint and amended complaint | 0.2 |
| 12.13.13 | Review 2012 article (& links) entitled "Racial and Ethnic Differences in Access to Photo-ID in Texas" by Gabriel R. Sanchez, Stephen A. Nuño, & Matt A. Barreto | 0.5 |
| 12.13.13 | Review PA voting rights decision discussing testimony of our expert witness Dr. Barreto | 0.3 |
| 12.13.13 | Communication with Chad Dunn re: Barreto (0.1) | no charge |
| 12.13.13 | Review True the Vote notice of appeal | 0.1 |
| 12.13.13 | Email exchange w/E. Rosenberg re: database match | no charge |
| 12.16.13 | Review pro hac vice motions (0.1) | no charge |
| 12.17.13 | Review TX Hispanic Judges Assoc. response in opp. To Defendants' motion to dismiss | 0.2 |
| 12.18.13 | Review article on True The Vote intervention denial ( | no charge |
| 12.19.13 | Conf. call w/Veasey-LULAC Legal Team about identifying witnesses & division of labor to avoid duplication | 0.5 |
| 12.20.13 | Communication w/E. Rosenberg re: joint reention of expert witness Dr. Matt Barreto | 0.1 |
| 12.20.13 | Review True the Vote new notice of appeal and withdrawal of prior notice of appeal | 0.1 |
| 12.20.13 | Review TX's motion to dismiss Veasey-LULAC complaint for failure to state claim | 0.5 |
| 12.23.13 | Review communication sent to TX AG office by co-counsel (C.Dunn) re: State deadline to answer (0. | no charge |
| 12.23.13 | Review Notices re: transcripts & notice of appeal (0. | no charge |
| 12.27.13 | Review communication exchange between Jose Garza & C. Dunn re: Ortiz motion to consolidate ID cases (0 | no charge |
| 12.31.13 | Review orders entered granting pro hac motions (0.1 | no charge |
| **2014** | | |
| 1.2.14 | Communication from Ms. Brandy Cortez re: trial leng | 0.1 |
| 1.2.14 | Communications with other plaintiffs' counsel re: response to court about trial length | 0.6 |
| 1.2.14 | Edit response to Ms. Cortez for Veasey-LULAC plainti | 0.2 |
| 1.3.14 | Communication with expert witness Dr. Barreto re: database matching protocols | 0.2 |
| 1.3.14 | Communications with E, Rosenberg re: database match | |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|------|------------------------------|-------------------|
| | protocols | 0.2 |
| 1.8.14 | Prepare listing of all persons to be deposed in lawsuit with titles and relevance | 0.4 |
| 1.8.14 | TC w/Veasey-LULAC Legal Team re: legal strategies, upcoming deadlines, division of assignments, issues raised by TX's 2nd MTD | 0.8 |
| 1.8.14 | TC with co-counsel (Armand Derfner and Emma Simson) re: discuss due process claims for inclusion in brief | 0.6 |
| 1.9.14 | Review draft of our brief arguing why we pled sufficient facts that state a claim for due process violations | 0.4 |
| 1.9.14 | Review C. Dunn's list of possible more deponents sent to co-counsel | 0.2 |
| 1.9.14 | Review Carter-Baker Commission report re: why States should delay implementation of IDs to ensure orderly transition | 0.3 |
| 1.9.14 | Review communication from co-counsel (Derfner) to other private plaintiffs' counsel re: standing & due process | no charge |
| 1.9.14 | Read communication from State AG atty (Clay) to DOJ re: common interest agreement among plaintiffs | 0.1 |
| 1.10.14 | Revise brief in opposition to State's motion to dismiss | 1.1 |
| 1.10.14 | Review Order consolidating cases | 0.1 |
| 1.10.14 | Review communications between Veasey-LULAC counsel and other plaintiff's counsel re: use of Dr. Barreto & cost of conducting of additional survey (0.2) | no charge |
| 1.10.14 | Final edits to brief in opp. to motion to dismiss & proposed Order | 0.2 |
| 1.13.14 | Review Order granting Motion re: 2nd Amend. Comp | no charge |
| 1.13.14 | TC to discuss pending and planned discovery; and our answers to interrogatorie | 0.3 |
| 1.17.14 | Call with DOJ attorneys re: fact discovery needed | 0.4 |
| 1.19.14 | TCs w/Elizabeth Westfall (DOJ atty) re: proposed protective order sent to DOJ by TX AG | 0.2 |
| 1.21.14 | TC with Veasey-LULAC Legal Team re: difficulties w/making complete answers to TX's discovery requests & the scope of work to be done by our various experts | 1.2 |
| 1.22.14 | Call w/ other plaintiffs' counsel re: experts' areas to cover, depositions to be taken; common interest agreemen | 0.9 |
| 1.28.14 | TC w/co-counsel (Dunn, Simson) & expert witness re: calculating and reviewing algorithms | 0.3 |
| 1.29.14 | Meeting w/ Dr. Lichtman (& Simson) re: preparing his expert report (data needed, topics to be covered) | 1 |
| 2.3.14 | Review amended Complaint filed by TX Assoc. of Hispanic County Judges | 0.2 |
| 2.3.14 | Call w/ DOJ counsel re: database matching process | 0.8 |
| 2.3.14 | Call with our experts re: database matching procedu | 0.7 |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|---|---|---|
| 2.4.14 | Tele. Conf. w/plaintiffs' counsel for other parties re: depositions (identifying deponents; division of labor | 0.6 |
| 2.4.14 | Review Order granting leave to file TX Assoc. amend. Complaint (0.1) | no charge |
| 2.4.14 | Review Order re: Amended Pleadings | 0.1 |
| 2.4.14 | Review Order re: pro hac vice motions (0.1) | no charge |
| 2.5.14 | Review DOJ atty (Shapiro) pro hac vice motion (0.1) | no charge |
| 2.5.14 | TC with Veasey-LULAC Legal Team re: experts' data needs; trial schedule; identify future depositions to be take | 1.1 |
| 2.6.14 | Receive TX's proposed algorithym & discuss same with co-counsel (Simson, Derfner) | 0.3 |
| 2.6.14 | Communications w/co-counsel Derfner/Baron/Dunn re: edits to Rule 30(b)6 Deposition to TX SOS & timing | 0.3 |
| 2.6.14 | TC with Veasey-LULAC Legal Team re: hiring additional experts on voter fraud/spending by TX to implement | 1.3 |
| 2.7.14 | Communications with co-counsel re: DOJ's motion to be filed seeking to delay trial date & other deadlines | 0.4 |
| 2.7.14 | Review Communication from Ms. Brandy Cortez re: length of time for upcoming hearing next week | |
| 2.7.14 | Review DOJ's Rule 30(b)6  Notices of Deposition served today on all counsel | 0.2 |
| 2.8.14 | Review State Rep. Harless communication to constituents on photo ID requirements | 0.1 |
| 2.10.14 | Edits to 30(b)6 Notices of Deposition & communicate edits to NAACP LDF counsel (Haygood/Korgaonkor) | 0.3 |
| 2.10.14 | Review Veasey-LULAC draft response to US proposed order on database protocols/dicuss same w/E. Simson (1.1 no charge | |
| 2.11.14 | Communication to DOJ attys that we oppose the motion to change the trial schedule | 0.1 |
| 2.11.14 | Review Veasey-LULAC Opposition to DOJ's motion re | 0.3 |
| 2.11.14 | File Opposition through ECF (0.1) | no charge |
| 2.11.14 | Review joint motion by U.S. DOJ for discovery Order & supplemental protective Order | 0.6 |
| 2.11.14 | Review Joint response in Opposition to DOJ and TX's Joint motion for Discovery Order & supp. Prot. Order | 0.5 |
| 2.11.14 | Review U.S. Motion to Compel Legislative Docs | 0.4 |
| 2.12.14 | Participate in hearing with court re: motions to Compel and status of case | 0.8 |
| 2.12.14 | Conf. call w/Veasey-LULAC Team re: debrief issues discussed at court hearing  and next steps | 0.2 |
| 2.13.14 | Communication from E. Rosenberg re: briefing of legis. privilege issue (0.1) | no charge |
| 2.13.14 | TC with DOJ legal counsel re: our position on trial schedule & DOJ's reasons for seeking to move trial to 2015 | 0.5 |
| 2.13.14 | Communicate reasons to Veasey-LULAC trial team  for not moving trial date & how we | |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|---|---|---|
| | can accommodate DOJ's concerns re: other deadline | 0.4 |
| 2.14.14 | Communications with Veasey-LULAC legal team re: TX's position re: sharing databases w/U.S. and how it might affect us going forward | 0.3 |
| 2.14.14 | Hearing with court on database issues (i.e., Attachment 3 of ECF 161 & TX's response to same | 0.4 |
| 2.14.14 | Conf. call w/Veasey-LULAC team re: our proposed modifications to agreed order on databases | 0.4 |
| 2.14.14 | TC w/other plaintiffs' counsel to discuss coordination in case going forward | 0.3 |
| 2.14.14 | Review order denying U.S. Motion to amend sch. ord | 0.1 |
| 2.14.14 | Review U.S. Notice re: Agreement on Discovery Orde | 0.1 |
| 2.18.14 | Review Order re: discovery & supp. Protective order | 0.1 |
| 2.18.14 | Review TX's motion to dismiss for failure to state clai | 0.2 |
| 2.21.14 | Review U.S. motion for protective order | 0.3 |
| 2.23.14 | Draft motion pro hac vice for co-counsel Emma Sims | 0.2 |
| 2.23.14 | Review draft of supplement to motion to compel production of legis. Docs | 0.3 |
| 2.24.14 | Review TX's opposition to motion to compel leg. Doc | 0.4 |
| 2.25.14 | Review order granting E. Simson pro hac vice motion | no charge |
| 2.27.14 | Review Hidalgo Co. motion to add party & response to motion to dismiss (0.3) | no charge |
| 2.28.14 | Review U.S. reply memo re: motion to compel leg. D | 0.3 |
| 2.28.14 | Meeting w/DOJ counsel and other plaintiffs' counsel to discuss outstanding issues & databases & analyzin | 2 |
| 3.5.14 | Briefing from C. Dunn on results of hearing held toda | no charge |
| 3.6.14 | TC w/plaintiffs' counsel re: depositions needed; leg p | 0.8 |
| 3.6.14 | Call w/ Veasey-LULAC Team re: leg privilege issue | 0.8 |
| 3.12.14 | Draft further response (supplemental) re: motion to compel leg. Docs | 0.4 |
| 3.12.14 | Review Joint Supp. To motion for production of legis | 0.2 |
| 3.13.14 | Review U.S. joint motion to modify scheduling order | 0.1 |
| 3.13.14 | Review U.S. supplemental filing Re: motion to compel leg. documents | 0.2 |
| 3.13.14 | Review TX filing of supplemental brief | 0.3 |
| 3.14.14 | TC w/Veasey-LULAC legal team re: next steps for subpoenas and depositions | 0.8 |
| 3.17.14 | Review TX response to U.S. motion for protective ord | 0.2 |
| 3.21.14 | Review U.S. reply in support of U.S. motion to compe | 0.3 |
| 3.25.14 | Review TX's response opposing Motion to jt. motion to Modify Scheduling Order | 0.2 |
| 3.25.14 | Review U.S. correction to reply re: Protective Order | 0.1 |
| 3.26.14 | TC w/Veasey-LULAC Legal Team re:  who to depose, division of duties re: same, scheduling of same | 0.8 |
| 3.26.14 | TC w/all plaintiffs' counsel, discuss: schedule coordination, deposition assignments/scheduling, upcoming 4/1 he | 0.7 |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|------|------------------------------|-------------------|
| 3.27.14 | Review pro hac motion & order granting same (0.1) | no charge |
| 3.28.14 | Review letter re: record on appeal (True The Vote ap | 0.1 |
| 3.31.14 | Final edits & review of our Advisory to Court | 0.2 |
| 3.31.14 | Review U.S. motion to file a reply memo with numerous attachments (relates to scheduling Order) | 0.4 |
| 3.31.14 | Review TX notice of filing | 0.1 |
| 3.31.14 | Review motion to file amicus curiae brief & brief by Bipartisan Legal Advis. Group of U.S. House | 0.4 |
| 3.31.14 | Read TX's surreply opposing motion to amend sched. order | 0.2 |
| 4.1.14 | Review Correction Notice filed by State of Texas (0.1 | no charge |
| 4.1.14 | Participate in court hearing on various motions (compel, amend scheduling order) | 1.6 |
| 4.2.14 | Review TX Notice re: miscel. Hearing | 0.1 |
| 4.2.14 | TC w/Veasey-LULAC Legal Team re:  depositions & other planned discovery, positions taken at 4/1 hearing, next discovery actions to be taken, trial schedule | 1.1 |
| 4.3.14 | Review order granting in part/denying in part U.S. Motion to Compel | 0.1 |
| 4.3.14 | TC w/all private plaintiffs' attys re: coordinate discovery, avoiding duplication, division of duties | 0.8 |
| 4.4.14 | Review U.S. chart comparing deadlines in competing Scheduling orders (current and U.S. Proposed)(fr. We | 0.1 |
| 4.4.14 | Discussion with private plaintiffs" counsel re: deciding which state legislators will be deposed in light of the 60 deponent cap | 0.3 |
| 4.6.14 | Review draft interrogatories and RFP and edit same | 0.4 |
| 4.7.14 | Meet w/Veasey-LULAC co-counsel in DC to plan discovery, discuss all of the followign: possible trial issues, litigation budget, retaining additional experts, idenitification of additional fact witnesses, due process claim, discriminatory intent facts and how to develop additional evidence on intent by review SB 14 rejected amendments, assignment to counsel of depositions, assignment of drafting responses to pending discovery, documents to be provided to our current experts & what analyses we want them to pe | 7.1 |
| 4.7.14 | Review 2 Notices of Deposition served by Texas (Deponents: Hernandez and Espinosa) | 0.1 |
| 4.7.14 | Review Draft by USA of a revamped proposed sc | 0.2 |
| 4.7.14 | Review U.S. court filing of 2nd Amend. Schedulir | 0.1 |
| 4.7.14 | Review TX's Advisory to Court re: proposed trial sche | 0.2 |
| 4.7.14 | Discuss TX's Advisory with other counsel (Posner)(.2) | no charge |
| 4.7.14 | Review motion By TX Defendants w/attachments seeking to compel production of documents by U.S. | 1.1 |
| 4.7.14 | TC w/DOJ attys & private plaintiffs' counsel re: agreement | |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|------|------------------------------|-------------------|
| | to provide TX w/status of data runs by Fed. Agencies | 0.5 |
| 4.7.14 | Review summary sent to all private plaintiffs' counsel re: TC with DOJ re: data runs by fed. agencies (0.1)    no charge | |
| 4.7.14 | Review correspondence from K. Dunbar with Rule 30(b)(6) Notice of Deposition to TX & accompanying subpoen | 0.3 |
| 4.8.14 | Meet w/Veasey-LULAC co-counsel in DC to plan discovery, discuss all of the followign: possible trial issues, litigation budget, retaining additional experts, idenitification of additional fact witnesses, due process claim, discriminatory intent facts and how to develop additional evidence on intent by review SB 14 rejected amendments, assignment to counsel of depositions, assignment of drafting responses to pending discovery, documents to be provided to our current experts & what analyses we want them to pe | 10.3 |
| 4.8.14 | Review Amended Scheduling Order | 0.1 |
| 4.8.14 | Discuss w/plaintiffs' counsel (Rosenberg) setting up call with TX counsel (Scott) to iron out trial scvhedule iss | 0.1 |
| 4.8.14 | Review  communication to TX's counsel (Scott) re: call to discuss trial length & discovery issues/dates | 0.1 |
| 4.8.14 | Review communications back and forth with TX counsel (Scott) re: call to discuss trial disagreements (0.2)    no charge | |
| 4.8.14 | Review discovery documents served on eight of our clients served by Texas | 0.4 |
| 4.8.14 | Review docs produced by TX pursuant to motion to compel (legis. docs) | 0.5 |
| 4.8.14 | Confer w/co-counsel (Dunn) & draft a list of possible deponents (15-20) that Veasey-LULAC wants to depc | 0.4 |
| 4.8.14 | Send list of possible deponents to plaintiffs' counsel  no charge | |
| 4.8.14 | Review Crivela protocols for our expert to access document data base | 0.3 |
| 4.8.14 | Review Protective Order to ensure our experts are authorized to access the confidential docs in databas | 0.2 |
| 4.9.14 | Meet w/DOJ counsel in DC to discuss case strategy and assignment of responsibilities | 1.1 |
| 4.9.14 | Meet with co-counsel (Simson, Derfner) to plan discovery strategy and assignments to avoid duplication | 2.5 |
| 4.9.14 | Meet with counsel for NAACP (Posner) to coordinate litigation responsibilities & strategies | 1 |
| 4.9.14 | Review communication from TX counsel (Scott) re: deposition availability of  Zgabay and Gipson | 0.1 |
| 4.9.14 | Communications w/clients re: document production responsive to State's discovery requests | 0.3 |
| 4.9.14 | Communication w/State of TX contact (Gabriel) re: difficulty access files sent by TX (0.2)          no charge | |
| 4.9.14 | Review agenda for tomorrow's all counsel call with State of TX/DOJ | 0.2 |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|------|------------------------------|-------------------|
| 4.9.14 | Review emails I exchanged w/DOJ counsel (Bell-Platts) that TX is seeking to obtain from DOJ in motion to compe | 0.4 |
| 4.9.14 | Review docs provided by clients (Veasey and Hamilton) per TX's request for production | 0.1 |
| 4.9.14 | Review communication from R. Rios to TX AG atty (Scott) re: extension of time to respond to discovery (0.1)   no charge | |
| 4.9.14 | Review our (Veasey-LULAC) draft interrogatories & R | 0.4 |
| 4.9.14 | Review draft of Texas League Young Voters plaintiffs' responses/objections to TX's RFPs sent to their client | 0.3 |
| 4.9.14 | Meet w/Veasey-LULAC co-counsel in DC to plan discovery, discuss all of the followign: possible trial issues, litigation budget, retaining additional experts, idenitification of additional fact witnesses, due process claim, discriminatory intent facts and how to develop additional evidence on intent by review SB 14 rejected amendments, assignment to counsel of depositions, assignment of drafting responses to pending discovery, documents to be provided to our current experts & what analyses we want them to perform, division of labor re: handling experts | 2 |
| 4.10.14 | Review draft of op-ed by client (Cong. Veasey) re: how TX leaders are engaging in vote suppression (0.3)   no charge | |
| 4.10.14 | Review sets of discovery docs served on our clients and in some cases second sets of discovery served by TX | 0.7 |
| 4.10.14 | Begin drafts of responses to discovery for our clients | 1.1 |
| 4.10.14 | Meet with co-counsel (Simson) re: "to do" items (1.2 no charge | |
| 4.10.14 | Call with all counsel | 0.5 |
| 4.10.14 | Draft communication w/Simson to co-counsel for Veasey-LULAC detailing possible analyses to be performed by our expert (Herron) on substantially similar names | 0.5 |
| 4.10.14 | Prepare deposition notice for Harris County election official (Stanart) | 0.3 |
| 4.10.14 | Review local rules in SD TX re: video depositions | 0.1 |
| 4.10.14 | Tele call with DOJ counsel (Westfall) & NAACP counsel (Rosenberg) re: docs to be produced & common interest caselaw and privilege issues | 0.4 |
| 4.10.14 | Review/edit communication to be sent to DOJ by co-counsel (Simson) re: draft discovery we hope to send Monda | 0.2 |
| 4.10.14 | Communications w/E. Rosenberg re: trial dates and how to resolve length of trial dispute w/TX | 0.2 |
| 4.10.14 | Review Ortiz plaintiffs' disclosures | 0.1 |
| 4.11.14 | Tele. Call w/all plaintiffs' counsel re: fact discovery, locating provisional voters due to ID | 0.8 |
| 4.11.14 | Review/edit draft communication to NAACP atty (Perez) re: dividing list of voters to be contacted who were forced to vote provisionally due to ID | 0.2 |
| 4.11.14 | Review letter from TX AG atty (Whitley) to DOJ re: docs | |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|------|------------------------------|-------------------|
| | being produced, withdrawal of atty-client privileges as to certain docs, leg. Privilege log. Review included all documents attached to Whitley's letter | 0.9 |
| 4.11.14 | Review our clients' documents and decide which parts need to be redacted (e.g., SS#s, DOB,) | 0.2 |
| 4.11.14 | Review unopposed motion to drop plaintiffs and order granting same (0.2) | no charge |
| 4.11.14 | Communications with E. Rosenberg and co-counsel (Baron) re: deposition assignments and division of labor to ensure efficiency and avoid duplication of effort | 0.3 |
| 4.11.14 | Meet with co-counsel (Simson) to discuss retrention of two additional experts (a Queing expert & an Information Acquisition Expert) | 0.6 |
| 4.11.14 | Review motion and order re: withdrawal of TX counsel (Flammer)(0.1) | no charge |
| 4.13.14 | Review draft of advisory from E.Rosenberg re: trial protocols to be submitted by all plaintiffs | 0.7 |
| 4.13.14 | Make edits to draft advisory re: trial protocols and circulate same to plaintiffs' counsel | 0.6 |
| 4.14.14 | Final review of Advisory on trial protocol (0.3) | no charge |
| 4.14.14 | Review Amended Motion to Compel filed by TX (Scott) with attachments | 0.9 |
| 4.14.14 | Review Supplemental response of TX to motion to compel production of legislative docs with attachments and privilege log | 0.8 |
| 4.15.14 | Review notice of appearance by TX AG office (Roscet | no charge |
| 4.15.14 | Review notice setting hearing on TX's motion to com | 0.1 |
| 4.15.14 | Communictions re: covering deposition in Austin for Veasey-LULAC plaintiffs (w/Korgaonkar & Baron)(0.3 | no charge |
| 4.16.14 | Participated in proceedings held before Judge Ramos re: amended motion to compel & setting of status conf. (joined 2 minutes late due to bad phone connection) | 0.3 |
| 4.16.14 | Communications with other counsel (Dunbar) re: scheduling DPS Peters' 30(b)6 depo & communication from DOJ Re; scheduling Peters' deposition | 0.2 |
| 4.16.14 | Call with DOJ attys (Bell-Platts & Westfall) & E. Rosenberg re: weekly calls among all plaintiffs' counsel to conserve resources, promote efficency, avoid duplication of tasks, and coordination among all counsel | 0.5 |
| 4.17,14 | TC w/ all private plaintiffs' counsel re: expert witnesses we retained, data needed and scheduling of depositions | 1 |
| 4.17.14 | Review letter & discovery docs served by TX AG (Scott) on Veasey-LULAC plaintiffs | 0.7 |
| 4.17.14 | Review master litigation calendar prepared by Deche | no charge |
| 4.21.14 | Review document re: production format for providing our discovery responses to Texas to ensure complian | 0.2 |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|------|------------------------------|-------------------|
| 4.21.14 | Tel. call with expert witness (Herron) & co-counsel (Dunn, Simson)re: analysis to be performed | 0.3 |
| 4.22.14 | Review notice of appearance by TX AG office (Donne | no charge |
| 4.22.14 | Communications w/TX officials re: accessing their uploaded documents on | |
| 4.22.14 | Review letter from TX AG atty (Scott) to Kelly Dunbar re: service of Notice of Deposition on State of TX/subpo | 0.1 |
| 4.23.14 | Review & edit listing of all depositions currently sche | 0.1 |
| 4.23.14 | Review communication from TX re: moving status hearing to 5/15 | 0.1 |
| 4.23.14 | Discuss w/co-counsel whether to agree to TX's requested change in date of status conference & impact on sch | 0.2 |
| 4.23.14 | Review TX's Objections and Responses to the 30(b)(6) Notice of Deposition/Subpoena on behalf of TX AG | 0.4 |
| 4.24.14 | Review allocation of depositions to various plaintiffs' legal teams sent to us by E. Rosenberg | 0.1 |
| 4.24.14 | Call with Veasey team re: Ingram depo & other discovery needed, coordination of same & assignments | 1.5 |
| 4.24.14 | Review TX Supreme Court decision on common interest privileges/allied litigant doctrine (legal research) | 0.4 |
| 4.24.14 | Review letter from TX AG atty (Clay) that TX inadvertently produced documents that were privileged | 0.1 |
| 4.24.14 | Took action pursuant to Agreement Re: Production F | 0.2 |
| 4.24.14 | Tele. conf. call w/Veasey-LULAC legal team re: updates from each atty on assignments; future deadlines; drafting of final responses/objeections to discovery; litigation assignments; legal research of issues needed | 1.5 |
| 4.24.14 | Review objections and responses by TX League of Young Voters to TX's discovery (we should use this as a guide in finalizing our objections/responses due next week | 0.3 |
| 4.24.14 | Review Interrogatory draft responses from TLYV atty (Korgaonkar) and other discovery responses (0.5) | no charge |
| 4.24.14 | Review notice setting status conference w/court for | 0.1 |
| 4.25.14 | Review motion to quash subpoenas on 3rd party legi | 0.5 |
| 4.25.14 | Review US's Motion to take judicial notice of census & other attachments | 0.3 |
| 4.25.14 | Review edit a list of documents that the TX failed to produce in response to our discovery relating to their voter ID education program | 0.2 |
| 4.25.14 | Conference call with private plaintiffs' counsel | 0.4 |
| 4.25.14 | Call with experts re: future scheduling | 0.6 |
| 4.25.14 | Review letter from TX AG atty (Clay) to Swarns (LDF) re: discovery responses by TX League of Young Voters | 0.2 |
| 4.25.14 | Conference call with private plaintiffs' counsel (and l | 0.6 |
| 4.25.14 | Draft outline for open records request to counties | 0.4 |
| 4.25.14 | Review Open Records Requests Tracker of TX counti | no charge |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|---|---|---|
| 4.25.14 | Review TXs Amended Notice of Deposition for E. Esp | 0.2 |
| 4.26.14 | Communications w/co-counsel (Veasey-LULAC) re: TX's production of documents but failure to identify sour | 0.3 |
| 4.27.14 | Review/edit draft interrogs. & objections on behalf of each of our clients (drafted by N. Baron) | 0.6 |
| 4.27.14 | Review outline prepared by co-counsel (Derfner) of deposition questions to be asked of DPS deponent | 0.2 |
| 4.28.14 | Communications with E. Rosenberg re: our draft discovery discovery responses & preserving privileges by other plaintiffs' preparing privilege logs | 0.2 |
| 4.28.14 | Review notice setting 5/1 hearing mot. to quash sub| | 0.1 |
| 4.29.14 | Review for filing final draft of response in opposition to motion to quash subpoenas issued to third party l | 0.2 |
| 4.29.14 | Communication to co-counsel re: marking docs "highly confidential" (0.1) | no charge |
| 4.30.14 | Communications to LULAC General Counsel re: discovery responses on behalf of LULAC to TX's Req. for Production & LULAC 30(b)(6) deposition person(s) for LULAC | 0.3 |
| 4.30.14 | Review 5th cir. Brief filed by True the Vote | 0.7 |
| 4.30.14 | Review/edit final version of LULAC responses to disc | 0.6 |
| 4.30.14 | Prepare/Send LULAC discovery responses to all coun | no charge |
| 4.30.14 | Review documents received from Tarrant County in reply to Open Records Request | 0.7 |
| 4.30.14 | Meet w/ co-counsel (Simson) re: Bates stamping Tarrant docs  &  serving updated discovery responses to TX (0 | no charge |
| 5.1.14 | TC w/all private plaintiffs' attys re: issues at hearing | 0.8 |
| 5.1.14 | TC w/all private plaintiffs' attys & DOJ re: 5/1 hearing and other discovery | |
| 5.1.14 | Email exchanges (8) with Reed Clay re: scheduling depos. of Cong. Veasey & Hamilton | 0.1 |
| 5.1.14 | Read TX Legis. Council's objections to subpoena reco | 0.2 |
| 5.2.14 | Review draft agreement on sharing deposition costs among all private plaintiffs | 0.1 |
| 5.2.14 | Review & final edits to 2nd set of RFPs to TX Defend; | 0.3 |
| 5.8.14 | TC w/all private plaintiffs' attys re: discovery coord. | 1 |
| 5.8.14 | TC w/all private plaintiffs' attys & DOJ re: data bases, expert analysis, and other discovery | 0.7 |
| 5.9.14 | Review TX Notice and Attachments (OIG report, etc.) | 0.3 |
| 5.12.14 | TC w/all plaintiffs' attys re: TX meet & confer on disc | 0.9 |
| 5.12.14 | TC w/ Veasey-LULAC team re: experts, witnesses, depos, discovery planning | 1.1 |
| 5.12.14 | TC w/all counsel (incl. TX) re: meet & confer on discovery disputes/issues | 1.7 |
| 5.13.14 | Review and edit draft opposition to motion to expedite filed by True the Vote | 0.6 |
| 5.15.14 | Review/edit draft meorandum in opposition to True the Vote's | |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|------|------------------------------|-------------------|
| | motion to expedite appeal or stay proceedings | 2.1 |
| 5.16.14 | Final edits to Opposition to TTV stay & motion to exp | 0.8 |
| 5.19.14 | TC w/Veasey-LULAC team re: costs, next steps, trial plans | |
| | planned discovery, expert timetable (& data needed) | 1.8 |
| 5.22.14 | TC w/all private plaintiffs re: outstanding & future di: | 1.1 |
| 5.22.14 | Call w/all plaintiffs (including DOJ) re: discovery | 0.9 |
| 5.22.14 | TC Conference call with TX re: discovery disputes/iss | 1.3 |
| 5.22.14 | Conf. call with Veasey-LULAC expert witnesses to discuss | |
| | expert reports, scheduling, depositions, timing issue: | 0.5 |
| 5.23.14 | TC with expert witness (Lichtman) & co-counsel (Simson) | |
| | re: items needed, expert report scope & analysis, tim | 1 |
| 5.27.14 | Draft Memorandum for court filing re: TEAM databa: | 1.2 |
| 5.28.14 | Addition edits to Memo for court filing re: TEAM data | 0.9 |
| 5.28.14 | File Veasey-LULAC Memo on TEAM database (0.1)      no charge | |
| 5.28.14 | Participate in hearing before Judge Ramos re: motion for | |
| | protective order, filing of joint statements, TEAM da: | 0.4 |
| 5.28.14 | TC with TX & plaintiffs re: TEAM data | 0.7 |
| 5.28.14 | Tele conf. w/Veasey-LULAC team re: data bases, discovery | |
| | plans & strategy, expert info needed for reports | 0.3 |
| 5.29.14 | TC w/private plaintiffs (weekly status call to coordina | 1 |
| 5.29.14 | TC w/all plaintiffs (including DOJ) (weekly status) | 0.5 |
| 5.30.14 | TC w/Veasey-LULAC team re: discovery, data, next st | 1.5 |
| 6.3.14 | Call w/Dr. Lichtman re: items needed for his report (also | |
| | co-counsel in the call--Simson, Derfner) | 0.8 |
| 6.3.14 | TC w/Veasey-LULAC team re: outstanding assignments | |
| | and status of same; expert reports' issues & data needed; | |
| | discovery needed; possible victims/witnesses | |
| | to be contacted. | 1.6 |
| 6.4.14 | Meet with client (Jane Hamilton) to prepare for depc | 1.8 |
| 6.5.14 | Defend Client's deposition (Jane Hamilton) | 2.6 |
| 6.5.14 | TC w/all private plaintiffs re: continued coordination of | |
| | tasks going forward; assignments to different plaintiffs; | |
| | status of discovery and division of labor. | 0.9 |
| 6.5.14 | TC w/all plaintiffs (including DOJ) (weekly status call to | |
| | discuss coordination/database matching/planning of | |
| | further discovery) | 0.7 |
| 6.6.14 | Call with Dr. Lichtman re: additional legis.history and court | |
| | court records needed for his report | 0.9 |
| 6.6.14 | Court hearing re: database order, common interest privilege | |
| | & motions to quash legislative 3rd party depos | 1 |
| 6.10.14 | Review TX Motion to compel w/exhibits | 0.5 |
| 6.11.14 | Review U.S. Notice of Consent Order re: Status Confe | 0.1 |
| 6.10.14 | TC w/Veasey-LULAC team re: outstanding assignments | |
| | and status of same; expert reports' issues & data needed; | |
| | discovery needed; status of identifying possible | |
| | victims of ID law & possible trial witnesses; status of | |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|---|---|---|
| | work being performed by experts. | 1.9 |
| 6.10.14 | Meet w/co-counsel (Simson) re: issues/data analysis to be performed by expert (Dr. Heron). (E. Simson to contact Dr. Heron re: the.se issues | 0.3 |
| 6.11.14 | Review TX motion on federal databases | 0.3 |
| 6.11.14 | Meet w/co-counsel (Simson) re: preparing a response to TX motion on federal databases | 0.3 |
| 6.12.14 | Meeting with all plaintiffs to review status of all discovery; division of tasks; expert witnesses retained; meeting trial schedule | 3 |
| 6.16.14 | Call with Cong. Veasey re: deposition preparation | 0.8 |
| 6.16.14 | TC w/Veasey-LULAC team re: outstanding assignments and status of open records requests and federal data | 0.8 |
| 6.17.14 | Additional deposition prep w/Cong. Veasey | 1.3 |
| 6.18.14 | Court hearing re: motion to compel/protective order | 1.2 |
| 6.18.14 | Review Order denying motions to quash | 0.2 |
| 6.19.14 | TC w/Veasey-LULAC team re: outstanding assignments and status of same; expert reports' issues & data needed; pending discovery motions; status of identifying possible witnesses; discuss deposition transcripts to be reviev | 1.3 |
| 6.19.14 | Deposition prep meeting w/Cong. Marc Veasey | 1.5 |
| 6.20.14 | Defend deposition of Cong. Marc Veasey | 3.4 |
| 6.20.14 | Review Motion to Quash TX Subpoenas by TX Senato | 0.3 |
| 6.20.14 | Review Supplemental Disclosures filed by TX League | no charge |
| 6.24.14 | Review and edit attachments to expert report of George Korbel | 1.6 |
| 6.25.14 | Review 2nd Supp. Disclosures by MALC/NAACP (0.2) | no charge |
| 6.26.14 | Review Motion for Protective Order by USA | 0.3 |
| 6.26.14 | Review Report of our experts Drs. Baretto & Sanchez | no charge |
| 6.26.14 | Review Report of our expert George Korbel & edit same/ Also made edits to attachments | 2.2 |
| 6.27.14 | Review final amended disclosures by Veasey LULAC ( | no charge |
| 6.27.14 | Review draft expert report of Dr. Lichtman | 1.9 |
| 6.27.14 | Communication to expert witness re: sources of cens | 0.3 |
| 6.27.14 | Review Report of our expert Buck Wood (1.1)      no charge | |
| 6.27.14 | Review Supp. Disclosures by TX defendants | 0.2 |
| 6.27.14 | Review Veasey-LULAC filing of designating expert witnesses and comment on same (0.2)                    no charge | |
| 6.28.14 | Review expert report of Dr. Webster | 2.1 |
| 6.28.14 | Review expert report of Dr. Burden | 1.6 |
| | Review expert report of Dr. Yair Ghitza | 1.7 |
| | Review expert report of Dr. Jane Henrici | 1 |
| 6.30.14 | Review corrected report of Dr. Webster by U.S. | 0.1 |
| 7.1.14 | Review Orders re: captioning and excess pages | 0.1 |
| 7.1.14 | Weekly Call w/ all private plaintiffs to review status of discovery/division of tasks; expert witnesses retained; | |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|------|------------------------------|-------------------|
| | upcoming deadlines | 0.8 |
| 7.1.14 | Weekly Call w/ all plaintiffs (incl. DOJ); update on database matching issues; idenitification and coordination of tasks to be performed by plaintiff groups; status of what plaintiff groups are working on. | 0.7 |
| 7.2.14 | Call with Veasey-LULAC legal team re: expert reports | 1.5 |
| 7.2.14 | Call with Veasey-LULAC legal team re: order entered on TX's motion to dismiss and contacting clients re: sam | 0.8 |
| 7.7.14 | Review correction to report of Dr. Burden by U.S. | 0.1 |
| 7.8.14 | Review correction to report of Dr. Chatman by MALC | 0.1 |
| 7.9.14 | Review plaintiffs' judicial notice filing on behalf of cli | 0.1 |
| 7.10.14 | Review Texas League of Young Voters' motion to con | 0.1 |
| 7.10.14 | Review Orders re: deadlines and judicial notice | 0.1 |
| 7.10.14 | Review final draft of Veasey-LULAC supplemental disclosures prepared by co-counsel (Baron)(0.2) | no charge |
| 7.11.14 | Review TX's response to motion to Quash Texas' Sub | 0.3 |
| 7.14.14 | Review TX motion for extension of time/expert rebut | no charge |
| 7.15.14 | Call w/DOJ, private plaintiffs re TX motion on expert | 0.3 |
| 7.15.14 | Call w/all parties on TX motion on expert reports dea | 0.2 |
| 7.16.14 | #2 call w/all parties on TX motion on expert reports | 0.3 |
| 7.16.14 | Review Court Notice setting status conference on 7/: | 0.1 |
| 7.16.14 | Review various answers to complaints and amended complaints filed by State of TX | 0.8 |
| 7.17.14 | Review Second Amended Scheduling Order | 0.1 |
| 7.17.14 | Review TX's Response to motion to compel that was filed by Texas League of Young Voters | 0.2 |
| 7.17.14 | Review TX's response to motion for a protective orde | 0.2 |
| 7.17.14 | Draft/Edit motion to compel to be filed against TX re: failure to respond to interrogatories | 1.6 |
| 7.18.14 | File motion to compel (0.1) | no charge |
| 7.18.14 | Review Answers to Complaints filed by State of TX | 0.8 |
| 7.18.14 | Review reply filing by TX Democratic Senators re: motion to quash | 0.3 |
| 7.21.14 | Review response opposing motion to compel Interrog. Answers filed by Estrada. et al. | 0.1 |
| 7.21.14 | Review 2nd Corrected Report of Dr. Chatman by MALC and NAACP | 0.1 |
| 7.21.14 | Review and Draft Dallas County amicus motion | 0.3 |
| 7.22.14 | Final edits to Dallas County amicus motion | 0.2 |
| 7.22.14 | Review and make final edits to our response in opposition re: motion to compel (0.3) | no charge |
| 7.22.14 | Review Advisory to Court filed by State of TX | 0.2 |
| 7.22.14 | Draft Opposition to TX's Advisory | 0.5 |
| 7.22.14 | Final edits to Opposition to Advisory and file same (0 | no charge |
| 7.23.14 | TC w/Veasey-LULAC legal team to discuss depositions and | |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|------|------------------------------|-------------------|
|  | expert witness reports | 0.5 |
| 7.23.14 | Review TX Response to Opposition to motion to quas | 0.3 |
| 7.24.14 | Participate in hearing before Judge Ramos re: motions for protective order, to compel. Advisory will be heard la | 1.3 |
| 7.24.14 | Review Order granting in part/denying in part Motion for Protective Order | 0.1 |
| 7.27.14 | Review TX's motion to compel discovery re: election crimes and voter fraud (and attachments) | 1.1 |
| 7.28.14 | TC w/Veasey-LULAC legal team re: county depositions and deposition of client F. Carrier | 0.8 |
| 7.29.14 | Review 5th circuit order in True the Vote appeal denying motion to stay but expediting appeal | 0.1 |
| 7.30.14 | Participate in court hearing re: TX motion to compel election crime data. Judge Ramos sets 8/4 deadline for respo | 0.2 |
| 7.31.14 | TC w/Veasey-LULAC legal team re: expert reports and expert depositions | 1.3 |
| 8.1.14 | Review Supplemental Disclosures filed by TX | 0.2 |
| 8.1.14 | Review TX's Expert Witness List | 0.2 |
| 8.2.14 | Legal research cases TX's experts have testified or filed reports in | 2.1 |
| 8.4.14 | TC w/Veasey-LULAC legal team re: depositions; status of team assignments; expert reports & depositions | 1.1 |
| 8.4.14 | Communication from TX AG office atty re: Lichtman  | 0.1 |
| 8.4.14 | Communication w/Dr. Lichtman re: deposition dates | 0.1 |
| 8.4.14 | Review U.S. Response in Opposition to motion to compel discovery re: election crimes | 0.3 |
| 8.5.14 | Communication w/TX AG atty re: location of Lichtman deposition and if in TX, they have to pay Lichtman tra | 0.2 |
| 8.5.14 | Communication w/Dr. Lichtman re: deposition locati no charge |  |
| 8.5.14 | Meeting with all plaintiffs' counsel to discuss discovery motions, upcoming hearing; depositions of expert witnesses trial preparations | 4.5 |
| 8.5.14 | Meet and confer w/TX AG attys re:  discovery motior | 0.9 |
| 8.6.14 | Meet and confer again w/TX AG attys re:  discovery r | 0.5 |
| 8.6.14 | TC w/Veasey-LULAC legal team to prepare for court hearing later today | 0.4 |
| 8.6.14 | Participate in court hearing re: TX motion to compel election crime data | 1 |
| 8.6.14 | TC w/Veasey-LULAC legal team to discuss results of today's court hearing; next tasks needed to be performed and made legal team assignments | 0.7 |
| 8.6.14 | Review TX's motion to compel discovery | 0.3 |
| 8.7.14 | Review U.S. Motion to Strike Answer to Complaint | 0.2 |
| 8.8.14 | Review U.S. Motion to have discovery rresponses by TX deemed admitted | 0.5 |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|------|------------------------------|-------------------|
| 8.10.14 | Review motion for filing by all private plaintiffs seeking to strike TX's Answer as Inadequate (0.5) | no charge |
| 8.11.14 | Review Third Amended Scheduling Order from Judge | 0.1 |
| 8.11.14 | Calendar Dates in Third Amended Scheduling Order | no charge |
| 8.11.14 | Review Joint Response Draft Opposing Motion to compel to be filed by Veasey-LULAC plaintiffs, MALC & NAAC | 0.2 |
| 8.12.14 | Review U.S. Opposition to TX's motion to compel | 0.3 |
| 8.13.14 | Communication with Dr. Lichtman about changed depo date in DC | 0.1 |
| 8.13.14 | Review TX's motion to compel filed today | 0.3 |
| 8.13.14 | Defend Marc Veasey deposition | |
| 8.14.14 | Particpate in court hearing on  various discovery mot | 0.5 |
| 8.15.14 | TC w/Veasey-LULAC legal team re: drafting of findings of fact and conclusions of law (Emma has been drafting); also discussion of deposition designations for filing with c | 0.6 |
| 8.15.14 | Review Supp. Expert reports of Burden & Webster filed by U.S. | 0.4 |
| 8.17.14 | Final Review and edits to expert reports of Dr. Baretto & Sanchez | 0.2 |
| 8.18.14 | Review Advisory to court filed by U.S. | 0.1 |
| 8.19.14 | Review and edit our exhibit list, exhibits, depo desigr | 2 |
| 8.20.14 | Review TX Advisory with exhibits | 0.4 |
| 8.20.14 | Prep for Dr. Lichtman deposition | 2 |
| 8.20.14 | Review docs in preparation for Dr. Lichtman depositi | no charge |
| 8.20.14 | Review draft findings of fact on discriminatory result | 1.6 |
| 8.21.14 | Review Order entered by Judge Ramos following hea | 0.1 |
| 8.21.14 | Communication w/DOJ attorney (Westfall) re: standi | 0.2 |
| 8.21.14 | Communictions with TX AG atty (Whitley) re: changing time of pre-trial conference | 0.1 |
| 8.21.14 | Defend Deposition of Dr. Lichtman | 7.1 |
| 8.22.14 | Review Dr. Ansolabehere Analysis | 2 |
| 8.22.14 | Attend Deposition in DC of Dr. Ansolabehere | 2.2 |
| 8.22.14 | Review TX's motion to compel and exhibits | 0.5 |
| 8.22.14 | Review U.S. Motion in Limine re: admitting prior trial testimony and depositions from DC case | 0.3 |
| 8.22.14 | Review U.S. Motion to admit County witness Declarations with exhibits | 0.3 |
| 8.22.14 | Review TX's opposition to motion seeking to have their responses deemed admitted (w/exhibits) | 0.6 |
| 8.22.14 | Review TX pre-trial order filing with witnesses, etc. | 0.5 |
| 8.22.14 | Start review of TX proposed FOF and COL | 0.9 |
| 8.23.14 | Call with all plaintiffs' counsel witnesses at trial | 0.7 |
| 8.23.14 | Review draft listing of order of witnesses to be callec | 0.2 |
| 8.25.14 | Review communication from Ms. Cortez about various motions before Court & inquiring if Court needs to re | 0.1 |
| 8.26.14 | Review Josh Bone's pro hac vice motion | 0.1 |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|------|------------------------------|-------------------|
| 8.26.14 | Review ruling on motion seeking entry of order | 0.1 |
| 8.26.14 | Draft Stipulations on individual plaintiffs' standing/in | 0.5 |
| 8.26.14 | Call w/Veasey-LULAC legal team on pre-trial prep. & stipulations | 0.5 |
| 8.27.14 | Review State of TX exhibits and prepare objections to same (note all plaintiffs divided TX's voluminous exhibits) | 0.9 |
| 8.27.14 | Participate in pretrial conference; court rules on various motions (to strike, in limine, to admit county declara | 1.4 |
| 8.27.14 | Participate in status conference with court on issue involving use of members' documents at trial | 0.7 |
| 8.27.14 | TC w/Veasey-LULAC legal team re: trial prep assignm | 1.9 |
| 8.28.14 | Participate in hearing before Judge Ramos on issue involving use of members' documents at trial | 0.7 |
| 8.28.14 | Review filed Exhibit List for non-party Senators | 0.1 |
| 8.28.14 | TC w/Veasey-LULAC legal team: add. trial prep assigr | 1 |
| 8.28.14 | Review our objections to defendants' exhibits (joint f | 0.2 |
| 8.28.14 | Review our deposition designations (joint filing) | 0.3 |
| 8.28.14 | Final Review of all our exhibits | 1.1 |
| 8.28.14 | Finalize arrangements and funding for trial transcript | no charge |
| 8.29.14 | Review amended expert report of Bazelon by TX Lea | no charge |
| 8.29.14 | Participate in Hearing before Judge Ramos on Motio to Determine | 0.3 |
| 8.29.14 | Review Josh Bone pro hac vice order (.1) | no charge |
| 8.29.14 | Review TX's objections to our exhibits | 0.4 |
| 8.29.14 | Review TX's designations of deposition excerpts | 0.7 |
| 8.29.14 | File our exhibits with the court (0.2) | no charge |
| 8.29.14 | File Josh Bone pro hac motion (0.1) | no charge |
| 9.1.14 | Prepare Cong. Marc Veasey for trial testimony | 2.8 |
| 9.1.14 | Meet with witnesses to review testimony | 5.2 |
| 9.2.14 | Trial prep. & Meeting of co-counsel re: opening statement and exhibits & handling objections | 1.5 |
| 9.2.14 | Attend and participate First day of Trial | 8.8 |
| 9.2.14 | Witness prep for experts Wood and Herron, & Benja | 4.3 |
| 9.3.14 | Attend and participate Second day of trial | 8.4 |
| 9.3.14 | Witness Prep for experts Barreto and Cornish | 4.9 |
| 9.4.14 | Attend and participate Third day of trial | 8.7 |
| 9.4.14 | Witness prep. Sen. Ellis, Rep. Hernandez-Luna, Mr.Ga | 2.1 |
| 9.4.14 | Meet with Dr. Lichtman to prep/review his trial testi | 5.4 |
| 9.5.14 | Meet with Dr. Lichtman to prep/review his trial testi | 1.8 |
| 9.5.14 | Attend and participate Fourth day of trial | 8.8 |
| 9.7.24 | Witness prep for expert Korbel | 1.9 |
| 9.8.14 | Attend and participate Fifth day of trial | 8.4 |
| 9.9.14 | Attend and participate Sixth day of trial (today we re | 8.6 |
| 9.10.14 | Attend and participate Seventh day of trial | 8.5 |
| 9.11.14 | Attend & participate Eighth day of trial (today TX res | 4.1 |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|------|------------------------------|-------------------|
| 9.12.14 | Review Advisory filed by TX | 0.1 |
| 9.15.14 | Prepare motion for co-counsel to withdraw (Simson) | 0.1 |
| 9.15.14 | Review motion for E. Simson to withdraw (0.1)    no charge | |
| 9.15.14 | Review Order granting E.Simson withdrawal (0.1)    no charge | |
| 9.15.14 | TC w/Veasey -LULAC legal team re: Findings of Fact/( | 0.7 |
| 9.16.14 | Review Expert Reports of Dr. Ansolabehere/Webster | 0.2 |
| 9.17.14 | Review Expert Report of Dr. Bazelon | 0.1 |
| 9.17.14 | Review supplemental exhibit list filed by TX | 0.1 |
| 9.17.14 | Review Joint Filing of Final Exhibit List and Our Objections to State of TX exhibits (0.4)    no charge | |
| 9.17.14 | Review Proposed Findings of Fact and Conclusions of Law to be filed jointly by all private plaintiffs (2.1)    no charge | |
| 9.18.14 | Review Proposed Findings of Fact and Conclusions of Law to be filed jointly by all private plaintiffs (0.9)    no charge | |
| 9.18.14 | Review Expert Report of Dr. Hood filed by TX | 0.2 |
| 9.18.14 | Review TX's 11th supplemental exhibit list (filed) | 0.1 |
| 9.18.14 | Review U.S. Objections to Defendnats' 11th exhibit li | 0.2 |
| 9.20.14 | Review 2nd supplemental report of Dr. Hood filed by | 0.1 |
| 9.21.14 | Prep for Closing Arguments and Exhibit Arguments | 1.6 |
| 9.22.14 | Attend and participate in 9th day of trial (closing arguments & exhibits arguments) | 3.4 |
| 9.22.14 | Review Errata to Findings of Fact filed by TX League of Young Voters (0.1)    no charge | |
| 9.23.14 | Review Errata to Findings of Fact filed by TX Defenda | 0.1 |
| 9.30.14 | Review Draft Memo on Opposing Stay Pending Appe | 0.4 |
| 10.9.14 | Review Judgment, Order and Opinion of Judge Ramo | 1.7 |
| 10.10.14 | Review TX's Advisory to Court | 0.1 |
| 10.10.14 | Review State of TX emergency motion for stay | 0.9 |
| 10.10.14 | Prepare Response to TX's Advisory | 0.2 |
| 10.10.14 | File Response to TX's Advisory (0.1)    no charge | |
| 10.11.14 | Review TX's Advisory re: November 2014 elections | 0.1 |
| 10.11.14 | Review TX's Notice of Appeal | 0.1 |
| 10.11.14 | Review/Write Stay Opposition | 2.1 |
| 10.12.14 | Review/Write Stay Opposition | 1.5 |
| 10.12.14 | Review Opp. to stay draft by TX League Young  (0.6)  no charge | |
| 10.12.14 | Review Opp. to stay draft by Taylor Respondents (0.5 no charge | |
| 10.12.14 | Review Opp. to stay draft by MALC/NAACP (0.6)    no charge | |
| 10.12.14 | Review Opp. to stay draft by U.S. (0.7)    no charge | |
| 10.14.14 | TC w/Veasey Legal Team re: 5th circuit decision gran | 0.5 |
| 10.14.14 | Review and Draft SCOTUS motion to vacate stay | 4.5 |
| 10.14.14 | Review 5th circuit order granting stay | 0.2 |
| 10.14.14 | Review and final edits to SCOTUS motion to vacate st | 2.5 |
| 10.14.14 | Communications to Danny Bickell at SCOTUS re: filing tomorrow with Circuit Justice Scalia | 0.1 |
| 10.15.14 | TCs with SCOTUS clerk's office re: filing revised app. ( no charge | |
| 10.15.14 | Communication from Danny Bickell (SCOTUS) that Justice | |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|------|------------------------------|-------------------|
| | Scalia has directed TX to respond by 5pm tomorrow | 0.1 |
| 10.20.14 | Prepare motion to hold attys fees motion in abeyanc | 0.3 |
| 11.18.14 | Meet with co-counsel to discuss appeal strategy/motion to expedite appeal | 1.2 |
| 11.24.14 | Review/edit Josh's draft motion to expedite appeal | 0.7 |
| 11.25.14 | Review/edit Josh's draft motion to expedite appeal | 0.4 |
| 12.3.14 | TC w/Veasey-LULAC legal team re: appeal coordinati | 0.7 |
| 12.23.14 | Veasey call to discuss appeal and expediting/oral argument, outline of district court decision for use in appellate l | 1.5 |
| **2015** | | |
| 1.7.15 | Meet w/co-counsel to discuss research needed for filing motion to recover expert witness costs | |
| 1.28.15 | Read TX's appellate brief | 2 |
| 1.29.15 | TC w/Veasey-LULAC Legal Team to discuss TX's arguments in 5th circuit brief | 0.5 |
| 1.30.15 | TCs w/all plaintiffs to discuss 5th circuit merits brief | 0.4 |
| 2.2.15 | Meet w/co-counsel to discuss research needed for brief on the issue of racially discriminatory purpose/result | 2.2 |
| 2.9.15 | Discuss brief argument draft w/Josh Bone and agree on revisions | 1.5 |
| 2.23.15 | Review and edit merits brief in 5th circuit | 2.9 |
| 2.24.15 | Review 5th circuit order re: sealing document | 0.1 |
| 2.25.15 | Review 5th circuit order re: unsealing ROA docs | 0.1 |
| 2.25.15 | Communications w/M. Posner re: review draft brief | no charge |
| 2.25.15 | Review comments from DOJ on our draft brief (0.2) | no charge |
| 2.25.15 | Make edits/comments to draft brief in light of DOJ c | 0.3 |
| 2.26.15 | Review comments from M. Posner re: review draft b | no charge |
| 2.26.15 | Make additional edits/comments on draft brief (0.5) | no charge |
| 2.27.15 | Comms. w/Veasey-LULAC team re: shorten brief (0.3 | no charge |
| 2.27.15 | TC w/DOJ to disscuss disparate impact numbers in our brief (0.4) | no charge |
| 2.27.15 | Comms. w/Veasey-LULAC team re: edits to brief (0.9 | no charge |
| 3.1.15 | Review & make final edits to merits brief in 5th circu | 0.9 |
| 3.2.15 | Communication w/DOJ atty re: whether to address leg. privilege (Flynn) in our briefs | 0.1 |
| 3.3.15 | Communications w/AARP counsel seeking consent for filing an amicus curiae brief in 5th circuit | 0.1 |
| 3.4.15 | TC & comms. w/all plaintiiffs counsel re: TX's request for more time to file their reply brief | 0.5 |
| 3.4.15 | Edit response to TX's motion for extension to file reply brief in 5th circuit brief | 0.1 |
| 4.3.15 | Communications w/other plaintiffs' counsel about who should argue in 5th circuit and length of argument | 1.1 |
| 4.6.15 | TC w/all plaintiffs' counsel (incl. DOJ) re: oral argument in 5th circuit | 0.5 |
| 4.7.15 | Communications w/co-counsel re: moot court locations | |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|------|------------------------------|-------------------|
| | & times for Chad's moot courts & oralists | 0.4 |
| 4.7.15 | Communication w/DOJ counsel re: splitting argumen | 0.1 |
| 4.8.15 | TC w/co-counsel to discuss oral argument presentati | 1 |
| 4.9.15 | Review 5th circuit transmittal letter (re: supplemena | 0.1 |
| 4.14.15 | Review possible oral aguemnt questions submitted by other plaintiffs' co-counsel & discuss w/Dunn & Bon | no charge |
| 4.15.15 | Brainstorming session of all counsel to discuss arguments to be made in 5th circuit & strategies & emphasis (4. | 2 |
| 4.20.15 | Review 5th circuit panel draw & discuss w/Dunn (0.4 | no charge |
| 4.22.15 | Prepare for and attend moot court at US DOJ (3.5) | no charge |
| 4.23.15 | Travel to NYC on train w/C.Dunn moot court prep (3. | no charge |
| 4.24.15 | Prep work and moot court in NYC and follow-up (4.5 | no charge |
| 4.28.15 | Attend 5th cir. oral argument (2.0) | no charge |
| 4.29.15 | Communications to clients with link to audio of 5th circuit argument | 0.3 |
| 5.28.15 | Review motion of Danielle Conley to withdraw (0.1) | no charge |
| 5.29.15 | Review Order granting motion to withdraw (Conley)( | no charge |
| 5.29.15 | Calls and prep and follow-up re: Texas 28j letter | 1.5 |
| 5.29.15 | Review draft response to TX 28j letter (0.4) | no charge |
| 6.1.15 | Review & edit response to Texas 28j letter (0.6) | no charge |
| 7.9.15 | Draft Josh Bone motion to withdraw as counsel | 0.2 |
| 7.10.15 | Review Order granting Josh Bone motion to withdra | 0.1 |
| 8.5.15 | Review 5th circuit panel decision | 0.7 |
| 8.5.15 | Communications w/Veasey-LULAC team re: next steps (incl. possible rehearing by TX, remand activities to be unc | 1.2 |
| 8.12.15 | TCs w/all plaintiffs' counsel to discuss 5th circuit decision, possible rehearing by TX, DOJ discussions with TX re: remedy, (remand activities to be undertaken)(0.8) | 0.6 |
| 8.20.15 | Review U.S. motion to remand case to the trial court for purpose of imposing interim relief | 0.2 |
| 8.20.15 | TC with TX AG Attys  re: meet and confer on motion to issue mandate forthwith | 0.2 |
| 8.20.15 | Review edits to motion to issue mandate forthwith sent to us by MALC, NAACP, LDF, Taylor plaintiffs | 0.3 |
| 8.21.15 | Confer with plaintiffs' counsel (Dunn, Rosenberg) re: setting up meeting with Texas AG attys to explore remedy (includes call to TX AG atty to see if they will meet w/all plaintiffs' counsel in Austin to explore remedy optior | 0.4 |
| 8.22.15 | Communications among counsel re: confidentiality of upcoming settlement conversations with TX (0.3) | no charge |
| 8.25.15 | Review listing of docs and protocols for meeting with TX AG office re: upcoming meeting with TX to discuss re | 0.2 |
| 8.26.15 | Telephone Conference w/ all plaintiffs' counsel (including DOJ) re: contours of possible interim remedy | 0.7 |
| 8.27.15 | TC w/Dunn and Derfner re: meeting with State AG at | no charge |
| 8.28.15 | Review State of TX En Banc Petition | 0.8 |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|------|------------------------------|-------------------|
| 8.28.15 | Review State of TX motion to stay issuance of manda | 0.2 |
| 8.28.15 | Review State of TX opposition to motion to issue mandate forthwith | 0.2 |
| 8.31.15 | Review directive from 5th circuit requiring a response to TX's rehearing en banc petition by 9/10 | 0.1 |
| 8.31.15 | TC w/Veasey-LULAC legal team re: preparing response to TX's rehearing en banc petition | 0.5 |
| 9.1.15 | Update on status of DOJ expected 5th circuit filings from DOJ atty (0.2) | no charge |
| 9.2.15 | Tele Conf w/all plaintiffs' counsel (incl. DOJ) re: petition for rehearing en banc and arguments for opposition | 0.5 |
| 9.2.15 | Review motion to withdraw as counsel (Agraharkar)( | no charge |
| 9.2.15 | Review Order granting Vishal Agraharkar withdrawal | no charge |
| 9.2.15 | Prepare outline of a reply to the rehearing petition and the State's opposition to issue mandate forthwith for Veasey-LULAC Legal Team to consider | 0.3 |
| 9.2.15 | Communication w/co-counsel (Dunn) re: preparing a reply along the lines of my outline | 0.2 |
| 9.2.15 | Review Dunn draft of reply to TX's opposition to our motion to expedite issuance of the mandate (0.3) | no charge |
| 9.2.15 | Review Derfner edits to C. Dunn's draft reply (0.4) | no charge |
| 9.2.15 | Review 5th circuit order on various motions re: mand | 0.1 |
| 9.3.15 | Final Review of reply to TX opposition re: motion to issue mandate forthwith (0.3) | no charge |
| 9.3.15 | Review motion to withdraw as counsel (Anna Baldwi | no charge |
| 9.3.15 | Review Order granting Baldwin withdrawal (0.1) | no charge |
| 9.4.15 | Review communications with 5th circuit clerk's office re: how we want our reply brief treated by the Court | 0.2 |
| 9.4.15 | Research into actions taken by certain 5th circuit judges re: votes on rehearings and rehearings en banc | 0.4 |
| 9.5.15 | Review Eagle Forum's motion (we oppose) to file am | 0.2 |
| 9.8.15 | Review DOJ draft opposition papers to TX's petition for rehearing en banc & motion to stay the mandate | 0.5 |
| 9.9.15 | Review our draft opposition to rehearing petition to ensure no inconsistencies w/DOJ's intended filing | 0.2 |
| 9.9.15 | TC w/all plaintiffs' counsel to discuss DOJ's draft response & additional points that need to be raised. Also discussed whether to join DOJ's filing or file separately | 0.4 |
| 9.9.15 | Review communication to DOJ w/suggestions for modifying their drafts to be filed tomorrow in 5th circuit (0.2) | no charge |
| 9.9.15 | Review edits by co-counsel (Derfner) to our opposition to TX's peition for rehearing (0.3) | no charge |
| 9.10.15 | Review communication from DOJ re: changes they will make or not make in light of our comments/suggestions | 0.2 |
| 9.10.15 | Review 5th circuit granting amicus curiae motion of Eagle Forum | 0.1 |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|------|------------------------------|-------------------|
| 9.10.15 | Review 2 DOJ filings: Final version of DOJ's filed response to petition for rehearing en banc &motion to stay mand | 0.4 |
| 9.10.15 | Final Review of Veasey-LULAC response in opposition to petition for rehearing en banc & motion to stay issuance of mandate (0.4) | no charge |
| 9.12.15 | Read Eagle Forum's amicus brief | 0.5 |
| 11.24.15 | Review motion to withdraw DOJ atty (E. Westfall)(0. | no charge |
| 11.24.15 | Review Order granting withdrawal (Westfall)(0.1) | no charge |
| **2016** | | |
| 1.10.16 | Call w/DOJ to discuss what motion we scan file in the 5th circuit to obtain interim relief for 2016 | 0.3 |
| 1.11.16 | Communications with Veasey-LULAC legal team to discuss filing motion in 5th circuit & SCOTUS to obtain interim | 0.6 |
| 1.12.16 | TC w/ Veasey-LULAC legal team to discuss when we should file motion in 5th circuit & SCOTUS to obtain interim | 0.3 |
| 3.7.16 | NPR Interview re: Status of 5th circuit appeal (1.0) | no charge |
| 3.9.16 | Review 5th circuit order granting  TX's rehearing peti | 0.1 |
| 3.14.16 | TC w/Veasey-LULAC team to discuss seeking emergency relief in SCOTUS | 0.4 |
| 3.14.16 | Comm. w/Veasey-LULAC team re: need for call (0.2) | no charge |
| 3.17.16 | Review & make edits to Emergency Motion to vacate | 0.9 |
| 3.18.16 | Final review & discussion w/Veasey-LULAC team re: filing of Emergency Motion, conferring with AG, & exhibits to | 0.5 |
| 3.18.16 | Filed motion to vacate in 5th cir. on behalf of Veasey-LULAC plaintiffs (0.1) | no charge |
| 3.18.16 | Receive and review communication from 5th circuit clerk re: just filed motion to vacate | 0.1 |
| 3.18.16 | Review 5th circuit directive carrying our motion to vacate with the appeal | 0.1 |
| 3.19.16 | Draft communication to Veasey-LULAC legal team re: effect of 5th circuit's directive & why we should proceed in | 0.2 |
| 3.19.16 | Communications with Veasey-LULAC legal team to discuss merits (pros/cons) of seeking relief in SCOTUS | 0.4 |
| 3.20.16 | Communications with Veasey-LULAC legal team to discuss seeking relief in SCOTUS--arguments to be made | 0.3 |
| 3.21.16 | TC w/Veasey-LULAC legal team re: SCOTUS filing, including arguments, structure of filing, timing | 0.7 |
| 3.21.16 | Consult with SCOTUS advocate Paul Smith re: seeking relief in Supreme Court | 0.3 |
| 3.22.16 | Review notice from 5th Cir. that rehearing argument is calendared for 5/24 | 0.1 |
| 3.22.16 | Initial review of draft application to vacate stay to be filed in Supreme Court | 0.5 |
| 3.22.16 | Review N. Baron's edits to application to vacate stay | no charge |
| 3.23.16 | Additional review and edits to draft application to vacate stay in SCOTUS | 1.4 |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|---|---|---|
| 3.23.16 | Review 2 sets of edits from A. Derfner to SCOTUS application to vacate stay (0.5) | no charge |
| 3.23.16 | Review edits from co-counsel (Lang) to SCOTUS application to vacate stay (0.4) | no charge |
| 3.23.16 | Communications with other plaintiffs' groups seeking and receiving comments on the Veasey-LULAC draft application to vacate stay in SCOTUS | 0.8 |
| 3.23.16 | Call to Danny Bickell at SCOTUS clerk office to advise that we will be filing our application this week | 0.1 |
| 3.24.16 | Review numerous communications w/Becker Gallagher re: printing/serving our SCOTUS application (0.4) | no charge |
| 3.25.16 | Review Executed certificate of service for SCOTUS fili | no charge |
| 3.25.16 | Final review SCOTUS application to vacate 5th circuit stay (1.1 hours) | no charge |
| 3.25.16 | Receive notice from SCOTUS clerk that application was received and providing docket # | 0.1 |
| 3.28.16 | Review TX's response to 5th cir. Motion for relief filed by Appellees Veasey-LULAC et al. | 0.4 |
| 3.29.16 | Receive notice from SCOTUS clerk when TX's respons | 0.1 |
| 3.29.16 | Review Show Cause Order issued by 5th circuit (0.1) | no charge |
| 3.29.16 | Receive request from TX AG (M. Frederick) to extend time for TX to file supp. Brief (includes DOJ's opposition er | 0.1 |
| 3.29.16 | Review TX's motion to extend time to file supplemental brief in 5th cir. | 0.3 |
| 3.30.16 | Review U.S. opposition to TX's motion to extend time to file supplemental brief in 5th cir. | 0.2 |
| 3.30.16 | Review 5th cir. Order denying TX's motion for simultaneous briefing and granting in part motion for additional tir | 0.1 |
| 4.4.16 | Final review & edits: to 5th cir draft reply to TX's opp | 0.2 |
| 4.4.16 | File reply in 5th cir. to TX's opposition to our motion | no charge |
| 4.5.16 | Review communication from counsel for Fair Representation permission to file amicus brief on behalf of TX | 0.1 |
| 4.5.16 | Communications with other plaintiffs' counsel re: extensions for other plaintiffs-appellees to file supp. Brief (0.2) | no charge |
| 4.7.16 | TCs w/Veasey-LULAC legal Team re: assignments for briefing in 5th cir., timing, SCOTUS reply | 0.5 |
| 4.11.16 | Review State of TX Opposition to Vacate Fifth Circuit | 1.3 |
| 4.11.16 | Communication from SCOTUS clerk re: whether we intend to file a reply to TX's Opposition | 0.1 |
| 4.11.16 | Communications w/legal team about our response to SCOTUS clerk that we can file by this Thursday (4/14) | 0.3 |
| 4.11.16 | Draft outline of points to make in our SCOTUS reply | 0.3 |
| 4.12.16 | Draft SCOTUS reply arguments | 0.7 |
| 4.12.16 | Send my draft reply arguments to Veasey-LULAC tea | no charge |
| 4.12.16 | Communications w/counsel for Mountain States Legal Foundation seeking consent to file amicus | 0.1 |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|---|---|---|
| 4.12.16 | Tele. Conf. w/Veasey-LULAC legal team re: arguments to be made in SCOTUS reply memo/brief | 0.5 |
| 4.12.16 | Review message from C. Dunn re: call w/SCOTUS cler| no charge |
| 4.13.16 | Communications w/Becker Gallagher re: serving our reply in SCOTUS (& their review of our filing for complaince w/ SCOTUS printing requirements/their prep tables of a | 0.4 |
| 4.13.16 | Review & edit SCOTUS reply to TX's Opposition | 1.7 |
| 4.13.16 | Final review and edits to SCOTUS reply | 0.4 |
| 4.13.16 | Serve SCOTUS reply on all counsel (0.1)          no charge | |
| 4.13.16 | Communications w/Mara Silver at SCOTUS re: our filing cover (counsel of record)(0.1)          no charge | |
| 4.13.16 | Make corrections to cover of reply brief/transmit san no charge | |
| 4.16.16 | Review State of TX's supplemental en banc brief | 2.1 |
| 4.18.16 | TC w/Veasey-LULAC legal team about who should do oral argument in 5th circuit en banc (1.0) | 0.5 |
| 4.19.16 | Communication to Mountain States Legal re: amicus | 0.1 |
| 4.20.16 | Review letter to 5th cir. Re: additional argument tim no charge | |
| 4.25.16 | Review motion by certain States to participate amicu | 0.1 |
| 4.25.16 | Review motion to file en banc amicus brief (Eagle For | 0.1 |
| 4.26.16 | Review 5th cir. Order denying additonal argument tir | 0.1 |
| 4.26.16 | Review communications about coordinating amicus briefs for our side (0.3)          no charge | |
| 4.28.16 | Review communications re: coordinating amicus brie no charge | |
| 4.29.16 | Review SCOTUS Order denying stay but ordering expedited action & deadline in 5th Circuit & inviting us to refile | 0.1 |
| 4.29.16 | Review 5th cir. Order granting various amicus curiae | 0.1 |
| 4.30.16 | Review Derfner inserts for our en banc brief (0.3)     no charge | |
| 5.2.16 | Review communication from 5th cir. Clerk re: arguing counsel (0.1)          no charge | |
| 5.2.16 | Communication to other appellees' counsel re: oral argument in 5th circuit en banc (0.1)          no charge | |
| 5.2.16 | Read comments by co-counsel regarding how amicus briefs supporting TX misstate voter fraud claims (0.2)          no charge | |
| 5.2.16 | Review co-counsel (Dunn) edits to draft en banc brie no charge | |
| 5.2.16 | Review and edit Section 2 results section of en banc | 0.4 |
| 5.6.16 | Review letter filed in 5th circuit by Amicus Curiae Eagle Forum Fund (0.1)          no charge | |
| 5.6.16 | Review and make edits to en banc brief | 1.3 |
| 5.7.16 | Review communications among arguing counsel to decide whether to do 15 minutes of uninterrupted argument time or to encourage questions from judges (0.3)          no charge | |
| 5.8.16 | Review communications among arguing counsel to decide whether to do 15 minutes of uninterrupted argument time or to encourage questions from judges (0.2)          no charge | |
| 5.8.16 | Review transcript of Veasey panel argument from 2015 and convey ideas to co-counsel Dunn | 0.7 |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|------|------------------------------|-------------------|
| 5.8.16 | Review appearance form for Andrew Leblanc (0.1) | no charge |
| 5.8.16 | Comms. w/A. Derfner, C. Dunn, A. Kamin re: further edits to our en banc brief | 0.3 |
| 5.8.16 | Review Abbie Kamin's edits to our en banc brief | 0.4 |
| 5.9.16 | Comm. w/C.Dunn re: splitting of time w/Jania Nelson for oral arg. (7 or 8 minutes) | 0.2 |
| 5.9.16 | Review final version and edits of our en banc brief (1 | no charge |
| 5.10.16 | Review MALC/NAACP Supplemental brief in 5th circu | 1.5 |
| 5.23.16 | Review draft response & edits to be submitted by private plaintiffs to Rule 28j letter of TX appellants (0.2) | no charge |
| 5.24.16 | Oral argument today in en banc Fifth Circuit (unable to attend due to Whitford trial in Wisconsin) | no charge |
| 7.20.16 | Review Decision of En Banc Court | 1.6 |
| 7.20.16 | Review 5th cir. Orders on various motions | 0.1 |
| 7.21.16 | Review Order by Judge Ramos re: meet & confer (0.1 | No charge |
| 7.21.16 | Review TX Advisory (0.2) | No charge |
| 7.23.16 | Review TX's Motion for entry of remedial order (0.2) | No charge |
| 7.23.16 | Review Order granting TX's motion for remedy (0.1) | No charge |
| 7.25.16 | Review Motion pro hac for Danielle Lang (0.2) | No charge |
| 8.21.16 | Review draft of Memo re: Intentional Discrim. claims | No charge |
| 8.22.16 | Review U.S. DOJ's Notice re: Discrim. Intent (0.2) | No charge |
| 8.23.16 | Review TX's response to Memos on Intent Briefing (0 | No charge |
| 9.6.16 | Review U.S. motion to enforce temp. remedial order | No charge |
| 9.6.16 | Review draft of private plaintiffs' mot. re: remedial o | No charge |
| 9.8.16 | Review amended order re: deadlines and hearing (0. | No charge |
| 9.12.16 | Review TX's response in Opp. to motions for further | No charge |
| 9.19.16 | Participate in court hearing on motions to enforce (1 | No charge |
| 9.20.16 | Review Order re: motion to enfordce remedial order | No charge |
| 9.22.16 | Review Advisory filed by TX AG (0.2) | No charge |
| 11.18.16 | Review Proposed FOF to be filed by all plaintiffs (1.0) | No charge |
| 11.18.16 | Revew Plaintifs' Brief re: Intentional Discrimination ( | No charge |
| 11.18.16 | Review TX's proposed FOF and COL (0.5) | No charge |
| 12.16.16 | Review Plaintiffs' response to TX's FOF & COL (0.5) | No charge |
| 12.16.16 | Review TX's Response to Plaintiffs' Briefs (0.5) | No charge |
| 12.16.16 | Review TX's motion to seal TX's response (0.2) | No charge |
| 1.20.17 | TC w/C. Dunn re: hearing held today (0.2) | No charge |
| 1.30.17 | Review draft motion pro hac vice for Paul Smith (0.1 | No charge |
| 2.22.17 | Review TX & U.S. motion to continue 2/28 hearing (0 | No charge |
| 2.22.17 | Draft Opposition to TX & U.S. motion to postpone he | No charge |
| 2.23.17 | File Opposition for Veasey-LULAC plaintiffs (0.1) | No charge |
| 2.24.17 | Review Order from Judge Ramos denying TX & U.S. motion to continue hearing on discrim. purpose (0.1) | No charge |
| 2.28.17 | Participate in court hearing on discriminatory intent | No charge |
| 3.7.17 | Review brief on impact of new ID legislation (0.9) | No charge |
| 3.14.17 | Review Veasey-LULAC supplemental brief (0.4) | No charge |
| 3.14.17 | Review TX's brief on impact of new ID legislation (0.5 | No charge |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|------|------------------------------|-------------------|
| 3.15.17 | Review Response of private plaintiffs to TX's 3/7 Adv | No charge |
| 3.23.17 | Review Order granting in part our motion to order payment of expert witness expenses (0.2) | No charge |
| 3.29.17 | Review TX's Advisory (0.1) | No charge |
| 4.3.17 | Review Order on U.S. Motion for voluntary dismissal | No charge |
| 4.10.17 | Review Order re: discriminatory purpose (0.4) | No charge |
| 6.7.17 | Participate in court hearing on remedies (0.7) | No charge |
| 6.12.17 | Review private plaintiffs' filing on briefing schedule ( | No charge |
| 6.28.17 | Review TX's opoosed motion re: 2nd interim remedy | No charge |
| 7.5.17 | Review Briefs filed by TX and Hisp. Judges re: remedi | No charge |
| 7.5.17 | Review private plaintiffs' brief re: remedies (0.3) | No charge |
| 7.5.17 | Review U.S. brief on remedies (0.2) | No charge |
| 7.12.17 | Review TX Advisory (0.1) | No charge |
| 7.12.17 | Review U.S. response to TX's motion re: 2nd interim | No charge |
| 7.17.17 | Review TX response brief on remedies (0.3) | No charge |
| 7.17.17 | Review private plaintiffs' brief re: proper remedies (( | No charge |
| 7.19.17 | Review private plaintffs' opposition to TX's motion to issue 2nd interim remedy (0.5) | No charge |
| 7.20.17 | Review Supplemental brief of private plaintiffs (0.3) | No charge |
| 7.20.17 | Review TRX's Notice Withdrawing motion re: 2nd interim Remedy (0.2) | No charge |
| 7.21.17 | Review private plaintiffs' Advisory  (0.2) | No charge |
| 7.24.17 | Review U.S. Advisory (0.2) | No charge |
| 7.26.17 | Review private plaintiffs' opp. response to TX's motion to reconsider discriminatory purpose order (0.3) | No charge |
| 8.16.17 | Review private plaintiffs' Advisory & TX Advisory Res | No charge |
| 8.23.17 | Review Order granting Section 2 remedies (0.2) | No charge |
| 8.24.17 | Review TX's motion to stay pending appeal (0.2) | No charge |
| 8.25.17 | Review TX's Advisory (0.2) | No charge |
| 8.26.17 | Review private plaintiffs' response to Advisory re: upcoming elections (0.2) | No charge |
| 8.28.17 | Review TX's reply to Advisory re: upcoming elections | No charge |
| 8.30.17 | Review Order granting limited stay (0.1) | No charge |
| 9.2.17 | Review TX's Advisory (0.2) | No charge |
| 9.5.17 | Review 5th cir. Document re: stay (0.1) | No charge |
| 9.5.17 | Review Order entered by Judge Ramos re: TX Adviso | No charge |
| 1.14.19 | Litigation team call re: attorneys fee motion (0.4) | No charge |
| 1.14.19 | Call attorneys fees motion (0.4) | No charge |
| 1.28.19 | Call re attorneys fees motion (0.5) | No charge |
| 1.28.19 | Call re attorneys fees motion (0.5) | No charge |
| 1.29.19 | Call re attorneys fees motion (1.0) | No charge |
| 2.5.19 | Call re attorneys fees motion (0.5) | No charge |
| 2.13.19 | Call re attorneys fees motion (0.2) | No charge |
| 3.12.19 | Call re attorneys fees motion (0.9) | No charge |
| 3.13.19 | Call re attorneys fees motion (0.3) | No charge |
| 3.14.19 | Call re attorneys fees motion (0.5) | No charge |

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) |
|------|------------------------------|-------------------|
| 3.19.19 | Call re attorneys fees motion (0.8) | No charge |
| 4.9.19 | Review brief in support of attorneys fees (0.5) | No charge |
| 4.10.19 | TC w/other plaintiffs' counsel re: fee motion (0.4) | No charge |
| | **TOTAL BILLED HOURS** | **473.4** |
| | | $613/hour |
| | | $290,194.20 |

| Daniel Lang Description | Date | Time | Billing Judgment |
|---|---|---|---|
| Research on available vehicles for Supreme Court relief for 2016 election and email to team on that research | 1/11/2016 | 1.9 | No charge |
| Call with Veasey counsel re: seeking Supreme Court relief | 1/12/2016 | 0.3 | No charge |
| Drafting renewed motion to expedite issuance of the | 1/29/2016 | 2.5 | No charge |
| Call with litigation team re: seeking relief for 2016 election | 2/9/2016 | 1.4 | No charge |
| Researching case law on average timeline for decision in | 2/16/2016 | 0.1 | No charge |
| Call with client | 2/26/2016 | 0.2 | |
| Drafting emergency motion to expedite issuance of the | 3/3/2016 | 1.9 | No charge |
| Drafting emergency motion to expedite issuance of the | 3/3/2016 | 1.2 | No charge |
| Drafting emergency motion to expedite issuance of the | 3/3/2016 | 1.2 | No charge |
| Drafting emergency motion to expedite issuance of the | 3/7/2016 | 0.5 | No charge |
| Call with A. Derfner re emergency motion | 3/7/2016 | 0.2 | No charge |
| Calls with litigation team members re: 5th Circuit briefing | 3/10/2016 | 2.0 | No charge |
| Calls with litigation team members re: 5th Circuit briefing | 3/10/2016 | 1.1 | No charge |
| Call with Veasey co-counsel re: motion to vacate stay | 3/15/2016 | 0.5 | |
| Draft of motion to vacate stay | 3/15/2016 | 3.3 | |
| Veasey co-counsel call re: draft motion to vacate stay | 3/16/2016 | 0.7 | |
| Draft of motion to vacate stay | 3/17/2016 | 0.8 | |
| Draft of motion to vacate stay | 3/17/2016 | 1.2 | |
| Final edits and formatting of motion to vacate stay | 3/18/2016 | 1.0 | |
| Call with co-counsel re: emergency SCOTUS motion to vacate | 3/21/2016 | 1.0 | |
| Draft of emergency SCOTUS motion to vacate stay | 3/22/2016 | 4.0 | |
| Draft of emergency SCOTUS motion to vacate stay | 3/22/2016 | 1.0 | |
| Draft of emergency SCOTUS motion to vacate stay | 3/22/2016 | 1.8 | |
| Draft of emergency SCOTUS motion to vacate stay | 3/23/2016 | 4.2 | |
| Draft of emergency SCOTUS motion to vacate stay | 3/23/2016 | 1.5 | |
| Draft of emergency SCOTUS motion to vacate stay | 3/24/2016 | 1.1 | |
| Draft of emergency SCOTUS motion to vacate stay | 3/24/2016 | 2.6 | |
| Final edits to emergency SCOTUS motion to vacate stay (including tables, formatting, and printing specifications) | 3/24/2016 | 6.2 | |
| SCOTUS emergency application in-person delivery | 3/25/2016 | 1.4 | |
| Draft of reply in support of 5th corciot emergency motion to | 4/3/2016 | 2.5 | |
| Draft of reply in support of 5th circuit emergency motion to | 4/4/2016 | 0.1 | |
| Draft of reply in support of 5th circuit emergency motion to | 4/4/2016 | 0.7 | |
| Draft of reply in support of 5th circuit emergency motion to | 4/4/2016 | 0.5 | |
| Filing of reply in support of 5th circuit emergency motion to | 4/4/2016 | 0.7 | |
| Draft of SCOTUS reply in support of emergency motion to | 4/12/2016 | 11.0 | |
| Reading Texas' en banc brief | 4/16/2016 | 0.5 | |
| Call with litigation team re: en banc briefing | 4/18/2016 | 1.0 | No charge |
| Call with LDF re: en banc briefing | 4/18/2016 | 1.0 | |
| En banc brief outline | 4/19/2016 | 1.5 | |
| En banc brief outline | 4/19/2016 | 3.0 | |
| Drafting en banc brief | 4/26/2016 | 1.5 | |
| Drafting en banc brief | 4/26/2016 | 8.5 | |
| Calls with litigation team re: en banc briefing | 4/27/2016 | 0.7 | No charge |
| Drafting en banc brief | 4/27/2016 | 2.1 | |

| Daniel Lang Description | Date | Time | Billing Judgment |
|---|---|---|---|
| Drafting en banc brief | 4/27/2016 | 3.9 | |
| Drafting en banc brief | 4/27/2016 | 3.0 | |
| Call with litigation team re: en banc briefing | 4/28/2016 | 1.0 | No charge |
| Call with A. Derfner re: en banc brief | 4/28/2016 | 0.5 | |
| Drafting en banc brief | 4/28/2016 | 0.7 | |
| Calls with litigation team re: en banc briefing | 4/29/2016 | 1.5 | No charge |
| Drafting en banc brief | 4/29/2016 | 1.5 | |
| Drafting en banc brief | 4/30/2016 | 7.0 | |
| Drafting en banc brief | 5/1/2016 | 11.0 | |
| Call with A. Derfner re: en banc brief | 5/2/2016 | 0.5 | |
| Call with litigation team re: en banc briefing | 5/3/2016 | 0.2 | No charge |
| Call with litigation team re: en banc briefing | 5/3/2016 | 0.4 | No charge |
| Call with A. Derfner re: en banc brief | 5/3/2016 | 0.2 | |
| Drafting en banc brief | 5/3/2016 | 7.2 | |
| Drafting en banc brief | 5/3/2016 | 0.5 | |
| Call with litigation team re: en banc briefing | 5/4/2016 | 0.4 | No charge |
| Drafting en banc brief | 5/4/2016 | 6.0 | |
| Drafting en banc brief | 5/4/2016 | 1.4 | |
| Reading filed en banc briefs from plaintiff groups | 5/9/2016 | 1.0 | No charge |
| Drafting en banc brief | 5/9/2016 | 10.2 | |
| Reading filed en banc briefs from plaintiff groups | 5/10/2016 | 0.4 | No charge |
| Reading filed en banc briefs from amicus | 5/13/2016 | 0.4 | No charge |
| Listening to oral argument | 6/1/2016 | 0.9 | No charge |
| Calls with litigation team re: 28j letter | 6/1/2016 | 1.2 | No charge |
| Draft of 28j letter | 6/1/2016 | 1.5 | |
| Filing 28j letter | 6/1/2016 | 0.3 | |
| Drafting petition for Supreme Court on stay | 7/6/2016 | 0.2 | No charge |
| Drafting petition for Supreme Court on stay (1.9) | 7/6/2016 | 1.0 | Reduced time |
| Call with J. Amunson re: potential SCOTUS application | 7/7/2016 | 0.5 | No charge |
| Call with litigation team re: potential SCOTUS application | 7/8/2016 | 0.5 | No charge |
| Drafting petition for Supreme Court on stay (1.0) | 7/8/2016 | 0.5 | Reduced time |
| Call with litigation team re: potential SCOTUS application | 7/11/2016 | 0.6 | Reduced time |
| Drafting petition for Supreme Court on stay (1.0) | 7/14/2016 | 0.5 | Reduced time |
| Call with litigation team re: potential SCOTUS application | 7/18/2016 | 0.4 | No charge |
| Call with litigation team re: potential SCOTUS application | 7/18/2016 | 0.2 | No charge |
| Drafting petition for Supreme Court on stay (0.9) | 7/18/2016 | 0.4 | Reduced time |
| Drafting petition for Supreme Court on stay (1.0) | 7/20/2016 | 0.5 | Reduced time |
| Drafting petition for Supreme Court on stay (1.0) | 7/20/2016 | 0.5 | Reduced time |
| Reviewing 5th circuit en banc opinion and drafting motion to | 7/20/2016 | 3.5 | |
| Call with litigation team re: remedies | 7/21/2016 | 0.5 | No charge |
| Call with litigation team re: remedies | 7/21/2016 | 1.0 | No charge |
| Call with litigation team re: remedies | 7/21/2016 | 1.7 | No charge |
| Drafting motion on appropriate remedy | 7/21/2016 | 0.5 | |
| Negotiations re: appropriate remedy (including internal calls, discussions with opposing counsel, and drafts/edits of | 7/22/2016 | 12.0 | |
| Call with litigation team re: remedy schedule | 7/25/2016 | 1.0 | No charge |

| Daniel Lang Description | Date | Time | Billing Judgment |
|---|---|---|---|
| Call with opposing counsel re: remedy negotiations | 7/25/2016 | 0.5 | No charge |
| Call with litigation team re: remedies | 7/25/2016 | 0.2 | No charge |
| ECF registration and pro hac vice motion at district court | 7/25/2016 | 1.0 | |
| Draft of motion to expedite the interim remedy schedule | 7/25/2016 | 1.5 | |
| Litigation team call re: remedy negotiations | 7/26/2016 | 1.0 | No charge |
| Finalizing expedited motion re: interim remedy schedule | 7/26/2016 | 0.3 | |
| Litigation team call re: remedy negotiations | 7/27/2016 | 0.5 | No charge |
| Litigation team call re: remedy negotiations | 7/28/2016 | 0.6 | No charge |
| Litigation team call re: remedy negotiations | 7/28/2016 | 1.3 | No charge |
| Litigation team call re: remedy negotiations | 7/28/2016 | 1.0 | No charge |
| Edits to proposed joint order on remedy and call to discuss | 8/1/2016 | 1.5 | |
| Edits to proposed joint order on remedy and call to discuss | 8/1/2016 | 0.6 | |
| Call with litigation team re: proposed joint order | 8/2/2016 | 1.0 | No charge |
| Call with litigation team re: proposed joint order | 8/2/2016 | 0.2 | No charge |
| Review of opposing counsel edits to proposed joint order | 8/2/2016 | 1.7 | |
| Negotiations re: proposed joint order | 8/2/2016 | 1.7 | |
| Negotiations re: proposed joint order | 8/2/2016 | 0.5 | |
| Negotiations re: proposed joint order | 8/2/2016 | 0.4 | |
| Call with litigation team re: remedy | 8/3/2016 | 0.3 | No charge |
| Call with litigation team re: remedy | 8/3/2016 | 0.2 | No charge |
| Call with litigation team re: remedy | 8/3/2016 | 1.0 | No charge |
| Review of Texas' proposed "additional terms" to joint | 8/3/2016 | 0.5 | |
| Reviewing/editing draft response to "additional terms" | 8/4/2016 | 1.1 | |
| Litigation team call re: intent briefing and schedule | 8/9/2016 | 0.8 | No charge |
| Hearing before Judge Ramos | 8/10/2016 | 1.2 | No charge |
| Litigation team call re: interim remedy materials review and | 8/10/2016 | 0.5 | No charge |
| Litigation team call re: interim remedy materials review and | 8/10/2016 | 1.0 | No charge |
| Review of SOS documents for interim remedy and proposed | 8/10/2016 | 1.2 | |
| Review of SOS documents for interim remedy and proposed | 8/11/2016 | 0.5 | |
| Hearing before Judge Ramos | 8/12/2016 | 1.2 | No charge |
| Litigation team call re: intent briefing | 8/17/2016 | 0.5 | No charge |
| Litigation team call re: interim remedy compliance | 8/26/2016 | 0.2 | No charge |
| Litigation team call re: interim remedy compliance | 8/26/2016 | 0.5 | No charge |
| Litigation team call re: interim remedy compliance | 8/29/2016 | 0.8 | No charge |
| Litigation team call re: interim remedy compliance | 8/30/2016 | 0.7 | No charge |
| Litigation team call re: interim remedy compliance | 9/6/2016 | 0.5 | No charge |
| Litigation team call re: interim remedy compliance | 9/16/2016 | 0.6 | No charge |
| Court call with Judge Ramos | 9/19/2016 | 1.3 | No charge |
| Call with private plaintiffs and DOJ re: intent pfofs | 9/19/2016 | 0.3 | No charge |
| Call with litigation team re: intent pfofs | 9/19/2016 | 0.3 | No charge |
| Call with litigation team re: intent pfofs | 9/19/2016 | 0.5 | No charge |
| Reviewing Texas cert petition | 9/23/2016 | 0.4 | |
| Reviewing Texas cert petition | 9/26/2016 | 0.8 | |
| Litigation team call re: Texas cert petition | 9/28/2016 | 0.7 | No charge |
| Call from Texas voter re: misinformation from SOS | 9/28/2016 | 0.4 | |
| Monitoring compliance of materials with consent decree | 9/28/2016 | 0.3 | |

| Daniel Lang Description | Date | Time | Billing Judgment |
|---|---|---|---|
| Monitoring compliance of materials with consent decree | 10/4/2016 | 0.1 | |
| Call with litigation team re: oppostion to cert petition | 10/5/2016 | 0.6 | No charge |
| Call with litigation team re: oppostion to cert petition | 10/6/2016 | 0.4 | No charge |
| Call with litigation team re: oppostion to cert petition | 10/6/2016 | 0.6 | No charge |
| Call w. A. Derfner re: intent briefing | 10/11/2016 | 0.5 | No charge |
| Review of tarrant county and election commitee hearing | 10/13/2016 | 0.2 | |
| Call w. A. Derfner re: intent pfofs | 10/14/2016 | 0.1 | No charge |
| Call w. A. Derfner re: intent pfofs | 10/14/2016 | 0.8 | No charge |
| Drafting and editing pfofs | 10/18/2016 | 0.5 | No charge |
| Drafting and editing pfofs | 10/18/2016 | 1.5 | No charge |
| Drafting and editing pfofs | 10/20/2016 | 1.2 | No charge |
| Drafting and editing pfofs | 10/20/2016 | 0.7 | No charge |
| Drafting and editing pfofs | 10/20/2016 | 0.7 | No charge |
| Drafting and editing pfofs | 10/20/2016 | 1.0 | No charge |
| Drafting and editing pfofs | 10/20/2016 | 1.5 | No charge |
| Call with D. Freeman (DOJ) re: pfofs | 10/21/2016 | 0.1 | No charge |
| Drafting opp cert | 11/19/2016 | 2.5 | |
| Drafting opp cert | 11/20/2016 | 0.6 | |
| Drafting opp cert | 11/20/2016 | 0.4 | |
| Drafting opp cert | 11/21/2016 | 0.7 | |
| Call with litigation team re: opp cert | 11/22/2016 | 0.3 | |
| Edits to opp cert | 11/22/2016 | 0.5 | |
| Edits to opp cert | 11/23/2016 | 2.1 | |
| Edits to opp cert | 11/26/2016 | 2.3 | |
| Edits to opp cert (record cites) | 11/28/2016 | 0.4 | |
| Reviewing of defendants' fof/col | 11/29/2016 | 1.2 | No charge |
| Call re: intent reply | 11/29/2016 | 0.2 | No charge |
| Call re: intent reply | 11/29/2016 | 0.4 | No charge |
| Drafting intent reply brief | 12/9/2016 | 1.0 | No charge |
| Drafting intent reply brief | 12/10/2016 | 1.7 | No charge |
| Drafting intent reply brief | 12/13/2016 | 1.6 | No charge |
| Litigation team call | 1/4/2017 | 0.5 | No charge |
| Conference call w/ district court | 1/20/2017 | 0.5 | No charge |
| Drafting motion for protective order | 1/23/2017 | 1.1 | No charge |
| Drafting motion for protective order | 1/23/2017 | 1.4 | No charge |
| Reviewing scotus order denying cert | 1/23/2017 | 0.4 | |
| Reviewing scotus order denying cert | 1/23/2017 | 0.7 | |
| Research for opposition to Texas motion to dismiss | 7/2/2018 | 0.2 | |
| Research for opposition to Texas motion to dismiss | 7/3/2018 | 0.8 | |
| Call re opposition to motion to dismiss | 7/10/2018 | 1.0 | |
| Drafting opposition to TX motion to dismiss | 7/23/2018 | 1.1 | |
| Drafting opposition to TX motion to dismiss | 7/23/2018 | 2.4 | |
| Drafting opposition to TX motion to dismiss | 7/24/2018 | 2.6 | |
| Edits to motion to dismiss opposition | 7/25/2018 | 0.4 | |
| Call w E. Rosenberg re: motion to dismiss opposition | 7/26/2018 | 0.3 | |
| Edits to motion to dismiss opposition | 8/1/2018 | 0.3 | |

| Daniel Lang Description | Date | Time | Billing Judgment |
|---|---|---|---|
| Litigation team call re: attorneys fee motion | 1/14/2019 | 0.4 | No charge |
| Call attorneys fees motion | 1/14/2019 | 0.4 | No charge |
| Gathering 2015-2017 contemporaneous time records and exe | 1/15/2019 | 0.4 | No charge |
| Research for attorneys fees motion | 1/23/2019 | 1.2 | |
| Call re attorneys fees motion | 1/28/2019 | 0.5 | No charge |
| Call re attorneys fees motion | 1/28/2019 | 0.5 | No charge |
| Compiling contemporaneous time records and exercising billir | 1/29/2019 | 2.9 | No charge |
| Call re attorneys fees motion | 1/29/2019 | 1 | No charge |
| Call re attorneys fees motion | 2/5/2019 | 0.5 | No charge |
| Call re attorneys fees motion | 2/13/2019 | 0.2 | No charge |
| Emails to co-counsel re fee petition | 2/13/2019 | 0.2 | No charge |
| Call with C. Dunn re fee petition | 2/13/2019 | 0.1 | No charge |
| Call with E. Rosenburg re: fee petition | 2/13/2019 | 0.2 | No charge |
| Drafting and editing brief in support of attorneys fees | 3/11/2019 | 2.8 | |
| Call re attorneys fees motion | 3/12/2019 | 0.9 | No charge |
| Call re attorneys fees motion | 3/13/2019 | 0.3 | |
| Drafting and editing brief in support of attorneys fees | 3/13/2019 | 2.5 | |
| Call re attorneys fees motion | 3/14/2019 | 0.5 | No charge |
| Call re attorneys fees motion | 3/19/2019 | 0.8 | No charge |
| Call re attorneys fees motion | 3/27/2019 | 0.2 | No charge |
| Edits to brief in support of attorneys fees | 4/1/2019 | 0.8 | |
| Call re attorneys fees motion | 4/4/2019 | 0.3 | No charge |
| Edits to brief in support of attorneys fees | 4/8/2019 | 1.7 | |

| | |
|---|---|
| Total Hours | 254.5 |
| Total Unbilled | 48.5 |
| Total Billed Hc | 206.0 |
| Rate | $351/hour |
| Total Invoice | $72,306.0 |

| J. Bone Description | Date | Time | Billing Judgment |
|---|---|---|---|
| Working on pre-trial FOF/COL | 8/18/2014 | 1.2 | |
| Attending depositions and meetings | 8/19/2014 | 7.4 | No charge |
| Attending deposition | 8/20/2014 | 4.5 | No charge |
| Document review | 8/20/2014 | 3 | |
| Attending deposition and document review | 8/21/2014 | 6.3 | No charge |
| Attending deposition | 8/22/2014 | 4.20 | No charge |
| Document review | 8/25/2014 | 7.5 | |
| Document review | 8/26/2014 | 6.1 | |
| Objections to Texas exhibits | 8/26/2014 | 2.7 | |
| Deposition Designations | 8/27/2014 | 2.7 | |
| Document review | 8/27/2014 | 4 | |
| Veasey team call and prep and follow-up | 8/27/2014 | 1.9 | No charge |
| Document review | 8/28/2014 | 2.2 | |
| Work on license surrender issue | 8/28/2014 | 0.5 | |
| Work on chart comparing state photo voter ID laws | 8/28/2014 | 1 | |
| Objections to Texas exhibits: call with G. Hebert | 8/28/2014 | 0.2 | |
| Veasey team call and prep and follow-up | 8/28/2014 | 1 | No charge |
| Work on exhibits for trial | 8/29/2014 | 2.1 | |
| Objections to Texas exhibits | 8/29/2014 | 1.5 | |
| Work on license surrender issue | 8/29/2014 | 0.4 | |
| Work on amendments charts | 9/2/2014 | 5.5 | |
| Research on expert testimony objections | 9/4/2014 | 2.8 | |
| Legal research on standing for plaintiffs | 9/5/2014 | 3.1 | |
| Reading trial transcripts | 9/10/2014 | 4.6 | No charge |
| Preliminary research on as applied challenges | 9/10/2014 | 1.9 | |
| Further research on as applied challenges | 9/11/2014 | 3.9 | |
| Further research on as applied challenges | 9/12/2014 | 2 | |
| Reading trial transcripts | 9/12/2014 | 3.5 | No charge |
| Reviewing Seventh Circuit oral argument | 9/12/2014 | 1 | No charge |
| Veasey team call and prep and follow-up | 9/15/2014 | 0.7 | No charge |
| File E. Simson Motion to Withdraw | 9/15/2014 | 0.2 | |
| Researching and drafting remedy proposal | 9/15/2014 | 2.3 | |
| Work on updating FOFs to reflect trial testimony | 9/16/2014 | 2.3 | |
| Drafting additions to COL | 9/16/2014 | 0.2 | |
| Work on COL | 9/16/2014 | 1.4 | |
| Work on COL | 9/17/2014 | 14 | |
| Work on COL | 9/18/2014 | 7 | |
| Veasey team call and prep and follow-up | 9/18/2014 | 0.7 | No charge |
| Veasey team call and prep and follow-up | 9/19/2014 | 2 | No charge |
| Closing argument preparation | 9/19/2014 | 6.4 | |
| Call with A. Derfner and follow up | 9/20/2014 | 0.6 | |
| Legal research | 9/21/2014 | 3.3 | |
| Closing argument preparation | 9/21/2014 | 5.5 | |
| Attending closing arguments | 9/22/2014 | 4 | No charge |
| Stay pending appeal research/writing (4.5) | 9/26/2014 | 2.2 | Reduced time |
| Stay pending appeal call/research/writing | 9/30/2014 | 0.9 | No charge |

**J. Bone Description**

| Description | Date | Time | Billing Judgment |
|---|---|---|---|
| Research and writing re: stay and appeal (5.8) | 10/1/2014 | 2.9 | Reduced time |
| Legal research re: stay and appeal | 10/1/2014 | 0.6 | |
| Call and follow up re: implementation of SB 14 | 10/2/2014 | 1.2 | |
| Work on draft stay response (4.5) | 10/6/2014 | 2.2 | Reduced time |
| Work on template for stay fact finding | 10/6/2014 | 2.2 | No charge |
| Work on draft stay response (6.7) | 10/7/2014 | 3.3 | Reduced time |
| Work on template for stay fact finding | 10/7/2014 | 2 | No charge |
| Work on draft stay response (3.9) | 10/8/2014 | 2 | Reduced time |
| Work on draft stay response (3.5) | 10/9/2014 | 2 | Reduced time |
| Reviewing district court opinion | 10/9/2014 | 1 | |
| Call, drafting, and filing response to Texas advisory | 10/10/2014 | 6.2 | |
| Call, drafting, research on stay response (12.4) | 10/11/2014 | 6 | Reduced time |
| Call, drafting, research on stay response (8.4) | 10/12/2014 | 4.4 | Reduced time |
| Work on Supreme Court brief (14.8) | 10/14/2014 | 7 | Reduced time |
| Work on Supreme Court brief (5.5) | 10/15/2014 | 2 | Reduced time |
| Call re: reply, research, writing reply, filing (2.1) | 10/16/2014 | 1 | Reduced time |
| Work on remedy issue (bail in) | 10/21/2014 | 1.3 | No charge |
| Work on remedy issue (bail in) | 10/24/2011 | 0.7 | No charge |
| Work on remedy issue (bail in) | 10/27/2014 | 1.3 | No charge |
| Work on reimbursement issue | 10/31/2014 | 4 | |
| Compiling documents for A. Derfner | 11/12/2014 | 0.2 | No charge |
| Work on motion to expedite | 11/18/2014 | 4.7 | |
| Work on motion to expedite | 11/19/2014 | 2.7 | |
| Work on motion to expedite | 11/24/2014 | 6.3 | |
| Work on motion to expedite | 11/25/2014 | 1 | |
| Veasey team call re: coordination | 12/3/2014 | 0.7 | No charge |
| Work on reimbursement issue | 12/4/2014 | 1.9 | |
| Reading for fact section of brief | 12/22/2014 | 3.2 | |
| Veasey call and district court opinion outline | 12/23/2014 | 1.5 | No charge |
| Work on expert witness cost motion | 1/7/2015 | 0.3 | |
| Work on expert witness cost motion/order | 1/16/2015 | 0.7 | |
| Work on expert witness cost motion/order | 1/22/2015 | 1.2 | |
| Work on expert witness cost motion/order | 1/23/2015 | 0.3 | |
| Work on section of appellate brief fact section | 1/23/2015 | 4 | |
| Work on section of appellate brief fact section | 1/26/2015 | 6.5 | |
| Read Texas's appellate brief | 1/28/2015 | 2.2 | |
| Veasey team call | 1/29/2015 | 0.5 | No charge |
| Work on ROA key | 1/29/2015 | 1.2 | |
| All Plaintiff call | 1/30/2015 | 0.9 | No charge |
| Work on ROA key | 1/30/2015 | 5.1 | |
| Research on purpose argument | 2/2/2015 | 3.2 | |
| Drafting appellate brief section | 2/3/2015 | 6.7 | |
| Drafting appellate brief section | 2/4/2015 | 6 | |
| Drafting appellate brief section | 2/5/2015 | 2.8 | |
| Drafting appellate brief section | 2/6/2015 | 4.2 | |
| Drafting appellate brief section | 2/9/2015 | 3.3 | |

| J. Bone Description | Date | Time | Billing Judgment |
|---|---|---|---|
| Revision of appellate brief sections | 2/10/2015 | 1.8 | |
| Copying record on appeal | 2/11/2015 | 1 | No charge |
| Review of draft section of appellate brief | 2/11/2015 | 0.8 | |
| Revising draft section of appellate brief | 2/12/2015 | 2 | |
| Conference call and follow up | 2/13/2015 | 0.8 | No charge |
| Revising draft section of appellate brief | 2/17/2015 | 7.2 | |
| Compose and edit motion for expert reimbursement | 2/18/2015 | 3.5 | |
| Revising draft sections of appellate brief | 2/18/2015 | 1.2 | |
| Revise motion for expert reimbursement | 2/19/2015 | 2.2 | |
| Revise appellate brief | 2/20/2015 | 8.1 | |
| Revise appellate brief | 2/23/2015 | 6.5 | |
| Additional legal and factual research | 2/23/2015 | 4.4 | No charge |
| Conversation with expert M. Herron | 2/24/2015 | 0.4 | |
| Brief revision | 2/24/2015 | 6.9 | |
| Record citations | 2/25/2015 | 8.7 | |
| Brief revision | 2/26/2015 | 4.7 | |
| Brief revision | 2/27/2015 | 10.2 | |
| Brief revision | 2/28/2015 | 4 | |
| Brief revision | 3/1/2015 | 3.2 | |
| Brief revision | 3/2/2015 | 6 | |
| Final brief revision | 3/3/2015 | 4.2 | |
| Motion to extend reply deadline | 3/4/2015 | 2.8 | |
| Work on as applied remedy issue | 3/9/2015 | 2.2 | |
| Factual research | 3/9/2015 | 0.7 | |
| Factual research | 3/13/2015 | 0.4 | |
| Call on oral argument | 3/18/2015 | 1 | No charge |
| Call on oral argument | 3/31/2015 | 1.2 | No charge |
| Call on oral argument | 4/1/2015 | 2.2 | No charge |
| Research/email drafting re: oral argument | 4/3/2015 | 1 | |
| Call on oral argument | 4/3/2015 | 1.1 | No charge |
| Reply to A. Derfner email | 4/5/2015 | 0.6 | |
| Oral Argument Call | 4/8/2015 | 1 | No charge |
| Reply to A. Derfner email | 4/9/2015 | 0.9 | |
| Draft oral argument question responses | 4/14/2015 | 6.2 | |
| Meeting at Wilmer Hale re oral argument | 4/15/2015 | 4.5 | |
| Organizational work related to oral argument; brains | 4/20/2015 | 1.3 | |
| Prep work and meeting with C. Dunn and A. Derfner | 4/21/2015 | 2.1 | |
| Prep work and moot court at DOJ | 4/22/2015 | 3.5 | No charge |
| Draft email to E. Rosenberg | 4/23/2015 | 0.4 | |
| Prep work and moot court in NYC and follow-up | 4/24/2015 | 3.2 | No charge |
| Attend oral argument | 4/25/2015 | 2 | No charge |
| Calls and prep and follow-up re: Texas 28j letter | 5/29/2015 | 1.5 | |
| Draft 28j response | 5/29/2015 | 1 | |
| Call with Armand and follow-up re: Texas 28j letter | 5/31/2015 | 0.3 | |
| Revise response to Texas 28j letter | 6/1/2015 | 4.5 | |

**J. Bone Description**

| | Date | Time | Billing Judgment |
|---|---|---|---|
| Total Hours | | 400.4 | |
| Total Unbilled Hou | | 75.4 | |
| Total Billed Hours | | 325.0 | |
| Rate | | $307/hour | |
| Total Invoice | | $99,775.00 | |

| Emma Simson Description | Date | Hours | Billing Judgment |
|---|---|---|---|
| Call w/ DOJ and co-counsel re: consolidation, scheduling, discovery | 9/10/2013 | 1.0 | No charge |
| Call w/ co-counsel re: scheduling, discovery | 9/13/2013 | 1.0 | No charge |
| Call w/ DOJ re: scheduling, discovery | 9/16/2013 | 1.0 | No charge |
| Call w/ DOJ, co-counsel re: scheduling | 9/17/2013 | 1.0 | No charge |
| Call w/ Texas re: scheduling, discovery | 9/18/2013 | 1.0 | No charge |
| Call w/ plaintiffs' counsel re: scheduling, discovery | 9/20/2013 | 1.0 | No charge |
| Call w/ DOJ re: scheduling, discovery | 9/20/2013 | 1.0 | No charge |
| Call w/ co-counsel re: research/litigation strategy | 9/25/2013 | 0.5 | No charge |
| Call with experts Barretto & Smith about potential research methods/work in the case | 9/27/2013 | 1.0 | |
| Researching litigation holds generally and in 5th Circuit; Drafting litigation hold letter to state | 10/2/2013 | | No charge |
| Researching TTV and modifying litigation hold letter for | 10/7/2013 | | No charge |
| Call w/ co-counsel re: expert cost estimates, etc. | 10/7/2013 | 1.5 | No charge |
| Call re: info collected by election officials; PIs | 10/8/2013 | 1.0 | |
| Call w/ co-counsel re: info from election official on info collected | 10/8/2013 | 0.3 | No charge |
| Call w/ experts re: cost estimates, etc. | 10/9/2013 | 1.0 | |
| Call w/ co-counsel to discuss decisions about experts cost estimates | 10/9/2013 | 0.5 | No charge |
| Incorporating edits to litigation hold letter to TTV | 10/10/2013 | 0.3 | |
| Call w/ DOJ re: scheduling | 10/18/2013 | 0.5 | No charge |
| Call w/ co-counsel re: schedule, experts, fact discovery | 10/21/2013 | 0.6 | No charge |
| Prepare for interview with witness (draft questions, research) | 10/23/2013 | 0.5 | |
| Interview witness | 10/25/2013 | 0.3 | |
| Legal research on standing | 10/25/2013 | 2.5 | |
| Draft declaration | 10/25/2013 | 0.2 | |
| Call w/ co-counsel re: strategy | 10/28/2013 | 0.2 | No charge |
| Call w/ all parties on ESI, 26(f) issues | 10/28/2013 | 0.3 | No charge |
| Drafting letter on trial schedule | 10/28/2013 | 4.1 | |
| Call w/ co-counsel, expert on database issues/e-discovery | 10/30/2013 | 0.3 | No charge |
| Call w/ co-counsel re: response to motion to dismiss | 10/30/2013 | 0.4 | No charge |
| Editing 26(f) report | 10/31/2013 | 1.3 | |
| Preparing 26(f) report (making edits to DOJ's version, Veasey insert, preparing Veasey proposed order, creating counsel list, etc.) | 11/1/2013 | 5.1 | |
| Call w/ co-counsel re: experts, facts, motion to dismiss issues | 11/5/2013 | 1.0 | No charge |
| Contacting clients | 11/5/2013 | 0.3 | |
| Preparing for witness interviews, interviewing potential witnesses, drafting declarations | 11/5/2013 | 5.4 | |
| Reviewing DOJ statement on schedule | 11/5/2013 | 0.3 | |
| Reading motion to dismiss; research on claims in TX MTD | 11/6/2013 | 1.6 | |
| Research on standing/MTD | 11/7/2013 | 2.3 | |

| Emma Simson Description | Date | Hours | Billing Judgment |
|---|---|---|---|
| Call w/ co-counsel to discuss experts, MTD | 11/11/2013 | 1.5 | No charge |
| Call w/ Sheila Korte; research re: other potential | 11/12/2013 | 1.0 | |
| Research on standing/MTD | 11/13/2013 | | No charge |
| Call w/ co-counsel re: experts; witnesses; call follow-up | 11/14/2013 | 1.0 | No charge |
| Research on standing/MTD | 11/14/2013 | 2.5 | |
| Research on standing/MTD | 11/15/2013 | 0.5 | |
| Hearing with Court | 11/15/2013 | 0.9 | No charge |
| Debrief with co-counsel re: next steps on discovery; MTD | 11/15/2013 | 0.6 | No charge |
| Locating witnesses; interviewing witnesses; drafting declarations | 11/15/2013 | 3.1 | |
| Call w/ County Commissioner Ortiz re: issues in Nueces | 11/15/2013 | 0.3 | |
| Witness interview | 11/15/2013 | 0.2 | |
| Drafting witness declarations; researching additional MTD claims | 11/15/2013 | 1.3 | |
| Drafting witness declaration | 11/16/2013 | 0.6 | |
| Compiling information for 26(a) initial disclosures | 11/18/2013 | 1.6 | |
| Motion to dismiss response | 11/18/2013 | 0.4 | |
| Call w/ witness; clarifying declaration | 11/18/2013 | 0.5 | |
| Motion to dismiss response | 11/18/2013 | 3.0 | |
| Call w/ non-DOJ plaintiffs' counsel re: coordination | 11/18/2013 | 1.2 | No charge |
| Motion to dismiss response | 11/18/2013 | 6.7 | |
| Motion to dismiss response | 11/19/2013 | 10.5 | |
| Motion to dismiss response | 11/20/2013 | 1.9 | |
| Drafting response to Defendants' advisory on trial | 11/20/2013 | 2.5 | |
| Motion to dismiss response | 11/20/2013 | 4.2 | |
| Motion to dismiss response | 11/20/2013 | 8.2 | |
| Motion to dismiss response | 11/21/2013 | 14.5 | |
| Call w/ co-counsel re: hearing with court: re schedule | 11/22/2013 | 0.5 | No charge |
| Motion to dismiss response | 11/22/2013 | 2.5 | |
| Call w/ court re: TX advisory on schedule | 11/22/2013 | 0.6 | No charge |
| Call w/ co-counsel to debrief call w/ court on schedule, determine next steps | 11/22/2013 | 0.4 | No charge |
| Identify potential plaintiffs for Teresa to interview | 11/22/2013 | 0.8 | No charge |
| Motion to dismiss response | 11/22/2013 | 1.7 | |
| Researching potential new claims (right to travel) | 11/25/2013 | 1.7 | |
| Amending complaint, researching potential voter issues | 11/25/2013 | 5.1 | |
| Interviewing witness | 11/25/2013 | 0.2 | |
| Amending complaint, researching potential voter issues | 11/25/2013 | 0.9 | |
| Amending complaint, researching potential voter issues; contacting witnesses | 11/26/2013 | 8.7 | |
| Call w/ Veasey counsel re: amending complaint, experts | 12/2/2013 | 0.6 | No charge |
| Researching potential claims, plaintiffs | 12/3/2013 | 1.6 | |
| Call w/ Armand re: prospective plaintiffs | 12/3/2013 | 0.6 | |
| Call w/ Chad re: prospective plaintiffs | 12/3/2013 | 0.2 | |
| Call potential plaintiffs | 12/3/2013 | 0.2 | |
| Amending complaint | 12/4/2013 | 4.0 | |

| Emma Simson Description | Date | Hours | Billing Judgment |
|---|---|---|---|
| Call w/ co-counsel re: new plaintiffs, claims, amending complaint | 12/4/2013 | 1.7 | No charge |
| Follow-up from call w/ co-counsel (e.g. plaintiffs, complaints) | 12/4/2013 | 0.4 | |
| Amending complaint, final edits, etc. | 12/6/2013 | 6.3 | |
| Call w/ potential experts and other plaintiffs re: surveys | 12/12/2013 | 1.0 | No charge |
| Call w/ DOJ, plaintiffs re: federal database issues | 12/17/2013 | 0.3 | No charge |
| Call w/ plaintiffs' counsel re: deponents, other case developments | 12/18/2013 | 0.6 | No charge |
| Research for Texas Motion to Dismiss Second Complaint | 1/6/2014 | 7.7 | |
| Research for Texas Motion to Dismiss Second Complaint | 1/7/2014 | 10.7 | |
| Research for Texas Motion to Dismiss Second Complaint | 1/8/2014 | 0.3 | |
| Call w/ co-counsel re: status of case (experts, motions, discovery) | 1/8/2014 | 0.8 | No charge |
| Research for Texas Motion to Dismiss Second Complaint | 1/8/2014 | 2.6 | |
| Call w/ Armand re: due process claim | 1/8/2014 | 0.8 | |
| Research, drafting, etc. for Texas Motion to Dismiss Second Complaint | 1/8/2014 | 4.8 | |
| Research, drafting, etc. for Texas Motion to Dismiss Second Complaint | 1/9/2014 | 1.9 | |
| Research, drafting, etc. for Texas Motion to Dismiss Second Complaint | 1/10/2014 | 4.8 | |
| Call w/ Armand re: Reponse to TX Mot to Dismiss 2nd Complaint | 1/10/2014 | 0.6 | |
| Research, drafting, etc. for Texas Motion to Dismiss Second Complaint | 1/10/2014 | 5.1 | |
| Call w/ co-counsel re: experts, interrogatories | 1/13/2014 | 0.3 | No charge |
| Call w/ DOJ re: fact development | 1/17/2014 | 0.4 | No charge |
| Reviewing consent protective order, etc. | 1/20/2014 | 0.8 | |
| Call w/ co-counsel re: experts, discovery, | 1/21/2014 | 1.2 | No charge |
| Call w/ Matt Barreto re: database matching | 1/22/2014 | 0.5 | |
| Call w/ other plaintiffs re: experts, depos, common | 1/22/2014 | 0.9 | No charge |
| Call w/ plaintiffs re: factual development | 1/28/2014 | 1.5 | |
| Call w/ Chad Dunn re: algorithms, survey | 1/28/2014 | 0.4 | |
| Call w/ Chad, Gerry, Matt Barreto re: algorithms | 1/28/2014 | 0.3 | No charge |
| Reviewing new draft consent protective order; drafting e-mail to counsel re: concerns | 1/28/2014 | 0.8 | |
| Meeting w/ Allan Lichtman re: expert reports | 1/29/2014 | 1.0 | |
| Gathering materials for Licthman | 1/29/2014 | 0.4 | |
| Call w/ Armand and Chad re: consent protective order, algorithm | 1/30/2014 | 1.0 | |
| Checking earlier consent agreement's effect on future production of certain database info | 1/30/2014 | 0.5 | |
| Reviewing new draft consent order; drafting potential modifying language; call w/ Armand re: contents, etc. | 1/31/2014 | 1.3 | |

| Emma Simson Description | Date | Hours | Billing Judgment |
|---|---|---|---|
| Reading depositions from TX v. Holder case for info on DB info on citizenship proof | 1/31/2014 | 0.5 | |
| Call w/ DOJ re: database matching process | 2/3/2014 | 0.8 | No charge |
| Call w/ our experts re: database matching | 2/3/2014 | 0.7 | No charge |
| Reviewing new consent protective order; discussing with Armand | 2/3/2014 | 0.3 | |
| Reviewing database matching process, preparing concerns; discussing with Armand | 2/3/2014 | 1.9 | |
| Call w/ plaintiff groups re: depositions | 2/4/2014 | 0.6 | No charge |
| Call w/ Armand, Herron re: databases, algorithms | 2/5/2014 | 1.2 | |
| Making edits to deposition notices | 2/5/2014 | 0.3 | |
| Call w/ Veasey counsel re: trial schedule, discovery, | 2/5/2014 | 1.1 | No charge |
| Attempts to enter TX Database for Production documents | 2/5/2014 | 0.6 | No charge |
| Call w/ experts re: areas for reports, developments in case, etc. | 2/6/2014 | 1.3 | |
| Editing depos notices | 2/6/2014 | 0.8 | |
| Call w/ Veasey team to discuss additional expert areas | 2/6/2014 | 1.3 | No charge |
| Downloading, scanning, etc. docs from Production 3 | 2/6/2014 | 0.5 | No charge |
| Call w/ M. Herron re: database matching in other states | 2/6/2014 | 0.3 | |
| Researching database matching in NC (criteria for 2013 matches) | 2/6/2014 | 0.8 | |
| Researching database matching in PA | 2/6/2014 | 1.1 | |
| Downloading documents from TX production; Reviewing documents in production | 2/6/2014 | 1.8 | |
| Call w/ Armand and Michael H. re: new algorithm, TX algorithm | 2/7/2014 | 0.9 | |
| Editing 30b6 depo notice for Public Safety Commission | 2/9/2014 | 0.8 | |
| Call w/ DOJ, Michael, Armand re: algorithm issues | 2/10/2014 | 0.5 | |
| Editing deposition notices for AG Office | 2/10/2014 | 0.3 | |
| Call w/ MB, Chad, Ezra's group re: survey | 2/10/2014 | 0.2 | |
| Drafting Veasey Proposed Order on Discovery for databases, separate orders for court | 2/10/2014 | 1.8 | |
| Drafting Veasey draft response to US proposed order on DB | 2/10/2014 | 3.3 | |
| Drafting alternative proposed entries (dividing up agreed, unagreed) | 2/10/2014 | 0.9 | |
| Reviewing and editing Veasey response, attached orders (e.g. paragraph 12) | 2/11/2014 | 2.0 | |
| Reviewing DOJ's motion, revising Veasey response, proposed orders, etc. | 2/11/2014 | 1.5 | |
| Preparing for status hearing (drafting summary of DB issues) | 2/11/2014 | 0.3 | |
| Call re: info collected by organizations re: 2013 elections | 2/11/2014 | 0.3 | No charge |
| Call w/ Veasey counsel re: status hearing on 2.12 | 2/11/2014 | 1.1 | No charge |
| Reviewing US motion re: scheduling order | 2/11/2014 | 0.4 | |

| Emma Simson Description | Date | Hours | Billing Judgment |
|---|---|---|---|
| Researching Jones v. Deininger schedule | 2/11/2014 | 1.0 | |
| Hearing with Court | 2/12/2014 | 0.8 | No charge |
| Debrief with co-counsel re: hearing, next steps | 2/12/2014 | 0.2 | No charge |
| Call w/ DOJ re: schedule, attachment 3 of ECF 161 | 2/13/2014 | 0.6 | No charge |
| Reviewing DOJ statement on attachment 3 | 2/13/2014 | 0.2 | |
| Responding to Veasey counsel e-mails re: proposed order, schedule, hearing on 2/14/2014 | 2/13/2014 | 1.4 | |
| Reviewing Texas response to Attachment 3 of ECF 161 | 2/13/2014 | 0.3 | |
| Call w/ Veasey counsel re: hearing w/ court, attachment 3 | 2/14/2014 | 0.5 | No charge |
| Hearing with Court re: attachment 3 | 2/14/2014 | 0.4 | No charge |
| Call with Veasey counsel re: modifications to agreed order | 2/14/2014 | 0.4 | No charge |
| Call w/ other plaintiff counsel to discuss coordination | 2/14/2014 | 0.3 | No charge |
| Revising DOJ's algorithm for simplification | 2/18/2014 | 6.3 | |
| Creating charts for DOJ's algorithm; on phone with Armand re: charts | 2/18/2014 | 1.1 | |
| Revising charts, DOJ's algorithm document | 2/19/2014 | 3.4 | |
| Commenting on survey instrument | 2/19/2014 | 0.4 | |
| Revising DOJ's algorithm for simplification (call w/ Armand) | 2/19/2014 | 0.8 | |
| Call w/ Armand re: edits to DOJ's algorithm; revising algorithm | 2/20/2014 | 1.8 | |
| Call w/ Barreto and lawyers re: survey instrument | 2/20/2014 | 2.1 | |
| Call w/ other plaintiff groups to coordinate | 2/20/2014 | 0.4 | No charge |
| Call w/ Michael re: database algorithm terms | 2/20/2014 | 0.2 | |
| Reviewing motion to compel legislative documents | 2/20/2014 | 0.8 | |
| Reviewing plaintiffs' draft motion in support DOJ motion to compel | 2/20/2014 | 1.3 | |
| Researching motion to compel legislative docs | 2/20/2014 | 0.5 | |
| Preparing for witness interview | 2/25/2014 | 0.4 | |
| Reviewing docs and downloading production documents | 2/25/2014 | 1.2 | |
| Calling witness; composing e-mail | 2/25/2014 | 0.2 | |
| Call w/ Michael, Armand, Teresa, Ben re: databases | 2/26/2014 | 0.7 | |
| Call w/ Michael and Armand re: databases | 2/26/2014 | 0.3 | |
| Call w/ Teresa re: docs from Elections Department; typing up list of docs | 2/26/2014 | 0.4 | |
| Downloading production documents, skimming | 2/26/2014 | 0.6 | |
| Reviewing survey and providing comments, edits | 2/27/2014 | 1.4 | |
| Reviewing TX response to motion re: compel leg priv | 2/27/2014 | 0.8 | |

| Emma Simson Description | Date | Hours | Billing Judgment |
|---|---|---|---|
| Call w/ Barreto and lawyers re: survey instrument | 2/27/2014 | 1.4 | |
| Call w/ plaintiff groups re: DOJ meeting, depositions, trial schedu | 2/27/2014 | 1.2 | No charge |
| Call w/ Armand re: memo on proof of citizenship, databases, next steps | 2/27/2014 | 0.4 | |
| Call w/ Michael re: database algorithm from DOJ | 2/28/2014 | 1.0 | |
| Call w/ Armand re: DOJ meeting, database algorithm | 2/28/2014 | 0.3 | |
| Preparation for meeting with DOJ | 2/28/2014 | 1.1 | No charge |
| Meeting with DOJ and other plaintiff groups | 2/28/2014 | 2.0 | No charge |
| Reviewing new survey instrument | 3/3/2014 | 0.6 | |
| Phone w/ chad re: survey instrument (knowledge questions) | 3/3/2014 | 0.2 | |
| Composing list of algorithm issues for DOJ | 3/3/2014 | 0.4 | |
| Talk with Matt, Chad re: survey | 3/3/2014 | 0.5 | |
| Talk with group re: survey | 3/3/2014 | 1.2 | |
| Call with all parties (include Tx) re: algorithm | 3/3/2014 | 0.4 | |
| Hearing before court | 3/5/2014 | 1.7 | |
| Call w/ all plaintiffs counsel re: depositions, leg privilege | 3/6/2014 | 0.8 | No charge |
| Call w/ Veasey Counsel re: leg privilege issue | 3/6/2014 | 0.8 | No charge |
| Research on past cases, reading orders on leg privilege | 3/11/2014 | 4.0 | |
| Working on part I of response on legislative privilege | 3/11/2014 | 4.2 | |
| Redrafting response on leg privilege | 3/12/2014 | 4.9 | |
| Revising response on legislative privilege | 3/12/2014 | 1.9 | |
| Additional revisions to response on legislative privilege | 3/13/2014 | 2.8 | |
| Drafting subpoena and depo notice for Stan Stanart | 3/13/2014 | 0.8 | |
| Call w/ other plaintiffs groups re: depos, schedule, leg priv | 3/13/2014 | 0.7 | |
| Finalizing legislative privilege response | 3/13/2014 | 2.5 | |
| Call w/ Veasey counsel re: next steps for subpoenas, depos | 3/14/2014 | 0.8 | |
| Call w/ Luis Figueroa re: citizenship / DL bills | 3/14/2014 | 0.9 | |
| Call w/ Anna Baldwin re: algorithm | 3/14/2014 | 0.1 | |
| Drafting memo on call w/ Luis Figueroa | 3/14/2014 | 0.6 | |
| Reading filings from 3/14/2014 | 3/17/2014 | 1.0 | |
| Reviewing documents for Stan Stanart, Department of Health | 3/19/2014 | 3.0 | |
| Call with all plaintiffs | 3/20/2014 | 0.8 | |
| Research on citizenship requirement for call w/ Rep. Burnham | 3/25/2014 | 0.7 | |

| Emma Simson Description | Date | Hours | Billing Judgment |
|---|---|---|---|
| Call w/ Rep. Burnham re: connections between citizenship proof requirement for DL and SB 14 | 3/25/2014 | 0.7 | |
| Researching all bills dating back to 2005 re: citizenship | 3/25/2014 | 5.1 | |
| Reviewing TX RFPs on individual plaintiffs | 3/25/2014 | 2.5 | |
| Preparing potential objections to TX RFPs on individual plaintiffs | 3/25/2014 | 8.2 | |
| Preparing potential objections to TX RFPs on individual plaintiffs | 3/26/2014 | 1.2 | |
| Call with Veasey counsel re: depos, schedule, etc. | 3/26/2014 | 0.8 | No charge |
| Preparing potential objections to TX RFPs on individual plaintiffs | 3/26/2014 | 2.0 | |
| Call w/ all plaintiffs counsel re: depositions, schedule, April 1 hearing | 3/26/2014 | 0.7 | No charge |
| Preparing potential objections to TX RFPs on individual plaintiffs; preparing e-mails to counsel re: objections | 3/26/2014 | 0.7 | |
| Reviewing documents re ALEC | 3/31/2014 | 1.5 | |
| Reviewing filings (amicus on House reps; TX letters re: subpoenas, etc.) | 4/1/2014 | 1.5 | |
| Hearing with Court | 4/1/2014 | 1.5 | No charge |
| Reviewing discovery objections and responses from TX; creating docs with overviews | 4/1/2014 | 2.7 | |
| Reviewing and drafting new interrogatories on outreach, citizenship | 4/1/2014 | 0.3 | |
| Call w/ Veasey counsel re: hearing w/ court on 4/1; next steps with discovery, trial schedule, etc. | 4/2/2014 | 1.1 | No charge |
| Document review re: Stan Stanart | 4/2/2014 | 1.0 | |
| Call w/ all private plaintiff counsel | 4/3/2014 | 0.8 | No charge |
| Document review re: Harris County | 4/3/2014 | 3.6 | |
| Document review re: radio, TV | 4/4/2014 | 0.7 | |
| Drafting interrogatories | 4/4/2014 | 0.3 | |
| Call w/ Damien Brockmann re past bills | 4/4/2014 | 0.6 | |
| Drafting interrogatories on citizenship requirements for DLs | 4/4/2014 | 0.8 | |
| Researching past bills related to DL provisions | 4/4/2014 | 0.7 | |
| Revising draft interrogatories, RFPs | 4/7/2014 | 1.6 | |
| Legislative research on past citizenship bills | 4/7/2014 | 1.2 | |
| Summary of proof of citizenship issue | 4/7/2014 | 0.5 | |
| Hearing with court on schedule | 4/8/2014 | 0.5 | No charge |
| Veasey counsel meeting re: causes of action, expert discovery, etc. | 4/8/2014 | 6.8 | |
| Veasey counsel meeting re: causes of action, expert discovery, etc. | 4/8/2014 | 8.3 | |
| Drafting e-mails to plaintiff's group re citizenship requirement issues | 4/8/2014 | 0.3 | |

| Emma Simson Description | Date | Hours | Billing Judgment |
|---|---|---|---|
| Composing plaintiff contacts | 4/9/2014 | 0.3 | No charge |
| Calling Diana Mutz re: case | 4/9/2014 | 0.1 | |
| Uploading discovery documents to dropbox | 4/9/2014 | 0.3 | No charge |
| Drafting e-mail to co-counsel on substantially similar name analysis | 4/9/2014 | 0.3 | |
| Call w/ Armand re: queing expert; attempt to reach queing expert | 4/9/2014 | 0.3 | |
| Document review on ALEC | 4/9/2014 | 0.9 | |
| Document review on Harless | 4/9/2014 | 0.9 | |
| All plaintiffs call | 4/10/2014 | | No charge |
| Call w/ other plaintiffs re objections | 4/11/2014 | 0.8 | No charge |
| Talk with Dr. Shumsky; set up meeting | 4/11/2014 | 0.1 | |
| Records Request for Jasper County | 4/11/2014 | 0.3 | |
| Document Review on legislative docs | 4/11/2014 | 1.4 | |
| Document review on legislative docs | 4/14/2014 | 1.2 | |
| Call w/ Jennifer Maranzano; Anna Baldwin; search for data dictionaries; contacts with Crivella West | 4/14/2014 | 0.3 | |
| Call w/ Armand re: proof, interrogatories | 4/14/2014 | 1.1 | |
| Document review on legislative docs | 4/14/2014 | 0.3 | |
| Training on Crivella West document review | 4/14/2014 | 1.0 | |
| Document review for Harris County depos | 4/15/2014 | 3.4 | |
| Call from Myrna re provisional ballots | 4/15/2014 | 0.1 | |
| Document review for Harris County depos | 4/15/2014 | 4.8 | |
| Hearing with court | 4/16/2014 | 0.3 | No charge |
| Document review: Harris County | 4/16/2014 | 2.3 | |
| Reading Texas v. Holder expert reports on intent (Kousser) | 4/16/2014 | 2.0 | |
| Document review: Harris County | 4/16/2014 | 4.3 | |
| Call w/ Rob Shumsky | 4/17/2014 | 0.7 | |
| Document review on notice and education campaign | 4/17/2014 | | |
| Call w/ plaintiff counsel re: depos, experts, etc. | 4/17/2014 | 1.0 | No charge |
| Document review on provisional ballots | 4/18/2014 | 1.0 | |
| Revising RFPs, ROGs | 4/18/2014 | 2.3 | |
| Document review on substantially similar names | 4/19/2014 | 8.8 | |
| Call w/ Neil, Scott re: Ingram depo | 4/21/2014 | 0.3 | |
| Call w/ Rob Shumsky | 4/21/2014 | 0.3 | |
| Call w/ Veasey Team re: experts, discovery, etc. | 4/21/2014 | 0.2 | No charge |
| Call w/ Scott, Neil re: depo for Ingram | 4/21/2014 | 0.5 | |
| Call w/ Will, Herron TDP re: database matching | 4/21/2014 | 0.3 | |
| Call w/ Herron, Chad, Gerry | 4/21/2014 | 0.3 | |
| Document review, depo prep for Ingram | 4/21/2014 | 5.8 | |
| Document review, depo prep for Ingram | 4/22/2014 | 3.7 | |
| Document review, depo prep for Ingram | 4/22/2014 | 0.6 | |
| Call w/ Scott depo prep for Ingram | 4/22/2014 | 0.3 | |
| Document review, depo prep for Ingram | 4/22/2014 | 0.1 | |

| Emma Simson Description | Date | Hours | Billing Judgment |
|---|---|---|---|
| Call w/ Neil and Scott - depo prep for Ingram | 4/22/2014 | 0.8 | |
| Document review, depo prep for Ingram | 4/22/2014 | 2.0 | |
| Depo prep for Ingram | 4/23/2014 | 0.6 | |
| Ingram deposition | 4/23/2014 | 1.2 | |
| Ingram deposition | 4/23/2014 | 7.8 | |
| Call with Veasey team | 4/24/2014 | 1.5 | No charge |
| Document review: B-M | 4/24/2014 | 1.0 | |
| Document review: Joe Peters depo prep | 4/25/2014 | 1.5 | |
| Call with Armand re experts | 4/25/2014 | 0.3 | |
| Call with all plaintiffs | 4/25/2014 | 1.0 | No charge |
| Call with Michael Herron re: matching | 4/25/2014 | 0.5 | |
| Call with Michelle Yeary re: document review | 4/25/2014 | 0.3 | |
| Document review: Joe Peters depo prep | 4/25/2014 | 0.5 | |
| Call with Armand re matching, EIC requirements | 4/25/2014 | 0.3 | |
| Document review, depo prep for Peters | 4/27/2014 | 0.8 | |
| Document review, depo prep for Peters | 4/27/2014 | 3.7 | |
| Drafting and revising objections and responses to TX RFPs for LULAC | 4/30/2014 | 7.8 | |
| Drafting Veasey 2d set of RFPs | 5/1/2014 | 2.9 | |
| Call w/ all plaintiffs group | 5/1/2014 | 0.8 | No charge |
| Call w/ all plaintiffs including DOJ | 5/1/2014 | 0.6 | No charge |
| Document review: TKO, Rodriguez | 5/1/2014 | 1.3 | |
| Hearing with Court (telephone) | 5/1/2014 | 0.8 | No charge |
| Document review | 5/2/2014 | | No charge |
| Document review committee call | 5/2/2014 | 0.5 | |
| Document review: Election Purposes Only EIC | 5/2/2014 | 2.5 | |
| Revising RFPs | 5/2/2014 | 0.8 | |
| Call w/ plaintiffs groups | 5/8/2014 | 1.0 | No charge |
| Call w/ DOJ and other plaintiffs | 5/8/2014 | 0.7 | No charge |
| Research suspended,revoked DLs | 5/8/2014 | 1.3 | |
| Research on TTV motion to expedite appeal | 5/8/2014 | 6.0 | |
| Research on common interest privilege issue | 5/9/2014 | 0.8 | |
| Identifying and locating documents TX clawing back | 5/9/2014 | 1.9 | |
| Call w/ Michael Herron | 5/9/2014 | 0.8 | |
| Research on TTV motion to expedite appeal | 5/9/2014 | 3.0 | |
| Drafting LULAC Responses and Objections to 2d RFP | 5/10/2014 | 1.8 | |
| Research common interest; Editing memo on common interest | 5/11/2014 | 4.4 | |
| Pre-call with all plaintiffs on TX meet and confer on discovery | 5/12/2014 | 0.9 | No charge |
| Call w/ Veasey team on experts, witnesses, depos, discovery | 5/12/2014 | 1.1 | No charge |
| Meet and confer with TX on discovery issues | 5/12/2014 | 1.7 | No charge |
| Common interest research | 5/12/2014 | 1.5 | |

| Emma Simson Description | Date | Hours | Billing Judgment |
|---|---|---|---|
| Editing common interest memo | 5/12/2014 | 0.3 | |
| Drafting 3d ROGs, RFPs | 5/13/2014 | 0.8 | |
| Editing common interest memo | 5/13/2014 | 2.0 | |
| Research, drafting TTV motion to expedite, stay | 5/13/2014 | 2.8 | |
| Call re finding affected persons | 5/13/2014 | 0.3 | |
| Drafting response to TTV motion to expedite | 5/13/2014 | 0.8 | |
| Edits to response to TTV motion to expedite | 5/14/2014 | 1.4 | |
| Research on additional cases for opposition TTV motion expedite | 5/14/2014 | 0.9 | |
| Compiling information on affected persons | 5/14/2014 | 4.0 | |
| Opiela document set review | 5/14/2014 | 1.4 | |
| Hearing with court | 5/15/2014 | 0.8 | No charge |
| Research EIC costs | 5/15/2014 | 0.3 | |
| Document review, EICs, equipment | 5/15/2014 | 3.0 | |
| Drafting RFAs | 5/15/2014 | 3.2 | |
| Revising, editing TTV motion | 5/15/2014 | 2.2 | |
| | | | |
| Revising discovery requests, drafting discovery requests | 5/16/2014 | 1.8 | |
| Updating cites, etc. for TTV motion, final edits | 5/16/2014 | 1.8 | |
| Drafting, revising discovery requests | 5/16/2014 | 2.8 | |
| Drafting, revising, serving discovery requests | 5/16/2014 | 1.6 | |
| | | | |
| Call w/ Veasey team re: costs, next steps, trial plans, etc. | 5/19/2014 | 2.3 | No charge |
| Depo prep for Katherine Cesinger | 5/19/2014 | 3.9 | |
| | | | |
| Call w/ Armand, redrafting notes for depo prep Cesinger | 5/19/2014 | 1.4 | |
| Case management issue related to plaintiffs | 5/20/2014 | 1.0 | |
| Drafting Veasey list potential witnesses, stories | 5/20/2014 | 1.0 | |
| Research on production formatting | 5/20/2014 | 0.5 | |
| Interview Jim Denton | 5/20/2014 | 0.3 | |
| Deposition Katherine Cesinger | 5/20/2014 | 3.2 | |
| Deposition Katherine Cesinger | 5/20/2014 | 0.2 | |
| Edits to ROGs, RFPs | 5/20/2014 | 1.9 | |
| Call w/ D Whitley and Armand re RFPs | 5/22/2014 | 0.4 | |
| Call w/ Armand re: conference with State | 5/22/2014 | 0.2 | |
| Calls re: expert methodologies of other teams | 5/22/2014 | 0.4 | |
| Call w/ J Denton | 5/22/2014 | 0.1 | |
| Revising RFAs | 5/22/2014 | 0.4 | |
| Composing e-mail to D Whitley | 5/22/2014 | 0.8 | |
| Call w/ D Whitley | 5/22/2014 | 0.5 | |
| Drafting e-mail to D Whitley re timing productions | 5/22/2014 | 0.3 | |
| Call w/ all private plaintiffs | 5/22/2014 | 1.0 | No charge |
| Call w/ all plaintiffs including DOJ | 5/22/2014 | 0.9 | No charge |
| Conference w/ state re discovery | 5/22/2014 | 1.3 | |
| Revising Interrogatories | 5/22/2014 | 0.7 | |
| Call w/ Veasey team re experts | 5/22/2014 | 0.5 | No charge |

| Emma Simson Description | Date | Hours | Billing Judgment |
|---|---|---|---|
| Document review re: equipment, RFAs | 5/22/2014 | 1.2 | |
| Call w/ Herron re analyses | 5/22/2014 | 0.4 | |
| Editing RFAs | 5/22/2014 | 1.2 | |
| Call w/ Armand re: experts | 5/22/2014 | 0.3 | |
| Reviewing Rodriguez deposition transcript | 5/22/2014 | 3.5 | |
| Drafting, revising discovery requests | 5/23/2014 | 2.8 | |
| Responding to D Whitley re production | 5/23/2014 | 0.2 | |
| Calls re: issues with depositions, state discovery responses | 5/23/2014 | 0.2 | No charge |
| Drafting, revising discovery requests | 5/23/2014 | 1.4 | |
| Call w/ M Herron re: racial analysis | 5/23/2014 | 0.7 | |
| Call w/ Allan Lichtman | 5/23/2014 | 1.0 | |
| Drafting, revising discovery requests | 5/23/2014 | 5.8 | |
| Researching open records requests to DSHS, drafting open records request to DSHS | 5/27/2014 | 1.0 | |
| Call w/ M Herron re: data needs | 5/27/2014 | 0.2 | |
| Call to Natasha, E-mail to Lynn Eisenberg re: TEAM data | 5/27/2014 | 0.4 | |
| Call w/ M Posner re: racial analyses | 5/27/2014 | 0.3 | |
| Call w/ Armand re: TX position on TEAM data | 5/27/2014 | 0.1 | |
| Call w/ A Baldwin re TX position on TEAM data | 5/27/2014 | 0.2 | |
| Revising, drafting e-mail to court re emergency hearing | 5/28/2014 | 0.5 | |
| Call w/ Armand, Revising e-mail to court, discussing Data issue | 5/28/2014 | 1.3 | |
| Hearing w/ Court | 5/28/2014 | 0.5 | No charge |
| Call w/ State, plaintiffs re: TEAM data | 5/28/2014 | 0.7 | No charge |
| Call w/ Veasey team | 5/28/2014 | 0.3 | No charge |
| Drafting memoranda for Court on data issue for hearing | 5/28/2014 | 1.1 | |
| Reviewing past orders, preparing for court hearing | 5/28/2014 | 1.6 | |
| Revising and filing memoranda for Court on data issue for hearing | 5/28/2014 | 0.8 | |
| Call w/ private plaintiffs re: hearing | 5/28/2014 | 0.2 | No charge |
| Preparing for Court hearing | 5/28/2014 | 0.5 | |
| Hearing with Court on TEAM data | 5/28/2014 | 0.7 | No charge |
| Call w/ Neil re preparing amended disclosures | 5/28/2014 | 0.3 | |
| Doc production - verification | 5/28/2014 | 0.1 | |
| Revisions of proposed orders; circulating; responding to e-mails | 5/28/2014 | 0.5 | |
| Revising 26(f) disclosures | 5/28/2014 | 0.7 | |
| Call w/ Anna Baldwin re: proposed orders | 5/28/2014 | 0.1 | |
| Call w/ Armand re: proposed orders | 5/28/2014 | 0.2 | |
| Composing e-mail to Anna re: proposed changes | 5/28/2014 | 0.3 | |
| Calls w/ M. Posner, A. Derfner re: proposed orders | 5/29/2014 | 0.3 | |
| Finalizing open records request to DSHS | 5/29/2014 | 0.2 | |

| Emma Simson Description | Date | Hours | Billing Judgment |
|---|---|---|---|
| Call w/ M Herron re: outcome court hearing | 5/29/2014 | 0.2 | |
| Preparing e-mail to M Herron re: consent protective orders, etc. | 5/29/2014 | 0.2 | |
| Meeting w/ Ben re: legislative research | 5/29/2014 | 0.4 | |
| Call w/ private plaintiffs (weekly status) | 5/29/2014 | 1.0 | No charge |
| Call w/ all plaintiffs (including DOJ) (weekly status) | 5/29/2014 | 0.5 | No charge |
| E-mails re: Herron, retaining assistant | 5/29/2014 | 0.2 | |
| Figuring out sending data from DOJ | 5/30/2014 | 1.1 | |
| Compiling additional info for state | 5/30/2014 | 0.8 | |
| Call w/ Veasey team | 5/30/2014 | 1.5 | No charge |
| Follow-up from call w/ Team | 5/30/2014 | 0.9 | No charge |
| Call w/ D Whitley re plaintiff additional info | 5/30/2014 | 0.2 | |
| Call w/ M Herron re databases | 5/31/2014 | 0.4 | |
| Reviewing CI statement | 6/1/2014 | 0.7 | |
| Call w/ Ezra, Armand re CI statement | 6/1/2014 | 0.8 | |
| Call w/ Armand, Herron re: databases, algorithms | 6/1/2014 | 0.7 | |
| Reviewing, editing CI statement | 6/1/2014 | 1.2 | |
| Compiling legislative docs | 6/2/2014 | 1.8 | |
| Compiling legislative docs | 6/2/2014 | 2.3 | |
| Call re affected persons | 6/2/2014 | 0.6 | No charge |
| Compiling legislative docs | 6/2/2014 | 0.7 | |
| Call w M Herron | 6/2/2014 | 0.4 | |
| Dealing with plaintiff issues | 6/3/2014 | 0.5 | No charge |
| Compiling legislative docs | 6/3/2014 | 1.9 | |
| Call re Lichtman (Gerry, Armand, Ben) | 6/3/2014 | 0.8 | |
| Preparing for Veasey team call (agenda, outstanding issues) | 6/3/2014 | 0.9 | |
| Call w/ Veasey team | 6/3/2014 | 1.6 | No charge |
| Follow up from call | 6/3/2014 | 0.4 | No charge |
| Compiling legislative docs | 6/3/2014 | 0.8 | |
| Call w/ Neil and April | 6/4/2014 | 0.5 | |
| Compiling legislative docs | 6/4/2014 | 0.5 | |
| Dealing with plaintiff issues | 6/4/2014 | 0.7 | |
| Reviewing algorithm declarations, issues for Herron | 6/4/2014 | 0.8 | |
| Compiling legislative docs | 6/4/2014 | 0.5 | |
| Call w/ Avner Shapiro | 6/4/2014 | 0.2 | |
| Compiling legislative docs | 6/4/2014 | 0.8 | |
| Discovery matters | 6/5/2014 | 0.5 | |
| Drafting ORR for Travis, ORRs to other counties, etc on issues | 6/5/2014 | 1.6 | |
| Call w/ Ruoff re census analyses | 6/5/2014 | 1.9 | |
| Call w/ private plaintiffs | 6/5/2014 | 0.9 | No charge |
| Call w/ all plaintiffs | 6/5/2014 | 0.7 | No charge |

| Emma Simson Description | Date | Hours | Billing Judgment |
|---|---|---|---|
| Working on open records requests to counties, research on counties | 6/5/2014 | 3.3 | |
| Call w/ April re: witnesses | 6/6/2014 | 0.2 | |
| Discovery matters | 6/6/2014 | 0.3 | No charge |
| Follow-up re witnesses | 6/6/2014 | 0.3 | |
| Reviewing RFAs | 6/6/2014 | 0.2 | |
| Call re: RFAs | 6/6/2014 | 1.0 | No charge |
| Call w/ Lichtman | 6/6/2014 | 0.9 | |
| Compiling documents from Section 5 case | 6/6/2014 | 1.7 | No charge |
| Reviewing attorney documents | 6/6/2014 | 0.3 | No charge |
| Court hearing | 6/6/2014 | 1.0 | |
| Discovery matters | 6/9/2014 | 0.6 | |
| Drafting letter to D Whitley re discovery issues | 6/9/2014 | 1.5 | |
| Call w/ Armand re: edits, making edits to letter to D Whitley | 6/9/2014 | 0.6 | |
| Reviewing transcript from earlier individual plaintiff depo | 6/9/2014 | 0.8 | |
| Drafting, researching, sending open records requests to counties | 6/9/2014 | 1.9 | |
| Finalizing and preparing letter for Savini to send to Whitley | 6/9/2014 | 0.3 | |
| Emails to April re witnesses | 6/10/2014 | 0.2 | |
| Open records requests | 6/10/2014 | 0.3 | |
| Reviewing expert materials | 6/10/2014 | 0.7 | |
| Call w/ Armand | 6/10/2014 | 0.2 | |
| Call w/ Veasey team | 6/10/2014 | 1.9 | No charge |
| Meeting with Gerry Hebert | 6/10/2014 | 0.3 | |
| Call w/ Michael Herron | 6/10/2014 | 0.3 | |
| Open records requests | 6/10/2014 | 0.3 | |
| Call w/ Armand | 6/10/2014 | 0.2 | |
| Call w/ Armand re: discovery issues | 6/10/2014 | 0.6 | |
| Call w/ Armand and Ezra re: discovery issues | 6/10/2014 | 0.4 | |
| Call w/ Armand re: discovery issues | 6/10/2014 | 0.2 | |
| RFA responses - revising | 6/11/2014 | 0.5 | |
| Open records requests | 6/11/2014 | 1.8 | |
| Reviewing TX Motion on federal databases | 6/11/2014 | 0.3 | |
| Drafting response TX Motion on federal databases | 6/11/2014 | 1.6 | |
| Call w/ Michael Herron | 6/11/2014 | 1.4 | |
| Drafting response to TX motion on federal databases | 6/11/2014 | 2.3 | |
| Open records requests to counties | 6/12/2014 | 2.0 | |
| Revising response to TX motion on federal databases | 6/12/2014 | 1.0 | |
| Meeting with all plaintiffs | 6/12/2014 | 3.0 | No charge |
| Call w/ Herron | 6/12/2014 | 0.3 | |
| Call w/ Armand re databases | 6/12/2014 | 0.3 | |

| Emma Simson Description | Date | Hours | Billing Judgment |
|---|---|---|---|
| Call w/ Herron | 6/12/2014 | 0.1 | |
| Call w/ Armand re databases | 6/12/2014 | 0.2 | |
| Edits to TX motion on federal databases | 6/13/2014 | | |
| Call w/ Ezra, Mark, Armand re: federal databases | 6/13/2014 | 0.3 | |
| Call w/ Armand | 6/13/2014 | 0.2 | |
| Call w/ April re: witnesses | 6/13/2014 | 0.2 | |
| Open records requests | 6/13/2014 | 2.3 | |
| Locating info for Allan | 6/16/2014 | 0.8 | |
| Call w/ Marc Veasey re depo | 6/16/2014 | 0.8 | |
| Open records requests to states | 6/16/2014 | 0.3 | |
| Call w/ Allan Lichtman | 6/16/2014 | 0.2 | |
| Feedback on Cornish | 6/16/2014 | 0.3 | |
| Reviewing documents received from county ORR | 6/16/2014 | 1.3 | |
| Reviewing filing on federal database | 6/16/2014 | 0.3 | |
| Call w/ Veasey team | 6/16/2014 | 0.8 | No charge |
| Open records requests to states | 6/16/2014 | 0.9 | |
| Call w/ Armand | 6/16/2014 | 0.3 | |
| Preparing and sending ORRs to states | 6/16/2014 | 1.3 | |
| Call w/ Herron | 6/16/2014 | 0.5 | |
| Reviewing documents received from county ORR | 6/16/2014 | 0.5 | |
| County depo prep - topics, substantially similar names | 6/16/2014 | 2.3 | |
| Dropping off docs for Allan in Bethesda | 6/17/2014 | | No charge |
| Call w/ Michael Herron, Armand | 6/17/2014 | 2.0 | |
| Depo prep with Veasey | 6/17/2014 | 1.3 | |
| Call w/ Armand re next steps on databases, discovery | 6/17/2014 | 0.2 | |
| Call w/ John Ruoff re data needed on voting patterns | 6/17/2014 | 0.1 | |
| ORR to other states, other follow up e-mails | 6/17/2014 | 2.2 | |
| Compiling documents for Allan | 6/18/2014 | 0.3 | |
| Document review of MALC/NAACP ORR | 6/18/2014 | 0.2 | |
| ORR to Tarrant County | 6/18/2014 | 0.3 | |
| Researching provisional voters in Tarrant, Dallas | 6/18/2014 | 0.8 | |
| LULAC Depo prep | 6/18/2014 | 0.7 | |
| Call re Open Records Request | 6/18/2014 | 0.1 | |
| Document review: Birdhrie | 6/18/2014 | 1.5 | |
| Hearing with the Court | 6/18/2014 | 1.2 | No charge |
| Document review: birdwell | 6/18/2014 | 0.4 | |
| Reviewing transcript from NAACP 30(b)(6) | 6/18/2014 | 0.3 | |
| Call w/ Michael Herron | 6/18/2014 | 0.3 | |
| Reviewing transcript from NAACP 30(b)(6) | 6/18/2014 | 0.3 | |
| Reviewing memo on past bills related to citizenship/registration | 6/19/2014 | 0.3 | |
| ORRs to states, talk to Anna Baldwin, | 6/19/2014 | 0.4 | |
| Call w/ Veasey team | 6/19/2014 | 1.3 | No charge |

| Emma Simson Description | Date | Hours | Billing Judgment |
|---|---|---|---|
| ORR Kansas | 6/19/2014 | 0.4 | |
| Birdwell depo prep | 6/19/2014 | 0.3 | |
| Document review: Straus | 6/19/2014 | 0.7 | |
| Call w/ private plaintiffs | 6/19/2014 | 1.0 | No charge |
| Call w/ all plaintiffs (including DOJ) | 6/19/2014 | 0.7 | No charge |
| Call re affected persons | 6/19/2014 | 1.7 | |
| Call w/ Neil | 6/19/2014 | 0.1 | |
| Call w/ Armand | 6/19/2014 | 0.1 | |
| Document production | 6/19/2014 | 0.8 | |
| Work on database matching | 6/19/2014 | 0.3 | |
| Interrogatories - reviewing responses from Texas, e-mails re: responses | 6/19/2014 | 0.4 | |
| Veasey deposition | 6/20/2014 | 3.4 | |
| Discovery matters (calls with Armand, Anna, Vishal, April, witnesses, etc., document production issues, reviewing materials, etc.) | 6/20/2014 | 7.0 | |
| Working on reviewing expert reports, various calls with Armand, Anna, Herron, Gabe Sanchez, etc. | 6/21/2014 | 5.8 | |
| Working on reviewing expert reports (Cornish, Barreto); various calls re expert discovery with Armand, call with Gabe Sanchez re survey, call with Armand/Ezra/Mark re survey, call with Avner re: witnesses | 6/22/2014 | 6.5 | |
| Reviewing expert reports (Cornish), revising amended disclosures, coordinating witnesses, preparing documents for production, setting up call on witnesses/plaintiffs for all plaintiff groups, various calls with Armand re expert and fact discovery issues, various calls with Anna Baldwin, various calls with Michael Herron re database issues, call wtih April Martin re witnesses | 6/23/2014 | 8.3 | |
| Call w/ Gabe | 6/23/2014 | 0.2 | |
| Working on expert reports, compiling themes for witnesses/plaintiffs | 6/23/2014 | 1.5 | |
| Call re database matching | 6/24/2014 | 0.8 | |
| Expert report issues, including calls with various people (Chad, Armand, Herron, Anna Baldwin, Gabe, Matt), fact discovery issues (preparing documents for production, drafting responses to RFAs, preparing chart of witnesses/plaintiffs by themes, call re witnesses/plaintiffs with other groups), other case management issues | 6/24/2014 | 8.3 | |
| Call re survey | 6/25/2014 | 0.9 | |

| Emma Simson Description | Date | Hours | Billing Judgment |
|---|---|---|---|
| Revising responses to RFA responses, drafting proposal to state on interrogatories - getting feedback, calls re survey and databases, calls with Herron re report, reviewing Lichtman report | 6/25/2014 | 13.0 | |
| Reviewing expert reports, addressing discovery matters (amended disclosures, RFA responses, additional document productions, expert productions) | 6/26/2014 | 9.0 | |
| Reviewing expert reports | 6/27/2014 | 14.8 | |
| Finalizing plaintiff/witness chart by theme | 6/30/2014 | 1.5 | |
| Call w/ private plaintiffs | 7/1/2014 | 0.8 | No charge |
| Call w/ all plaintiffs | 7/1/2014 | 0.7 | No charge |
| Reviewing expert reports | 7/1/2014 | 3.3 | |
| Reviewing expert reports | 7/2/2014 | 1.5 | |
| Call w/ Veasey team | 7/2/2014 | 1.5 | No charge |
| Call w/ Armand re discovery | 7/2/2014 | 0.5 | |
| Case administration matters | 7/2/2014 | 0.8 | No charge |
| Reviewing order on motions to dismiss | 7/2/2014 | 0.8 | |
| Call w/ Veasey team on order on motions to dismiss | 7/2/2014 | 0.8 | No charge |
| Research on costs of obtaining ID; various case admin; reviewing depo transcripts of other plaintiffs | 7/7/2014 | 3.4 | |
| Discovery matters | 7/7/2014 | 1.7 | |
| Patrick depo prep; discovery matters | 7/8/2014 | 2.8 | |
| Call w/ private plaintiffs | 7/8/2014 | 0.8 | No charge |
| Call w/ all plaintiffs | 7/8/2014 | 0.7 | No charge |
| Patrick depo prep | 7/8/2014 | 1.5 | |
| Reviewing expert reports | 7/8/2014 | 2.2 | |
| Reviewing expert reports | 7/9/2014 | 0.8 | |
| Reviewing expert reports | 7/9/2014 | 0.5 | |
| Call w/ Veasey team | 7/9/2014 | 1.2 | No charge |
| Findings of fact/conclusions of law | 7/10/2014 | 0.7 | |
| Patrick depo prep | 7/10/2014 | 1.3 | |
| Research on legislative debates | 7/10/2014 | 0.3 | |
| Research on legislative debates | 7/10/2014 | 1.5 | |
| Calling affected persons | 7/10/2014 | 0.5 | |
| Research on legislative debates | 7/10/2014 | 2.9 | |
| Reviewing expert reports; drafting findings of fact for Herron report | 7/11/2014 | 6.9 | |
| Research on poll tax issue | 7/14/2014 | 0.8 | |
| Draft of motion to compel on interrogatories | 7/14/2014 | 3.3 | |
| Research on poll tax issue | 7/14/2014 | 0.3 | |
| Draft on motion to compel on interrogatories | 7/14/2014 | 0.3 | |
| Discovery matters re defs resp to interrogatories | 7/14/2014 | 0.5 | |

| Emma Simson Description | Date | Hours | Billing Judgment |
|---|---|---|---|
| Draft of motion to compel on interrogatories, research on poll tax | 7/14/2014 | 2.3 | |
| Call w/ DOJ, private plaintiffs re Texas motion on expert reports | 7/15/2014 | 0.3 | No charge |
| Call w/ all parties on Texas motion on expert reports deadline | 7/15/2014 | 0.2 | No charge |
| Call w/ all parties on Texas motion on expert reports deadline | 7/16/2014 | | No charge |
| Call w/ Veasey team | 7/18/2014 | | No charge |
| Editing motion to compel interrogatory responses | 7/18/2014 | 1.8 | |
| Findings of Fact for Lichtman | 7/18/2014 | 2.1 | |
| Findings of Fact for Lichtman | 7/20/2014 | 1.8 | |
| Findings of Fact for Lichtman | 7/21/2014 | 2.9 | |
| Reviewing Harris County deposition transcripts, creating outline | 7/21/2014 | 6.4 | |
| Reviewing documents produced by TX for Veasey RFPs | 7/22/2014 | 0.8 | |
| Document review, depo prep for county depositions | 7/22/2014 | 2.7 | |
| Reviewing Dallas County amicus motion | 7/22/2014 | 0.3 | No charge |
| Editing response on TX motion to compel interrogatories | 7/22/2014 | 0.6 | |
| Depo prep: Fraser | 7/22/2014 | 2.5 | |
| Discovery matters | 7/22/2014 | 0.3 | No charge |
| Depo prep: county depositions | 7/22/2014 | 2.3 | |
| Call w/ Armand re: DPS issues | 7/22/2014 | 0.7 | |
| Call w/ Veasey team re: DPS issues | 7/22/2014 | 0.8 | No charge |
| Reviewing Veasey filing on DPS 2.8 million record issue | 7/23/2014 | 0.2 | |
| Reviewing Rodriguez deposition | 7/23/2014 | 2.5 | |
| Findings of Fact for Buck Wood | 7/23/2014 | 1.1 | |
| Call w/ Veasey team | 7/23/2014 | 0.5 | No charge |
| Call w/ D Whitley re interrogatories | 7/23/2014 | 0.1 | |
| Call w/ Armand re interrogatories, call w/ Whitley | 7/23/2014 | 0.3 | |
| Call w/ Michael Herron re new database issues | 7/23/2014 | 0.4 | |
| Hearing with court | 7/24/2014 | 1.3 | No charge |
| County depositions, post-depo meeting with Chad | 7/24/2014 | 7.5 | |
| Carrier Depositions | 7/25/2014 | 5.8 | |
| Call w/ Veasey team | 7/28/2014 | 0.8 | No charge |
| Call w/ Armand, Scott re Williams depo | 7/28/2014 | 0.5 | |
| Discovery matters | 7/28/2014 | 0.5 | No charge |
| Depo prep: Senator Williams | 7/28/2014 | 4.0 | |
| Case administration matters | 7/28/2014 | 1.6 | No charge |
| Findings of fact for experts | 7/28/2014 | 0.3 | |
| Call w/ Armand, Michael Herron | 7/29/2014 | 0.8 | |
| Research on poll tax issue | 7/29/2014 | 5.3 | |

| Emma Simson Description | Date | Hours | Billing Judgment |
|---|---|---|---|
| Call w/ Anna re data production | 7/29/2014 | 0.2 | |
| Call w/ Herron | 7/29/2014 | 0.3 | |
| Call w/ Armand re data production issues | 7/29/2014 | 0.4 | |
| Call w/ Chad re data production issues, hearing | 7/29/2014 | 0.3 | |
| Research poll tax | 7/29/2014 | 0.4 | |
| Call w/ Armand, Anna re data production issues | 7/29/2014 | 0.3 | |
| Call w/ Herron | 7/29/2014 | 0.2 | |
| Depo prep, Deposition DPS (by telephone) | 7/30/2014 | 3.3 | |
| Hearing with Court | 7/30/2014 | 0.3 | No charge |
| Reviewing expert reports | 7/31/2014 | 0.8 | |
| Call w/ Veasey team | 7/31/2014 | 1.3 | No charge |
| Case management issues | 7/31/2014 | 0.3 | No charge |
| Reviewing expert reports | 7/31/2014 | 0.9 | |
| Call w/ Armand re claims | 7/31/2014 | 0.5 | |
| Research on Section 2 claims | 7/31/2014 | 0.3 | |
| Call w/ Armand re claims | 7/31/2014 | 0.4 | |
| Call w/ Armand re claims | 7/31/2014 | 0.2 | |
| Legal research on Crawford claim | 8/1/2014 | 0.3 | |
| Call w/ Marinda re affected persons | 8/1/2014 | 0.3 | |
| Legal research on Crawford claim | 8/1/2014 | 2.3 | |
| Call w/ Avner Shapiro re affected persons | 8/1/2014 | 0.2 | |
| Legal research on Crawford claim | 8/1/2014 | 1.6 | |
| Call w/ Armand re trial prep | 8/1/2014 | 0.3 | |
| Case administration matters, legal research (Crawford clai | 8/1/2014 | 3.3 | No charge |
| Reviewing state expert reports | 8/2/2014 | 2.2 | |
| Reviewing state expert reports | 8/3/2014 | 2.5 | |
| Reviewing findings of fact 14th amendment claims; discussing with Armand | 8/3/2014 | 2.2 | |
| Reviewing findings of fact Crawford claims | 8/3/2014 | 0.9 | |
| Call w/ Armand re claims | 8/3/2014 | 1.0 | |
| Call w/ Neil re witnesses | 8/4/2014 | 0.3 | |
| Case administration matters | 8/4/2014 | 0.3 | No charge |
| Legal research related to FOF/COL | 8/4/2014 | 4.3 | |
| Reviewing Brickner depo transcript | 8/4/2014 | 0.8 | |
| Legal research related to FOF/COL | 8/4/2014 | 1.3 | |
| Call w/ Veasey team | 8/4/2014 | 1.1 | No charge |
| Research witnesses/plaintiffs | 8/4/2014 | 0.6 | |
| Meeting with Avner, Amy Rudd re affected persons | 8/4/2014 | 3.2 | |
| Research/drafting FOF/COL | 8/5/2014 | 0.5 | |
| Meeting with Armand re claims, facts, etc. | 8/5/2014 | 2.8 | |
| Meeting with all plaintiffs | 8/5/2014 | 4.5 | No charge |
| Meet and confer with TX on discovery issues | 8/5/2014 | 0.9 | No charge |
| Discussions re eligibility claims | 8/6/2014 | 0.4 | |
| Discovery matters | 8/6/2014 | 0.3 | No charge |
| Reviewing, editing Cornish FOF | 8/6/2014 | 0.7 | |
| Research re expert fees | 8/6/2014 | 0.6 | |

| Emma Simson Description | Date | Hours | Billing Judgment |
|---|---|---|---|
| Document review re education | 8/6/2014 | 0.8 | |
| Reviewing editing Cornish FOF | 8/6/2014 | 0.8 | |
| Meet and confer with TX on discovery issues | 8/6/2014 | 0.5 | |
| Call w/ Veasey team | 8/6/2014 | 0.4 | No charge |
| Status hearing with court | 8/6/2014 | 0.9 | No charge |
| Call w/ Veasey team | 8/6/2014 | 0.7 | No charge |
| Case administration matters | 8/6/2014 | 0.3 | No charge |
| Reviewing FOF/COL Section 5 case | 8/6/2014 | 0.7 | |
| Call w/ Herron | 8/6/2014 | 0.4 | |
| Case administration matters | 8/6/2014 | 0.6 | No charge |
| Legal research re Crawford claims | 8/7/2014 | 2.5 | |
| Call w/ Herron re new database issues | 8/7/2014 | 0.5 | |
| Drafting COL, legal research on claims, case administration matters (e.g. database issues) | 8/7/2014 | 3.9 | |
| Call w/ Herron re new database issues | 8/7/2014 | 0.3 | |
| Drafting COL | 8/7/2014 | 1.3 | |
| Drafting COL on Crawford, different eligibility requirements, discovery matters, meet and confer with state, etc. | 8/8/2014 | 8.1 | |
| Legal research, drafting COLs | 8/9/2014 | 4.7 | |
| Legal research, drafting COLs | 8/10/2014 | 1.5 | |
| Call w/ Armand re COLs | 8/10/2014 | 0.8 | |
| Legal research, drafting COLs | 8/10/2014 | 0.5 | |
| Call w/ Herron | 8/10/2014 | 0.3 | |
| Legal research, drafting COLs | 8/10/2014 | 1.1 | |
| Call w/ Herron | 8/10/2014 | 0.2 | |
| Legal research, drafting COLs | 8/10/2014 | 2.9 | |
| Call w/ Herron | 8/10/2014 | 0.3 | |
| Legal research, drafting COLs | 8/10/2014 | 0.8 | |
| Legal research, drafting COLs | 8/10/2014 | 1.3 | |
| Document review, drafting proposed order re Herron, research on other states' voter ID laws, legal research and drafting COL poll tax claim | 8/11/2014 | 8.3 | |
| Legal research, drafting COLs | 8/12/2014 | 0.4 | |
| Reviewing amended report for Herron | 8/12/2014 | 1.3 | |
| Call w/ Neil | 8/12/2014 | 0.4 | |
| Legal research, drafting COLs | 8/12/2014 | 1.2 | |
| Call w/ Armand | 8/12/2014 | 0.3 | |
| Legal research, drafting COLs (Substantial name) | 8/12/2014 | 0.4 | |
| Call w/ Michael Herron re updated report | 8/12/2014 | 0.7 | |
| Case administration matters | 8/12/2014 | 0.2 | No charge |
| Legal research, drafting COLs (Substantial name); case administration matters | 8/12/2014 | 4.4 | |
| Deposition designations, drafting FOFs, COL, status confer | 8/14/2014 | 7.4 | |
| Deposition designations; drafting FOFs, document review | 8/14/2014 | 2.9 | |
| Deposition designations; drafting, revising FOFs, research | 8/15/2014 | 4.5 | |

| Emma Simson Description | Date | Hours | Billing Judgment |
|---|---|---|---|
| Call w/ Veasey team | 8/15/2014 | 0.6 | No charge |
| Deposition designations; drafting, revising FOFs, research l | 8/15/2014 | 9.6 | |
| Deposition designations; drafting, revising FOFs, research l | 8/16/2014 | 11.2 | |
| Drafting, revising FOFs, call with all plaintiffs re FOFs | 8/17/2014 | 7.0 | |
| Revising FOFs, addressing expert analyses, document revie | 8/18/2014 | 1.5 | |
| Call re affected persons | 8/18/2014 | 2.0 | |
| Revising FOFs, addressing expert analyses, document revie | 8/18/2014 | 8.2 | |
| Revising FOFs, preparing deposition designations, preparin | 8/18/2014 | 7.3 | |
| Finalizing FOFs and deposition designations | 8/19/2014 | 1.2 | |
| Finalizing FOFs and deposition designations | 8/19/2014 | 3.5 | |
| Meeting with Michael Herron | 8/19/2014 | 1.3 | |
| Preparing exhibits, exhibit list, finalizing deposition designa | 8/19/2014 | 5.9 | |
| Case administration matters | 8/19/2014 | 0.3 | No charge |
| | | | |
| Case administration matters; reviewing defendants' proposed findings of fact and conclusions of law; objections to designations/exhibits; drafting stipulations | 8/25/2014 | 8.6 | |
| Trial prep | 9/1/2014 | 8.0 | |
| Trial/trial prep | 9/2/2014 | 16.0 | |
| Trial/trial prep | 9/3/2014 | 14.0 | |
| Trial/trial prep | 9/4/2014 | 12.7 | |
| Trial/trial prep | 9/5/2014 | 10.8 | |
| Trial prep | 9/6/2014 | 1.1 | |
| Trial prep | 9/7/2014 | 11.5 | |
| Trial/trial prep | 9/8/2014 | 9.2 | |
| Trial/trial prep | 9/9/2014 | 11.8 | |
| Trial/trial prep | 9/10/2014 | 12.8 | |
| Trial | 9/11/2014 | 5.3 | |

| | | |
|---|---|---|
| Total Hours | 1165.7 | |
| Total Unbilled H | 123.7 | |
| Total Billed Hou | 1042.0 | |
| Rate | $307/hour | |
| Total Invoice | $319,884.8 | |

# EXHIBIT C

**Time Records of Attorney J. Gerald Hebert in State of**
**_Texas v. Holder_, No. 12-128 (D.D.C.)**

| Date | Legal Services Rendered | Actual Time Expended | Time Charged (Hours/ Tenths) |
|------|------------------------|----------------------|------------------------------|
| 1/24/2012 | Review Texas' motion to Convene Three-Judge Court | 0.1 | 0.1 |
| 1/26/2012 | Review Order granting Motion to Convene Three-Judge Court | 0.1 | 0.1 |
| 1/28/2012 | Review Texas' Complaint | 0.5 | 0.5 |
| 1/29/2012 | Communication w/co-counsel re: division of labor for drafting intervention papers to avoid duplication | 0.2 | 0.2 |
| 2/1/2012 | File MOTION to Intervene for Kennie et al. | 0.1 | no charge |
| 2/9/2012 | Participate in Telephone Conference with parties and Court | 0.5 | 0.5 |
| 2/15/2012 | Review U.S. RESPONSE to MOTION to Intervene of Kennie Intervenors | 0.2 | 0.2 |
| 2/16/2012 | Review Texas' Memorandum in opposition to Kennie Intervenors  MOTION to Intervene | 0.4 | 0.4 |
| 3/12/2012 | Review Notice of Appearance by  Maranzano for AG Holder | 0.1 | no charge |
| 3/12/2012 | Review Notice of Appearance by Westfall for AG Holder | 0.1 | no charge |
| 3/12/2012 | Review Motion to Intervene by TX NAACP and Mexican American Leg. Caucus | 0.4 | no charge |
| 3/12/2012 | Review TX's motion to file amended Complaint with exhibits | 0.5 | 0.5 |
| 3/12/2012 | Review AG's Notice of Section 5 Determination of TX photo | 0.4 | 0.4 |
| 3/14/2012 | Participate in Telephone Conference with Parties and court re: scheduling issues/deadlines | 0.5 | 0.5 |
| 3/14/2012 | Review order granting intervention to our clients (and granting TX leave to amend and setting forth deadlines for discovery and briefing schedule) | 0.2 | 0.2 |
| 3/16/2012 | Review motion to appear pro hac vice of Ezra Rosenberg | 0.1 | no charge |
| 3/16/2012 | Review order granting pro hac vice to Rosenberg | 0.1 | no charge |
| 3/19/2012 | Review Notice of Appearance for Freeman for Holder | 0.1 | no charge |
| 3/19/2012 | Review Motion to Intervene by TX League of Young Voters, | 0.3 | no charge |
| 3/20/2012 | Review notice of appearance by Gear for Defendant AG | 0.1 | no charge |
| 3/20/2012 | Review Notice of Appearance by John Payton | 0.1 | no charge |
| 3/20/2012 | Review AG's filed notice of proposed scheduling order | 0.2 | 0.2 |
| 3/20/2012 | Draft Notice of Appearance for Hebert | 0.1 | 0.1 |
| 3/21/2012 | File Hebert Notice of Appearance in ECF | 0.1 | no charge |
| 3/21/2012 | Review motion to appear Pro Hac Vice for attys Haygood, Korgaonkar and Aden | 0.1 | no charge |
| 3/21/2012 | Review status report filed by Defendant AG | 0.2 | 0.2 |
| 3/21/2012 | Review order setting telephone conference for 4/3 | 0.1 | 0.1 |
| 3/21/2012 | Communication with Ezra Rosenberg regarding discovery proposal from State and serving as co-administrator | 0.2 | 0.2 |
| 3/21/2012 | Participate in telephone conference with court and parties re: pending issues | 0.5 | 0.5 |
| 3/21/2012 | Communications with Ezra Rosenberg | 0.3 | no charge |
| 3/22/2012 | E-mail to Chashawn White (US District Court) that Ezra Rosenberg and I will serve as co-aministrators for Defendant | 0.1 | 0.1 |
| 3/22/2012 | Review Order granting Intervention to TX League of Young | 0.1 | 0.1 |

| Date | Description | Hours | Charge |
|---|---|---|---|
| 3/22/2012 | Review notice of Appearance for Frederick for State of TX | 0.1 | no charge |
| 3/22/2012 | Review notice of Appearance for Ashton for State of TX | 0.1 | no charge |
| 3/22/2012 | Review notice of ESI agreement filed by Defendant Holder | 0.2 | 0.2 |
| 3/22/2012 | Review motion to intervene by TX Legis. Black Caucus | 0.3 | no charge |
| 3/22/2012 | Review TX's motion for protective order with exhibits | 0.3 | 0.3 |
| 3/22/2012 | Communications with Ezra Rosenberg | 0.2 | no charge |
| 3/23/2012 | Review notice of appearance by Wendy Weiser | 0.1 | no charge |
| 3/23/2012 | Review notice of appearance by Ian Vandewalker | 0.1 | no charge |
| 3/23/2012 | Review notice of appearance by Myrna Perez | 0.1 | no charge |
| 3/23/2012 | Review Notice filed by AG Holder | 0.1 | 0.1 |
| 3/23/2012 | Review Notice of Filing by TX with attached affidavit of TX SOS Ingram | 0.3 | 0.3 |
| 3/23/2012 | Review motion to intervene and memo of SW Voter Registration Project and Mi Familia Vota Education fund et al. | 0.4 | no charge |
| 3/23/2012 | Review TX Memorandum in opposition to TX Leg. Black Caucus Motion to Intervene (with exhibits of Kennie | 0.2 | 0.2 |
| 3/23/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 3/26/2012 | Prepare, review, and edit agenda for call on March 27 with all Defendant Intervenors' counsel | 0.4 | no charge |
| 3/26/2012 | Communications with Ezra Rosenberg | 0.2 | no charge |
| 3/27/2012 | Review Scheduling order setting trial dates discovery deadlines and pretrial conference | 0.2 | 0.2 |
| 3/27/2012 | Review order granting pro hac vice status to Weiser, Perez and Vandewalker | 0.1 | no charge |
| 3/27/2012 | Participate in conference call with court and parties regarding disclosure of data base information and database fields | 0.5 | 0.5 |
| 3/27/2012 | Review Order entered on briefing of database issues. | 0.1 | 0.1 |
| 3/27/2012 | Review Defendant Holder's motion for Protective Order with | 0.3 | 0.3 |
| 3/27/2012 | Review Notice of appearances for O'Connor, Abudu and | 0.2 | no charge |
| 3/27/2012 | Review notice of appearance by Michelle Yeary | 0.1 | no charge |
| 3/27/2012 | Communications with Ezra Rosenberg regarding designation of teams to handle issues: Affirm discovery, document reviews, legal research/writings, defensive fact discovery, | 1.0 | no charge |
| 3/28/2012 | Review RULE 26a1 Statement by TX League Young Voters | 0.1 | no charge |
| 3/28/2012 | Review notice of death of John Payton | 0.1 | no charge |
| 3/28/2012 | Review reply by TX Legis. Black caucus to TX's oppoistion to the motion to intervene | 0.2 | no charge |
| 3/28/2012 | Make revisions to draft brief on legislative privilege (due 3/29) | 0.5 | 0.5 |
| 3/28/2012 | Review and edit Intervenors' consolidated Memorandum in opposition to Texas' motion for Protective Order | 0.3 | 0.3 |
| 3/28/2012 | Telephonic conference call with Court | 0.3 | 0.3 |
| 3/28/2012 | Communications with Ezra Rosenberg | 0.5 | no charge |
| 3/29/2012 | Review TX's notice of Confidential database information | 0.2 | 0.2 |
| 3/29/2012 | Review Answer to Complaint filed by Mexican American Leg Caucus to amended Complaint | 0.2 | no charge |
| 3/29/2012 | Review TX's Memo in Opp. To Holder's mot. for Protective Order with Kennie Intervenor exhibit | 0.4 | 0.4 |

| | | | |
|---|---|---|---|
| 3/29/2012 | Review notice of appearance by Bell-Platts on behalf of | 0.1 | no charge |
| 3/29/2012 | Review Holder's Memo in Opp. To State of TX motion for prot. order 03/29/2012) | 0.3 | 0.3 |
| 3/29/2012 | Review final draft of Intervenors' Memo in support of Holder's Motion for Protective Order, and in Opposition to TX's notice of confidential database information | 0.5 | no charge |
| 3/29/2012 | Revisie and edit Intervenors' memo in support of U. S. motion for Protective Order | 0.2 | 0.2 |
| 3/29/2012 | Review Texas' 20-page memo on protective order | 1.1 | no charge |
| 3/29/2012 | Communication with co-counsel (Dunn) and Mr. Rosenberg re: Eric Kennie and filing by State | 1.0 | no charge |
| 3/29/2012 | Review Defendant Holder's motion to file reply memo | 0.1 | 0.1 |
| 3/29/2012 | Communications with Ezra Rosenberg | 0.5 | no charge |
| 3/30/2012 | Review Order granting protective order to U.S. with confidentiality language | 0.2 | 0.2 |
| 3/30/2012 | Review Order setting oral argument during telephone conference for 4/3 on TX's motion for protective order | 0.1 | 0.1 |
| 3/30/2012 | Review Orders regarding turning over full social security #s to | 0.2 | 0.2 |
| 3/30/2012 | Participate in telephone conference with court and parties regarding production of database information | 0.6 | 0.6 |
| 3/30/2012 | Review 3/30 protective order | 0.1 | 0.1 |
| 3/30/2012 | Review order granting pro hac to O'Connor and Abudu | 0.1 | no charge |
| 3/30/2012 | Review order on U.S. Motion for Protective Order | 0.1 | 0.1 |
| 3/30/2012 | Communications with Ezra Rosenberg | 0.3 | no charge |
| 4/1/2012 | Review Correspondence to State Attorney (J. Mitchell) regarding confidentiality concerns | 0.2 | no charge |
| 4/2/2012 | Review Correspondence to State Attorney (J. Mitchell) regarding confidentiality concerns | 0.1 | no charge |
| 4/2/2012 | Review TX's reply to Holder's opposition to TX's motion for Protective Order with attachment | 0.2 | 0.2 |
| 4/2/2012 | Communications with Ezra Rosenberg | 0.7 | no charge |
| 4/3/2012 | Participate in telephone conf with State 3-judge court on data base and discovery issues. | 0.5 | 0.5 |
| 4/3/2012 | Review motion for leave to file doc under seal by Texas | 0.1 | 0.1 |
| 4/3/2012 | Review TX filing of redacted document re: one of Kennie | 0.2 | 0.2 |
| 4/3/2012 | Review order re: discovery from TX legislators and briefing thereon and vacating earlier orders | 0.4 | 0.4 |
| 4/3/2012 | Discuss with Intervenors' counsel and co-counsel (C. Dunn) re: meet and confer, and regarding State's objections to Defendant Intervenors' Request for Production and | 1.0 | no charge |
| 4/3/2012 | Conference Call among Defendant Intervenors to discuss experts and privilege hearings and discovery response | 1.0 | no charge |
| 4/3/2012 | Communications with Ezra Rosenberg | 0.4 | no charge |
| 4/4/2012 | Call with DOJ at 6 P.M. to discuss 4/10 submission | 0.3 | 0.3 |
| 4/4/2012 | Weekly Intervenors' Call to update status | 1.0 | no charge |
| 4/4/2012 | Review errata filed by TX as to Amended Complaint | 0.1 | 0.1 |
| 4/4/2012 | Review amended motion to intervene of TX Legis. Black | 0.2 | no charge |
| 4/4/2012 | Communications with Ezra Rosenberg | 0.3 | no charge |

| | | | |
|---|---|---|---|
| 4/5/2012 | Review letter to State as follow-up to meet and confer | 0.2 | no charge |
| 4/5/2012 | Review order sealing document attached to US mot for pro | 0.1 | 0.1 |
| 4/5/2012 | Review order denying motion for leave to file reply | 0.1 | no charge |
| 4/5/2012 | Review notice of Appearance by Dale Ho | 0.1 | no charge |
| 4/5/2012 | Review Gary Bledsoe's motion pro hac vice | 0.1 | no charge |
| 4/5/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 4/6/2012 | Communication and coordination with Ezra Rosenberg to present dicovery dispute letters to Judge Collyer and join DOJ's request for conference with Court | 0.4 | no charge |
| 4/9/2012 | Communication with DOJ Counsel (Westfall) regarding call | 0.1 | 0.1 |
| 4/9/2012 | Discussions with co-counsel regarding pending request for call with Court to resole direct discovery impasse | 0.5 | no charge |
| 4/9/2012 | Review Defendant Holder's answer to amended complaint | 0.2 | 0.2 |
| 4/9/2012 | Review order setting telephone conference re: discovery | 0.1 | 0.1 |
| 4/9/2012 | Communications with Ezra Rosenberg | 0.2 | no charge |
| 4/10/2012 | Review Draft Notice of 30b 6 depositions | 0.2 | no charge |
| 4/10/2012 | Review filing of Memo by Defendant AG Holder with numerous exhibits for discovery dispute | 0.4 | 0.4 |
| 4/10/2012 | Participate in telephone conference regarding TX failure to comply and discovery dispute | 0.4 | 0.4 |
| 4/10/2012 | Review Ezra draft communication enclosing Defendant Intervenors' discovery dispute letters | 0.2 | no charge |
| 4/10/2012 | Communications with Ezra Rosenberg | 0.6 | no charge |
| 4/11/2012 | Review Notice filed by State of TX re: producing legislative | 0.2 | 0.2 |
| 4/11/2012 | Review notice of appearance for Debo Adegbile | 0.1 | no charge |
| 4/11/2012 | Review notice of appearance for Jon Greenbaum | 0.1 | no charge |
| 4/11/2012 | Defendant Intervenors' call regarding status of tasks by teams | 1.2 | no charge |
| 4/12/2012 | Review Order requiring TX to produce data base fields | 0.1 | 0.1 |
| 4/12/2012 | Review Advisory filed by Inteervenors' Mi Familia Vota Ed. Fund, et al. re: intervention | 0.1 | no charge |
| 4/12/2012 | Discovery of Full SSN#'s in database mistakenly sent by State AG to intervenors and discuss with co-counsel need to promptly inform State AG of their error | 0.4 | no charge |
| 4/12/2012 | Review correspondence with State re: State's mistake in sending data base with full SS#s. | 0.2 | no charge |
| 4/12/2012 | Communications with Rosenberg regarding status of all pending requests | 0.5 | no charge |
| 4/12/2012 | Further correspondence with State regarding SSN mistake | 0.1 | 0.1 |
| 4/12/2012 | Communications with Ezra Rosenberg | 0.5 | no charge |
| 4/13/2012 | Review Order granting interventions and requiring all Intervenors to avoid duplication and directing appointment of | 0.2 | 0.2 |
| 4/13/2012 | Review answer to complaint filed by TX Leg. Black Caucus | 0.2 | no charge |
| 4/13/2012 | Review answer to amended complaint filed by TX Leg. Black | 0.2 | no charge |
| 4/13/2012 | Review corporate disclosures filed by TX Leg. Black Caucus | 0.1 | no charge |
| 4/13/2012 | Review answer to complaint filed by Intervenors' Mi Familia, | 0.2 | no charge |
| 4/13/2012 | Review corporate disclosures by Mi Familia et al. 04/13/2012) | 0.1 | no charge |

| | | | |
|---|---|---|---|
| 4/13/2012 | Review State of TX reply | 0.3 | 0.3 |
| 4/13/2012 | Discuss with Intervenors' counsel delays by State in producing information and resulting impact on schedule and prejudice to Intervenors | 0.5 | no charge |
| 4/13/2012 | Call with DOJ attorney regarding schedule delays by State | 0.3 | 0.3 |
| 4/13/2012 | Communications with Ezra Rosenberg | 0.9 | no charge |
| 4/15/2012 | Initial Draft of Defendant Intervenors Consolidated Motion to Postpone Trial or Clarify Trial Date and Schedule | 0.7 | 0.7 |
| 4/15/2012 | Draft communication to State AG regarding noncompliance with deadlines | 0.2 | 0.2 |
| 4/15/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 4/16/2012 | Communications with Rosenberg and Dunn regarding sending a communication to Court regarding State's deficiencies regarding discovery | 0.4 | no charge |
| 4/16/2012 | Draft Motion to postpone or clarify trial date and send to other Intervenors | 1.5 | 1.5 |
| 4/16/2012 | Prepare for conference call with Court set for 4/16 | 0.3 | 0.3 |
| 4/16/2012 | Conference call with Court regarding discovery issues | 0.3 | 0.3 |
| 4/16/2012 | Review & revise to Motion to Postpone or Clarify trial date | 0.4 | 0.4 |
| 4/16/2012 | Participate in telephone conf. with court and parties regarding data base and discovery disputes. | 0.5 | 0.5 |
| 4/16/2012 | Communications with Ezra Rosenberg | 1.4 | no charge |
| 4/16/2012 | Conf Call with Intervenors' counsel re: current status in light of discovery disputes and court's comments re: same | 1.1 | no charge |
| 4/17/2012 | Review order re: pro hac vice | 0.1 | no charge |
| 4/17/2012 | Review Notice of Discovery Disputes by Defendant Holder | 0.2 | 0.2 |
| 4/17/2012 | Review Order directing filings re: possible delay in trial date | 0.1 | 0.1 |
| 4/17/2012 | Participate in telephone Conf. with court and parties regarding data base and discovery disputes. | 0.5 | 0.5 |
| 4/17/2012 | Communication with DOJ Counsel (Westfall) regarding call | 0.1 | 0.1 |
| 4/17/2012 | Communication with Rosenberg regarding 30b(6) deposition results and DOJ's position on trial date | 0.2 | 0.2 |
| 4/17/2012 | Communications with Ezra Rosenberg | 0.5 | no charge |
| 4/18/2012 | Edits to Kennie Intervenors' Answer to TX's Amended | 0.2 | 0.2 |
| 4/18/2012 | Communications with Ezra Rosenberg | 0.4 | no charge |
| 4/19/2012 | Review Elsie Boddie's motion pro hac vice | 0.1 | no charge |
| 4/19/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 4/20/2012 | Review TX's Notice regarding subpoena | 0.2 | 0.2 |
| 4/20/2012 | Review order granting pro hac status to Boddie | 0.1 | no charge |
| 4/20/2012 | Review Order denying State of TX's motion for protective | 0.2 | 0.2 |
| 4/20/2012 | Communications with Ezra Rosenberg | 0.5 | no charge |
| 4/21/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 4/22/2012 | Review, revise and edit Intervenors' consolidated motion to Clarify Trial Schedule | 0.5 | 0.5 |
| 4/23/2012 | Review Douglas Faum's pro hac vice motion | 0.1 | no charge |
| 4/23/2012 | Review motion for Bledsoe's pro hac vice | 0.1 | no charge |
| 4/23/2012 | Review Defendant Holder's motion to clarify schedule with | 0.4 | 0.4 |

| | | | |
|---|---|---|---|
| 4/23/2012 | Communications with Ezra Rosenberg | 0.2 | no charge |
| 4/24/2012 | Review pro hac vice order for Flaum, de Leeuw, Harris, and | 0.1 | no charge |
| 4/24/2012 | Review TX's filing asserting legislative privilege | 0.3 | 0.3 |
| 4/24/2012 | Communications with Ezra Rosenberg | 0.4 | no charge |
| 4/25/2012 | Communication with state AG attys re: data bases and | 0.3 | no charge |
| 4/25/2012 | Review Tx's amended notice of leg. Privilege | 0.1 | 0.1 |
| 4/25/2012 | Review Notice of appearance for Arthur Spitzer | 0.1 | no charge |
| 4/25/2012 | Review Defendant Holder's motion to compel (privilege logs) | 0.5 | 0.5 |
| 4/25/2012 | Communications with Ezra Rosenberg | 0.4 | no charge |
| 4/26/2012 | Review Defendant holder's Notice of Federal Databases | 0.2 | 0.2 |
| 4/26/2012 | Communications with Ezra Rosenberg | 0.9 | no charge |
| 4/27/2012 | Conference call with Intervenors' counsel re: interrogatories and requests for production | 0.8 | no charge |
| 4/27/2012 | Review TX's response in opposition to Intervenors' and DOJ's motion to clarify trial schedule with exhibits | 0.4 | 0.4 |
| 4/27/2012 | Review of Appearance by Sweeten for State of TX | 0.1 | no charge |
| 4/27/2012 | Review TX's response to DOJ filing on federal databases | 0.2 | 0.2 |
| 4/27/2012 | Communications with Ezra Rosenberg | 0.3 | no charge |
| 4/29/2012 | Communications with Ezra Rosenberg | 0.2 | no charge |
| 4/30/2012 | Participate in Telephone Conference with court and parties on data base issues (handgun) | 0.3 | 0.3 |
| 4/30/2012 | Review order requiring TX to produce data fields for handgun | 0.1 | 0.1 |
| 4/30/2012 | Review State of TX's response in opp. to motion of Defendant Holder to compel the Production of Documents and Privilege Logs with exhibits. | 0.6 | 0.6 |
| 4/30/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 5/1/2012 | Review order setting status conference for 5/3. | 0.2 | 0.2 |
| 5/1/2012 | Review motion pro hac vice Amy Pedersen | 0.1 | no charge |
| 5/1/2012 | Conf. Call with Intervenors' counsel to discuss discovery disputes/status | 1.2 | no charge |
| 5/1/2012 | Review State of TX's Advisory on Database Production | 0.2 | 0.2 |
| 5/1/2012 | Communications with Ezra Rosenberg | 0.9 | no charge |
| 5/2/2012 | Conf. Call with DOJ atty and Ezra Rosenberg re: discovery disputes with State of TX | 0.4 | 0.4 |
| 5/2/2012 | Prepare for upcoming Status Hearing | 1.1 | 1.1 |
| 5/2/2012 | Communications with Ezra Rosenberg | 0.9 | no charge |
| 5/3/2012 | Review Order requiring TX to produce additional database | 0.1 | 0.1 |
| 5/3/2012 | Review Order granting Pedersen pro hac vice motion | 0.1 | no charge |
| 5/3/2012 | Review notice of ppearance by Risa Berkower for AG holder | 0.1 | no charge |
| 5/3/2012 | Review AG Holder's motion & memo for Protective Order | 0.4 | 0.4 |
| 5/3/2012 | Review DOJ's reply to States' opposition to DOJ's motion to compel  Production of Privilege Logs | 0.3 | 0.3 |
| 5/3/2012 | Participate in Status Conference Hearing with Court (includes one witness) | 1.5 | 1.5 |
| 5/4/2012 | Review State of TX notice of database production | 0.2 | 0.2 |
| 5/4/2012 | Review order re: database production and requiring jt report | 0.1 | 0.1 |

| 5/4/2012 | Participate in Conf Call with Intervenors' counsel re: privilege issues (10am-11am) | 1.0 | no charge |
|---|---|---|---|
| 5/4/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 5/5/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 5/7/2012 | Review Notice of AG Holder Concerning Federal Databases | 0.1 | 0.1 |
| 5/7/2012 | Review order regarding discovery and pre-trial deadlines | 0.1 | 0.1 |
| 5/7/2012 | Review Notice filed by TX regarding its databse production | 0.2 | 0.2 |
| 5/7/2012 | Communications with Ezra Rosenberg | 0.2 | no charge |
| 5/8/2012 | Call with Intervenors' counsel to advise them of positions to be taken at call with ct later that day | 1.0 | no charge |
| 5/8/2012 | Prepare for conference call with Court set for 3:15 this | 0.2 | 0.2 |
| 5/8/2012 | Participate in telephone conference with Court and parties | 0.4 | 0.4 |
| 5/8/2012 | Communications with Ezra Rosenberg | 0.3 | no charge |
| 5/9/2012 | Review Order re: incomplete databases produced by State (including failure to provide data bases to Defendant | 0.2 | 0.2 |
| 5/9/2012 | Review Notice by TX of filing a document under seal | 0.1 | no charge |
| 5/9/2012 | Review TX's motion for leave to file document under seal | 0.1 | 0.1 |
| 5/9/2012 | Review TX's motion to respond to Court order re: deadlines | 0.1 | 0.1 |
| 5/9/2012 | Review Order granting extension to TX | 0.1 | 0.1 |
| 5/9/2012 | Review filing by TX responding to court's order re: scheduling | 0.1 | 0.1 |
| 5/9/2012 | Communications with Ezra Rosenberg | 0.5 | no charge |
| 5/10/2012 | Review Scott Brazil's motion pro hac vice | 0.1 | no charge |
| 5/10/2012 | Review MALC's motion to file an opposition under seal | 0.1 | no charge |
| 5/10/2012 | Review pro hac vice motion of Rebecca Robertson | 0.1 | no charge |
| 5/10/2012 | Conference call with co-counsel (Dunn) to discuss Kennie deposition/trial testimony | 1.0 | no charge |
| 5/10/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 5/11/2012 | Review motion for pro hac vice status to Karolina Lyznik | 0.1 | no charge |
| 5/11/2012 | Review TX's response to DOJ's motion for protective order | 0.2 | 0.2 |
| 5/11/2012 | Review Order granting Brazil, Roberston and Lyznik pro hac | 0.1 | no charge |
| 5/11/2012 | Review Defendant Intervenors' filing and declaration of Gary | 0.3 | no charge |
| 5/11/2012 | Review filing by AG Holder re: status of database discovery | 0.2 | 0.2 |
| 5/11/2012 | Review Notice by AG Holder of Federal Data base | 0.1 | 0.1 |
| 5/11/2012 | Communications with Ezra Rosenberg | 0.2 | no charge |
| 5/12/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 5/13/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 5/15/2012 | Review Additional Notice by AG Holder of Federal Data base | 0.1 | 0.1 |
| 5/15/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 5/16/2012 | Participate in Status Conference with Court and parties re: continuing discovery issues | 0.3 | 0.3 |
| 5/16/2012 | Review order on discovery and testimony by TX legislators | 0.1 | 0.1 |
| 5/16/2012 | Communications with Ezra Rosenberg | 0.4 | no charge |
| 5/17/2012 | Review order seeting status conf. for 5/18. | 0.1 | 0.1 |
| 5/17/2012 | Communications with Ezra Rosenberg | 0.4 | no charge |
| 5/18/2012 | Review motion of John Hughes for Pro Hac Vice | 0.1 | no charge |
| 5/18/2012 | Review motion of Adam Mortara for Pro Hac Vice | 0.1 | no charge |
| 5/18/2012 | Participate in telephone conference with court and parties | 0.3 | 0.3 |

| Date | Description | | |
|------|-------------|---|---|
| 5/18/2012 | Review State of TX response to court order re: discovery | 0.2 | 0.2 |
| 5/18/2012 | Review Defendant AG Holder's reply to TX's opposition to motion for Protective Order | 0.3 | 0.3 |
| 5/18/2012 | Conf Call with Intervenors' counsel re: witnesses and | 1.0 | no charge |
| 5/18/2012 | Communications with Ezra Rosenberg | 0.2 | no charge |
| 5/19/2012 | Communications with Ezra Rosenberg | 0.5 | no charge |
| 5/21/2012 | Review Order resolving motion to compel discovery on docs and privilege logs | 0.2 | 0.2 |
| 5/21/2012 | Review order granting pro hac vice to Hughes and Mortara | 0.1 | no charge |
| 5/21/2012 | Review DOJ motion to exceed page limits | 0.1 | no charge |
| 5/21/2012 | Review TX motion to compel discovery with supporting | 0.5 | 0.5 |
| 5/21/2012 | Review TX's advisory to Court re: allegedly defective discovery (Dewhurst deposition) | 0.1 | 0.1 |
| 5/21/2012 | Review TX's motion for protective order re: depo. | 0.1 | 0.1 |
| 5/21/2012 | Review Defendant Holder's motion for protective order (re: non-party depo) w/exhibits | 0.2 | 0.2 |
| 5/21/2012 | Review draft of Intervenors' motion to compel document production and depo testimony | 0.3 | 0.3 |
| 5/21/2012 | Final review of Intervenors' motion to clarify and re-set expert report deadlines | 0.2 | 0.2 |
| 5/21/2012 | Review DOJ's motion to compel discovery re: depositions, privilege logs, with exhibits | 0.4 | 0.4 |
| 5/21/2012 | Review order denying motions to clarify or move trial date | 0.2 | 0.2 |
| 5/21/2012 | Communications with Ezra Rosenberg | 0.6 | no charge |
| 5/22/2012 | Communications with Ezra Rosenberg | 0.5 | no charge |
| 5/23/2012 | Review order denying TX's motion to file Document under | 0.1 | 0.1 |
| 5/23/2012 | Review TX's motion for extension of timere: filing privilege | 0.1 | 0.1 |
| 5/23/2012 | Review TX filing re: updates to prov. logs | 0.1 | 0.1 |
| 5/23/2012 | Communications with Ezra Rosenberg | 0.5 | no charge |
| 5/24/2012 | Review DOJ filing re: Rep. Berman Deposition | 0.1 | 0.1 |
| 5/24/2012 | Review Order granting DOJ's motion for protective order | 0.1 | 0.1 |
| 5/24/2012 | Review order denying motion for protective order as to Rep. Berman depo (Entered: 05/24/2012) | 0.1 | 0.1 |
| 5/24/2012 | Review notice of appearance by Flaum | 0.1 | no charge |
| 5/24/2012 | Review notice of appearance by Harris | 0.1 | no charge |
| 5/24/2012 | Review notice of appearance by Pedersen | 0.1 | no charge |
| 5/24/2012 | Review order granting TX' motion for extension of time (re: privilege logs) | 0.1 | no charge |
| 5/24/2012 | Review AG Holder filing concerning email log (relates to DOJ motion to compel) | 0.1 | 0.1 |
| 5/24/2012 | Review response by Mi Familia Vota Intervenors to motion to compel and i Familia's motion for protective order | 0.3 | no charge |
| 5/24/2012 | Review AG Holder Memo in opp to TX's motion to compel | 0.2 | 0.2 |
| 5/24/2012 | Review TX's Memo in Opp. To AG Holder's motion to compel | 0.2 | 0.2 |
| 5/24/2012 | Communications with Ezra Rosenberg | 0.4 | no charge |
| 5/25/2012 | Review Order granting AG Holder's motion for protective | 0.1 | 0.1 |
| 5/25/2012 | Review Notice of appearance for Michael Birney de Leeuw | 0.1 | no charge |

| 5/25/2012 | Review Order compelling both TX and U.S. to file listing of disputed privileges (U.S.) and documents under seal (TX) | 0.1 | 0.1 |
|---|---|---|---|
| 5/25/2012 | Review AG Holder Notice of Compliance with Order of 5/25 | 0.1 | 0.1 |
| 5/25/2012 | Review AG Holder's motion to compel with logs attached | 0.3 | 0.3 |
| 5/25/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 5/26/2012 | Review TX's Notice of Compliance with 5/25 order | 0.1 | 0.1 |
| 5/27/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 5/28/2012 | Review Order concerning LT Gov Dewhurst discovery dispute | 0.1 | 0.1 |
| 5/28/2012 | Communications with Ezra Rosenberg | 0.4 | no charge |
| 5/29/2012 | Final review of Intervenors' opposition to TX's motion to compel discovery and depositons | 0.3 | no charge |
| 5/29/2012 | Review DOJ reply to TX opposition to DOJ's motion to | 0.2 | 0.2 |
| 5/29/2012 | Review TX response in opp. to DOJ's motion to compel | 0.3 | 0.3 |
| 5/29/2012 | Review TX Response to DOJ's filed privilege log | 0.1 | 0.1 |
| 5/29/2012 | Review TX's reply to DOJ's opp. To TX's motion to compel | 0.1 | 0.1 |
| 5/29/2012 | Review AG Holder motion re: sealed exhibit. | 0.1 | no charge |
| 5/29/2012 | Communications with Ezra Rosenberg | 0.5 | no charge |
| 5/30/2012 | Review notice of appearance by John McKenzie for TX | 0.1 | no charge |
| 5/30/2012 | Review order granting DOJ's motion re: sealed exhibit | 0.1 | no charge |
| 5/30/2012 | Review reply by AG Holder to TX's opp. To DOJ's motion to | 0.1 | 0.1 |
| 5/30/2012 | Communications with Ezra Rosenberg | 0.2 | no charge |
| 5/31/2012 | Review TX's motion to modify scheduling order | 0.2 | 0.2 |
| 5/31/2012 | Discuss with Intervenors' counsel State's motion to modify sched. Order and drafting of consolidated opposition | 0.2 | no charge |
| 5/31/2012 | Communications with Ezra Rosenberg | 0.2 | no charge |
| 6/1/2012 | Final review of Intervenors' consolidated memo opposing State of TX's motion to modify scheduling. order | 0.2 | no charge |
| 6/1/2012 | Communications with Ezra Rosenberg | 0.2 | no charge |
| 6/4/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 6/5/2012 | Review DOJ's motion to compel discovery with exhibits | 0.4 | 0.4 |
| 6/5/2012 | Review Order regarding pending motions to compel discovery | 0.2 | 0.2 |
| 6/5/2012 | Review motion to Appear Pro Hac Vice of Donita Judge | 0.1 | no charge |
| 6/5/2012 | Review Order requiring TX to submit docs for in camera | 0.1 | 0.1 |
| 6/5/2012 | Review AG Holder's response to TX's motion to modify scheduling order | 0.1 | 0.1 |
| 6/5/2012 | Review motion of AG Holder to modify scheduling order | 0.2 | 0.2 |
| 6/5/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 6/6/2012 | Review order requiring TX to respond to AG Holder's motion to compel | 0.1 | 0.1 |
| 6/6/2012 | Review Joint Motion to modify scheduling order by TX | 0.1 | 0.1 |
| 6/6/2012 | Review AG Holder's notice of correction | 0.1 | no charge |
| 6/6/2012 | Review order granting pro hac vice status to Saenz | 0.1 | no charge |
| 6/6/2012 | Communications with Ezra Rosenberg | 0.4 | no charge |
| 6/7/2012 | Final review of Intervenors' motion to modify 5/7 sched. Order | 0.2 | no charge |
| 6/7/2012 | Final review of Joint motion of defendant Intervenors to modify scheduling order | 0.2 | no charge |
| 6/7/2012 | Review Order granting in part motion to compel of AG Holder | 0.1 | 0.1 |

| | | | |
|---|---|---|---|
| 6/7/2012 | Review TX's response to DOJ's motion to compel | 0.2 | 0.2 |
| 6/7/2012 | Review order granting joint motion of Intervenors' to modify scheduling order (re: expert rebuttal) | 0.1 | 0.1 |
| 6/7/2012 | Communications with Ezra Rosenberg | 0.6 | no charge |
| 6/8/2012 | Review DOJ reply to TX opposition to DOJ's motion to | 0.2 | 0.2 |
| 6/8/2012 | Review order re: Rep. Harless deposition | 0.1 | 0.1 |
| 6/8/2012 | Review Order as to pro hac vice for Donita Judge | 0.1 | no charge |
| 6/8/2012 | Review TX's response to DOJ's motion to modify 5/7 | 0.1 | 0.1 |
| 6/8/2012 | Review order denying TX's motion to compel discovery re: from Mi Familia | 0.1 | no charge |
| 6/8/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 6/9/2012 | Communications with Ezra Rosenberg | 0.2 | no charge |
| 6/11/2012 | Review AG Holder's reply to TX's response to DOJ's motion to modify 5/7 scheduling order | 0.2 | 0.2 |
| 6/11/2012 | Review motion to withdraw Brianna Williams as Defendant | 0.1 | no charge |
| 6/11/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 6/12/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 6/13/2012 | Review TX's motion for protective order with exhibits | 0.4 | 0.4 |
| 6/13/2012 | Review order modifying scheduling order | 0.1 | 0.1 |
| 6/13/2012 | Review notice of appearacne for Spencer Fisher for AG Holder | 0.1 | no charge |
| 6/13/2012 | Review DOJ's memorandum in opposition to State's motion to compel discovery w/exhibits | 0.2 | 0.2 |
| 6/13/2012 | Communications with Ezra Rosenberg | 0.5 | no charge |
| 6/14/2012 | Order denying DOJ's motion to compel | 0.1 | 0.1 |
| 6/14/2012 | Review TX's reply to opposition to motion for protective order with exhibits | 0.2 | 0.2 |
| 6/14/2012 | Communications with Ezra Rosenberg | 0.3 | no charge |
| 6/15/2012 | Review Order granting in part and denying in part TX's motion | 0.2 | 0.2 |
| 6/15/2012 | Review pro hac vice motion of Rebecca M. Couto | 0.1 | no charge |
| 6/15/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 6/17/2012 | Communications with Ezra Rosenberg | 0.2 | no charge |
| 6/18/2012 | Review TX unopposed motion to modify order | 0.1 | no charge |
| 6/18/2012 | Conf. Call with Intervenors' counsel to discuss trial witnesses | 1.0 | 1 |
| 6/18/2012 | Review order requiring TX to produce  30(b)(6) deposition | 0.1 | 0.1 |
| 6/18/2012 | Communications with Ezra Rosenberg | 0.2 | no charge |
| 6/19/2012 | Review order granting TX motion to modify | 0.1 | no charge |
| 6/19/2012 | Review order granting Couto pro hac vice status | 0.1 | no charge |
| 6/20/2012 | Review TX motion to extend time to file findings of fact | 0.2 | 0.2 |
| 6/20/2012 | Review State of TX motion in limine (re: excluding testimony based on legislative privilege) | 0.3 | 0.3 |
| 6/20/2012 | Review State of TX motion to exclude witness of TX League Young Boters | 0.2 | no charge |
| 6/20/2012 | Review TX's motion and memo in limine to exclude testimony of Kennie Intervenors' expert Dr. Allan J. Lichtman | 0.6 | 0.6 |
| 6/20/2012 | Review TX's motion and memo in Limine to Preclude Evidence and Drawing Adverse Inference Based on Legislators' Assertion of Legislative Privilege | 0.5 | 0.5 |

| | | | |
|---|---|---|---|
| 6/20/2012 | Review State of TX's Live Witness List | 0.2 | 0.2 |
| 6/20/2012 | Review TX's motion and memo in limine re:  Subjective Intent of Legislators | 0.3 | 0.3 |
| 6/20/2012 | Final review and edits to Consolidated Intervenors' intended witness list | 0.4 | 0.4 |
| 6/20/2012 | Review State of TX Proposed Findings of Fact | 0.8 | 0.8 |
| 6/20/2012 | Review DOJ's listing of trial witnesses | 0.2 | 0.2 |
| 6/20/2012 | Review TX's motion and memo in limine to exclude testimony of expert witness Dr. Morgan Kousser | 0.8 | no charge |
| 6/20/2012 | Review Appendix and attachments to State's Proposed Findings of Fact filed by State of Texas | 1.4 | 1.4 |
| 6/20/2012 | Additional Review of Appendix and attachments to State's Proposed Findings of Fact filed by State of Texas | 0.6 | 0.6 |
| 6/20/2012 | Communications with Ezra Rosenberg | 0.4 | no charge |
| 6/21/2012 | Legal research and review of cases cited in TX's motion in limine to exclude testimony of Kennie Intervenors' expert | 0.9 | 0.9 |
| 6/21/2012 | Review motion by AG Holder to Take Judicial Notice of | 0.3 | 0.3 |
| 6/21/2012 | Communications with Ezra Rosenberg | 0.3 | no charge |
| 6/22/2012 | Review motion to witndraw defendant intervenor by TX League of Young Voters | 0.1 | no charge |
| 6/22/2012 | Review motion in limine to exclude expert testimony with exhibits filed by AG Holder | 0.5 | 0.5 |
| 6/23/2012 | Review Jorge Sanchez's motion to appear Pro Hac Vice | 0.1 | no charge |
| 6/23/2012 | Draft Memo in Opposition to State of TX's motion to exclude testimony of Kennie Intervenors' expert witness Dr. Lichtman | 2.8 | 2.8 |
| 6/23/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 6/24/2012 | Additional Drafting of Memo in Opposition to State of TX's motion to exclude testimony of Kennie Intervenors' expert | 1.7 | 1.7 |
| 6/24/2012 | Redrafting & editing to memo in opposition to State's motion in limine to preclude adverse inference based on assertion of legislative privilege | 0.5 | 0.5 |
| 6/24/2012 | Redrafting & editing to memo in opposition to State's motion in limine to preclude testimony protected by legislative | 0.6 | 0.6 |
| 6/24/2012 | Communications with Ezra Rosenberg | 0.3 | no charge |
| 6/25/2012 | Review Proposed Findings of Fact by AG Holder | 1.3 | 1.3 |
| 6/25/2012 | Review Exhibit Index by AG Holder | 0.2 | 0.2 |
| 6/25/2012 | Final Edits to Memorandum in opposition to TX's motion in limine to exclude Testimony of Kennie expert Dr. Allan | 0.5 | 0.5 |
| 6/25/2012 | Review minute order re: pretrial conference date | 0.1 | 0.1 |
| 6/25/2012 | Review TX's Memo in Opp. to Motion in limine to exclude testimony of Major Mitchell with exhibits | 0.3 | no charge |
| 6/25/2012 | Review filing of supplemental appendix by State of Texas re: proposed findings of fact | 0.2 | 0.2 |
| 6/25/2012 | Review AG Holder's memo in opp. To State's motion in limine re: assertion of legislative privilege | 0.4 | 0.4 |
| 6/25/2012 | Review AG Holder's memo in opp. To State's motion in limine re: subjective intent of individual legislators | 0.3 | 0.3 |

| | | | |
|---|---|---|---|
| 6/25/2012 | Review memorandum of TX League of Young Voters in opposition to TX's motion in limine to Preclude Testimony of Newly Disclosed Witnesses with exhibits | 0.4 | no charge |
| 6/25/2012 | Review DOJ memo in opposition to State's motion in limine to preclude testimony based on legislative privilege | 0.3 | 0.3 |
| 6/25/2012 | Review DOJ Deposition Designations | 0.5 | 0.5 |
| 6/25/2012 | Review Memorandum in opposition to motion in limine to Exclude Testimony of J. Morgan Kousser with exhibits | 0.4 | no charge |
| 6/25/2012 | Communications with Ezra Rosenberg | 0.2 | no charge |
| 6/26/2012 | Review Defendant Intervenors notice of removal of Dorothy Tates from witness list | 0.1 | no charge |
| 6/26/2012 | Review of motion to Take Judicial Notice to be filed by defendant intervenors | 0.2 | no charge |
| 6/26/2012 | Prepare additions to draft of Defendant Intervenors' Proposed Findings of Fact | 0.7 | 0.7 |
| 6/26/2012 | Select and designate deposition excerpts for clients (Kennie, Burns), Sen. Ellis, Wood. | 0.4 | 0.4 |
| 6/26/2012 | Communications with Ezra Rosenberg | 0.9 | no charge |
| 6/27/2012 | Review order granting motion to withdraw Williams as defendant intervenor | 0.1 | no charge |
| 6/27/2012 | Review agreement between parties re: DOJ's motion in limine | 0.2 | no charge |
| 6/27/2012 | Review Order granting additional time to file motion in limine re: Dr. Sager | 0.1 | no charge |
| 6/27/2012 | Review order withdrawing Johnson as defendant intervenor | 0.1 | no charge |
| 6/27/2012 | Communications with Ezra Rosenberg | 0.9 | no charge |
| 6/28/2012 | Review motion of Asha Spencer to appear Pro Hac Vice | 0.1 | no charge |
| 6/28/2012 | Review order granting Spencer pro hac vice status | 0.1 | no charge |
| 6/28/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 6/29/2012 | Review order directing Holder to file exhibits | 0.1 | no charge |
| 6/29/2012 | Review AG Holder's *Erratum* re: Findings of fact | 0.1 | no charge |
| 6/29/2012 | Review Stipulation re: motion in Limine to Exclude Expert | 0.1 | 0.1 |
| 6/29/2012 | Review state's reply to opposition to motion in limine | 0.3 | 0.3 |
| 6/29/2012 | Review state's reply to opposition to motion in limine re: TX League of Young Voters' re: newly disclosed witness | 0.3 | no charge |
| 6/29/2012 | Review State's reply to opposition to motion in limine to preclude adverse inference based on assertion of legisaltive | 0.3 | 0.3 |
| 6/29/2012 | Review State's reply to opposition to motion in limine to preclude testimony protected by legisaltive privilege | 0.3 | 0.3 |
| 6/29/2012 | Review State's reply to opposition to motion in limine to preclude testimony of Dr. Morgan Kousser | 0.3 | no charge |
| 6/29/2012 | Review State's reply to opposition to motion in limine to preclude testimony of Kennie Intervenors' expert Dr. Allan | 0.4 | 0.4 |
| 6/29/2012 | Review motion pro hac vice for Luis Figueroa | 0.1 | no charge |
| 6/29/2012 | Review Doj REPLY TO TX opposition to DOJ's motion in limine to exclude documents/testimony of Major Mitchell | 0.3 | no charge |
| 6/29/2012 | Review State of TX's counter designations and objections to depo designations | 0.3 | 0.3 |
| 6/29/2012 | Communications with Ezra Rosenberg | 0.5 | no charge |

| | | | |
|---|---|---|---|
| 6/30/2012 | Review TX's notice of correction | 0.1 | no charge |
| 6/30/2012 | Review Defendant Intervenors' *Errata* | 0.1 | no charge |
| 6/30/2012 | Communications with Ezra Rosenberg | 0.2 | no charge |
| 7/1/2012 | Review DOJ's *Trial Exhibits* | 0.3 | 0.3 |
| 7/1/2012 | Review TX's response to Defendant-Intervenors' Proposed Findings of Fact and Conclusions of Law | 0.4 | 0.4 |
| 7/1/2012 | Review TX's response re; Proposed Findings of Fact and Conclusions of Law | 0.3 | 0.3 |
| 7/1/2012 | Review filing of exhibits and attachments by TX | 0.3 | no charge |
| 7/1/2012 | Review order granting Figueroa pro hac vice status | 0.1 | no charge |
| 7/1/2012 | Tele Conf/Meeting of Interevneors' counsel re: trial | 2.0 | no charge |
| 7/1/2012 | Meet with and prepare Dr. Lichtman for Deposition | 2.3 | 2.3 |
| 7/1/2012 | Communications with Ezra Rosenberg | 0.7 | no charge |
| 7/2/2012 | Review DOJ's Trial Exhibits | 0.6 | 0.6 |
| 7/2/2012 | Review DOJ's motion for immediate relief re: State's response to proposed findings of fact | 0.3 | 0.3 |
| 7/2/2012 | Review DOJ's advisory re: stricken proposed findings & | 0.2 | 0.2 |
| 7/2/2012 | Communication with Ezra Rosenberg re: whether to join DOJ filing re: inadequacy of TX's response to findings of fact | 0.1 | 0.1 |
| 7/2/2012 | Review exhibit list of State of TX | 0.2 | 0.2 |
| 7/2/2012 | Deposition by TX of Kennie Intervenors' Expert Witness Dr. | 6.8 | 6.8 |
| 7/2/2012 | Review Notice by TX of Stipulation re: expert testimony | 0.1 | 0.1 |
| 7/2/2012 | Review Advisory filed by DOJ concerning stricken portions of proposed findings | 0.2 | no charge |
| 7/2/2012 | Review Proposed Findings of Fact by Defendant Eric Holder | 0.3 | 0.3 |
| 7/2/2012 | Review Expert Deposition Designations by Defendant Eric | 0.4 | 0.4 |
| 7/2/2012 | Make additions to Defendant Intervenors Trial Exhibits for | 0.3 | 0.3 |
| 7/2/2012 | Review DOJ notice of Trial Exhibit List | 0.2 | 0.2 |
| 7/2/2012 | Communications with Ezra Rosenberg | 0.5 | no charge |
| 7/3/2012 | Review State of TX response to DOJ motion for immediate | 0.4 | no charge |
| 7/3/2012 | Review *errata* by State of TX re: proposed findings of fact | 0.1 | 0.1 |
| 7/3/2012 | Review motion of Thomas Saenz for pro hac vice | 0.1 | no charge |
| 7/3/2012 | Review Intervenors' clarification of trial exhibit listing | 0.1 | no charge |
| 7/3/2012 | Review Texas' Filing Supplement to Joint Appendix | 0.1 | 0.1 |
| 7/3/2012 | Review motion re: Camarillo testimony | 0.2 | no charge |
| 7/3/2012 | Review order re: extension of time | 0.1 | no charge |
| 7/3/2012 | Review State's motion to seal document | 0.1 | no charge |
| 7/3/2012 | Review order declaring motion in limine moot | 0.1 | no charge |
| 7/3/2012 | Review order denying Defendant Holder's motion for | 0.1 | 0.1 |
| 7/3/2012 | Review order denying TX's motion in limine re: adverse inference based on legislative privilege | 0.1 | 0.1 |
| 7/3/2012 | Review order granting TX's motion in limine to preclude testimony of RX League of Young Voters' newly disclosed | 0.1 | no charge |
| 7/3/2012 | Review order granting motion to take judicial notice of census | 0.1 | 0.1 |
| 7/3/2012 | Review order denying TX's motion in limine re:  legislative | 0.1 | 0.1 |
| 7/3/2012 | Review Order denying TX's motion in limine to exclude testimony of Kennie Intervenors' expert, Dr. Lichtman | 0.1 | 0.1 |

| | | | |
|---|---|---|---|
| 7/3/2012 | Review Order denying TX's motion in limine to exclude testimony of K expert, Dr. Kousser | 0.1 | 0.1 |
| 7/3/2012 | Review order denying Defendant Holder's motion in limine to exclude testimony of Major Mitchell | 0.1 | 0.1 |
| 7/3/2012 | Review Order denying TX's motion in limine to preclude evidence regarding subjective intent of individual legisaltors | 0.1 | 0.1 |
| 7/3/2012 | Review TX's advisory re: deposition designations | 0.1 | 0.1 |
| 7/3/2012 | Review DOJ's motion to take Judicial Notice of Senate Rules | 0.2 | 0.2 |
| 7/3/2012 | Review order re: hyperlinks in proposed findings of fact | 0.1 | 0.1 |
| 7/3/2012 | Review notice of appearance by Richard Dellheim for AG | 0.1 | no charge |
| 7/3/2012 | Communications with Michelle Yeary and Ezra Rosenberg re: preparation of consolidated reply to TX's failure to offer counter designations (for filing on 7/5) | 0.2 | 0.2 |
| 7/3/2012 | Communications with Brian Raphael/Ezra Rosenberg re: preparation of hyperlinked findings of fact and Hebert additions to proposed findings of fact re: Lichtman critique of | 0.2 | 0.2 |
| 7/3/2012 | Communications with Ezra Rosenberg | 1.1 | no charge |
| 7/4/2012 | Review notice of appearance by Bryan Sells for AG Holder | 0.1 | no charge |
| 7/4/2012 | Review DOJ reply re: proposed findings of fact | 0.1 | 0.1 |
| 7/4/2012 | Revisions to reply of Defendant Intervenors proposed findings | 0.6 | 0.6 |
| 7/4/2012 | Communications with Ezra Rosenberg | 1.0 | no charge |
| 7/5/2012 | Review TX's filing supplemental reply appendix | 0.2 | 0.2 |
| 7/5/2012 | Review order re: witness lists of AG Holder and Defendant-Intervenors and scheduling issues | 0.1 | 0.1 |
| 7/5/2012 | Final revisions and review of Defendant-Intervenors objections and counter designations of deposition testimony | 0.2 | 0.2 |
| 7/5/2012 | Review order changing time  of telephonic status conference with court and parties (7/6) | 0.1 | 0.1 |
| 7/5/2012 | Review AG Holder's Reply regarding deposition designations | 0.2 | 0.2 |
| 7/5/2012 | Communications with Ezra Rosenberg | 0.6 | no charge |
| 7/6/2012 | Edit/revise counter proposed findings of fact/deposition | 0.2 | 0.2 |
| 7/6/2012 | Revisions to Defendant-Intervenors witness list and order of | 0.2 | 0.2 |
| 7/6/2012 | Communications with Ezra Rosenberg to coordinate the order of witnesses at trial for all Defendant-Intervenors and AG | 0.2 | 0.2 |
| 7/6/2012 | Review order granting TX motion to file under seal | 0.1 | 0.1 |
| 7/6/2012 | Review order granting motion re: Camarillo testimony | 0.1 | 0.1 |
| 7/6/2012 | Review order granting motion to take judicial notice | 0.1 | 0.1 |
| 7/6/2012 | Conf. Call with Intervenors' counsel re: case prep | 1.0 | no charge |
| 7/6/2012 | Review TX's motion extension of time re: JT. Req. for Judicial | 0.1 | no charge |
| 7/6/2012 | Review TX's response to Defendant Intervenors' motion for judicial notice | 0.1 | 0.1 |
| 7/6/2012 | Review filing by DOJ Listing order of trial witnesses | 0.1 | 0.1 |
| 7/6/2012 | Participate in telephonic conference call with court and parties re: witnesses and trial | 0.5 | 0.5 |
| 7/6/2012 | Review notice of appearance of Matthew Colangelo for AG | 0.1 | no charge |
| 7/6/2012 | Communications with Ezra Rosenberg | 1.9 | no charge |
| 7/7/2012 | Communications with Ezra Rosenberg | 0.6 | no charge |

| 7/8/2012 | Review Order Overruling TX's objection to live witness and depo designations. | 0.2 | 0.2 |
|---|---|---|---|
| 7/8/2012 | Trial Preparation. Review witness depositions, exhibits | 6.5 | 6.5 |
| 7/8/2012 | Communications with Ezra Rosenberg | 0.3 | no charge |
| 7/9/2012 | Final review/edits to reply to State of TX's opposition to Defendant-Intervenors' motion for judicial notice | 0.1 | no charge |
| 7/9/2012 | Review Pro Hac Vice motion of Reynolds Brissenden for TX. | 0.1 | no charge |
| 7/9/2012 | Review motion to withdraw by O'Connor | 0.1 | no charge |
| 7/9/2012 | Review order granting pro hac vice to Brissenden | 0.1 | no charge |
| 7/9/2012 | Review order granting O'Connor mot. to withdraw | 0.1 | no charge |
| 7/9/2012 | Review TX's designations of Senator Uresti's Deposition | 0.2 | 0.2 |
| 7/9/2012 | Attend and participate in trial. Witnesses: Ingram, Aliseda, Mitchell,  Williams, & Sager 9-5:30 | 8.5 | 8.5 |
| 7/9/2012 | Trial Preparation. Review notes of trial testimony from that day. Review witness depositions, exhibits, prepare witness | 5.3 | 5.3 |
| 7/9/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 7/10/2012 | Review Order granting Defendant Intervenors' motion to take judicial notice of facts | 0.1 | 0.1 |
| 7/10/2012 | Attend and participate in trial.  Witnesses: Professor Sager (cont.), Martinez Fischer, Anchia, Professor  Kousser, and | 8.5 | 8.5 |
| 7/10/2012 | Trial Preparation. Review notes of trial testimony from that day (1.3). ReviewWood and Ellis depositions (1.7) , exhibits, prepare witness outlines (0.5) , prepare Sen. Ellis (2.5) and Buck Wood (2.0) for trial testimony | 8.0 | 8 |
| 7/11/2012 | Attend and participate in trial. Witnesses: Shaw, Rodriguez, Camarillo, Rev. Jackson, Senator Ellis, Buck Wood, Professor Flores, Dr. Marker, Senator Uresti (video) | 8.5 | 8.5 |
| 7/11/2012 | Trial Preparation. Review notes of trial testimony from that day(0.5). Review witness depositions (0.9), exhibits, prepare witness outlines(1.1), prepare Sen. Davis (2.1) and Dr. Lichtman (2.0) for trial testimony | 6.5 | 6.5 |
| 7/12/2012 | Review TX's counter expert witness deposition designations | 0.2 | 0.2 |
| 7/12/2012 | Review Amended List of Trial Exhibits and Second Supplemental Appendixfor Defendant Intervenors | 0.1 | no charge |
| 7/12/2012 | Review reply designation for Sen. Uresti by AG Holder | 0.2 | 0.2 |
| 7/12/2012 | Review filing by DOJ of Apache County opinion | 0.2 | 0.2 |
| 7/12/2012 | Review expert witness reply depo designations by AG Holder w/exhibits | 0.2 | 0.2 |
| 7/12/2012 | Attend and participate in trial.  Trial Witnesses: Senator Carlos Uresti (video), Senator Wendy Davis, Dr. Allan Lichtman, and Professor Ansolabehere. | 8.5 | 8.5 |
| 7/12/2012 | Communication and coordination w/E. Rosenberg re: closing | 0.5 | 0.5 |
| 7/12/2012 | Prepare outline of closing argument with notes | 3.8 | 3.8 |
| 7/12/2012 | Prepare PowerPoint presentation for use in closing argument | 1.6 | 1.6 |
| 7/13/2012 | Review TX Advisory regarding EIC's (Election Ident. Cert.) | 0.3 | 0.3 |
| 7/13/2012 | Review Mi Familia's advisory clarifying docs needed to obtain | 0.2 | no charge |
| 7/13/2012 | Trial.  Closing Arguments. | 3.5 | 3.5 |
| 7/13/2012 | Review Defendant-Intervenors' Notice Withdrawing Trial | 0.1 | no charge |

| | | | |
|---|---|---|---|
| 7/14/2012 | Review DOJ Objections to State's Trial Exhibits (filed last day | 0.5 | 0.5 |
| 7/14/2012 | Review DOJ's revised trial exhibit list (filed last trial day) | 0.2 | 0.1 |
| 7/17/2012 | Review DOJ's filing of exhibits 579-598 | 0.1 | no charge |
| 7/17/2012 | Review TX's notice regarding DPS data and VRNID data | 0.1 | 0.1 |
| 7/17/2012 | Review TX's filing exhibit under seal | 0.1 | no charge |
| 7/17/2012 | Review TX's objections to Defendant-Intervenors' Trial | 0.4 | 0.4 |
| 7/17/2012 | Review TX's objections to AG Holder's Trial Exhibits | 0.5 | 0.5 |
| 7/17/2012 | Review Response Defendant Intervenors' Objection to State of Texas's Trial Exhibits | 0.1 | no charge |
| 7/18/2012 | Review TX'smotion to file exhibit B under seal | 0.1 | 0.1 |
| 7/18/2012 | Review State of TX's revised trial exhibit list | 0.2 | 0.2 |
| 7/18/2012 | Review filing of trial exhibits by Texas | 0.1 | 0.1 |
| 7/19/2012 | Review motion to seal exhibits by Texas | 0.2 | 0.2 |
| 7/19/2012 | Communication from state regarding return to TX of data base | 0.1 | 0.1 |
| 7/19/2012 | Review Texas' Notice of filing under seal | 0.1 | no charge |
| 7/19/2012 | Review Defendant Intervenors' response to TX's objections to Defendant Intervenors' trial exhibits | 0.2 | no charge |
| 7/19/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 7/23/2012 | Communications with co-counsel (Ezra Rosenberg) about gathering all data base disks from Defendant-Intervenors and returning them to State of TX counsel (at state's request) | 0.2 | 0.2 |
| 7/23/2012 | Review order granting TX's motion for to File exhibits under | 0.1 | 0.1 |
| 7/26/2012 | Review response by AG Holder to TX's objections to Defendant's trial exhibits | 0.2 | 0.2 |
| 7/26/2012 | Review AG Holder's response re: EICs | 0.1 | no charge |
| 7/26/2012 | Communications with Ezra Rosenberg | 0.2 | no charge |
| 7/27/2012 | Communications with Ezra Rosenberg | 0.2 | no charge |
| 7/31/2012 | Communications with Ezra Rosenberg | 0.2 | no charge |
| 8/1/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 8/3/2012 | Review filing for Defendant Intervenors of recent photo ID | 0.1 | no charge |
| 8/6/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 8/20/2012 | Review AG's filing of Notice of Determination | 0.1 | 0.1 |
| 8/28/2012 | Communications with Ezra Rosenberg | 0.4 | no charge |
| 8/30/2012 | Read opinion of three judge court | 1.9 | 1.9 |
| 8/30/2012 | Review order denying Texas's request for judicial preclearance of Senate Bill 14 and ordering submission of joint schedule. | 0.1 | 0.1 |
| 8/30/2012 | Communications with Ezra Rosenberg | 0.3 | no charge |
| 9/5/2012 | Review AG Holder's filing of Section 5 determination | 0.1 | 0.1 |
| 9/5/2012 | Communications with Ezra Rosenberg | 0.2 | no charge |
| 9/6/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 9/12/2012 | Review AG Holder filing re: proposed briefing schedule for | 0.1 | 0.1 |
| 9/12/2012 | Review AG Holder's filing of no-determination letter | 0.1 | 0.1 |
| 9/13/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 9/14/2012 | Review order setting briefing schedule on Claim II | 0.1 | 0.1 |
| 9/14/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 9/21/2012 | Review DOJ motion for extension of time to file response to | 0.1 | no charge |
| 9/24/2012 | Review Order granting extension to all defendants (including | 0.1 | 0.1 |

| | | | |
|---|---|---|---|
| 10/1/2012 | Review State's motion for summary judgment | 1.1 | 1.1 |
| 10/3/2012 | Conf. call among all Defendant Intervenors to discuss drafting responsibilities/division of labor & issues raised by TX motion for summary judgment | 1.2 | no charge |
| 10/12/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 10/15/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 10/19/2012 | Review draft memorandum in opposition to State's Motion for Summary Judgment and offer edits and comments to same | 0.5 | 0.5 |
| 10/21/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 10/22/2012 | Final review Intervenors' cross motion for summary judgment | 1.0 | no charge |
| 10/22/2012 | Review DOJ's motion for summary judgment on Claim II | 0.5 | no charge |
| 10/22/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 10/26/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 10/31/2012 | Review order granting TX's telephone request to exceed page | 0.1 | 0.1 |
| 10/31/2012 | Review State of TX Memorandum in opposition to Cross motions for summary judgment | 0.3 | 0.3 |
| 11/1/2012 | Review State of Texas' reply to Defendant and Intervenors' opposition to State's motion for summary judgment | 0.3 | 0.3 |
| 11/1/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 11/8/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 11/11/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 11/12/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 11/13/2012 | Review DOJ reply to State's opposition to cross motions for summary judgment | 0.3 | 0.3 |
| 11/13/2012 | Review final draft of memorandum in opposition to State's motion for sumamry judgment. Communicate to E. Rosenberg | 0.1 | 0.1 |
| 11/13/2012 | Review AG Holder's memorandum in opposition to State's motion for Summary Judgment | 0.3 | 0.3 |
| 11/13/2012 | Communications with Ezra Rosenberg | 0.3 | no charge |
| 11/16/2012 | Review order requiring parties to meet and confer on deferring | 0.1 | 0.1 |
| 11/16/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 11/26/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 11/28/2012 | Review Berkower motion to withdraw as attorney for Holder | 0.1 | no charge |
| 11/28/2012 | Review order granting motion to withdraw (Berkower) | 0.1 | no charge |
| 11/28/2012 | Edits to notice by Intervenors in response to court order about deferring ruling until Shelby County decision | 0.1 | 0.1 |
| 11/28/2012 | Communications with Ezra Rosenberg | 0.2 | no charge |
| 11/29/2012 | Review notice by AG Holder. | 0.1 | 0.1 |
| 11/29/2012 | Review State of TX's response to court order re: deferring a ruling until Shelby County is decided | 0.2 | 0.2 |
| 11/29/2012 | Communications with Ezra Rosenberg | 0.2 | no charge |
| 11/30/2012 | Review motion for entry of judgment by State of TX with supporting memo | 0.2 | 0.2 |
| 11/30/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 12/7/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 12/11/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |

| | | | |
|---|---|---|---|
| 12/12/2012 | Draft and make edits to Defendant-Intervenors' memorandum in opposition toTX's motion for Entry of Final Judgment as to | 0.3 | 0.3 |
| 12/13/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 12/14/2012 | Review response by AG Holder to TX's motion for Entry of Final judgment | 0.2 | 0.2 |
| 12/14/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 12/17/2012 | Review order pursuant to rule 54, FRCP. | 0.1 | 0.1 |
| 12/17/2012 | Review TX's notice of *appeal to Supreme Court* | 0.1 | 0.1 |
| 12/18/2012 | Tele. Conf call with clients re: notice of appeal by TX | 0.3 | 0.3 |
| 12/18/2012 | Communications with Ezra Rosenberg | 0.2 | no charge |
| 12/20/2012 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 12/21/2012 | Review order granting unopposed motion to hold attys fees in | 0.1 | 0.1 |
| 1/4/2013 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 1/18/2013 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 2/8/2013 | Review Couto motion to withdraw as counsel for Mi Familia | 0.1 | no charge |
| 2/8/2013 | Review order granting Couto motion to withdraw | 0.1 | no charge |
| 2/19/2013 | Edit Reply to State's Opposition to Kennie Intervenors' Motion to Intervene | 0.3 | 0.3 |
| 2/19/2013 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 2/21/2013 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 2/24/2013 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 3/1/2013 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 4/18/2013 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 4/19/2013 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 4/24/2013 | Review Ho's motion to withdraw as counsel | 0.1 | no charge |
| 4/24/2013 | Review order granting Ho's motion to withdraw | 0.1 | no charge |
| 4/24/2013 | Communications with Ezra Rosenberg | 0.2 | no charge |
| 5/3/2013 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 5/10/2013 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 5/14/2013 | Review Boddie's motion to withdraw as counsel | 0.1 | no charge |
| 5/14/2013 | Review order granting Boddie motion to withdraw | 0.1 | no charge |
| 5/15/2013 | Review Adegbile's motion to withdraw as counsel | 0.1 | no charge |
| 5/16/2013 | Review order granting Adegbile's motion to withdraw | 0.1 | no charge |
| 5/23/2013 | Review order granting dOJ's motion to exceed page limit | 0.1 | no charge |
| 6/20/2013 | Review TX's deposition designations | 0.3 | 0.3 |
| 6/26/2013 | Communications with Ezra Rosenberg | 0.3 | no charge |
| 6/27/2013 | Review judgment/ruling of U.S. Supreme Court | 0.1 | 0.1 |
| 7/11/2013 | Review Flaum's motion to withdraw as counsel | 0.1 | no charge |
| 7/12/2013 | Review State of TX Corrections to Sager Supp. Declaration | 0.2 | 0.2 |
| 7/12/2013 | Review order granting Flaum's motion to withdraw | 0.1 | no charge |
| 7/25/2013 | Review filing by DOJ of Shelby County decision | 0.1 | 0.1 |
| 8/1/2013 | Communications with Ezra Rosenberg | 0.2 | no charge |
| 8/8/2013 | Review Motion to Dismiss filed by State of TX | 0.2 | 0.2 |
| 8/21/2013 | Communications with Ezra Rosenberg | 0.3 | no charge |
| 8/22/2013 | Review DOJ response to State's motion to dismiss | 0.1 | 0.1 |
| 8/22/2013 | Edits to response of intervenors to state's motion to dismiss | 0.2 | 0.2 |
| 8/22/2013 | Review separate filing by Mi Familia intervenors | 0.1 | no charge |

| Date | Description | | |
|---|---|---|---|
| 8/22/2013 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 8/27/2013 | Review order granting TX's motion to dismiss | 0.1 | 0.1 |
| 8/28/2013 | Initial Draft outline of motion for attys fees and expenses | 1.5 | 1.5 |
| 8/30/2013 | Legal Research on fees motions in DC court/Supreme Court | 5.5 | 5.5 |
| 9/2/2013 | Draft  Motion for attorneys' fees and expenses | 4.9 | 4.9 |
| 9/4/2013 | Edits to Fee Motion | 1.3 | 1.3 |
| 9/4/2013 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 9/5/2013 | Draft Hebert Declaration for Fee Motion | 3.0 | 3 |
| 9/7/2013 | Review Time Sheets for attaching to fee motion | 2.1 | 2.1 |
| 9/7/2013 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 9/8/2013 | Review Time Sheets for attaching to fee motion | 1.9 | 1.9 |
| 9/8/2013 | Review Lichtman Invoice from 8/2/2012 | 0.1 | no charge |
| 9/8/2013 | Communications with Ezra Rosenberg | 0.1 | no charge |
| 9/9/2013 | Review Dunn Time Sheets | 1.0 | no charge |
| 9/9/2013 | Review Brazil Time Sheets | <u>0.5</u> | <u>no charge</u> |
| | **TOTAL HOURS** | 271.7 | 182.4 |

# EXHIBIT D

**Campaign Legal Center Out-of-Pocket Expenses**

| | |
|---|---|
| Expert Witness Costs for Michael C. Herron | $14,852.67 |
| Travel for Litigation Team (including experts) | $22,545.08 |
| Printing and Production (including open records request costs, printing, transcripts, briefs, etc.) | $10,517.19 |
| Postage | $115.00 |
| Reimbursement from co-counsel | -$4,039.07 |
| **Total** | $43,990.87 |

**Additional Outstanding Expert Expenses**

| | |
|---|---|
| Dr. Lichtman | $28,800.00 |
| Dr. Sanchez | $10,000.00 |
| Dr. Barretto | $10,000.00 |
| Mr. Korbel | $21,742.50 |
| **Total** | $70,542.50 |

Campaign Legal Center
Statement of Activities
For the Period Ending December 31, 2016
Reporting Book:
As of Date:
Initiative:

| | Year Ending | Year Ending | Year Ending | Year Ending | TOTAL COSTS |
|---|---|---|---|---|---|
| | 12/31/2016 | 12/31/2015 | 12/31/2014 | 12/31/2013 | |
| | Actual | Actual | Actual | Actual | |
| **Expenses** | | | | | |
| Expert Witnesses | 0.00 | 0.00 | 14,852.67 | 0.00 | **14,852.67** |
| Printing / Deposition / Transcript | 3,530.10 | -104.59 | 7,091.68 | 0.00 | **10,517.19** |
| Postage | 0.00 | 0.00 | 115.00 | 0.00 | **115.00** |
| Travel | 1,010.75 | 1,178.03 | 20,356.30 | 0.00 | **22,545.08** |
| **Total Expenses** | **4,540.85** | **1,073.44** | **42,415.65** | **0.00** | **48,029.94** |
| Reimbursement from Brazil & Dunn | | | | | -3,741.41 |
| Reimbursement for brief costs | | | | | -297.66 |
| **Total Net Expenses** | | | | | **43,990.87** |

Campaign Legal Center

General Ledger Report

ACCRUAL

1/1/2014

12/31/2018

6120--Texas

Voter ID Case

| Doc Dt. | Memo / Description | Debit | Credit |
|---------|-------------------|-------|--------|
| 4/16/2014 | Baggage Fee | 25.00 | |
| 4/16/2014 | Hotel | 538.17 | |
| 4/16/2014 | Taxi | 15.00 | |
| 6/4/2014 | Taxi from Jenner & Block Meeting | 8.50 | |
| 6/17/2014 | Flight for TX Travel | 471.50 | |
| 6/17/2014 | Hotel WiFi for TX Travel | 10.95 | |
| 6/17/2014 | Hotel for TX Travel | 164.26 | |
| 6/17/2014 | In Flight WiFi for TX Travel | 10.83 | |
| 6/17/2014 | In Flight WiFi for TX Travel | 12.00 | |
| 6/17/2014 | In Flight WiFi for TX Travel | 12.00 | |
| 6/17/2014 | Rental car for TX Travel | 99.81 | |
| 7/1/2014 | Taxi to Mtg for Texas Photo ID Case | 8.09 | |
| 7/1/2014 | Taxi to Mtg for Texas Photo ID Case | 32.00 | |
| 7/14/2014 | Parking for photo ID Case Meeting | 24.00 | |
| 8/4/2014 | Emma Simson Flight to TX for depositions | 565.50 | |
| 8/4/2014 | Emma Simson Hotel in TX for depositions | 197.73 | |
| 8/4/2014 | Hotel in Houston, TX for depositions in Voter ID Case | 174.33 | |
| 8/4/2014 | Taxi from Houston Airport to Hotel for depositions | 71.30 | |
| 8/4/2014 | Taxi to Mtg | 16.00 | |
| 8/4/2014 | Uber to Mtg at WilmerHale | 21.00 | |
| 8/6/2014 | Armand Derfner: Con#40015538817 | 2,380.50 | |
| 8/6/2014 | Chad Dunn: Con#40014519860 | 2,380.50 | |
| 8/6/2014 | Chad Dunn: Con#40014519861 | 2,380.50 | |
| 8/6/2014 | Gerry Hebert: Con#40015538825 | 2,380.50 | |
| 8/6/2014 | Neil Baron: Con#40014670870 | 2,380.50 | |
| 8/6/2014 | Scott Brazil: Con#40015538782 | 2,380.50 | |
| 8/7/2014 | Travel Reimbursement for Mtg in DC (Texas Photo ID Case) | 155.10 | |
| 8/26/2014 | Flight | 189.10 | |
| 8/26/2014 | Flight | 241.10 | |
| 8/26/2014 | Flight Change Fee | 333.10 | |
| 8/26/2014 | Flight to Corpus Cristi | 143.10 | |
| 9/2/2014 | Airfare from Corpus Cristi to Houston | 389.10 | |
| 9/2/2014 | Airfare to Corpus Cristi | 400.60 | |
| 9/2/2014 | Baggage Fees | 60.00 | |
| 9/2/2014 | G. Hebert - Taxi to airport from residence | 28.70 | |
| 9/2/2014 | R. Carrier room for trial (booked under Victoria Hebert) | 264.50 | |
| 9/2/2014 | Refund for processing error on R. Carrier trial hotel | | 132.25 |
| 9/2/2014 | Rental Car - Travel to Corpus Cristi | 276.10 | |
| 9/11/2014 | Allan Lichtman_Hotel Room & Incidentals | 274.45 | |

| Date | Description | Amount | Amount 2 |
|---|---|---:|---:|
| 9/11/2014 | Anna Hernandez_Hotel Room | 132.25 | |
| 9/11/2014 | Barreto_Hotel Room & Incidentals | 364.50 | |
| 9/11/2014 | Corpus Cristi Hotel Error Refund | | 1,014.52 |
| 9/11/2014 | Corpus Cristi Hotel Processing Error (Refunded) | 1,014.52 | |
| 9/11/2014 | G. Hebert_Airfare to DC (rescheduled flight change fee) | 311.00 | |
| 9/11/2014 | George Korbel_Hotel Room | 132.25 | |
| 9/11/2014 | Tom Cornish_Room & Incidentals | 165.25 | |
| 9/11/2014 | __Hotel Room (Booked under Victoria Hebert) | 132.25 | |
| 9/11/2014 | __Hotel Room (Booked under Victoria Hebert) | 132.25 | |
| 9/11/2014 | __Hotel Room (Booked under Victoria Hebert) | 264.50 | |
| 9/17/2014 | Baggage Fees - TX Photo ID Trial | 60.00 | |
| 9/17/2014 | Return Flight Change - TX Photo ID Trial | 533.00 | |
| 9/17/2014 | Taxi - Airport to Home - TX Photo ID Trial | 21.65 | |
| 9/17/2014 | Uber to Airport - TX Photo ID Trial | 33.00 | |
| 9/24/2014 | Armand Derfner_Hotel Room for Closing Arguments | 132.25 | |
| 9/24/2014 | Baggage Fees- Flight to Closing Arguments | 25.00 | |
| 9/24/2014 | Baggage Fees- Flight to Closing Arguments | 25.00 | |
| 9/24/2014 | Chad Dunn_Hotel Room & Incidentals | 199.62 | |
| 9/24/2014 | J. Bone_Flight to TX for Closing Arguments | 482.70 | |
| 9/24/2014 | J. Bone_Hotel Room for Closing Arguments | 132.25 | |
| 9/24/2014 | Rental Car for travel to trial (refunded later) | 305.25 | |
| 9/25/2014 | G. Hebert - Flight Change | 200.00 | |
| 9/25/2014 | G. Hebert - Flight to TX | 408.60 | |
| 9/25/2014 | Taxi from DCA to Residence | 37.98 | |
| 9/25/2014 | Taxi to DOJ | 13.95 | |
| 9/25/2014 | Taxi to Residence | 32.00 | |
| 10/3/2014 | Airport Parking - TX Travel | 33.20 | |
| 10/3/2014 | Courtyard Marriot Hotel - TX Travel | 398.04 | |
| 10/3/2014 | Flight to TX | 333.10 | |
| 10/3/2014 | Gas for Rental Car - TX Travel | 20.06 | |
| 10/3/2014 | Rental Car - TX Travel | 256.00 | |
| 12/15/2014 | Omni Hotel Refund_TX Voter ID Case | | 4,344.27 |
| 4/10/2015 | GH card; 3.11.15 BWI parking | 48.00 | |
| 4/10/2015 | GH card;flights on SW for GH and JB to Atlanta and Texas | 716.00 | |
| 5/15/2015 | GH card; Monteleone Carosel New Orleans 4.30.15 and 5.1.15 HOTEL | 314.03 | |
| 5/15/2015 | GH card; bag fees for GH and JB on SW 4.27 | 50.00 | |
| 5/15/2015 | internet for SW flight for GH and JB 4.27 | 25.00 | |
| 5/15/2015 | refund for online internet for GH to TX 5.5.15 | 25.00 | |
| 5/31/2016 | Airport Taxi | 34.42 | |
| 5/31/2016 | D. Lang Flight to TX | 481.20 | |
| 5/31/2016 | G. Hebert Flight to TX | 481.20 | |
| 5/31/2016 | Taxi from mtg | 7.60 | |
| 5/31/2016 | Taxi to mtg | 6.33 | |
| | | **28,036.12** | **5,491.04** |

*Total*        *$22,545.08*

-

Campaign Legal Center
General Ledger Report
ACCRUAL
1/1/2014
12/31/2018
6120--Texas
Voter ID Case

| Doc Dt. | Memo / Description | Vendor Name | Debit |
|---------|--------------------|-------------|-------|
| 10/14/2014 | Consulting Services & Expenses - TX Photo ID 2014_ Inv. Date 9.04.2014 | Michael C. Herron | 5,591.64 |
| 10/14/2014 | Consulting Services & Expenses - Texas ID 2014_Inv. Date 8.26.2014 | Michael C. Herron | 7,261.03 |
| 10/14/2014 | Consulting Services - Texas ID 2014_Inv. Date 8.31.2014 | Michael C. Herron | 2,000.00 |
| | | | 14,852.67 |
| | | | 14,852.67 |

Campaign Legal Center
General Ledger Report
ACCRUAL
1/1/2014
12/31/2018
6120--Texas
Voter ID Case

| Doc Dt. | Memo / Description | Vendor Name | Debit | Credit | Balance |
|---------|--------------------|-------------|-------|--------|---------|
| | | | | | 0.00 |
| 6/11/2014 | Open Records Request- Texas Voter ID | San Jacinto County | 51.30 | | 51.30 |
| 6/12/2014 | Deposit for Open Records Request- TX Photo ID Case | Department of State Health Services | 194.00 | | 245.30 |
| 8/20/2014 | Document Preparation for Texas Photo ID Case | Service Docs, Inc. | 501.18 | | 746.48 |
| 8/29/2014 | Transcript Copies - TX Photo ID Case | Exceptional Reporting | 12,000.00 | | 12,746.48 |
| 9/17/2014 | Hotel Printing Charges - TX Photo ID Trial | | 20.52 | | 12,767.00 |
| 11/20/2014 | Refund for Document Request_TX Voter ID | Department of State Health Services | | 194.00 | 12,573.00 |
| 11/20/2014 | Refund for Transcripts_TX Voter ID | Exceptional Reporting | | 5,481.32 | 7,091.68 |
| 2/25/2015 | Reimbursement for Brief Printing Costs | | | 297.66 | -297.66 |
| 2/27/2015 | Brief Printing (TX Voter ID) | Bank of America Business Card | 193.07 | | -104.59 |
| 11/22/2016 | TX Case Transcripts - Pymt for revised invoice | Laura Wells, Official Reporter | 3,530.10 | | 3,530.10 |
| | | | **16,490.17** | **5,972.98** | **10,517.19** |

# Allan J. Lichtman (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)

## 9219 Villa Drive, Bethesda, MD  20817 (301) 530-8262, 04-11-2019

**Re: Expert Witness Research During Corpus Christi Trial - Texas Voter ID Case**

**Attention:**
**Chad Dunn – Contact Attorney**

**Summary of Scope of Work**

**The bill outlined below is for the comprehensive work I performed in regard to the voter ID trial in Corpus Christi, TX, including the study of reports, documentary and statistical research, preparation of written report, preparation for trial testimony, travel to Corpus Christi, trial testimony and time in trial waiting for potential testimony in court.**

**1. Study of expert reports. 5 Hrs.**

**2. Documentary research. 6 HRS**

**3. Statistical research. 7 HRS**

**4. Preparation of written report. 21 HRS**

**5. Preparation for trial. 5 HRS**

**6. Travel to Corpus Christi from DC 6 HRS**

**7. Trial testimony and attendance at trial. 16 HRS**

**8. Travel to DC from Corpus Christi 6 HRS**

**72 hours at $400 per hour.**

**Total Bill: $28,800**

Gabriel R Sanchez, LLC                                                March 12, 2019
3400 Calle Vigo NW
Albuquerque NM 87104

Re: Expert Witness Research During Trial - Texas Voter ID Case

Attention:
Chad Dunn – Contact Attorney

Summary of Scope of Work

The following 40 hours of work outlined more specifically below is focused on the travel
to/from Corpus Christi, TX for the trial, preparation for trial testimony, and time in trial waiting
for potential testimony in court.

Description of Duties/Time Allotment

-   Pre-trial preparation: review of our expert witness report, analysis of all deposition scripts
    relevant to court testimony, conference calls with Matt Barreto – 8 hours

-   Travel from Albuquerque to Corpus Christi, TX - 4 hours

-   Evening review of our expert witness report, deposition transcripts, opposition report – 4
    hours

-   Time waiting potential testimony in court (two full days in court) – 16 hours

-   Evening review of our expert witness report, deposition transcripts, opposition report
    before second day of trial – 4 hours

-   Travel home from Corpus Christi, TX – 4 hours

**Total Hours – 40 - $250.00 per/hr**
**Total Cost - $10,000**

Dr. Matt A. Barreto                                                    March 14, 2019
6619 Heritage Drive
Agoura Hills, CA 91301

Re: Expert Witness Research During Trial - Texas Voter ID Case

Attention:
Chad Dunn – Contact Attorney


<u>Summary of Scope of Work</u>

The following 40 hours of work outlined more specifically below is focused on the travel
to/from Corpus Christi, TX for the trial, preparation for trial testimony, and time in trial waiting
for potential testimony in court.

<u>Description of Duties/Time Allotment</u>


- Pre-trial preparation: review of our expert witness report, analysis of all deposition scripts
  relevant to court testimony, conference calls with Dr. Gabriel Sanchez – 8 hours

- Travel from Seattle, WA to Corpus Christi, TX - 5 hours

- Evening review of our expert witness report, deposition transcripts, opposition report – 3
  hours

- Time participating in testimony in court (two full days in court) – 16 hours

- Evening review of our expert witness report, deposition transcripts, opposition report
  before second day of trial – 3 hours

- Travel home from Corpus Christi, TX – 5 hours



**Total Hours – 40 - $250.00 per/hr**
**Total Cost - $10,000**

In the United States District Court
For the Southern District of Texas
Corpus Christi Division

MARC VEASSEY, *et al.*                    )
                                          )
                    Plaintiffs            )
                                          )
        vs                                ) CA 2:132-cv-193
                                          ) (consolidated with 2:13-cv-63)
                                          )
RICK Perry *et al.*                       )
                    Defendants            )

**Declaration Relating to Expert Testimony**

Now comes George Korbel who affirms, declares and deposes as follows:

1.  I have been a lawyer for 51 years and for the past 48 years I have appeared as either a lawyer or an expert witness in well over 100 voting cases in Texas.  These have included testimony on racially polarized voting, socio-economic and educational discrimination, gerrymandering, the History of election discrimination in Texas as well as the creation and analysis of election districts.   I have appeared as an expert and/or a lawyer for both plaintiffs and Defendants.

2.   In 1974 I was one of the witness who testified before committees of both houses of Congress laying out the factual record to support the extension and expansion of the special provisions of the Federal Voting Rights Act to include Texas.

3.  After the 1975 enactment of the extension and expansion of the Voting Rights Act I was asked by the Federal Election Commission to serve on a committee to determine best practices in the implementation of the language provisions of the Voting Rights Act.

4.  In 1981 I offered congressional testimony on the need to preserve and extend the special provisions of the Voting Rights Act to include Texas.

5.  In 1981 I was called to testify before a Committee of the  US House of Representatives considering the factual and legal factors involved in the extension of the Voting Rights Act.   I also offered testimony concerning the so called "attorney's fee" provision of the Voting Rights Act.

6.  I have been hired by more than 50 jurisdictions in Texas to draw redistricting plans after the 2000 and 2010 census.

7.  I have been  involved in over 100 administrative cases involving the Voting Rights Act.

8.  In this case as well as all other cases I was asked to testify and give opinions on:

A. The history of official voting-related discrimination in the state of Texas as well as cities school districts and other political subdivision in Texas.

B.  The extent and historical effect that voting of racially polarized voting has had on Texas elections.

C.  The extent to which Texas and its political subdivision have adopted and used voting practices or procedures that tend to enhance the opportunity for discrimination against the minority groups.

D.  The effect and the presence or absence of candidate slating groups.

E.  The extent to which minority group members bear the effects of discrimination in areas such as education, employment, and health, which hinder their ability to participate effectively in the political process.

F.  The use of overt or subtle racial appeals in political campaigns.

G.  The extent to which members of the minority group have been elected to public office in the jurisdiction.

9.  Testimony I have given as well as articles I have written have been cited by several federal and state Courts.  This has included three instances by the US Supreme Court in the interpretation of the act extending the special provisions of the voting rights Act to include Texas.

10.  In this case I was asked to look at all and be prepared to testify on the factors in paragraph 8. In addition I was asked to examine the times and distances that Texans would have to travel to obtain the voting documents.  I was asked to examine the efficacy of the translation used by the state Department of Public Safety.    I was asked to look at and quantify other problems anticipated to be caused by the voter id statute.

11.  In 2014 this Court issued an order finding that my then hourly fee of $350.00 was reasonable.  My current hourly rate is $450.00 per hour.

12.  In this case I devoted 186 hours to my preparation and testimony including drafting of an Expert Report.  Much of the preparation was considerably shortened because I was able modify exhibits and research I did to testify in three-judge Federal Court litigation in the Western District of Texas involving the Texas State Senate,  the State House of Representatives and

Congress.

Computation of a fee:

13.  I spent a total of 186 hours on this case.

14.  I first deducted the 15.5 hours that the state paid me for deposition and preparation.  This is shown as blue on my attached billing statement.

15.  I then deducted 49 hours involved in the preparation of an expert report.  I understand this is being requested as an expense by the Veassey Plaintiffs.  It is shown in tan on my attached billing statement.

16.  That leaves a balance of 121.5 hours.

17.  121.5 hours at my current rate of $450.00 an hour would be $54,675.00.

18.  121.5 hours at my 2014 rate of  $350.00 an hour would be $42,525.00.

19.  In an exercise in billing discretion I chose to take 121.5 hours at my 2014 rate ($42.525.00) and then reduce it by 50% which results in $21,262.50.

20  Then I added in $480.00 expenses.

21.  This results in a total of $21,742.50.  This included 6 hours of travel time.  The detail of these hours and charges are in the attached billing statement.


Further in this matter, I say not


/S/

April 7, 2019                    _____

George J. Korbel

| | | |
|---|---:|---|
| I first computed the total number of hours, | 186.0 | hours |
| Then I subtracted the15.5 hours (shaded in blue) which the state paid as directed by | | |
| this Court's Order -- preparation for deposition and deposition) | 15.5 | hours |
| Then I deducted 49 hours (shaded in tan) relating to the preparation of an expert | | |
| report. The plaintiffs have sought this as an expense (advance to me of $15,000.00) | 49.0 | hours |
| Total reduction in hours for deposition and preparation of expert report. | 64.5 | hours |
| Total billable hours less deposition and preparation of Expert Report (186 - 64.5) | 121.5 | hours |
| | | |
| Current billing rate $450.00 (121.5 times $450.00) | $ 54,675.00 | |
| 2014 billing rate at $350.00 per hour (121.5 times $350.00) | $ 42,525.00 | |
| Exercise of billing discretion (reduce 2014 billing rate by 50%) | $ 21,262.50 | |
| | | |
| Expenses | | |
| Travel to Corpus Christi (340 miies at $0 .75 per mile) | $255.00 | |
| Per diem and hotel | $135.00 | |
| Per diem | $25.00 | |
| | | |
| Photo copies( 325 at $.20 each) | $65.00 | |
| Pay this amount | $ 21,742.50 | |



**CORE**
RESEARCH
1931 NW Military Hwy, Suite 250 San Antonio, TX 78213
(210) 216-3336  korbellaw@hotmail.com

| March | Detail of time spent | HOURS |
|---|---|---|
| 8 | Analysis of time travel for each of 30 randomly selected counties.  I took each of the Offices in the Counties of South Texas where the DPS voter registration is handled.  I then determined the distance and time from each County seat to the nearest Motor vehicle office.  I then examined the larges urban Counties Dallas  Bear Dallas, Harris and Tarrant.  Then I computed the time and distance from the office of each member of the House and Senate to the closest motor vehicle by city bus and by car. | 2 |
| 9 | continue | 3 |
| 21 | continue | 1 |
| 22 | continue | 2 |
| 23 | Conclude draft analysis of travel time | 3 |
| 28 | Review exhibits used in Statewide redistricting | 1 |
| 29 | Begin work  on State and selected counties SES examine those used in Cong Case | 2 |
| 30 | Modify for potential use in this case | 3 |
| **April** | | |
| 4 | Check the Texas History of Discrimination I had used the  *Perez*  case | 1 |
| 5 | Examine the gerrymander graphics used in Cong Case with graphics and data redo | 2 |
| 6 | Modify gerrymander ***Perez***  graphics or potential use in this case  into draft format, Finalize change to History of Discrimination paper. | 3 |
| 11 | Examine AEIS (school testing  scores for selected districts) used in ***Perez***  graphics for use in this case. | 1 |
| 12 | continue | 2 |
| 13 | Determine to modify and use SES, AEIS, gerrymander and history for report  experiment with graphics.  Organize.  Examine racially polarized voting data and decide enough. | 3 |
| 18 | Consult with Dr. Susan Korbel additional ideas | 1 |
| 19 |  Further examination urban areas of each state proof read). | 2 |
| 20 | Continue Modify for constituency | 3 |
| 25 | Review other expert reports I have done that are available I Decide to further expand add additional cases as well as to expand history | 1 |
| 26 | continue | 2 |
| 27 | continue | 3 |

| May | Detail of time spent | HOURS |
|---|---|---|
| 2 | Legal research (historic)  continue | 1 |
| 3 | Legal research continue | 2 |
| 17 | Begin work on draft report | 3 |
| 9 | Attention to exhibits | 1 |
| 10 | continue | 2 |
| 11 | continue | 3 |
| 16 | Continue work on draft report | 1 |
| 17 | continue | 2 |
| 18 | continue | 3 |
| 24 | continue | 1 |
| 25 | continue | 2 |
| 26 | continue | 3 |
| 30 | continue | 1 |
| 31 | Preparation for meeting with Neil | 2 |
| June | | |
| 1 | Begin to prepare for deposition | 3 |
| 4 | Confer with Neil on phone | 2 |
| 6 | work on draft report | 1 |
| 7 | Attention to exhibits | 2 |
| 15 | Meet with Neil and one of his clients supper with Neil and client | 2 |
| 8 | Further review of earlier depositions | 3 |
| 13 | Further data proofreading | 1 |
| 14 | proof reading of report | 2 |
| 15 | Send over draft | 3 |
| 20 | Work on Modify draft | 1 |
| 21 | continue | 2 |
| 22 | continue | 3 |
| 24 | Phone conference with Neil with preparation | 2 |
| 25 | Review draft filed report | 1 |
| 26 | Arrange and file documents | 2 |
| 27 | Reexamination and potential modification of report | 1.5 |
| July | | |
| 22 | Review reports and pleadings, review of earlier works additional proof, proofreading of data, locate documents in drop box | 3.5 |
| 23 | continue | 3 |
| August | | |
| 1 | Begin Prep for Deposition | 1 |
| 2 | continue | 2 |
| 3 | continue | 3 |
| 4 | Travel Preparation for meeting with Neil meet with Neil | 4 |
| 5 | Deposition with review, return to San Antonio | 5.5 |
| 13 | Meet with Neil, client Julia Benavides | 2.5 |
| 29 | Review possible slides modification as necessary for trial | 1 |
| 30 | continue | 4 |
| 31 | Organize file for final week before trial, review of slides that could be used.  Review of data. | 7 |

| September | Detail of time spent | HOURS |
|---|---|---|
| 1 | Review Expert Reports check citations and numbers, review progress of trial | 3 |
| 2 | Continue, review other expert files, review progress of trial | 3 |
| 3 | Continue, prep of potential questions, review progress | 3 |
| 4 | Continue, reexamine case law, review progress of trial | 4 |
| 5 | Continue, notes for trial prep session, final organization of testimony, organize notebooks for trial, final review of slides review progress of trial | 3 |
| 6 | Final Organization of Testimony | 9 |
| 7 | Travel to Corpus Christi confer with other counsel , prepare with Chad and Neil | 10 |
| 8 | Final prep, attend trial, Testify meet with counsel travel to San Antonio | 12 |
| 9 | Organize file | 3 |
| | | 186 |