IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| Marc Veasey, et al., | ) |
|    Plaintiffs, | ) ) ) |
| v. | )   CIVIL ACTION NO.: 2:13-cv-193 |
| Greg Abbott, et al., | ) ) ) |
|    Defendants. | ) ) |

DECLARATION OF ARMAND DERFNER
IN SUPPORT OF PETITION FOR ATTORNEYS' FEES

1.  Pursuant to 28 U.S.C. §1746, I make this declaration in support of plaintiffs' petition for attorneys' fees in this case.

## Background

2.  I have practiced law since 1965. I am a member of the Bar of the State of South Carolina and various federal courts including the District of South Carolina, the Fourth and Fifth Circuits and the Supreme Court of the United States.

3.  I am a graduate of Princeton University (A.B. 1960), and Yale Law School (LL.B. 1963), where I was Note and Comment Editor of the Yale Law Journal. Upon graduation, I was law clerk to Hon. David L. Bazelon, Chief Judge of the U.S. Court of Appeals for the D.C. Circuit.

4.  In 1964-67, I was an associate at Covington & Burling, in Washington, D.C. In 1968-74 I was engaged in civil rights litigation in Jackson, Miss., and Washington, D.C. Since that time I have been in private practice in Charleston, S.C., except for four years in Washington, D.C., during which I worked on voting rights legislation and was a Visiting Professor of Law at

1

the Washington College of Law of the American University (1982-83). Currently, in In addition to my practice, I am Scholar in Residence in Constitutional Law at the Charleston School of Law.

5. Along with co-counsel or my firm, I was named Trial Lawyer of the Year in 2002 by the American Trial Lawyers Association (Trial Lawyers for Public Justice), and was named Pro Bono Lawyer of the Year in 2007 by both the South Carolina Bar and the American Bar Association.

6. I have published many law review articles, most recently "Voting is Speech," 34 YALE L&PR 471 (2016)(with J. Gerald Hebert), and "How the Courts Keep Ex-Felons Disfranchised," 85 MISS L.J. 1179 (2017).

7. In my more than fifty years of practice, I have specialized in trial and appellate litigation, especially involving the right to vote. I have argued frequently in the U.S. Supreme Court and federal and state appellate courts, in voting rights cases and other cases.

8. My reported voting cases include the following:

Allen v. State Board of Elections, 393 U.S. 544 (1969); Perkins v. Matthews, 400 U.S. 379 (1971); Ferguson v. Williams, 405 U.S. 1036 (1972) (appeal only); City of Petersburg v. United States, 354 F.Supp. 1021 (D.D.C. 1972), aff'd, 410 U.S. 962 (1973); Stevenson v. West, 413 U.S. 902 (1973); Commissioners of Election v. Lytle, 509 F.2d 1049 (4th Cir. 1974); City of Richmond v. United States, 422 U.S. 358 (1975); Morris v. Gressette, 432 U.S. 491 (1977); Hayward v. Clay, 456 F.Supp. 1151, 1156 (D.S.C. 1977), aff'd, 573 F.2d 187 (4th Cir. 1978); Allen v. Ellisor, 477 F.Supp. 321 (D.S.C. 1978), rev'd en banc, 664 F.2d 391 (4th Cir. 1980), vacated, 454 U.S. 807 (1981); Blanding v. DuBose, 454 U.S. 393 (1982); County Council of Sumter County v. United States, 555 F.Supp. 694 (D.D.C.

1983); McCain v. Lybrand, 465 U.S. 236 (1984); Hardy v. Wallace, 603 F.Supp. 174 (N.D. Ala. 1985); NAACP v. Hampton County Election Commission, 470 U.S. 166 (1985); Fielding v. South Carolina State Election Commission, 305 S.C. 313, 408 S.E.2d 232 (1991); Sinkfield v. Folsom, 6 F.3d 1465 (11th Cir. 1993); G.R.O.W. v. Beasley (Condon v. Reno), 913 F. Supp. 946 (D.S.C. 1995); United States and Moultrie v. Charleston County, 316 F.Supp.2d 268 (D.S.C.2003), aff'd, 365 F.3d 341 (4th Cir. 2004), cert. denied, 543 U.S. 999 (2004); Fairfield County Sch. Dist. v. State, 395 S.C. 276, 718 S.E.2d 210 (S.C. 2011).

9. My reported cases in other fields of law include the following:

Robinson v. Coopwood, 292 F.Supp. 926 (N.D.Miss. 1968); Trister v. University of Mississippi, 420 F.2d 499 (5th Cir. 1969); Hooker v. Brookhaven Housing Authority, 231 So.2d 774 (Miss. 1970); Carpenter v. Davis, 424 F.2d 257 (5th Cir. 1970); Lucas v. Chapman, 430 F.2d 945 (5th Cir. 1970); Battle v. Mulholland, 439 F.2d 321 (5th Cir. 1970); Yates v. Breazeale, 402 F.2d 113 (5th Cir. 1968), vacated, 408 U.S. 934 (1972); Oliver v. Kalamazoo Board of Education, 576 F.2d 714 (6th Cir. 1978) (appeal only); Brown v. Porcher, 502 F.Supp. 946 (D.S.C. 1980), aff'd, 660 F.2d 1001 (4th Cir. 1981), cert. denied, 459 U.S. 1150 (1983); United States v. State of Alabama, 791 F.2d 1450 (11th Cir. 1986), 828 F.2d 1532 (11th Cir. 1987), 787 F.Supp. 1030 (N.D. Ala. 1991), 14 F.3d 1534 (11th Cir. 1994), 900 F. Supp. 272 (N.D. Ala. 1995); Edmonds v. United States, 658 F.Supp. 1126 (D.S.C. 1987) (shared responsibility with lead counsel and others); Coakley v. Welch, 877 F.2d 304 (4th Cir. 1989); Goodwin v. Metts, 885 F.2d 157 (4th Cir. 1989), 973 F.2d 328 (4th Cir. 1992)(shared principal responsibility on appeal); Brown v. City of N. Charleston, 314 S.C. 298 (S.C. App. 1994); Ayers v. Fordice, 879 F. Supp. 1419 (N.D. Miss. 1995); Fowler v. Beasley, 322 S.C. 463 (S.C. 1996); Tompkins v. Alabama State Univ., 15 F. Supp. 2d 1160 (N.D. Ala. 1998); H

3

+oters v. Phillips, 173 F.3d 933 (4th Cir. 1999); Local 1422, ILA v. SC Stevedores, 170 F.2d 407 (4th Cir. 1999); Littlefield v. S.C. Forestry Comm., 337 S.C. 348 (S.C. 1999); George v. Fabri, 345 S.C. 440 ( S.C. 2001); Ayers v. Thompson, 358 F.3d 356 (5th Cir. 2004), cert. denied, 543 U.S. 951 (2004); Adams v. Edgerton, 2005 USDistLEXIS 25653 (D.S.C. 2005); Southeast Booksellers v. McMaster, 371 F.Supp.2d 773 (D.S.C. 2005); Brown v. Nucor Corp., 576 F3d 149 (4th Cir. 2009); Segars-Andrews v. Judicial Merit Selection Comm., 387 S.C. 109, 691 S.E.2d 453 (2010); International assn of Machinists v. Haley, 832 F.Supp.2d 612 (D.S.C. 2011)(co-counsel); Charleston County Sch. Dist. V. Harrell, 393 S.C. 552, 713 S.E.2d 604 (S.C. 2011)(co-counsel); Fairfield County Sch. Dist. v. Chester County Sch. Dist., 409 S.C. 119, 761 S.E.2d 241 (S.C. 2014); Doe v. Kidd, 656 F.3d 643 (4th Cir. 2016).

## Work in this Case

10.     My work in this case began ion the summer of 2013, shortly after the original complaint was filed. My first task, while familiarizing myself with the background and record already compiled on the issue of S.B. 14 of 2011, was drafting the First Amended Complaint. Since that time I have worked in all phases of trial preparation, trial and appeals. My main responsibilities have included planning the trial strategy throughout and taking principal responsibility for drafting, including pleadings, memoranda, written discovery, proposed findings and conclusions, and appellate briefing. I also participated fully in the trial.

11.     I seek compensation in this case for 1,204.10 hours. This figure, as summarized in Exhibit A, is based on 1,483.10 hours recorded (far less than the time I actually spent), minus 279.0 hours (19%) reduced in the exercise of billing judgment.

12. I also seek compensation for $13,673.82 in un-reimbursed out-of-pocket costs that I personally spent, as reflected in Exhibit B.

13. I believe a rate of $613 per hour for my time is reasonable in this market for a lawyer with my specialized experience in complex voting litigation of this sort.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed at Charleston, S.C., on April 4, 2019.

_____
Armand Derfner

## Exhibit A

Exhibit A-1 lists hours contemporaneously recorded between May 2014 and October 2016. In the exercise of billing judgment, however, I have deducted hours (1) spent in travel (although I often did work while traveling), (2) hours spent on all-plaintiff conference call, and (3) all hours in excess of eight hours in any day, even though I often worked 10 or 12 hours on a given day.

Exhibit A-2 lists hours reconstructed for the period August 2013 through April 2014. The wonders of modern technology apparently lost my contemporaneous time records, so this is a reconstruction based on blocks of time on my major activities in this case during that period. The time claimed is a tiny fraction of the time I actually spent during this period, but is the best I can do in the absence of contemporaneous time records. In the exercise of billing judgment and extreme caution, I have deducted a flat percentage of these hours.

Exhibit A-1: Total 1,163.10, minus billing judgment 215.00:    Total Claimed 948.10

Exhibit A-2: Total 320.00, minus billing judgment 64.00:    Total Claimed 256.00

Total: Hours spent 1,483.10, minus billing judgment 279.00 (19%)

Total Claimed: 1,204.10

Exhibit A-1 – 10 pages attached

## Derfner & Altman, LLC
575 King Street
Suite B
Charleston, SC 29403

Phone: 843/723-9804          Fax: 843/723-7446

April 4, 2019

Rick Veasey  
c/o Chad W. Dunn  
Brazil and Dunn LLP  
Houston, TX 77068

File #: 219000  
Invoice #: Sample  
Period: 01/01/82 - 04/04/19

**RE:** Veasey, Marc/Perry, Rick

## PROFESSIONAL SERVICES

| Date | | Description | Hours | |
|---|---|---|---|---|
| May-09-14 | AGD | Tel ES, Michael Herron | 0.60 | |
| May-09-14 | AGD | Research common interest. | 7.00 | |
| May-10-14 | AGD | Draft common interest. | 5.00 | |
| May-11-14 | AGD | Draft proposed order roadmap. | 11.50 | −3.5 |
| May-12-14 | AGD | Tel conv Veasey counsel, all plaintiffs' counsel, Tex AG re discovery, EW (3), e-mails re Common Interest, research re same | 9.00 | −1.0 |
| May-22-14 | AGD | Common interest, including tel Whitley. | 4.50 | |
| May-22-14 | AGD | Weekly call, including DOJ. | 2.00 | −2.0 |
| May-22-14 | AGD | Veasey team call. | 1.00 | |
| May-23-14 | AGD | Discovery. | 13.50 | −5.5 |
| May-23-14 | AGD | Tel expert. | 1.00 | |
| Jun-06-14 | AGD | Tel Lichtman, es: hearing, including prep, review CI papers. State's request for federal databases. | 7.50 | |
| Jun-09-14 | AGD | Tel ES, draft, review letter re: discovery, review previous discovery letters and emails. | 3.50 | |
| Jun-09-14 | AGD | Research Beare v. Smith and several cases cited there. | 2.00 | |
| Jun-09-14 | AGD | Email traffic. | 1.00 | −1.0 |
| Jun-10-14 | AGD | Tel Rosenberg re: legislator depositions, including review leg. depositions from Section 5 case. | 2.50 | |
| Jun-10-14 | AGD | Tel Veasey team. | 1.80 | |
| Jun-10-14 | AGD | Tel Ruoff, review Ruoff data. | 1.40 | |
| Jun-10-14 | AGD | Review Texas motion to compel federal databases. | 1.00 | |
| Jun-10-14 | AGD | Tel ES, ER re: Gandy deposition and discovery issues. | 1.00 | |

| | Invoice #: | Sample | | Page #: | 2 |
|---|---|---|---|---|---|

| Date | Atty | Description | Hours | Adj |
|---|---|---|---|---|
| Jun-12-14 | AGD | Draft response to Motion for federal databases. | 2.50 | |
| Jun-12-14 | AGD | Conference call mtg re: expert witnesses. | 3.00 | −1.0 |
| Jun-12-14 | AGD | Review and email re: discovery issues, including no. of interrogatories. | 1.00 | |
| Jun-13-14 | AGD | Revise EIC memo. | 3.50 | |
| Jun-13-14 | AGD | Response to motion to compel federal databases. | 1.00 | |
| Jun-13-14 | AGD | Emails and telephone calls re: discovery issues. | 0.50 | |
| Jun-13-14 | AGD | Corr and calls with co-counsel. | 0.80 | −2.8 |
| Jun-15-14 | AGD | Draft, edit Op Def motion on federal databases. | 1.50 | |
| Jun-16-14 | AGD | Op federal cases. | 2.50 | |
| Jun-16-14 | AGD | Analyze discovery re: EIC. | 3.00 | |
| Jun-17-14 | AGD | Memo on EIC, proof of citzenship, grandfather clause. | 10.50 | −2.5 |
| Jun-18-14 | AGD | Telephone hearing re: federal databases and priveledge. | 1.00 | |
| Jun-19-14 | AGD | Conference call Veasy team. | 1.00 | |
| Jun-19-14 | AGD | Research proof of citizenship bills. | 1.00 | |
| Jun-19-14 | AGD | Review discovery for motion to compel. | 2.00 | |
| Jun-19-14 | AGD | Conference call all CC lawyers, DOJ. | 2.00 | −2.0 |
| Jun-19-14 | AGD | TEl ER re: deposition questions. | 0.50 | |
| Jul-02-14 | AGD | Tel Veasey co-counsel re: tasks, SJ. | 1.40 | |
| Jul-02-14 | AGD | Email ER re: allocating sections, including draft topic list. | 0.40 | |
| Jul-02-14 | AGD | Review Order on motion to dismiss. | 2.50 | |
| Jul-02-14 | AGD | Tel Veasey co-counsel re: same and re: Dallas dismissal. | 1.00 | |
| Jul-02-14 | AGD | Review Davidson report (begin). | 1.50 | |
| Jul-04-14 | AGD | Review Davidson expert report. | 4.00 | −2.0 |
| Jul-08-14 | AGD | Tel all plaintiffs, tel DOJ, | 1.50 | −1.5 |
| Jul-08-14 | AGD | Prepare for Patrick deposition, including review his Section 5 case deposition, begin reviewing his documents | 6.00 | |
| Jul-09-14 | AGD | Prepare for Patrick deposition, including review his emails and other documents, discovery documents, depositions of other witnesses, Senate floor debate. | 13.00 | −5.0 |
| Jul-10-14 | AGD | Outlines examination, review documents, travel CHS-HOU. | 11.50 | −5.0 |
| Jul-11-14 | AGD | Attend deposition, including prepare for same. | 7.50 | |
| Jul-12-14 | AGD | Travel HOU-CHS. | 5.00 | −5.0 |
| Jul-18-14 | AGD | Draft FOF, COL. Poll tax. | 9.00 | −1.0 |
| Jul-19-14 | AGD | Draft FOF/COL. Crawford balancing test. | 7.50 | |
| Jul-20-14 | AGD | Draft FOF/COL Crawford Balancing test. | 8.50 | −0.5 |
| Jul-21-14 | AGD | FOF and COL on Crawford claim. | 11.50 | −3.5 |

| | Invoice #: | Sample | | Page #: | 3 |
|---|---|---|---|---|---|
| Jul-22-14 | AGD | Veasey Crawford claim, including review Paul Smith comments. Prepare for Fraser deposition. | 4.00 | | |
| Jul-22-14 | AGD | Texas Advisory on missing DPS records. | 2.40 | | |
| Jul-28-14 | AGD | Veasey counsel call, Tel ES and Scott re: Williams deposition, review docs, send message to them re: Wms deposition. | 5.00 | | |
| Jul-29-14 | AGD | Tel ES, Anna Baldwin, review written questions for database deposition. | 3.50 | | |
| Jul-29-14 | AGD | Review summary of Lichtman report. | 1.00 | | |
| Jul-30-14 | AGD | Hearing, including preparation. | 1.00 | | |
| Jul-30-14 | AGD | Tel ES, Herron, then tel Scott re: new data and payment. | 1.00 | | |
| Jul-30-14 | AGD | Draft Poll tax argument, including research in memo and cases. | 7.50 | −2.5 | |
| Jul-31-14 | AGD | Draft Poll tax. | 2.00 | | |
| Jul-31-14 | AGD | Brief review of WI cases. | 0.50 | | |
| Jul-31-14 | AGD | Tel Veasey counsel. | 1.50 | | |
| Jul-31-14 | AGD | Draft Crawford claim. | 8.50 | −5.5 | |
| Jul-31-14 | AGD | Tel EW re: herron, review Herron draft. | 1.00 | | |
| Aug-01-14 | AGD | Draft Equal Protection claim (new citizenship requirement). | 7.00 | | |
| Aug-01-14 | AGD | Research Bush v. Gore memo, including cases. | 4.50 | −3.5 | |
| Aug-02-14 | AGD | Brief review of defendants expert reports. | 2.00 | | |
| Aug-02-14 | AGD | Draft Crawford claim. | 10.50 | −4.5 | |
| Aug-03-14 | AGD | Tel ES re: claims. | 1.50 | | |
| Aug-03-14 | AGD | Review Metzger article, including cases. | 2.50 | | |
| Aug-04-14 | AGD | Prepare for DC Meeting, review witness lists, complaints, depos. | 7.50 | | |
| Aug-05-14 | AGD | Travel CHS-DCA. | 1.50 | −1.5 | |
| Aug-05-14 | AGD | Conf ES to prepare for meeting of all plaintiffs. | 2.50 | | |
| Aug-05-14 | AGD | All plaintiffs meeting. | 5.00 | | |
| Aug-05-14 | AGD | Travel DC to NY. | 3.50 | −3.5 | |
| Aug-06-14 | AGD | Conference calls plaintiffs. | 2.00 | −1.0 | |
| Aug-06-14 | AGD | Hearing. | 1.00 | | |
| Aug-07-14 | AGD | (In NY). Read WI Supreme Court cases. | 4.00 | | |
| Aug-08-14 | AGD | (To Seattle). Tel ES, review witnesses, read CD report. | 5.50 | | |
| Aug-12-14 | AGD | (Return from Seattle to CHS). Read NC decision, expert reports. | 4.50 | | |
| Aug-13-14 | AGD | Draft COL Crawford. | 6.00 | | |
| Aug-14-14 | AGD | FOF/COL Crawford, Poll tax. | 10.00 | −2.0 | |

Invoice #: Sample                                                     Page #:       4

| Date | | Description | Hours | Adj. |
|---|---|---|---|---|
| Aug-15-14 | AGD | FOF/COL Crawford, Poll tax. | 10.00 | -2.0 |
| Aug-16-14 | AGD | FOF/COL Crawford, Poll tax. | 10.00 | -2.0 |
| Aug-17-14 | AGD | FOF/COL Crawford, Poll tax. | 10.00 | -2.0 |
| Aug-18-14 | AGD | FOF/COL Crawford, Poll tax. | 10.00 | -2.0 |
| Aug-19-14 | AGD | FOF/COL Crawford, Poll tax. | 10.00 | -2.0 |
| Aug-20-14 | AGD | FOF/COL. | 10.00 | -2.0 |
| Aug-22-14 | AGD | Footnotes. | 12.00 | -4.0 |
| Aug-23-14 | AGD | Prepare for trial, including witness lists and opening statements, emails to and from co-counsel re: same. | 2.00 | |
| Aug-24-14 | AGD | Prepare for trial, including research 7th Circuit status of Frank v. Walker, emails to co-counsel re: same. | 9.00 | -1.0 |
| Aug-25-14 | AGD | Prepare for trial, including tel Herron, review Herron report, other databases expert witness reports, prepare for Herron conference re: depo, tel co-counsel re: Herron testimony. | 9.00 | -1.0 |
| Aug-26-14 | AGD | Prepare for trial, including review FOF/COL and def. FOF/COL, tel Herron, GH to prepare for Herron depo. | 9.00 | -1.0 |
| Aug-27-14 | AGD | Prepare for trial, including review depos for depo designations, review exhibits and exhibit lists. | 9.00 | -1.0 |
| Aug-28-14 | AGD | Prepare for trial, including review purpose reports (Lichtman, Davidson, Burton), Kousser report and charts (Section 54 trial). | 9.00 | -1.0 |
| Aug-29-14 | AGD | Prepare for trial, including order of witnesses, exhibits and demonstrative exhibits. | 9.00 | -1.0 |
| Aug-30-14 | AGD | Prepare for trial, including review all documents and research to take to Corpus Christi. | 12.00 | -4.0 |
| Aug-31-14 | AGD | Prepare for trial, and travel CHS-CRP. | 10.00 | -5.0 |
| Sep-01-14 | AGD | In CC: prepare for trial, including review docs, conf co-counsel. | 7.00 | |
| Sep-02-14 | AGD | Trial and preparation. | 10.00 | -2.0 |
| Sep-03-14 | AGD | Trial and preparation. | 10.00 | -2.0 |
| Sep-04-14 | AGD | Trial and preparation. | 10.00 | -2.0 |
| Sep-05-14 | AGD | Trial and preparation. | 10.00 | -2.0 |
| Sep-06-14 | AGD | Prepare for trial. | 6.00 | |
| Sep-07-14 | AGD | Prepare for trial. | 6.00 | |
| Sep-08-14 | AGD | Trial and preparation. | 10.00 | -2.0 |
| Sep-09-14 | AGD | Trial and preparation. | 10.00 | -2.0 |
| Sep-10-14 | AGD | Trial and preparation. | 10.00 | -2.0 |
| Sep-11-14 | AGD | Trial. | 8.00 | |
| Sep-12-14 | AGD | Research pleadings in WI appeal. review pleadings in WI appeal, review news stories re: oral ent. | 3.00 | |

Invoice #:     Sample                                                                 Page #:     5

| Date | Atty | Description | Hours | Adj |
|---|---|---|---|---|
| Sep-13-14 | AGD | Listen to 7th Circuit oral argument, research case. | 3.00 | |
| Sep-14-14 | AGD | Travel CRP-CHS. | 6.00 | −6.0 |
| Sep-15-14 | AGD | Review drafts of FOF and COL, draft new portions, including telephone call and email with JB. | 10.00 | −2.0 |
| Sep-16-14 | AGD | Draft FOF/COL, including review transcripts of def. witnesses for adding to FOF. | 10.00 | −2.0 |
| Sep-17-14 | AGD | Draft FOF/COL. | 10.00 | −2.0 |
| Sep-18-14 | AGD | Draft FOF/COL. | 10.00 | −2.0 |
| Sep-19-14 | AGD | Review FOF/COL as filed, begin preparing closing argument. | 8.00 | |
| Sep-20-14 | AGD | Work on closing including PowerPoint slides. | 6.00 | |
| Sep-21-14 | AGD | Work on PowerPoint slides in CHS. | 4.00 | |
| Sep-21-14 | AGD | Travel CHS-CRP. | 6.00 | −6.0 |
| Sep-21-14 | AGD | Work on PowerPoint slides in CRP. | 3.00 | |
| Sep-22-14 | AGD | Attend closing arguments. | 4.00 | |
| Sep-22-14 | AGD | Return CRP-CHS. | 6.00 | −6.0 |
| Sep-26-14 | AGD | Research stay applications. | 2.00 | |
| Sep-29-14 | AGD | Research stay applications, review Posner memo, emails JB. | 3.50 | |
| Sep-30-14 | AGD | Review 7th Circuit opinions on stay of Frank v. Walter, review S. Ct. stay of 6th Circuit case, 4th Circuit oral argument in NC case. | 3.00 | |
| Oct-09-14 | AGD | Reviewed Opinion. | 6.00 | |
| Oct-10-14 | AGD | Copfner co-counsel, reviewed Opinion, research re: Order, draft response to advisory (filed). | 8.00 | |
| Oct-11-14 | AGD | Reviewed Judgment, confer co-counsel, reviewed TX mandamus petition, draft opposition to TX mandamus (treating it as a motion for stay pending appeal). | 12.00 | −4.0 |
| Oct-12-14 | AGD | Draft Op Stay, confer co-counsel. | 6.00 | |
| Oct-13-14 | AGD | Confer co-counsel, review State papers filed with S. Ct., outline preliminary application to S. Ct. to vacate stay (if granted). | 5.00 | |
| Oct-14-14 | AGD | Reviewed 5th Circuit stay, draft S. Ct. application to vacate stay, confer co-counsel. | 10.00 | −2.6 |
| Oct-15-14 | AGD | Reviewed Stay applications filed by other plaintiffs and United States. | 2.00 | |
| Oct-16-14 | AGD | Draft Reply to TX on Stay application. | 5.00 | |
| Oct-18-14 | AGD | Review S. Ct. Order denying Application to Vacate Stay. | 0.50 | |
| Nov-18-14 | AGD | Draft motion to expedite appeal | 2.40 | |
| Nov-19-14 | AGD | Review redraft of motion to expedirte appeal | 0.60 | |

Invoice #:   Sample                                                    Page #:    6

| Date | | Description | Hours | |
|---|---|---|---|---|
| Dec-16-14 | AGD | Conference call re briefing, including review stay application papers | 1.30 | −5.0 |
| Jan-07-15 | AGD | Research Hasen article re case | 0.40 | |
| Jan-14-15 | AGD | Draft QP, Statement of the Case, including reviewing procedural history and docket sheet. | 4.50 | |
| Jan-15-15 | AGD | Outline and Draft Statement of Facts. | 6.00 | |
| Jan-16-15 | AGD | Draft Statement of Facts. | 7.50 | |
| Jan-19-15 | AGD | Draft Statement of Facts, index. | 9.00 | −1.0 |
| Jan-20-15 | AGD | Review Statement of Case, QP, Op Below, Statement of Facts, Index, send all to Veasey team. | 1.00 | |
| Jan-27-15 | AGD | Reviewed Bone, Herbert sections of facts, draft additional sections. | 4.00 | |
| Jan-27-15 | AGD | Reviewed TX request to seal part of Brief, email re: same. | 0.30 | |
| Jan-29-15 | AGD | Conference call of Veasey team re: brief. | 1.00 | |
| Jan-30-15 | AGD | Texas Briefing. | 1.00 | |
| Feb-06-15 | AGD | Begin drafting poll tax section. | 0.50 | |
| Feb-07-15 | AGD | Fact research re: NYC ID. | 0.50 | |
| Feb-07-15 | AGD | Draft poll tax argument. | 6.00 | |
| Feb-08-15 | AGD | Section 2 results test. | 2.50 | |
| Feb-16-15 | AGD | Draft Introduction. | 3.50 | |
| Feb-17-15 | AGD | Draft Craword section | 6.50 | |
| Feb-17-15 | AGD | Draft Results section. | 0.50 | |
| Feb-18-15 | AGD | Redraft, edit Purpose section, telephone call with JB. | 0.90 | |
| Feb-19-15 | AGD | Compile, rough edit Master Draft, sent to Veasey team. | 4.50 | |
| Feb-20-15 | AGD | All-plaintiff call with DOJ. | 0.60 | −0.6 |
| Feb-23-15 | AGD | Review district court opinion and Herron report, census data re: racial disparities, send to Herron for telephone conference. | 3.20 | |
| Feb-23-15 | AGD | Review 5th Circuit rules. | 0.50 | |
| Feb-24-15 | AGD | Telephone call to Herron, Josh. | 0.50 | |
| Feb-24-15 | AGD | Researched cited cases. | 4.50 | |
| Feb-25-15 | AGD | Review DOJ and MP Suggestions on draft. Draft materials for Facts and Argument on racial disparities, including reviewing census data. | 6.00 | |
| Feb-26-15 | AGD | Reviewed Texas Brief in detail. | 5.50 | |
| Feb-26-15 | AGD | Completed inserts for Racial Disparity in Numbers. | 1.30 | |
| Feb-27-15 | AGD | Conference call with DOJ re: racial disparities, redraft same, multiple times. | 6.00 | −0.1 |
| Feb-28-15 | AGD | Final drafting of Brief. | 9.50 | −1.5 |
| Mar-01-15 | AGD | Final review of Josh and Gerry edits. | 6.00 | |

Invoice #: Sample                                                Page #:    7

| Date | | Description | Hours | Adj. |
|---|---|---|---|---|
| Mar-02-15 | AGD | Final changes, emails. | 2.00 | |
| Mar-03-15 | AGD | Emails to Veasey team re: TX request for extension. | 0.80 | |
| Mar-04-15 | AGD | Conference call re: Texas request, emails. | 1.50 | -1.5 |
| Mar-07-15 | AGD | Review other appellee's Briefs. | 3.50 | |
| Mar-09-15 | AGD | Reviewed other briefs re: as-applied remedy, emails with Veasey team. | 2.30 | |
| Apr-02-15 | AGD | Conference call with Veasey team re: oral argument. | 1.20 | |
| Apr-03-15 | AGD | Conference call with all plaintiffs, then with Veasey team; emails to and from Veasey team re: position; review draft Motion for Added Time. | 3.50 | -1.0 |
| Apr-05-15 | AGD | Research on Swint and related cases re: appropriate relief upon holding of legal error in applying legal rules to make a finding of intent; email to Veasey team re: same. | 2.50 | |
| Apr-06-15 | AGD | Telephoned Karlan, all non-LDF plaintiffs re: Oral Argument. | 0.80 | |
| Apr-06-15 | AGD | Telephoned Flynn re: Swiont and other oral argument issues. | 0.40 | |
| Apr-08-15 | AGD | Telephone all plaintiffs re: Oral Argument and moot court preparations. | 0.50 | -0.5 |
| Apr-08-15 | AGD | Memo re: Issue of limited discriminatory purpose. | 1.50 | |
| Apr-15-15 | AGD | Preparation for Oral Argument (AD by Telephone). | 3.00 | -1.0 |
| Apr-17-15 | AGD | Telephoned Ezra re: Relief on Crawford-type claim, email from Ezra. | 0.40 | |
| Apr-21-15 | AGD | Conference with GH, CD, JB, and AK re: Oral Argument. Plus travel CHS-DCA. | 3.00 | -1.5 |
| Apr-22-15 | AGD | Moot court at DOJ. | 4.00 | |
| Apr-22-15 | AGD | Travel DC-NYC. | 4.00 | -4.0 |
| Apr-24-15 | AGD | Moot court at LDF. | 2.00 | |
| Apr-24-15 | AGD | Travel LGA-CHS. | 2.00 | -2.0 |
| Apr-25-15 | AGD | Review Briefs. Review 7th Circuit Decision in Frank v. Walker. Emails to CD. | 4.50 | |
| Apr-26-15 | AGD | Travel CHS-MSY. | 4.00 | -4.0 |
| Apr-27-15 | AGD | Review Briefs, emails and telephone call to CD. | 1.50 | |
| Apr-28-15 | AGD | Attend Oral Argument. | 1.00 | |
| Apr-30-15 | AGD | Travel MSY-CHS. | 4.00 | -4.0 |
| Aug-05-15 | AGD | Review opinion. | 2.50 | |
| Aug-19-15 | AGD | Conference Calls | 1.50 | -1.0 |
| Aug-20-15 | AGD | conf call, review and edit drafts | 3.50 | -1.0 |
| Aug-21-15 | AGD | tel CD, various emails re mtg with Texas | 1.30 | |
| Aug-26-15 | AGD | Travel Chs to Austin, conf CD | 5.50 | -4.0 |

Invoice #:     Sample                                                        Page #:      8

| Date | | Description | Hours | |
|---|---|---|---|---|
| Aug-26-15 | AGD | Cone call All PL minus DOJ | 1.00 | −1.0 |
| Aug-27-15 | AGD | Meet/confer, retainer Austin to CHS | 10.00 | −4.0 |
| Aug-31-15 | AGD | Review Petition for Rehearing, including research cartain cited cases | 3.00 | |
| Aug-31-15 | AGD | Tel conference calls, all plaintiffs, all parties, Veasey team, ER | 1.30 | −1.3 |
| Sep-02-15 | AGD | review stay, mandate, motions, draft-edit reply in support of motion to rmand for interikm relief | 2.50 | |
| Sep-03-15 | AGD | Edit, draft Reply on motion for immediate remand, including numerous emails and telephone | 4.50 | |
| Sep-07-15 | AGD | Research for drafting Op Regearing | 2.00 | |
| Sep-09-15 | AGD | Conference calls, all plaintiffs, Veasey team, tel Flynn, draft Opposition to Rehearing on En Banc | 5.00 | −1.0 |
| Sep-10-15 | AGD | Complete Op Rehearing, including review Voting Section Suggestions, tells and emails with EF, CD | 2.00 | |
| Dec-17-15 | AGD | Rule 28j letter, review DOJ drafts, emails JGH, conf calls(2), one with LDF, other with all plaintiffs | 3.50 | −1.0 |
| Jan-10-16 | AGD | Research and emails re SCT application | 2.30 | |
| Jan-19-16 | AGD | Tel Erin Flynn re notice to 5th Circuit re further action | 0.20 | |
| Jan-20-16 | AGD | Edit, draft letter to 5th Circuit re further steps | 1.50 | |
| Jan-29-16 | AGD | Calls, drafting motion/letter | 4.50 | −1.0 |
| Feb-04-16 | AGD | Draft memo re motion to file after March 1 | 1.50 | |
| Feb-16-16 | AGD | Conf call private plaintiffs | 0.50 | −0.5 |
| Mar-08-16 | AGD | Conference calls Veasey team, all plaimntiffs, re Motion for ruling on interrim relief | 3.50 | −1.5 |
| Mar-10-16 | AGD | Conference calls Veasey team, all plaintiffs, review corr re briefing schedule, argument date | 2.00 | −1.0 |
| Mar-14-16 | AGD | Conference call Veasey team re motion for relief, review previous drafts | 0.80 | |
| Mar-16-16 | AGD | Review draft of motion for relief, conference call all plaintiffs | 1.20 | |
| Mar-17-16 | AGD | Edit, review |Emergency motion | 4.00 | |
| Mar-21-16 | AGD | TEl Veasey team re S.Ct. motion | 0.30 | |
| Mar-22-16 | AGD | Preliminary review of draft S.Ct. application to vacate 2014 stay | 0.50 | |
| Mar-23-16 | AGD | Draft, edit S.Ct. motion to vacarte stay | 10.50 | |
| Mar-24-16 | AGD | Draft, edit S.Ct. motion | 7.00 | |
| Apr-04-16 | AGD | Draft, edit Reply in support of emrgency Motion | 1.50 | |
| Apr-25-16 | AGD | Review NC case re purpose claim on ID law | 3.00 | |

| Invoice #: | Sample | | Page #: | 9 |
|---|---|---|---|---|

| Date | Atty | Description | Hours | Adj |
|---|---|---|---|---|
| Apr-26-16 | AGD | Review Korbel exepert report re history of discrimibnation, tell DL, ER re same, emails Veasey team re amicus birefs | 5.50 | |
| Apr-27-16 | AGD | Review panel briefs, en banc TX party and amicus briefs, district and circuit opinions, Korbel report | 5.50 | |
| Apr-27-16 | AGD | Tel Veasey, LDF team | 0.70 | |
| Apr-28-16 | AGD | Draft purpose section of brief | 7.50 | |
| Apr-28-16 | AGD | Veasey team call, DL call, HB call re Korbel project | 1.70 | |
| Apr-29-16 | AGD | Conference calls (3), review S.Ct. Order | 2.00 | −1.0 |
| Apr-29-16 | AGD | Draft Brief re Crawford, as-applied, including research | 3.60 | |
| Apr-29-16 | AGD | Resdearch appellants amicus briefs | 3.00 | |
| Apr-30-16 | AGD | Review Indiana amicus Brief, research and draft as-applied section | 6.00 | |
| May-01-16 | AGD | Check original compalint re request for relief | 0.30 | |
| May-01-16 | AGD | Review Korbel Appendix 1, send to HB | 3.20 | |
| May-02-16 | AGD | Review DL draft in detail, redraft purpose section | 7.00 | −4.7 |
| May-02-16 | AGD | Conference calls all plaintiffs, Veasey team | 1.30 | −1.0 |
| May-02-16 | AGD | Review Sabato & Simpson book, email all plaintiffs' counsel re same | 2.00 | −1.3 |
| May-03-16 | AGD | Draft Brief in detail, research Section 2 cases, FHA case, Section 2 analogues, mootness cases re poll tax | 10.50 | −2.5 |
| May-03-16 | AGD | Conference call re oral argument | 0.50 | −0.5 |
| May-05-16 | AGD | Draft Brief in detail | 5.50 | |
| May-05-16 | AGD | Draft Korbel paragrtaph, review HB data, review Korbel report and testimony, research Korbel cases | 6.00 | −3.5 |
| May-06-16 | AGD | Review Korbel paragraph and footnote, send to all plaintiffs' counsel | 1.80 | |
| May-06-16 | AGD | Review draft brief in detail | 4.50 | |
| May-07-16 | AGD | Review Korbel paragraph, read Korbel testimony, find Jorbel exhibit (Appendix 1), numerous tels with HB, Abbie, CD, NB, GH,, redraft paragrpah and footnote | 8.50 | −0.5 |
| May-08-16 | AGD | Final review of Brief, including check record and opinion citations, review amicus briefs, redraft footnote re Sabato and Simpson book | 7.00 | |
| May-14-16 | AGD | Review other appellees' en banc Briefs | 2.50 | |
| May-17-16 | AGD | Review amicus briefs | 0.80 | |
| May-18-16 | AGD | Review amicus briefs (continue) | 2.50 | |
| May-19-16 | AGD | Review vm from Erin Flynn re S.Ct. order, email co-counsel re same | 0.30 | |
| May-22-16 | AGD | Travel MSY | 4.00 | −4.0 |
| May-23-16 | AGD | Review opinions, tel CD re poll tax issue | 2.50 | |

Invoice #:    Sample                                                Page #:        10

| Date | | Description | Hours | Adj. |
|---|---|---|---|---|
| May-24-16 | AGD | Attend oral argument | 1.00 | |
| May-25-16 | AGD | TR MSY-CHS | 4.00 | |
| Jul-06-16 | AGD | Tel Veasey team, review list of choices, edit same | 1.40 | |
| Jul-11-16 | AGD | Tel all Plaintiffs, Veasey team | 1.30 | −0.5 |
| Jul-20-16 | AGD | Review opinion, tel co-counsel | 4.00 | |
| Jul-21-16 | AGD | review Remedy, conference call co-counsel, motion to expedite | 9.50 | −1.5 |
| Jul-22-16 | AGD | Conference calls, motion to expedite, work on relief until 1:45am | 12.00 | −4.0 |
| Jul-23-16 | AGD | review imnterim remdey, Reasonable impediment affidavit, review other TX forms for language | 6.30 | |
| Jul-25-16 | AGD | Analyze form and other forms for Interim remedy, motion to expedite, conf calls | 4.50 | −1.0 |
| Jul-26-16 | AGD | Conf calls re remedy, review WI Order, NC amicus brief | 6.30 | −1.0 |
| Jul-30-16 | AGD | draft email re proposed settlement, conference calls with all plaintiffs, and then with TX | 4.50 | −1.0 |
| Aug-09-16 | AGD | conference call Veasey team, draft letter to TX | 2.20 | |
| Aug-10-16 | AGD | Edit letter, All-plaintiff call, Tel ER | 2.30 | −1.0 |
| Oct-05-16 | AGD | Draft response to Defendants' anticipated motion for protective order | 2.00 | |
| Oct-11-16 | AGD | Review DOJ draft FOF | 3.00 | |
| Oct-13-16 | AGD | Review Korbel Report, draft work plan for responding to History of Voting Discrimination section | 4.50 | |
| Oct-17-16 | AGD | Edit FOF from Koprbel report, review report | 7.50 | |

Totals                                                              1163.10   $712,980.30

<u>Exhibit A-2</u>

Following are the major activities in which I was engaged during the period August 2013 – April 2014:

1. Initial review of case and drafting 1st and 2d Amended Complaints.　　40.0

2. Establishing trial date of 2014 rather than 2015, including study of data needs and databases, legal analysis, consultation and negotiations with U.S. and TX, preparing memoranda and attending court hearings.　　40.0

3. Working with data and experts to obtain and clarify data including population figures, database totals and partials, "scrubbing" and "cleaning" procedures, etc.　　40.0

4. Planning and executing overall analysis of S.B. 14 as a mechanism for "picking and choosing" voters, including initial memorandum re same, 3-day conference with Veasey co-counsel to plan presentation of proof.　　40.0

5. Drafting Opposition to Motion to Dismiss.　　40.0

6. Written discovery, including drafting interrogatories and requests for production, Requests for admission, responding to same, and motions and memoranda re disputes such as how to count interrogatories.　　40.0

7. Working with experts on various statistical and factual issues, including obtaining and presenting data re effect of S.B. 14.　　40.0

8. Research on TX regulations and administrative issues, including EIC, citizenship, birth certificates, DL regulations, etc.　　40.0

　　TOTAL　　320.0

　　Less 20% reduction for billing judgment　　- 64.0

　　NET TOTAL　　256.0

## **Exhibit B**

Out-of-pocket expenses for Armand Derfner, 2014-16:             $13, 673.82

Corpus Christi (hearings and trial)

Houston (deposition)

Austin (deposition and settlement conference)

New Orleans (appeal oral arguments)

Washington (lawyers' conference and moot court)

New York (lawyers' conference and moot court)