IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br>　　　　　　Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, *et al.*,<br>　　　　　　Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**[PROPOSED] ORDER GRANTING VEASEY-LULAC PLAINTIFFS' MOTION FOR AWARD OF REASONABLE ATTORNEYS' FEES AND COSTS**

Pending before the Court is the Veasey-LULAC Plaintiffs' Motion for Award of Reasonable Attorneys' Fees and Costs. Having considered the parties' briefing on this matter, the accompanying declarations, exhibits, and other evidence put forward, the Court finds that the motion should be, and hereby is, GRANTED.

So ORDERED this _____ day of _____, 2019.

_____
**THE HONORABLE NELVA GONZALES RAMOS**

Respectfully submitted,

/s/ J. Gerald Hebert
J. GERALD HEBERT
DANIELLE M. LANG
Campaign Legal Center
1411 K Street NW Suite 1400
Washington, DC 20005

CHAD W. DUNN
K. SCOTT BRAZIL
BRAZIL & DUNN
4201 Cypress Creek Pkwy., Suite 530
Houston, Texas 77068

ARMAND G. DERFNER
Derfner & Altman
575 King Street, Suite B
Charleston, S.C. 29403

NEIL G. BARON
Law Office of Neil G. Baron
914 FM 517 W, Suite 242
Dickinson, Texas 77539

DAVID RICHARDS
Richards, Rodriguez & Skeith, LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701

*Counsel for Veasey/LULAC Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 11, 2019, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                      /s/ *J. Gerald Hebert*
                                      J. Gerald Hebert
                                      *Attorney for the Veasey-LULAC Plaintiffs*