# Robert W. Doggett

**Education**

J.D., Southern Methodist University, Top Quarter, May 1990
B.B.A., Texas A&M University, Cum Laude, May 1987

**Experience**

Sept. 2001 - Present      **Texas RioGrande Legal Aid, Inc. (Austin, Texas)**
Jan. 2018 – present - *Executive Director*
Jan. 2012 – Dec. 2017 - *General Counsel*
Jan. 2001 – Jan. 2012 - *Team Manager, Foreclosure Defense*
Team focuses on the prevention of home loan foreclosures and unscrupulous lending practices. Member of other teams: Private Landlord-Tenant, Federally Subsidized Housing (e.g., vouchers, public housing), Colonias and Real Property. [Also engaged in significant litigation in a variety of other areas outside of housing.]

Aug. 1999 – Aug. 2001     **City of Dallas, City Attorney's Office (Dallas, Texas)**
*Section Chief*
Before a planned move from Dallas, the City Attorney requested I create and direct a section to improve conditions in slum multifamily properties. Rather than push criminal citations and quasi-judicial relief as had been done in the past, this section brought civil cases requesting injunctive relief on all violations upon filing suit. Court orders were obtained, by agreement or not, that required owners to remedy the violations within specific deadlines. To address burned out houses and dilapidated structures in forgotten neighborhoods, the section created and ran a new judicial procedure to remove these dangerous buildings expeditiously.

Aug. 1994 – Aug. 1999     **Legal Services of North Texas (Dallas, Texas)**
(merged with and now known as Legal Aid of North West Texas)
*Lead Attorney, Public Policy & Law Reform Section*
Represented low income groups in a variety of civil disputes (e.g., housing, environmental). Litigation initiated on behalf of these groups or individuals where issue affected low income people in a community.

Sept. 1990 – Aug. 1994    **Dallas Tenants Association (Dallas, Texas)**
(also known as the Housing Crisis Center)
*General Counsel* (only attorney)
Assisted low income individuals with housing disputes. Priorities included evictions, utility disconnections, and extreme living conditions. Supervised a tenant assistance hotline operated by staff and volunteers. Administered a *pro bono* advice and referral program which recruited, trained and organized private attorneys to provide free legal services to low income people.

**Awards**

Impact Award, Poverty Law Section SBOT (2011)
Certificate of Outstanding Advocacy, SBOT (2009)
Houser Award, Texas Low Income Housing Information Service (2007)
Legal Assistance Award, Assn of Comm. Orgs for Reform Now (ACORN) (2007)
Golden Gavel Service Award, SMU Law (1996)
A.J. Thomas, Jr. Award for Outstanding Service, SMU Law (1990)
State Bar of Texas, Student Division, for Professionalism (1990)
Southern Methodist University Law School, Outstanding Service (1990)