# TAYLOR EXHIBIT 4

## TAYLOR PLAINTIFFS (TRLA) OUT OF POCKET EXPENSES
## VEASEY, et al. v. ABBOTT, et al.

**Filing fee and process service fee:**

|  |  |
|---|---|
| 11-21-13: filing fee - | $400.00 |
| 12-12-13: process service fee - | $190.00 |
| Total: | **$590.00** |

**Expert Expenses:**

**Testifing expert -**

| | | |
|---|---|---|
| **Kevin Jewell -** | trial prep and trial fees - | $24,312.72 |
| | Deposition prep and depo - | $750.00 |
| subTotal: | | $25,062.72 |

**Consulting expert –**

| | |
|---|---|
| **Leland Beatty -** | $10,000.00 |
| Total: | **$35,062.72** |

**Travel expenses for client outreach and communication:**

**9-3-13 through 9-4-13**
| | | |
|---|---|---|
| **Robert Doggett –** | Mileage 522m @ $.45 = | $234.90 |
| | Meals | $60.00 |
| | Lodging (1night) | $119.60 |

**5-21-14 through 6-19-14**
| | | |
|---|---|---|
| **Priscilla Noriega –** | Mileage office to Raymondville and Sebastian | |
| | | $136.80 |

**12-10-13 through 12-11-13**
| | | |
|---|---|---|
| **Jose Garza** | Mileage 631 m @ $.45 = | $283.95 |
| | Meals | $60.00 |
| | Lodging | $84.80 |

**12-17-13 through 12-18-13**
    **Jose Garza**    Mileage 587 m @ $.45 =    $264.26
                      Meals    $60.00
                      Lodging    $89.27

**6-25-14**
    **Robert Doggett**    Mileage 400m @ $.45 =    $180.60
                      Meals    $30.00
                      Lodging    $160.95

**5-8-17**
    **Jose Garza**    Airfare    $203.98
                      Cab    $19.00
                      Meals    $30.00
                      Lodging    $102.33

    Total:    **$2,120.44**

**Travel expenses for depositions, ct. hearings and trial:**

**2-11-14**
    **Jose Garza**    Mileage 305m @ $.45 =    $137.25
                      Meals    $30.00
                      Lodging    $114.95

**2-11-14**
    **Marinda van Dalen** Mileage 388m @ $.45 =    $174.60
                      Meals    $30.00
                      Lodging    no charge

**2-11-14**
    **Robert Doggett**    Mileage 434m @ $.45 =    $195.30
                      Meals    $30.00
                      Lodging    no charge

**3-4-14 through 3-6-14 (includes travel for client meetings)**
    **Jose Garza**    Mileage 594m @ $.45 =    $267.30
                      Meals    $60.00
                      Lodging (2 nights)    $254.26

**3-31-14**

    **Jose Garza**        Mileage 308m @ $.45 =      $138.60

                              Meals                        $30.00

                              Lodging                 $126.55

**3-31-14**

    **Marinda van Dalen** Mileage 388m @ $.45 =    $174.60

                              Meals                        $30.00

                              Lodging                 no charge

**5-30-14**

    **Marinda van Dalen** Mileage 330m @ $.45 =    $148.50

                              Meals                        $30.00

                              Lodging                 $90.85

**7-17-14 through 7-18-14 (LTaylor depo)**

    **Marinda van Dalen** Car Rental            $53.48

                              Meals                        $60.00

                              Lodging                 $87.74

**8-26-14 through 9-10-14 (Trial)**

    **Marinda van Dalen** Car Rental            $484.00

**8-30-14 through 9-10-14 (Trial)**

    **Marinda van Dalen** Car Rental            $411.76

**9-4-14 through 9-5-14 (Trial)**

    **Paula Garza**  Car Rental (transport client)    $134.62

**8-26-14  (Trial prep)**

    **Robert Doggett** Car Rental            $75.28

**9-1-14 (9 nights) (Trial)**

    **Marinda van Dalen** Lodging for expert, clients,

    and Ms. van Dalen                  $1,770.26

                              Meals                     $830.00

**12-4-17 through 12-5-17 (oral argument)**

    **Jose Garza**        Airfare               $146.96

                              Meals                      $60.00

|                    |          |
|--------------------|----------|
| Cab                | $36.00   |
| Lodging            | $88.60   |
| Airport parking    | $24.00   |

Total:                              **$6,325.46**

**Other Trial Expenses**

Interpretation costs for E. Mendez                **$175.00**

**Total out of pocket costs and expenses:**          **$44,273.62**