# TAYLOR EXHIBIT 5

## TAYLOR PLAINTIFFS (TRLA) SUMMARY OF OUT OF POCKET EXPENSES
## VEASEY, et al. v. ABBOTT, et al.

| | |
|---|---|
| **Filing fee and process service fee:** | **$590.00** |
| **Expert Expenses:** | **$35,062.72** |
| **Travel expenses for client outreach and communication:** | **$2,120.44** |
| **Travel expenses for depositions, ct. hearings and trial:** | **$6,325.46** |
| **Other Trial Expenses (interpreter):** | **$175.00** |
| **TOTAL:** | **$44,273.62** |