# Attachment B to Rosenberg Declaration

| | | | | | | |
|---|---|---|---|---|---|---|
| Date: | Friday, February 1, 2019 | | **Lawyers' Committee** | | Page: | 1 of 8 |
| Time: | 2:46:15PM | | | | Report: | PA150.rpt |
| User: | MGWATHMEY | | **Project Transactions - Standard** | | Company: | LAWYERSCOM |

({pjproj.project} = '00740') AND ({pjtran.gl_acct} >= '70000')

| | | |
|---|---|---|
| GL Subaccount | 110-000-0 | Voting Rights |
| Project Manager | 016184 | Ezra Rosenberg |
| Project | 00740 | Texas ID Sec 2 Suit |
| Period | 01-2014   Thru   12-2018 | |

Company ID:    LAWYERSCOM

| Task Description | | | | | Transaction | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account Category | Employee | | Vendor | Company | date | Source | Comment | Hours | Amount |
| 00000 Default Task | | | | | | | | | |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/24/2014 | TE | Airfare | 0.00 | -701.20 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/24/2014 | TE | Airfare | 0.00 | 701.20 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/24/2014 | TE | Dinner | 0.00 | -25.05 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/24/2014 | TE | Dinner | 0.00 | 25.05 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/24/2014 | TE | Taxi | 0.00 | -28.30 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/24/2014 | TE | Taxi | 0.00 | 28.30 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/25/2014 | TE | Breakfast | 0.00 | -21.67 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/25/2014 | TE | Breakfast | 0.00 | 21.67 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/25/2014 | TE | Dinner | 0.00 | -28.02 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/25/2014 | TE | Dinner | 0.00 | 28.02 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/26/2014 | TE | Breakfast | 0.00 | -12.83 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/26/2014 | TE | Breakfast | 0.00 | 12.83 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/26/2014 | TE | Dinner | 0.00 | -9.69 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/26/2014 | TE | Dinner | 0.00 | 9.69 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/26/2014 | TE | Lodging | 0.00 | -480.70 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/26/2014 | TE | Lodging | 0.00 | 480.70 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/27/2014 | TE | Breakfast | 0.00 | -16.27 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/27/2014 | TE | Breakfast | 0.00 | 16.27 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/27/2014 | TE | Dinner | 0.00 | -17.27 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/27/2014 | TE | Dinner | 0.00 | 17.27 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/27/2014 | TE | Lodging | 0.00 | -159.85 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/27/2014 | TE | Lodging | 0.00 | 159.85 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/27/2014 | TE | Lunch | 0.00 | -13.90 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/27/2014 | TE | Lunch | 0.00 | 13.90 |
| TRAVEL & MEALS | Mark Posner | 016074 | Mark A. Posner | LAWYERSC | 8/27/2014 | TE | Taxi | 0.00 | -72.00 |
| TRAVEL & MEALS | Mark Posner | 016074 | Mark A. Posner | LAWYERSC | 8/27/2014 | TE | Taxi | 0.00 | 72.00 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 4/8/2015 | TE | Airfare | 0.00 | 459.20 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 4/10/2015 | TE | Lodging | 0.00 | 306.14 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 4/15/2015 | TE | Airfare | 0.00 | 350.00 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 4/24/2015 | TE | Parking | 0.00 | 4.20 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 4/24/2015 | TE | Subway | 0.00 | 5.50 |

| Date: | Friday, February 1, 2019 | | | Lawyers' Committee | | | Page: | 2 of 8 |
| Time: | 2:46:15PM | | | Project Transactions - Standard | | | Report: | PA150.rpt |
| User: | MGWATHMEY | | | | | | Company: | LAWYERSCOM |

({pjproj.project} = '00740') AND ({pjtran.gl_acct} >= '70000')

| GL Subaccount | 110-000-0 | | Voting Rights |
|---|---|---|---|
| Project Manager | 016184 | | Ezra Rosenberg |
| Project | 00740 | | Texas ID Sec 2 Suit |
| Period | 01-2014 | Thru  12-2018 | |

Company ID:   **LAWYERSCOM**

| Task Description | | | | | Transaction | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account Category | Employee | | Vendor | Company | date | Source | Comment | Hours | Amount |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 4/24/2015 | TE | Train | 0.00 | 33.00 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 4/27/2015 | TE | Dinner | 0.00 | 36.00 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 4/27/2015 | TE | Lunch | 0.00 | 9.28 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 4/27/2015 | TE | Lunch | 0.00 | 10.55 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 4/27/2015 | TE | Taxi | 0.00 | 25.00 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 4/27/2015 | TE | Tips/Incidentals | 0.00 | 5.00 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 4/28/2015 | TE | Breakfast | 0.00 | 9.99 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 4/28/2015 | TE | Dinner | 0.00 | 20.90 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 4/28/2015 | TE | Lunch | 0.00 | 18.00 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 4/28/2015 | TE | Taxi | 0.00 | 18.86 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 4/28/2015 | TE | Tips/Incidentals | 0.00 | 5.00 |
| TRAVEL & MEALS | | | | LAWYERSC | 11/30/2015 | GJ | | 0.00 | -994.93 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 6/7/2017 | TE | Airfare | 0.00 | 25.00 |
| * Total  TRAVEL & MEALS | | | | | | | | 0.00 | 346.69 |
| TRAVEL MEETINGS | Rosa Erandi zamora | 016114 | | LAWYERSC | 2/28/2014 | TE | Taxi | 0.00 | 7.40 |
| * Total  TRAVEL MEETINGS | | | | | | | | 0.00 | 7.40 |
| OFFICE EXPENSES | | | CLERK, UNITED STATES ( | LAWYERSC | 12/17/2014 | VO | VCLE32 Bar admission Ezra Rose | 0.00 | 226.00 |
| * Total  OFFICE EXPENSES | | | | | | | | 0.00 | 226.00 |
| TELEPHONE | | | | LAWYERSC | 2/28/2014 | GJ | Dec 13 | 0.00 | 4.28 |
| TELEPHONE | | | | LAWYERSC | 2/28/2014 | GJ | Dec 13 | 0.00 | 10.45 |
| TELEPHONE | | | | LAWYERSC | 2/28/2014 | GJ | Reclass ACH for Oct 13 exp | 0.00 | 33.55 |
| TELEPHONE | | | THOMSON REUTERS-WEST | LAWYERSC | 4/14/2014 | VO | VWES01 Mark Posner | 0.00 | 65.41 |
| TELEPHONE | | | THOMSON REUTERS-WEST | LAWYERSC | 4/29/2014 | VO | VWES01 Mark Posner | 0.00 | 15.37 |
| TELEPHONE | | | THOMSON REUTERS-WEST | LAWYERSC | 4/29/2014 | VO | VWES01 Sonia Gill | 0.00 | 30.06 |
| TELEPHONE | Michael Brown | 016130 | | LAWYERSC | 6/5/2014 | TE | Telephone | 0.00 | 2.00 |
| TELEPHONE | Michael Brown | 016130 | | LAWYERSC | 6/5/2014 | TE | Telephone | 0.00 | 24.40 |
| TELEPHONE | | | THOMSON REUTERS-WEST | LAWYERSC | 6/19/2014 | VO | VWES01 Mark Posner | 0.00 | 115.29 |
| TELEPHONE | | | PACER SERVICE CENTER | LAWYERSC | 8/1/2014 | VO | VPSC01 April 14 - June14 | 0.00 | 6.00 |

| Date: | Friday, February 1, 2019 | | | **Lawyers' Committee** | | | | Page: | 3 of 8 |
| Time: | 2:46:15PM | | | | | | | Report: | PA150.rpt |
| User: | MGWATHMEY | | | **Project Transactions - Standard** | | | | Company: | LAWYERSCOM |

({pjproj.project} = '00740') AND ({pjtran.gl_acct} >= '70000')

| GL Subaccount | 110-000-0 | | Voting Rights |
|---|---|---|---|
| Project Manager | 016184 | | Ezra Rosenberg |
| Project | 00740 | | Texas ID Sec 2 Suit |
| Period | 01-2014 | Thru  12-2018 | |

Company ID:   LAWYERSCOM

| Task Description | | | | Transaction | | | | |
|---|---|---|---|---|---|---|---|---|
| Account Category | Employee | Vendor | Company | date | Source | Comment | Hours | Amount |
| TELEPHONE | | PACER SERVICE CENTER | LAWYERSC | 8/1/2014 | VO | VPSC01 April 14 - June14 | 0.00 | 46.40 |
| TELEPHONE | | THOMSON REUTERS-WEST | LAWYERSC | 9/11/2014 | VO | VWES01 Mark Posner | 0.00 | 170.71 |
| TELEPHONE | | THOMSON REUTERS-WEST | LAWYERSC | 10/13/2014 | VO | VWES01 Corman, Brian | 0.00 | 969.50 |
| TELEPHONE | | THOMSON REUTERS-WEST | LAWYERSC | 10/13/2014 | VO | VWES01 Posner, Mark | 0.00 | 33.67 |
| TELEPHONE | | THOMSON REUTERS-WEST | LAWYERSC | 10/13/2014 | VO | VWES01 Stephens, Nora | 0.00 | 108.54 |
| TELEPHONE | | PACER SERVICE CENTER | LAWYERSC | 10/24/2014 | VO | VPSC01 3rd qtr Pacer fees | 0.00 | 16.10 |
| TELEPHONE | | PACER SERVICE CENTER | LAWYERSC | 10/24/2014 | VO | VPSC01 3rd qtr Pacer fees | 0.00 | 23.40 |
| TELEPHONE | | THOMSON REUTERS-WEST | LAWYERSC | 11/19/2014 | VO | VWES01 Mark Posner | 0.00 | 82.98 |
| TELEPHONE | | THOMSON REUTERS-WEST | LAWYERSC | 11/19/2014 | VO | VWES01 Mark Posner | 0.00 | 248.47 |
| TELEPHONE | | PACER SERVICE CENTER | LAWYERSC | 1/28/2015 | VO | VPSC01 Oct-Dec charges | 0.00 | 21.50 |
| TELEPHONE | | THOMSON REUTERS-WEST | LAWYERSC | 2/23/2015 | VO | VWES01 Mark Posner | 0.00 | 36.56 |
| TELEPHONE | | THOMSON REUTERS-WEST | LAWYERSC | 3/26/2015 | VO | VWES01 Alejandro Reyes | 0.00 | 246.77 |
| TELEPHONE | | THOMSON REUTERS-WEST | LAWYERSC | 3/26/2015 | VO | VWES01 Ezra Rosenberg | 0.00 | 130.05 |
| TELEPHONE | | THOMSON REUTERS-WEST | LAWYERSC | 3/26/2015 | VO | VWES01 Mark Posner | 0.00 | 6.37 |
| TELEPHONE | | THOMSON REUTERS-WEST | LAWYERSC | 3/26/2015 | VO | VWES01 Mark Posner | 0.00 | 207.67 |
| TELEPHONE | | PACER SERVICE CENTER | LAWYERSC | 4/23/2015 | VO | VPSC01 1qtr fees | 0.00 | 11.00 |
| TELEPHONE | | THOMSON REUTERS-WEST | LAWYERSC | 4/23/2015 | VO | VWES01 Posner-March fees | 0.00 | 10.43 |
| TELEPHONE | | THOMSON REUTERS-WEST | LAWYERSC | 7/21/2015 | VO | VWES01 Mark Posner | 0.00 | 154.12 |
| TELEPHONE | | PACER SERVICE CENTER | LAWYERSC | 7/23/2015 | VO | VPSC01 April-June charges | 0.00 | 24.70 |
| TELEPHONE | | PACER SERVICE CENTER | LAWYERSC | 4/28/2016 | VO | VPSC01 1ST Qtr 010116-033116 | 0.00 | 2.20 |
| TELEPHONE | | PACER SERVICE CENTER | LAWYERSC | 11/9/2016 | VO | VPSC01 3rd quarter | 0.00 | 13.30 |
| TELEPHONE | | PACER SERVICE CENTER | LAWYERSC | 4/25/2017 | VO | VPSC01 Jan-March fees | 0.00 | 10.80 |
| TELEPHONE | | PACER SERVICE CENTER | LAWYERSC | 8/9/2017 | VO | VPSC01 070117-063017 2nd qtr | 0.00 | 3.40 |
| TELEPHONE | | PACER SERVICE CENTER | LAWYERSC | 11/21/2017 | VO | VPSC01 3rd qtr | 0.00 | 4.30 |
| TELEPHONE | | THOMSON REUTERS-WEST | LAWYERSC | 1/24/2018 | VO | VWES01 Jon Greenbaum | 0.00 | 184.01 |
| TELEPHONE | | PACER SERVICE CENTER | LAWYERSC | 1/30/2018 | VO | VPSC01 research | 0.00 | 7.60 |
| * Total TELEPHONE | | | | | | | 0.00 | 3,081.36 |
| ** Task 00000 Net | | | | | | | | -3,661.45 |

00100 Voting Litigation

| TRAVEL & MEALS | Rosa Erandi zamora | 016114 | | LAWYERSC | 7/25/2014 | TE | Airfare | 0.00 | 477.68 |

| Date: | Friday, February 1, 2019 | | | Lawyers' Committee | | | | Page: | 4 of 8 |
| Time: | 2:46:15PM | | | | | | | Report: | PA150.rpt |
| User: | MGWATHMEY | | | Project Transactions - Standard | | | | Company: | LAWYERSCOM |

({pjproj.project} = '00740') AND ({pjtran.gl_acct} >= '70000')

| GL Subaccount | 110-000-0 | Voting Rights |
| Project Manager | 016184 | Ezra Rosenberg |
| Project | 00740 | Texas ID Sec 2 Suit |
| Period | 01-2014 Thru 12-2018 | |

**Company ID:** LAWYERSCOM

| Task Description | | | | | Transaction | | | | |
| Account Category | Employee | | Vendor | Company | date | Source | Comment | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|
| TRAVEL & MEALS | Rosa Erandi zamora | 016114 | | LAWYERSC | 7/29/2014 | TE | Airfare | 0.00 | 25.00 |
| TRAVEL & MEALS | Rosa Erandi zamora | 016114 | | LAWYERSC | 7/29/2014 | TE | Airfare | 0.00 | 303.60 |
| TRAVEL & MEALS | Rosa Erandi zamora | 016114 | | LAWYERSC | 7/29/2014 | TE | Dinner | 0.00 | 10.43 |
| TRAVEL & MEALS | Rosa Erandi zamora | 016114 | | LAWYERSC | 7/29/2014 | TE | Lodging | 0.00 | 570.36 |
| TRAVEL & MEALS | Rosa Erandi zamora | 016114 | | LAWYERSC | 7/29/2014 | TE | Lunch | 0.00 | 4.66 |
| TRAVEL & MEALS | Rosa Erandi zamora | 016114 | | LAWYERSC | 7/29/2014 | TE | Lunch | 0.00 | 9.98 |
| TRAVEL & MEALS | Rosa Erandi zamora | 016114 | | LAWYERSC | 7/29/2014 | TE | Taxi | 0.00 | 18.87 |
| TRAVEL & MEALS | Rosa Erandi zamora | 016114 | | LAWYERSC | 7/30/2014 | TE | Breakfast | 0.00 | 15.49 |
| TRAVEL & MEALS | Rosa Erandi zamora | 016114 | | LAWYERSC | 7/30/2014 | TE | Dinner | 0.00 | 7.09 |
| TRAVEL & MEALS | Rosa Erandi zamora | 016114 | | LAWYERSC | 7/30/2014 | TE | Dinner | 0.00 | 17.66 |
| TRAVEL & MEALS | Rosa Erandi zamora | 016114 | | LAWYERSC | 7/30/2014 | TE | Lunch | 0.00 | 8.40 |
| TRAVEL & MEALS | Rosa Erandi zamora | 016114 | | LAWYERSC | 7/31/2014 | TE | Breakfast | 0.00 | 17.32 |
| TRAVEL & MEALS | Rosa Erandi zamora | 016114 | | LAWYERSC | 7/31/2014 | TE | Dinner | 0.00 | 13.00 |
| TRAVEL & MEALS | Rosa Erandi zamora | 016114 | | LAWYERSC | 8/1/2014 | TE | Breakfast | 0.00 | 12.34 |
| TRAVEL & MEALS | Rosa Erandi zamora | 016114 | ROSA ZAMORA | LAWYERSC | 8/1/2014 | TE | Dinner | 0.00 | 8.17 |
| TRAVEL & MEALS | Rosa Erandi zamora | 016114 | | LAWYERSC | 8/1/2014 | TE | Gas | 0.00 | 15.80 |
| TRAVEL & MEALS | Rosa Erandi zamora | 016114 | | LAWYERSC | 8/1/2014 | TE | Rental Car | 0.00 | 345.79 |
| TRAVEL & MEALS | Rosa Erandi zamora | 016114 | | LAWYERSC | 8/1/2014 | TE | Tips/Incidentals | 0.00 | 3.24 |
| TRAVEL & MEALS | Rosa Erandi zamora | 016114 | ROSA ZAMORA | LAWYERSC | 8/2/2014 | TE | Tips/Incidentals | 0.00 | 5.00 |
| TRAVEL & MEALS | Rosa Erandi zamora | 016114 | AMERICAN EXPRESS | LAWYERSC | 8/3/2014 | TE | Amex refund | 0.00 | -200.00 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/11/2014 | TE | Airfare | 0.00 | 153.10 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/24/2014 | TE | Airfare | 0.00 | 701.20 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/24/2014 | TE | Dinner | 0.00 | 25.05 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/24/2014 | TE | Taxi | 0.00 | 28.30 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/25/2014 | TE | Breakfast | 0.00 | 21.67 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/25/2014 | TE | Dinner | 0.00 | 28.02 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/26/2014 | TE | Breakfast | 0.00 | 12.83 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/26/2014 | TE | Dinner | 0.00 | 9.69 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/26/2014 | TE | Lodging | 0.00 | 480.70 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/27/2014 | TE | Airfare | 0.00 | 75.00 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/27/2014 | TE | Breakfast | 0.00 | 16.27 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/27/2014 | TE | Dinner | 0.00 | 17.27 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/27/2014 | TE | Lodging | 0.00 | 159.85 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date: | Friday, February 1, 2019 | | | | **Lawyers' Committee** | | Page: | 5 of 8 |
| Time: | 2:46:15PM | | | | | | Report: | PA150.rpt |
| User: | MGWATHMEY | | | | **Project Transactions - Standard** | | Company: | LAWYERSCOM |

({pjproj.project} = '00740') AND ({pjtran.gl_acct} >= '70000')

| | | | |
|---|---|---|---|
| GL Subaccount | 110-000-0 | | Voting Rights |
| Project Manager | 016184 | | Ezra Rosenberg |
| Project | 00740 | | Texas ID Sec 2 Suit |
| Period | 01-2014 | Thru 12-2018 | |

**Company ID:**   LAWYERSCOM

**Task Description**

| Account Category | Employee | | Vendor | Company | Transaction date | Source | Comment | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/27/2014 | TE | Lunch | 0.00 | 13.90 |
| TRAVEL & MEALS | Mark Posner | 016074 | Mark A. Posner | LAWYERSC | 8/27/2014 | TE | Taxi | 0.00 | 72.00 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/31/2014 | TE | Airfare | 0.00 | 25.00 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 8/31/2014 | TE | Taxi | 0.00 | 76.20 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 9/1/2014 | TE | Lunch | 0.00 | 5.52 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 9/2/2014 | TE | Lunch | 0.00 | 5.79 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 9/3/2014 | TE | Lunch | 0.00 | 6.98 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 9/4/2014 | TE | Lunch | 0.00 | 8.12 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 9/5/2014 | TE | Dinner | 0.00 | 29.31 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 9/5/2014 | TE | Lunch | 0.00 | 6.33 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 9/6/2014 | TE | Breakfast | 0.00 | 4.60 |
| TRAVEL & MEALS | Mark Posner | 016074 | Mark A. Posner | LAWYERSC | 9/6/2014 | TE | Dinner | 0.00 | 40.00 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 9/6/2014 | TE | Lunch | 0.00 | 14.82 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 9/8/2014 | TE | Dinner | 0.00 | 35.76 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 9/8/2014 | TE | Lunch | 0.00 | 6.22 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 9/9/2014 | TE | Airfare | 0.00 | 443.10 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 9/10/2014 | TE | Dinner | 0.00 | 34.15 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 9/11/2014 | TE | Dinner | 0.00 | 23.37 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 9/12/2014 | TE | Airfare | 0.00 | 25.00 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 9/12/2014 | TE | Breakfast | 0.00 | 4.60 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 9/12/2014 | TE | Lodging | 0.00 | 1,761.65 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 9/12/2014 | TE | Lunch | 0.00 | 11.68 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 9/12/2014 | TE | Taxi | 0.00 | 95.00 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 9/15/2014 | TE | Airfare | 0.00 | 824.20 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 9/21/2014 | TE | Lunch | 0.00 | 4.24 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 9/22/2014 | TE | Breakfast | 0.00 | 16.07 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 9/22/2014 | TE | Dinner | 0.00 | 7.58 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 9/22/2014 | TE | Lodging | 0.00 | 196.04 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 9/22/2014 | TE | Lunch | 0.00 | 15.79 |
| TRAVEL & MEALS | Mark Posner | 016074 | Mark A. Posner | LAWYERSC | 9/22/2014 | TE | Mileage | 26.00 | 14.56 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 9/22/2014 | TE | Parking | 0.00 | 44.00 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 4/10/2015 | TE | Train | 0.00 | 248.20 |
| TRAVEL & MEALS | Mark Posner | 016074 | Mark A. Posner | LAWYERSC | 4/23/2015 | TE | Dinner | 0.00 | 22.11 |

| | | |
|---|---|---|
| Date: **Friday, February 1, 2019** | **Lawyers' Committee** | Page: 6 of 8 |
| Time: 2:46:15PM | | Report: PA150.rpt |
| User: MGWATHMEY | **Project Transactions - Standard** | Company: LAWYERSCOM |

({pjproj.project} = '00740') AND ({pjtran.gl_acct} >= '70000')

| | | | |
|---|---|---|---|
| GL Subaccount | 110-000-0 | | Voting Rights |
| Project Manager | 016184 | | Ezra Rosenberg |
| Project | 00740 | | Texas ID Sec 2 Suit |
| Period | 01-2014 | Thru   12-2018 | |

**Company ID:**   LAWYERSCOM

| Task Description | | | | | Transaction | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account Category | Employee | | Vendor | Company | date | Source | Comment | Hours | Amount |
| TRAVEL & MEALS | Mark Posner | 016074 | Mark A. Posner | LAWYERSC | 4/23/2015 | TE | Mileage | 13.60 | 7.82 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 4/24/2015 | TE | Lunch | 0.00 | 20.62 |
| TRAVEL & MEALS | Mark Posner | 016074 | Mark A. Posner | LAWYERSC | 4/24/2015 | TE | Mileage | 13.60 | 7.82 |
| TRAVEL & MEALS | Mark Posner | 016074 | | LAWYERSC | 4/24/2015 | TE | Parking | 0.00 | 9.00 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 8/22/2015 | TE | Airfare | 0.00 | 274.20 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 8/26/2015 | TE | Airfare | 0.00 | 75.00 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 8/26/2015 | TE | Dinner | 0.00 | 12.13 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 8/26/2015 | TE | Lunch | 0.00 | 11.44 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 8/26/2015 | TE | Subway | 0.00 | 2.15 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 8/26/2015 | TE | Taxi | 0.00 | 38.06 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 8/26/2015 | TE | Train | 0.00 | 12.75 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 8/27/2015 | TE | Airfare | 0.00 | 200.00 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 8/27/2015 | TE | Airfare | 0.00 | 234.00 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 8/27/2015 | TE | Dinner | 0.00 | 49.54 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 8/27/2015 | TE | Lodging | 0.00 | 238.05 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 8/28/2015 | TE | Lodging | 0.00 | 207.00 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 8/28/2015 | TE | Taxi | 0.00 | 35.18 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 8/28/2015 | TE | Train | 0.00 | 11.25 |
| TRAVEL & MEALS | | | | LAWYERSC | 8/30/2015 | GJ | 1/2 Aug travel | 0.00 | -700.38 |
| TRAVEL & MEALS | | | | LAWYERSC | 9/30/2015 | GJ | | 0.00 | -700.38 |
| TRAVEL & MEALS | | | | LAWYERSC | 9/30/2015 | GJ | | 0.00 | 2,582.80 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 2/27/2017 | TE | Airfare | 0.00 | 25.00 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 2/27/2017 | TE | Airfare | 0.00 | 532.60 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 2/27/2017 | TE | Dinner | 0.00 | 35.00 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 2/27/2017 | TE | Taxi | 0.00 | 19.94 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 2/28/2017 | TE | Airfare | 0.00 | 25.00 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 2/28/2017 | TE | Breakfast | 0.00 | 15.59 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 2/28/2017 | TE | Dinner | 0.00 | 34.62 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 2/28/2017 | TE | Lodging | 0.00 | 171.35 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 2/28/2017 | TE | Lunch | 0.00 | 20.79 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 2/28/2017 | TE | Taxi | 0.00 | 3.00 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 2/28/2017 | TE | Taxi | 0.00 | 16.52 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 6/6/2017 | TE | Airfare | 0.00 | 351.58 |

| Date: | Friday, February 1, 2019 | Lawyers' Committee | Page: | 7 of 8 |
| Time: | 2:46:15PM | Project Transactions - Standard | Report: | PA150.rpt |
| User: | MGWATHMEY | | Company: | LAWYERSCOM |

({pjproj.project} = '00740') AND ({pjtran.gl_acct} >= '70000')

| GL Subaccount | 110-000-0 | Voting Rights |
| Project Manager | 016184 | Ezra Rosenberg |
| Project | 00740 | Texas ID Sec 2 Suit |
| Period | 01-2014  Thru  12-2018 | |

Company ID:  LAWYERSCOM

| Task Description | | | | | Transaction | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account Category | Employee | | Vendor | Company | date | Source | Comment | Hours | Amount |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 6/6/2017 | TE | Dinner | 0.00 | 35.00 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 6/6/2017 | TE | Taxi | 0.00 | 8.56 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 6/6/2017 | TE | Taxi | 0.00 | 25.00 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 6/7/2017 | TE | Airfare | 0.00 | 542.80 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 6/7/2017 | TE | Breakfast | 0.00 | 14.45 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 6/7/2017 | TE | Lodging | 0.00 | 216.32 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 6/7/2017 | TE | Lunch | 0.00 | 15.00 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 6/7/2017 | TE | Taxi | 0.00 | 5.00 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 6/7/2017 | TE | Taxi | 0.00 | 21.25 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 12/4/2017 | TE | Airfare | 0.00 | 401.40 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 12/4/2017 | TE | Dinner | 0.00 | 35.00 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 12/4/2017 | TE | Subway | 0.00 | 1.15 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 12/4/2017 | TE | Taxi | 0.00 | 42.48 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 12/5/2017 | TE | Breakfast | 0.00 | 12.80 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 12/5/2017 | TE | Dinner | 0.00 | 35.00 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 12/5/2017 | TE | Lodging | 0.00 | 206.88 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 12/5/2017 | TE | Taxi | 0.00 | 18.00 |
| TRAVEL & MEALS | Ezra Rosenberg | 016184 | EZRA D. ROSENBERG | LAWYERSC | 12/5/2017 | TE | Taxi | 0.00 | 42.48 |
| * Total  TRAVEL & MEALS | | | | | | | | 53.20 | 13,118.33 |
| OTHER MATERIALS | Mark Posner | 016074 | | LAWYERSC | 9/1/2014 | TE | Materials-others | 0.00 | 17.67 |
| OTHER MATERIALS | | | | LAWYERSC | 10/31/2014 | GJ | No budgetary line item | 0.00 | -17.67 |
| * Total  OTHER MATERIALS | | | | | | | | 0.00 | 0.00 |
| DELIVERY & COURI | | | FEDERAL EXPRESS CORP. | LAWYERSC | 12/31/2014 | VO | VFED01 Ship to Lindsey Cohan | 0.00 | 62.49 |
| DELIVERY & COURI | | | FEDERAL EXPRESS CORP. | LAWYERSC | 3/17/2015 | VO | VFED01 ship to L. Cohan | 0.00 | 23.62 |
| DELIVERY & COURI | | | FEDERAL EXPRESS CORP. | LAWYERSC | 3/17/2015 | VO | VFED01 ship to M. Perez | 0.00 | 17.20 |
| * Total  DELIVERY & COURI | | | | | | | | 0.00 | 103.31 |
| ** Task 00100 Net | | | | | | | | | -13,221.64 |
| *** Project 00740 Revenue | | | | | | | | | 0.00 |

| | | |
|---|---|---|
| Date: Friday, February 1, 2019 | **Lawyers' Committee** | Page: 8 of 8 |
| Time: 2:46:15PM | **Project Transactions - Standard** | Report: PA150.rpt |
| User: MGWATHMEY | | Company: LAWYERSCOM |

({pjproj.project} = '00740') AND ({pjtran.gl_acct} >= '70000')

| | | | |
|---|---|---|---|
| GL Subaccount | 110-000-0 | | Voting Rights |
| Project Manager | 016184 | | Ezra Rosenberg |
| Project | 00740 | | Texas ID Sec 2 Suit |
| Period | 01-2014 | Thru  12-2018 | |

Company ID:   LAWYERSCOM

| Task Description | | | | Transaction | | | | |
|---|---|---|---|---|---|---|---|---|
| Account Category | Employee | Vendor | Company | date | Source | Comment | Hours | Amount |
| | *** Project 00740 Expense | | | | | | 53.20 | 16,883.09 |
| | *** Project 00740 Net | | | | | | | -16,883.09 |
| | *** Total Subaccount Net 110-000-0 | | | | | | | -16,883.09 |

Records Printed:    205