# Attachment B to Pérez Declaration

| Effective Date | Transaction Description | Debit |
|---|---|---|
| 10/2/2013 | LCCRUL - Rental Car Reimbursement TX Trip | 129.38 |
| 4/22/2014 | VA- Baggage Fee, 04/22/14 | 25 |
| 4/22/2014 | Va-Travel re Texas 4/22/14 | 99.2 |
| 4/30/2014 | American, Dallas, Tx, USA Passenger: Agraharkar/Vish | 401 |
| 5/3/2014 | Shell Oil  57543426605, League City, TX, USA | 39.17 |
| 5/3/2014 | United, 800-932-2732, TX, USA | 266 |
| 5/31/2014 | American, Austin, TX, USA | 25 |
| 5/31/2014 | JFK TVM*JFK04 JAMAIQPS, New York, NY,USA | 6 |
| 5/31/2014 | American, Dallas, Tx, USA Passenger: Clark/Jennifer | 541 |
| 5/31/2014 | American, Kennedy Airpo, NY, USA Passenger: Clark/Jennifer | 25 |
| 5/31/2014 | JFK TVM*JFK03 JAMAIQPS, New York, NY, USA | 6 |
| 5/31/2014 | Yellow Cab of Austin, Austin,TX,USA | 32.7 |
| 6/3/2014 | Shell Oil 57543426605, League City, TX, USA | 39.17 |
| 6/3/2014 | United, 800-932-2732, TX, USA | 266 |
| 6/4/2014 | American, Dallas, Tx, USA Passenger: Clark/Jennifer | 541 |
| 6/4/2014 | American, Kennedy Airpo, NY, USA Passenger: Clark/Jennifer | 25 |
| 6/4/2014 | JFK TVM*JFK03 JAMAIQPS, New York, NY, USA | 6 |
| 6/18/2014 | Yellow Cab of Austin, Austin,TX,USA | 32.7 |
| 6/12/2014 | DR-TX Photo ID litigation, 06/18/2014 | 539 |
| 8/31/2014 | Dr-Contractor in TX ID Litigation Travel, 08/12/14 | 152.77 |
| 8/31/2014 | United, 800-932-2732, TX, USA Passenger: Clark | 760.2 |
| 8/31/2014 | United, 800-932-2732, TX, USA Passenger: Minni | 615.7 |
| 8/31/2014 | United, 800-932-2732, TX, USA Passenger: Perez | 1684.1 |
| 9/30/14 | United, 800-932-2732, TX, USA | 1570.7 |
| 10/28/2014 | AS - TX Voter ID Research gas mileage 10/28/14 | 55 |
| 10/30/2014 | United, 800-932-2732, TX, USA | 25 |
| 11/7/2014 | AS - Gas during Research to find TX Voter ID Cases, 11/07/14 | 40 |
| 11/7/2014 | DR - Gas During Research for TX voter ID, 11/07/14 | 319.5 |
| 4/29/2015 | Amtrak to DC for TX case moot | 318 |
| 4/29/2015 | Breakfast in New Orleans for Texas Trial | 7 |

2

| Date | Description | Amount |
|---|---|---|
| 4/29/2015 | Breakfast on way to DC for moot prep for DC | 6.52 |
| 4/29/2015 | Flight to New Orleans for Texas Trial | 443.2 |
| 4/29/2015 | Metro pass while in DC for moo prep at DOJ for Texas Trial | 7.3 |
| 8/31/2015 | Airplane ticket, JFK to Autston for voter ID talks with state | 358.1 |
| 6/7/2016 | Flight to New Orleans for Texas oral arguments | 438.7 |
| 6/7/2016 | Train to DC for texas moot | 390 |
| 6/30/2016 | Cab in NOLA for Texas Trial hearing, 5/23 | 43.2 |
| 6/30/2016 | Taxi from office in LGA for plane to NOLA for Texas | 48.34 |
| 3/3/2017 | Round-trip airfare for Texas oral arguments | 442.6 |
| 3/4/2017 | Flight to and from TX voter ID hearing | 835.7 |
| 1/30/2018 | Round trip flight for Texas voter ID oral argument | 256.4 |
| 1/30/2018 | Baggage fee for TX ID oral argument | 25 |
| 1/30/2018 | Baggage fee for TX ID oral argument travel | 25 |
| 1/30/2018 | cab in NO during TX ID oral argument travel | 43.2 |
| 1/30/2018 | Car from airport for TX ID oral argument travel | 68.6 |
| 1/30/2018 | Car to airport for TX ID oral argument travel | 51.6 |
| 1/30/2018 | In-fllight wifi during TX ID travel | 12.98 |
| 8/31/2014 | Holiday Inn Bay Front, Corp Chisti, TX,USA | 382.7 |
| 8/31/2014 | Omni Corpus Christi, Corpus Christ, TX, USA | 132.25 |
| 9/30/2014 | Omni Corpus Christi, Corpus Christ, TX, USA | 681.15 |
| 9/30/2014 | Omni Corpus Christi, Corpus Christ, TX, USA | 960.47 |
| 10/30/2014 | Omni Corpus Christi, Corpus Christ, TX, USA | 725.46 |
| 4/29/2015 | Hotel while in New Orleans for texas trial | 173.11 |
| 6/30/2016 | Hotel in NOLA for Texas voter ID hearing | 150.32 |
| 3/4/2017 | Hotel for stay in TX for voter ID case | 181.3 |
| 1/30/2018 | Hotel for TX ID oral argument in NO | 156.11 |
| 5/31/2014 | Bangers Sausage House, Austin, TX, USA | 18.66 |
| 5/31/2014 | DNC Travel- Austi, Austin,TX,USA | 3.78 |
| 5/31/2014 | Holiday Inn Austin Fa, Austin,TX,Usa | 10.65 |
| 5/31/2014 | Starbucks #00689 Austi, Austin, TX,USA | 9.15 |
| 5/31/2014 | United, 800-932-2732, TX,USA | 7.99 |
| 6/4/2014 | Bangers Sausage House, Austin, TX, USA | 18.66 |
| 6/4/2014 | DNC Travel- Austi, Austin,TX,USA | 3.78 |
| 6/4/2014 | Holiday Inn Austin Fa, Austin,TX,Usa | 10.65 |

| Date | Description | Amount |
|---|---|---|
| 6/4/2014 | Holiday Inn Austin Fa, Austin,TX,Usa | 9.15 |
| 8/31/2014 | United, 800-932-2732, TX,USA | 7.99 |
| 9/17/2014 | Bangers Sausage House, Austin, TX, USA | 18.66 |
| 9/30/2014 | DNC Travel- Austi, Austin,TX,USA | 3.78 |
| 10/30/2014 | Holiday Inn Austin Fa, Austin,TX,Usa | 10.65 |
| 10/30/2014 | Holiday Inn Austin Fa, Austin,TX,Usa | 9.15 |
| 10/30/2014 | Starbucks B SO22301592,Houston,TX,USA | 5.4 |
| 11/7/2014 | VA- Meals at Corpus Chrsiti, 09/17/14 | 36.81 |
| 9/30/2014 | Vietnam Restaurant -T, Corpus Christ, TX, USA | 24.67 |
| 10/30/2014 | Morsels Omni Coprus BA, Corpus Christ, TX, USA | 7.69 |
| 10/30/2014 | PCC 2179, Corpus Christ, TX, USA | 9.5 |
| 10/30/2014 | Shoreline Sandwich Com, Coprus Christ, TX, USA | 16.98 |
| 11/7/2014 | DR - Meals finding people affected bt TX voter ID, 11,07,14 | 101.35 |
| 4/29/2015 | Lunch iin New Orleans for Texas Trial | 34.4 |
| 4/29/2015 | Lunch on way to DC for moot prep for DC | 8.24 |
| 4/29/2015 | Snack in DC on way back from DOJ moot for Texas Trial | 3.73 |
| 5/24/2016 | Dinner in New Orleans for Texas Case- Myrna Perez | 31 |
| 6/30/2016 | Breakfast while in New Orleans for Texas case hearing | 9.14 |
| 6/30/2016 | Lunch in NOLA 5/23 for Texas voter ID hearing | 15.89 |
| 3/4/2017 | Dinner while in transit back from Corpus Christi for hearing | 14.04 |
| 1/30/2018 | Meal during TX ID oral argument travel in NO | 97.97 |
| 2/28/2014 | TaxiPass Houston Kiosk, 08002228294, TX, USA,Ref:PFJJU3 | 71.5 |
| 2/28/2014 | Yellow Cab Company, Houston, TX,USA | 66.55 |
| 8/31/2014 | SQ *Arandas Taxi Servi, Corpus Christ, TX, USA | 28 |
| 9/30/2014 | Express Cab, Corpus Christ, TX,USA | 72.2 |
| 9/30/2014 | SQ *Arandas Taxi Servi, Corpus Christ, TX, USA | 30 |
| 4/29/2015 | Cab service to airport for New Orleans trip for Texas | 78 |
| 4/29/2015 | dinner on way down to New Orleans for Texas trial | 11.24 |
| 8/31/2015 | Cab from airport to home, Texas trip for voter ID meeting | 59.6 |
| 8/31/2015 | Cab to airport for trip to Austin for voter ID talks | 62.4 |
| 6/7/2016 | Lunch while in DC for TX moot | 12.09 |

4

| Date | | Costs |
|---|---|---|
| 8/31/2014 | Lndry's-Crps Christi, Corpus Christ,TX,USA | 28.74 |
| 8/31/2014 | SQ *Czech-Mex bakery &, Corpus Christ,TX,USA | 21.5 |
| 8/31/2014 | Tailwing CRP, Corpus, Christ,TX,USA | 7.13 |
| 8/31/2014 | Urban Taco, DFW Airport, TX, USA | 5.41 |
| 8/31/2014 | Vietnam Restaurant -T, Corpus Christ, TX, USA | 30 |
| 9/30/2014 | Morsels Omni Coprus BA, Corpus Christ, TX, USA | 15.26 |
| 9/30/2014 | Seamless, 800-905-9322, NY, USA | 62.88 |
| 9/30/2014 | Vietnam Restaurant -T, Corpus Christ, TX, USA | 42.72 |
| 9/30/2014 | Whataburger, Dallas,TX,USA | 16.64 |
| 9/30/2014 | PCC 2179, Corpus Christie,TX,USA | 5.36 |
| 5/1/2017 | Meal for Myrna and Ezra during TX oral argument prep | 54.27 |
| 11/20/2017 | Working late for texas voter ID case | 16.98 |

**Professional Services**

| Date | Name | Costs | Description |
|---|---|---|---|
| 1/16/2014 | Contractor 3 | $4,000.00 | Affected persons research. |
| 10/28/2014 | Contractor 4 | $450.00 | Affected persons research. |
| 11/17/2014 | Contractor 2 | $2,950.00 | Affected persons research. |
| 11/17/2014 | Contractor 1 | $1,012.50 | Provisional ballot research. |
| 11/21/2014 | Contractor 1 | $1,225.00 | Provisional ballot research. |
| 11/7/2014 | Contractor 4 | $250.00 | Affected persons research. |
| 11/7/2014 | Contractor 2 | $1,725.00 | Affected persons research. |
| 12/1/2014 | Contractor 1 | $682.50 | Provisional ballot research. |
| 12/15/2014 | Contractor 1 | $1,925.00 | Provisional ballot research. |
| 12/20/2014 | Contractor 5 | $520.00 | Provisional ballot research. |
| 12/21/2014 | Contractor 1 | $1,793.75 | Provisional ballot research. |
| 12/22/2014 | Contractor 6 | $800.00 | Provisional ballot research. |
| 12/23/2013 | Contractor 7 | $3,800.00 | Affected persons research. |
| 12/30/2014 | Contractor 5 | $320.00 | Provisional ballot research. |

| | | | |
|---|---|---:|---|
| 12/31/2014 | Contractor 6 | $590.00 | Provisional ballot research. |
| 12/31/2014 | Contractor 1 | $568.75 | Provisional ballot research. |
| 12/31/2014 | Contractor 1 | $1,041.25 | Provisional ballot research. |
| 12/8/2014 | Contractor 1 | $1,198.75 | Provisional ballot research. |
| 2/19/2015 | Contractor 8 | $300.00 | Provisional ballot research. |
| 2/5/2014 | Contractor 10 | $3,800.00 | Affected persons research. |
| 6/18/2014 | Contractor 2 | $4,000.00 | Affected persons research. |
| 7/10/2014 | Contractor 2 | $2,000.00 | Affected persons research. |
| 8/12/2014 | Contractor 2 | $1,200.00 | Affected persons research. |