# Attachment 1 to Bledsoe Declaration

# ATTACHMENT NO. 1
# RÉSUMÉ – GARY L. BLEDSOE

**EDUCATION**
- J.D., The University of Texas at Austin School of Law, Permanent Class President, 1976
- B.A., The University of Texas at Austin, with Honors and Special Departmental Honors, 1973
- Ector High School Odessa, Texas

**LEGAL CAREER**
- Assistant City Attorney, City of Austin
- Assistant Attorney General
- Special Assistant Attorney General
- Former Visiting Professor, St. Mary's University School of Law
- Private Practice of Law since 1994
- Acting Dean, Texas Southern University Thurgood Marshall School of Law since November 2017

**CAREER DEVELOPMENTS**
- Travis County Bar Association Young Lawyer of the Year Award
- Attorney General of Texas Lawyer of the Year Award
- Austin NAACP Branch President, 1987-1991
- Texas NAACP President, 1991-Present
- NAACP National Board of Directors, 2003-Present
- Texas ACLU Board of Directors
- Housing Chair, National NAACP
- Legal Committee, Vice-Chair, National NAACP
- Texas Southern University Board of Regents, 2007-2017
- National NAACP State President of the Year Award
- Benjamin L. Hooks Keeper of Flame Award
- Helped lead Texas NAACP to two Juanita Jackson Mitchell Advocacy Awards
- Received Advocacy Awards from Austin and Houston NAACP Units

**LEGAL HIGHLIGHTS**
- Cedar Avenue Litigation against Police Department that led to historic settlement, leading to cameras in police units, $1.2 million to be placed in a fund for scholarships to benefit the Plaintiffs and other deserving youth, along with other changes regarding the investigation of alleged police misconduct
- Along with Robert Notzon filed a lawsuit that led to the City of Austin using properly validated tests for police promotions
- Along with Attorney Daniel Covich, helped to devise theory that led to successful class action against major banks for predatory lending
- Redistricting Litigation that included successful efforts to create Congressional District 9, which is currently occupied by the Honorable Al Green

- Along with Attorney Robert Notzon, won two major Jury Awards for retaliation against agency in Texas charged with enforcing discrimination laws
- Won major victory to keep Riverside General Hospital open, with a sweeping and lengthy opinion making it clear that the hospital was victimized through race discrimination.
- Helped to negotiate a scholarship program with HEB for scholarships for students attending Texas Southern University, Prairie View A & M University and Huston-Tillotson University.
- Principal Author of National NAACP Predatory Lending Principles adopted by major banking institutions around the country.