# Attachment 2 to Bledsoe Declaration

# ATTACHMENT NO. 2

## *TEXAS STATE CONFERENCE OF NAACP BRANCHES v. TEXAS*
## TIME RECORDS FOR GARY L. BLEDSOE

| Date | Matter | Description | User/Quantity | Rate |
|---|---|---|---|---|
| 09/13/2013 | 00036-Texas NAACP (Voter ID) | Reviewed the proposed Amended Complaint | Gary Bledsoe<br><br>1.5 | $613.00 |
| 09/24/2013 | 00036-Texas NAACP (Voter ID) | Reviewed correspondence from DOJ to Texas AG's | Gary Bledsoe<br><br>0.25 | $613.00 |
| 09/26/2013 | 00036-Texas NAACP (Voter ID) | Reviewed Consolidation Order | Gary Bledsoe<br><br>0.1 | $613.00 |
| 11/22/2013 | 00036-Texas NAACP (Voter ID) | Responded to email regarding activity in case 2:13-cv-00193 describing which attorneys are on our side in the redistricting case | Gary Bledsoe<br><br>0.1 | $613.00 |
| 12/07/2013 | 00036-Texas NAACP (Voter ID) | Reviewed proposed interrogatories and constructed interrogatory suggestions | Gary Bledsoe<br><br>0.75 | $613.00 |
| 01/02/2014 | 00036-Texas NAACP (Voter ID) | Reviewed discovery requests to client | Gary Bledsoe<br><br>1.5 | $613.00 |
| 01/22/2014 | 00036-Texas NAACP (Voter ID) | ACTIVITIES: Appear for/attend: Conference with co-counsel, re: discovery and other matters | Gary Bledsoe<br><br>1.20 | $613.00 |
| 02/11/2014 | 00036-Texas NAACP | Reviewed and discussed documents for potential document production | Gary Bledsoe<br><br>1.5 | $613.00 |

| | (Voter ID) | | | |
|---|---|---|---|---|
| 04/10/2014 | 00036-Texas NAACP (Voter ID) | Prepared outline for co-counsel regarding additional harms to the community from Voter ID Law | Gary Bledsoe 0.25 | $613.00 |
| 04/29/2014 | 00036-Texas NAACP (Voter ID) | ACTIVITIES: Appear for/attend: Conference Call on NAACP Responses to RFPs | Gary Bledsoe 1.30 | $613.00 |
| 05/28/2014 | 00036-Texas NAACP (Voter ID) | Telephone Call with victim/witness Sammi Bates | Gary Bledsoe 0.25 | $613.00 |
| 06/02/2014 | 00036-Texas NAACP (Voter ID) | Prepared 30(b)(6) witness (Y. Banks) | Gary Bledsoe 1.5 | $613.00 |
| 06/03/2014 | 00036-Texas NAACP (Voter ID) | Worked on 30(b)(6) responses (Y. Banks) | Gary Bledsoe 1.5 | $613.00 |
| 06/04/2014 | 00036-Texas NAACP (Voter ID) | Reviewed subpoena requests on Legislators from the State | Gary Bledsoe 0.5 | $613.00 |
| 06/07/2014 | 00036-Texas NAACP (Voter ID) | Reviewed documents provided by Terri Dukes, possible victim of related DL's registration law | Gary Bledsoe 0.25 | $613.00 |
| 06/24/2014 | 00036-Texas NAACP (Voter ID) | Review and Send email Communications to co-counsel regarding Texas Motion to Stay Fees | Gary Bledsoe 0.80 | $613.00 |
| 06/25/2014 | 00036-Texas NAACP (Voter ID) | Reviewed data from candidate Pierre involving Houston case with issues regarding provisional ballots | Gary Bledsoe 1.25 | $613.00 |
| 07/30/2014 | 00036- | Prepared witnesses (S. Bates | Gary Bledsoe | $613.00 |

| | Texas NAACP (Voter ID) | and C. Jackson) for deposition | 2.0 | |
|---|---|---|---|---|
| 07/31/2014 | 00036-Texas NAACP (Voter ID) | Defended S. Bates and C. Jackson depositions | Gary Bledsoe  3.0 | $613.00 |
| 08/01/2014 | 00036-Texas NAACP (Voter ID) | Traveled to Hearne, TX to interview and prepare witness E. Davis | Gary Bledsoe  8.0 | $613.00 |
| 08/27/2014 | 00036-Texas NAACP (Voter ID) | Reviewed reports of Houston intimidation | Gary Bledsoe  0.5 | $613.00 |
| 08/28/2014 | 00036-Texas NAACP (Voter ID) | Weekly ALL non-DOJ Plaintiff Texas Section 2 Call 866-214-4423; 5161200# | Gary Bledsoe  1.0 | $613.00 |
| 08/28/2014 | 00036-Texas NAACP (Voter ID) | Weekly Texas Section 2 Call w/ DOJ 866-214-4423; 5161200# | Gary Bledsoe  1.0 | $613.00 |
| 09/02/2014 | 00036-Texas NAACP (Voter ID) | Bench Trial @ 9:00am 3rd floor Rm 310  Attended trial, assisted with depo prep and preparation for cross-examinations | Gary Bledsoe  All Day (09/02/2014) 4.0 | $613.00 |
| 09/03/2014 | 00036-Texas NAACP (Voter ID) | Bench Trial @ 9:00am 3rd floor Rm 310  Attended trial, assisted with depo prep and preparation for cross-examinations | Gary Bledsoe  All Day (09/03/2014) 8.0 | $613.00 |
| 09/04/2014 | 00036-Texas NAACP (Voter ID) | Bench Trial @ 9:00am 3rd floor Rm 310 Attended trial, assisted with depo prep and preparation for | Gary Bledsoe  All Day (09/04/2014) | $613.00 |

| | | cross-examinations | 8.0 | |
|---|---|---|---|---|
| 09/02-09/04/2014 | 00036-Texas NAACP (Voter ID) | **TRAVEL EXPENSE:** 217 miles @ $0.50/mile (one-way) or 434 miles @$0.50 (round-trip) | Gary Bledsoe -- | $217.00 |
| 10/12/2014 | 00036-Texas NAACP (Voter ID) | Drafted affidavit for election official | Gary Bledsoe 0.25 | $613.00 |
| 10/24/2014 | 00036-Texas NAACP (Voter ID) | Confer with Co-counsel and review joint response | Gary Bledsoe 0.5 | $613.00 |
| 10/26/2014 | 00036-Texas NAACP (Voter ID) | Interviewed witnesses in Robertson County | Gary Bledsoe 0.5 | $613.00 |
| 08/15/2015 | 00036-Texas NAACP (Voter ID) | News Release **(No Charge/0.25)** | Gary Bledsoe (0.25) | $613.00 |
| 02/24/2016 | 00036-Texas NAACP (Voter ID) | Conference call and meeting with staff to prepare for conference call in Veasey v. Abbott voter ID case. | Gary Bledsoe 1.25 | $613.00 |
| 04/26/2016 | 00036-Texas NAACP (Voter ID) | Reviewed and responded to email regarding contacting other NAACP units on filing Brief-En Banc and wrote about intimidation and counting issue | Gary Bledsoe 0.1 | $613.00 |
| 04/30/2016 | 00036-Texas NAACP (Voter ID) | Reviewed and responded to email regarding Harris County voter fraud amici brief. | Gary Bledsoe 0.1 | $613.00 |
| 05/02/2016 | 00036- | Responded to email from | Gary Bledsoe | $613.00 |

| | Texas NAACP (Voter ID) | Armand Derfner regarding book excerpts about voter mistakes and fraud in absentee and mail-in ballots. | 0.1 | |
|---|---|---|---|---|
| 05/05/2016 | 00036-Texas NAACP (Voter ID) | Reviewed and responded to email regarding Veasey v. Abbott En Banc Oral Argument | Gary Bledsoe<br><br>0.1 | $613.00 |
| 05/13/2016 | 00036-Texas NAACP (Voter ID) | Reviewed and responded to email to Janai Nelson regarding intent issue in voting rights litigation as well as the handling of legislative evidence | Gary Bledsoe<br><br>0.1 | $613.00 |
| 05/24/2016 | 00036-Texas NAACP (Voter ID) | Reviewed and responded to email regarding oral argument to the United States Court of Appeals for the Fifth Circuit | Gary Bledsoe<br><br>0.1 | $613.00 |
| 07/22/2016 | 00036-Texas NAACP (Voter ID) | Reviewed and responded to email discussing previous Texas voter form that was an affidavit form where signers indicated they left or lost their voter registration. Also discussed 2009 proposed compromise to allow voters to use 2 types of photo documentation, which did not pass ultimately. | Gary Bledsoe<br><br>0.1 | $613.00 |
| 07/23/2016 | 00036-Texas NAACP (Voter ID) | Reviewed and responded to email regarding next steps in Texas Photo ID as well as informing the group that it is best to avoid using the term perjury or any clear threat, as such language is intimidating and oppressive and will discourage people from voting. | Gary Bledsoe<br><br>0.3 | $613.00 |
| 07/24/2016 | 00036-Texas | Sent an email about Texas Photo ID with 6 attachments | Gary Bledsoe | $613.00 |

| | NAACP (Voter ID) | each one being a different Texas form- (ex. Oath of office, DL form, Houston public housing application) to examine class distinctions in terms of severity of the threat or warning associated with a signature for various benefits or privileges. | 0.1 | |
|---|---|---|---|---|
| 07/28/2016 | 00036- Texas NAACP (Voter ID) | Reviewed and responded to email news story regarding voter fraud in the Republican Primary, and if there is a basis for the DOJ to consider looking into the matter. | Gary Bledsoe 0.1 | $613.00 |
| 07/28/2016 | 00036- Texas NAACP (Voter ID) | Responded to email regarding South Carolina's misleading voter instructions | Gary Bledsoe 0.1 | $613.00 |
| 08/02/2016 | 00036- Texas NAACP (Voter ID) | Reviewed and responded to email regarding the proposed language to the State for a new paragraph. Suggested additional language to be used in the paragraph. | Gary Bledsoe 0.2 | $613.00 |
| 08/03/2016 | 00036- Texas NAACP (Voter ID) | Send email containing link to news story about Texas reaching a deal on weaker voter ID rules for November | Gary Bledsoe 0.1 | $613.00 |
| 08/04/2016 | 00036- Texas NAACP (Voter ID) | Reviewed and responded to email regarding what to be contained in the revised brief. | Gary Bledsoe 0.1 | $613.00 |
| 08/10/2016 | 00036- Texas NAACP (Voter ID) | Reviewed and responded to email regarding DOJ concern re: special master issue | Gary Bledsoe 0.1 | $613.00 |
| 08/10/2016 | 00036- Texas NAACP | Call with (712) 775-7031 | Gary Bledsoe 0.3 | $613.00 |

| | (Voter ID) | | | |
|---|---|---|---|---|
| 08/11/2016 | 00036-Texas NAACP (Voter ID) | Reviewed and Sent email detailing some of your thoughts about AEO data that was received. | Gary Bledsoe 0.3 | $613.00 |
| 08/11/2016 | 00036-Texas NAACP (Voter ID) | Conducted website report review | 0.5 | $613.00 |
| 08/11/2016 | 00036-Texas NAACP (Voter ID) | Call with (712) 775-7031 | Gary Bledsoe 0.1 | $613.00 |
| 08/16/2016 | 00036-Texas NAACP (Voter ID) | Reviewed and responded to email regarding news story about Texas planning to appeal strict voter ID case to the U.S. Supreme Court | Gary Bledsoe 0.1 | $613.00 |
| 08/16/2016 | 00036-Texas NAACP (Voter ID) | Call with (712) 775-7031 | Gary Bledsoe 0.8 | $613.00 |
| 08/18/2016 | 00036-Texas NAACP (Voter ID) | Reviewed and responded to email regarding AG Paxton going on fox news and threatening prosecution for affidavits | Gary Bledsoe 0.1 | $613.00 |
| 08/25/2016 | 00036-Texas NAACP (Voter ID) | Drafted 3 affidavits | Gary Bledsoe 2.5 | $613.00 |
| 08/26/2016 | 00036-Texas NAACP (Voter ID) | Reviewed affidavits | Gary Bledsoe 0.5 | $613.00 |
| 08/26/2016 | 00036-Texas NAACP | Email with All Texas Voter ID regarding Harris County Clerk Will Vet Voters Who Claim to | Gary Bledsoe 0.1 | $613.00 |

| | (Voter ID) | Lack Photo ID | | |
|---|---|---|---|---|
| 08/26/2016 | 00036-Texas NAACP (Voter ID) | Drafted affidavit for Dr. Richard Watkins | 1.25 | $613.00 |
| 08/28/2016 | 00036-Texas NAACP (Voter ID) | Reviewed and responded to email regarding proposed outline for discussion for call this morning. | Gary Bledsoe<br><br>0.1 | $613.00 |
| 09/02/2016 | 00036-Texas NAACP (Voter ID) | Reviewed and responded to email regarding Veasey v. Abbott: Letter from Private Plaintiffs. Discussed how the State will not implement the remedy in good faith and that the State is now backing away from what Stanart said | Gary Bledsoe<br><br>0.1 | $613.00 |
| 09/02/2016 | 00036-Texas NAACP (Voter ID) | Reviewed statements in the media by elected and appointed officials that we believe my threaten or constitute voting intimidation | 1.25 | $613.00 |
| 09/07/2016 | 00036-Texas NAACP (Voter ID) | Reviewed and responded to email proposing to add the Douglas Declaration as an exhibit. | Gary Bledsoe<br><br>0.1 | $613.00 |
| 09/07/2016 | 00036-Texas NAACP (Voter ID) | Conversed with lawyers and witnesses regarding statements; drafted 2 affidavits (Oliver Hill and James Douglas) | 3.9 | $613.00 |
| 09/16/2016 | 00036-Texas NAACP (Voter ID) | Reviewed and responded to email regarding DOJ request for consent to file reply | Gary Bledsoe<br><br>0.1 | $613.00 |
| 09/19/2016 | 00036-Texas NAACP (Voter ID) | Veasey v. Abbott: Telephonic hearing<br>Call with (712) 775-7031 | Gary Bledsoe<br><br>1.3 | $613.00 |

| | | | | |
|---|---|---|---|---|
| 09/19/2016 | 00036-Texas NAACP (Voter ID) | Reviewed and responded to revised proposed order for motion for additional relief. Added suggestions for how to make the document better. | Gary Bledsoe<br><br>0.1 | $613.00 |
| 09/19/2016 | 00036-Texas NAACP (Voter ID) | Call with (712) 775-7031 | Gary Bledsoe<br><br>0.4 | $613.00 |
| 09/23/2016 | 00036-Texas NAACP (Voter ID) | Reviewed and responded to email containing link to Texas Secretary of State Voter Identification Procedures Election Advisory. SOS requires a scan of all signed declarations. | Gary Bledsoe<br><br>0.1 | $613.00 |
| 09/23/2016 | 00036-Texas NAACP (Voter ID) | Responded to email regarding Texas Election ID Cards which contained language to the effect that voters must still use SB 14 ID. | Gary Bledsoe<br><br>0.1 | $613.00 |
| 10/25/2016 | 00036-Texas NAACP (Voter ID) | Reviewed and responded to email regarding reports of voter complaints from Bexar County, Ector County, and Bell County. Recommended sending out a press advisory about issues so the remainder of the State can be aware | Gary Bledsoe<br><br>0.1 | $613.00 |
| 10/28/2016 | 00036-Texas NAACP (Voter ID) | Sent email regarding Reasonable Impediment Affidavits being sent to Austin and being made available to others, and the history of vigilante groups seeking to intimidate honest citizens. Also discussed the privacy issues related to releasing this information. | Gary Bledsoe<br><br>0.3 | $613.00 |

| 11/02/2016 | 00036-Texas NAACP (Voter ID) | Reviewed and responded to email regarding Harris County early voters being given incomplete ID instructions including the election judge warning voters that they are signing under penalty of perjury | Gary Bledsoe 0.1 | $613.00 |
|---|---|---|---|---|
| 01/20/2017 | 00036-Texas NAACP (Voter ID) | Reviewed and responded to email re: Veasey v. Abbott: Motion for a Continuance | Gary Bledsoe 0.1 | $613.00 |
| 01/21/2017 | 00036-Texas NAACP (Voter ID) | Reviewed and responded to email regarding the DOJ employees being in a difficult situation | Gary Bledsoe 0.1 | $613.00 |
| 01/21/2017 | 00036-Texas NAACP (Voter ID) | Responded to email regarding TRO on common interest privilege | Gary Bledsoe 0.1 | $613.00 |
| 01/23/2017 | 00036-Texas NAACP (Voter ID) | Call with (712) 775-7031 | Gary Bledsoe 0.2 | $613.00 |
| 01/23/2017 | 00036-Texas NAACP (Voter ID) | Responded to email and provided suggestions for proposed email to DOJ on behalf of private plaintiffs in Veasey v. Abbott | Gary Bledsoe 0.1 | $613.00 |
| 02/21/2017 | 00036-Texas NAACP (Voter ID) | ACTIVITIES: Other: Conference Call | Gary Bledsoe 0.6 | $613.00 |
| 02/21/2017 | 00036-Texas NAACP (Voter ID) | ACTIVITIES: Plan and prepare for: Planned and prepared information to present to Client group | Gary Bledsoe 0.5 | $613.00 |
| 02/23/2017 | 00036-Texas | ACTIVITIES: Other: Texas Voter ID Conference Call | Gary Bledsoe | $613.00 |

| | NAACP (Voter ID) | | 0.5 | |
|---|---|---|---|---|
| 03/07/2017 | 00036-Texas NAACP (Voter ID) | Responded to emails regarding effect of SB5 brief, with editing suggestions | Gary Bledsoe 0.1 | $613.00 |
| 03/07/2017 | 00036-Texas NAACP (Voter ID) | ACTIVITIES: Draft/revise: Reviewing emails, drafts and making comments on drafting | Gary Bledsoe 1.80 | $613.00 |
| 03/10/2017 | 00036-Texas NAACP (Voter ID) | Call with (712) 775-7031 | Gary Bledsoe 0.1 | $613.00 |
| 03/20/2017 | 00036-Texas NAACP (Voter ID) | Call with Ezra Rosenberg about case | Gary Bledsoe 0.2 | $613.00 |
| 03/20/2017 | 00036-Texas NAACP (Voter ID) | Sent an email detailing thoughts on matters for potential inclusion in the response. Including the law failing to define reasonable impediment | Gary Bledsoe 0.1 | $613.00 |
| 03/29/2017 | 00036-Texas NAACP (Voter ID) | Reviewed and responded to email re: Activity in Case 2:13-cv-00193 Veasey et al v. Abbott et al Advisory, to notify the court that SB5 passed the Senate | Gary Bledsoe 0.1 | $613.00 |
| 06/01/2017 | 00036-Texas NAACP (Voter ID) | Sent email regarding follow-up calls and about Jose seeking 3 (c) relief for redistricting. | Gary Bledsoe 0.1 | $613.00 |
| 06/03/2017 | 00036-Texas NAACP (Voter ID) | Responded to email question about proposed briefing schedule | Gary Bledsoe 0.1 | $613.00 |

| 06/22/2017 | 00036-Texas NAACP (Voter ID) | Responded to email question about planning a conference call as well as discussing needing to see if reasonable impediment affidavits were scrutinized by grand juries or criminal investigators. | Gary Bledsoe 0.1 | $613.00 |
|---|---|---|---|---|
| 07/01/2017 | 00036-Texas NAACP (Voter ID) | Conference Call (Gary, Myrna, Ezra) | Gary Bledsoe 1.0 | $613.00 |
| 07/17/2017 | 00036-Texas NAACP (Voter ID) | Call with (712) 775-7031 | Gary Bledsoe 0.3 | $613.00 |
| 07/17/2017 | 00036-Texas NAACP (Voter ID) | Sent emails discussing Veasey v. Abbott and planning a time for a conference call to discuss. | Gary Bledsoe 0.1 | $613.00 |
| 08/24/2017 | 00036-Texas NAACP (Voter ID) | Call with (712) 775-7031 | Gary Bledsoe 0.4 | $613.00 |
| 12/05/2017 | 00036-Texas NAACP (Voter ID) | **TRAVEL EXPENSE:** Travel to 5th Cir. for argument hearing | Gary Bledsoe -- | $351.97 |

Total HOURS for Gary Bledsoe representing Texas NAACP: 75.6

Total EXPENSES due for Gary Bledsoe:  $568.97

Total due for Gary Bledsoe: HOURS @ $613.00/hour:  $46,342.80

**TOTAL:      $46,911.77**