# Attachment 3 to Garza Declaration

## Attachment No. 3
## MALC Voter ID Trial Out of Pocket Expenses

| EXPN | 09-03-2014 | $12.04 | Lodging - Photo ID Hearing | Omni Corpus Christi | 900 N Shoreline Blvd | San Antonio | TX | 78205 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Corpus Christi | TX | 78401 |
| EXPN | 09-03-2014 | $30.15 | Lodging - Photo ID Hearing | Omni Corpus Christi | 900 N Shoreline Blvd | Corpus Christi | TX | 78401 |
| EXPN | 09-03-2014 | $139.50 | Lodging - Photo ID Hearing | Omni Corpus Christi | 900 N Shoreline Blvd | Corpus Christi | TX | 78401 |
| EXPN | 09-03-2014 | $394.03 | Lodging - Photo ID Hearing | Omni Corpus Christi | 900 N Shoreline Blvd | Corpus Christi | TX | 78401 |
| EXPN | 09-06-2014 | $115.26 | Lodging - Photo ID Hearing | Omni Corpus Christi | 900 N Shoreline Blvd 900 N Shoreline Blvd | Corpus Christi | TX | 78401 |
| EXPN | 09-06-2014 | $587.35 | Lodging - Photo ID Hearing | Omni Corpus Christi | | Corpus Christi | TX | 78401 |
| EXPN | 09-06-2014 | $737.71 | Lodging - Photo ID Hearing | Omni Corpus Christi | 900 N Shoreline Blvd | Corpus Christi | TX | 78401 |

Total: $2,016.04