IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**[PROPOSED] ORDER GRANTING TEXAS NAACP AND MALC PLAINTIFFS' MOTION FOR AWARD OF REASONABLE ATTORNEYS' FEES AND COSTS**

Pending before the Court is a Motion for Award of Reasonable Attorneys' Fees and Costs on behalf of Plaintiffs Mexican American Legislative Caucus of the Texas House of Representatives and the Texas State Conference of NAACP Branches. Having considered the parties' briefing on this matter, the accompanying declarations, exhibits, and other evidence put forward, the Court finds that the motion should be, and hereby is, GRANTED.

So ORDERED this _____ day of _____, 2019.

_____
**THE HONORABLE NELVA GONZALES RAMOS**