# EXHIBIT C

| Name | Work Date | Hours Billed | Narrative Description | Category | Rate | Subtotal |
|---|---|---|---|---|---|---|
| Haygood, Ryan | 2013 | 100.0 | Factual and legal case pre-filing case investigation and development of potential claims and retaining clients | Pre-Trial and Trial Proceedings | $491.00 | $49,100.00 |
| Haygood, Ryan | 2013 | 70.0 | Drafting complaints (initial and amended) and related intervention papers | Pre-Trial and Trial Proceedings | $491.00 | $34,370.00 |
| Haygood, Ryan | 2013 | 10.0 | Opposing Defs.' Motions to Dismiss | Pre-Trial and Trial Proceedings | $491.00 | $4,910.00 |
| Haygood, Ryan | 2013-2014 | 10.0 | Drafting, revising & responding to discovery requests (e.g., initial disclosures, RPDs, RFAs, and Interrogatories) and disputes, including motion to compel | Pre-Trial and Trial Proceedings | $491.00 | $4,910.00 |
| Haygood, Ryan | 2013-2014 | 100.0 | Considering and securing expert witness(es), and reviewing and finalizing expert reports (V. Burton, Brattle Group) | Pre-Trial and Trial Proceedings | $491.00 | $49,100.00 |
| Haygood, Ryan | 2014 | 100.0 | Preparing, taking, and/or defending depositions of clients, experts, and/or fact witnesses | Pre-Trial and Trial Proceedings | $491.00 | $49,100.00 |
| Haygood, Ryan | 2014 | 100.0 | Preparing for and participating in trial, including delivering a closing argument | Pre-Trial and Trial Proceedings | $491.00 | $49,100.00 |
| | | **490.0** | | | | **$240,590.00** |