# EXHIBIT D

NAACP LDF
Normal Trial Balance
0844015 - TEXAS VOTER ID SECTION 2
From 6/1/2013 Through 12/31/2016

| Account Code | Account Title | Amount |
|---|---|---:|
| 5400 | Court Costs(Depo/Filing/Transcript/Cert) | 21,138.92 |
| 5430 | Expert Witness Fees | 82,786.03 |
| 5435 | Expert Witness Expenses | 1,717.11 |
| 6410 | Air Travel to/from Texas | 17,583.20 |
| 6425 | Hotel Rooms in Texas | 15,749.83 |
| **Report Total** | | **$138,975.09** |