IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br>　　　　　　　Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, *et al.*,<br>　　　　　　　Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**[PROPOSED] ORDER GRANTING PLAINTIFF-INTERVENOR IMANI CLARK'S OPPOSED MOTION FOR AWARD OF REASONABLE ATTORNEYS' FEES AND COSTS**

Pending before the Court is Plaintiff-Intervenor Imani Clark's Opposed Motion for Award of Reasonable Attorneys' Fees and Costs. Having considered the parties' briefing on this matter, the accompanying declarations, exhibits, and other evidence put forward, the Court finds that the motion should be, and hereby is, GRANTED.

So ORDERED this _____ day of _____, 2019.

_____
**THE HONORABLE NELVA GONZALES RAMOS**

1

*Presented by:*

/s/ *Leah C. Aden*
Sherrilyn Ifill
Janai S. Nelson
Leah C. Aden
Deuel Ross
Cara McClellan
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006

/s/ *Jonathan E. Paikin*
Jonathan E. Paikin
Danielle Conley
Kelly P. Dunbar
Tania Faransso
Lynn Eisenberg
Matthew Robinson
Christopher Asta
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Tel:  (202) 663-6000
Fax:  (202) 663-6363

*Counsel for Plaintiff-Intervenor Imani Clark*