IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY et al., <br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, et al., <br> *Defendants*, | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 2:13-cv-193 (NGR) |

## UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFFS' MOTIONS FOR ATTORNEYS' FEES

The State of Texas files this unopposed motion to extend the time to respond to Plaintiffs' Motions for Attorneys' Fees. Plaintiffs have advised the State that they consent to the request for extension of time.

On April 11, 2019, Plaintiffs filed individual motions for attorney's fees. The deadline for the State's response is April 19, 2019. *See* S.D. Tex. L.R. 54.2. The State respectfully requests a thirty-day extension of the deadline, to and including May 20, 2019. Federal Rule of Civil Procedure 6(b) permits the Court to extend the deadline for good cause.

The State of Texas requests an extension in order to appropriately review separate requests for attorney's fees by the Texas Association of Hispanic County Judges and Commissioners, the Taylor Plaintiffs, the Texas NAACP and MALC Plaintiffs, and Plaintiff-Intervenor Imani Clark, which total approximately $4,211,321.94 based on 8,365 hours of billed time entries. *See* Plaintiffs' Motions for

1

Attorneys' Fees, ECF Nos. 1142-1146. The State must review these billing records for reasonableness and, because Plaintiffs' claims are intertwined, for possible duplication of effort and excessive billing. *See Tex. State Teachers Ass'n v. Garland Indep. Sch. Dist.,* 489 U.S. 782, 789 (1989) (recognizing that where the plaintiff's claims involve common facts and related legal theories, the "achievement of prevailing party status alone may say little about whether the expenditure of counsel's time was reasonable in relation to the success achieved"). Given the amount of time necessary to properly review the requests for attorney's fees, the State needs additional time to evaluate Plaintiffs' fee requests and prepare a response. The State of Texas submits this motion not for delay, but for good cause shown. The extension will not cause any undue prejudice to Plaintiffs, all of whom consent to the request.

The State of Texas therefore respectfully requests an order extending the time to respond to Plaintiffs' motions by thirty days, to and including May 20, 2019.

Date: April 18, 2019

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant
 Attorney General

DARREN L. MCCARTY
Deputy Attorney General
 for Litigation

Respectfully submitted.

/s/ Matthew H. Frederick
MATTHEW H. FREDERICK
Deputy Solicitor General

JASON R. LAFOND
Assistant Solicitor General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-6407
Fax: (512) 474-2697

Counsel for Defendants

## CERTIFICATE OF CONFERENCE

I hereby certify that, on April 17, 2019, counsel for the State of Texas conferred with counsel for Plaintiffs regarding its request to extend the time to respond to the motion. Counsel for Plaintiffs advised that they consent to the State's request for an extension of time.

/s/ Matthew H. Frederick  
MATTHEW H. FREDERICK

## CERTIFICATE OF SERVICE

I certify that, on April 18, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

/s/ Matthew H. Frederick  
MATTHEW H. FREDERICK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY et al.,<br>*Plaintiffs*, | §<br>§<br>§ | |
| v. | §<br>§<br>§ | Civil Action No. 2:13-cv-193 (NGR) |
| GREG ABBOTT, et al.,<br>*Defendants*, | §<br>§<br>§<br>§ | |

# ORDER

Before the Court is Defendants' Unopposed Motion to Extend the Time to Respond to Plaintiffs' Motions for Attorneys' Fees. Having considered the Motion, the Court is of the opinion that Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Unopposed Motion to Extend the Time to Respond to Plaintiffs' Motions for Attorneys' Fees is hereby GRANTED.

Defendants' responses are due by May 20, 2019.

SIGNED this _____ day of _____, 2019.

_____
HON. NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE