**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS



ZIP 77002
02 1W
0001374615 APR 24 2019
$ 000.50⁰
U.S. POSTAGE >> PITNEY BOWES

NIXIE    773 NE 1    1910804742419
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 77208101010    *0933-01847-24-40

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

```
20190423-115
```

S. Christopher Suprun
909 Collins Blvd.
Cedar Hill, TX US 75104

United States Courts
Southern District of Texas
F I L E D

APR 29 2019

David J. Bradley, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Tuesday, April 23, 2019
Case Number: 2:13-cv-00193
Document Number: 1148 (1 page)
Notice Number: 20190423-115
Notice: The attached order has been entered.