# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

```
20190423-110
```
Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

United States Courts
Southern District of Texas
F I L E D

MAY 02 2019

David J. Bradley, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Tuesday, April 23, 2019
Case Number: 2:13-cv-00193
Document Number: 1148 (1 page)
Notice Number: 20190423-110
Notice: The attached order has been entered.



CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED
MAY 02 2019
David J. Bradley, Clerk of Court

RETURN TO SENDER
NEED BOOKING #/DOB
INMATE NO LONGER HERE

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD