United States Courts
Southern District of Texas
FILED

MAY 6 2019

David J. Bradley, Clerk of Court

MARIANNE SERPA - REG. IN CHARGE          April 29 19
US DISTRICT CLERK'S OFFICE
1133 N SHORELINE BLVD
CORPUS CHRISTI TX 78401
361-888-3142

RE: UCASH-ABBOTT 2:13cv193 CORPUS 361-888-3142

70+ DOCKET ENTRIES IN THIS CASE ARE FROM ME

PLEASE MAIL ME A COURTESY COPY OF ENTRIES

1053  JUL 5 17  2 PGS APP

UNKNOWN    APRIL 18 19  MOTION TO EXTEND TIME TO FILE FOR ATTY FEES
PRICE
AND [PRICE FOR COMPLETE DOCKET] 2 PAGES SIDE BY SIDE & BACK TO BACK.

( MAY BE RELEASED SOON. I SAW KNOX CO PRESIDING JUDGE IN COURT APR 26.
I FILED AN SPD APPLICATION FOR RECOVERY & THE PRESIDING JUDGE ORDERED A
[WEXFORD EVALUATION.] JUDGE SCOTT SHIPLETT [REFUSED TO WAIVE] THIS
EVALUATION BUT SET A HEARING FOR ME IN JULY. I HAVE A SECURUS
[PHONE DEBIT ACCOUNT] ALLOWING ME 111 MINUTES FOR ONE DOLLAR.
PHONE CALLS MAY EXPEDITE MY EVALUATION

SEE SMITH - STOVER 6-04-2018 WL 2378223 FOR MISTREATMENT OF SDP PRETRIAL
DETAINEES.  SEE ALLISON - SNYDER 2008 332 F.3 1076, 8 PRETRIAL

I WANT COMPLETE [DOCKET SHEET 2:13cv193] CORPUS

                        Robert M Allensworth B14522
                        BMRCC 251 y K 37
                        (M) K 62876 2419
CONTACT BALLOT ACCESS NEWS  415-922-9779

Allensworth B14522 4B60
Bunco 2-1 N (C 77
Mail 628-C 2919



RECEIVED
MAY 06 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS

THIS CORRESPONDENCE
IS FROM AN INMATE OF THE
TDCJ
140 622
ALE OF MAY 15
IDOC
PM 9 L

Marianne Serra - Dep in Charge
US District Clerks Office
1133 N Shoreline Blvd
Corpus Christi TX 78401



neopost
05/02/2019
US POSTAGE
FOREVER
USA

78401-200399