IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY et al., §<br>*Plaintiffs*, §<br>§<br>v. §<br>§<br>§ Civil Action No. 2:13-cv-193 (NGR)<br>GREG ABBOTT, et al., §<br>*Defendants*, §<br>§<br>§ | |

## UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFFS' MOTIONS FOR ATTORNEYS' FEES

The State of Texas files this unopposed motion to extend the time to respond to Plaintiffs' Motions for Attorneys' Fees. Plaintiffs' have advised the State that they consent to the request for extension of time.

On April 11, 2019, Plaintiffs' filed individual motions for attorney's fees incurred during the State's appeal of the district court's order awarding attorney's fees. The deadline for the State's response is May 20, 2019. The State respectfully requests an extension of the deadline, to and including June 20, 2019. Federal Rule of Civil Procedure 6(b) permits the Court to extend the deadline for good cause.

The State of Texas requests an extension in order to appropriately review separate requests for attorney's fees by Plaintiffs Texas Association of Hispanic County Judges and Commissioners, Taylor, Texas NAACP and MALC, and Plaintiff-Intervenor Imani Clark, which total approximately $4,211,321.94, based on 8,365 hours of billed time entries among approximately 40 attorneys. *See* Plaintiffs' Motions

1

for Attorneys' Fees, ECF Nos. 1142-1146. The State must review these billing records for reasonableness and necessity, and, because the Plaintiffs' claims are intertwined, for possible duplication of effort and excessive billing. *See Tex. State Teachers Ass'n v. Garland Indep. Sch. Dist.,* 489 U.S. 782, 789 (1989) (recognizing that where the plaintiff's claims involve common facts and related legal theories, the "achievement of prevailing party status alone may say little about whether the expenditure of counsel's time was reasonable in relation to the success achieved"). Given the amount of time necessary to properly review the requests for attorney's fees, the State requires additional time to evaluate Plaintiffs' fee requests and prepare a response. The State of Texas submits this motion not for delay, but for good cause shown. The extension will not cause any undue prejudice to the Plaintiffs, all of whom consent to the request.

The State of Texas therefore respectfully requests an order extending the time to respond to the Plaintiffs' motions up to and including June 20, 2019.

Dated: May 17, 2019

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

AMANDA J. COCHRAN-MCCALL
Chief for General Litigation Division

/s/Dominique G. Stafford
DOMINIQUE G. STAFFORD

Assistant Attorney General
Texas Bar No. 24079382
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 463-2120 PHONE
(512) 320-0667 FAX
Dominique.Stafford@oag.texas.gov
*Attorneys for the State of Texas*

## CERTIFICATE OF CONFERENCE

I hereby certify that, on May 9, 2019, counsel for the State of Texas conferred with counsel for Plaintiffs regarding its request to extend the time to respond to the motion. Counsel for the Plaintiffs indicated that they are unopposed to the State's request for an extension of time to June 20, 2019.

*/s/ Dominique Stafford*
DOMINIQUE G. STAFFORD
Assistant Attorney General

## CERTIFICATE OF SERVICE

I certify that, on May 17, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

*/s/ Dominique Stafford*
DOMINIQUE G. STAFFORD
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY et al., *Plaintiffs*, | § § § § | |
| v. | § § | Civil Action No. 2:13-cv-193 (NGR) |
| GREG ABBOTT, et al., *Defendants*, | § § § § | |

# **ORDER**

Before the Court is Defendants' Unopposed Motion to Extend the Time to Respond to Plaintiffs' Motions for Attorneys' Fees. Having considered the Motion, the Court is of the opinion that Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Unopposed Motion to Extend the Time to Respond to Plaintiffs' Motions for Attorneys' Fees is hereby GRANTED.

Defendants' responses are due by June 20, 2019.

SIGNED this _____ day of _____, 2019.

_____
HON. NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

1