IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, et al., | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | Civil Action No. 2:13-cv-193 (NGR) |
| | § | |
| GREG ABBOTT, et al., | § | |
| *Defendants*. | § | |

**DEFENDANTS' NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Defendants hereby give notice to the Court of the appearance of Summer R. Lee as additional counsel in this matter. Ms. Lee is admitted to practice in the U.S. District Court for the Southern District of Texas and is a member in good standing of the State Bar of Texas. Defendants request that Ms. Lee be served with all future correspondence and pleadings.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFERY C. MATEER
First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

AMANDA J. COCHRAN-MCCALL
Chief for General Litigation Division

1

/s/ *Summer R. Lee*
SUMMER R. LEE
Assistant Attorney General
Texas Bar No. 24046283
Southern District No. 1840348
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
Summer.Lee@oag.texas.gov

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that, on May 17, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

/s/ *Summer R. Lee*
SUMMER R. LEE
Assistant Attorney General