Marianne Serpa, US District Clerk's Office TXS  May 9 19
1133 N Shoreline Blvd
Corpus Christi TX 78401
361-888-3142

Clerk, U.S. District Court
Southern District of Texas
FILED
MAY 16 2019
David J. Bradley, Clerk of Court

VEASEY v ABBOTT  2:13cv193  Corpus

70+ docket entries are from me!
I HAVE REACHED MY SECURUS 20 CALLE LIMIT! (1-800-844-6591)
(I WANT A WAIVER!)  IF NOT FROM YOU - WHO?

I SUGGEST A LIMITED VOTING BACKUP BALLOT FOR TX & OTHER STATE
HOUSES & US CONGMEN WITH PRIMARY WINNERS FREE ON OWN & 2 MORE
DISTRICT'S -- MORE WITH A FEE"

WITH MY SECURUS PREPAID PHONE ACCOUNT I WANT TO CALL PEOPLE

WITH ME PAYING $1 / 111 MINUTES!  1-800-844-6591

IT IS TO BE EXPECTED THAT A VOTER HOPES TO FIND ON THE BALLOT

A CANDIDATE WHO COMES CLOSE TO REFLECTING HIS POLICY PREFERENCES

ON CONTEMPORARY ISSUES   LUBIN v. PANISH 1974 415 US 709,15

Art 1 §4 is "intended to act as a safeguard against manipulation
of electoral rules by politicians (Rusians) & factions in the
states to entrench themselves or (place their interests over)
those of the electorate." AZ STATE LEGIS v AZ INDEP REDIST COM'N

This backup ballot may promote good behavior by primary voters
and primary winners.  Two parties are enough!
Contact AL Atty Gen 334 242-7300  Montgom Bd Registrars 334-832-1215
Mont gom US Atty 334-223-7280  FBI 334-263-1691  Jail 334-832-4985
Birm US Atty 205-244-2001  FBI 205-326-6166  Registrars 205-325-5550
Huntsville US Atty 256-534-6285 Jail 256-519-4810 Regis 352-3510
Shelby Co Registrar 205-669-3913 Reporter 669-3131 DA 669-3780
Marion Co Regist 205-921-3625 DA 921 3625 Journal Record 921-3104
Winston Co Regist 205-489-3966 DA 489-2285 Jail 489-2115
Chilton Co Regist 201-205-755-3820 News 755-0110 Advert 755-5747
us atty GEN 202-514-2000 2001 DEP 2101  ASSOC 9500

*Robert M Allensworth* BG9-22

Robert M Allensworth B14522
BMRCC 251 N IL 37
Ina IL 62846 2419

R ALLENSWORTH BP4522 4B60
BMRCC 251 N IL 37
INA IL 62846 2419

R ALLENSWORTH BP4522 4B60
BMRCC 251 N IL 37
INA IL 62846 2419



FOREVER
USA

