# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
F I L E D

MAY 28 2019

David J. Bradley, Clerk of Court

20190520-135

Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Monday, May 20, 2019
Case Number: 2:13-cv-00193
Document Number: 1156 (1 page)
Notice Number: 20190520-135
Notice: The attached order has been entered.



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 77002
02 1W
0001374615 MAY 20 2019
$ 000.50⁰

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS
United District of Texas
Southern District of Texas
F I L E D

MAY 28 2019

David J. Bradley, Clerk of Court

RETURN TO SENDER
[ ] NEED BOOKING #/DOB
[X] INMATE NO LONGER HERE
[ ] ILLEGIBLE WRITING
[ ] NEED INMATE FULL NAME
[ ] NOT ACCEPTED-NO RETURN ADDRESS

NIXIE         787   DC 1         0005/25/19

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 77208101010   *0933-02708-20-40