Rosacinna [illegible] Clerk

MAY 24 19

US District Clerk's Office TYID
600 E Harrison Rm 101
Brownsville TX 78520-7277
956-548-2500

PLEASE ACCEPT MY SECURUS PREPAID PHONE CALLS
800-844-6591

I PAY $1 FOR 111 MINUTES — 20 CALLEE LIMIT
I WANT WAIVER!

United States District Court
Southern District of Texas
FILED

JUN 3 2019

David J. Bradley, Clerk of Court

To Dockets v/Clerk-Ar Port 2:17cv193 Corpus 361-888-3142 Blocked from me

I SUGGEST A LIMITED VOTING BACKUP BALLOT FOR TX & OTHER STATE HOUSES & US CONGRESS WITH PRIMARY WINNERS FREE ON OWN & 2 MORE DISTRICTS — MORE WITH A FEE.

PLEASE CONTACT THOMAS C HUNGER, US HOUSE GEN COUNSEL
219 CANNON HOB
WASH DC 20515
202-225-9700 FAX 1360

Robert M Allensworth B14701
BMCC 251 N IL 37
INA IL 62846 2419

R Allensworth TRCC
PMCC 2511 M 10 37
INP K C78YC 2419

RECEIVED
JUN -3 2019
David J. Bradley, Clerk of Court

Rosalinda D'Ventura - Reply in Charge
US District Clark's Office TXSD
600 E Harrison Rm 101
Brownsville TX 78520-7277

78520-727326

