MARIANNE SCRPA - DEP-N-CHARGE
US DISTRICT CLERK OFFICE TXSD
1137 N SHORELINE BLVD
CORPUS CHRISTI TX 78401-1043
361-888-3142

MAY 24 19

VASQUEZ-ABBOTT 2:13cv193 NGR

Case 2:13-cv-00193   Document 1159   Filed on 06/03/19 in TXSD   Page 1 of 2

United States Courts
Southern District of Texas
FILED
JUN - 3 2019
David J. Bradley, Clerk of Court

I am now set to go to Galesburg 94CF264 July 10 19
I want unconditional release, I admit no wrongs!
I WANT THIS 2:13cv193 NGR case continued to consider limited voting!
I WANT WAIVER SECURUS 800-844-6591 20 callee limit!
I got copy of doc 1156 ORDER extending time to respond to ptfs
motions for atty fees. I suggest partial payment.

I now have a SECURUS 800-844-6591 prepaid phone account.
I pay SECURUS $1 for 111 minutes with a 20 callee limit.
                      I want waiver this 20 callee limit!

[3] As the district court 08-cv533-WDS Magistrate recognized,
Allison v Snyder 332 F3 1076, 9-80 rejects Ambrose's premise that
as a denier, he is entitled to alternative treatment.  See ILL
ADMIN CODE 20 § 1905.220. Dr Carich kept saying I was a denier!
-- Ambrose v Godinhez 2013 516 Fed Appx 470, 2

I WANT THIS 2:13cv193 NGR case continued to CONSIDER
my LIMITED VOTING SUGGESTION with primary winners free on own &
2 more districts -- MORE W/A FEE

I WANT A WAIVER SECURUS 800-844-6591 20 callee limit!

Robert M Allensworth B14522
Robert M Allensworth B14522
BMRCC 251 N IL 37
Ina IL 62846 2419

R ALL(illegible) (illegible)
(illegible)
(NP K (illegible) 2019



ST LOUIS
THIS CORP IS FROM
AN INMATE AT THE
IDOC FMI 50 L

MARIANNE SERNA — DEP-IN-CHARGE
US DISTRICT CLERKS OFFICE TXSD
1137 N SHORELINE BLVD
CORPUS CHRISTI TX 78401-1042

United States Courts
Southern District of Texas
FILED

JUN - 3 2019

David J. Bradley, Clerk of Court

78401-200237