# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

```
20190520-140
```
S. Christopher Suprun
909 Collins Blvd.
Cedar Hill, TX US 75104

United States Courts
Southern District of Texas
FILED

JUN 05 2019

David J. Bradley, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

---

Date: Monday, May 20, 2019
Case Number: 2:13-cv-00193
Document Number: 1156 (1 page)
Notice Number: 20190520-140
Notice: The attached order has been entered.

---

$000.50

United States Courts
Southern District of Texas
FILED

JUN 05 2019

David J. Bradley, Clerk of Court

FoE - R20

NIXIE         750    FE 1          0006/01/19
        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC: 77208101010    *0933-02694-20-40

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS