LISA EDDINS - CASE MGR CHIEF JUDGE TXSD  MAY 27 19
LEE H ROSENTHAL
515 RUSK RM 5401          2:13CV193
HOUSTON TX 77002
713-250-5500

TO: DOCKETS VEASEY-ABBOTT 2:13CV193 CORPUS 361-888-3142
FROM ME!

I SUGGEST A LIMITED VOTING BACKUP BALLOT!

I WANT WAIVER SECURED 800-844-6591 TO CALL EE-LEM 15-!

Robert M Allensworth B14-22
BMRCC 251 N IL 37
INF R C 28 C 2411

United States Courts
Southern District of Texas
FILED

JUN 11 2019

David J. Bradley, Clerk of Court

ALLENSWORTH BLESS & BRO
[illegible] Unit P (C 3)
MA (C 62846 24(9)

LISA ENDING, CASE MGR CHIEF JUDGE
US DISTRICT COURT TX-SD
515 RUSK RM. 15-36
HOUSTON, TX 77002

DO NOT WRITE MAIL
MONEY ORDERS NO LONGER ACCEPTED

neopost
06/07/2019
US POSTAGE
FOREVER USA

United States Courts
Southern District of Texas
FILED
JUN 11 2019
David J. Bradley, Clerk of Court