DAVID J BRADLEY, CLERK OF COURT     JUN 7 19

US DISTRICT CLERK'S OFFICE

515 RUSK ST RM 5401    2:13 CV193 CORPUS   2:13CV193

HOUSTON TX 77002

713-250-5500   BLOCKED TO ME THRU SECURUS 800-844-6591

70 of DOCKET ENTRIES VEASEY v ABBOTT 2:13 CV 193 CORPUS

361-888-3142 BLOCKED TO ME AND FROM ME.

United States Courts
Southern District of Texas
FILED
JUN 14 2019
David J. Bradley, Clerk of Court

MY MAIN FOCUS IS ON LIMITED VOTING BACKUP BALLOTS.

I WANT 2:13 CV 193 CORPUS REOPENED OR KEPT OPEN TO CONSIDER LIMITED VOTING BACKUP BALLOTS.

THIS ISSUE GOES BEYOND TEXAS.

ART I §4 IS "INTENDED TO ACT AS A SAFEGUARD AGAINST MANIPULATION OF ELECTORAL RULES BY POLITICIANS (RUSSIANS) & ELECTIONS IN THE STATES TO ENTRENCH THEMSELVES OR PLACE THEIR INTERESTS OVER THOSE OF THE ELECTORATE."

ARIZ STATE LEGIS v AZ INDEP REDIST COMM
135 SCT 2652, 72

CONSIDER DOC 1125 SEP 17 18 FOR THE REASONS SET FORTH APRIL 27 18 THE COURT ENTER FINAL JDGMT DISMISSING THE CASE. NGR

Robert M Allensworth B14722
BMRCC 251 N IL 37
(NR IC 62846 2419)

Ricc Allensworth #1422-4866
Mece 2-1 M 637
PO K CZBRC 7919

DAVID J BRADLEY, CLERK OF COURT
515 RUSK RM 5401
HOUSTON TX 77002

THIS CORR IS FROM
AN INMATE OF THE
IDOC

ST LOUIS

neopost
06/10/2019
US POSTAGE

FOREVER USA

United States Courts
Southern District of Texas
FILED
JUN 14 2019
David J. Bradley, Clerk of Court