LISA EDDINS, CASE MGR CHIEF JUDGE ROSENTHAL
515 RUSK RM 11535
HOUSTON TX 77002
713-250-5500 BLOCKED, 361-888-3142 BLOCKED
913-250-5517 + POSITIVE RESPONSE NOT GIVEN

PLEASE ACCEPT MY SECURUS 800-844-6591 PRISON PHONE CALL.

I PAY SECURUS 800-844-6591 (BLOCKED) 51¢ FOR 15 MINUTES
20 CALLEE LIMIT! I WANT LIMIT WAIVED!  2:13CV193

SUN 3 19
United States Courts
Southern District of Texas
FILED
JUN 11 2019
David J. Bradley, Clerk of Court

70+ DOCKETS VGASEY-PDBUTT 2:13CV193 CORPUS 361-888-3142 BLOCKED
(U) AM 361-888-3111 (POSITIVE ACCEPTANCE NOT GIVEN!) FROM ME

I SUGGEST A LIMITED VOTING BACKUP BALLOT FOR TX &
OTHER STATE HOUSES & US CONGMEN WITH PRIMARY WIN NEN FREE
ON OWN & 1 MORE DISTRICT — MORE WITH A FEE.

I WANT 2:13CV193 KEPT OPEN TO CONSIDER LIMITED VOTING!

ART 1 §4 IS "INTENDED TO ACT AS A SAFEGUARD AGAINST
MANIPULATION OF ELECTORAL RULES BY POLITICIANS, (RUSSIANS) &
FACTIONS IN THE STATES TO ENTRENCH THEMSELVES OR PLACE THEIR
INTERESTS OVER THOSE OF THE ELECTORATE." ARIZ STATE LEGIS - ARIZ
INDU REDIST COMM. 135 S Ct 2652, 73

Robert M Allensworth B14722
BMRCC 251 N IL 37
INA IL 62846 2419

I WANT WAIVER SECURUS 800-844-6591 20 CALLEE LIMIT!
PLEASE CALL SECURUS & LET ME KNOW WHAT SECURUS SAYS

R. Allensworth B14522 4860
Menard 711 N IC 5)
(1C 2846 249)

THIS CORR IS FROM
AN INMATE OF THE
IDOC
MENARD

Lisa Godbey, Case Mgr
515 Rusk on 11535
Houston TX 77002



United States Courts
Southern District of Texas
FILED
JUN 11 2019
David J. Bradley, Clerk of Court

neopost 06/07/2019 US POSTAGE
ST LOUIS
FOREVER USA