IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY et al., § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> GREG ABBOTT, et al., § <br> *Defendants*, § <br> § <br> § | Civil Action No. 2:13-cv-193 (NGR) |

## UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO PRIVATE PLAINTIFFS' MOTIONS FOR ATTORNEY'S FEES

The State Defendants file this unopposed motion to extend the time to respond to the Private Plaintiffs' Motions for Attorney's Fees. The Private Plaintiffs have advised the State Defendants that they do not oppose the request for extension of time.

On April 11, 2019, the Private Plaintiffs filed individual motions for attorney's fees incurred during the State Defendants' appeal of the district court's order awarding attorney's fees. The deadline for the State Defendants' response is June 20, 2019. The requested extension is based on the Private Plaintiffs supplementing requested documentation and/or revising their previously filed affidavits by July 12, 2019. The State Defendants respectfully request an extension of the current deadline to respond to the Private Plaintiffs' individual motions for attorney's fees to August 2, 2019, after the expected supplementation and/or revised affidavits are received from the Private Plaintiffs. Federal Rule of Civil Procedure 6(b) permits the Court to

1

extend the deadline for good cause. Good cause exists since the parties are attempting to confer on various matters regarding the motions for attorney's fees. The extension will not cause any undue prejudice to the Private Plaintiffs, all of whom are unopposed to the extension of time.

The State Defendants therefore respectfully request an order extending the time to respond to the Private Plaintiffs' motions to August 2, 2019.

Dated: June 18, 2019

                                    Respectfully submitted,

                                    KEN PAXTON
                                    Attorney General of Texas

                                    JEFFREY C. MATEER
                                    First Assistant Attorney General

                                    DARREN L. MCCARTY
                                    Deputy Attorney General for Civil Litigation

                                    THOMAS A. ALBRIGHT
                                    Chief-General Litigation Division

                                    /s/*Dominique G. Stafford*
                                    DOMINIQUE G. STAFFORD
                                    Texas Bar No. 24079382
                                    SUMMER R. LEE
                                    Texas Bar No. 24046283
                                    Assistant Attorneys General
                                    Office of the Attorney General
                                    General Litigation Division
                                    P.O. Box 12548, Capitol Station
                                    Austin, TX 78711-2548
                                    (512) 463-2120 PHONE
                                    (512) 320-0667 FAX
                                    Dominique.Stafford@oag.texas.gov
                                    Summer.Lee@oag.texas.gov
                                  *Attorneys for the State of Texas*

## CERTIFICATE OF CONFERENCE

I hereby certify that, on June 13, 2019, counsel for the State Defendants conferred with counsel for the Private Plaintiffs regarding its request to extend the time to respond to the motion. Counsel for the Private Plaintiffs indicated that they are unopposed to the State Defendants' request for an extension of time.

*/s/ Dominique G. Stafford*
DOMINIQUE G. STAFFORD
Assistant Attorney General

## CERTIFICATE OF SERVICE

I certify that, on June 18, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

*/s/ Dominique G. Stafford*
DOMINIQUE G. STAFFORD
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY et al., *Plaintiffs*, | § § § § | |
| v. | § § | Civil Action No. 2:13-cv-193 (NGR) |
| GREG ABBOTT, et al., *Defendants*, | § § § § | |

# **ORDER**

Before the Court is Defendants' Unopposed Motion to Extend the Time to Respond to Plaintiffs' Motions for Attorneys' Fees. Having considered the Motion, the Court is of the opinion that Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Unopposed Motion to Extend the Time to Respond to Plaintiffs' Motions for Attorneys' Fees is hereby GRANTED.

Defendants' responses are due by August 2, 2019.

SIGNED this_____day of_____, 2019.

_____
HON. NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

1