Marianne Serpa, Dep-in-charge
US District Clerk's Office
1133 N Shoreline Blvd
Corpus Christi TX 78401

JUN 13 2019

David J. Bradley, Clerk of Court

June 10 19

70+ dockets Veasey v Abbott 2:13cv193 Corpus 361-888-3142
(US Atty 361-888-3111) are from me.

I suggest a LIMITED VOTING BACKUP BALLOT for TX & other state houses & US Congmen with primary winners free on own & 2 more dists. dists -- more with a fee!

I have a SECURUS 800-844-6591 phone account. I pay SECURUS $1/.
111 minutes with a 20 callee limit I want waived.
                                    I filed a grievance!

I want this case continued or reopenned to consider limited voting! I want to phone Alabama retired judges.

Alabama has experience (Guin Calera) with limited voting!

| | | | | | |
|---|---|---|---|---|---|
| Alsbrooks | 205-320-7450 | Austin | 205-274-8255 | Banks | 256-533-9724 |
| Bell | 256-698-0839 | Bibb | 256-637-2823 | Bozeman | 334-548-2244 |
| Breland | 256-565-3788 | Bright | 334-324-2000 | Brown | 205-592-0020 |
| Brown | 205-252-1146 | Bryan | 334-521-7464 | Cahill | 205-979-8761 |
| Cardwell | 256-442-1962 | Cashion | 205-921-9349 | Childers | 205-400-5168 |
| Coggin | 256-485-0909 | Colquitt | 205-348-1145 | Crow | 256-454-2080 |
| Crowson | 205-669-3814 | Culberson | 334-567-4172 | Dodson | 251-533-5500 |
| Duffey (X Asst Atty Gen 334-242-7300) | | | 712-256-5009 | Ferguson | 205-795-6588 |
| Fielding | 256-208-5936 | Ford | 334-727-7651 | Garrett | 813-294-9414 |
| Gordon | 334-430-8025 | Gosa | 205-712-3296 | Greenhaw | 205-582-9112 |
| Gullage | 334-737-3733 | Halcomb | 205-979-1917 | Hanes | 205-933-9033 |
| Haralson | 256-574-4657 | Hard IV | 205-601-1501 | Harrington | 205-447-0271 |
| Hereford | 205-338-7715 | Holley | 706-518-3320 | Hughes | 334-242-7300 |
| Jackson | 205-387-2171 | Johnson | 334-297-8732 | Johnson | 256-766-3131 |
| Jolly | 256-331-8481 | Junkin | 205-932-4300 | Karrh | 205-758-8964 |
| Kennedy | 334-549-3698 | King | 256-492-1424 | King | 334-335-3242 |
| Kittrell | 251-432-0102 | Lyons | 334-462-6262 | Massey | 334-2720083 |
| McCormick | 878-281-3918 | McDermott | 251-861-7415 | McFerrin | 334-437-1182 |
| Neilson | 334-216-2871 | Owen | 256-295-1968 | Pearson | 251-246-7115 |
| Patton | 205-424-3731 | Reich II | 205-565-7640 | Reid | 251-928-8335 |
| Reynolds | 205-979-8676 | Robinson | 205-594-5133 | Rochester | 256-354-2242 |
| Schilleci | 205-822-9329 | Segrest | 334-252-0036 | Simon | 205-379-1029 |
| Snow | 205-280-5611 | Stedham | 256-770-4422 | Stewart | 256-390-0778 |
| Tease | 256-766-2957 | Thorm | 205-967-5288 | Watson | 256-650-5500 |
| White | 334-798-1615 | Williams | 256-533-7711 | Wilters | 251-937-0274 |
| Woodham | 334-585-2246 | Stacpill | 334-790-00c1 | | |

Art 1 §4 is "Intended to act as a safeguard against manipulation of electoral rules by politicians (russians) & factions in the states to entrench themselves or place their interests over those of the electorate."
Ariz State Legis v AZ Indep Redist Cmn  135 SCt 2652,72

Political party hacks tend to dominate party primarys

Supplement List Being Prepared!

Robert M Allensworth
Robert M Allensworth B14522
BMRCC 251 N IL 37
Ina IL 62846-2419

N Allensworth
Place 21 N (c 77
(c crrsk Lr(9
8766

United States Courts
Southern District of Texas
FILED
JUN 13 2019
David J. Bradley, Clerk of Court

MARIANNE SCARTA Dep-in-charge
US District clerk's office
1133 N Shoreline Blvd
Corpus Christi TX 78401

THIS CORR IS FROM
AN INMATE OF THE
IDOC

neopost
06/14/2019
US POSTAGE
FOREVER
USA

7840182003 0025