David J Bradley, Clerk of Court
515 Rusk St Rm 5400
Houston TX 77002
713-250-5500

JUN 18 19

RE: V CASEY-ABBOTT 2:13cv193 Corpus

United States Courts
Southern District of Texas
FILED
JUN 24 2019
David J. Bradley, Clerk of Court

I want [this case reopened & right of now] to consider my suggestion of a [limited voting backup ballot!]

I have a Securus phone account 800-844-6591

I pay Securus $1/100 minutes - 40 call 6f limit

I want college credit [waiver] - I filed a grievance. You may phone Securus [800-844-6591] I can't

Robert M Allensworth B14-22
BMRCC 251 N IL 37
INA IL 62846 7010

I have an SDP Recovery Hearing in Galesburg IL
94 CF 264 July 10 19 1 PM Phone 309-345-3836

In Oct 1994 a then 12-year old neighbor boy asked me if I had some money. I gave him 30¢. He said I asked him for sex!



N ALLENSWORT BIC-722 4B6
BMNCC  ISC N (C 57
IMR  (C (2841 2469)

United States Courts
Southern District of Texas
F I L E D
JUN 24 2019
David J. Bradley, Clerk of Court

ST LOUIS 6306 CORR IS FROM
21 JUN 2019 AN INMATE OF THE
PM 2L        IDOC

DAVID J BRADLEY, CLERK OF COURT
515 RUSK RM 5101
HOUSTON TX 77002

neopost
06/21/2019
US POSTAGE

77002-260059