# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
**655 East Cesar E. Chavez Blvd., Suite G-65**
**San Antonio, Texas  78206**

JEANNETTE J. CLACK
CLERK OF COURT

PHILIP J. DEVLIN
CHIEF DEPUTY

*FOR BRANDY CORTEZ, CASE MGR NELLIE RAMOS 1133 N SHORELINE BLVD CORPUS 78401*

**June 12, 2019** *361-693-6475*

*REG VEASEY-ABBOTT 2:13 CV 193*

Mr. Robert Allensworth
#B14522 / BMRCC
251 N. Illinois Hwy 37
Ina, IL 62846

*4B60*

*JUN 18 19*

United States Courts
Southern District of Texas
FILED

JUN 2 5 2019

David J. Bradley, Clerk of Court

Dear Mr. Allensworth:

        Thank you for your correspondence, however this office is unable to assist you with your request.

        Please know that this office is prohibited from providing legal advice.

                        Sincerely,

                        By: _____
                        Deputy Clerk

*7 OF DOCKETS 2:13 CV 193 CORPUS FROM ME!*

*I WANT THIS CASE REOPENING & KEPT OPEN TO CONSIDER A LIMITED VOTING BACKUP BALLOT. PRIMARY WINNERS FREE ON OWN & 2 MORE DISTRICTS.*

*I HAVE A SECURUS 800-844-6591 PHONE ACCOUNT*

*I PAY SECURUS $1/ 111 MINUTES — 40 CALLEE LIMIT NOT YET IMPLEMENTED!*

*I WANT CALLEE LIMIT WAIVER — I FILED A GRIEVANCE! YOU MAY PHONE 800-844-6591 — I CAN'T*

*I AM SET FOR A GALESBURG IL SDP RECOVERY HEARING 94 CF 264 1 PM JULY 10 PHONE 309-345-3836*

*IN OCT 1994 A THEN 12-YEAR OLD NEIGHBOR BOY ASKED ME IF I HAD SOME MONEY. I GAVE HIM 30¢, HE SAID I ASKED HIM FOR SEX!*

*Robert M Allensworth B14522*

784401-200399

BRANDY CORTEZ-TALAMANTEZ
NELVA GONZALES RAMOS
1133 N SHORELINE BLVD
CORPUS CHRISTI TX 78401

neopost
06/21/2019
US POSTAGE $
FOREVER
USA