# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS


20190619-20

Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

United States Courts
Southern District of Texas
F I L E D

JUN 27 2019

David J. Bradley, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Wednesday, June 19, 2019
Case Number: 2:13-cv-00193
Document Number: 1166 (1 page)
Notice Number: 20190619-20
Notice: The attached order has been entered.

