# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

JUL 03 2019

David J. Bradley, Clerk of Court

20190619-25

S. Christopher Suprun
909 Collins Blvd.
Cedar Hill, TX US 75104

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Wednesday, June 19, 2019
Case Number: 2:13-cv-00193
Document Number: 1166 (1 page)
Notice Number: 20190619-25
Notice: The attached order has been entered.

