IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) <br> (Consolidated Action) |

## TEXAS NAACP, MALC, AND VEASEY PLAINTIFFS' *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE REVISED ATTORNEYS' FEES AND COSTS MATERIALS

The Texas NAACP, MALC, and Veasey Plaintiffs respectfully request an extension of time until Monday, July 15, 2019 to file their revised materials related to their motion for attorneys' fees and costs. The parties had previously agreed that plaintiffs would file revised materials by July 12, *see* ECF No. 1164 at 1, and the Court thus granted defendants until August 2, 2019 to file their response to plaintiffs' fees motion, *see* ECF No. 1166. Texas NAACP, MALC, and Veasey Plaintiffs request this brief extension to accommodate certain unforeseen circumstances, including the illness of the attorney responsible for portions of these filings. Counsel for Defendants indicated that they do not oppose this request. Such an extension should not affect the remaining briefing schedule.

A proposed order is attached.

Date: July 12, 2019	Respectfully submitted,

/s/ Lindsey B. Cohan
JON M. GREENBAUM
EZRA D. ROSENBERG
BRENDAN B. DOWNES
Lawyers' Committee for
Civil Rights Under Law
1401 New York Avenue NW Suite 400
Washington, D.C. 20005

WENDY WEISER
MYRNA PÉREZ
The Brennan Center for Justice at NYU Law School
120 Broadway, Suite 1750
New York, New York 10271

SIDNEY S. ROSDEITCHER
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064

LINDSEY B. COHAN
Dechert LLP
500 W. 6th Street, Suite 2010
Austin, Texas 78701

NEIL STEINER
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036-6797

JOSE GARZA
Law Office of Jose Garza
7414 Robin Rest Drive
San Antonio, Texas 98209

DANIEL GAVIN COVICH
Covich Law Firm LLC
802 N Carancahua, Ste 2100
Corpus Christi, Texas 78401

GARY BLEDSOE
Potter Bledsoe, LLP
316 W. 12th Street, Suite 307
Austin, Texas 78701

VICTOR GOODE
NAACP
4805 Mt. Hope Drive
Baltimore, Maryland 21215

ROBERT NOTZON
The Law Office of Robert Notzon
1502 West Avenue
Austin, Texas 78701

*Counsel for the Texas State Conference of NAACP Branches and the Mexican American Legislative Caucus of the Texas House of Representatives*

/s/ J. Gerald Hebert
J. GERALD HEBERT
DANIELLE M. LANG
Campaign Legal Center
1411 K Street NW Suite 1400
Washington, DC 20005

CHAD W. DUNN
K. SCOTT BRAZIL
BRAZIL & DUNN
4201 Cypress Creek Pkwy., Suite 530
Houston, Texas 77068

ARMAND G. DERFNER
Derfner & Altman
575 King Street, Suite B
Charleston, S.C. 29403

NEIL G. BARON
Law Office of Neil G. Baron
914 FM 517 W, Suite 242
Dickinson, Texas 77539

DAVID RICHARDS
Richards, Rodriguez & Skeith, LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701

*Counsel for Veasey/LULAC Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2019, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ Lindsey B. Cohan

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) <br> (Consolidated Action) |

**[PROPOSED] ORDER**

The Court has considered the Texas NAACP, MALC, and Veasey Plaintiffs' Unopposed Motion for Extension of Time to File Revised Attorneys' Fees and Costs Materials.  The motion is **GRANTED.**  The Texas NAACP, MALC, and Veasey Plaintiffs shall file their materials by July 15, 2019.

IT IS SO ORDERED.

Dated _____

_____
UNITED STATES DISTRICT JUDGE