IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>GREG ABBOTT, *et al.*,<br><br>      Defendants. | Civil Action No. 2:13-cv-193 (NGR)<br>(Consolidated Action) |

**[PROPOSED] ORDER**

The Court has considered the Texas NAACP, MALC, and Veasey Plaintiffs' Unopposed Motion for Extension of Time to File Revised Attorneys' Fees and Costs Materials. The motion is **GRANTED.** The Texas NAACP, MALC, and Veasey Plaintiffs shall file their materials by July 15, 2019.

IT IS SO ORDERED.


Dated _____


_____
UNITED STATES DISTRICT JUDGE