United States District Court
Southern District of Texas
**ENTERED**
July 12, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, *et al.*,<br><br>Defendants. | Civil Action No. 2:13-cv-193 (NGR)<br>(Consolidated Action) |

**ORDER**

The Court has considered the Texas NAACP, MALC, and Veasey Plaintiffs' Unopposed Motion for Extension of Time to File Revised Attorneys' Fees and Costs Materials. The motion is **GRANTED**. The Texas NAACP, MALC, and Veasey Plaintiffs shall file their materials by July 15, 2019.

IT IS SO ORDERED.

Dated July 12, 2019

_____
UNITED STATES DISTRICT JUDGE