# Attachment C to Rosenberg Declaration

Expense Employee: Mark Posner Doc: 009203861 - In Process                Page 2 of 2

1390

| 8/27/2014 | MEA2 / Lunch Lunch | 71100/LAWYERSCOM 1100000 | Texas ID Sec 2 Suit/Default Task 00740/00000 | Amex | 0.00 | BAS | | R |
| | | | | | 0.0000 | 1.0000 | | |

| 8/27/2014 | MEA3 / Dinner Dinner | 71100/LAWYERSCOM 1100000 | Texas ID Sec 2 Suit/Default Task 00740/00000 | Amex | 0.00 | BAS | | R |
| | | | | | 0.0000 | 1.0000 | 17.27 | |

| 8/24/2014 | TAXI / Taxi Taxi | 71100/LAWYERSCOM 1100000 | Texas ID Sec 2 Suit/Default Task 00740/00000 | Amex | 0.00 | BAS | | R |
| | | | | | 0.0000 | 1.0000 | 28.30 | |

| 8/27/2014 | TAXI / Taxi Taxi | 71100/LAWYERSCOM 1100000 | Texas ID Sec 2 Suit/Default Task 00740/00000 | Employee Paid | 0.00 | BAS | | R |
| | | | | | 0.0000 | 1.0000 | 72.00 | |

Total Employee Amount 72.00
Total Company Amount 1,512.75 1,514.75
Total Report Amount 1,584.75 1,586.75
Reimbursement Amount 72.00

Lula 9/8/14

Mark Posner        Dated 8/28/14        Approved

UNITED E-TKT        PASSENGER RECEIPT 1OF1
THIS TICKET SHALL EXPIRE ONE YEAR FROM DATE OF ISSUE
15AUG14        US
DA2B89ET        /HOUSTON        POSNER/MARKAMR
POSNER/MARKAMR        I
**NOT VALID FOR******RETAIN THIS RECEIPT***        HOUSTON BUSH INTL
**TRANSPORTATION***THROUGHOUT YOUR JOURNEY*        UA 1541 W 27AUG WAAO7AKN
NONREF/OVALUAFTDPT/CHGFEE        WASHINGTON/NATL
MTZT5J

/FC WAS UA AUS 358.14HDAO7AKN /-CRP UA X/HOU UA WAS 261.40WAAO7AKN USD 619.54 END ZP
IAD CRP IAH XT46.46US12.00ZP11.20AY12.00XF IAD4.50RP4.5IAH3

USD 619.54        FP        AXXXXXXXXXXXX1655/XXXX/N263405
XT 81.66
                                    *******************
                                    NOT VALID FOR TRAVEL
0 016 2418755097 4        016 2418755097 4
USD 701.20                A STAR ALLIANCE MEMBER

https://moss.lawyerscommittee.org/BusinessPortal/Applications/PMA/TMENT19.asp?Doc... 8/28/2014

## Radisson

**Mark Posner**
**709 Woodside Parkway**
**Silver Spring MD 20910**
**United States**

| | |
|---|---|
| Room No. | : 0432 |
| Arrival | : 08-24-14 |
| Departure | : 08-26-14 |
| Page No. | : 1 of 1 |
| Folio No. | : |
| Conf. No. | : 3707539 |
| Cashier No. | : 102 |

**INFORMATION INVOICE**
Membership No.    :
A/R Number          :
Group Code          :
Company Name      :

08-26-14    02:07:43 AM CDT

| Date | Text | | Charges | Credits |
|---|---|---|---|---|
| 08-24-14 | Room Charge | | 209.00 | |
| 08-24-14 | 6% State Occupancy Tax | | 12.54 | 240.35 |
| 08-24-14 | 9% City Occupancy Tax | | 18.81 | |
| 08-25-14 | chavez - breakfast | Room# 0432 : CHECK# 6001 | 21.67 | |
| 08-25-14 | chavez - dinner | Room# 0432 : CHECK# 6019 | 28.02 | |
| 08-25-14 | Room Charge | | 209.00 | |
| 08-25-14 | 6% State Occupancy Tax | | 12.54 | 240.35 |
| 08-25-14 | 9% City Occupancy Tax | | 18.81 | |
| 08-26-14 | American Express | | | 530.39 |

| | | Charges | Credits |
|---|---|---|---|
| | **Total** | **530.39** | **530.39** |
| | **Balance** | | **0.00** |

Club Carlson:  A faster way to a free night stay at over 1000 Carlson hotels worldwide.
Enroll and learn more at the front desk or at clubcarlson.com

### Thank You For Staying With Us

I agree that my liability for this bill is not waived and agree to be held personally responsible in the event that the indicated person, company or association fails to pay for any portion or the full amount of these charges.

Guest Signature_____

Radisson Hotel & Suites Austin Downtown
111 E. Cesar Chavez St. at Congress
Austin, TX 78701
Telephone: (512) 478-9611 Fax: (512) 473-8399
Email: RHI_AUTX@Radisson.com

PASSENGER RECEIPT    1 OF 1    SPECIAL SERVICE
27AUG14         US         TICKET
DM/D25B16    /CORPUS CHRISTI

THIS IS YOUR RECEI

POSNER/MARKAMR
**NOT VALID FOR**
**TRANSPORTATION**    PSGR TICKET    01624187550974

CRP EV IAH                              MTZT5J    FOR CONDITIONS OF
                                                  CONTRACT - SEE
1 SAME DAY STANDBY FEE 75.00 UA                   PASSENGER TICKET A
                                                  BAGGAGE CHECK

USD    75.00                                      NOT VALID FOR TRAV
                    AXXXXXXXXXXXXX1655/XXXX/148826

USD    75.00              1 016 2922636698 3

                                          A STAR ALLIANCE MEMBER

# OMNI HOTELS & RESORTS

### corpus christi | texas

900 North Shoreline Blvd.
Corpus Christi, TX 78401
Phone: 361-887-1600 • Fax: 361-887-6715
Reservations: 800-843-6664

POSNER, MARK
COASTAL BEND COMMUNITY BUSINESS
709 WOODSIDE PKWY.
Silver Spring, MD  20910 US

**Room Number:** 1644
**Daily Rate:** 139.00
**Room Type:** DDNB
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 8/26/2014 | 8/27/2014 | XXXXXXXXXXXX1655 | CBCB | ESP | 14501780055 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 8/26/2014 | 1644 | ROOM CHARGE | #1644 POSNER, MARK | $139.00 |
| 8/26/2014 | 1644 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $12.51 |
| 8/26/2014 | 1644 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $8.34 |
| 8/27/2014 | 1644 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($159.85) |

**TOTAL DUE:**                    $0.00

TERMS:   DUE AND PAYABLE UPON PRESENTATION.   I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.





CREDIT CARD (...9620)

| Trans Date | Post Date | Type | Description | | Amount |
|---|---|---|---|---|---|
| 04/08/2015 | 04/10/2015 | Sale | UNITED 01675877885054 | | $459.20 |
| | | | 800-932-2732, TX 770020000 US | | |
| | | | In-person transaction | | |
| Rewards earned[1] | | | + Points earned on all other purchases | 459.20 | |
| | | | Total rewards | 459.20 Points | |

Link opens comment card
Site Feedback

CHASE ◯

Chase
Guest Rewards™

Account Activity

https://cards.chase.com/tcc/Account/Activity/49707973725

CREDIT CARD (...9620)

| Trans Date | Post Date | Type | Description | Amount |
|---|---|---|---|---|
| 04/15/2015 | 04/24/2015 | Sale | UNITED 0167589626282211 800-932-2732 TX 770020000 US In-person transaction | $550.00 |

Rewards earned[1]

+ Points earned on all other purchases        550.00

Total rewards        550.00 Points

$ 350 in
Charge
$ 200 .00 - charge fee
not charged

1/1



Do not expose to excessive heat or direct sunlight.

STAPLE
HERE

PRINTED IN U.S.A. BY MAGNETIC TICKET AND LABEL CORP., DALLAS, TX   CSM957   REV. 11/12

UNITED

ROSENBERG/EZRAD
**NOT VALID FOR**
**TRANSPORTATION**

CPP UA IAH UA DCA

1 FIRST CHECKED BAG 25.00

USD   25.00

USD   25.00

USD   25.00

PASSENGER RECEIPT
07JUN17
1Q/DB518F /

PSGR TICKET   0162350987 6774

P00Y10

XXXXXXXXXXXXX9613/XXXX/O0660Z

1 016 2607652446 1

1 OF 1

US

—

UNITED
EXCESS BAGGAGE
TICKET

ROSENBERG/EZ
REC LOC-P00Y10
UA6332 DCA
WASHINGTON DC
UA3780 IAH
CRP/1Q
07JUN17/1Q21

5016 737648

A STAR ALLIANCE MEMBER



## Your flight itinerary to Mexico City, Distrito Federal - MEX is changed

**Expedia** <expedia@expediamail.com>
Para: erandizamora@gmail.com

25 de julio de 2014, 16:47



Flights | Hotels | Cars | Vacation Packages | Cruises | Activities | DEALS & OFFERS

*Return Flight.*
*pls see attached*
*email*
*chain.*

Dear Rosa Zamora,

Per your request, your flight has been changed. You will be charged a total amount of $477.68 USD by the airline for the difference in fare and/or airline imposed penalties. Per our discussion, please review the new revised and confirmed itinerary schedule in the Traveler Details section.

Note that the airline may charge additional fees for checked baggage or other optional services.

### Traveler Details

**Main contact:** Rosa Zamora
E-mail: erandizamora@gmail.com

**Traveler(s):** 1
**Traveler:** Rosa Zamora
Airline Ticket No.: **0017468644702**

Expedia Itinerary No.: 174349742760

### Revised Itinerary

Saturday, August 02, 2014

Flight

**American Airlines Flight 1616**

Airline confirmation code: **VVJEQA**

Depart 7:50 AM   Austin, TX - AUS
Arrive 8:55 AM    Dallas, TX - DFW

Flight

**American Airlines Flight 389**

Airline confirmation code: **VVJEQA**

Depart 9:50 AM Dallas, TX - DFW
Arrive 12:15 PM Mexico City, Distrito Federal - MEX

### Revised Itinerary

Sunday, August 10, 2014

Flight

**US Airways Flight 828**

Airline confirmation code: **FV7SVM**

Depart 1:35 PM Mexico City, Distrito Federal - MEX
Arrive 6:31 PM   Charlotte, NC - CLT

Flight

**US Airways Flight 856**

Airline confirmation code: **FV7SVM**

Depart 7:45 PM Charlotte, NC - CLT
Arrive 9:04 PM   Washington, DC - DCA

**Helpful links**

**More Traveler Tools**

**Best Price Guarantee**
Expedia guarantees you're getting the best



Erandi Zamora <erandizamora@gmail.com>

---

# Expedia travel confirmation - Jul 29, 2014 - (Itin# 181096168406)

**Expedia Travel Services** <usmail@expediamail.com>
Para: erandizamora@gmail.com

25 de julio de 2014, 15:22

## Travel Confirmation

Thank you for booking your trip with Expedia. This email is your receipt for the travel item(s) you just booked.

Remember that you can always view your itinerary online for the most up-to-date information.

 **Flight**: Washington to Austin

| | Total ticket cost: | $261.40 |
| --- | --- | --- |
| | Taxes & Fees: | $42.20 |
| | Airfare total: | $303.60 |

**Traveler name:** Rosa Zamora

| | |
| --- | --- |
| Washington (DCA) to Atlanta (Hartsfield- 07/29/14 2:00 PM - 3:59 PM Jackson Atlanta Intl.) | Delta 151 |
| Atlanta (Hartsfield-Jackson Atlanta Intl.) 07/29/14 4:38 PM - 6:03 PM to Austin (AUS) | Delta 686 |

The airline may charge additional fees for checked baggage or other optional services

Special requests

Free and special meals are not available on many flights.

→ View your itinerary for complete and up-to-date trip details, or to make changes online.

## Customer Support

### Itinerary number: 181096168406

If you have questions about your reservation, fill out our itinerary assistance form. We'll respond within 24 hours. For immediate assistance call Expedia.com at 1-877-261-3523 and have the itinerary number ready.



### Expedia Rewards™ Summary for this Itinerary

Rewards ID: **0001-0111-7794**

Congratulations!—once your trip is complete, you'll earn:

67 total points for your travel

Want to know about great travel deals? Sign up to receive Expedia emails!

* Your room will be guaranteed for late arrival.

## Important Hotel Information

Although Expedia does not charge a fee to change or cancel your booking, **Wyndham Garden Hotel Austin** may still charge a fee in accordance with its own rules & regulations.

* Cancellations or changes made after 4:00 PM (Central Daylight Time (US & Canada)) on July 28, 2014 or no-shows are subject to a hotel fee equal to the first night's rate plus taxes and fees.

* View your online itinerary for additional rules and restrictions.

Award points and airline mileage may not be awarded when booking an Expedia Special Rate hotel.

## Room
Deluxe Room, 1 King Bed

Includes:
Free Parking Free Wireless Internet Free Airport Shuttle

Reserved for
Rosa Zamora 1 adult

Requests
1 king, non-smoking room

Price Summary

Total **$570.36**
Collected by Expedia

| Room Price | $570.36 |
| --- | --- |
| **4 nights** | $124.00 avg./night |
| 7/29/14 | $129.00 |
| 7/30/14 | $129.00 |
| 7/31/14 | $129.00 |
| 8/1/14 | $109.00 |
| Taxes & Fees | $74.36 |
| All prices quoted in USD. | |

Additional Hotel Services

The below fees and deposits only apply if they are not included in your selected room rate.

The following fees and deposits are charged by the property at time of service, check-in, or check-out.

# UNITED

A STAR ALLIANCE MEMBER

Confirmation:
## HVF2PJ

Issue Date: August 11, 2014

**Traveler**
POSNER/MARKAMR

**eTicket Number**
0162418282588

**Frequent Flyer**
UA-GKD0XXXX

**Seats**
28E/9D

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Sun, 31AUG14 | UA1491 | K | BALTIMORE, MD (BWI) **12:13 PM** | HOUSTON, TX (IAH -BUSH INTL) **2:28 PM** | 737-900 | Purchase |
| Sun, 31AUG14 | UA4496 | K | HOUSTON, TX (IAH -BUSH INTL) **3:35 PM** | CORPUS CHRISTI, TX (CRP) **4:32 PM** | ERJ-145 | |

Flight operated by EXPRESSJET AIRLINES INC. doing business as UNITED EXPRESS.

**FARE INFORMATION**

**Fare Breakdown**

| | | |
|---|---|---|
| Airfare: | 122.79USD | **Form of Payment:** |
| U.S. Federal Transportation Tax: | 9.21 | AMERICAN EXPRESS |
| U.S. Flight Segment Tax: | 8.00 | Last Four Digits 1655 |
| September 11th Security Fee: | 5.60 | |
| U.S. Passenger Facility Charge: | 7.50 | |
| Per Person Total: | 153.10USD | |

**eTicket Total:**          **153.10USD**

The airfare you paid on this itinerary totals: 122.79 USD

**The taxes, fees, and surcharges paid total: 30.31 USD**

Fare Rules:     Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

Additional Charges:     Sat., Aug. 30, 2014/American Express 1655 was charged 25.00 USD for the following: First Checked Bag / EDD 01626040097371

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 8/31/2014 Baltimore, MD (BWI) to Corpus Christi, TX (CRP) | 25.00 USD | 35.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |

**Additional Baggage Information**
**The above amounts represent an estimate of the first and second checked baggage service charges that may apply to your itinerary.**
**If your itinerary contains multiple travelers, the service charges may vary by traveler, depending on status or memberships.**
**Carry-on baggage information**
United accepts one carry-on item with maximum dimensions of 9"x14"x22" (22 cm + 35 cm + 56 cm) in the aircraft cabin, along with one personal item such as a laptop bag with maximum dimensions of 9"x10"x17" (22 cm + 25 cm + 43 cm).
Due to FAA regulations, operating carriers may have different carry-on requirements.
Please check with the operating carrier for more information or go to united.com.
**General Baggage Information**
First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items
or sporting equipment, visit united.com/baggage.

**eTicket Reminders**

# UNITED

Confirmation:
**HVF2PJ**

## Baggage Receipt

Issue Date: August 30, 2014

| Traveler | Baggage Document | Ticket Number |
|---|---|---|
| POSNER/MARKAMR | 01626040097371 | 01624182825882 |

### FLIGHT INFORMATION

| Day, Date | Flight | Departure City/Time | Arrival City/Time | Aircraft |
|---|---|---|---|---|
| Sun, 31AUG14 | UA1491 | BALTIMORE (BWI)<br>12:13 PM | HOUSTON-BUSH INTL (IAH)<br>2:28 PM | 737-900 |
| Sun, 31AUG14 | UA4496 | HOUSTON-BUSH INTL (IAH)<br>3:35 PM | CORPUS CHRISTI (CRP)<br>4:32 PM | ERJ 145 |

### FEE INFORMATION

| Description | Quantity | Fees |
|---|---|---|
| First Bag Fee | 1 | $25.00 |
| | **TOTAL FEES:** | **$25.00** |

**Method of Payment**
AmericanExpress XXXXXXXXXXX1655

**Cardholder Name**
Mark A Posner

### Excess Baggage Terms and Conditions

- All excess baggage is subject to space availability.
- Receipt for payment must be presented at bag check.

For up to the minute flight information, go to mobile.united.com.

 **UNITED** A STAR ALLIANCE MEMBER

Confirmation:
**HT2SE4**
Check-In >

Issue Date: September 09, 2014

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| POSNER/MARKA | 0162421386835 | | 11D/24B |

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Fri, 12SEP14 | UA3818 | H | CORPUS CHRISTI, TX (CRP) **10:47 AM** | HOUSTON, TX (IAH -BUSH INTL) **11:48 AM** | ERJ-145 | |

Flight operated by EXPRESSJET AIRLINES INC. doing business as UNITED EXPRESS.

| | | | | | | |
|---|---|---|---|---|---|---|
| Fri, 12SEP14 | UA562 | H | HOUSTON, TX (IAH -BUSH INTL) **1:01 PM** | WASHINGTON, DC (IAD - DULLES) **5:07 PM** | A-320 | Purchase |

## FARE INFORMATION

**Fare Breakdown**

| | | |
|---|---|---|
| Airfare: | 392.56 USD | **Form of Payment:** |
| U.S. Federal Transportation Tax: | 29.44 | AMERICAN EXPRESS |
| U.S. Flight Segment Tax: | 8.00 | Last Four Digits 1655 |
| September 11th Security Fee: | 5.60 | |
| U.S. Passenger Facility Charge: | 7.50 | |
| Per Person Total: | 443.10 USD | |

**eTicket Total:** **443.10 USD**

The airfare you paid on this itinerary totals: 392.56 USD

**The taxes, fees, and surcharges paid total: 50.54 USD**

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## Baggage allowance and charges for this itinerary.

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 9/12/2014 Corpus Christi, TX (CRP) to Washington, DC (IAD - Dulles) | 25.00 USD | 35.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |

### Additional Baggage Information

**The above amounts represent an estimate of the first and second checked baggage service charges that may apply to your itinerary.**
**If your itinerary contains multiple travelers, the service charges may vary by traveler, depending on status or memberships.**
**Carry-on baggage information**
United accepts one carry-on item with maximum dimensions of 9"x14"x22" (22 cm + 35 cm + 56 cm) in the aircraft cabin, along with one personal item such as a laptop bag with maximum dimensions of 9"x10"x17" (22 cm + 25 cm + 43 cm).
Due to FAA regulations, operating carriers may have different carry-on requirements.
Please check with the operating carrier for more information or go to united.com.
**General Baggage Information**



Confirmation:
**HT2SE4**

# Baggage Receipt
Issue Date: September 11, 2014

| Traveler | Baggage Document | Ticket Number |
|---|---|---|
| POSNER/MARKA | 01626045578522 | 01624213868351 |

**FLIGHT INFORMATION**

| Day, Date | Flight | Departure City/Time | Arrival City/Time | Aircraft |
|---|---|---|---|---|
| Fri, 12SEP14 | UA3818 | CORPUS CHRISTI (CRP) 10:47 AM | HOUSTON-BUSH INTL (IAH) 11:48 AM | ERJ 145 |
| Fri, 12SEP14 | UA562 | HOUSTON-BUSH INTL (IAH) 1:01 PM | WASHINGTON-DULLES (IAD) 5:07 PM | A-320 |

**FEE INFORMATION**

| Description | Quantity | Fees | Method of Payment |
|---|---|---|---|
| First Bag Fee | 1 | $25.00 | AmericanExpress XXXXXXXXXXX1655 |
| | | | **Cardholder Name** |
| **TOTAL FEES:** | | **$25.00** | Mark A Posner |

**Excess Baggage Terms and Conditions**

- All excess baggage is subject to space availability.
- Receipt for payment must be presented at bag check.

For up to the minute flight information, go to mobile.united.com.

# OMNI HOTELS & RESORTS

corpus christi | texas

900 North Shoreline Blvd.
Corpus Christi, TX 78401
Phone: 361-887-1600 • Fax: 361-887-6715
Reservations: 800-843-6664

POSNER, MARK
LAWYERS COMMITTEE FOR CIVIL RIGHTS UN
709 Woodside Pkwy.
Silver Spring, MD  20910 US

**Room Number:** 1554
**Daily Rate:** 115.00
**Room Type:** DDNB
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---|---|---|---|---|---|
| 08/31/14 | 09/12/14 | XXXXXXXXXXXX1655 | CBEND | ESP | 14501777239 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 08/31/14 | 1554 | GLASS PAVILION RESTAURANT | 1554/6344/20:20/GLASS PAVILION RESTAURAN | $18.16 |
| 08/31/14 | 1554 | ROOM CHARGE | #1554 POSNER, MARK | $115.00 |
| 08/31/14 | 1554 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 08/31/14 | 1554 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $6.90 |
| 09/01/14 | 1554 | GLASS PAVILION RESTAURANT | 1554/6393/09:27/GLASS PAVILION RESTAURAN | $20.10 |
| 09/01/14 | 1554 | GLASS PAVILION RESTAURANT | 1554/6464/18:54/GLASS PAVILION RESTAURAN | $17.66 |
| 09/01/14 | 1554 | ROOM CHARGE | #1554 POSNER, MARK | $115.00 |
| 09/01/14 | 1554 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 09/01/14 | 1554 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $6.90 |
| 09/02/14 | 1554 | GLASS PAVILION RESTAURANT | 1554/6534/20:31/GLASS PAVILION RESTAURAN | $34.69 |
| 09/02/14 | 1554 | ROOM CHARGE | #1554 POSNER, MARK | $115.00 |
| 09/02/14 | 1554 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 09/02/14 | 1554 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $6.90 |
| 09/03/14 | 1554 | GLASS PAVILION RESTAURANT | 1554/6608/20:15/GLASS PAVILION RESTAURAN | $33.06 |
| 09/03/14 | 1554 | ROOM CHARGE | #1554 POSNER, MARK | $115.00 |
| 09/03/14 | 1554 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 09/03/14 | 1554 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $6.90 |
| 09/04/14 | 1554 | ROOM CHARGE | #1554 POSNER, MARK | $115.00 |
| 09/04/14 | 1554 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 09/04/14 | 1554 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $6.90 |
| 09/05/14 | 1554 | ROOM CHARGE | #1554 POSNER, MARK | $115.00 |
| 09/05/14 | 1554 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 09/05/14 | 1554 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $6.90 |
| 09/06/14 | 1554 | ROOM CHARGE | #1554 POSNER, MARK | $115.00 |
| 09/06/14 | 1554 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 09/06/14 | 1554 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $6.90 |
| 09/07/14 | 1554 | GLASS PAVILION RESTAURANT | 1554/6859/08:00/GLASS PAVILION RESTAURAN | $21.00 |
| 09/07/14 | 1554 | GLASS PAVILION RESTAURANT | 1554/6942/21:19/GLASS PAVILION RESTAURAN | $26.73 |
| 09/07/14 | 1554 | ROOM CHARGE | #1554 POSNER, MARK | $115.00 |
| 09/07/14 | 1554 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 09/07/14 | 1554 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $6.90 |

**CONTINUED ON NEXT PAGE**

TERMS:  DUE AND PAYABLE UPON PRESENTATION.  I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

# OMNI HOTELS & RESORTS

## corpus christi | texas

900 North Shoreline Blvd.
Corpus Christi, TX 78401
Phone: 361-887-1600 • Fax: 361-887-6715
Reservations: 800-843-6664

POSNER, MARK
LAWYERS COMMITTEE FOR CIVIL RIGHTS UN
709 Woodside Pkwy.
Silver Spring, MD 20910 US

**Room Number:** 1554
**Daily Rate:** 115.00
**Room Type:** DDNB
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 08/31/14 | 09/12/14 | XXXXXXXXXXXX1655 | CBEND | ESP | 14501777239 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 09/08/14 | 1554 | MORSELS, BAYFRONT TOWER | 1554/9309/07:30/MORSELS, BAYFRONT TOWER | $3.25 |
| 09/08/14 | 1554 | ROOM CHARGE | #1554 POSNER, MARK | $115.00 |
| 09/08/14 | 1554 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 09/08/14 | 1554 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $6.90 |
| 09/09/14 | 1554 | AMERICAN EXPRESS | AX*** 1655 HOUSE LIMIT | ($2,330.00) |
| 09/09/14 | 1554 | ROOM CHARGE | #1554 POSNER, MARK | $115.00 |
| 09/09/14 | 1554 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 09/09/14 | 1554 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $6.90 |
| 09/10/14 | 1554 | ROOM CHARGE | #1554 POSNER, MARK | $115.00 |
| 09/10/14 | 1554 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 09/10/14 | 1554 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $6.90 |
| 09/11/14 | 1554 | ROOM CHARGE | #1554 POSNER, MARK | $115.00 |
| 09/11/14 | 1554 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 09/11/14 | 1554 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $6.90 |
| 09/12/14 | 1554 | AMERICAN EXPRESS | AX...1655 CREDIT | $568.35 |

$ 1761.65

**TERMS:** DUE AND PAYABLE UPON PRESENTATION. I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

**TOTAL DUE:** $0.00

eTicket Itinerary and Receipt

 **UNITED** A STAR ALLIANCE MEMBER

Confirmation:
**PHYKK6**

Check-In >

Issue Date: September 15, 2014

**Traveler**
POSNER/MARKAMR

**eTicket Number**
0162422189786

**Frequent Flyer**
UA-GKD0XXXX

**Seats**
29A/22D/11D/26F

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Sun, 21SEP14 | UA244 | E | WASHINGTON, DC (DCA – NATIONAL) **11:30 AM** | HOUSTON, TX (IAH –BUSH INTL) **1:48 PM** | A-320 | Purchase |
| Sun, 21SEP14 | UA3825 | E | HOUSTON, TX (IAH –BUSH INTL) **3:30 PM** | CORPUS CHRISTI, TX (CRP) **4:27 PM** | ERJ-145 | |

Flight operated by EXPRESSJET AIRLINES INC. doing business as UNITED EXPRESS.

| | | | | | | |
|---|---|---|---|---|---|---|
| Mon, 22SEP14 | UA4162 | W | CORPUS CHRISTI, TX (CRP) **2:17 PM** | HOUSTON, TX (IAH –BUSH INTL) **3:15 PM** | ERJ-145 | |

Flight operated by EXPRESSJET AIRLINES INC. doing business as UNITED EXPRESS.

| | | | | | | |
|---|---|---|---|---|---|---|
| Mon, 22SEP14 | UA292 | W | HOUSTON, TX (IAH –BUSH INTL) **4:00 PM** | WASHINGTON, DC (DCA – NATIONAL) **8:03 PM** | A-319 | Purchase |

**FARE INFORMATION**

**Fare Breakdown**
Airfare:                                         727.45USD
U.S. Federal Transportation Tax:                   54.55
U.S. Flight Segment Tax:                           16.00
September 11th Security Fee:                        11.20
U.S. Passenger Facility Charge:                    15.00
Per Person Total:                               824.20USD

**Form of Payment:**
AMERICAN EXPRESS
Last Four Digits 1655

**eTicket Total:**                              **824.20USD**

The airfare you paid on this itinerary totals: 727.45 USD

**The taxes, fees, and surcharges paid total: 96.75 USD**

Fare Rules:       Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 9/21/2014 Washington, DC (DCA – National) to Corpus Christi, TX (CRP) | 25.00 USD | 35.00 USD | 50.0lbs (23.0kg) – 62.0in (157.0cm) |
| 9/22/2014 Corpus Christi, TX (CRP) to Washington, DC (DCA – National) | 25.00 USD | 35.00 USD | 50.0lbs (23.0kg) – 62.0in (157.0cm) |

**Additional Baggage Information**
**The above amounts represent an estimate of the first and second checked baggage service charges that may apply to your itinerary.**
**If your itinerary contains multiple travelers, the service charges may vary by traveler, depending on status or memberships.**
**Carry-on baggage information**
United accepts one carry-on item with maximum dimensions of 9"x14"x22" (22 cm + 35 cm + 56 cm) in the aircraft cabin, along with one personal item such as a laptop bag with maximum dimensions of 9"x10"x17" (22 cm + 25 cm + 43 cm).
Due to FAA regulations, operating carriers may have different carry-on requirements.
Please check with the operating carrier for more information or go to united.com.
**General Baggage Information**

# OMNI ✦ HOTELS & RESORTS™
## corpus christi | texas

900 North Shoreline Blvd.
Corpus Christi, TX 78401
Phone: 361-887-1600 • Fax: 361-887-6715
Reservations: 800-843-6664

POSNER, MARK
COASTAL BEND LAW FIRMS
709 Woodside Pkwy.
Silver Spring, MD  20910 US

**Room Number:** 452
**Daily Rate:** 144.00
**Room Type:** KNB
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---|---|---|---|---|---|
| 9/21/2014 | 9/22/2014 | XXXXXXXXXXXX1655 | CBEND | ESP | 14501788699 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 9/21/2014 | 452 | GLASS PAVILION RESTAURANT | 452/8099/18:37/GLASS PAVILION RESTAURANT | $30.44 |
| 9/21/2014 | 452 | ROOM CHARGE | #452 POSNER, MARK | $144.00 |
| 9/21/2014 | 452 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $12.96 |
| 9/21/2014 | 452 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $8.64 |
| 9/22/2014 | 452 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($196.04) |

**TOTAL DUE:**     $0.00

TERMS:   DUE AND PAYABLE UPON PRESENTATION.  I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

4/4

9/1/2015

## Account Activity

| Date | Date | Type | Description | Amount |
|---|---|---|---|---|
| 08/24/2015 | 08/24/2015 | Sale | HOPEWELL PHARMACY | $26.60 |
| 08/24/2015 | 08/26/2015 | Sale | BLUE POINT GRILL | $311.58 |
| 08/24/2015 | 08/26/2015 | Sale | AMTRAK .COM236073157 6532 | $12.75 |
| 08/22/2015 | 08/24/2015 | Sale | COLONIAL BOWLING & ENT | $10.60 |
| 08/22/2015 | 08/24/2015 | Sale | COLONIAL BOWLING & ENT | $23.85 |
| 08/22/2015 | 08/24/2015 | Sale | COLONIAL BOWLING & ENT | $49.95 |
| 08/22/2015 | 08/24/2015 | Sale | ANTIMOS ITALIAN KITCHE | $60.29 |
| 08/22/2015 | 08/24/2015 | Sale | UNITED 0162461307 5492 | $274.20 |
| | | | 800-932-2732, TX 7700200000 US Online, Mail, or Telephone transaction | |
| Rewards earned[1] | | | + Points earned on all other purchases | 274.20 |
| | | | Total rewards | 274.20 Points |
| 08/21/2015 | 08/21/2015 | Sale | REO DINER | $17.87 |
| 08/21/2015 | 08/24/2015 | Sale | HOPEWELL PHARMACY | $35.57 |
| 08/21/2015 | 08/24/2015 | Sale | 852 - BRUNSWICK ZONE - | $23.51 |
| 08/21/2015 | 08/24/2015 | Sale | UNITED 0162922645 1160 | $89.00 |

8/1/2015

https://cards.chase.com/ccl/ccl/Account/Activity/4570T9T725

STAPLE
HERE

PRINTED IN U.S.A. BY MAGNETIC TICKET AND LABEL CORP. DALLAS, TX. C3#957   REV 11/12

| Date | Date | Type | Merchant | Amount |
|---|---|---|---|---|
| 08/26/2015 | 08/26/2015 | Sale | NATURE'S KITCHEN | $7.41 |
| 08/26/2015 | 08/27/2015 | Sale | SQ *AUSTIN CAP | $38.06 |
| 08/26/2015 | 08/27/2015 | Sale | CAFE PHILLIPS | $5.70 |
| 08/26/2015 | 08/28/2015 | Sale | ZORI BISTRO | $12.13 |
| 08/26/2015 | 08/26/2015 | Sale | COMCAST OF WASHINGTON | $102.23 |

Rewards earned¹

| 08/26/2015 | 08/28/2015 | Sale | UNITED 0162923017831 | $75.00 |

800-932-2732, TX 770020000 US
In-person transaction

+ Points earned on all other transaction       75.00

Total rewards       75.00 Points

| 08/25/2015 | 08/27/2015 | Sale | BLISS SPA @ W WASH DC | $225.00 |

UNITED

ROSENBERG/EZRAD
**NOT VALID FOR**
**TRANSPORTATION**

BWI  UA IAH UA  AUS
SAME DAY CHANGE FEE 75.00 UA.

MW/D83EBC    26AUG15   /BALTIMORE

PASSENGER RECEIPT    1 OF 1   US

PSGR TICKET    0162461307549 2
                        BOLXJK

SPECIAL SERVICE TICKET

THIS IS YOUR RECEIPT

FOR CONDITIONS OF
CONTRACT - SEE
PASSENGER TICKET AND
BAGGAGE CHECK

NOT VALID FOR TRAVEL

USD    75.00

MCXXXXXXXXXXX9820/XXXX/021965

1 016 2923017783 1      A STAR ALLIANCE MEMBER

USD    75.00

PRINCETON, NJ 085400000 US
In-person transaction

Rewards earned¹

+ Points earned on all other purchases      1,632.00

Total rewards       1,632.00 Points

| | | | | $66.40 |
| | | | | $1.99 |
| | | | | $16.02 |
| | | | | $46.03 |
| | | | | $5.77 |
| | | | | $35.81 |
| | | | | $336.41 |
| | | | | $87.00 |
| | | | | $491.05 |
| | | | | $1,632.00 |

3/4

9/1/2015

Account Activity

# CHASE

Guest Rewards™

CREDIT CARD (...9620)



| Trans Date | Post Date | Type | Description | Amount |
|---|---|---|---|---|
| 08/27/2015 | 08/30/2015 | Sale | UNITED 0162923093S006 | $200.00 |
| | | | 800-932-2732, TX 770020000 US In-person transaction | |
| **Rewards earned¹** | | | + Points earned on all other purchases | 200.00 |
| | | | Total rewards | 200.00 Points |

# CHASE ◇

United Guest Rewards

CREDIT CARD (...9620)

| Trans Date | Post Date | Type | Description | Amount |
|---|---|---|---|---|
| 08/27/2015 | 08/30/2015 | Sale | UNITED 0162461902B970 | $234.00 |
| | | | 800-932-2732, TX 7700200000 US In-person transaction | |

**Rewards earned[1]**

+ Points earned on all other purchases   234.00

Total rewards   234.00  Points

# OMNI ~ HOTELS & RESORTS
## downtown | austin
700 San Jacinto @ 8th Street
Austin, TX 78701
Phone: 512-476-3700 • Fax: 512-397-4888
Reservations: 800-843-6664

ROSENBERG, EZRA

109 WEST PROSPECT STREET
Hopewell, NJ 08525 US

**Room Number:** 1413
**Daily Rate:** 207.00
**Room Type:** KNOC
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 8/26/15 | 8/27/15 | XXXXXXXXXXXX9620 | LES55 | QDIS | 13601244722 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 8/26/15 | 1413 | ROOM CHARGE | #1413 ROSENBERG, EZRA | $207.00 |
| 8/26/15 | 1413 | CITY OCCUPANCY TAX 9% | CITY OCCUPANCY TAX 9% | $18.63 |
| 8/26/15 | 1413 | STATE OCCUPANCY TAX 6% | STATE OCCUPANCY TAX 6% | $12.42 |
| 8/27/15 | 1413 | MASTERCARD | MC 9620 | ($238.05) |

**CREDIT DUE:**        ($0.00)

TERMS: DUE AND PAYABLE UPON PRESENTATION. I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

# OMNI ~·~ HOTELS & RESORTS
## downtown | austin
### 700 San Jacinto @ 8th Street
Austin, TX 78701
Phone: 512-476-3700 • Fax: 512-397-4888
Reservations: 800-843-6664

ROSENBERG, EZRA

109 West Prospect Street
Hopewell, NJ 08525 US

**Room Number:** 1312
**Daily Rate:** 180.00
**Room Type:** KNOC
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---|---|---|---|---|---|
| 08/27/15 | 08/28/15 | XXXXXXXXXXXX9620 | LES55 | QDIS | 13601245682 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 08/27/15 | 1312 | ROOM CHARGE | #1312 ROSENBERG, EZRA | $180.00 |
| 08/27/15 | 1312 | CITY OCCUPANCY TAX 9% | CITY OCCUPANCY TAX 9% | $16.20 |
| 08/27/15 | 1312 | STATE OCCUPANCY TAX 6% | STATE OCCUPANCY TAX 6% | $10.80 |
| 08/28/15 | 1312 | MASTERCARD | MC***9620 | ($207.00) |

**TOTAL DUE:**    $0.00

TERMS: DUE AND PAYABLE UPON PRESENTATION. I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.



**American Airlines**

Refunds - Start Over



Help

| Start | Document Lookup | Refund Eligibility | Contact Information | Review and Submit | Finish |

## Passenger Information

| Passenger Name | Document Number | Issue Date | | Total Sale Amount |
|---|---|---|---|---|
| ROSENBERG, EZRA D | 0017940119098 | 01/21/2017 | | 532.60 USD |

## Payment Information

| Sale Form of Payment | Payment Type | Number | Sale Date | Sale Amount | Document Description |
|---|---|---|---|---|---|
| Exchange Ticket | | 0017935443846 | 01/21/2017 | 532.60 USD | TRANSPORT |
| Check | | | 01/21/2017 | 532.60 USD | TRANSPORT |

## Passenger Itinerary

| Status* | Coupon | Departure Date | Flight Number | Departure City | Arrival City | Description |
|---|---|---|---|---|---|---|
| Eligible For Review | 1 | 02/27/2017 | 0419 | DCA | DFW | Transport |
| Eligible For Review | 2 | 02/27/2017 | 5715 | DFW | CRP | Transport |
| Eligible For Review | 3 | 02/28/2017 | 5790 | CRP | DFW | Transport |
| Eligible For Review | 4 | 02/28/2017 | 2293 | DFW | DCA | Transport |

*Hover over text for more information



DFW = Dallas/Fort worth
CRP = Corpus christi international Airport

Cancel　　　Continue

## More About American

About Us
Corporate Information
Investor Relations
Corporate Responsibility
Join Us
Environmental Footprint
Diversity & Inclusion
Newsroom
Airline Museum
Careers

## Products & Services

Travel Insurance
Email Subscriptions
Enhance Your Travel
Low Price Guarantee
Group & Meeting Travel
Business Programs
Cargo
American Airlines Credit Card
Gift Cards
DealFinder
RSS
Five Star Service
Timetables & Downloads
Last Minute Packages

## Customer Service

Contact American
Contact Refunds
FAQs
Refunds
Agency Reference
American Travel Centers
Baggage & Optional Service Charges
Customer Service Plan & Flight Irregularities
Privacy Policy
Legal
Copyright
Site Map
Browser Compatibility

 FEEDBACK [+]

TX Photo ID  -  Corpus Christi
DMV

2/27   Uber to DCA         $19.94

2/27  Amer. M lines  Flight      $532.60
2/27     "          Luggage      $ 25.00
3/07  Dinner              $35?. 60
        Republic of Texas

2/28   Amer  - Lugg         $25.00
       Tip for shuttle       $ 3.00
       Breakfast
       omni lodg           $ 171.35
       Breakfast            14.16
       Lunch               19.12
       Dinner              35.00
       Uber Txr            16.52

6/12/2017    Your United reservation for Washington, DC, US (DCA - National) is processing - ezra.d.rosenberg@gmail.com - Gmail

Case 2:13-cv-00193 Document 1174-5 Filed on 07/15/19 in TXSD Page 28 of 31

# Thank you for choosing United

 We're processing your reservation and will send you an eTicket Itinerary and Receipt email once completed. This process usually takes less than an hour, but in rare cases it could take longer. If you don't receive an eTicket Itinerary and Receipt email within 24 hours, please call the United Customer Contact Center

Confirmation number:

Corpus Christi, TX, US (CRP)
to Washington, DC, US (DCA - National)

# P00Y10

Manage reservation

## Purchase summary

| | |
|---|---|
| 1 Senior (65+) | $483.72 |
| Taxes and fees | $59.08 |
| Additional services | |
| Economy Plus | $119.00 |
| IAH to DCA    Ezra Rosenberg | |

| **Total** | **$661.80** |
|---|---|

Credit card payment: $661.80 (MasterCard-**9613)

## Trip summary

 542.80

Wed, Jun 07, 2017

 UA 4075    Operated By EXPRESSJET AIRLINES DBA UNITED EXPRESS      1 Connection   6h 34m total

**2:25 pm**   ✈   **3:30 pm**      Duration: 1h 5m
Corpus Christi, TX, US (CRP)    Houston, TX, US (IAH - Intercontinental)    United Economy (E)

( ! ) Long layover   ( ! ) Terminal change

2h 26m Layover

UA 1106

**5:56 pm**   ✈   **9:59 pm**      Duration: 3h 3m
Houston, TX, US (IAH - Intercontinental)    Washington, DC, US (DCA - National)    United Economy (E)
Meals for purchase

# OMNI ❋ HOTELS & RESORTS

### corpus christi | texas

900 North Shoreline Blvd.
Corpus Christi, TX 78401
Phone: 361-887-1600 • Fax: 361-887-6715
Reservations: 800-843-6664

ROSENBERG, EZRA

109 WEST PROSPECT STREET
Hopewell, NJ  08525 US

**Room Number:** 1557
**Daily Rate:** 188.10
**Room Type:** OMNIB
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 6/6/2017 | 6/7/2017 | XXXXXXXXXXXX9613 | CRP1F1 | PROMOC | 14502023958 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 6/6/2017 | 1557 | ROOM CHARGE | #1557 ROSENBERG, EZRA | $188.10 |
| 6/6/2017 | 1557 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $16.93 |
| 6/6/2017 | 1557 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $11.29 |
| 6/7/2017 | 1557 | MASTERCARD | MASTERCARD | ($216.32) |
| 6/7/2017 | 1557 | GLASS PAVILION RESTAURANT | 1557/5465/07:03/GLASS PAVILION RESTAURAN | $15.49 |
| 6/7/2017 | 1557 | MASTERCARD | MC****9613 | ($15.49) |

Lodging

12.25 -
2.20 rg (18%)
$14.45

Meal /
(Breakfast)

**TOTAL DUE:**       $0.00

TERMS:   DUE AND PAYABLE UPON PRESENTATION.  I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

 **Expedia**

# Receipt for Flight to New Orleans

Dec 4, 2017 - Dec 5, 2017                      Itinerary # 7310977884763

## Booked Items

**Flight:** Washington (DCA) to New Orleans (MSY)

Depart: 12/4/2017 | Return: 12/5/2017 ,1 round trip ticket

## Traveler Information

**Ezra D Rosenberg** - Adult

Ticket # 0017025588267

## Cost Summary

**Booked Date:** Nov 21, 2017

| | |
|---|---|
| **Traveler 1: Adult** | **$401.40** |
| Flight | $346.98 |
| Taxes & Fees | $54.42 |

Total: **$401.40**

Paid: **$401.40**
[MasterCard 9613]
All prices quoted in US dollars.

 **Expedia**

# Receipt for Flight to New Orleans

Dec 4, 2017 - Dec 5, 2017          Itinerary # 7310977884763

## Booked Items

**Flight:** Washington (DCA) to New Orleans (MSY)

Depart: 12/4/2017 | Return: 12/5/2017 ,1 round trip ticket

## Traveler Information

**Ezra D Rosenberg** - Adult

Ticket # 0017025588267

## Cost Summary

**Booked Date:** Nov 21, 2017

| | |
|---|---|
| **Traveler 1: Adult** | **$401.40** |
| Flight | $346.98 |
| Taxes & Fees | $54.42 |

Total: **$401.40**

Paid: **$401.40**
[MasterCard 9613]
All prices quoted in US dollars.