# Exhibit 2 to Steiner Declaration

| Description | Worked Amount | |
|---|---|---|
| Air Fare | $14,771.90 | |
| Car Rental Charges | $1,529.44 | |
| Certificate of Good Standing Fee | $5.00 | |
| Consultants Fees | $67,901.00 | (see pp. 4-5) |
| Courier Services | $329.39 | |
| Deposition | $1,481.75 | |
| Document Storage/Retrieval | $403.70 | |
| Duplication Charges | $630.00 | |
| Expert Witness Fees | $34,980.00 | |
| Federal Express Charges | $2,021.44 | |
| Filing Fees and Related | $2,051.00 | |
| Hotel | $14,815.90 | |
| Laundry Services | $86.60 | |
| Legal Publication Expense | $925.75 | |
| Lexis Search Fees | $162.36 | |
| Lexis/Legal Research | $332.31 | |
| Library Books | $45.00 | |
| Local Mileage Charges | $2,568.72 | |
| Local Parking Charges | $1,687.37 | |
| Meals - Individual | $2,574.27 | |
| Meals- Business Conferences | $1,958.79 | |
| Messenger | $120.00 | |
| Miscellaneous Expenses | $2,284.56 | |
| Outside Copying | $9,996.00 | |
| Outside Duplication Charges | $16,206.66 | |
| Overtime Dinner Expense | $22.05 | |
| Pacer Research Fees | $785.70 | |
| Printing Charges | $262.57 | |
| Research Fees | $45,297.40 | (see pp. 2-3) |
| Research Fees | $21.90 | |
| Search Fees | $335.20 | |
| Subpoena | $344.00 | |
| Supplies | $332.24 | |
| Taxi Fare | $1,283.05 | |
| Telephone | $206.89 | |
| Tips | $38.15 | |
| Toll Charges | $22.45 | |
| Train Fare | $1,015.00 | |
| Transcripts | $33,529.76 | |
| Travel | $3,196.12 | |
| Video and Electronic Expenses | $97.43 | |
| Westlaw Search Fees | $2,394.34 | |
| | $269,053.16 | |

| Date | Initials | Name / Invoice Number | Amount | Description |
|---|---|---|---|---|
| 2/7/2014 | 972504 | Carol A. Jarema | 73.90 | Research Fees - VENDOR: Pacer Service Center PAYMENT FOR INVOICE NUMBER JAREMA-Q2013. |
| | | Voucher=2092604 Paid | | Vendor=Pacer Service Center  Balance= .00  Amount= 20004.10 Check #1203220  02/18/2014 |
| 2/7/2014 | 972504 | Carol A. Jarema | 2.30 | Research Fees - VENDOR: Pacer Service Center PAYMENT FOR INVOICE NUMBER JAREMA-Q2013. |
| | | Voucher=2092604 Paid | | Vendor=Pacer Service Center  Balance= .00  Amount= 20004.10 Check #1203220  02/18/2014 |
| 2/7/2014 | 972504 | Carol A. Jarema | 35.20 | Research Fees - VENDOR: Pacer Service Center PAYMENT FOR INVOICE NUMBER JAREMA-Q2013. |
| | | Voucher=2092604 Paid | | Vendor=Pacer Service Center  Balance= .00  Amount= 20004.10 Check #1203220  02/18/2014 |
| 2/20/2014 | 936500 | Ezra D. Rosenberg | 22,500.00 | Research Fees - VENDOR: Pacific Market Research, LLC SHARED EXPENSES FOR SURVEY IN CONNECTION WITH TEXAS STATE CONFERENCE LITIGATION |
| | | Voucher=2095189 Paid | | Vendor=Pacific Market Research, LLC  Balance= .00  Amount= 22500 Check #1203280  02/20/2014 |
| 3/20/2014 | 936500 | Ezra D. Rosenberg | 22,500.00 | Research Fees - VENDOR: Pacific Market Research, LLC SURVEY AND RETAINER FEES |
| | | Voucher=2102293 Paid | | Vendor=Pacific Market Research, LLC  Balance= .00  Amount= 22500 Check #1204036  03/20/2014 |
| 5/8/2014 | 972504 | Carol A. Jarema | 39.80 | Research Fees - VENDOR: Pacer Service Center PAYMENT FOR PACER INVOICE QUARTER ONE.  INVOICE NUMBER JAREMA-Q12014. |

2

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Voucher=2113651 Paid |  | Vendor=Pacer Service Center  Balance= .00  Amount= 17251.90 |
|  |  |  |  | Check #1205699  05/15/2014 |
| 5/8/2014 | 972504 | Carol A. Jarema | 0.70 | Research Fees - VENDOR: Pacer Service Center |
|  |  |  |  | PAYMENT FOR PACER INVOICE QUARTER ONE.  INVOICE NUMBER JAREMA-Q12014. |
|  |  | Voucher=2113651 Paid |  | Vendor=Pacer Service Center  Balance= .00  Amount= 17251.90 |
|  |  |  |  | Check #1205699  05/15/2014 |
| 5/8/2014 | 972504 | Carol A. Jarema | 33.20 | Research Fees - VENDOR: Pacer Service Center |
|  |  |  |  | PAYMENT FOR PACER INVOICE QUARTER ONE.  INVOICE NUMBER JAREMA-Q12014. |
|  |  | Voucher=2113651 Paid |  | Vendor=Pacer Service Center  Balance= .00  Amount= 17251.90 |
|  |  |  |  | Check #1205699  05/15/2014 |
| 2/12/2015 | 972504 | Carol A. Jarema | 72.10 | Research Fees - VENDOR: Pacer Service Center |
|  |  |  |  | PACER RESEARCH CHARGES FOR THE 4TH QUARTER. |
|  |  | Voucher=2178910 Paid |  | Vendor=Pacer Service Center  Balance= .00  Amount= 16797.10 |
|  |  |  |  | Check #1212819  02/19/2015 |
| 5/6/2015 | 979783 | Mae F. Carlson | 40.20 | Research Fees - VENDOR: Pacer Service Center |
|  |  |  |  | PACER research charges for 1st quarter 2015 |
|  |  | Voucher=2199358 Paid |  | Vendor=Pacer Service Center  Balance= .00  Amount= 21796.70 |
|  |  |  |  | Check #1214832  05/07/2015 |

```
            UNBILLED TOTALS:   WORK:        45,297.40  10 records
            UNBILLED TOTALS:   BILL:        45,297.40

            GRAND TOTAL:       WORK:        45,297.40  10 records
            GRAND TOTAL:       BILL:        45,297.40
```

3

| Date | Initials | Name / Invoice Number | Amount | Description |
|---|---|---|---|---|
| 1/30/2014 | 936500 | Ezra D. Rosenberg | 2,500.00 | Consultants Fees - VENDOR: Daniel Gregory Chatman RETAINER FOR EXPERT CONSULTING FEES |
| | | Voucher=2090948 Paid | | Vendor=Daniel Gregory Chatman  Balance= .00  Amount= 2500.00 Check #1202768  01/30/2014 |
| 3/20/2014 | 936500 | Ezra D. Rosenberg | 15,000.00 | Consultants Fees - VENDOR: Matthew A. Barreto EXPERT RETAINER FEES |
| | | Voucher=2102308 Paid | | Vendor=Matthew A. Barreto  Balance= .00  Amount= 15000.00 Check #14256  03/27/2014 |
| 3/20/2014 | 936500 | Ezra D. Rosenberg | -15,000.00 | Reversal from Void Check Number: 1204034 Bank ID: 01CITI Voucher ID: 2102308 Vendor: Matthew A. Barreto |
| | | Voucher=2103993 Paid | | Vendor=Matthew A. Barreto  Balance= .00  Amount=-15000.00 Check #14256  03/27/2014 |
| 3/27/2014 | 936500 | Ezra D. Rosenberg | 5,000.00 | Consultants Fees - VENDOR: Matthew A. Barreto EXPERT RETAINER FEES |
| | | Voucher=2103995 Paid | | Vendor=Matthew A. Barreto  Balance= .00  Amount= 5000.00 Check #1204214  03/27/2014 |
| 3/27/2014 | 936500 | Ezra D. Rosenberg | 5,000.00 | Consultants Fees - VENDOR: Gabriel R. Sanchez LLC EXPERT RETAINER FEES |
| | | Voucher=2103996 Paid | | Vendor=Gabriel R. Sanchez LLC  Balance= .00  Amount= 5000.00 Check #1204210  03/27/2014 |
| 4/22/2014 | 936500 | Ezra D. Rosenberg | 3,950.00 | Consultants Fees - VENDOR: Daniel Gregory Chatman EXPERT CONSULTING FEES FOR PERIOD 02/03/14 - 04/21/14 |
| | | Voucher=2109525 Paid | | Vendor=Daniel Gregory Chatman  Balance= .00  Amount= 3950.00 Check #1204995  04/24/2014 |

4

| Date | | | | | |
|---|---|---|---|---|---|
| 6/4/2014 | 936500 | Ezra D. Rosenberg | | 22,616.00 | Consultants Fees - VENDOR: Daniel Gregory Chatman EXPERT CONSULTING FEES FOR PERIOD 04/22/14 - 05/27/14 |
| | | Voucher=2119982 Paid | | | Vendor=Daniel Gregory Chatman  Balance= .00  Amount=22616.00 Check #1206122  06/05/2014 |
| 7/9/2014 | 936500 | Ezra D. Rosenberg | | 9,965.00 | Consultants Fees - VENDOR: Daniel Gregory Chatman EXPERT FEES FOR THE PERIOD MAY 28, 2014 THRU JUNE 12, 2014 |
| | | Voucher=2128279 Paid | | | Vendor=Daniel Gregory Chatman  Balance= .00  Amount= 9965.00 Check #1207046  07/10/2014 |
| 7/30/2014 | 936500 | Ezra D. Rosenberg | | 6,000.00 | Consultants Fees - VENDOR: Lorraine C. Minni EXPERT REPORT FEES |
| | | Voucher=2133724 Paid | | | Vendor=Lorraine C. Minnite  Balance= .00  Amount= 6000.00 Check #1207653  07/31/2014 |
| 8/7/2014 | 936500 | Ezra D. Rosenberg | | 750.00 | Consultants Fees - VENDOR: Curtis M. Williams II EXPERT CONSULTING FEES FOR THE PERIOD 06/10/14 - 06/19/14 |
| | | Voucher=2135408 Paid | | | Vendor=Curtis M. Williams II  Balance= .00  Amount= 750.00 Check #1207821  08/07/2014 |
| 8/14/2014 | 936500 | Ezra D. Rosenberg | | 12,120.00 | Consultants Fees - VENDOR: Daniel Gregory Chatman EXPERT CONSULTING FEES FOR PERIOD 06/12/14 THRU 08/08/14 |
| | | Voucher=2136826 Paid | | | Vendor=Daniel Gregory Chatman  Balance= .00  Amount=12120.00 Check #1207939  08/14/2014 |

```
UNBILLED TOTALS:   WORK      67,901.00  11 records
UNBILLED TOTALS:   BILL:     67,901.00

GRAND TOTAL:       WORK:     67,901.00  11 records
GRAND TOTAL:       BILL:     67,901.00
```

5