# Exhibit 4 to
# Steiner Declaration

**Jones, Joanna**

---

| | |
|---|---|
| **From:** | Stelcen, Lindsey |
| **Sent:** | Tuesday, September 24, 2013 11:01 AM |
| **To:** | Jones, Joanna |
| **Subject:** | FW: Pay.gov Payment Confirmation: TXSD CM ECF |


Lindsey B. Stelcen
Dechert LLP
+1 512 394 3027  Direct
+1 202 607 9260  Mobile
+1 512 394 3001  Fax
lindsey.stelcen@dechert.com
www.dechert.com

-----Original Message-----
From: paygovadmin@mail.doc.twai.gov [mailto:paygovadmin@mail.doc.twai.gov]
Sent: Tuesday, September 17, 2013 3:37 PM
To: Stelcen, Lindsey
Subject: Pay.gov Payment Confirmation: TXSD CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any
questions or you wish to cancel this payment, please contact Jim Suchma at 713-250-5414.

Application Name: TXSD CM ECF
Pay.gov Tracking ID: 25CDFBLQ
Agency Tracking ID: 0541-12074486
Transaction Type: Sale
Transaction Date: Sep 17, 2013 4:37:14 PM

Account Holder Name: Lindsey Stelcen
Transaction Amount: $400.00
Billing Address: 307 W. 38th St.
City: Austin
State/Province: TX
Zip/Postal Code: 78705
Country: USA
Card Type: AmericanExpress
Card Number: ************2000


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

*11/14/13 –*
*11/15*

*14 Voting*
*Case.*

*11/13/13.*

**Please do not reply to this email.**
If the email does not display correctly, please click here.


Carlson Wagonlit Travel

**Your Itinerary**


REDUCE YOUR INTERNATIONAL ROAMING EXPENSES BY 85% OR MORE
CLICK FOR EXCLUSIVE CWT CLIENT OFFER


One SimCard

VIEW YOUR ITINERARY ONLINE

**Trip on Nov 14, 2013**          Locator: **NVB8R3**          Date: **Oct 18, 2013**

| | |
|---|---|
| Traveler | **EZRA D ROSENBERG** |
| | DECHERT LLP |
| | CIRA CENTRE |
| | 2929 ARCH ST |
| | PHILADELPHIA PA Z/19104 |
| | MATTER NUMBER |
| Agent | 46 |

*Frank @ CWI helped me. full refund will be reissued. 4001 3510601. earlier*

---

**Thursday, November 14, 2013**          Confirmation: **JRJR3X**

 **Flight United Airlines 1711**

| DEPARTURE | ARRIVAL |
|---|---|
| **EWR – Newark, NJ** | **IAH – Houston George Bush, TX** |
| **10:29 AM, Nov 14, 2013** | **1:32 PM, Nov 14, 2013** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - E |
| Duration | 04:03 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Reserved Seats | 24F |
| Frequent Flyer | UAGN779264 |
| Notes | DEPARTS EWR TERMINAL C - ARRIVES IAH TERMINAL C |
| | TSA SECURED FLIGHT |

---

**Thursday, November 14, 2013**          Confirmation: **JRJR3X**

**Flight United Airlines 4609**

| DEPARTURE | ARRIVAL |
|---|---|
| **IAH – Houston George Bush, TX** | **CRP – Corpus Christi, TX** |
| **2:12 PM, Nov 14, 2013** | **3:13 PM, Nov 14, 2013** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - E |
| Duration | 01:01 (Non-stop) |
| Equipment | Embraer RJ135 Jet |
| Meal Service | None |
| Reserved Seats | 7D |
| Frequent Flyer | UAGN779264 |
| Notes | OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS |
| | DEPARTS IAH TERMINAL A |
| | TSA SECURED FLIGHT |

---

**Thursday, November 14, 2013**          Confirmation: **40013180291 \***

 **Hotel OMNI CORPUS CHRISTI HOTEL**

| LOCATION | CONTACT |
|---|---|
| **900 N Shoreline Boulevard** | **Tel 361-887-1600** |
| **Corpus Christi TX 78401, US US Nueces** | **Fax 361-887-6715** |

*no charge for hotel.*

| | |
|---|---|
| Reserved For | EZRA D ROSENBERG |
| Status | Confirmed |
| Check-In | Nov 14, 2013 |
| Check-Out | Nov 15, 2013 |
| Number of Rooms | 1 |
| Rate | USD 159.00/night |
| Notes | OM76221ARR14NOV CXL:CANCEL BY 12PM 13-NOV-13 |
| | HOTEL IS GUARANTEED FOR LATE ARRIVAL |
| | PLEASE CANCEL 24 HOURS IN ADVANCE TO AVOID NO-SHOW CHARGE. |

---

**Friday, November 15, 2013**                    Confirmation: **JRJR3X**

 **Flight United Airlines 4609**

| DEPARTURE | ARRIVAL |
|---|---|
| **CRP - Corpus Christi, TX** | **IAH - Houston George Bush, TX** |
| **3:43 PM, Nov 15, 2013** | **4:45 PM, Nov 15, 2013** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - E |
| Duration | 01:02 (Non-stop) |
| Equipment | Embraer RJ135 Jet |
| Meal Service | None |
| Reserved Seats | 20D |
| Frequent Flyer | UAGN779264 |
| Notes | OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS |
| | ARRIVES IAH TERMINAL A |
| | TSA SECURED FLIGHT |

---

**Friday, November 15, 2013**                    Confirmation: **JRJR3X**

 **Flight United Airlines 1621**

| DEPARTURE | ARRIVAL |
|---|---|
| **IAH - Houston George Bush, TX** | **EWR - Newark, NJ** |
| **5:25 PM, Nov 15, 2013** | **9:58 PM, Nov 15, 2013** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - E |
| Duration | 03:33 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Reserved Seats | 22F |
| Frequent Flyer | UAGN779264 |
| Notes | DEPARTS IAH TERMINAL C - ARRIVES EWR TERMINAL C |
| | TSA SECURED FLIGHT |

 REDUCE YOUR INTERNATIONAL ROAMING EXPENSES BY 85% OR MORE CLICK FOR EXCLUSIVE CWT CLIENT OFFER  OneSimCard

---

**GENERAL INFORMATION**
THIS TICKET WAS ISSUED IN EXCHANGE FOR A PREVIOUSLY UNUSED TICKET
ISSUE DATE OF OLD TICKET: 20SEP13
NEW TICKET AMOUNT..........................$1142.60
LESS OLD TICKET AMOUNT FROM 016 7270013367..$1142.60
EVEN EXCHANGE.............................$NO MONEY DUE

10/18/2013

CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
*******************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
*******************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
PLEASE REVIEW YOUR ITINERARY AND CONTACT CWT
IMMEDIATELY IF CHANGES ARE REQUIRED.
THANK YOU FOR YOUR BUSINESS.
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
IF TRAVELING ON CODE SHARE/PARTNER AIRLINE CARRIERS
CHECK ALLOWANCE FOR THE OPERATING CARRIER.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
FOR A COMPLETE LIST OF COUNTRIES THAT UTILIZE
AEROSOL INSECTICIDE SPRAYS
FOR THE MOST CURRENT INFORMATION ON AIRPORT
SECURITY PLEASE CHECK WWW.TSA.GOV
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES MAY BE SUBJECT TO A PENALTY OR FARE
INCREASE UP TO AND INCLUDING THE TOTAL COST OF THE TICKET.
FAILURE TO CANCEL MAY FOREIT THE TOTAL VALUE OF TICKET.
AGENCY SERVICE FEE OF 35.00 HAS BEEN CHARGED

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|-------------------------|------|-------|-------|-------|-------|
| ROSENBERG/EZRA 3844/0167271148066/18OCT13 | | | | | | 1,142.60 |
| | | | | | SERVICE FEE | 35.00 |
| | | | | | **Total Amount** | **1,177.60** |

Form of Payment: AXXXXXXXXXXXXX8003

Traveler Resources | The Savvy Traveler blog | Data Protection Policy | Privacy Policy
Copyright © 2009-2013 CWT

10/18/2013



### Please do not reply to this email.
If this email does not display correctly, please <u>click here</u>.

**Carlson Wagonlit Travel**

**Your Itinerary**

*[handwritten: 10/24/13 (Tx. Voting Case)]*

VIEW YOUR ITINERARY ONLINE

**Trip on Oct 24, 2013**          Locator: **QF4W74**          Date: **Sep 20, 2013**

| Traveler | **EZRA D ROSENBERG** |
| --- | --- |
| | DECHERT LLP |
| | CIRA CENTRE |
| | 2929 ARCH ST |
| | PHILADELPHIA PA Z/19104 |
| Agent | OT |

*[handwritten: Refundable →]*

---

**Thursday, October 24, 2013**          Confirmation: **BYDN7B**

✈ **Flight United Airlines 566**

| DEPARTURE | ARRIVAL |
| --- | --- |
| **EWR - Newark, NJ** | **IAH - Houston George Bush, TX** |
| **11:56 AM, Oct 24, 2013** | **2:38 PM, Oct 24, 2013** |

| Status | Confirmed |
| --- | --- |
| Class | Coach Class - E |
| Duration | 03:42 (Non-stop) |
| Equipment | 752 |
| Meal Service | Food For Purchase |
| Reserved Seats | 38A |
| Frequent Flyer | UAGN779264 |
| Notes | DEPARTS EWR TERMINAL C - ARRIVES IAH TERMINAL C |
| | TSA SECURED FLIGHT |

*[handwritten: Cancelled ticket exchange for new date Nov. 14 '13]*

---

**Thursday, October 24, 2013**          Confirmation: **BYDN7B**

✈ **Flight United Airlines 4496**

| DEPARTURE | ARRIVAL |
| --- | --- |
| **IAH - Houston George Bush, TX** | **CRP - Corpus Christi, TX** |
| **3:53 PM, Oct 24, 2013** | **4:51 PM, Oct 24, 2013** |

| Status | Confirmed |
| --- | --- |
| Class | Coach Class - E |
| Duration | 00:58 (Non-stop) |
| Equipment | ERJ |
| Meal Service | None |
| Reserved Seats | 14A |
| Frequent Flyer | UAGN779264 |
| Notes | OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS |
| | DEPARTS IAH TERMINAL B |
| | TSA SECURED FLIGHT |

---

**Thursday, October 24, 2013**          Confirmation: **40012802128 ***



## Hotel OMNI CORPUS CHRISTI HOTEL

| LOCATION | CONTACT |
|---|---|
| **900 N Shoreline Boulevard** | **Tel 361-887-1600** |
| **Corpus Christi TX 78401, US US Nueces** | **Fax 361-887-6715** |

| | |
|---|---|
| Reserved For | EZRA D ROSENBERG |
| Status | Confirmed |
| Check-In | Oct 24, 2013 |
| Check-Out | Oct 25, 2013 |
| Number of Rooms | 1 |
| Rate | USD 169.00/night |
| Notes | OM76221ARR24OCT CXL:CANCEL BY 12PM 23-OCT-13 |

---

**Friday, October 25, 2013**                    Confirmation: **BYDN7B**



## Flight United Airlines 4609

| DEPARTURE | ARRIVAL |
|---|---|
| **CRP - Corpus Christi, TX** | **IAH - Houston George Bush, TX** |
| **3:54 PM, Oct 25, 2013** | **4:54 PM, Oct 25, 2013** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - E |
| Duration | 01:00 (Non-stop) |
| Equipment | ERJ |
| Meal Service | None |
| Reserved Seats | 16A |
| Frequent Flyer | UAGN779264 |
| Notes | OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS |
| | ARRIVES IAH TERMINAL B |
| | TSA SECURED FLIGHT |

---

**Friday, October 25, 2013**                    Confirmation: **BYDN7B**



## Flight United Airlines 1541

| DEPARTURE | ARRIVAL |
|---|---|
| **IAH - Houston George Bush, TX** | **EWR - Newark, NJ** |
| **6:33 PM, Oct 25, 2013** | **11:04 PM, Oct 25, 2013** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - E |
| Duration | 03:31 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Reserved Seats | 29F |
| Frequent Flyer | UAGN779264 |
| Notes | DEPARTS IAH TERMINAL C - ARRIVES EWR TERMINAL C |
| | TSA SECURED FLIGHT |


GET MORE GOING WITH THE CWT VACATION CLUB. EXCLUSIVE VACATION PACKAGES AND AMENITIES. BOOK YOUR VACATION TODAY!

---

**GENERAL INFORMATION**
CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE

*********************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
*********************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSILIBITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
PLEASE REVIEW YOUR ITINERARY AND CONTACT CWT
IMMEDIATELY IF CHANGES ARE REQUIRED.
THANK YOU FOR YOUR BUSINESS.
AGENCY SERVICE FEE OF 3.00 HAS BEEN CHARGED

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|------------------------|------|-------|-------|-------|-------|
| ROSENBERG/EZRA 3282/0167270013367/20SEP13 | | | | | | 1,142.60 |
| | | | | SERVICE FEE | | 3.00 |
| | | | | **Total Amount** | | **1,145.60** |

Form of Payment: AXXXXXXXXXXXXX8003

Traveler Resources | The Savvy Traveler blog | Data Protection Policy | Privacy Policy
Copyright © 2009-2013 CWT

W Washington DC
515 15th Street, NW
Washington, DC 20004
202-661-2400
http://www.whotels.com/



| | | | | |
|---|---|---|---|---|
| Rosenberg, Ezra | Page Number | 1 | Invoice Nbr | 1000129452 |
| Dechert Llp | Guest Number | 349457 | Arrive Date | 11-05-2013 18:14 |
| | Folio ID | A | Depart Date | 11-07-2013 11:32 |
| | No. Of Guest | 1 | | |
| | Room Number | 1015 | | |
| | Time | 11-25-2013 13:25 | | |

### Duplicate Invoice

| Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 11-05-2013 | RT1015 | Room Charge | $413.10 | |
| 11-05-2013 | RT1015 | Occupancy/Tourism | $59.90 | |
| 11-06-2013 | RT1015 | Room Charge | $413.10 | |
| 11-06-2013 | RT1015 | Occupancy/Tourism | $59.90 | |
| 11-07-2013 | ya | Munchie Bar | $6.19 | |
| 11-07-2013 | AX | American Express | | $-952.19 |
| | | ** Total | $952.19 | $-952.19 |
| | | ** Balance | $0.00 | |

        For your convenience, we have prepared this zero-balance folio
indicating a $0 balance on your account. Please be advised that any
charges not reflected on this folio will be charged to the credit card on
file with the hotel.  While this folio reflects a $0 balance, your credit
card may not be charged until after your departure.  You are ultimately
responsible for paying all of your folio charges in full.

---

0.00
0.00
0.00
0.00
0.00

Tell us about your stay. www.whotels.com/reviews

Signature_____

```
AMTRAK GARAGE
30TH ST
PHILA PA
215 382 3567


Rcpt# 29596
11/07/13 16:49   L# 7 A#  1   Txn# 45670
11/05/13 09:10 In   11/07/13 16:49 Out
Tkt# 489034
Amtrak Fee     $   81.00
Total Fee      $   81.00
Amex           $   81.00-
XXXXXXXXXXX8003
Approval No.:553773
Reference No.:00000318
Change Due     $    0.00
THANK YOU FOR PARKING
WITH CENTRAL PARKING SYSTEMS
LOCATION 54
```

```
ATAKIL T MEKONNE
CAB # K511
11/07/13 TR 515
START  END MILES
13:53  14:12  0.0
REGULAR FARE
FARE:   $   12.70
EXTRA:  $    0.00
TOLL:   $    0.00
SRCH:   $    0.25
TOTAL:  $   12.95

DCTC COMPLAINTS
LINE AND
WEBSITE ADDRESS
PH: 855-484-
4967, TTY 711
WWW.DCTAXI.DC.
GOV
```

2501 5 05

Founding Farmers
1924 Pennsylvania Ave, NW
Washington, DC

Server: Jonny H                      11/07/2013
Table 222/1                          12:55 PM
Guests: 5                               80011

Large Farmer Salad                      14.00
Farmers Blend Coffee (2 @4.00)           8.00
Roasted Butternut Ravioli (2 @15.0      30.00
Iced Tea                                 3.00
Ham & Peas Mac & Cheese                 14.00
Southern PanFried Chicken               16.00
  Choice Grilled Broccolini
Scratch Soda                             5.00
Soda Vanilla

Subtotal                                90.00
Tax                                      9.00

Total                                   99.00

**Balance Due        99.00**

Have you visted our sister
restaurant? Farmers Fishers
Bakers in Georgetown is now
open with sushi, pizza,
tiki cocktails and more.
FarmersFishersBakers.com

---

Founding Farmers
1924 Pennsylvania Ave. NW
Washington, DC

                                    DOB: 11/07/2013
                                         11/07/2013

Server: Jonny H                          8380622
01:46 PM
Table 222/1

                  SALE

Amex
Card #XXXXXXXXXXX8003
Magnetic card present: ROSENBERG ED
Card Entry Method: S

Approval: 515688

                    Amount:    $ 99.00

                    + Tip: _____

                    = Total: _____

I agree to pay the above
total amount according to the
card issuer agreement.

X _____

Have you visted our sister
restaurant? Farmers Fishers
Bakers in Georgetown is now
open with sushi, pizza,
tiki cocktails and more.
FarmersFishersBakers.com

Guest Copy

kwiktag ®   162 758 098

# County of Nueces

OFFICE OF THE COUNTY ATTORNEY

**ALISSA A. ADKINS**
Chief of Litigation

**LAURA GARZA JIMENEZ**
COUNTY ATTORNEY
NUECES COUNTY COURTHOUSE
901 LEOPARD, ROOM 207
CORPUS CHRISTI, TX 78401-3680
TELEPHONE (361) 888-0391
FACSIMILE (361) 888-0577

**BELINDA HINOJOSA-PERSOHN**
Chief of Administrative Services

*RUSH - send to Austin Printer*

APPROVED: _____
ID #: _____
DATE: 12/23/13
MATTER #: 131285
DESC.: _____

December 17, 2013

***VIA CERTIFIED MAIL RRR 7012 3460 0001 0385 1250***
Ms. Lindsey Cohan
Dechert LLP
300 W. 6th Street, Suite 2010
Austin, Texas 78701

RE:   ***Public Information Act Request from Lindsey Cohan Dated December 5, 2013 and Received December 9, 2013***

Dear Ms. Cohan:

On December 9, 2013, the Nueces County Clerk received a Public Information Act request for the following:

> *...records that contain, or from which we can deduce, the following information with respect to the November 2013 general election, including the early voting period beginning on October 21, 2013...[list of 12 categories of information].*

Your request totaled approximately 73 pages of information. The following is a written itemized statement pursuant to Section 552.2615 of the Government Code. Thus, the following charges apply:

| | | | | |
|---|---|---|---|---|
| Pages | 73 | x | $.10 | $ 7.30 |
| Labor | 4 hours | x | $15.00/hr. | $60.00 |
| Overhead | 20% | x | $60.00 | $12.00 |
| Postage | | | | $ 5.70 |

| | |
|---|---|
| **Total** | **$85.00** |

2083246

V. 113258

#2

# County of Nueces

OFFICE   OF   THE   COUNTY ATTORNEY

**ALISSA A. ADKINS**
Chief of Litigation

**LAURA GARZA JIMENEZ**
COUNTY ATTORNEY
NUECES COUNTY COURTHOUSE
901 LEOPARD, ROOM 207
CORPUS CHRISTI, TX 78401-3680
TELEPHONE (361) 888-0391
FACSIMILE (361) 888-0577

**BELINDA HINOJOSA-PERSOHN**
Chief of Administrative Services

*RUSH – send to Austin Printer*

APPROVED: _____

ID #: _____

DATE: 12 23 13

MATTER #: 131285

DESC.: _____

December 17, 2013

*VIA CERTIFIED MAIL RRR 7012 3460 0001 0385 1250*
Ms. Lindsey Cohan
Dechert LLP
300 W. 6th Street, Suite 2010
Austin, Texas 78701

**RE:   *Public Information Act Request from Lindsey Cohan Dated December 5, 2013
and Received December 9, 2013***

Dear Ms. Cohan:

On December 9, 2013, the Nueces County Clerk received a Public Information Act
request for the following:

> *...records that contain, or from which we can deduce, the following information
> with respect to the November 2013 general election, including the early voting
> period beginning on October 21, 2013...[list of 12 categories of information].*

Your request totaled approximately 73 pages of information. The following is a written
itemized statement pursuant to Section 552.2615 of the Government Code. Thus, the
following charges apply:

| | | | |
|---|---|---|---|
| Pages | 73 | x   $.10 | $ 7.30 |
| Labor | 4 hours | x   $15.00/hr. | $60.00 |
| Overhead | 20% | x   $60.00 | $12.00 |
| Postage | | | $ 5.70 |

| | |
|---|---|
| **Total** | **$85.00** |

Ms. Lindsey Cohan
December 17, 2013

Please note that the County Clerk does not have any documents responsive to the following categories: #3, 4, 5, 6, 7, and 8.

Your request will be considered automatically withdrawn if you do not respond in writing to this itemized statement by informing my office within 10 business days after the date the statement is sent to you:

    1) You will accept the estimated charges;
    2) You are modifying your request in response to the itemized statement; or
    3) You have sent to the attorney general a complaint alleging that you have been overcharged for being provided with a copy of the public information.

Please be advised that the documents are also available for your inspection. You may respond to this statement by delivering the response to my office by mail, in person, facsimile transmission, or electronic mail.

Any check should be made out to "Nueces County".

Sincerely,

Laura Garza Jimenez
NUECES COUNTY ATTORNEY

2

## Galante, Sarah

**From:** Bennett, Jacqueline
**Sent:** Monday, December 23, 2013 3:54 PM
**To:** All Accounts Payable
**Subject:** FW: Rush Check Request: Court of Nueces
**Attachments:** Document.pdf

Please process attached check request and send check to Austin printer.

Thanks in advance.

Jacqueline Bennett
Regional Office Manager
Dechert LLP
512 394 3017 direct
512 394 3972 fax
jacqueline.bennett@dechert.com


-----Original Message-----
From: Rosenberg, Ezra
Sent: Monday, December 23, 2013 12:51 PM
To: Bennett, Jacqueline
Subject: Re: Rush Check Request: Court of Nueces

Approved.  Thanks.

Sent from my iPhone

> On Dec 23, 2013, at 1:10 PM, "Bennett, Jacqueline" <Jacqueline.Bennett@dechert.com> wrote:
>
> Good Morning Ezra,
>
> Please email your approval of the attached RUSH Check Request for $85 to be paid to the
Court of Nueces for release of Public Information requested by Lindsey Cohan.
>
> Jacqueline Bennett
> Regional Office Manager
> Dechert LLP
> 512 394 3017 direct
> 512 394 3972 fax
> jacqueline.bennett@dechert.com
>
> -----Original Message-----
> From: AUS-18-66MFP [mailto:aus-18-66mfp@dechert.com]
> Sent: Monday, December 23, 2013 12:05 PM
> To: Bennett, Jacqueline
> Subject:
>
> Please open the attached document. This document was digitally sent to you using an HP
Digital Sending device.
> <Document.pdf>



**TAXICAB RECEIPT**

Time: _____

Date: 1/16/14

Origin of trip: _Shereth Worhip 6/16_

Destination: _Vera Palm_

Fare: $20.0

Sign: _____

# CHECK DISBURSEMENT REQUEST

| | | |
|---|---|---|
| **For Emergency: Please Fax to (215)-655-2411** | **Attention:** | **Accounts Payable** |

| | | | |
|---|---|---|---|
| Requesting Attorney Name: **Ezra D. Rosenberg** | Office: **Princeton** | Ext: **3222** |
| Requesting Attorney Personal ID No.: **936500** | | |
| Signature: | | |

| | | | |
|---|---|---|---|
| Requesting Name: | Area: | Ext.: |
| Requesting Personal ID No.: | | |

| | | | |
|---|---|---|---|
| Send check to: **J Whipple** | Area: **Princeton** | Ext: **3284** |

| | | | |
|---|---|---|---|
| Date of Request: | 1/30/14 | Amount: | $2500 |
| Payment Due Date: | | | |
| Is immediate payment required? | | If YES, please state reason for immediate payment (normal terms are 25 days from invoice date for firm charges and 30 days from approved requests for client costs). |

| **PAYEE:** |
|---|

| | |
|---|---|
| Name: Address Social Security No. (if individual) **or** or Employer I.D. No.: | **Daniel G. Chatman, Ph.D.** **2223 7th Street, Berkeley, CA  94710** |

| **CHARGE TO:** |
|---|

| | | |
|---|---|---|
| Name of Client: **Texas State Conference of the NAACP** | Client/Matter No.: **- 131285** | Practice Group Non-Earning Matter No.: |
| Name of Prospective Client: | Firm Non-Earning Matter No.: | |
| General Ledger No.: | Explanation for check stub:  Retainer for Expert Consulting fees | |

For CLIENT COST ADVANCES indicate
reason invoice not submitted to client:

If this request was previously faxed to the Finance Department, please check here. ☐

The <u>original</u> invoice MUST be attached to this check request.

Unless immediate payment is requested, checks for FIRM CHARGES will be prepared and sent to you on the 25th day after the invoice date.  CLIENT COST ADVANCES will not be paid until 30 days after a valid approved request and supporting documentation are received by Accounts Payable.  Excepted from this 30 day policy are filing fees less than $5,000.  All other exceptions must be approved by the Finance Chairman or his designee.

All check requests for CLIENT COST ADVANCES in excess of $2,000 **must be approved** by the Finance Chairman or his designee, unless prior exemption from the approval has been obtained from the Finance Chairman or his designee.

All FIRM CHARGES **must be approved** by the appropriate practice group Chair, Partner, or other designated administrative supervisor.

| **FOR FINANCE DEPARTMENT USE ONLY:** | **APPROVED BY** |
|---|---|
| Vendor No.: _219425_ | Name: _____ |
| Cost Code: _____ | Employee PIN/ID#: _____ |
| | (All check requests **MUST** be signed, |

*2090948*

**Whipple, Joni**

| | |
|---|---|
| **From:** | Rosenberg, Ezra |
| **Sent:** | Monday, January 27, 2014 10:21 PM |
| **To:** | Whipple, Joni |
| **Subject:** | FW: Texas |
| **Attachments:** | Chatman Retainer Letter - final - 2014.01.27.pdf |

Joni – Please process a check request for $2500.00 as a retainer for this expert in the Texas case. Thanks.

Ezra D. Rosenberg
Dechert LLP
A Pennsylvania Limited Liability Partnership
Suite 500
902 Carnegie Center
Princeton, NJ 08540-6531
+1 609 955 3222 (Office Direct)
+1 860 995 3177 (Mobile)
+1 609 873 9143 (Fax)
ezra.rosenberg@dechert.com
www.dechert.com

**From:** Dan Chatman [mailto:dgc@berkeley.edu]
**Sent:** Monday, January 27, 2014 6:47 PM
**To:** EXT Mark Posner
**Cc:** Rosenberg, Ezra; Myrna Perez
**Subject:** Re: Texas

Mark, Ezra & Myrna:

Sounds good. I have attached a signed PDF, having accepted all changes and altered the date to make it today's. I can get a detailed plan to you in a week or two (let's say by Wednesday the 5th of Feb), and assuming a week to at most two to finalize that with your feedback, I would guess (right now) that the work can be done by mid-April, allowing time for a report to be created by May 9 as and if needed. I will vet my research assistant regarding conflict of interest in the meantime, but I don't anticipate any problems there.

More later,

Best,
Dan

On 1/25/2014 12:55 PM, Mark Posner wrote:

Redacted

# OMNI ✦ HOTELS & RESORTS

## corpus christi | texas

900 North Shoreline Blvd.
Corpus Christi, TX 78401
Phone: 361-887-1600 • Fax: 361-887-6715
Reservations: 800-843-6664

RUDD, AMY LYNNE

**Room Number:** 1560
**Daily Rate:** 309.00
**Room Type:** KNSUB
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 02/11/14 | 02/12/14 | XXXXXXXXXXXX2039 | RACK | RACK | 14501736734 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 02/11/14 | 1560 | WIFI INTERNET ACCESS | 1560/1/17:52/WIFI INTERNET ACCESS | $9.95 |
| 02/11/14 | 1560 | VALET PARKING $18 | VALET PARKING $18 | $18.00 |
| 02/11/14 | 1560 | ROOM CHARGE | #1560 RUDD, AMY LYNNE | $309.00 |
| 02/11/14 | 1560 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $27.81 |
| 02/11/14 | 1560 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $18.54 |
| 02/12/14 | 1560 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($383.30) |
| 02/12/14 | 1560 | ROOM SERVICE BAYFRONT | 1560/3433/08:07/ROOM SERVICE BAYFRONT | $26.80 |
| 02/12/14 | 1560 | AMERICAN EXPRESS | AX....2039 | ($26.80) |

**TOTAL DUE:** $0.00

TERMS: DUE AND PAYABLE UPON PRESENTATION. I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

# CHECK DISBURSEMENT REQUEST

| | | |
|---|---|---|
| **Please Fax to (215)-655-2411 or Email  allaccountspayable@dechert.com** | | |
| Requesting Attorney Name:  **Lindsey Cohan**<br><br>Requesting Attorney Personal ID Number:  **977743**<br><br>Signature: | Office: | Ext: |
| Requesting Name:  **Joanna Jones**<br>Requesting Personal ID Number:  **978371** | Office:  **Austin** | Ext.:  **3006** |
| Send check to:  ☒ **Direct to vendor per address below**<br> ☐ **Individual requesting check**<br> ☐ **Other** | | RECEIVED<br><br>FEB 19 2014<br><br>ACCOUNTS PAYABLE |

| | | |
|---|---|---|
| Date of Request: | 02/04/2014 | Amount: **$4.00** |
| Payment Due Date: | | |
| Is immediate payment required?<br><br>**YES** | If YES, please state reason for immediate payment (vendor invoices are normally paid in accordance with agreed upon payment terms, which is normally 30 days from invoice date).<br><br>**Fee for copies of public records request re provisional ballots in Dallas County.** | |

| | |
|---|---|
| **PAYEE:** | |
| Name:<br>Address<br><br><br><br><br><br>Social Security No. (if individual)<br>**or**<br>or Employer I.D. No.:<br>Attach W-9 for New Vendor Set up | **Dallas County<br>c/o Melanie Barton<br>Dallas County District Attorney's Office<br>411 Elm Street, 5th Floor<br>Dallas, TX  75231** |

| | |
|---|---|
| **CHARGE TO** | |
| Name of Client:<br>**TX Voter ID - pro bono** | Client/Matter Number:  **386716 - 131285**    Non-Earning Matter Number: |
| General Ledger Number: | Explanation for check stub:  Fee for copies of public records request re provisional ballots in Dallas County. |

A copy of the invoice MUST be attached to this check request.
All FIRM CHARGES **must be approved** by the appropriate practice group Leader, or Head of Infrastructure.

| | |
|---|---|
| **FOR FINANCE DEPARTMENT USE ONLY.** | **APPROVED BY** |
| Vendor No.:  _219445_<br>Address ID No.:  _____ | Name:  _____<br>Employee PIN/ID#:  _____<br>(All check requests **MUST** be signed) |



**K² KENO KOZIE**

# Client Order Confirmation

| | |
|---|---|
| **K2 PO:** | Dechert 512810 |
| **Date Submitted:** | 2/4/2014 |

| Ship To: | Bill To: | Manufacturer: |
|---|---|---|
| Chris Barthel<br>Dechert LLP<br>Circa Centere<br>2929 Arch Street<br>Philadelphia, PA 19104<br>Christopher.barthel@dechert.com<br>215 994 2212 | Chris Barthel<br>Dechert LLP<br>Circa Centere<br>2929 Arch Street<br>Philadelphia, PA 19104<br>Christopher.barthel@dechert.com<br>215 994 2212 | Acronis |

| Client  Name | Client-Matter Number | Required By Date |
|---|---|---|
| Dechert LLP | | |

| Requested By | Shipping Method | Terms |
|---|---|---|
| Andrew Lunn | | Payment Prior to Delivery |

| Qty. | Part # | Item Description | Unit Cost | Total Cost |
|---|---|---|---|---|
| 2 | TPSXCPZZS | Dechert - Acronis Backup and Recovery | $418.00 | $836.00 |

2094314

| Notes: | | |
|---|---|---|
| Sales Tax To Be Determined At Time Of Billing | Subtotal | $836.00 |
| | Sales Tax | $26.13 |
| | Shipping | |
| | Total | $862.13 |

| | |
|---|---|
| Authorized By: | |
| Signature: | |
| Email | |
| Phone Number | |



kwiktag ®   162 758 578

Ortiz, Brenda

| | |
|---|---|
| **From:** | Weisenberg, Roger |
| **Sent:** | Monday, February 10, 2014 1:35 PM |
| **To:** | All Accounts Payable; Ortiz, Brenda; Kapoor, Ashok |
| **Cc:** | Barthel, Christopher |
| **Subject:** | FW: Dechert Extranet Acronis Backup and Recovery Maintenance Renewal |
| **Attachments:** | Dechert - Acronis Backup and Recovery Maintenance 2014.pdf |

AP: Can you please pay using PO 39248.

Thank you

Roger Weisenberg
Director of Applications

**Dechert LLP**
+1.215.994.7297 direct
dechert.com

**From:** Barthel, Christopher
**Sent:** Tuesday, February 04, 2014 3:15 PM
**To:** Weisenberg, Roger
**Subject:** FW: Dechert Extranet Acronis Backup and Recovery Maintenance Renewal

Redacted

1

# CHECK DISBURSEMENT REQUEST

Please Fax to (215) 683-2411 or Email allaccounting@ixrebeban.com

| Requesting Attorney Name: **Ezra D. Rosenberg** | Office: **Princeton** | Ext: 3222 |
| Requesting Attorney Personal ID Number: **936500** | | |
| Signature: | | |

| Requesting Name: | Office: | Ext.: |
| Requesting Personal ID Number: | | |

Send check to:   ☐ Direct to vendor per address below
                 ☒ Individual requesting check
                 ☐ Other

| Date of Request: | 2/19/2014 | Amount:**$22,500.00** |
| Payment Due Date: | | |

| Is immediate payment required?  **Yes** | If YES, please state reason for immediate payment (vendor invoices are normally paid in accordance with agreed upon payment terms, which is normally 30 days from invoice date). **Survey in connection with litigation** |

### PAYEE

| Name: | **Pacific Market Researach, LLC** |
| Address | **15 S. Grady Way, St. 620, Renton, WA 98057** |
| Social Security No. (if individual) **or** | |
| or Employer I.D. No.: | **91-1898174** |
| Attach W-9 for New Vendor Set up | |

### CHARGE TO:

| Name of Client: **Texas State Conference (Pro Bono)** | Client/Matter Number: **386716 - 131285** | Non-Earning Matter Number: |
| General Ledger Number: | Explanation for check stub:  Shared expenses for survey in connection with Texas State Conference litigation | |

A copy of the invoice MUST be attached to this check request.
All FIRM CHARGES must be approved by the appropriate practice group Leader, or Head of Infrastructure.

### FOR FINANCE DEPARTMENT USE ONLY          APPROVED BY:

| Vendor No.: 219451 | Name: |
| Address ID No.: | Employee PIN/ID#: |
| | (All check requests MUST be signed) |

2695189

## Mulholland, Mary Ann

| | |
|---|---|
| **From:** | Rosenberg, Ezra |
| **Sent:** | Tuesday, February 18, 2014 4:30 PM |
| **To:** | Mulholland, Mary Ann |
| **Subject:** | FW: Texas Section 2 Litigation: Retainer agreement with Dechert LLP |
| **Attachments:** | pacific w-9 2014_20140214200358.pdf |

Hi, Mary Ann — and a check in the amount of $22,500.00 made payable to this entity, also charged to the Texas case. Thanks.

---

**From:** Mark Rosenkranz [mailto:mrosenkranz@pacificmarketresearch.com]
**Sent:** Friday, February 14, 2014 8:03 PM
**To:** Rosenberg, Ezra
**Cc:** EXT Mark Posner; EXT Myrna Perez; EXT Chad Dunn
**Subject:** RE: Texas Section 2 Litigation: Retainer agreement with Dechert LLP

Ezra,

Here is the W-9.

Thanks
Mark Rosenkranz
Pacific Market Research
877-271-2300

---

**From:** Rosenberg, Ezra [mailto:ezra.rosenberg@dechert.com]
**Sent:** Friday, February 14, 2014 12:36 PM
**To:** Mark Rosenkranz
**Cc:** EXT Mark Posner; EXT Myrna Perez; EXT Chad Dunn
**Subject:** RE: Texas Section 2 Litigation: Retainer agreement with Dechert LLP

Thanks, Mark.  Attached is a blank W-9.  Please fill it out and return it to me, so we may process the first payment. — Ezra

---

**From:** Mark Rosenkranz [mailto:mrosenkranz@pacificmarketresearch.com]
**Sent:** Thursday, February 13, 2014 8:34 PM
**To:** Rosenberg, Ezra
**Cc:** EXT Mark Posner; EXT Myrna Perez; EXT Chad Dunn
**Subject:** RE: Texas Section 2 Litigation: Retainer agreement with Dechert LLP

Ezra,

The executed retainer agreement is attached.

Thanks
Mark Rosenkranz
Pacific Market Research
877-271-2300

---

**From:** Rosenberg, Ezra [mailto:ezra.rosenberg@dechert.com]
**Sent:** Thursday, February 13, 2014 10:20 AM

1

# CHECK DISBURSEMENT REQUEST

| | | |
|---|---|---|
| Please Fax to (212) 655-2411 or Email: othce-svcsnychq@dechert.com | | |
| Requesting Attorney Name: **Ezra D. Rosenberg** <br> Requesting Attorney Personal ID Number: **936500** <br> Signature: | Office: **Princeton** | Ext: 3222 |
| Requesting Name: <br> Requesting Personal ID Number: | Office: | Ext.: |
| Send check to: ☐ Direct to vendor per address below <br> ☒ Individual requesting check <br> ☐ Other | | |

| | | |
|---|---|---|
| Date of Request: | 2/19/2014 | Amount: **$5,000.00** |
| Payment Due Date: | | |
| Is immediate payment required? <br> **Yes** | If YES, please state reason for immediate payment (vendor invoices are normally paid in accordance with agreed upon payment terms, which is normally 30 days from invoice date). <br> **Expert witness fee in connection with litigation** | |

**PAYEE:**

| | |
|---|---|
| Name: <br> Address <br> Social Security No. (if individual) <br> or <br> or Employer I.D. No.: <br> Attach W-9 for New Vendor Set up | **Gabriel R. Sanchez LLC** <br> **7912 Mauna Loa Rd., NW, Albuquerque, NM 87120** <br><br> **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** |

**CHARGE TO:**

| | | |
|---|---|---|
| Name of Client: <br> **Texas State Conference (Pro Bono)** | Client/Matter Number: <br> **386716 - 131285** | Non-Earning Matter Number: |
| General Ledger Number: | Explanation for check stub: Expert Witness Fee | |

A copy of the invoice MUST be attached to this check request.
All FIRM CHARGES must be approved by the appropriate practice group Leader, or Head of Infrastructure.

| FOR FINANCE DEPARTMENT USE ONLY | APPROVED BY: |
|---|---|
| Vendor No.: _219450_ <br> Address ID No.: _____ | Name: _____ <br> Employee PIN/ID#: _____ <br> (All check requests **MUST** be signed) |

2095190

## Mulholland, Mary Ann

| | |
|---|---|
| **From:** | Rosenberg, Ezra |
| **Sent:** | Tuesday, February 18, 2014 4:28 PM |
| **To:** | Mulholland, Mary Ann |
| **Subject:** | FW: Retainer Agreements/W-9s |
| **Attachments:** | scan (13).pdf |

Mary Ann – Please process a check in the amount of $5000.00 made payable to Dr. Sanchez, charged to Texas Section 2 case.  Thanks.          386716   131285·   *Texas State Conf / Challenger in*

*Texas Dem Py*

**From:** Gabriel Ramon Sanchez [mailto:sanchezg@unm.edu]
**Sent:** Friday, February 14, 2014 6:16 PM
**To:** Rosenberg, Ezra
**Subject:** RE: Retainer Agreements/W-9s

Hello Ezra, I have attached the signed w-9 and agreement.

Let me know if you need anything else from me.

Thanks,
Gabe

Gabriel R. Sanchez, Ph.D.
Associate Professor
Department of Political Science
Interim Executive Director
RWJF Center for Health Policy
University of New Mexico
(505) 277-0130

Redacted

1

## CHECK DISBURSEMENT REQUEST

| Please Fax to (215) 655-2411 or Email nlincomepayable@dechert.com | | | |
|---|---|---|---|
| Requesting Attorney Name:  **Ezra D. Rosenberg**<br>Requesting Attorney Personal ID Number:  **936500**<br>Signature: | Office:  **Princeton** | Ext: | **3222** |
| Requesting Name:<br>Requesting Personal ID Number: | Office: | Ext.: | |

| Send check to: | ☐ **Direct to vendor per address below**<br>☒ **Individual requesting check**<br>☐ **Other** | | |
|---|---|---|---|

| Date of Request: | 2/19/2014 | Amount: **$5,000.00** |
|---|---|---|
| Payment Due Date: | | |

| Is immediate payment required?<br>**Yes** | If YES, please state reason for immediate payment (vendor invoices are normally paid in accordance with agreed upon payment terms, which is normally 30 days from invoice date).<br>**Expert witness fee in connection with litigation** |
|---|---|

| PAYEE | |
|---|---|
| Name:<br>Address<br>Social Security No. (if individual)<br>or<br>or Employer I.D. No.:<br>Attach W-9 for New Vendor Set up | **Matthew A. Barreto**<br>**20008 8th Ave. NW, Shoreline, WA  98177**<br><br>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 |

| CHARGE TO: | |
|---|---|
| Name of Client:<br>**Texas State Conference (Pro Bono)** | Client/Matter Number:          Non-Earning Matter Number:<br>**386716 - 131285** |
| General Ledger Number: | Explanation for check stub:  Expert Witness Fee |

A copy of the invoice MUST be attached to this check request.
All FIRM CHARGES **must be approved** by the appropriate practice group Leader, or Head of Infrastructure.

| FOR FINANCE DEPARTMENT USE ONLY: | APPROVED BY: |
|---|---|
| Vendor No.:  _219449_<br>Address ID No.: | Name:<br>Employee PIN/ID#:<br>(All check requests **MUST** be signed) |

2095191

**Mulholland, Mary Ann**

| | |
|---|---|
| **From:** | Rosenberg, Ezra |
| **Sent:** | Wednesday, February 19, 2014 9:44 AM |
| **To:** | Mulholland, Mary Ann |
| **Subject:** | FW: Texas Section 2 Litigation: Retainer agreement with Decherd LLP |
| **Attachments:** | w9_barreto.pdf |

Now you can process the $5000.00 payment for Barreto.  Thanks.

---

**From:** Matt Barreto [mailto:mbarreto@washington.edu]
**Sent:** Wednesday, February 19, 2014 12:59 AM
**To:** Rosenberg, Ezra
**Subject:** Re: Texas Section 2 Litigation: Retainer agreement with Decherd LLP

here it is

On 2/18/2014 11:28 AM, Rosenberg, Ezra wrote:

> Matt – could you forward me the filled out W-9, so we can process your first payment.  Thanks.



This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

1

# OMNI ✦ HOTELS & RESORTS

corpus christi | texas

900 North Shoreline Blvd.
Corpus Christi, TX 78401
Phone: 361-887-1600 • Fax: 361-887-6715
Reservations: 800-843-6664

ROSENBERG, EZRA
CARLSON WAGONLIT TRAVEL

**Room Number:** 1860
**Daily Rate:** 249.00
**Room Type:** LKABC
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 2/11/2014 | 2/12/2014 | XXXXXXXXXXX8003 | CWT | CONS | 14501734553 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 2/11/2014 | 1860 | ROOM CHARGE | #1860 ROSENBERG, EZRA | $249.00 |
| 2/11/2014 | 1860 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $22.41 |
| 2/11/2014 | 1860 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $14.94 |
| 2/12/2014 | 1860 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($286.35) |
| 2/12/2014 | 1860 | GLASS PAVILION RESTAURANT | 1860/2992/07:24/GLASS PAVILION RESTAURAN | $22.40 |
| 2/12/2014 | 1860 | AMERICAN EXPRESS | AX....8003 | ($22.40) |

**TOTAL DUE:**               $0.00

TERMS:   DUE AND PAYABLE UPON PRESENTATION.   I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

**ARANDAS TAXI**
CORPUS CHRISTI
(361) 548-7656
(361) 249-2741

Date 2-11-14

Amount of Fare $ 25.00 + $5.00 Tip = $30.00

Driver's Name LLOYD YOUNG

Car Number 419

*RESERVATIONS AVAILABLE

24 HRS.
EVERYDAY  2/12/14
$20.00

DISCOUNTS AVAILABLE
LOWEST FLAT RATES
TWIC READY

**361-288-3338**
LIKE US ON FACEBOOK

PROTECTED
IN CAR CREDIT
SWIPES

GONZALEZ FAMILY
OWNED & OPERATED

**ARANDAS TAXI**
CORPUS CHRISTI
(361) 548-7656
(361) 249-2741

Date 2-11-14

Amount of Fare $ 25.00 + $5.00 T = $30.00

Driver's Name LLOYD YOUNG

Car Number 419

*RESERVATIONS AVAILABLE

24 HRS.
EVERYDAY   2/12/14
           $20.00

DISCOUNTS AVAILABLE
LOWEST FLAT RATES
TWIC READY

**361-288-3338**
LIKE US ON FACEBOOK

PROTECTED
IN CAR CREDIT
SWIPES

GONZALEZ FAMILY
OWNED & OPERATED

WaterStreet Seafood Company
Corpus Christi TX 361-882-8683
309 N. Water Street
Corpus Christi, Tx
361-882-8683

Server: Sandra                  02/11/2014
Table 80/3                       8:53 PM
Guests: 2                          30026

PINT DOS XX (2 @4.75)              9.50
Starborough SB (2 @8.25)         16.50
6 Oysters Rockefeller             9.49
Lunch Drum                       15.29
  sub pec crusted                 2.00
Baconwrap Stuffd Shrimp          20.99

Subtotal                         73.77
Tax                               3.94

Total                            77.71

**Balance Due       77.71**

        Suggested Gratuity:
            15%:11.07
            17%:12.54
            20%:14.75

WaterStreet Seafood Company
Corpus Christi TX 361-882-8683
309 N. Water Street
Corpus Christi, Tx
361-882-8683

Server: Sandra              DOB: 02/11/2014
08:59 PM                          02/11/2014
Table 80/3                         3/30026

                  SALE

AMEX                            6291475
Card #XXXXXXXXXXX8003
Magnetic card present:
Card Entry Method:  S

Approval: 577910

        Amount:      $ 77.71

      + Tip: ____16 —____

      = Total: ____93.71____

        I agree to pay the above
      total amount according to the
          card issuer agreement.

X_____


              Customer Copy

```
                  Tailwind - CRP
                  The  Airport

      Server: Bianca        DOB: 02/12/2014
      12:02 PM                   02/12/2014
      Wall/2                      2/20034

                      SALE

      Visa                      3145743
      Card #XXXXXXXXXXXX3645
      Magnetic card present: ROSENBERG EZRA
      Card Entry Method:  S

      Approval: 07640C

                    Amount:      $ 12.12

                    + Tip: _____ 2.50

                    = Total: ____ /4.62


            I agree to pay the above
            total amount according to the
                card issuer agreement.

        X_____


         We would love to hear from you!
         Compliments, Questions, Concerns?
              Please Contact us at:
           info@tailwindconcessions.com
               or 1-866-578-7355


                   Guest Copy
```

**PHILADELPHIA PARKING
AUTHORITY**

```
Philadelphia Parking Authority
Philadelphia Int'l Airport
Main Toll Plaza
Philadelphia, PA 19153
(215) 683-9842

Card Account : XXXXXXXXXXXX3645
Card Type : VISA
Authorization Code : 04925C

Cashier : 540    Seq # 2219
Ent : 09:36 02/11/14 Lane 5
Exit: 19:27 02/12/14 Lane 87
Duration: 1D(s) 9H(s) 51M(s)
Rate Code: 84  Shift: 036


           FEE   $      40.00
    AMOUNT TEND   $      40.00
          CASH   $       0.00
   CREDIT CARD   $      40.00
         CHECK   $       0.00
        CHANGE   $       0.00

    PAID AT CT   $      40.00
        Taxes Included

   *** Thank You ***
```

**Whipple, Joni**

| | |
|---|---|
| **From:** | Dunn, Kate [kdunn@carlsonwagonlit.com] |
| **Sent:** | Tuesday, February 25, 2014 9:20 AM |
| **To:** | Whipple, Joni |
| **Subject:** | Rosemberg/Ezra - 11Feb travel - Break down |

Hi Joni,

I was out yesterday too. So sorry, This was in my drafts I thought I sent last week.

Here it the break down of charges for Mr. Rosenberg

30 Jan – Original booking

586.88 – 0377342849984 – 30Jan14 – UsAirways
3.00  - processing fee – 30Jan14
721.50 – 0167344931516 – 30Jan14 – United
22.00 processing fee – 30Jan14

04Feb –Cancelled/Refunded

-586.88 – 0377342849984
-721.50 – 0167344931516

11Feb – Reissued day of travel

704.00 - 0377344564392 – 11Feb14 – Usairways  -
-117.12  - CWT is crediting back the fare difference of $117.12 for the fare difference from the original ticket

721.00 – 0167344931516 – 11Feb14 – United

12Feb – Traveler made voluntary change to use United/Usairways (to get out ahead of weather) We issued new one way and refunded back ½ of the old ticket

918.50 – 0167344564411 – United/Usairways
22.00 – processing fee
-497.50 – 0167344931516 – United refund

So the grand total here is $1775.80  - Including the refunds/credits.
Please attach this to the expense report and if accounting has any questions they can call or email me.
Hope this helps and you can get this wrapped up and off your plate.

Have a great day,
Kate



**Kate Dunn | Senior Travel Counselor, Traveler Services**

1

*Ezra's Return—* ↙

PLEASE CANCEL 24 HOURS IN ADVANCE TO AVOID NO-SHOW CHARGE.
ITB-SGLB/RT-249.00/PC76221

## Wednesday, February 12, 2014                    Confirmation:  **H26HSV**

 **Flight United Airlines 4345**

| DEPARTURE | ARRIVAL |
|---|---|
| **CRP - Corpus Christi, TX** | **IAH - Houston George Bush, TX** |
| **12:53 PM, Feb 12, 2014** | **1:55 PM, Feb 12, 2014** |

*arrived Term. B.*

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - U |
| Duration | 01:02 (Non-stop) |
| Equipment | ERJ |
| Meal Service | None |
| Frequent Flyer | UAGN779264 |
| Notes | OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS |
| | ARRIVES IAH TERMINAL B |
| | TSA SECURED FLIGHT |

## Wednesday, February 12, 2014                    Confirmation:  **CVF9GY**

 **Flight US Airways 480**

*dept A 17*

| DEPARTURE | ARRIVAL |
|---|---|
| **IAH - Houston George Bush, TX** | **PHL - Philadelphia, PA** |
| **3:00 PM, Feb 12, 2014** | **7:08 PM, Feb 12, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - M |
| Duration | 03:08 (Non-stop) |
| Equipment | Airbus Industrie A319-114 |
| Meal Service | Food For Purchase |
| Reserved Seats | 6B |
| Frequent Flyer | US8810318 |
| Notes | DEPARTS IAH TERMINAL A - ARRIVES PHL TERMINAL B |
| | TSA SECURED FLIGHT |



GET MORE GOING WITH THE CWT VACATION CLUB.
EXCLUSIVE VACATION PACKAGES AND AMENITIES.   BOOK YOUR VACATION TODAY!

**GENERAL INFORMATION**
TICKET 0377342849984 WAS SENT FOR A REFUND ON 04FEB
TICKET 0167344564310 WAS SENT FOR A REFUND ON 04FEB
CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
*******************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
*******************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT

```
*******************************************
IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
*******************************************
FOR THE MOST CURRENT INFORMATION ON AIRPORT
SECURITY PLEASE CHECK WWW.TSA.GOV
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
IF TRAVELING ON CODE SHARE/PARTNER AIRLINE CARRIERS
CHECK ALLOWANCE FOR THE OPERATING CARRIER.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
FOR A COMPLETE LIST OF COUNTRIES THAT UTILIZE
AEROSOL INSECTICIDE SPRAYS
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES MAY BE SUBJECT TO A PENALTY OR FARE
INCREASE UP TO AND INCLUDING THE TOTAL COST OF THE TICKET.
FAILURE TO CANCEL MAY FORFEIT THE TOTAL VALUE OF TICKET.
FULLCXL**FULLCXL*
AGENCY SERVICE FEE OF 22.00 HAS BEEN CHARGED
```

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|------------------------|------|-------|-------|-------|-------|
| ROSENBERG/EZRA 5443/0167344564411/12FEB14 | | | | | | 918.50 |
| | | | | SERVICE FEE | | 22.00 |
| | | | | **Total Amount** | | **940.50** |

Form of Payment: AXXXXXXXXXXXXX8003

Traveler Resources | The Savvy Traveler blog | Data Protection Policy
Copyright © 2009-2014 CWT

**Please do not reply to this email.**
If the email does not display correctly, please click here.



Carlson Wagonlit Travel

**Your Itinerary**

VIEW YOUR ITINERARY ONLINE

### Trip on Feb 11, 2014          Locator: **L0FVS6**          Date: **Feb 11, 2014**

| Traveler | **EZRA D ROSENBERG** |
| --- | --- |
| | DECHERT LLP |
| | CIRA CENTRE |
| | 2929 ARCH ST |
| | PHILADELPHIA PA Z/19104 |
| Agent | 42 |

### Tuesday, February 11, 2014          Confirmation: **CHCB38**

 **Flight US Airways 545**

| DEPARTURE | ARRIVAL |
| --- | --- |
| **PHL – Philadelphia, PA** | **IAH – Houston George Bush, TX** |
| **11:31 AM, Feb 11, 2014** | **2:25 PM, Feb 11, 2014** |

| | |
| --- | --- |
| Status | Confirmed |
| Class | Coach Class - M |
| Duration | 03:54 (Non-stop) |
| Equipment | Airbus Industrie A319-114 |
| Meal Service | Food For Purchase |
| Frequent Flyer | US8810318 |
| Notes | DEPARTS PHL TERMINAL B - ARRIVES IAH TERMINAL A |
| | TSA SECURED FLIGHT |



Save up to 93% with CWT Offers
Deals on shopping, entertainment and more!

**GENERAL INFORMATION**
CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
**********************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
**********************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
**********************************************
IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE

PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
*********************************************

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|-------------------------|------|-------|-------|-------|-------|
| ROSENBERG/EZRA 5413/0377344564392/11FEB14 | | | | | | 704.00 |
| | | | | **Total Amount** | | **704.00** |

Form of Payment: AXXXXXXXXXXXXX8003



Traveler Resources | The Savvy Traveler blog | Data Protection Policy
Copyright © 2009-2014 CWT



**Please do not reply to this email.**
If the email does not display correctly, please click here.

Carlson Wagonlit Travel

Your Itinerary

VIEW YOUR ITINERARY ONLINE

**Trip on Feb 11, 2014**          Locator: **VBK5BE**          Date: **Feb 11, 2014**

| Traveler | **EZRA D ROSENBERG** |
|---|---|
| | DECHERT LLP |
| | CIRA CENTRE |
| | 2929 ARCH ST |
| | PHILADELPHIA PA Z/19104 |
| Agent | OT |

**Tuesday, February 11, 2014**          Confirmation: **H26HSV**

 **Flight United Airlines 3810**

| DEPARTURE | ARRIVAL |
|---|---|
| **IAH – Houston George Bush, TX** | **CRP – Corpus Christi, TX** |
| **3:40 PM, Feb 11, 2014** | **4:42 PM, Feb 11, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - U |
| Duration | 01:02 (Non-stop) |
| Equipment | ERJ |
| Meal Service | None |
| Reserved Seats | 9A |
| Frequent Flyer | UAGN779264 |
| Notes | OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS |
| | DEPARTS IAH TERMINAL B |
| | TSA SECURED FLIGHT |

**Tuesday, February 11, 2014**          Confirmation: **40014261347**

 **Hotel OMNI CORPUS CHRISTI HOTEL**

| LOCATION | CONTACT |
|---|---|
| **900 N Shoreline Boulevard** | **Tel 361-887-1600** |
| **Corpus Christi TX 78401, US US Nueces** | **Fax 361-887-6715** |

*cc receipte @ omni notels.com*

| | |
|---|---|
| Reserved For | EZRA D ROSENBERG |
| Status | Confirmed |
| Check-In | Feb 11, 2014 |
| Check-Out | Feb 12, 2014 |
| Number of Rooms | 1 |
| Rate | 249.00/night |
| Notes | HOTEL FAX NUMBER: 361-887-6715 |
| | PHONE 361-887-1600 |
| | HOTEL IS GUARANTEED FOR LATE ARRIVAL |
| | PLEASE CANCEL 24 HOURS IN ADVANCE TO AVOID NO-SHOW CHARGE. |
| | ITB-SGLB/RT-249.00/PC76221 |

**Wednesday, February 12, 2014**              Confirmation: **H26HSV**

 **Flight United Airlines 4609**

| DEPARTURE | ARRIVAL |
|---|---|
| **CRP – Corpus Christi, TX** | **IAH – Houston George Bush, TX** |
| **4:00 PM, Feb 12, 2014** | **5:00 PM, Feb 12, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - U |
| Duration | 01:00 (Non-stop) |
| Equipment | ERJ |
| Meal Service | None |
| Reserved Seats | 20A |
| Frequent Flyer | UAGN779264 |
| Notes | OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS |
| | ARRIVES IAH TERMINAL B |
| | TSA SECURED FLIGHT |

**Wednesday, February 12, 2014**              Confirmation: **H26HSV**

 **Flight United Airlines 335**

| DEPARTURE | ARRIVAL |
|---|---|
| **IAH – Houston George Bush, TX** | **PHL – Philadelphia, PA** |
| **7:19 PM, Feb 12, 2014** | **11:29 PM, Feb 12, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - U |
| Duration | 03:10 (Non-stop) |
| Equipment | Airbus Industrie A319-114 |
| Meal Service | Food For Purchase |
| Frequent Flyer | UAGN779264 |
| Notes | DEPARTS IAH TERMINAL C - ARRIVES PHL TERMINAL D |
| | TSA SECURED FLIGHT |
| | SEATING AT CHECK IN ONLY |


Save up to 93% with CWT Offers
Deals on shopping, entertainment and more!

**GENERAL INFORMATION**
TICKET 0377342849984 WAS SENT FOR A REFUND ON 04FEB
TICKET 0167344564310 WAS SENT FOR A REFUND ON 04FEB
CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
*********************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
*********************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
*********************************************
IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE

PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
*********************************************
FOR THE MOST CURRENT INFORMATION ON AIRPORT
SECURITY PLEASE CHECK WWW.TSA.GOV
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
IF TRAVELING ON CODE SHARE/PARTNER AIRLINE CARRIERS
CHECK ALLOWANCE FOR THE OPERATING CARRIER.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
FOR A COMPLETE LIST OF COUNTRIES THAT UTILIZE
AEROSOL INSECTICIDE SPRAYS
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES MAY BE SUBJECT TO A PENALTY OR FARE
INCREASE UP TO AND INCLUDING THE TOTAL COST OF THE TICKET.
FAILURE TO CANCEL MAY FORFEIT THE TOTAL VALUE OF TICKET.
AGENCY SERVICE FEE OF 22.00 HAS BEEN CHARGED
FULLCXL**FULLCXL*

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|------------------------|------|-------|-------|-------|-------|
| ROSENBERG/EZRA 19786/0167344931516/11FEB14 | | | | | | 721.00 |
| | | | | SERVICE FEE | | 22.00 |
| | | | | SERVICE FEE | | 12.00 |
| | | | | **Total Amount** | | **755.00** |

Form of Payment: AXXXXXXXXXXXXX8003

Traveler Resources ¦ The Savvy Traveler blog ¦ Data Protection Policy
Copyright © 2009-2014 CWT

**Please do not reply to this email.**
If the email does not display correctly, please click here.





VIEW YOUR ITINERARY ONLINE

**Trip on Feb 11, 2014**          Locator: ~~VBK5BE~~          Date: **Feb 04, 2014**

| | |
|---|---|
| Traveler | **EZRA D ROSENBERG** |
| | DECHERT LLP |
| | CIRA CENTRE |
| | 2929 ARCH ST |
| | PHILADELPHIA PA Z/19104 |
| Agent | OT |

*NEW LOCATOR CHCB38*

**Tuesday, February 11, 2014**          Confirmation: **CVF9GY**

 **Flight US Airways 545**

| DEPARTURE | ARRIVAL |
|---|---|
| **PHL - Philadelphia, PA** | **IAH - Houston George Bush, TX** |
| **11:31 AM, Feb 11, 2014** | **2:25 PM, Feb 11, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - H |
| Duration | 03:54 (Non-stop) |
| Equipment | Airbus Industrie A319-114 |
| Meal Service | Food For Purchase |
| Reserved Seats | 15A ✔ |
| Frequent Flyer | US8810318 |
| Notes | DEPARTS PHL TERMINAL B - ARRIVES IAH TERMINAL A |
| | TSA SECURED FLIGHT |

*OK*

**Tuesday, February 11, 2014**          Confirmation: **H26HSV**

 **Flight United Airlines 3810**

| DEPARTURE | ARRIVAL |
|---|---|
| **IAH - Houston George Bush, TX** | **CRP - Corpus Christi, TX** |
| **3:40 PM, Feb 11, 2014** | **4:42 PM, Feb 11, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - U |
| Duration | 01:02 (Non-stop) |
| Equipment | ERJ |
| Meal Service | None |
| Reserved Seats | 9A |
| Frequent Flyer | UAGN779264 |
| Notes | OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS |
| | DEPARTS IAH TERMINAL B |
| | TSA SECURED FLIGHT |

**Tuesday, February 11, 2014**                          Confirmation:  **40014261347**

 **Hotel OMNI CORPUS CHRISTI HOTEL**

LOCATION                                          CONTACT
**900 N Shoreline Boulevard**                     **Tel 361-887-1600**
**Corpus Christi TX 78401, US US Nueces**         **Fax 361-887-6715**

Reserved For            EZRA D ROSENBERG
Status                  Confirmed
Check-In                Feb 11, 2014
Check-Out               Feb 12, 2014
Number of Rooms         1
Rate                    249.00/night
Notes                   HOTEL FAX NUMBER: 361-887-6715
                        PHONE 361-887-1600
                        HOTEL IS GUARANTEED FOR LATE ARRIVAL
                        PLEASE CANCEL 24 HOURS IN ADVANCE TO AVOID NO-SHOW CHARGE.
                        ITB-SGLB/RT-249.00/PC76221

**Wednesday, February 12, 2014**                        Confirmation:  **H26HSV**

 **Flight United Airlines 4609**

DEPARTURE                                         ARRIVAL
**CRP - Corpus Christi, TX**                      **IAH - Houston George Bush, TX**
**4:00 PM, Feb 12, 2014**                         **5:00 PM, Feb 12, 2014**

Status                  Confirmed
Class                   Coach Class - U
Duration                01:00 (Non-stop)
Equipment               ERJ
Meal Service            None
Reserved Seats          20A
Frequent Flyer          UAGN779264

Notes                   OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS
                        ARRIVES IAH TERMINAL B
                        TSA SECURED FLIGHT

**Wednesday, February 12, 2014**                        Confirmation:  **H26HSV**

**Flight United Airlines 335**

DEPARTURE                                         ARRIVAL
**IAH - Houston George Bush, TX**                 **PHL - Philadelphia, PA**
**7:19 PM, Feb 12, 2014**                         **11:29 PM, Feb 12, 2014**

Status                  Confirmed
Class                   Coach Class - U
Duration                03:10 (Non-stop)
Equipment               Airbus Industrie A319-114
Meal Service            Food For Purchase
Frequent Flyer          UAGN779264

Notes                   DEPARTS IAH TERMINAL C - ARRIVES PHL TERMINAL D
                        TSA SECURED FLIGHT
                        SEATING AT CHECK IN ONLY



**GENERAL INFORMATION**
TICKET 0377342849984 WAS SENT FOR A REFUND ON 04FEB
TICKET 0167344564310 WAS SENT FOR A REFUND ON 04FEB
CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
*******************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
*******************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
*******************************************
IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
*******************************************
FOR THE MOST CURRENT INFORMATION ON AIRPORT
SECURITY PLEASE CHECK WWW.TSA.GOV
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
IF TRAVELING ON CODE SHARE/PARTNER AIRLINE CARRIERS
CHECK ALLOWANCE FOR THE OPERATING CARRIER.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
FOR A COMPLETE LIST OF COUNTRIES THAT UTILIZE
AEROSOL INSECTICIDE SPRAYS
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES MAY BE SUBJECT TO A PENALTY OR FARE
INCREASE UP TO AND INCLUDING THE TOTAL COST OF THE TICKET.
FAILURE TO CANCEL MAY FORFEIT THE TOTAL VALUE OF TICKET.
AGENCY SERVICE FEE OF 22.00 HAS BEEN CHARGED
FULLCXL**FULLCXL*





Traveler Resources | The Savvy Traveler blog | Data Protection Policy
Copyright © 2009-2014 CWT

**Please do not reply to this email.**
If the email does not display correctly, please click here.





VIEW YOUR ITINERARY ONLINE

---

**Trip on Feb 11, 2014**       Locator: **VBK5BE**      Date: **Jan 30, 2014**

| | |
|---|---|
| Traveler | **EZRA D ROSENBERG** |
| | DECHERT LLP |
| | CIRA CENTRE |
| | 2929 ARCH ST |
| | PHILADELPHIA PA Z/19104 |
| Agent | OT |

---

**Tuesday, February 11, 2014**      Confirmation: **CVF9GY**

 **Flight US Airways 545**

| DEPARTURE | ARRIVAL |
|---|---|
| **PHL - Philadelphia, PA** | **IAH - Houston George Bush, TX** |
| **11:31 AM, Feb 11, 2014** | **2:25 PM, Feb 11, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - H |
| Duration | 03:54 (Non-stop) |
| Equipment | Airbus Industrie A319-114 |
| Meal Service | Food For Purchase |
| Reserved Seats | 15A |
| Frequent Flyer | US8810318 |
| Notes | DEPARTS PHL TERMINAL B - ARRIVES IAH TERMINAL A |
| | TSA SECURED FLIGHT |

---

**Tuesday, February 11, 2014**      Confirmation: **H26HSV**

 **Flight United Airlines 3810**

| DEPARTURE | ARRIVAL |
|---|---|
| **IAH - Houston George Bush, TX** | **CRP - Corpus Christi, TX** |
| **3:40 PM, Feb 11, 2014** | **4:42 PM, Feb 11, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - U |
| Duration | 01:02 (Non-stop) |
| Equipment | ERJ |
| Meal Service | None |
| Reserved Seats | 9A |
| Frequent Flyer | UAGN779264 |
| Notes | OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS |
| | DEPARTS IAH TERMINAL B |
| | TSA SECURED FLIGHT |

**Tuesday, February 11, 2014**                    Confirmation: **40014261347 \***

 **Hotel OMNI CORPUS CHRISTI HOTEL**

| LOCATION | CONTACT |
|---|---|
| **900 N Shoreline Boulevard** | **Tel 361-887-1600** |
| **Corpus Christi TX 78401, US US Nueces** | **Fax 361-887-6715** |

*Cancel hotel 4001 431 2034. Reinstated hotel reservations worl 2/4/14.*

| | |
|---|---|
| Reserved For | EZRA D ROSENBERG |
| Status | Confirmed |
| Check-In | Feb 11, 2014 |
| Check-Out | Feb 12, 2014 |
| Number of Rooms | 1 |
| Rate | USD 249.00/night |
| Notes | OM76221ARR11FEB CXL:CANCEL BY 12PM 10-FEB-14 |

**Wednesday, February 12, 2014**               Confirmation: **H26HSV**

 **Flight United Airlines 4609**

| DEPARTURE | ARRIVAL |
|---|---|
| **CRP - Corpus Christi, TX** | **IAH - Houston George Bush, TX** |
| **4:00 PM, Feb 12, 2014** | **5:00 PM, Feb 12, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - U |
| Duration | 01:00 (Non-stop) |
| Equipment | ERJ |
| Meal Service | None |
| Reserved Seats | 20A |
| Frequent Flyer | UAGN779264 |
| Notes | OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS |
| | ARRIVES IAH TERMINAL B |
| | TSA SECURED FLIGHT |

**Wednesday, February 12, 2014**               Confirmation: **H26HSV**

 **Flight United Airlines 335**

| DEPARTURE | ARRIVAL |
|---|---|
| **IAH - Houston George Bush, TX** | **PHL - Philadelphia, PA** |
| **7:19 PM, Feb 12, 2014** | **11:29 PM, Feb 12, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - U |
| Duration | 03:10 (Non-stop) |
| Equipment | Airbus Industrie A319-114 |
| Meal Service | Food For Purchase |
| Reserved Seats | 29B |
| Frequent Flyer | UAGN779264 |
| Notes | DEPARTS IAH TERMINAL C - ARRIVES PHL TERMINAL D |
| | TSA SECURED FLIGHT |



**GENERAL INFORMATION**

CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
**************************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
**************************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
**************************************************
IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
**************************************************
FOR THE MOST CURRENT INFORMATION ON AIRPORT
SECURITY PLEASE CHECK WWW.TSA.GOV
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
IF TRAVELING ON CODE SHARE/PARTNER AIRLINE CARRIERS
CHECK ALLOWANCE FOR THE OPERATING CARRIER.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
FOR A COMPLETE LIST OF COUNTRIES THAT UTILIZE
AEROSOL INSECTICIDE SPRAYS
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES MAY BE SUBJECT TO A PENALTY OR FARE
INCREASE UP TO AND INCLUDING THE TOTAL COST OF THE TICKET.
FAILURE TO CANCEL MAY FORFEIT THE TOTAL VALUE OF TICKET.
AGENCY SERVICE FEE OF 3.00 HAS BEEN CHARGED

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|-------------------------|------|-------|-------|-------|-------|
| ROSENBERG/EZRA 5260/0377342849984/30JAN14 | | | | | | 586.00 |
| | | | | | SERVICE FEE | 3.00 |
| | | | | | Total Amount | 589.00 |

Form of Payment: AXXXXXXXXXXXXX8003





Traveler Resources | The Savvy Traveler blog | Data Protection Policy
Copyright © 2009-2014 CWT

### Please do not reply to this email.
If the email does not display correctly, please click here.





VIEW YOUR ITINERARY ONLINE

| Trip on Feb 11, 2014 | Locator: **VBK5BE** | Date: **Jan 30, 2014** |
|---|---|---|

| Traveler | **EZRA D ROSENBERG** |
|---|---|
| | DECHERT LLP |
| | CIRA CENTRE |
| | 2929 ARCH ST |
| | PHILADELPHIA PA Z/19104 |
| Agent | OT |

---

**Tuesday, February 11, 2014**　　　　Confirmation: **CVF9GY**

 **Flight US Airways 545**

| DEPARTURE | ARRIVAL |
|---|---|
| **PHL - Philadelphia, PA** | **IAH - Houston George Bush, TX** |
| **11:31 AM, Feb 11, 2014** | **2:25 PM, Feb 11, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - H |
| Duration | 03:54 (Non-stop) |
| Equipment | Airbus Industrie A319-114 |
| Meal Service | Food For Purchase |
| Reserved Seats | 15A |
| Frequent Flyer | US8810318 |
| Notes | DEPARTS PHL TERMINAL B - ARRIVES IAH TERMINAL A |
| | TSA SECURED FLIGHT |

---

**Tuesday, February 11, 2014**　　　　Confirmation: **H26HSV**

 **Flight United Airlines 3810**

| DEPARTURE | ARRIVAL |
|---|---|
| **IAH - Houston George Bush, TX** | **CRP - Corpus Christi, TX** |
| **3:40 PM, Feb 11, 2014** | **4:42 PM, Feb 11, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - U |
| Duration | 01:02 (Non-stop) |
| Equipment | ERJ |
| Meal Service | None |
| Reserved Seats | 9A |
| Frequent Flyer | UAGN779264 |
| Notes | OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS |
| | DEPARTS IAH TERMINAL B |
| | TSA SECURED FLIGHT |

**Tuesday, February 11, 2014**                    Confirmation: **40014261347 ***



**Hotel OMNI CORPUS CHRISTI HOTEL**

LOCATION                                CONTACT
**900 N Shoreline Boulevard**            **Tel 361-887-1600**
**Corpus Christi TX 78401, US US Nueces**  **Fax 361-887-6715**

Reserved For        EZRA D ROSENBERG
Status              Confirmed
Check-In            Feb 11, 2014
Check-Out           Feb 12, 2014
Number of Rooms     1
Rate                USD 249.00/night
Notes               OM76221ARR11FEB CXL:CANCEL BY 12PM 10-FEB-14

---

**Wednesday, February 12, 2014**                 Confirmation: **H26HSV**



**Flight United Airlines 4609**

DEPARTURE                               ARRIVAL
**CRP - Corpus Christi, TX**             **IAH - Houston George Bush, TX**
**4:00 PM, Feb 12, 2014**                **5:00 PM, Feb 12, 2014**

Status              Confirmed
Class               Coach Class - U
Duration            01:00 (Non-stop)
Equipment           ERJ
Meal Service        None
Reserved Seats      20A
Frequent Flyer      UAGN779264

Notes               OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS
                    ARRIVES IAH TERMINAL B
                    TSA SECURED FLIGHT

---

**Wednesday, February 12, 2014**                 Confirmation: **H26HSV**



**Flight United Airlines 335**

DEPARTURE                               ARRIVAL
**IAH - Houston George Bush, TX**        **PHL - Philadelphia, PA**
**7:19 PM, Feb 12, 2014**                **11:29 PM, Feb 12, 2014**

Status              Confirmed
Class               Coach Class - U
Duration            03:10 (Non-stop)
Equipment           Airbus Industrie A319-114
Meal Service        Food For Purchase
Reserved Seats      29B
Frequent Flyer      UAGN779264

Notes               DEPARTS IAH TERMINAL C - ARRIVES PHL TERMINAL D
                    TSA SECURED FLIGHT


YOU SHOULD SEE US NOW. SONESTA CLICK HERE

---

**GENERAL INFORMATION**

CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
*******************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
*******************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
*******************************************
IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
*******************************************
FOR THE MOST CURRENT INFORMATION ON AIRPORT
SECURITY PLEASE CHECK WWW.TSA.GOV
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
IF TRAVELING ON CODE SHARE/PARTNER AIRLINE CARRIERS
CHECK ALLOWANCE FOR THE OPERATING CARRIER.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
FOR A COMPLETE LIST OF COUNTRIES THAT UTILIZE
AEROSOL INSECTICIDE SPRAYS
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES MAY BE SUBJECT TO A PENALTY OR FARE
INCREASE UP TO AND INCLUDING THE TOTAL COST OF THE TICKET.
FAILURE TO CANCEL MAY FORFEIT THE TOTAL VALUE OF TICKET.
AGENCY SERVICE FEE OF 22.00 HAS BEEN CHARGED

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|-------------------------|------|-------|-------|-------|-------|
| ROSENBERG/EZRA 5265/0167344564310/30JAN14 | | | | | | 721.00 |
| | | | | SERVICE FEE | | 22.00 |
| | | | | **Total Amount** | | 743.00 |

Form of Payment: AXXXXXXXXXXXXX8003




Traveler Resources | The Savvy Traveler blog | Data Protection Policy
Copyright © 2009-2014 CWT

**Please do not reply to this email.**
If the email does not display correctly, please <u>click here</u>.

**Carlson Wagonlit Travel**

# Your Itinerary

<span style="float:right;">VIEW YOUR ITINERARY ONLINE</span>

## Trip on Mar 04, 2014     Locator: **Z4M9C2**     Date: **Mar 05, 2014**

| | |
|---|---|
| Traveler | **EZRA D ROSENBERG** |
| | DECHERT LLP |
| | CIRA CENTRE |
| | 2929 ARCH ST |
| | PHILADELPHIA PA Z/19104 |
| | MATTER NUMBER 131285 |
| Agent | 87 |

---

### Tuesday, March 04, 2014     Confirmation: **CYQN68**

 ### Flight United Airlines 1185

| DEPARTURE | ARRIVAL |
|---|---|
| **PHL – Philadelphia, PA** | **IAH – Houston George Bush, TX** |
| **12:13 PM, Mar 04, 2014** | **2:57 PM, Mar 04, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - U |
| Duration | 03:44 (Non-stop) |
| Equipment | Boeing 737-700 |
| Meal Service | Food For Purchase |
| Frequent Flyer | UAGN779264 |
| Notes | ARRIVES IAH TERMINAL C |
| | TSA SECURED FLIGHT |

---

### Tuesday, March 04, 2014     Confirmation: **CYQN68**

### Flight United Airlines 4496

| DEPARTURE | ARRIVAL |
|---|---|
| **IAH – Houston George Bush, TX** | **CRP – Corpus Christi, TX** |
| **3:52 PM, Mar 04, 2014** | **4:53 PM, Mar 04, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - U |
| Duration | 01:01 (Non-stop) |
| Equipment | ERJ |
| Meal Service | None |
| Frequent Flyer | UAGN779264 |
| Notes | OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS |
| | DEPARTS IAH TERMINAL B |
| | TSA SECURED FLIGHT |

---

### Tuesday, March 04, 2014     Confirmation: **40014544247 \***



## Hotel OMNI CORPUS CHRISTI HOTEL

| LOCATION | CONTACT |
|---|---|
| **900 N Shoreline Boulevard** | **Tel 361-887-1600** |
| **Corpus Christi TX 78401, US US Nueces** | **Fax 361-887-6715** |

| | |
|---|---|
| Reserved For | EZRA D ROSENBERG |
| Status | Confirmed |
| Check-In | Mar 04, 2014 |
| Check-Out | Mar 05, 2014 |
| Number of Rooms | 1 |
| Rate | USD 209.00/night |
| Notes | OM76221ARR04MAR CXL:CANCEL BY 12PM 03-MAR-14 |
| | HOTEL IS GUARANTEED FOR LATE ARRIVAL |
| | PLEASE CANCEL 24 HOURS IN ADVANCE TO AVOID NO-SHOW CHARGE. |
| | A NON SMOKING ROOM HAS BEEN REQUESTED |

---

**Wednesday, March 05, 2014**                    Confirmation:  **C4D39Y**

## ✈ Flight US Airways 2283

*AILimo 1800 367 0070*

| DEPARTURE | ARRIVAL |
|---|---|
| **CRP - Corpus Christi, TX** | **DFW - Dallas/Ft Worth, TX** |
| **1:20 PM, Mar 05, 2014** | **2:40 PM, Mar 05, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - S |
| Duration | 01:20 (Non-stop) |
| Equipment | Airbus Industrie A319-114 |
| Meal Service | Food For Purchase |
| Frequent Flyer | US8810318 |
| Notes | AUDIO PROGRAMMING/VIDEO/LIBRARY/ |
| | OPERATED BY AMERICAN AIRLINES |
| | CRP PASSENGER CHECK-IN WITH AMERICAN AIRLINES |
| | TSA SECURED FLIGHT |

---

**Wednesday, March 05, 2014**                    Confirmation:  **C4D39Y**

*Changed connection*

## ✈ Flight US Airways 164

| DEPARTURE | ARRIVAL |
|---|---|
| **DFW - Dallas/Ft Worth, TX** | **EWR - Newark, NJ** |
| **4:25 PM, Mar 05, 2014** | **8:50 PM, Mar 05, 2014** |

*# Confirmation B4221*

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - S |
| Duration | 03:25 (Non-stop) |
| Equipment | M83 |
| Meal Service | MEAL AT COST |
| Frequent Flyer | US8810318 |
| Notes | OPERATED BY AMERICAN AIRLINES |
| | DFW PASSENGER CHECK-IN WITH AMERICAN AIRLINES |
| | ARRIVES EWR TERMINAL A |
| | TSA SECURED FLIGHT |

*PHL American #1092 DFW arrives 9:30 pm*

GET MORE GOING WITH THE CWT VACATION CLUB. EXCLUSIVE VACATION PACKAGES AND AMENITIES. BOOK YOUR VACATION TODAY!

---

**Tuesday, March 04, 2014**     Confirmation: **40014544247 \***

 ### Hotel OMNI CORPUS CHRISTI HOTEL

| LOCATION | CONTACT |
|---|---|
| **900 N Shoreline Boulevard** | **Tel 361-887-1600** |
| **Corpus Christi TX 78401, US US Nueces** | **Fax 361-887-6715** |

| | |
|---|---|
| Reserved For | EZRA D ROSENBERG |
| Status | Confirmed |
| Check-In | Mar 04, 2014 |
| Check-Out | Mar 05, 2014 |
| Number of Rooms | 1 |
| Rate | USD 209.00/night |
| Notes | OM76221ARR04MAR CXL:CANCEL BY 12PM 03-MAR-14 |
| | HOTEL IS GUARANTEED FOR LATE ARRIVAL |
| | PLEASE CANCEL 24 HOURS IN ADVANCE TO AVOID NO-SHOW CHARGE. |
| | A NON SMOKING ROOM HAS BEEN REQUESTED |

**Wednesday, March 05, 2014**     Confirmation: **CYQN68**

 ### Flight United Airlines 4496

_handwritten: 3/15/2014 Return for Credit $502.50_

| DEPARTURE | ARRIVAL |
|---|---|
| **CRP - Corpus Christi, TX** | **IAH - Houston George Bush, TX** |
| **5:23 PM, Mar 05, 2014** | **6:25 PM, Mar 05, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - U |
| Duration | 01:02 (Non-stop) |
| Equipment | ERJ |
| Meal Service | None |
| Reserved Seats | 24A |
| Frequent Flyer | UAGN779264 |
| Notes | OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS |
| | ARRIVES IAH TERMINAL B |
| | TSA SECURED FLIGHT |

**Wednesday, March 05, 2014**     Confirmation: **CYQN68**

 ### Flight United Airlines 320

| DEPARTURE | ARRIVAL |
|---|---|
| **IAH - Houston George Bush, TX** | **PHL - Philadelphia, PA** |
| **7:43 PM, Mar 05, 2014** | **11:53 PM, Mar 05, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - U |
| Duration | 03:10 (Non-stop) |
| Equipment | Airbus Industrie A319-114 |
| Meal Service | Food For Purchase |
| Reserved Seats | 28B |
| Frequent Flyer | UAGN779264 |
| Notes | DEPARTS IAH TERMINAL C - ARRIVES PHL TERMINAL D |
| | TSA SECURED FLIGHT |


Save up to 93% with CWT Offers
Deals on shopping, entertainment and more!

**GENERAL INFORMATION**
CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
*********************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
*********************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
*********************************************
IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
*********************************************
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
IF TRAVELING ON CODE SHARE/PARTNER AIRLINE CARRIERS
CHECK ALLOWANCE FOR THE OPERATING CARRIER.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
FOR A COMPLETE LIST OF COUNTRIES THAT UTILIZE
AEROSOL INSECTICIDE SPRAYS
ROUTING : PHILADELPHIA HOUSTON CORPUS CHRISTI HOUSTON PHILADELPHIA
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE
CHANGES/CANCELLATION MAY BE SUBJECT TO A PENALTY OR FARE INCREASE UP
TO AND INCLUDING THE TOTAL COST OF THE TICKET. NO REFUND FOR UNUSED
PORTION ON CERTAIN FARES. TO RETAIN VALUE OF YOUR TICKET, YOU MUST
CANCEL THE RESERVATION ON OR BEFORE YOUR TICKETED DEPARTURE TIME.
FOR THE MOST CURRENT INFORMATION ON AIRPORT
SECURITY PLEASE CHECK WWW.TSA.GOV
AGENCY SERVICE FEE OF 35.00 HAS BEEN CHARGED

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|-------------------------|------|-------|-------|-------|-------|
| ROSENBERG/EZRA 5622/0167346134301/24FEB14 | | | | | | 1,005.00 |
| | | | | SERVICE FEE | | 35.00 |
| | | | | **Total Amount** | | **1,040.00** |

Form of Payment: AXXXXXXXXXXXXX8003

*3/5/2014 credit (502.50)*
*took*
*another*
*airline*

*502.50*

Traveler Resources | The Savvy Traveler blog | Data Protection Policy
Copyright © 2009-2014 CWT

**GENERAL INFORMATION**
CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
IF TRAVELING ON CODE SHARE/PARTNER AIRLINE CARRIERS
CHECK ALLOWANCE FOR THE OPERATING CARRIER.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
FOR A COMPLETE LIST OF COUNTRIES THAT UTILIZE
AEROSOL INSECTICIDE SPRAYS
FOR THE MOST CURRENT INFORMATION ON AIRPORT
SECURITY PLEASE CHECK WWW.TSA.GOV
ROUTING : CORPUS CHRISTI DALLAS NEWARK
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE
CHANGES/CANCELLATION MAY BE SUBJECT TO A PENALTY OR FARE INCREASE UP
TO AND INCLUDING THE TOTAL COST OF THE TICKET. NO REFUND FOR UNUSED
PORTION ON CERTAIN FARES. TO RETAIN VALUE OF YOUR TICKET, YOU MUST
CANCEL THE RESERVATION ON OR BEFORE YOUR TICKETED DEPARTURE TIME.
AGENCY SERVICE FEE OF 35.00 HAS BEEN CHARGED

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|-------------------------|------|-------|-------|-------|-------|
| ROSENBERG/EZRA 5802/0377346134417/05MAR14 | | | | | | 578.00 |
| | | | | SERVICE FEE | | 35.00 |
| | | | | **Total Amount** | | **613.00** |

Form of Payment: AXXXXXXXXXXXXX8003

Traveler Resources | The Savvy Traveler blog | Data Protection Policy
Copyright © 2009-2014 CWT



A-1 Billing Services
2 Emmons Dr
Princeton NJ  08540
609-951-0070
http://www.a1limo.com

Thank you for choosing A-1 Billing Services for your travel needs.Your Confirmation Number is: B4221-1

## Customer Information

| | | | |
|---|---|---|---|
| **Caller Name:** | EZRA ROSENBERG | **Main Passenger:** | EZRA ROSENBERG |
| **Calling Date:** | March 1, 2014   7:07 | **Work Phone:** | Not on File |
| **Caller Phone:** | H: 609-466-3363 | **Home Phone:** | 609-466-3363 |
| **Caller Cell:** | 860-995-3177 | **Mobile Phone:** | 860-995-3177 |
| **Caller Email:** | W: ezra.rozenberg@dechert.com O: joni.whipple@dechert.com | **Email:** | W: ezra.rozenberg@dechert.com O: joni.whipple@dechert.com |

### *** Final Pricing ***

| Charges | | Breakdown of Applicable Fees & Taxes | | | |
|---|---|---|---|---|---|
| Base Fare: | $110.00 | **Waiting Cost:** | $0.00 | **Ride Silver (Carbon Offset):** | $0.48 |
| Gratuity: | $19.80 | **A/P Wait Cost:** | $0.00 | **Tolls:** | $5.00 |
| Applicable Fees & Taxes: | $17.58 | **Additional Stop Cost:** | $0.00 | **Parking:** | $0.00 |
| Coupon: | $0.00 | **Fuel Surcharge:** | $12.10 | **Sales Tax:** | $0.00 |
| **Total:** | **$147.38** | | | | |
| **Amount Paid:** | ($147.38) | | | | |
| **Balance Due:** | **$0.00** | | | | |

## Trip Itinerary
Vehicle Type: SEDAN
Trip Date: Tuesday, March 4, 2014

| | | | | |
|---|---|---|---|---|
| 3/4/14  8:30 | - | 109 W PROSPECT ST HOPEWELL, NJ 08525 | | Departed at:  8:55 |
| 3/4/14  10:00 | - | PHL PHL, PA 19153 PHILADELPHIA AIRPORT   Airline: UA Flight: 1185 Flight Time: 12:13 | | Departed at: 10:05 |

## Billing Information
**Primary Billing Method: Credit Card**

## Details of Payments, Credits & Debits Applied
Charged: Amex 37XXXXXXXXX8003 Exp: 02/16; Cardholder: Ezra  Rosenberg; Amount: $147.38; Charged on 03/06/14

**For People Going Places... Let us handle your ground transportation any where in the world!  Call for details - 800-367-0070**

Please click the secure link below and fill out a short one page survey and let us know how we are doing:

### Click Here For Online Customer Survey & Enter to win a Gift Card

Or copy and paste this link into your browser: https://www.surveymonkey.com/s/G2BSDPF?c=B4221-1
**A complete list of terms and conditions as well as frequently asked questions can be found on our website - http://http://www.a1limo.com/index.php/reser**

The document is considered sensitive and confidential and shall only be viewed by the appropriate parties.  If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this document, in whole or in part, is strictly prohibited.
Copyright A-1 Limousine Inc. 2004 through 2014 -- A-1 Limousine and "For People Going Places..." are registered trademarks of A-1 Limousine Inc., all rights reserved

**A-1 Billing Services**

A-1 Billing Services
2 Emmons Dr
Princeton NJ, 08540
609-951-0070
www.a1limo.com

## Credit Card Charge Receipt

| | | | |
|---|---|---|---|
| **Customer:** | EZRA  ROSENBERG | **Vehicle Type:** | Sedan |
| **Card Number:** | 37XXXXXXXX48003 | **Pickup Town:** | HOPEWELL, NJ |
| **Card Type:** | Amex | **Drop Off Town:** | PHL, PA |
| **Res Number:** | B4221 - 1 | **Coupon Amount:** | $0.00 |
| **Trip Date:** | 03/04/2014 | **\* Total Fare:** | $ 147.38 |
| **Charge Date:** | 03/06/2014 | **Total Charged:** | **$ 147.38** |
| **ApprovalCode:** | 197215 | | |

Cardholder acknowledges receipt of services in the amount of the Total Charged shown hereon and agrees to preform the obligations set forth in the Cardholder's agreement with the issuer.

\* Total Fare includes but is not limited to: Base Fare, Tolls, Parking, Chauffeur Gratuity, Wait Time, Airport Wait Time, Extra Stops, Amenities, a possible Fuel Surcharge, Ride Silver (carbon Offset) and any other Applicable Fees &Taxes.  For a detailed breakdown, please see the Reservation Summary or request one.

**For People Going Places... Let us handle your ground transportation any where in the world!  Call for details - 800-367-0070**

Please click the secure link below and fill out a short one page survey and let us know how we are doing:

### Click Here For Online Customer Survey & Enter to win a Gift Card

Or copy and paste this link into your browser: https://www.surveymonkey.com/s/G2BSDPF?c=B4221-1

**A complete list of terms and conditions as well as frequently asked questions can be found on our website - http://http://www.a1limo.com/index.php/reser**

The document is considered sensitive and confidential and shall only be viewed by the appropriate parties.  If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this document, in whole or in part, is strictly prohibited.

Copyright A-1 Limousine Inc. 2004 through 2014 -- A-1 Limousine and "For People Going Places..." are registered trademarks of A-1 Limousine Inc., all rights reserved



*** Final Pricing ***

A-1 Billing Services
2 Emmons Dr
Princeton NJ  08540
609-951-0070
http://www.a1limo.com

Thank you for choosing A-1 Billing Services for your travel
needs.Your Confirmation Number is: B4221-2

## Customer Information

| | | | |
|---|---|---|---|
| **Caller Name:** | EZRA ROSENBERG | **Main Passenger:** | EZRA ROSENBERG |
| **Calling Date:** | March 1, 2014   7:07 | **Work Phone:** | Not on File |
| **Caller Phone:** | H: 609-466-3363 | **Home Phone:** | 609-466-3363 |
| **Caller Cell:** | 860-995-3177 | **Mobile Phone:** | 860-995-3177 |
| **Caller Email:** | W: ezra.rozenberg@dechert.com O: | **Email:** | W: ezra.rozenberg@dechert.com O: |
| | joni.whipple@dechert.com | | joni.whipple@dechert.com |

### *** Final Pricing ***

| Charges | | Breakdown of Applicable Fees & Taxes | | | |
|---|---|---|---|---|---|
| Base Fare: | $110.00 | **Waiting Cost:** | $0.00 | **Ride Silver (Carbon Offset):** | $0.48 |
| Gratuity: | $19.80 | **A/P Wait Cost:** | $0.00 | **Tolls:** | $0.00 |
| **Applicable Fees & Taxes:** | $18.58 | **Additional Stop Cost:** | $0.00 | **Parking:** | $6.00 |
| Coupon: | $0.00 | **Fuel Surcharge:** | $12.10 | **Sales Tax:** | $0.00 |
| **Total:** | **$148.38** | | | | |
| Amount Paid: | ($148.38) | | | | |
| Balance Due: | **$0.00** | | | | |

## Trip Itinerary

Vehicle Type: SEDAN
Trip Date: Wednesday, March 5, 2014

| | | | | |
|---|---|---|---|---|
| 3/5/14 21:07 | - | PHL PHL, PA 19153 PHILADELPHIA AIRPORT | Airline: AA Flight: 1092 Flight Time: 21:26 | Departed at: 21:47 |
| 3/5/14 22:48 | - | 109 W PROSPECT ST HOPEWELL, NJ 08525 | | Departed at: 22:49 |

## Billing Information

**Primary Billing Method: Credit Card**

## Details of Payments, Credits & Debits Applied

**For People Going Places... Let us handle your ground transportation any where in the world!  Call for details - 800-367-0070**

Please click the secure link below and fill out a short one page survey and let us know how we are doing:

### Click Here For Online Customer Survey & Enter to win a Gift Card

Or copy and paste this link into your browser: https://www.surveymonkey.com/s/G2BSDPF?c=B4221-2

**A complete list of terms and conditions as well as frequently asked questions can be found on our website - http://http://www.a1limo.com/index.php/reser**

The document is considered sensitive and confidential and shall only be viewed by the appropriate parties.  If you are not the intended recipient, you are hereby formally notified that
any use, copying or distribution of this document, in whole or in part, is strictly prohibited.

Copyright A-1 Limousine Inc. 2004 through 2014 -- A-1 Limousine and "For People Going Places..." are registered trademarks of A-1 Limousine Inc., all rights reserved

# A-1 Billing Services

A-1 Billing Services
2 Emmons Dr
Princeton NJ, 08540
609-951-0070
www.a1limo.com

## Credit Card Charge Receipt

| | | | |
|---|---|---|---|
| **Customer:** | EZRA  ROSENBERG | **Vehicle Type:** | Sedan |
| **Card Number:** | 37XXXXXXXX48003 | **Pickup Town:** | PHL, PA |
| **Card Type:** | Amex | **Drop Off Town:** | HOPEWELL, NJ |
| **Res Number:** | B4221 - 2 | **Coupon Amount:** | $0.00 |
| **Trip Date:** | 03/05/2014 | **\* Total Fare:** | $ 148.38 |
| **Charge Date:** **ApprovalCode:** | 107580 | **Total Pending:** | **$ 148.38** |

Cardholder acknowledges receipt of services in the amount of the Total Charged shown hereon and agrees to preform the obligations set forth in the Cardholder's agreement with the issuer.

\* Total Fare includes but is not limited to: Base Fare, Tolls, Parking, Chauffeur Gratuity, Wait Time, Airport Wait Time, Extra Stops, Amenities, a possible Fuel Surcharge, Ride Silver (carbon Offset) and any other Applicable Fees &Taxes.  For a detailed breakdown, please see the Reservation Summary or request one.

**For People Going Places... Let us handle your ground transportation any where in the world!  Call for details - 800-367-0070**

Please click the secure link below and fill out a short one page survey and let us know how we are doing:

## Click Here For Online Customer Survey & Enter to win a Gift Card

Or copy and paste this link into your browser: https://www.surveymonkey.com/s/G2BSDPF?c=B4221-2

**A complete list of terms and conditions as well as frequently asked questions can be found on our website - http://http://www.a1limo.com/index.php/reser**

The document is considered sensitive and confidential and shall only be viewed by the appropriate parties.  If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this document, in whole or in part, is strictly prohibited.

Copyright A-1 Limousine Inc. 2004 through 2014 -- A-1 Limousine and "For People Going Places..." are registered trademarks of A-1 Limousine Inc., all rights reserved

**ARANDAS TAXI**
CORPUS CHRISTI
(361) 548-7656
(361) 249-2741

Date _3/4_

Amount of Fare $ _35.00_

Driver's Name _Hasib_

Car Number _321_

*RESERVATIONS AVAILABLE

**AMERICAN CAB CO.**
(361) 289-9500

Date _3.5.14_

Amount of Fare ... $ _31.00_

Driver's Name _Joe_

Car Number _#7_

**ARANDAS TAXI**
CORPUS CHRISTI
(361) 548-7656
(361) 249-2741

Date _____ 3/4 _____

Amount of Fare $ _____ 35.00 _____

Driver's Name _____ Hasib _____

Car Number _____ 321 _____

*RESERVATIONS AVAILABLE

**AMERICAN CAB CO.**
(361) 289-9500

Date _____ 3.5.14 _____

Amount of Fare ... $ _____ 31.00 _____

Driver's Name _____ Joe _____

Car Number _____ #7 _____

```
                    Tailwind - CRP
                    The  Airport

     Server: Bianca          DOB: 03/05/2014
     12:25 PM                      03/05/2014
     25/1                              2/20038

                         SALE

     AMEX                          3145749
     Card #XXXXXXXXXXX8003
     Magnetic card present: ROSENBERG ED
     Card Entry Method:  S

     Approval: 586644

                  Amount:       $ 12.12

                  + Tip: _____2.40

                  = Total: _____14.52


              I agree to pay the above
             total amount according to the
                card issuer agreement.

        X_____

           We would love to hear from you!
          Compliments, Questions, Concerns?
              Please Contact us at:
             info@tailwindconcessions.com
                or 1-866-578-7355


                     Guest Copy
```

**Whipple, Joni**

| | |
|---|---|
| **From:** | Rosenberg, Ezra |
| **Sent:** | Thursday, March 06, 2014 11:33 AM |
| **To:** | Whipple, Joni |
| **Subject:** | Fwd: Omni Hotels Guest Folio 40014544247 |

Sent from my iPhone

Begin forwarded message:

> **From:** "guestfolio@omnihotels.com" <guestfolio@omnihotels.com>
> **Date:** March 5, 2014 at 9:43:05 AM EST
> **To:** "Rosenberg, Ezra" <ezra.rosenberg@dechert.com>
> **Subject: Omni Hotels Guest Folio 40014544247**

# OMNI ✦ HOTELS & RESORTS

## Receipt for EZRA D ROSENBERG
## Confirmation #40014544247

| | |
|---|---|
| **Omni Corpus Christi Hotel** | **Room No:** 641 |
| 900 North Shoreline Boulevard | **Nights:** 1 night |
| Corpus Christi TX US 78401 | **Arrival:** 03/04/2014 |
| Phone: 361-887-1600 | **Departure:** 03/05/2014 |

**Stay Charges:**

| Date | Description | Amount |
|---|---|---|
| 03-04-2014 | ROOM SERVICE BAYFRONT | 54.95 USD |
| 03-04-2014 | ROOM CHARGE | 209.00 USD |
| 03-04-2014 | CITY OCC TAX - 9% | 18.81 USD |
| 03-04-2014 | STATE OCC TAX - 6% | 12.54 USD |
| 03-05-2014 | AMERICAN EXPRESS | -305.25 USD |
| 03-05-2014 | ROOM SERVICE BAYFRONT | 15.33 USD |
| 03-05-2014 | BOTTLED WATER | 4.00 USD |
| 03-05-2014 | AMERICAN EXPRESS | -19.33 USD |
| 03-05-2014 | AMERICAN EXPRESS | 25.28 USD |
| 03-05-2014 | AMERICAN EXPRESS | -15.33 USD |

Total Due: 0.00 USD

1

**Whipple, Joni**

| | |
|---|---|
| **From:** | Rosenberg, Ezra |
| **Sent:** | Thursday, March 06, 2014 11:11 AM |
| **To:** | Whipple, Joni |
| **Subject:** | FW: Amtrak: eTicket and Receipt for Your 02/27/2014 Trip - EZRA ROSENBERG |
| **Attachments:** | Rosenberg Ezra 201402211043190405.pdf |

**From:** etickets@amtrak.com [mailto:etickets@amtrak.com]
**Sent:** Friday, February 21, 2014 10:43 AM
**To:** Rosenberg, Ezra
**Subject:** Amtrak: eTicket and Receipt for Your 02/27/2014 Trip - EZRA ROSENBERG

## SALES RECEIPT



Purchased: 02/21/2014 7:42 AM PTThank you for your purchase.

1. Retain this receipt for your records.
2. Print the attached eTicket and carry during your trip.

Merchant ID 0074860 Massachusetts AvenueWashington, DC 20002800-USA-RAILAmtrak.com

# Reservation Number - 8AF058TRENTON, NJ - WASHINGTON, DC (Round-Trip)FEBRUARY 21, 2014

## Billing Information

| |
|---|
| EZRA ROSENBERG109 W PROSPECT STHOPEWELL, NJ 08525- |
| **American Express** ending in 8003 (Purchase)Authorization Code 288824    **Total $241.0** |

## Purchase Summary - Ticket Number 0520748525398

| |
|---|
| **Train 141: TRENTON, NJ - WASHINGTON, DC**Depart 10:37 AM, Thursday, February 27, 2014 |
| 1 RESERVED COACH SEAT |
| **$102.00** **Subtotal** |
| **$102.00** |
| **Train 136: WASHINGTON, DC - TRENTON, NJ**Depart 5:05 PM, Friday, February 28, 2014 |
| 1 RESERVED COACH SEAT |



|  | $139.00 |
|  | **Subtotal** |
|  | $139.00 |
|  | **Total Charged by Amtrak** |
|  | $241.00 |

## Passengers

Ezra Rosenberg

## Important Information

- Tickets are non-transferrable.
- Changes to your itinerary may affect your fare.
- Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply. If your travel plans change, call us before departure to change your reservation. If you do not board your train, your entire reservation from that point will be canceled. If you board a different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money paid for your prior reservation. For all travel on or after March 1, 2014, for most Acela Express Business class reservations and Reserved Coach class reservations, you must cancel your reservation at least 24 hours prior to the train's departure in order to be eligible for a full refund. If the reservation is canceled within 24 hours of departure, a refund fee will apply. If the reservation is not canceled prior to scheduled departure ("no show"), the entire amount paid for the reservation will be forfeited. See the refund/exchange policy at Amtrak.com/refund.
- Summary of Conditions of Contract: Ticket valid for carriage or refund (subject to the refund rules of the fare purchased) for twelve months after date of issue unless otherwise specified. Amtrak tickets may only be sold or issued by Amtrak or an authorized travel agent/tour operator. Tickets sold or issued by an unauthorized third party will be voided by Amtrak. This ticket is a contract of carriage between Amtrak and the ticket holder, which is subject to specific terms and conditions, which are available for inspection at Amtrak ticket counters, on the Amtrak website at Amtrak.com/conditionsofcontract, or by calling 1-800-USA-RAIL. Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.
- Questions? Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or TDD/TTY (1-800-523-6590).



 eTicket

## PRESENT THIS DOCUMENT FOR BOARDING

### RESERVATION NUMBER 8AF058

RES# 8AF058-21FEB14

# TRE ► WAS     Round-Trip

TRENTON, NJ     WASHINGTON, DC     FEBRUARY 27, 2014

### Depart

| TRAIN 141 | NORTHEAST REGIONAL Feb 27, 2014 | TRENTON - WASHINGTON 1 Reserved Coach Seat | DEPARTS 10:37 AM | ARRIVES (Thu Feb 27) 1:00 PM |
|---|---|---|---|---|

### Return

| TRAIN 136 | NORTHEAST REGIONAL Feb 28, 2014 | WASHINGTON - TRENTON 1 Reserved Coach Seat | DEPARTS 5:05 PM | ARRIVES (Fri Feb 28) 7:30 PM |
|---|---|---|---|---|

| PASSENGERS (1) | | AMTRAK GUEST REWARDS |
|---|---|---|
| ROSENBERG, EZRA | ADULT | 7007529964 |

**Proper identification is required for all passengers.** This document is valid for only passengers listed. See www.amtrak.com/ID for details.

### IMPORTANT INFORMATION

- Tickets are non-transferable.
- Changes to your itinerary may affect your fare.
- **Reserved Service:** eTickets are only valid for the services listed. **Unreserved** (Capitol Corridor, Pacific Surfliner, Hiawatha, Keystone between Harrisburg and Philadelphia): eTickets for Coach seats on unreserved trains may be used on any unreserved train on the same route within one year of purchase, unless restricted by the fare paid. Pacific Surfliner and Keystone trains require reservations during Thanksgiving.
- Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply. If your travel plans change, call us before departure to change your reservation. If you do not board your train, your entire reservation from that point will be canceled. If you board a different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money paid for your prior reservation. For all travel on or after March 1, 2014, for most Acela Express Business class reservations and Reserved Coach class reservations, you must cancel your reservation at least 24 hours prior to the train's departure in order to be eligible for a full refund. If the reservation is canceled within 24 hours of departure, a refund fee will apply. If the reservation is not canceled prior to scheduled departure ('no show'), the entire amount paid for the reservation will be forfeited. See the refund/exchange policy at Amtrak.com/refund .
- Your latest eTicket shows the services you reserved. If you change your reservation but do not reprint the eTicket, it will not reflect your current itinerary. You can obtain an updated copy of your eTicket at Quik-Trak or a ticket office, or you can reprint it at home. At some stations, a gate agent may need to view your eTicket prior to boarding (learn more at Amtrak.com/boarding ).
- When should you arrive at the station? Check the recommended arrival times for your departure station at Amtrak.com/stations. Allow additional time if you are boarding at a Canadian station, or require ticketing/baggage services or boarding assistance.
- Carry-on baggage limited to 2 pieces per passenger, 28x22x14" / 50lbs per piece (strictly enforced). See the baggage policy at Amtrak.com/baggage.
- Check the departure board or ask an Amtrak employee where to board your train.
- To change your travel plans or for any other matter, call Amtrak at 1-800-USA-RAIL (1-800-872-7245) or TDD/TTY (1-800-523-6590).

W Washington DC
515 15th Street, NW
Washington, DC 20004
202-661-2400
http://www.whotels.com/



| Rosenberg, Ezra | Page Number | 1 | Invoice Nbr | 1000142733 |
|---|---|---|---|---|
| Travel Leaders/tmc | Guest Number | 376170 | Arrive Date | 02-27-2014 13:24 |
| 109 W Prospect St | Folio ID | A | Depart Date | 02-28-2014 12:29 |
| Hopewell  08525-1911 | No. Of Guest | 1 | Agent | DBARTEMU |
| | Room Number | 506 | | |
| | Time | 02-28-2014 12:40 | | |

### Invoice

| Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 02-27-2014 | RT506 | Room Charge | $324.57 | |
| 02-27-2014 | RT506 | Occupancy/Tourism | $47.06 | |
| 02-27-2014 | 3374 | In Room Dining | $60.35 | |
| 02-28-2014 | db | Munchie Bar | $12.38 | |
| 02-28-2014 | AX | American Express | | $-444.36 |
| | | ** Total | $444.36 | $-444.36 |
| | | ** Balance | $0.00 | |

0.00
0.00
0.00
0.00
0.00

**Tell us about your stay. www.whotels.com/reviews**

Signature_____

**Whipple, Joni**

| | |
|---|---|
| **From:** | Rosenberg, Ezra |
| **Sent:** | Thursday, March 06, 2014 11:11 AM |
| **To:** | Whipple, Joni |
| **Subject:** | FW: Amtrak: eTicket and Receipt for Your 02/27/2014 Trip - EZRA ROSENBERG |
| **Attachments:** | Rosenberg Ezra 201402211043190405.pdf |

**From:** etickets@amtrak.com [mailto:etickets@amtrak.com]
**Sent:** Friday, February 21, 2014 10:43 AM
**To:** Rosenberg, Ezra
**Subject:** Amtrak: eTicket and Receipt for Your 02/27/2014 Trip - EZRA ROSENBERG

## SALES RECEIPT



Purchased: 02/21/2014 7:42 AM PTThank you for your purchase.

1. Retain this receipt for your records.
2. Print the attached eTicket and carry during your trip.

Merchant ID 0074860 Massachusetts AvenueWashington, DC 20002800-USA-RAILAmtrak.com

# Reservation Number - 8AF058TRENTON, NJ -
# WASHINGTON, DC (Round-Trip)FEBRUARY 21, 2014
## Billing Information

| |
|---|
| EZRA ROSENBERG109 W PROSPECT STHOPEWELL, NJ 08525- |
| **American Express** ending in 8003 (Purchase)Authorization Code 288824      **Total $241.0** |

## Purchase Summary - Ticket Number 0520748525398

| |
|---|
| **Train 141: TRENTON, NJ - WASHINGTON, DC**Depart 10:37 AM, Thursday, February 27, 2014<br>1 RESERVED COACH SEAT |
| **$102.00**<br>**Subtotal** |
| **$102.00** |
| **Train 136: WASHINGTON, DC - TRENTON, NJ**Depart 5:05 PM, Friday, February 28, 2014<br>1 RESERVED COACH SEAT |



|  | $139.00 |
| Subtotal | |
|  | $139.00 |
| Total Charged by Amtrak | |
|  | $241.00 |

## Passengers

Ezra Rosenberg

## Important Information

›  Tickets are non-transferrable.

›  Changes to your itinerary may affect your fare.

›  Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply. If your travel plans change, call us before departure to change your reservation. If you do not board your train, your entire reservation from that point will be canceled. If you board a different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money paid for your prior reservation. For all travel on or after March 1, 2014, for most Acela Express Business class reservations and Reserved Coach class reservations, you must cancel your reservation at least 24 hours prior to the train's departure in order to be eligible for a full refund. If the reservation is canceled within 24 hours of departure, a refund fee will apply. If the reservation is not canceled prior to scheduled departure ("no show"), the entire amount paid for the reservation will be forfeited. See the refund/exchange policy at Amtrak.com/refund.

›  Summary of Conditions of Contract: Ticket valid for carriage or refund (subject to the refund rules of the fare purchased) for twelve months after date of issue unless otherwise specified. Amtrak tickets may only be sold or issued by Amtrak or an authorized travel agent/tour operator. Tickets sold or issued by an unauthorized third party will be voided by Amtrak. This ticket is a contract of carriage between Amtrak and the ticket holder, which is subject to specific terms and conditions, which are available for inspection at Amtrak ticket counters, on the Amtrak website at Amtrak.com/conditionsofcontract, or by calling 1-800-USA-RAIL. Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.

›  Questions? Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or TDD/TTY (1-800-523-6590).



 eTicket

PRESENT THIS DOCUMENT FOR BOARDING

RESERVATION NUMBER 8AF058

RES# 8AF058-21FEB14

# TRE ► WAS Round-Trip

TRENTON, NJ    WASHINGTON, DC    FEBRUARY 27, 2014

### Depart

| TRAIN 141 | NORTHEAST REGIONAL Feb 27, 2014 | TRENTON - WASHINGTON 1 Reserved Coach Seat | DEPARTS 10:37 AM | ARRIVES (Thu Feb 27) 1:00 PM |
|---|---|---|---|---|

### Return

| TRAIN 136 | NORTHEAST REGIONAL Feb 28, 2014 | WASHINGTON - TRENTON 1 Reserved Coach Seat | DEPARTS 5:05 PM | ARRIVES (Fri Feb 28) 7:30 PM |
|---|---|---|---|---|

| PASSENGERS (1) | | AMTRAK GUEST REWARDS |
|---|---|---|
| ROSENBERG, EZRA | ADULT | 7007529964 |

**Proper identification is required for all passengers.** This document is valid for only passengers listed. See www.amtrak.com/ID for details.

IMPORTANT INFORMATION

- Tickets are non-transferrable.
- Changes to your itinerary may affect your fare.
- **Reserved Service:** eTickets are only valid for the services listed. **Unreserved** (Capitol Corridor, Pacific Surfliner, Hiawatha, Keystone between Harrisburg and Philadelphia): eTickets for Coach seats on unreserved trains may be used on any unreserved train on the same route within one year of purchase, unless restricted by the fare paid. Pacific Surfliner and Keystone trains require reservations during Thanksgiving.
- Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply. If your travel plans change, call us before departure to change your reservation. If you do not board your train, your entire reservation from that point will be canceled. If you board a different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money paid for your prior reservation. For all travel on or after March 1, 2014, for most Acela Express Business class reservations and Reserved Coach class reservations, you must cancel your reservation at least 24 hours prior to the train's departure in order to be eligible for a full refund. If the reservation is canceled within 24 hours of departure, a refund fee will apply. If the reservation is not canceled prior to scheduled departure ('no show'), the entire amount paid for the reservation will be forfeited. See the refund/exchange policy at Amtrak.com/refund.
- Your latest eTicket shows the services you reserved. If you change your reservation but do not reprint the eTicket, it will not reflect your current itinerary. You can obtain an updated copy of your eTicket at Quik-Trak or a ticket office, or you can reprint it at home. At some stations, a gate agent may need to view your eTicket prior to boarding (learn more at Amtrak.com/boarding).
- When should you arrive at the station? Check the recommended arrival times for your departure station at Amtrak.com/stations. Allow additional time if you are boarding at a Canadian station, or require ticketing/baggage services or boarding assistance.
- Carry-on baggage limited to 2 pieces per passenger, 28x22x14" / 50lbs per piece (strictly enforced). See the baggage policy at Amtrak.com/baggage.
- Check the departure board or ask an Amtrak employee where to board your train.
- To change your travel plans or for any other matter, call Amtrak at 1-800-USA-RAIL (1-800-872-7245) or TDD/TTY (1-800-523-6590).



## TAXICAB RECEIPT

Time:

Date: _2/27/11_

Origin of trip: _Harlingen TX_

Destination: _W MATA_

Fare: _$8.00_   Sign:

## Taxi Cab Receipts

TIME:

DATE:

TRIP ORIGIN: _W MATA_

DESTINATION: _Out_

FARE: $ _8.00_   SIGNATURE



**TAXICAB RECEIPT**

Time:

Date: 2/27/11

Origin of trip: _Warm Sn_

Destination: _W WhW_

Fare: $8.00

Sign:

**Taxi Cab Receipts**

DATE:

TIME:

TRIP ORIGIN: _W WhW_

DESTINATION: _OvT_

FARE: $ 8.00

SIGNATURE

```
Trenton Park and Ride
458 Greenwood Avenue
Trenton, New Jersey
609.599.9614 or Fax 609.599.2802
Email: info@trentongarage.com

Rcpt# 20204
02/26/14 18:27  L#28 A# 1  Txn# 92286
02/27/14 09:56 In  02/26/14 18:27 Out
Tkt# 393804
Fee ......1     $ 28.00
Total Fee      $ 28.00
VISA           $ 28.00-
XXXXXXXXXXXX3645
Approval No.:02451C
Reference No.:000000000000188
Change Due      $ 0.00
Thank You for parking with us! ! !
For information on daily/monthly
parking rates or train schdules
WWW.TRENTONPARKANDRIDE.COM
```

kwiktag®    162 780 930

# CHECK DISBURSEMENT REQUEST

| For Emergency: Please Fax to (215)-655-2411 | | Attention: Accounts Payable | |
|---|---|---|---|
| Requesting Attorney Name: **Ezra D. Rosenberg**<br>Requesting Attorney Personal ID No.: **936500**<br>Signature: _____ | Office: **Princeton** | Ext: **3222** | |
| Requesting Name:<br>Requesting Personal ID No.: | Area: | Ext.: | |
| Send check to: **J Whipple** | Area: **Princeton** | Ext: **3284** | |

| Date of Request: | **3/19/14** | Amount: | **$22,500.00** |
|---|---|---|---|
| Payment Due Date: | | | |
| Is immediate payment required? | If YES, please state reason for immediate payment (normal terms are 25 days from invoice date for firm charges and 30 days from approved requests for client costs) | | |

RECEIVED

MAR 19 2014

ACCOUNTS PAYABLE

### PAYEE:

| Name:<br>Address<br>Social Security No. (if individual)<br>**or**<br>or Employer I.D. No.: | **Pacific Market Research**<br>**15 South Grady Way, Suite 620, Renton, WA 98057** |
|---|---|

### CHARGE TO:

| Name of Client:<br>**Texas - Challenge in Texas Federal Court Matter** | Client/Matter No.:<br> - #13128 | Practice Group Non-Earning Matter No.: |
|---|---|---|
| Name of Prospective Client: | Firm Non-Earning Matter No.: | |
| General Ledger No.: | Explanation for check stub:  Survey and retainer fees | |

For CLIENT COST ADVANCES indicate
reason invoice not submitted to client:

If this request was previously faxed to the Finance Department, please check here.  ☐

The **original** invoice MUST be attached to this check request.

Unless immediate payment is requested, checks for FIRM CHARGES will be prepared and sent to you on the 25th day after the invoice date.  CLIENT COST ADVANCES will not be paid until 30 days after a valid approved request and supporting documentation are received by Accounts Payable.  Excepted from this 30 day policy are filing fees less than $5,000.  All other exceptions must be approved by the Finance Chairman or his designee.

All check requests for CLIENT COST ADVANCES in excess of $2,000 **must be approved** by the Finance Chairman or his designee, unless prior exemption from the approval has been obtained from the Finance Chairman or his designee.

All FIRM CHARGES **must be approved** by the appropriate practice group Chair, Partner, or other designated administrative supervisor.

| FOR FINANCE DEPARTMENT USE ONLY: | | APPROVED BY: |
|---|---|---|
| Vendor No.:   219451# | | Name: _____ |
| Cost Code: _____ | | Employee PIN/ID#: _____<br>(All check requests MUST be signed, |

2102293

## Mulholland, Mary Ann

| | |
|---|---|
| From: | Rosenberg, Ezra |
| Sent: | Tuesday, February 18, 2014 4:30 PM |
| To: | Mulholland, Mary Ann |
| Subject: | FW: Texas Section 2 Litigation: Retainer agreement with Dechert LLP |
| Attachments: | pacific w-9 2014_20140214200358.pdf |

Hi, Mary Ann – and a check in the amount of $22,500.00 made payable to this entity, also charged to the Texas case. Thanks.

---

**From:** Mark Rosenkranz [mailto:mrosenkranz@pacificmarketresearch.com]
**Sent:** Friday, February 14, 2014 8:03 PM
**To:** Rosenberg, Ezra
**Cc:** EXT Mark Posner; EXT Myrna Perez; EXT Chad Dunn
**Subject:** RE: Texas Section 2 Litigation: Retainer agreement with Dechert LLP

Ezra,

Here is the W-9.

Thanks
Mark Rosenkranz
Pacific Market Research
877-271-2300

---

**From:** Rosenberg, Ezra [mailto:ezra.rosenberg@dechert.com]
**Sent:** Friday, February 14, 2014 12:36 PM
**To:** Mark Rosenkranz
**Cc:** EXT Mark Posner; EXT Myrna Perez; EXT Chad Dunn
**Subject:** RE: Texas Section 2 Litigation: Retainer agreement with Dechert LLP

Thanks, Mark. Attached is a blank W-9. Please fill it out and return it to me, so we may process the first payment. – Ezra

---

**From:** Mark Rosenkranz [mailto:mrosenkranz@pacificmarketresearch.com]
**Sent:** Thursday, February 13, 2014 8:34 PM
**To:** Rosenberg, Ezra
**Cc:** EXT Mark Posner; EXT Myrna Perez; EXT Chad Dunn
**Subject:** RE: Texas Section 2 Litigation: Retainer agreement with Dechert LLP

Ezra,

The executed retainer agreement is attached.

Thanks
Mark Rosenkranz
Pacific Market Research
877-271-2300

---

**From:** Rosenberg, Ezra [mailto:ezra.rosenberg@dechert.com]
**Sent:** Thursday, February 13, 2014 10:20 AM

1

kwiktag ®      162 780 935

# CHECK DISBURSEMENT REQUEST

| For Emergency: Please Fax to (215)-655-2411 | | Attention: Accounts Payable | |
|---|---|---|---|
| Requesting Attorney Name: **Ezra D. Rosenberg**<br>Requesting Attorney Personal ID No.: **936500**<br>Signature: | | Office: **Princeton** | Ext: **3222** |
| Requesting Name:<br>Requesting Personal ID No.: | | Area: | Ext.: |
| Send check to: **J Whipple** | | Area: **Princeton** | Ext: **3284** |

| Date of Request: | **3/19/14** | Amount: | **$15,000.00** |
|---|---|---|---|
| Payment Due Date: | | | |
| Is immediate payment required? | If YES, please state reason for immediate payment (normal terms are 25 days from invoice date for firm charges and 30 days from approved requests for client costs). | | |

RECEIVED

| PAYEE: | |
|---|---|
| Name:<br>Address<br><br>Social Security No. (if individual)<br>**or**<br>or Employer I.D. No.: | **Matthew Barreto**<br>**20008 8th Ave NW**<br>**Shoreline, WA 98177** |

MAR 1 9 2014

ACCOUNTS PAYABLE

| CHARGE TO: | | |
|---|---|---|
| Name of Client:<br>**Texas - Challenge in Texas Federal Court Matter** | Client/Matter No.:<br>**- 131285** | Practice Group Non-Earning Matter No.: |
| Name of Prospective Client: | Firm Non-Earning Matter No.: | |
| General Ledger No.: | Explanation for check stub: Expert retainer fees | |

| For CLIENT COST ADVANCES indicate<br>reason invoice not submitted to client: | 2102308 |
|---|---|

| If this request was previously faxed to the Finance Department, please check here. | ☐ |
|---|---|

The **original** invoice MUST be attached to this check request.

Unless immediate payment is requested, checks for FIRM CHARGES will be prepared and sent to you on the 25th day after the invoice date. CLIENT COST ADVANCES will not be paid until 30 days after a valid approved request and supporting documentation are received by Accounts Payable. Excepted from this 30 day policy are filing fees less than $5,000. All other exceptions must be approved by the Finance Chairman or his designee.

All check requests for CLIENT COST ADVANCES in excess of $2,000 **must be approved** by the Finance Chairman or his designee, unless prior exemption from the approval has been obtained from the Finance Chairman or his designee.

All FIRM CHARGES **must be approved** by the appropriate practice group Chair, Partner, or other designated administrative supervisor.

| FOR FINANCE DEPARTMENT USE ONLY: | APPROVED BY: |
|---|---|
| Vendor No.: _____ | Name: _____ |
| Cost Code: _____ | Employee PIN/ID#: _____ |



# CHECK DISBURSEMENT REQUEST

| For Emergency, Please Fax to (215)-655-2411 | | Attention: Accounts Payable | | |
|---|---|---|---|---|
| Requesting Attorney Name: **Ezra D. Rosenberg** <br> Requesting Attorney Personal ID No.: **936500** <br> Signature: | | Office: **Princeton** | Ext: | **3222** |
| Requesting Name: <br> Requesting Personal ID No.: | | Area: | Ext.: | |
| Send check to: **J Whipple** | | Area: **Princeton** | Ext: | **3284** |
| Date of Request: | **3/27/14** | Amount: | **$5,000** | |
| Payment Due Date: | | | | |
| Is immediate payment required? | If YES, please state reason for immediate payment (normal terms are 25 days from invoice date for firm charges and 30 days from approved requests for client costs). | | | |

| PAYEE: | |
|---|---|
| Name: <br> Address <br> Social Security No. (if individual) <br> **or** <br> or Employer I.D. No.: | **Matthew Barreto** <br> **20008 8th Ave. NW, Shoreline, WA  98177** |

| CHARGE TO: | |
|---|---|
| Name of Client: <br> **Texas State Conf. of the NAACP** | Client/Matter No.: **- 131285**     Practice Group Non-Earning Matter No.: |
| Name of Prospective Client: | Firm Non-Earning Matter No.: |
| General Ledger No.: | Explanation for check stub:  Expert Retainer fees |

For CLIENT COST ADVANCES indicate
reason invoice not submitted to client:   *2103995*

If this request was previously faxed to the Finance Department, please check here.  ☐

The <u>original</u> invoice MUST be attached to this check request.

Unless immediate payment is requested, checks for FIRM CHARGES will be prepared and sent to you on the 25th day after the invoice date.  CLIENT COST ADVANCES will not be paid until 30 days after a valid approved request and supporting documentation are received by Accounts Payable.  Excepted from this 30 day policy are filing fees less than $5,000.  All other exceptions must be approved by the Finance Chairman or his designee.

All check requests for CLIENT COST ADVANCES in excess of $2,000 **must be approved** by the Finance Chairman or his designee, unless prior exemption from the approval has been obtained from the Finance Chairman or his designee.

All FIRM CHARGES **must be approved** by the appropriate practice group Chair, Partner, or other designated administrative supervisor.

| FOR FINANCE DEPARTMENT USE ONLY: | | APPROVED BY: |
|---|---|---|
| Vendor No.:   *219449#* | | Name: |
| Cost Code: | | Employee PIN/ID#: <br> (All check requests **MUST** be signed, <br> regardless of the charge code.) |

kwiktag® 162 781 157

# CHECK DISBURSEMENT REQUEST

| For Emergency: Please Fax to (215)-655-2411 | | Attention: Accounts Payable | |
|---|---|---|---|
| Requesting Attorney Name: **Ezra D. Rosenberg** | Office: **Princeton** | | Ext: **3222** |
| Requesting Attorney Personal ID No.: **936500** | | | |
| Signature: _____ | | | |
| Requesting Name: | Area: | | Ext.: |
| Requesting Personal ID No.: | | | |
| Send check to: **J Whipple** | Area: **Princeton** | | Ext: **3284** |

| Date of Request: | **3/27/14** | Amount: | **$5,000** |
|---|---|---|---|
| Payment Due Date: | | | |
| Is immediate payment required? | If YES, please state reason for immediate payment (normal terms are 25 days from invoice date for firm charges and 30 days from approved requests for client costs). | | |

| PAYEE: | |
|---|---|
| Name: Address Social Security No. (if individual) or or Employer I.D. No.: | **Gabriel R. Sanchez** **7912 Mauna Loa Road N.W., Albuquerque, NM  87120** |

| CHARGE TO: | | |
|---|---|---|
| Name of Client: **Texas State Conf. of the NAACP** | Client/Matter No.: **- 131285** | Practice Group Non-Earning Matter No.: |
| Name of Prospective Client: | Firm Non-Earning Matter No.: | |
| General Ledger No.: | Explanation for check stub: Expert Retainer fees | |

For CLIENT COST ADVANCES indicate
reason invoice not submitted to client:   *2103996*

If this request was previously faxed to the Finance Department, please check here.  ☐

The <u>original</u> invoice MUST be attached to this check request.

Unless immediate payment is requested, checks for FIRM CHARGES will be prepared and sent to you on the 25th day after the invoice date.  CLIENT COST ADVANCES will not be paid until 30 days after a valid approved request and supporting documentation are received by Accounts Payable.  Excepted from this 30 day policy are filing fees less than $5,000.  All other exceptions must be approved by the Finance Chairman or his designee.

All check requests for CLIENT COST ADVANCES in excess of $2,000 **must be approved** by the Finance Chairman or his designee, unless prior exemption from the approval has been obtained from the Finance Chairman or his designee.

All FIRM CHARGES **must be approved** by the appropriate practice group Chair, Partner, or other designated administrative supervisor.

| FOR FINANCE DEPARTMENT USE ONLY: | APPROVED BY: |
|---|---|
| Vendor No.: *219450* | Name: _____ |
| Cost Code: | Employee PIN/ID#: _____ |
| | (All check requests <u>MUST</u> be signed, regardless of the charge code.) |

# OMNI ✤ HOTELS & RESORTS

## corpus christi | texas

900 North Shoreline Blvd.
Corpus Christi, TX 78401
Phone: 361-887-1600 • Fax: 361-887-6715
Reservations: 800-843-6664

ROSENBERG, EZRA
CARLSON WAGONLIT TRAVEL

**Room Number:** 928
**Daily Rate:** 209.00
**Room Type:** KNB
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 03/31/14 | 04/01/14 | XXXXXXXXXXXX8003 | CWT | CONS | 14501747073 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 03/31/14 | 928 | WIFI INTERNET ACCESS | 928/1/19:10/WIFI INTERNET ACCESS | $9.95 |
| 03/31/14 | 928 | ROOM SERVICE BAYFRONT | 928/6560/19:45/ROOM SERVICE BAYFRONT | $62.78 |
| 03/31/14 | 928 | ROOM CHARGE | #928 ROSENBERG, EZRA | $209.00 |
| 03/31/14 | 928 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $18.81 |
| 03/31/14 | 928 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $12.54 |
| 04/01/14 | 928 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($313.08) |
| 04/01/14 | 928 | GLASS PAVILION RESTAURANT | 928/8345/07:48/GLASS PAVILION RESTAURANT | $22.20 |
| 04/01/14 | 928 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($22.20) |

**TOTAL DUE:**                                $0.00

TERMS:   DUE AND PAYABLE UPON PRESENTATION.   I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

Taxi

## Receipt

Customer:

Date: 03/31/14

Fare: $31.00

GAB OLD PAM

Thank you for your business.

**Whipple, Joni**

| | |
|---|---|
| **From:** | Dunn, Kate [kdunn@carlsonwagonlit.com] |
| **Sent:** | Thursday, April 03, 2014 5:22 PM |
| **To:** | Whipple, Joni |
| **Subject:** | RE: EZRA D ROSENBERG 31MAR TRIP TO CORPUS CHRISTI |

Hi there,

Just got the invoices and here is what transpired.
I can send them but you will be even more confused at the formatting (I know I was)

Original booking

$731.00 0167347297976 - United - 03/19/2014
$3.00 fee - 03/19/2014

$591.50 0017347267981 - American 03/20/14
$22.00 fee - 03/20/14

Changes

$-132.50 0167347298020 - 03/24/2014 - Refund
$22.00 fee

$-13.50 0017347298019 - 03/24/2014 - Refund
--------

So total for expense would be

$1245.50

*plus $25.00 upgrade fee (attached)*

Hope that helps. Have a good night.

Regards,
Kate

Kate Dunn | Senior Travel Counselor, Traveler Services

Carlson Wagonlit Travel
15 Fishers Road | Suite 200 | Pittsford NY 14534 phone +1 877 933 1801 | fax +1 866 665-8294
kdunn@carlsonwagonlit.com | www.carlsonwagonlit.com

With offices in more than 150 countries and territories, Carlson Wagonlit Travel deploys the
right people, processes, technologies and skills to consistently deliver effective travel
management and bottom-line results.

Please consider the environment before printing this email.

1

-----Original Message-----
From: Whipple, Joni [mailto:joni.whipple@dechert.com]
Sent: Thursday, April 03, 2014 2:32 PM
To: Dunn, Kate
Subject: RE: EZRA D ROSENBERG 31MAR TRIP TO CORPUS CHRISTI

Hello Kate,

Would you be able to reach out to accounting to see if they able to address my questions as noted in this email chain?

Thx, Joni


-----Original Message-----
From: Dunn, Kate [mailto:kdunn@carlsonwagonlit.com]
Sent: Wednesday, April 02, 2014 4:38 PM
To: Whipple, Joni
Subject: RE: EZRA D ROSENBERG 31MAR TRIP TO CORPUS CHRISTI

Hi Joni,

I will have to request from accounting as there are multiple exchanges on this record. It takes the all the info out each time you exchange. Let you know ASAP

Thanks
Kate


Kate Dunn | Senior Travel Counselor, Traveler Services

Carlson Wagonlit Travel
15 Fishers Road | Suite 200 | Pittsford NY 14534 phone +1 877 933 1801 | fax +1 866 665-8294
kdunn@carlsonwagonlit.com | www.carlsonwagonlit.com

With offices in more than 150 countries and territories, Carlson Wagonlit Travel deploys the right people, processes, technologies and skills to consistently deliver effective travel management and bottom-line results.

Please consider the environment before printing this email.




-----Original Message-----
From: Whipple, Joni [mailto:joni.whipple@dechert.com]
Sent: Wednesday, April 02, 2014 4:33 PM
To: Dunn, Kate
Subject: EZRA D ROSENBERG 31MAR TRIP TO CORPUS CHRISTI

Hi Kate, I need your help when you have a moment.  I have numerous invoices from you all for the attached trip Ezra took to Corpus (we had to change several times).  Could you take a

2

look at this trip and give me a breakdown of what I can place on his T&E.  I tried to figure
this out but I became frustrated and I wanted to make sure I had the numbers right.

Much appreciated,

Joni


This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential
or privileged. If you are not the intended recipient, do not read, copy or distribute the e-
mail or any attachments. Instead, please notify the sender and delete the e-mail and any
attachments. Thank you.

**Please do not reply to this email.**
If the email does not display correctly, please click here.



Your Itinerary

[ VIEW YOUR ITINERARY ONLINE ]

**Trip on Mar 31, 2014**          Locator: **X6367Q**          Date: **Mar 24, 2014**

| Traveler | **EZRA D ROSENBERG** |
|---|---|
| | DECHERT LLP |
| | CIRA CENTRE |
| | 2929 ARCH ST |
| | PHILADELPHIA PA Z/19104 |
| | MATTER NUMBER |
| Agent | OT |

---

**Monday, March 31, 2014**          Confirmation: **OWSWGH**

 **Flight American Airlines 300**

| DEPARTURE | ARRIVAL |
|---|---|
| **EWR – Newark, NJ** | **DFW – Dallas/Ft Worth, TX** |
| **1:00 PM, Mar 31, 2014** | **3:45 PM, Mar 31, 2014** |

*(handwritten: )* 11·30
*(handwritten: )* 11:00 om ·

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - M |
| Duration | 03:45 (Non-stop) |
| Equipment | M83 |
| Meal Service | MEAL AT COST |
| Reserved Seats | 19B (Aisle) |
| Frequent Flyer | AA482M2L6 |
| Notes | DEPARTS EWR TERMINAL A |
| | TSA SECURED FLIGHT |

---

**Monday, March 31, 2014**          Confirmation: **OWSWGH**

 **Flight American Airlines 3041**

| DEPARTURE | ARRIVAL |
|---|---|
| **DFW – Dallas/Ft Worth, TX** | **CRP – Corpus Christi, TX** |
| **5:00 PM, Mar 31, 2014** | **6:20 PM, Mar 31, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - M |
| Duration | 01:20 (Non-stop) |
| Equipment | Embraer RJ145 |
| Meal Service | Food For Purchase |
| Reserved Seats | 16A (Window) |
| Frequent Flyer | AA482M2L6 |
| Notes | OPERATED BY AMERICAN EAGLE AIRLINES |
| | DEPARTS DFW TERMINAL B |
| | TSA SECURED FLIGHT |

**Monday, March 31, 2014**                    Confirmation: **40014845607 ***



### Hotel OMNI CORPUS CHRISTI HOTEL

LOCATION                          CONTACT
**900 N Shoreline Boulevard**        Tel 361-887-1600
**Corpus Christi TX 78401, US US Nueces**   Fax 361-887-6715

Reserved For        EZRA D ROSENBERG
Status              Confirmed
Check-In            Mar 31, 2014
Check-Out           Apr 01, 2014
Number of Rooms     1
Rate                USD 209.00/night
Notes               HOTEL IS GUARANTEED FOR LATE ARRIVAL
                    PLEASE CANCEL BY 12 PM 24 HOURS PRIOR TO AVOID NO-SHOW CHARGE.
                    A NON SMOKING ROOM HAS BEEN REQUESTED
                    OM76221ARR31MAR CXL:CANCEL BY 12PM 30-MAR-14

**Tuesday, April 01, 2014**                    Confirmation: **CB6GXV**



### Flight United Airlines 4699

DEPARTURE                         ARRIVAL
**CRP - Corpus Christi, TX**         **IAH - Houston George Bush, TX**
**2:15 PM, Apr 01, 2014**            **3:11 PM, Apr 01, 2014**

Status              Confirmed
Class               Coach Class - E
Duration            00:56 (Non-stop)
Equipment           Embraer RJ135 Jet
Meal Service        None
Reserved Seats      8C
Frequent Flyer      UAGN779264
Notes               OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS
                    ARRIVES IAH TERMINAL A
                    TSA SECURED FLIGHT

**Tuesday, April 01, 2014**                    Confirmation: **CB6GXV**



### Flight United Airlines 1546

DEPARTURE                         ARRIVAL
**IAH - Houston George Bush, TX**    **EWR - Newark, NJ**
**3:52 PM, Apr 01, 2014**            **8:33 PM, Apr 01, 2014**

Status              Confirmed
Class               Coach Class - E
Duration            03:41 (Non-stop)
Equipment           Boeing 737-800
Meal Service        Food For Purchase
Reserved Seats      37D
Frequent Flyer      UAGN779264
Notes               DEPARTS IAH TERMINAL C - ARRIVES EWR TERMINAL C
                    TSA SECURED FLIGHT



global hotel alliance

CLICK HERE FOR COMPLIMENTARY
INTERNET AND AMAZING LOCAL
EXPERIENCES WHEREVER YOU TRAVEL

**GENERAL INFORMATION**
THIS TICKET WAS ISSUED IN EXCHANGE FOR A PREVIOUSLY UNUSED TICKET
ISSUE DATE OF OLD TICKET: 19MAR14
NEW TICKET AMOUNT.........................$598.50
LESS OLD TICKET AMOUNT FROM 0167347297976...$731.00
REFUND AMOUNT DUE.........................$ 132.50
CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
*******************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
*******************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
*******************************************
IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
*******************************************
FOR THE MOST CURRENT INFORMATION ON AIRPORT
SECURITY PLEASE CHECK WWW.TSA.GOV
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
IF TRAVELING ON CODE SHARE/PARTNER AIRLINE CARRIERS
CHECK ALLOWANCE FOR THE OPERATING CARRIER.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
FOR A COMPLETE LIST OF COUNTRIES THAT UTILIZE
AEROSOL INSECTICIDE SPRAYS
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES MAY BE SUBJECT TO A PENALTY OR FARE
INCREASE UP TO AND INCLUDING THE TOTAL COST OF THE TICKET.
FAILURE TO CANCEL MAY FORFEIT THE TOTAL VALUE OF TICKET.
AGENCY SERVICE FEE OF 22.00 HAS BEEN CHARGED

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|------------------------|------|-------|-------|-------|-------|
| ROSENBERG/EZRA 6185/0167347298020/24MAR14 | | | | | | 598.50 |
| | | | | SERVICE FEE | | 22.00 |
| | | | | **Total Amount** | | **620.50** |

Form of Payment: AXXXXXXXXXXXXX8003

Traveler Resources | The Savvy Traveler blog | Data Protection Policy
Copyright © 2009-2014 CWT

**Please do not reply to this email.**
If the email does not display correctly, please click here.



VIEW YOUR ITINERARY ONLINE

| **Trip on Mar 31, 2014** | Locator: **X6367Q** | Date: **Mar 24, 2014** |

| Traveler | **EZRA D ROSENBERG** |
|----------|----------------------|
| | DECHERT LLP |
| | CIRA CENTRE |
| | 2929 ARCH ST |
| | PHILADELPHIA PA Z/19104 |
| | MATTER NUMBER |
| Agent | OT |

---

**Monday, March 31, 2014**                    Confirmation: **OWSWGH**

 **Flight American Airlines 300**

| DEPARTURE | ARRIVAL |
|-----------|---------|
| **EWR – Newark, NJ** | **DFW – Dallas/Ft Worth, TX** |
| **1:00 PM, Mar 31, 2014** | **3:45 PM, Mar 31, 2014** |

| Status | Confirmed |
|--------|-----------|
| Class | Coach Class - M |
| Duration | 03:45 (Non-stop) |
| Equipment | M83 |
| Meal Service | MEAL AT COST |
| Reserved Seats | 19B (Aisle) |
| Frequent Flyer | AA482M2L6 |
| Notes | DEPARTS EWR TERMINAL A |
| | TSA SECURED FLIGHT |

---

**Monday, March 31, 2014**                    Confirmation: **OWSWGH**

 **Flight American Airlines 3041**

| DEPARTURE | ARRIVAL |
|-----------|---------|
| **DFW – Dallas/Ft Worth, TX** | **CRP – Corpus Christi, TX** |
| **5:00 PM, Mar 31, 2014** | **6:20 PM, Mar 31, 2014** |

| Status | Confirmed |
|--------|-----------|
| Class | Coach Class - M |
| Duration | 01:20 (Non-stop) |
| Equipment | Embraer RJ145 |
| Meal Service | Food For Purchase |
| Reserved Seats | 16A (Window) |
| Frequent Flyer | AA482M2L6 |
| Notes | OPERATED BY AMERICAN EAGLE AIRLINES |
| | DEPARTS DFW TERMINAL B |
| | TSA SECURED FLIGHT |

## Monday, March 31, 2014                    Confirmation: **40014845607** *



### Hotel OMNI CORPUS CHRISTI HOTEL

| LOCATION | CONTACT |
|---|---|
| **900 N Shoreline Boulevard** | **Tel 361-887-1600** |
| **Corpus Christi TX 78401, US US Nueces** | **Fax 361-887-6715** |

| | |
|---|---|
| Reserved For | EZRA D ROSENBERG |
| Status | Confirmed |
| Check-In | Mar 31, 2014 |
| Check-Out | Apr 01, 2014 |
| Number of Rooms | 1 |
| Rate | USD 209.00/night |
| Notes | HOTEL IS GUARANTEED FOR LATE ARRIVAL |
| | PLEASE CANCEL BY 12 PM 24 HOURS PRIOR TO AVOID NO-SHOW CHARGE. |
| | A NON SMOKING ROOM HAS BEEN REQUESTED |
| | OM76221ARR31MAR CXL:CANCEL BY 12PM 30-MAR-14 |

## Tuesday, April 01, 2014                    Confirmation: **CB6GXV**



### Flight United Airlines 4699

| DEPARTURE | ARRIVAL |
|---|---|
| **CRP - Corpus Christi, TX** | **IAH - Houston George Bush, TX** |
| **2:15 PM, Apr 01, 2014** | **3:11 PM, Apr 01, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - E |
| Duration | 00:56 (Non-stop) |
| Equipment | Embraer RJ135 Jet |
| Meal Service | None |
| Reserved Seats | 8C |
| Frequent Flyer | UAGN779264 |
| Notes | OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS |
| | ARRIVES IAH TERMINAL A |
| | TSA SECURED FLIGHT |

## Tuesday, April 01, 2014                    Confirmation: **CB6GXV**



### Flight United Airlines 1546

| DEPARTURE | ARRIVAL |
|---|---|
| **IAH - Houston George Bush, TX** | **EWR - Newark, NJ** |
| **3:52 PM, Apr 01, 2014** | **8:33 PM, Apr 01, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - E |
| Duration | 03:41 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Reserved Seats | 37D |
| Frequent Flyer | UAGN779264 |
| Notes | DEPARTS IAH TERMINAL C - ARRIVES EWR TERMINAL C |
| | TSA SECURED FLIGHT |



GET MORE GOING WITH THE CWT VACATION CLUB. EXCLUSIVE VACATION PACKAGES AND AMENITIES. BOOK YOUR VACATION TODAY!

**GENERAL INFORMATION**
THIS TICKET WAS ISSUED IN EXCHANGE FOR A PREVIOUSLY UNUSED TICKET
ISSUE DATE OF OLD TICKET: 19MAR14
NEW TICKET AMOUNT..........................$598.50
LESS OLD TICKET AMOUNT FROM 0167347297976...$731.00
REFUND AMOUNT DUE..........................$ 132.50
CONTACT CWT AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
*******************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
*******************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
*******************************************
IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
*******************************************
FOR THE MOST CURRENT INFORMATION ON AIRPORT
SECURITY PLEASE CHECK WWW.TSA.GOV
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
IF TRAVELING ON CODE SHARE/PARTNER AIRLINE CARRIERS
CHECK ALLOWANCE FOR THE OPERATING CARRIER.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
FOR A COMPLETE LIST OF COUNTRIES THAT UTILIZE
AEROSOL INSECTICIDE SPRAYS
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES MAY BE SUBJECT TO A PENALTY OR FARE
INCREASE UP TO AND INCLUDING THE TOTAL COST OF THE TICKET.
FAILURE TO CANCEL MAY FORFEIT THE TOTAL VALUE OF TICKET.
AGENCY SERVICE FEE OF 22.00 HAS BEEN CHARGED

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|------------------------|------|-------|-------|-------|-------|
| ROSENBERG/EZRA 6185/0167347298020/24MAR14 | | | | | | 598.50 |
| ROSENBERG/EZRA 6184/0017347298019/24MAR14 | | | | | | 578.00 |
| ROSENBERG/EZRA 6127/0017347297981/20MAR14 | | | | | | 591.50 |
| ROSENBERG/EZRA 6119/0167347297976/19MAR14 | | | | | | 731.00 |
| | | | | **Total Amount** | | **2,499.00** |

Form of Payment: AXXXXXXXXXXXXX8003

**Please do not reply to this email.**
If the email does not display correctly, please click here.



| | |
|---|---|
| | **VIEW YOUR ITINERARY ONLINE** |

## Trip on Mar 31, 2014

Locator: **X6367Q**          Date: **Mar 24, 2014**

| | |
|---|---|
| Traveler | **EZRA D ROSENBERG** |
| | DECHERT LLP |
| | CIRA CENTRE |
| | 2929 ARCH ST |
| | PHILADELPHIA PA Z/19104 |
| | MATTER NUMBER 131285 |
| Agent | OT |

---

### Monday, March 31, 2014                Confirmation: **OWSWGH**

 **Flight American Airlines 300**

| DEPARTURE | ARRIVAL |
|---|---|
| **EWR – Newark, NJ** | **DFW – Dallas/Ft Worth, TX** |
| **1:00 PM, Mar 31, 2014** | **3:45 PM, Mar 31, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - M |
| Duration | 03:45 (Non-stop) |
| Equipment | M83 |
| Meal Service | MEAL AT COST |
| Reserved Seats | 19B (Aisle) |
| Frequent Flyer | AA482M2L6 |
| Notes | DEPARTS EWR TERMINAL A |
| | TSA SECURED FLIGHT |

---

### Monday, March 31, 2014                Confirmation: **OWSWGH**

 **Flight American Airlines 3041**

| DEPARTURE | ARRIVAL |
|---|---|
| **DFW – Dallas/Ft Worth, TX** | **CRP – Corpus Christi, TX** |
| **5:00 PM, Mar 31, 2014** | **6:20 PM, Mar 31, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - M |
| Duration | 01:20 (Non-stop) |
| Equipment | Embraer RJ145 |
| Meal Service | Food For Purchase |
| Reserved Seats | 16A (Window) |
| Frequent Flyer | AA482M2L6 |
| Notes | OPERATED BY AMERICAN EAGLE AIRLINES |
| | DEPARTS DFW TERMINAL B |
| | TSA SECURED FLIGHT |

## Monday, March 31, 2014                    Confirmation: **40014845607 \***

 **Hotel OMNI CORPUS CHRISTI HOTEL**

LOCATION                                    CONTACT
**900 N Shoreline Boulevard**               Tel 361-887-1600
**Corpus Christi TX 78401, US US Nueces**   Fax 361-887-6715

| | |
|---|---|
| Reserved For | EZRA D ROSENBERG |
| Status | Confirmed |
| Check-In | Mar 31, 2014 |
| Check-Out | Apr 01, 2014 |
| Number of Rooms | 1 |
| Rate | USD 209.00/night |
| Notes | HOTEL IS GUARANTEED FOR LATE ARRIVAL |
| | PLEASE CANCEL BY 12 PM 24 HOURS PRIOR TO AVOID NO-SHOW CHARGE. |
| | A NON SMOKING ROOM HAS BEEN REQUESTED |
| | OM76221ARR31MAR CXL:CANCEL BY 12PM 30-MAR-14 |

## Tuesday, April 01, 2014                   Confirmation: **CB6GXV**

 **Flight United Airlines 4699**

DEPARTURE                                   ARRIVAL
**CRP – Corpus Christi, TX**                **IAH – Houston George Bush, TX**
**2:15 PM, Apr 01, 2014**                   **3:11 PM, Apr 01, 2014**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - E |
| Duration | 00:56 (Non-stop) |
| Equipment | Embraer RJ135 Jet |
| Meal Service | None |
| Reserved Seats | 8C |
| Frequent Flyer | UAGN779264 |
| Notes | OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS |
| | ARRIVES IAH TERMINAL A |
| | TSA SECURED FLIGHT |

## Tuesday, April 01, 2014                   Confirmation: **CB6GXV**

 **Flight United Airlines 1546**

DEPARTURE                                   ARRIVAL
**IAH – Houston George Bush, TX**           **EWR – Newark, NJ**
**3:52 PM, Apr 01, 2014**                   **8:33 PM, Apr 01, 2014**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - E |
| Duration | 03:41 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Reserved Seats | 37D |
| Frequent Flyer | UAGN779264 |
| Notes | DEPARTS IAH TERMINAL C - ARRIVES EWR TERMINAL C |
| | TSA SECURED FLIGHT |



**GENERAL INFORMATION**
THIS TICKET WAS ISSUED IN EXCHANGE FOR A PREVIOUSLY UNUSED TICKET
ISSUE DATE OF OLD TICKET: 20MAR14
NEW TICKET AMOUNT..........................$578.00
LESS OLD TICKET AMOUNT FROM 0017347297981...$591.50
REFUND AMOUNT DUE..........................$ 13.50
CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
*******************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
*******************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
*******************************************
IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
*******************************************
FOR THE MOST CURRENT INFORMATION ON AIRPORT
SECURITY PLEASE CHECK WWW.TSA.GOV
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
IF TRAVELING ON CODE SHARE/PARTNER AIRLINE CARRIERS
CHECK ALLOWANCE FOR THE OPERATING CARRIER.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
FOR A COMPLETE LIST OF COUNTRIES THAT UTILIZE
AEROSOL INSECTICIDE SPRAYS
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES MAY BE SUBJECT TO A PENALTY OR FARE
INCREASE UP TO AND INCLUDING THE TOTAL COST OF THE TICKET.
FAILURE TO CANCEL MAY FORFEIT THE TOTAL VALUE OF TICKET.
AGENCY SERVICE FEE OF 22.00 HAS BEEN CHARGED

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|--------------------------|------|-------|-------|-------|-------|
| ROSENBERG/EZRA 6184/0017347298019/24MAR14 | | | | | | 578.00 |
| | | | | SERVICE FEE | | 22.00 |
| | | | | **Total Amount** | | **600.00** |

Form of Payment: AXXXXXXXXXXXXX8003



*charge to Ezra*

**Please do not reply to this email.**
If the email does not display correctly, please click here.

### Your Itinerary

⟨ VIEW YOUR ITINERARY ONLINE ⟩

| **Trip on Mar 31, 2014** | Locator: **X6367Q** | Date: **Mar 24, 2014** |
|---|---|---|

| Traveler | **EZRA D ROSENBERG** |
|---|---|
| | DECHERT LLP |
| | CIRA CENTRE |
| | 2929 ARCH ST |
| | PHILADELPHIA PA Z/19104 |
| | MATTER NUMBER 131285 |
| Agent | OT |

---

**Monday, March 31, 2014**                    Confirmation: **CPR5EE**

 **Flight US Airways 1848**

| DEPARTURE | ARRIVAL |
|---|---|
| **PHL – Philadelphia, PA** | **DFW – Dallas/Ft Worth, TX** |
| **11:40 AM, Mar 31, 2014** | **2:28 PM, Mar 31, 2014** |

| Status | Confirmed |
|---|---|
| Class | Coach Class - M |
| Duration | 03:48 (Non-stop) |
| Equipment | Airbus Industrie A319-114 |
| Meal Service | Food For Purchase |
| Frequent Flyer | US8810318 |
| Notes | DEPARTS PHL TERMINAL B - ARRIVES DFW TERMINAL E |
| | TSA SECURED FLIGHT |

---

**Monday, March 31, 2014**                    Confirmation: **OWSWGH**

 **Flight American Airlines 3554**

| DEPARTURE | ARRIVAL |
|---|---|
| **DFW – Dallas/Ft Worth, TX** | **CRP – Corpus Christi, TX** |
| **3:45 PM, Mar 31, 2014** | **5:05 PM, Mar 31, 2014** |

| Status | Confirmed |
|---|---|
| Class | Coach Class - M |
| Duration | 01:20 (Non-stop) |
| Equipment | Embraer RJ140 Jet |
| Meal Service | Food For Purchase |
| Frequent Flyer | AA482M2L6 |
| Notes | OPERATED BY AMERICAN EAGLE AIRLINES |
| | DEPARTS DFW TERMINAL B |
| | TSA SECURED FLIGHT |

---

**Monday, March 31, 2014**                    Confirmation: **40014845607 \***



## Hotel OMNI CORPUS CHRISTI HOTEL

LOCATION
**900 N Shoreline Boulevard**
**Corpus Christi TX 78401, US US Nueces**

CONTACT
Tel 361-887-1600
Fax 361-887-6715

| | |
|---|---|
| Reserved For | EZRA D ROSENBERG |
| Status | Confirmed |
| Check-In | Mar 31, 2014 |
| Check-Out | Apr 01, 2014 |
| Number of Rooms | 1 |
| Rate | USD 209.00/night |
| Notes | OM76221ARR25MAR CXL:CANCEL BY 12PM 24-MAR-14 |
| | HOTEL IS GUARANTEED FOR LATE ARRIVAL |
| | PLEASE CANCEL BY 12 PM 24 HOURS PRIOR TO AVOID NO-SHOW CHARGE. |
| | A NON SMOKING ROOM HAS BEEN REQUESTED |
| | OM76221ARR31MAR CXL:CANCEL BY 12PM 30-MAR-14 |

---

**Tuesday, April 01, 2014**                    Confirmation:  **CB6GXV**



## Flight United Airlines 4699

DEPARTURE
**CRP - Corpus Christi, TX**
**2:15 PM, Apr 01, 2014**

ARRIVAL
**IAH - Houston George Bush, TX**
**3:11 PM, Apr 01, 2014**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - E |
| Duration | 00:56 (Non-stop) |
| Equipment | Embraer RJ135 Jet |
| Meal Service | None |
| Reserved Seats | 8C |
| Frequent Flyer | UAGN779264 |
| Notes | OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS |
| | ARRIVES IAH TERMINAL A |
| | TSA SECURED FLIGHT |

---

**Tuesday, April 01, 2014**                    Confirmation:  **CB6GXV**



## Flight United Airlines 1546

DEPARTURE
**IAH - Houston George Bush, TX**
**3:52 PM, Apr 01, 2014**

ARRIVAL
**EWR - Newark, NJ**
**8:33 PM, Apr 01, 2014**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - E |
| Duration | 03:41 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Reserved Seats | 37D |
| Frequent Flyer | UAGN779264 |
| Notes | DEPARTS IAH TERMINAL C - ARRIVES EWR TERMINAL C |
| | TSA SECURED FLIGHT |



**GENERAL INFORMATION**
CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2C04
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
**********************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
**********************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
**********************************************
IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
**********************************************
FOR THE MOST CURRENT INFORMATION ON AIRPORT
SECURITY PLEASE CHECK WWW.TSA.GOV
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
IF TRAVELING ON CODE SHARE/PARTNER AIRLINE CARRIERS
CHECK ALLOWANCE FOR THE OPERATING CARRIER.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
FOR A COMPLETE LIST OF COUNTRIES THAT UTILIZE
AEROSOL INSECTICIDE SPRAYS
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES MAY BE SUBJECT TO A PENALTY OR FARE
INCREASE UP TO AND INCLUDING THE TOTAL COST OF THE TICKET.
FAILURE TO CANCEL MAY FORFEIT THE TOTAL VALUE OF TICKET.
AGENCY SERVICE FEE OF 22.00 HAS BEEN CHARGED

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|-------------------------|------|-------|-------|-------|-------|
|      |                         | USD 541.40 | 2.50AY | 40.60US | 7.00XT | 591.50 |
|      |                         |      |       | **Total Amount** |       | **591.50** |





Traveler Resources | The Savvy Traveler blog | Data Protection Policy
Copyright © 2009-2014 CWT



**Please do not reply to this email.**
If the email does not display correctly, please click here.

Carlson Wagonlit Travel                                     Your Itinerary

VIEW YOUR ITINERARY ONLINE

**Trip on Mar 25, 2014**        Locator: **X6367Q**      Date: **Mar 19, 2014**

| Traveler | **EZRA D ROSENBERG** |
| --- | --- |
| | DECHERT LLP |
| | CIRA CENTRE |
| | 2929 ARCH ST |
| | PHILADELPHIA PA Z/19104 |
| Agent | OT |

*Refund*

*3/31/14*

---

**Tuesday, March 25, 2014**        Confirmation: **CB6GXV**

 **Flight United Airlines 1185**

| DEPARTURE | ARRIVAL |
| --- | --- |
| **PHL – Philadelphia, PA** | **IAH – Houston George Bush, TX** |
| **12:14 PM, Mar 25, 2014** | **3:00 PM, Mar 25, 2014** |

| | |
| --- | --- |
| Status | Confirmed |
| Class | Coach Class - U |
| Duration | 03:46 (Non-stop) |
| Equipment | Boeing 737-700 |
| Meal Service | Food For Purchase |
| Frequent Flyer | UAGN779264 |
| Notes | ARRIVES IAH TERMINAL C |
| | TSA SECURED FLIGHT |
| | SEATING AT CHECK IN ONLY |

*PHL*
*American 11:40 am*
*PFW L 5:05 pm*

---

**Tuesday, March 25, 2014**        Confirmation: **CB6GXV**

**Flight United Airlines 4496**

| DEPARTURE | ARRIVAL |
| --- | --- |
| **IAH – Houston George Bush, TX** | **CRP – Corpus Christi, TX** |
| **3:53 PM, Mar 25, 2014** | **4:52 PM, Mar 25, 2014** |

| | |
| --- | --- |
| Status | Confirmed |
| Class | Coach Class - U |
| Duration | 00:59 (Non-stop) |
| Equipment | ERJ |
| Meal Service | None |
| Reserved Seats | 10D |
| Frequent Flyer | UAGN779264 |
| Notes | OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS |
| | DEPARTS IAH TERMINAL B |
| | TSA SECURED FLIGHT |

*6:52 pm*
*11:00 - American*
*6:20 pm*

*no longer has these on flights*

---

**Tuesday, March 25, 2014**        Confirmation: **40014845607 ***



## Hotel OMNI CORPUS CHRISTI HOTEL

| LOCATION | CONTACT |
|---|---|
| **900 N Shoreline Boulevard** | Tel 361-887-1600 |
| **Corpus Christi TX 78401, US US Nueces** | Fax 361-887-6715 |

| | |
|---|---|
| Reserved For | EZRA D ROSENBERG |
| Status | Confirmed |
| Check-In | Mar 25, 2014 |
| Check-Out | Mar 26, 2014 |
| Number of Rooms | 1 |
| Rate | USD 189.00/night |
| Notes | OM76221ARR25MAR CXL:CANCEL BY 12PM 24-MAR-14 |

### Wednesday, March 26, 2014                          Confirmation: **CB6GXV**



## Flight United Airlines 4699

| DEPARTURE | ARRIVAL |
|---|---|
| **CRP - Corpus Christi, TX** | **IAH - Houston George Bush, TX** |
| **2:17 PM, Mar 26, 2014** | **3:13 PM, Mar 26, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - U |
| Duration | 00:56 (Non-stop) |
| Equipment | ERJ |
| Meal Service | None |
| Reserved Seats | 23C |
| Frequent Flyer | UAGN779264 |
| Notes | OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS |
| | ARRIVES IAH TERMINAL B |
| | TSA SECURED FLIGHT |

### Wednesday, March 26, 2014                          Confirmation: **OWSWGH**



## Flight American Airlines 1948

| DEPARTURE | ARRIVAL |
|---|---|
| **IAH - Houston George Bush, TX** | **PHL - Philadelphia, PA** |
| **5:45 PM, Mar 26, 2014** | **9:52 PM, Mar 26, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - K |
| Duration | 03:07 (Non-stop) |
| Equipment | Embraer EMB E90 |
| Meal Service | Food For Purchase |
| Frequent Flyer | AA482M2L6 |
| Notes | OPERATED BY US AIRWAYS |
| | IAH PASSENGER CHECK-IN WITH US AIRWAYS |
| | DEPARTS IAH TERMINAL A - ARRIVES PHL TERMINAL B |
| | TSA SECURED FLIGHT |
| | SEATING AT CHECK IN ONLY |





Save up to 93% with CWT Offers
Deals on shopping, entertainment and more!

**GENERAL INFORMATION**



CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
*******************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
*******************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
*******************************************
IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
*******************************************
FOR THE MOST CURRENT INFORMATION ON AIRPORT
SECURITY PLEASE CHECK WWW.TSA.GOV
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
IF TRAVELING ON CODE SHARE/PARTNER AIRLINE CARRIERS
CHECK ALLOWANCE FOR THE OPERATING CARRIER.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
FOR A COMPLETE LIST OF COUNTRIES THAT UTILIZE
AEROSOL INSECTICIDE SPRAYS
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES MAY BE SUBJECT TO A PENALTY OR FARE
INCREASE UP TO AND INCLUDING THE TOTAL COST OF THE TICKET.
FAILURE TO CANCEL MAY FORFEIT THE TOTAL VALUE OF TICKET.
AGENCY SERVICE FEE OF 3.00 HAS BEEN CHARGED

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|------------------------|------|-------|-------|-------|-------|
| ROSENBERG/EZRA 6119/0167347297976/19MAR14 | | | | | | 731.00 |

*American ticket.*

|  |  |
|---|---|
| SERVICE FEE | 3.00 |
| **Total Amount** | **734.00** |

Form of Payment: AXXXXXXXXXXXXX8003

Traveler Resources | The Savvy Traveler blog | Data Protection Policy
Copyright © 2009-2014 CWT



**Please do not reply to this email.**
If the email does not display correctly, please click here.

Carlson Wagonlit Travel

**Your Itinerary**

[ VIEW YOUR ITINERARY ONLINE ]

## Trip on Mar 25, 2014

|  | Locator: **X6367Q** | Date: **Mar 20, 2014** |
|---|---|---|

Traveler    **EZRA D ROSENBERG**

DECHERT LLP
CIRA CENTRE
2929 ARCH ST
PHILADELPHIA PA Z/19104

MATTER NUMBER 131285

Agent    OT

---

### Tuesday, March 25, 2014          Confirmation: **CB6GXV**

 **Flight United Airlines 1185**

| DEPARTURE | ARRIVAL |
|---|---|
| **PHL – Philadelphia, PA** | **IAH – Houston George Bush, TX** |
| **12:14 PM, Mar 25, 2014** | **3:00 PM, Mar 25, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - U |
| Duration | 03:46 (Non-stop) |
| Equipment | Boeing 737-700 |
| Meal Service | Food For Purchase |
| Frequent Flyer | UAGN779264 |
| Notes | ARRIVES IAH TERMINAL C |
| | TSA SECURED FLIGHT |
| | SEATING AT CHECK IN ONLY |

---

### Tuesday, March 25, 2014          Confirmation: **CB6GXV**

**Flight United Airlines 4496**

| DEPARTURE | ARRIVAL |
|---|---|
| **IAH – Houston George Bush, TX** | **CRP – Corpus Christi, TX** |
| **3:53 PM, Mar 25, 2014** | **4:52 PM, Mar 25, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - U |
| Duration | 00:59 (Non-stop) |
| Equipment | ERJ |
| Meal Service | None |
| Reserved Seats | 10D |
| Frequent Flyer | UAGN779264 |
| Notes | OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS |
| | DEPARTS IAH TERMINAL B |
| | TSA SECURED FLIGHT |

**Tuesday, March 25, 2014**                              Confirmation:  **40014845607** *

 **Hotel OMNI CORPUS CHRISTI HOTEL**

LOCATION                                      CONTACT
**900 N Shoreline Boulevard**                 Tel 361-887-1600
**Corpus Christi TX 78401, US US Nueces**     Fax 361-887-6715

| | |
|---|---|
| Reserved For | EZRA D ROSENBERG |
| Status | Confirmed |
| Check-In | Mar 25, 2014 |
| Check-Out | Mar 26, 2014 |
| Number of Rooms | 1 |
| Rate | USD 189.00/night |
| Notes | OM76221ARR25MAR CXL:CANCEL BY 12PM 24-MAR-14 |
| | HOTEL IS GUARANTEED FOR LATE ARRIVAL |
| | PLEASE CANCEL BY 12 PM 24 HOURS PRIOR TO AVOID NO-SHOW CHARGE. |
| | A NON SMOKING ROOM HAS BEEN REQUESTED |

---

**Wednesday, March 26, 2014**                           Confirmation:  **CB6GXV**

 **Flight United Airlines 4699**

DEPARTURE                                     ARRIVAL
**CRP – Corpus Christi, TX**                  **IAH – Houston George Bush, TX**
**2:17 PM, Mar 26, 2014**                     **3:13 PM, Mar 26, 2014**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - U |
| Duration | 00:56 (Non-stop) |
| Equipment | ERJ |
| Meal Service | None |
| Reserved Seats | 23C |
| Frequent Flyer | UAGN779264 |
| Notes | OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS |
| | ARRIVES IAH TERMINAL B |
| | TSA SECURED FLIGHT |

---

**Wednesday, March 26, 2014**                           Confirmation:  **OWSWGH**

 **Flight American Airlines 1948**

DEPARTURE                                     ARRIVAL
**IAH – Houston George Bush, TX**             **PHL – Philadelphia, PA**
**5:45 PM, Mar 26, 2014**                     **9:52 PM, Mar 26, 2014**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - K |
| Duration | 03:07 (Non-stop) |
| Equipment | Embraer EMB E90 |
| Meal Service | Food For Purchase |
| Reserved Seats | 5D |
| Frequent Flyer | AA482M2L6 |
| Notes | OPERATED BY US AIRWAYS |
| | IAH PASSENGER CHECK-IN WITH US AIRWAYS |
| | DEPARTS IAH TERMINAL A - ARRIVES PHL TERMINAL B |
| | TSA SECURED FLIGHT |
| | **OPERATED BY US AIRWAYS FLIGHT 1948** |
| | CHECK-IN AT US AIRWAYS TICKET COUNTER |



**GENERAL INFORMATION**
CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
*********************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
*********************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
*********************************************
IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
*********************************************
FOR THE MOST CURRENT INFORMATION ON AIRPORT
SECURITY PLEASE CHECK WWW.TSA.GOV
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
IF TRAVELING ON CODE SHARE/PARTNER AIRLINE CARRIERS
CHECK ALLOWANCE FOR THE OPERATING CARRIER.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
FOR A COMPLETE LIST OF COUNTRIES THAT UTILIZE
AEROSOL INSECTICIDE SPRAYS
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES MAY BE SUBJECT TO A PENALTY OR FARE
INCREASE UP TO AND INCLUDING THE TOTAL COST OF THE TICKET.
FAILURE TO CANCEL MAY FORFEIT THE TOTAL VALUE OF TICKET.
AGENCY SERVICE FEE OF 22.00 HAS BEEN CHARGED

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|------------------------|------|-------|-------|-------|-------|
| ROSENBERG/EZRA 6127/0017347297981/20MAR14 | | | | | | 591.50 |
| | | | | | SERVICE FEE | 22.00 |
| | | | | | **Total Amount** | **613.50** |

Form of Payment: AXXXXXXXXXXXXX8003

*United*

*Luggage*
*Expense*

# Baggage Receipt

Issue Date: 01 APR 2014 CRP ATO

**UNITED**

A STAR ALLIANCE MEMBER ✦

| | Description | Qty | Fees |
|---|---|---|---|
| Baggage Document | First Bag Fee | 1 | $25.00 |
| 0162605795060 | | | |

Method of Payment
American Express XXXXXXXXXXX8003

Ticket Number
0167347298020

Cardholder Name
E D OSENBERG

## BAGGAGE FEES   Total Fees

**USD $25.00**

Confirmation: **CB6GXV**

Excess Baggage Terms and Conditions:
- All excess baggage is subject to space availability.
- Receipt for payment must be presented at bag check.
- For refunds or adjustments, see a United representative.

| Carrier | Routing |
|---|---|
| UA | CRP - IAH |
| UA | IAH - EWR |

AGENT REFERENCE: GG ESC BAG

Newark Liberty International
Airport

Tue Apr 1 2014 20:57

Entry:       03/31/2014 09:49:23 Ln 502
Exit:        04/01/2014 20:57:22 Ln 920
Cashier:                      ssamaroo

License Plate:          NJ:WMY72F
                      1  Public Parker
Class:                        Ticket
ID Type:                 050202007390
ID:

Parking Fee.....................$66.00
Total Fee.......................$66.00

POF Payment.....................$66.00

TAXES INCLUDED

Newark Liberty International
Airport
Newark, NJ 07114

kwiktag ®   162 782 209

## CHECK DISBURSEMENT REQUEST

**Please Fax to (215)-655-2411 or Email allaccountspayable@dechert.com**

| | | |
|---|---|---|
| Requesting Attorney Name: **Lindsey Cohan** | Office: **Austin** | Ext: **3027** |
| Requesting Attorney Personal ID Number: **977743** | | |
| Signature: | | |
| Requesting Name: **Joanna Jones** | Office: **Austin** | Ext.: **3006** |
| Requesting Personal ID Number: **978371** | | |

Send check to:
- ☐ **Direct to vendor per address below**
- ☒ **Individual requesting check**
- ☐ **Other**

RECEIVED
APR 1 0 2014
ACCOUNTS PAYABLE

| Date of Request: | 04/09/2014 | Amount: **$65.70** |
|---|---|---|
| Payment Due Date: | **04/10/2014** | |

| Is immediate payment required? **YES** | If YES, please state reason for immediate payment (vendor invoices are normally paid in accordance with agreed upon payment terms, which is normally 30 days from invoice date). **Fees for copies of public records information requested in federal court** |
|---|---|

**PAYEE:**

| Name: Address | **Dallas County** **411 Elm Street, Suite 500** **Dallas, TX  75202** |
|---|---|
| Social Security No. (if individual) **or** or Employer I.D. No.: Attach W-9 for New Vendor Set up | |

**CHARGE TO:**

| Name of Client: **Texas State Conference of the NAACP** | Client/Matter Number: **386716 - 131285** | Non-Earning Matter Number: |
|---|---|---|
| General Ledger Number: | Explanation for check stub: Fees for Public Records Request re Provisional Ballots in Dallas County for March 4, 2014 Primary Election | |

A copy of the invoice MUST be attached to this check request.
All FIRM CHARGES **must be approved** by the appropriate practice group Leader, or Head of Infrastructure.

| **FOR FINANCE DEPARTMENT USE ONLY:** | **APPROVED BY** |
|---|---|
| Vendor No.: 219445 # 3 | Name: |
| Address ID No.: | Employee PIN/ID#: (All check requests **MUST** be signed) |

2107218

MS

## Jones, Joanna

| | |
|---|---|
| **From:** | Melanie Barton [Melanie.Barton@dallascounty.org] |
| **Sent:** | Wednesday, April 09, 2014 10:41 AM |
| **To:** | Cohan, Lindsey |
| **Cc:** | Jones, Joanna |
| **Subject:** | RE: Public Records Request re Provisional Ballots in Dallas County for March 4, 2014 Primary Election |

I forgot postage ($15).  Let me add that to the total:

357 pages @ 10 cents/page = $35.70
Personnel Time ($15/hour) @ 1 hour = $15.00
Postage = $15.00
**TOTAL  $65.70**

Make check payable to "Dallas County."
Send to me at the following address:

Melanie Barton
Dallas County District Attorney's Office
411 Elm Street, Suite 500
Dallas, TX  75202

Upon receipt of check, I will mail the information to you.
Thank you.

*Melanie Barton*
Assistant District Attorney
Dallas County, Texas

**From:** Cohan, Lindsey [mailto:Lindsey.Cohan@dechert.com]
**Sent:** Wednesday, April 09, 2014 10:31 AM
**To:** Melanie Barton
**Cc:** Jones, Joanna
**Subject:** RE: Public Records Request re Provisional Ballots in Dallas County for March 4, 2014 Primary Election

Thank you Ms. Barton.  We would like to get these records.  Can you let me know who I should make a check out to and where I can send it?  Thank you!

**From:** Melanie Barton [mailto:Melanie.Barton@dallascounty.org]
**Sent:** Wednesday, April 09, 2014 10:30 AM
**To:** Cohan, Lindsey
**Cc:** Jones, Joanna
**Subject:** RE: Public Records Request re Provisional Ballots in Dallas County for March 4, 2014 Primary Election

Ms. Cohan:

I have received additional information in response to your request.  I have been sent copies of the "Affidavits for Provisional Voter."
The affidavits are in paper form.  The cost is:

1

357 pages @ 10 cents/page = $35.70
Personnel Time ($15/hour) @ 1 hour = $15.00
**TOTAL  $50.70**

Please let me know if you would like these documents.
Thank you.

*Melanie Barton*
Assistant District Attorney
Dallas County, Texas

---

**From:** Melanie Barton
**Sent:** Wednesday, March 26, 2014 2:57 PM
**To:** lindsey.cohan@dechert.com
**Cc:** Jones, Joanna (Joanna.Jones@dechert.com)
**Subject:** FW: Public Records Request re Provisional Ballots in Dallas County for March 4, 2014 Primary Election

Ms. Cohan:

Attached is the list of Provisional Voters from the 2014 Primary Elections.

The information we provided in response to a previous request from your office dated February 13, 2014, regarding the 2013 November Constitutional Amendment Election, is still relevant.  The Instruction, Guidance and Training provided by the Dallas County Elections Department to poll workers did not differ from that provided for the November 2013 election.

Voters who were going to cast provisional ballots because they did not meet the identification requirements under Texas Election Code § 63.001(g) were notified to cure their ballots by March 10, 2014.  An example of the notice (front and back) is attached.

If you have any questions, please contact me.
Thank you.

*Melanie Barton*
Assistant District Attorney
Dallas County, Texas

---

**From:** Jones, Joanna [mailto:Joanna.Jones@dechert.com]
**Sent:** Tuesday, March 25, 2014 4:22 PM
**To:** Melanie Barton
**Cc:** Cohan, Lindsey
**Subject:** Public Records Request re Provisional Ballots in Dallas County for March 4, 2014 Primary Election

Ms. Barton - Please see the attached letter from Lindsey Cohan.  Thank you.


Kind regards,

Joanna L. Jones
Assistant to Steven Weisburd, Amy Rudd and Lindsey Cohan

**Dechert LLP**

300 W. Sixth Street
Austin, TX  78701
+1 512 394 3006  Direct
+1 512 394 3972  Fax
joanna.jones@dechert.com
dechert.com

Follow Dechert:  Facebook/Twitter/LinkedIn

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

kwiktag®   162 783 067

# CHECK DISBURSEMENT REQUEST

| For Emergency: Please Fax to (215) 655-2411 | | Attention: | Accounts Payable |
|---|---|---|---|
| Requesting Attorney Name: **Ezra D. Rosenberg**<br>Requesting Attorney Personal ID No.: **936500**<br>Signature: | | Office: **Princeton** | Ext.: **3222** |
| Requesting Name:<br>Requesting Personal ID No.: | | Area: | Ext.: |
| Send check to: **J Whipple** | | Area: **Princeton** | Ext.: **3284** |

| Date of Request: | 4/22/14 | Amount: | $3,950.00 |
|---|---|---|---|
| Payment Due Date: | | | |
| Is immediate payment required? | If YES, please state reason for immediate payment (normal terms are 25 days from invoice date for firm charges and 30 days from approved requests for client costs). | | |

| PAYEE: | | RECEIVED |
|---|---|---|
| Name:<br>Address<br>Social Security No. (if individual)<br>or<br>or Employer I.D. No.: | **Daniel G. Chatman, Ph.D.**<br>**2223 7th Street, Berkeley, CA  94710** | APR 2 2 2014<br>ACCOUNTS PAYABLE |

| CHARGE TO: | | |
|---|---|---|
| Name of Client:<br>**Texas State Conference of the NAACP** | Client/Matter No.:<br>- 131285 | Practice Group Non-Earning Matter No.: |
| Name of Prospective Client: | Firm Non-Earning Matter No.: | |
| General Ledger No.: | Explanation for check stub: Expert Consulting Fees for period Feb. 3, 2014 to April 21, 2014 | |

| For CLIENT COST ADVANCES indicate reason invoice not submitted to client: | 2109525 |
|---|---|

| If this request was previously faxed to the Finance Department, please check here. | ☐ |
|---|---|

The <u>original</u> invoice MUST be attached to this check request.

Unless immediate payment is requested, checks for FIRM CHARGES will be prepared and sent to you on the 25th day after the invoice date.  CLIENT COST ADVANCES will not be paid until 30 days after a valid approved request and supporting documentation are received by Accounts Payable.  Excepted from this 30 day policy are filing fees less than $5,000.  All other exceptions must be approved by the Finance Chairman or his designee.

All check requests for CLIENT COST ADVANCES in excess of $2,000 **must be approved** by the Finance Chairman or his designee, unless prior exemption from the approval has been obtained from the Finance Chairman or his designee.

All FIRM CHARGES **must be approved** by the appropriate practice group Chair, Partner, or other designated administrative supervisor.

| FOR FINANCE DEPARTMENT USE ONLY: | APPROVED BY: |
|---|---|
| Vendor No.: 219425 | Name: _____ |
| Cost Code: _____ | Employee PIN/ID#: _____<br>(All check requests **MUST** be signed, |

## INVOICE

| Date | Invoice No. |
|---|---|
| April 21, 2014 | 1 |

Daniel G. Chatman, Ph.D.
Asst. Professor of City & Regional Planning
University of California, Berkeley
410A Wurster Hall
Berkeley, CA 94720-1820

Billing address:
2223 7th Street
Berkeley, CA 94710

510.642.2454 (office) ▪ 510.502.2842 (cell) ▪ 510.642.1641 (fax)

**BILLED TO:**
    Ezra D. Rosenberg
    Dechert, LLP
    902 Carnegie Center, Suite 500
    Princeton, NJ  08540-6531
    ezra.rosenberg@dechert.com

I certify that payment requested is for appropriate purposes and in accordance with the provisions of the consultant agreement documents associated with this invoice.

BILLING PERIOD:    February 3, 2014 to April 21, 2014

PROJECT:    *Texas State Conference of NAACP Branches, et al. v. John Steen, et.al.,* docketed under the consolidated case of *Marc Veasey et al. v. Rick Perry, et al.,* U.S.D.C. for S.D.TX, Docket No. 2:13-cv-00193

|  | Hours | Rate | Subtotal |
|---|---|---|---|
| Chatman | 15 | $250 | $3,750 |
| Klein | 20 | $75 | $1,500 |
| Clonts | 12 | $50 | $600 |
| Baker | 24 | $25 | $600 |
| Subtotal, personnel |  |  | $6,450 |
| Less retainer |  |  | ($2,500) |
| Total through April 21 |  |  | $3,950 |

Federal EIN / Social Security No.:  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
Payment Terms:   Net 30 days

**INVOICE**

| Date | Invoice No. |
|------|-------------|
| April 21, 2014 | 1 |

Daniel G. Chatman, Ph.D.
Asst. Professor of City & Regional Planning
University of California, Berkeley
410A Wurster Hall
Berkeley, CA 94720-1820

Billing address:
2223 7th Street
Berkeley, CA 94710

510.642.2454 (office) ▪ 510.502.2842 (cell) ▪ 510.642.1641 (fax)

**BILLED TO:**
Ezra D. Rosenberg
Dechert, LLP
902 Carnegie Center, Suite 500
Princeton, NJ 08540-6531
ezra.rosenberg@dechert.com

I certify that payment requested is for appropriate purposes and in accordance with the provisions of the consultant agreement documents associated with this invoice.

BILLING PERIOD:     February 3, 2014 to April 21, 2014

PROJECT:     *Texas State Conference of NAACP Branches, et al. v. John Steen, et.al.,* docketed under the consolidated case of *Marc Veasey et al. v. Rick Perry, et al.,* U.S.D.C. for S.D.TX, Docket No. 2:13-cv-00193

|          | Hours | Rate  | Subtotal |
|----------|-------|-------|----------|
| Chatman  | 15    | $250  | $3,750   |
| Klein    | 20    | $75   | $1,500   |
| Clonts   | 12    | $50   | $600     |
| Baker    | 24    | $25   | $600     |
| Subtotal, personnel |  |  | $6,450 |
| Less retainer |   |   | ($2,500) |
| Total through April 21 |  |  | $3,950 |

Federal EIN / Social Security No.: 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
Payment Terms:  Net 30 days



*Texas*
*refundable*

### Please do not reply to this email.
If the email does not display correctly, please <u>click here</u>.

**VIEW YOUR ITINERARY ONLINE**

---

### Trip on Apr 22, 2014                Locator: **Z2R6K4**                Date: **Apr 14, 2014**

| Traveler | **EZRA D ROSENBERG** |
|---|---|
| | DECHERT LLP |
| | CIRA CENTRE |
| | 2929 ARCH ST |
| | PHILADELPHIA PA Z/19104 |
| Agent | OT |

---

### Tuesday, April 22, 2014                Confirmation: **EP8250**

✈ **Flight US Airways 1912**

| DEPARTURE | ARRIVAL |
|---|---|
| **PHL - Philadelphia, PA** | **CLT - Charlotte, NC** |
| **1:40 PM, Apr 22, 2014** | **3:21 PM, Apr 22, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - B |
| Duration | 01:41 (Non-stop) |
| Equipment | Airbus A320 |
| Meal Service | None |
| Reserved Seats | 32D |
| Frequent Flyer | US8810318 |
| Notes | DEPARTS PHL TERMINAL B |
| | TSA SECURED FLIGHT |



---

### Tuesday, April 22, 2014                Confirmation: **EP8250**

✈ **Flight US Airways 2873**

| DEPARTURE | ARRIVAL |
|---|---|
| **CLT - Charlotte, NC** | **AUS - Austin, TX** |
| **4:10 PM, Apr 22, 2014** | **6:04 PM, Apr 22, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - B |
| Duration | 02:54 (Non-stop) |
| Equipment | Canadair Regional |
| Meal Service | None |
| Reserved Seats | 4D |
| Frequent Flyer | US8810318 |
| Notes | OPERATED BY US AIRWAYS EXPRESS-MESA AIRLINES |
| | TSA SECURED FLIGHT |

---

### Sunday, April 27, 2014                Confirmation: **EP8250**

---



## Flight US Airways 718

DEPARTURE
**MIA - Miami, FL**
**1:50 PM, Apr 27, 2014**

ARRIVAL
**PHL - Philadelphia, PA**
**4:44 PM, Apr 27, 2014**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - H |
| Duration | 02:54 (Non-stop) |
| Equipment | Airbus Industrie 320 |
| Meal Service | Food For Purchase |
| Reserved Seats | 4F |
| Frequent Flyer | US8810318 |
| Notes | ARRIVES PHL TERMINAL B |
| | TSA SECURED FLIGHT |

PUT THE EXCITEMENT BACK INTO TRAVEL
DISCOVER OVER 400 AMAZING HOTELS
IN 63 COUNTRIES AROUND THE GLOBE
global hotel alliance

**GENERAL INFORMATION**
CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
*******************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
*******************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
*******************************************
IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
*******************************************
FOR THE MOST CURRENT INFORMATION ON AIRPORT
SECURITY PLEASE CHECK WWW.TSA.GOV
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
IF TRAVELING ON CODE SHARE/PARTNER AIRLINE CARRIERS
CHECK ALLOWANCE FOR THE OPERATING CARRIER.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
FOR A COMPLETE LIST OF COUNTRIES THAT UTILIZE
AEROSOL INSECTICIDE SPRAYS
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES MAY BE SUBJECT TO A PENALTY OR FARE
INCREASE UP TO AND INCLUDING THE TOTAL COST OF THE TICKET.
FAILURE TO CANCEL MAY FORFEIT THE TOTAL VALUE OF TICKET.
AGENCY SERVICE FEE OF 22.00 HAS BEEN CHARGED

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|------------------------|------|-------|-------|-------|-------|
| ROSENBERG/EZRA | 6513/0377348408363/14APR14 | USD 872.56 | 5.00AY | 65.44US | 15.50XT | 958.50 |
| | | | | | SERVICE FEE | 22.00 |
| | | | | | **Total Amount** | **980.50** |

Form of Payment: AXXXXXXXXXXXXX8003

Traveler Resources | The Savvy Traveler blog | Data Protection Policy
Copyright © 2009-2014 CWT

Chg to

Texas

*Texas*
*unreadable* .

**Please do not reply to this email.**
If the email does not display correctly, please click here.



**Your Itinerary**



PUT THE EXCITEMENT BACK INTO TRAVEL
DISCOVER OVER 400 AMAZING HOTELS
IN 63 COUNTRIES AROUND THE GLOBE

global
hotel
alliance

VIEW YOUR ITINERARY ONLINE

**Trip on Apr 22, 2014**          Locator: **PRB48S**          Date: **Apr 14, 2014**

| | |
|---|---|
| Traveler | **EZRA D ROSENBERG** |
| | DECHERT LLP |
| | CIRA CENTRE |
| | 2929 ARCH ST |
| | PHILADELPHIA PA Z/19104 |
| | MATTER NUMBER 131285 |
| Agent | 44 |

---

**Tuesday, April 22, 2014**                    Confirmation: **C081118436 \***

**Hotel W AUSTIN**

| LOCATION | CONTACT |
|---|---|
| **200 Lavaca Street** | **Tel 1512-5423600** |
| **Austin, TX US 78701** | **Fax 1512-5423625** |

| | |
|---|---|
| Reserved For | EZRA D ROSENBERG |
| Status | Confirmed |
| Check-In | Apr 22, 2014 |
| Check-Out | Apr 24, 2014 |
| Number of Rooms | 1 |
| Rate | USD 539.00/night |
| Membership No | G50445500744 |
| Notes | WH44885ARR22APR CXL:CXL AFTR 21APR14TM 18:00AMT:539.00 USD |
| | HOTEL IS GUARANTEED FOR LATE ARRIVAL |
| | PLEASE CANCEL 24 HOURS IN ADVANCE TO AVOID NO-SHOW CHARGE. |

(485.10 Altria) (ABA N/a).

---

**Thursday, April 24, 2014**                    Confirmation: **VSGUOP**

**Flight American Airlines 1475**

| DEPARTURE | ARRIVAL |
|---|---|
| **AUS – Austin, TX** | **DFW – Dallas/Ft Worth, TX** |
| **10:00 AM, Apr 24, 2014** | **11:05 AM, Apr 24, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - M |
| Duration | 01:05 (Non-stop) |
| Equipment | McDonnell Douglas MD-80 |
| Meal Service | None |
| Frequent Flyer | AA482M2L6 |
| Notes | TSA SECURED FLIGHT |

file://C:\Users\JWhipple\AppData\Local\Microsoft\Windows\Temporary Internet Files\Co...   4/14/2014

**Thursday, April 24, 2014**                     Confirmation: **VSGUOP**

 **Flight American Airlines 1462**

| DEPARTURE | ARRIVAL |
|---|---|
| DFW - Dallas/Ft Worth, TX | MIA - Miami, FL |
| 12:30 PM, Apr 24, 2014 | 4:15 PM, Apr 24, 2014 |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - M |
| Duration | 02:45 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Frequent Flyer | AA482M2L6 |
| | |
| Notes | AUDIO PROGRAMMING/SHORT FEATURE VIDEO/ |
| | TSA SECURED FLIGHT |



**GENERAL INFORMATION**
CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
*********************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
*********************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
*********************************************
IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
*********************************************
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
IF TRAVELING ON CODE SHARE/PARTNER AIRLINE CARRIERS
CHECK ALLOWANCE FOR THE OPERATING CARRIER.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
FOR A COMPLETE LIST OF COUNTRIES THAT UTILIZE
AEROSOL INSECTICIDE SPRAYS
ROUTING : AUSTIN DALLAS MIAMI
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE
CHANGES/CANCELLATION MAY BE SUBJECT TO A PENALTY OR FARE INCREASE UP
TO AND INCLUDING THE TOTAL COST OF THE TICKET. NO REFUND FOR UNUSED
PORTION ON CERTAIN FARES. TO RETAIN VALUE OF YOUR TICKET, YOU MUST
CANCEL THE RESERVATION ON OR BEFORE YOUR TICKETED DEPARTURE TIME.
FOR THE MOST CURRENT INFORMATION ON AIRPORT
SECURITY PLEASE CHECK WWW.TSA.GOV

AGENCY SERVICE FEE OF 35.00 HAS BEEN CHARGED

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|------------------------|------|-------|-------|-------|-------|
| ROSENBERG/EZRA | 6522/0017348408366/14APR14 | USD 507.91 | 5.00AY | 38.09US | 17.00XT | 568.00 |
| | | | | | SERVICE FEE | 35.00 |
| | | | | | **Total Amount** | **603.00** |

Form of Payment: AXXXXXXXXXXXXXX8003



Traveler Resources | The Savvy Traveler blog | Data Protection Policy
Copyright © 2009-2014 CWT

W Austin
200 Lavaca Street
Austin, TX 78701
512-542-3600
http://www.starwood.com



# W
## HOTELS

| | | | |
|---|---|---|---|
| Rosenberg, Ezra | Page Number | 1 | Invoice Nbr   1000134586 |
| Altria/sp | Guest Number | 283659 | Arrive Date   04-22-2014 18:33 |
| 109 W Prospect St | Folio ID | A | Depart Date   04-24-2014 12:00 |
| Hopewell   08525-1911 | No. Of Guest | 1 | |
| | Room Number | 916 | |
| | Time | 04-24-2014 03:30 | |

### Information Invoice

| Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 04-22-2014 | RT916 | Room Charge | $485.10 | |
| 04-22-2014 | RT916 | City Occupancy Tax | $43.66 | |
| 04-22-2014 | RT916 | State Occupancy Tax | $29.11 | |
| 04-23-2014 | RT916 | Room Charge | $485.10 | |
| 04-23-2014 | RT916 | City Occupancy Tax | $43.66 | |
| 04-23-2014 | RT916 | State Occupancy Tax | $29.11 | |
| 04-24-2014 | AX | American Express | | $-1,115.74 |
| | | ** Total | $1,115.74 | $-1,115.74 |
| | | ** Balance | $0.00 | |

For your convenience, we have prepared this zero-balance folio indicating a $0 balance on your account. Please be advised that any charges not reflected on this folio will be charged to the credit card on file with the hotel.  While this folio reflects a $0 balance, your credit card may not be charged until after your departure.  You are ultimately responsible for paying all of your folio charges in full.

Tell us about your stay. www.whotels.com/reviews

* * * * * * * * * * * * *

Lone Star Cab
Cab #82
(512)836-4900

Start Date        04/22/14
Start Time        18:13

End Date          04/22/14
End Time          18:29

Distance          8.00mi

FARE..............$ 22.50
EXTRAS............$  0.00
TIP...............$  5.00

TOTAL.............$ 27.50

American Express
xxxx xxxx xxxx 8003
MID 445100028999
Authorization 502412

Signature:

4 WAYS TO BOOK OUR TAXIS:
    - Call (512)836-4900
  http://lonestarcabaustin.com/
    Text address to TMAGIC
    Download Taxi Magic App

        * * * * *

## AUSTIN CAB CO.
# 512 478-2222

1135 Gunter St., Ste. 101
Austin, TX 78702

### FARE RECEIPT

AMT: *27.00*        DATE: *4/24/14*

TRIP FROM: *W Hhkl*

TO: *Arpt*

DRIVER: _____

CAB #: _____

24 Hour Radio Dispatched Service
Airport Pickup, Time Calls & Delivery Service Available
**Thank you for choosing Austin Cab Co.**

| APR 22 | TAVERNA AUSTIN AUSTIN TX | Ezra D Rosenberg | $26.64 |

Doing business as:

**TAVERNA AUSTIN**

258 W 2ND ST
AUSTIN
TX
78701-4160
UNITED STATES

Additional Information: 85230494113 214-748-5566
214-748-5566
Reference: 320141130479746292
Category: Restaurant - Restaurant

Dispute/Inquire about this Charge

PRINT

```
        ANTIMO'S ITALIAN
             KITCHEN
        52 EAST BROAD ST.
        HOPEWELL, NJ 08525

TERMINAL ID.:              088600
MERCHANT #:            88014118539

VISA
************3645 EXP:**/**     SWIPED
SALE
BATCH: 000176      INV: 000035
Apr 27, 14           18:08
RRN: 01760035      AUTH: 00113D
TRACE #: 304117836159766
VALIDATION CODE: TB2D

REWARDS PROGRAM: 483641

AP

BASE               $55.64


TIP         $.................


TOTAL       $.................


EZRA ROSENBERG


X .....................
     I AGREE TO PAY ABOVE TOTAL AMOUNT
     ACCORDING TO CARD ISSUER AGREEMENT
     MERCHANT AGREEMENT IF CREDIT VOUCHER

        THANK YOU!
    PLEASE COME AGAIN!
        609-466-3333


        CUSTOMER COPY
```

```
                4200 N. Lamar
                  Suite 140

Server: Susan                      DOB: 04/23/2014
09:33 PM                               04/23/2014
Table 27/1                              1/10031

AMEX                                4194323
Card #XXXXXXXXXXX0003
Magnetic card present: ROSENBERG ED
Approval: 562458

                      Amount:    $ 99.05

                      + Tip:       20 -

                      = Total:   118.05

X _____

       Thank you for dining with us.
      Please contact us at 916-4808
     or reservations@uchiaustin.com
       to schedule future visits.
       UCHI Cookbook now available


              Guest's Copy
```

\* \* \* \* \* \* \* \* \* \* \* \* \*

```
            Lone Star Cab
               Cab #82
            (512)836-4900

Start Date          04/22/14
Start Time          18:13

End Date            04/22/14
End Time            18:29

Distance            8.00mi

FARE.................$ 22.50
EXTRAS...............$  0.00
TIP..................$  5.00

TOTAL................$ 27.50


American Express
xxxx xxxx xxxx 8003
MID 445100028999
Authorization 502412

Signature:
```

```
4 WAYS TO BOOK OUR TAXIS:
    - Call (512)836-4900
   http://lonestarcabaustin.com/
    · Text address to TMAGIC
      Download Taxi Magic App

              * * * * *
```



**AUSTIN CAB CO.**
**512 478-2222**

**1135 Gunter St., Ste. 101**
**Austin, TX 78702**

FARE RECEIPT

AMT: *127.00*    DATE: *4/24/14*

TRIP FROM: *W Hotel*

TO: *Arpt*

DRIVER: _____

CAB #: _____

24 Hour Radio Dispatched Service
Airport Pickup, Time Calls & Delivery Service Available
**Thank you for choosing Austin Cab Co.**

**PHILADELPHIA PARKING
AUTHORITY**

Philadelphia Parking Authority
Philadelphia Int'l Airport
Main Toll Plaza
Philadelphia, PA 19153
(215) 683-9842

Card Account : XXXXXXXXXXX8003
Card Type : AMERICAN EXPRESS
Authorization Code : 520009

Cashier : 661  Seq # 34243
Ent : 11:59 04/22/14 Lane 6
Exit: 17:08 04/27/14 Lane 86
Duration: 5D(s) 5H(s) 9M(s)
Rate Code: 84  Shift: 220

```
            FEE  $      120.00
    AMOUNT TEND  $      120.00
           CASH  $        0.00
    CREDIT CARD  $      120.00
          CHECK  $        0.00
         CHANGE  $        0.00

     PAID AT CT  $      120.00
         Taxes Included
```

*** Thank You ***

parking Breakdown
$48°° to Tx Voting rights.
$72°° - firm Retreat.

kwiktag®    162 784 520

# INVOICE

U.S. Legal Support
Austin Centre
701 Brazos, Suite 380
Austin, TX 78701
Phone:512-292-4249  Fax:512-292-3866

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 91397564 | 5/7/2014 | 161020 |
| Job Date | Case No. | |
| 4/30/2014 | 2:13-CV-193 (NGR) | |
| Case Name | | |
| Marc Veasey, et al v. Rick Perry, et al | | |
| Payment Terms | | |
| Due upon receipt | | |

RECEIVED

MAY 21 2014

ACCOUNTS PAYABLE

Amy Rudd
Dechert LLP
300 West Sixth Street
Suite 2010
Austin, TX 78701

1 CERTIFIED COPY OF TRANSCRIPT OF:

Joe Peters                                                                        775.84

**TOTAL DUE  >>>**                    **$775.84**
AFTER 6/21/2014  PAY                       $853.42

DJJ-14P-CRD01-0092

Thank you for your business.  If you have any questions, please call 713-653-7100,
Ex. 3848 or email inquiries to dwilliams@uslegalsupport.com

APPROVED: _Ely Cohen_
ID #: _977943_
DATE: _5/21/14_
MATTER #: _131285_
DESC. : _depo transcript_

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238                                                      Phone:    Fax:

*Please detach bottom portion and return with payment.*

Amy Rudd
Dechert LLP
300 West Sixth Street
Suite 2010
Austin, TX 78701

Job No.     : 161020         BU ID       :4-AUSTIN
Case No.    : 2:13-CV-193 (NGR)
Case Name   : Marc Veasey, et al v. Rick Perry, et al

Invoice No. : 91397564      Invoice Date :5/7/2014
**Total Due  : $ 775.84**
AFTER 6/21/2014  PAY  $853.42

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:                   Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support**
**Texas Records & Reporting**
**P.O. Box 952172**
**Dallas, TX  75395-2172**

2116621

**Whipple, Joni**

| | |
|---|---|
| **From:** | Whipple, Joni |
| **Sent:** | Wednesday, May 28, 2014 9:59 AM |
| **To:** | Dunn, Kate |
| **Subject:** | Ezra Rosenberg's trip to CRP on May 14, 2014 |

Hi Kate, could you take a look at this trip.  It was changed 3 times and I wanted to be sure that I had the correct amount to use on Ezra's T&E.  I have a total charges of:

$ 943.00
$ 509.00
$ 509.00
$  22.00
$  22.00
$  22.00
$(509.00) refund
$1518.00 to be used on his T&E?   *Correct.*

Is this the figure you come up with too?  If not could you give me a breakdown?

Much appreciated,

**Joni L. Whipple**
Legal Secretary

**Dechert LLP**
A Pennsylvania Limited Liability Partnership
+1 609 955 3284 Direct
joni.whipple@dechert.com
dechert.com

1



**Please do not reply to this email.**
If the email does not display correctly, please click here.

*chg: 131285*

Your Itinerary

VIEW YOUR ITINERARY ONLINE

| **Trip on May 14, 2014** | Locator: **VK1KRS** | Date: **May 05, 2014** |
|---|---|---|

| Traveler | **EZRA D ROSENBERG** |
|---|---|
| | DECHERT LLP |
| | CIRA CENTRE |
| | 2929 ARCH ST |
| | PHILADELPHIA PA Z/19104 |
| | MATTER NUMBER 131285 |
| Agent | OT |

---

**Wednesday, May 14, 2014**                    Confirmation: **VBVSRD**

 **Flight American Airlines 1289**

| DEPARTURE | ARRIVAL |
|---|---|
| **PHL – Philadelphia, PA** | **DFW – Dallas/Ft Worth, TX** |
| **11:40 AM, May 14, 2014** | **2:10 PM, May 14, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class – L |
| Duration | 03:30 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Reserved Seats | 28A (Window) |
| Notes | AUDIO PROGRAMMING/SHORT FEATURE VIDEO/ |
| | DEPARTS PHL TERMINAL A |
| | TSA SECURED FLIGHT |

---

**Wednesday, May 14, 2014**                    Confirmation: **VBVSRD**

**Flight American Airlines 3554**

| DEPARTURE | ARRIVAL |
|---|---|
| **DFW – Dallas/Ft Worth, TX** | **CRP – Corpus Christi, TX** |
| **4:10 PM, May 14, 2014** | **5:30 PM, May 14, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class – L |
| Duration | 01:20 (Non-stop) |
| Equipment | Embraer RJ145 |
| Meal Service | Food For Purchase |
| Reserved Seats | 4C (Window) |
| Notes | OPERATED BY ENVOY AIR AS AMERICAN EAGLE |
| | DEPARTS DFW TERMINAL B |
| | TSA SECURED FLIGHT |

---

**Wednesday, May 14, 2014**                    Confirmation: **40015176685 ***

---

 **Hotel OMNI CORPUS CHRISTI HOTEL**

LOCATION
**900 N Shoreline Boulevard**
**Corpus Christi TX 78401, US US Nueces**

CONTACT
**Tel 361-887-1600**
**Fax 361-887-6715**

| | |
|---|---|
| Reserved For | EZRA D ROSENBERG |
| Status | Confirmed |
| Check-In | May 14, 2014 |
| Check-Out | May 15, 2014 |
| Number of Rooms | 1 |
| Rate | USD 189.00/night |
| Notes | OM76221ARR14MAY CXL:CANCEL BY 12PM 13-MAY-14 |
| | HOTEL IS GUARANTEED FOR LATE ARRIVAL |
| | PLEASE CANCEL BY 12 PM 24 HOURS PRIOR TO AVOID NO-SHOW CHARGE. |
| | A NON SMOKING ROOM HAS BEEN REQUESTED |

---

**Thursday, May 15, 2014**                     Confirmation: **VBVSRD**

 **Flight American Airlines 3396**

DEPARTURE
**CRP - Corpus Christi, TX**
**2:00 PM, May 15, 2014**

ARRIVAL
**DFW - Dallas/Ft Worth, TX**
**3:25 PM, May 15, 2014**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - K |
| Duration | 01:25 (Non-stop) |
| Equipment | Embraer RJ145 |
| Meal Service | Food For Purchase |
| Reserved Seats | 7A (Window) |
| Notes | OPERATED BY ENVOY AIR AS AMERICAN EAGLE |
| | ARRIVES DFW TERMINAL B |
| | TSA SECURED FLIGHT |

---

**Thursday, May 15, 2014**                     Confirmation: **VBVSRD**

 **Flight American Airlines 2270**

DEPARTURE
**DFW - Dallas/Ft Worth, TX**
**5:00 PM, May 15, 2014**

ARRIVAL
**DCA - Ronald Reagan Natl, DC**
**8:55 PM, May 15, 2014**

| | |
|---|---|
| Status | Confirmed |
| Class | First Class - P |
| Duration | 02:55 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Dinner |
| Reserved Seats | 4E (Aisle) |
| Notes | AUDIO PROGRAMMING/SHORT FEATURE VIDEO/ |
| | ARRIVES DCA TERMINAL B |
| | TSA SECURED FLIGHT |



---

**GENERAL INFORMATION**

TICKET 0377349545910 WAS SENT FOR A REFUND ON 05MAY
CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
*********************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
*********************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
*********************************************
IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
*********************************************
FOR THE MOST CURRENT INFORMATION ON AIRPORT
SECURITY PLEASE CHECK WWW.TSA.GOV
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
IF TRAVELING ON CODE SHARE/PARTNER AIRLINE CARRIERS
CHECK ALLOWANCE FOR THE OPERATING CARRIER.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
FOR A COMPLETE LIST OF COUNTRIES THAT UTILIZE
AEROSOL INSECTICIDE SPRAYS
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES MAY BE SUBJECT TO A PENALTY OR FARE
INCREASE UP TO AND INCLUDING THE TOTAL COST OF THE TICKET.
FAILURE TO CANCEL MAY FORFEIT THE TOTAL VALUE OF TICKET.
AGENCY SERVICE FEE OF 22.00 HAS BEEN CHARGED

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|------------------------|------|-------|-------|-------|-------|
| ROSENBERG/EZRA 6897/0017349546028/05MAY14 | | USD 856.74 | 5.00AY | 64.26US | 17.00XT | 943.00 |
| ROSENBERG/EZRA 6680/0377349545910/23APR14 | | | | | | 509.00 |
| ROSENBERG/EZRA 6676/0017349545906/23APR14 | | | | | | 509.00 |
| | | | | | SERVICE FEE | 22.00 |
| | | | | | SERVICE FEE | 22.00 |
| | | | | | SERVICE FEE | 22.00 |
| | | | | | SERVICE FEE | 0.00 |
| | | | | | **Total Amount** | **2,027.00** |

Form of Payment: AXXXXXXXXXXXXX8003

*less refund  (509)*

*1518.06*

Traveler Resources | The Savvy Traveler blog | Data Protection Policy
Copyright © 2009-2014 CWT

**Please do not reply to this email.**
If the email does not display correctly, please click here.



Your Itinerary

VIEW YOUR ITINERARY ONLINE

**Trip on May 14, 2014**          Locator: **VK1KRS**          Date: **May 05, 2014**

| Traveler | **EZRA D ROSENBERG** |
|---|---|
| | DECHERT LLP |
| | CIRA CENTRE |
| | 2929 ARCH ST |
| | PHILADELPHIA PA Z/19104 |
| | MATTER NUMBER 131285 |
| Agent | OT |

**Wednesday, May 14, 2014**          Confirmation: **VBVSRD**

 **Flight American Airlines 1289**

| DEPARTURE | ARRIVAL |
|---|---|
| **PHL – Philadelphia, PA** | **DFW – Dallas/Ft Worth, TX** |
| **11:40 AM, May 14, 2014** | **2:10 PM, May 14, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - L |
| Duration | 03:30 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Reserved Seats | 28A (Window) |
| Notes | AUDIO PROGRAMMING/SHORT FEATURE VIDEO/ |
| | DEPARTS PHL TERMINAL A |
| | TSA SECURED FLIGHT |

**Wednesday, May 14, 2014**          Confirmation: **VBVSRD**

 **Flight American Airlines 3554**

| DEPARTURE | ARRIVAL |
|---|---|
| **DFW – Dallas/Ft Worth, TX** | **CRP – Corpus Christi, TX** |
| **4:10 PM, May 14, 2014** | **5:30 PM, May 14, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - L |
| Duration | 01:20 (Non-stop) |
| Equipment | Embraer RJ145 |
| Meal Service | Food For Purchase |
| Reserved Seats | 4C (Window) |
| Notes | OPERATED BY ENVOY AIR AS AMERICAN EAGLE |
| | DEPARTS DFW TERMINAL B |
| | TSA SECURED FLIGHT |

**Wednesday, May 14, 2014**          Confirmation: **40015176685 ***



## Hotel OMNI CORPUS CHRISTI HOTEL

LOCATION
**900 N Shoreline Boulevard**
**Corpus Christi TX 78401, US US Nueces**

CONTACT
**Tel 361-887-1600**
**Fax 361-887-6715**

| | |
|---|---|
| Reserved For | EZRA D ROSENBERG |
| Status | Confirmed |
| Check-In | May 14, 2014 |
| Check-Out | May 15, 2014 |
| Number of Rooms | 1 |
| Rate | USD 189.00/night |
| Notes | OM76221ARR14MAY CXL:CANCEL BY 12PM 13-MAY-14 |
| | HOTEL IS GUARANTEED FOR LATE ARRIVAL |
| | PLEASE CANCEL BY 12 PM 24 HOURS PRIOR TO AVOID NO-SHOW CHARGE. |
| | A NON SMOKING ROOM HAS BEEN REQUESTED |

---

**Thursday, May 15, 2014**                    Confirmation: **VBVSRD**



## Flight American Airlines 3396

DEPARTURE
**CRP - Corpus Christi, TX**
**2:00 PM, May 15, 2014**

ARRIVAL
**DFW - Dallas/Ft Worth, TX**
**3:25 PM, May 15, 2014**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - K |
| Duration | 01:25 (Non-stop) |
| Equipment | Embraer RJ145 |
| Meal Service | Food For Purchase |
| Reserved Seats | 7A (Window) |
| Notes | OPERATED BY ENVOY AIR AS AMERICAN EAGLE |
| | ARRIVES DFW TERMINAL B |
| | TSA SECURED FLIGHT |

---

**Thursday, May 15, 2014**                    Confirmation: **VBVSRD**



## Flight American Airlines 2270

DEPARTURE
**DFW - Dallas/Ft Worth, TX**
**5:00 PM, May 15, 2014**

ARRIVAL
**DCA - Ronald Reagan Natl, DC**
**8:55 PM, May 15, 2014**

| | |
|---|---|
| Status | Confirmed |
| Class | First Class - P |
| Duration | 02:55 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Dinner |
| Reserved Seats | 4E (Aisle) |
| Notes | AUDIO PROGRAMMING/SHORT FEATURE VIDEO/ |
| | ARRIVES DCA TERMINAL B |
| | TSA SECURED FLIGHT |


GET MORE GOING WITH THE CWT VACATION CLUB. EXCLUSIVE VACATION PACKAGES AND AMENITIES. BOOK YOUR VACATION TODAY!

---

**GENERAL INFORMATION**

TICKET 0377349545910 WAS SENT FOR A REFUND ON 05MAY
CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
*******************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
*******************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
*******************************************
IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
*******************************************
FOR THE MOST CURRENT INFORMATION ON AIRPORT
SECURITY PLEASE CHECK WWW.TSA.GOV
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/CARLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
IF TRAVELING ON CODE SHARE/PARTNER AIRLINE CARRIERS
CHECK ALLOWANCE FOR THE OPERATING CARRIER.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
FOR A COMPLETE LIST OF COUNTRIES THAT UTILIZE
AEROSOL INSECTICIDE SPRAYS
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES MAY BE SUBJECT TO A PENALTY OR FARE
INCREASE UP TO AND INCLUDING THE TOTAL COST OF THE TICKET.
FAILURE TO CANCEL MAY FORFEIT THE TOTAL VALUE OF TICKET.
AGENCY SERVICE FEE OF 22.00 HAS BEEN CHARGED

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|-------------------------|------|-------|-------|-------|-------|
| ROSENBERG/EZRA 6897/0017349546028/05MAY14 | | USD 856.74 | 5.00AY | 64.26US | 17.00XT | 943.00 |
| ROSENBERG/EZRA 6680/0377349545910/23APR14 | | | | | | 509.00 |
| ROSENBERG/EZRA 6676/0017349545906/23APR14 | | | | | | 509.00 |
| | | | | | SERVICE FEE | 22.00 |
| | | | | | **Total Amount** | **1,983.00** |

Traveler Resources | The Savvy Traveler blog | Data Protection Policy
Copyright © 2009-2014 CWT

1452.
22
22
22
1518

**Please do not reply to this email.**
If the email does not display correctly, please click here.

Carlson
Wagonlit
Travel

Your Itinerary

VIEW YOUR ITINERARY ONLINE

## Trip on May 14, 2014          Locator: **VK1KRS**          Date: **Apr 23, 2014**

| Traveler | **EZRA D ROSENBERG** |
| --- | --- |
|  | DECHERT LLP |
|  | CIRA CENTRE |
|  | 2929 ARCH ST |
|  | PHILADELPHIA PA Z/19104 |
|  | MATTER NUMBER 131285 |
| Agent | OT |

## Wednesday, May 14, 2014                    Confirmation: **VBVSRD**

 **Flight American Airlines 1289**

| DEPARTURE | ARRIVAL |
| --- | --- |
| **PHL - Philadelphia, PA** | **DFW - Dallas/Ft Worth, TX** |
| **11:40 AM, May 14, 2014** | **2:10 PM, May 14, 2014** |

| Status | Confirmed |
| --- | --- |
| Class | Coach Class - L |
| Duration | 03:30 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Reserved Seats | 28A (Window) |
| Notes | AUDIO PROGRAMMING/SHORT FEATURE VIDEO/ |
|  | DEPARTS PHL TERMINAL A |
|  | TSA SECURED FLIGHT |

## Wednesday, May 14, 2014                    Confirmation: **VBVSRD**

 **Flight American Airlines 3554**

| DEPARTURE | ARRIVAL |
| --- | --- |
| **DFW - Dallas/Ft Worth, TX** | **CRP - Corpus Christi, TX** |
| **4:10 PM, May 14, 2014** | **5:30 PM, May 14, 2014** |

| Status | Confirmed |
| --- | --- |
| Class | Coach Class - L |
| Duration | 01:20 (Non-stop) |
| Equipment | Embraer RJ145 |
| Meal Service | Food For Purchase |
| Reserved Seats | 4C (Window) |
| Notes | OPERATED BY ENVOY AIR AS AMERICAN EAGLE |
|  | DEPARTS DFW TERMINAL B |
|  | TSA SECURED FLIGHT |

## Wednesday, May 14, 2014                    Confirmation: **40015176685 ***



### Hotel OMNI CORPUS CHRISTI HOTEL

LOCATION
**900 N Shoreline Boulevard**
**Corpus Christi TX 78401, US US Nueces**

CONTACT
**Tel 361-887-1600**
**Fax 361-887-6715**

| | |
|---|---|
| Reserved For | EZRA D ROSENBERG |
| Status | Confirmed |
| Check-In | May 14, 2014 |
| Check-Out | May 15, 2014 |
| Number of Rooms | 1 |
| Rate | USD 189.00/night |
| Notes | OM76221ARR14MAY CXL:CANCEL BY 12PM 13-MAY-14 |
| | HOTEL IS GUARANTEED FOR LATE ARRIVAL |
| | PLEASE CANCEL BY 12 PM 24 HOURS PRIOR TO AVOID NO-SHOW CHARGE. |
| | A NON SMOKING ROOM HAS BEEN REQUESTED |

---

**Thursday, May 15, 2014**                              Confirmation:  **C34FRW**

---



### Flight US Airways 3019

DEPARTURE
**CRP - Corpus Christi, TX**
**12:30 PM, May 15, 2014**

ARRIVAL
**DFW - Dallas/Ft Worth, TX**
**1:55 PM, May 15, 2014**

*2:00pm -*
*to DC*
*if*
*possible.*

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - N |
| Duration | 01:25 (Non-stop) |
| Equipment | Canadair Jet |
| Meal Service | Food For Purchase |
| Frequent Flyer | US8810318 |
| Notes | OPERATED BY EXPRESSJET AS AMERICAN EAGLE |
| | CRP PASSENGER CHECK-IN WITH AMERICAN AIRLINES |
| | ARRIVES DFW TERMINAL B |
| | TSA SECURED FLIGHT |
| | CHECK-IN AT EXPRESSJET AS AMERICAN EAGLE TICKET COUNTER |
| | **OPERATED BY AMERICAN EAGLE FLIGHT 2507** |
| | SEATING AT CHECK IN ONLY |

---

**Thursday, May 15, 2014**                              Confirmation:  **C34FRW**

---



### Flight US Airways 2004

DEPARTURE
**DFW - Dallas/Ft Worth, TX**
**3:10 PM, May 15, 2014**

ARRIVAL
**PHL - Philadelphia, PA**
**7:28 PM, May 15, 2014**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - N |
| Duration | 03:18 (Non-stop) |
| Equipment | Airbus Industrie 320 |
| Meal Service | Food For Purchase |
| Reserved Seats | 23F |
| Frequent Flyer | US8810318 |
| Notes | DEPARTS DFW TERMINAL E - ARRIVES PHL TERMINAL B |
| | TSA SECURED FLIGHT |



GET MORE GOING WITH THE CWT VACATION CLUB.
EXCLUSIVE VACATION PACKAGES AND AMENITIES.
BOOK YOUR VACATION TODAY!

**GENERAL INFORMATION**
CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
**********************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
**********************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
**********************************************
IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
**********************************************
FOR THE MOST CURRENT INFORMATION ON AIRPORT
SECURITY PLEASE CHECK WWW.TSA.GOV
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
IF TRAVELING ON CODE SHARE/PARTNER AIRLINE CARRIERS
CHECK ALLOWANCE FOR THE OPERATING CARRIER.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
FOR A COMPLETE LIST OF COUNTRIES THAT UTILIZE
AEROSOL INSECTICIDE SPRAYS
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES MAY BE SUBJECT TO A PENALTY OR FARE
INCREASE UP TO AND INCLUDING THE TOTAL COST OF THE TICKET.
FAILURE TO CANCEL MAY FORFEIT THE TOTAL VALUE OF TICKET.
AGENCY SERVICE FEE OF 22.00 HAS BEEN CHARGED

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|------------------------|------|-------|-------|-------|-------|
| ROSENBERG/EZRA 6680/0377349545910/23APR14 | | USD 453.02 | 5.00AY | 33.98US | 17.00XT | 509.00 |
| ROSENBERG/EZRA 6676/0017349545906/23APR14 | | USD 453.02 | 5.00AY | 33.98US | 17.00XT | 509.00 |
| | | | | | SERVICE FEE | 22.00 |
| | | | | | **Total Amount** | **1,040.00** |

*Refund*

Traveler Resources | The Savvy Traveler blog | Data Protection Policy
Copyright © 2009-2014 CWT

**Whipple, Joni**

| | |
|---|---|
| **From:** | guestfolio@omnihotels.com |
| **Sent:** | Wednesday, May 28, 2014 10:21 AM |
| **To:** | Whipple, Joni |
| **Subject:** | Omni Hotels Guest Folio 40015176685 |

# OMNI ❦ HOTELS & RESORTS

## Receipt for EZRA ROSENBERG
## Confirmation #40015176685



**Omni Corpus Christi Hotel**
900 North Shoreline Boulevard
Corpus Christi TX US 78401
Phone: 361-887-1600

| | |
|---|---|
| Room No: | 1851 |
| Nights: | 1 night |
| Arrival: | 05/14/2014 |
| Departure: | 05/15/2014 |

**Stay Charges:**

| Date | Description | Amount |
|---|---|---|
| 05-14-2014 | ROOM CHARGE | 189.00 USD |
| 05-14-2014 | CITY OCC TAX - 9% | 17.01 USD |
| 05-14-2014 | STATE OCC TAX - 6% | 11.34 USD |
| 05-15-2014 | AMERICAN EXPRESS | -217.35 USD |
| 05-15-2014 | GLASS PAVILION RESTAURANT | 22.40 USD |
| 05-15-2014 | AMERICAN EXPRESS | -22.40 USD |
| 05-15-2014 | BOTTLED WATER | 4.00 USD |
| 05-15-2014 | AMERICAN EXPRESS | -4.00 USD |

Total Due: 0.00 USD

GREEN PAPAYA REST.
4455 S PADRE ISLAND DR
CORPUS CHRISTI,
TX 78411

                              080600
TERMINAL ID.:                8831001758L
MERCHANT #:

AMEX                         SRV: 2
XXXXXXXXX48003 F??:** **     SWIPED
SALE              INV: 000028
May 14, 14        20:57
BATCH: 000105     AUTH: 543857
RRN: 0185007
TRACE #: 002281b1437367U

AP

BASE            $25.00

TIP          $_____5____

TOTAL        $_____30 —

ED ROSENBERG

X

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
MERCHANT AGREEMENT IF CREDIT VOUCHER

THANK YOU!
PLEASE COME AGAIN!
361-851-0644

CUSTOMER COPY



# CHECK DISBURSEMENT REQUEST

| For Emergency: Please Fax to (215)-655-2411 | | Attention: Accounts Payable | |
|---|---|---|---|
| Requesting Attorney Name: **Ezra D. Rosenberg** <br> Requesting Attorney Personal ID No.: **936500** <br> Signature: _____ | | Office: **Princeton** | Ext: **3222** |
| Requesting Name: <br> Requesting Personal ID No.: | | Area: | Ext.: |
| Send check to: *Joni Whipple* | | Area: | Ext: |

| Date of Request: | 6/3/14 | Amount: | $22,616 |
|---|---|---|---|
| Payment Due Date: | | | |
| Is immediate payment required? | | If YES, please state reason for immediate payment (normal terms are 25 days from invoice date for firm charges and 30 days from approved requests for client costs). | |

**PAYEE:**

| Name: <br> Address <br> Social Security No. (if individual) <br> **or** <br> or Employer I.D. No.: | **Daniel G. Chatman, Ph.D.** <br> **2223 7th Street, Berkeley, CA 94710** | RECEIVED <br> JUN 04 2014 <br> ACCOUNTS PAYABLE |
|---|---|---|

**CHARGE TO:**

| Name of Client: <br> **TX State Conf. of the NAACP** | Client/Matter No.: <br> - 131285 | Practice Group Non-Earning Matter No.: |
|---|---|---|
| Name of Prospective Client: | Firm Non-Earning Matter No.: | |

| General Ledger No.: | Explanation for check stub: Expert Consulting fees for period April 22, 2014 thru May 27, 2014 |
|---|---|

For CLIENT COST ADVANCES indicate reason invoice not submitted to client: *2119982*

If this request was previously faxed to the Finance Department, please check here. ☐

The **original** invoice MUST be attached to this check request.

Unless immediate payment is requested, checks for FIRM CHARGES will be prepared and sent to you on the 25th day after the invoice date. CLIENT COST ADVANCES will not be paid until 30 days after a valid approved request and supporting documentation are received by Accounts Payable. Excepted from this 30 day policy are filing fees less than $5,000. All other exceptions must be approved by the Finance Chairman or his designee.

All check requests for CLIENT COST ADVANCES in excess of $2,000 **must be approved** by the Finance Chairman or his designee, unless prior exemption from the approval has been obtained from the Finance Chairman or his designee.

All FIRM CHARGES **must be approved** by the appropriate practice group Chair, Partner, or other designated administrative supervisor.

| FOR FINANCE DEPARTMENT USE ONLY: | APPROVED BY: |
|---|---|
| Vendor No.: *219425* <br> Cost Code: _____ | Name: _____ <br> Employee PIN/ID#: _____ <br> (All check requests **MUST** be signed, regardless of the charge code.) |

# INVOICE

| Date | Invoice No. |
|------|-------------|
| May 31, 2014 | 2 |

Daniel G. Chatman, Ph.D.
Asst. Professor of City & Regional Planning
University of California, Berkeley
410A Wurster Hall
Berkeley, CA 94720-1820

Billing address:
2223 7th Street
Berkeley, CA 94710

510.642.2454 (office) ▪ 510.502.2842 (cell) ▪ 510.642.1641 (fax)

**BILLED TO:**
Ezra D. Rosenberg
Dechert, LLP
902 Carnegie Center, Suite 500
Princeton, NJ  08540-6531
ezra.rosenberg@dechert.com

I certify that payment requested is for appropriate purposes and in accordance with the provisions of the
consultant agreement documents associated with this invoice.

BILLING PERIOD:    April 22, 2014 to May 27, 2014

PROJECT:    *Texas State Conference of NAACP Branches, et al. v. John Steen, et.al.,*
docketed under the consolidated case of *Marc Veasey et al. v. Rick Perry,*
*et al.*, U.S.D.C. for S.D.TX, Docket No. 2:13-cv-00193

| | Hours | Rate | Subtotal |
|------|-------|------|----------|
| Chatman | 34.3 | $250 | $8,575 |
| Klein | 17.5 | $75 | $1,313 |
| Clonts | 5.5 | $50 | $275 |
| Plowman | 51.33 | $40 | $2,053 |
| Lo | 5 | $20 | $100 |
| Baker | 52 | $25 | $1,300 |
| Subtotal, personnel | | | $13,616 |
| CNT* | | | $9,000 |
| | | | |
| Total, April 22 to May 27 | | | $22,616 |

*Center for Neighborhood Technology: Transit
network times

[See reverse]

During the period of this invoice, I completed analysis and submitted a draft report.

Budget notes: The original allocation of $17,500 to carry this work through the draft report stage was increased by $5,000 to partly cover the cost of outsourcing transit network distance and time calculations to the Center for Neighborhood Technology (CNT); by $1,000 to allow for additional transit agency data collection by CNT; by an additional unspecified amount (which I estimate at $1,500) to cover the costs of collecting and geocoding the data on EIC locations. This was then recently increased by up to $5,000 to cover the cost of additional analysis using PUMS data. The cumulative budget is therefore $30,000. This invoice brings the total billed, prior to the draft report stage, up to $28,552.

Federal EIN / Social Security No.:  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
Payment Terms:  Net 30 days

kwiktag ®     162 784 005



**A-1 Billing Services**
2 Emmons Drive
Princeton, NJ
08540
**1.800.367.0070**
Fax: 609.951.9330

Invoice Number: 237667
Invoice Date: 05/17/14
Account Number: 6139
Page: 1 of 1
Invoice Amount: $568.96
Amount Due: $568.96

DECHERT LLP
ACCOUNTS PAYABLE
2929 ARCH STREET
CIRA CENTRE
PHILADELPHIA, PA  19104

**RECEIVED**

JUN 0 4 2014

**ACCOUNTS PAYABLE**

Please make checks payable to "A-1 Billing Services", write your invoice number on your check and return it with the top portion of this invoice.

Redacted

| 05/14/14 | B20301 - 1 | EZRA ROSENBERG | | $104.00 | $0.00 | $18.72 | $17.48 | 0.00 | 140.20 |
|---|---|---|---|---|---|---|---|---|---|
| | SEDAN | HOPEWELLNJ09:00/PHLPA | | | | | | | |

*2 Tolls & Parking : $5.00
*2 Fuel Surcharge : $12.48
**MUST ENTER 6 DIGIT BILLING MATTER #:** 131285
**Caller:** JONI WHIPPLE  609-955-3284

Redacted



**AMTRAK**

B  Ticket Coupon
01 of 01

C  RETAIN DURING TRIP

Riders  **AMTRAK**  Baggage

I acknowledge receipt of ticket(s) and agree to accept billing to the credit card identified below.

Date of Issue   Place of Issue   Res. #   Name of Passenger

ROSENBERG/ED   RES# 2D4F7F-12JUN14

2426   ACELA EXPRESS SERVICE, NO PARTIAL
REFUND IF USED ON OTHER SERVICE

Name of Passenger   Riders   Type Rider   Status

12Jun14/7:00PM   Carrier   ACELA EXPRESS BUSINESS C   Train

From   TO TRENTON,NJ   To

WASHINGTON,DC

To   Not Valid Before/After   Accom   Carrier   Train   Date

Endorsement/Restrictions   Accom   Space/Car

AMTRAK GUEST REWARDS   7007629964   Form of Payment   Accom Charge

Form of Payment   Fare Plans   Tkt. Ptr.   Rail Fare   Total
Fare Plans

ETICKET   Pricing Pts   Ticket Number   No. of
DOCUMENT   ID REQD ON BOARD   REFUND/EXCHNGE PENALTIES MAY APPLY
HAS NO   09731619975O   ETICKET TRAVEL DOCUMENT   OTHER TERMS AND CONDITIONS APPLY.
VALUE   P1 11:51:04:0257   PASSENGER RECEIPT
Accom Charge   NRPT 96   STOCK CONTROL NO.   TKT NO - DO NOT MARK OR STAMP IN THIS BLOCK

---

**AMTRAK**

B  Ticket Coupon
01 of 01

C   PURCHASE RECEIPT

Riders  **AMTRAK**  Baggage

PURCHASE RECEIPT

I acknowledge receipt of ticket(s) and agree to accept billing to the credit card identified below.

Date of Issue   Place of Issue   Res. #   Name of Passenger

X   800-USA-RAIL   WASHINGTON,DC

Name of Passenger   Riders   Type Rider   From
12Jun141151AM   RES# 2D4F7F-120614

ROSENBERG/ED   Carrier   Train   TKT# 1634652040028   To

From   2126 WAS-TRE 12Jun14 $ 182.00

To   Not Valid Before/After   Accom   Carrier   Train   Date

Endorsement/Restrictions   Accom   Space/Car

PLEASE REFER TO YOUR ETICKET TRAVEL DOCUMENT FOR ADDITIONAL FARE RESTRICTION INFORMATION   Form of Payment

Form of Payment   AX 8003 $182.00   Rail Fare   Accom Charge
Fare Plans   Total

MERCH ID   Fare Plans   AUTH CODE   Tkt. Ptr.   NOT VALID FOR TRAVEL   REFUND/EXCHNGE PENALTIES MAY APPLY
04652   Pricing Pts   534775   OTHER TERMS AND CONDITIONS APPLY.
Accom Charge   Ticket Number   Date of Issue   Reservation #
09731619976I
Total Charge   SEE REVERSE SIDE FOR CONDITIONS OF CONTRACT   PASSENGER RECEIPT
$182.00   NRPT 96   STOCK CONTROL NO.   TKT NO - DO NOT MARK OR STAMP IN THIS BLOCK

**TAXICAB RECEIPT**

Time: _____
Date: 6/12/14

Origin of trip: Union Sta
Destination: 1875 Penn Ave

Fare: $11.07     Sign: _____

**TAXICAB RECEIPT**

Time: _____
Date: 6/12/19

Origin of trip: 1875 Penn Ave
Destination: Union Sta

Fare: $15.00     Sign: _____

kwiktag ®     162 784 496



**ESQUIRE**

San Antonio
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:** 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

LINDSEY COHAN ,ESQ.
DECHERT, LLP - AUSTIN
SUITE 1850
300 WEST SIXTH STREET
AUSTIN, TX 78701

### Invoice # ESQ120366

| Invoice Date | 05/29/2014 |
|---|---|
| Terms | NET 30 |
| Payment Due | 06/28/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/20/2014 | VEASEY, MARC, ET AL vs. PERRY, RICK, ET AL | 143785 | 05/28/2014 | FED EX |

| Description |
|---|
| Original Deposition for KATHERINE CESINGER, 05/20/2014 (AUSTIN, TX) |

EXHIBITS

RECEIVED
JUN 19 2014
ACCOUNTS PAYABLE

RECEIVED
JUN 19 2014
ACCOUNTS PAYABLE

APPROVED: _Lindsey Cohan_
ID #: 917743
DATE: 6-19-14
MATTER #: 131285
DESC: depo transcript, exhs
court reporter, etc.

*MATTER NUMBER: N/A*
*- DEF./ DECHERT, LLP*

Tax: $ 0.00

Paid: $ 0.00

**Amount Due On/Before 07/13/2014** $ 1,004.51

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA  AMEX  DISCOVER  MASTERCARD

**ESQUIRE**

LINDSEY COHAN ,ESQ.
DECHERT, LLP - AUSTIN
SUITE 1850
300 WEST SIXTH STREET
AUSTIN, TX 78701

Invoice #: ESQ120366
Payment Due: 06/28/2014

**Amount Due On/Before 07/13/2014** $ 1,004.51

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com



**Thank you for your business!**

195 0000120366 05292014 1 000100451 7 06282014 07132014 5 000110496 32

kwiktag ®      162 798 020



# INTEGRITY
legal support solutions
P.O. Box 245 | Manchaca, Texas 78652

# INVOICE

| Date | Invoice # |
|------|-----------|
| 6/12/2014 | 11251.1 |

**Bill To:**

Dechert, LLP
Amy Rudd
300 W. 6th Street, Suite 2010
Austin, TX 78701

**Cause No.:**
2;13-CV-193 (NGR)

**Style**
Marc Veasey, et al.
vs.
Rick Perry, et al.

All invoices are due and payable in Travis County, Texas.
Checks can be made payable to Integrity Legal Support Solutions, sent to the address listed above.
Tax ID No. 26-4073074  HUB No. 1201005853000

| Terms |
|-------|
| Due upon receipt |

| Date | Description |
|------|-------------|
| 6/4/2014 | Copy of Transcript (2 Day Rush) - Yannis Banks |
| | Real Time |
| | Rough ASCII |
| | Exhibits |
| | Electronic Copy of Transcript/ASCII |
| | Delivery/Handling |
| | Sales Tax - Non-Taxable Legal Services |

RECEIVED
JUN 19 2014
ACCOUNTS PAYABLE

RECEIVED
JUN 19 2014
ACCOUNTS PAYABLE

APPROVED _____
ID #: 977743
DATE 6-19-14
MATTER #: 131285
DESC: court reporter, depo transcript, exhs, etc.

| Phone No. | Fax No. | Web Site | TOTAL | $1,282.19 |
|-----------|---------|----------|-------|-----------|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com | | |

 

To pay your invoice by credit card or bank draft, please go to:

2124075

v. 219666

## JC's Deli

1403 Lavaca St.  
Austin, TX 78701  
512 297 2542

June 4. 2014  
12 48 PM

| | |
|---|---|
| caprese | **$6.99** |
| **2 × soda** ($1.45 ea.) | **$2.90** |
| **austin cheesesteak** | **$6.99** |
| **chicken pesto** | **$6.99** |
| Subtotal | **$23.87** |
| Sales Tax | **$1.97** |
| Total | **$25.84** |
| Visa 7064 | **$25.84** |

Receipt Iqra  
Authorization 769248

```
             STARBUCKS Store #6511
                4273 N. I-35
         Lacy Lakeview, TX (254) 799-0900

                 CHK 782425
            06/06/2014 03:08 PM
          1446595  Drawer: 2  Reg: 3

               Drive Thru
         Gr Pike Place         1.95
           With Cream
         Ethos Water 700Ml     1.95
         Visa                  4.06
         XXXXXXXXXXXXX7064

         Subtotal          $3.90
         Tax 8.25%         $0.16
         Total             $4.06
         Change Due        $0.00

         --------- Check Closed ------------
              06/06/2014 03:08 PM



              New Caffè Espresso
         Frappuccino(R) blended beverage.
                Our Signature
         Frappuccino(R) roast coffee and
           fresh milk, blended with ice.
          Topped with our new espresso
                whipped cream and new
              Italian Roast drizzle
```

```
                 Graze
           2927 Maple Avenue
           Dallas, Texas 75201

160011 Kamera                    2
------------------------------------
TBL 123/8                  GST 1
            CHK 3470
         JUN05'14  8:54PM
------------------------------------

  1 6 Kim Crawford      12.00
  1 AHI TUNA            32.00
  1 SAUTEED SPINACH      7.00
  1 N/C ROLLS            0.00
  1 6 Decoy             15.00

    Subtotal            66.00
    8.25% State Tax      5.45
    Total Due     $ 7 1 . 4 5

Fill in below for room charge:

  Gratuity:_____

  Total Charge:_____

  Room #:_____

Sign:_____

Print Name:_____
```

Le Meridien Dallas The Stoneleigh
2927 Maple Avenue
Dallas, TX 75201
214-871-7111
http://www.lemeridien.com



| | | | |
|---|---|---|---|
| Rudd, Amy | Page Number | 1 | |
| Dechert Llp/spb | Guest Number | 105088 | Arrive Date 06-05-2014 20:36 |
| 5908 Down Valley Ct | Folio ID | A | Depart Date 06-06-2014 12:37 |
| Austin  78731-3665 | No. Of Guest | 1 | Agent      KANIHOP |
| | Room Number | 602 | |
| | Time | 06-06-2014 12:40 | |

### Invoice

| Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 06-05-2014 | RT602 | Room Charge | $279.00 | |
| 06-05-2014 | RT602 | City Sales Tax | $19.92 | |
| 06-05-2014 | RT602 | State Sales Tax | $17.07 | |
| 06-05-2014 | RT602 | Occupancy/Tourism | $5.58 | |
| 06-05-2014 | RT602 | Valet Parking Charge | $25.98 | |
| 06-05-2014 | 3470 | T/X Bar | $85.45 | |
| 06-05-2014 | 3498 | T/X Bar | $19.24 | |
| 06-06-2014 | AX | American Express | | $-452.24 |
| | | ** Total | $452.24 | $-452.24 |
| | | ** Balance | $0.00 | |

### EXPENSE SUMMARY REPORT
#### Currency: USD

| Date | Room & Tax | Food & Bev | Telecom | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 06-05-2014 | $321.57 | $104.69 | $0.00 | $25.98 | $452.24 | $0.00 |
| 06-06-2014 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $-452.24 |
| Total | $321.57 | $104.69 | $0.00 | $25.98 | $452.24 | $-452.24 |

As a Starwood Preferred Guest you have earned at least 1151 Starpoints for this visit P42836482063

Thank you for choosing Starwood Hotels We look forward to welcoming you back soon!

Tell us about your stay. www.lemeridien.com/reviews

kwiktag ®     162 798 163



**INTEGRITY**
legal support solutions
P.O. Box 245 | Manchaca, Texas 78652

**INVOICE**

| 6/24/2014 | 11271.1 |

Dechert, LLP
Amy Rudd
300 W. 6th Street, Suite 2010
Austin, TX 78701

2;13-CV-193 (NGR)

Marc Veasey, et al.
vs.
Rick Perry, et al.

All invoices are due and payable in Travis County, Texas.
Checks can be made payable to Integrity Legal Support Solutions, sent to the address listed above.
Tax ID No. 26-4073074  HUB No. 1201005853000

**Due upon receipt**

| 6/6/2014 | Copy of Transcript - Linda Lydia
Exhibits
Electronic Copy of Transcript/ASCII
Delivery/Handling
Sales Tax - Non-Taxable Legal Services |

RECEIVED

JUN 2 5 2014

ACCOUNTS PAYABLE

APPROVED: _Amy Rudd_
ID #: _975874_
DATE: _6/25/14_
MATTER #: _131285_
DESC.: _depo transcript_

| 512-320-8690 | 512-320-8692 | www.integrity-texas.com |

**TOTAL** | $334.65

2125219

kwiktag ®     162 798 164

# INVOICE

U.S. Legal Support
Austin Centre
701 Brazos, Suite 380
Austin, TX 78701
Phone:512-292-4249  Fax:512-292-3866

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 91399933 | 6/12/2014 | 161365 |
| **Job Date** | **Case No.** | |
| 5/9/2014 | 2:13-CV-193 (NGR) | |
| **Case Name** | | |
| Marc Veasey, et al v. Rick Perry, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Lindsey Cohan
Dechert, LLP
300 West Sixth Street
Suite 2010
Austin, TX 78701

E-TRANSCRIPT ONLY NO HARD COPY:

| | | | | |
|---|---|---|---|---|
| Victor Farinelli | 200.00  Pages | @ | 1.40 | 280.00 |
| Exhibit Scanning | 87.00 | @ | 0.45 | 39.15 |

TOTAL DUE  >>>   **$319.15**
AFTER 7/27/2014 PAY   $351.07

Thank you for your business.  If you have any questions, please call 713-653-7100,
Ex. 3848 or email inquiries to dwilliams@uslegalsupport.com

RECEIVED

JUN 25 2014

ACCOUNTS PAYABLE

APPROVED: _Ely Cohen_
ID #: _975874  977743_
DATE: _6/25/14_
MATTER #: _131285_
DESC.: _e-transcript of depo_

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238                              Phone: 512-394-3000   Fax:215-655-2411

*Please detach bottom portion and return with payment.*

Lindsey Cohan
Dechert, LLP
300 West Sixth Street
Suite 2010
Austin, TX 78701

Job No.  : 161365        BU ID        :4-AUSTIN
Case No.  : 2:13-CV-193 (NGR)
Case Name : Marc Veasey, et al v. Rick Perry, et al

Invoice No.  : 91399933       Invoice Date  :6/12/2014
**Total Due  : $ 319.15**
AFTER 7/27/2014 PAY  $351.07

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **U.S. Legal Support**
**Texas Records & Reporting**
**P.O. Box 952172**
**Dallas, TX  75395-2172**



kwiktag ®    162 798 288

# CHECK DISBURSEMENT REQUEST

| Please Fax to (215)-655-2411 or Email: allaccountspayable@dechert.com | | | |
|---|---|---|---|
| Requesting Attorney Name: **Ezra D. Rosenberg**<br>Requesting Attorney Personal ID Number: **936500**<br>Signature: | Office: **Princeton** | Ext: | **3222** |
| Requesting Name: **J Whipple**<br>Requesting Personal ID Number: | Office: **Princeton** | Ext.: | **3284** |
| Send check to: ☐ Direct to vendor per address below<br>☒ Individual requesting check<br>☐ Other | | | |
| Date of Request: | | Amount:**$1,410.25** | |
| Payment Due Date: | | | |
| Is immediate payment required? | If YES, please state reason for immediate payment (vendor invoices are normally paid in accordance with agreed upon payment terms, which is normally 30 days from invoice date). | | |

| PAYEE: | |
|---|---|
| Name:<br>Address<br>Social Security No. (if individual)<br>or<br>or Employer I.D. No.:<br>Attach W-9 for New Vendor Set up | **U.S. Legal Support**<br>**363 N. Sam Houston Parkway E., Ste 1200, Houston, TX 77060** |

| CHARGE TO: | | |
|---|---|---|
| Name of Client:<br>**Texas State Conference of the NAACP** | Client/Matter Number:<br>- 131285 | Non-Earning Matter Number: |
| General Ledger Number: | Explanation for check stub: 6/18/2014 Deposition Transcript of Deborah Riddle | |

A copy of the invoice MUST be attached to this check request.
All FIRM CHARGES must be approved by the appropriate practice group Leader, or Head of Infrastructure.

| FOR FINANCE DEPARTMENT USE ONLY: | APPROVED BY: |
|---|---|
| Vendor No.: 121044 #7<br>Address ID No.: | Name: _____<br>Employee PIN/ID#: _____<br>(All check requests **MUST** be signed) |

2126156

# INVOICE

U.S. Legal Support
363 N. Sam Houston Parkway East
Suite 1200
Houston, TX  77060
Phone:713-653-7100   Fax:713-653-7143

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 91400759 | 6/27/2014 | 163908 |
| **Job Date** | **Case No.** | |
| 6/18/2014 | 2:13-CV-193 (NGR) | |
| **Case Name** | | |
| Marc Veasey, et al v. Rick Perry, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ezra Rosenberg
Dechert LLP
902 Carnegie Center, Suite 500
Princeton, NJ  08540

ORIGINAL TRANSCRIPT OF:

    Deborah Riddle – Highly Confidential                1,410.25

    (TAXABLE  $1,410.25)

                                  **TOTAL DUE >>>**     **$1,410.25**

                                  AFTER 8/11/2014 PAY     $1,551.28

Thank you for your business.  If you have any questions, please call 713-653-7100,
Ex. 3848 or email inquiries to dwilliams@uslegalsupport.com

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238                                           Phone:   Fax:

*Please detach bottom portion and return with payment.*

Ezra Rosenberg
Dechert LLP
902 Carnegie Center, Suite 500
Princeton, NJ  08540

Job No.     :  163908        BU ID     :1-HOU

Case No.   :  2:13-CV-193 (NGR)

Case Name :  Marc Veasey, et al v. Rick Perry, et al

Invoice No.  : 91400759     Invoice Date :6/27/2014

**Total Due  : $ 1,410.25**

AFTER 8/11/2014  PAY  $1,551.28

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:

Card Number:

Exp. Date:            Phone#:

Billing Address:

Zip:         Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:  **U.S. Legal Support**
          **Texas Records & Reporting**
          **P.O. Box 952172**
          **Dallas, TX  75395-2172**



525 North Lamar Blvd.
Austin, Tx 78703
512.542.2200
Store:300

Cashier: Dana
06/24/14          12:31:12

365 ELCTRLYTE 1L                 1.09 F
SOUP MEDIUM                      4.99 T

SUBTOTAL                         6.08
  8.25% State Tax                 .41
TOTAL                            6.49

```
          Texadelphia @ Moonlight Place
           501 W 15th Street, Ste. B
               Austin,TX 78701
                512-391-9189

 Server: Roz              DOB: 06/20/2014
 12:46 PM                      06/20/2014
 33/1                             1/10082

                              1043655

 VISA
 Card #XXXXXXXXXXXX7064
 Magnetic card present: RUDD AMY L
 Approval: 834050

              Amount:        36.93

           Tip: _____

        = Total: _____


   X _____
           This Copy for Your Record
```

```
            STARBUCKS Store #6360
            2521 Post Oak Boulevard
            Houston, TX (713) 621-7685

                  CHK 703934
              06/18/2014 07:30 AM
          2016652   Drawer: 1  Reg: 1

     Vt Skny Car Macch         4.65
     Butter Croissant          2.25
     Amex                      7.47
     XXXXXXXXXXXXX3008

     Subtotal                $6.90
     Tax 8.25%               $0.57
     Total                   $7.47
  Change  Due              $0.00

  ----------- Check Closed ----------------
          06/18/2014 07:30 AM



          New Caffè Espresso
     Frappuccino(R) blended beverage.
            Our Signature
     Frappuccino(R) roast coffee and
      fresh milk, blended with ice.
     Topped with our new espresso
          whipped cream and new
          Italian Roast drizzle
```

**Westin Galleria**
5060 West Alabama
Houston, TX 77056
713-960-8100
http://www.starwood.com/



# WESTIN®

## HOTELS & RESORTS

| | | | | |
|---|---|---|---|---|
| Cohan, Lindsey | Page Number | 1 | | |
| 307 W 38th St | Guest Number | 2918267 | Arrive Date | 06-17-2014 19:45 |
| Austin, TX 78705-1421 | Folio ID | A | Depart Date | 06-18-2014 13:28 |
| | No. Of Guest | 2 | Agent | JOHASAN2 |
| | Room Number | 1455 | | |

Duplicate Invoice

| Date | Reference | Description | Charges/Credits |
|---|---|---|---|
| 06-17-2014 | 154184 | Parking Valet - Overnight | $27.00 |
| 06-17-2014 | 154184 | TAX-GARAGE | $2.23 |
| 06-17-2014 | RT1455 | Room Chrg Retail | $369.00 |
| 06-17-2014 | RT1455 | County Tax | $14.76 |
| 06-17-2014 | RT1455 | City/Local Tax | $25.83 |
| 06-17-2014 | RT1455 | Occupancy/Tourism Tax | $22.14 |
| 06-17-2014 | 6132 | Daily Grill Room Chg | $36.50 |
| 06-17-2014 | 6132 | Daily Grill Room Chg | $3.01 |
| 06-17-2014 | 6132 | Daily Grill Room Chg | $8.00 |
| 06-17-2014 | 1403057412 | Internet Service In Room | $9.95 |
| 06-17-2014 | 1403057412 | Telephone/Internet Tax State | $0.82 |
| 06-18-2014 | AX | American Express | $-519.24 |
| | | ** Total | $0.00 |
| | | ** Balance | $0.00 |

As a Starwood Preferred Guest you have earned at least 907 Starpoints for this visit A52035589716

Thank you for choosing Starwood Hotels We look forward to welcoming you back soon! Tell us about your stay. www.westin.com/reviews

Tell us about your stay. www.westin.com/reviews

**Whipple, Joni**

| | |
|---|---|
| **From:** | United Airlines, Inc. [unitedairlines@united.com] |
| **Sent:** | Friday, June 20, 2014 1:24 PM |
| **To:** | Whipple, Joni |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation EELGQ2 |

 **A STAR ALLIANCE MEMBER**

Confirmation:
**EELGQ2**

Issue Date: June 20, 2014

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| ROSENBERG/EZRAD | 0162412249680 | UA-GN77XXXX | ---/24C |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Tue, 17JUN14 | UA1695 | U | NEWARK, NJ (EWR - LIBERTY) **2:00 PM** | HOUSTON, TX (IAH -BUSH INTL) **4:44 PM** | | |
| Fri, 20JUN14 | UA2065 | V | HOUSTON, TX (IAH -BUSH INTL) **4:45 PM** | NEWARK, NJ (EWR -LIBERTY) **9:20 PM** | | |

**FARE INFORMATION**

**Fare Breakdown**

| | | |
|---|---|---|
| Airfare: | 749.77USD | **Form of Payment:** |
| Per Person Total: | 826.50USD | AMERICAN EXPRESS |
| | | Last Four Digits 8003 |

**eTicket Total:**     **826.50USD**

The airfare you paid on this itinerary totals: 749.77 USD

Fare Rules:    Additional charges may apply for changes in addition to any fare rules listed.

Additional Charges:
Fri., Jun. 20, 2014/American Express 8003 was charged 75.00 USD for the following: Same Day Change Fee / EDD 01629269778135

Tue., Jun. 17, 2014/American Express 8003 was charged 25.00 USD for the following: First Checked Bag / EDD 01626097896625

Tue., Jun. 17, 2014/American Express 8003 was charged 69.00 USD for the following: Bulkhead Premium Seat / EDD 01629266949376

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 6/17/2014 Newark, NJ (EWR - Liberty) to Houston, TX (IAH -Bush INTL) | 25.00 USD | 35.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |
| 6/20/2014 Houston, TX (IAH -Bush INTL) to Newark, NJ (EWR - Liberty) | 25.00 USD | 35.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |

**Additional Baggage Information**

**The above amounts represent an estimate of the first and second checked baggage service charges that may apply to your itinerary.**

**If your itinerary contains multiple travelers, the service charges may vary by traveler, depending on status or memberships.**

1

**Carry-on baggage information**

United accepts one carry-on item with maximum dimensions of 9"x14"x22" (22 cm + 35 cm + 56 cm) in the aircraft cabin, along with one personal item such as a laptop bag with maximum dimensions of 9"x10"x17" (22 cm + 25 cm + 43 cm).

Due to FAA regulations, operating carriers may have different carry-on requirements.

Please check with the operating carrier for more information or go to underlined.com.

**General Baggage Information**

First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges

allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items

or sporting equipment, visit united.com/baggage.

---

### eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 30 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.

**EXCEPTION**: When departing from Anchorage, Atlanta, Chicago, Cincinnati, Cleveland, Denver, Fort Lauderdale, Honolulu, Houston, Indianapolis, Jacksonville, Kahului, Kona, Las Vegas, Los Angeles,

Maui, Miami, Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Reno, San Francisco, San Juan, PR, St. Louis, Seattle, Tampa or Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes.

- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger.
- For up to the minute flight information, sign-up for your Flight Status E-mail at united.com or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, flights and other important policies, go to united.com.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above.

---

### Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience.

You may contact us using our Customer Care contact form at united.com

---

### Proud Member of Star Alliance

We are making connections so you make yours. You can earn and redeem miles on 26 member airlines offering 18,000 daily flights to more than 1200 destinations worldwide.

Go to www.staralliance.com to find out more. You've earned it.

---

### Food for Purchase Now Available

Satisfy your cravings with something tasty from our new In-Flight Menu. Snacks or freshly prepared selections are available for purchase on most flights between two and a half and six and a half hours.

---

### IMPORTANT CONSUMER NOTICES

- **Incorporated Terms** - Your travel is subject to United's Contract of Carriage terms. The Contract is available for inspection at any UA ticketing facility, united.com or by calling 1-800-UNITED-1. Passengers have the right to receive the full text of the terms incorporated by reference free of charge by mail or other delivery service. The Contract terms include rules about limits on liability for personal injury or death and for loss, damage, or delay of goods and baggage, check-in times, overbooking, security issues, reservations, denial of carriage, refunds, claims limits and restrictions, including time limitations for filing a claim or lawsuit, and schedule changes and irregularities. The Contract of Carriage contains further detail of these terms.
- **Additional Terms** - Depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to one or more of the following, may apply to your travel: (1) the ticket may not be refundable but may be exchangeable for a fee with another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) travel may be restricted to specific flights and/or times and minimum and/or maximum stay may be required.
- **Baggage Liability** - On domestic flights, United's maximum liability limit for checked baggage is $3400 USD per passenger and United excludes liability for all unchecked baggage. For travel within the U.S., United excludes liability for fragile, valuable or perishable items carried in all baggage including jewelry, computers, cash, camera equipment and

similar valuables. If any of these items are lost, damaged or delayed, you will not be entitled to any reimbursement. You can declare excess valuation on certain baggage at the airport, additional fees will apply.

- **ADVICE TO INTERNATIONAL PASSENGERS ON CARRIER LIABILITY** – Passengers on a journey involving an ultimate destination or stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including special contracts of carriage embodied in applicable tariffs, governs and may limit the liability of the Carrier in respect of death of or injury to passengers, and for destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

- **Notice—Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadline which are available upon request from the air carrier, persons denied boarding involuntarily are entitled to compensation. *The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

- **Personal Health** - For important health tips before your flight, including information on a serious condition called Deep Vein Thrombosis, please go to united.com.

### Thank you for choosing United Airlines
united.com

Legal Notices. Privacy Policy
Copyright © (0) United Airlines, Inc. All rights reserved.

**Please do not reply to this message using the " reply " address.**
For assistance, please contact United Airlines via telephone or via e-mail.2014

**Please do not reply to this email.**
If the email does not display correctly, please click here.



VIEW YOUR ITINERARY ONLINE

| Trip on Jun 17, 2014 | Locator: **MHFBNB** | Date: **Jun 13, 2014** |
|---|---|---|

| Traveler | **EZRA D ROSENBERG** |
|---|---|
| | DECHERT LLP |
| | CIRA CENTRE |
| | 2929 ARCH ST |
| | PHILADELPHIA PA Z/19104 |
| Agent | 62 |

---

**Tuesday, June 17, 2014**                    Confirmation: **EELGQ2**

### ✈ Flight United Airlines 1695

| DEPARTURE | ARRIVAL |
|---|---|
| **EWR – Newark, NJ** | **IAH – Houston George Bush, TX** |
| **2:00 PM, Jun 17, 2014** | **4:44 PM, Jun 17, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - U |
| Duration | 03:44 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Reserved Seats | 30B |
| Frequent Flyer | UAGN779264 |
| Notes | DEPARTS EWR TERMINAL C - ARRIVES IAH TERMINAL C TSA SECURED FLIGHT |

---

**Friday, June 20, 2014**                    Confirmation: **EELGQ2**

### ✈ Flight United Airlines 1236

| DEPARTURE | ARRIVAL |
|---|---|
| **IAH – Houston George Bush, TX** | **EWR – Newark, NJ** |
| **6:40 PM, Jun 20, 2014** | **11:18 PM, Jun 20, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - V |
| Duration | 03:38 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Reserved Seats | 24B |
| Frequent Flyer | UAGN779264 |
| Notes | DEPARTS IAH TERMINAL C - ARRIVES EWR TERMINAL C TSA SECURED FLIGHT |

*[handwritten: # 75.00]*

*[handwritten: 4:45 pm ⌐ plenty of seating available]*



GET MORE GOING WITH THE CWT VACATION CLUB.
EXCLUSIVE VACATION PACKAGES AND AMENITIES.    BOOK YOUR VACATION TODAY!

**GENERAL INFORMATION**
CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
*********************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
*********************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
*********************************************
IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
*********************************************
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
IF TRAVELING ON CODE SHARE/PARTNER AIRLINE CARRIERS
CHECK ALLOWANCE FOR THE OPERATING CARRIER.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
AEROSOL INSECTICIDE SPRAYS
FOR THE MOST CURRENT INFORMATION ON AIRPORT
SECURITY PLEASE CHECK WWW.TSA.GOV
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES MAY BE SUBJECT TO A PENALTY OR FARE
INCREASE UP TO AND INCLUDING THE TOTAL COST OF THE TICKET.
FAILURE TO CANCEL MAY FORFEIT THE TOTAL VALUE OF TICKET.
AGENCY SERVICE FEE OF 35.00 HAS BEEN CHARGED

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|------------------------|------|-------|-------|-------|-------|
| ROSENBERG/EZRA 7529/0167407249541/13JUN14 | | USD 749.77 | 5.00AY | 56.23US | 15.50XT | 826.50 |
| | | | | | SERVICE FEE | 35.00 |
| | | | | | **Total Amount** | **861.50** |

Form of Payment: AXXXXXXXXXXXXX8003

*200 —*

**UNITED** 

### Baggage Receipt
Issue Date: 20 JUN 2014 IAH ATO

A STAR ALLIANCE MEMBER

| Baggage Document | Description | Qty | Fees |
|---|---|---|---|
| 0162609970632 | First Bag Fee | 1 | $25.00 |

Method of Payment
American Express XXXXXXXXXXX8003

Ticket Number
0162412249680

Cardholder Name
E D ROSENBERG

**BAGGAGE FEES**   Total Fees        **USD $25.00**

Confirmation: **EELGQ2**

Excess Baggage Terms and Conditions:
- All excess baggage is subject to space availability.
- Receipt for payment must be presented at bag check.
- For refunds or adjustments, see a United representative.

| Carrier | Routing |
|---|---|
| UA | IAH - EWR |

AGENT REFERENCE: GG ESC BAG

---

**UNITED**

### Baggage Receipt
Issue Date: 17 JUN 2014 EWR ATO

A STAR ALLIANCE MEMBER

| Baggage Document | Description | Qty | Fees |
|---|---|---|---|
| 0162609789662 | First Bag Fee | 1 | $25.00 |

Method of Payment
American Express XXXXXXXXXXX8003

Ticket Number
0167407249541

Cardholder Name
E D ROSENBERG

**BAGGAGE FEES**   Total Fees        **USD $25.00**

Confirmation: **EELGQ2**

Excess Baggage Terms and Conditions:
- All excess baggage is subject to space availability.
- Receipt for payment must be presented at bag check.
- For refunds or adjustments, see a United representative.

| Carrier | Routing |
|---|---|
| UA | EWR - IAH |

AGENT REFERENCE: GG ESC BAG

*Dinner   30.98*

# WHITE OAK
# KITCHEN + DRINKS

```
            5011 Westheimer
           Houston, TX 77056
             713.960.6588
visit us:  whiteoakhouston.com
CHECK:      2759
TABLE:      23/1
SERVER:     2046 juan carlos
DATE:       JUN17'14  7:27PM
CARD TYPE:  american express
ACCT #:     XXXXXXXXXXX8003
EXP DATE:   XX/XX
AUTH CODE:  515068
          ED ROSENBERG


SUBTOTAL:        25.98

Gratuity    _____  5

Total       _____  30.98

_____
          Customer Signature
```

Dinner (Oceanaire)

Oceanaire Seafood Room
Houston, Tx

Server: Sandra          DOB: 06/18/2014
07:20 PM                     06/18/2014
Table 52/1                    8/80013

SALE

AMEX                          9437191
Card #XXXXXXXXXX8003
Magnetic card present: ROSENBERG ED
Card Entry Method:  S

Approval: 523707

                    Amount:     $ 54.02

                    + Tip: _____ 11 —

Chge $35.00    = Balance Due: _____ 65.02 __

         I agree to pay the above
       total amount according to the
         card issuer agreement.

X _____

For large parties or banquets, balance due
 includes suggested gratuity if accepted.

YOUR COPY TO KEEP

Dinner 30.35 ∞

# Del Frisco's #8605
5061 Westheimer Road
Houston, Texas 77056

2014-06-19 05:54:16 pm
Ryan S.

_____

Merchant ID:              372020864883
Card-Holder:              ROSENBERG/ED
Card-Type:                AMEX Authorized
Card-Number:              ************8003
Auth-Code:                511367

Amount:                   $68.20
Tip:                      
Total:
REF#: C392695001111
Check #1 Table 283    [392695001]

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
* 2 B V F N 0 1 *

X _____
I agree to pay above total amount
according to card issuer agreement
(Merchant agreement if credit voucher).
      *** MERCHANT COPY ***

***** DUPLICATE COPY *****
# Del Frisco's #8605
5061 Westheimer Road
Houston, Texas 77056

2014-06-19 05:54:16 pm
Ryan S. REF#: C392695001

Table 283                    1 Guest

1 Ribeye 16oz              $44.00
1 Vegetable #1            $10.00
1 Potato Baked             $9.00
_____

            Sub Total    $63.00
                  Tax     $5.20

              Total    $68.20

REF#: C392695001


* 0 B V F N 0 1 *

*Breakfast.*

# Walgreens

#04027 5200 WESTHEIMER RD
HOUSTON, TX 77056
713-623-0643

290      3371    0021   06/17/2014 6:40 PM

```
SONICARE E-SERIES BRUSH HEADS   2S
  07502002699          A      49.98 SALE
  2 @ 24.99
  REGULAR PRICE 36.99
  REWARDS SAVINGS 24.00
  RETURN VALUE 24.99 ea
SUN-MAID RAISIN CANISTER        13OZ
  04114302863          O       3.79
  RETURN VALUE 3.79
GEN MILLS CHEERIOS W/CUP        1.3OZ
  01600014159          O       7.50
  6 @ 1.29 or 4/5.00
  RETURN VALUE 1.25 ea
KELLOGG FRST FLAKES CREAL CUP2.1Z
  03800063570          O       1.25
  1 @ 1.29 or 4/5.00
  RETURN VALUE 1.25
OAK FARMS MILK 1% L/F            GL
  04127100420          O       4.19
  RETURN VALUE 4.19
MB CHOCOLATE DONUTS
  07087000009          O       1.79
  RETURN VALUE 1.79

  SUBTOTAL                     68.50
  SALES TAX A=8.25%             4.12

  TOTAL                        72.62
  AMEX ACCT 8003               72.62
  CHANGE                         .00

BALANCE REWARDS SAVINGS         24.00

THANK YOU FOR JOINING BALANCE REWARDS!

BE SURE TO USE YOUR CARD FOR ALL OF YOUR
PURCHASES, INCLUDING PRESCRIPTIONS.
RESTRICTIONS APPLY. SEE PROGRAM RULES
FOR DETAILS. PLEASE GO TO
WALGREENS.COM/BALANCE.

          RFN# 0402-7213-3718-1406-1703
```



```
TOTAL SAVINGS $24.00
SAVINGS VALUE 26%

BALANCE REWARDS ACCT # ********2031
```

*Breakfast*

# Walgreens

#04027 5200 WESTHEIMER RD
HOUSTON, TX 77056
713-623-0643

290      3371    0021   06/17/2014 6:40 PM

```
SONICARE E-SERIES BRUSH HEADS   2S
   07502002699          A       49.98 SALE
   2 @ 24.99
   REGULAR PRICE 36.99
   REWARDS SAVINGS 24.00
   RETURN VALUE 24.99 ea
SUN-MAID RAISIN CANISTER       13OZ
   04114302863          0        3.79
   RETURN VALUE 3.79
GEN MILLS CHEERIOS W/CUP        1.3OZ
   01600014159          0        7.50
   6 @ 1.29 or 4/5.00
   RETURN VALUE 1.25 ea
KELLOGG FRST FLAKES CREAL CUP2.1Z
   03800063570          0        1.25
   1 @ 1.29 or 4/5.00
   RETURN VALUE 1.25
OAK FARMS MILK 1% L/F            GL
   04127100420          0        4.19
   RETURN VALUE 4.19
MB CHOCOLATE DONUTS
   07087000009          0        1.79
   RETURN VALUE 1.79

   SUBTOTAL                     68.50
   SALES TAX A=8.25%             4.12

   TOTAL                        72.62
   AMEX ACCT 8003               72.62
   CHANGE                         .00

BALANCE REWARDS SAVINGS         24.00

THANK YOU FOR JOINING BALANCE REWARDS!

BE SURE TO USE YOUR CARD FOR ALL OF YOUR
PURCHASES, INCLUDING PRESCRIPTIONS.
RESTRICTIONS APPLY. SEE PROGRAM RULES
FOR DETAILS. PLEASE GO TO
WALGREENS.COM/BALANCE.

         RFN# 0402-7213-3718-1406-1703
```

balance rewards

72.62
49.98
1.79
- 24.00

**TOTAL SAVINGS $24.00**
**SAVINGS VALUE 26%**

BALANCE REWARDS ACCT # ********2031



Newark Liberty International
Airport

Fri Jun 20 2014 21:54

Entry:                06/17/2014 12:24:20 Ln 513
Exit:                 06/20/2014 21:53:51 Ln 913
Cashier:                             mpazaino

License Plate:                       NJ:WMY721
Class:                      1 - Public Parker
ID Type:                               Ticket
ID:                             051301306299

---------------------------------------------
Parking Fee.........................$132.00
Total Fee...........................$132.00

CC Payment Amount:                    $132.00
Card Type:                     AMERICANEXPRESS
Acct:                     XXXXXXXXXXX8003
Approval:                            Accepted
Txn ID:               20140620215410DU0913

TAXES INCLUDED

Newark Liberty International
Airport
Newark. NJ 07114

*Luren*

```
              SSP America
          Real Food Company
             Terminal C
         IAH Bush International
            281-233-7621

  179 Tesheva
  ------------------------------------
  Chk 4830          Jun20'14 03:12P  Gst  0
  ------------------------------------
   **TO GO**
   1 20z Aquafina              2.09
   1 Pull Pork Plate          13.99
     Cash                     20.00

     Food                     13.99
     NA Bev                    2.09
     Tax                       1.15
     Payment                  17.23
     Change Due                2.77


            Win an iPad Mini
       Go to the website to tell us
        about your visit and enter
             our prize draw
           See website for T&C
          www.eatonthemove.com/US
  ------------------------------------
          LOCATION: 6051364
  ------------------------------------
     Or please call us 1 877 325 8777
```

Westin Oaks
5011 Westheimer
Houston, TX 77056
713-960-8100
http://www.starwood.com/



# WESTIN®
## HOTELS & RESORTS

| | | | |
|---|---|---|---|
| Rosenberg, Ezra | Page Number | 1 | |
| Altria/sp | Guest Number | 2915250 | Arrive Date  06-17-2014 18:07 |
| 109 W Prospect St | Folio ID | A | Depart Date  06-20-2014 07:55 |
| | No. Of Guest | 2 | |
| Hopewell, NJ 08525-1911 | Room Number | 1601 | |

### Duplicate Invoice

| Date | Reference | Description | Charges/Credits | |
|------|-----------|-------------|-----------------|---|
| 06-17-2014 | RT1601 | Room Chrg Corp Volumn LRA | $283.05 | R |
| 06-17-2014 | RT1601 | County Tax | $11.32 | |
| 06-17-2014 | RT1601 | City/Local Tax | $19.81 | |
| 06-17-2014 | RT1601 | Occupancy/Tourism Tax | $16.98 | |
| 06-18-2014 | RT1601 | Room Chrg Corp Volumn LRA | $283.05 | R |
| 06-18-2014 | RT1601 | County Tax | $11.32 | |
| 06-18-2014 | RT1601 | City/Local Tax | $19.81 | |
| 06-18-2014 | RT1601 | Occupancy/Tourism Tax | $16.98 | |
| 06-19-2014 | RT1601 | Room Chrg Corp Volumn LRA | $283.05 | R |
| 06-19-2014 | RT1601 | County Tax | $11.32 | |
| 06-19-2014 | RT1601 | City/Local Tax | $19.81 | |
| 06-19-2014 | RT1601 | Occupancy/Tourism Tax | $16.98 | |
| 06-19-2014 | 07:59:25 | 18662144423 0:27 | $1.85 | T |
| 06-19-2014 | 12:58:41 | 18662144423 1:48 | $6.28 | |
| 06-19-2014 | 1 | Sales Tax | $3.30 | BC |
| 06-19-2014 | 1 | Business Ctr General | $39.98 | |
| 06-20-2014 | AX | American Express | $-1,044.89 | |
| | | ** Total | $0.00 | |
| | | ** Balance | $0.00 | |

        As a Starwood Preferred Guest you have earned at least 2547
Starpoints for this visit P50445500744

        Thank you for choosing Starwood Hotels We look forward to
welcoming you back soon! Tell us about your stay. www.westin.com/reviews

Tell us about your stay. www.westin.com/reviews

**Whipple, Joni**

| | |
|---|---|
| **From:** | Rosenberg, Ezra |
| **Sent:** | Friday, June 20, 2014 12:41 PM |
| **To:** | Whipple, Joni |
| **Subject:** | Fwd: Westin Oaks Houston Business Center Receipt |

Sent from my iPhone

Begin forwarded message:

> **From:** "noreply@elevenwireless.com" <noreply@elevenwireless.com>
> **Date:** June 19, 2014 at 5:50:27 PM CDT
> **To:** "Rosenberg, Ezra" <ezra.rosenberg@dechert.com>
> **Subject: Westin Oaks Houston Business Center Receipt**
>
> Westin Oaks Houston Business Center Receipt
>
> Thank you for your purchase.
>
> Computer Usage
>    20 minutes at $5.49 per 10 minutes: $10.98
>
> Printing
>    5 grayscale pages free: $0.00
>    58 grayscale pages at $0.50 per page: $29.00
>
> Total Payment: $39.98
>
> Payment Method: Bill to room
> Payment Date: Thursday, June 19, 2014 3:46:43 PM
>
> Thank you for using the Westin Oaks Houston Business Center.

1



```
         Houston Yellow Cab
           1406 Hays St
         Houston. TX 77009
            713 236 1111
Cab#      118
Driver#   3430
Hail#     1686
From:     507
          20-Jan 14 07:57
To:       135
          20 Jan 14 08:18
Fare      $23.15
***********************************
CASH      $23.15

      *** Customer Copy ***
         20-Jan 14 08:19
```

**kwiktag®**   162 797 552

# CHECK DISBURSEMENT REQUEST

Please Fax to (215)-655-2411 or Email  allaccountspayable@dechert.com

| | | |
|---|---|---|
| Requesting Attorney Name:  **Ezra D. Rosenberg** | Office:  **Princeton** | Ext:  **3222** |
| Requesting Attorney Personal ID Number:  **936500** | | |
| Signature: | | |
| Requesting Name: | Office: | Ext.: |
| Requesting Personal ID Number: | | |
| Send check to:  ☐ Direct to vendor per address below  ☒ Individual requesting check  ☐ Other | | |

| | | |
|---|---|---|
| Date of Request: | | Amount: **$9,965** |
| Payment Due Date: | | |
| Is immediate payment required? | If YES, please state reason for immediate payment (vendor invoices are normally paid in accordance with agreed upon payment terms, which is normally 30 days from invoice date). | |

**PAYEE:**

| | |
|---|---|
| Name:  Address  Social Security No. (if individual)  **or**  or Employer I.D. No.:  Attach W-9 for New Vendor Set up | **Daniel G. Chatman, Ph.D.**  **2223 7th Street, Berkeley, CA  94710** |

**CHARGE TO:**

| | |
|---|---|
| Name of Client:  **Texas State Conf. of the NAACP** | Client/Matter Number:      Non-Earning Matter Number:  **- 131285** |
| General Ledger Number: | Explanation for check stub:  Expert Fees for the period May 28, 2014 thru June 12, 2014 |

A copy of the invoice MUST be attached to this check request.
All FIRM CHARGES must be approved by the appropriate practice group Leader, or Head of Infrastructure.

| **FOR FINANCE DEPARTMENT USE ONLY:** | **APPROVED BY:** |
|---|---|
| Vendor No.:  *219425* | Name: _____ |
| Address ID No.:  _____ | Employee PIN/ID#: _____ |
| | (All check requests **MUST** be signed) |

*2128279*

**INVOICE**

| Date | Invoice No. |
|------|-------------|
| June 12, 2014 | 3 |

Daniel G. Chatman, Ph.D.
Asst. Professor of City & Regional Planning
University of California, Berkeley
410A Wurster Hall
Berkeley, CA 94720-1820

Billing address:
2223 7th Street
Berkeley, CA 94710

510.642.2454 (office) ▪ 510.502.2842 (cell) ▪ 510.642.1641 (fax)

**BILLED TO:**
    Ezra D. Rosenberg
    Dechert, LLP
    902 Carnegie Center, Suite 500
    Princeton, NJ  08540-6531
    ezra.rosenberg@dechert.com

I certify that payment requested is for appropriate purposes and in accordance with the provisions of the consultant agreement documents associated with this invoice.

BILLING PERIOD:   May 28, 2014 to June 12, 2014

PROJECT:       *Texas State Conference of NAACP Branches, et al. v. John Steen, et.al.,* docketed under the consolidated case of *Marc Veasey et al. v. Rick Perry, et al.,* U.S.D.C. for S.D.TX, Docket No. 2:13-cv-00193

|  | Hours | Rate | Subtotal |
|--|-------|------|----------|
| Chatman | 23.2 | $250 | $5,800 |
| Klein | 20 | $75 | $1,500 |
| Clonts | 6 | $50 | $300 |
| Plowman | 33.5 | $40 | $1,340 |
| Baker | 41 | $25 | $1,025 |
| Subtotal, personnel | | | $9,965 |
| | | | |
| Total, May 28 to June 12 | | | $9,965 |

During the period of this invoice, I carried out a revision of the analysis and revised the draft report.

Federal EIN / Social Security No.: 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
Payment Terms:  Net 30 days

kwiktag® 162 797 553

# CHECK DISBURSEMENT REQUEST

Please Fax to (215)-655-2411 or Email allaccountspayable@dechert.com

| | | | |
|---|---|---|---|
| Requesting Attorney Name: **Ezra D. Rosenberg** <br> Requesting Attorney Personal ID Number: **936500** <br> Signature: | | Office: **Princeton** | Ext: **3222** |
| Requesting Name: **J Whipple** <br> Requesting Personal ID Number: | | Office: **Princeton** | Ext.: **3284** |
| Send check to: ☐ Direct to vendor per address below <br> ☒ Individual requesting check <br> ☐ Other | | RECEIVED <br> JUL 08 2014 <br> ACCOUNTS PAYABLE | |

| | | |
|---|---|---|
| Date of Request: | 7/8/2014 | Amount:**$1,091.00** |
| Payment Due Date: | | |
| Is immediate payment required? | If YES, please state reason for immediate payment (vendor invoices are normally paid in accordance with agreed upon payment terms, which is normally 30 days from invoice date). | |

### PAYEE:

| | |
|---|---|
| Name: <br> Address <br> Social Security No. (if individual) <br> **or** <br> or Employer I.D. No.: <br> Attach W-9 for New Vendor Set up | **U.S. Legal Support, Texas Records & Reporting** <br> **P.O. Box 952172, Dallas, TX  75395-2172** |

### CHARGE TO:

| | | |
|---|---|---|
| Name of Client: <br> **Texas State Conf. of the NAACP** | Client/Matter Number: <br> **- 131285** | Non-Earning Matter Number: |
| General Ledger Number: | Explanation for check stub:  6/20/2014 Depostion of Transcript of Patricia Harless | |

A copy of the invoice MUST be attached to this check request.
All FIRM CHARGES **must be approved** by the appropriate practice group Leader, or Head of Infrastructure.

| **FOR FINANCE DEPARTMENT USE ONLY:** | **APPROVED BY:** |
|---|---|
| Vendor No.:   121044 <br> Address ID No.: | Name: _____ <br> Employee PIN/ID#: _____ <br> (All check requests **MUST** be signed) |

2128280

# INVOICE

U.S. Legal Support
363 N. Sam Houston Parkway East
Suite 1200
Houston, TX  77060
Phone:713-653-7100   Fax:713-653-7143

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 91400763 | 6/30/2014 | 163909 |

| Job Date | Case No. | |
|---|---|---|
| 6/20/2014 | 2:13-CV-193 (NGR) | |

| Case Name | | |
|---|---|---|
| Marc Veasey, et al v. Rick Perry, et al | | |

Ezra Rosenberg
Dechert LLP
902 Carnegie Center, Suite 500
Princeton, NJ  08540

| Payment Terms |
|---|
| Due upon receipt |

ORIGINAL TRANSCRIPT OF:

Representative Patricia Harless                                                         1,091.00

(TAXABLE  $1,091.00)

**TOTAL DUE >>>**                           **$1,091.00**
AFTER 8/14/2014  PAY                          $1,200.10

Thank you for your business.  If you have any questions, please call 713-653-7100,
Ex. 3848 or email inquiries to dwilliams@uslegalsupport.com

(-) Payments/Credits:                                 0.00
(+) Finance Charges/Debits:                           0.00
(=) New Balance:                                 **1,091.00**

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238                                                          Phone:        Fax:

*Please detach bottom portion and return with payment.*

Ezra Rosenberg
Dechert LLP
902 Carnegie Center, Suite 500
Princeton, NJ  08540

| | | | |
|---|---|---|---|
| Job No. | : 163909 | BU ID | : 1-HOU |
| Case No. | : 2:13-CV-193 (NGR) | | |
| Case Name | : Marc Veasey, et al. v. Rick Perry, et al | | |
| Invoice No. | : 91400763 | Invoice Date | : 6/30/2014 |
| **Total Due** | : **$1,091.00** | | |

PAYMENT WITH CREDIT CARD                        AMEX  [mastercard]  VISA

Cardholder's Name:
Card Number:
Exp. Date:                         Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   **U.S. Legal Support**
            **Texas Records & Reporting**
            **P.O. Box 952172**
            **Dallas, TX  75395-2172**

kwiktag®    162 797 100



**Invoice**

PLEASE PAY FROM THIS INVOICE
Remit Payment to:
P10 One Congress Plaza
111 Congress Avenue
Austin, Texas 78701

| Date | Invoice # |
|------|-----------|
| 7/21/2014 | 31029 |

| Bill To | Ship To |
|---------|---------|
| Dechert LLP<br>ACCOUNTS PAYABLE<br>2929 Arch St.<br>Philadelphia, PA  19104 | Dechert LLP<br>300 West 6th Street<br>Suite2010<br>Austin, TX 78701 |

| Ordered By | Reference Number | Terms | Rep | Project Number | Delivery Date |
|------------|------------------|-------|-----|----------------|---------------|
| Joanna | 131285 | Due on receipt | ML | 07140216 | 7/21/2014 |

| Description of Services Provided | Qty | Rate | Amount |
|----------------------------------|-----|------|--------|
| Digital BW Prints | 3,032 | 0.08 | 242.56T |

RECEIVED
JUL 2 5 2014
ACCOUNTS PAYABLE

APPROVED:
ID #: 91714.05
DATE: 7/25/14
MATTER #: 131285
DESC.: TX Voter ID

Customer Signature   213 2434

Thank you for choosing
Rainmaker Document Technologies!!

| | Subtotal | $242.56 |
|---|----------|---------|
| | Sales Tax (8.25%) | $20.01 |
| | Total | $262.57 |
| | Payments/Credits | $0.00 |
| | Balance Due | $262.57 |

| Phone Number | Fax Number | Federal Tax ID Number |
|--------------|------------|-----------------------|
| 512.472.9911 | 512.472.6161 | 43-2033387 |



# INVOICE

U.S. Legal Support
Austin Centre
701 Brazos, Suite 380
Austin, TX  78701
Phone:512-292-4249   Fax:512-292-3866

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 91400726 | 6/27/2014 | 163989 |

| Job Date | Case No. | |
|---|---|---|
| 6/20/2014 | 2:13-CV-193 (NGR) | |

| Case Name | | |
|---|---|---|
| Marc Veasey, et al v. Rick Perry, et al | | |

Amy Rudd
Dechert, LLP
300 West Sixth Street
Suite 2010
Austin, TX  78701

| Payment Terms |
|---|
| Due upon receipt |

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Colby Beuck | | 327.00 Pages | @ | 4.70 | 1,536.90 |
| 2-DAY RUSH | | | | | 1,308.00 |
| Exhibit | | 263.00 Pages | @ | 0.45 | 118.35 |
| e-cd | | | | 35.00 | 35.00 |
| Delivery Regular | | | | 15.00 | 15.00 |
| Parking | | | | 10.00 | 10.00 |
| (TAXABLE $3,023.25) | | | | | |

RECEIVED

JUL 28 2014

ACCOUNTS PAYABLE

| | |
|---|---|
| TOTAL DUE >>> | $3,023.25 |
| AFTER 8/11/2014 PAY | $3,325.58 |

Thank you for your business.  If you have any questions, please call 713-653-7100,
Ex. 3848 or email inquiries to dwilliams@uslegalsupport.com

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 3,023.25 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238                                                     Phone: 512-394-3000   Fax:215-655-2411

*Please detach bottom portion and return with payment.*

Amy Rudd
Dechert, LLP
300 West Sixth Street
Suite 2010
Austin, TX  78701

| | | | |
|---|---|---|---|
| Job No. | : 163989 | BU ID | : 4-AUSTIN |
| Case No. | : 2:13-CV-193 (NGR) | | |
| Case Name | : Marc Veasey, et al v. Rick Perry, et al | | |
| Invoice No. | : 91400726 | Invoice Date | : 6/27/2014 |
| Total Due | : $3,023.25 | | |

PAYMENT WITH CREDIT CARD

AMEX      VISA

Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   **U.S. Legal Support**
**Texas Records & Reporting**
**P.O. Box 952172**
**Dallas, TX  75395-2172**



121044#7

# STATEMENT

U.S. Legal Support
363 N. Sam Houston Parkway East
Suite 1200
Houston, TX  77060
Phone:713-653-7100  Fax:713-653-7143

| Account No. | Date |
|---|---|
| F18177 | 7/1/2014 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $3,342.40 | $0.00 | $0.00 |
| 90 Days | 120 Days & Over | Total Due |
| $0.00 | $0.00 | **$3,342.40** |

Accounts Payable
Dechert, LLP
300 West Sixth Street
Suite 2010
Austin, TX  78701

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 6/12/2014 | 91399933 | 319.15 | 5/9/2014 | Victor Farinelli | Marc Veasey, et al v. Rick Perry, et al |
| 6/27/2014 | 91400726 | 3,023.25 | 6/20/2014 | Colby Beuck | Marc Veasey, et al v. Rick Perry, et al |

APPROVED: _____
ID #: 97-1143
DATE: 7/25/14
MATTER #: 131285
DESC.: TX Voter ID

Tax ID: 76-0523238

Phone: 512-394-3090   Fax:215-655-2411

*Please detach bottom portion and return with payment.*

Accounts Payable
Dechert, LLP
300 West Sixth Street
Suite 2010
Austin, TX  78701

Account No.  :  F18177
Date  :  7/1/2014

Total Due  :  $ 3,342.40

Remit To:  **U.S. Legal Support**
**Texas Records & Reporting**
**P.O. Box 952172**
**Dallas, TX  75395-2172**



TOP        TOP        TOP

# FAX COVER PAGE

(see instructions below)

## Fax this page and your receipts to:
## 866-428-9026 Inside US/Canada

## Report Summary

| | |
|---|---|
| **Report Name :** | 2014 06.17 EDR TRip to Houston |
| **Employee Name :** | Rosenberg, Ezra D. |
| **Report Id :** | 557019FC4F0340A6B2AC |
| **Employee ID :** | 936500 |
| **Company ID :** | 2BA1A |
| **Report Total :** | $203.58 |
| **Amount Due Employee :** | $203.58 |
| **Amount Due Company Card :** | $0.00 |

## Receipts to Fax

☐     06/18/2014;  Taxi;  $103.14;

☐     06/17/2014;  Taxi;  $100.44;

**Missing Receipt Affidavit:**

I acknowledge that this expense report contains legitimate firm expenses incurred by me on behalf of Dechert's benefit, and are allowable expenses as defined by Dechert's Travel Policy. I further certify that one or more of the related receipts applicable to this expense report are no longer available.

**Employee Signature** _____

**Date** _7/28/2014_

Please indicate the expenses with missing receipts by checking the box next to the item above.

BOTTOM     BOTTOM     BOTTOM



**Rewards Plus Gold Card**

EZRA D ROSENBERG
Closing Date 07/11/14

Redacted

**Detail Continued**

♦ - denotes Pay Over Time activity

**Amount**

Redacted

| | | | Amount |
|---|---|---|---|
| | Document Type: EXCESS ... | | $100.44 ♦ |
| 06/17/14 | TAXIPASS HOUSTON KIOHOUSTON | TX | |
| | 800-222-8294 | | |
| | Description | | |
| | CHARTER SERVICE | | $39.98 |

Redacted

| | | | |
|---|---|---|---|
| | REFER TO RECEIPT | | $103.14 ♦ |
| 06/18/14 | ABDELFATTAH SALEM 248-205-6301 | | |
| | 248-205-6301 | | $65.02 |

Redacted

Continued on reverse

kwiktag® 162 797 156

# CHECK DISBURSEMENT REQUEST

| | | | |
|---|---|---|---|
| **Please Fax to (215)-655-2411 or Email allaccountspayable@dechert.com** | | | |
| Requesting Attorney Name: **Ezra D. Rosenberg**<br>Requesting Attorney Personal ID Number: **936500**<br>Signature: _____ | Office: **Princeton** | | Ext: **3222** |
| Requesting Name: _Joni Whipple_<br>Requesting Personal ID Number: | Office: | | Ext.: |
| Send check to:  ☐ Direct to vendor per address below<br> ☒ Individual requesting check<br> ☐ Other | | | |
| Date of Request: | | Amount:**$6,000.00** | |
| Payment Due Date: | | | |
| Is immediate payment required? | If YES, please state reason for immediate payment (vendor invoices are normally paid in accordance with agreed upon payment terms, which is normally 30 days from invoice date). | | |

| **PAYEE:** | |
|---|---|
| Name:<br>Address<br>Social Security No. (if individual)<br>**or**<br>or Employer I.D. No.:<br>Attach W-9 for New Vendor Set up | **Lorraine C. Minnite**<br>**11 Meadow Lane, West Deptford NJ  08096** |

| **CHARGE TO:** | |
|---|---|
| Name of Client:<br>**TX State Conference of the NAACP** | Client/Matter Number:      Non-Earning Matter Number:<br>**- 131285** |
| General Ledger Number: | Explanation for check stub: _Expert report fees._ |

A copy of the invoice MUST be attached to this check request.
All FIRM CHARGES must be approved by the appropriate practice group Leader, or Head of Infrastructure.

| **FOR FINANCE DEPARTMENT USE ONLY:** | **APPROVED BY:** |
|---|---|
| Vendor No.: _219741_<br>Address ID No.: _____ | Name: _____<br>Employee PIN/ID#: _____<br>(All check requests **MUST** be signed) |

_2133724_

11 Meadow Lane
West Deptford, New Jersey 08096
July 22, 2014


Ezra D. Rosenberg
Dechert, LLP
Suite 500
902 Carnegie Center
Princeton, New Jersey 08540-6531

Re: Invoice

Dear Ezra:

I write to request payment for 60 hours of consulting work preparing an expert report on voter fraud for *Marc Veasey et al. v. Rick Perry, et al., U.S.D.C. for S.D.TX, Docket No. 2:13-cv-00193*, at a rate of $100 per hour, or $6,000.00.

The chart on the next page details the days and hours and the activity conducted between June 5 and June 27, 2014. The first draft of my report was delivered on June 25, 20014, and the report finalized and submitted on June 27, 2014. I've enclosed a W-9; the check should be sent to me at the above address.

In addition to my invoice, I enclose a receipt for a FedEx shipment of documents from me to the Brennan Center. When I sent these documents I was at a conference in Montreal. I was so rushed that I ran from my room to the lobby of the hotel to meet the FedEx driver without my wallet. My friend, Frances Piven, was there and offered to pay the driver for me, using her credit card, so the reimbursement of $187.28 goes to her. Frances' address is P.O. Box N, Millerton, New York 12546. If you would prefer I reimburse her and then have you reimburse me, let me know – my signature is on the receipt, but the credit card number is hers. I've enclosed a W-9 for Frances.

Curtis Williams, my Research Assistant, is sending you his invoice and W-9 under separate cover.

Please do not hesitate to contact me if you have any questions or require further information. It's been a pleasure working with you and the team at the Brennan Center.

Sincerely yours,

*Lorraine C. Minnite*

Lorraine C. Minnite


enc.

**Consulting Record/Minnite, 6/5/14-6/27/14**

| Date | Hours | Activity |
|---|---|---|
| 6/5/14 | 1.0 | Conference call/preparation of scope of research |
| 6/6/14 | 1.0 | Recruitment of Research Assistant (Curtis Williams) |
| 6/7/14 | 4.0 | Research/review of news reports |
| 6/8//14 | 4.0 | Research/review of news reports |
| 6/9/14 | 4.0 | Research/review of news reports |
| 6/10/14 | 4.0 | Research/review of various Texas websites and documents |
| 6/11/14 | 4.0 | Research/review of various websites and documents |
| 6/13/14 | 1.0 | Meeting to train Research Assistant |
| 6/15/14 | 4.0 | Research and review of documents sent by counsel |
| 6/16/14 | 4.0 | Research/review of news reports and additional legal documents |
| 6/17/14 | 4.0 | Research/review of news reports and additional legal documents |
| 6/19/14 | 2.0 | Research and report writing |
| 6/21/14 | 2.0 | Research and report writing |
| 6/24/14 | 3.0 | Research and report writing |
| 6/25/14 | 2.0 | Research and report writing/Sent first draft of report |
| 6/26/14 | 8.0 | Report revisions/telephone conferences w/counsel |
| 6/27/14 | 8.0 | Report revisions/telephone conferences w/counsel |
|  |  |  |
| **TOTAL** | **60.0** |  |

kwiktag®   162 797 157

## CHECK DISBURSEMENT REQUEST

Please Fax to (215) 655-2411 or Email allaccountspayable@dechert.com

| | | |
|---|---|---|
| Requesting Attorney Name: **Ezra D. Rosenberg** | Office: **Princeton** | Ext:   **3222** |
| Requesting Attorney Personal ID Number:   **936500** | | |
| Signature: | | |
| Requesting Name:   *Joni Whipple* | Office: | Ext.: |
| Requesting Personal ID Number: | | |

Send check to:
☐ **Direct to vendor per address below**
☒ **Individual requesting check**
☐ **Other**

| | | |
|---|---|---|
| Date of Request: | | Amount: **$187.28** |
| Payment Due Date: | | |
| Is immediate payment required? | If YES, please state reason for immediate payment (vendor invoices are normally paid in accordance with agreed upon payment terms, which is normally 30 days from invoice date). | |

### PAYEE:

| | |
|---|---|
| Name:<br>Address<br>Social Security No. (if individual)<br>**or**<br>or Employer I.D. No.:<br>Attach W-9 for New Vendor Set up | **Frances Fox Piven**<br>**P.O. Box N, 37 Ressequie Rd., Millerton, NY  12546** |

### CHARGE TO:

| | | |
|---|---|---|
| Name of Client:<br>**TX State Conference of the NAACP** | Client/Matter Number:<br>**- 131285** | Non-Earning Matter Number: |
| General Ledger Number: | Explanation for check stub:  Costs of FedEx costs to Brennan Center | |

A copy of the invoice MUST be attached to this check request.
All FIRM CHARGES **must be approved** by the appropriate practice group Leader, or Head of Infrastructure.

| FOR FINANCE DEPARTMENT USE ONLY: | APPROVED BY |
|---|---|
| Vendor No.:   *219740* | Name: |
| Address ID No.: | Employee PIN/ID#: |
| | (All check requests **MUST** be signed) |

*2133727*

11 Meadow Lane
West Deptford, New Jersey 08096
July 22, 2014


Ezra D. Rosenberg
Dechert, LLP
Suite 500
902 Carnegie Center
Princeton, New Jersey 08540-6531

Re: Invoice

Dear Ezra:

I write to request payment for 60 hours of consulting work preparing an expert report on voter fraud for *Marc Veasey et al. v. Rick Perry, et al., U.S.D.C. for S.D.TX, Docket No. 2:13-cv-00193*, at a rate of $100 per hour, or $6,000.00.

The chart on the next page details the days and hours and the activity conducted between June 5 and June 27, 2014. The first draft of my report was delivered on June 25, 20014, and the report finalized and submitted on June 27, 2014. I've enclosed a W-9; the check should be sent to me at the above address.

In addition to my invoice, I enclose a receipt for a FedEx shipment of documents from me to the Brennan Center. When I sent these documents I was at a conference in Montreal. I was so rushed that I ran from my room to the lobby of the hotel to meet the FedEx driver without my wallet. My friend, Frances Piven, was there and offered to pay the driver for me, using her credit card, so the reimbursement of $187.28 goes to her. Frances' address is P.O. Box N, Millerton, New York 12546. If you would prefer I reimburse her and then have you reimburse me, let me know – my signature is on the receipt, but the credit card number is hers. I've enclosed a W-9 for Frances.

Curtis Williams, my Research Assistant, is sending you his invoice and W-9 under separate cover.

Please do not hesitate to contact me if you have any questions or require further information. It's been a pleasure working with you and the team at the Brennan Center.

Sincerely yours,

Lorraine C. Minnite

7/28/14

enc.

**FedEx Express** — International Air Waybill / Lettre de transport aérien internationale

**1 From / Expéditeur**

Date: 6/26/14

Sender's Name / Nom de l'expéditeur: LORRAINE PINNITE

Phone / Téléphone: (917) 684-4456

Address / Adresse: 1415 St. HUPERT

City / Ville: MONTREAL

Province: QC   Country: CANADA   Postal Code / Code postal: H2L3H1

**2 To / Destinataire**

Recipient's Name / Nom du destinataire: JENNIFER CLARK

Company / Nom de la société: BRENNAN CENTER for JUSTICE

Address / Adresse: 161 Avenue of the Americas

Phone / Téléphone: (585) 750-1724

City / Ville: New York   State: NY   ZIP/Postal Code: 10013   Country: U.S.A.

**4 Shipment Information / Informations sur l'envoi**

Total Packages: 10   Total Weight: 1 lb   Total Declared Value: USD

Commodity Description: Legal Documents

**5 Express Package Service** — FedEx International Priority

**9 Required Signature / Signature requise:** Frances C. Marne

FedEx Acct No.: 4266 8413 3568 2466

8678 8450 6226

0412

511

Paid by Frances Piven

187.28

Ship and track packages at fedex.ca
Faites vos envois et leur suivi à fedex.ca

kwiktag® 162 797 329

# ASSURED
### CIVIL PROCESS AGENCY

5926 BALCONES DR., STE. 290
AUSTIN, TEXAS 78731

(512) 477-2681
(FAX) 477-6526

July 1, 2014

ZC03118

JOANNA JONES
DECHERT LLP
300 W. 6TH ST
SUITE 2010
AUSTIN, TX 78701

RECEIVED
JUL 25 2014
ACCOUNTS PAYABLE

## STATEMENT

VEASEY, ET AL
V.
PERRY, ET AL

DEF/WIT:
EDNA DAVIS

| | |
|---|---|
| SUBPOENA: | $ 90.00 |
| WITNESS TENDER: | 40.00 |

| | |
|---|---|
| TOTAL DUE: | $ 130.00 |

APPROVED: _____
ID #: _____
DATE: 7/15/14
MATTER #: 131285
DESC.: TX Voter ID

INVOICE REFLECTS PROJECT FEES, NOT SERVICE COMPLETION.
PAYMENT IS DUE UPON RECEIPT.

2135362

20756 #2

kwiktag® 162 797 342

# CHECK DISBURSEMENT REQUEST

| Please Fax to (215)-655-2411 or Email allaccountspayable@dechert.com | | | |
|---|---|---|---|
| Requesting Attorney Name: **Ezra D. Rosenberg**<br>Requesting Attorney Personal ID Number: **936500**<br>Signature: _____ | | Office: **Princeton** | Ext: **3222** |
| Requesting Name:<br>Requesting Personal ID Number: | | Office: | Ext.: |
| Send check to:   ☐ Direct to vendor per address below<br>☒ Individual requesting check<br>☐ Other | | | |
| Date of Request: | | Amount: **$750.00** | |
| Payment Due Date: | | | |
| Is immediate payment required? | If YES, please state reason for immediate payment (vendor invoices are normally paid in accordance with agreed upon payment terms, which is normally 30 days from invoice date). | | |

| PAYEE: | |
|---|---|
| Name:<br>Address<br>Social Security No. (if individual)<br>or<br>or Employer I.D. No.:<br>Attach W-9 for New Vendor Set up | **Curtis M Williams II**<br>**28 Chiari Lane, Seabrook, NJ  08302** |

| CHARGE TO: | |
|---|---|
| Name of Client:<br>**Texas State Conf. of the NAACP** | Client/Matter Number:            Non-Earning Matter Number:<br>- 131285 |
| General Ledger Number: | Explanation for check stub:  Expert consulting fees for period 6/10/2014 through 6/19/14 |

A copy of the invoice MUST be attached to this check request.

All FIRM CHARGES **must be approved** by the appropriate practice group Leader, or Head of Infrastructure.

| FOR FINANCE DEPARTMENT USE ONLY: | APPROVED BY: |
|---|---|
| Vendor No.:    *219763*<br>Address ID No.: | Name: _____<br>Employee PIN/ID#: _____<br>(All check requests **MUST** be signed) |

2135408

# MEMORANDUM

#131285

To:   Mr. Ezra D. Rosenberg, Esq.
      Dechert, LLP
      Suite 500
      902 Carnegie Center
      Princeton, NJ 08540-6531

From: Curtis M. Williams II

Re:   *Marc Veasey et al. v. Rick Perry et al. U.S.D.C. for S.D. TX, Docket No. 2:13-cv-00193*

Date: 7/31/2014

Attached,

Please find an invoice for services provided as a Research Assistant to Lori Minnite on the above referenced case. Also attached is a copy of the W-9 form.

Please send payment to:

                    Curtis M. Williams II
                    28 Chiari Lane
                    Bridgeton, NJ 08302-6676

Thank you,

Curtis Williams II

*Please process for payment*
8/6/14

**INVOICE**
**Curtis M. Williams II**
28 Chiari Lane
Seabrook, NJ 08302

| SSN | 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 | | | |
|---|---|---|---|---|
| Date | Start time | End time | Hours | Work performed |
| 6/10/14 | 1:00 PM | 3:30 PM | 2.5 | Read background material |
| 6/12/14 | 1:00 PM | 3:30 PM | 2.5 | Read background material/research Texas Legislature website |
| 6/13/14 | 1:00 PM | 2:00 PM | 1 | Meet with Lori |
| 6/13/14 | 3:00 PM | 4:30 PM | 1.5 | Read background material/Compose table for discovery docs. |
| 6/16/14 | 10:00 AM | 11:00 AM | 1 | Analyze discovery documents |
| 6/16/14 | 1:00 PM | 3:30 PM | 2.5 | Analyze discovery documents |
| 6/17/14 | 11:30 AM | 12:30 PM | 1 | Analyze discovery documents |
| 6/17/14 | 2:30 PM | 5:30 PM | 3 | Analyze discovery documents |
| 6/18/14 | 10:30 AM | 1:30 PM | 3 | Analyze discovery documents |
| 6/18/14 | 2:30 PM | 4:30 PM | 2 | Analyze discovery documents |
| 6/19/14 | 11:15 AM | 4:15 PM | 5 | Analyze discovery documents |
| | | | | |
| **TOTAL HOURS** | | | 25 | |
| **RATE PER HOUR** | | $30.00 | | |
| | | | | |
| **AMOUNT DUE** | | $750.00 | | |

kwiktag ®      162 796 524

# INVOICE

U.S. Legal Support
Austin Centre
701 Brazos, Suite 380
Austin, TX 78701
Phone:512-292-4249   Fax:512-292-3866

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 91403308 | 8/5/2014 | 166533 |
| **Job Date** | **Case No.** | |
| 7/31/2014 | 2:13-CV-193 (NGR) | |
| **Case Name** | | |
| Marc Veasey, et al v. Rick Perry, et al | | |
| | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Amy Rudd
Dechert, LLP
300 West Sixth Street
Suite 2010
Austin, TX 78701

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Sammie Louise Bates | | 84.00 Pages | @ | 4.20 | 352.80 |
| 2-DAY RUSH | | | | | 298.20 |
| Exhibit | | 8.00 Pages | @ | 0.45 | 3.60 |
| e-cd | | | | 35.00 | 35.00 |
| Delivery Regular | | | | 15.00 | 15.00 |

(TAXABLE $704.60)

RECEIVED
AUG 12 2014
ACCOUNTS PAYABLE

TOTAL DUE >>>   **$704.60**
AFTER 9/19/2014 PAY   $775.06

Thank you for your business.  If you have any questions, please call 713-653-7100,
Ex. 3848 or email inquiries to dwilliams@uslegalsupport.com

*handwritten: TX Voter ID - deposition*
*MATTER #*
*DATE*
*ID #  131285*
*8/12/14*
*APPROVED  677743*

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238                                    Phone: 512-394-3000    Fax:215-655-2411

*Please detach bottom portion and return with payment.*

Amy Rudd
Dechert, LLP
300 West Sixth Street
Suite 2010
Austin, TX 78701

Job No.    : 166533          BU ID        :4-AUSTIN
Case No.   : 2:13-CV-193 (NGR)
Case Name  :  Marc Veasey, et al v. Rick Perry, et al

Invoice No. : 91403308      Invoice Date  :8/5/2014
**Total Due  : $ 704.60**
AFTER 9/19/2014 PAY  $775.06

Remit To:  **U.S. Legal Support**
**Texas Records & Reporting**
**P.O. Box 952172**
**Dallas, TX  75395-2172**

*handwritten: 2135909*

**PAYMENT WITH CREDIT CARD**     AMEX   [logo]   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:

*handwritten: 121044*

kwiktag ®     162 796 525

# INVOICE

U.S. Legal Support
Austin Centre
701 Brazos, Suite 380
Austin, TX 78701
Phone:512-292-4249   Fax:512-292-3866

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 91403286 | 8/4/2014 | 166541 |
| **Job Date** | **Case No.** | |
| 8/1/2014 | 2:13-CV-193 (NGR) | |
| **Case Name** | | |
| Marc Veasey, et al v. Rick Perry, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Lindsey Cohan
Dechert, LLP
300 West Sixth Street
Suite 2010
Austin, TX 78701

APPEARANCE FEE/LATE CANCELLATION
Edna Davis
    Late Cancellation                                                          125.00        125.00
    Mileage Fee                              190.00        @        0.55       104.50
(TAXABLE $104.50)

RECEIVED

AUG 12 2014

ACCOUNTS PAYABLE

TOTAL DUE  >>>                    **$229.50**
AFTER 9/18/2014 PAY            $252.45

Thank you for your business.  If you have any questions, please call 713-653-7100,
Ex. 3848 or email inquiries to dwilliams@uslegalsupport.com

APPROVED: _____
ID #: 977743
DATE: 8/12/14
MATTER #: 131285
DESC. TX Voter ID - deposition

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID: 76-0523238**                                Phone: 512-394-3000   Fax:215-655-2411

*Please detach bottom portion and return with payment.*

Lindsey Cohan
Dechert, LLP
300 West Sixth Street
Suite 2010
Austin, TX 78701

Job No.    : 166541          BU ID       :4-AUSTIN
Case No.   : 2:13-CV-193 (NGR)
Case Name  : Marc Veasey, et al v. Rick Perry, et al

Invoice No. : 91403286          Invoice Date : 8/4/2014
**Total Due  : $ 229.50**
AFTER 9/18/2014 PAY  $252.45

| PAYMENT WITH CREDIT CARD | AMEX | VISA |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date: | Phone#: | |
| Billing Address: | | |
| Zip: | Card Security Code: | |
| Amount to Charge: | | |
| Cardholder's Signature: | | |

Remit To:  **U.S. Legal Support**
           **Texas Records & Reporting**
           **P.O. Box 952172**
           **Dallas, TX  75395-2172**

2135910

121044

**Whipple, Joni**

| | |
|---|---|
| **From:** | Rosenberg, Ezra |
| **Sent:** | Monday, August 04, 2014 9:53 PM |
| **To:** | Whipple, Joni |
| **Subject:** | Fwd: Amtrak: eTicket and Receipt for Your 08/04/2014 Trip - EZRA ROSENBERG |
| **Attachments:** | Rosenberg Ezra 201408011449090922.pdf; ATT00001.htm |

for t & e

Sent from my iPad

Begin forwarded message:

> **From:** "etickets@amtrak.com" <etickets@amtrak.com>
> **Date:** August 1, 2014 at 2:49:09 PM EDT
> **To:** "Rosenberg, Ezra" <ezra.rosenberg@dechert.com>
> **Subject: Amtrak: eTicket and Receipt for Your 08/04/2014 Trip - EZRA ROSENBERG**

SALES RECEIPT

**AMTRAK**

Purchased: 08/01/2014 11:49 AM PTThank you for your purchase.

1. Retain this receipt for your records.
2. Print the attached eTicket and carry during your trip.

Merchant ID 0073360 Massachusetts AvenueWashington, DC 20002800-USA-RAILAmtrak.com

Reservation Number - 6BAA34TRENTON, NJ - WASHINGTON, DC (Round-Trip)AUGUST 1, 2014
Billing Information
EZRA ROSENBERG109 W PROSPECT STHOPEWELL, NJ 08525-

American Express ending in 8003 (Purchase)Authorization Code 225122
Total $259.00

Purchase Summary - Ticket Number 2130733061819
Train 95: TRENTON, NJ - WASHINGTON, DCDepart 11:30 AM, Monday, August 4, 2014
1 RESERVED COACH SEAT
$139.00
Subtotal
$139.00
Train 2126: WASHINGTON, DC - TRENTON, NJDepart 7:00 PM, Tuesday, August 5, 2014
1 ACELA EXPRESS BUSINESS CL SEAT
$120.00
Ticket Terms & ConditionsACELA EXPRESS SERVICE, NO PARTIAL REFUND IF USED ON OTHER
SERVICE
Subtotal
$120.00
Total Charged by Amtrak
$259.00

Passengers
Ezra Rosenberg
Important Information

- Tickets are non-transferrable.
- Changes to your itinerary may affect your fare.
- Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply. If yo
  travel plans change, call us before departure to change your reservation. If you do not board your trai
  your entire reservation from that point will be canceled. If you board a different train without notifyin
  us, you will have to pay for it separately; the conductor cannot apply the money paid for your prior
  reservation. For all travel on or after March 1, 2014, for most Acela Express Business class reservatio
  and Reserved Coach class reservations, you must cancel your reservation at least 24 hours prior to the
  train's departure in order to be eligible for a full refund. If the reservation is canceled within 24 hours
  departure, a refund fee will apply. If the reservation is not canceled prior to scheduled departure ("no
  show"), the entire amount paid for the reservation will be forfeited. See the refund/exchange policy a
  Amtrak.com/refund.
- Summary of Conditions of Contract: Ticket valid for carriage or refund (subject to the refund rules of
  the fare purchased) for twelve months after date of issue unless otherwise specified. Amtrak tickets m
  only be sold or issued by Amtrak or an authorized travel agent/tour operator. Tickets sold or issued b
  an unauthorized third party will be voided by Amtrak. This ticket is a contract of carriage between
  Amtrak and the ticket holder, which is subject to specific terms and conditions, which are available fo
  inspection at Amtrak ticket counters, on the Amtrak website at Amtrak.com/conditionsofcontract, or
  calling 1-800-USA-RAIL. Tickets sold for non-Amtrak service are subject to the tariffs of the provid
  carrier.
- Questions? Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or
  TDD/TTY (1-800-523-6590).



**Whipple, Joni**

| | |
|---|---|
| **From:** | Rosenberg, Ezra |
| **Sent:** | Monday, August 04, 2014 9:53 PM |
| **To:** | Whipple, Joni |
| **Subject:** | Fwd: Amtrak: eTicket and Receipt for Your 08/04/2014 Trip - EZRA ROSENBERG |
| **Attachments:** | Rosenberg Ezra 201408011449090922.pdf; ATT00001.htm |

for t & e

Sent from my iPad

Begin forwarded message:

> **From:** "etickets@amtrak.com" <etickets@amtrak.com>
> **Date:** August 1, 2014 at 2:49:09 PM EDT
> **To:** "Rosenberg, Ezra" <ezra.rosenberg@dechert.com>
> **Subject: Amtrak: eTicket and Receipt for Your 08/04/2014 Trip - EZRA ROSENBERG**

SALES RECEIPT

**AMTRAK**

Purchased: 08/01/2014 11:49 AM PTThank you for your purchase.

1. Retain this receipt for your records.
2. Print the attached eTicket and carry during your trip.

Merchant ID 0073360 Massachusetts AvenueWashington, DC 20002800-USA-RAILAmtrak.com

Reservation Number - 6BAA34TRENTON, NJ - WASHINGTON, DC (Round-Trip)AUGUST 1, 2014
Billing Information
EZRA ROSENBERG109 W PROSPECT STHOPEWELL, NJ 08525-

---

American Express ending in 8003 (Purchase)Authorization Code 225122
Total $259.00

---

Purchase Summary - Ticket Number 2130733061819
Train 95: TRENTON, NJ - WASHINGTON, DCDepart 11:30 AM, Monday, August 4, 2014
1 RESERVED COACH SEAT
$139.00
Subtotal
$139.00
Train 2126: WASHINGTON, DC - TRENTON, NJDepart 7:00 PM, Tuesday, August 5, 2014
1 ACELA EXPRESS BUSINESS CL SEAT
$120.00
Ticket Terms & ConditionsACELA EXPRESS SERVICE, NO PARTIAL REFUND IF USED ON OTHER
SERVICE
Subtotal
$120.00
Total Charged by Amtrak
$259.00

Passengers
Ezra Rosenberg
Important Information

- Tickets are non-transferrable.
- Changes to your itinerary may affect your fare.
- Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply. If yo
  travel plans change, call us before departure to change your reservation. If you do not board your trai
  your entire reservation from that point will be canceled. If you board a different train without notifyir
  us, you will have to pay for it separately; the conductor cannot apply the money paid for your prior
  reservation. For all travel on or after March 1, 2014, for most Acela Express Business class reservatic
  and Reserved Coach class reservations, you must cancel your reservation at least 24 hours prior to the
  train's departure in order to be eligible for a full refund. If the reservation is canceled within 24 hours
  departure, a refund fee will apply. If the reservation is not canceled prior to scheduled departure ("no
  show"), the entire amount paid for the reservation will be forfeited. See the refund/exchange policy at
  Amtrak.com/refund.
- Summary of Conditions of Contract: Ticket valid for carriage or refund (subject to the refund rules of
  the fare purchased) for twelve months after date of issue unless otherwise specified. Amtrak tickets m
  only be sold or issued by Amtrak or an authorized travel agent/tour operator. Tickets sold or issued by
  an unauthorized third party will be voided by Amtrak. This ticket is a contract of carriage between
  Amtrak and the ticket holder, which is subject to specific terms and conditions, which are available fo
  inspection at Amtrak ticket counters, on the Amtrak website at Amtrak.com/conditionsofcontract, or l
  calling 1-800-USA-RAIL. Tickets sold for non-Amtrak service are subject to the tariffs of the provid
  carrier.
- Questions? Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or
  TDD/TTY (1-800-523-6590).



# Taxi Cab Receipts

**DATE:** 8/4    **TIME:** _____

**TRIP ORIGIN:** _Unum Stn_

**DESTINATION:** _W West_

**FARE:** $ _18.00_    **SIGNATURE** _____

---

# TAXICAB RECEIPT

**Time:** _____
**Date:** 8/5/14
**Origin of trip:** _1401 Hyatt_
**Destination:** _1375 Rd Rd_
**Fare:** $_0.00_    **Sign:** _____

---

# TAXICAB RECEIPT

**Time:** _____
**Date:** 8/5
**Origin of trip:** _1875 Rd Rd_
**Destination:** _Union Stn_
**Fare:** $_13.00_    **Sign:** _____

# Taxi Cab Receipts

DATE: 8/4   TIME:

TRIP ORIGIN: _Henm Shb_

DESTINATION: _Hl Hotel_

FARE: $ _18.00_   SIGNATURE


## TAXICAB RECEIPT

Time:

Date: 8/5/14

Origin of trip: _Hot 1401 Hyatt_

Destination: _Uptown Park_

Fare: _$20.00_   Sign:


## TAXICAB RECEIPT

Time:

Date: 8/5

Origin of trip: _1875 Pa Ave_

Destination: _Union Stn_

Fare: _$13.00_   Sign:

# Taxi Cab Receipts

DATE: _8/4_   TIME: _____

TRIP ORIGIN: _Hairm Shp_

DESTINATION: _W West_

FARE: $ _18.00_   SIGNATURE

## TAXICAB RECEIPT

Time: _____
Date: _8/5/14_
Origin of trip: _Hot 1401 Airport_
Destination: _CVS La Care_
Fare: _$0.00_   Sign: _____

## TAXICAB RECEIPT

Time: _____
Date: _8/5_
Origin of trip: _1871 Pa Ave_
Destination: _Union Stn_
Fare: _$13.00_   Sign: _____

Trenton Park and Ride
458 Greenwood Avenue
Trenton, New Jersey
609.599.9614 or Fax 609.599.2802
Email: info@trentongarage.com

Rcpt# 25786
08/05/14 21:13   L#28 A#  1   Txn#11b212
08/04/14 11:23 In   08/05/14 21:13 Out
Tkt# 416538
Fee .......1       $ 28.00
Total Fee          $ 28.00
VISA               $ 28.00-
XXXXXXXXXXXX6696
Change Due         $ 0.00
Thank You for parking with us! ! !
For information on daily/monthly
parking rates or train schedules
WWW.TRENTONPARKANDRIDE.COM

**W Washington DC**
**515 15th Street, NW**
**Washington, DC 20004**
**202-661-2400**
**http://www.whotels.com/**



**W HOTELS**

| | | | | | |
|---|---|---|---|---|---|
| Rosenberg, Ezra | Page Number | 1 | Invoice Nbr | 1000166880 |
| Altria/sp | Guest Number | 412141 | Arrive Date | 08-04-2014 16:37 |
| 109 W Prospect St | Folio ID | A | Depart Date | 08-05-2014 12:43 |
| Hopewell, NJ 08525-1911 | No. Of Guest | 1 | Agent | DILNTAS |
| | Room Number | 403 | | |
| | Club Account | SPG - P50445500744 | | |

**Duplicate Invoice**

| Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 08-04-2014 | RT403 | Room Charge | $395.10 | |
| 08-04-2014 | RT403 | Occupancy/Tourism | $57.29 | |
| 08-04-2014 | 52966688 | Marina | $225.00 | |
| 08-04-2014 | 943A | 605-475-4000 0004 19:18 | $14.70 | |
| 08-04-2014 | 946A | 605-475-4000 0022 19:21 | $55.20 | |
| 08-04-2014 | 3752 | In Room Dining | $45.71 | |
| 08-05-2014 | AX | American Express | | $-793.00 |
| 08-08-2014 | AX | American Express | | $-0.00 |
| | | ** Total | $793.00 | $-793.00 |
| | | ** Balance | $0.00 | |

      For your convenience, we have prepared this zero-balance folio indicating a $0 balance on your account. Please be advised that any charges not reflected on this folio will be charged to the credit card on file with the hotel.  While this folio reflects a $0 balance, your credit card may not be charged until after your departure.  You are ultimately responsible for paying all of your folio charges in full.

Did you have a wonderful time? Please let me know, gmolivierservat@whotels.com

Continued on the next page

W Washington DC
515 15th Street, NW
Washington, DC 20004
202-661-2400
http://www.whotels.com/



| | | | | | |
|---|---|---|---|---|---|
| Rosenberg, Ezra | Page Number | 2 | Invoice Nbr | 1000166880 |
| Altria/sp | Guest Number | 412141 | Arrive Date | 08-04-2014 16:37 |
| 109 W Prospect St | Folio ID | A | Depart Date | 08-05-2014 12:43 |
| Hopewell, NJ 08525-1911 | No. Of Guest | 1 | Agent | DILNTAS |
| | Room Number | 403 | | |
| | Club Account | SPG - P50445500744 | | |

Duplicate Invoice

---

0.00
0.00
0.00
0.00
0.00

**EXPENSE SUMMARY REPORT**
Currency: USD

| Date | Room | Room Tax | Food /Bev | Telecom | Wheels | Other | Total | Payment |
|---|---|---|---|---|---|---|---|---|
| 08-04-2014 | $395.10 | $0.00 | $0.00 | $69.90 | $0.00 | $328.00 | $793.00 | $0.00 |
| 08-05-2014 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $-793.00 |
| Total | $395.10 | $0.00 | $0.00 | $69.90 | $0.00 | $328.00 | $793.00 | $-793.00 |


          Thank you for choosing Starwood Hotels We look forward to welcoming
you back soon! Tell us about your stay. www.whotels.com/reviews

Tell us about your stay. www.whotels.com/reviews


          Signature_____

**The St. Regis Houston**
**1919 Briar Oaks Lane**
**Houston, TX 77027**
**713-840-7600**
**http://www.stregis.com**



**ST REGIS**

| Mrs Rudd, Amy | Page Number | 1 | Invoice Nbr | 1000084297 |
|---|---|---|---|---|
| 5908 DOWN VALLEY CT | Guest Number | 871050 | Arrive Date | 07-28-2014 20:22 |
| AUSTIN, TX 78731-3665 | Folio ID | A | Depart Date | 07-29-2014 08:25 |
| | No. Of Guest | 2 | Agent | HVERGARA |
| | Room Number | 923 | | |
| | | Invoice | | |

| Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 07-28-2014 | 923 | Valet Parking | $31.39 | |
| 07-28-2014 | RT923 | Room Chrg Retail | $560.00 | |
| 07-28-2014 | RT923 | County Tax | $22.40 | |
| 07-28-2014 | RT923 | City/Local Tax | $39.20 | |
| 07-28-2014 | RT923 | Occupancy/Tourism Tax | $33.60 | |
| 07-28-2014 | 3227 | Room Service | $55.02 | |
| 07-29-2014 | G076 | Concession Business Ctr | $6.00 | |
| 07-29-2014 | G076 | Commission Tax | $0.50 | |
| 07-29-2014 | AX | American Express | | $-748.11 |
| | | ** Total | $748.11 | $-748.11 |
| | | ** Balance | $0.00 | |

***For Authorization Purpose Only***

AL RUDD

| Date | Credit Card | Code | Authorized |
|---|---|---|---|
| 07-28-2014 | XXXX2036 | 529822 | 784.00 |

0.00
0.00
0.00
0.00
0.00

**Tell us about your stay. www.stregis.com/reviews**

Signature_____

## Thank you for using the Business Center at St. Regis Houston

BUSINESS CENTER RECEIPT

B&W Copies:                    $2.00   (  5 @ $0.40 each)

---------------------------------------------------
Total Payment:                 $2.00

Payment Method: Credit Card
                Card ending with 2036
Payment Date: 2014-07-29


First 5 B&W Copies Free for Registered Guests Per 24 Hours Minimum Charge:
1.00

### Support: 877-410-4593
### www.elevenwireless.com

```
        STARBUCKS Store #11698
          501 B Hwy 71 West
        Bastrop, TX (512) 321-8051
-----------------------------------------
            CHK 664560
         07/28/2014 06:25 PM
       2018706   Drawer: 2  Reg: 2
-----------------------------------------
   Ethos Water 700M1          1.95
   Gr Pike Place               2.10
   Visa                        4.22
   XXXXXXXXXXXXX7064

   Subtotal                   $4.05
   Tax 8.25%                  $0.17
   Total                      $4.22
   Change  Due                $0.00

---------- Check Closed ---------------
       07/28/2014 06:25 PM



     TREAT RECEIPT IS BACK!
   Make a purchase before 2 p.m.
   then show your receipt after
   2 p.m. the same day to get any
    cold Grande drink for $2
        + applicable tax.
     Select US stores only.
```

```
           STARBUCKS Store #6276
          4520 San Felipe Suite 300
          Houston, TX (713) 960-0021
------------------------------------------------
               CHK 708726
            07/29/2014 08:31 AM
         2023995   Drawer: 2  Reg: 1
------------------------------------------------
        Gr Dark Roast            2.10
        Visa                     2.27
        XXXXXXXXXXXX7064

        Subtotal                $2.10
        Tax 8.25%               $0.17
        Total                   $2.27
        Change  Due            $0.00

       ----------- Check Closed -----------
            07/29/2014 08:31 AM



          TREAT RECEIPT IS BACK!
        Make a purchase before 2 p.m.
         then show your receipt after
        2 p.m. the same day to get any
           cold Grande drink for $2
              + applicable tax.
           Select US stores only.
```

```
           STARBUCKS Store #13963
             8420 Katy Freeway 500
          Spring Valley, TX (713) 827-1350
     ---------------------------------------
                  CHK 696047
              07/29/2014 04:06 PM
          2025794   Drawer: 2  Reg: 3
     ---------------------------------------
              Drive Thru
         Tl Pike Place          1.75
           With Cream
         Ethos Water 700Ml      1.95
         Visa                   3.84
         XXXXXXXXXXXX7064

         Subtotal              $3.70
         Tax 8.25%             $0.14
         Total                 $3.84
         Change Due          $0.00

     ---------- Check Closed ---------------
              07/29/2014 04:06 PM




            TREAT RECEIPT IS BACK!
         Make a purchase before 2 p.m.
         then show your receipt after
         2 p.m. the same day to get any
            cold Grande drink for $2
              + applicable tax.
            Select US stores only.
```

**INSERT THIS END UP**

07/31/14 12:31 E2
TICKET-No: 20596519

15.00





**how do you roll?**

2nd St.

## AMY

| | |
|---|---|
| Host: sara | 07/31/2014 |
| AMY | 12:40 PM |
| REPRINT# 1 | 10035 |

| | |
|---|---|
| Custom Roll | 7.00 |
| Custom Roll | 7.00 |

| | |
|---|---|
| Subtotal | 14.00 |
| Tax | 1.16 |

**TO GO Total        15.16**

Visa #XXXXXXXXXXXX7064          15.16
  Auth:254838

Tip       :_____

TOTAL     :_____
                    TOTAL    :_____

SIGNATURE :  _____      ____

Check us out on the web:
www.howdoyouroll.com
Thanks for rollin' with us!

--- Check Closed ---

**Passenger Receipt**  **AMY LYNNE RUDD**

| Depart | Arrive | Date | Flight # | Class of Service |
|---|---|---|---|---|
| Bergstrom Intl Arpt, TX | Ronald Reagan National Arpt, DC | 08/04/2014 12:30 PM | WN2475 | K - Economy class |

| | | Ticket Number | : 5262433689573 |
|---|---|---|---|
| FARE | : $552.56 | | |
| TAXES | : $55.54 | | |
| TICKET TOTAL | : $608.10 | | |
| **PAID** | : **$608.10** | | |

| Ticket Issued | :07/24/2014 | Endorsement Restrictions |
|---|---|---|
| Days In Advance | :10 | TRANSPORTATION SUBJECT TO TERMS OF CARRIAGE PRINTED INSIDE OF TICKET JACKET |
| Issued By | :Carlson Wagonlit Travel (Dechert LLP) | |

| Passenger Receipt | RUDD/AMY LYNNE |
|---|---|

| FARE | : | $486.10 | | |
|---|---|---|---|---|
| TAXES | : | $0.00 | **Ticket Number** | : 0017410209065 |
| TICKET TOTAL | : | $486.10 | | |
| **PAID** | : | **$486.10** | | |

| Ticket Issued | :07/25/2014 | **Endorsement Restrictions** |
|---|---|---|
| Days In Advance | :0 | NONREF-SVCCHGPLUSFAREDIF-CXL BY FLT TIME OR NOVALUE |
| Issued By | :Carlson Wagonlit Travel (Dechert LLP) | TRANSPORTATION SUBJECT TO TERMS OF CARRIAGE PRINTED INSIDE OF TICKET JACKET |



**Passenger Receipt**   **RUDD/AMY LYNNE**

| Depart | Arrive | Date | Flight # | Class of Service |
|---|---|---|---|---|
| Ronald Reagan National Arpt, DC | Dallas Ft Worth Intl, TX | 08/05/2014 7:15 PM | AA2237 | P |
| Dallas Ft Worth Intl, TX | Bergstrom Intl Arpt, TX | 08/05/2014 10:35 PM | AA2386 | P |

| | | | |
|---|---|---|---|
| FARE | : $474.10 | | |
| TAXES | : $0.00 | Ticket Number | : 0017410209111 |
| TICKET TOTAL | : $474.10 | | |
| **PAID** | : **$188.00** | | |

| | | |
|---|---|---|
| Ticket Issued | :08/04/2014 | **Endorsement Restrictions** |
| Days In Advance | :0 | NONREFSVCCHGPLUSFAREDIFCXL BY FLT TIME OR NOVALUENONREFCHG FEEPLUSFAREDIF |
| Issued By | Carlson Wagonlit Travel (Dechert LLP) | TRANSPORTATION SUBJECT TO TERMS OF CARRIAGE PRINTED INSIDE OF TICKET JACKET |



THE JEFFERSON

W A S H I N G T O N  D C

| | |
|---|---|
| Ms Amy Rudd | Room No.      : 512 |
| 300 W 6th St | Arrival         : 08-04-14 |
| Austin TX 78701 | Departure    : 08-05-14 |
| United States | |
| | Page No.     : 1 of 1 |
| INFORMATION INVOICE | Folio No.     : 55201 |
| A/R Number        : | Conf. No.     : 7634458 |
| Group Code        : | Cashier No.  : 73 |
| Company Name    : Dechert LLP - Transient | User ID        : DNGO |

Thank You For Staying With Us

| Date | Description | | Charges | Payments |
|---|---|---|---|---|
| 08-04-14 | Room Service | Room# 512 : CHECK# 0056732 | 16.64 | |
| 08-04-14 | Room Service | Room# 512 : CHECK# 0056754 | 36.84 | |
| 08-04-14 | Room Charge | | 400.00 | |
| 08-04-14 | Tax - Occupancy 14.5% | | 58.00 | |
| 08-05-14 | American Express Payment | XXXXXXXXXXX2036 XX/XX | | 511.48 |
| | Total | | 511.48 | 511.48 |
| | Balance | | | 0.00 |

```
                ANNIES CAFE & BAR
        DNC Travel Hospitality Services
      Austin-Bergstrom International Airport

   Pre-Auth                      Terminal:1
   VISA ***** **** **** 5801


   Auth:06315C
   Tbl:0              Ref: 168991
   Date:8/4/2014      Time:11:15 am
   Invoice:1114199    Name:Margaret
           Approved - Thank You

           Amount:  $13.66


       Tip:  _____

       Total: 13.66


   Cardholder agrees to pay issuer such
     total in accordance with issuer's
       agreement with cardholder.

   Signature
            AMY RUDD

          CUSTOMER COPY
```



2325 08/04 10:50 08/05 23:40 $44.00 2036

**Jones, Joanna**

| | |
|---|---|
| **From:** | Rudd, Amy |
| **Sent:** | Monday, August 04, 2014 12:54 PM |
| **To:** | Jones, Joanna |
| **Subject:** | Fwd: Southwest Airlines WiFi Hotspot Receipt |

For expense report.

Sent from my iPhone

Begin forwarded message:

> **From:** "SouthwestAirlines@wifi.southwest.com" <SouthwestAirlines@wifi.southwest.com>
> **Date:** August 4, 2014 at 12:52:46 PM CDT
> **To:** "Rudd, Amy" <amy.rudd@dechert.com>
> **Subject: Southwest Airlines WiFi Hotspot Receipt**



Thank you for purchasing WiFi on your recent Southwest Airlines flight! We hope you enjoyed using the service, and we look forward to welcoming you onboard again soon!

| | |
|---:|---|
| **Purchased:** | WiFi |
| **Customer:** | Amy Rudd |
| **Date:** | 8/4/2014 12:52 PM (Central) |
| **Flight Number:** | WN2475 |
| **Origin:** | Austin (AUS) |
| **Destination:** | Washington (Reagan National), DC (DCA) |
| **Amount:** | $8.00 |
| **Credit Card:** | AMEX ending in 2036 |

We would LUV to hear from you! For assistance or to provide feedback, please contact us via phone, e-mail, or in writing.



www.southwest.com | Book Air | Book Car | Book Hotel

Sign-up for E-mail Specials | Download DING! | Privacy Policy | Contact Us



**Stay Connected**

Follow us on Twitter and

Become our Facebook fan

This is a post-only mailing from Southwest Airlines. Please do not attempt to reply to this message.
Southwest Airlines
2702 Love Field Drive
Dallas, TX 75201
Copyright 2012 Southwest Airlines Co. All Rights Reserved.

**Jones, Joanna**

| | |
|---|---|
| **From:** | Rudd, Amy |
| **Sent:** | Tuesday, August 05, 2014 8:50 AM |
| **To:** | Jones, Joanna |
| **Subject:** | Fwd: Your Tuesday morning trip with Uber |

For expenses.

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <receipts.washington.DC@uber.com>
> **Date:** August 5, 2014 at 9:40:50 AM EDT
> **To:** "Rudd, Amy" <amy.rudd@dechert.com>
> **Subject: Your Tuesday morning trip with Uber**

U B E R

AUGUST 5, 2014

# $5.59

Thanks for choosing Ub

25% off uberX this summer!



FARE BREAKDOWN

Base Fare

Distance

Time

**Subtotal**

Safe Rides Fee (?)

25% off uberX this summer!

| 09:32am |
|---|
| 1615 M Street Northwest, Washington, DC |

| 09:40am |
|---|
| 1900 K Street Northwest, Washington, DC |

| CAR | MILES | TRIP TIME |
|---|---|---|

| uberX | 0.75 | 00:07:56 |

CHARGED
Personal •••• 2036

$



## You rode with Osita

Issued on behalf of Drinnen

 Uber Support Contact us with questions about your trip. Leave something behind? Track it down.



Give $30, Get $30

Share code: 7312x

**Jones, Joanna**

---

| | |
|---|---|
| **From:** | BostonCoach_DONOTREPLY@bostoncoach.com |
| **Sent:** | Wednesday, August 06, 2014 5:05 PM |
| **To:** | Jones, Joanna |
| **Subject:** | Receipt: Reservation 17923989; RUDD, AMY LYNNE |

**BostonCoach**

# Receipt

**Reservation 17923989**

## Receipt Total: $98.44

Questions about this receipt? Call 1-800-672-7676.
Be sure to reference reservation 17923989.

**Flat-rate ride summary of charges**

| | |
|---|---|
| Base fare: | $78.00 |
| Parking: | $2.30 |
| Administrative fees: | $8.00 |
| Fuel surcharge: | $10.14 |
| **Total:** | $98.44 |

Pending approval of credit card.

**Reservation details**

| | |
|---|---|
| Reservation number: | 17923989 |
| Pickup date: | August 05, 2014 |
| Pickup time: | 05:00 (PM) |
| Pickup Location: | WILMER CUTLER & PICKERING WASHINGTON DC 20006 |
| Waiting time: | 0 Hours 00M ins |
| Drop Off Location: | DCA 2237 AA |
| Vehicle type: | Sedan |
| Passenger name: | RUDD, AMY LYNNE |
| Profile number: | 881777 |
| Account number: | 18523 |
| Account name: | DECHERT LLP |
| Payment method: | AMERICAN EXPRESS - 2039 |
| Booker name: | Jones, Joanna |
| Booker Profile Number: | 821194 |

**Book rides from your iPhone or iPad!**
With the new BostonCoach Mobile app you can also find your chauffeur with real-time GPS. Select pickup, drop-off locations without typing. Get the mobile phone number of your chauffeur for upcoming rides and more. Download the app!

Thank you for traveling with BostonCoach.
We value your feedback: Please tell us how we are doing.

1

Reservations
Receipts
Pickup Instructions
Fleet
Green
Contact Us
Privacy Policy
Terms & Conditions



69 Norman Street
Everett MA 02149

   

**Jones, Joanna**

| | |
|---|---|
| **From:** | BostonCoach_DONOTREPLY@bostoncoach.com |
| **Sent:** | Wednesday, August 06, 2014 5:06 PM |
| **To:** | Jones, Joanna |
| **Subject:** | Receipt: Reservation 17911285; RUDD, AMY LYNNE |

## BostonCoach

# Receipt
**Reservation 17911285**
## Receipt Total: $107.44

Questions about this receipt? Call 1-800-672-7676.
Be sure to reference reservation 17911285.

### Flat-rate ride summary of charges

| | |
|---|---|
| Base fare: | $88.00 |
| Administrative fees: | $8.00 |
| Fuel surcharge: | $11.44 |
| **Total:** | $107.44 |

Pending approval of credit card.

### Reservation details

| | |
|---|---|
| Reservation number: | 17911285 |
| Pickup date: | August 04, 2014 |
| Pickup time: | 04:23 (PM) |
| Pickup Location: | DCA 2475 WN |
| Waiting time: | 0 Hours 00M ins |
| Drop Off Location: | JEFFERSON HOTEL WASHINGTON DC WASHINGTON DC 20036 |
| Vehicle type: | Sedan |
| Passenger name: | RUDD, AMY LYNNE |
| Profile number: | 881777 |
| Account number: | 18523 |
| Account name: | DECHERT LLP |
| Payment method: | AMERICAN EXPRESS - 2039 |

### Book rides from your iPhone or iPad!
With the new BostonCoach Mobile app you can also find your chauffeur with real-time GPS. Select pickup, drop-off locations without typing. Get the mobile phone number of your chauffeur for upcoming rides and more. Download the app!

Thank you for traveling with BostonCoach.
We value your feedback: Please tell us how we are doing.

Reservations

1

Receipts
Pickup Instructions
Fleet
Green
Contact Us
Privacy Policy
Terms & Conditions



69 Norman Street
Everett MA 02149

   

kwiktag ®     162 796 572

# CHECK DISBURSEMENT REQUEST

| | | |
|---|---|---|
| Please Fax to (215) 655-2411 or Email: allaccountspayable@dechert.com | | |

| | | |
|---|---|---|
| Requesting Attorney Name:  **Ezra D. Rosenberg** | Office:  **Princeton** | Ext:  **3284** |
| Requesting Attorney Personal ID Number:  **936500** | | |
| Signature: | | |

| | | |
|---|---|---|
| Requesting Name: | Office: | Ext.: |
| Requesting Personal ID Number: | | |

| Send check to: | ☐ **Direct to vendor per address below** | |
|---|---|---|
| | ☐ **Individual requesting check** | |
| | ☐ **Other** | |

| | | |
|---|---|---|
| Date of Request: | | Amount:**$12,120** |
| Payment Due Date: | | |
| Is immediate payment required? | If YES, please state reason for immediate payment (vendor invoices are normally paid in accordance with agreed upon payment terms, which is normally 30 days from invoice date). | |

| PAYEE: | |
|---|---|
| Name: | **Daniel G. Chatman, Ph.D.** |
| Address | **2223 7th Street, Berkeley, CA  94710** |
| Social Security No. (if individual) **or** | |
| or Employer I.D. No.: | |
| Attach W-9 for New Vendor Set up | |

| CHARGE TO: | | |
|---|---|---|
| Name of Client: | Client/Matter Number: | Non-Earning Matter Number: |
| **Texas Conference of the NAACP** | **- 131285** | |
| General Ledger Number: | Explanation for check stub:  Expert Consulting fees for period 06/12/2014 thru 08/08/2014 | |

A copy of the invoice MUST be attached to this check request.
All FIRM CHARGES **must be approved** by the appropriate practice group Leader, or Head of Infrastructure.

| FOR FINANCE DEPARTMENT USE ONLY: | APPROVED BY: |
|---|---|
| Vendor No.:  219425 | Name: _____ |
| Address ID No.: _____ | Employee PIN/ID#: _____ |
| | (All check requests **MUST** be signed) |

2136826

**INVOICE**

| Date | Invoice No. |
|------|-------------|
| August 8, 2014 | 4 |

Daniel G. Chatman, Ph.D.
Associate Professor of City & Regional Planning
University of California, Berkeley
410A Wurster Hall
Berkeley, CA 94720-1820

Billing address:
2223 7th Street
Berkeley, CA 94710

510.642.2454 (office) ▪ 510.502.2842 (cell) ▪ 510.642.1641 (fax)

**BILLED TO:**
    Ezra D. Rosenberg
    Dechert, LLP
    902 Carnegie Center, Suite 500
    Princeton, NJ  08540-6531
    ezra.rosenberg@dechert.com

I certify that payment requested is for appropriate purposes and in accordance with the provisions of the consultant agreement documents associated with this invoice.

BILLING PERIOD:    June 12 to August 8, 2014

PROJECT:    *Texas State Conference of NAACP Branches, et al. v. John Steen, et.al.*, docketed under the consolidated case of *Marc Veasey et al. v. Rick Perry, et al.*, U.S.D.C. for S.D.TX, Docket No. 2:13-cv-00193

|  | Hours | Rate | Subtotal |
|--|-------|------|----------|
| Chatman | 39 | $250 | $9,750 |
| Klein | 8 | $75 | $600 |
| Clonts | 9 | $50 | $450 |
| Plowman | 8 | $40 | $320 |
| Baker | 40 | $25 | $1,000 |
| Total, June 12 to August 8 | | | $12,120 |

During the period of this invoice, I finalized my expert witness report, including responding to comments from the legal team; made corrections to the report; carried out additional analysis of disaggregate confidential data from the DOJ; carried out additional analysis of NHTS data; reviewed other expert witness reports; and wrote a response to the Texas rebuttal report by Dr Milyo.

Federal EIN / Social Security No.: 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
Payment Terms:  Net 30 days

**Natureworks**
43 West 55th Street
New York, NY 10019
212-333-3020

Check 6 1 1    08/14/14-A   8:32pm
Guests **1** Online Order  Table (DELIVERY)
Invoice# UU-3XJ2-EUJ2
Delivery (ASAP)

JOSHUA DEMOPOULOS
Seamless (SW1001)
Amsterdam Avenue
161 W 61ST ST
Flr:9B
NEW YORK, NY 10023
831-594-1282
Seamless
SW #571154818/26
(DO NOT include utensils, napkins, etc.)
------------------------------------------
1..Seamless Tip ($2.00)
1..64. LEAN & RIPPED LARGE         11.50
1..CAROB CHIP MUFF                  2.59
                                 -------
                   Items           14.09
                     Tax            1.25
              Gratuity             2.00
                 TOTAL            17.34


SIGN X _____

kwiktag ®   162 796 920

# INVOICE

U.S. Legal Support
Austin Centre
701 Brazos, Suite 380
Austin, TX 78701
Phone:512-292-4249   Fax:512-292-3866

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 91403443 | 8/6/2014 | 166540 |
| **Job Date** | **Case No.** | |
| 7/31/2014 | 2:13-CV-193 (NGR) | |
| **Case Name** | | |
| Marc Veasey, et al v. Rick Perry, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

RECEIVED

AUG 26 2014

ACCOUNTS PAYABLE

Amy Rudd
Dechert LLP
300 West Sixth Street
Suite 2010
Austin, TX 78701

VIDEOTAPE SERVICES OF:

Virginia Jackson

| | | | | |
|---|---|---|---|---|
| Videotape 1st Hour | | | 195.00 | 195.00 |
| Videotape Additional Hours | 3.00 Hours | @ | 95.00 | 285.00 |
| Videotape Media and Master Archive | 3.00 Disks | @ | 0.00 | 0.00 |
| Videotape Delivery | | | 15.00 | 15.00 |

**TOTAL DUE >>>**   **$495.00**
AFTER 9/20/2014 PAY   $544.50

Reference No.   : 14-365

Thank you for your business.  If you have any questions, please call  214-741-6001 Ex. 4573

APPROVED: *J&y Cek*
ID # 977743
DATE 8/25/14
MATTER # 131285
*Deposition of V. Jackson*

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238                                Phone: 512-394-3000    Fax:215-655-2411

*Please detach bottom portion and return with payment.*

Amy Rudd
Dechert LLP
300 West Sixth Street
Suite 2010
Austin, TX 78701

Job No.     : 166540        BU ID       :4-AUSTIN

Case No.    : 2:13-CV-193 (NGR)

Case Name  : Marc Veasey, et al v. Rick Perry, et al

Invoice No. : 91403443        Invoice Date :8/6/2014

**Total Due  : $ 495.00**
AFTER 9/20/2014 PAY $544.50

| PAYMENT WITH CREDIT CARD | AMEX | |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date: | Phone#: | |
| Billing Address: | | |
| Zip: | Card Security Code: | |
| Amount to Charge: | | |
| Cardholder's Signature: | | |

Remit To: **U.S. Legal Support**
**Texas Records & Reporting**
**P.O. Box 952172**
**Dallas, TX  75395-2172**

2139406

121044

kwiktag ®     162 796 921

# INVOICE

U.S. Legal Support
Austin Centre
701 Brazos, Suite 380
Austin, TX  78701
Phone:512-292-4249   Fax:512-292-3866

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 91403327 | 8/5/2014 | 166534 |
| Job Date | Case No. | |
| 7/31/2014 | 2:13-CV-193 (NGR) | |
| Case Name | | |
| Marc Veasey, et al v. Rick Perry, et al | | |
| Payment Terms | | |
| Due upon receipt | | |

RECEIVED

AUG 26 2014

ACCOUNTS PAYABLE

Amy Rudd
Dechert LLP
300 West Sixth Street
Suite 2010
Austin, TX  78701

VIDEOTAPE SERVICES OF:

Sammie Bates

| | | | | |
|---|---|---|---|---|
| Videotape 1st Hour | | | 195.00 | 195.00 |
| Videotape Additional Hours | 1.75 Hours | @ | 95.00 | 166.25 |
| Videotape Media and Master Archive | 2.00 Disks | @ | 0.00 | 0.00 |
| Videotape Delivery | | | 15.00 | 15.00 |

| TOTAL DUE  >>> | $376.25 |
|---|---|
| AFTER 9/19/2014 PAY | $413.88 |

Reference No.   : 14-364

Thank you for your business.  If you have any questions, please call  214-741-6001 Ex. 4573

APPROVED:
177743
8/26/14
131285
Deposition of S. Bates

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238                                    Phone: 512-394-3000   Fax:215-655-2411

---

*Please detach bottom portion and return with payment.*

Amy Rudd
Dechert LLP
300 West Sixth Street
Suite 2010
Austin, TX  78701

Job No.      : 166534       BU ID      :4-AUSTIN
Case No.    : 2:13-CV-193 (NGR)
Case Name  : Marc Veasey, et al v. Rick Perry, et al

Invoice No. : 91403327       Invoice Date :8/5/2014
**Total Due** : **$ 376.25**
AFTER 9/19/2014 PAY  $413.88

| PAYMENT WITH CREDIT CARD | AMEX | VISA |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date: | Phone#: | |
| Billing Address: | | |
| Zip: | Card Security Code: | |
| Amount to Charge: | | |
| Cardholder's Signature: | | |

Remit To:  **U.S. Legal Support**
**Texas Records & Reporting**
**P.O. Box 952172**
**Dallas, TX  75395-2172**

2139408

131044



# INVOICE

U.S. Legal Support
Austin Centre
701 Brazos, Suite 380
Austin, TX 78701
Phone:512-292-4249  Fax:512-292-3866

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 91403353 | 8/5/2014 | 166542 |
| Job Date | Case No. | |
| 8/1/2014 | 2:13-CV-193 (NGR) | |
| Case Name | | |
| Marc Veasey, et al v. Rick Perry, et al | | |
| Payment Terms | | |
| Due upon receipt | | |

Lindsey Cohan
Dechert LLP
300 West Sixth Street
Suite 2010
Austin, TX 78701

RECEIVED
AUG 26 2014
ACCOUNTS PAYABLE

VIDEOTAPE SERVICES OF:

Edna Davis

| | | | |
|---|---|---|---|
| Videotape Appearance Fee | | 195.00 | 195.00 |
| Videotape Mileage | 100.00  @  0.55 | | 55.00 |

**TOTAL DUE >>>**            **$250.00**
AFTER 9/19/2014 PAY        $275.00

Reference No.  :  14-367

Thank you for your business.  If you have any questions, please call  214-741-6001 Ex. 4573

APPROVED _____
ID # 977743
DATE 8/25/14
MATTER # 131285
DESC deposition of E Davis

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238

Phone: 512-394-3000   Fax:215-655-2411

*Please detach bottom portion and return with payment.*

Lindsey Cohan
Dechert LLP
300 West Sixth Street
Suite 2010
Austin, TX 78701

| | |
|---|---|
| Job No.   : 166542 | BU ID    :4-AUSTIN |
| Case No.  : 2:13-CV-193 (NGR) | |
| Case Name  : Marc Veasey, et al v. Rick Perry, et al | |

Invoice No. : 91403353       Invoice Date :8/5/2014
**Total Due : $ 250.00**
AFTER 9/19/2014 PAY $275.00

**PAYMENT WITH CREDIT CARD**    AMEX  [ ]  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:  **U.S. Legal Support**
**Texas Records & Reporting**
**P.O. Box 952172**
**Dallas, TX  75395-2172**

2139410

121044



## WIRE TRANSFER AUTHORIZATION FORM

Wire Transfer Number: _30029_

Repetitive Wire Number        NEW

Date of Request: __August 28, 2014__          Date of Transfer: _8/29/14_

Amount:__12,000.00__        ☑USD    ☐Pounds Sterling    ☐Euro    ☐Other

| For Use by Finance Department Only |
| --- |
| FX rate purchased: _____        Cost of Funds in USD: _____ |

Beneficiary Bank:  _Bank of America, N.A_ _____

Beneficiary Bank Address:_____

Beneficiary Bank Acct No./IBAN #(use IBAN # for all European Banks): _005779571056_ _____

Name of Beneficiary:  _Exceptional Reporting Services, Inc._ _____

ABA Number (USD):  _113000023_ _____

SWIFT / BIC Number (NON-USD): _____

Sort Code (GBP to UK only): _____

Additional Funds Transfer Information:

__ Payment for Invoice Number: 1056__ _____

Requested By:                          **Matter no.**

_Sarah Galante_ _____          _131285_ _____

W-8/W-9 on file:   ☑ Yes    ☐ No

Approved By:

_____

| FOR USE BY FINANCE DEPARTMENT ONLY |
| --- |
| PROCESSED BY: _SM 8/29/14_ |
| APPROVED BY: _8/29/14 Conf# 2410029195_ |
| CONFIRMED BY: |
| Federal Wire ID Number: |
| J:\Accounts Payable\Wires\Preformat Templates\Blank.doc 8/29/2014 9:35 AM |

**kwiktag**  162 796 050

_2140204_

# CHECK DISBURSEMENT REQUEST

| | | |
|---|---|---|
| Please Fax to (215)-655-2441 or Email allaccountspayable@dechert.com | | |
| Requesting Attorney Name: **Michelle Yeary**<br>Requesting Attorney Personal ID Number: **971325**<br>Signature: *[signature]* | Office: **Princeton** | Ext: **3277** |
| Requesting Name:<br>Requesting Personal ID Number: | Office: | Ext.: |
| Send check to: ☐ **Direct to vendor per address below**<br>☐ **Individual requesting check**<br>☒ **Other  Wire Transfer** | | |

| | | |
|---|---|---|
| Date of Request: | 8/28/14 | Amount: ~~$10,800~~ *12,000 ✱ Per email from secretary ✓ |
| Payment Due Date: | **8/28/14** | |
| Is immediate payment required?<br>**Yes** | If YES, please state reason for immediate payment (vendor invoices are normally paid in accordance with agreed upon payment terms, which is normally 30 days from invoice date).<br>**Daily trial transcripts for Veasey, et al. v. Perry, et al.** | |

| PAYEE: | |
|---|---|
| Name:<br>Address<br>Social Security No. (if individual)<br>or<br>or Employer I.D. No.:<br>Attach W-9 for New Vendor Set up | **Exceptional Reporting Services, Inc.**<br>**P.O. Box 18668, corpus Christi, TX 78480-8668**<br><br>**47-0936244** |

| CHARGE TO: | | |
|---|---|---|
| Name of Client:<br>**Texas State Conference of NAACP** | Client/Matter Number:<br>**386716 - 131285** | Non-Earning Matter Number: |
| General Ledger Number: | Explanation for check stub: | |

A copy of the invoice MUST be attached to this check request.
All FIRM CHARGES must be approved by the appropriate practice group Leader, or Head of Infrastructure.

| FOR FINANCE DEPARTMENT USE ONLY: | APPROVED BY: |
|---|---|
| Vendor No.: _____<br>Address ID No.: _____ | Name: _____<br>Employee PIN/ID#: _____<br>(All check requests **MUST** be signed) |

# Estimate



| Date | Estimate # |
|------|-----------|
| 8/27/2014 | 1056 |

| Bill To |
|---------|
| Dechert, LLP<br>Michelle Yeary, Esq.<br>902 Carnegie Ctr<br>Ste 500<br>Princeton, NJ 08540-6531 |

TAX ID / EIN#: 47-0936244

| | Case No: | Judge |
|---|---|---|
| | | Ramos |

| Quantity | Description | Rate | Estimate Total: |
|----------|-------------|------|-----------------|
| 3 | Veasey, et al. v Perry, et al.<br><br>Daily transcripts for three weeks of trial for one of four sides<br><br>Estimated cost per week (original and 3 copies) $16,000 x 3 weeks of trial = $48,000 divided by 4 parties - $12,000 per party<br><br>TOTAL DEPOSIT REQUIRED: $12,000 | 4,000.00 | 12,000.00 |

| | **Estimate Total:** | $12,000.00 |
|---|---|---|

| Ph: 361 949-2988 | Fax: 361 949-7799 | Email: transcripts@exceptionalreporting.com | Web: www.ExceptionalReporting.com |

P.O. Box 18668
Corpus Christi, TX 78480-8668

**Galante, Sarah**

| | |
|---|---|
| **From:** | Rosenberg, Ezra |
| **Sent:** | Thursday, August 28, 2014 10:09 AM |
| **To:** | Mulholland, Mary Ann; All Accounts Payable |
| **Cc:** | Yeary, Michelle |
| **Subject:** | RE: Request for Wire Payment |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Approval granted.  Thanks.

-----Original Message-----
From: Mulholland, Mary Ann
Sent: Thursday, August 28, 2014 9:56 AM
To: All Accounts Payable
Cc: Rosenberg, Ezra; Yeary, Michelle
Subject: FW: Request for Wire Payment

Attached please find a Check Request for Dechert's portion of the daily trial transcripts in the matter of Veasey, et al. v. Perry, et al.  An estimated invoice for $12,000 is attached, but you will see from Michelle Yeary's e-mail that we only need to advance $10,800.

Here are wire instructions for the direct deposit.

Bank of America
Routing: 113000023
Account #: 005779571056

If you need a W-9 from Exceptional Reporting, Inc., please forward it to gina@exceptionalreporting.com.

By copy of this e-mail to Ezra Rosenberg, I am asking him to give his approval by replying to all.

Thanks.


Mary Ann Mulholland
Regional Office Manager

Dechert LLP
A Pennsylvania Limited Liability Partnership
+1 609 955 3220 Direct
+1 609 873 9139 Fax
maryann.mulholland@dechert.com
dechert.com

**Galante, Sarah**

| | |
|---|---|
| **From:** | Mulholland, Mary Ann |
| **Sent:** | Thursday, August 28, 2014 2:32 PM |
| **To:** | All Accounts Payable |
| **Cc:** | Yeary, Michelle |
| **Subject:** | FW: Daily trial transcripts // Veasey v Perry |
| **Importance:** | High |

Earlier today, I submitted a Check Request for a wire transfer of $10,800 to Exceptional Reporting, Inc. for trial transcripts.  As you will see from Michelle Year's e-mail below, we need to transmit $12,000 by COB tomorrow.  Can you let me know what you need me to do in order to increase the amount, e.g., do I need to re-submit a Check Request for $12,000 which will supersede the one I previously sent you?

Thanks,
Mary Ann


Mary Ann Mulholland
Regional Office Manager

Dechert LLP
A Pennsylvania Limited Liability Partnership
+1 609 955 3220 Direct
+1 609 873 9139 Fax
maryann.mulholland@dechert.com
dechert.com



-----Original Message-----
From: Yeary, Michelle
Sent: Thursday, August 28, 2014 2:27 PM
To: Mulholland, Mary Ann
Subject: FW: Daily trial transcripts // Veasey v Perry

There was a miscommunication -- we still need to transmit the full $12,000 by COB tomorrow. If transfer hasn't gone through can you increase amount.  If it has, can we wire the difference ASAP.  Thank you.

-----Original Message-----
From: Gina@exceptionalreporting.com [mailto:gina@exceptionalreporting.com]
Sent: Thursday, August 28, 2014 1:05 PM
To: elizabeth.westfall@usdoj.gov; 'King, Ryan (CRT)'; john.scott@texasattorneygeneral.gov;
'Ried, Lisa'; 'Wilson, Anne'; EXT Lynn Eisenberg; Yeary, Michelle
Cc: Genay Rogan@txs.uscourts.gov; transcripts@exceptionalreporting.com
Subject: Daily trial transcripts // Veasey v Perry

Hi everyone,

We are working with the court to get everything finalized to provide daily trial transcripts to you all.

1

As everyone was advised by Genay, the required deposit for each of the four parties is $12,000 and MUST be received by our office by the end of this week (tomorrow) in order for you to receive the daily trial transcripts.
And Genay must have your transcript order form also.

The required deposit was based on four ordering parties and will remain the same even if other parties want to join in the order.  Refunds may be due later; however, we cannot keep changing amounts as other parties show an interest.  I was advised there may be a fifth ordering party; however, we have heard nothing from that party and neither has the court at this point.

IF all four parties have not turned in their order forms AND sent their required deposits by close of business tomorrow, only the parties who have done so will receive the transcripts and their cost would increase if not all orders are complete.

I believe we have provided written estimates for those that need them for the deposits.  If anything else is needed, please let us know.

Thank you,
Gina
361-949-2988

**McGurk, Sara**

**From:** Galante, Sarah
**Sent:** Friday, August 29, 2014 10:32 AM
**To:** McGurk, Sara
**Subject:** RE: Exceptional Reporting Services Inc Wire

5370 S. Staples Street, Corpus Christi, TX 78411
Phone number: 361.985.1181

**From:** McGurk, Sara
**Sent:** Friday, August 29, 2014 10:19 AM
**To:** Galante, Sarah
**Subject:** RE: Exceptional Reporting Services Inc Wire

Ok, did she provide a street address?

**From:** Galante, Sarah
**Sent:** Friday, August 29, 2014 10:17 AM
**To:** McGurk, Sara
**Subject:** RE: Exceptional Reporting Services Inc Wire

She confirmed that the ABA was correct and said the bank was in Corpus Christi, TX 78411.

**From:** McGurk, Sara
**Sent:** Friday, August 29, 2014 10:15 AM
**To:** Galante, Sarah
**Subject:** RE: Exceptional Reporting Services Inc Wire

Great, thanks!

**From:** Galante, Sarah
**Sent:** Friday, August 29, 2014 10:15 AM
**To:** McGurk, Sara
**Subject:** RE: Exceptional Reporting Services Inc Wire

Speaking to the vendor now. I'll let you know what she says.

Sarah

1

**From:** McGurk, Sara
**Sent:** Friday, August 29, 2014 10:12 AM
**To:** Galante, Sarah
**Subject:** Exceptional Reporting Services Inc Wire

Hey,

So Citi is still not recognizing the ABA number. I can still send it but I need the bank address.

## ▼ **Beneficiary's BANK Information**

◉   US Bank or Credit Union          (Search for bank)

**ABA:** 113000023

**The ABA number you entered is not in our records.**
Use of this number will likely DELAY the execution of this wire.

To use this number, complete all bank information below.

**Bank name:**

**Address:**

**City:**

**State:**    -- Select State --    ▸

◯   Other Financial Institution

Thanks,

Sara

2

3

Sara McGurk
Accounts Receivable
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia PA 19104
+1 215 994 2124 direct
Sara.McGurk@dechert.com
www.dechert.com



kwiktag ®    162 796 325

# INVOICE

U.S. Legal Support
Austin Centre
701 Brazos, Suite 380
Austin, TX 78701
Phone:512-292-4249  Fax:512-292-3866

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 91404650 | 8/27/2014 | 168241 |
| **Job Date** | **Case No.** | |
| 8/25/2014 | 2:13-CV-193 (NGR) | |
| **Case Name** | | |
| Marc Veasey, et al v. Rick Perry, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

RECEIVED

SEP 08 2014

ACCOUNTS PAYABLE

Lindsey Cohan
Dechert LLP
300 West Sixth Street
Suite 2010
Austin, TX 78701

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| M.V. Hood III, Ph.D. | 342.00 Pages | @ | 1.56 | 533.52 |
| 2-DAY RUSH | | | | 454.86 |
| Exhibit | 570.00 Pages | @ | 0.45 | 256.50 |
| e-cd | | | 35.00 | 35.00 |
| Delivery Regular | | | 15.00 | 15.00 |
| | | **TOTAL DUE  >>>** | | **$1,294.88** |
| | | AFTER 10/11/2014 PAY | | $1,424.37 |

Thank you for your business.  If you have any questions, please call 713-653-7100,
Ex. 3848 or email inquiries to dwilliams@uslegalsupport.com

APPROVED: *[signature]*
ID #: 977743
DATE: 9/8/14
MATTER #: 131285
DESC: depo transcript of MV Hood

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238                                         Phone: 512-394-3000   Fax:215-655-2411

*Please detach bottom portion and return with payment.*

Lindsey Cohan
Dechert LLP
300 West Sixth Street
Suite 2010
Austin, TX 78701

Job No.    : 168241        BU ID      : 4-AUSTIN
Case No.   : 2:13-CV-193 (NGR)
Case Name  : Marc Veasey, et al v. Rick Perry, et al

Invoice No. : 91404650     Invoice Date : 8/27/2014
**Total Due  : $ 1,294.88**
AFTER 10/11/2014 PAY  $1,424.37

Remit To: **U.S. Legal Support**
**Texas Records & Reporting**
**P.O. Box 952172**
**Dallas, TX  75395-2172**

| PAYMENT WITH CREDIT CARD | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

2141381

131044



# INVOICE

U.S. Legal Support
Austin Centre
701 Brazos, Suite 380
Austin, TX  78701
Phone:512-292-4249  Fax:512-292-3866

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 91404301 | 8/20/2014 | 166534 |
| **Job Date** | **Case No.** | |
| 7/31/2014 | 2:13-CV-193 (NGR) | |
| **Case Name** | | |
| Marc Veasey, et al v. Rick Perry, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Amy Rudd
Dechert LLP
300 West Sixth Street
Suite 2010
Austin, TX  78701

RECEIVED

SEP 08 2014

ACCOUNTS PAYABLE

VIDEOTAPE SERVICES OF:
　　Sammie Bates

| | | | | |
|---|---|---|---|---|
| Videotape Sync | 1.50 Hours | @ | 50.00 | 75.00 |
| Videotape Delivery | | | 56.00 | 56.00 |
| **TOTAL DUE  >>>** | | | | **$131.00** |
| AFTER 10/4/2014 PAY | | | | $144.10 |

Reference No.  : 166534

Thank you for your business.  If you have any questions, please call  214-741-6001 Ex. 4573

APPROVED _____
ID # 977743
DATE 9/8/14
MATTER # 131285
DESC depo transcript of S. Bates

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238                           Phone: 512-394-3000   Fax:215-655-2411

*Please detach bottom portion and return with payment.*

Amy Rudd
Dechert LLP
300 West Sixth Street
Suite 2010
Austin, TX  78701

Job No.     : 166534        BU ID        :4-AUSTIN

Case No.    : 2:13-CV-193 (NGR)

Case Name  : Marc Veasey, et al v. Rick Perry, et al

Invoice No.  : 91404301        Invoice Date :8/20/2014

**Total Due  : $ 131.00**
AFTER 10/4/2014 PAY  $144.10

**PAYMENT WITH CREDIT CARD**     AMEX    [card]    VISA

Cardholder's Name:
Card Number:
Exp. Date:                   Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support**
          **Texas Records & Reporting**
          **P.O. Box 952172**
          **Dallas, TX  75395-2172**

2141382

121044

kwiktag ®   162 796 327



# INTEGRITY
### legal support solutions
P.O. Box 245 | Manchaca, Texas 78652

# INVOICE

| Date | Invoice # |
|------|-----------|
| 8/30/2014 | 11521.2 |

| Bill To: |
|----------|
| Dechert, LLP |
| Amy Rudd |
| 300 W. 6th Street, Suite 2010 |
| Austin, TX 78701 |

| Cause No. |
|-----------|
| 2;13-CV-193 (NGR) |

| Style |
|-------|
| Marc Veasey, et al. |
| vs. |
| Rick Perry, et al. |

All invoices are due and payable in Travis County, Texas.
Checks can be made payable to Integrity Legal Support Solutions, sent to the address listed above.
Tax ID No. 26-4073074  HUB No. 1201005853000

| Terms |
|-------|
| Due upon receipt |

| Date | Description |
|------|-------------|
| 8/27/2014 | Copy of Transcript (1 Day Rush) - Lorraine C. Minnite |
| | Exhibits |
| | Electronic Copy of Transcript/ASCII |
| | Delivery/Handling |
| | Sales Tax - Non-Taxable Legal Services |

RECEIVED

SEP 0 8 2014

ACCOUNTS PAYABLE

APPROVED

977743

9/8/14

131285

depo transcript of L Minnite

| Phone No. | Fax No. | Web Site |
|-----------|---------|----------|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com |

| **TOTAL** | $615.24 |



To pay your invoice by credit card or bank draft, please go to:

2141383

219666

kwiktag ®   162 796 328



**INTEGRITY**
legal support solutions
P.O. Box 245 | Manchaca, Texas 78652

# INVOICE

| Date | Invoice # |
|------|-----------|
| 8/30/2014 | 11388.2 |

| Bill To |
|---------|
| Dechert, LLP |
| Amy Rudd |
| 300 W. 6th Street, Suite 2010 |
| Austin, TX 78701 |

| Cause No. |
|-----------|
| 2;13-CV-193 (NGR) |

| Style |
|-------|
| Marc Veasey, et al. |
| vs. |
| Rick Perry, et al. |

All invoices are due and payable in Travis County, Texas.
Checks can be made payable to Integrity Legal Support Solutions, sent to the address listed above.
Tax ID No. 26-4073074  HUB No. 1201005853000

| Terms |
|-------|
| Due upon receipt |

| Date | Description |
|------|-------------|
| 7/14/2014 | Copy of Transcript - Ramon Garcia |
| | Electronic Copy of Transcript/ASCII |
| | Delivery/Handling |
| | Sales Tax - Non-Taxable Legal Services |

RECEIVED

SEP 08 2014

ACCOUNTS PAYABLE

APPROVED _E.S. Cohn_
ID # 9Π7743
DATE 9/8/14
MATTER # 131285
DESC depo transcript of R. Garcia

| Phone No. | Fax No. | Web Site | | |
|-----------|---------|----------|---|---|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com | **TOTAL** | $646.96 |



To pay your invoice by credit card or bank draft, please go to:

2141384

219666

kwiktag ®    162 796 397



**PLEASE PAY FROM THIS INVOICE**
Remit Payment to:
**301 Congress Avenue**
**Suite 250**
**Austin, Texas  78701**

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/29/2014 | 31316 |

| Bill To |
|---------|
| Dechert LLP |
| ACCOUNTS PAYABLE |
| 2929 Arch St. |
| Philadelphia, PA  19104 |

| Ship To |
|---------|
| Dechert LLP |
| 300 West 6th Street |
| Suite 2010 |
| Austin, TX 78701 |

**RECEIVED**
SEP 0 9 2014
**ACCOUNTS PAYABLE**

| Ordered By | Reference Number | Terms | Rep | Project Number | Delivery Date |
|------------|------------------|-------|-----|----------------|---------------|
| Donovan Sarabeth | Texas Voter ID | Due on receipt | ML | 08140300 | 8/29/2014 |

| Description of Services Provided | Qty | Rate | Amount |
|----------------------------------|-----|------|--------|
| Digital BW Prints | 30,231 | 0.085 | 2,569.64T |
| Tabs | 2,465 | 0.20 | 493.00T |
| Binders 4" | 42 | 16.00 | 672.00T |
| 1 set black and white DEF exhibits | | | |

APPROVED:
ID #: 977743
DATE: 9/8/14
MATTER #: 131285
DESC: 1 set B&W of Defs Exhs

Customer Signature   2141572

### Thank you for choosing
### Rainmaker Document Technologies!!

| Phone Number | Fax Number | Federal Tax ID Number |
|--------------|------------|------------------------|
| 512.472.9911 | 512.472.6161 | 43-2033387 |

| | |
|---|---|
| Subtotal | $3,734.64 |
| Sales Tax (8.25%) | $308.11 |
| Total | $4,042.75 |
| Payments/Credits | $0.00 |
| Balance Due | $4,042.75 |





**PLEASE PAY FROM THIS INVOICE**
Remit Payment to:
**301 Congress Avenue**
**Suite 250**
**Austin, Texas  78701**

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/3/2014 | 31390 |

**Bill To**

Dechert LLP
ACCOUNTS PAYABLE
2929 Arch St.
Philadelphia, PA  19104

**Ship To**

Dechert LLP
300 West 6th Street
Suite 2010
Austin, TX 78701

**RECEIVED**

**SEP 0 9 2014**

**ACCOUNTS PAYABLE**

| Ordered By | Reference Number | Terms | Rep | Project Number | Delivery Date |
|------------|------------------|-------|-----|----------------|---------------|
| Joanna | Voter ID | Due on receipt | ML | 08140228 | 9/3/2014 |

| Description of Services Provided | Qty | Rate | Amount |
|----------------------------------|-----|------|--------|
| Flash Drive | 3 | 35.00 | 105.00T |
| CD | 2 | 10.00 | 20.00T |
| Digital BW Prints | 235 | 0.085 | 19.98T |
| Digital Color Prints | 40 | 0.49 | 19.60T |
| Binders 1" | 5 | 5.00 | 25.00T |
| Tabs | 85 | 0.20 | 17.00T |

APPROVED: _(signature)_
ID #: 977743
DATE: 9/8/14
MATTER #: 131285
DESC: flashdrives for judge w/exhs (PRP)
CDs and Plts last suppl exhs
before trial – 1 set hardcopy B&W

2141579

Customer Signature

**Thank you for choosing**
**Rainmaker Document Technologies!!**

| Subtotal | $206.58 |
|----------|---------|
| Sales Tax (8.25%) | $17.04 |
| Total | $223.62 |
| Payments/Credits | $0.00 |
| Balance Due | $223.62 |

| Phone Number | Fax Number | Federal Tax ID Number |
|--------------|------------|-----------------------|
| 512.472.9911 | 512.472.6161 | 43-2033387 |





**PLEASE PAY FROM THIS INVOICE**
Remit Payment to:
**301 Congress Avenue**
**Suite 250**
**Austin, Texas  78701**

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/3/2014 | 31390 |

| Bill To |
|---------|
| Dechert LLP |
| ACCOUNTS PAYABLE |
| 2929 Arch St. |
| Philadelphia, PA  19104 |

| Ship To |
|---------|
| Dechert LLP |
| 300 West 6th Street |
| Suite 2010 |
| Austin, TX 78701 |

**RECEIVED**

**SEP 0 9 2014**

**ACCOUNTS PAYABLE**

| Ordered By | Reference Number | Terms | Rep | Project Number | Delivery Date |
|------------|------------------|-------|-----|----------------|---------------|
| Joanna | Voter ID | Due on receipt | ML | 08140228 | 9/3/2014 |

| Description of Services Provided | Qty | Rate | Amount |
|----------------------------------|-----|------|--------|
| Flash Drive | 3 | 35.00 | 105.00T |
| CD | 2 | 10.00 | 20.00T |
| Digital BW Prints | 235 | 0.085 | 19.98T |
| Digital Color Prints | 40 | 0.49 | 19.60T |
| Binders 1" | 5 | 5.00 | 25.00T |
| Tabs | 85 | 0.20 | 17.00T |

APPROVED:
ID #: 977743
DATE: 9/8/14
MATTER #: 131285
DESC: flashdrives for judge w/exhs (P&D)
CDs and Plts last suppl exhs
before trial - 1 set hardcopy B&W

2141579

| | |
|---|---|
| **Subtotal** | $206.58 |
| **Sales Tax (8.25%)** | $17.04 |
| **Total** | $223.62 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $223.62 |

Customer Signature

**Thank you for choosing**
**Rainmaker Document Technologies!!**

| Phone Number | Fax Number | Federal Tax ID Number |
|--------------|------------|------------------------|
| 512.472.9911 | 512.472.6161 | 43-2033387 |

kwiktag ®     162 796 400



# rainmaker
## Document Technologies

| PLEASE PAY FROM THIS INVOICE |
| --- |
| Remit Payment to: |
| 301 Congress Avenue |
| Suite 250 |
| Austin, Texas 78701 |

# Invoice

| Date | Invoice # |
| --- | --- |
| 8/31/2014 | 31327 |

| Bill To |
| --- |
| Dechert LLP |
| ACCOUNTS PAYABLE |
| 2929 Arch St. |
| Philadelphia, PA 19104 |

| Ship To |
| --- |
| Dechert LLP |
| 300 West 6th Street |
| Suite2010 |
| Austin, TX 78701 |

## RECEIVED
### SEP 0 9 2014
### ACCOUNTS PAYABLE

| Ordered By | Reference Number | Terms | Rep | Project Number | Delivery Date |
| --- | --- | --- | --- | --- | --- |
| DJoanna | Texas Voter ID | Due on receipt | ML | 08140300 | 8/31/2014 |

| Description of Services Provided | Qty | Rate | Amount |
| --- | --- | --- | --- |
| Digital BW Prints | 28,657 | 0.085 | 2,435.85T |
| Custom Tabs | 11 | 0.50 | 5.50T |
| Tabs | 1,053 | 0.20 | 210.60T |
| Binders 4" | 31 | 16.00 | 496.00T |
| 1 set black and white | | | |
| P ex | | | |

APPROVED:
ID #: 977743
DATE: 9/8/14
MATTER #: 131285
DESC: 1 set (b&w) of Plfs Exhs

Customer Signature   2141584

Thank you for choosing
Rainmaker Document Technologies!!

| Phone Number | Fax Number | Federal Tax ID Number |
| --- | --- | --- |
| 512.472.9911 | 512.472.6161 | 43-2033387 |

| Subtotal | $3,147.95 |
| --- | --- |
| Sales Tax (8.25%) | $259.71 |
| Total | $3,407.66 |
| Payments/Credits | $0.00 |
| Balance Due | $3,407.66 |





# Invoice

| PLEASE PAY FROM THIS INVOICE<br>Remit Payment to:<br>301 Congress Avenue<br>Suite 250<br>Austin, Texas  78701 | Date | Invoice # |
|---|---|---|
| | 8/31/2014 | 31326 |

| Bill To | Ship To |
|---|---|
| Dechert LLP<br>ACCOUNTS PAYABLE<br>2929 Arch St.<br>Philadelphia, PA  19104 | Dechert LLP<br>300 West 6th Street<br>Suite 2010<br>Austin, TX 78701 |

**RECEIVED**

**SEP 0 9 2014**

**ACCOUNTS PAYABLE**

| Ordered By | Reference Number | Terms | Rep | Project Number | Delivery Date |
|---|---|---|---|---|---|
| Joanna | Texas Voter ID | Due on receipt | ML | 08140300 | 8/31/2014 |

| Description of Services Provided | Qty | Rate | Amount |
|---|---|---|---|
| Digital BW Prints | 25,935 | 0.085 | 2,204.48T |
| Digital Color Prints | 2,722 | 0.49 | 1,333.78T |
| Custom Tabs | 11 | 0.50 | 5.50T |
| Tabs | 1,053 | 0.20 | 210.60T |
| Binders 4" | 31 | 16.00 | 496.00T |
| | | | |
| 1 set in color for color | | | |

477743

9/8/14

131285

1 set (in color) of Pltfs Exhs

2141585

Customer Signature

**Thank you for choosing
Rainmaker Document Technologies!!**

| | Subtotal | $4,250.36 |
|---|---|---|
| | Sales Tax (8.25%) | $350.65 |
| | Total | $4,601.01 |

| Phone Number | Fax Number | Federal Tax ID Number | Payments/Credits | $0.00 |
|---|---|---|---|---|
| 512.472.9911 | 512.472.6161 | 43-2033387 | **Balance Due** | $4,601.01 |

**Whipple, Joni**

| | |
|---|---|
| **From:** | etickets@amtrak.com |
| **Sent:** | Monday, August 18, 2014 9:42 PM |
| **To:** | Rosenberg, Ezra |
| **Subject:** | Amtrak: eTicket and Receipt for Your 08/19/2014 Trip - EZRA ROSENBERG |
| **Attachments:** | Rosenberg Ezra 201408182141580003.pdf |

## SALES RECEIPT



Purchased: 08/18/2014 6:41 PM PTThank you for your purchase.

1. Retain this receipt for your records.
2. Print the attached eTicket and carry during your trip.

Merchant ID 0071760 Massachusetts AvenueWashington, DC 20002800-USA-RAILAmtrak.com

# Reservation Number - 804E37TRENTON, NJ - WASHINGTON, DC (One-Way)AUGUST 18, 2014
Billing Information

EZRA ROSENBERG109 W PROSPECT STHOPEWELL, NJ 08525-

**American Express** ending in 8003 (Purchase)Authorization Code 243262

**Total $71**

## Purchase Summary - Ticket Number 2300717111159

**Train 141: TRENTON, NJ - WASHINGTON, DC**Depart 10:37 AM, Tuesday, August 19, 2014
1 RESERVED COACH SEAT

| | |
|---|---|
| | **$71.00** |
| | **Subtotal** |
| | **$71.00** |
| | **Total Charged by Amtrak** |
| | **$71.00** |

Passengers

1

| Ezra Rosenberg |
|---|

## Important Information

- Tickets are non-transferrable.
- Changes to your itinerary may affect your fare.
- Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply. If your travel plans change, call us before departure to change your reservation. If you do not board your train, your entire reservation from that point will be canceled. If you board a different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money paid for your prior reservation. For all travel on or after March 1, 2014, for most Acela Express Business class reservations and Reserved Coach class reservations, you must cancel your reservation at least 24 hours prior to the train's departure in order to be eligible for a full refund. If the reservation is canceled within 24 hours of departure, a refund fee will apply. If the reservation is not canceled prior to scheduled departure ("no show"), the entire amount paid for the reservation will be forfeited. See the refund/exchange policy at Amtrak.com/refund.
- Summary of Conditions of Contract: Ticket valid for carriage or refund (subject to the refund rules of the fare purchased) for twelve months after date of issue unless otherwise specified. Amtrak tickets may only be sold or issued by Amtrak or an authorized travel agent/tour operator. Tickets sold or issued by an unauthorized third party will be voided by Amtrak. This ticket is a contract of carriage between Amtrak and the ticket holder, which is subject to specific terms and conditions, which are available for inspection at Amtrak ticket counters, on the Amtrak website at Amtrak.com/conditionsofcontract, or by calling 1-800-USA-RAIL. Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.
- Questions? Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or TDD/TTY (1-800-523-6590).

**Whipple, Joni**

| | |
|---|---|
| **From:** | etickets@amtrak.com |
| **Sent:** | Friday, August 22, 2014 12:56 PM |
| **To:** | Rosenberg, Ezra |
| **Subject:** | Amtrak: eTicket and Receipt for Your 08/22/2014 Trip - EZRA ROSENBERG |
| **Attachments:** | Rosenberg Ezra 201408221256210910.pdf |

**SALES RECEIPT**



Purchased: 08/21/2014 3:55 PM PTModified: 08/22/2014 9:56 AM PTThank you for your purchase.

1. Retain this receipt for your records.
2. Print the attached eTicket and carry during your trip.

Merchant ID 0060860 Massachusetts AvenueWashington, DC 20002800-USA-RAILAmtrak.com

# Reservation Number - 83F0C5WASHINGTON, DC - TRENTON, NJ (One-Way)AUGUST 21, 2014
## Billing Information

EZRA ROSENBERG109 W PROSPECT STHOPEWELL, NJ 08525-

**American Express** ending in 8003 (Purchase)Authorization Code 227204

Total $19

## Change Summary - Ticket Number 2340608064398

| Original Amount Paid | |
|---|---|
| | **$120.00** |

| Revised Trip Details**Train 148: WASHINGTON, DC - TRENTON, NJ**Depart 3:02 PM, Friday, August 22, 2014<br>1 RESERVED COACH SEAT | |
|---|---|
| | **$139.00**<br>**Subtotal** |
| | **$139.00** |

1

| | Revised Fare |
|---|---|
| | $139.00 |
| | Total |
| | $19.00 |

## Passengers

Ezra Rosenberg

## Important Information

___

- Tickets are non-transferrable.
- Changes to your itinerary may affect your fare.
- Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply. If your travel plans change, call us before departure to change your reservation. If you do not board your train, your entire reservation from that point will be canceled. If you board a different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money paid for your prior reservation. For all travel on or after March 1, 2014, for most Acela Express Business class reservations and Reserved Coach class reservations, you must cancel your reservation at least 24 hours prior to the train's departure in order to be eligible for a full refund. If the reservation is canceled within 24 hours of departure, a refund fee will apply. If the reservation is not canceled prior to scheduled departure ("no show"), the entire amount paid for the reservation will be forfeited. See the refund/exchange policy at Amtrak.com/refund.
- Summary of Conditions of Contract: Ticket valid for carriage or refund (subject to the refund rules of the fare purchased) for twelve months after date of issue unless otherwise specified. Amtrak tickets may only be sold or issued by Amtrak or an authorized travel agent/tour operator. Tickets sold or issued by an unauthorized third party will be voided by Amtrak. This ticket is a contract of carriage between Amtrak and the ticket holder, which is subject to specific terms and conditions, which are available for inspection at Amtrak ticket counters, on the Amtrak website at Amtrak.com/conditionsofcontract, or by calling 1-800-USA-RAIL. Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.
- Questions? Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or TDD/TTY (1-800-523-6590).

8/19/14

meals



Date:          Aug19'14 06:27PM
Card Type:     Amex
Acct #:        XXXXXXXXXXX8003
Card Entry:    SWIPED
Trans Type:    PURCHASE
Trans Key:     BIB002297416071
Auth Code:     566780
Check:         1053
Server:        2023 Alex B

Subtotal:          36.80

Tip:_____        1 —

Total:_____      43.80

                   org only 80)
                   $35

Signature
I agree to pay above total
according to my card issuer
agreement.
* * * *  Merchant Copy  * * * *



2023 Alex B
----------------------------------
Chk 1053        Aug19'14 05:49P  Gst 0
----------------------------------
  1 *Main Bar*                0.00
  1 Grilled Oysters          16.95
  1 Hamburger                13.50
  1 Beverage                  3.00

    Subtotal                 33.45
    Tax                       3.35
05:49PM Total                36.80

2nd Annual Craft Brewhaha
Friday, August 22nd  8pm-11pm
9 local brewers and chefs are
paired together to create a
great night for beer and food
lovers, backed by the Hi-Steps
performing their take on Motown
classics.  Tickets are $65

For more detailed information &
tickets, visit our website at:
www.ebbitt.com

*Taxis*

## TAXICAB RECEIPT

Time: _____
Date: 8/09/14

Origin of trip: Union Sta

Destination: W Hotel

Fare: $12.00   Sign: _____

## Taxi Cab Receipt

DATE: 8/20/14   TIME: _____

ORIGIN: W Hotel   CAB # _____

DESTINATION: 1900 K St.

FARE: $ 9.00   SIGNATURE _____

```
BLACK PEARL #048
  202 269 1100
  PVIN B712
  RENTAL CAB
  Date   08/20/14
  0c:55a TO 09:04a
  TRIP #      735
  DIST    1.01 mi
  Rate 1   $ 7.57
  EXTRAS   $ 1.25
  TOTAL    $ 8.82
  TAG # H97485
  DC TAXICAB COMM
  TEL 855-484-4967
  WWW.DCTAXI.DC.GOV
```

+ tip/m +
tip
$11.00

## Taxi Cab Receipts

DATE: 8/21   TIME: _____

TRIP ORIGIN: W Hotel

DESTINATION: 1900 K St

FARE: $ 9.00   SIGNATURE _____

```
--ORIGINAL--
  DIAL CAB
CAB # E415
 CUSTOMER COPY
08/22/14 TR 5488
START  END MILES
13:15 13:31  2.2
REGULAR FARE
FARE:  $  11.62
EXTRA: $   0.00
TOLL:  $   0.00
SRCH:  $   0.25
TIP:   $   2.95
TOTAL: $  14.82

CARD:     8698
AUTH:   04077D

DCTC COMPLAINTS
LINE AND
WEBSITE ADDRESS
PH: 855-484-
4967, TTY 711
WWW.DCTAXI.DC.
GOV
```

*Taxis*

## TAXICAB RECEIPT

Time: _____
Date: *8/09/14*
Origin of trip: *Union Sta*
Destination: *W Hotel*
Fare: *$12.00*      Sign: _____

## Taxi Cab Receipt

DATE: *8/20/14* _____ TIME: _____
ORIGIN *W Hotel* _____ CAB # _____
DESTINATION: *1900 K St.*
FARE: $ *9.00* ___ SIGNATURE _____

```
BLACK PEARL #048
  202 269 1100
  PVIN B712
  RENTAL CAB
  Date   08/20/14
  08:55a TO 09:04a
  TRIP #     735
  DIST    1.01 mi
  Rate 1   $ 7.57
  EXTRAS   $ 1.25
  TOTAL    $ 8.82
  TAG # H97485
  DC TAXICAB COMM
  TEL 855-484-4967
  WW.DCTAXI.DC.GOV
```
*+ tip*
*$11.00*

## Taxi Cab Receipts

DATE: *8/21* _____ - TIME: _____
TRIP ORIGIN: *W Hotel*
DESTINATION: *1900 K St*
FARE: $ *9.00* SIGNATURE _____

```
--ORIGINAL--
  DIAL CAB
CAB # E415
 CUSTOMER COPY
08/22/14 TR 5488
START  END MILES
13:15 13:31  2.2
REGULAR FARE
FARE:  $   11.62
EXTRA: $    0.00
TOLL:  $    0.00
SRCH:  $    0.25
TIP:   $    2.95
TOTAL: $   14.82

CARD:     8698
AUTH:   04077D

DCTC COMPLAINTS
LINE AND
WEBSITE ADDRESS
PH: 855-484-
4967, TTY 711
WWW.DCTAXI.DC.
GOV
```

*Meals*

Brkst. meals.
8/19/14

# CVS/pharmacy®

717 14TH ST NW, WASHINGTON, DC
PHARMACY: 737-9525   STORE: 737-5034

REG#18 TRN#2816 CSHR#0000098 STR#1334

```
    GM CHERIO CERL CUP 1.3Z
 1 @ 10/   10.00        1.00F
    GM CHERIO CERL CUP 1.3Z
 1 @ 10/   10.00        1.00F
    GM CHERIO CERL CUP 1.3Z
 1 @ 10/   10.00        1.00F
    GM CHERIO CERL CUP 1.3Z
 1 @ 10/   10.00        1.00F
    GM CHERIO CERL CUP 1.3Z
 1 @ 10/   10.00        1.00F
    GM CHERIO CERL CUP 1.3Z
 1 @ 10/   10.00        1.00F

 1 14OZ 2% MILK LHGH  14Z   1.29F
 1 DAISY CHOC POUND    5Z   1.19F
    DC PLASTIC BAG     EACH
 2 @     .05                 .10N
 1 GUM SOFT PICKS     120S  9.39T
 1 GUM SOFT PICKS     120S  9.39T
 1 HORIZN ORG          8 OZ 1.79F
 1 HORIZN ORG          8 OZ 1.79F
 1 HORIZN ORG          8 OZ 1.79F
 1 HORIZN ORG          8 OZ 1.79F
 1 TKAK CHOC CUPCAKE  3.25  1.69F
 1 TKAK CHOC CUPCAKE  3.25  1.69F
 1 YOPLT PEACH YGRT    6Z    .99F

    19 ITEMS
       SUBTOTAL        38.89
       DC 5.75% TAX     1.08
       TOTAL           39.97
       AMEX            39.97
       ***********8003  MS
       CHANGE            .00
```

Breakfast

$14.45



2501 3344 2312 8161 88
**RETURNS WITH RECEIPT THRU 10/18/2014**

AUGUST 19, 2014        2:03 PM

**GET YOUR CVS EXTRACARE CARD**

THANK YOU. SHOP 24 HOURS AT CVS.COM

meals

BONMi
Washington DC
One 19th Street NW
Washington, DC 20006
(202) 296-0912

Host: One                                08/20/2014
C165                                     12:18 PM
                                         10067

Salad Kickshaw                              6.50
  Add Tofu (2 @3.50)                        7.00
Roll Veggie                                 3.25
Salad Kickshaw                              6.50
  Add Tofu                                  3.50
Bowl Veggie                                 9.00
Drink Lemonade                              3.00

Subtotal                                   38.75
Tax                                         3.88

**Walk Up Total**                          42.63

Balance Due                                42.63

Be Good. Do Good. Eat BONMi.
www.eatBONMi.com
Catering Available

Attendees :
M. Posner
Dan Chatman

Kaz Sushi Bistro
1915 Eye St. NW
Washington, District of Columbia
Tel: (202) 530-5500
Check: 244830

Server: Joy              Date: 08/21/2014
 Table: 3                Time: 20:25

AMEX
***********-8003
ROSENBERG/ED
AUTH          592700        ONLINE
MERCHANT#     9999

SUBTOTAL  $        90.48

TIP  $  _____

TOTAL  $  _____

** CUSTOMER COPY **

Thank You For Dining At
Kaz Sushi Bistro

*meals*

BONMi
Wm. Washington DC
One 19th Street NW
Washington, DC 20006
(202) 296-0012

Host: One                           08/20/2014
C165                                10:55:04
                                    10067

Salad Kickshaw                      6.50
   Add Tofu (2 @3.50)               7.00
Roll Veggie                         3.25
Salad Kickshaw                      6.50
   Add Tofu                         3.50
Bowl Veggie                         9.00
Drink Lemonade                      3.00

Subtotal                           38.75
Tax                                 3.88

**Walk Up Total**                  42.63

Balance Due                        42.63

Be Good. Do Good. Eat BONMi.
www.eatBONMi.com
Catering Available

attendees :
M. Posner
Dan Chatman

---

Kaz Sushi Bistro
1915 Eye St. NW
Washington, District of Columbia
Tel: (202) 530-5500
Check: 244830

Server: Joy              Date: 08/21/2014
 Table: 3                Time: 20:25

AMEX
***********-8003
ROSENBERG/ED
AUTH          592740      ONLINE
MERCHANT#     9999

SUBTOTAL  $        90.48

TIP  $  _____

TOTAL  $  _____

** CUSTOMER COPY **

Thank You For Dining At
Kaz Sushi Bistro

*Taxis*

## TAXICAB RECEIPT

Time: _____
Date: 8/19/14

Origin of trip: Union St

Destination: W Hotel

Fare: $12.00     Sign: _____

## Taxi Cab Receipt

DATE: 8/19/14     TIME: _____

ORIGIN: W Hotel     CAB #: _____

DESTINATION: 1900 K St.

FARE: $ 9.00     SIGNATURE _____

```
BLACK PEARL #048
  202 269 1100
  PVIN B712
  RENTAL CAB
  Date   08/20/14
  8:55a TO 09:04a
  TRIP #      735
  DIST   1.01 mi
  Rate 1  $ 7.57
  EXTRAS  $ 1.25
  TOTAL   $ 8.82
  TAG # H97485
  DC TAXICAB COMM
  TEL 855-484-4967
  WW.DCTAXI.DC.GOV
```



## Taxi Cab Receipts

DATE: 8/21     TIME: _____

TRIP ORIGIN: W Hotel

DESTINATION: 1900 K St

FARE: $ 9.00     SIGNATURE _____

```
--ORIGINAL--
  DIAL CAB
CAB # E415
 CUSTOMER COPY
08/22/14 TR 5488
START  END MILES
13:15 13:31  2.2
REGULAR FARE
FARE: $   11.62
EXTRA: $    0.00
TOLL:  $    0.00
SRCH:  $    0.25
TIP:   $    2.95
TOTAL: $   14.82

CARD:     8698
AUTH:    04077D

DCTC COMPLAINTS
LINE AND
WEBSITE ADDRESS
PH: 855-484-
4967, TTY 711
WWW.DCTAXI.DC.
GOV
```

*Taxis*

## TAXICAB RECEIPT

Time: _____
Date: 8/19/14

Origin of trip: Union Sta

Destination: W Hotel

Fare: $12.00     Sign: _____

## Taxi Cab Receipt

DATE: 8/20/14     TIME: _____

ORIGIN: W Hotel     CAB # _____

DESTINATION: 1900 K St.

FARE: $ 9.00     SIGNATURE _____

```
BLACK PEARL #048
202 269 1100
PVIN B712
RENTAL CAB
Date   08/20/14
08:55a TO 09:04a
TRIP #      735
DIST    1.01 mi
Rate 1   $ 7.57
EXTRAS   $ 1.25
TOTAL    $ 8.82
TAG # H97485
DC TAXICAB COMM
TEL 855-484-4967
WW.DCTAXI.DC.GOV
```

+ tip
$11.00

## Taxi Cab Receipts

DATE: 8/21     TIME: _____

TRIP ORIGIN: W Hotel

DESTINATION: 1900 K St

FARE: $ 9.00     SIGNATURE _____

```
--ORIGINAL--
  DIAL CAB
CAB # E415
 CUSTOMER COPY
08/22/14 TR 5488
START  END MILES
13:15 13:31  2.2
REGULAR FARE
FARE:  $  11.62
EXTRA: $   0.00
TOLL:  $   0.00
SRCH:  $   0.25
TIP:   $   2.95
TOTAL: $  14.82

CARD:    8698
AUTH:   04077D

DCTC COMPLAINTS
LINE AND
WEBSITE ADDRESS
PH: 855-484-
4967, TTY 711
WWW.DCTAXI.DC.
GOV
```

*Taxis*

## TAXICAB RECEIPT

Time: _____
Date: 8/19/14

Origin of trip: Union Sta

Destination: W Hotel

Fare: $12.00    Sign: _____

## Taxi Cab Receipt

DATE: 8/20/14    TIME: _____

ORIGIN: W Hotel    CAB # _____

DESTINATION: 1900 K St.

FARE: $ 9.00    SIGNATURE _____

```
BLACK PEARL #048
  202 269 1100
   PVIN B712
  RENTAL CAB
  Date  08/20/14
 mc:55a TO 09:04a
 TRIP #      735
 DIST    1.01 mi
 Rate 1   $ 7.57
 EXTRAS   $ 1.25
 TOTAL    $ 8.82
  TAG # H97485
 DC TAXICAB COMM
 TEL 855-484-4967
 WW.DCTAXI.DC.GOV
```



+ tip
$11.00

## Taxi Cab Receipts

DATE: 8/21    TIME: _____

TRIP ORIGIN: W Hotel

DESTINATION: 1900 K St

FARE: $ 9.00    SIGNATURE _____

```
--ORIGINAL--
   DIAL CAB
CAB # E415
  CUSTOMER COPY
08/22/14 TR 5488
START  END MILES
13:15 13:31  2.2
REGULAR FARE
FARE:  $  11.62
EXTRA: $   0.00
TOLL:  $   0.00
SRCH:  $   0.25
TIP:   $   2.95
TOTAL: $  14.82

CARD:     8698
AUTH:   04077D

DCTC COMPLAINTS
LINE AND
WEBSITE ADDRESS
PH: 855-484-
4967, TTY 711
WWW.DCTAXI.DC.
GOV
```

Par King.

Trenton Park and Ride
458 Greenwood Avenue
Trenton, New Jersey
609.599.9614 or Fax 609.599.2802
Email: info@trentongarage.com

Rcpt# 18322
08/22/14 17:01   L#27 A#  1   Txn# 74394
08/19/14 10:15 In   08/22/14 17:01 Out
Tkt# 418645
Fee . . . . . 1        $ 64.00
Total Fee           $ 64.00
AMEX                $ 64.00-
XXXXXXXXXXX8003
Approval No. :559963
Reference No. :0000000000000078
Change Due        $ 0.00
Thank You for parking with us! ! !
For information on daily/monthly
parking rates or train schdules
WWW.TRENTONPARKANDRIDE.COM

W Washington DC
515 15th Street, NW
Washington, DC 20004
202-661-2400
http://www.whotels.com/





# W

## HOTELS

| Rosenberg, Ezra | Page Number | 1 | Invoice Nbr | 1000169245 |
| Altria/sp | Guest Number | 408569 | Arrive Date | 08-19-2014 13:37 |
| 109 W Prospect St | Folio ID | A | Depart Date | 08-21-2014 11:12 |
| Hopewell   08525-1911 | No. Of Guest | 1 | Agent | MARIAFZ |
| | Room Number | 706 | | |

**Invoice**

| Date | Reference | Description | Charges | Credits |
|------|-----------|-------------|---------|---------|
| 08-19-2014 | RT706 | Room Charge | $239.20 | |
| 08-19-2014 | RT706 | Occupancy/Tourism | $34.68 | |
| 08-20-2014 | RT706 | Room Charge | $239.20 | |
| 08-20-2014 | RT706 | Occupancy/Tourism | $34.68 | |
| 08-20-2014 | 3684 | In Room Dining | $59.02 | |
| 08-21-2014 | AX | American Express | | $-606.78 |
| | | ** Total | $606.78 | $-606.78 |
| | | ** Balance | $-0.00 | |

*limit to 35.ᵒᵒ* [handwritten]

0.00
0.00
0.00
0.00
0.00

Tell us about your stay. www.whotels.com/reviews

Signature_____

Server: Jess G
Table 701/3                         08/24/014
Guests: 0                           6:26 PM

#70071

LEMONADE                                    2.95
Family Style Vegetables                     6.00
  Asparagus
Blackened Catfish                          20.00
Lemon Refill                                1.50

Subtotal                                   30.45
Tax                                         2.51

Total                                      32.96

Balance Due        32.96

Pay from your phone in seconds   +5

1. Download the PayPal app       37.96

2. Select restaurant from the Shop tab

3. Enter the 6 digit code below

**YUK183**

FOOD:   30.45

Thank You for Dining with Us
Suggested Gratuity for your Convenience
        (22%) = 6.70
        (20%) = 6.09
        (18%) = 5.48
       www.MoonshineGrill.com

---

Tailwind - CRP
The Airport

Server: Malena           DOB: 08/27/2014
12:46 PM                       08/27/2014
B1/5                           2/20045

SALE

AMEX                              2097163
Card #XXXXXXXXXXX8003
Magnetic card present: ROSENBERG ED
Card Entry Method:  S

Approval: 593233

       Amount:      $ 14.33

     + Tip: _____  2

     = Total: _____ 17.33

I agree to pay the above
total amount according to the
card issuer agreement.

X_____

We would love to hear from you!
Compliments, Questions, Concerns?
Please Contact us at:
info@tailwindconcessions.com
or 1-866-578-7355

Guest Copy

W Austin
200 Lavaca Street
Austin, TX 78701
512-542-3600
http://www.starwood.com



# W

## HOTELS

| | | | | | |
|---|---|---|---|---|---|
| Rosenberg, Ezra | Page Number | 1 | Invoice Nbr | 1000152735 | |
| Dechert Llp | Guest Number | 310126 | Arrive Date | 08-24-2014 17:56 | |
| 109 W Prospect St | Folio ID | A | Depart Date | 08-26-2014 08:30 | |
| Hopewell  08525-1911 | No. Of Guest | 1 | Agent | CASSBRE | |
| | Room Number | 1506 | | | |
| | | Invoice | | | |

| Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 08-24-2014 | 166879 | Wheels | $32.33 | |
| 08-24-2014 | 166879 | Sales Tax | $2.67 | |
| 08-24-2014 | RT1506 | Room Charge | $249.00 | |
| 08-24-2014 | RT1506 | City Occupancy Tax | $22.41 | |
| 08-24-2014 | RT1506 | State Occupancy Tax | $14.94 | |
| 08-25-2014 | 166879 | Wheels | $32.33 | |
| 08-25-2014 | 166879 | Sales Tax | $2.67 | |
| 08-25-2014 | RT1506 | Room Charge | $249.00 | |
| 08-25-2014 | RT1506 | City Occupancy Tax | $22.41 | |
| 08-25-2014 | RT1506 | State Occupancy Tax | $14.94 | |
| 08-25-2014 | 957 | In Room Dining | $62.44 | |
| 08-26-2014 | AX | American Express | | $-705.14 |
| | | ** Total | $705.14 | $-705.14 |
| | | ** Balance | $0.00 | |

***For Authorization Purpose Only***

ED ROSENBERG

| Date | Credit Card | Code | Authorized |
|---|---|---|---|
| 08-24-2014 | XXXX8003 | 559169 | 796.80 |

Tell us about your stay. www.whotels.com/reviews

**Please do not reply to this email.**
If the email does not display correctly, please click here.

Carlson
Wagonlit
Travel

**Your Itinerary**

TRAVELERS · *Swissôtel* · **swissôtel**

**For reservations, contact your preferred CWT travel professional**

VIEW YOUR ITINERARY ONLINE

| **Trip on Aug 27, 2014** | Locator: **NZFLK4** | Date: **Aug 26, 2014** |
|---|---|---|

| Traveler | **EZRA D ROSENBERG** |
|---|---|
| | DECHERT LLP |
| | CIRA CENTRE |
| | 2929 ARCH ST |
| | PHILADELPHIA PA Z/19104 |
| Agent | OT |

**Wednesday, August 27, 2014**                    Confirmation: **P8YZP8**

 **Flight United Airlines 4609**

| DEPARTURE | ARRIVAL |
|---|---|
| **CRP - Corpus Christi, TX** | **IAH - Houston George Bush, TX** |
| **3:52 PM, Aug 27, 2014** | **4:51 PM, Aug 27, 2014** |

| Status | Confirmed |
|---|---|
| Class | Coach Class - E |
| Duration | 00:59 (Non-stop) |
| Equipment | Embraer RJ135 Jet |
| Meal Service | None |
| Frequent Flyer | UAGN779264 |
| Notes | OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS |
| | ARRIVES IAH TERMINAL A |
| | TSA SECURED FLIGHT |
| | SEAT ASSIGNMENT RESTRICTED TO AIRPORT CHECK IN |

**Wednesday, August 27, 2014**                    Confirmation: **P8YZP8**

 **Flight United Airlines 1246**

| DEPARTURE | ARRIVAL |
|---|---|
| **IAH - Houston George Bush, TX** | **EWR - Newark, NJ** |
| **6:34 PM, Aug 27, 2014** | **11:02 PM, Aug 27, 2014** |

| Status | Confirmed |
|---|---|
| Class | Coach Class - E |
| Duration | 03:28 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Frequent Flyer | UAGN779264 |
| Notes | DEPARTS IAH TERMINAL C - ARRIVES EWR TERMINAL C |
| | TSA SECURED FLIGHT |

SEAT ASSIGNMENT RESTRICTED TO AIRPORT CHECK IN



For reservations, contact your preferred CWT travel professional

**GENERAL INFORMATION**
THIS TICKET WAS ISSUED IN EXCHANGE FOR A PREVIOUSLY UNUSED TICKET
ISSUE DATE OF OLD TICKET: 18AUG14
NEW TICKET AMOUNT..........................$1230.20
LESS OLD TICKET AMOUNT FROM 0167411615832...$1161.20
TOTAL ADD COLLECT..........................$69.00
CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
*******************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
*******************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
*******************************************
IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
*******************************************
FOR AIRPORT SECURITY INFORMATION SEE WWW.TSA.GOV
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR BAGGAGE FEE INFORMATION. CHECK OPERATING
CARRIER FOR ALLOWANCE IF TRAVELING ON CODE
SHARE FLIGHT.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
AEROSOL INSECTICIDE SPRAYS
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES MAY BE SUBJECT TO A PENALTY OR FARE
INCREASE UP TO AND INCLUDING THE TOTAL COST OF THE TICKET.
FAILURE TO CANCEL MAY FORFEIT THE TOTAL VALUE OF TICKET.
ROUTING : CORPUS CHRISTI HOUSTON NEWARK
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE
CHANGES/CANCELLATION MAY BE SUBJECT TO A PENALTY OR FARE INCREASE UP
TO AND INCLUDING THE TOTAL COST OF THE TICKET. NO REFUND FOR UNUSED
PORTION ON CERTAIN FARES. TO RETAIN VALUE OF YOUR TICKET, YOU MUST
CANCEL THE RESERVATION ON OR BEFORE YOUR TICKETED DEPARTURE TIME.
AGENCY SERVICE FEE OF 22.00 HAS BEEN CHARGED

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|-------------------------|------|-------|-------|-------|-------|
| ROSENBERG/EZRA 8605/0167411615932/26AUG14 | | | | | | 1,230.20 |
| | | | | | SERVICE FEE | 22.00 |
| | | | | | **Total Amount** | **1,252.20** |

Form of Payment: AXXXXXXXXXXXXX8003



8/24/14 TRIP TO
8/25 Austin

8/26, 8/27 CRP
Trip.

**Please do not reply to this email.**
If the email does not display correctly, please click here.

Carlson Wagonlit Travel

Your Itinerary

RADISSON swissôtel

For reservations, contact your
preferred CWT travel professional

VIEW YOUR ITINERARY ONLINE

## Trip on Aug 24, 2014

Locator: **NZFLK4**          Date: **Aug 18, 2014**

| | |
|---|---|
| Traveler | **EZRA D ROSENBERG** |
| | DECHERT LLP |
| | CIRA CENTRE |
| | 2929 ARCH ST |
| | PHILADELPHIA PA Z/19104 |
| Agent | OT |

### Sunday, August 24, 2014

Confirmation: **P8YZP8**



**Flight United Airlines 3469**

| DEPARTURE | ARRIVAL |
|---|---|
| **EWR – Newark, NJ** | **AUS – Austin, TX** |
| **12:55 PM, Aug 24, 2014** | **4:04 PM, Aug 24, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - E |
| Duration | 04:09 (Non-stop) |
| Equipment | E70 |
| Meal Service | MEAL AT COST |
| Reserved Seats | 23D |
| Frequent Flyer | UAGN779264 |
| Notes | OPERATED BY SHUTTLE AMERICA DBA UNITED EXPRESS |
| | DEPARTS EWR TERMINAL C |
| | TSA SECURED FLIGHT |

Staying @ the W Austin 8/24/8/25

Staying @ the Omni CRP thru 8/26 a/20. for trial suite.

### Sunday, August 24, 2014

Confirmation: **29073082US3 ***



**Car Avis**

| PICK-UP | DROP-OFF |
|---|---|
| **4:04 PM, Aug 24, 2014** | **12:51 PM, Aug 27, 2014** |
| **Austin, TX** | **CORPUS CHRISTI AIRPORT** |
| | **Corpus Christi, TX** |
| | **361-289-0073** |

| | |
|---|---|
| Reserved For | EZRA D ROSENBERG |
| Status | Confirmed |
| Car Type | Intermediate 2 or 4 door auto air |
| Rate | USD 97.19/day |
| Extra Hours | USD 155.92 |
| Distance Allowance | Unlimited |

Membership No          D005101

## Wednesday, August 27, 2014                    Confirmation: **P8YZP8**

 **Flight United Airlines 4345**

| DEPARTURE | ARRIVAL |
|---|---|
| **CRP – Corpus Christi, TX** | **IAH – Houston George Bush, TX** |
| **12:51 PM, Aug 27, 2014** | **1:50 PM, Aug 27, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - E |
| Duration | 00:59 (Non-stop) |
| Equipment | ERJ |
| Meal Service | None |
| Reserved Seats | 9D |
| Frequent Flyer | UAGN779264 |
| | |
| Notes | OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS |
| | ARRIVES IAH TERMINAL B |
| | TSA SECURED FLIGHT |

## Wednesday, August 27, 2014                    Confirmation: **P8YZP8**

 **Flight United Airlines 1621**

| DEPARTURE | ARRIVAL |
|---|---|
| **IAH – Houston George Bush, TX** | **EWR – Newark, NJ** |
| **2:54 PM, Aug 27, 2014** | **7:28 PM, Aug 27, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - E |
| Duration | 03:34 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Reserved Seats | 31E |
| Frequent Flyer | UAGN779264 |
| | |
| Notes | DEPARTS IAH TERMINAL C - ARRIVES EWR TERMINAL C |
| | TSA SECURED FLIGHT |



For reservations, contact your
preferred CWT travel professional

**GENERAL INFORMATION**
CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
*******************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
*******************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
*******************************************

IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
*********************************************
FOR AIRPORT SECURITY INFORMATION SEE WWW.TSA.GOV
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR BAGGAGE FEE INFORMATION. CHECK OPERATING
CARRIER FOR ALLOWANCE IF TRAVELING ON CODE
SHARE FLIGHT.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
AEROSOL INSECTICIDE SPRAYS
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES MAY BE SUBJECT TO A PENALTY OR FARE
INCREASE UP TO AND INCLUDING THE TOTAL COST OF THE TICKET.
FAILURE TO CANCEL MAY FORFEIT THE TOTAL VALUE OF TICKET.
AGENCY SERVICE FEE OF 22.00 HAS BEEN CHARGED

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|-------------------------|------|-------|-------|-------|-------|
| ROSENBERG/EZRA | 8424/0167411615832/18AUG14 USD | 1,047.45 | 11.20AY | 78.55US | 24.00XT | 1,161.20 |
| | | | | SERVICE FEE | | 22.00 |
| | | | | **Total Amount** | | 1,183.20 |

Form of Payment: AXXXXXXXXXXXXX8003

**Please do not reply to this email.**
If the email does not display correctly, please click here.



Carlson Wagonlit Travel

Your Itinerary

For reservations, contact your
preferred CWT travel professional

REGERS · swissôtel

VIEW YOUR ITINERARY ONLINE

---

**Trip on Aug 27, 2014**            Locator: **NZFLK4**            Date: **Aug 26, 2014**

| | |
|---|---|
| Traveler | **EZRA D ROSENBERG** |
| | DECHERT LLP |
| | CIRA CENTRE |
| | 2929 ARCH ST |
| | PHILADELPHIA PA Z/19104 |
| Agent | OT |

---

**Wednesday, August 27, 2014**            Confirmation: **P8YZP8**

   **Flight United Airlines 4609**

| DEPARTURE | ARRIVAL |
|---|---|
| **CRP - Corpus Christi, TX** | **IAH - Houston George Bush, TX** |
| **3:52 PM, Aug 27, 2014** | **4:51 PM, Aug 27, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - E |
| Duration | 00:59 (Non-stop) |
| Equipment | Embraer RJ135 Jet |
| Meal Service | None |
| Frequent Flyer | UAGN779264 |
| Notes | OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS |
| | ARRIVES IAH TERMINAL A |
| | TSA SECURED FLIGHT |
| | SEAT ASSIGNMENT RESTRICTED TO AIRPORT CHECK IN |

---

**Wednesday, August 27, 2014**            Confirmation: **P8YZP8**

   **Flight United Airlines 1246**

| DEPARTURE | ARRIVAL |
|---|---|
| **IAH - Houston George Bush, TX** | **EWR - Newark, NJ** |
| **6:34 PM, Aug 27, 2014** | **11:02 PM, Aug 27, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - E |
| Duration | 03:28 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Frequent Flyer | UAGN779264 |
| Notes | DEPARTS IAH TERMINAL C - ARRIVES EWR TERMINAL C |
| | TSA SECURED FLIGHT |

SEAT ASSIGNMENT RESTRICTED TO AIRPORT CHECK IN



For reservations, contact your
preferred CWT travel professional

---

**GENERAL INFORMATION**
THIS TICKET WAS ISSUED IN EXCHANGE FOR A PREVIOUSLY UNUSED TICKET
ISSUE DATE OF OLD TICKET: 18AUG14
NEW TICKET AMOUNT..........................$1230.20
LESS OLD TICKET AMOUNT FROM 0167411615832...$1161.20
TOTAL ADD COLLECT..........................$69.00
CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
*******************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
*******************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
*******************************************
IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
*******************************************
FOR AIRPORT SECURITY INFORMATION SEE WWW.TSA.GOV
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR BAGGAGE FEE INFORMATION. CHECK OPERATING
CARRIER FOR ALLOWANCE IF TRAVELING ON CODE
SHARE FLIGHT.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
AEROSOL INSECTICIDE SPRAYS
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES MAY BE SUBJECT TO A PENALTY OR FARE
INCREASE UP TO AND INCLUDING THE TOTAL COST OF THE TICKET.
FAILURE TO CANCEL MAY FORFEIT THE TOTAL VALUE OF TICKET.
ROUTING : CORPUS CHRISTI HOUSTON NEWARK
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE
CHANGES/CANCELLATION MAY BE SUBJECT TO A PENALTY OR FARE INCREASE UP
TO AND INCLUDING THE TOTAL COST OF THE TICKET. NO REFUND FOR UNUSED
PORTION ON CERTAIN FARES. TO RETAIN VALUE OF YOUR TICKET, YOU MUST
CANCEL THE RESERVATION ON OR BEFORE YOUR TICKETED DEPARTURE TIME.
AGENCY SERVICE FEE OF 22.00 HAS BEEN CHARGED

---

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|------------------------|------|-------|-------|-------|-------|
| ROSENBERG/EZRA 8605/0167411615932/26AUG14 | | | | | | 1,230.20 |
| | | | | | SERVICE FEE | 22.00 |
| | | | | | **Total Amount** | **1,252.20** |

Form of Payment: AXXXXXXXXXXXXX8003

Your Itinerary

*8/24/14 TRIP TO 8/25 Austin*
*8/26, 8/27 CRP Trial*

**Please do not reply to this email.**
If the email does not display correctly, please click here.



For reservations, contact your preferred CWT travel professional

[ VIEW YOUR ITINERARY ONLINE ]

**Trip on Aug 24, 2014**          Locator: **NZFLK4**          Date: **Aug 18, 2014**

| | |
|---|---|
| Traveler | **EZRA D ROSENBERG** |
| | DECHERT LLP |
| | CIRA CENTRE |
| | 2929 ARCH ST |
| | PHILADELPHIA PA Z/19104 |
| Agent | OT |

**Sunday, August 24, 2014**          Confirmation: **P8YZP8**

 **Flight United Airlines 3469**

| DEPARTURE | ARRIVAL |
|---|---|
| **EWR - Newark, NJ** | **AUS - Austin, TX** |
| **12:55 PM, Aug 24, 2014** | **4:04 PM, Aug 24, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - E |
| Duration | 04:09 (Non-stop) |
| Equipment | E70 |
| Meal Service | MEAL AT COST |
| Reserved Seats | 23D |
| Frequent Flyer | UAGN779264 |
| Notes | OPERATED BY SHUTTLE AMERICA DBA UNITED EXPRESS |
| | DEPARTS EWR TERMINAL C |
| | TSA SECURED FLIGHT |

*Staying @ the W Austin 8/24 8/25*
*Staying @ the Omni CRP thru 8/26 8/20 for trial suite.*

**Sunday, August 24, 2014**          Confirmation: **29073082US3 ***

 **Car Avis**

| PICK-UP | DROP-OFF |
|---|---|
| **4:04 PM, Aug 24, 2014** | **12:51 PM, Aug 27, 2014** |
| **Austin, TX** | **CORPUS CHRISTI AIRPORT** |
| | **Corpus Christi, TX** |
| | **361-289-0073** |

| | |
|---|---|
| Reserved For | EZRA D ROSENBERG |
| Status | Confirmed |
| Car Type | Intermediate 2 or 4 door auto air |
| Rate | USD 97.19/day |
| Extra Hours | USD 155.92 |
| Distance Allowance | Unlimited |

Membership No        D005101

**Wednesday, August 27, 2014**                    Confirmation: **P8YZP8**

 **Flight United Airlines 4345**

DEPARTURE                                ARRIVAL
**CRP - Corpus Christi, TX**             **IAH - Houston George Bush, TX**
**12:51 PM, Aug 27, 2014**               **1:50 PM, Aug 27, 2014**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - E |
| Duration | 00:59 (Non-stop) |
| Equipment | ERJ |
| Meal Service | None |
| Reserved Seats | 9D |
| Frequent Flyer | UAGN779264 |
| Notes | OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS |
| | ARRIVES IAH TERMINAL B |
| | TSA SECURED FLIGHT |

**Wednesday, August 27, 2014**                    Confirmation: **P8YZP8**

 **Flight United Airlines 1621**

DEPARTURE                                ARRIVAL
**IAH - Houston George Bush, TX**        **EWR - Newark, NJ**
**2:54 PM, Aug 27, 2014**                **7:28 PM, Aug 27, 2014**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - E |
| Duration | 03:34 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Reserved Seats | 31E |
| Frequent Flyer | UAGN779264 |
| Notes | DEPARTS IAH TERMINAL C - ARRIVES EWR TERMINAL C |
| | TSA SECURED FLIGHT |



For reservations, contact your
preferred CWT travel professional

**GENERAL INFORMATION**
CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
*********************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
*********************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
*********************************************

IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
*********************************************
FOR AIRPORT SECURITY INFORMATION SEE WWW.TSA.GOV
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR BAGGAGE FEE INFORMATION. CHECK OPERATING
CARRIER FOR ALLOWANCE IF TRAVELING ON CODE
SHARE FLIGHT.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
AEROSOL INSECTICIDE SPRAYS
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES MAY BE SUBJECT TO A PENALTY OR FARE
INCREASE UP TO AND INCLUDING THE TOTAL COST OF THE TICKET.
FAILURE TO CANCEL MAY FORFEIT THE TOTAL VALUE OF TICKET.
AGENCY SERVICE FEE OF 22.00 HAS BEEN CHARGED

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|------------------------|------|-------|-------|-------|-------|
| ROSENBERG/EZRA | 8424/0167411615832/18AUG14 USD 1,047.45 | | 11.20AY | 78.55US | 24.00XT | 1,161.20 |
| | | | | | SERVICE FEE | 22.00 |
| | | | | | Total Amount | 1,183.20 |

Form of Payment: AXXXXXXXXXXXXX8003

Traveler Resources | The Savvy Traveler blog | Data Protection Policy
Copyright © 2009-2014 CWT

**Please do not reply to this email.**
If the email does not display correctly, please click here.



VIEW YOUR ITINERARY ONLINE

| Trip on Aug 27, 2014 | Locator: **NZFLK4** | Date: **Aug 26, 2014** |
|---|---|---|

| Traveler | **EZRA D ROSENBERG** |
|---|---|
| | DECHERT LLP |
| | CIRA CENTRE |
| | 2929 ARCH ST |
| | PHILADELPHIA PA Z/19104 |
| Agent | OT |

---

**Wednesday, August 27, 2014**                     Confirmation: **P8YZP8**

 **Flight United Airlines 4609**

| DEPARTURE | ARRIVAL |
|---|---|
| **CRP – Corpus Christi, TX** | **IAH – Houston George Bush, TX** |
| **3:52 PM, Aug 27, 2014** | **4:51 PM, Aug 27, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - E |
| Duration | 00:59 (Non-stop) |
| Equipment | Embraer RJ135 Jet |
| Meal Service | None |
| Frequent Flyer | UAGN779264 |
| Notes | OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS |
| | ARRIVES IAH TERMINAL A |
| | TSA SECURED FLIGHT |
| | SEAT ASSIGNMENT RESTRICTED TO AIRPORT CHECK IN |

---

**Wednesday, August 27, 2014**                     Confirmation: **P8YZP8**

**Flight United Airlines 1246**

| DEPARTURE | ARRIVAL |
|---|---|
| **IAH – Houston George Bush, TX** | **EWR – Newark, NJ** |
| **6:34 PM, Aug 27, 2014** | **11:02 PM, Aug 27, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - E |
| Duration | 03:28 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Frequent Flyer | UAGN779264 |
| Notes | DEPARTS IAH TERMINAL C - ARRIVES EWR TERMINAL C |
| | TSA SECURED FLIGHT |

SEAT ASSIGNMENT RESTRICTED TO AIRPORT CHECK IN



For reservations, contact your
preferred CWT travel professional

**GENERAL INFORMATION**
THIS TICKET WAS ISSUED IN EXCHANGE FOR A PREVIOUSLY UNUSED TICKET
ISSUE DATE OF OLD TICKET: 18AUG14
NEW TICKET AMOUNT..........................$1230.20
LESS OLD TICKET AMOUNT FROM 0167411615832...$1161.20
TOTAL ADD COLLECT..........................$69.00
CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
*************************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
*************************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
*************************************************
IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
*************************************************
FOR AIRPORT SECURITY INFORMATION SEE WWW.TSA.GOV
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR BAGGAGE FEE INFORMATION. CHECK OPERATING
CARRIER FOR ALLOWANCE IF TRAVELING ON CODE
SHARE FLIGHT.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
AEROSOL INSECTICIDE SPRAYS
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES MAY BE SUBJECT TO A PENALTY OR FARE
INCREASE UP TO AND INCLUDING THE TOTAL COST OF THE TICKET.
FAILURE TO CANCEL MAY FORFEIT THE TOTAL VALUE OF TICKET.
ROUTING : CORPUS CHRISTI HOUSTON NEWARK
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE
CHANGES/CANCELLATION MAY BE SUBJECT TO A PENALTY OR FARE INCREASE UP
TO AND INCLUDING THE TOTAL COST OF THE TICKET. NO REFUND FOR UNUSED
PORTION ON CERTAIN FARES. TO RETAIN VALUE OF YOUR TICKET, YOU MUST
CANCEL THE RESERVATION ON OR BEFORE YOUR TICKETED DEPARTURE TIME.
AGENCY SERVICE FEE OF 22.00 HAS BEEN CHARGED

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|------------------------|------|-------|-------|-------|-------|
| ROSENBERG/EZRA 8605/0167411615932/26AUG14 | | | | | | 1,230.20 |
| | | | | | SERVICE FEE | 22.00 |
| | | | | | **Total Amount** | **1,252.20** |

Form of Payment: AXXXXXXXXXXXXX8003

*8/24/14 TRIP TO Austin*
*8/25*
*8/26, 8/27 CRP TRIAL*

**Please do not reply to this email.**
If the email does not display correctly, please click here.



Carlson Wagonlit Travel

Your Itinerary

For reservations, contact your
preferred CWT travel professional

RAFFLES Fairmont swissôtel

VIEW YOUR ITINERARY ONLINE

**Trip on Aug 24, 2014**          Locator: **NZFLK4**          Date: **Aug 18, 2014**

| Traveler | **EZRA D ROSENBERG** |
| --- | --- |
| | DECHERT LLP |
| | CIRA CENTRE |
| | 2929 ARCH ST |
| | PHILADELPHIA PA Z/19104 |
| Agent | OT |

**Sunday, August 24, 2014**          Confirmation: **P8YZP8**

 **Flight United Airlines 3469**

| DEPARTURE | ARRIVAL |
| --- | --- |
| EWR - Newark, NJ | AUS - Austin, TX |
| 12:55 PM, Aug 24, 2014 | 4:04 PM, Aug 24, 2014 |

| Status | Confirmed |
| --- | --- |
| Class | Coach Class - E |
| Duration | 04:09 (Non-stop) |
| Equipment | E70 |
| Meal Service | MEAL AT COST |
| Reserved Seats | 23D |
| Frequent Flyer | UAGN779264 |
| Notes | OPERATED BY SHUTTLE AMERICA DBA UNITED EXPRESS |
| | DEPARTS EWR TERMINAL C |
| | TSA SECURED FLIGHT |

*Staying @ the W Austin 8/24 8/25*
*Staying @ the Omni CRP thru 8/26 - 8/20 for trial suite.*

**Sunday, August 24, 2014**          Confirmation: **29073082US3 ***

 **Car Avis**

| PICK-UP | DROP-OFF |
| --- | --- |
| 4:04 PM, Aug 24, 2014 | 12:51 PM, Aug 27, 2014 |
| Austin, TX | CORPUS CHRISTI AIRPORT |
| | Corpus Christi, TX |
| | 361-289-0073 |

| Reserved For | EZRA D ROSENBERG |
| --- | --- |
| Status | Confirmed |
| Car Type | Intermediate 2 or 4 door auto air |
| Rate | USD 97.19/day |
| Extra Hours | USD 155.92 |
| Distance Allowance | Unlimited |

Membership No        D005101

## Wednesday, August 27, 2014                    Confirmation:  **P8YZP8**

  **Flight United Airlines 4345**

| DEPARTURE | ARRIVAL |
|---|---|
| **CRP – Corpus Christi, TX** | **IAH – Houston George Bush, TX** |
| **12:51 PM, Aug 27, 2014** | **1:50 PM, Aug 27, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - E |
| Duration | 00:59 (Non-stop) |
| Equipment | ERJ |
| Meal Service | None |
| Reserved Seats | 9D |
| Frequent Flyer | UAGN779264 |
| Notes | OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS |
| | ARRIVES IAH TERMINAL B |
| | TSA SECURED FLIGHT |

## Wednesday, August 27, 2014                    Confirmation:  **P8YZP8**

  **Flight United Airlines 1621**

| DEPARTURE | ARRIVAL |
|---|---|
| **IAH – Houston George Bush, TX** | **EWR – Newark, NJ** |
| **2:54 PM, Aug 27, 2014** | **7:28 PM, Aug 27, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - E |
| Duration | 03:34 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Reserved Seats | 31E |
| Frequent Flyer | UAGN779264 |
| Notes | DEPARTS IAH TERMINAL C - ARRIVES EWR TERMINAL C |
| | TSA SECURED FLIGHT |



For reservations, contact your preferred CWT travel professional

**GENERAL INFORMATION**
CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
*********************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
*********************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
*********************************************

IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
*********************************************
FOR AIRPORT SECURITY INFORMATION SEE WWW.TSA.GOV
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR BAGGAGE FEE INFORMATION. CHECK OPERATING
CARRIER FOR ALLOWANCE IF TRAVELING ON CODE
SHARE FLIGHT.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
AEROSOL INSECTICIDE SPRAYS
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES MAY BE SUBJECT TO A PENALTY OR FARE
INCREASE UP TO AND INCLUDING THE TOTAL COST OF THE TICKET.
FAILURE TO CANCEL MAY FORFEIT THE TOTAL VALUE OF TICKET.
AGENCY SERVICE FEE OF 22.00 HAS BEEN CHARGED

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|------------------------|------|-------|-------|-------|-------|
| ROSENBERG/EZRA | 8424/0167411615832/18AUG14 USD | 1,047.45 | 11.20AY | 78.55US | 24.00XT | 1,161.20 |
| | | | | SERVICE FEE | | 22.00 |
| | | | | **Total Amount** | | 1,183.20 |

Form of Payment: AXXXXXXXXXXXXX8003

Traveler Resources | The Savvy Traveler blog | Data Protection Policy
Copyright © 2009-2014 CWT



*We are proud to feature a 100% smoke-free fleet!*

**RENTAL AGREEMENT NUMBER:   227689803**

**RECEIPT**

## Your Information

| | |
|---|---|
| Customer Name: | EZRA ROSENBERG |
| Avis Worldwide Discount: | CARLSON WAGONLIT TRAVEL AKA TQ |
| Method of Payment: | AMEX XX8003 |

## Your Vehicle Information

| | |
|---|---|
| Vehicle Number: | 65607485 |
| Vehicle Group Rented: | Full-Size |
| Vehicle Group Charged: | Full-Size |
| Vehicle Description: | BLK KIA OPTIMA |
| License Plate Number: | TXCVW7593 |
| Odometer Out: | 12046 |
| Odometer In: | 12283 |
| Total Driven: | 237 |
| Fuel Gauge Reading: | Full |

## Your Rental

| | |
|---|---|
| Pickup Date/Time: | AUG 24,2014@5:22PM |
| Pickup Location: | 3600 PRESIDENTIAL BOULEVARD |
| | AUSTIN BERGSTROM INTL AIRPORT |
| | AUSTIN,TX,78719,US |
| | 512-530-3400 |

| | |
|---|---|
| Return Date/Time: | AUG 27,2014@12:55PM |
| Return Location: | 1000 INTERNATIONAL BOULEVARD |
| | CORPUS CHRISTI INTL AIRPORT |
| | CORPUS CHRISTI,TX,78406,US |
| | 361-289-0073 |

**Additional fees may apply if changes are made to your return date, time and/or location.**

## Your Vehicle Charges (MIN 1 DAY / MAX DAY)

| Rate Chart: | | Free Miles: | Time and Mileage: | |
|---|---|---|---|---|
| Miles: | UNLIMITED | | Your Discount: | |
| Hourly: | 88.49 | | 3 DY @ 117.99 = | 353.97 |
| Daily: | 117.99 | | Less 10.00% Discount = | (-)32.40 |
| Ad'l day: | 0.00 | | | |
| Weekly: | | | | |
| Monthly: | .00 | | **Time and Mileage:** | **321.57** |
| Agreed upon upgrade at10.00 /Day | | | | |

## Your Optional Products/Services

| | | |
|---|---|---|
| Loss Damage Waiver | 28.99 | Accepted |
| Additional Liability Insurance | 15.75 | Accepted |
| **Optional Services Total:** | **134.22** | |

## Your Taxable Fees

| | |
|---|---|
| 11.11% Concession Recovery Fee | 51.50 |
| CUSTOMER FACILITY CHG 5.95/D | 17.85 |
| VEH LICENSE RECOUP 2.00/DY | 6.00 |
| ENERGY RECOVERY FEE 0.60/DY | 1.80 |
| Optional Services Total Taxable: | 86.97 |
| **Sub-total-Charges:** | **485.69** |
| TAX 15.000% | 72.85 |

## Your Non-Taxable Products/Services

| | |
|---|---|
| Optional Services Total Non Taxable: | 47.25 |

| | |
|---|---|
| **Your Total Charges paid:** | **605.79** |
| **Prepayment** | **0.00** |

| | |
|---|---|
| **Net Charges:** | **USD 605.79** |
| **Your Total Due:** | **0.00** |

Thank you for renting with Avis.
If you have any questions regarding eToll, please contact our eToll provider, HTA at 1-866-285-6050 or visit their web site at www.htallc.com.
For all other inquiries, please contact us at 1-800-352-7900 or www.Avis.com.
At Avis, we are committed to providing you with the best rental experience in the industry. We are in the business of treating people like people.

Your vehicle was rented to you by RANDALL.          Your vehicle was checked in by 15081.

Server: Jess G
Table 701/3                 08/24/014
Guests: 0                   8:6 PM

                            #70071

LEMONADE                    2.95
Family Style Vegetables     6.00
  Asparagus
Blackened Catfish           20.00
Lemon Refill                1.50

Subtotal                    30.45
Tax                         2.51

Total                       32.96

**Balance Due**             32.96

Pay from your phone in seconds +5
                                37.96

1. Download the PayPal app

2. Select restaurant from the Shop tab

3. Enter the 6 digit code below

**YUK183**

                    FOOD:   30.45

    Thank You for Dining with Us
Suggested Gratuity for your Convenience
          (22%) = 6.70
          (20%) = 6.09
          (18%) = 5.48
        www.MoonshineGrill.com

---

                Tailwind - CRP
                The Airport

Server: Malena          DOB: 08/27/2014
12:46 PM                     08/27/2014
B1/5                         2/20045

                    SALE

AMEX                         2097163
Card #XXXXXXXXXXX8003
Magnetic card present: ROSENBERG ED
Card Entry Method: S

Approval: 593233

        Amount:      $ 14.33

        + Tip:  _____ 2

        = Total: _____ 17.33

        I agree to pay the above
      total amount according to the
          card issuer agreement.

X_____

     We would love to hear from you!
    Compliments, Questions, Concerns?
        Please Contact us at:
      info@tailwindconcessions.com
         or 1-866-578-7355

              Guest Copy

---

IRONWORKS BBQ
100 RED RIVER
AUSTIN, TX /87
512-478-4855

TERMINAL ID:
MERCHANT #:                    SWIPED

AMEX
##########8003 EXP:
SALE              In:    000131
BATCH: 000108           19:21
Aug 26, 14  AUTH: 590954
RRN: 423900401204 AUTH: 590954
TRAN SEQ #: 039484

                               03.22

Guest Copy

Server: Jess G
Table 701/3
Guests: 0

08/24/014
F:6 PM

#70071

LEMONADE                           2.95
Family Style Vegetables            6.00
  Asparagus
Blackened Catfish                 20.00
Lemon Refill                       1.50

Subtotal                          30.45
Tax                                2.51

Total                             32.96

**Balance Due**      32.96

Pay from your phone in seconds  +5
                                37.96

1. Download the PayPal app

2. Select restaurant from the Shop tab

3. Enter the 6 digit code below

**YUK 183**

FOOD:   30.45

Thank You for Dining with Us
Suggested Gratuity for your Convenience
        (22%) =  6.70
        (20%) =  6.09
        (18%) =  5.48
        www.MoonshineGrill.com

---

Tailwind – CRP
The Airport

Server: Malena          DOB: 08/27/2014
12:46 PM                     08/27/2014
B1/5                         2/20045

SALE

AMEX                              2097163
Card #XXXXXXXXXXX8003
Magnetic card present: ROSENBERG ED
Card Entry Method: S

Approval: 593233

Amount:      $ 14.33

+ Tip: _____ 2

= Total: _____ 17.33

I agree to pay the above
total amount according to the
card issuer agreement.

X_____

We would love to hear from you!
Compliments, Questions, Concerns?
Please Contact us at:
info@tailwindconcessions.com
or 1-866-578-7355

Guest Copy

*gas/fuel*

```
                    SUNRISE FOOD
                    9001 HWY 44
                CORPUS CHRISTI, TX 78406

        SHELL
        57542788104
        HWY 44 & CLARKWOOD
        CORPUS CHRIST, TX
        78406
        08/27/2014 242480932
        12:02:28 PM

        XXXX XXXX XXXX 8696
        VISA
        INVOICE 627968
        AUTH 00640D

        PUMP#  5
        REGULAR            10.694G
        PRICE/GAL
                            3.399

        FUEL TOTAL   $   36.35

        CREDIT       $   36.35

        www.shell.us/driveforfive - call
        1-888-90-Shell - pick up application in
                        store

        Must apply by 10/31/2014. New Shell
        Drive for Five Card accounts only


                    THANK YOU
```

*Meal*

```
        Cat Cora's Kitchen #91
      George Bush Intercontinental
               Airport
              Houston, TX
Date:        Aug27'14 05:49PM
Card Type:   Amex
Acct #:      XXXXXXXXXX8003
Card Entry:  SWIPED
Trans Type:  PURCHASE
Trans Key:   BIB002360869719
Auth Code:   544499
Check:       1508
Check ID:    B4
Server:      4013 Kritsada

Subtotal:        36.79

Tip:_____7 —

Total:_____43.79

Keep for your records
*CUSTOMER COPY*
```

text 832-619-0045

*parking*

```
Newark Liberty International
          Airport


      Thu Aug 28 2014 00:18

Entry:         08/24/2014 11:14:35 Ln 511
Exit:          08/28/2014 00:17:37 Ln 903
Cashier:                           rfowler

License Plate:                  NJ:WHY721
Class.            1   Public Parker
ID Type:                        Ticket
ID:                     051103223090


Parking Fee.................. .........$132.00
Total Fee.............................$132.00

CC Payment Amount:               $132.00
Card Type:                          VISA
Acct:             XXXXXXXXXXXX8696
Approval:                          0424/D
Txn ID:       20140828001805DL0908


        TAXES INCLUDED


   Newark Liberty International
            Airport
        Newark, NJ 07114
```

**Jones, Joanna**

---

| | |
|---|---|
| **From:** | Rudd, Amy |
| **Sent:** | Monday, September 01, 2014 10:27 AM |
| **To:** | Jones, Joanna |
| **Subject:** | Fwd: Omni Hotels Guest Folio 40016523212 |

Begin forwarded message:

> **From:** "guestfolio@omnihotels.com" <guestfolio@omnihotels.com>
> **Date:** September 1, 2014 at 4:57:28 AM CDT
> **To:** "Rudd, Amy" <amy.rudd@dechert.com>
> **Subject: Omni Hotels Guest Folio 40016523212**



# Receipt for AMY RUDD
# Confirmation #40016523212



**Omni Corpus Christi Hotel**
900 North Shoreline Boulevard
Corpus Christi TX US 78401
Phone: 361-887-1600

Room No:    1741
Nights:     1 night
Arrival:    08/26/2014
Departure:  08/27/2014

**Stay Charges:**

| Date | Description | Amount |
|---|---|---|
| 08-26-2014 | VALET PARKING $18 | 18.00 USD |
| 08-26-2014 | ROOM CHARGE | 169.00 USD |
| 08-26-2014 | CITY OCC TAX - 9% | 15.21 USD |
| 08-26-2014 | STATE OCC TAX - 6% | 10.14 USD |
| 08-27-2014 | AMERICAN EXPRESS | -212.35 USD |

Total Due: 0.00 USD

Charges reflected are as of 4:00AM. If you incurred additional charges after this time and require
an updated final copy of your receipt, please visit the front desk.

1

kwiktag®   162 795 077

# INVOICE

U.S. Legal Support
363 N. Sam Houston Parkway East
Suite 1200
Houston, TX 77060
Phone:713-653-7100  Fax:713-653-7143

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 91403325 | 8/5/2014 | 165868 |

| Job Date | Case No. |
|---|---|
| 7/29/2014 | 2:13-CV-193 (NGR) |

| Case Name |
|---|
| Marc Veasey, et al v. Rick Perry, et al |

| Payment Terms |
|---|
| Due upon receipt |

**RECEIVED**

**SEP 15 2014**

**ACCOUNTS PAYABLE**

Amy Rudd
Dechert LLP
300 West Sixth Street
Suite 2010
Austin, TX 78701

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Tommy Williams | | 356.00 | Pages | @ 4.20 | 1,495.20 |
| Exhibit | | 603.00 | Pages | @ 0.25 | 150.75 |
| Exhibits Color Copies | | 14.00 | | @ 1.25 | 17.50 |
| e-cd | | 1.00 | Disks | @ 35.00 | 35.00 |
| Delivery Regular | | 1.00 | | @ 15.00 | 15.00 |
| After/Before Hours | | 1.75 | | @ 50.00 | 87.50 |
| (TAXABLE $1,800.95) | | | | | |

| | |
|---|---|
| TOTAL DUE >>> | $1,800.95 |
| AFTER 9/19/2014 PAY | $1,981.05 |

Thank you for your business.  If you have any questions, please call 713-653-7100,
Ex. 3848 or email inquiries to dwilliams@uslegalsupport.com

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 1,800.95 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID: 76-0523238**                                         Phone: 512-394-3000   Fax:215-655-2411

---

*Please detach bottom portion and return with payment.*

Amy Rudd
Dechert LLP
300 West Sixth Street
Suite 2010
Austin, TX 78701

| | | | |
|---|---|---|---|
| Job No. | : 165868 | BU ID | : 1-HOU |
| Case No. | : 2:13-CV-193 (NGR) | | |
| Case Name | : Marc Veasey, et al v. Rick Perry, et al | | |
| Invoice No. | : 91403325 | Invoice Date | : 8/5/2014 |
| Total Due | : $1,800.95 | | |

*[handwritten: 8846 Con  977743  9/12/14  131285  T. Williams Depo  transcript material]*

| PAYMENT WITH CREDIT CARD | AMEX  MC  VISA |
|---|---|

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:   **U.S. Legal Support**
            **Texas Records & Reporting**
            **P.O. Box 952172**
            **Dallas, TX  75395-2172**

*[handwritten: 2142848]*

**kwiktag®    162 795 078**

# INVOICE

U.S. Legal Support
Austin Centre
701 Brazos, Suite 380
Austin, TX 78701
Phone:512-292-4249  Fax:512-292-3866

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 91403895 | 8/15/2014 | 166538 |

| Job Date | Case No. |
|---|---|
| 7/31/2014 | 2:13-CV-193 (NGR) |

| Case Name |
|---|
| Marc Veasey, et al v. Rick Perry, et al |

**RECEIVED**

SEP 15 2014

ACCOUNTS PAYABLE

Amy Rudd
Dechert LLP
300 West Sixth Street
Suite 2010
Austin, TX 78701

| Payment Terms |
|---|
| Due upon receipt |

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Virginia Jackson | 138.00 Pages | @ | 4.20 | 579.60 |
| Exhibit | 18.00 Pages | @ | 0.45 | 8.10 |
| Exhibits Color Copies | 6.00 | @ | 1.25 | 7.50 |
| e-cd | | | 35.00 | 35.00 |
| Delivery Regular | | | 15.00 | 15.00 |
| (TAXABLE $645.20) | | | | |

| | |
|---|---|
| TOTAL DUE >>> | $645.20 |
| AFTER 9/29/2014 PAY | $709.72 |

Thank you for your business.  If you have any questions, please call 713-653-7100,
Ex. 3848 or email inquiries to dwilliams@uslegalsupport.com

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 645.20 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238                                        Phone: 512-394-3000   Fax:215-655-2411

---

*Please detach bottom portion and return with payment.*

Amy Rudd
Dechert LLP
300 West Sixth Street
Suite 2010
Austin, TX 78701

*(handwritten: 477743  9/12/14  131285  V Jackson depo  transcript material)*

| | | | |
|---|---|---|---|
| Job No. | : 166538 | BU ID | : 4-AUSTIN |
| Case No. | : 2:13-CV-193 (NGR) | | |
| Case Name | : Marc Veasey, et al v. Rick Perry, et al | | |
| Invoice No. | : 91403895 | Invoice Date | : 8/15/2014 |
| Total Due | : $645.20 | | |

Remit To:   U.S. Legal Support
Texas Records & Reporting
P.O. Box 952172
Dallas, TX  75395-2172

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

*(handwritten: 2142849)*

*(handwritten: 121044)*



**Passenger Receipt**    **YEARY/MICHELLE K**

| Depart | Arrive | Date | Flight # | Class of Service |
|---|---|---|---|---|
| Philadelphia Intl Arpt, PA | Dallas Ft Worth Intl, TX | 09/07/2014 12:00 PM | AA1289 | V |
| Dallas Ft Worth Intl, TX | Corpus Christi Intl Arpt, TX | 09/07/2014 4:05 PM | AA3327 | L |
| Corpus Christi Intl Arpt, TX | Dallas Ft Worth Intl, TX | 09/10/2014 9:05 AM | AA2563 | N - Economy class |
| Dallas Ft Worth Intl, TX | Philadelphia Intl Arpt, PA | 09/10/2014 11:35 AM | AA1542 | N - Economy class |

| FARE | : | $840.20 | | |
|---|---|---|---|---|
| TAXES | : | $0.00 | Ticket Number | : 0017412505577 |
| TICKET TOTAL | : | $840.20 | | |
| **PAID** | : | **$840.20** | | |

| Ticket Issued | :09/03/2014 | Endorsement Restrictions |
|---|---|---|
| Days In Advance | :3 | NONREF-SVCCHGPLUSFAREDIF-CXL BY FLT TIME OR NOVALUE |
| Issued By | Carlson Wagonlit Travel (Dechert LLP) | TRANSPORTATION SUBJECT TO TERMS OF CARRIAGE PRINTED INSIDE OF TICKET JACKET |

**Your Itinerary**



**Please do not reply to this email.**
If the email does not display correctly, please <u>click here</u>.

VIEW YOUR ITINERARY ONLINE

| | | |
|---|---|---|
| **Trip on Sep 07, 2014** | Locator: **RLC91O** | Date: **Sep 03, 2014** |

| | |
|---|---|
| Traveler | **MICHELLE K YEARY** |
| | DECHERT LLP |
| | CIRA CENTRE |
| | 2929 ARCH ST |
| | PHILADELPHIA PA Z/19104 |
| Agent | 42 |

**Sunday, September 07, 2014**                    Confirmation: **NBGUEX**

 **Flight American Airlines 1289**

| DEPARTURE | ARRIVAL |
|---|---|
| **PHL – Philadelphia, PA** | **DFW – Dallas/Ft Worth, TX** |
| **12:00 PM, Sep 07, 2014** | **2:30 PM, Sep 07, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - V |
| Duration | 03:30 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Notes | AUDIO PROGRAMMING/SHORT FEATURE VIDEO/ |
| | DEPARTS PHL TERMINAL A |
| | TSA SECURED FLIGHT |
| | SEATING AT CHECK IN ONLY |

**Sunday, September 07, 2014**                    Confirmation: **NBGUEX**

 **Flight American Airlines 3327**

| DEPARTURE | ARRIVAL |
|---|---|
| **DFW – Dallas/Ft Worth, TX** | **CRP – Corpus Christi, TX** |
| **4:05 PM, Sep 07, 2014** | **5:20 PM, Sep 07, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - L |
| Duration | 01:15 (Non-stop) |
| Equipment | CR7 |
| Meal Service | Food For Purchase |
| Notes | OPERATED BY ENVOY AIR AS AMERICAN EAGLE |
| | DEPARTS DFW TERMINAL B |
| | TSA SECURED FLIGHT |

Confirmation: **NBGUEX**

**Wednesday, September 10, 2014**

 **Flight American Airlines 2563**

| DEPARTURE | ARRIVAL |
|---|---|
| **CRP - Corpus Christi, TX** | **DFW - Dallas/Ft Worth, TX** |
| 9:05 AM, Sep 10, 2014 | 10:25 AM, Sep 10, 2014 |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - N |
| Duration | 01:20 (Non-stop) |
| Equipment | Canadair Jet |
| Meal Service | Food For Purchase |
| Reserved Seats | 7A (Window) |
| Notes | OPERATED BY EXPRESSJET AS AMERICAN EAGLE |
| | ARRIVES DFW TERMINAL B |
| | TSA SECURED FLIGHT |

**Wednesday, September 10, 2014**          Confirmation: **NBGUEX**

 **Flight American Airlines 1542**

| DEPARTURE | ARRIVAL |
|---|---|
| **DFW - Dallas/Ft Worth, TX** | **PHL - Philadelphia, PA** |
| 11:35 AM, Sep 10, 2014 | 3:50 PM, Sep 10, 2014 |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - N |
| Duration | 03:15 (Non-stop) |
| Equipment | M83 |
| Meal Service | Food For Purchase |
| Notes | ARRIVES PHL TERMINAL A |
| | TSA SECURED FLIGHT |
| | SEATING AT CHECK IN ONLY |



NOW TOP RATED FOR BUSINESS TRAVEL   LEARN MORE   LaQUINTA   INNS & SUITES   Chain Code: LQ

**GENERAL INFORMATION**
CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
*********************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
*********************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
*********************************************
IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
*********************************************
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR BAGGAGE FEE INFORMATION. CHECK OPERATING

CARRIER FOR ALLOWANCE IF TRAVELING ON CODE
SHARE FLIGHT.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
AEROSOL INSECTICIDE SPRAYS
ROUTING : PHILADELPHIA DALLAS CORPUS CHRISTI DALLAS PHILADELPHIA
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE
CHANGES/CANCELLATION MAY BE SUBJECT TO A PENALTY OR FARE INCREASE UP
TO AND INCLUDING THE TOTAL COST OF THE TICKET. NO REFUND FOR UNUSED
PORTION ON CERTAIN FARES. TO RETAIN VALUE OF YOUR TICKET, YOU MUST
CANCEL THE RESERVATION ON OR BEFORE YOUR TICKETED DEPARTURE TIME.
FOR AIRPORT SECURITY INFORMATION SEE WWW.TSA.GOV
AGENCY SERVICE FEE OF 35.00 HAS BEEN CHARGED

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|------------------------|------|-------|-------|-------|-------|
| YEARY/MICHELLE 8743/0017412505577/03SEP14 | | USD 739.53 | 11.20AY | 55.47US | 34.00XT | 840.20 |
| | | | | | SERVICE FEE | 35.00 |
| | | | | | **Total Amount** | **875.20** |

Form of Payment: CAXXXXXXXXXXXX8617

Traveler Resources | The Savvy Traveler blog | Data Protection Policy
Copyright © 2009-2014 CWT

**Please do not reply to this email.**
If the email does not display correctly, please click here.



VIEW YOUR ITINERARY ONLINE

**Trip on Sep 07, 2014**          Locator: **RLC91O**          Date: **Sep 03, 2014**

| | |
|---|---|
| Traveler | **MICHELLE K YEARY** |
| | DECHERT LLP |
| | CIRA CENTRE |
| | 2929 ARCH ST |
| | PHILADELPHIA PA Z/19104 |
| Agent | 42 |

**Sunday, September 07, 2014**          Confirmation: **NBGUEX**

 **Flight American Airlines 1289**

DEPARTURE                          ARRIVAL
**PHL – Philadelphia, PA**          **DFW – Dallas/Ft Worth, TX**
**12:00 PM, Sep 07, 2014**          **2:30 PM, Sep 07, 2014**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - V |
| Duration | 03:30 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Notes | AUDIO PROGRAMMING/SHORT FEATURE VIDEO/ |
| | DEPARTS PHL TERMINAL A |
| | TSA SECURED FLIGHT |
| | SEATING AT CHECK IN ONLY |

**Sunday, September 07, 2014**          Confirmation: **NBGUEX**

 **Flight American Airlines 3327**

DEPARTURE                          ARRIVAL
**DFW – Dallas/Ft Worth, TX**          **CRP – Corpus Christi, TX**
**4:05 PM, Sep 07, 2014**          **5:20 PM, Sep 07, 2014**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - L |
| Duration | 01:15 (Non-stop) |
| Equipment | CR7 |
| Meal Service | Food For Purchase |
| Notes | OPERATED BY ENVOY AIR AS AMERICAN EAGLE |
| | DEPARTS DFW TERMINAL B |
| | TSA SECURED FLIGHT |

Confirmation: **NBGUEX**

Your Itinerary

## Wednesday, September 10, 2014



### Flight American Airlines 2563

DEPARTURE
**CRP - Corpus Christi, TX**
**9:05 AM, Sep 10, 2014**

ARRIVAL
**DFW - Dallas/Ft Worth, TX**
**10:25 AM, Sep 10, 2014**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - N |
| Duration | 01:20 (Non-stop) |
| Equipment | Canadair Jet |
| Meal Service | Food For Purchase |
| Reserved Seats | 7A (Window) |
| Notes | OPERATED BY EXPRESSJET AS AMERICAN EAGLE |
| | ARRIVES DFW TERMINAL B |
| | TSA SECURED FLIGHT |

## Wednesday, September 10, 2014            Confirmation: **NBGUEX**



### Flight American Airlines 1542

DEPARTURE
**DFW - Dallas/Ft Worth, TX**
**11:35 AM, Sep 10, 2014**

ARRIVAL
**PHL - Philadelphia, PA**
**3:50 PM, Sep 10, 2014**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - N |
| Duration | 03:15 (Non-stop) |
| Equipment | M83 |
| Meal Service | Food For Purchase |
| Notes | ARRIVES PHL TERMINAL A |
| | TSA SECURED FLIGHT |
| | SEATING AT CHECK IN ONLY |



NOW TOP RATED FOR BUSINESS TRAVEL
LaQUINTA INNS & SUITES
Chain Code: LQ
LEARN MORE

**GENERAL INFORMATION**
CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
*******************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
*******************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
*******************************************
IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
*******************************************
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR BAGGAGE FEE INFORMATION. CHECK OPERATING

CARRIER FOR ALLOWANCE IF TRAVELING ON CODE
SHARE FLIGHT.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
AEROSOL INSECTICIDE SPRAYS
ROUTING : PHILADELPHIA DALLAS CORPUS CHRISTI DALLAS PHILADELPHIA
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE
CHANGES/CANCELLATION MAY BE SUBJECT TO A PENALTY OR FARE INCREASE UP
TO AND INCLUDING THE TOTAL COST OF THE TICKET. NO REFUND FOR UNUSED
PORTION ON CERTAIN FARES. TO RETAIN VALUE OF YOUR TICKET, YOU MUST
CANCEL THE RESERVATION ON OR BEFORE YOUR TICKETED DEPARTURE TIME.
FOR AIRPORT SECURITY INFORMATION SEE WWW.TSA.GOV
AGENCY SERVICE FEE OF 35.00 HAS BEEN CHARGED

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|------------------------|------|-------|-------|-------|-------|
| YEARY/MICHELLE | 8743/0017412505577/03SEP14 | USD 739.53 | 11.20AY | 55.47US | 34.00XT | 840.20 |
| | | | | | SERVICE FEE | 35.00 |
| | | | | | **Total Amount** | **875.20** |

Form of Payment: CAXXXXXXXXXXXXX8617

Traveler Resources | The Savvy Traveler blog | Data Protection Policy
Copyright © 2009-2014 CWT

# OMNI HOTELS & RESORTS

corpus christi | texas

900 North Shoreline Blvd.
Corpus Christi, TX 78401
Phone: 361-887-1600 • Fax: 361-887-6715
Reservations: 800-843-6664

YEARY, MICHELLE
CARLSON WAGONLIT TRAVEL

Room Number: 640
Daily Rate: 169.00
Room Type: KNB
No. of Guests: 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---|---|---|---|---|---|
| 9/7/2014 | 9/10/2014 | XXXXXXXXXXXXX8617 | CWT | CONS | 14501784561 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 9/7/2014 | 640 | ROOM CHARGE | #640 YEARY, MICHELLE | $169.00 |
| 9/7/2014 | 640 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $15.21 |
| 9/7/2014 | 640 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $10.14 |
| 9/8/2014 | 640 | ROOM SERVICE BAYFRONT | 640/6761/06:52/ROOM SERVICE BAYFRONT | $31.80 |
| 9/8/2014 | 640 | WIFI INTERNET ACCESS | 640/1/19:11/WIFI INTERNET ACCESS | $9.95 |
| 9/8/2014 | 640 | ROOM CHARGE | #640 YEARY, MICHELLE | $169.00 |
| 9/8/2014 | 640 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $15.21 |
| 9/8/2014 | 640 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $10.14 |
| 9/8/2014 | 640 | ROOM SERVICE BAYFRONT | 640/6821/06:43/ROOM SERVICE BAYFRONT | $30.59 |
| 9/9/2014 | 640 | GLASS PAVILION RESTAURANT | 640/7083/20:27/GLASS PAVILION RESTAURANT | $92.40 |
| 9/9/2014 | 640 | ROOM CHARGE | #640 YEARY, MICHELLE | $169.00 |
| 9/9/2014 | 640 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $15.21 |
| 9/9/2014 | 640 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $10.14 |
| 9/10/2014 | 640 | MASTERCARD | MASTERCARD | ($747.79) |

Customer:

Date: 9/17/08

Fare: C 302.00

*Dave Polar*

Thank you for your business.

Receipt

**PHILADELPHIA PARKING AUTHORITY**

Philadelphia Parking Authority
Philadelphia Int'l Airport
Main Toll Plaza
Philadelphia, PA 19153
(215) 683-9842

Card Account : XXXXXXXXXX8617
Card Type : MASTER CARD
Authorization Code : 041602

Cashier : 661   Seq # 24025
Ent.: 10:14 09/07/14 Lane 2
Exit: 15:51 09/10/14 Lane 82
Duration: 3D(s) 5H(s) 37M(s)
Rate Code: 84  Shift: 073

| | | |
|---|---|---|
| FEE | $ | 80.00 |
| AMOUNT TEND | $ | 80.00 |
| CASH | | 0.00 |
| CREDIT CARD | $ | 80.00 |
| CHECK | $ | 0.00 |
| CHANGE | | 0.00 |
| PAID AT CT | $ | 80.00 |

Taxes Included

*** Thank You ***

**Jones, Joanna**

| | |
|---|---|
| **From:** | guestfolio@omnihotels.com |
| **Sent:** | Thursday, September 11, 2014 11:05 AM |
| **To:** | Jones, Joanna |
| **Subject:** | Omni Hotels Guest Folio 40016602438 |



# Receipt for LINDSEY COHAN
# Confirmation #40016602438



**Omni Corpus Christi Hotel**
900 North Shoreline Boulevard
Corpus Christi TX US 78401
Phone: 361-887-1600

| | |
|---|---|
| Room No: | 1731 |
| Nights: | 3 nights |
| Arrival: | 09/01/2014 |
| Departure: | 09/04/2014 |

**Stay Charges:**

| Date | Description | Amount |
|---|---|---|
| 09-01-2014 | WIFI INTERNET ACCESS | 14.95 USD |
| 09-01-2014 | VALET PARKING $18 | 18.00 USD |
| 09-01-2014 | ROOM CHARGE | 144.00 USD |
| 09-01-2014 | CITY OCC TAX - 9% | 12.96 USD |
| 09-01-2014 | STATE OCC TAX - 6% | 8.64 USD |
| 09-02-2014 | WIFI INTERNET ACCESS | 14.95 USD |
| 09-02-2014 | VALET PARKING $18 | 18.00 USD |
| 09-02-2014 | ROOM CHARGE | 144.00 USD |
| 09-02-2014 | CITY OCC TAX - 9% | 12.96 USD |
| 09-02-2014 | STATE OCC TAX - 6% | 8.64 USD |
| 09-03-2014 | TOPSIDER LOUNGE | 15.80 USD |
| 09-03-2014 | WIFI INTERNET ACCESS | 14.95 USD |
| 09-03-2014 | VALET PARKING $18 | 18.00 USD |
| 09-03-2014 | ROOM CHARGE | 144.00 USD |
| 09-03-2014 | CITY OCC TAX - 9% | 12.96 USD |
| 09-03-2014 | STATE OCC TAX - 6% | 8.64 USD |
| 09-04-2014 | AMERICAN EXPRESS | -611.45 USD |

Total Due: 0.00 USD

**Jones, Joanna**

---

| | |
|---|---|
| **From:** | guestfolio@omnihotels.com |
| **Sent:** | Thursday, September 11, 2014 11:05 AM |
| **To:** | Jones, Joanna |
| **Subject:** | Omni Hotels Guest Folio 40016649051 |



# Receipt for PETER JOHNSON
# Confirmation #40016649051



**Omni Corpus Christi Hotel**
900 North Shoreline Boulevard
Corpus Christi TX US 78401
Phone: 361-887-1600

Room No:     1038
Nights:      1 night
Arrival:     09/03/2014
Departure:   09/04/2014

**Stay Charges:**

| Date | Description | Amount |
|---|---|---|
| 09-03-2014 | LONG DISTANCE | 10.60 USD |
| 09-03-2014 | LONG DISTANCE | 6.47 USD |
| 09-03-2014 | LONG DISTANCE | 6.47 USD |
| 09-03-2014 | ROOM SERVICE BAYFRONT | 76.63 USD |
| 09-03-2014 | LONG DISTANCE | 12.67 USD |
| 09-03-2014 | ROOM CHARGE | 149.00 USD |
| 09-03-2014 | CITY OCC TAX - 9% | 13.41 USD |
| 09-03-2014 | STATE OCC TAX - 6% | 8.94 USD |
| 09-04-2014 | AMERICAN EXPRESS | -284.19 USD |
| 09-04-2014 | ROOM SERVICE BAYFRONT | 29.30 USD |
| 09-04-2014 | AMERICAN EXPRESS | -29.30 USD |

Total Due: 0.00 USD

## Expense Report
## Report Name :  Lunch Rcpts - TX Voter ID Trial

---

**Employee Name :** Cohan, Lindsey B.

**Employee ID :** 977743

---

### Report Header

**Policy :** Dechert LLP Expense Policy

**Business Purpose :** Lunch receipts from Veasey v. Perry trial in Corpus Christi

**Report Id :** AE3A8766B5FB4DB6A55E

**Receipts Received :** Yes

**Report Date :** 09/12/2014

**Approval Status :** Approved

**Payment Status :** Extracted for Payment

**Currency :** US, Dollar

**Company - Org Unit 1 :** U.S. Offices

**Location - Org Unit 2 :** Austin

**PG/Admin Dep - Org Unit 3 :** LIT-Products Liability

**Employee Type - Org Unit 4 :** Employee

**Matter # - Custom 04 :** Challenge in Texas Federal Court - Pro Bono

**Billable/Non-Billable - Custom 03 :** Non-Billable

**09/11/2014**

| Expense Type | Transaction Date | Business Purpose | Vendor | City | Payment Type | Amount |
|---|---|---|---|---|---|---|
| Business Meal (with attendees) | 09/11/2014 | lunch for Trial Team at Veasey v. Perry trial in Corpus Christi | Jason's Deli | Corpus Christi | Personal Credit Card | $44.92 |

**09/10/2014**

| Expense Type | Transaction Date | Business Purpose | Vendor | City | Payment Type | Amount |
|---|---|---|---|---|---|---|
| Business Meal (with attendees) | 09/10/2014 | lunch for Trial Team at Veasey v. Perry trial in Corpus Christi | Jason's Deli | Corpus Christi | Personal Credit Card | $56.60 |

**09/09/2014**

| Expense Type | Transaction Date | Business Purpose | Vendor | City | Payment Type | Amount |
|---|---|---|---|---|---|---|
| Business Meal (with attendees) | 09/09/2014 | lunch for Trial Team at Veasey v. Perry trial in Corpus Christi | Jason's Deli | Corpus Christi | Personal Credit Card | $66.34 |

**09/08/2014**

| Expense Type | Transaction Date | Business Purpose | Vendor | City | Payment Type | Amount |
|---|---|---|---|---|---|---|
| Business Meal (with attendees) | 09/08/2014 | lunch for Trial Team at Veasey v. Perry trial in Corpus Christi | Jason's Deli | Corpus Christi | Personal Credit Card | $48.14 |

**Report Total :**          $216.00

**Jones, Joanna**

| | |
|---|---|
| **From:** | Cohan, Lindsey |
| **Sent:** | Tuesday, September 09, 2014 11:31 AM |
| **To:** | Jones, Joanna |
| **Subject:** | FW: Your Order 17711348 is confirmed |

**Lindsey Cohan**

**Dechert LLP**
+1 512 394 3027 Direct
+1 202 607 9260 Mobile

lindsey.cohan@dechert.com
dechert.com

**From:** Jason's Deli [mailto:orders@jasonsdeli.com]
**Sent:** Tuesday, September 09, 2014 10:52 AM
**To:** Cohan, Lindsey
**Subject:** Your Order 17711348 is confirmed



**# 17711348**
**Corpus Christi, TX: Airline**
1416 Airline Corpus Christi, TX 78412
361-992-4649

| | |
|---|---|
| **Scheduled:** | 9/9/2014 12:00:00pm (allow **30** mins) |
| **For:** | DELIVERY |
| **Addr:** | 900 North Shoreline Boulevard Room 855 Corpus Christi, TX 78401 |
| **Contact:** | Amy Rudd 202-607-9260 lindsey.cohan@dechert.com |
| **Status:** | Confirmed |

| Qty | Item | Each $ | Amount $ |
|---|---|---|---|
| 1 | **Amy's Turkey-O (Regular)** | 5.69 | 5.69 |
| | Choice: Baked Chips and Pickle; No Drink, Thank You.; | | |
| 1 | **Turkey Wrap** | 6.59 | 6.59 |
| | Choice: No Roma Tomatoes; Chips and Pickle; No Drink, Thank You.; | | |
| 1 | **Chicken Panini** | 7.49 | 7.49 |
| | Choice: Chips and Pickle; No Drink, Thank You.; | | |
| 1 | **Chicken Caesar (Original)** | 7.79 | 7.79 |

Choice: No, Thank You; No Drink,
Thank You.;

| | | | |
|---|---|---|---|
| 1 | **Roasted Turkey Breast Sandwich** | 6.29 | 6.29 |

Choice: Rye; No Dressing; Lettuce;
No Cheese, Please (Click to
add); Chips and Pickle; No
Drink, Thank You.;

| | | | |
|---|---|---|---|
| 1 | **Reuben The Great with Pastrami** | 8.89 | 8.89 |

Choice: Chips and Pickle; No Drink,
Thank You.;

| | | | |
|---|---|---|---|
| 6 | **Jason's Water** | 1.79 | 10.74 |

| | |
|---|---|
| **SUBTOTAL:** | 53.48 |
| **DELIVERY:** | 4.00 |
| **TAX:** | 3.86 |
| **TOTAL:** | **61.34** |
| **TIP:** | 5.00 |
| **DUE:** | **66.34** |

Deli Dollars Awarded                              53 *

* Pending until order is completed
(generally within 24-48 hours after order pickup/delivery)

| **Payments** | **Tip** | **Amt $** | **Balance $** |
|---|---|---|---|
| American Express (***3008) exp: 4/17 | 5.00 | 66.34 | 0.00 |

Lindsey Cohan

307 W. 38th St.
Austin TX 78705

If you would like to give us feedback about a product or service, please
contact us by phone at **1-800-444-DELI** or by visiting
www.jasonsdeli.com/contact

We care about our customers, so we remind you to always be mindful when sharing your
credit card information.

*Please do not reply to email confirmations, they are not monitored.*
*Call your local deli for any changes to your order.*

2

**Jones, Joanna**

---

| | |
|---|---|
| **From:** | Cohan, Lindsey |
| **Sent:** | Tuesday, September 09, 2014 11:32 AM |
| **To:** | Jones, Joanna |
| **Subject:** | FW: Your Order 17702010 is confirmed |

**Lindsey Cohan**

**Dechert LLP**
+1 512 394 3027 Direct
+1 202 607 9260 Mobile

lindsey.cohan@dechert.com
dechert.com

---

**From:** Jason's Deli [mailto:orders@jasonsdeli.com]
**Sent:** Monday, September 08, 2014 10:32 AM
**To:** Cohan, Lindsey
**Subject:** Your Order 17702010 is confirmed



**# 17702010**
**Corpus Christi, TX: Airline**
1416 Airline Corpus Christi, TX 78412
361-992-4649

| | |
|---|---|
| **Scheduled:** | 9/8/2014 12:00:00pm (allow **30** mins) |
| **For:** | DELIVERY |
| **Addr:** | 900 North Shoreline Boulevard Room 855 Corpus Christi, TX 78401 |
| **Contact:** | Amy Rudd 202-607-9260 lindsey.cohan@dechert.com |
| **Status:** | Confirmed |

| Qty | Item | Each $ | Amount $ |
|---|---|---|---|
| 1 | **Reuben The Great with Pastrami** | 8.89 | 8.89 |
| | Choice: Chips and Pickle; No Drink, Thank You.; | | |
| 1 | **Tuna Melt** | 6.79 | 6.79 |
| | Choice: Chips and Pickle; No Drink, Thank You.; | | |
| 2 | **NEW! Cuban Press** | 6.79 | 13.58 |
| | Choice: Chips and | | |

1

Pickle; No Drink, Thank You.;

| 1 | **Turkey Wrap** | 6.59 | 6.59 |

Choice: No Roma Tomatoes; Chips and Pickle; No Drink, Thank You.;

| | | |
|---|---|---|
| **SUBTOTAL:** | 35.85 |
| **DELIVERY:** | 4.00 |
| **TAX:** | 3.29 |
| **TOTAL:** | **43.14** |
| **TIP:** | 5.00 |
| **DUE:** | **48.14** |

Deli Dollars Awarded                                36 *

\* Pending until order is completed
(generally within 24-48 hours after order pickup/delivery)

| **Payments** | **Tip** | **Amt $** | **Balance $** |
|---|---|---|---|
| American Express (***3008) exp: 4/17 | 5.00 | 48.14 | 0.00 |

Lindsey Cohan

307 W. 38th St. Austin TX 78705

If you would like to give us feedback about a product or service, please contact us by phone at **1-800-444-DELI** or by visiting
www.jasonsdeli.com/contact

We care about our customers, so we remind you to always be mindful when sharing your credit card information.

*Please do not reply to email confirmations, they are not monitored.*
*Call your local deli for any changes to your order.*

**Jones, Joanna**

| | |
|---|---|
| **From:** | Cohan, Lindsey |
| **Sent:** | Wednesday, September 10, 2014 10:52 AM |
| **To:** | Jones, Joanna |
| **Subject:** | FW: Your Order 17719556 is confirmed |

Another lunch order for reimbursement.

**Lindsey Cohan**

**Dechert LLP**
+1 512 394 3027 Direct
+1 202 607 9260 Mobile

lindsey.cohan@dechert.com
dechert.com

**From:** Jason's Deli [mailto:orders@jasonsdeli.com]
**Sent:** Wednesday, September 10, 2014 10:51 AM
**To:** Cohan, Lindsey
**Subject:** Your Order 17719556 is confirmed



**# 17719556**

**Corpus Christi, TX: Airline**
1416 Airline Corpus Christi, TX 78412
361-992-4649

| | |
|---|---|
| **Scheduled:** | 9/10/2014 12:00:00pm (allow **30** mins) |
| **For:** | DELIVERY |
| **Addr:** | 1133 North Shoreline Boulevard
Corpus Christi, TX 78401 |
| **Contact:** | Amy Rudd
202-607-9260
lindsey.cohan@dechert.com |
| **Status:** | Confirmed |

| Qty | Item | Each $ | Amount $ |
|---|---|---|---|
| 1 | **Santa Fe Chicken Sandwich** | 7.19 | 7.19 |
| | Choice: No Bacon Slices; Baked Chips and Pickle; No Drink, Thank You.; | | |
| 1 | **Amy's Turkey-O (Regular)** | 5.69 | 5.69 |
| | Choice: Baked Chips and Pickle; No Drink, Thank You.; | | |
| 1 | **Beefeater** | 7.99 | 7.99 |

< TD width="10">

1

|   |   |   |   |
|---|---|---|---|
| | Choice: | No Mayonnaise;<br>Au Jus, Please;<br>Baked Chips and<br>Pickle; No Drink,<br>Thank You.; | |
| 1 | **Roasted Turkey Breast Sandwich** | 6.29 | 6.29 |
| | Choice: | Rye; No<br>Dressing; Lettuce;<br>No Cheese,<br>Please (Click to<br>add); Baked<br>Chips and Pickle;<br>No Drink, Thank<br>You.; | |
| 1 | **Spinach Veggie Wrap** | 6.59 | 6.59 |
| | Choice: | Salsa, Please;<br>Baked Chips and<br>Pickle; No Drink,<br>Thank You.; | |
| 6 | **Jason's Water** | 1.79 | 10.74 |

|  |  |
|---|---|
| **SUBTOTAL:** | 44.49 |
| **DELIVERY:** | 4.00 |
| **TAX:** | 3.11 |
| **TOTAL:** | **51.60** |
| **TIP:** | 5.00 |
| **DUE:** | **56.60** |

Deli Dollars Awarded                                              44 *

\* Pending until order is completed
(generally within 24-48 hours after order pickup/delivery)

| Payments | Tip | Amt $ | Balance $ |
|---|---|---|---|
| American Express (\*\*\*3008) exp:<br>4/17 | 5.00 | 56.60 | 0.00 |

Lindsey Cohan

307 W. 38th St. Austin TX 78705

| Delivery<br>Instructions: | **Will meet the delivery person outside the<br>courthouse at 12:00PM.** |
|---|---|

If you would like to give us feedback about a product or service, please
contact us by phone at **1-800-444-DELI** or by visiting
www.jasonsdeli.com/contact

We care about our customers, so we remind you to always be mindful when sharing your
credit card information.

*Please do not reply to email confirmations, they are not monitored.
Call your local deli for any changes to your order.*

**Jones, Joanna**

| | |
|---|---|
| **From:** | Cohan, Lindsey |
| **Sent:** | Thursday, September 11, 2014 10:54 AM |
| **To:** | Jones, Joanna |
| **Subject:** | FW: Your Order 17729588 is confirmed |

Lunch today for Ezra, Amy, Vishal Agraharkar (Brennan Center), and Mark Posner (Lawyer's Committee).

**Lindsey Cohan**

**Dechert LLP**
+1 512 394 3027 Direct
+1 202 607 9260 Mobile

lindsey.cohan@dechert.com
dechert.com

**From:** Jason's Deli [mailto:orders@jasonsdeli.com]
**Sent:** Thursday, September 11, 2014 10:53 AM
**To:** Cohan, Lindsey
**Subject:** Your Order 17729588 is confirmed



**# 17729588**
**Corpus Christi, TX: Airline**
1416 Airline Corpus Christi, TX 78412
361-992-4649

| | |
|---|---|
| **Scheduled:** | 9/11/2014 12:00:00pm (allow **30** mins) |
| **For:** | DELIVERY |
| **Addr:** | 900 North Shoreline Boulevard Room 855 Corpus Christi, TX 78401 |
| **Contact:** | Amy Rudd 202-607-9260 lindsey.cohan@dechert.com |
| **Status:** | Confirmed |

| Qty | Item | Each $ | Amount $ |
|---|---|---|---|
| 1 | **Roasted Turkey Breast Sandwich** | 6.29 | 6.29 |
| | Choice: Rye; No Dressing; Lettuce; No Cheese, Please (Click to add); Baked Chips and Pickle; No Drink, Thank You.; | | |
| 1 | **Amy's Turkey-O (Regular)** | 5.69 | 5.69 |
| | Choice: Baked Chips | | |

and Pickle; No
Drink, Thank
You.;

| 1 | **Chicken Panini** | | 7.49 | 7.49 |

Choice: Baked Chips
and Pickle; No
Drink, Thank
You.;

| 1 | **Tuna Melt** | | 6.79 | 6.79 |

Choice: Baked Chips
and Pickle; No
Drink, Thank
You.;

| 4 | **Jason's Water** | | 1.79 | 7.16 |

|  |  | **SUBTOTAL:** | 33.42 |
|  |  | **DELIVERY:** | 4.00 |
|  |  | **TAX:** | 2.50 |
|  |  | **TOTAL:** | **39.92** |
|  |  | **TIP:** | 5.00 |
|  |  | **DUE:** | **44.92** |

Deli Dollars Awarded                                    33 *

\* Pending until order is completed
(generally within 24-48 hours after order pickup/delivery)

| **Payments** | **Tip** | **Amt $** | **Balance $** |
|---|---|---|---|
| American Express (\*\*\*3008) exp: 4/17 | 5.00 | 44.92 | 0.00 |

Lindsey Cohan
307 W. 38th St. Austin TX 78705

If you would like to give us feedback about a product or service, please
contact us by phone at **1-800-444-DELI** or by visiting
[www.jasonsdeli.com/contact](www.jasonsdeli.com/contact)

We care about our customers, so we remind you to always be mindful when sharing your
credit card information.

*Please do not reply to email confirmations, they are not monitored.*
*Call your local deli for any changes to your order.*

kwiktag® 162 795 234

# CHECK DISBURSEMENT REQUEST

| | | | |
|---|---|---|---|
| **Please Fax to (215)-655-2411 or Email: allaccountspayable@dechert.com** | | | |
| Requesting Attorney Name: **Ezra D. Rosenberg** <br> Requesting Attorney Personal ID Number: **936500** <br> Signature: _____ | Office: **Princeton** | Ext: **3222** |
| Requesting Name: <br> Requesting Personal ID Number: | Office: | Ext.: |
| Send check to: ☐ Direct to vendor per address below <br> ☒ Individual requesting check <br> ☐ Other | | |

| | | |
|---|---|---|
| Date of Request: | | Amount: **$1,811.20** |
| Payment Due Date: | | |
| Is immediate payment required? | If YES, please state reason for immediate payment (vendor invoices are normally paid in accordance with agreed upon payment terms, which is normally 30 days from invoice date). | |

| PAYEE: | |
|---|---|
| Name: <br> Address <br> Social Security No. (if individual) <br> **or** <br> or Employer I.D. No.: <br> Attach W-9 for New Vendor Set up | **U.S. Legal Support** <br> **363 N. Sam Houston Pkwy East, Ste 1200, Houston, TX 77060** |

| CHARGE TO: | |
|---|---|
| Name of Client: <br> **Texas State Conf of the NAACP** | Client/Matter Number: **- 131285**    Non-Earning Matter Number: |
| General Ledger Number: | Explanation for check stub: 8/26/2014 Deposition and Transcript of expert Jeffrey Milyo PhD |

A copy of the invoice MUST be attached to this check request.
All FIRM CHARGES **must be approved** by the appropriate practice group Leader, or Head of Infrastructure.

| FOR FINANCE DEPARTMENT USE ONLY | APPROVED BY: |
|---|---|
| Vendor No.: ___131044___ <br> Address ID No.: _____ | Name: _____ <br> Employee PIN/ID#: _____ <br> (All check requests **MUST** be signed) |

2144025

# INVOICE

U.S. Legal Support
Austin Centre
701 Brazos, Suite 380
Austin, TX  78701
Phone:512-292-4249    Fax:512-292-3866

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 91404830 | 8/29/2014 | 168243 |

| Job Date | Case No. | |
|---|---|---|
| 8/26/2014 | 2:13-CV-193 (NGR) | |

| Case Name |
|---|
| Marc Veasey, et al v. Rick Perry, et al |

Ezra Rosenberg
Dechert LLP
902 Carnegie Center, Suite 500
Princeton, NJ  08540

| Payment Terms |
|---|
| Due upon receipt |

---

ORIGINAL TRANSCRIPT OF:

Jeffrey Milyo, PhD                                                                                              1,811.20

(TAXABLE  $1,811.20)

**TOTAL DUE >>>**                    **$1,811.20**
AFTER 10/13/2014  PAY                    $1,992.32

Thank you for your business.  If you have any questions, please call 713-653-7100,
Ex. 3848 or email inquiries to dwilliams@uslegalsupport.com

(-) Payments/Credits:                    0.00
(+) Finance Charges/Debits:                    0.00
(=) New Balance:                    **1,811.20**

Invoices not paid by due date will be subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

---

Tax ID: 76-0523238                                                                          Phone:       Fax:

*Please detach bottom portion and return with payment.*

Ezra Rosenberg
Dechert LLP
902 Carnegie Center, Suite 500
Princeton, NJ  08540

Job No.        :  168243              BU ID         : 4-AUSTIN

Case No.      :  2:13-CV-193 (NGR)

Case Name   :  Marc Veasey, et al v. Rick Perry, et al

Invoice No.   :  91404830        Invoice Date   : 8/29/2014

**Total Due**    :  **$1,811.20**

Remit To:   **U.S. Legal Support
Texas Records & Reporting
P.O. Box 952172
Dallas, TX  75395-2172**

**PAYMENT WITH CREDIT CARD**          AMEX    (MasterCard)    VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                    Card Security Code:

Amount to Charge:

Cardholder's Signature:

# STATEMENT

U.S. Legal Support
363 N. Sam Houston Parkway East
Suite 1200
Houston, TX  77060
Phone:713-653-7100   Fax:713-653-7143

| Account No. | Date |
|---|---|
| F21932 | 9/2/2014 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $1,811.20 | $0.00 | $0.00 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $0.00 | **$1,811.20** |

Accounts Payable
Dechert LLP
902 Carnegie Center, Suite 500
Princeton, NJ  08540

Page 1 of 1      # 131285

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 8/29/2014 | 91404830 | 1,811.20 | 8/26/2014 | Jeffrey Milyo, PhD | Marc Veasey, et al v. Rick Perry, et al |

*OK*
*8/16/14*

Tax ID: 76-0523238                                              Phone:    Fax:

*Please detach bottom portion and return with payment.*

Accounts Payable
Dechert LLP
902 Carnegie Center, Suite 500
Princeton, NJ  08540

Account No.   :   F21932
Date          :   9/2/2014

**Total Due**   :   **$ 1,811.20**

Remit To:  **U.S. Legal Support**
          **Texas Records & Reporting**
          **P.O. Box 952172**
          **Dallas, TX  75395-2172**

kwiktag® 162 795 242

Joanna Jones 2014-08-28 INVOICE.pdf - Box

Page 1 of 1



RECEIVED

Simple, Secure Sharing from Anywhere – Get 10 GB FREE   **Sign up**  |  Log in

Joanna Jones

SEP 15 2014

Download

ACCOUNTS PAYABLE

Folder Information

Owned by 512-DELIVER

512 DELIVER

Just Dial...

Po Box 1745, Georgetown Tx 78627
24/7 Courier and Delivery Services
www.512DELIVER.com

140828/1

**INVOICE**

Date        28-Aug-14
Order No.   1
Page 1 of 2

512    335-4837

VISA

**Ordered By**

Name      Joanna Jones
Address   300 w 6th
City       Austin
Phone     830-693-6568

Comp   Dechert LLP
#       2010
State   TX    Zip   78701
Email   joanna.jones@dechert.com

SAVE up to 31% Per DAY EVERY MONTH

| | | | | | |
|---|---|---|---|---|---|
| 24/7 OPEN | LOCAL | TX | GPS LIVE | E-MAIL | LARGE | VISA CREDIT | CHECK |

| Order Information | | | |
|---|---|---|---|
| Service Type | DELIVERY | | |
| Transit Type | EXPRESS | | |
| Order Received | 18:00 | 28-Aug-14 | via Phone |
| Order Processed | 18:00 | 28-Aug-14 | |
| E.T.A. Pickup | 20:30 | 28-Aug-14 | See ETA terms and conditions |
| E.T.A. Drop-Off | 21:30 | 28-Aug-14 | See ETA terms and conditions |
| Total Items | 1 | | |
| Content | Documents | | |
| Total Size | Small | | |
| Packed By | Sender | | |
| Default Value | $100.00 | Default | |
| Estimated Cost | | See terms and conditions | |
| Fragile | No | See terms and conditions | |
| Deliver To | As Instructed | Default | |
| If Absent | Return To Sender | Default | |
| Proof of Delivery | Digital Record | Default | |

Vehicle                          Small Vehicle
Miles from Pick-Up to Drop-Off        100 Miles
Actual Time Spent at Pickup          6 Minutes
Actual Time Spent at Drop-Off         6 Minutes
Zone                                   1

2144055

Subtotal   $63.98
-15% Discount   $9.60

PAYMENT DUE AT THE TIME OF SERVICE

| | | |
|---|---|---|
| Payment made today | 12/Sep/2014 | $54.38 |
| Payment mailed after | 20-Sep-2014 | $162.38 |
| Payment mailed after | 27-Sep-2014 | $169.38 |
| Payment mailed after | 04-Oct-2014 | |
| Payment mailed after | 13-Oct-2014 | |
| Payment mailed after | 19-Oct-2014 | $214.38 |

I had read, understood and agreed with the all the T.O.S. I am responsible for all the fees and penalties related to late, failed, stopped, reversed or partial payment. I had authorized 512-DELIVER to process the payment method listed:

Payment Type   CHECK   NET 7
Name           Joanna Jones
Billing Address

As a small business we depend on your prompt payment. Every delivery starts with upfront fuel, vehicle, man hours and other expenses. Unless otherwise specified, if you choose to make a payment after seven days from the date on this invoice, please include a one time $100 administrative, plus $1 day. Add an additional 5% if you preffer to pay by credit card. Other fees may apply. For more information or to review our terms and conditions please visit: http://www.box.com/shared crewsgene

To ensure the highest level of service possible, and for liability purposes, we record and monitor every aspect of our services. A combination of audio, video, date and time stamped photos and GPS data tracks have been used to compile this invoice. We will collect and digitize the old fashion signature upon request. We value your privacy and do not share, sell or rent any information.

**Just dial deliver ... 512-DELIVER !**

At a moment's notice, 24/7 Emergency Courier and Hot Shot delivery services, door to, and from anywhere in USA. Now with Live GPS Tracking.

APPROVED
ID #      971743
DATE     9/12/14
          131285

hand delivery courier
service of flashdrives/CDs to Plfs'
TX AG's Office - Suppl
Exhs

219414

kwiktag ®     162 795 243

RECEIVED   Simple, Secure Sharing from Anywhere – Get 10 GB FREE   **Sign up** | Log in

Joanna Jones   SEP 1 5 2014

Download

**ACCOUNTS PAYABLE**

Folder Information
Owned by 512-DELIVER

Joanna J.
Uploader

Joanna .
Uploader

512 DELIVER

Just Dial...

512   335-4837

VISA

Po Box 1745, Georgetown Tx 78627
*24/7 Courier and Delivery Services*
**www.512DELIVER.com**

140829.1

**INVOICE**

Date    29-Aug-14
Order No. 1
Page 1 of 2

**Ordered By**

| | | | | |
|---|---|---|---|---|
| *Name* | Joanna Jones | *Comp* | Dechert LLP | |
| *Address* | 300 w 6th | # | 2010 | |
| *City* | Austin | | | |
| *Phone* | 830-693-6568 | *State* TX   *Zip* 78701 | | |
| | | *Email* joanna.jones@dechert.com | | |

SAVE up to 31% per DAY EVERY MONTH

24/7 OPEN   LOCAL   TX   GPS LIVE   SMALL   LARGE   VISA CREDIT   CHECK

4F   2 HOURS   3 HOURS   4 HOURS   NEXT DAY   MULTI   31% SAVE

**Order Information**

| | | |
|---|---|---|
| Service Type | DELIVERY | |
| Transit Type | EXPRESS | |
| Order Received | 11:20 | 29-Aug-14 via Phone |
| Order Processed | 11:20 | 29-Aug-14 |
| E.T.A. Pickup | 11:30 | 29-Aug-14 *See ETA terms and conditions* |
| E.T.A. Drop-Off | 12:00 | 29-Aug-14 *See ETA terms and conditions* |
| Total Items | 1 | |
| Content | Documents | |
| Total Size | Small | |
| Packed By | Sender | |
| Default Value | $100.00 | *Default* |
| Estimated Cost | | *See terms and conditions* |
| Fragile | No | *See terms and conditions* |
| Deliver To | As Instructed | *Default* |
| If Absent | Return To Sender | *Default* |
| Proof of Delivery | Digital Record | *Default* |

| | | |
|---|---|---|
| Vehicle | | Small Vehicle |
| Miles from Pick-Up to Drop-Off | | 1.00 Miles |
| Actual Time Spent at Pickup | | 10 Minutes |
| Actual Time Spent at Drop-Off | | 10 Minutes |
| Zone | | |

Subtotal   $62.98
-15%   Discount   $9.45

PAYMENT DUE AT THE TIME OF SERVICE

| | | |
|---|---|---|
| **Payment made today** | **12/Sep/2014** | **$53.53** |
| Payment mailed after | 20/Sep/2014 | $161.53 |
| Payment mailed after | 27/Sep/2014 | $168.53 |
| Payment mailed after | 04/Oct/2014 | |
| Payment mailed after | 13/Oct/2014 | |
| Payment mailed after | 19/Oct/2014 | $213.53 |

*I had read, understood and agreed with the all the T.O.S. I am responsible for all the fees and penalties related to late, failed, stopped, reversed or partial payment. I had authorized 512-DELIVER to process the payment method listed:*

| | |
|---|---|
| Payment Type | **CHECK**   NET 7 |
| Name | Joanna Jones |
| Billing Address | |

*To ensure the highest level of service possible, and for liability purposes, we record and monitor every aspect of our service. A combination of audio, video, date and time stamped photos and GPS data tracks have been used to compile this invoice. We will collect and digitize the old fashion signature upon request only. We value your privacy and do not share, sell or rent any information.*

*As a small business we depend on your prompt payment. Every delivery starts with upfront fuel, vehicle, man hours and other expenses. Unless otherwise specified, if you choose to make a payment after seven days from the date on this invoice, please include a one time $100 administrative, plus $1/day. Add on additional 5% if you preffer to pay by credit card. Other fees may apply. For more information or to review our terms and conditions please visit: http://www.box.com/shared/cteexgyzne*

**Just dial deliver ... 512-DELIVER !**

©2014 Box • Sign... ... a moment's notice, 24/7 Emergency Courier and Hot Shot delivery services, door to door, to and from anywhere in USA. Now with Live GPS Tracking.

APPROVED
977743
9/12/14
131285
hand delivery courier service of flashdrive of Plfs' Exhs to
TX AG's office

2144056

9/12/2014



kwiktag® 162 795 248

 UNIVERSITY OF MINNESOTA

# INVOICE

Please Remit To:

Regents of the University of Minnesota
NW 5960
PO Box 1450
Minneapolis MN 55485-5960

| | |
|---|---|
| Page: | 1 of 1 |
| Invoice: | 0370014349 |
| Invoice Date: | 09/05/2014 |
| Customer No: | 5008665 |
| Payment Terms: | NET 30 |
| Due Date: | 10/05/2014 |

**RECEIVED**

**SEP 17 2014**

**ACCOUNTS PAYABLE**

Bill To:   DECHERT LLP
Meg Chicco
902 CARNEGIE CTR
PRINCETON NJ 08540-6530
UNITED STATES

Amount Due:   334.00 USD

For billing questions, please call: 612-626-2554                Original

| Line | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|
| 1 | Document Delivery - Nontaxable 5008665.5.5 | 1.00 | EA | 334.00 | 334.00 |
| | | | | Subtotal: | 334.00 |
| | | | | Amount Due: | 334.00  USD |

Monthly Services Invoice - Details Enclosed

InfoNOW
University of Minnesota Libraries
http://www.lib.umn.edu/infonow/

\*\*\*TO PAY THIS INVOICE BY CREDIT CARD PLEASE GO TO WWW.PAY.UMN.EDU\*\*\*

*OK*
*DMC*
*9/17/14*

*# 131285*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return with payment

 UNIVERSITY OF MINNESOTA

| | |
|---|---|
| Invoice Date: | 09/05/2014 |
| Customer No: | 5008665 |
| Invoice: | 0370014349 |
| Amount Due: | 334.00 |

☐ Check here if you have an address correction and write the correction(s) next to the address shown below

Amount Enclosed

$ [ ][ ][ ][ ][ ][ ]

DECHERT LLP
Meg Chicco
902 CARNEGIE CTR
PRINCETON NJ 08540-6530
UNITED STATES

Regents of the University of Minnesota
NW 5960
PO Box 1450
Minneapolis MN 55485-5960

5008665 0370014349 000033400 6

*2144068*

## InfoNOW:   *Monthly Detail Report – August 2014*

Page 1

### Dechert LLP

customer id    5008665.5.5

**Client Name**    **Meg Chicco**                    **Billing Agent**    **Meg Chicco**

**Billing reference**    *131285*

| InfoNow # | Date | Citation Information | fee | misc | copyright | total |
|---|---|---|---|---|---|---|
| 164131 | 8/12/2014 | 1 Foundations of economic analysis Cambridge Harvard Univ Press 1947 | $30.00 | $0.00 | $0.00 | $30.00 |
| Book loan - Rush | | | | | | |
| 164132 | 8/12/2014 | 2 An economic theory of democracyAnthony Downs New York Harper 1957 | $30.00 | $0.00 | $0.00 | $30.00 |
| Book loan - Rush | | | | | | |
| 164133 | 8/12/2014 | 3 Pathologies of rational choice theory a critique of applications in political science Green and Shapiro New Haven Yale University Press c1994 | $30.00 | $0.00 | $0.00 | $30.00 |
| Book loan - Rush | | | | | | |
| 164134 | 8/12/2014 | 4 An introduction to positive political theory Riker and Ordeshook Englewood Cliffs NJ PrenticeHall 1973 | $30.00 | $0.00 | $0.00 | $30.00 |
| Book loan - Rush | | | | | | |
| 164135 | 8/12/2014 | 5 Get out the vote how to increase voter turnou Green and Gerber Washington DC Brookings Institution Press c2004 JK2281 G74 2004 | $30.00 | $0.00 | $0.00 | $30.00 |
| Book loan - Rush | | | | | | |
| 164205 | 8/13/2014 | 1 Uhlaner Rational Turnout The Neglected Role of Groups American Journal of Political Science 332 390422 | $25.00 | $0.00 | $36.50 | $61.50 |
| Article - 8 hour | | | | | | |
| 164206 | 8/13/2014 | 2 Aldrich Rational Choice and Turnout American Journal of Political Science 371 246278 | $25.00 | $0.00 | $36.50 | $61.50 |
| Article - 8 hour | | | | | | |
| 164211 | 8/13/2014 | 1 Piven and Cloward Why Americans Dont Vote Pantheon Books NY 1988 | $30.00 | $0.00 | $0.00 | $30.00 |
| Book loan - Rush | | | | | | |
| 164212 | 8/13/2014 | 1 From Rethinking The Vote The Politics and Prospects of American Election Reform eds Crigler Just and McCaffrey Chapter by Traugott Michael Why Electoral Reform Has Failed | $25.00 | $0.00 | $6.00 | $31.00 |
| Article - 8 hour | | | | | | |

*131285*                    **Subtotal for**                    $334.00

| | | | | |
|---|---|---|---|---|
| *total InfoNow fees* | $255.00 | | | |
| *total misc charges* | $0.00 | | **Total** | $334.00 |
| *total copyright fees* | $79.00 | | | |

kwiktag®   162 795 295



**A-1 Billing Services**

2 Emmons Drive
Princeton, NJ
08540
**1.800.367.0070**
Fax: 609.951.9330

Invoice Number: 241243
Invoice Date: 08/31/14
Account Number: 6139
Page: 1 of 1
Invoice Amount: $138.20
Amount Due: $138.20

DECHERT LLP
ACCOUNTS PAYABLE
2929 ARCH STREET
CIRA CENTRE
PHILADELPHIA, PA 19104

Please make checks payable to "A-1 Billing Services", write your invoice number on your check and return it with the top portion of this invoice.

| Date | Res. Num | Passenger Name | Expense Code | Fare | Additional Charges[1] | Gratuity | Misc.[2] | Tax | Total |
|------|----------|----------------|--------------|------|------------------------|----------|----------|-----|-------|
| 08/31/14 | B39272 - 1 | EZRA ROSENBERG | | $100.00 | $0.00 | $18.00 | $20.20 | 0.00 | 138.20 |

SEDAN          HOPEWELLNJ08:00/EWRNJ
*2 Tolls & Parking :                    $7.20
*2 Fuel Surcharge :                     $13.00
**MUST ENTER 6 DIGIT BILLING MATTER #:** 131285
**Caller:** JONI WHIPPLE  609-955-3284
**Itinerary:**  109 W PROSPECT ST HOPEWELL NJ 08525
            NEWARK AIRPORT EWR EWR NJ 07114 UA 1725

RECEIVED
SEP 09 2014
ACCOUNTS PAYABLE

RECEIVED
SEP 16 2014
ACCOUNTS PAYABLE

Vendor: 208696
Description: Car Service · Ezra Rosenberg
Timekeeper: 904000
G/L Matter #: 131285
Approval: 9/12/14

2144299

Total Trips This Invoice: 1
Amount This Invoice: $138.20
Total Amount Due: $138.20

kwiktag®    162 795 354

**PLEASE NOTE OUR NEW EIN NUMBER: 45-4116582**

# Independence Legal Support

Interlibrary Loan and Document Delivery Services for Law Librarians

P.O. Box 1807
Greenbelt MD 20768
Phone: 240-392-0017

# INVOICE

| | |
|---|---|
| DATE: | 8/13/2014 |
| INVOICE # | 18364 |
| YOUR C/M # | 131285 |

## BILL TO:

Meg Chicco
Dechert LLP
902 Carnegie Center
Princeton, NJ 08540
609 955 3223

RECEIVED

SEP 2 3 2014

ACCOUNTS PAYABLE

| DESCRIPTION | AMOUNT |
|---|---|
| ILL: Microeconomics (2013) - Due - 10-13-2014 | $20.00 |
| RESEARCH/ATTEMPT RETRIEVAL: Intermediate microeconomics : a modern approach (2014); N/A for loan; Available for purchase online; Stopped search 8.13.2014 - 1/2 hour | $25.00 |

| | |
|---|---|
| SUBTOTAL | $45.00 |
| TAX RATE | 0.000% |
| TAX | $0.00 |
| OTHER | $0.00 |
| TOTAL | **$45.00** |

**OTHER COMMENTS**

1. Payable upon receipt
2. Please include the invoice number on your check
3. Please submit payments to:
Independence Legal Support
P.O. Box 1807
Greenbelt MD 20768

Make all checks payable to
**Independence Legal Support**

If you have any questions about this invoice, please contact
Independence Legal Support requests@independencelegalsupport.com  240-392-0017

*Thank You For Your Support!*

**PLEASE NOTE OUR NEW EIN NUMBER: 45-4116582**

OK
MC
8/20/2014    # 131285

2144598

217818

# OMNI HOTELS & RESORTS

## corpus christi | texas

900 North Shoreline Blvd.
Corpus Christi, TX 78401
Phone: 361-887-1600 • Fax: 361-887-6715
Reservations: 800-843-6664

ROSENBERG, EZRA

DECHERT LLP

Hopewell, NJ  08525 US

**Room Number:** 1251
**Daily Rate:** 115.00
**Room Type:** DDNB
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 8/26/2014 | 9/12/2014 | XXXXXXXXXXXX8003 | CBEND | ESP | 14501746318 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 8/26/2014 | 1251 | ROOM CHARGE | #1251 ROSENBERG, EZRA | $115.00 |
| 8/26/2014 | 1251 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 8/26/2014 | 1251 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $6.90 |
| 8/27/2014 | 1251 | GLASS PAVILION RESTAURANT | 1251/5716/07:22/GLASS PAVILION RESTAURAN | $17.07 |
| 8/27/2014 | 1251 | ROOM CHARGE | #1251 ROSENBERG, EZRA | $115.00 |
| 8/27/2014 | 1251 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 8/27/2014 | 1251 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $6.90 |
| 8/28/2014 | 1251 | GUEST LAUNDRY  BAYFRONT | #146194, 195, 196, 197 | $65.77 |
| 8/28/2014 | 1251 | ROOM CHARGE | #1251 ROSENBERG, EZRA | $115.00 |
| 8/28/2014 | 1251 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 8/28/2014 | 1251 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $6.90 |
| 8/29/2014 | 1251 | ROOM CHARGE | #1251 ROSENBERG, EZRA | $115.00 |
| 8/29/2014 | 1251 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 8/29/2014 | 1251 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $6.90 |
| 8/30/2014 | 1251 | ROOM CHARGE | #1251 ROSENBERG, EZRA | $115.00 |
| 8/30/2014 | 1251 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 8/30/2014 | 1251 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $6.90 |
| 8/31/2014 | 1251 | ROOM CHARGE | #1251 ROSENBERG, EZRA | $115.00 |
| 8/31/2014 | 1251 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 8/31/2014 | 1251 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $6.90 |
| 9/1/2014 | 1251 | GLASS PAVILION RESTAURANT | 1251/6466/18:54/GLASS PAVILION RESTAURAN | $32.08 |
| 9/1/2014 | 1251 | ROOM CHARGE | #1251 ROSENBERG, EZRA | $115.00 |
| 9/1/2014 | 1251 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 9/1/2014 | 1251 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $6.90 |
| 9/2/2014 | 1251 | AMERICAN EXPRESS | AX***8033 HOUSE LIMIT | ($2,185.00) |
| 9/2/2014 | 1251 | GLASS PAVILION RESTAURANT | 1251/6539/20:32/GLASS PAVILION RESTAURAN | $38.48 |
| 9/2/2014 | 1251 | ROOM CHARGE | #1251 ROSENBERG, EZRA | $115.00 |
| 9/2/2014 | 1251 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 9/2/2014 | 1251 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $6.90 |
| 9/3/2014 | 1251 | MORSELS, BAYFRONT TOWER | 1251/8724/07:34/MORSELS, BAYFRONT TOWER | $3.29 |
| 9/3/2014 | 1251 | GLASS PAVILION RESTAURANT | 1251/6607/20:16/GLASS PAVILION RESTAURAN | $93.94 |

**CONTINUED ON NEXT PAGE**

TERMS:   DUE AND PAYABLE UPON PRESENTATION.   I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

# OMNI ✦ HOTELS & RESORTS™

## corpus christi | texas

900 North Shoreline Blvd.
Corpus Christi, TX 78401
Phone: 361-887-1600 • Fax: 361-887-6715
Reservations: 800-843-6664

ROSENBERG, EZRA

DECHERT LLP

Hopewell, NJ  08525 US

**Room Number:** 1251
**Daily Rate:** 115.00
**Room Type:** DDNB
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 8/26/2014 | 9/12/2014 | XXXXXXXXXXXX8003 | CBEND | ESP | 14501746318 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 9/3/2014 | 1251 | ROOM CHARGE | #1251 ROSENBERG, EZRA | $115.00 |
| 9/3/2014 | 1251 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 9/3/2014 | 1251 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $6.90 |
| 9/4/2014 | 1251 | BOTTLED WATER | BOTTLED WATER | $4.00 |
| 9/4/2014 | 1251 | ROOM CHARGE | #1251 ROSENBERG, EZRA | $115.00 |
| 9/4/2014 | 1251 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 9/4/2014 | 1251 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $6.90 |
| 9/5/2014 | 1251 | ROOM CHARGE | #1251 ROSENBERG, EZRA | $115.00 |
| 9/5/2014 | 1251 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 9/5/2014 | 1251 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $6.90 |
| 9/6/2014 | 1251 | MORSELS, BAYFRONT TOWER | 1251/9121/09:30/MORSELS, BAYFRONT TOWER | $3.25 |
| 9/6/2014 | 1251 | ROOM CHARGE | #1251 ROSENBERG, EZRA | $115.00 |
| 9/6/2014 | 1251 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 9/6/2014 | 1251 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $6.90 |
| 9/7/2014 | 1251 | GLASS PAVILION RESTAURANT | 1251/6938/21:19/GLASS PAVILION RESTAURAN | $42.18 |
| 9/7/2014 | 1251 | ROOM CHARGE | #1251 ROSENBERG, EZRA | $115.00 |
| 9/7/2014 | 1251 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 9/7/2014 | 1251 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $6.90 |
| 9/8/2014 | 1251 | ROOM CHARGE | #1251 ROSENBERG, EZRA | $115.00 |
| 9/8/2014 | 1251 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 9/8/2014 | 1251 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $6.90 |
| 9/9/2014 | 1251 | GUEST LAUNDRY  BAYFRONT | GST LNDRY 146641/42 | $20.83 |
| 9/9/2014 | 1251 | ROOM CHARGE | #1251 ROSENBERG, EZRA | $115.00 |
| 9/9/2014 | 1251 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 9/9/2014 | 1251 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $6.90 |
| 9/10/2014 | 1251 | ROOM CHARGE | #1251 ROSENBERG, EZRA | $115.00 |
| 9/10/2014 | 1251 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 9/10/2014 | 1251 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $6.90 |
| 9/11/2014 | 1251 | ROOM CHARGE | #1251 ROSENBERG, EZRA | $115.00 |
| 9/11/2014 | 1251 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 9/11/2014 | 1251 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $6.90 |

**CONTINUED ON NEXT PAGE**

TERMS:   DUE AND PAYABLE UPON PRESENTATION.   I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

# OMNI ⚓ HOTELS & RESORTS™

## corpus christi | texas

900 North Shoreline Blvd.
Corpus Christi, TX 78401
Phone: 361-887-1600 • Fax: 361-887-6715
Reservations: 800-843-6664

ROSENBERG, EZRA
DECHERT LLP

Hopewell, NJ  08525 US

**Room Number:** 1251
**Daily Rate:** 115.00
**Room Type:** DDNB
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 8/26/2014 | 9/12/2014 | XXXXXXXXXXXX8003 | CBEND | ESP | 14501746318 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 9/12/2014 | 1251 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($384.08) |

**CREDIT DUE:**        ($0.00)

TERMS:   DUE AND PAYABLE UPON PRESENTATION.   I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

**Please do not reply to this email.**
If the email does not display correctly, please click here.



VIEW YOUR ITINERARY ONLINE

| | | |
|---|---|---|
| **Trip on Sep 12, 2014** | Locator: **TSZSH8** | Date: **Sep 08, 2014** |

| | |
|---|---|
| Traveler | **EZRA D ROSENBERG** |
| | DECHERT LLP |
| | CIRA CENTRE |
| | 2929 ARCH ST |
| | PHILADELPHIA PA Z/19104 |
| Agent | OT |

---

**Friday, September 12, 2014**                Confirmation: **CVMYRF**

 **Flight American Airlines 2563**

| DEPARTURE | ARRIVAL |
|---|---|
| **CRP – Corpus Christi, TX** | **DFW – Dallas/Ft Worth, TX** |
| **9:05 AM, Sep 12, 2014** | **10:25 AM, Sep 12, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - M |
| Duration | 01:20 (Non-stop) |
| Equipment | Canadair Jet |
| Meal Service | Food For Purchase |
| Frequent Flyer | AA482M2L6 |
| Notes | OPERATED BY EXPRESSJET AS AMERICAN EAGLE |
| | ARRIVES DFW TERMINAL B |
| | TSA SECURED FLIGHT |

---

**Friday, September 12, 2014**                Confirmation: **CVMYRF**

 **Flight American Airlines 2488**

| DEPARTURE | ARRIVAL |
|---|---|
| **DFW – Dallas/Ft Worth, TX** | **EWR – Newark, NJ** |
| **11:35 AM, Sep 12, 2014** | **3:55 PM, Sep 12, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - M |
| Duration | 03:20 (Non-stop) |
| Equipment | M83 |
| Meal Service | Food For Purchase |
| Frequent Flyer | AA482M2L6 |
| Notes | ARRIVES EWR TERMINAL A |
| | TSA SECURED FLIGHT |



**GENERAL INFORMATION**
CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
**************************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
**************************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
**************************************************
IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
**************************************************
THE FARE FOR THIS TICKET IS REFUNDABLE.
YOUR NON REFUNDABLE TICKET ON FILE WAS NOT APPLIED
TO THIS TRIP. IF YOU WISH TO APPLY YOUR NON REFUNDABLE
TICKET PLEASE CONTACT YOUR TRAVEL OFFICE.
FOR AIRPORT SECURITY INFORMATION SEE WWW.TSA.GOV
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR BAGGAGE FEE INFORMATION. CHECK OPERATING
CARRIER FOR ALLOWANCE IF TRAVELING ON CODE
SHARE FLIGHT.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
AEROSOL INSECTICIDE SPRAYS
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES MAY BE SUBJECT TO A PENALTY OR FARE
INCREASE UP TO AND INCLUDING THE TOTAL COST OF THE TICKET.
FAILURE TO CANCEL MAY FORFEIT THE TOTAL VALUE OF TICKET.
AGENCY SERVICE FEE OF 3.00 HAS BEEN CHARGED

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|------------------------|------|-------|-------|-------|-------|
| ROSENBERG/EZRA 8825/0017412505624/08SEP14 | | USD 521.86 | 5.60AY | 39.14US | 17.00XT | 583.60 |
| | | | | SERVICE FEE | | 3.00 |
| | | | | **Total Amount** | | **586.60** |

Form of Payment: AXXXXXXXXXXXXX8003

Traveler Resources | The Savvy Traveler blog | Data Protection Policy
Copyright © 2009-2014 CWT

*8/31/14 TRIP TO CPR.*
*Texas Trial*
*(open return)*

**Please do not reply to this email.**
If the email does not display correctly, please click here.



Carlson Wagonlit Travel

**Your Itinerary**



For reservations, contact your
preferred CWT travel professional

VIEW YOUR ITINERARY ONLINE

**Trip on Aug 31, 2014**          Locator: **NRDWD6**          Date: **Aug 18, 2014**

| Traveler | **EZRA D ROSENBERG** |
| | DECHERT LLP |
| | CIRA CENTRE |
| | 2929 ARCH ST |
| | PHILADELPHIA PA Z/19104 |
| Agent | OT |

*A/ Limo pl@ home @*
*8:00 am. – see*
*confirmation page*

---

**Sunday, August 31, 2014**          Confirmation: **P8H9XR**

✈ **Flight United Airlines 1725**

DEPARTURE                                    ARRIVAL
**EWR - Newark, NJ**                          **IAH - Houston George Bush, TX**
**10:53 AM, Aug 31, 2014**                    **1:36 PM, Aug 31, 2014**

| Status | Confirmed |
| Class | Coach Class - E |
| Duration | 03:43 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Reserved Seats | 34A |
| Frequent Flyer | UAGN779264 |
| Notes | DEPARTS EWR TERMINAL C ~ ARRIVES IAH TERMINAL C |
| | TSA SECURED FLIGHT |

---

**Sunday, August 31, 2014**          Confirmation: **P8H9XR**

✈ **Flight United Airlines 4609**

DEPARTURE                                    ARRIVAL
**IAH - Houston George Bush, TX**             **CRP - Corpus Christi, TX**
**2:25 PM, Aug 31, 2014**                     **3:22 PM, Aug 31, 2014**

| Status | Confirmed |
| Class | Coach Class - E |
| Duration | 00:57 (Non-stop) |
| Equipment | Embraer RJ135 Jet |
| Meal Service | None |
| Reserved Seats | 20A |
| Frequent Flyer | UAGN779264 |
| Notes | OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS |
| | DEPARTS IAH TERMINAL A |

TSA SECURED FLIGHT

## Sunday, August 31, 2014                    Confirmation:  795885744COUNT *

 **Car Enterprise**

PICK-UP                                      DROP-OFF
**3:22 PM, Aug 31, 2014**                    **12:00 PM, Sep 20, 2014**
**Corpus Christi, TX**

Reserved For          EZRA D ROSENBERG
Status                Confirmed
Car Type              Intermediate 2 or 4 door auto air
Rate                  USD 103.46/week
Extra Days            USD 14.78
Extra Hours           USD 2.95
Distance Allowance    Unlimited



For reservations, contact your
preferred CWT travel professional

---

**GENERAL INFORMATION**
CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
FOR AIRPORT SECURITY INFORMATION SEE WWW.TSA.GOV
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR BAGGAGE FEE INFORMATION. CHECK OPERATING
CARRIER FOR ALLOWANCE IF TRAVELING ON CODE
SHARE FLIGHT.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
AEROSOL INSECTICIDE SPRAYS
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES MAY BE SUBJECT TO A PENALTY OR FARE
INCREASE UP TO AND INCLUDING THE TOTAL COST OF THE TICKET.
FAILURE TO CANCEL MAY FORFEIT THE TOTAL VALUE OF TICKET.
AGENCY SERVICE FEE OF 22.00 HAS BEEN CHARGED

---

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|------------------------|------|-------|-------|-------|-------|
| ROSENBERG/EZRA | 8425/0167411615833/18AUG14 | USD 542.33 | 5.60AY | 40.67US | 15.50XT | 604.10 |

|  | SERVICE FEE | 22.00 |
|--|-------------|-------|
|  | **Total Amount** | **626.10** |

Form of Payment: AXXXXXXXXXXXXX8003



Traveler Resources | The Savvy Traveler blog | Data Protection Policy
Copyright © 2009-2014 CWT

*Calendar.*

**Whipple, Joni**

**From:** Omni Hotels & Resorts [reservations@omnihotels.com]
**Sent:** Wednesday, May 21, 2014 10:14 AM
**To:** npannone@omnihotels.com
**Subject:** Omni Corpus Christi Hotel Reservation Confirmation 40014814031



OMNI ❖ HOTELS & RESORTS

HOTEL HOME | LOCAL INFORMATION | MODIFY RESERVATIONS | UPDATE PROFILE



Your Reservation at the
**Omni Corpus Christi Hotel**
*is Confirmed*

## CONFIRMATION #40014814031

**Omni Corpus Christi Hotel**
900 North Shoreline Boulevard
Corpus Christi TX US 78401
Phone: 361-887-1600
Fax: 361-887-6715
Driving Directions to the Hotel >

**GUEST**
**Select Guest 8680328578**
**Ezra Rosenberg**
Hopewell NJ US 08525

**ARRIVING:**          **DEPARTING:**
08/26/2014             09/25/2014

**CHECK IN TIME:**   **CHECK OUT TIME:**
3:00 PM                  12:00 PM



**Please do not reply to this email.**
If the email does not display correctly, please click here.



 breathe in our new world 

VIEW YOUR ITINERARY ONLINE

**Trip on Sep 12, 2014**          Locator: **TSZSH8**          Date: **Sep 08, 2014**

| Traveler | **EZRA D ROSENBERG** |
| | DECHERT LLP |
| | CIRA CENTRE |
| | 2929 ARCH ST |
| | PHILADELPHIA PA Z/19104 |
| Agent | OT |

---

**Friday, September 12, 2014**          Confirmation: **CVMYRF**

 **Flight American Airlines 2563**

| DEPARTURE | ARRIVAL |
| **CRP – Corpus Christi, TX** | **DFW – Dallas/Ft Worth, TX** |
| **9:05 AM, Sep 12, 2014** | **10:25 AM, Sep 12, 2014** |

| Status | Confirmed |
| Class | Coach Class - M |
| Duration | 01:20 (Non-stop) |
| Equipment | Canadair Jet |
| Meal Service | Food For Purchase |
| Frequent Flyer | AA482M2L6 |
| Notes | OPERATED BY EXPRESSJET AS AMERICAN EAGLE |
| | ARRIVES DFW TERMINAL B |
| | TSA SECURED FLIGHT |

---

**Friday, September 12, 2014**          Confirmation: **CVMYRF**

 **Flight American Airlines 2488**

| DEPARTURE | ARRIVAL |
| **DFW – Dallas/Ft Worth, TX** | **EWR – Newark, NJ** |
| **11:35 AM, Sep 12, 2014** | **3:55 PM, Sep 12, 2014** |

| Status | Confirmed |
| Class | Coach Class - M |
| Duration | 03:20 (Non-stop) |
| Equipment | M83 |
| Meal Service | Food For Purchase |
| Frequent Flyer | AA482M2L6 |
| Notes | ARRIVES EWR TERMINAL A |
| | TSA SECURED FLIGHT |

  
breathe in our new world    Radisson   LEARN MORE

**GENERAL INFORMATION**
CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
*****************************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
*****************************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
*****************************************************
IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
*****************************************************
THE FARE FOR THIS TICKET IS REFUNDABLE.
YOUR NON REFUNDABLE TICKET ON FILE WAS NOT APPLIED
TO THIS TRIP. IF YOU WISH TO APPLY YOUR NON REFUNDABLE
TICKET PLEASE CONTACT YOUR TRAVEL OFFICE.
FOR AIRPORT SECURITY INFORMATION SEE WWW.TSA.GOV
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR BAGGAGE FEE INFORMATION. CHECK OPERATING
CARRIER FOR ALLOWANCE IF TRAVELING ON CODE
SHARE FLIGHT.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
AEROSOL INSECTICIDE SPRAYS
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES MAY BE SUBJECT TO A PENALTY OR FARE
INCREASE UP TO AND INCLUDING THE TOTAL COST OF THE TICKET.
FAILURE TO CANCEL MAY FORFEIT THE TOTAL VALUE OF TICKET.
AGENCY SERVICE FEE OF 3.00 HAS BEEN CHARGED

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|------|------|------|------|------|------|
| ROSENBERG/EZRA | 8825/0017412505624/08SEP14 | USD 521.86 | 5.60AY | 39.14US | 17.00XT | 583.60 |
| | | | | SERVICE FEE | | 3.00 |
| | | | | **Total Amount** | | **586.60** |

Form of Payment: AXXXXXXXXXXXXX8003

Traveler Resources | The Savvy Traveler blog | Data Protection Policy
Copyright © 2009-2014 CWT

*8/31/14 TRIP TO CPR.*
*Texas Trial*
*(open return)*



**Please do not reply to this email.**
If the email does not display correctly, please click here.



Carlson
Wagonlit
Travel

Your Itinerary

For reservations, contact your
preferred CWT travel professional

VIEW YOUR ITINERARY ONLINE

| | | |
|---|---|---|
| **Trip on Aug 31, 2014** | Locator: **NRDWD6** | Date: **Aug 18, 2014** |



| | | |
|---|---|---|
| Traveler | **EZRA D ROSENBERG** | |
| | DECHERT LLP | |
| | CIRA CENTRE | |
| | 2929 ARCH ST | |
| | PHILADELPHIA PA Z/19104 | |
| Agent | OT | |

*A/ Limo pl u@ home @*
*8:00 am. – see*
*confirmation page*

---

**Sunday, August 31, 2014**                     Confirmation: **P8H9XR**

✈ **Flight United Airlines 1725**

DEPARTURE                              ARRIVAL
**EWR - Newark, NJ**                   **IAH - Houston George Bush, TX**
**10:53 AM, Aug 31, 2014**             **1:36 PM, Aug 31, 2014**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - E |
| Duration | 03:43 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Reserved Seats | 34A |
| Frequent Flyer | UAGN779264 |
| Notes | DEPARTS EWR TERMINAL C ¬ ARRIVES IAH TERMINAL C |
| | TSA SECURED FLIGHT |

---

**Sunday, August 31, 2014**                     Confirmation: **P8H9XR**

✈ **Flight United Airlines 4609**

DEPARTURE                              ARRIVAL
**IAH - Houston George Bush, TX**      **CRP - Corpus Christi, TX**
**2:25 PM, Aug 31, 2014**              **3:22 PM, Aug 31, 2014**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - E |
| Duration | 00:57 (Non-stop) |
| Equipment | Embraer RJ135 Jet |
| Meal Service | None |
| Reserved Seats | 20A |
| Frequent Flyer | UAGN779264 |
| Notes | OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS |
| | DEPARTS IAH TERMINAL A |

TSA SECURED FLIGHT

## Sunday, August 31, 2014

Confirmation: **795885744COUNT \***



### Car Enterprise

PICK-UP
**3:22 PM, Aug 31, 2014**
**Corpus Christi, TX**

DROP-OFF
**12:00 PM, Sep 20, 2014**

| | |
|---|---|
| Reserved For | EZRA D ROSENBERG |
| Status | Confirmed |
| Car Type | Intermediate 2 or 4 door auto air |
| Rate | USD 103.46/week |
| Extra Days | USD 14.78 |
| Extra Hours | USD 2.95 |
| Distance Allowance | Unlimited |



For reservations, contact your
preferred CWT travel professional

---

**GENERAL INFORMATION**
CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
*******************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
*******************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
*******************************************
IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
*******************************************
FOR AIRPORT SECURITY INFORMATION SEE WWW.TSA.GOV
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR BAGGAGE FEE INFORMATION. CHECK OPERATING
CARRIER FOR ALLOWANCE IF TRAVELING ON CODE
SHARE FLIGHT.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
AEROSOL INSECTICIDE SPRAYS
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES MAY BE SUBJECT TO A PENALTY OR FARE
INCREASE UP TO AND INCLUDING THE TOTAL COST OF THE TICKET.
FAILURE TO CANCEL MAY FORFEIT THE TOTAL VALUE OF TICKET.
AGENCY SERVICE FEE OF 22.00 HAS BEEN CHARGED

---

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|------------------------|------|-------|-------|-------|-------|
| ROSENBERG/EZRA | 8425/0167411615833/18AUG14 | USD 542.33 | 5.60AY | 40.67US | 15.50XT | 604.10 |
| | | | | | SERVICE FEE | 22.00 |
| | | | | | **Total Amount** | **626.10** |

Form of Payment: AXXXXXXXXXXXXX8003



Traveler Resources | The Savvy Traveler blog | Data Protection Policy
Copyright © 2009-2014 CWT

*Calendar.*

**Whipple, Joni**

| | |
|---|---|
| **From:** | Omni Hotels & Resorts [reservations@omnihotels.com] |
| **Sent:** | Wednesday, May 21, 2014 10:14 AM |
| **To:** | npannone@omnihotels.com |
| **Subject:** | Omni Corpus Christi Hotel Reservation Confirmation 40014814031 |



## OMNI ✦ HOTELS & RESORTS

HOTEL HOME  |  LOCAL INFORMATION  |  MODIFY RESERVATIONS  |  UPDATE PROFILE

### Your Reservation at the
### Omni Corpus Christi Hotel
*is Confirmed*



### CONFIRMATION #40014814031

**Omni Corpus Christi Hotel**
900 North Shoreline Boulevard
Corpus Christi TX US 78401
Phone: 361-887-1600
Fax: 361-887-6715
Driving Directions to the Hotel >

**GUEST**
**Select Guest 8680328578**
**Ezra Rosenberg**
Hopewell NJ US 08525

**ARRIVING:**          **DEPARTING:**
08/26/2014          09/25/2014

**CHECK IN TIME:**   **CHECK OUT TIME:**
3:00 PM                   12:00 PM



Enterprise Rent a Car

| Rental Location | | | RA # 14616351O | Bill Ref# | 9006O148607 |
| CORPUS CHRISTI INTL ARPT | | | 31-AUG-2014 03:34 PM | Renter Name EZRA ROSENBERG |
| 1000 INTERNATIONAL BLVD | | | | 109 W PROSPECT ST |
| CORPUS CHRISTI | TX | 78406-1 | Phone (361)2991214 | HOPEWELL | NJ  08525 |

| Return Location | | | |
| CORPUS CHRISTI INTL ARPT | | | CARLSON WAGONLIT TRAVEL |
| | | | Contract ID |

| | | | 12-SEP-2014 07:01 AM |

| Vehicle # | PH0038965 |
| Model | SONATA |
| Class Driven | PCAR |
| Class Charge | ICAR |
| License# | DNN8502 |
| State/Province | TEXAS |
| Miles Driven | 193 |
| Miles In | 2119 |
| Miles Out | 2312 |

| Charges | No | Unit | Price/Unit | Amount |
|---|---|---|---|---|
| TIME & DISTANCE | | | | |
| EXTRA - TIME & DISTANCE | 1 | Weeks | 108.91 | 108.91 * |
| UNLIMITED MILES/KM - TIME & DIST | 5 | Days | 15.56 | 77.80 * |
| DISCOUNT - TIME & DIST 5.00% | | N/Kms | | 0.00 * |
| CDW | | | 186.71 | -9.34 |
| ROADSIDE ASSISTANCE PROTECTION | 12 | Days | 19.99 | 239.88 * |
| PAI | 12 | Days | 4.99 | 59.88 * |
| SUPPLEMENTAL LIABILITY PROTECT | 12 | Days | 5.00 | 60.00 * |
| CUSTOMER FACILITY CHARGE | 12 | Days | 13.99 | 167.88 * |
| CONCESSION RECOVERY | 12 | Days | 3.50 | 42.00 * |
| AIRPORT SECURITY FEE 1.00 USD/DAY | 12 | Days | 725.77 | 80.63 * |
| TEXAS REIMBURSEMENT | 12 | Days | 1.00 | 12.00 * |
| TEXAS MOTOR VEH TAX @10.000 % | | | 1.73 | 20.76 * |
| | | | 632.52 | 63.25 |

| Total Charges | | | | USD 923.65 |

| Payments | | | | |
| American Express | | | 8003 | |
| AUTH:  588722   31-AUG-2014 | | | | |
| American Express | | | 8003 | |
| AUTH:  180434   12-SEP-2014 | Payment | | | -923.65 |

| | | | 603.12 |
| | | | 936.31 |

| Amount Due | | | | USD -0.00 |

Taxable Items
Subject to Audit

Reservations: 1-800-RENT-A-CAR



Luggage Fees.

**American**  one world   **BAGGAGE CHARGE RECEIPT**

PASSENGER NAME
ROSENBERG/EZRA D

| UPTO50LB 23KG AND62LI | 1 | 25.00 USD |
| UPTO50LB 23KG AND62LI | 1 | 35.00 USD |

CRP DFW - AA DFW EWR - AA
Total with Applicable TFC          60.00 USD
Credit Card   AX XXXXXXXXXXX8003

DATE                                              TFC=TAXES,FEES & CHARGES
SEPTEMBER 12, 2014

Agent: CRP-SSM        001 0272868301    6

8/31/14  Meals

```
              THE GLASS PAVILION
                  OMNI HOTEL
              CORPUS CHRISTI, TEXAS
CHECK:        6345
TABLE:        42/5
SERVER:       106 ANDY
DATE:         AUG31'14  8:22PM
CARD TYPE:    AMERICAN EXPRESS
ACCT #:       XXXXXXXXXX8003
EXP DATE:     XX/XX
AUTH CODE:    506614
              ED ROSENBERG


SUBTOTAL:          31.39

GRATUITY           6.50

TOTAL             37.89


        CUSTOMER SIGNATURE
```

```
              THE GLASS PAVILION
                  OMNI HOTEL
              CORPUS CHRISTI, TEXAS

106 ANDY                          1
- - - - - - - - - - - - - - - - - - -
TBL 42/5        CHK 6345  GST 1
        AUG31'14  6:28PM
- - - - - - - - - - - - - - - - - - -

   1 ICE WATER            0.00
   1 STUFFED FLOUNDER    29.00

     SUBTOTAL            29.00
     TAX                  2.39
     TOTAL            $31.39

GRATUITY

TOTAL

NAME (PRINT)

SIGNATURE

ROOM NUMBER
```

9/1/14 thru 9/3/14
meals

**Subway Sandwiches and Salads**
**20501-0**
**2621 S. Port Ave**
**Corpus Christi, TX 78405**
**Ph No. 361-883-8425**

RECEIPT 11383          9/1/2014 1:03:04 PM
Terminal / Drawer:              1 / A
Your Server : Cindy
              Customer Receipt

| QTY ITEM | TOTAL |
| --- | --- |
| 1 Tuna 6 inch | $4.25 |
| 1 Bottled Water | $1.80 |
| | |
| Sub Total | $6.05 |
| Sales Tax | $0.50 |
| Total (Eat In) | $6.55 |
| Cash | $20.00 |
| Change | $13.45 |

          Call us with your Comments
            Phone (800)888-4848

          Thank you for making Subway
          the World's Best Sandwich!

Host Order ID: SPM20140901010304

---

                  SALE RECEIPT
Store #46525      dri 09/02/14 12:33:15
Subway Sandwiches & Salads
1202 N. Chaparral St.
Corpus Christi          TX 78401
361-884-1300
Trans# 70 Clerk 9    Destinee
Dwr1 TRDT 090214 Reg-ID Main
                 Receipt # 0000060260
--- ITEM --- QTY      PRICE MEMO  PLU
TURKEY    6r  1  T $   4.25       10123
BTL Bev       1  T $   1.80       10024
COOKIE        1  T $   0.60       10011
                      --------
          SUBTOTAL $   6.65
          Sales Tx $   0.55
                      --------
DRIVE-TH **TOTAL $    7.20
Cash    AMT TEND $   10.00
                      --------
       CHANGE DUE$     2.80

Try How'd we do? Get a fre cookie.
Take 1 min survey at www.tellsubway.com

---

                  SALE RECEIPT
Store #46525      dri 09/03/14 12:31:40
Subway Sandwiches & Salads
1202 N. Chaparral St.
Corpus Christi          TX 78401
361-884-1300
Trans# 54 Clerk 12   Krystal
Dwr1 TRDT 090314 Reg-ID Main
                 Receipt # 0000060392
--- ITEM --- QTY      PRICE MEMO  PLU
TUNA      6r  1  T $   4.25       10117
DRK-21oz      1  T $   1.60       10002
COOKIE        1  T $   0.60       10011
                      --------
          SUBTOTAL $   6.45
          Sales Tx $   0.53
                      --------
DRIVE-TH **TOTAL $    6.98
Cash    AMT TEND $   20.00
                      --------
       CHANGE DUE$    13.02

Try How'd we do? Get a fre cookie.
Take 1 min survey at www.tellsubway.com

9/1/14 thru 9/3/14
meals

**Subway Sandwiches and Salads**
**20501-0**
**2621 S. Port Ave**
**Corpus Christi, TX 78405**
**Ph No. 361-883-8425**

RECEIPT 11383          9/1/2014 1:03:04 PM
Terminal / Drawer:               1 / A
Your Server : Cindy
            Customer Receipt

QTY ITEM                       TOTAL
--- ----                       -----

  1 Tuna 6 inch                $4.25
  1 Bottled Water              $1.80

Sub Total                      $6.05
Sales Tax                      $0.50
Total (Eat In)                 $6.55
Cash                          $20.00
Change                        $13.45
        Call us with your Comments
           Phone (800)888-4848

        Thank you for making Subway
        the World's Best Sandwich!

Host Order ID: SPM20140901010304

---

              SALE RECEIPT
Store #46525        dri 09/02/14 12:33:15
Subway Sandwiches & Salads
1202 N. Chaparral St.
Corpus Christi          TX 78401
361-884-1300
Trans# 70 Clerk 9    Destinee
Dwr1 TRDT 090214 Reg-ID Main
              Receipt # 0000060260
--- ITEM --- QTY        PRICE MEMO  PLU
TURKEY    6r  1  T $     4.25        10123
BTL Bev       1  T $     1.80        10024
COOKIE        1  T $     0.60        10011
                      --------
        SUBTOTAL $      6.65
        Sales Tx $      0.55
                      --------
DRIVE-TH **TOTAL $     7.20
Cash    AMT TEND $    10.00
                      --------
     CHANGE DUE$       2.80

Try How'd we do? Get a fre cookie.
Take 1 min survey at www.tellsubway.com

---

              SALE RECEIPT
Store #46525        dri 09/03/14 12:31:40
Subway Sandwiches & Salads
1202 N. Chaparral St.
Corpus Christi          TX 78401
361-884-1300
Trans# 54 Clerk 12   Krystal
Dwr1 TRDT 090314 Reg-ID Main
              Receipt # 0000060392
--- ITEM --- QTY        PRICE MEMO  PLU
TUNA      6r  1  T $     4.25        10117
DRK-21oz      1  T $     1.60        10002
COOKIE        1  T $     0.60        10011
                      --------
        SUBTOTAL $      6.45
        Sales Tx $      0.53
                      --------
DRIVE-TH **TOTAL $     6.98
Cash    AMT TEND $    20.00
                      --------
     CHANGE DUE$      13.02

Try How'd we do? Get a fre cookie.
Take 1 min survey at www.tellsubway.com

9/1/14 thru 9/3/14
meals

**Subway Sandwiches and Salads**
**20501-0**
**2621 S. Port Ave**
**Corpus Christi, TX 78405**
**Ph No. 361-883-8425**

RECEIPT 11383          9/1/2014 1:03:04 PM
Terminal / Drawer:              1 / A
Your Server : Cindy
            Customer Receipt

QTY ITEM                        TOTAL
--- ----                        -----
  1 Tuna 6 inch                 $4.25
  1 Bottled Water               $1.80

Sub Total                       $6.05
Sales Tax                       $0.50
Total (Eat In)                  $6.55
Cash                           $20.00
Change                         $13.45
        Call us with your Comments
           Phone (800)888-4848

         Thank you for making Subway
         the World's Best Sandwich!

Host Order ID: SPM20140901010304

---

                    SALE RECEIPT
Store #46525        dri 09/02/14 12:33:15
Subway Sandwiches & Salads
1202 N. Chaparral St.
Corpus Christi          TX 78401
361-884-1300
Trans#  70 Clerk 9     Destinee
Dwr1 TRDT 090214 Reg-ID Main
                  Receipt # 0000060260
--- ITEM --- QTY        PRICE MEMO  PLU
TURKEY    6r  1  T $     4.25        10123
BTL Bev       1  T $     1.80        10024
COOKIE        1  T $     0.60        10011
                      ---------
           SUBTOTAL $    6.65
           Sales Tx $    0.55
                      ---------
DRIVE-TH **TOTAL $      7.20
Cash    AMT TEND $     10.00
                      ---------
        CHANGE DUE$      2.80

Try How'd we do? Get a fre cookie.
Take 1 min survey at www.tellsubway.com

---

                    SALE RECEIPT
Store #46525        dri 09/03/14 12:31:40
Subway Sandwiches & Salads
1202 N. Chaparral St.
Corpus Christi          TX 78401
361-884-1300
Trans#  54 Clerk 12    Krystal
Dwr1 TRDT 090314 Reg-ID Main
                  Receipt # 0000060392
--- ITEM --- QTY        PRICE MEMO  PLU
TUNA      6r  1  T $     4.25        10117
DRK-21oz      1  T $     1.60        10002
COOKIE        1  T $     0.60        10011
                      ---------
           SUBTOTAL $    6.45
           Sales Tx $    0.53
                      ---------
DRIVE-TH **TOTAL $      6.98
Cash    AMT TEND $     20.00
                      ---------
        CHANGE DUE$     13.02

Try How'd we do? Get a fre cookie.
Take 1 min survey at www.tellsubway.com

```
          REPUBLIC OF TEXAS
              BAR & GRILL
          CORPUS CHRISTI, TX
              361-886-3515
CHECK:              456
TABLE:             18 / 1
SERVER:          620 SIMON
DATE:        SEP04      8:18PM
CARD TYPE:   AMERICAN EXPRESS
ACCT #:      XXXXXXXXXX8003
EXP DATE:        XX/XX
AUTH CODE:       553984
            ED ROSENBERG
```

SUBTOTAL:         178.61

GRATUITY          35

TOTAL            $ 213 61

_____
          CUSTOMER SIGNATURE

Compliments or Concerns Contact
Luis Rodriguez, General Manager
Etta Butts; Restaurant Manager
lrrodriguez@omnihotels.com
ebutts@omnihotels.com

```
           SALE RECEIPT
Store #46525      Fri 09/05/14 12:18:44
Subway Sandwiches & Salads
1202 N. Chaparral St
Corpus Christi          TX 78401
361-884-1300
Trans#   48 Clerk 9   Destinee
Dwr1 TRDT 090514 Reg-ID Main
             Receipt # 0000060658
--- ITEM --- QTY      PRICE MEMO  PLU
TURKEY    6r   1  TD$   3.80FFITML 10123
DRK-21oz       1  T $   1.60FFITML 10002
CHIPS          1  T $   1.10FFITML 10020
SUB COOKIE     1  T $   0.00        10110
                     ---------
          SUBTOTAL $    6.50
          Sales Tx $    0.54
                     ---------
DRIVE-TH **TOTAL $      7.04
Cash      AMT TEND $   22.03
                     ---------
          CHANGE DUE$  14.99
Try How'd we do? Get a fre cookie.
Take 1 min survey at www.tellsubway.c
```

```
         THAI SPICE CUISINE
          523 N WATER ST
        CORPUS CHRISTI TX 78401
           361-883-8884

Terminal ID: 00886568        0002
-------------------------------------
9/5/14                    9:45 PM

AMERICAN EXPRESS
ACCT #: ***********8003
CREDIT SALE
UID: 424826040829    REF #: 4050
BATCH #: 901        AUTH #: 566156

AMOUNT                   $46.11

TIP                    $ 9.00

TOTAL                  $ 55.11

         APPROVED

          THANK YOU

        CUSTOMER COPY
```

```
           SALE RECEIPT
Store #46525      dri 09/04/14 12:28:48
Subway Sandwiches & Salads
1202 N. Chaparral St.
Corpus Christi          TX 78401
361-884-1300
Trans# 61 Clerk 9   Destinee
Dwr1 TRDT 090414 Reg-ID Main
              Receipt # 0000060541
--- ITEM --- QTY      PRICE MEMO PLU
TURKEY    6r  1  T $   4.25       10123
DRK-21oz      1  T $   1.60       10002
COOKIE        1  T $   0.60       10011
                     --------
        SUBTOTAL $     6.45
        Sales Tx $     0.53
                     --------
DRIVE-TH **TOTAL $     6.98
Cash   AMT TEND $     10.00
                     --------
      CHANGE DUE$      3.02
Try How'd we do? Get a fre cookie.
Take 1 min survey at www.tellsubway.com
```

```
          REPUBLIC OF TEXAS
            BAR & GRILL
          CORPUS CHRISTI, TX

620 SIMON
-------------------------------
TBL 18/1      CHK 456    GST 4
      SEP04'14  7:02PM
-------------------------------

  4 HOUSE SALAD          28.00
  1 ----0---0-------      0.00
  2 8 OZ FILET           72.00
  1 AHI TUNA             35.00
  1 MACARONI             10.00
  1 BAKED POTATO         10.00
  1 CREAMED SPINACH      10.00

    FOOD SALES          165.00
    TAX                  13.61
    TOTAL        $ 1 7 8 . 6 1

GRATUITY       _____

TOTAL          _____

NAME (PRINT) _____

SIGNATURE _____

ROOM NUMBER    _____

          THANK YOU
```

REPUBLIC OF TEXAS
BAR & GRILL
CORPUS CHRISTI, TX
361-886-3515

CHECK:          456
TABLE:          18 / 1
SERVER:         620 SIMON
DATE:           SEP04''    8:18PM
CARD TYPE:      AMERICAN EXPRESS
ACCT #:         XXXXXXXXXX X8003
EXP DATE:       XX/XX
AUTH CODE:      553984

ED ROSENBERG

SUBTOTAL:       178.61

GRATUITY        35 —

TOTAL           $ 213 61

CUSTOMER SIGNATURE
Compliments or Concerns Contact
Luis Rodriguez, General Manager
Etta Butts; Restaurant Manager
lrrodriguez@omnihotels.com
ebutts@omnihotels.com

---

SALE RECEIPT
Store #46525          Fri 09/05/14 12:18:44
Subway Sandwiches & Salads
1202 N. Chaparral St
Corpus Christi              TX 78401
361-884-1300
Trans#   48 Clerk 9    Destinee
Dwr1 TRDT 090514 Reg-ID Main
                 Receipt # 0000060658
--- ITEM --- QTY      PRICE MEMO  PLU
TURKEY      6r   1  TD$   3.80FFITML 10123
DRK-21oz         1  T $   1.60FFITML 10002
CHIPS            1  T $   1.10FFITML 10020
SUB COOKIE       1  T $   0.00        10110
                         ---------
        SUBTOTAL $       6.50
        Sales Tx $       0.54
                        ---------
DRIVE-TH **TOTAL $       7.04
Cash     AMT TEND $     22.03
                        ---------
        CHANGE DUE$     14.99

Try How'd we do? Get a fre cookie.
Take 1 min survey at www.tellsubway.◄

---

THAI SPICE CUISINE
523 N WATER ST
CORPUS CHRISTI TX 78401
361-883-8884

Terminal ID: 00886568          0002

9/5/14                    9:45 PM

AMERICAN EXPRESS
ACCT #: ***********8003
CREDIT SALE
UID: 424826040829    REF #: 4050
BATCH #: 901      AUTH #: 566156

AMOUNT                    $46.11

TIP                   $ 9.00

TOTAL                 $ 55.11

APPROVED

THANK YOU

CUSTOMER COPY

REPUBLIC OF TEXAS
BAR & GRILL
CORPUS CHRISTI, TX
361-886-3515

CHECK:            456
TABLE:           18 / 1
SERVER:        620 SIMON
DATE:       SEP04''    8:18PM
CARD TYPE:   AMERICAN EXPRESS
ACCT #:      XXXXXXXX7X8003
EXP DATE:       XX/XX
AUTH CODE:     553984

          ED ROSENBERG

SUBTOTAL:        178.61

GRATUITY           35

TOTAL           213 61

          _____
          CUSTOMER SIGNATURE

Compliments or Concerns Contact
Luis Rodriguez, General Manager
Etta Butts; Restaurant Manager
lrrodriguez@omnihotels.com
ebutts@omnihotels.com

---

SALE RECEIPT
Store #46525          Fri 09/05/14 12:18:44
Subway Sandwiches & Salads
1202 N. Chaparral St
Corpus Christi              TX 78401
361-884-1300
Trans#   48 Clerk 9   Destinee
Dwr1 TRDT 090514 Reg-ID Main
                    Receipt # 0000060658
--- ITEM --- QTY      PRICE MEMO PLU
TURKEY      6r   1  TD$   3.80FFITML 10123
DRK-21oz         1  T $   1.60FFITML 10002
CHIPS            1  T $   1.10FFITML 10020
SUB COOKIE       1  T $   0.00          10110
                       ---------
            SUBTOTAL $    6.50
            Sales Tx $    0.54
                       ---------
DRIVE-TH **TOTAL $        7.04
Cash     AMT TEND $      22.03
                       ---------
            CHANGE DUE$   14.99

Try How'd we do? Get a fre cookie.
Take 1 min survey at www.tellsubway.c

---

THAI SPICE CUISINE
523 N WATER ST
CORPUS CHRISTI TX 78401
361-883-8884

Terminal ID: 00886568          0002
----------------------------------------
9/5/14                       9:45 PM

AMERICAN EXPRESS
ACCT #: ***********8003
CREDIT SALE
UID: 424826040829     REF #: 4050
BATCH #: 901      AUTH #: 566156

AMOUNT                    $46.11

TIP                    $ 9.00

TOTAL                  $ 55.4

        APPROVED

        THANK YOU

      CUSTOMER COPY

9/8/19 thru
meals

** Customer Copy **
Vietnam Restaurant
Tab: 18
RAY   9/8/2014 8:41 PM

Transaction #        171161
Amex

Amount     $82.27

TIP: ___16.50___

TOTAL: ___98.77___

SALE RECEIPT
Store #46525          dri 09/08/14 12:21:27
Subway Sandwiches & Salads
1202 N. Chaparral St.
Corpus Christi          TX 78401
361-884-1300
Trans# 61 Clerk 17  Angelica
Dwr1 TRDT 090814 Reg-ID Main
          Receipt # 0000060886
--- ITEM --- QTY     PRICE MEMO PLU
TURKEY   6r  1 TD$    3.80FFITM 10123
DRK-21oz     1 T $    1.60FFITM 10002
CHIPS        1 T $    1.10FFITM 10020
                     --------
     SUBTOTAL $        6.50
     Sales Tx $        0.54
                     --------
DRIVE-TH **TOTAL $     7.04
Cash    AMT TEND $    20.00

     CHANGE DUE$      12.96
Try How'd we do? Get a fre cookie.
Take 1 min survey at www.tellsubway.com

THAI SPICE CUISINE
523 N WATER ST
CORPUS CHRISTI TX 78401
361-883-8884

Terminal ID: 00886568       0002
------------------------------------
9/10/14                  8:54 PM

VISA
ACCT #: ***********8696
CREDIT SALE
UID: 425316699317    REF #: 4181
BATCH #: 907      AUTH #: 03504D

AMOUNT              $50.55

TIP          $ 10

TOTAL        $ 60.55

APPROVED

THANK YOU

CUSTOMER COPY

9/8/19 thru
meals

** Customer Copy **
Vietnam Restaurant
Tab: 18
RAY    9/8/2014 8:41 PM

Transaction #        171161
Amex

Amount     $82.27

TIP: _____16,50____

TOTAL: _____98,77____

SALE RECEIPT
Store #46525          dri 09/08/14 12:21:27
Subway Sandwiches & Salads
1202 N. Chaparral St.
Corpus Christi          TX 78401
361-884-1300
Trans# 61 Clerk 17  Angelica
Dwr1 TRDT 090814 Reg-ID Main
                    Receipt # 0000060886
--- ITEM --- QTY        PRICE MEMO  PLU
TURKEY   6r  1  TD$      3.80FFITML 10123
DRK-21oz     1  T $      1.60FFITML 10002
CHIPS        1  T $      1.10FFITML 10020
                        --------
         SUBTOTAL $      6.50
        Sales Tx $      0.54
                        --------
DRIVE-TH **TOTAL $      7.04
Cash     AMT TEND $     20.00

        CHANGE DUE$     12.96
Try How'd we do? Get a fre cookie.
Take 1 min survey at www.tellsubway.com

THAI SPICE CUISINE
523 N WATER ST
CORPUS CHRISTI TX 78401
361-883-8884

Terminal ID: 00886568        0002
------------------------------------
9/10/14                  8:54 PM

VISA
ACCT #: ***********8696
CREDIT SALE
UID: 425316699317    REF #: 4181
BATCH #: 907        AUTH #: 03504D

AMOUNT                  $50.55

TIP            $ 10

TOTAL          $ 60.55

APPROVED

THANK YOU

CUSTOMER COPY

9/8/19 thru
meals

** Customer Copy **
Vietnam Restaurant
Tab: 18
RAY   9/8/2014 8:41 PM

Transaction #        171161
Amex

Amount    $82.27

TIP: _16.50_

TOTAL: _98.77_

SALE RECEIPT
Store #46525        dri 09/08/14 12:21:27
Subway Sandwiches & Salads
1202 N. Chaparral St.
Corpus Christi          TX 78401
361-884-1300
Trans# 61 Clerk 17 Angelica
Dwr1 TRDT 090814 Reg-ID Main
        Receipt # 0000060886
--- ITEM --- QTY      PRICE MEMO PLU
TURKEY   6r 1  TD$    3.80FFITML 10123
DRK-21oz     1  T $   1.60FFITML 10002
CHIPS        1  T $   1.10FFITML 10020
                      --------
        SUBTOTAL $    6.50
       Sales Tx $     0.54
                      --------
DRIVE-TH **TOTAL $    7.04
Cash    AMT TEND $   20.00

       CHANGE DUE$    12.96
Try How'd we do? Get a fre cookie.
Take 1 min survey at www.tellsubway.com

THAI SPICE CUISINE
523 N WATER ST
CORPUS CHRISTI TX 78401
361-883-8884

Terminal ID: 00886568      0002
--------------------------------
9/10/14                  8:54 PM

VISA
ACCT #: ***********8696
CREDIT SALE
UID: 425316699317   REF #: 4181
BATCH #: 907      AUTH #: 03504D

AMOUNT              $50.55

TIP            $ _10_

TOTAL          $ _60.55_

APPROVED

THANK YOU

CUSTOMER COPY

9/10/14 ~ 9/11/14 meat

WaterStreet Seafood Company
Corpus Christi TX 361-882-8683
309 N. Water Street
Corpus Christi, Tx
361-882-8683

Server: Jordan                    DOB: 09/11/2014
09:35 PM                                09/11/2014
Table 90/6                               7/70029

                    SALE

AMEX                                      4194346
Card #XXXXXXXXXXX8003
Magnetic card present: ROSENBERG ED
Card Entry Method: S

Approval: 582961

           Amount:        $ 67.81

           + Tip: _____ 13

           = Total: _____ 80.81

        I agree to pay the above
        total amount according to the
        card issuer agreement.

    X_____

WaterStreet Seafood Company
Corpus Christi TX 361-882-8683
309 N. Water Street
Corpus Christi, Tx
361-882-8683

Server: Jordan                    09/11/2014
Table 90/6                            9:20 PM
Guests: 1                              70029

Calamari (3 @9.29)  } for        27.87
Coconut Shrimp      } Table       9.49
Dinner Drum                      22.59
   Crawfish Nueces Sauce          2.69

Subtotal                         62.64
Tax                               5.17

Total                            67.81

Balance Due            67.81

     Suggested Gratuity:
        15%: 9.40
        17%:10.65
        20%:12.53
     Mixed Beverage Sales Taxes are
     included in price for alcohol.




Walgreens

#03639 2101 MORGAN AVE
CORPUS CHRISTI, TX 78405
361-887-0789

224    7401   0021  09/10/2014 6:35 PM

NICE RAISINS          1oz 6S     0.79 SALE
04902255612
REGULAR PRICE 1.29
SAVINGS 0.50
RETURN VALUE 0.79
HYGEIA MILK 2%L/F PLASTIC  1/2GL    3.19
07002601032
RETURN VALUE 3.19

TOTAL                            3.98
CASH                             5.00
CHANGE                           1.02

STORE ADVERTISED SAVINGS         0.50

THANK YOU FOR SHOPPING AT WALGREENS

DID YOU KNOW THAT YOU CAN EARN POINTS
ON HUNDREDS OF ITEMS IN-STORE AND
ONLINE? SEE OUR WEEKLY AD FOR MORE
INFORMATION. RESTRICTIONS APPLY. SEE
PROGRAM RULES FOR DETAILS. PLEASE GO
TO WALGREENS.COM/BALANCE.

RFN# 0363-9217-4012-1409-1003

balance rewards

TOTAL SAVINGS $0.50

9/10/14 – 9/11/14   meas

WaterStreet Seafood Company
Corpus Christi TX 361-882-8683
309 N. Water Street
Corpus Christi, Tx
361-882-8683

Server: Jordan          DOB: 09/11/2014
09:35 PM                      09/11/2014
Table 90/6                      7/70029

              SALE

AMEX                              4194346
Card #XXXXXXXXXXX8003
Magnetic card present: ROSENBERG ED
Card Entry Method:  S

Approval: 582961

          Amount:      $ 67.81

          + Tip: _____ 13

          = Total: _____ 80.81

        I agree to pay the above
       total amount according to the
          card issuer agreement.

    X_____

WaterStreet Seafood Company
Corpus Christi TX 361-882-8683
309 N. Water Street
Corpus Christi, Tx
361-882-8683

Server: Jordan                  09/11/2014
Table 90/6                         9:20 PM
Guests: 1                           70029

Calamari (3 @9.29)                   27.87
Coconut Shrimp                        9.49
Dinner Drum                          22.59
  Crawfish Nueces Sauce               2.69

Subtotal                             62.64
Tax                                   5.17

Total                                67.81

Balance Due             67.81

      Suggested Gratuity:
        15%: 9.40
        17%:10.65
        20%:12.53
    Mixed Beverage Sales Taxes are
    included in price for alcohol.



#03639 2101 MORGAN AVE
CORPUS CHRISTI, TX 78405
361-887-0789

224   7401   0021   09/10/2014 6:35 PM

NICE RAISINS       1oz 6S   0.79 SALE
0490225612
REGULAR PRICE 1.29
SAVINGS 0.50
RETURN VALUE 0.79
HYGEIA MILK 2%1/2 L/F PLASTIC  1/2GL   3.19
07002601032
RETURN VALUE 3.19

TOTAL                                 3.98
CASH                                  5.00
CHANGE                                1.02

STORE ADVERTISED SAVINGS              0.50

THANK YOU FOR SHOPPING AT WALGREENS

DID YOU KNOW THAT YOU CAN EARN POINTS
ON HUNDREDS OF ITEMS IN-STORE AND
ONLINE? SEE OUR WEEKLY AD FOR MORE
INFORMATION. RESTRICTIONS APPLY. SEE
PROGRAM RULES FOR DETAILS. PLEASE GO
TO WALGREENS.COM/BALANCE.

RFN# 0363-9217-4012-1409-1003



TOTAL SAVINGS $0.50

**Jones, Joanna**

| | |
|---|---|
| **From:** | guestfolio@omnihotels.com |
| **Sent:** | Friday, September 12, 2014 5:35 AM |
| **To:** | Jones, Joanna |
| **Subject:** | Omni Hotels Guest Folio 40016444724 |



# Receipt for AMY RUDD
# Confirmation #40016444724



**Omni Corpus Christi Hotel**
900 North Shoreline Boulevard
Corpus Christi TX US 78401
Phone: 361-887-1600

| | |
|---|---|
| Room No: | 855 |
| Nights: | 11 nights |
| Arrival: | 09/01/2014 |
| Departure: | 09/12/2014 |

**Stay Charges:**

| Date | Description | Amount |
|---|---|---|
| 09-01-2014 | VALET PARKING $18 | 18.00 USD |
| 09-01-2014 | ROOM CHARGE | 229.00 USD |
| 09-01-2014 | CITY OCC TAX - 9% | 20.61 USD |
| 09-01-2014 | STATE OCC TAX - 6% | 13.74 USD |
| 09-02-2014 | VALET PARKING $18 | 18.00 USD |
| 09-02-2014 | ROOM CHARGE | 229.00 USD |
| 09-02-2014 | CITY OCC TAX - 9% | 20.61 USD |
| 09-02-2014 | STATE OCC TAX - 6% | 13.74 USD |
| 09-03-2014 | ROOM SERVICE BAYFRONT | 83.89 USD |
| 09-03-2014 | TOPSIDER LOUNGE | 72.00 USD |
| 09-03-2014 | VALET PARKING $18 | 18.00 USD |
| 09-03-2014 | ROOM CHARGE | 229.00 USD |
| 09-03-2014 | CITY OCC TAX - 9% | 20.61 USD |
| 09-03-2014 | STATE OCC TAX - 6% | 13.74 USD |
| 09-04-2014 | TOPSIDER LOUNGE | 66.83 USD |
| 09-04-2014 | VALET PARKING $18 | 18.00 USD |
| 09-04-2014 | ROOM CHARGE | 229.00 USD |
| 09-04-2014 | CITY OCC TAX - 9% | 20.61 USD |
| 09-04-2014 | STATE OCC TAX - 6% | 13.74 USD |
| 09-05-2014 | AMERICAN EXPRESS | -1500.00 USD |
| 09-05-2014 | ROOM SERVICE BAYFRONT | 19.93 USD |
| 09-05-2014 | VALET PARKING $18 | 18.00 USD |
| 09-05-2014 | ROOM CHARGE | 229.00 USD |
| 09-05-2014 | CITY OCC TAX - 9% | 20.61 USD |
| 09-05-2014 | STATE OCC TAX - 6% | 13.74 USD |
| 09-06-2014 | VALET PARKING $18 | 18.00 USD |
| 09-06-2014 | ROOM CHARGE | 229.00 USD |
| 09-06-2014 | CITY OCC TAX - 9% | 20.61 USD |

| | | |
|---|---|---|
| 09-06-2014 | STATE OCC TAX - 6% | 13.74 USD |
| 09-07-2014 | GLASS PAVILION RESTAURANT | 106.31 USD |
| 09-07-2014 | VALET PARKING $18 | 18.00 USD |
| 09-07-2014 | ROOM CHARGE | 159.00 USD |
| 09-07-2014 | CITY OCC TAX - 9% | 14.31 USD |
| 09-07-2014 | STATE OCC TAX - 6% | 9.54 USD |
| 09-08-2014 | GLASS PAVILION RESTAURANT | 66.21 USD |
| 09-08-2014 | VALET PARKING $18 | 18.00 USD |
| 09-08-2014 | ROOM CHARGE | 159.00 USD |
| 09-08-2014 | CITY OCC TAX - 9% | 14.31 USD |
| 09-08-2014 | STATE OCC TAX - 6% | 9.54 USD |
| 09-09-2014 | TOPSIDER LOUNGE | 42.73 USD |
| 09-09-2014 | BOTTLED WATER | 4.00 USD |
| 09-09-2014 | VALET PARKING $18 | 18.00 USD |
| 09-09-2014 | ROOM CHARGE | 159.00 USD |
| 09-09-2014 | CITY OCC TAX - 9% | 14.31 USD |
| 09-09-2014 | STATE OCC TAX - 6% | 9.54 USD |
| 09-10-2014 | VALET PARKING $18 | 18.00 USD |
| 09-10-2014 | ROOM CHARGE | 159.00 USD |
| 09-10-2014 | CITY OCC TAX - 9% | 14.31 USD |
| 09-10-2014 | STATE OCC TAX - 6% | 9.54 USD |
| 09-11-2014 | VALET PARKING $18 | 18.00 USD |
| 09-11-2014 | ROOM CHARGE | 159.00 USD |
| 09-11-2014 | CITY OCC TAX - 9% | 14.31 USD |
| 09-11-2014 | STATE OCC TAX - 6% | 9.54 USD |
| 09-12-2014 | AMERICAN EXPRESS | -1654.25 USD |

Total Due: 0.00 USD

Charges reflected are as of 4:00AM. If you incurred additional charges after this time and require an updated final copy of your receipt, please visit the front desk.

**Jones, Joanna**

---

**From:** guestfolio@omnihotels.com
**Sent:** Friday, September 12, 2014 5:35 AM
**To:** Jones, Joanna
**Subject:** Omni Hotels Guest Folio 40016444724



# Receipt for AMY RUDD
# Confirmation #40016444724



**Omni Corpus Christi Hotel**
900 North Shoreline Boulevard
Corpus Christi TX US 78401
Phone: 361-887-1600

Room No:   855
Nights:    11 nights
Arrival:   09/01/2014
Departure: 09/12/2014

**Stay Charges:**

| Date | Description | Amount |
|------|-------------|--------|
| 09-01-2014 | VALET PARKING $18 | 18.00 USD |
| 09-01-2014 | ROOM CHARGE | 229.00 USD |
| 09-01-2014 | CITY OCC TAX - 9% | 20.61 USD |
| 09-01-2014 | STATE OCC TAX - 6% | 13.74 USD |
| 09-02-2014 | VALET PARKING $18 | 18.00 USD |
| 09-02-2014 | ROOM CHARGE | 229.00 USD |
| 09-02-2014 | CITY OCC TAX - 9% | 20.61 USD |
| 09-02-2014 | STATE OCC TAX - 6% | 13.74 USD |
| 09-03-2014 | ROOM SERVICE BAYFRONT | 83.89 USD |
| 09-03-2014 | TOPSIDER LOUNGE | 72.00 USD |
| 09-03-2014 | VALET PARKING $18 | 18.00 USD |
| 09-03-2014 | ROOM CHARGE | 229.00 USD |
| 09-03-2014 | CITY OCC TAX - 9% | 20.61 USD |
| 09-03-2014 | STATE OCC TAX - 6% | 13.74 USD |
| 09-04-2014 | TOPSIDER LOUNGE | 66.83 USD |
| 09-04-2014 | VALET PARKING $18 | 18.00 USD |
| 09-04-2014 | ROOM CHARGE | 229.00 USD |
| 09-04-2014 | CITY OCC TAX - 9% | 20.61 USD |
| 09-04-2014 | STATE OCC TAX - 6% | 13.74 USD |
| 09-05-2014 | AMERICAN EXPRESS | -1500.00 USD |
| 09-05-2014 | ROOM SERVICE BAYFRONT | 19.93 USD |
| 09-05-2014 | VALET PARKING $18 | 18.00 USD |
| 09-05-2014 | ROOM CHARGE | 229.00 USD |
| 09-05-2014 | CITY OCC TAX - 9% | 20.61 USD |
| 09-05-2014 | STATE OCC TAX - 6% | 13.74 USD |
| 09-06-2014 | VALET PARKING $18 | 18.00 USD |
| 09-06-2014 | ROOM CHARGE | 229.00 USD |
| 09-06-2014 | CITY OCC TAX - 9% | 20.61 USD |

| | | |
|---|---|---|
| 09-06-2014 | STATE OCC TAX - 6% | 13.74 USD |
| 09-07-2014 | GLASS PAVILION RESTAURANT | 106.31 USD |
| 09-07-2014 | VALET PARKING $18 | 18.00 USD |
| 09-07-2014 | ROOM CHARGE | 159.00 USD |
| 09-07-2014 | CITY OCC TAX - 9% | 14.31 USD |
| 09-07-2014 | STATE OCC TAX - 6% | 9.54 USD |
| 09-08-2014 | GLASS PAVILION RESTAURANT | 66.21 USD |
| 09-08-2014 | VALET PARKING $18 | 18.00 USD |
| 09-08-2014 | ROOM CHARGE | 159.00 USD |
| 09-08-2014 | CITY OCC TAX - 9% | 14.31 USD |
| 09-08-2014 | STATE OCC TAX - 6% | 9.54 USD |
| 09-09-2014 | TOPSIDER LOUNGE | 42.73 USD |
| 09-09-2014 | BOTTLED WATER | 4.00 USD |
| 09-09-2014 | VALET PARKING $18 | 18.00 USD |
| 09-09-2014 | ROOM CHARGE | 159.00 USD |
| 09-09-2014 | CITY OCC TAX - 9% | 14.31 USD |
| 09-09-2014 | STATE OCC TAX - 6% | 9.54 USD |
| 09-10-2014 | VALET PARKING $18 | 18.00 USD |
| 09-10-2014 | ROOM CHARGE | 159.00 USD |
| 09-10-2014 | CITY OCC TAX - 9% | 14.31 USD |
| 09-10-2014 | STATE OCC TAX - 6% | 9.54 USD |
| 09-11-2014 | VALET PARKING $18 | 18.00 USD |
| 09-11-2014 | ROOM CHARGE | 159.00 USD |
| 09-11-2014 | CITY OCC TAX - 9% | 14.31 USD |
| 09-11-2014 | STATE OCC TAX - 6% | 9.54 USD |
| 09-12-2014 | AMERICAN EXPRESS | -1654.25 USD |

Total Due: 0.00 USD

Charges reflected are as of 4:00AM. If you incurred additional charges after this time and require an updated final copy of your receipt, please visit the front desk.

Case 2:13-cv-00193   Document 1174-10   Filed on 07/15/19 in TXSD   Page 404 of 501

**Please do not reply to this email.**
If the email does not display correctly, please <u>click here</u>.



VIEW YOUR ITINERARY ONLINE

### Trip on Sep 03, 2014         Locator: **T8RLQC**         Date: **Aug 29, 2014**

| | |
|---|---|
| Traveler | **PETER JOHNSON** |
| | DECHERT LLP |
| | CIRA CENTRE |
| | 2929 ARCH ST |
| | PHILADELPHIA PA Z/19104 |
| Agent | 42 |

---

### Wednesday, September 03, 2014         Confirmation: **MZHSWS**

### ✈ Flight Southwest Airlines 37

| DEPARTURE | ARRIVAL |
|---|---|
| **DAL - Dallas Love Field, TX** | **CRP - Corpus Christi, TX** |
| **3:30 PM, Sep 03, 2014** | **5:55 PM, Sep 03, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 01:55 (1 Stop) |
| Equipment | Boeing 737-500 |
| Stops At | Houston Hobby, TX |
| Meal Service | None |
| Notes | DEPARTS DAL TERMINAL 1 |
| | NOT VALID FOR INTERLINE CONNECTIONS |
| | TSA SECURED FLIGHT |

---

### Wednesday, September 03, 2014         Confirmation: **180542**DUE0.00/LM1**/ RATE $8**

### Limousine

| | |
|---|---|
| Status | Confirmed |
| Confirmation | 180542**DUE0.00/LM1**/ RATE $8 |
| Departure | Sep 03, 2014 |
| | Corpus Christi, TX |
| Arrival | Sep 03, 2014 |
| Passengers | 1 |
| Notes | PICK UP AT: CRP AIRPORT - 0555P |
| | DROP OFF AT: OMNI HOTEL |
| | ONE WAY RATE APPROX. $85.00 |
| | TOLL/TIP/SURCHARGE/PARKING NOT INCLUDED |
| | PLEASE CANCEL OR CHANGE 2 HOURS PRIOR TO PICKUP TO AVOID CHARGES. |
| | NUMBER OF PASSENGERS: 1 |

1ST CHOICE LIMO 866 411-5466-0555P/CONF-180542**DUE0.00/LM1
**/ RATE $85.00

## Wednesday, September 03, 2014          Confirmation: **40016649051 ***



### Hotel OMNI CORPUS CHRISTI HOTEL

LOCATION                                CONTACT
**900 N Shoreline Boulevard**           **Tel 361-887-1600**
**Corpus Christi TX 78401, US US Nueces**   **Fax 361-887-6715**

Reserved For        PETER JOHNSON
Status              Confirmed
Check-In            Sep 03, 2014
Check-Out           Sep 04, 2014
Number of Rooms     1
Rate                USD 149.00/night
Notes               OM76221ARR03SEP CXL:CANCEL BY 12PM 02-SEP-14
                    HOTEL IS GUARANTEED FOR LATE ARRIVAL
                    PLEASE CANCEL BY 12N 24 HOURS PRIOR TO AVOID NO-SHOW CHARGE.
                    A NON SMOKING ROOM HAS BEEN REQUESTED

## Thursday, September 04, 2014          Confirmation: **180542**DUE0.00/LM1**/ RATE $8**

### Limousine

Status              Confirmed
Confirmation        180542**DUE0.00/LM1**/ RATE $8

Departure           Sep 04, 2014
                    Corpus Christi, TX

Arrival             Sep 04, 2014

Passengers          1
Notes               PICK UP AT: UNITED STATES FEDERAL COURTHOUSE - 0415P
                    DROP OFF AT: CRP AIRPORT
                    ONE WAY RATE APPROX. $85.00
                    TOLL/TIP/SURCHARGE/PARKING NOT INCLUDED
                    PLEASE CANCEL OR CHANGE 2 HOURS PRIOR TO PICKUP TO AVOID CHARGES.
                    NUMBER OF PASSENGERS: 1
                    1ST CHOICE LIMO 866 411-5466-0415P/CONF-180542**DUE0.00/LM1
                    **/ RATE $85.00

## Thursday, September 04, 2014          Confirmation: **MZHSWS**



### Flight Southwest Airlines 56

DEPARTURE                               ARRIVAL
**CRP - Corpus Christi, TX**            **DAL - Dallas Love Field, TX**
**6:35 PM, Sep 04, 2014**              **8:55 PM, Sep 04, 2014**

Status              Confirmed
Class               Coach Class - K
Duration            01:50 (1 Stop)
Equipment           Boeing 737-500
Stops At            Houston Hobby, TX
Meal Service        None

Notes               ARRIVES DAL TERMINAL 1
                    NOT VALID FOR INTERLINE CONNECTIONS
                    TSA SECURED FLIGHT



**GENERAL INFORMATION**
CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
********************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
********************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
********************************************
IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
********************************************
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR BAGGAGE FEE INFORMATION. CHECK OPERATING
CARRIER FOR ALLOWANCE IF TRAVELING ON CODE
SHARE FLIGHT.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
AEROSOL INSECTICIDE SPRAYS
FOR AIRPORT SECURITY INFORMATION SEE WWW.TSA.GOV
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES MAY BE SUBJECT TO A PENALTY OR FARE
INCREASE UP TO AND INCLUDING THE TOTAL COST OF THE TICKET.
FAILURE TO CANCEL MAY FORFEIT THE TOTAL VALUE OF TICKET.
TO ACCRUE MILEAGE ON SOUTHWEST AIRLINES PLEASE PRESENT
YOUR FREQUENT FLYER NUMBER AT CHECK-IN
SOUTHWEST DOES NOT PRE-ASSIGN SEATS.
RECONFIRM FLIGHTS-SOUTHWEST DOES NOT ADVISE OF SCHEDULE CHANGES.
SOUTHWEST AIRLINES DOES NOT REFUND LOST OR STOLEN TICKETS.
AGENCY SERVICE FEE OF 35.00 HAS BEEN CHARGED

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|------------------------|------|-------|-------|-------|-------|
| JOHNSON/PETER | 8701/5267140829914 | USD 504.20 | | | | 504.20 |
| | | | | | SERVICE FEE | 35.00 |
| | | | | | **Total Amount** | **539.20** |

Form of Payment: AXXXXXXXXXXXX2039

Traveler Resources | The Savvy Traveler blog | Data Protection Policy
Copyright © 2009-2014 CWT

1ˢᵗ CHOICE LIMOUSINE SERVICE, INC
P.O. BOX 1172
ODEM. TX 78370

361.368.5466
361.855.5466
361.855.5468 fax
www.1stchoicelimos.net
info@1stchoicelimos.net

## FAX TRANSMITAL FORM

To: Carlson Travel Agent                    From: Ellie
Name:         John                          Date Sent: 09/17/14

Phone: 888-661-2607         Number of Pages: 3
Fax:   512-394-3001         Plus Cover sheet

MESSAGE:

Picked up Peter Johnson - Sept. 3,14    $85 00
Requested Pick up for    Sept 4, 14     85 00
                            Total     $170.00


On Sept 4, 14  To Pick up Peter Johnson
at 4:15 p.m.  no show no call Charged extra $8500
Driver waited 2.5 hrs

Airport*
Nigit Out*
Corp*
Special Events*
Transfer or Shuttle Service*

1st Choice Limousines, Inc.
P.O. Box 1172
Odem, Texas 78370
361-368-5466  1-866-411-5466

*Weddings
*Quinceanera
*Proms
*Funerals
*Other Special Occassions

| CLIENT: | Carlson Travel Agent | P/U DATE: | September 3,2014 |
|---|---|---|---|
| Name: | Frank | | |
| Company: | Carlson Travel Agent | Confirmation #: | |
| Address: | 300 W. 6th | Driver: | Tony |
| City: | Austin, TX 78701 | Limo: | Sedan |
| Telephone: | JoAnn  888-661 2607 | | |
| Alt. Phone: | Fax 512-394-3001 | P/U & D/O ONLY? | YES | NO |
| | emitkkunkle@carlsonwagonlik.com | | |

| Pick Up Time: | 5:55p.m. | Start Time: | 5:55p.m. |
|---|---|---|---|
| Pax: | Peter Jonhson | Stop Time: | Drop Off |
| No. Pax | 01 Passenger | Total Time: | 1hr |
| Place: | Corpus Christi Int. Airport | Limo Price x Hour: | $85.00 |
| Address: | Southwest Flight 37 | Sub. Total: | $85.00 |
| City: | Corpus Christi, TX 78406 | Tip: | Inc |
| | Cell- 214-636-7267 | Trip Totals: | 85..00 |
| | | **Grand Total:** | $85.00 |
| **Drop Off Time:** | TAKE TO | Deposit: | $85.00 |
| Place: | Omni BayFront Hhotel | Bal Due: | $0.00 |
| Address: | 900 N. Shoreline Blvd | | |
| City: | Corpus Christi, TX 78401 | | |
| Phone: | | | |

### Payment Method

PAID
8-29-14
EMH

| Aug-29-14 | $85.00 | emh |

**Return Trip?**   yes   no

*Special Instructions:*

1ST CHOICE LIMOUSINE
4701 AYERS ST #106
CORPUS CHRSTI TX 78415
PHONE #(361) 855-5466

TERMINAL ID.:          60016361
MERCHANT #:      008030019413510

AMEX
XXXXXXXXXXX2036 EXP:XX/XX    KEYED CNF
MAIL ORDER SALE
BATCH: 000305    INV: 000003
Aug 29, 14          16:05
RRN: 008941832997 AUTH: 180542
AVS: N

P.O. NUMBER: 6229

TOTAL         $85.00

Charged 2 Trips for
Sept- 3 & 4-14

THANK YOU!

CUSTOMER COPY

This is a binding and non refundable rental contract I
" I ", the renter, checked that all of the information a
cardholder for the above credit card. I am responsib
money order. I understand that major spills are subje

Miles In:

Fuel Level:

er and 1st Choice Limousine Services Inc.
or this rental contract. I am the authorized
mount, either per cash or credit card or
to all the terms listed on this contract.

Corpus Christi Office
4701 Ayers. Ste 106
361.855.5466  fax361.855.5468

*Client Signature*

**Date:**

Airport*
Nigit Out*
Corp*
Special Events*
Transfer or Shuttle Service*

1st Choice Limousines, Inc.
P.O. Box 1172
Odem, Texas 78370
361-368-5466  1-866-411-5466

*Weddings
*Quinceanera
*Proms
*Funerals
*Other Special Occassions

| CLIENT: | Carlson Travel Agent | P/U DATE: | September 4,2014 |
|---|---|---|---|
| Name: | Frank | | |
| Company: | Carlson Travel Agent | Confirmation #: | |
| Address: | 300 W. 6th | Driver: | Tony |
| City: | Austin, TX 78701 | Limo: | Sedan |
| Telephone: | 888-661 2607 | | |
| Alt. Phone: | | | |

| P/U & D/O ONLY? | YES | NO |
|---|---|---|

| Pick Up Time: | 4:15p.m. | Start Time: | 4:15p.m. |
|---|---|---|---|
| Pax: | Peter Jonhson | Stop Time; | 6:30p.m. |
| No. Pax | 01 Passenger | Total Time: | 2.`15hrs |
| Place: | US Federal Courthouse | Limo Price x Hour: | $170.00 |
| Address: | 1133 N. Shoreline | Sub. Total: | $170.00 |
| City: | Corpus Christi, TX. 78401 | Tip: | Inc |
| | Cell- 214-636-7267 | Trip Totals: | $170.00 |
| EMALI: kkunkle@carlsonwagonlik.com | | Grand Total: | $170.00 |
| Drop Off Time: | TAKE TO | Deposit: | $170.00 |
| Place: | Corpus Christi Int Airport | Bal Due: | $0.00 |
| Address: | Southwest flight #56 | Charged 2 Hours Only | |
| City: | Corpus Christi, TX 78401 | Payment Method | |
| Phone: | | | |

| Return Trip? | yes | no |
|---|---|---|

Special Instructions:

DRIVER WAITED 2HOURS

CLIENT DID NOT SHOW DID NOT CALL

1ST CHOICE LIMOUSINE
4701 AYERS ST #106
CORPUS CHRSTI TX 78415
PHONE #(361) 855-5466

TERMINAL ID.:                66810001
MERCHANT #:          000000015413510

AMEX
************2036 EXP:**/**    KEYED CHP
MAIL ORDER SALE
BATCH: 003009    INV: 000002
Sep 05, 14      11:36
RRN: 000866930002 AUTH: 109828
AVS: N

P.O. NUMBER: 6279

TOTAL ███████████ $85.00

| | Aug-29-14 | $85.00 emh |
|---|---|---|
| | Sept-5-14 | $85.00 emh |

Added for extra hr
Sept 5-14

THANK YOU!

CUSTOMER COPY

This is a binding and non refundable rental contract bet
" I " , the renter, checked that all of the information abov
cardholder for the above credit card. I am responsible a
money order. I understand that major spills are subject

and 1st Choice Limousine Services Inc.
this rental contract. I am the authorized
unt, either per cash or credit card or
all the terms listed on this contract.

Corpus Christi Office
4701 Ayers. Ste 106
361.855.5466   fax361.855.5468

Client Signature

Date:

kwiktag ®   162 795 428



2 Emmons Drive
Princeton, NJ
08540
**1.800.367.0070**
**Fax: 609.951.9330**

| | |
|---|---|
| Invoice Number: | 241677 |
| Invoice Date: | 09/13/14 |
| Account Number: | 6139 |
| Page: | 1 of 1 |
| Invoice Amount: | $145.20 |
| Amount Due: | $145.20 |

DECHERT LLP
ACCOUNTS PAYABLE
2929 ARCH STREET
CIRA CENTRE
PHILADELPHIA, PA  19104

Please make checks payable to "A-1 Billing Services", write your invoice number on your check and return it with the top portion of this invoice.

| Date | Res. Num | Passenger Name | Expense Code | Fare | Additional Charges[1] | Gratuity | Misc.[2] | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|
| 09/12/14 | B43737 - 1 | EZRA ROSENBERG | | $100.00 | $0.00 | $18.00 | $27.20 | 0.00 | 145.20 |

SEDAN        EWRNJ15:55/HOPEWELLNJ
*2 Tolls & Parking :            $15.20
*2 Fuel Surcharge :            $12.00
**MUST ENTER 6 DIGIT BILLING MATTER #:  131285**
Caller:  JONI WHIPPLE  609-955-3284
Itinerary:  NEWARK AIRPORT EWR EWR NJ 07114 AA 2488
109 W PROSPECT ST HOPEWELL NJ 08525

RECEIVED
SEP 2 3 2014
ACCOUNTS PAYABLE

Vendor ID #:  _208696_
Description:  _Ezra Rosenberg_
Timekeeper:  _904626_
_131285_
_9/24/14_

_2145958_

| | |
|---|---|
| Total Trips This Invoice: | 1 |
| Amount This Invoice: | $145.20 |
| Total Amount Due: | $145.20 |

**Please do not reply to this email.**
If the email does not display correctly, please click here.



VIEW YOUR ITINERARY ONLINE

**Trip on Sep 21, 2014**          Locator: **Q52MGQ**          Date: **Sep 12, 2014**

| | |
|---|---|
| Traveler | **EZRA D ROSENBERG** |
| | DECHERT LLP |
| | CIRA CENTRE |
| | 2929 ARCH ST |
| | PHILADELPHIA PA Z/19104 |
| Agent | OT |

**Sunday, September 21, 2014**          Confirmation: **M8NW1V**

 **Flight United Airlines 327**

| DEPARTURE | ARRIVAL |
|---|---|
| **EWR – Newark, NJ** | **IAH – Houston George Bush, TX** |
| **10:40 AM, Sep 21, 2014** | **1:24 PM, Sep 21, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - E |
| Duration | 03:44 (Non-stop) |
| Equipment | Airbus Industrie A319-114 |
| Meal Service | Food For Purchase |
| Reserved Seats | 26B |
| Frequent Flyer | UAGN779264 |
| Notes | DEPARTS EWR TERMINAL C - ARRIVES IAH TERMINAL C |
| | TSA SECURED FLIGHT |

**Sunday, September 21, 2014**          Confirmation: **M8NW1V**

 **Flight United Airlines 4609**

| DEPARTURE | ARRIVAL |
|---|---|
| **IAH – Houston George Bush, TX** | **CRP – Corpus Christi, TX** |
| **2:25 PM, Sep 21, 2014** | **3:22 PM, Sep 21, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - E |
| Duration | 00:57 (Non-stop) |
| Equipment | Embraer RJ135 Jet |
| Meal Service | None |
| Reserved Seats | 7D |
| Frequent Flyer | UAGN779264 |
| Notes | OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS |
| | DEPARTS IAH TERMINAL A |
| | TSA SECURED FLIGHT |

---

**Monday, September 22, 2014**                    Confirmation:  **XGXOKK**

 **Flight American Airlines 2283**

| DEPARTURE | ARRIVAL |
|---|---|
| **CRP - Corpus Christi, TX** | **DFW - Dallas/Ft Worth, TX** |
| **3:10 PM, Sep 22, 2014** | **4:35 PM, Sep 22, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - M |
| Duration | 01:25 (Non-stop) |
| Equipment | Airbus Industrie A319-114 |
| Meal Service | None |
| Frequent Flyer | AA482M2L6 |
| Notes | AUDIO PROGRAMMING/VIDEO/LIBRARY/ |
| | TSA SECURED FLIGHT |

---

**Monday, September 22, 2014**                    Confirmation:  **XGXOKK**

 **Flight American Airlines 2379**

| DEPARTURE | ARRIVAL |
|---|---|
| **DFW - Dallas/Ft Worth, TX** | **EWR - Newark, NJ** |
| **5:40 PM, Sep 22, 2014** | **10:00 PM, Sep 22, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - M |
| Duration | 03:20 (Non-stop) |
| Equipment | M83 |
| Meal Service | Food For Purchase |
| Frequent Flyer | AA482M2L6 |
| Notes | ARRIVES EWR TERMINAL A |
| | TSA SECURED FLIGHT |

---

 Status MATCH to CATCH — Elite with another hotel program? We'll match it and it's easier than ever!  Best Western

---

**GENERAL INFORMATION**
CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
**************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
**************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
**************************************
IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
**************************************
FOR AIRPORT SECURITY INFORMATION SEE WWW.TSA.GOV
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR BAGGAGE FEE INFORMATION. CHECK OPERATING

CARRIER FOR ALLOWANCE IF TRAVELING ON CODE
SHARE FLIGHT.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
AEROSOL INSECTICIDE SPRAYS
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES MAY BE SUBJECT TO A PENALTY OR FARE
INCREASE UP TO AND INCLUDING THE TOTAL COST OF THE TICKET.
FAILURE TO CANCEL MAY FORFEIT THE TOTAL VALUE OF TICKET.
AGENCY SERVICE FEE OF 44.00 HAS BEEN CHARGED

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|---|---|---|---|---|---|---|
| ROSENBERG/EZRA | 8979/0017412505714/13SEP14 | USD 521.86 | 5.60AY | 39.14US | 17.00XT | 583.60 |
| ROSENBERG/EZRA | 8978/0167412505713/13SEP14 | USD 542.33 | 5.60AY | 40.67US | 15.50XT | 604.10 |
| | | | | | SERVICE FEE | 22.00 |
| | | | | | SERVICE FEE | 22.00 |
| | | | | | **Total Amount** | **1,231.70** |

Form of Payment: AXXXXXXXXXXXXX8003

Traveler Resources | The Savvy Traveler blog | Data Protection Policy
Copyright © 2009-2014 CWT

**Please do not reply to this email.**
If the email does not display correctly, please click here.



Carlson Wagonlit Travel

**Your Itinerary**

Status **MATCH to CATCH** — Elite with another hotel program? We'll match it and it's easier than ever! Best Western

VIEW YOUR ITINERARY ONLINE

---

**Trip on Sep 21, 2014**          Locator: **Q52MGQ**          Date: **Sep 12, 2014**

| Traveler | **EZRA D ROSENBERG** |
|---|---|
| | DECHERT LLP |
| | CIRA CENTRE |
| | 2929 ARCH ST |
| | PHILADELPHIA PA Z/19104 |
| Agent | OT |

---

**Sunday, September 21, 2014**          Confirmation: **M8NW1V**

✈ **Flight United Airlines 327**

| DEPARTURE | ARRIVAL |
|---|---|
| **EWR – Newark, NJ** | **IAH – Houston George Bush, TX** |
| **10:40 AM, Sep 21, 2014** | **1:24 PM, Sep 21, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - E |
| Duration | 03:44 (Non-stop) |
| Equipment | Airbus Industrie A319-114 |
| Meal Service | Food For Purchase |
| Reserved Seats | 26B |
| Frequent Flyer | UAGN779264 |
| Notes | DEPARTS EWR TERMINAL C - ARRIVES IAH TERMINAL C |
| | TSA SECURED FLIGHT |

---

**Sunday, September 21, 2014**          Confirmation: **M8NW1V**

✈ **Flight United Airlines 4609**

| DEPARTURE | ARRIVAL |
|---|---|
| **IAH – Houston George Bush, TX** | **CRP – Corpus Christi, TX** |
| **2:25 PM, Sep 21, 2014** | **3:22 PM, Sep 21, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - E |
| Duration | 00:57 (Non-stop) |
| Equipment | Embraer RJ135 Jet |
| Meal Service | None |
| Reserved Seats | 7D |
| Frequent Flyer | UAGN779264 |
| Notes | OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS |
| | DEPARTS IAH TERMINAL A |
| | TSA SECURED FLIGHT |

---

**Monday, September 22, 2014**                    Confirmation:  **XGXOKK**

 **Flight American Airlines 2283**

| DEPARTURE | ARRIVAL |
|---|---|
| **CRP - Corpus Christi, TX** | **DFW - Dallas/Ft Worth, TX** |
| **3:10 PM, Sep 22, 2014** | **4:35 PM, Sep 22, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - M |
| Duration | 01:25 (Non-stop) |
| Equipment | Airbus Industrie A319-114 |
| Meal Service | None |
| Frequent Flyer | AA482M2L6 |
| Notes | AUDIO PROGRAMMING/VIDEO/LIBRARY/ |
| | TSA SECURED FLIGHT |

---

**Monday, September 22, 2014**                    Confirmation:  **XGXOKK**

 **Flight American Airlines 2379**

| DEPARTURE | ARRIVAL |
|---|---|
| **DFW - Dallas/Ft Worth, TX** | **EWR - Newark, NJ** |
| **5:40 PM, Sep 22, 2014** | **10:00 PM, Sep 22, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - M |
| Duration | 03:20 (Non-stop) |
| Equipment | M83 |
| Meal Service | Food For Purchase |
| Frequent Flyer | AA482M2L6 |
| Notes | ARRIVES EWR TERMINAL A |
| | TSA SECURED FLIGHT |

---

 
Status MATCH no CATCH — Elite with another hotel program? We'll match it and it's easier than ever! Best Western

---

**GENERAL INFORMATION**
CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
*********************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
*********************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
*********************************************
IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
*********************************************
FOR AIRPORT SECURITY INFORMATION SEE WWW.TSA.GOV
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR BAGGAGE FEE INFORMATION. CHECK OPERATING

CARRIER FOR ALLOWANCE IF TRAVELING ON CODE
SHARE FLIGHT.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
AEROSOL INSECTICIDE SPRAYS
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES MAY BE SUBJECT TO A PENALTY OR FARE
INCREASE UP TO AND INCLUDING THE TOTAL COST OF THE TICKET.
FAILURE TO CANCEL MAY FORFEIT THE TOTAL VALUE OF TICKET.
AGENCY SERVICE FEE OF 44.00 HAS BEEN CHARGED

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|------------------------|------|-------|-------|-------|-------|
| ROSENBERG/EZRA | 8979/0017412505714/13SEP14 | USD 521.86 | 5.60AY | 39.14US | 17.00XT | 583.60 |
| ROSENBERG/EZRA | 8978/0167412505713/13SEP14 | USD 542.33 | 5.60AY | 40.67US | 15.50XT | 604.10 |
| | | | | | SERVICE FEE | 22.00 |
| | | | | | SERVICE FEE | 22.00 |
| | | | | | **Total Amount** | **1,231.70** |

Form of Payment: AXXXXXXXXXXXXX8003

Traveler Resources | The Savvy Traveler blog | Data Protection Policy
Copyright © 2009-2014 CWT

**Please do not reply to this email.**
If the email does not display correctly, please click here.





VIEW YOUR ITINERARY ONLINE

| **Trip on Sep 21, 2014** | Locator: **Q52MGQ** | Date: **Sep 12, 2014** |
|---|---|---|

| Traveler | **EZRA D ROSENBERG** |
|---|---|
| | DECHERT LLP |
| | CIRA CENTRE |
| | 2929 ARCH ST |
| | PHILADELPHIA PA Z/19104 |
| Agent | OT |

**Sunday, September 21, 2014**                    Confirmation: **M8NW1V**

 **Flight United Airlines 327**

| DEPARTURE | ARRIVAL |
|---|---|
| **EWR - Newark, NJ** | **IAH - Houston George Bush, TX** |
| **10:40 AM, Sep 21, 2014** | **1:24 PM, Sep 21, 2014** |

| Status | Confirmed |
|---|---|
| Class | Coach Class - E |
| Duration | 03:44 (Non-stop) |
| Equipment | Airbus Industrie A319-114 |
| Meal Service | Food For Purchase |
| Reserved Seats | 26B |
| Frequent Flyer | UAGN779264 |
| Notes | DEPARTS EWR TERMINAL C - ARRIVES IAH TERMINAL C |
| | TSA SECURED FLIGHT |

**Sunday, September 21, 2014**                    Confirmation: **M8NW1V**

 **Flight United Airlines 4609**

| DEPARTURE | ARRIVAL |
|---|---|
| **IAH - Houston George Bush, TX** | **CRP - Corpus Christi, TX** |
| **2:25 PM, Sep 21, 2014** | **3:22 PM, Sep 21, 2014** |

| Status | Confirmed |
|---|---|
| Class | Coach Class - E |
| Duration | 00:57 (Non-stop) |
| Equipment | Embraer RJ135 Jet |
| Meal Service | None |
| Reserved Seats | 7D |
| Frequent Flyer | UAGN779264 |
| Notes | OPERATED BY EXPRESSJET AIRLINES DBA UNITED EXPRESS |
| | DEPARTS IAH TERMINAL A |
| | TSA SECURED FLIGHT |

---

**Monday, September 22, 2014**                    Confirmation: **XGXOKK**

 **Flight American Airlines 2283**

| DEPARTURE | ARRIVAL |
|---|---|
| **CRP - Corpus Christi, TX** | **DFW - Dallas/Ft Worth, TX** |
| **3:10 PM, Sep 22, 2014** | **4:35 PM, Sep 22, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - M |
| Duration | 01:25 (Non-stop) |
| Equipment | Airbus Industrie A319-114 |
| Meal Service | None |
| Frequent Flyer | AA482M2L6 |
| Notes | AUDIO PROGRAMMING/VIDEO/LIBRARY/ |
| | TSA SECURED FLIGHT |

---

**Monday, September 22, 2014**                    Confirmation: **XGXOKK**

 **Flight American Airlines 2379**

| DEPARTURE | ARRIVAL |
|---|---|
| **DFW - Dallas/Ft Worth, TX** | **EWR - Newark, NJ** |
| **5:40 PM, Sep 22, 2014** | **10:00 PM, Sep 22, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - M |
| Duration | 03:20 (Non-stop) |
| Equipment | M83 |
| Meal Service | Food For Purchase |
| Frequent Flyer | AA482M2L6 |
| Notes | ARRIVES EWR TERMINAL A |
| | TSA SECURED FLIGHT |

 Status MATCH to CATCH Elite with another hotel program? We'll match it and it's easier than ever!  Best Western

**GENERAL INFORMATION**
CONTACT CWT TRAVEL AT 800-441-4298/EXECUTIVE CODE 2CO4
PLEASE SUBMIT THIS INVOICE IN CONCUR EXPENSE
*******************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION AS SET FORTH IN AGENTS WEBSITE AT
WWW.CARLSONWAGONLIT.COM/EN/COUNTRIES/US/TERMS
*******************************************
PLEASE TAKE A MOMENT TO REVIEW THE ABOVE ITINERARY.
CARLSON WAGONLIT DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS
AFTER RECEIPT OF DOCUMENTS.
OUTSIDE THE US 314-513-0801 CALL COLLECT
*******************************************
IF TRAVEL IS OUTSIDE OF THE U.S. 50 STATES
A PRINTED COPY OF YOUR ITINERARY MUST BE
PROVIDED TO THE CARRIER AT CHECK IN FOR
RETURN/ONWARD TRAVEL VERIFICATION.
FAILURE TO PROVIDE A PRINTED COPY OF YOUR
ITINERARY MAY RESULT IN DENIED BOARDING.
*******************************************
FOR AIRPORT SECURITY INFORMATION SEE WWW.TSA.GOV
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR BAGGAGE FEE INFORMATION. CHECK OPERATING

CARRIER FOR ALLOWANCE IF TRAVELING ON CODE
SHARE FLIGHT.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
AIRCONSUMER.DOT.GOV/SPRAY.HTM
AEROSOL INSECTICIDE SPRAYS
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES MAY BE SUBJECT TO A PENALTY OR FARE
INCREASE UP TO AND INCLUDING THE TOTAL COST OF THE TICKET.
FAILURE TO CANCEL MAY FORFEIT THE TOTAL VALUE OF TICKET.
AGENCY SERVICE FEE OF 44.00 HAS BEEN CHARGED

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|------------------------|------|-------|-------|-------|-------|
| ROSENBERG/EZRA | 8979/0017412505714/13SEP14 | USD 521.86 | 5.60AY | 39.14US | 17.00XT | 583.60 |
| ROSENBERG/EZRA | 8978/0167412505713/13SEP14 | USD 542.33 | 5.60AY | 40.67US | 15.50XT | 604.10 |
| | | | | | SERVICE FEE | 22.00 |
| | | | | | SERVICE FEE | 22.00 |
| | | | | | **Total Amount** | **1,231.70** |

Form of Payment: AXXXXXXXXXXXXX8003

# OMNI ⚜ HOTELS & RESORTS®

## corpus christi | texas

900 North Shoreline Blvd.
Corpus Christi, TX 78401
Phone: 361-887-1600 • Fax: 361-887-6715
Reservations: 800-843-6664

ROSENBERG, EZRA

COASTAL BEND LAW FIRMS

Hopewell, NJ  08525 US

**Room Number:** 1236
**Daily Rate:** 115.00
**Room Type:** KNB
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 9/21/2014 | 9/22/2014 | XXXXXXXXXXXX8003 | CBEND | ESP | 14501786627 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 9/21/2014 | 1236 | GLASS PAVILION RESTAURANT | 1236/8097/18:38/GLASS PAVILION RESTAURAN | $23.49 |
| 9/21/2014 | 1236 | ROOM CHARGE | #1236 ROSENBERG, EZRA | $115.00 |
| 9/21/2014 | 1236 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 9/21/2014 | 1236 | STATE OCC TAX - 6% | STATE OCC TAX - 6% | $6.90 |
| 9/22/2014 | 1236 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($155.74) |
| 9/22/2014 | 1236 | ROOM SERVICE BAYFRONT | 1236/7504/06:37/ROOM SERVICE BAYFRONT | $16.93 |
| 9/22/2014 | 1236 | AMERICAN EXPRESS | AX...8003 | ($16.93) |

**TOTAL DUE:**                $0.00

TERMS:   DUE AND PAYABLE UPON PRESENTATION.   I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

# Arandas Taxi Services

 (361) 548-7656

(361) 249-2741

Date___*9/21/14*___

Amount of Fare $___*25.00*___

Driver's Name_____

Car Number_____

*RESERVATIONS AVAILABLE

```
            Tailwind - CRP
             The  Airport

Server: Genia          DOB: 09/22/2014
02:05 PM                     09/22/2014
B3/2                          2/20085

                 SALE

AMEX                        2097180
Card #XXXXXXXXXXX8003
Magnetic card present: ROSENBERG ED
Card Entry Method:  S

Approval: 550527

              Amount:      $ 14.33

            + Tip: _____  8

            = Total: _____ 19.33


        I agree to pay the above
       total amount according to the
          card issuer agreement.

   X_____

      We would love to hear from you!
     Compliments, Questions, Concerns?
          Please Contact us at:
         info@tailwindconcessions.com
            or 1-866-578-7355



             Guest Copy
```

```
            Newark Liberty International
                     Airport
              Lot ABC Lane 904


              Mon Sep 22 2014 22:56

Entry:              09/21/2014 09:00:04 Ln 511
Exit:               09/22/2014 22:55:50 Ln 904
Cashier:                           gwilliams

License Plate:                     NJ:WMY72F
Class:                   1 - Public Parker
ID Type:                              Ticket
ID:                          051103253971


Parking Fee...........................$66.00
Total Fee.............................$66.00

POF Payment...........................$66.00

              TAXES INCLUDED


            Newark Liberty International
                     Airport
                Newark, NJ 07114
                Drive Carefully
```



Transaction Details Prepared for
Ezra D Rosenberg
Account Number
XXXX-XXXXXX-48003

| Date | Description | Card Member | |
|------|-------------|-------------|---|
| SEP 22 2014 | AA MISC SALE/ TAX/ FCORPUS CHRISTI TX | EZRA D ROSENBERG | |

| | |
|---|---|
| Doing business as:<br><br>**AMERICAN AIRLINES**<br><br>AMERICAN AIRLINES-CCS<br><br>7645 E 63RD ST, SUITE 600<br><br>TULSA<br><br>OK<br><br>74133<br><br>UNITED STATES<br><br>Additional Information: 00102733247 AIRLINE/AIR CARRIER<br>AMERICAN AIRLINES<br>Reference: 320142660800762101<br>Category: Travel - Airline | **Flight Details**<br><br>Passenger Name: ROSENBERG/EZRA D<br>Date of Departure: 09/22<br>Ticket Number: 0010273324752<br>Document Type: MISCELLANEOUS TAX(S)/FEE(S) |

$25⁰⁰

```
                    CRAWDADDY'S
                    414  LAWE ST
                CORP CHRISTI  TX 78403
                    361 883 5452
                54188842662.1394

Merchant ID: 555825135400

Server ID: 9                    Ref #: 0002
```

## Sale

```
XXXXXXXXXXXX5801
VISA                    Entry Method: Swiped
```

**Amount:$         9.90**
**Tip:**

**Total:**

```
09/11/14                    22:00:57
Inv #: 000008          Appr Code: 01758C
Transaction ID: 304255108576487
Apprvd: Online            Batch#: 000029
```

```
                Customer Copy
                THANK YOU
```

```
        FLANAGAN'S DOWNTOWN
            417 STARR ST
      CORPUS CHRIST, TX 78401
           361-883-1345

09/11/2014          23:47:29
MID:    XXXXXXXXXXXX0559
Device ID:              DVID
Terminal ID:        PD051.
         CREDIT CARD
         AMEX SALE


CARD:   XXXXXXXXXXX3037
TRANS #             013
Batch #:              2
Approval Code:    542601
TRANS ID:002581682619678
Entry Method:    Swiped
Mode:            Online

SALE AMOUNT      $21.25

TIP AMOUNT    ----------

TOTAL         ----------


     CUSTOMER COPY
```

```
KUNTRY KORNER
103344 I37 S
PLEASANTON  TX  78064
L348628851001


          08/27/2014 4:21:02 PM
     Register: 1 Trans #: 3407 Op ID: 1234
          Your cashier: 1

Clif Crunch Peanut          $1.69 101
Smart water 1pt             $1.99 101
                       ----------
             Subtotal =     $3.68
                  Tax =     $0.25
                       ----------
                Total =     $3.93

            Change Due =     $0.00

Credit                      $3.93
```

--------------------------------------

```
XXXX XXXXXX X2036, American Express
RUDD/AL
INVOICE 047007
AUTH 501467
```

=======================================

```
Sequence Number 39357
APPROVED  501467
```

=======================================

```
I agree to pay the above total amount
according to the card issuer agreement.
```

--------------------------------------


                **Thank You!!!**

FLANAGAN'S DOWNTOWN
417 STARR ST
CORPUS CHRIST TX 78401
361-883-1345

09/11/2014                          20:45:32
Merchant ID:            XXXXXXXXXXXX0559
Device ID:                          1121
Terminal ID:                      PD131.

CREDIT CARD
AMEX SALE

CARD #                   XXXXXXXXXXX3037
TRANS #                              011
Batch #:                               7
Approval Code:                    562828
TRANS ID:               002463814859375
Entry Method:                     Swiped
Mode:                             Online

SALE AMOUNT              $28.00

TIP AMOUNT               _____


ᵀᵀAL AMOUNT              _____

CUSTOMER COᴾᵞ

```
          WaterStreet Seafood Company
         Corpus Christi TX 361-882-8683
              309 N. Water Street
              Corpus Christi, Tx
                 361-882-8683

                           DOB: 09/11/2014
Server: Jordan                  09/11/2014
09:43 PM                           7/70030
Table 90/7

                    SALE

AMEX                            7340056
Card #XXXXXXXXXXXX3037
Magnetic card present: RUDD AMY L
Card Entry Method:  S

Approval: 536781

              Amount:       $ 36.35

              + Tip:        10

              = Total:      46.35


          I agree to pay the above
        total amount according to the
            card issuer agreement.


    X_____


             Customer Copy
```

```
           WaterStreet Seafood Company
          Corpus Christi TX 361-882-8683
              309 N. Water Street
              Corpus Christi, Tx
                361-882-8683

                          DOB: 09/11/2014
Server: Jordan                 09/11/2014
09:43 PM                          7/70030
Table 90/7

                  SALE

AMEX                          7340056
Card #XXXXXXXXXXXX3037
Magnetic card present: RUDD AMY L
Card Entry Method:  S

Approval: 536781

            Amount:       $ 36.35

          + Tip:        10

          = Total:      40.35


        I agree to pay the above
     total amount according to the
          card issuer agreement.


X_____  _____


          Customer Copy
```

```
            Katz 21 Steak & Spirits
               5702 Spohn Drive
            Corpus Christi, TX 78413
               (361) 884 - 1221

   Server: Richard          DOB: 09/02/2014
   08:41 PM                      09/02/2014
   Table 70/1                     3/30001

              SALE

   AMEX                    1048583
   Card #XXXXXXXXXXX2036
   Magnetic card present: RUDD AL
   Card Entry Method:  S

   Approval: 529608

              Amount:     $ 154.40

            + Tip::  _____

            = Total: _____


         I agree to pay the above
       total amount according to the
           card issuer agreement.

    X

       Thank You and Come Again!

       Katz Gift Certificates
          Make A Great Gift!
         Please visit us at:
           www.katz21.com


          >> GUEST COPY <<
```

**kwiktag®**   162 795 575

# CHECK DISBURSEMENT REQUEST

| | | | | |
|---|---|---|---|---|
| **Please Fax to (215)-655-2411 or Email allaccountspayable@dechert.com** | | | | |
| Requesting Attorney Name: **Ezra D. Rosenberg**<br>Requesting Attorney Personal ID Number: **936500**<br>Signature: | | Office: **Princeton** | Ext: | **3222** |
| Requesting Name:<br>Requesting Personal ID Number: | | Office: | Ext.: | |
| Send check to: ☐ **Direct to vendor per address below**<br>☒ **Individual requesting check**<br>☐ **Other** | | | | |
| Date of Request: | | Amount:**$3,000.00** | | |
| Payment Due Date: | | | | |
| Is immediate payment required? | If YES, please state reason for immediate payment (vendor invoices are normally paid in accordance with agreed upon payment terms, which is normally 30 days from invoice date). | | | |

| PAYEE: |
|---|

| | |
|---|---|
| Name:<br>Address<br>Social Security No. (if individual)<br>or<br>or Employer I.D. No.:<br>Attach W-9 for New Vendor Set up | **Lorraine C. Minnite**<br>**11 Meadow Lane, West Deptford, NJ  08096** |

| CHARGE TO: |
|---|

| | | |
|---|---|---|
| Name of Client:<br>**Texas State Conference of the NAACP** | Client/Matter Number:<br>**- 131285** | Non-Earning Matter Number: |
| General Ledger Number: | Explanation for check stub: Expert fees for the period August 23, 2014 thru September 8, 2014 | |

A copy of the invoice MUST be attached to this check request.
All FIRM CHARGES **must be approved** by the appropriate practice group Leader, or Head of Infrastructure.

| **FOR FINANCE DEPARTMENT USE ONLY:** | **APPROVED BY** |
|---|---|
| Vendor No.:  219741<br>Address ID No.: | Name:<br>Employee PIN/ID#:<br>     (All check requests **MUST** be signed) |

2147624

#131285

11 Meadow Lane
West Deptford, New Jersey 08096
September 26, 2014

Ezra D. Rosenberg
Dechert, LLP
Suite 500
902 Carnegie Center
Princeton, New Jersey 08540-6531

Re: Invoice #2

Dear Ezra:

I write to request payment for 15 hours of preparation for my deposition and trial testimony (at $100 per hour), and three hours for providing a deposition and testifying at trial (at $500 per hour) in the case *Marc Veasey et al. v. Rick Perry, et al., U.S.D.C. for S.D.TX, Docket No. 2:13-cv-00193,* for a total of $3,000.

The chart on the next page details the days and hours and the activity conducted between August 23 and September 8, 2014. Please let me know if you need another W-9 tax form from me; the check should be sent to me at the above address.

Please do not hesitate to contact me if you have any questions or require further information. Again, it's been a pleasure working with you and the team at the Brennan Center. I hope this case does not go the way of the voter ID case in Wisconsin.

Sincerely yours,

*Lorraine C. Minnite*

Lorraine C. Minnite

9/30/14

enc.

kwiktag ®   162 795 775

# CHECK DISBURSEMENT REQUEST

| Please Fax to (215)-655-2411 or Email allaccountspayable@dechert.com | | | |
|---|---|---|---|
| Requesting Attorney Name: **Lindsey Cohan** | Office: **Austin** | Ext: | **3027** |
| Requesting Attorney Personal ID Number: **977743** | | | |
| Signature: | | | |
| Requesting Name: **Joanna Jones** | Office: **Austin** | Ext.: | **3006** |
| Requesting Personal ID Number: **978371** | | | |

| Send check to: | ☒ Direct to vendor per address below | RECEIVED |
|---|---|---|
| | ☐ Individual requesting check | OCT 0 9 2014 |
| | ☐ Other | |

| Date of Request: | 10/08/2014 | Amount: **$798.99** | ACCOUNTS PAYABLE |
|---|---|---|---|
| Payment Due Date: | | | |

| Is immediate payment required? | If YES, please state reason for immediate payment (vendor invoices are normally paid in accordance with agreed upon payment terms, which is normally 30 days from invoice date). **Travel expenses for expert witness, Lorraine Minnite, while attending deposition and trial in Veasey v. Perry.  Details attached.** |
|---|---|

| PAYEE: | |
|---|---|
| Name: | **Lorraine Minnite** |
| Address | **11 Meadow Lane** |
| | **West Deptford, New Jersey 08096** |
| Social Security No. (if individual) **or** or Employer I.D. No.: Attach W-9 for New Vendor Set up | |

| CHARGE TO: | | |
|---|---|---|
| Name of Client: **Texas NAACP (pro bono)** | Client/Matter Number: **386716 - 131285** | Non-Earning Matter Number: |
| General Ledger Number: | Explanation for check stub:  Travel expenses for expert testimony in deposition and at trial in Veasey v. Perry August 26-28, 2014 and September 7-9, 2014. | |

A copy of the invoice MUST be attached to this check request.

All FIRM CHARGES **must be approved** by the appropriate practice group Leader, or Head of Infrastructure.

| FOR FINANCE DEPARTMENT USE ONLY: | APPROVED BY: |
|---|---|
| Vendor No.: 219741 | Name: _____ |
| Address ID No.: _____ | Employee PIN/ID#: _____ |
| | (All check requests **MUST** be signed) |

2149291

11 Meadow Lane
West Deptford, New Jersey 08096
September 26, 2014

Ms. Carson Whitelemons
Brennan Center for Justice at
New York University School of Law
161 Avenue of the Americas, 12th Floor
New York, New York 10013

Dear Carson:

Attached are my receipts for my out-of-pocket expenses related to two trips to Corpus Christie, Texas to give a deposition (August 26-28, 20014), and testify (September 7-9, 2014) in *Veasey v. Perry*.

| Deposition (8/26-28, 2014) | |
|---|---|
| Hotel (Holiday Inn Bayfront) -- 2 nights | $382.70 |
| Parking at Newark Airport | $42.00 |
| | |
| **Trial (9/7-9, 2014)** | |
| Rental Car | $284.46 |
| Gasoline | $31.83 |
| Baggage Fee (on return trip) | $25.00 |
| Parking at Philadelphia Airport | $33.00 |
| **Total** | **$798.99** |

My Social Security number is 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, and the check can be mailed to me at the above address.

Thank you for your attention to this matter.

Sincerely,

*Lorraine Minnite*

Lorraine Minnite

Lorraine Minnite
Expenses/Corpus Christi Deposition
Veasey v. Perry
8/26 – 8/28/14

```
        Newark Liberty International
                Airport


        Thu Aug 28 2014 15:04
-----------------------------------------
Entry:          08/26/2014 12:00:44 Ln 612
Exit:           08/28/2014 15:09:29 Ln 602
Cashier:                        mrodriguez

License Plate:                  NJ:E20CED
Class:                  1 - Public Parker
ID Type:                          Ticket
ID:                        061200154518


*****************************************
Parking Fee..........................$42.00
Total Fee............................$42.00

CC Payment Amount:              $42.00
Card Type:                  MASTERCARD
Acct:              XXXXXXXXXXXX8195
Approval:                      00542Z
Txn ID:            20140028150357DL0802


            TAXES INCLUDED


        Newark Liberty International
                Airport
             Newark, NJ 07114
```



**Holiday Inn**

46                                    09-26-14

| | | |
|---|---|---|
| Lorraine Minnite | Folio No.      : **64592** | Room No. : **1416** |
| 11 meadow la | A/R Number   : | Arrival      : **08-26-14** |
| New York Ny | Group Code   : | Departure  : **08-28-14** |
| Woodbury NJ 08096 | Company      : **Buisness** | Conf. No.  : **60126646** |
| United States | Membership No. : | Rate Code : **IGBBB** |
| | Invoice No.    : | Page No.  : **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08-26-14 | Package Rate | 169.00 | |
| 08-26-14 | State Occupancy Tax | 8.94 | |
| 08-26-14 | City Occupancy Tax | 13.41 | |
| 08-27-14 | Package Rate | 169.00 | |
| 08-27-14 | State Occupancy Tax | 8.94 | |
| 08-27-14 | City Occupancy Tax | 13.41 | |
| 08-28-14 | MasterCard       XXXXXXXXXXXX8195 | | 382.70 |
| | **Total** | **382.70** | **382.70** |
| | **Balance** | **0.00** | |

Guest Signature: _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held
personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If
a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn Marina
707 North Shoreline Boulevard
Corpus Christi, TX 78401
Telephone: 361-882-1700 Fax:361-882-3113

*Lorraine Minnith
Expenses / Corpus Christi
Testimony*

*Veasey v. Perry
9/7/14 – 9/9/14*

## PASSENGER TICKET AND BAGGAGE CHECK

**AmericanAirlines**

**PASSENGER RECEIPT** 1
09SEP14 45104102

CRP ORA        /CORPUS CHRISTI

MINNITE/LORRAINE
**NOT VALID FOR**
**TRANSPORTATION**

PSGR TICKET 0162421255349

REDEN AA DFWPHL AA
UPT050LB 23KG AND62LI 158LCM

ISSUED IN EXCHANGE FOR:
25.00

FARE        25.00

FORM OF PAYMENT
FP IKXXXXXXXXXXX8195 02540Z

2
**AmericanAirlines**
REFUNDABLE ONLY WITH
RELATED FLIGHT CPN
RETAIN THIS RECEIPT
THROUGHOUT YOUR
JOURNEY

**American Airlines**

AA 370/09   PHL
AA 3123/09  DFW

PHILADELPHIA   PA
MINNITE/LORRAINE
7001461645

---

PHILADELPHIA PARKING
AUTHORITY

Philadelphia Parking Authority
Philadelphia Int'l Airport
Main Toll Plaza
Philadelphia, PA 19153
(215) 683-9842

Card Account : XXXXXXXXXXXXX8195
Card Type : MASTER CARD
Authorization Code : O0555Z

Cashier : 644   Seq # 5925
Ent : 10:57 09/07/14 Lane 25
Exit: 18:05 09/09/14 Lane 41
Duration: 2D(s) 7H(s) 8M(s)
Rate Code: 86  Shift: 152

|  |  |  |
|---|---|---|
| FEE | $ | 33.00 |
| AMOUNT TEND | $ | 33.00 |
| CASH | $ | 0.00 |
| CREDIT CARD | $ | 33.00 |
| CHECK | $ | 0.00 |
| CHANGE | $ | 0.00 |
|  |  |  |
| PAID AT CT | $ | 33.00 |

Taxes Included

*** Thank You ***

Lorraine Minnite
Expenses / Corpu
Veasey v. Perry
8/26 - 8/28/14



AVIS                                                                      Avis System Licensee

RENTAL AGREEMENT NUMBER 237534710          RECEIPT

YOUR INFORMATION                           YOUR VEHICLE INFORMATION
Customer Name    : MINNITE,LORRAINE C      Avis Car Number : 6 4 2 8 8 7 4 4
Avis Worldwide Disc : SAM'S CLUB TRAVEL    Plate Number    : TX CKG9009
Methods Of Payment : MASTER   XX8195       Veh Grp Charged : Intermediate
                                           Veh Grp Rented  : Full-Size
                                           Veh Description : GRY FORD FUSION FWD
                                           Total Driven    : 278 MIs      Odometer In: 23096 MIs
                                           Fuel Gauge Reading: Full

YOUR RENTAL
Pickup Date/Time : SEP 07,2014@05:18 PM    Return Date/Time : SEP 08,2014@03:44 PM
Pickup Location  : 17330 PALMETTO PINES     Return Location  : 1000 INTERNATIONAL BOULEVARD
                   HOUSTON,TX,77032,US                         CORPUS CHRISTI,TX,78406,US

YOUR VEHICLE CHARGES:                       YOUR OPTIONAL PRODUCTS/SERVICES
MIN   1 DAY                                 Loss Damage Waiver      28.99/Day   Accepted
      RATE CHART        TIME AND MILEAGE
MIs : Unlimited                             Optional Services Total Taxable  =         28.99
HRLY :   155.25
DAILY:   206.99
WKLY.:
MNTLY:
MIN  1DY/M /C                  +   206.99
       Less 10.0% Discount  =      20.70
Time & Mileage:                   186.29
TAXABLE FEES
CUSTOMER FACILITY CHG  4.00 /D  +    4.00
TRANSPORTATION FEE  4.49L/RNTL  +    4.49
VEH LICENSE RECOUP  2.00 /DY    +    2.00
ENERGY RECOVERY FEE  .60 /DY    +     .60
11.11%  Concession Recovery Fee +   20.99
Optional Products/Services Taxable +  28.99
Subtotal Charges:                  247.36
Sales Tax 15.000%               +   37.10
NON TAXABLE ITEMS
Your Total Charges Paid:           284.46
Prepayment :                          .00
NET CHARGES:              USD      284.46
Your Total Due:                      0.00
Fuel service:   .4495/MI   9.890/Gal
TAX INC 5% STADIUM TAX

----------NOTICES-----------AVIS-----------NOTICES-----------AVIS-----------NOTICES-----------AVIS-----------NOTICES
I agree to the rental charges above. I acknowledge additional charges could be added based on tolls, tickets,
fines administrative charges and other fees which may be applicable.X_____
Thank you for renting with Avis.
If you have questions regarding this rental, call us at 361-289-0073
This vehicle was rented to you by KARA          This vehicle was checked in for you by 15080

**kwiktag®**   162 795 776

## CHECK DISBURSEMENT REQUEST

| Please Fax to (215) 655-2411 or Email: allaccountspayable@dechert.com | | | |
|---|---|---|---|
| Requesting Attorney Name: **Lindsey Cohan**<br>Requesting Attorney Personal ID Number: **977743**<br>Signature: | | Office: **Austin** | Ext: **3027** |
| Requesting Name: **Joanna Jones**<br>Requesting Personal ID Number: **978371** | | Office: **Austin** | Ext.: **3006** |
| Send check to:  ☒ Direct to vendor per address below<br>☐ Individual requesting check<br>☐ Other | | RECEIVED<br>OCT 0 9 2014<br>ACCOUNTS PAYABLE | |

| Date of Request: | 10/08/2014 | Amount: **$1,512.65** |
|---|---|---|
| Payment Due Date: | | |
| Is immediate payment required? | If YES, please state reason for immediate payment (vendor invoices are normally paid in accordance with agreed upon payment terms, which is normally 30 days from invoice date).<br><br>**Travel expenses for expert witness, Lorraine Minnite, and witness, Dawn White, while attending deposition and trial in Veasey v. Perry. Details attached.** | |

| PAYEE: | |
|---|---|
| Name:<br>Address<br><br>Social Security No. (if individual)<br>or<br>or Employer I.D. No.:<br>Attach W-9 for New Vendor Set up | **The Brennan Center for Justice**<br>**161 Avenue of the Americas, 12th Floor**<br>**New York, New York 10013** |

| CHARGE TO: | |
|---|---|
| Name of Client:<br><br>**Texas NAACP (pro bono)** | Client/Matter Number:        Non-Earning Matter Number:<br>**386716 - 131285** |
| General Ledger Number: | Explanation for check stub:  Flight and hotel expenses for witness and expert testimony at deposition and trial in Veasey v. Perry August 26-28, 2014 and September 7-9, 2014. |

A copy of the invoice MUST be attached to this check request.
All FIRM CHARGES **must be approved** by the appropriate practice group Leader, or Head of Infrastructure.

| FOR FINANCE DEPARTMENT USE ONLY | APPROVED BY |
|---|---|
| Vendor No.: ___124190___<br>Address ID No.: _____ | Name: _____<br>Employee PIN/ID#: _____<br>(All check requests **MUST** be signed) |

2149295

**Detail of expenses for reimbursement to The Brennan Center for Justice:**

8/26-28/2014 United roundtrip airfare for Lorraine Minnite:  $615.70

9/7-9/2014 United roundtrip airfare for Lorraine Minnite:  $764.70

9/2-3/2014 Hotel room at the Omni Corpus Christi Hotel for Dawn White:  $132.25

**TOTAL:  $1,512.65**

**Jones, Joanna**

| | |
|---|---|
| **From:** | Whitelemons, Carson [Whitelemons@exchange.law.nyu.edu] |
| **Sent:** | Tuesday, October 07, 2014 2:05 PM |
| **To:** | Jones, Joanna |
| **Subject:** | RE: Best address to send expenses |
| **Attachments:** | Brennan Expenses.pdf; Minnite Expenses from Lori.pdf |

Hello Joanna,

There are two sets of expenses attached: expenses Lori incurred and expenses the Brennan Center paid for on behalf of Lori and Dawn White, another witness in the trial. The reimbursement for Lori can be sent to the address that she lists.

The reimbursement for the Brennan Center can be made out to:
The Brennan Center for Justice
161 Avenue of the Americas, 12th Floor
New York, New York 10013.

Please don't hesitate to reach out if you have further questions.

Thanks!

Carson Whitelemons
Research Associate, Democracy Program
The Brennan Center for Justice at NYU School of Law
161 Avenue of the Americas, 12th Fl.
New York, New York 10013
(p) 646.292.8349
(f)  212.463.7308
carson.whitelemons@nyu.edu
www.brennancenter.org


-----Original Message-----
From: Jones, Joanna [mailto:Joanna.Jones@dechert.com]
Sent: Tuesday, October 07, 2014 2:09 PM
To: Whitelemons, Carson
Subject: RE: Best address to send expenses

Hi Carson!  If you are able to scan and send them to me at my e-mail address, that would be ideal.  Otherwise, please mail to the address listed under my signature.


Kind regards,

Joanna L. Jones
Assistant to Steven Weisburd, Amy Rudd, Lindsey Cohan and Joseph Abraham

Dechert LLP
300 W. Sixth Street
Austin, TX  78701
+1 512 394 3006  Direct
+1 512 394 3972  Fax

1

joanna.jones@dechert.com
dechert.com

Follow Dechert:  Facebook/Twitter/LinkedIn -----Original Message-----
From: Whitelemons, Carson [mailto:Whitelemons@exchange.law.nyu.edu]
Sent: Tuesday, October 07, 2014 12:17 PM
To: Jones, Joanna
Subject: FW: Best address to send expenses

Hey Joanna,

Could you send me the best mailing address to reach you? Or would you prefer a scan? Thanks!

Carson

-----Original Message-----
From: Rudd, Amy [mailto:amy.rudd@dechert.com]
Sent: Tuesday, October 07, 2014 1:15 PM
To: Whitelemons, Carson
Cc: Jones, Joanna
Subject: Re: Best address to send expenses

Hi Carson,

Just send them to my assistant, Joanna Jones (in my office, copied here), and we will process them.

Thanks,

Amy

On Oct 7, 2014, at 12:09 PM, "Whitelemons, Carson"
<Whitelemons@exchange.law.nyu.edu<mailto:Whitelemons@exchange.law.nyu.edu>> wrote:

Hi Amy,

I hope you are well! I wanted to check and see what the best address is to send expenses for reimbursement. Lori sent me her expenses, and I also have the hotel stay for Dawn White.

Just let me know, thanks!

Carson Whitelemons
Research Associate, Democracy Program
The Brennan Center for Justice at NYU School of Law
161 Avenue of the Americas, 12th Fl.
New York, New York 10013
(p) 646.292.8349
(f)  212.463.7308
carson.whitelemons@nyu.edu<mailto:carson.whitelemons@nyu.edu>
www.brennancenter.org<http://www.brennancenter.org/>
<image001.jpg><https://www.facebook.com/BrennanCenter><image002.jpg><https://twitter.com/BrennanCenter><image003.jpg><http://www.youtube.com/profile?user=TheBrennanCenter>


*********************************************************************

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

*********************************************************************
This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

**Whitelemons, Carson**

| | |
|---|---|
| From: | United Airlines, Inc. <unitedairlines@united.com> |
| Sent: | Friday, August 15, 2014 5:06 AM |
| To: | CARSON.WHITELEMONS@nyu.edu |
| Subject: | eTicket Itinerary and Receipt for Confirmation LXJ2DQ |

# UNITED ▨ A STAR ALLIANCE MEMBER ✦

Confirmation:
LXJ2DQ
Check-In >

Issue Date: August 15, 2014

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| MINNITE/LORRAINEC | 0162418715456 | | 31C/---/---/--- |

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Tue, 26AUG14 | UA252 | W | NEWARK, NJ (EWR - LIBERTY) 2:00 PM | HOUSTON, TX (IAH -BUSH INTL) 4:38 PM | A-319 | Purchase |
| Tue, 26AUG14 | UA4391 | W | HOUSTON, TX (IAH -BUSH INTL) 5:35 PM | CORPUS CHRISTI, TX (CRP) 6:23 PM | ERJ-145 | |

Flight operated by EXPRESSJET AIRLINES INC doing business as UNITED EXPRESS.

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Thu, 28AUG14 | AA1442 | S | CORPUS CHRISTI, TX (CRP) 6:40 AM | DALLAS/FORT WORTH, TX (DFW) 8:00 AM | A-319 | |

Flight operated by AMERICAN AIRLINES.

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Thu, 28AUG14 | AA320 | S | DALLAS/FORT WORTH, TX (DFW) 9:40 AM | NEWARK, NJ (EWR - LIBERTY) 1:59 PM | MD-80 | Purchase |

Flight operated by AMERICAN AIRLINES.

## FARE INFORMATION

| Fare Breakdown | | Form of Payment: |
|---|---|---|
| Airfare: | 532.10USD | MASTERCARD |
| U.S. Federal Transportation Tax: | 39.90 | Last Four Digits 6081 |
| U.S. Flight Segment Tax: | 16.00 | |
| September 11th Security Fee: | 11.20 | |
| U.S. Passenger Facility Charge: | 16.50 | |
| Per Person Total: | 615.70USD | |
| | | |
| eTicket Total: | 615.70USD | |

The airfare you paid on this itinerary totals: 532.10 USD

The taxes, fees, and surcharges paid total: 83.60 USD

Fare Rules:      Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

1

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 8/26/2014 Newark, NJ (EWR - Liberty) to Corpus Christi, TX (CRP) | 25.00 USD | 35.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |
| 8/28/2014 Corpus Christi, TX (CRP) to Newark, NJ (EWR - Liberty) | 25.00 USD | 35.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |

Additional Baggage Information

**The above amounts represent an estimate of the first and second checked baggage service charges that may apply to your itinerary.**

**If your itinerary contains multiple travelers, the service charges may vary by traveler, depending on status or memberships.**

**Carry-on baggage information**

United accepts one carry-on item with maximum dimensions of 9"x14"x22" (22 cm + 35 cm + 56 cm) in the aircraft cabin, along with one personal item such as a laptop bag with maximum dimensions of 9"x10"x17" (22 cm + 25 cm + 43 cm).

Due to FAA regulations, operating carriers may have different carry-on requirements.

Please check with the operating carrier for more information or go to united.com.

**General Baggage Information**

First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges

allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items

or sporting equipment, visit united.com/baggage.

eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 30 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.

**EXCEPTION:** When departing from Anchorage, Atlanta, Chicago, Cincinnati, Cleveland, Denver, Fort Lauderdale, Honolulu, Houston, Indianapolis, Jacksonville, Kahului, Kona, Las Vegas, Los Angeles, Maui, Miami, Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Reno, San Francisco, San Juan, PR, St. Louis, Seattle, Tampa or Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes.

- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.

- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.

- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.

- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger.
- For up to the minute flight information, sign-up for your Flight Status E-mail at united.com or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, flights and other important policies, go to united.com.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above.

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience.

You may contact us using our Customer Care contact form at united.com

## Proud Member of Star Alliance

We are making connections so you make yours. You can earn and redeem miles on 27 member airlines offering over 18,000 daily flights to more than 1,300 destinations worldwide.

Go to www.staralliance.com to find out more. You've earned it.

## Food for Purchase Now Available

Satisfy your cravings with something tasty from our new In-Flight Menu. Snacks or freshly prepared selections are available for purchase on most flights between two and a half and six and a half hours.

## IMPORTANT CONSUMER NOTICES

- **Incorporated Terms** - Your travel is subject to United's Contract of Carriage terms. The Contract is available for inspection at any UA ticketing facility, united.com or by calling 1-800-UNITED-1. Passengers have the right to receive the full text of the terms incorporated by reference free of charge by mail or other delivery service. The Contract terms include rules about limits on liability for personal injury or death and for loss, damage, or delay of goods and baggage, check-in times, overbooking, security issues, reservations, denial of carriage, refunds, claims limits and restrictions, including time limitations for filing a claim or lawsuit, and schedule changes and irregularities. The Contract of Carriage contains further detail of these terms.
- **Additional Terms** - Depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to one or more of the following, may apply to your travel: (1) the ticket may not be refundable but may be exchangeable for a fee with another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) travel may be restricted to specific flights and/or times and minimum and/or maximum stay may be required.
- **Baggage Liability** - On domestic flights, United's maximum liability limit for checked baggage is $3400 USD per passenger and United excludes liability for all unchecked baggage. For travel within the U.S., United excludes liability for fragile, valuable or perishable items carried in all baggage including jewelry, computers, cash, camera equipment and similar valuables. If any of these items are lost, damaged or delayed, you will not be entitled to any reimbursement. You can declare excess valuation on certain baggage at the airport, additional fees will apply.
- **ADVICE TO INTERNATIONAL PASSENGERS ON CARRIER LIABILITY** – Passengers on a journey involving an ultimate destination or stop in a country other than the country of departure are

advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including special contracts of carriage embodied in applicable tariffs, governs and may limit the liability of the Carrier in respect of death of or injury to passengers, and for destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

- **Notice—Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadline which are available upon request from the air carrier, persons denied boarding involuntarily are entitled to compensation. *The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

- **Personal Health -** For important health tips before your flight, including information on a serious condition called Deep Vein Thrombosis, please go to united.com.

**Thank you for choosing United Airlines**
united.com

Legal Notices. Privacy Policy
Copyright © {0} United Airlines, Inc. All rights reserved.

**Please do not reply to this message using the " reply " address.**
For assistance, please contact United Airlines via telephone or via e-mail.2014

**Whitelemons, Carson**

| | |
|---|---|
| **From:** | United Airlines, Inc. <unitedairlines@united.com> |
| **Sent:** | Sunday, September 07, 2014 7:08 PM |
| **To:** | CARSON.WHITELEMONS@nyu.edu |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation BJJSKD |

 **UNITED** A STAR ALLIANCE MEMBER

Confirmation:

BJJSKD

Check-In >

Issue Date: September 02, 2014

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| MINNITE/LORRAINE | 0162420641290 | UA-VA34XXXX | 15C/---/--- |

FLIGHT INFORMATION

| Day, Date    Flight   Class | Departure City and Time | Arrival City and Time | Aircraft  Meal |
|---|---|---|---|
| Sun, 07SEP14 UA1185 U | PHILADELPHIA, PA (PHL) **12:24 PM** | HOUSTON, TX (IAH -BUSH INTL) **2:53 PM** | 737-800 Purchase |
| Tue, 09SEP14 AA3123 N | CORPUS CHRISTI, TX (CRP) **10:35 AM** | DALLAS/FORT WORTH, TX (DFW) **11:55 AM** | ERJ-145 Purchase |

Flight operated by AMERICAN EAGLE.

Tue, 09SEP14 AA370 N  DALLAS/FORT WORTH, TX  PHILADELPHIA, PA  737-800 Purchase
(DFW) 1:20 PM  (PHL) 5:30 PM
Flight operated by AMERICAN AIRLINES.

FARE INFORMATION

| Fare Breakdown | | Form of Payment: |
|---|---|---|
| Airfare: | 670.69USD | MASTERCARD |
| U.S. Federal Transportation Tax: | 50.31 | Last Four Digits 6081 |
| U.S. Flight Segment Tax: | 16.00 | |
| September 11th Security Fee: | 11.20 | |
| U.S. Passenger Facility Charge: | 16.50 | |
| Per Person Total: | 764.70USD | |

eTicket Total: 764.70USD

The airfare you paid on this itinerary totals: 670.69 USD

The taxes, fees, and surcharges paid total: 94.01 USD

Fare Rules:    Additional charges may apply for changes in addition to any fare rules listed.

CXL BY FLT TIME OR NOVALUE

Additional    Tue., Sep. 2, 2014/MasterCard 6081 was charged 56.00 USD for the following: Economy

1

Charges:        Plus Seat / EDD 01629230904560

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 9/7/2014 Philadelphia, PA (PHL) to Houston, TX (IAH - Bush INTL) | 25.00 USD | 35.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |
| 9/9/2014 Corpus Christi, TX (CRP) to Philadelphia, PA (PHL) | 25.00 USD | 35.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |

Additional Baggage Information

**The above amounts represent an estimate of the first and second checked baggage service charges that may apply to your itinerary.**

**If your itinerary contains multiple travelers, the service charges may vary by traveler, depending on status or memberships.**

**Carry-on baggage information**

United accepts one carry-on item with maximum dimensions of 9"x14"x22" (22 cm + 35 cm + 56 cm) in the aircraft cabin, along with one personal item such as a laptop bag with maximum dimensions of 9"x10"x17" (22 cm + 25 cm + 43 cm).

Due to FAA regulations, operating carriers may have different carry-on requirements.

Please check with the operating carrier for more information or go to united.com.

**General Baggage Information**

First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges

allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items

or sporting equipment, visit united.com/baggage.

eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 30 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.

**EXCEPTION:** When departing from Anchorage, Atlanta, Chicago, Cincinnati, Cleveland, Denver, Fort Lauderdale, Honolulu, Houston, Indianapolis, Jacksonville, Kahului, Kona, Las Vegas, Los Angeles, Maui, Miami, Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Reno, San Francisco, San Juan, PR, St. Louis, Seattle, Tampa or Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes.

- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.

- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger.
- For up to the minute flight information, sign-up for your Flight Status E-mail at united.com or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, flights and other important policies, go to united.com.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above.

### Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care contact form at united.com

### Proud Member of Star Alliance

We are making connections so you make yours. You can earn and redeem miles on 27 member airlines offering over 18,000 daily flights to more than 1,300 destinations worldwide.

Go to www.staralliance.com to find out more. You've earned it.

### Food for Purchase Now Available

Satisfy your cravings with something tasty from our new In-Flight Menu. Snacks or freshly prepared selections are available for purchase on most flights between two and a half and six and a half hours.

### IMPORTANT CONSUMER NOTICES

- **Incorporated Terms** - Your travel is subject to United's Contract of Carriage terms. The Contract is available for inspection at any UA ticketing facility, united.com or by calling 1-800-UNITED-1. Passengers have the right to receive the full text of the terms incorporated by reference free of charge by mail or other delivery service. The Contract terms include rules about limits on liability for personal injury or death and for loss, damage, or delay of goods and baggage, check-in times, overbooking, security issues, reservations, denial of carriage, refunds, claims limits and restrictions, including time limitations for filing a claim or lawsuit, and schedule changes and irregularities. The Contract of Carriage contains further detail of these terms.
- **Additional Terms** - Depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to one or more of the following, may apply to your travel: (1) the ticket may not be refundable but may be exchangeable for a fee with another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) travel may be restricted to specific flights and/or times and minimum and/or maximum stay may be required.
- **Baggage Liability** - On domestic flights, United's maximum liability limit for checked baggage is $3400 USD per passenger and United excludes liability for all unchecked baggage. For travel within the U.S., United excludes liability for fragile, valuable or perishable items carried in all baggage including jewelry, computers, cash, camera equipment and similar valuables. If any of these items are lost, damaged or delayed, you will not be entitled to any reimbursement. You can declare excess valuation on certain baggage at the airport, additional fees will apply.
- **ADVICE TO INTERNATIONAL PASSENGERS ON CARRIER LIABILITY** – Passengers on a

3

journey involving an ultimate destination or stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including special contracts of carriage embodied in applicable tariffs, governs and may limit the liability of the Carrier in respect of death of or injury to passengers, and for destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

- **Notice—Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadline which are available upon request from the air carrier, persons denied boarding involuntarily are entitled to compensation. *The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

- **Personal Health** - For important health tips before your flight, including information on a serious condition called Deep Vein Thrombosis, please go to united.com.

**Thank you for choosing United Airlines**
united.com

Legal Notices. Privacy Policy
Copyright © {0} United Airlines, Inc. All rights reserved.

**Please do not reply to this message using the " reply " address.**
For assistance, please contact United Airlines via telephone or via e-mail.2014

**Whitelemons, Carson**

| | |
|---|---|
| **From:** | Nicole Pannone <npannone@omnihotels.com> |
| **Sent:** | Thursday, August 28, 2014 2:42 PM |
| **To:** | Whitelemons, Carson |
| **Subject:** | Omni Corpus Christi Hotel Reservation Confirmation 40016634087 |



*Your Reservation at the*
**Omni Corpus Christi Hotel**

**CONFIRMATION #40016634087**

**Omni Corpus Christi Hotel**
900 North Shoreline Boulevard
Corpus Christi TX US 78401
Phone: 361-887-1600
Fax: 361-887-6715
Driving Directions to the Hotel >

**ROOM RATE**
Coastal Bend Law Firms

| | |
|---|---|
| 1 night | 115.00 USD |
| Subtotal (1 night) | 115.00 USD |
| Taxes | 17.25 USD |
| Resort Charge | 0.00 USD |
| **Grand Total** | **132.25 USD** |

Additional charges may apply.
Read complete terms and conditions

**GUEST**
Dawn White
US

**ARRIVING:**        **DEPARTING:**
09/02/2014          09/03/2014

**CHECK IN TIME:**   **CHECK OUT TIME:**
3:00 PM            12:00 PM

**ACCOMMODATIONS**
384 sq ft; 25" standard TV, balcony
over bay or USS Lexington or city view.

**Bayfront Tower - Classic Deluxe
Room with Double Beds**
*Texas hospitality meets coastal charm
in Corpus Christi's downtown Marina
District.*

Features:
•384 sq. ft. room with high ceilings, dark
woods and plush furnishings.
•WiFi access / high-speed internet
available.
•25" standard television.
•Luxurious bathroom with make-up
mirror and hair dryer.
•Tranquil view of the Corpus Christi Bay
or the USS Lexington or Corpus Christi
Downtown.

1



**NUMBER OF GUESTS**
1 Adult(s) 0 Child(ren)

**GUARANTEE**
Mastercard ***********6081
Deposit not required

CANCELLATION: Cancel by 12PM on 09/01/2014 to avoid $132.25 penalty.

If you have a question about this reservation please contact us by phone 1-888-444-OMNI or send us email at reservations@omnihotels.com. You can obtain more information regarding Omni Hotels from our website. We thank you for your patronage and wish you a pleasant stay at the **Omni Corpus Christi Hotel**. Other customer requests will be confirmed at check-in.

All guest policies, terms & conditions, and privacy policies are listed on our website at www.omnihotels.com.

©2014 Omni Hotels & Resorts. All Rights Reserved.

2





**INTEGRITY**
l e g a l   s u p p o r t   s o l u t i o n s
P.O. Box 245 | Manchaca, Texas 78652

# INVOICE

| Date | Invoice # |
|------|-----------|
| 7/23/2014 | 11368.1 |

**Bill To**

Dechert, LLP
Amy Rudd
300 W. 6th Street, Suite 2010
Austin, TX 78701

**Cause No.**

2;13-CV-193 (NGR)

**Style**

Marc Veasey, et al.
vs.
Rick Perry, et al.

All invoices are due and payable in Travis County, Texas.
Checks can be made payable to Integrity Legal Support Solutions, sent to the address listed above.
Tax ID No. 26-4073074  HUB No. 1201005853000

| Terms |
|-------|
| Due upon receipt |

| Date | Description |
|------|-------------|
| 6/24/2014 | Copy of Transcript (2 Day Rush) - Martin Golando |
|  | Exhibits |
|  | Color Copying - 8.5 x 11 |
|  | Electronic Copy of Transcript/ASCII |
|  | Delivery/Handling |
|  | Sales Tax - Non-Taxable Legal Services |

RECEIVED
OCT 1 0 2014
ACCOUNTS PAYABLE

APPROVED _____
ID # __ 975874
DATE __ 10/9/14
MATTER # __ 131285
DESC __ TX Voter ID

| Phone No. | Fax No. | Web Site | | |
|-----------|---------|----------|---|---|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com | **TOTAL** | $901.14 |

2149658

kwiktag ®      162 766 040

# CHECK DISBURSEMENT REQUEST

| Please Fax to (215)-655-2411 or Email allaccountspayable@dechert.com | | | |
|---|---|---|---|
| Requesting Attorney Name:  **Ezra D. Rosenberg**<br>Requesting Attorney Personal ID Number:  **936500**<br>Signature: | | Office:  **Princeton** | Ext:  **3222** |
| Requesting Name:<br>Requesting Personal ID Number: | | Office: | Ext.: |
| Send check to:  ☐ **Direct to vendor per address below**<br>☒ **Individual requesting check**<br>☐ **Other** | | | |
| Date of Request: | | Amount: **$21,980** | |
| Payment Due Date: | | | |
| Is immediate payment required? | If YES, please state reason for immediate payment (vendor invoices are normally paid in accordance with agreed upon payment terms, which is normally 30 days from invoice date). | | |

| PAYEE: | |
|---|---|
| Name:<br>Address<br>Social Security No. (if individual)<br>**or**<br>or Employer I.D. No.:<br>Attach W-9 for New Vendor Set up | **Daniel G. Chatman, Ph.D.**<br>**2223 7th Avenue, Berkeley, CA  94710** |

| CHARGE TO: | | |
|---|---|---|
| Name of Client:<br>**Texas State Conf. of the NAACP** | Client/Matter Number:<br>**- 131285** | Non-Earning Matter Number: |
| General Ledger Number: | Explanation for check stub:  Expert deposition testimony in DC for period 08/09/2014 thru 09/09/2014 | |

A copy of the invoice MUST be attached to this check request.

All FIRM CHARGES **must be approved** by the appropriate practice group Leader, or Head of Infrastructure.

| FOR FINANCE DEPARTMENT USE ONLY: | APPROVED BY: |
|---|---|
| Vendor No.: _____<br>Address ID No.: _____ | Name: _____<br>Employee PIN/ID#: _____<br>(All check requests **MUST** be signed) |

# 131285

**INVOICE**

| Date | Invoice No. |
|------|-------------|
| October 10, 2014 | 5.v3 |

Daniel G. Chatman, Ph.D.
Assoc. Professor of City & Regional Planning
University of California, Berkeley
410A Wurster Hall
Berkeley, CA 94720-1820
510.642.2454 (office) • 510.502.2842 (cell) • 510.642.1641 (fax)

Billing address:
2223 7th Street
Berkeley, CA 94710

**BILLED TO:**    Ezra D. Rosenberg
Dechert, LLP
902 Carnegie Center, Suite 500
Princeton, NJ 08540-6531
ezra.rosenberg@dechert.com

I certify that payment requested is for appropriate purposes and in accordance with the provisions of the consultant agreement documents associated with this invoice.

BILLING PERIOD:    August 9, 2014 to September 9, 2014

PROJECT:    *Texas State Conference of NAACP Branches, et al. v. John Steen, et.al.,* docketed under the consolidated case of *Marc Veasey et al. v. Rick Perry, et al.,* U.S.D.C. for S.D.TX, Docket No. 2:13-cv-00193

**Note: This revised invoice includes both nights of hotel at W in Washington DC.**

| | Hours | Rate | Subtotal |
|---|---|---|---|
| Chatman regular | 63.4 | $250 | $15,850 |
| Chatman depo/testimony | 4.0 | $500 | $2,000 |
| Klein | 2.0 | $75 | $150 |
| Clonts | - | $50 | $0 |
| Plowman | 1.0 | $40 | $40 |
| Baker | - | $25 | $0 |
| Subtotal, personnel | | | $18,040 |
| DC deposition trip expenses | | | |
| Airfare | | | $1,233.20 |
| Hotel + meals in hotel | | | $714.23 |
| Taxis | | | $176.32 |
| Meals out of hotel | | | $197.51 |
| Corpus Christi testimony trip expenses | | | |
| Airfare | | | $828.84 |
| Hotel + meals in hotel | | | $521.17 |
| Meals out of hotel | | | $107.99 |
| Taxis | | | $160.95 |
| Subtotal, travel expenses | | | $3,940.21 |
| Total, August 9 to Sept 9 | | | $21,980 |

During the period of this invoice, I reviewed materials for deposition and testimony, traveled to Washington DC and Corpus Christi, Texas, was deposed, and testified.

Federal EIN / Social Security No.: 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   /   Payment Terms:   Net 30 days

# Expense Report

## Report Name : 9-1-14 TX Voter ID-WaterStreet

---

**Employee Name :** Rudd, Amy L.

**Employee ID :** 975874

---

## Report Header

**Policy :** Dechert LLP Expense Policy

**Business Purpose :** Business dinner while at trial in Veasey v. Perry.

**Report Id :** 89740B4C936E42538AB7

**Receipts Received :** Yes

**Report Date :** 10/22/2014

**Approval Status :** Approved

**Payment Status :** Extracted for Payment

**Currency :** US, Dollar

**Company - Org Unit 1 :** U.S. Offices

**Location - Org Unit 2 :** Austin

**PG/Admin Dep - Org Unit 3 :** LIT-Complex Commercial Litigation

**Employee Type - Org Unit 4 :** Partner

**Matter # - Custom 04 :** Challenge in Texas Federal Court - Pro Bono

**Billable/Non-Billable - Custom 03 :** Non-Billable

**09/01/2014**

| Expense Type | Transaction Date | Business Purpose | Vendor | City | Payment Type | Amount |
|---|---|---|---|---|---|---|
| Business Meal (with attendees) | 09/01/2014 | business dinner | WaterStreet Seafood Company | Corpus Christi | Personal Credit Card | $123.51 |

**Report Total :**        $123.51

WaterStreet Seafood Company
Corpus Christi TX 361-882-8683
309 N. Water Street
Corpus Christi, TX
361-882-8683

Server: Mallorie
07:46 PM                      DOB: 09/01/2014
Table 14/1                          09/01/2014
                                     3/30020

                    SALE

AMEX
Card #XXXXXXXXXXX2036            3145743
Magnetic card present: RUDD AL
Card Entry Method:  S

Approval: 522620

            Amount:      $ 103.51

            + Tip:          70—

            = Total:      173.51

        I agree to pay the above
        total amount according to the
        card issuer agreement.
X _____

            Customer Copy

kwiktag ® legal   700 223 488

# CHECK DISBURSEMENT REQUEST

| Please Fax to (215)-655-2411 or Email allaccountspayable@dechert.com | | | | |
|---|---|---|---|---|
| Requesting Attorney Name:  **Lindsey Cohan**<br>Requesting Attorney Personal ID Number:  **977743**<br>Signature: | | Office:  **Austin** | | Ext:  **3027** |
| Requesting Name:  **Joanna Jones**<br>Requesting Personal ID Number:  **978371** | | Office:  **Austin** | | Ext.:  **3006** |
| Send check to:  ☐ **Direct to vendor per address below**<br> ☒ **Individual requesting check**<br> ☐ **Other** | | | | |

| Date of Request: | 12/16/14 | Amount:  **$ 5.00** | |
|---|---|---|---|
| Payment Due Date: | **12/17/14** | | |
| Is immediate payment required?<br><br>**YES** | If YES, please state reason for immediate payment (vendor invoices are normally paid in accordance with agreed upon payment terms, which is normally 30 days from invoice date).<br><br>**Certificate of Good Standing from the DC Court of Appeals** | | |

| PAYEE: | |
|---|---|
| Name:<br>Address<br><br><br>Social Security No. (if individual)<br>**or**<br>or Employer I.D. No.:<br>Attach W-9 for New Vendor Set up | **Committee on Admissions/CGS**<br>**District of Columbia Court of Appeals**<br>**430 E Street, N.W. Rm. 123**<br>**Washington, D.C. 20001** |

| CHARGE TO: | |
|---|---|
| Name of Client:<br><br>**Texas NAACP - Pro Bono Client** | Client/Matter Number:         Non-Earning Matter Number:<br><br>**386716 - 131285** |
| General Ledger Number: | Explanation for check stub:  Certificate of Good Standing for Ezra Rosenberg to be admitted to the 5th Circuit in ongoing pro bono case. |

| A copy of the invoice MUST be attached to this check request. | |
|---|---|
| All FIRM CHARGES **must be approved** by the appropriate practice group Leader, or Head of Infrastructure. | |
| **FOR FINANCE DEPARTMENT USE ONLY:** | **APPROVED BY:** |
| Vendor No.:  _____ *106987 #4*<br>Address ID No.:  _____ | Name: _____<br>Employee PIN/ID#: _____<br>(All check requests **MUST** be signed) |

2166035                                        MS

kwiktag ®     039 409 254

# Invoice

**Counsel Press LLC**
SDS-12-2802
PO Box 86
Minneapolis, MN 55486-2802

| | |
|---|---|
| Invoice Number: | 0009057455 |
| Date: | 03/19/2015 |
| Fed. Tax ID: | 43-2070509 |
| Terms: | ON RECEIPT |

**Sold To**

Dechert LLP
300 West 6th Street
Suite 2010
Austin, TX 78701   USA

Attention:  Lindsay Cohan, Esq.

File No.:  705968
Court:  USCOA - 5TH
Case Name:  Marc Veasey v. Greg Abbott

| | | | | | Amount |
|---|---|---|---|---|---|
| | APPELLEE'S BRIEF | | | | |
| | - (33 copies, 95 pages) | | | | |
| 1.00 | Preparation of Brief - First 20 | @ | | $810.00 | $810.00 |
| 13.00 | Additional Copies Over 20 | @ | | $26.00 | $338.00 |
| 1.00 | Electronic File Preparation | @ | | $65.00 | $65.00 |
| 1.00 | Electronic Filing | @ | | $40.00 | $40.00 |
| 1.00 | Service(s) of Documents | @ | | $25.00 | $25.00 |
| 1.00 | Filing of Documents | @ | | $75.00 | $75.00 |
| 1.00 | Federal Express | @ | | $205.00 | $205.00 |
| 1.00 | Postage | @ | | $8.00 | $8.00 |

RECEIVED

MAR 24 2015

ACCOUNTS PAYABLE

APPROVED: _S. Lindsay Cohan_
ID #: _977743_
DATE: _3/23/15_
MATTER #: _131285_
DESC. :

16-TS

This Invoice is Due Upon Receipt. Please Show Invoice
Number on Check When Submitting Payment.

| | |
|---|---|
| Subtotal | $1,566.00 |
| Sales Tax | $0.00 |
| | $ 0.00 |
| Payment/Credit | $0.00 |
| Balance | $1,566.00 |

NEW YORK, NY - WASHINGTON, DC - PHILADELPHIA, PA - LOS ANGELES, CA - CHICAGO, IL
BUFFALO, NY - RICHMOND, VA - BOSTON,MA - ISELIN, NJ - SYRACUSE, NY - ROCHESTER, NY - WALTON, NY

2188031

16155



# ASSURED

### CIVIL PROCESS AGENCY

5926 BALCONES DR., STE. 290
AUSTIN, TEXAS 78731

(512) 477-2681
(FAX) 477-6526

June 25, 2014

| ZC03120 |

JOANNA JONES
DECHERT LLP
300 W. 6TH ST
SUITE 2010
AUSTIN, TX 78701

PAST DUE
PLEASE PAY
IMMEDIATELY

=== STATEMENT ===

RECEIVED

APR 0 1 2015

ACCOUNTS PAYABLE

VEASEY, ET AL
V.
PERRY, ET AL

DEF/WIT:
VIRGINIA JACKSON

SUBPOENA:                    $      60.00
WITNESS TENDER:                     40.00

TOTAL DUE:                   $     100.00

APPROVED: _____
ID #: 977743
DATE: 3/31/15
MATTER #: 131285
DESC.: Service of subpoena

INVOICE REFLECTS PROJECT FEES, NOT SERVICE COMPLETION.
PAYMENT IS DUE UPON RECEIPT.

2191102

20756



# ASSURED

### CIVIL PROCESS AGENCY

5926 BALCONES DR., STE. 290
AUSTIN, TEXAS 78731

(512) 477-2681
(FAX) 477-6526

June 28, 2014

ZC03119

JOANNA JONES
DECHERT LLP
300 W. 6TH ST
SUITE 2010
AUSTIN, TX 78701

PAST DUE
PLEASE PAY
IMMEDIATELY

## STATEMENT

VEASEY, ET AL
V.
PERRY, ET AL

RECEIVED

APR 0 1 2015

ACCOUNTS PAYABLE

DEF/WIT:
SAMMIE BATES

| | |
|---|---|
| SUBPOENA: | $ 70.00 |
| WITNESS TENDER: | 44.00 |

TOTAL DUE:                                 $   114.00

APPROVED: _____
ID #: 977743
DATE: 3/31/15
MATTER #: 131285
DESC.: Service of subpoena

INVOICE REFLECTS PROJECT FEES, NOT SERVICE COMPLETION.
PAYMENT IS DUE UPON RECEIPT.

219113

207561

kwiktag ® legal   703 123 712



**rainmaker**

Document Technologies

| PLEASE PAY FROM THIS INVOICE |
| :---: |
| Remit Payment to: |
| 301 Congress Avenue |
| Suite 250 |
| Austin, Texas  78701 |

# Invoice

| Date | Invoice # |
| --- | --- |
| 3/21/2016 | 36659 |

| Bill To |
| --- |
| Dechert LLP |
| ACCOUNTS PAYABLE |
| 2929 Arch St. |
| Philadelphia, PA  19104 |

| Ship To |
| --- |
| Dechert LLP |
| 300 West 6th Street |
| Suite2010 |
| Austin, TX 78701 |

| Ordered By | Reference Number | Terms | Rep | Project Number | Delivery Date |
| --- | --- | --- | --- | --- | --- |
| Amy Clevland | 131285 | Due on receipt | ML | 03160237 | 3/21/2016 |

| Description of Services Provided | Qty | Rate | Amount |
| --- | --- | --- | --- |
| DVD | 6 | 15.00 | 90.00T |
| 131285 | | | |

APPROVED ____
ID #: 977743
DATE: 3/22/16
MATTER #: 131285
DESC: CDs for N. Steiner

MAR 2 3 2016

| | Subtotal | $90.00 |
| --- | --- | --- |
| | Sales Tax (8.25%) | $7.43 |
| Customer Signature | | |
| **Thank you for choosing** **Rainmaker Document Technologies!!** | **Total** | $97.43 |

| Phone Number | Fax Number | Federal Tax ID Number | Payments/Credits | $0.00 |
| --- | --- | --- | --- | --- |
| 512.472.9911 | 512.472.6161 | 43-2033387 | **Balance Due** | $97.43 |

2281757

kwiktag ® legal  703 124 239

# Invoice

**Counsel Press Inc.**
PO Box 65019
Baltimore, Maryland 21264-5019

Phone: (800) 427-7325

| | |
|---|---|
| Invoice Number: | 0009067125 |
| Date: | 03/28/2016 |
| Fed. Tax ID: | 47-3380949 |
| Terms: | ON RECEIPT |

**Sold To**

Dechert LLP
300 West 6th Street
Suite 2010
Austin, TX 78701   USA

Attention: Lindsay Cohan, Esq.

File No.: 265025
Court: USCOA - 5TH
Case Name: Marc Veasey v. Greg Abbott

| | | | | Amount |
|---|---|---|---|---|
| | APPELLEE'S BRIEF | | | |
| | - (20 copies, 95 pages) | | | |
| 1900.00 | Page(s) - 20 copies x 95 pages | @ | $0.30 | $570.00 |
| 20.00 | Volumes Bound | @ | $5.00 | $100.00 |
| 1.00 | Filing of Documents | @ | $75.00 | $75.00 |
| 1.00 | Federal Express - Filing | @ | $123.00 | $123.00 |

RECEIVED

APR 07 2016

ACCOUNTS PAYABLE

APPROVED _____
ID #: 977743
DATE: 4/6/16
MATTER #: 131285
DESC: Printing 5th Cir. Brief

| | | | |
|---|---|---|---|
| | | Subtotal | $868.00 |
| **16-TS** | This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment. | Sales Tax | $0.00 |
| | | | $ 0.00 |
| | | Payment/Credit | $0.00 |
| Page 1 of 1 | | Balance | $868.00 |

NEW YORK, NY - WASHINGTON, DC - PHILADELPHIA, PA - LOS ANGELES, CA - CHICAGO, IL
BUFFALO, NY - RICHMOND, VA - BOSTON,MA - ISELIN, NJ - SYRACUSE, NY - ROCHESTER, NY - DELHI, NY

2287361

kwiktag ® legal   703 128 563

# Invoice

**Counsel Press Inc.**
PO Box 65019
Baltimore, Maryland 21264-5019

Phone: (800) 427-7325

| | |
|---|---|
| Invoice Number: | 0009068403 |
| Date: | 05/16/2016 |
| Fed. Tax ID: | 47-3380949 |
| Terms: | ON RECEIPT |

**Sold To**

Dechert LLP
300 West 6th Street
Suite 2010
Austin, TX 78701   USA

Attention:   Lindsay Cohan, Esq.

| | |
|---|---|
| File No.: | 265434 |
| Court: | USCOA - 5TH |
| Case Name: | Marc Veasey v. Greg Abbott |

| | | | | Amount |
|---|---|---|---|---|
| | BRIEF - EN BANC RESPONSE - (45 copies, 99 pages) | | | |
| 1.00 | Base Charge | @ | $100.00 | $100.00 |
| | - Project set up fee for camera ready work | | | |
| 4455.00 | Page(s) - 45 copies x 99 pages | @ | $0.30 | $1,336.50 |
| 45.00 | Volumes Bound | @ | $5.00 | $225.00 |
| 1.00 | Electronic File Preparation | @ | $65.00 | $65.00 |
| 1.00 | Electronic Filing | @ | $40.00 | $40.00 |
| 1.00 | Filing of Documents | @ | $75.00 | $75.00 |
| 1.00 | Federal Express | @ | $277.00 | $277.00 |

> APPROVED:
> ID #: 977743
> DATE: 5/20/2016
> MATTER #: 13/285
> DESC. Filing & printing of en banc brief

| 16-TS | This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment. | | |
|---|---|---|---|
| | | Subtotal | $2,118.50 |
| | | Sales Tax | $0.00 |
| | | | $ 0.00 |
| | | Payment/Credit | $0.00 |
| Page 1 of 1 | | **Balance** | $2,118.50 |

NEW YORK, NY · WASHINGTON, DC · PHILADELPHIA, PA · LOS ANGELES, CA · CHICAGO, IL
BUFFALO, NY · RICHMOND, VA · BOSTON,MA · ISELIN, NJ · SYRACUSE, NY · ROCHESTER, NY · DELHI, NY



2297000



131285

I ♥ NEW YORK

ACK #              00473256
MEDALLION              8E92
04/23, 2016  16:24 - 16:38
TRIP#  5380 RATE#        1
STAND. CITY RATE
MILES R1               2.51
FARE R1        $       11.50
STATE SRCHG$           0.50
IMPRU SRCHG$           0.30
GRAND TOTAL $         12.30

Contact TLC Dial 3-1-1

15.00



131285

MED#                1P73
DRIVER:     493554
04/23/16 TR12406
START  END MILES
Regular Fare
RATE 1:*   12.50
EXTRA: $    0.00
SURCH: $    0.00
STSRCH:$    0.50
IMSRCH:$    0.30
TOTAL: $   13.30
THANKS
TO CONTACT TLC
DIAL 3-1-1

16.



kwiktag ® legal   703 879 035

# Invoice

**Counsel Press Inc.**
PO Box 65019
Baltimore, Maryland 21264-5019
Phone: (800) 427-7325

Invoice Number: 0009073775
Date: 12/02/2016
Fed. Tax ID: 47-3380949
Terms: ON RECEIPT

**Sold To**

Dechert LLP
300 West 6th Street
Suite 2010
Austin, TX 78701  USA

Attention: Ashley Creswell, Esq.

File No.: 269352
Court: US SUPREME CT
Case Name: Abbott v. Marc Veasey, et al.

| BRIEF IN OPPOSITION | | Amount |
|---|---|---|
| 2.00 | Cover(s) - 1st Side @ | $85.00 |
| 3.00 | Page(s) Table of Contents @ | $55.00 |
| 7.00 | Page(s) Table of Citations @ | $65.00 |
| 39.00 | Typeset Pages with Proofs @ | $29.95 |
| 81.00 | Footnote Lines @ | $1.20 |
| 28.00 | Additional Copies @ | $10.50 |
| 78.00 | Volumes Bound @ | $4.00 |
| 1.00 | Certificate of Compliance and E-mailing @ | $75.00 |
| 2.00 | Service(s) of Documents @ | $15.00 |
| 1.00 | Filing of Documents @ | $70.00 |
| 1.00 | Express Mail - Filing @ | $54.00 |
| 1.00 | Federal Express - To Client @ | $27.00 |
| 1.00 | Postage | $6.50 |



APPROVED -
ID # 977743
INV # 12/8/16
MATTER # 131285
OPP. TO CERT PRINTING

| | Amount |
|---|---|
| | $170.00 |
| | $165.00 |
| | $455.00 |
| | $1,168.05 |
| | $97.20 |
| | $294.00 |
| | $312.00 |
| | $75.00 |
| | $30.00 |
| | $70.00 |
| | $54.00 |
| | $27.00 |
| | $6.50 |

| | |
|---|---|
| Subtotal | $2,923.75 |
| Sales Tax | $0.00 |
| **Payment/Credit** | $ 0.00 |
| **Balance** | $0.00 |
| | $2,923.75 |

**02-RL**

This Invoice is Due Upon Receipt. Please Show Invoice
Number on Check When Submitting Payment.

Page 1 of 1

2350860

# Expense Report

## Report Name :  Voter ID Invoice

---

**Employee Name :** Cohan, Lindsey B.

**Employee ID :** 977743

---

## Report Header

**Policy :** Dechert LLP Expense Policy

**Business Purpose :** Expedited transcript necessary for emergency briefing

**Report Id :** 87F331EDED434C989189

**Receipts Received :** Yes

**Report Date :** 03/01/2017

**Approval Status :** Approved

**Payment Status :** Extracted for Payment

**Currency :** US, Dollar

**Company - Org Unit 1 :** U.S. Offices

**Location - Org Unit 2 :** Austin

**PG/Admin Dep - Org Unit 3 :** LIT-Products Liability

**Employee Type - Org Unit 4 :** Employee

**Matter # - Custom 04 :** Challenge in Texas Federal Court - Pro Bono

**Billable/Non-Billable - Custom 03 :** Non-Billable

**03/01/2017**

| Expense Type | Transaction Date | Business Purpose | Vendor | City | Payment Type | Amount |
|---|---|---|---|---|---|---|
| Miscellaneous Business Expenses | 03/01/2017 | Expedited transcript | Exceptional Reporting | Corpus Christi | Personal Credit Card | $665.50 |

**Report Total :**          $665.50

# Invoice



| Date | Invoice # |
|------|-----------|
| 3/1/2017 | 46068 |

**PAID 03/01/2017**

**Bill To**

Dechert LLP
Lindsey Cohan
300 W. 6th Street, Suite 2010
Austin, TX 78731

"I certify that the transcript fees charged and page format
used comply with the requirements of this court and the
Judicial Conference of the United States."

//s// Toni Hudson

| Case No: | EIN: 47-0936244 | Judge | Terms |
|----------|-----------------|-------|-------|
| 13cv193 | TAX ID | Ramos | Due on receipt |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 110 | Veasey, et al. vs. Abbott, et al.<br><br>2/28/17; Daily transcript<br><br>Dep. rcvd. 2-28; Amex xxxx 5003: $526.35<br>Pmt. rcvd. 3-01; Amex xxxx 5003: $139.15 | 6.05 | 665.50 |

| | **Total Due** | $665.50 |
|--|---------------|---------|

| Ph: 361 949-2988 | Fax: 361 949-7799 | Email: Transcripts@ExceptionalReporting.com | Web: www.ExceptionalReporting.com |

P.O. Box 18668
Corpus Christi, TX 78480-8668

**Note: This is a system rendered image generated from an electronic invoice document submitted by the vendor. For audit purposes, this image reflects the invoice information at the time of receipt or the last error state of the invoice after any modifications by a user.**

Invoice

| Date | Invoice No. |
|---|---|
| 06/20/2017 | JGH7332 |

CDW Corporation_214398_2
75 Remittance Drive Suite 1150
Chicago  IL  60675-1150

| Ship To Location |
|---|
| Austin
300 West 6th Street
Suite 2010
Austin TX 78701
1(512)394-3000 |

| Bill To Location |
|---|
| Austin
300 West 6th Street
Suite 2010
Austin TX 78701
1(512)394-3000 |

| PO No. | Terms | Due Date | Ship Via |
|---|---|---|---|
| 2044569 | | 07/20/2017 | Default |

| Item (SKU) | Quantity | UOM | Description | Rate ($) | Amount ($) |
|---|---|---|---|---|---|
| IKD300/16GB | 6.000000 | EA | IronKey D300 USB flash drive 16 GB | 106.3900 | 638.34 |
| IKD300/4GB | 10.000000 | EA | IronKey D300 USB flash drive 4 GB | 58.8900 | 588.90 |
| IKD300/8GB | 32.000000 | EA | IronKey D300 USB flash drive 8 GB | 75.9900 | 2431.68 |

Sub Total: 3658.92
Tax: 304.79
Freight: 35.67
Total: 3999.38
Discounts: 0.00
Balance Due: 3999.38

**Note: This is a system rendered image generated from an electronic invoice document submitted by the vendor. For audit purposes, this image reflects the invoice information at the time of receipt or the last error state of the invoice after any modifications by a user.**

Invoice

| Date | Invoice No. |
|------|-------------|
| 06/21/2017 | JGP9263 |

CDW Corporation_214398_2
75 Remittance Drive Suite 1150
Chicago  IL  60675-1150

| Ship To Location |
|------------------|
| Austin |
| 300 West 6th Street |
| Suite 2010 |
| Austin TX 78701 |
| 1(512)394-3000 |

| Bill To Location |
|------------------|
| Austin |
| 300 West 6th Street |
| Suite 2010 |
| Austin TX 78701 |
| 1(512)394-3000 |

| PO No. | Terms | Due Date | Ship Via |
|--------|-------|----------|----------|
| 2044569 | | 07/21/2017 | Default |

| Item (SKU) | Quantity | UOM | Description | Rate ($) | Amount ($) |
|------------|----------|-----|-------------|----------|------------|
| IKD300/8GB | 8.000000 | EA | IronKey D300 USB flash drive 8 GB | 75.9900 | 607.92 |

Sub Total: 607.92
Tax: 50.64
Freight: 5.91
Total: 664.47
Discounts: 0.00
Balance Due: 664.47



# Invoice

Invoice Number:  0009082527

**Counsel Press Inc.**
PO Box 65019
Baltimore, Maryland 21264-5019
Phone: (800) 427-7325

Date:  09/26/2017

Fed. Tax ID:  47-3380949

Terms:  ON RECEIPT

## Sold To

Dechert LLP
500 West 6th Street
Suite 2010
Austin, TX 78701   USA

Attention:  Lindsey Cohan, Esq.

File No.:  275664
Court:  USCOA - 5TH
Case Name:  Mark Veasey v. Greg Abbott

| | | | | Amount |
|---|---|---|---|---|
| | APPENDIX | | | |
| 1.00 | Cover(s) - 1st Side | @ | $120.00 | $120.00 |
| 49.00 | Page(s) | @ | $5.35 | $262.15 |
| 20.00 | Volumes Bound | @ | $5.00 | $100.00 |
| 1.00 | Filing of Documents | @ | $85.00 | $85.00 |
| 1.00 | Federal Express - Filing | @ | $178.00 | $178.00 |
| | PETITION FOR REHEARING | | | |
| 31.00 | Page(s) | @ | $5.35 | $165.85 |



Atty's [signature]
ID: 977 743
Date: 9/29/2017
Matter: 131285
Desc: Filing of Petition

RECEIVED
OCT 0 3 2017
By AP

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

**05-RP**

| | |
|---|---|
| Subtotal | $911.00 |
| Sales Tax | $0.00 |
| | $ 0.00 |
| Payment/Credit | $0.00 |
| Balance | $911.00 |

Page 1 of 1

2422398

kwiktag ® 703 131 818

# Invoice

**Counsel Press Inc.**
PO Box 65019
Baltimore, Maryland 21264-5019
Phone: (800) 427-7325

| | |
|---|---|
| Invoice Number: | 0000984518 |
| Date: | 11/30/2017 |
| Fed. Tax ID: | 47-3380949 |
| Terms: | ON RECEIPT |

**Sold To:**

Dechert LLP
500 West 6th Street
Suite 2010
Austin, TX 78701 USA

Attention: Lindsey Cobun, Esq.

Case Name: Dechert LLP
Court: USCOA - 5TH
File No: 276508

**APPELLEES BRIEF**

| | | Amount |
|---|---|---|
| 1.00 Cover(s) - 1st Side | $120.00 | $120.00 |
| 3.00 Additional Cover(s) | $40.00 | $120.00 |
| 3.00 Page(s) Table of Contents | $115.00 | $345.00 |
| 9.00 Page(s) Table of Citations | $115.00 | $1,035.00 |
| 130.00 Page(s) | $5.35 | $695.50 |
| 17.00 Additional Copies | $35.25 | $599.25 |
| 37.00 Volumes Bound | $5.00 | $185.00 |
| 1.00 Electronic Filing | $100.00 | $100.00 |
| 1.00 Filing of Documents | $85.00 | $85.00 |
| 1.00 Federal Express - Filing | $139.00 | $139.00 |
| 1.00 Federal Express - To Client | $445.00 | $445.00 |

*Handwritten: Desc: Appellees Brief Charges*
*MLFRC 131285*
*Date: 12/14/17*
*ID: 977743*

*Stamp: DEC 04 2017   By dfl*

| | | |
|---|---|---|
| Subtotal | | $3,868.75 |
| Sales Tax | | $0.00 |
| | | $ 0.00 |
| Payment/Credit | | $0.00 |
| Balance | | $3,868.75 |

05-RP

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

NEW YORK, NY - WASHINGTON, DC - PHILADELPHIA, PA - LOS ANGELES, CA - CHICAGO, IL
BUFFALO, NY - RICHMOND, VA - BOSTON, MA - ISELIN, NJ - SYRACUSE, NY - ROCHESTER, NY - DELHI, NY

**Mack, Colleen**

| | |
|---|---|
| **From:** | Cleveland, Amy |
| **Sent:** | Monday, December 4, 2017 11:03 AM |
| **To:** | All Accounts Payable |
| **Subject:** | AUS Invoice - Mark Veasey v. Greg Abbott |
| **Attachments:** | 3667_001.pdf |

Good Morning:

Please process the attached invoice for payment. Please see Lindsey Cohan's approval below.

Thank you.

Amy Cleveland, CLA
Legal Assistant

**Dechert LLP**
+1 512 394 3006  Direct
dechert.com

**From:** Cohan, Lindsey
**Sent:** Monday, December 04, 2017 8:43 AM
**To:** Cleveland, Amy <Amy.Cleveland@dechert.com>
**Subject:** Fwd: Invoice - Mark Veasey v. Greg Abbott

Can you submit this for payment? I approve the payment.

**Lindsey Cohan**

**Dechert LLP**
+1 512 394 3027 Direct
+1 202 607 9260 Mobile

lindsey.cohan@dechert.com
dechert.com

Begin forwarded message:

> **From:** <rpincu@counselpress.com>
> **Date:** December 4, 2017 at 8:16:38 AM CST
> **To:** <lindsey.cohan@dechert.com>
> **Subject: Invoice - Mark Veasey v. Greg Abbott**
> **Reply-To:** <rpincu@counselpress.com>
>
>
> Dear Lindsey Cohan:
>
> An invoice in this matter has been prepared and mailed to your attention. As a courtesy, this invoice is attached to this email and has also been posted into our CP Client Portal under CP File #276508.

1

At any time now or in the future you will find the invoice in the CP Client Portal under the heading "Invoice - Payments" when you select that case. You may log on and view this at any time by following the link below. Invoices may also be paid with a credit card through the CP Client Portal. Choose "Make Payment" from the options at the top of the screen after logging in. You may make payments on any open invoices. **When an invoice is issued in a court appointed matter, you must take steps to file the appropriate voucher or sign the vouchers that we prepare and send to you. We have a dedicated resource that can help you with this process. If you have questions or concerns about court appointed case payment procedures please contact Robert Dama, Counsel Press, 212-340-0643, or rdama@counselpress.com**

We sincerely appreciate the opportunity to assist in this matter and we thank you. Please let us know if there is anything at all we can do for you.

**Your primary contact regarding this matter is:** Robert L. Pincu | rpincu@counselpress.com | (732) 750-9229

CP Client Portal

Your login ID is this email address. Your password is available by visiting the following link: Forgot password

Counsel Press Inc.
800-4-APPEAL
http://www.counselpress.com/
You focus on the argument, we'll take care of the procedure.

CP Legal Research Group
888-427-5748
http://www.cplrg.com
Performance without the payroll.

RECEIPT  June 21 at 8:30 AM

# $18.96

AMEX ••••4024

| Fare | $15.00 |
|---|---|
| *Rate #1 (STAND. CITY RATE) - 2.66 mi* | *$15.00* |
| Toll | $0.00 |
| Service Fee | $0.00 |
| Improvement Surcharge | $0.30 |
| State Surcharge | $0.50 |
| Tip | $3.16 |
| Subtotal | $18.96 |
| Curb Credits | $0.00 |
| **Total** | **$18.96** |
| Charged on 06/21/17 | Confirmation #OBHU12 |

Pickup   201 E 79th St, New York, NY 10075 at 8:30 AM

Dropoff   1 W 35th St, New York, NY 10001 at 8:48 AM

Serviced by

## Curb

Driver: TAHIR Vehicle #3B21

Trip #13807

Need Help? http://support.gocurb.com/

Neil Steiner                    neil.steiner@dechert.com                    Confirmation #OBHU12

RECEIPT  June 15 at 8:32 PM

# $14.76

AMEX ••••4024

| | |
|---|---|
| Fare | $11.00 |
| *Rate #1 (STAND. CITY RATE) - 2.4 mi* | *$11.00* |
| Toll | $0.00 |
| Service Fee | $0.00 |
| State Surcharge | $0.50 |
| Improvement Surcharge | $0.30 |
| Extras | $0.50 |
| Tip | $2.46 |
| Subtotal | $14.76 |
| Curb Credits | $0.00 |
| Total | **$14.76** |
| Confirmation #LWAO61 | |

| | |
|---|---|
| Pickup | 452 5th Ave, New York, NY 10018 at 8:32 PM |
| Dropoff | 180-198 E 79th St, New York, NY 10075 at 8:39 PM |

Serviced by

## Curb

Driver: RAMSON Vehicle #3V59

Trip #8805

Need Help? http://support.gocurb.com/

Neil Steiner
neil.steiner@dechert.com
Confirmation #LWAO61

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK · HOLD AT ANGLE TO VIEW

**Counsel Press Inc.**
460 West 34th Street
New York, NY 10001

COUNSEL PRESS

**M&T Bank**
One M&T Plaza
Buffalo, NY 14203

14860

DATE 7/24/2018

Eight hundred sixty-eight and xx / 100 Dollars

AMOUNT
$ 868.00

PAY TO THE
ORDER OF

kwiktag® legal 706 179 678

DECHERT LLP

ATTN: ACCOUNTING
2929 ARCH STREET
PHILADELPHIA, PA 19104

DOLLARS

Memo

⑈0⑈⑈860⑈ ⑊052000⑈⑈3⑊ 986273201⑈⑈

---

Counsel Press Inc.

DATE: 7/24/2018

14860

| INVOICE | DATE | VOUCHER | COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|---------|------|---------|---------|--------|----------|------------|
| 052918-REFUND | 5/29/2018 | 0000028712 | Refund Veasey v Abbott | 868.00 | 0.00 | 868.00 |

kwiktag ®      151 700 366

# ASSURED
CIVIL PROCESS AGENCY

600 SABINE STREET, SUITE 100                                    (512) 477-2681
AUSTIN, TEXAS 78701                                             (FAX) 477-6526


September 25, 2013

ZB04511


JOANNA JONES
DECHERT LLP
300 W. 6TH ST
SUITE 2010
AUSTIN, TX 78701


================ STATEMENT ================


TEXAS STATE CONFERENCE OF NAACP BRANCHES, ET AL
V.
STEEN, JOHN, ET AL


DEF/WIT:
JOHN STEEN
STEVE McCRAW


TWO SUMMONSES: (131285)              $      120.00


TOTAL DUE:                           $      120.00


Approved 9/30/13

2063117

| INVOICE REFLECTS PROJECT FEES, NOT SERVICE COMPLETION. |
| PAYMENT IS DUE UPON RECEIPT. |

v. 207561