# Attachment C to Pérez Declaration

# BRENNAN CENTER FOR JUSTICE, INC.

8448

Payee
Vendor ID ███████████

Account #:

8448
1/21/2014

| Invoice | Description | Discount | Amount |
|---------|-------------|----------|--------|
| ███████ | ██ - Indept. Contractor Agreement for 12/19/13 - 12/30/13 | $0.00 | $4,000.00 |
| | Total : | $0.00 | $4,000.00 |

| Date | Time Spent (in minutes) | Activity | result |
|---|---|---|---|
| 19-Dec | 10 | | |
| 19-Dec | 10 | | |
| 19-Dec | 10 | | |
| 19-Dec | 60 | | |
| 20-Dec | 10 | | |
| 20-Dec | 20 | | |
| 19-Dec | 10 | | |
| 20-Dec | 5 | | |
| 19-Dec | 10 | | |
| 20-Dec | 15 | | |
| 20-Dec | 10 | | |
| 20-Dec | 5 | | |
| 20-Dec | 10 | | |
| 20-Dec | 5 | | |
| 20-Dec | 10 | | |
| 20-Dec | 35 | | |
| 20-Dec | 30 | | |
| 23-Dec | 5 | | |
| 26-Dec | 5 | | |
| 23-Dec | 60 | | |
| 26-Dec | 40 | | |
| 27-Dec | 5 | | |
| 27-Dec | 15 | | |
| 27-Dec | 10 | | |
| 27-Dec | 10 | | |
| 27-Dec | 55 | | |
| 27-Dec | 10 | | |
| 27-Dec | 5 | | |
| 27-Dec | 10 | | |
| 27-Dec | 15 | | |
| 27-Dec | 50 | | |
| 27-Dec | 35 | | |
| 28-Dec | 5 | | |
| 28-Dec | 120 | | |
| 28-Dec | 65 | | |
| 28-Dec | 5 | | |
| 29-Dec | 15 | | |
| 29-Dec | 75 | | |

| Date | Value |
|------|-------|
| 29-Dec | 15 |
| 29-Dec | 5 |
| 30-Dec | 5 |
| 30-Dec | 5 |
| 30-Dec | 15 |
| 30-Dec | 5 |
| 30-Dec | 5 |
| 30-Dec | 5 |
| 30-Dec | 20 |
| 30-Dec | 15 |
| 30-Dec | 5 |
| 30-Dec | 30 |
| 30-Dec | 15 |
| 31-Dec | 15 |
| 30-Dec | 5 |
| 31-Dec | 10 |
| 31-Dec | 30 |
| 31-Dec | 20 |
| 31-Dec | 55 |
| 2-Jan | 45 |
| 2-Jan | 30 |
| 2-Jan | 25 |
| 2-Jan | 5 |
| 5-Jan | 35 |
| 6-Jan | 5 |
| 6-Jan | 35 |
| 6-Jan | 25 |
| 6-Jan | 30 |
| 6-Jan | 5 |
| 6-Jan | 5 |

| Date | Amount |
|------|--------|
| 6-Jan | 5 |
| 6-Jan | 10 |
| 6-Jan | 70 |
| 6-Jan | 25 |
| 6-Jan | 5 |
| 6-Jan | 15 |
| 7-Jan | 30 |
| 7-Jan | 20 |
| 7-Jan | 65 |
| 7-Jan | 80 |
| 7-Jan | 10 |
| 8-Jan | 25 |
| 8-Jan | 25 |
| 8-Jan | 90 |
| 8-Jan | 120 |
| 8-Jan | 15 |
| 9-Jan | 20 |
| 9-Jan | 10 |
| 9-Jan | 10 |
| 9-Jan | 5 |
| 9-Jan | 15 |
| 9-Jan | 65 |
| 10-Jan | 10 |
| 9-Jan | 50 |
| 10-Jan | 5 |
| 10-Jan | 75 |
| 10-Jan | 70 |
| 10-Jan | 10 |
| 10-Jan | 40 |

| Total | 2400 |
|-------|------|

# BRENNAN CENTER FOR JUSTICE, INC.

Payee
-Vendor ID ███████████

Account #:

| Invoice | Description | Discount | Amount |
|---|---|---|---|
| ████████ | ██ - Hours worked & Expenses for Texas Litigation, 02/05/14 | $0.00 | $3,800.00 |



Return
to
████████

|  | | Total : | $0.00 | $3,800.00 |

# BRENNAN CENTER FOR JUSTICE, INC.

10070
10070
3/6/2015

Payee
Vendor ID █████████        Account #:

| Invoice | Description | Discount | Amount |
|---|---|---|---|
| ████████ | TX Photo ID work, Dec.'14 02/19/15 | $0.00 | $300.00 |
| | Total : | $0.00 | $300.00 |

**INVOICE #** ████

**Date: February 19, 2015**

**Please remit payment to:** ████████

| BILL TO: | Ordered by |
|---|---|
| **Brennan Center** | ████████ |
| **Period Covered December 2014** | |
| **Description of Work: Texas Voter ID Project** | |

| Date | Description of Work | Rate/Hr | Hours | Amount |
|---|---|---|---|---|
| December 2014 | ████████ | $20.00 | 15 | $300.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Grand Total** | | | **$300.00** | |

# CONSULTANT SERVICE AND TRAVEL INVOICE

Billed to: The Brennan Center
Contact: Vishal Agraharkar

| Purchase Order # | |
|---|---|
| Invoice # *(unique #)* | █████████ |
| Invoice Date | 6-16-2014 |
| Invoice Period *(From mm/dd/yy to mm/dd/yy)* | 6-01-14 - 6-14-14 |

Consultant Name:
Email Address:
Mailing Address:

### Labor (days/dates services were performed, description of services, rate and unit of rate by hours, days or other unit)

| Date(s) of Service | Description of Services | Rate | Unit (Hours/Days/Other) | Total Cost |
|---|---|---|---|---|
| 4/4 | | $100 | 10.75 | 1,075 |
| 4/5 | | $100 | 7 | 700 |
| 4/6 | | $100 | 7.75 | 775 |
| 4/8 | | $100 | 7.5 | 750 |
| 4/9 | | $100 | 7 | 700 |
| | | Total Labor | $100 | 4000 |

### Deliverables/Milestones (description of deliverable/milestone, due date, type of deliverable and percent complete, if applicable)

| Description | Due Date | Type | % Complete | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total Deliverable/Milestone Billing | | | | 0 |

### Authorized Travel Expenses (ticket stubs, hotel and other supporting receipts must accompany this invoice)

| Date(s) & Place(s) of Travel | Airfare/Rail | Rental Car | Lodging | Per Diem/Meals | Personal Vehicle Miles | Mileage Cost | Other | Total |
|---|---|---|---|---|---|---|---|---|
| 4/4-4/9 mileage | | | | | 873 | .5 | | $436.50 |
| 4/4-4/9 meals | | | | $90.06 | | 0 | | $90.06 |
| 4/8 pens, paper, clipboard | | | | | | 0 | $13.34 | $13.34 |
| | | | | | | 0 | | 0 |
| Total Travel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $539.90 |

Enter Current Mileage Rate (click link):
[GSA Webpage (mileage reimbursement)]   .5

| Totals | |
|---|---|
| Invoice Total Claimed for Services *(Labor/Deliverables/Milestones)* | $4,000 |
| Invoice Total Claimed for Travel | $539.90 |
| Invoice Total Amount Claimed | $4,539.90 |

### Approval

| Consultant | Client |
|---|---|
| I, the undersigned, hereby certify that the charges contained in this invoice are true and correct to the best of my knowledge. | Invoice Approved for Payment. |
| | Signature |
| | Project Manager/Director's Printed Name          Date |

REV 2(1/30/14)

# CONSULTANT SERVICE AND TRAVEL INVOICE

Billed to:

The Brennan Center for Justice
Contact: Vishal Agraharkar
161 Ave of the Americas
12th Floor
New York, New York 10013

| Purchase Order # |  |
|---|---|
| Invoice # *(unique #)* | |
| Invoice Date | 07-06-2014 |
| Invoice Period *(From mm/dd/yy to mm/dd/yy)* | 06/15/2014 - 7/01/2014 |

| Consultant Name: | |
|---|---|
| Email Address: | |
| Mailing Address: | |

## Labor (days/dates services were performed, description of services, rate and unit of rate by hours, days or other unit)

| Date(s) of Service | Description of Services | Rate | Unit Qty (Hours, Days, Other) | Total Cost |
|---|---|---|---|---|
| 6/15 | | $100 | 8 | $800 |
| 6/30 | | $100 | 6 | $600 |
| 7/1 | | $100 | 6 | $600 |
| | | | | 0 |
| | | | | 0 |
| | | Total Labor | 20 | $2000 |

## Deliverables/Milestones (description of deliverable/milestone, due date, type of deliverable and percent complete, if applicable)

| Description | Due Date | Type (Deliverable, Milestone, Other) | % Complete | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Total Deliverable/Milestone Billing | | | 0 |

## Authorized Travel Expenses (ticket stubs, hotel and other supporting receipts must accompany this invoice)

| Date(s) & Place(s) of Travel | Airfare or Rail | Rental Car | Lodging | Per Diem or Meals | Personal Vehicle Miles | Mileage Cost | Other | Total |
|---|---|---|---|---|---|---|---|---|
| 6/15 - 7/1 Mileage | | | | | 252 | .5 | | $126 |
| 6/15 - 7/1 Meals | | | | 31.40 | | 0 | | $31.40 |
| | | | | | | 0 | | 0 |
| | | | | | | 0 | | 0 |
| Total Travel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $157.40 |

*Enter Current Mileage Rate (click link for current rate):
GSA Website (mileage reimbursement)* | .56

### Totals

| | |
|---|---|
| Invoice Total Claimed for Services *(Labor/Deliverables/Milestones)* | 2000 |
| Invoice Total Claimed for Travel | 157.40 |
| Invoice Total Amount Claimed | $2157.40 |

## Approval

| Consultant | Client |
|---|---|
| I, the undersigned, hereby certify that the charges contained in this invoice are true and correct to the best of my knowledge. | Invoice Approved for Payment. |
| | Signature _____ |
| Consultant's Printed Name          Date | Project Manager/Director's Printed Name          Date |

## CONSULTANT SERVICE AND TRAVEL INVOICE

Billed to:

The Brennan Center for Justice
Contact: Vishal Agraharkar
161 Ave of the Americas
12th Floor
New York, New York 10013

| | |
|---|---|
| Purchase Order # | |
| Invoice # *(unique #)* | ████████ |
| Invoice Date | 08-07-2014 |
| Invoice Period *From mm/dd/yy to mm/dd/yy* | 07/02/2014 -- 8/01/2014 |

| | |
|---|---|
| Consultant Name: | |
| Email Address: | |
| Mailing Address: | |

### Labor (days/dates services were performed, description of services, rate and unit of rate by hours, days or other unit)

| Date(s) of Service | Description of Services | Rate | Unit Qty *(Hours, Days, Other)* | Total Cost |
|---|---|---|---|---|
| 7/9 | | $100 | 6 | $600 |
| 7/14 | | $100 | 1 | $100 |
| 7/18 | | $100 | 3 | $300 |
| 7/21 | | $100 | 2 | $200 |
| | | | | 0 |
| | | Total Labor | 12 | $1,200 |

### Deliverables/Milestones (description of deliverable/milestone, due date, type of deliverable and percent complete, if applicable)

| Description | Due Date | Type *(Deliverable, Milestone, Other)* | % Complete | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Total Deliverable/Milestone Billing | | 0 |

### Authorized Travel Expenses (ticket stubs, hotel and other supporting receipts must accompany this invoice)

| Date(s) & Place(s) of Travel | Airfare or Rail | Rental Car | Lodging | Per Diem or Meals | Personal Vehicle Miles | Mileage Cost | Other | Total |
|---|---|---|---|---|---|---|---|---|
| 7/9 - 7/21 Mileage | | | | | 222 | .5 | | $110.00 |
| 7/9 - 7/21 Meals | | | | 42.77 | | 0 | | $42.77 |
| | | | | | | 0 | | 0 |
| | | | | | | 0 | | 0 |
| Total Travel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $152.77 |

Enter Current Mileage Rate *(click link for current rate)*: .56
GSA Website (mileage reimbursement)

| Totals | |
|---|---|
| Invoice Total Claimed for Services *(Labor/Deliverables/Milestones)* | 1,200.00 |
| Invoice Total Claimed for Travel | 152.77 |
| Invoice Total Amount Claimed | $1,352.77 |

### Approval

| Consultant | Client |
|---|---|
| I, the undersigned, hereby certify that the charges contained in this invoice are true and correct to the best of my knowledge | Invoice Approved for Payment. |
| | Signature _____ |
| | Project Manager/Director's Printed Name      Date |



WHATABURGER

Restaurant 301
1400 Central Blvd
Brownsville  TX 78520
(956) 54.-8044
General Manager: Mona, Roxanna
1-800-6burger

7/18/2014                          12:19:50 PM
Order 962172              Cashier: Gracie R

1 SM DRINK                                1.69

Subtotal                                  1.69
Tax                                       0.14
Total                                     1.83

Visa
Acct:XXX4XXXX4315                         1.83

Approval:034930



House of ... bistro.
nn                    33
McAllen, T  78501
(956  994 - 8(31

07/09/2...
5:55 ...

#100.2

3.00

Balan            . 07

---

DIRTY AL'S
(956)761-4901
Table Sales

Check No 630601/1
Tab 22     Server 1023     Guests  3
------------------------------
3
1    Lg Fried Fish              12.99
1    French Fries                3.25
                               -------
     Food Sub-Total             16.24


     SUB TOTAL                  16.24
     Sales Tax                   1.34
     Mix Bev Sales Tax           0.00
                               -------
AL:        17.58
     SUGGESTED GRATUITY
     15% 2.44
     18% 2.9.
     20% 3.25

     ... you.

5:17:19 PM                      .4

...k you for visiting

---

Luby's
Bro...ville #1 (20'
2124 . a Chica Blvd
...ville, TX 78521
956-1062

Check #  691921

Gloria '
21 Ju. 2014 12:13
------------------------
1 Fried Chicken L.            7.89
1 $.69 Salad Upg...           0.69
          Tray #1 Subtotal    8.58

-----------------------------------
              Subtotal        8.58
              Sales Tax       0.71

      Please pay this amount
Total    9.29

RECEIVED OCT 28 ⁝⁝

██████████

Research for Voter ID Law

10-25-14
9:00 am to 6:00pm

███████████████████████████████████

110 Miles  to drive to and from  Brownsville, To Weslaco and Esla.

9 X 50 =$450.00
110 X .50 = $55.00

$505.00 Total.

Invoice:

11/4/2014    3:30 to 7:30pm

███████████████████████████████████████████████

11/7/14        10:30-11:30 AM

█████████████████████████████████

Total 5 Hours X  $50.00 an Hour =  $250.00

·80 Miles X $.50 a mile= $40.00

total=  $290.00

# CONSULTANT SERVICE AND TRAVEL INVOICE

Billed to: The Brennan Center
Contact: Vishal Agraharkar



**Purchase Order #**
**Invoice #** *(unique #)*
**Invoice Date** 10-06-2014
**Invoice Period** 10/28/14 - 11/4/14
*(From mm/dd/yy to mm/dd/yy)*

**Consultant Name:**
**Email Address:**
**Mailing Address:**

## Labor (days/dates services were performed, description of services, rate and unit of rate by hours, days or other unit)

| Date(s) of Service | Description of Services | Rate | Unit Qty (Hours, Days, Other) | Total Cost |
|---|---|---|---|---|
| 10/28 | | $50 | 7 | $350 |
| 10/29 | | $50 | 5 | $250 |
| 10/30 | | $50 | 7 | $350 |
| 10/31 | | $50 | 5 | $250 |
| 11/4 | | $50 | 11.5 | $550 |
| | | **Total Labor** | 34.5 | $1725 |

## Deliverables/Milestones (description of deliverable/milestone, due date, type of deliverable and percent complete, if applicable)

| Description | Due Date | Type (Deliverable, Milestone, Other) | % Complete | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | **Total Deliverable/Milestone Billing** | | 0 |

## Authorized Travel Expenses (ticket stubs, hotel and other supporting receipts must accompany this invoice)

| Date(s) & Place(s) of Travel | Airfare or Rail | Rental Car | Lodging | Per Diem or Meals | Personal Vehicle Miles | Mileage Cost | Other | Total |
|---|---|---|---|---|---|---|---|---|
| 10/27 - 11/4 Mileage | | | | | 639 | .5 | | $319.50 |
| 10/27 - 11/4 Meals | | | | 101.35 | | 0 | | $101.35 |
| | | | | | | 0 | | 0 |
| | | | | | | 0 | | 0 |
| **Total Travel** | 0 | 0 | 0 | 0 | 0 | 0 | | $420.85 |

Enter Current Mileage Rate *(click link for current rate)*: .56
GSA Website (mileage reimbursement)

| Totals | |
|---|---|
| **Invoice Total Claimed for Services** *(Labor/Deliverables/Milestones)* | 1725.00 |
| **Invoice Total Claimed for Travel** | 420.85 |
| **Invoice Total Amount Claimed** | $2145.85 |

## Approval

| Consultant | Client |
|---|---|
| I, the undersigned, hereby certify that the charges contained in this invoice are true and correct to the best of my knowledge. | Invoice Approved for Payment. |
| | Signature |
| Consultant's Printed Name          Date | Project Manager/Director's Printed Name          Date |

# BRENNAN CENTER FOR JUSTICE, INC.

9673

Payee
Vendor ID ████████

Account #:

9673
11/25/2014

| Invoice | Description | Discount | Amount |
|---|---|---|---|
| ████████ | Prof. Services, VRE, 11/17/14 | $0.00 | $1,012.50 |
| | Total : | $0.00 | $1,012.50 |

**Timesheet - week ending 11/14/14**



| date | hours | task(s) |
|------|-------|---------|
| 10-Nov | 8 | |
| 11-Nov | 0 | |
| 12-Nov | 8.25 | |
| 13-Nov | 7.75 | |
| 14-Nov | 7.5 | |
| **TOTAL** | 31.5 | |

**DUE** $ 1,102.50

Please make
payable to:

MP approved 11/12/2014

OSF Funds

# CONSULTANT SERVICE AND TRAVEL INVOICE

Billed to: The Brennan Center
Contact: Vishal Agraharkar

| | |
|---|---|
| Purchase Order # | |
| Invoice # *(unique #)* | ███████ |
| Invoice Date | 10-06-2014 |
| Invoice Period *(From mm/dd/yy to mm/dd/yy)* | 10/01/14 - 10/27/14 |

Consultant Name: ███████
Email Address:
Mailing Address:

## Labor (days/dates services were performed, description of services, rate and unit of rate by hours, days or other unit)

| Date(s) of Service | Description of Services | Rate | Unit Qty *(Hours, Days, Other)* | Total Cost |
|---|---|---|---|---|
| 10/21 & 10/22 | ███████ | $100 | 16 | $1600 |
| 10/23 | | $50 | 8 | $400 |
| 10/25 | | $50 | 8 | $400 |
| 10/26 | | $50 | 5 | 250 |
| 10/27 | | $50 | 6 | 300 |
| | | **Total Labor** | 43 | $2950 |

## Deliverables/Milestones (description of deliverable/milestone, due date, type of deliverable and percent complete, if applicable)

| Description | Due Date | Type *(Deliverable, Milestone, Other)* | % Complete | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | **Total Deliverable/Milestone Billing** | | 0 |

## Authorized Travel Expenses (ticket stubs, hotel and other supporting receipts must accompany this invoice)

| Date(s) & Place(s) of Travel | Airfare or Rail | Rental Car | Lodging | Per Diem or Meals | Personal Vehicle Miles | Mileage Cost | Other | Total |
|---|---|---|---|---|---|---|---|---|
| 10/21 - 10/26 Mileage | | | | | 823 | .5 | | $411.50 |
| 10/21 - 10/27 Meals | | | | 136.27 | | 0 | | $136.27 |
| Miscellaneous | | | | 12.90 | | 0 | | 12.90 |
| | | | | | | 0 | | 0 |
| **Total Travel** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $560.67 |

Enter Current Mileage Rate *(click link for current rate)*:
GSA Website (mileage reimbursement)   .56

| Totals | |
|---|---|
| Invoice Total Claimed for Services *(Labor/Deliverables/Milestones)* | 2950.00 |
| Invoice Total Claimed for Travel | 560.67 |
| Invoice Total Amount Claimed | $3510.67 |

## Approval

| Consultant | Client |
|---|---|
| I, the undersigned, hereby certify that the charges contained in this invoice are true and correct to the best of my knowledge. ███████ | Invoice Approved for Payment. Signature _____ |
| Consultant's Printed Name            Date | Project Manager/Director's Printed Name      Date |

# BRENNAN CENTER FOR JUSTICE, INC.

Payee
Vendor iD █████████          Account #:

9710
9710
12/4/2014

| Invoice | Description | Discount | Amount |
|---------|-------------|----------|--------|
| ████████ | ████████████████ | $0.00 | $1,225.00 |
| | Total : | $0.00 | $1,225.00 |

RECEIVED NOV 2 4 2014

to use
Check Request
Form

⟨VRE⟩

**Timesheet - week ending 11/21/14**

| date | hours | task(s) |
|------|-------|---------|
| 17-Nov | 5 | |
| 18-Nov | 5.5 | |
| 19-Nov | 8 | |
| 20-Nov | 8 | |
| 21-Nov | 8.5 | |
| **TOTAL** | 35 | |

**DUE**   $ 1,225.00

Please make
payable to:

X

# BRENNAN CENTER FOR JUSTICE, INC.

9734

Payee
Vendor ID

Account #:

9734
12/9/2014

| Invoice | Description | Discount | Amount |
|---------|-------------|----------|--------|
| | | $0.00 | $682.50 |

| | Total : | $0.00 | $682.50 |

**Timesheet - week ending 11/28/14**

| date | hours | task(s) |
|------|-------|---------|
| 24-Nov | 6 | |
| 25-Nov | 9.5 | |
| 26-Nov | 4 | |
| 27-Nov | | |
| 28-Nov | | |
| **TOTAL** | 19.5 | |

**DUE**    $    682.50

Please make
payable to:

Timesheet - week ending 12/5/14



| date | hours | task(s) |
|------|-------|---------|
| 1-Dec | 7 | |
| 2-Dec | 8 | |
| 3-Dec | 4.5 | |
| 4-Dec | 8.75 | |
| 5-Dec | 6 | |
| TOTAL | 34.25 | |

DUE    $  1,198.75

Please make
payable to:

Payee
Vendor ID ▉▉▉▉▉▉▉                    Account #:                                        12/18/2014

| Invoice | Description | Discount | Amount |
|---------|-------------|----------|--------|
| ▉▉ ▉▉ | ▉▉▉▉▉▉▉▉▉▉ | $0.00 | $1,925.00 |
| | | Total : $0.00 | $1,925.00 |

PRODUCT FLM500

Timesheet - week ending 12/12/14

| date | hours | task(s) |
|---|---|---|
| 8-Dec | 9 | |
| 9-Dec | 12 | |
| 10-Dec | 10 | |
| 11-Dec | 10.5 | |
| 12-Dec | 5.5 | |
| 13-Dec | 1 | |
| 14-Dec | 2 | |

40 TOTAL REGULAR HOURS @ $35
10 TOTAL OVERTIME HOURS @ $52.50

DUE    $  1,925.00

Please make
payable to:



**BRENNAN CENTER FOR JUSTICE, INC.**

9799
9790
12/29/2014

Payee
Vendor ID

Account #:

| Invoice | Description | Discount | Amount |
|---|---|---|---|
| | Voting (26 hrs @$20/hr) approved by M. Perez, 12/20/14 | $0.00 | $520.00 |
| | Total : | $0.00 | $520.00 |

PRODUCT FLA450

Vendor ID
JD
created 12/22/14
AB

RECEIVED DEC 2 2 2014

| Date | Hours |
|------|-------|
| 12/14/2014 | 2 |
| 12/15/2014 | 4.5 |
| 12/16/2014 | 2 |
| 12/17/2014 | 5 |
| 12/18/2014 | 4.5 |
| 12/19/2014 | 4 |
| 12/20/2014 | 4 |
| **Week Total** | **26 Hours** |

approved [Myra Rey

RECEIVED DEC 2 2

Timesheet - week ending 12/~~12/21~~ 21 14

| date | hours | task(s) |
|---|---|---|
| 15-Dec | 9 | |
| 16-Dec | 9.25 | |
| 17-Dec | 7.5 | |
| 18-Dec | 10.25 | |
| 19-Dec | 8.25 | |
| 20-Dec | 3.25 | |
| 21-Dec | | |

40 TOTAL REGULAR HOURS @ $35   -  $1,400
7.5 TOTAL OVERTIME HOURS @ $52.50  -  393.75

**DUE**   $  1,793.75

posted 12/29/14

Please make
payable to:

approve — Myrna Pérez

**BRENNAN CENTER FOR JUSTICE, INC.**

9784

Payee
Vendor ID

Account #:

9784
12/29/2014

| Invoice | Description | Discount | Amount |
|---|---|---|---|
| | Voting (40hrs @$20/hr) approved by M. Perez, 12/20/14 | $0.00 | $800.00 |
| | Total : | $0.00 | $800.00 |

RECEIVED DEC 2 2 2014

**BRENNAN CENTER WORK HOURS INVOICE**

Submitted Monday, Dec. 22, 2014



New vendor ID
Created 12/22/14
AH

5.5 = Friday, Dec 12
4.0 = Sun, Dec 13
7.0= Mon, Dec 14
8.5 =Tues, Dec 15
4.5= Wed, Dec 16
7.5= Thurs, Dec 17
3.0= Friday, Dec18

Total Hours=40 hrs @$20 = $ 800-00

approved





2

# BRENNAN CENTER FOR JUSTICE, INC.

8399

8399
1/7/2014

Payee
Vendor ID

Account #:

| Invoice | Description | Discount | Amount |
|---|---|---|---|
| | | $0.00 | $3,800.00 |

CC to
Vishal Agrahark
an

| | Total : | $0.00 | $3,800.00 |

PRODUCT FLM500

This Invoice is for work performed from November 30 thru December 9, 2013.

Check should be made payable to:

Total Amount Due: $4000.00

**Perez, Myrna**

**Subject:**

**From:**
**Sent:** Monday, December 23, 2013 11:33 AM
**To:** Perez, Myrna
**Subject:** Re:

Here with          and these is what he has done so far thru December:

11/30/2013  2 hours

12/01/2013  4 hours  A

12/09/2013  4 hours  L

12/09/2013  3 hours

12/10/2013  4 hours

12/15/2013  4 hours

12/17/2013  6 hours  A

12/18/2013  5 hours

12/19/2013  6 hours

Of all these contacted, we will go back and interview the one's that we believe we can send you for further review.

Thanks,



**BRENNAN CENTER FOR JUSTICE, INC.**

9844

Payee
Vendor ID

Account #:

9844
1/13/2015

| Invoice | Description | Discount | Amount |
|---------|-------------|----------|--------|
| ███████ | Photo ID work, 16hrs@$20/hr | $0.00 | $320.00 |

Total : $0.00 $320.00

| Date | Hours |
|------|-------|
| 12/26/2014 | 4 |
| 12/27/2014 | 3 |
| 12/28/2014 | 2 |
| 12/29/2014 | 3 |
| 12/30/2014 | 4 |
| **Week Total** | 16 |

@$20 per hour

Myra Ring approved 1/5/2015

Timesheet - week ending 12/12/28  12/28/14

| date | hours | task(s) |
|------|-------|---------|
| 22-Dec | 9.25 | |
| 23-Dec | 7 | |
| 24-Dec | 4 | |
| 25-Dec | - | |
| 26-Dec | 8 6 | |
| 27-Dec | 5.5 3.5 | |
| 28-Dec | - | |

**33.75 29.75** TOTAL REGULAR HOURS @ $35

**DUE**  $  1,041.25

Please make
payable to:

Pat Almonrode
301 W. 108th St., Apt. 9A
NY, NY 10025
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

Timesheet - week ending ~~1/4/15~~ 12/30/4

| date | hours | task(s) |
|---|---|---|
| 29-Dec | 7.5 | ██████████████████████ |
| 30-Dec | 8.75 | ██████████████████████ |
| 31-Dec | | |
| 1-Jan | | |
| 2-Jan | | |
| 3-Jan | | |
| 4-Jan | | |

12/30/14

**16.25  TOTAL REGULAR HOURS @ $35**

**DUE**   $   568.75

Mun NS   approved 1/5/2015

Please make
payable to:   ████████████████

**BRENNAN CENTER FOR JUSTICE, INC.**

9841

Payee
Vendor ID ████████████

Account #:

9841
1/13/2015

| Invoice | Description | Discount | Amount |
|---------|-------------|----------|--------|
| ████████ Photo ID work, 29.5hrs@$20/hr | | $0.00 | $590.00 |
| | Total : | $0.00 | $590.00 |

PRODUCT RLA500

BRENNAN CENTER WORK HOURS INVOICE
Submitted Monday, Dec. 31, 2014



Total Hours= 29.5 hrs

(Pay Period Beginning Dec. 22 and ending Dec. 31).

@ 20 per hour

[Myna HR~~~ approved 1/5/2015