# Attachment D to Pérez Declaration



**STATEMENT**
**Card Program**

WILLIAM BRENNAN CTR JST
MICHAEL WALDMAN
Corporate Account ▮▮▮▮▮▮▮▮
Apr. 4, 2014 - May 3, 2014



**CLARK, JENNIFER**                                              **ACCOUNT NUMBER** ▮▮▮

| Trans | Post | Description | Reference | Amount |
|-------|------|-------------|-----------|--------|
| Apr. 25 | Apr. 28 | AMERICAN  00123358144620 DALLAS      TX | | $541.00 |
| | | NAME: CLARK/JENNIFER | | |
| | | DEPART: 04/29/14 ORIGINAL TICKET: ▮▮▮ | | |
| | | New York City, New York, United States TO Austin, Texas, United States: Q | | |
| | | Austin, Texas, United States TO New York City, New York, United States: L | | |
| Apr. 29 | Apr. 30 | HOLIDAY INN AUSTIN F A  AUSTIN      TX | | $10.65 |
| Apr. 29 | May 1 | AMERICAN  00102665632400 KENNEDY AIRPONY | | $25.00 |
| | | NAME: CLARK/JENNIFER | | |
| | | DEPART: 04/29/14 ORIGINAL TICKET: ▮▮▮ | | |
| Apr. 29 | May 1 | YELLOW CAB OF AUSTIN    AUSTIN      TX | | $32.70 |
| Apr. 30 | May 1 | STARBUCKS #00689 AUSTI  Austin      TX | | $9.15 |
| Apr. 29 | May 1 | JFK TVM*JFK03 JAMAIQPS   NEW YORK    NY | | $6.00 |
| Apr. 30 | May 2 | BANGERS SAUSAGE HOUSE   AUSTIN      TX | | $18.66 |
| May 1 | May 2 | DNC TRAVEL - AUSTI     AUSTIN      TX | | $3.78 |



**STATEMENT**
**Card Program**

WILLIAM BRENNAN CTR JST
MICHAEL WALDMAN
Corporate Account ██████████
Apr. 4, 2014 - May 3, 2014

| Trans | Post | Description | Reference | Amount |
|-------|------|-------------|-----------|--------|

**PURCHASES**

**AGRAHARKAR, VISHAL**

**ACCOUNT NUMBER** ██████████

| Trans | Post | Description | Reference | Amount |
|-------|------|-------------|-----------|--------|
| Apr. 17 | Apr. 21 | AMERICAN 00123354762900 DALLAS      TX<br>NAME: AGRAHARKAR/VISH<br>DEPART: 04/22/14 ORIGINAL TICKET: ████████<br>New York City, New York, United States TO Austin, Texas, United States: Q<br>Austin, Texas, United States TO New York City, New York, United States: U | ██████████ | $401.00 |
| | | **Total Purchases** | | **$401.00** |



# STATEMENT

WILLIAM BRENNAN CTR JST
MICHAEL WALDMAN
Corporate Account ███████████
Apr. 4, 2015 - May 3, 2015

**PEREZ, MYRNA**

**ACCOUNT NUMBER** ███████████

| Trans | Post | Description | Reference | Amount |
|-------|------|-------------|-----------|--------|
| Apr. 15 | Apr. 17 | AMTRAK .CO1050718082724 08008727245 DC | | $318.00 |
| | | NAME: PEREZ/MYRNA | | |
| | | DEPART: 04/22/15 ORIGINAL TICKET: ██████ | | |
| Apr. 16 | Apr. 20 | UNITED   01624462801006 800-932-2732 TX | | $443.20 |
| | | NAME: PEREZ/MYRNA | | |
| | | DEPART: 04/27/15 ORIGINAL TICKET: ██████ | | |
| | | Newark/Elizabeth, New Jersey, United Sta TO New Orleans, Louisiana, United States: SA | | |
| | | New Orleans, Louisiana, United States TO Charlotte, North Carolina, United States VA | | |
| | | Charlotte, North Carolina, United States TO Newark/Elizabeth, New Jersey, United Sta: VA | | |
| Apr. 22 | Apr. 23 | WASH METRORAIL      WASHINGTON  DC | | $7.30 |
| Apr. 22 | Apr. 23 | MCDONALD'S F7944      NEWARK    NJ | | $6.52 |
| Apr. 22 | Apr. 24 | UNIONSTATAUBONPAIN125A  WASHINGTON  DC | | $8.24 |
| Apr. 22 | Apr. 24 | AUNTIES ANNES PRETZELS  WASHINGTON  DC | | $3.73 |
| Apr. 27 | Apr. 28 | CARMELLIMOPASS.COM   NEW YORK   NY | | $78.00 |
| | | REF: ██████ | | |
| Apr. 27 | Apr. 28 | CHEESECAKE BISTRO 2   NEW ORLEANS  LA | | $18.10 |
| Apr. 28 | Apr. 29 | PULP & GRIND        NEW ORLEANS  LA | | $7.00 |
| | | REF: ██████ | | |
| Apr. 28 | Apr. 29 | CARMELLIMOPASS.COM   NEW YORK   NY | | $59.60 |
| | | REF: ██████ | | |
| Apr. 28 | Apr. 29 | OTG MANAGEMENT EWR, LL  NEWARK    NJ | | $11.24 |
| Apr. 28 | Apr. 30 | COMMANDER'S PALACE    NEW ORLEANS  LA | | $34.40 |



**STATEMENT**
**Card Program**

WILLIAM BRENNAN CTR JST
MICHAEL WALDMAN
Corporate Account ███████████
Aug. 4, 2014 - Sep. 3, 2014

| Trans | Post | Description | Reference | Amount |
|-------|------|-------------|-----------|--------|



**PEREZ, MYRNA**                                                    **ACCOUNT NUMBER** ███████████

| Trans | Post | Description | Reference | Amount |
|-------|------|-------------|-----------|--------|
| Aug. 14 | Aug. 18 | UNITED   01624186774895 800-932-2732 TX | | $615.70 |

NAME: PEREZ/MYRNAMS
DEPART: 08/26/14 ORIGINAL TICKET: ████████
Newark/Elizabeth, New Jersey, United Sta TO Houston, Texas, United States: WA
Houston, Texas, United States TO Corpus Christi, Texas, United States: WA

 **Diners Club** INTERNATIONAL

# STATEMENT
## Card Program

Page 12 of 17

WILLIAM BRENNAN CTR JST
MICHAEL WALDMAN
Corporate Account ▮▮▮▮▮▮▮▮
Aug. 4, 2014 - Sep. 3, 2014

| Trans | Post | Description | Reference | Amount |
|-------|------|-------------|-----------|--------|
| | | | | |
| Aug. 15 | Aug. 18 | UNITED   01624187154564 800-932-2732 TX | | $615.70 |
| | | NAME: MINNITE/LORRAINEC | | |
| | | DEPART: 08/26/14 ORIGINAL TICKET: ▮▮▮▮▮▮ | | |
| | | Newark/Elizabeth, New Jersey, United Sta TO Houston, Texas, United States: WA | | |
| | | Houston, Texas, United States TO Corpus Christi, Texas, United States: WA | | |
| | | Corpus Christi, Texas, United States TO Dallas and Fort Worth, Texas, United Sta: SA | | |
| | | Dallas and Fort Worth, Texas, United Sta TO Newark/Elizabeth, New Jersey, United Sta: SA | | |
| Aug. 26 | Aug. 27 | SQ *ARANDAS TAXI SERVI   Corpus ChristTX | | $28.00 |
| Aug. 26 | Aug. 27 | LNDRY'S-CRPS CHRISTI    CORPUS CHRISTTX | | $28.74 |
| | | | | |
| Aug. 26 | Aug. 28 | UNITED   01624199542114 800-932-2732 TX | | $534.20 |
| | | NAME: PEREZ/MYRNAMS | | |
| | | DEPART: 09/07/14 ORIGINAL TICKET: ▮▮▮ | | |
| | | Newark/Elizabeth, New Jersey, United Sta TO Houston, Texas, United States: QA | | |
| | | Houston, Texas, United States TO Corpus Christi, Texas, United States: QA | | |
| | | Corpus Christi, Texas, United States TO Houston, Texas, United States: KA | | |
| | | Houston, Texas, United States TO Newark/Elizabeth, New Jersey, United Sta: KA | | |
| Aug. 26 | Aug. 28 | UNITED   01624199555672 800-932-2732 TX | | $534.20 |
| | | NAME: PEREZ/MYRNA | | |
| | | DEPART: 09/14/14 ORIGINAL TICKET: ▮▮▮ | | |
| | | Newark/Elizabeth, New Jersey, United Sta TO Houston, Texas, United States: QA | | |
| | | Houston, Texas, United States TO Corpus Christi, Texas, United States: QA | | |
| | | Corpus Christi, Texas, United States TO Houston, Texas, United States: KA | | |
| | | Houston, Texas, United States TO Newark/Elizabeth, New Jersey, United Sta: KA | | |
| Aug. 26 | Aug. 28 | UNITED   01624199568736 800-932-2732 TX | | $691.20 |
| | | NAME: CLARK/JENNIFERL | | |
| | | DEPART: 09/01/14 ORIGINAL TICKET: ▮▮▮ | | |
| | | New York City, New York, United States TO Houston, Texas, United States: QA | | |
| | | Houston, Texas, United States TO Corpus Christi, Texas, United States: QA | | |
| | | Corpus Christi, Texas, United States TO Houston, Texas, United States: VA | | |
| | | Houston, Texas, United States TO New York City, New York, United States: VA | | |
| Aug. 26 | Aug. 28 | UNITED   01629225611285 800-932-2732 TX | | $69.00 |
| | | NAME: CLARK    /ECONOMY PLUS SEAT | | |
| | | DEPART: 09/01/14 ORIGINAL TICKET: ▮▮▮ | | |
| | | New York City, New York, United States TO Houston, Texas, United States: ED | | |
| Aug. 27 | Aug. 28 | SQ *CZECH-MEX BAKERY &   Corpus ChristTX | | $21.50 |
| Aug. 27 | Aug. 29 | VIETNAM RESTAURANT - T  CORPUS CHRISTTX | | $30.00 |
| | | | | |
| Aug. 28 | Aug. 29 | TAILWIND CRP        CORPUS CHRISTTX | | $7.13 |
| | | REF: ▮▮▮ | | |



**STATEMENT**
**Card Program**

WILLIAM BRENNAN CTR JST
MICHAEL WALDMAN
Corporate Account █████████
Aug. 4, 2014 - Sep. 3, 2014

| Trans | Post | Description | Reference | Amount |
|-------|------|-------------|-----------|--------|
| Aug. 28 | Sep. 1 | HOLIDAY INN BAY FRONT   CORP CHRISTI TX | | $382.70 |
| | | PHONE NUMBER: ██████ | | |
| | | FOLIO NUMBER: ████ | | |
| | | ARRIVE: 20140828 | | |
| | | DEPART: 20140828 | | |
| Aug. 28 | Sep. 1 | URBAN TACO        DFW AIRPORT  TX | | $5.41 |
| Sep. 2 | Sep. 3 | OMNI CORPUS CHRISTI    CORPUS CHRISTTX | | $132.35 |
| | | PHONE NUMBER: ██████ | | |
| | | FOLIO NUMBER: ████ | | |
| | | ARRIVE: 20140902 | | |
| | | DEPART: 20140902 | | |

 **Diners Club** INTERNATIONAL

# STATEMENT

WILLIAM BRENNAN CTR JST
MICHAEL WALDMAN
Corporate Account ███████████
Aug. 4, 2015 - Sep. 3, 2015

| Trans | Post | Description | Reference | Amount |
|-------|------|-------------|-----------|--------|



**PEREZ, MYRNA**                                                    **ACCOUNT NUMBER** ███████████

| Trans | Post | Description | Reference | Amount |
|-------|------|-------------|-----------|--------|



**STATEMENT**

WILLIAM BRENNAN CTR JST
MICHAEL WALDMAN
Corporate Account ███████████
Aug. 4, 2015 - Sep. 3, 2015

| Trans | Post | Description | Reference | Amount |
|-------|------|-------------|-----------|--------|
| Aug. 26 | Aug. 27 | CARMELLIMOPASS.COM    NEW YORK    NY<br>REF: | | $62.40 |
| Aug. 27 | Aug. 31 | CARMELLIMOPASS.COM    NEW YORK    NY<br>REF: | | $59.60 |





**STATEMENT**
**Card Program**

Page 18 of 26

WILLIAM BRENNAN CTR JST
MICHAEL WALDMAN
Corporate Account ██████████
Feb. 4, 2014 - Mar. 3, 2014



**PEREZ, MYRNA**                                        **ACCOUNT NUMBER** ██████████

| Trans | Post | Description | Reference | Amount |
|-------|------|-------------|-----------|--------|
| Mar. 1 | Mar. 3 | TAXIPASS HOUSTON KIOSK  08002228294  TX | | $71.50 |
| | | REF: ████ | | |
| Mar. 1 | Mar. 3 | YELLOW CAB COMPANY    HOUSTON    TX | | $66.55 |

 **Diners Club** INTERNATIONAL

# STATEMENT

WILLIAM BRENNAN CTR JST
MICHAEL WALDMAN
Corporate Account █████████
Feb. 4, 2017 - Mar. 3, 2017



**CLARK, JENNIFER**                                                      **ACCOUNT NUMBER** ████████

| Trans | Post | Description | Reference | Amount |
|-------|------|-------------|-----------|--------|
| Feb. 16 | Feb. 20 | UNITED    01623363985014 800-932-2732 TX<br>NAME: CLARK/JENNIFER<br>DEPART: 02/27/17 ORIGINAL TICKET: ████████<br>Windsor Locks (near Hartford), Connectic TO Washington, D.C. / Virginia, United Stat: VA<br>Washington, D.C. / Virginia, United Stat TO Houston, Texas, United States: VA<br>Houston, Texas, United States TO Corpus Christi, Texas, United States: HA<br>Corpus Christi, Texas, United States TO Houston, Texas, United States: QA | | $835.70 |
| Feb. 27 | Mar. 1 | UNITED    01629299362843 800-932-2732 TX<br>NAME: CLARK    /WI-FI LTV-THALES F<br>DEPART: 02/27/17 ORIGINAL TICKET: ████████ | | $7.99 |

 **Diners Club** INTERNATIONAL

# STATEMENT

WILLIAM BRENNAN CTR JST
MICHAEL WALDMAN
Corporate Account ███████████
Feb. 4, 2017 - Mar. 3, 2017

| Trans | Post | Description | Reference | Amount |
|-------|------|-------------|-----------|--------|
| | | Chicago, Illinois, United States TO Houston, Texas, United States: ED | | |
| Feb. 28 | Mar. 1 | OMNI CORPUS CHRISTI    CORPUS CHRISTTX | | $181.30 |
| | | PHONE NUMBER: ███████ | | |
| | | FOLIO NUMBER: ███████ | | |
| | | ARRIVE: 20170227 | | |
| | | DEPART: 20170228 | | |
| Mar. 1 | Mar. 2 | OTG MANAGEMENT        HOUSTON    TX | | $14.04 |



**STATEMENT**
**Card Program**

WILLIAM BRENNAN CTR JST
MICHAEL WALDMAN
Corporate Account ████████████
May 4, 2014 - Jun. 3, 2014



| Trans | Post | Description | Reference | Amount |
|-------|------|-------------|-----------|--------|

**CLARK, JENNIFER**                                    **ACCOUNT NUMBER** ████████████

| Trans | Post | Description | Reference | Amount |
|-------|------|-------------|-----------|--------|
| May 1 | May 5 | AMERICAN  00102666253650 AUSTIN     TX | | $25.00 |
| | | NAME: CLARK/JENNIFER | | |
| | | DEPART: 05/01/14 ORIGINAL TICKET: ████████ | | |
| May 1 | May 5 | JFK TVM*JFK04 JAMAIQPS  NEW YORK    NY | | $6.00 |
| | | **Total Purchases** | | **$31.00** |





**STATEMENT**
**Card Program**

Page 15 of 22

WILLIAM BRENNAN CTR JST
MICHAEL WALDMAN
Corporate Account ████████
May 4, 2014 - Jun. 3, 2014

| Trans | Post | Description | Reference | Amount |
|-------|------|-------------|-----------|--------|



**PEREZ, MYRNA**                                                    **ACCOUNT NUMBER**

| | | | | |
|---|---|---|---|---|
| May 14 | May 16 | UNITED    0162923850231 2 800-932-2732 TX | | $7.99 |
| | | NAME: PEREZ    /INFLIGHT SNACK BOX | | |
| | | DEPART: 05/14/14 ORIGINAL TICKET: ████████ | | |
| | | Newark/Elizabeth, New Jersey, United Sta TO Chicago, Illinois, United States: ED | | |

 **Diners Club** INTERNATIONAL

# STATEMENT

WILLIAM BRENNAN CTR JST
MICHAEL WALDMAN
Corporate Account
May 4, 2016 - Jun. 3, 2016

| Trans | Post | Description | Reference | Amount |
|-------|------|-------------|-----------|--------|
|       |      |             |           |        |

**PEREZ, MYRNA**                                                    **ACCOUNT NUMBER**

| Trans | Post | Description | Reference | Amount |
|-------|------|-------------|-----------|--------|
| May 20 | May 20 | CREPE LENA        WASHINGTON  DC |  | $12.09 |
| May 24 | May 25 | DAISY DUKES CAFE   NEW ORLEANS  LA |  | $15.89 |
| May 25 | May 26 | DAISY DUKES CAFE   NEW ORLEANS  LA |  | $9.14 |



**STATEMENT**
**Card Program**

WILLIAM BRENNAN CTR JST
MICHAEL WALDMAN
Corporate Account 5306 2200 2240 3186
Oct. 4, 2014 - Nov. 3, 2014

| Trans | Post | Description | Reference | Amount |
|---|---|---|---|---|
| Oct. 22 | Oct. 24 | AMTRAK .CO2950662058308 08008727245 DC | 668296341184 | $120.00 |
| | | NAME: BRADFORD/SPIKE | | |
| | | DEPART: 10/22/14 ORIGINAL TICKET: 2950662058308 | | |
| Oct. 23 | Oct. 24 | LIMOUSINE AND VAN SERV 718-4332333 NY | 172967201530 | $265.00 |
| | | REF: 1585303 | | |
| Oct. 30 | Nov. 3 | FEDEX OFFICE 00000828 DALLAS TX | 069448073199 | $92.53 |
| | | REF: VRFAB5926DA5 | | |
| Oct. 30 | Nov. 3 | NYC TAXI 3E43 CLIFTON NJ | 090915918310 | $6.87 |
| | | DESC: MERCHANDISE | | |
| | | **Total Purchases** | | **$3,313.46** |

**VANDEWALKER, IAN**                                    ACCOUNT NUMBER 5528-3200-7020-8495

| Trans | Post | Description | Reference | Amount |
|---|---|---|---|---|
| Oct. 14 | Oct. 15 | Amazon.com AMZN.COM/BILLWA | 000904411167 | $36.13 |
| | | DESC: Buying the Vote: A History of Campa | | |
| | | REF: 115-9665506-12298 | | |
| | | **Total Purchases** | | **$36.13** |

**WALDMAN, MICHAEL**                                    ACCOUNT NUMBER 5528-3200-7056-5753

| Trans | Post | Description | Reference | Amount |
|---|---|---|---|---|
| Oct. 6 | Oct. 7 | CONTINENTAL CAR & LIMO BROOKLYN NY | 200075700048 | $35.00 |
| Oct. 6 | Oct. 8 | NYC TAXI 4H78 WOODSIDE NY | 090055724328 | $16.20 |
| | | DESC: MERCHANDISE | | |
| Oct. 6 | Oct. 8 | NYC-TAXI NEW YORK NY | 439950026837 | $22.10 |
| Oct. 8 | Oct. 9 | RENAISSANCE HOTELS 967 BALTIMORE MD | 004045138154 | $427.28 |
| | | PHONE NUMBER: 4105471200 | | |
| | | FOLIO NUMBER: 2565 | | |
| | | ARRIVE: 20141006 | | |
| | | DEPART: 20141008 | | |
| Oct. 9 | Oct. 13 | NYC TAXI WOODSIDE NY | 261004642139 | $13.70 |
| Oct. 10 | Oct. 13 | NYC-TAXI LONG IS CITY NY | 464169181145 | $8.90 |
| Oct. 13 | Oct. 15 | NYC LPEP LONG ISLAND CNY | 262920897779 | $23.50 |
| Oct. 13 | Oct. 15 | NYC-TAXI WOODSIDE NY | 261010098793 | $36.30 |
| Oct. 15 | Oct. 17 | DELTA 00675006754520 BOSTON MA | 872893068970 | $220.10 |
| | | NAME: WALDMAN/MICHAEL | | |
| | | DEPART: 10/21/14 ORIGINAL TICKET: 00675006754520 | | |
| | | San Francisco, California, United States TO Los Angeles, California, United States: K | | |
| Oct. 15 | Oct. 17 | AGNT FEE 89006266578880 OVATION TRAVEMA | 872891968825 | $35.00 |
| | | NAME: WALDMAN/MICHAEL | | |
| | | DEPART: 10/15/14 ORIGINAL TICKET: 89006266578880 | | |
| Oct. 15 | Oct. 17 | UNITED 01675006754514 800-932-2732 TX | 000813061416 | $1,569.20 |
| | | NAME: WALDMAN/MICHAEL | | |
| | | DEPART: 10/20/14 ORIGINAL TICKET: 01675006754514 | | |
| | | New York City, New York, United States TO San Francisco, California, United States: M | | |
| | | Los Angeles, California, United States TO New York City, New York, United States: E | | |
| Oct. 16 | Oct. 20 | CHARLIE VERGOS RENDEZV MEMPHIS TN | 000160751848 | $30.89 |
| Oct. 17 | Oct. 20 | Amazon.com AMZN.COM/BILLWA | 000331439778 | $19.66 |
| | | DESC: Between Vengeance and Forgiveness: | | |
| | | REF: 110-9573765-80578 | | |



# STATEMENT
## Card Program

WILLIAM BRENNAN CTR JST
MICHAEL WALDMAN
Corporate Account 5306 2200 2240 3186
Oct. 4, 2014 - Nov. 3, 2014

| Trans | Post | Description | Reference | Amount |
|-------|------|-------------|-----------|--------|
| Oct. 16 | Oct. 20 | USAIRWAY  03775009902274 BOSTON      MA | 246900403553 | $220.10 |
| | | NAME: WALDMAN/MICHAEL | | |
| | | DEPART: 10/21/14 ORIGINAL TICKET: 03775009902274 | | |
| | | San Francisco, California, United States TO Los Angeles, California, United States: M | | |
| Oct. 17 | Oct. 20 | MADISON HOTEL        MEMPHIS     TN | 036124296316 | $5.00 |
| | | REF: 12429631 | | |
| | | PHONE NUMBER: 8004307161 | | |
| | | FOLIO NUMBER: 12429631 | | |
| | | ARRIVE: 20141016 | | |
| | | DEPART: 20141017 | | |
| Oct. 17 | Oct. 20 | AGNT FEE 89006267710216 OVATION TRAVEMA | 872911799016 | $35.00 |
| | | NAME: WALDMAN/MICHAEL | | |
| | | DEPART: 10/17/14 ORIGINAL TICKET: 89006267710216 | | |
| Oct. 17 | Oct. 20 | UNITED   01629268759462 800-932-2732 TX | 000690642730 | $59.00 |
| | | NAME: WALDMAN   /ECONOMY PLUS SEAT | | |
| | | DEPART: 10/17/14 ORIGINAL TICKET: 01629268759462 | | |
| | | Memphis, Tennessee, United States TO Newark/Elizabeth, New Jersey, United Sta: ED | | |
| Oct. 17 | Oct. 20 | UNITED   01626063876404 800-932-2732 TX | 000690764625 | $25.00 |
| | | NAME: WALDMAN   /FIRST CHECKED BAG | | |
| | | DEPART: 10/17/14 ORIGINAL TICKET: 01626063876404 | | |
| | | Memphis, Tennessee, United States TO Newark/Elizabeth, New Jersey, United Sta: ED | | |
| Oct. 17 | Oct. 20 | CONTINENTAL CAR & LIMO   BROOKLYN    NY | 200075900017 | $90.50 |
| Oct. 16 | Oct. 20 | NYC-TAXI           LONG IS CITY NY | 464169182748 | $56.10 |
| Oct. 20 | Oct. 21 | GOGOAIR.COM        877-350-0038 IL | 000698113393 | $24.00 |
| Oct. 20 | Oct. 21 | CONTINENTAL CAR & LIMO   BROOKLYN    NY | 200075100029 | $46.00 |
| Oct. 20 | Oct. 21 | CCSF MTA IPS PRKNG MET   SAN FRANCISCOCA | 207733609732 | $0.75 |
| | | REF: 705112615 | | |
| Oct. 20 | Oct. 21 | CCSF MTA IPS PRKNG MET   SAN FRANCISCOCA | 207733403383 | $0.50 |
| | | REF: 705002922 | | |
| Oct. 20 | Oct. 21 | CCSF MTA IPS PRKNG MET   SAN FRANCISCOCA | 207733409133 | $4.00 |
| | | REF: 705027146 | | |
| Oct. 20 | Oct. 21 | CITY OF BERKELEY- IPS   BERKELEY    CA | 200899407070 | $0.80 |
| Oct. 20 | Oct. 22 | PEETS SFO #4        SAN FRANCISCOCA | 206588101166 | $9.36 |
| Oct. 20 | Oct. 22 | UNITED   01629270494445 800-932-2732 TX | 000972700427 | $96.00 |
| | | NAME: WALDMAN   /ECONOMY PLUS SEAT | | |
| | | DEPART: 10/20/14 ORIGINAL TICKET: 01629270494445 | | |
| | | New York City, New York, United States TO San Francisco, California, United States: ED | | |
| Oct. 20 | Oct. 22 | CI OF BERKELEY TELEGRA   BERKELEY    CA | 207299606870 | $5.50 |
| Oct. 20 | Oct. 22 | BALDUCCI S T7 10434884   JAMAICA     NY | 531201357905 | $12.59 |
| | | REF: 8114293349461993 | | |



**STATEMENT**
**Card Program**

Page 8 of 32

WILLIAM BRENNAN CTR JST
MICHAEL WALDMAN
Corporate Account ▇▇▇▇▇▇▇
Sep. 4, 2014 - Oct. 3, 2014



**CLARK, JENNIFER**                                                    **ACCOUNT NUMBER** ▇▇▇▇

| Trans | Post | Description | Reference | Amount |
|---|---|---|---|---|
| Sep. 3 | Sep. 5 | PCC 2179          CORPUS CHRISTTX | | $9.50 |
| Sep. 4 | Sep. 5 | SHORELINE SANDWICH COM   CORPUS CHRISTTX | | $9.46 |
| Sep. 4 | Sep. 5 | MORSELS OMNI CORPUS BA   CORPUS CHRISTTX | | $7.69 |
| Sep. 5 | Sep. 8 | SHORELINE SANDWICH COM   CORPUS CHRISTTX | | $7.52 |
| Sep. 6 | Sep. 8 | UNITED   01626042836876 800-932-2732 TX | | $25.00 |
| | | NAME: CLARK     /FIRST CHECKED BAG | | |
| | | DEPART: 09/06/14 ORIGINAL TICKET: ▇▇▇▇ | | |
| | | Corpus Christi, Texas, United States TO Houston, Texas, United States: ED | | |
| | | Houston, Texas, United States TO New York City, New York, United States: ED | | |



# STATEMENT
# Card Program

WILLIAM BRENNAN CTR JST
MICHAEL WALDMAN
Corporate Account ███████████
Sep. 4, 2014 - Oct. 3, 2014

| Trans | Post | Description | | Reference | Amount |
|---|---|---|---|---|---|
| Sep. 6 | Sep. 8 | OMNI CORPUS CHRISTI | CORPUS CHRISTTX | ████████ | $725.46 |
| | | PHONE NUMBER █ | | | |
| | | FOLIO NUMBER: ██████ | | | |
| | | ARRIVE: 20140901 | | | |
| | | DEPART: 20140906 | | | |





**STATEMENT**
**Card Program**

WILLIAM BRENNAN CTR JST
MICHAEL WALDMAN
Corporate Account ████████████
Sep. 4, 2014 - Oct. 3, 2014



**PEREZ, MYRNA**                                                    **ACCOUNT NUMBER** ████████

| Trans | Post | Description | Reference | Amount |
|-------|------|-------------|-----------|--------|
| Sep. 2 | Sep. 4 | UNITED   01624206412905 800-932-2732 TX | | $764.70 |
| | | NAME: MINNITE/LORRAINE | | |
| | | DEPART: 09/07/14 ORIGINAL TICKET: ████████ | | |
| | | Philadelphia, Pennsylvania, United State TO Houston, Texas, United States: UA | | |
| | | Houston, Texas, United States TO Corpus Christi, Texas, United States: UA | | |
| | | Corpus Christi, Texas, United States TO Dallas and Fort Worth, Texas, United Sta: NA | | |
| | | Dallas and Fort Worth, Texas, United Sta TO Philadelphia, Pennsylvania, United State: NA | | |
| Sep. 2 | Sep. 4 | UNITED   01629230904560 800-932-2732 TX | | $56.00 |
| | | NAME: MINNITE  /ECONOMY PLUS SEAT | | |
| | | DEPART: 09/07/14 ORIGINAL TICKET: ████████ | | |
| | | Philadelphia, Pennsylvania, United State TO Houston, Texas, United States: ED | | |



## STATEMENT
## Card Program

Page 17 of 32

WILLIAM BRENNAN CTR JST
MICHAEL WALDMAN
Corporate Account █████████
Sep. 4, 2014 - Oct. 3, 2014

| Trans | Post | Description | Reference | Amount |
|-------|------|-------------|-----------|--------|
| Sep. 4 | Sep. 8 | | | |
| Sep. 4 | Sep. 8 | | | |
| Sep. 8 | Sep. 9 | MORSELS OMNI CORPUS BA   CORPUS CHRISTTX | | $6.22 |
| Sep. 8 | Sep. 9 | MORSELS OMNI CORPUS BA   CORPUS CHRISTTX | | $7.04 |
| Sep. 8 | Sep. 10 | VIETNAM RESTAURANT - T   CORPUS CHRISTTX | | $42.72 |
| Sep. 8 | Sep. 10 | EXPRESS CAB           CORPUS CHRISTTX | | $41.70 |
| Sep. 9 | Sep. 11 | OMNI CORPUS CHRISTI   CORPUS CHRISTTX | | $274.45 |
| | | PHONE NUMBER:█████ | | |
| | | FOLIO NUMBER: ███████ | | |
| | | ARRIVE: 20140907 | | |
| | | DEPART: 20140909 | | |
| Sep. 9 | Sep. 11 | OMNI CORPUS CHRISTI   CORPUS CHRISTTX | | $9.95 |
| | | PHONE NUMBER:█████ | | |
| | | FOLIO NUMBER: ███████ | | |
| | | ARRIVE: 20140907 | | |
| | | DEPART: 20140909 | | |
| Sep. 9 | Sep. 11 | MORSELS OMNI CORPUS BA   CORPUS CHRISTTX | | $2.00 |
| Sep. 10 | Sep. 11 | OMNI CORPUS CHRISTI   CORPUS CHRISTTX | | $483.98 |
| | | PHONE NUMBER:█████ | | |
| | | FOLIO NUMBER: ███████ | | |
| | | ARRIVE: 20140907 | | |
| | | DEPART: 20140910 | | |
| Sep. 10 | Sep. 12 | EXPRESS CAB           CORPUS CHRISTTX | | $30.50 |
| Sep. 10 | Sep. 12 | WHATABURGER        DALLAS   TX | | $9.07 |
| Sep. 10 | Sep. 12 | PCC 2179           CORPUS CHRISTTX | | $2.14 |
| Sep. 10 | Sep. 12 | | | |
| Sep. 15 | Sep. 17 | UNITED   01624221793176 800-932-2732 TX | | $350.00 |
| | | NAME: PEREZ/MYRNA | | |
| | | DEPART: 09/21/14 ORIGINAL TICKET: █████ | | |
| | | Newark/Elizabeth, New Jersey, United Sta TO Houston, Texas, United States: EA | | |
| | | Houston, Texas, United States TO Corpus Christi, Texas, United States: EA | | |
| | | Corpus Christi, Texas, United States TO Houston, Texas, United States: WA | | |
| | | Houston, Texas, United States TO Newark/Elizabeth, New Jersey, United Sta: WA | | |
| Sep. 15 | Sep. 17 | UNITED   01629241898266 800-932-2732 TX | | $200.00 |
| | | NAME: PEREZ   /CHANGE FEE | | |
| | | DEPART: 09/21/14 ORIGINAL TICKET: ██████ | | |
| | | Newark/Elizabeth, New Jersey, United Sta TO Newark/Elizabeth, New Jersey, | | |
| | | United Sta: ED | | |
| Sep. 16 | Sep. 18 | UNITED   01629242472480 800-932-2732 TX | | $200.00 |
| | | NAME: PEREZ   /CHANGE FEE | | |
| | | DEPART: 09/21/14 ORIGINAL TICKET:█████ | | |
| | | Newark/Elizabeth, New Jersey, United States TO Houston, Texas, United States: ED | | |
| | | Houston, Texas, United States TO Corpus Christi, Texas, United States: ED | | |

 Diners Club INTERNATIONAL

**STATEMENT**
**Card Program**

WILLIAM BRENNAN CTR JST
MICHAEL WALDMAN
Corporate Account
Sep. 4, 2014 - Oct. 3, 2014

| Trans | Post | Description | Reference | Amount |
|---|---|---|---|---|
| | | Corpus Christi, Texas, United States TO Houston, Texas, United States: ED | | |
| | | Houston, Texas, United States TO Newark/Elizabeth, New Jersey, United Sta: ED | | |
| Sep. 17 | Sep. 19 | | | |
| Sep. 19 | Sep. 19 | SEAMLESS          800-905-9322 NY | | $62.88 |
| | | REF: | | |
| Sep. 18 | Sep. 22 | | | |
| Sep. 18 | Sep. 22 | | | |
| Sep. 18 | Sep. 22 | | | |
| Sep. 21 | Sep. 22 | SQ *ARANDAS TAXI SERVI   Corpus ChristTX | | $30.00 |
| Sep. 21 | Sep. 22 | | | |
| Sep. 21 | Sep. 23 | WHATABURGER          DALLAS     TX | | $7.57 |
| Sep. 22 | Sep. 23 | OMNI CORPUS CHRISTI    CORPUS CHRISTTX | | $165.07 |
| | | PHONE NUMBER: | | |
| | | FOLIO NUMBER: | | |
| | | ARRIVE: 20140921 | | |
| | | DEPART: 20140922 | | |
| Sep. 22 | Sep. 23 | OMNI CORPUS CHRISTI    CORPUS CHRISTTX | | $27.02 |
| | | PHONE NUMBER: | | |
| | | FOLIO NUMBER: | | |
| | | ARRIVE: 20140921 | | |
| | | DEPART: 20140922 | | |
| Sep. 22 | Sep. 24 | PCC 2179          CORPUS CHRISTTX | | $3.22 |



**STATEMENT**
**Card Program**

Page 4 of 32

WILLIAM BRENNAN CTR JST
MICHAEL WALDMAN
Corporate Account ▊
Sep. 4, 2014 - Oct. 3, 2014

| Trans | Post | Description | Reference | Amount |
|-------|------|-------------|-----------|--------|



**AGRAHARKAR, VISHAL**                                                      **ACCOUNT NUMBER**

| Trans | Post | Description | Reference | Amount |
|-------|------|-------------|-----------|--------|
| Sep. 8 | Sep. 10 | VIETNAM RESTAURANT - T  CORPUS CHRISTTX | | $24.67 |



**STATEMENT**
**Card Program**

Page 5 of 32

WILLIAM BRENNAN CTR JST
MICHAEL WALDMAN
Corporate Account ▮▮▮▮▮▮
Sep. 4, 2014 - Oct. 3, 2014

| Trans | Post | Description | Reference | Amount |
|-------|------|-------------|-----------|--------|
| Sep. 11 | Sep. 12 | OMNI CORPUS CHRISTI    CORPUS CHRISTI TX | | $548.90 |
| | | PHONE NUMBER: | | |
| | | FOLIO NUMBER: | | |
| | | ARRIVE: 20140907 | | |
| | | DEPART: 20140911 | | |
| Sep. 12 | Sep. 15 | OMNI CORPUS CHRISTI    CORPUS CHRISTI TX | | $132.25 |
| | | PHONE NUMBER: | | |
| | | FOLIO NUMBER: | | |
| | | ARRIVE: 20140907 | | |
| | | DEPART: 20140912 | | |



**Michael Pelle**

---

**From:** Makeda Yohannes
**Sent:** Wednesday, January 17, 2018 12:27 PM
**To:** Michael Pelle
**Subject:** FW: Your Receipt For Carmel Reservation # ███████

**From:** reservations@CarmelLimo.com [mailto:reservations@CarmelLimo.com]
**Sent:** Monday, December 04, 2017 11:09 AM
**To:** MAKEDA.YOHANNES@NYU.EDU
**Subject:** Your Receipt For Carmel Reservation # ███████

| *Trip Receipt* | |
|---|---|
| *Date:* | 12/04/17 |
| *Time:* | 10:45AM |
| *From:* | Jersey City, NJ: 13 Bond St |
| *To:* | EWR |
| *Driver's Car #:* | ██████████ |
| *Fare:* | $43.00 |
| *Gratuity:* | $8.60 |
| *Total:* | $51.60 |

***Charge Summary***

| *Time* | *Charge Description* | *Paid By* | *Amount* |
|---|---|---|---|
| Dec 04 11:08AM | Swipe For Job # ██████ | ████████████ | $51.60 |
| | | | ***$51.60*** |

*Thank you for choosing Carmel.*
Company: **Carmel** TLC Lic. #: **B00256**

## Michael Pelle

**From:** Makeda Yohannes
**Sent:** Wednesday, January 17, 2018 12:27 PM
**To:** Michael Pelle
**Subject:** FW: Your Receipt For Carmel Reservation ████

**From:** reservations@CarmelLimo.com [mailto:reservations@CarmelLimo.com]
**Sent:** Monday, December 04, 2017 11:09 AM
**To:** MAKEDA.YOHANNES@NYU.EDU
**Subject:** Your Receipt For Carmel Reservation ████

<table>
<tr><td colspan="4" align="center">***Trip Receipt***</td></tr>
<tr><td>*Date:*</td><td>12/04/17</td><td></td><td></td></tr>
<tr><td>*Time:*</td><td>10:45AM</td><td></td><td></td></tr>
<tr><td>*From:*</td><td>Jersey City, NJ: 13 Bond St</td><td></td><td></td></tr>
<tr><td>*To:*</td><td>EWR</td><td></td><td></td></tr>
<tr><td>*Driver's Car #:*</td><td>████████</td><td></td><td></td></tr>
<tr><td>*Fare:*</td><td>$43.00</td><td></td><td></td></tr>
<tr><td>*Gratuity:*</td><td>$8.60</td><td></td><td></td></tr>
<tr><td>*Total:*</td><td>$51.60</td><td></td><td></td></tr>
<tr><td colspan="4">***Charge Summary***</td></tr>
<tr><td>*Time*</td><td>*Charge Description*</td><td>*Paid By*</td><td>*Amount*</td></tr>
<tr><td>Dec 04 11:08AM</td><td>████████</td><td>████████</td><td>$51.60</td></tr>
<tr><td></td><td></td><td></td><td>***$51.60***</td></tr>
</table>

*Thank you for choosing Carmel.*
Company: **Carmel** TLC Lic. #: **B00256**

## Michael Pelle

| | |
|---|---|
| **From:** | Makeda Yohannes |
| **Sent:** | Wednesday, January 17, 2018 12:13 PM |
| **To:** | Michael Pelle |
| **Subject:** | FW: Reservation Confirmation ████ for Courtyard New Orleans Downtown Near the French Quarter |

From: Courtyard By Marriott Reservations [mailto:reservations@courtyard-res.com]
Sent: Thursday, November 16, 2017 4:20 PM
To: Makeda Yohannes <yohannesm@brennan.law.nyu.edu>
Subject: Reservation Confirmation ████ for Courtyard New Orleans Downtown Near the French Quarter



Please review your reservation details and keep for your records.

### COURTYARD Marriott

## Courtyard New Orleans Downtown Near the French Quarter

124 St. Charles Avenue New Orleans Louisiana 70130 USA

**+1-504-581-9005    Hotel Website    Map & Directions    Plan Your Stay**

### Reservation Confirmation: ████

#### For Myrna Perez

| CHECK-IN DATE | **Monday, December 4, 2017** | CHECK-OUT DATE | **Tuesday, December 5, 2017** |
|---|---|---|---|
| CHECK-IN TIME | **04:00 PM** | CHECK-OUT TIME | **11:00 AM** |

1

| **Modify your reservation** | **Cancel your reservation** |

**Dear Myrna Perez,**

We are pleased to confirm your reservation at the Courtyard New Orleans Downtown Near the French Quarter. Below is a summary of your booking and room information. We look forward to welcoming you and providing an environment that makes it easy for you to work and relax.

Warm regards,
Courtyard New Orleans Downtown Near the French Quarter

## Enhance Your Stay



**Up to 35% off base rates**

Plus earn up to 5,000 Marriott Rewards Points

⊕ **Learn More**



**Introducing Marriott Moments**

Thousands of Travel Experiences Await You

⊕ **Explore Now**



**We live by the #GoldenRule.**

Treating others like we'd like to be treated has always been our guiding principle.

⊕ **Learn more and share your story**



**Dining In or On-the-Go**

Breakfast and beverage options at The Bistro®

⊕ **See our Menu**



**The Perfect Travel Companion™**

Check in and make requests. Chat anytime.

⊕ Download our app



## Room Details

| | |
|---|---|
| ROOM TYPE | **Newly Renovated, Guest room, 1 King** 🗗 |
| NUMBER OF ROOMS | **1** |
| GUESTS PER ROOM | **1 Adult** |
| GUARANTEED METHOD | **Credit Card Guarantee,** ▮▮▮▮▮ |

## Summary of Charges

**RATES, TAXES & FEES ARE PER ROOM, PER NIGHT (USD)**

| | | |
|---|---|---|
| **Monday, December 4, 2017-Tuesday, December 5, 2017**<br>Regular Rate | **1 night** | **134.00 USD** |
| ESTIMATED GOVERNMENT TAXES & FEES | | **22.11 USD** |

| Total for stay (for all rooms) | 156.11 USD |
| --- | --- |

**Other Charges**

° Off-site parking, fee: 20 USD daily

° Valet parking, fee: 38 USD daily

° Parking is $38.00 per day plus tax

| Modify or cancel your reservation | Book Another Reservation |
| --- | --- |

## Rate Details and Cancellation Policy

° **You may cancel your reservation for no charge until Friday, December 1, 2017 (3 day[s] before arrival).**

° Please note that we will assess a fee of 156.11 USD if you must cancel after this deadline.

° **Please note that a change in the length or dates of your reservation may result in a rate change.**

**RATE GUARANTEE LIMITATION(S)**

° Changes in taxes or fees implemented after booking will affect the total room price.

**ADDITIONAL INFORMATION**

° The Responsible Tourist and Traveler
  A practical guide to help you make your trip an enriching experience

° Upon check-in an authorization request will be placed on your credit/debit card in an amount equal to the cost of the room, tax and incidental charges for the length of your stay (up to seven nights). If your stay exceeds seven nights, an additional authorization may be requested for the entire amount of your stay (room, tax and incidentals). Upon check-out, your payment card will be charged for the actual amount incurred during your stay.

  

Member Rates    Free Wi-Fi    Mobile check-in

**Enjoy Exclusive Benefits**
It Pays to Book Direct ™

Learn more

## Get Rewards With This Stay

Earn up to 1340 points and enjoy free in-room Wi-Fi at participating hotels when you join Marriott Rewards®. You'll earn member benefits every time you book direct.

 **Join Marriott Rewards**

## Contact Us

⊖ **Call 1-800-321-2211 in the US and Canada**          ⊕ **Additional Reservation Information available**

⊖ **Elsewhere, call our worldwide telephone numbers.**

**DOWNLOAD MARRIOTT MOBILE APP**            

## STAY CONNECTED            

### Privacy, Authenticity and Opting Out

Your privacy is important to us. **Please visit our Privacy Statement for full details**.

This email confirmation is an auto-generated message. Replies to automated messages are not monitored. Our Internet Customer Care team is available to assist you 24 hours per day, 7 days per week. **Contact Internet Customer Care**.

### Promotional Email Unsubscribe

If you provided us with your email address for the first time, we will send you a follow-up email to welcome you. We will also send you periodic emails with information about your account balance, member status, special offers and promotions. An opt-out link will be included in each of these emails so that you can change your mind at any time.

If you would prefer to opt out of such emails from Marriott International, Marriott Rewards or The Ritz-Carlton Rewards, **you may do so here**. In addition, you may unsubscribe from The Ritz-Carlton email community **here**.

Please note: Should you unsubscribe from promotional email, we will continue to send messages for transactions such as reservation confirmation, point redemption, etc.

### Confirmation Authenticity

We're sending you this confirmation notice electronically for your convenience. Marriott keeps an official record of all electronic reservations. We honor our official record only and will disregard any alterations to this confirmation that may have been made after we sent it to you.

If you have received this email in error, **please let us know**.

© 1996 - 2017 MARRIOTT INTERNATIONAL, INC. ALL RIGHTS RESERVED. MARRIOTT PROPRIETARY INFORMATION
TERMS OF USE • INTERNET PRIVACY STATEMENT

✓ A confirmation email has been sent to: **kelleye@mercury.law.nyu.edu**

## Trip information

Confirmation number:

New York/Newark, NJ, US (EWR - Liberty) to
Corpus Christi, TX, US (CRP)

# F87170

## Purchase summary

| | |
|---|---|
| 1 adult (18-64) | $369.30 |
| Taxes and fees | $73.30 |

1 adult (18-64): $73.30 /person

| | |
|---|---|
| U.S. Transportation Tax | $17.23 |
| U.S. Transportation Tax | $10.47 |
| September 11th Security Fee | $5.60 |
| U.S. Passenger Facility Charge | $4.50 |
| U.S. Flight Segment Tax | $4.10 |
| U.S. Passenger Facility Charge | $4.50 |
| U.S. Flight Segment Tax | $4.10 |
| September 11th Security Fee | $5.60 |
| U.S. Passenger Facility Charge | $4.50 |
| U.S. Flight Segment Tax | $4.10 |
| U.S. Passenger Facility Charge | $4.50 |
| U.S. Flight Segment Tax | $4.10 |

| **Total** | **$442.60** |
|---|---|

Credit card payment: ████████████

## Trip summary

Monday, February 27, 2017

| 12:59 pm ✈ | 6:49 pm | 1 Connection |
|---|---|---|
| New York/Newark, NJ, US (EWR - Liberty) | Corpus Christi, TX, US (CRP) | 6h 50m total |

New York/Newark, NJ, US (EWR - Liberty) to Houston, TX, US (IAH - Intercontinental)    United Economy (W)

12:59 pm - 4:06 pm (4h 7m)    Meals for purchase

▪ UA 1534 | Airbus A320

📶 Wi-Fi

⚠ Terminal change

1h 38m connection

Houston, TX, US (IAH - Intercontinental) to Corpus Christi, TX, US (CRP)    United Economy (W)

5:44 pm - 6:49 pm (1h 5m)

▪ UA 6038 | Embraer ERJ-175

   Operated By MESA AIRLINES DBA UNITED EXPRESS

⚠ Terminal change

Tuesday, February 28, 2017



| Tue, Feb 28<br>5:30 pm | ✈ | Wed, Mar 1<br>12:16 am | | 1 Connection |
|---|---|---|---|---|
| Corpus Christi, TX, US (CRP) | | New York/Newark, NJ,<br>US (EWR - Liberty) | | 5h 46m total |

Corpus Christi, TX, US (CRP) to Houston, TX, US (IAH - Intercontinental) — United Economy (L)

5:30 pm - 6:34 pm (1h 4m)

**UA 4419** | Embraer RJ145

Operated By EXPRESSJET AIRLINES DBA UNITED EXPRESS

ℹ Terminal change

- - - - - - - - - - - - - - - 1h 26m connection - - - - - - - - - - - - - - -

Houston, TX, US (IAH - Intercontinental) to New York/Newark, NJ, US
(EWR - Liberty) — United Economy (L)

8:00 pm - 12:16 am (3h 16m) — Meals for purchase

**UA 1867** | Boeing 737-900

📶 Wi-Fi      📺 DIRECTV®      🔌 Power outlets

ℹ Terminal change      ℹ Depart IAH: Tue, Feb 28
Arrive EWR: Wed, Mar 1

## Travelers

| Myrna Perez | | |
|---|---|---|
| | EWR to IAH | 31C |
| | IAH to CRP | 18C |
| | CRP to IAH | 10C |
| | IAH to EWR | 32C |
| | Date of birth: | 9/20/1974 |
| | Gender: | F |

## Important travel information

The U.S. government raised the security alert level and implemented extra restrictions to assure the security of air travel. Certain changes in airport procedures and restrictions on items allowed on board aircraft are detailed on the Travel Alert: Elevated Security (http://www.united.com/web/en-US/content/news/travelnotice.security.aspx) page.

Any changes to your flight reservations may incur additional charges.

Airlines require government issued photo identification upon check-in, such as a driver's license or passport.

Passport, visa and health requirements (http://www.united.com/web/en-US/content/travel/destination/international/passport.aspx) may apply for this itinerary. Each passenger must ensure that he or she has all required travel documents as stated in Rule 19 of the Contract of Carriage (http://www.united.com/web/en-US/content/contract.aspx) . Information on this site is provided as a courtesy and should be verified by the passenger before travel. Other resources include the consulate of the destination country and the U.S. Department of State (http://www.travel.state.gov/) .

Please read important information governing airline baggage liability limitations (http://www.united.com/web/en-US/content/travel/baggage/liability.aspx) .

You will be contacted with any changes or additional information such as schedule changes, itinerary changes, etc.

Special services are on a request basis and cannot be guaranteed.

Special meal requests must be received at least 24 hours before the departure of your flight and cannot be guaranteed.

The price displayed includes up to a 7.5% U.S. Federal Transportation Tax on the base amount of the fare on itineraries wholly within the United States. This tax also applies to certain itineraries between the United States and Canada or Mexico. You will not earn PQD or award miles for the full amount of the displayed price for these itineraries because the U.S. Federal Transportation tax is not eligible to earn PQD or miles.

Mileage accrued will vary depending on the terms and conditions of your frequent flyer program. United MileagePlus mileage accrual and other benefits of MileagePlus associated with air travel are subject to the rules of the MileagePlus program.

The award miles and Premier qualifying dollars displayed are calculated using the base fare and any applicable carrier-imposed surcharges for the itinerary. The initial calculation of MileagePlus earnings in the flight search results may be different than the final calculation shown on the Review Trip Itinerary page.

Important baggage information

## Carry-on baggage allowed

United accepts the following items, per customer to be carried on the aircraft at no charge:

- One carry-on bag no more than 45 linear inches or 114 linear centimeters
- One personal item (such as a shoulder or laptop bag).

Due to FAA regulations, operating carriers may have different carry-on requirements. Please check with the operating carrier for more information or go to united.com/baggage (https://www.united.com/web/en-US/t/content/travel/baggage/default.aspx) .

## Checking bags for this itinerary

Checked baggage service charges are collected at any point in the itinerary where bags are checked. The bag service charges below reflect a maximum outside linear dimension of 62 linear inches (157 cm).

| First and second baggage service charges per traveler as listed below: | 1st bag | 2nd bag | Weight per bag |
|---|---|---|---|
| ✈ Mon, Feb 27, 2017<br>New York/Newark, NJ, US (EWR - Liberty) to Corpus Christi, TX, US (CRP) | $25 per traveler | $35 per traveler | 50 lbs (23 kgs) |
| ✈ Tue, Feb 28, 2017<br>Corpus Christi, TX, US (CRP) to New York/Newark, NJ, US (EWR - Liberty) | $25 per traveler | $35 per traveler | 50 lbs (23 kgs) |

These amounts represent an estimate of the first and second checked baggage service charges that may apply to your itinerary. If your itinerary contains multiple travelers, the service charges may vary by traveler, depending on status or memberships.

First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges, allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items or sporting equipment, visit united.com/baggage (https://www.united.com/web/en-US/t/content/travel/baggage/default.aspx) .

## Check Your First Bag for Free



Save up to $100 per roundtrip. Primary Cardmembers and one companion on the same reservation can check their first bag free on United-operated flights when purchasing tickets with their Explorer Card.

https://www.theexplorercard.com/30kAFW?
cell=WFL&int_source=loyalty&mode=dl&int_medium=uacom2&int_c

Learn more 03)

**Phoenix Rice**

| | |
|---|---|
| **From:** | Jennifer Clark |
| **Sent:** | Wednesday, March 22, 2017 10:54 AM |
| **To:** | Phoenix Rice |
| **Subject:** | Fw: Your United reservation for Corpus Christi, TX, US (CRP) is processing |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**From:** United Airlines, Inc. <unitedairlines@united.com>
**Sent:** Thursday, February 16, 2017 5:00 PM
**To:** jenniferl.clark@nyu.edu
**Subject:** Your United reservation for Corpus Christi, TX, US (CRP) is processing

Add UnitedAirlines@news.united.com to your address book. See instructions.

 | Thursday, February 16, 2017

# Thank you for choosing United

  We're processing your reservation and will send you an eTicket Itinerary and Receipt email once completed. This process usually takes less than an hour, but in rare cases it could take longer. If you don't receive an eTicket Itinerary and Receipt email within 24 hours, please call the United Customer Contact Center

Confirmation number:

# B9BHNY

Hartford, CT, US (BDL)
to Corpus Christi, TX, US (CRP)

Manage reservation

## Purchase summary

| | |
|---|---|
| 1 adult (18-64) | $731.17 |
| Taxes and fees | $104.53 |

**Total**                                                                      $835.70
Credit card payment: $835.70 ███████████

# Trip summary
Mon, Feb 27, 2017



UA 6048 Operated By MESA AIRLINES DBA UNITED EXPRESS     2 Connections
7h 48m total

**10:10 am** → **11:39 am**     Duration: 1h 29m
Hartford, CT, US (BDL)     Washington, DC, US (IAD -     United Economy (V)
Dulles)

Terminal change

52m Layover

UA 484

**12:31 pm** → **3:09 pm**     Duration: 3h 38m
Washington, DC, US (IAD -     Houston, TX, US (IAH -     United Economy (V)
Dulles)     Intercontinental)     Meals for purchase

Wi-Fi   Power outlets

Terminal change

40m Layover

UA 4217 Operated By EXPRESSJET AIRLINES DBA UNITED EXPRESS

**3:49 pm** → **4:58 pm**     Duration: 1h 9m
Houston, TX, US (IAH -     Corpus Christi, TX, US (CRP)     United Economy (H)
Intercontinental)

Terminal change

Tue, Feb 28, 2017

UA 4419 Operated By EXPRESSJET AIRLINES DBA UNITED EXPRESS     1 Connection
5h 19m total

**Phoenix Rice**

| | |
|---|---|
| **From:** | Jennifer Clark |
| **Sent:** | Tuesday, February 28, 2017 3:59 PM |
| **To:** | Phoenix Rice |
| **Subject:** | Fwd: Omni Hotels Guest Receipt ███ |

Phoenix, this will show up on my cc

Begin forwarded message:

**Resent-From:** <clarkj@mercury.law.nyu.edu>
**From:** <guestfolio@omnihotels.com>
**Date:** February 28, 2017 at 1:03:08 PM CST
**To:** <jenniferl.clark@nyu.edu>
**Subject: Omni Hotels Guest Receipt** ███



### Receipt for Jennifer Clark
### Confirmation #40027258243





**Omni Corpus Christi Hotel**
900 North Shoreline Boulevard
Corpus Christi TX US 78401
Phone: 361-887-1600

| | |
|---|---|
| Room No: | ███ |
| Nights: | 1 night |
| Arrival: | 02/27/2017 |
| Departure: | 02/28/2017 |

**Stay Charges:**

| Date | Description | Amount |
|---|---|---|
| 02-27-2017 | WIFI INTERNET ACCESS | 9.95 USD |
| 02-27-2017 | ROOM CHARGE | 149.00 USD |
| 02-27-2017 | CITY OCC TAX - 9% | 13.41 USD |
| 02-27-2017 | STATE OCC TAX - 6% | 8.94 USD |
| 02-28-2017 | MASTERCARD | -181.30 USD |

Total Due: 0.00 USD

Personal Experience

Form Modified: 07/31/09

| Employee Name: | Vishal Agraharkar |
|---|---|
| Expense Report #: | VA-050-015 |

VA-0121111
VA-060114

| Program: | 54010 |
|---|---|
| Project: | R0646 |

RG326

| Date of Charge | Purpose of the Expense | Cash and Personal Card Charges | | | | Misc. Descripti |
|---|---|---|---|---|---|---|
| | | Transp. | Lodging | Meals | Misc Exp | |
| 4/22/2014 | Dinner during Texas trip for Ingram deposition | | | B: _____ L: _____ D: $ 10.77 | | See Citi report for receipt |
| 4/23/2014 | Dinner during Texas trip for Ingram deposition | | | B: _____ L: _____ D: $ 18.74 | | See Citi report for receipt |
| 4/23/2014 | Taxi from Dechert office to friend's house (to pick up luggage) re: Texas trip for Ingram deposition | $ 19.00 | | B: _____ L: _____ D: | | |
| 4/24/2014 | Taxi to Austin Airport re: Texas trip for Ingram deposition | $ 35.90 | | B: _____ L: _____ D: | | |
| 4/24/2014 | Checked bag fee on return flight re: Texas trip for Ingram deposition | | | B: _____ L: _____ D: | $25.00 | |
| 4/24/2014 | Air Train from JFK to Jamaica Station re: Texas trip for Ingram deposition | $ 4.75 | | B: _____ L: _____ D: | | |
| 4/24/2014 | Long Island Railroad Fare from Jamaica Station re: Texas trip for Ingram deposition | $ 9.50 | | B: _____ L: _____ D: | | |
| | | | | B: _____ L: _____ D: | | |
| | | | | B: _____ L: _____ D: | | |
| | Category | $ 69.15 | | $ 29.51 | $25.00 | |
| | Cash/Personal Card Subtotal: | | | | | |
| | TOTAL: | | | | $ 123.66 | $ 123.66 |

entered AT 06/24/2014

#14Staff-0601-VA
#VA-06014
22-54010-R6386-6551 0-$69.15
"  -  "  -  "  -6551 2-$29.51

08/01/14

posted 06/25/14

Employee Signature:
Supervisor Approval:

Date Approved: 5/22/14

#14Staff-0625
06/25/14

*Personal* *Regence*

R6326 ✓

Form Modified: 07/31/09

| Employee Name: | Vishal Agraharkar |
|---|---|
| Expense Report #: | VA-658-014 |

VA-012214  14 (13)
VA-060114

| Program: | 54010 |
|---|---|
| Project: | ~~Doors~~ |

| Date of Charge | Purpose of the Expense | Cash and Personal Card Charges | | | | Misc. Descripti |
|---|---|---|---|---|---|---|
| | | Transp. | Lodging | Meals | Misc Exp | |
| 4/17/2014 | Taxi home from Brennan Center after working late re: Texas litigation | $ 14.50 | | B:<br>L:<br>D: | | See Citi report for receipt |
| 4/18/2014 | Taxi home from Brennan Center after working late re: Texas litigation | $ 15.00 | | B:<br>L:<br>D: | | See Citi report for receipt |
| 4/20/2014 | Taxi home from Brennan Center after working late re: Texas litigation | $ 13.10 | | B:<br>L:<br>D: | | See Citi report for receipt |
| 4/21/2014 | Taxi home from Brennan Center after working late re: Texas litigation | $ 14.50 | | B:<br>L:<br>D: | | See Citi report for receipt |
| 4/22/2014 | One night stay at Hampton Inn re: Texas trip for Ingram deposition | | $ 164.68 | B:<br>L:<br>D: | | See Citi report for receipt |
| 4/22/2014 | Checked bag fee on flight re: Texas trip for Ingram deposition | | | B:<br>L:<br>D: | $25.00 | See Citi report for receipt |
| 4/22/2014 | Air Train fare to JFK Airport re: Texas trip for Ingram deposition | $   5.00 | | B:<br>L:<br>D: | | Missing receipt |
| 4/22/2014 | Long Island Railroad fare re: Texas trip for Ingram deposition | $   7.00 | | B:<br>L:<br>D: | | |
| 4/22/2014 | Taxi from Austin airport to hotel re: Texas trip for Ingram deposition | $ 30.10 | | B:<br>L:<br>D: | | See Citi report for receipt |
| | Category | $ 99.20 | $ 164.68 | $      . | $25.00 | |
| | Cash/Personal Card Subtotal: | | | | | |
| | TOTAL: | | | | $ 288.88 | $  288.88 |

Employee Signature: _____

Supervisor Approval: _____   Date Approved: 5/26/2014

6553 0
6553 0     6551 0
6553 0
6553 0

6551 1
~~6551 0~~ 6572 0
6551 0
6551 0
6551 0
entered
AT
06/24/14

# 14 staff-0625
06/25/14 ☒

Lone Island Rail Road

Station # 9012  PennStation

| Sold Tickets | Amount |
|---|---|
| O/W Off Peak | $7.00 |

Total Amount          $7.00

Payment: Credit       $7.00

Lone Island Rail Road...
                going your way
TSN ID #                    1221
Transaction #           1651736
Card #          ###########9859
Date / Time      04/22/14 14:52

---

*airport*

Lone Star Cab
Cab #62

208 West Powell LN
Austin. TX
(512)836-4900

Start Date          04/22/14
Start Time          20:24

End Date            04/22/14
End Time            20:42

Date                04/22/14
Time                20:43:06

Distance             9.30mi

FARE.................$  26.10
EXTRAS..............$   0.00
TIP.................$   4.00

TOTAL...............$  30.10

Master Card
xxxx xxxx xxxx 9859
MID 445100028999
Authorization 87203P

****NO SIGNATURE REQUIRED****

4 WAYS TO BOOK OUR TAXIS:
   - Call (512)836-4900
 - http://lonestarcabaustin.com/
                        TSMAGIC
                        C App

| | |
|---|---|
| **From:** | etickets@amtrak.com |
| **To:** | Schuit, Sophie; Schuit, Sophie |
| **Subject:** | Amtrak: eTicket and Receipt for Your 04/22/2015 Trip - MYRNA PEREZ |
| **Date:** | Wednesday, April 15, 2015 4:41:27 PM |
| **Attachments:** | Perez Myrna 201504151641250474.pdf |

## SALES RECEIPT

Purchased: 04/15/2015 1:41 PM PT

Thank you for your purchase.

1. Retain this receipt for your records.
2. Print the attached eTicket and carry during your trip.

Merchant ID 00718
60 Massachusetts Avenue
Washington, DC 20002
800-USA-RAIL
Amtrak.com

# Reservation Number - AEE7B1

### NEWARK PENN STA, NJ - WASHINGTON, DC (Round-Trip)

APRIL 15, 2015

## Billing Information

MYRNA PEREZ
161 AVENUE OF THE AMERICAS 12 FL
NEW YORK, NY 10013

| | | |
|---|---|---|
| ▮▮▮▮ (Purchase) | **Total** | **$318.00** |
| Authorization Code ▮▮▮▮ | | |

## Purchase Summary - Ticket Number ▮▮▮▮

| Train 185: NEWARK (PENN STATION), NJ - WASHINGTON, DC | |
|---|---|
| Depart 8:27 AM, Wednesday, April 22, 2015 | |
| 1 RESERVED COACH SEAT | $149.00 |
| **Subtotal** | **$149.00** |
| **Train 138: WASHINGTON, DC - NEWARK (PENN STATION), NJ** | |
| Depart 6:05 PM, Wednesday, April 22, 2015 | |
| 1 RESERVED COACH SEAT | $169.00 |
| **Subtotal** | **$169.00** |
| **Total Charged by Amtrak** | **$318.00** |

## Passengers

Myrna Perez

## Important Information

- Tickets are non-transferrable.
- Changes to your itinerary may affect your fare.
- Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply. If your travel plans change, call us before departure to change your reservation. If you do not board your train, your entire reservation from that point will be canceled. If you board a different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money paid for your prior reservation. For all travel on or after March 1, 2014, for most Acela Express Business class reservations and Reserved Coach class reservations, you must cancel your reservation at least 24 hours prior to the train's departure in order to be eligible for a full refund. If the reservation is canceled within 24 hours of departure, a refund fee will apply. If the reservation is not canceled prior to scheduled departure ("no show"), the entire amount paid for the reservation will be forfeited. See the refund/exchange policy at Amtrak.com/refund.
- Summary of Conditions of Contract: Ticket valid for carriage or refund (subject to the refund rules of the fare purchased) for twelve months after date of issue unless otherwise specified. Amtrak tickets may only be sold or issued by Amtrak or an authorized travel agent/tour operator. Tickets sold or issued by an unauthorized third party will be voided by Amtrak. This ticket is a contract of carriage between Amtrak and the ticket holder, which is subject to specific terms and conditions, which are available for inspection at Amtrak ticket counters, on the Amtrak website at Amtrak.com/conditionsofcontract, or by calling 1-800-USA-RAIL. Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.
- Questions? Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or TDD/TTY (1-800-523-6590).

**From:** Whitelemons, Carson
**To:** Schuit, Sophie
**Subject:** FW: eTicket Itinerary and Receipt for Confirmation A3NNDB
**Date:** Monday, April 20, 2015 9:52:12 AM

**From:** United Airlines, Inc. [mailto:unitedairlines@united.com]
**Sent:** Thursday, April 16, 2015 6:18 PM
**To:** CARSON.WHITELEMONS@nyu.edu
**Subject:** eTicket Itinerary and Receipt for Confirmation A3NNDB



Confirmation:



Check-In >

Issue Date: April 16, 2015

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| PEREZ/MYRNA | | | 23A/---/--- |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Mon, 27APR15 | UA446 | S | NEWARK, NJ (EWR - LIBERTY) **7:16 PM** | NEW ORLEANS, LA (MSY) **9:38 PM** | A-319 | Purchase |
| Tue, 28APR15 | US1798 | V | NEW ORLEANS, LA (MSY) **4:15 PM** | CHARLOTTE, NC (CLT) **7:08 PM** | A-319 | |

Flight operated by US AIRWAYS.

| | | | | | | |
|---|---|---|---|---|---|---|
| Tue, 28APR15 | US1976 | V | CHARLOTTE, NC (CLT) **8:20 PM** | NEWARK, NJ (EWR - LIBERTY) **10:11 PM** | A-321 | |

Flight operated by US AIRWAYS.

**FARE INFORMATION**

**Fare Breakdown**                          **Form of Payment:**
Airfare:                          379.53USD
U.S. Transportation Tax:          28.47
U.S. Flight Segment Tax:          12.00
September 11th Security Fee:       11.20
U.S. Passenger Facility Charge:   12.00
Per Person Total:                 443.20USD

**eTicket Total:**                 **443.20USD**

The airfare you paid on this itinerary totals: 379.53 USD

**The taxes, fees, and surcharges paid total: 63.67 USD**

Fare Rules:        Additional charges may apply for changes in addition to any fare rules listed.

                   NONREF/0VALUAFTDPT/CHGFEE
                   Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| | | st | nd | | |
|---|---|---|---|---|---|

| Origin and destination for checked baggage | 1   bag | 2   bag | Max wt / dim per piece |
|---|---|---|---|
| 4/27/2015 Newark, NJ (EWR - Liberty) to New Orleans, LA (MSY) | 25.00 USD | 35.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |
| 4/28/2015 New Orleans, LA (MSY) to Newark, NJ (EWR - Liberty) | 25.00 USD | 35.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |

## Important Information about MileagePlus Earning

Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program

Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual

You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown

PQD are a Premier status requirement for members in the U.S. only.

Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

## Additional Baggage Information

**The above amounts represent an estimate of the first and second checked baggage service charges that may apply to your itinerary.**

**If your itinerary contains multiple travelers, the service charges may vary by traveler, depending on status or memberships.**

### Carry-on baggage information

United accepts one carry-on item with maximum dimensions of 9"x14"x22" (22 cm + 35 cm + 56 cm) in the aircraft cabin, along with one personal item such as a laptop bag with maximum dimensions of 9"x10"x17" (22 cm + 25 cm + 43 cm).

Due to FAA regulations, operating carriers may have different carry-on requirements.

Please check with the operating carrier for more information or go to united.com.

### General Baggage Information

First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges

allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items

or sporting equipment, visit united.com/baggage.

## eTicket Reminders

**Check-in Requirement** - Bags must be checked and boarding passes obtained at least 30 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.

**EXCEPTION**: When departing from Anchorage, Atlanta, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Fort Lauderdale, Honolulu, Houston, Indianapolis, Jacksonville, Kahului, Kona, Las Vegas, Los Angeles,

Maui, Miami, Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Reno, San Francisco, San Juan, PR, St. Louis, Seattle, Tampa or Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes.

**Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.

Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.

Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.

The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger.

For up to the minute flight information, sign-up for your Flight Status E-mail at united.com or call 1-800-824-6200; in Spanish 1-800-426-5561.

If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.

For the most current status of your reservation, flights and other important policies, go to united.com.

Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above.

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care contact form at united.com

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years imprisonment and penalties of $250,000 or more (49 U.S.C. 5124).

Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods

include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials.

Additional information can be found on:

united.com restricted items page
FAA website Pack Safe page
TSA website Prohibited Items page

## Proud Member of Star Alliance

We are making connections so you make yours. You can earn and redeem miles on 27 member airlines offering over 18,000 daily flights to more than 1,300 destinations worldwide.

Go to www.staralliance.com to find out more. You've earned it.

## IMPORTANT CONSUMER NOTICES

**Incorporated Terms** - Your travel is subject to United's Contract of Carriage terms. The Contract is available for inspection at any UA ticketing facility, united.com, or by calling 1-800-UNITED-1. Passengers have the right to receive the full text of the terms incorporated by reference free of charge by mail or other delivery service. The Contract terms include rules about limits on liability for personal injury or death and for loss, damage, or delay of goods and baggage, check-in times, overbooking, security issues, reservations, denial of carriage, refunds, claims limits and restrictions, including time limitations for filing a claim or lawsuit, and schedule changes and irregularities. The Contract of Carriage contains further detail of these terms.

**Additional Terms** - Depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to one or more of the following, may apply to your travel: (1) the ticket may not be refundable but may be exchangeable for a fee with another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) travel may be restricted to specific flights and/or times and minimum and/or maximum stay may be required.

**Baggage Liability** - On domestic flights, United's maximum liability limit for checked baggage is $3400 USD per passenger and United excludes liability for all unchecked baggage. For travel within the U.S., United excludes liability for fragile, valuable or perishable items carried in all baggage including jewelry, computers, cash, camera equipment and similar valuables. If any of these items are lost, damaged or delayed, you will not be entitled to any reimbursement. You can declare excess valuation on certain baggage at the airport, additional fees will apply.

**ADVICE TO INTERNATIONAL PASSENGERS ON CARRIER LIABILITY** – Passengers on a journey involving an ultimate destination or stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including special contracts of carriage embodied in applicable tariffs, governs and may limit the liability of the Carrier in respect of death of or injury to passengers, and for destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

**Notice—Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadline which are available upon request from the air carrier, persons denied boarding involuntarily are entitled to compensation. *The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. Some airlines do not apply*

*these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

**Personal Health** - For important health tips before your flight, including information on a serious condition called Deep Vein Thrombosis, please go to united.com.

**Thank you for choosing United Airlines**

united.com

Legal Notices, Privacy Policy

Copyright © {0} United Airlines, Inc. All rights reserved.

**Please do not reply to this message using the " reply " address.**

For assistance, please contact United Airlines via telephone or via e-mail.2015

| | |
|---|---|
| **From:** | Whitelemons, Carson |
| **To:** | Schuit, Sophie |
| **Subject:** | FW: Your booking at Clarion Grand Boutique Hotel |
| **Date:** | Wednesday, April 15, 2015 9:45:15 AM |



**From:** Booking.com [mailto:customer.service@booking.com]
**Sent:** Tuesday, March 17, 2015 3:22 PM
**To:** vishal.agraharkar@nyu.edu
**Subject:** Your booking at Clarion Grand Boutique Hotel

     Get the print version

## Thanks, Vishal! Your reservation is now confirmed.

### Clarion Grand Boutique Hotel  Value Deal

| Hotel info | | |
|---|---|---|
| | **Address:** | 2001 St. Charles Avenue |
| | | Central City |
| | | New Orleans (Louisiana), LA 70130, United States of America |
| | **Phone:** | ███████ |
| | **Getting there:** | Show directions |

Manage your booking

 Get the print version

| | |
|---|---|
| **Booking number** | ███████ |
| **PIN Code** | ███ |
| **Your reservation** | 1 night, 3 rooms Change |
| **Check-in** | Monday, April 27, 2015 (from 3:00 PM) |
| **Check-out** | Tuesday, April 28, 2015 (until 12:00 PM) |
| **Booked by** | Vishal Agraharkar (vishal.agraharkar@nyu.edu) |

**3 rooms**

**14.75 % TAX is included.**

**US$ 1 City tax per night is included.**

## Total Price                                                    **$519.34**


Best Price Guaranteed

You'll pay when you stay at Clarion Grand Boutique Hotel

Please note: additional supplements (e.g. extra bed) are not added to this total.

The total price shown is the amount you will pay to the property. Booking.com does not charge any reservation, administration or other fees.

# Clarion Grand Boutique Hotel  Value Deal

## Room 1: Standard King Room - Non-Smoking

A sitting area with a cable TV is featured in this room.

| Guest name | Myrna Perez Edit guest name |
|---|---|
| Number of guests | max. 2 people. Edit number of guests |
| Meal plan | Breakfast is included in the room rate. |
| Prepayment | No deposit will be charged. |
| Cancellation policy | If canceled up to 1 day before the date of arrival, no fee will be charged.If canceled later or in case of no-show, 100 percent of the first night will be charged. |
| | Any cancellation or modification fees are determined by the property. Additional costs will be paid to the property. |
| Cancellation cost | • Until April 25, 2015 11:59 PM [New Orleans]: $0 |
| | • From April 26, 2015 12:00 AM [New Orleans]: $149.99 |
| | Cancel Room |
| Room costs | 14.75 % TAX is included. |

US$ 1 City tax per night is included.

| | |
|---|---|
| **Total price for this room:** | **$173.11** |

## Room 2: Standard King Room - Non-Smoking

A sitting area with a cable TV is featured in this room.

| | |
|---|---|
| **Guest name** | Vishal Agraharkar Edit guest name |
| **Number of guests** | max. 2 people. Edit number of guests |
| **Meal plan** | Breakfast is included in the room rate. |
| **Prepayment** | No deposit will be charged. |
| **Cancellation policy** | If canceled up to 1 day before the date of arrival, no fee will be charged.If canceled later or in case of no-show, 100 percent of the first night will be charged.<br><br>Any cancellation or modification fees are determined by the property. Additional costs will be paid to the property. |
| **Cancellation cost** | • Until April 25, 2015 11:59 PM [New Orleans]: $0<br>• From April 26, 2015 12:00 AM [New Orleans]: $149.99<br>Cancel Room |
| **Room costs** | 14.75 % TAX is included.<br>US$ 1 City tax per night is included.<br>**Total price for this room:**   **$173.11** |

## Room 3: Standard King Room - Non-Smoking

A sitting area with a cable TV is featured in this room.

| | |
|---|---|
| **Guest name** | Jennifer Clark Edit guest name |
| **Number of guests** | max. 2 people. Edit number of guests |
| **Meal plan** | Breakfast is included in the room rate. |
| **Prepayment** | No deposit will be charged. |
| **Cancellation policy** | If canceled up to 1 day before the date of arrival, no fee will be charged.If canceled later or in case of no-show, 100 percent of the first night will be charged.<br><br>Any cancellation or modification fees are determined by the property. Additional costs will be paid to the property. |
| **Cancellation cost** | • Until April 25, 2015 11:59 PM [New Orleans]: $0<br>• From April 26, 2015 12:00 AM [New Orleans]: $149.99<br>Cancel Room |
| **Room costs** | 14.75 % TAX is included. |

| | |
|---|---|
| US$ 1 City tax per night is included. | |
| **Total price for this room:** | **$173.11** |

## Is everything correct?

You can always view or change your booking online – no registration required.

- Edit credit card details
- Request early check-in or late check-out
- Contact the property

- Change dates
- Edit guest details

## ◼ Important Information

You must show a valid photo ID and credit card upon check-in.

Guests are required to show a photo ID and credit card upon check-in. Please note that all Special Requests are subject to availability and additional charges may apply.

## Payment

You have now confirmed and guaranteed your reservation by credit card.

All payments are to be made at the property during your stay, unless otherwise stated in the policies.

The hotel reserves the right to pre-authorize credit cards prior to arrival.

**This property accepts the following forms of payment:**
American Express, Visa, Euro/Mastercard, Diners Club, Discover, Carte Blanche

## Booking Conditions

| | |
|---|---|
| **Guest parking** | Private parking is available on site (reservation is not needed) and charges may apply. |
| **Internet** | WiFi is available in all areas and is free of charge. |

See all Booking Conditions

## Need help with your reservation?

| | |
|---|---|
| **Contact the property** | Phone: +15045589966 |
| **Manage your booking** | You can view your reservation or make changes online anytime.<br><br>Email Customer Service<br>Support in English: 1 (888) 850 3958<br>Support in Spanish: 1 (866) 938 1297<br>When abroad : +44 20 3320 2609 |

## Get the free Booking.com apps for paperless check-in

Access this confirmation - even when you're offline!

Get it on Google Play



Need a car? Great deals on rentals guaranteed from priceline.com
Check out rental car prices near your destination.

*Have a great trip!*
*Booking.com Customer Service Team*

Copyright © 1996–2015 Booking.com. All rights reserved.
This email was sent by Booking.com, Herengracht 597, 1017 CE Amsterdam, Netherlands

0116
Server: DAVID W                    Rec:117
04/28/15 14:38, Swiped-  T: 522 Term:  9

COMMANDER'S PALACE
1427 WASHINGTON AVENUE
NEW ORLEANS, LA
(504)899-8231
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
MASTER CARD      XXXXXXXXXXXX4230
Name: MYRNA PEREZ
00 TRANSACTION APPROVED
AUTHORIZATION #: 074012
Reference: 0428020000116
TRANS TYPE: Credit Card SALE

CHECK:                    28.40

TIP:                      ____.__

TOTAL:                    ____.__


X_____

PHONE: (      )      -
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT



# 365

BUY ONE GET ONE FREE QUARTER POUNDER
W/CHEESE OR EGG MCMUFFIN
Go to www.mcdvoice.com within 7 days
and tell us about your visit.
Validation Code: _____
Expires 30 days after receipt date.
Valid at participating US McDonald's.

T944 PENN STATION
NEWARK
NJ
07102
I I I THANK YOU I I I
TEL# 973 624 5034 Store# 7944

KS# 3                    Apr.22'15 (Wed)

MFY SIDE 2 KVS Order 65

|                                      | TOTAL |
| ------------------------------------ | ----- |
| QTY ITEM                             |       |
| 1 Egg McMuffin M)                    | 5.39  |
| 1 Bottled Water                      | 0.70  |
|   <Drink Upcharge>                   |       |
| Subtotal                             | 6.09  |
| Tax                                  | 0.43  |
| Take-Out Total                       | 6.52  |
| Cashless                             | 6.52  |
| Change                               | 0.00  |

NER# 47418902
CARD ISSUER          ACCOUNT#
Master SALE     ************4230
AUTHORIZATION CODE - 070072
SEQ# 150699

McDonald's Restaurant

**From:**       reservations@CarmelLimo.com
**To:**         sophie.schuit@nyu.edu
**Subject:**    Your Receipt For Carmel Reservation ████
**Date:**       Monday, April 27, 2015 6:03:35 PM

---

### *Trip Receipt*

*Date:*         4/27/15
*Time:*         4:30PM
*From:*         161 6 Ave (Vandam St / Spring St)
*To:*           EWR
*Driver's Car #:*  ████████████████

---

*Basic Fare:*   $51.00
*Tolls:*        $17.00
*Gratuity:*     $10.00
***Total:***    **$78.00**

**Charge Summary**

| *Time* | *Charge Description* | *Paid By* | *Amount* |
|---|---|---|---|
| *Apr 27 5:15PM* | *Credit-Card Swipe* | ██████████████ | *$78.00* |
|  |  |  | ***$78.00*** |

*Thank you for choosing Carmel.*
Company  **Carmel** TLC Lic. #  **B00256**



Auntie Anne's
DC #104
Union Station Concourse T009
50 Massachusetts Ave NE
Washington DC 20002

Date:        04/22/2015 12:23PM
Card Type:  Visa/Mc
Acct Num:   *************4230
Exp Date:   **/**
Card Entry: SWIPED
Trans Type: PURCHASE
Auth Code:  060132
Check:      964
Server:     1003 Jose
Ref Number: 511213970293

Amount:                $3.73

**CUSTOMER COPY**



OTG MANAGEMENT
NEWARK INT'L AIRPORT TERMINAL C
C1 Vo Banh M1

018 C/VQQSR
-----------------------------
5486   Vo_QSR-djdq        GST 1
       APR27'15  6:10PM
-----------------------------

To Go

1 LOC LAC NOODLES        10.50

Food                     10.50
Sales Tax                 0.74
AMOUNT PAID              11.24
XXXXXXXXXXXXX4230        XX/XX
Master Card              11.24
--20219 CLOSED APR27 06:10PM---

Thank You!
We want your feedback.
Please call 866-508-3552
or visit www.anOTGexperience.com

**E-Ticket Confirmation-CSMDXX 23MAY**
American Airlines@aa.com [notify@aa.globalnotifications.com]
**Sent:** Thursday, May 12, 2016 7:26 PM
**To:**   Perez, Myrna

   Reservations    Redeem Miles    My Account    Deals   

# eTicket Itinerary & Receipt Confirmation

Ticket Issued: May 12, 2016

## Myrna Perez,

Thank you for choosing American Airlines / American Eagle, a member of the **one**world® Alliance.  Below are your itinerary and receipt for the ticket(s) purchased.  Please print and retain this document for use throughout your trip.

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using  www.aa.com/checkin or at a Self-Service Check-In machine at the airport.  Check-in options may be found at  www.aa.com/options.  For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo.

To receive updated flight status notifications, please visit www.aa.com/notifications.

**For faster check-in  at the airport, scan the barcode below at any AA Self-Service machine.**

You must present a government-issued photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

You can now Manage Your Reservation on aa.com, where you can check in and purchase additional items to customize your journey. A variety of seating options are also available for purchase to enhance your travel with features such as convenient front of cabin location, extra legroom and early boarding.

     




Earn 30,000 bonus miles, plus waive your checked bag fee
Learn more »



| Record Locator | ████████ |

# Itinerary

| Carrier | Flight # | Departing | Arriving | Fare Code |
|---------|----------|-----------|----------|-----------|
| American | 2164 | NEW YORK LGA<br>MON 23MAY<br>5:00 PM | WASHINGTON REAGAN<br><br>6:26 PM | W |
| Myrna Perez | Seat 21C | Economy | | |
| American Airlines | 4564 | WASHINGTON REAGAN<br>MON 23MAY<br>7:40 PM | NEW ORLEANS<br><br>9:39 PM | W |
| | | OPERATED BY REPUBLIC AIRLINES AS AMERICAN EAGLE | | |
| Myrna Perez | | Economy | | Food For Purchase |
| American | 1793 | NEW ORLEANS<br>TUE 24MAY<br>6:25 PM | CHARLOTTE<br><br>9:20 PM | V |
| Myrna Perez | Seat 19B | Economy | | |
| American | 1384 | CHARLOTTE<br>TUE 24MAY<br>10:15 PM | NEWARK<br><br>12:02 AM | V |
| Myrna Perez | Seat 19E | Economy | | |

# Receipt

| Passenger | Ticket # | Fare-USD | Taxes and Carrier-Imposed Fees | Ticket Total |
|-----------|----------|----------|-------------------------------|--------------|
| ▮ Myrna Perez | ████████ | 367.44 | 71.26 | 438.70 |

**Baggage Information**

Baggage charges for your itinerary will be governed by American Airlines BAG ALLOWANCE -LGAMSY-No free checked bags/ American Airlines BAG ALLOWANCE -MSYEWR-No free checked bags/ American Airlines 1STCHECKED BAG FEE-LGAMSY-USD25.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 1STCHECKED BAG FEE-MSYEWR-USD25.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 2NDCHECKED BAG FEE-LGAMSY-USD35.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 2NDCHECKED BAG FEE-MSYEWR-USD35.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have 24 hours to cancel your trip for a full refund if you booked at least 7 days prior to departure. You must cancel your trip before requesting a refund. To cancel your trip, login on aa.com or Contact Reservations. For our refund policy and to request a refund, go to www.aa.com/refunds.

        

Electronic Cigarettes   Lithium Batteries   Explosives   Aerosol   Flammables   Oxidizers   Toxins   Radioactive   Corrosives

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage.  Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire.  Carriage of prohibited items may result in fines or in certain cases imprisonment.  Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Str ke anywhere matches/ Lighter fluid,  Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

Electronic tickets are NOT TRANSFERABLE.  Tickets with nonrestrictive fares are valid for one year from original date of issue.  If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location.  In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's  conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage.  Other carriers on which you may be ticketed may have different conditions of carriage.  International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention.  Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold.  You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices.  You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers.  Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

If you have a customer service issue, please Contact AA..

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient(s).  This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient.  If you are not an intended recipient, please do not read, distribute, or take action in reliance upon this message.   If you suspect you have received this email in error, please notify the sender and promptly delete this message and its attachments from your computer.

NRID: 1329234464641218253334900



**CREPE LENA**
40 MASSACHUSETTS AVE NE
WASHINGTON, DC 20002
5713313926

Cashier: Maribel
19-May-2016 1:25:34P

Transaction 011840

| | | |
|---|---|---|
| 1 | B-Combo #1 | $10.99 |

| | |
|---|---|
| Subtotal | $10.99 |
| Tax | $1.10 |
| Total | $12.09 |

$12.09

CREDIT CARD AUTH
MASTERCARD 4230

19-May-2016 1:26:22P
$12.09 | Method: SWIPED
MASTERCARD XXXXXXXXXXXX4230
Ref #: 614000088820 | Auth #: 081649
MID: 372303214889
AthNtwkNrm: MASTERCARD
NO CARDHOLDER VERIFICATION

Order ZYMPP5Z39HQMW

Online: https://clover.com/
p/5PR30EZZE5878

5PR30F77F5R7R

| | |
|---|---|
| **From:** | etickets@amtrak.com |
| **To:** | Schuit, Sophie; Kelley, Erin |
| **Subject:** | Amtrak: eTicket and Receipt for Your 05/19/2016 Trip - MYRNA PEREZ |
| **Date:** | Tuesday, May 17, 2016 5:24:44 PM |
| **Attachments:** | Perez Myrna 201605171724410672.pdf |

## SALES RECEIPT

Purchased: 05/17/2016 2:24 PM PT

Thank you for your purchase.

1. Retain this receipt for your records.
2. Print the attached eTicket and carry during your trip.

Merchant ID 00690
60 Massachusetts Avenue
Washington, DC 20002
800-USA-RAIL
Amtrak.com

# Reservation Number - ███████

## NEWARK PENN STA, NJ - WASHINGTON, DC (Round-Trip)

MAY 17, 2016

## Billing Information

MYRNA PEREZ
161 AVENUE OF THE AMERICAS
FLOOR 12
NEW YORK, NY 10013

| | | | |
|---|---|---|---|
| ████████ (Purchase) | | **Total** | **$390.00** |
| Authorization Code ███████ | | | |

## Purchase Summary - Ticket Number ███████████

| Train 2103: NEWARK (PENN STATION), NJ - WASHINGTON, DC | |
|---|---|
| Depart 6:15 AM, Thursday, May 19, 2016 | |
| 1 ACELA EXPRESS BUSINESS CL SEAT | $217.00 |
| **Ticket Terms & Conditions** | |
| ACELA EXPRESS SERVICE, NO PARTIAL REFUND IF USED ON OTHER SERVICE | |
| **Subtotal** | **$217.00** |
| **Train 94: WASHINGTON, DC - NEWARK (PENN STATION), NJ** | |
| Depart 2:05 PM, Thursday, May 19, 2016 | |
| 1 RESERVED COACH SEAT | $173.00 |
| **Subtotal** | **$173.00** |
| **Total Charged by Amtrak** | **$390.00** |

## Passengers

Myrna Perez

## Important Information

- Tickets are non-transferrable.
- Changes to your itinerary may affect your fare.
- Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply. If your travel plans change, call us before departure to change your reservation. If you do not board your train, your entire reservation from that point will be canceled. If you board a different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money paid for your prior reservation. For most Acela Express Business class reservations and Reserved Coach class reservations, you must cancel your reservation at least 24 hours prior to the train's departure in order to be eligible for a full refund. If the reservation is canceled within 24 hours of departure, a refund fee will apply. If the reservation is not canceled prior to scheduled departure ("no show"), the entire amount paid for the reservation will be forfeited. See the refund/exchange policy at Amtrak.com/refund.
- Summary of Conditions of Contract: Ticket valid for carriage or refund (subject to the refund rules of the fare purchased) for twelve months after date of issue unless otherwise specified. Amtrak tickets may only be sold or issued by Amtrak or an authorized travel agent/tour operator. Tickets sold or issued by an unauthorized third party will be voided by Amtrak. This ticket is a contract of carriage between Amtrak and the ticket holder, which is subject to specific terms and conditions, which are available for inspection at Amtrak ticket counters, on the Amtrak website at Amtrak.com/conditionsofcontract, or by calling 1-800-USA-RAIL. Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.
- Questions? Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or for text telephone (TTY) 1-800-523-6590.

| | |
|---|---|
| **From:** | Alliance Cab Services via Square |
| **To:** | sophie.schuit@nyu.edu |
| **Subject:** | Receipt from Alliance Cab Services |
| **Date:** | Monday, May 23, 2016 10:58:11 PM |

Reply to this email to leave feedback for Alliance Cab Services



Alliance Cab Services

How was your experience?

Positive        Negative

$$^\$43.20$$

| | |
|---|---|
| Custom Amount | $36.00 |
| Subtotal | $36.00 |
| Tip | $7.20 |
| Total | $43.20 |



Alliance Cab Services

600 Deerfield rd, 2001

Terrytown, LA 70056

504-344-3318

5/23/2016, 9:57 PM

#NKIG

© 2016 Square, Inc. All rights reserved.
1455 Market Street, Suite 600, San Francisco, CA 94103

Square Privacy Policy
Map data © OpenStreetMap contrbutors
Not your receipt?

Manage preferences  for digital receipts

# Reservation Confirmation # ███████ for Courtyard New Orleans Downtown Near the French Quarter

Courtyard By Marriott Reservations [reservations@courtyard-res.com]

**Sent:** Thursday, May 12, 2016 8:21 PM
**To:**  Perez, Myrna

Please review your reservation details and keep for your records.



## Courtyard New Orleans Downtown Near the French Quarter

📍 124 St. Charles Avenue . New Orleans, Louisiana 70130 USA [[[]:CY|CNF|en_US]]]

📞 **1-504-581-9005**   Hotel Website   **Map & Directions**   Plan Your Stay

## Reservation Confirmation: ████████

### For Myrna Perez

| CHECK-IN DATE | **Monday, May 23, 2016** | CHECK-OUT DATE | **Tuesday, May 24, 2016** |
| --- | --- | --- | --- |
| CHECK-IN TIME | **03:00 PM** | CHECK-OUT TIME | **12:00 PM** |

Modify your reservation                    Cancel your reservation


**Dear Myrna Perez,**

We are pleased to confirm your reservation at the Courtyard New Orleans Downtown Near the French Quarter. Below is a summary of your booking and room information. We look forward to welcoming you and providing an environment that makes it easy for you to work and relax.

Warm regards,
Courtyard New Orleans Downtown Near the French Quarter


Enhance Your Stay



### Dining In or On-the-Go

Breakfast and beverage options at The Bistro®

**See our Menu**



### Mobile Check-In & Out

Get to your room faster & know when your room is ready

**Download our app**



TODAY ONLY!

open sky

OVER 75% OFF!
4-Piece Bamboo Fiber Bed Sheet Set

**Reveal Price ›**

Powered by LiveIntent          AdChoices ▷

## Room Details

| | |
|---|---|
| ROOM TYPE | Smaller Guest room, 1 Queen |
| NUMBER OF ROOMS | 1 |
| GUESTS PER ROOM | 1 |
| GUARANTEED METHOD | Credit Card Guarantee, Master Card |

## Summary of Charges

RATES ARE PER ROOM, PER NIGHT (USD)

| | | |
|---|---|---|
| **Monday, May 23, 2016-Tuesday, May 24, 2016**<br>Regular Rate | **1 night** | **129.00 USD** |
| ESTIMATED GOVERNMENT TAXES & FEES | | 21.32 USD |
| **Total for stay (for all rooms)** | | **150.32 USD** |

**Other Charges**
- Off-site parking, fee: 20 USD daily
- Valet parking, fee: 34 USD daily

Modify or cancel your reservation                    Book Another Reservation

## Rate and Cancellation Details

- **Please note that a change in the length or dates of your reservation may result in a rate change.**
- **You may cancel your reservation for no charge until Friday, May 20, 2016 (3 day[s] before arrival).**
- **Please note that we will assess a fee of 150.32 USD if you must cancel after this deadline.**

If you have made a prepayment, we will retain all or part of your prepayment. If not, we will charge your credit card.

**RATE GUARANTEE LIMITATION(S)**
- Changes in taxes or fees implemented after booking will affect the total room price.
- Please note that a change in the length or dates of your reservation may result in a rate change.

**ADDITIONAL INFORMATION**
- The Responsible Tourist and Traveler
  A practical guide to help you make your trip an enriching experience



## Get Rewards With This Stay

Earn up to 1290 points and enjoy free in-room Wi-Fi at participating hotels when you join Marriott Rewards®. You'll earn member benefits every time you book direct.

Join Marriott Rewards

## Contact Us

Call 1-800-321-2211 in the US and Canada          Additional Reservation Information available

Elsewhere, call our worldwide telephone numbers.

**Get Up to 35% off + 500 Marriott Rewards Points**

Book with Hertz & get exclusive discounts

 **Search Now**



**Book Transportation, Tours & More**

Get great rates on local tours & attractions

 **Book Now**



**DOWNLOAD MARRIOTT MOBILE APP**

  

STAY CONNECTED         

### Privacy, Authenticity and Opting Out

Your privacy is important to us. Please visit our Privacy Statement for full details.

This email confirmation is an auto-generated message. Replies to automated messages are not monitored. Our Internet Customer Care team is available to assist you 24 hours per day, 7 days per week. Contact Internet Customer Care.

### Promotional Email Unsubscribe

If you provided us with your email address for the first time, we will send you a follow-up email to welcome you. We will also send you periodic emails with information about your account balance, member status, special offers and promotions. An opt-out link will be included in each of these emails so that you can change your mind at any time.

If you would prefer to opt out of such emails from Marriott International, Marriott Rewards or The Ritz-Carlton Rewards, you may do so here. In addition, you may unsubscribe from The Ritz-Carlton email community here.

Please note: Should you unsubscribe from promotional email, we will continue to send messages for transactions such as reservation confirmation, point redemption, etc.

### Confirmation Authenticity

We're sending you this confirmation notice electronically for your convenience. Marriott keeps an official record of all electronic reservations. We honor our official record only and will disregard any alterations to this confirmation that may have been made after we sent it to you.

If you have received this email in error, please let us know.

© 1996 - 2016 MARRIOTT INTERNATIONAL, INC. ALL RIGHTS RESERVED. MARRIOTT PROPRIETARY INFORMATION
TERMS OF USE • INTERNET PRIVACY STATEMENT



```
--ORIGINAL--
MED#        7T17
DRIVER:  5447250
 CUSTOMER COPY
05/23/16 TR  613
START  END MILES
Regular Fare
RATE 1:$   34.00
EXTRA: $    0.00
SURCH: $    0.00
GWTnl: $    5.54
STSRCH:$    0.50
IMSRCH:$    0.30
TIP:   $    8.00
TOTAL: $   48.34

CARD TYPE:  MAST
XXXXXXXXXX4230
AUTH:056775

    THANKS
TO CONTACT TLC
  DIAL 3-1-1
```

| From: | Delta Air Lines |
| --- | --- |
| To: | Schuit, Sophie |
| Subject: | Your Flight Receipt - MYRNA PEREZ 26AUG15 |
| Date: | Friday, August 21, 2015 6:04:12 PM |



Thanks for choosing Delta. Your Flight is confirmed.

### Hello, MYRNA

**Your Trip Confirmation #:** ▮▮▮▮▮

| Wed, 26AUG | DEPART | ARRIVE |
| --- | --- | --- |
| DELTA 2820 | NYC-KENNEDY | AUSTIN |
| MAIN CABIN (K) | 8:29pm | 11:43pm |

#### Advisory

We recently opened 11 new gates at New York-JFK's Terminal 4 (T4). Delta flights continue to operate from both T4 and T2. Please check your departure terminal by using Online Check-in, Flight Status or the Fly Delta app. Once at JFK, please check airport screens for the most up-to-date details.

### Passenger Info

| NAME | FLIGHT | SEAT |
| --- | --- | --- |
| MYRNA PEREZ | DELTA 2820 | 22C |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

### Flight Receipt

Ticket #: ▮▮▮▮▮

Place of Issue: Delta.com

Issue Date: 21AUG15

Expiration Date: 21AUG16

### METHOD OF PAYMENT

▮▮▮▮▮                                    **$358.10 USD**

### CHARGES

**Air Transportation Charges**

| | |
|---|---|
| Base Fare | $320.00 USD |

**Taxes, Fees and Charges**

| | |
|---|---|
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $5.60 USD |
| United States - Passenger Facility Charge (XF) | $4.50 USD |
| United States - Flight Segment Tax (ZP) | $4.00 USD |
| United States - Transportation Tax (US) | $24.00 USD |
| **TICKET AMOUNT** | **$358.10 USD** |

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: NYC DL AUS320.00KA03A0SP USD320.00END ZP JFK XF JFK4.5

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage,** this will be taken into account when you check in.

| Wed 26 Aug 2015 | DELTA: JFK AUS | |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | $25<sup>USD</sup> | $35<sup>USD</sup> |

Visit delta.com for details on baggage embargos that may apply to your itinerary.

### Transportation of Hazardous Materials

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit delta.com Restricted Items Section.

### DON'T MISS OUT. ›

Add your SkyMiles® number to this itinerary to ensure you don't miss out on miles, or join today.

### HILTON HHONORS. ›

Earn 1 mile per eligible dollar spent with Hilton HHonors.

## DELTA ASSIST ON TWITTER. ›

Tweet @DeltaAssist for customer support (also offered in Spanish, Portuguese and Japanese).

## KEEP TABS ON YOUR BAG. ›

Track your bag just like you track a package on the Fly Delta app or at delta.com/trackbag.

THE #1 AIRLINE APP. | Get the Fly Delta app today.

☐ We have partnered with The Nature Conservancy to allow you to offset your carbon emissions from this trip. Go to delta.com/CO2 to calculate your CO2 emissions and learn more about offsetting.

**Terms & Conditions**

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

**Checked Bag Allowance**

*On Delta operated flights, you may carry on one bag and a small personal item at no charge.

Delta One™/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.

At the time of check in with Delta, SkyMiles Medallion members, SkyTeam Elite & Elite Plus and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage. Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at delta.com/firstbagfree.

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contact with the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

• Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
• Claim restrictions including time periods within which you must file a claim or bring action against us.
• Our right to change terms of the contract.
• Check-in requirements and other rules established when we may refuse carriage.
• Our rights and limits of our liability for delay or failure to perform service including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
• Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications.

This document establishes the creation of your electronic EMD(S) in our computer systems. It does not constitute a document of carriage. Where this document is issued for transportation or services other than passenger air transportation, specific terms and conditions may apply. These terms and conditions may be provided separately or may be obtained from the issuing agent.

**Copyright Information**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email. Please do not respond to this message.

© 2015 Delta Air Lines, Inc. All rights reserved.

**Privacy Policy**

Your privacy is important to us. Please review our Privacy Policy.

# BRENNAN CENTER FOR JUSTICE, INC.

8079

| Payee | Lawyers' Committee for Civil Rights Under Law | | 8079 |
|---|---|---|---|
| Vendor ID | LCCRUL | Account #: | 10/3/2013 |

| Invoice | Description | Discount | Amount |
|---|---|---|---|
| LCCRUL-100213 | LCCRUL - Rental Car Reimbursement TX Trip | $0.00 | $129.38 |
| | Total : | $0.00 | $129.38 |

# BRENNAN
# CENTER
# FOR JUSTICE

## Check Request Form

Name: Lucy Zhou

Today's Date: 10/2/2013

Project Code:

*LCCRUL*

Payable to: Lawyers' Committee for Civil Rights Under Law

Amount: $ 129.38

*Attn: changed to Sonia Gill instead of Bob Parks*

SSN:
(if over $600)

Attn: Sonia Gill
Lawyers' Committee for Civil Rights Under Law
1401 New York Ave. NW, Suite 400
Washington, DC 20005

Address:

Telephone: 202-662-8600

Description:

APPROVAL: Program Director    DATE: 10/03/2013

*# #4APS — 1002 - Check Request 10/02/13.*
*LCCRUL-1002.13*
*54010 — R6326 - 65510*

*10/3/13*
*M*

*14 APS - 10 03 13*
*10/03/13*
*M*

**BRENNAN CENTER FOR JUSTICE**

**Employee Personal Expense Form**

Form Modified: 07/31/09

| Employee Name: | Vishal Agraharkar |
| Expense Report #: | 100TT4 |

VA-09171714

RECEIVED OCT 02

| Program: | 54010 |
| Project: | (R6326) R0626 |

| Date of Charge | Purpose of the Expense | Cash and Personal Card Charges | | | | Misc. Description/ Comments |
|---|---|---|---|---|---|---|
| | | Transp. | Lodging | Meals | Misc Exp | |
| 7/1/2014 | Cell phone usage, July 2014 | | | B: L: D: | $75.00 | R0644 ✓ |
| 8/1/2014 | Cell phone usage, August 2014 | | | B: L: D: | $ 75.00 | A ✓ |
| 9/1/2014 | Cell phone usage, September 14 | | | B: L: D: | $ 75.00 | ✓ |
| 9/6/2014 | NJ Transit ticket-BC Office to Newark Airport, Texas Trial | $12.50 | | B: L: D: | | /10 |
| 9/9/2014 | Coffee at Rudicost lunch, Bayfront Morsels, Corpus Christi | | | B: L: $ 6.22 D: | | VRS /2 |
| 9/10/2014 | Printing costs for Texas trial, Hotel Computing | | | B: L: D: | $ 20.06 | reimbursement for this charge, handwritten note on credit card bill.) /2 |
| 9/10/2014 | Dinner lunch, Thai Spice Cuisine | | | B: L: $ 15.00 D: | | /2 |
| 9/10/2014 | PCC store #2179, dinner | | | B: L: D: $ 10.99 | | /2 |
| 9/11/2014 | Coffee, Bayfront Morsels, Corpus Christi | | | B: L: $ 4.60 D: | | /2 |
| 9/17/2014 | NJ Transit Ticket-Newark Airport to Penn Station | $ 12.50 | | B: L: D: | | /10 |
| | **Category Subtotals:** | $25.00 | $     .   .- | $ 36.81 | 36.81 | |
| | 03 | Cash/Personal Card Subtotal: | | | | |
| 1/155$4/.10 10 /63 | **TOTAL:** | $ 25.00 | $        . | $ 36.81 | $245.06 | $ 306.87 |

Date Submitted: 10-2-14

Date Approved: 10/2/14

Employee Signature: _____

Supervisor Approval: _____

C:\Users\lschulis\Documents\MPWA-100114.xls

| | | | | |
|---|---|---|---|---|
| ⊞ | ▬▬▬ | ▬▬▬ NEW YORK NY | ▬▬▬ | $ 10.77 |
| ⊟ | 09-17-2014 | GOGOAIR.COM 877-350-0038 IL | COMPUTER NETWORK/INFO SRVS | |

Transaction Type:   Purchases
Posted Date :   09-17-2014
Reference Number:   KJLZS100
Merchant Country:   United States
  ▸ Dispute This Charge

| | | | | |
|---|---|---|---|---|
| ⊞ | 09-17-2014 | ▬▬ INT AIR 0364 NEWARK NJ | LOCAL/SUBURBAN COMMUTER PASSENGER TRANS | $ 12.50 |
| ⊞ | 09-17-2014 | ENTERPRISE RENT A CAR HOUSTON TX | ENTERPRISE RENT A CAR | $ 186.51 |
| ⊞ | 09-17-2014 | STARBUCKS ▬▬ HOUSTON TX | FAST FOOD RESTAURANTS | $ 2.50 |
| ⊞ | 09-16-2014 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | BOOK STORES | $ 46.00 |
| ⊞ | 09-16-2014 | WENDY DAVIS CAMPAIGN ▬▬ TX | CIVIC/SOCIAL/FRATERNAL ASSOCIATIONS | $ 10.00 |
| ⊞ | 09-16-2014 | KROGER FUEL #1771 LEAGUE CITY TX | AUTOMATED GAS DISPENSER | $ 25.00 |
| ⊞ | 09-16-2014 | ROW STUDIOS HOUSTON TX | MEMBERSHIP CLUBS SPORTS/RECREATION | $ 25.00 |
| ⊞ | 09-15-2014 | CAPHE BUIN NASSAU BAY TX | FAST FOOD RESTAURANTS | $ 4.41 |
| ⊞ | 09-15-2014 | CAPHE BUIN NASSAU BAY TX | FAST FOOD RESTAURANTS | $ 4.17 |
| ⊞ | 09-13-2014 | CAPHE BUIN NASSAU BAY TX | FAST FOOD RESTAURANTS | $ 6.41 |
| ⊞ | 09-13-2014 | THE FLAT HOUSTON TX | DRINKING PLACES | $ 8.00 |
| ⊞ | 09-12-2014 | BLUE QUAIL GOLIAD TX | EATING PLACE,RESTAURANT | $ 19.15 |
| ⊞ | 09-12-2014 | THE NEXT DOOR BAR HOUSTON TX | ▬▬▬ | $ 15.47 |
| ⊞ | 09-12-2014 | SHELL OIL ▬▬▬ VICTORIA TX | AUTOMATED GAS DISPENSER | $ ▬▬ |
| ⊞ | 09-10-2014 | MORSELS OMNI CORPUS CA CORPUS CHRIST TX | EATING PLACE,RESTAURANT | $ 5.00 |
| ⊞ | 09-10-2014 | MORSELS OMNI CORPUS CA CORPUS CHRIST TX | EATING PLACE,RESTAURANT | $ 9.56 |
| ⊞ | 09-10-2014 | Spotify ▬▬▬ NY | DIRECT MARKETING-CONTINUITY SUBSCRIPTION | $ 9.99 |
| ⊟ | 09-10-2014 | HOTEL COMPUTING USD VANCOUVER WA | BUSINESS SERVICES,NOT ELSEWHERE CLASSED | $ 20.06 |

Transaction Type:   Purchases
Posted Date :   09-10-2014
Reference Number:   8LMSYCD2
Card Member :   VISHAL AGRAHARKAR
Merchant Country:   United States
POS Entry Mode:   Card Swiped
  ▸ Dispute This Charge

| | | | | |
|---|---|---|---|---|
| ⊟ | 09-10-2014 | THAI SPICE CUISINE CORPUS CHRIST TX | EATING PLACE,RESTAURANT | $ 46.01 |

Transaction Type:   Purchases
Posted Date :   09-10-2014
Reference Number:   RH4YYP00
Card Member :   VISHAL AGRAHARKAR
Merchant Country:   United States
POS Entry Mode:   Card Swiped
  ▸ Dispute This Charge

*$15 to be reimbursed*

| | | | | |
|---|---|---|---|---|
| ⊞ | 09-10-2014 | PCC 2179 CORPUS CHRIST TX | SERVICE STATION | $ 10.99 |



**NJ TRANSIT** — The Way To Go.

**RECEIPT**

09/17/14     20:08

NJ TRANSIT Rail
1 ADULT          One Way
**EWR**          NYP NYP
SERIAL NR :      05872
FARE :           $12.50

TOTAL :          $12.50

PAYMENT :        Credit-MC
AMOUNT :         $12.50
MERCHANT :       0400364000O
TRANS. ID :      024-0274750320
ACCT NO :        XXXXXXXXXX9859
NAME :           AGRAHARKAR/VISHAL
AUTH NO :        37154P

364 **EWR**

---

**NJ TRANSIT** — The Way To Go.

**RECEIPT**

09/06/2014     11:03

NJ TRANSIT Rail
01 ADULT         ONE WAY
NYP NYP          **EWR**
FARE :           $12.50

TOTAL :          $12.50

PAYMENT :        Credit - MC
AMOUNT :         $12.50
MERCHANT :       0405091O009
TRANS. ID :      024-0273250C...
ACCT NO :        XXXXXXXXXX9859
NAME :           AGRAHARKAR/VISHAL
AUTH NO :        33730P

AGRAHARKAR/VISHAL (Signature)

5091 NYP NYP

CUSTOMER SIGNATURE

---

BAYFRONT HARRIS
OMNI HOTEL
CORPUS CHRISTI, TEXAS
CHECK :     5343
SERVER :    1217 ALISON
DATE :      11Sep'14 12:14PM
CARD TYPE : MasterCard
ACCT # :    XXXXXXXXXX9859
EXP DATE :  XX/XX
AUTH CODE : 04950P

VISHAL AGRAHARKAR

SUBTOTAL :
GRATUITY :     6.22
TOTAL :