# Attachment 1 to Garza Declaration

ATTACHMENT NO. 1

## RÉSUMÉ

**Jose Garza** has more than forty (40) years of experience practicing law, dealing almost exclusively with federal law. His practice areas focus mainly on governmental entities and federal litigation including 1st and 14th Amendment issues; redistricting, federal voting rights, and civil rights and state law election challenges. Mr. Garza is currently the Litigation Director for Texas RioGrande Legal Aid, Inc. (part time) as well with the Law Office of Jose Garza.

Mr. Garza has represented Latino voters in voting rights litigation including state-wide redistricting cases. Mr. Garza has testified as LULAC Voting Rights Counsel before the Congress on the re-enactment of Section 5 of the Voting Rights Act and has Represented LULAC in various voting rights matters including as co-counsel in *LULAC v. Perry*, where the U.S. Supreme Court found the Texas Congressional districting plan illegal under the VRA, because it discriminated against Latino voters. Formerly, he was involved in voting rights litigation as Program Director for the Mexican American Legal Defense and Education Fund (MALDEF). Mr. Garza has taught voting rights seminars as an adjunct professor at the University of Texas at Austin, School of Law and St. Mary's University, School of Law. In addition, he currently represents the Mexican American Legislative Caucus (MALC) in the 2011 state redistricting litigation and on other voting rights issues and matters.

Education: B.S. in Education, Texas A&I (1971-1973); Masters of Education, University of Texas at San Antonio (1973-1975); J.D., St. Mary's University (1975-1978).

Relevant Experience: *Law Office of Jose Garza* (1997-1998; March 2001-present); *Texas Rural Legal Aid, Inc*.(1978-1979; 1990- present (part-time)); *Gray & Becker* (1994-1996); *Mexican American Legal Defense & Education Fund* (1979-1990); *Texas Attorney General* (1986);

Adjunct Teaching Positions: *University of Texas, School of Law* (1988-1994) and *St. Mary's University School of Law (1990-1995)*

Significant Cases:
  *Aguero v. Christopher*, 481 F. Supp. 1272 (S.D. Tex. 1980) - Lead counsel in successful farmworker action brought to enforce provisions of Wagner-Peyser Act and Fair Labor Standards Act.
  *Alonzo v. Jones*, C-81-277 (S.D. Tex. 1981) - Lead counsel in a successful action challenging the at-large election system for the City of Corpus Christi, Texas under the newly amended Voting Rights Act.
  ***Comm. Court of Medina County v. United States***, 719 F. 2nd 1179 (D.C. 1983) - Lead counsel representing minority defendant-interveners opposing Medina County=s

1

gerrymandered redistricting plan in a preclearance action under Section 5 of the Voting Rights Act. Successfully overturned District Court's failure to award attorneys fees.

*Lockhart v. United States*, 102 S. Ct. 988 (1983) - Lead counsel representing minority defendant-interveners opposing City of Lockhart's preclearance proceedings before the United States District Court for the District of Columbia and before the United States Supreme Court (arguing counsel).

*Terrazas v. Clements*, 537 F. Supp. 514 (N.D. Tex. 1982) - Co-counsel in successful challenge to States redistricting plans for Bexar and El Paso Counties.

*Gomez v. City of Watsonville*, 863 F.2nd 1407 (9th Cir. 1988) - Co-counsel in successful challenge to the at-large election system for the City of Watsonville, California.

*Overton and Calderon v. City of Austin*, 871 F. 2nd 529 (5th Cir. 1989) - Lead counsel for Mexican American plaintiffs in challenge to at-large election system for the City of Austin.

*Sanchez v. Bond*, 875 F. 2nd 1488 (10th Cir. 1989) - Lead counsel in challenge to the election structure for Saguache County, Colorado Commissioners.

*Mena v. Richards*, C-454-91-F (332nd Judicial District, Hidalgo County, Texas, 1992) - Co-counsel in successful challenge to the 1991 redistricting plans for the Texas House of Representatives and Texas Senate.

*LULAC v. NEISD*, 903 F. Supp. 1071 (W. D. Tex. 1995) - Co-counsel in successful challenge to at large election system for Trustees of the North East I.S.D.

*LULAC v. State of Texas*, 113 F. 3rd 53 (5th Cir. 1998) - Lead counsel in successful challenge of a State election change under Section 5 of the Voting Rights Act.

*Perez v. Pasadena I.S.D.*, 165 F. 3rd 368 (5th Cir. 1999) - Co-counsel in challenge to the at-large election system for Trustees of the Pasadena I.S.D.

*Valdespino v. Alamo Heights I.S.D.*, 168 F. 3rd 848 (5th Cir. 1999) - Lead counsel in challenge to at-large election system for Trustees of the Alamo Heights I.S.D.

*Gomez v. City of Eagle Pass*, 91 F. Supp. 1000 (W. D. Tex. 2000) - Co-counsel in successful action against the City of Eagle Pass for illegal termination of City Manager in violation of Title VII's protection from gender discrimination, and 14th Amendment's protections from political patronage discrimination.

*Balderas v. State of Texas*, (E.D. Tex. 2001) – Co-counsel representing the Mexican American Legislative Caucus, in successful challenge to 2001 Texas redistricting plan for the Texas House of Representatives.

*LULAC v. Perry,* 126 S. Ct. 2594 (2006) – Co-Counsel representing the League of United Latin American Citizens (LULAC) in successful challenge to the 2003 Texas Congressional redistricting plan.

*Perry v. Perez*, 132 S.Ct. 934 (2012) – Lead counsel for the Mexican American Legislative Caucus in 2011 Texas redistricting litigation. Arguing counsel.

*Vasquez-Lopez v. Medina County, Texas* 11-cv-945, W.D. Tex., San Antonio Division, 2012 – Lead counsel in successful Section 5 enforcement action.

2