# Attachment 2 to Garza Declaration

# ATTACHMENT NO. 2
Voter ID litigation
MEXICAN AMERICAN LEGISLATIVE CAUCUS, MALC V. TEXAS
**TIME RECORDS FOR JOSE GARZA**

| DATE | ACTIVITY | TIME |
|---|---|---|
| 7-15-13 | Spoke with Mark Posner regarding MALC as P on SB 14 Sec. 2 etc. litigation in Tex. | .2 |
| 8-19-13 | Confer with co-counsel, review co-counsel agreement discuss with Marty. | 1.1 |
| 8-23-13 | Receive and review DOJ complaint on SB 14, discuss with TMF and MALC staff. | .8 |
| 8-26-13 | Review training material used in Bexar County on voter i.d. | .4 |
| 9-11-13 | Review draft complaint, confirm with Marty at MALC re factual assertions. | .7 |
| 9-17-13 | Review final draft of complaint and co-counsel agreement and final MALC retainer agreement. | .5 |
| 9-19-13 | Confer and meet with MG regarding MALC potential witnesses and designees.(.8) confer with TMF regarding status of case, intervening parties. (.3) | 1.1 |
| 9-21-13 | Confer with and prepare MALC disclosures with MG. review internal documents etc. | 1.7 |
| 10-14-13 | Review and organize file, begin review of House Journal. (3.5); track down amendments. (1) | 4.5 |
| 10-18-13 | Confer with Sen. Garcia regarding Senate process etc. (.6) | .6 |
| 11-13-13 | Tel conf. with all P's counsel. Discuss different focus from different P's group. (1);  Confer with client. (.2). | 1.2 |
| 11-20-13 | confer with client and co-counsel regarding litigation hold, document preservation. | .3 |
| 11-25-13 | Confer with ER and Martin G regarding MALC members who Opposed or favored SB 14 and discuss coordination for interviews. | .6 |
| 11-26-13 | Discuss and finalize communication with state regarding contact with MALC members, with ER. | .2 |

1

| Date | Description | Hours |
|---|---|---|
| 12-15-13 | Call and help set up interviews with Chair, Anchia, Figueroa. | .3 |
| 1-(13-17)-14 | Continue efforts to set up interviews of potential witnesses, MALC related witnesses. | .4 |
| 2-7-14 | review depo notices for SOS folks and DPS folks. | .1 |
| 3-13-14 | review drafts of briefs on legislative privilege issue. Discuss with staff of Rep. Martinez Fischer and Sen. Rodriguez. | 3 |
| 4-23-14 | Ingram deposition. **(6)** | **No charge** |
| 7-23-14 | Meet with Rep. Ana Hernandez, legal committee chair for MALC, brief on status of case, discussions with Tex. AG, and on going logistics. (2) | 2 |
| 8-20-14 | Trial prep. Review trial briefs, confer with Posner on same, review proposed trial witnesses. | 1.5 |
| 8-23-14 | Review FOF, review transcripts for DC trial and depos from dc case in preparation of witness testimony. Confer with Posner. | 2 |
| 8-25-14 | review memo from Ezra regarding trial order, witnesses order, etc. confer with Marty and Trey. Confer with Rep Anchia. | .4 |
| 8-30-14 | Review TMF and Anchia trial testimony in DC section 5 case. Review depo of TMF in DC litigation. | 2 |
| 8-31-14 | Review TMF and Anchia depositions. Confer with TMF re trial testimony. Prepare witness questions for TMF. Confer with MGolando on same. | 7 |
| 9-1-14 | Meet with and go over possible testimony, witness prep. with TMF. (2); Travel to CC (2.8); review trial testimony in DC (2) | 6.8 |
| 9-2-14 | Present TMF (.6) Confer with ERosenberg and others regarding Prep for next day. (.2); Confer with legal team. **(1, no charge)** | .8 |
| 9-3-14 | Prepare witness questions for RAnchia, go over possible testimony witness prep with RA.(1.4) Review Anchia DC transcripts.(1) Other wise attend trial. **(5, no charge)** | 2.4 |
| 9-4-14 | Present RAnchia(.5)    Otherwise attend trial **(6, no charge)** | .5 |
| 9-5-14 | trial. Travel to San Antonio.    (8) | **nc** |
| 10-9-14 | Review Court's order. Confer with co-counsel on response to State's advisory. **(1.2)** | **nc** |

2

| Date | Description | Hours |
|---|---|---|
| 10-12-14 | Review draft response in opp. to state's motion for stay. Review state's application for stay from 5th cir. review responses prepared by other ps. | 3.5 |
| 10-13-14 | Legal research. Confer with co-counsel. Review filings. Review drafts, confer with Posner, review rules on fee applications. | 1.3 |
| 10-14-14 | Review 5th Cir. decisions, confer with co-counsel. Legal research. Review rules. | 1.2 |
| 10-15-14 | Review brief on Stay from Veasey Plaintiffs. Review Correspondence – confer with co-counsel. | 2 |
| 10-16-14 | Review brief from U.S.; review 7th cir. dec on refusal to Rehear en banc (Posner Dissent) | 2 |
| 1-29-15 | Received and reviewed State's brief to the 5th Cir. Confer with Martin G. | 1.2 |
| 2-25-15 | Review draft of 5th Cir. brief, prepare for conf. call on same. | .8 |
| 3-3-15 | Receive and review final filed 5th cir. brief. | .3 |
| 7-2-15 | Receive and review supplemental authorities filed. | .1 |
| 8-21-15 | Discuss with co-counsel from other parties possible strategy for discussions with the State. **(.4)** | **nc** |
| 9-2-15 | Review draft of Veasey motion to expedite mandate. (.2) Review 5th Cir. order on pending motions. (.2) | .4 |
| 7-20-16 | Review 5th Cir. en banc ruling. Review majority opinion review dissents. Confer with co-counsel. Brief client. | 3.2 |
| 7-21-16 | Continue to review opinion. Participate in conference on possible remedies. Confer with client. **(4, discount to 1)** | 1 |
| 7-22-16 | Review orders, review emails and communications on strategies for proceeding with Monday electoral issues and November election. | 3 |
| 7-23-16 | Review emails and confer with co-counsel on negotiations w/ State on provisions for remedy for upcoming special election. (2.7); brief client. **(2, nc)** | 2.7 |
| 7-24-16 | Review Spanish language translation of declaration to be used In upcoming election. Confer with co-counsel and with DOJ. | 2 |

| Date | Description | Hours |
|---|---|---|
| 7-25-16 | Confer with state on status of acceptable changes and possible Schedule. | .3 |
| 9-27-16 | Review cert petition. Review cases cited. Confer with MG. | 1.7 |
| 9-28-16 | Continue review of cert petition. Review Frank v. Walker. | 1 |
| 10-12-16 | Travel to Austin and back (3); meeting with client's staff regarding status of case and meaning of court orders. (2). | 5 |
| 10-19-16 | Meeting with Dr. Charles Cotrell regarding possible voting and historical facts regarding racial intent on voter id. | 1.3 |
| 10-27-16 | Review response from Tex. AG on issues concerning polling place communications and treatment of voters. | .3 |
| 1-18-17 | Confer with client (MALC) and with co-counsel regarding status of case and legislative strategy for 2017 session. Review emails on cert pet. conference, respond. | .8 |
| 1-19-17 | review cases listed for conference for today. Confer with co-Council. Work on file organization (CaseManagement). | .6 |
| 6-5-17 | Participate in conference calls regarding strategy for hearing on remedy. (.2); review filings in case, state's advisory etc. (.6). Confer with Chad and Ezra and Myrna. (.5). | 1.3 |
| 6-6-17 | Confer with co-counsel on positions for hearing. **(.6)** | **nc** |
| 6-7-17 | Participate in court hearing. (.6); confer with co-counsel on same. (.2); confer with client on status and possible need for aff'd. (.3) | 1.1 |
| 6-8-17 | Confer with RR on his client's position on remedy. (.2); review draft on briefing on scheduling and remedy options. Review comments on same. (.3) | .5 |
| 6-9-17 | Legal research on findings and remedies, (.5); confer with co-counsel on same. (.2) | .7 |
| 6-11-17 | Review most recent draft of brief on schedule. (.3); review e-mail on strategy on same. (.1). | .4 |
| 8-23-17 | Review court's opinion on remedy. (.7); Confer with client. (.3). | 1 |
| 4-27-18 | Review 5th Cir. decision, confer with client. | 2 |
| 5-1-18 | Participate with co-counsel on conference call to evaluate status of appellate options. | .5 |
| 6-6-18 | review 5th cir. docket. Review judgment and final opinion. (.1); | .2 |

4

|  |  |  |
|---|---|---|
|  | Confer with E. Rosenberg on schedule going forward. (.1) |  |
| 6-13-18 | Review file, review status of 5th Cir. record. | .2 |
| 6-19-18 | Review 5th Cir. filings on mandate. Confer with ER and MG. | .4 |
| 6-20-18 | Review 5th Cir. filings in the District Court. Review docket. | .2 |
| 6-21-18 | Review emails on impact of mandate. Review trial record on TMF and Anchia depositions and trial testimony to prepare for fees application. | 1.1 |
| 7-5-18 | Review motion, confer with co-counsel and other P's counsel. | .2 |
| 1-30-18 | Work on fees motion exhibits. Work on declaration and review of MALC costs. | 2 |

    Total hours for Jose Garza representing MALC    90.6 (excluding no charge hours)

    Additional discount of 8.5%    82.9

    Total due Jose Garza: 82.9 @ $613.00 per hour:    $50,817.70

5