# Attachment 3 to Bledsoe Declaration

P.O. BOX 15123
WILMINGTON, DE
19850-5123

Get updates on the go
Log on to chase.com/alerts

| Payment Due Date: | 10/05/14 |
|---|---|
| New Balance: | |
| Minimum Payment: | |

Account number:

$_____._____ Amount Enclosed
Make your check payable to: Chase Card Services

43584 BEX Z 25414 C
GARY L BLEDSOE
LAW OFFICES OF GARY L BL
316 W 12TH ST STE 307
AUSTIN TX 78701-1844

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL  60094-4014

**BUSINESS CARD STATEMENT**

 Manage your account online:
www.chase.com/businesscards

 Customer Service:
1-800-346-5538

 Mobile: Visit chase.com
on your mobile browser

## ACCOUNT SUMMARY

Account Number:

## PAYMENT INFORMATION

New Balance
Payment Due Date
Minimum Payment Due

**Late Payment Warning:** If we do not receive your minimum payment by the due date, you may have to pay up to a $39 late fee.

**Minimum Payment Warning:** Enroll in Auto-Pay and avoid missing a payment. To enroll, call the number on the back of your card or go to the web site listed above.

## CHASE ULTIMATE REWARDS® SUMMARY

| | |
|---|---:|
| Previous points balance | 225,437 |
| + Points earned on purchases | 2,712 |
| + 20% Exclusives bonus points on purchases | 543 |
| = Total points available for redemption | 228,692 |

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---:|
| 08/19 | | |
| 08/10 | | |
| 08/12 | | |
| 08/15 | | |
| 08/15 | | |
| 08/15 | | |
| 08/14 | | |
| 08/17 | | |
| 08/16 | | |
| 08/17 | | |
| 08/19 | | |
| 08/20 | | |
| 08/22 | | |
| 08/23 | | |
| 08/26 | | |
| 08/27 | | |
| 08/30 | | |
| 09/01 | RAILROAD SEAFOOD STATION CORPUS CHRIST TX | 40.00 |
| 09/02 | RAILROAD SEAFOOD STATION CORPUS CHRIST TX | 33.11 |
| 09/03 | CITRUS BISTRO CORPUS CHRIST TX | 10.50 |
| 09/03 | SANDPIPER RESTAURANT CORP CHRISTI TX | 21.50 |

**This Statement is a Facsimile - Not an original**

## Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: ___   Zip: _____ _____

*Home Phone: ____ ____ _____   *Work Phone: ___ ____ _____

E-mail Address: _____

*When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us and companies working on our behalf to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. Message and data rates may apply. You may contact us anytime to change these preferences.

### To contact us regarding your account:


**By Telephone:**
In U.S.    1-800-346-5538
Español    1-888-795-0574
TTY        1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
           1-480-350-7099


**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298


**Mail Payments to:**
P.O. Box 94014
Palatine, IL 60094-4014


**Visit Our Website:**
www.chase.com/businesscards

### Information About Your Account

**Crediting of Payments:** You may make payments by any of the options listed below. The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution.

You may make payments by regular U.S. mail. Send your payment to the Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement. Do not send cash. Write your Account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day by 5:00 p.m. local time at our Payments address on this statement, we will credit the payment to your Account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 5:00 p.m. local time at the Payments address on this statement, we will credit it to your Account as of the next calendar day.

You may make payments electronically through our website shown on this statement. If we receive your completed request on our website by 8 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 8 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported to Credit Bureaus:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee and/or similar charge for issuance or availability of your account, it will be billed each year or in monthly or quarterly installments. This fee and/or charge are owed whether or not you use your Account, and you agree to pay them when billed. The annual fee and charge are non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual fee or charge is billed and at the same time, you pay your outstanding balance in full. If you do this, for a charge billed more often than annually such as a monthly service charge, you will not owe the last billed charge; however, prior billed charges are non-refundable and must be paid as part of paying your outstanding balance in full. Your payment of the annual fee or charge does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, we will continue to impose the annual fee and/or charge until you pay your outstanding balance in full and terminate your Account relationship.

**Calculation of Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, and questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate (or such index described in your Account Agreement). There is a transaction fee for each balance transfer, cash advance, or check transaction, in the amounts stated in your Account Agreement, as it may be amended. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction (or such amount described in your Account Agreement).

### Interest Accrual

We accrue periodic interest charges on a transaction, fee or interest charge from the date it is added to your daily balance until payment in full is received on your account.



DA11172013

Case 2:13-cv-00193 Document 1174-23 Filed on 07/15/19 in TXSD Page 4 of 8

**BUSINESS CARD STATEMENT** | Manage your account online www.chase.com/businesscards | Customer Service 1-800-346-5538 | Mobile Visit Chase.com on your mobile browser


## ACCOUNT ACTIVITY (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 09/03 | ███████████████ | ████ |
| 09/03 | WATER STREET OYSTER BA CORPUS CHRIST TX | 33.11 |
| 09/03 | ███████████████████████ | ████ |
| 09/04 | GULF OIL 92048783 AUSTIN TX | 32.57 |
| 09/03 | PCC 2179 CORPUS CHRIST TX | 39.66 |
| 09/03 | EMERALD BEACH HOTEL CORPUS CHRIST TX | 298.92 |
| 09/04 | AVIS RENT-A-CAR 1 AUSTIN TX | 244.61 |
| 09/04 | ████████████████████ | ████ |
| 09/05 | ████████████████ | ████ |
| 09/09 | █████████████ | ████ |
| 09/11 | ███████████████ ███████████████████ ████████████████ | ████ |

| 2014 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2014 | $156.00 |
| Total interest charged in 2014 | $392.69 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 29.99%(v) | ████ | ████ |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.99%(v) | -0- | -0- |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 29.99%(v) | -0- | -0- |

(v) = Variable Rate     **31 Days in Billing Period**

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.





Para Legal <paralegal@thebledsoelawfirm.com>

---

# Fw: Flight reservation (KKZBZ4) | 05DEC17 | HOU-MSY | Bledsoe/Gary
1 message

---

**Gary Bledsoe** <garybledsoe@sbcglobal.net>  Wed, Jul 3, 2019 at 1:04 PM
To: Para Legal <paralegal@thebledsoelawfirm.com>

----- Forwarded Message -----
**From:** Southwest Airlines <SouthwestAirlines@luv.southwest.com>
**To:** "garybledsoe@sbcglobal.net" <garybledsoe@sbcglobal.net>
**Sent:** Monday, December 4, 2017, 06:57:42 PM CST
**Subject:** Flight reservation (KKZBZ4) | 05DEC17 | HOU-MSY | Bledsoe/Gary

Thanks for choosing Southwest® for your trip.

**Log in | View my itinerary**

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |

## Ready for takeoff!

Thanks for choosing Southwest® for your trip. You'll find everything you need to know about your reservation below. Happy travels!



### Air itinerary

**AIR Confirmation: KKZBZ4**    Confirmation Date: 12/4/2017

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| BLEDSOE/GARY | 1020714 | 5268790511177 | Dec 5, 2018 | 1807 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.



| Date | Flight | Departure/Arrival |
|---|---|---|
| Tue Dec 5 | 1926 | Depart **HOUSTON (HOBBY), TX** (HOU) on Southwest Airlines at **06:15 AM**<br>Arrive in **NEW ORLEANS, LA** (MSY) at **07:15 AM**<br>Travel Time 1 hrs 0 mins<br>Wanna Get Away |

| Date | Flight | Departure/Arrival |
|---|---|---|
| Tue Dec 5 | 32 | Depart **NEW ORLEANS, LA** (MSY) on Southwest Airlines at **12:10 PM**<br>Arrive in **HOUSTON (HOBBY), TX** (HOU) at **01:25 PM**<br>Travel Time 1 hrs 15 mins<br>Wanna Get Away |

- **Check in for your flight(s):** 24 hours before your trip on Southwest.com or your mobile device to secure your boarding position. You'll be assigned a boarding position based on your check-in time. The earlier you check in within 24 hours of your flight, the earlier you get to board.

- **Bags fly free®:** First and second checked bags. Weight and size limits apply. One small bag and one personal item are permitted as carryon items, free of charge.

- **30 minutes before departure:** We encourage you to arrive in the gate area no later than 30 minutes prior to your flight's scheduled departure as we may begin boarding as early as 30 minutes before your flight.

- **10 minutes before departure:** You must obtain your boarding pass(es) and be in the gate area for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.

- **If you do not plan to travel on your flight:** In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. Customers who fail to cancel reservations for a Wanna Get Away fare segment at least ten (10) minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select and Anytime funds will be converted to reusable travel funds. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

    Need to make a change? Keep your confirmation number on record. It will be used to retrieve your reservation and apply funds to future travel.

**Air Cost:** 351.97

Fare Rule(s): 5268790511177: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase. Failure to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel will result in the forfeiture of all remaining unused funds.

HOU WN MSY141.19WN HOU159.80USD300.99END ZP HOU4.10MSY4.10 XF HOU4.5MSY4.5

 Learn about our boarding process

 Learn about inflight WiFi & entertainment

## Cost and Payment Summary

**AIR - KKZBZ4**

| | | |
|---|---|---|
| Base Fare | $ 300.99 | **Payment Information** |
| Excise Taxes | $  22.58 | Payment Type: Visa XXXXXXXXXXXX6184 |
| September 11th Security Fee | $  11.20 | Date: Dec 4, 2017 |
| Segment Fee | $   8.20 | Payment Amount: $351.97 |

| | | |
|---|---|---|
| Passenger Facility Charge | $ 9.00 | |
| **Total Air Cost** | **$ 351.97** | Payment Type: Visa XXXXXXXXXXXX6184 |
| | | Date: Dec 4, 2017 |
| | | Payment Amount: $351.97 |

### Useful Tools

Check In Online
Early Bird Check-In
View/Share Itinerary
Change Air Reservation
Cancel Air Reservation
Check Flight Status
Flight Status Notification
Book a Car
Book a Hotel

### Know Before You Go

In the Airport
Baggage Policies
Suggested Airport Arrival Times
Security Procedures
Customers of Size
In the Air
Purchasing and Refunds

### Special Travel Needs

Traveling with Children
Traveling with Pets
Unaccompanied Minors
Baby on Board
Customers with Disabilities

### Legal Policies & Helpful Information

Privacy Policy
Notice of Incorporated Terms

Customer Service Commitment
FAQs

Contact Us

Book Air | Book Hotel | Book Car | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us, Please read our Privacy Policy.

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

[2] Security Fee is the government-imposed September 11th Security Fee.

Prohibition on Multiple/Conflicting Reservations. To promote seat availability for our Customers, Southwest prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively cancelled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight.

See Southwest Airlines Co. Notice of Incorporation
See Southwest Airlines Limit of Liability

Southwest Airlines
P.O. Box 36647-1CR
Dallas, TX 75235

Contact Us

Copyright 2017 Southwest Airlines Co. All Rights Reserved.