# Exhibit 1 to Notzon Declaration

# Law Office of Robert S. Notzon
Robert@NotzonLaw.com

| | |
|---|---|
| 1502 West Avenue | telephone (512) 474-7563 |
| Austin, Texas 78701 | facsimile (512) 852-4788 |

## Resume-2019

**Professional:**

Licensed January 1997 in the State of Texas. Also licensed to practice in these Federal Courts: Supreme Court of the United States; Fifth Circuit Court of Appeals; D.C. Court of Appeals; Western, Eastern, Southern, and Northern Districts of Texas; and the D.C. Federal District Court Bars.

Solo-Practitioner Jan. 1997 to the present

*Over 90% of practice centers on Civil Rights Litigation: Title VII of the Civil Rights Act, Voting Rights Act, FLSA, FMLA, EPA, ADEA, Texas Whistleblower Act, First Amendment Retaliation, and the TCHRA.

*Voting Rights Litigation: Redistricting 2001 to the present and Voter ID 2011 to the present

*Opposing Defendants include: State of Texas, USPS, USDA, IBM, BP, HP, AT&T, PriceWaterhouseCoopers, Applied Materials, AMD, Jacobs Engineering, Univision, Oracle, Charter, Dell Computer, Texas Agencies (TxDOT, TDCJ, TFC, HHSC, UTAustin, UTAustin Law School, DPS, TYC, UIL, TCHR, TWC-CRD), Cities (Austin, San Antonio, Sherman, San Augustine, Kyle), Travis County, Capital Metro Transit, Startran, School Districts (Austin, Round Rock, Dallas, Del Valle, Lexington), TCAD, CommUnityCare, Accenture, TML, TMLIRP, JCI, Dillards, Seton Family of Hospitals, Frost National Bank, and others.

**Education:**

| | | |
|---|---|---|
| JD | 1996 | University of Texas School of Law |
| | | Oveta Culp-Hobby Scholarship Recipient |
| | | TMLS and ChLSA member |
| | | Texas Law Fellow – Sum. 1994, Texas N.A.A.C.P. |
| MPAf | 1996 | University of Texas L.B.J. School of Public Affairs |
| BE-Chem.Eng. | 1985 | Vanderbilt University |

**Volunteer Work:**

N.A.A.C.P. volunteer 1994 through present.

N.A.A.C.P. Texas Legal Redress Comm. Chair and Co-Chair, 2000 through the present.

Consistently provide more than 150 hours of volunteer legal services annually to the N.A.A.C.P., and individuals in need of assistance

Seminar presenter for the NAACP State and National Conventions

Pro Bono work totaling more than a month's billable time toward the Texas Redistricting litigation in 2001, 2003, and 2011-19 and Voter ID litigation in 2011-19 on behalf of the Texas N.A.A.C.P.

Pro Bono work on the Slavery Reparations litigation in September 2002-04

**Biography:**

Born in Dallas, Texas, raised in San Antonio, Texas.  Traveled internationally for 8 years after undergraduate degree.  Married 21 years.  Wife, Mary Anne, is my office/life manager.  Two children: Bacio-21 yrs old and Ulan-18 yrs old.