# Exhibit 2 to Notzon Declaration

Attorney Fee Accounting for Robert Notzon
Representing the NAACP in Veasey, et al v. Perry, et al, 2:13cv193

| Date | Task | Hour | Sound Billling Judgment | Rate/hr | Fee |
|---|---|---|---|---|---|
| 6/26/2013 | Initial discussions regarding filing suit as a result of Shelby County Decision | 2.00 | 0.25 | $544.00 | $136.00 |
| 7/21/2013 | Discussion with client regarding filing suit and obtaining plaintiff representatives and facts supporting the claims | 3.00 | 0.50 | $544.00 | $272.00 |
| 8/26/2013 | Conference Call; editing draft pleading and further discusions with client and co-counsel on strategy and evidence | 3.50 | 1.00 | $544.00 | $544.00 |
| 8/28/2013 | Review and edit co-counsel agreement | 0.50 | 0.10 | $544.00 | $54.40 |
| 9/13/2013 | Review and editing draft Complaint in preparation for filing | 1.50 | 0.50 | $544.00 | $272.00 |
| 9/17/2013 | Review and executing co-counsel agreement | 0.10 | 0.10 | $544.00 | $54.40 |
| 9/17/2013 | Communications and review re: filing and impact of the litigation | 1.00 | 0.25 | $544.00 | $136.00 |
| 9/18/2013 | Setting up ECF account for cas | 0.25 | 0.00 | $544.00 | $0.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 9/24/2013 | Reviewed correspondence from DOJ to Texas AG's | 0.25 | 0.10 | $544.00 | $54.40 |
| 9/26/2013 | Review and Discussion Re: Consolidation Order | 0.25 | 0.10 | $544.00 | $54.40 |
| 10/3/2013 | Review and edit of response to motion to stay | 0.75 | 0.20 | $544.00 | $108.80 |
| 10/10/2013 | Contacting and interviewing potential parties and witnesses | 3.50 | 2.00 | $544.00 | $1,088.00 |
| 10/11/2013 | Contacting and reminding client reps to preserve and protect documents compliant with the litigation hold duty | 0.50 | 0.25 | $544.00 | $136.00 |
| 11/18/2013 | Conference call with Plaintiffs | 1.00 | 0.10 | $544.00 | $54.40 |
| 11/21/2013 | Reviewing and editing Disclosure draft, retreiving and providing information for disclosure accuracy and completeness and reviewing final draft and review DOJ response | 3.00 | 1.00 | $544.00 | $544.00 |
| 11/22/2013 | Review and edit of response to motion to dismiss brief and conference call participation | 2.00 | 0.25 | $544.00 | $136.00 |
| 12/8/2013 | Reviewed and edited suggestions of discovery draft | 2.00 | 0.50 | $544.00 | $272.00 |
| 12/11/2013 | reviewing DOJ 2nd RFP and coordinating retrieval of documents | 3.00 | 1.00 | $544.00 | $544.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 12/16/2013 | review and discussion re: Texas reply to its MTDismiss | 0.75 | 0.10 | $544.00 | $54.40 |
| 12/22/2013 | review and editing of our RFP draft | 2.00 | 0.50 | $544.00 | $272.00 |
| 1/2/2014 | Reviewed and entered scheduling order deadlines | 0.50 | 0.10 | $544.00 | $54.40 |
| 1/5/2014 | discussion of voter id study impact on case and further discussion re: length of trial | 1.00 | 0.10 | $544.00 | $54.40 |
| 1/22/2014 | ACTIVITIES: Appear for/attend: Conference with co-counsel, re: discovery and other matters | 1.20 | 0.25 | $544.00 | $136.00 |
| 2/11/2014 | Reviewed DOJ motion to modify and Reviewed and discussed documents for potential document production | 2.50 | 1.00 | $544.00 | $544.00 |
| 2/19/2014 | Review and edits to supp privilege briefing | 1.50 | 0.10 | $544.00 | $54.40 |
| 3/13/2014 | reaching out to membership re: potential witnesses and experiences | 3.00 | 1.00 | $544.00 | $544.00 |
| 3/14/2014 | reviewing themes and relevance strategies for document retrieval and production | 1.00 | 0.25 | $544.00 | $136.00 |
| 3/19/2014 | follow up on reaching out to membership for witnesses and experiences | 2.00 | 1.00 | $544.00 | $544.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 3/29/2014 | meeting to discuss strategies for obtaining discovery for the case across the state with the assistance of our membership | 2.00 | 1.00 | $544.00 | $544.00 |
| 3/31/2014 | Drafting PIA requests to be used across the state with county election officials as well as SOS and DPS | 2.00 | 1.00 | $544.00 | $544.00 |
| 4/1/2014 | review of minutes from 3/29 meeting | 0.50 | 0.10 | $544.00 | $54.40 |
| 4/2/2014 | review and documenting information from Harris county from members in response to requests for support | 1.00 | 0.25 | $544.00 | $136.00 |
| 4/7/2014 | review of DOJ schedule changes | 0.50 | 0.10 | $544.00 | $54.40 |
| 4/10/2014 | Discussion regarding harm to membership from Voter ID Law | 1.00 | 0.25 | $544.00 | $136.00 |
| 4/22/2014 | review and edit of our RFP responses | 2.00 | 0.50 | $544.00 | $272.00 |
| 4/24/2014 | review of Int responses | 2.00 | 0.50 | $544.00 | $272.00 |
| 4/29/2014 | Conference Call on NAACP Responses to RFPs and review of Bell and Robertson County data | 1.50 | 0.50 | $544.00 | $272.00 |
| 4/30/2014 | review of Wisconsin decision | 1.00 | 0.10 | $544.00 | $54.40 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 5/7/2014 | review MTQuash by Texas | 0.50 | 0.10 | $544.00 | $54.40 |
| 5/28/2014 | discussion re: member information compromise proposals with TexasTelephone Call with victim/witness Bates | 1.00 | 0.25 | $544.00 | $136.00 |
| 6/2/2014 | Preparing 30(b)(6) witnesses | 1.50 | 1.50 | $544.00 | $816.00 |
| 6/3/2014 | Worked on 30(b)(6) responses | 1.50 | 1.50 | $544.00 | $816.00 |
| 6/4/2014 | Reviewed request to Legislators from the State | 0.50 | 0.50 | $544.00 | $272.00 |
| 6/7/2014 | Reviewed information provided by T. Dukes re: DL registration issues | 0.25 | 0.10 | $544.00 | $54.40 |
| 6/24/2014 | review and discussions re: draft witness themes and strategies for testimony at trial and preparation | 1.50 | 0.50 | $544.00 | $272.00 |
| 6/25/2014 | Review and discussion re: data from candidate involving Houston provisional ballots | 1.25 | 0.50 | $544.00 | $272.00 |
| 7/1/2014 | conference call | 1.00 | 0.10 | $544.00 | $54.40 |
| 7/8/2014 | discussion of trial schedule and plans for participation | 1.50 | 0.50 | $544.00 | $272.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 7/14/2014 | review and suggested edits for MTCompel Int responses | 1.00 | 0.25 | $544.00 | $136.00 |
| 7/30/2014 | Helped with witness depo prep for Jackson and Bates | 2.00 | 1.00 | $544.00 | $544.00 |
| 8/7/2014 | review and discussion re witness order and presentation strategies | 1.00 | 0.25 | $544.00 | $136.00 |
| 8/13/2014 | review of exhibit list to ensure accuracy and completeness | 1.00 | 0.25 | $544.00 | $136.00 |
| 8/18/2014 | review and discussion re: draft MILimine | 0.50 | 0.10 | $544.00 | $54.40 |
| 8/20/2014 | further review of witness list | 1.00 | 0.10 | $544.00 | $54.40 |
| 8/22/2014 | review of final Joint PTO | 1.00 | 0.10 | $544.00 | $54.40 |
| 8/27/2014 | Review of voter intimidation in Houston | 0.50 | 0.25 | $544.00 | $136.00 |
| 8/28/2014 | plaintiff conference call | 1.00 | 0.10 | $544.00 | $54.40 |
| 8/28/2014 | plaintiff conference call with DOJ | 1.00 | 0.10 | $544.00 | $54.40 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 9/2/2014 | responding to requests for assistance from co-counsel at trial-witness contacts and prep | 2.00 | 0.50 | $544.00 | $272.00 |
| 9/3/2014 | responding to requests for assistance from co-counsel at trial witness contacts and prep | 2.00 | 0.50 | $544.00 | $272.00 |
| 9/4/2014 | responding to requests for assistance from co-counsel at trial - research | 1.00 | 0.50 | $544.00 | $272.00 |
| 9/7/2014 | strategizing w/ counsel on scheduling witness testimony and agreements w/ Texas | 0.50 | 0.25 | $544.00 | $136.00 |
| 9/14/2014 | reviewing proposed FOF for closing | 1.00 | 0.25 | $544.00 | $136.00 |
| 10/9/2014 | reviewed and discussed court's order against Texas | 1.50 | 0.50 | $544.00 | $272.00 |
| 10/10/2014 | further discussions and reactions to Court order for plaintiffs | 2.00 | 0.50 | $544.00 | $272.00 |
| 10/12/2014 | reviewed draft opposition to stay | 1.00 | 0.25 | $544.00 | $136.00 |
| 10/14/2014 | reviewed 5th Cir order and discussion | 2.00 | 0.50 | $544.00 | $272.00 |
| 10/15/2014 | review of Brewster County aff re: voter id issues | 1.00 | 0.25 | $544.00 | $136.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 10/20/2014 | conference call with plaintiffs | 1.00 | 0.10 | $544.00 | $54.40 |
| 10/23/2014 | conference call on sec 3 | 1.00 | 0.10 | $544.00 | $54.40 |
| 10/24/2014 | Review joint response and discussion with co-counsel | 1.00 | 0.50 | $544.00 | $272.00 |
| 10/26/2014 | Interviewed witnesses in Robertson County | 0.50 | 0.50 | $544.00 | $272.00 |
| 11/1/2014 | review of MTExpedite | 1.00 | 0.10 | $544.00 | $54.40 |
| 12/16/2014 | conference call re: briefing on appeal | 1.00 | 0.10 | $544.00 | $54.40 |
| 1/13/2015 | discussion re: attorney's fees filings | 1.00 | 0.25 | $544.00 | $136.00 |
| 1/30/2015 | Conference call re: Texas Brief | 1.00 | 0.10 | $544.00 | $54.40 |
| 2/24/2015 | review of list of legislative bills re: voter id filed in Texas | 0.50 | 0.10 | $544.00 | $54.40 |
| 2/26/2015 | review of draft brief and conference re: brief | 2.00 | 0.50 | $544.00 | $272.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 3/2/2015 | last reivew of brief final draft | 1.00 | 0.25 | $544.00 | $136.00 |
| 4/22/2015 | review and edit press release on oral argument in the case | 0.50 | 0.10 | $544.00 | $54.40 |
| 2/9/2016 | conference call with plaintiffs | 1.00 | 0.10 | $544.00 | $54.40 |
| 2/24/2016 | Conference call and meeting with co-counsel re: plaintiff conference call | 1.25 | 0.75 | $544.00 | $408.00 |
| 3/18/2016 | review and discussion re: Veasey letter in support of relief sought in Veasey emergency motion | 1.50 | 0.50 | $544.00 | $272.00 |
| 4/26/2016 | Review and discussion re: NAACP units on Amicus Brief-En Banc | 0.50 | 0.10 | $544.00 | $54.40 |
| 5/6/2016 | Review of Korbel section proposed for our Appellee's brief | 1.00 | 0.10 | $544.00 | $54.40 |
| 5/7/2016 | review of supplemental en banc brief | 1.50 | 0.25 | $544.00 | $136.00 |
| 5/10/2016 | reivew of DOJ brief | 1.00 | 0.10 | $544.00 | $54.40 |
| 5/11/2016 | mock court for arguemnt | 2.00 | 0.50 | $544.00 | $272.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 5/23/2016 | tv interview re: en banc review of case | 1.00 | 0.00 | $544.00 | $0.00 |
| 5/24/2016 | Reviewed and discussed oral argument at Fifth Circuit | 1.00 | 0.10 | $544.00 | $54.40 |
| 7/20/2016 | reviewed 5th cir opinion | 2.00 | 0.50 | $544.00 | $272.00 |
| 7/21/2016 | tv interview on the case | 1.00 | 0.00 | $544.00 | $0.00 |
| 7/22/2016 | conference call following broader call to discuss strategy moving forward | 1.00 | 0.10 | $544.00 | $54.40 |
| 7/28/2016 | Conference call on relief options and future action | 1.00 | 0.10 | $544.00 | $54.40 |
| 7/29/2016 | review of consent proposals and discussion | 1.50 | 0.50 | $544.00 | $272.00 |
| 8/1/2016 | conference call re: proposed changes to consent | 1.00 | 0.10 | $544.00 | $54.40 |
| 8/2/2016 | conference call re: potential agreed consent | 1.00 | 0.10 | $544.00 | $54.40 |
| 8/3/2016 | reviewed proposals for training and education | 1.00 | 0.10 | $544.00 | $54.40 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 8/4/2016 | reviewed plaintiffs' reponse to Texas' proposa | 1.00 | 0.10 | $544.00 | $54.40 |
| 8/10/2016 | telephone hearing | 1.00 | 0.10 | $544.00 | $54.40 |
| 8/18/2016 | Reviewed and discussed Paxton fox news threats | 0.50 | 0.10 | $544.00 | $54.40 |
| 8/23/2016 | review of reply on intent schedule | 0.50 | 0.10 | $544.00 | $54.40 |
| 8/25/2016 | reviewed and edited 3 affidavits | 1.50 | 1.00 | $544.00 | $544.00 |
| 8/26/2016 | Reviewed affidavits | 0.50 | 0.50 | $544.00 | $272.00 |
| 8/28/2016 | conference call re: interim remedies | 1.50 | 0.50 | $544.00 | $272.00 |
| 8/29/2016 | review of memo re: expedited discovery | 0.75 | 0.10 | $544.00 | $54.40 |
| 8/30/2016 | review of letter to State re: interim remedies | 0.50 | 0.10 | $544.00 | $54.40 |
| 9/2/2016 | Discussion on guarding against Texas likely gaming the remedies | 1.00 | 0.25 | $544.00 | $136.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 9/7/2016 | Reviewed and discussion re: MFAdditional relief | 1.00 | 0.10 | $544.00 | $54.40 |
| 9/12/2016 | review and discussion of Texas response to our motion | 1.00 | 0.10 | $544.00 | $54.40 |
| 9/16/2016 | confeerence call on strategy on the motion and hearing | 1.00 | 0.10 | $544.00 | $54.40 |
| 9/19/2016 | tv interview on hearing and Texas' failure to comply with interim remedies | 0.50 | 0.00 | $544.00 | $0.00 |
| 9/19/2016 | Telephone hearing | 1.30 | 0.10 | $544.00 | $54.40 |
| 9/28/2016 | conference call regarding appeals and strategy | 1.00 | 0.10 | $544.00 | $54.40 |
| 10/6/2016 | conference call on cert petition | 1.00 | 0.10 | $544.00 | $54.40 |
| 10/26/2016 | Proposed considerations for the conference call on Texas' expected misconduct re: polling behaviors and then conference call | 1.50 | 0.50 | $544.00 | $272.00 |
| 11/13/2016 | reviewed and edits on intent brief working draft | 1.50 | 0.50 | $544.00 | $272.00 |
| 11/28/2016 | review and edits to opposition to cert | 1.00 | 0.25 | $544.00 | $136.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 1/5/2017 | conference call re: argument | 1.00 | 0.10 | $572.00 | $57.20 |
| 1/12/2017 | review and editing press release on argument | 0.10 | 0.10 | $572.00 | $57.20 |
| 1/24/2017 | tv interview on the argument and case | 1.00 | 0.00 | $572.00 | $0.00 |
| 2/21/2017 | Conference Call | 0.60 | 0.10 | $572.00 | $57.20 |
| 2/23/2017 | Conference Call | 0.50 | 0.10 | $572.00 | $57.20 |
| 3/7/2017 | Responded to emails regarding effect of SB5 brief, with editing suggestions | 0.10 | 0.10 | $572.00 | $57.20 |
| | Totals: | 147.15 | 40.85 | | $22,236.40 |