IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) <br> (Consolidated Action) |

**VEASEY-LULAC PLAINTIFFS' SUPPLEMENT TO OPPOSED MOTION FOR AWARD OF REASONABLE ATTORNEYS' FEES AND COSTS**

The Veasey-LULAC Plaintiffs submit this supplement to their motion for attorneys' fees and costs, Doc. 1143. In consultation with Defendants' counsel, Private Plaintiffs agreed to provide supplemental documentation and/or revised declarations in support of their motions. *See* Doc. 1164. Consistent with Private Plaintiffs' discussions with the State Defendants, the Veasey-LULAC counsel provide this supplemental filing in further exercise of their reasonable billing judgment. This supplemental filing provides minor revisions to Veasey-LULAC Plaintiffs' billing statements and additional documentation of expenses. Specifically, attached to this supplement are: (1) supplemental declaration of J. Gerald Hebert establishing any changes to attorneys' fees and costs incurred by CLC on behalf of the Veasey-LULAC Plaintiffs, with attached exhibits of revised billing records and additional documentation of costs; (2) supplemental declaration of Chad Dunn establishing any changes to attorneys' fees and costs incurred by Brazil & Dunn on behalf of the Veasey-LULAC Plaintiffs, with attached exhibits of revised billing records and additional documentation of costs; (3) supplemental declaration of Armand Derfner establishing

1

any changes to attorneys' fees and costs incurred by Derfner & Altman on behalf of the Veasey-LULAC Plaintiffs, with attached exhibits of revised billing records and additional documentation of costs; and (4) supplemental declaration of Neil Baron establishing any changes to attorneys' fees and costs incurred by Law Offices of Neil Baron on behalf of the Veasey-LULAC Plaintiffs, with attached exhibits of revised billing records and additional documentation of costs.

Pursuant to these minor revisions, Veasey Plaintiffs request an award of attorneys' fees and costs in the amount shown in the table below, as established by the supplemental declarations and materials attached to this motion.

| Attorney | Amount |
|---|---|
| J. Gerald Hebert | $290,194.20 |
| Danielle Lang | $64,773.54 |
| Joshua Bone | $99,775.00 |
| Emma Simson | $313,990.40 |
| **Campaign Legal Center Total Fees** | **$768,733.14** |
| **Campaign Legal Center Total Costs** | **$111003.27** |
| Chad Dunn | $508,307.75 |
| Scott Brazil | $155,526.80 |
| **Brazil & Dunn Total Fees** | **$663,834.55** |
| **Brazil & Dunn Total Costs** | **$299,915.29** |
| Armand Derfner | $714,512.80 |
| **Derfner & Altman Total Fees** | **$714,512.80** |
| **Derfner & Altman Total Costs** | **$13,623.82** |
| Neil Baron | $164,078.20 |
| **Law Offices of Neil Baron Total Fees** | **$164,078.20** |
| **Law Offices of Neil Baron Total Costs** | **$2,115.83** |
| **William ("Billy") Edwards Total Fee** | **$2,700.00** |
| **VEASEY TOTAL FEES & COSTS** | **$2,740,516.90** |

Respectfully submitted,

/s/ J. Gerald Hebert
J. GERALD HEBERT
DANIELLE M. LANG
Campaign Legal Center
1411 K Street NW Suite 1400
Washington, DC 20005

CHAD W. DUNN
K. SCOTT BRAZIL
BRAZIL & DUNN
4201 Cypress Creek Pkwy., Suite 530
Houston, Texas 77068

ARMAND G. DERFNER
Derfner & Altman
575 King Street, Suite B
Charleston, S.C. 29403

NEIL G. BARON
Law Office of Neil G. Baron
914 FM 517 W, Suite 242
Dickinson, Texas 77539

DAVID RICHARDS
Richards, Rodriguez & Skeith, LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701

*Counsel for Veasey/LULAC Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 15, 2019, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                      /s/ J. Gerald Hebert
                                      Counsel for Plaintiffs