# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

JUL 22 2019

David J. Bradley, Clerk of Court


20190712-140

Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Friday, July 12, 2019
Case Number: 2:13-cv-00193
Document Number: 1173 (1 page)
Notice Number: 20190712-140
Notice: The attached order has been entered.



**CLERK**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**POST OFFICE BOX 61010**
**HOUSTON, TEXAS 77208**

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED
JUL 22 2019
David J. Bradley, Clerk of Court

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002
02 1W
0001374615
$ 000.50°

NIXIE    787   DE 1    0007/20/19
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

RETURN TO SENDER
[ ] NEED BOOKING #/DOB
[X] INMATE NO LONGER HERE
[ ] ILLEGIBLE WRITING
[ ] NEED INMATE FULL NAME
[ ] ACCEPTED-NO RETURN ADDRESS

BC: 77208101010    *1233-03006-15-40