# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

AUG 06 2019

David J. Bradley, Clerk of Court

20190712-144
S. Christopher Suprun
909 Collins Blvd.
Cedar Hill, TX US 75104

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Friday, July 12, 2019
Case Number: 2:13-cv-00193
Document Number: 1173 (1 page)
Notice Number: 20190712-144
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

FoE-R20



U.S. POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.50⁰
02 1W
0001374615 JUL 15 2019

United States Courts
Southern District of Texas
FILED

AUG 06 2019

David J. Bradley, Clerk of Court

NIXIE        750    FE 1        0002/03/19
    RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

BC: 77208101010    *1233-03019-15-42