# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

```
20190801-94
```

Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

United States Courts
Southern District of Texas
**F I L E D**

**AUG 12 2019**

David J. Bradley, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Thursday, August 1, 2019
Case Number: 2:13-cv-00193
Document Number: 1178 (1 page)
Notice Number: 20190801-94
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 000.50°
02 1W
0001374615 AUG 02 2019

United States Courts
Southern District of Texas
FILED

AUG 12 2019

David J. Bradley, Clerk of Court

NIXIE    787    DE 1    0008/05/19

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 77208101010    *0833-05700-02-42

RETURN TO SENDER
NEED BOOKING #/DOB
INMATE NO LONGER HERE
ILLEGIBLE WRITING
INMATE FULL NAME
INMATE-NO RETURN ADDRESS