# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED
AUG 13 2019
David J. Bradley, Clerk of Court



20190801-99

S. Christopher Suprun
909 Collins Blvd.
Cedar Hill, TX US 75104

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

---

Date: Thursday, August 1, 2019
Case Number: 2:13-cv-00193
Document Number: 1178 (1 page)
Notice Number: 20190801-99
Notice: The attached order has been entered.

---

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

U.S. POSTAGE PITNEY BOWES
ZIP 77002 $ 000.50⁰
02 1W
0001374615 AUG 02 2019

FOE - R20

United States Courts
Southern District of Texas
FILED
AUG 13 2019

David J. Bradley, Clerk of Court

NIXIE 750 FE 1 0008/09/19
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 77208101010 *0833-05695-02-42

77208>1010