IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY et al., <br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, et al., <br> *Defendants*, | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 2:13-cv-193 (NGR) |

**UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO
PRIVATE PLAINTIFFS' MOTIONS FOR ATTORNEYS' FEES**

The State Defendants file this unopposed motion to extend the time to respond to the Private Plaintiffs' Motions for Attorneys' Fees. The Private Plaintiffs have advised the State Defendants that they do not oppose the request for extension of time.

On July 15, 2019, the Private Plaintiffs provided supplemental affidavits and documentation. The State Defendants respectfully request an extension of the current deadline to respond to the Private Plaintiffs' individual motions for attorney's fees to September 27, 2019, to allow additional time to compare the supplemental affidavits and process the receipts. Federal Rule of Civil Procedure 6(b) permits the Court to extend the deadline for good cause. Good cause exists since the Plaintiffs supplemented and Defendants should have additional time to review. The extension will not cause any undue prejudice to the Private Plaintiffs, all of whom are unopposed to the extension of time.

1

The State Defendants therefore respectfully request an order extending the time to respond to the Private Plaintiffs' motions to September 27, 2019.

Dated: August 28, 2019

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief-General Litigation Division

/s/*Dominique G. Stafford*
DOMINIQUE G. STAFFORD
Texas Bar No. 24079382
SUMMER R. LEE
Texas Bar No. 24046283
Assistant Attorneys General
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 463-2120 PHONE
(512) 320-0667 FAX
Dominique.Stafford@oag.texas.gov
Summer.Lee@oag.texas.gov
*Attorneys for the State of Texas*

## CERTIFICATE OF CONFERENCE

I hereby certify that, on August 26, 2019, counsel for the State Defendants conferred with counsel for the Private Plaintiffs regarding its request to extend the time to respond to the motion. Counsel for the Private Plaintiffs indicated that they are unopposed to the State Defendants' request for an extension of time.

*/s/ Dominique G. Stafford*
DOMINIQUE G. STAFFORD
Assistant Attorney General

## CERTIFICATE OF SERVICE

I certify that, on August 28, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

*/s/ Dominique G. Stafford*
DOMINIQUE G. STAFFORD
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY et al.,<br>*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, et al.,<br>*Defendants*, | §<br>§<br>§<br>§<br>§  Civil Action No. 2:13-cv-193 (NGR)<br>§<br>§<br>§<br>§ |

## **ORDER**

Before the Court is Defendants' Unopposed Motion to Extend the Time to Respond to Plaintiffs' Motions for Attorneys' Fees. Having considered the Motion, the Court is of the opinion that Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Unopposed Motion to Extend the Time to Respond to Plaintiffs' Motions for Attorneys' Fees is hereby GRANTED.

Defendants' responses are due by September 27, 2019.

SIGNED this _____ day of _____, 2019.

_____
HON. NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE