United States District Court
Southern District of Texas
**ENTERED**
August 28, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY et al., *Plaintiffs*, | § § § § | |
| v. | § § | Civil Action No. 2:13-cv-193 (NGR) |
| GREG ABBOTT, et al., *Defendants*, | § § § § | |

## ORDER

Before the Court is Defendants' Unopposed Motion to Extend the Time to Respond to Plaintiffs' Motions for Attorneys' Fees. Having considered the Motion, the Court is of the opinion that Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Unopposed Motion to Extend the Time to Respond to Plaintiffs' Motions for Attorneys' Fees is hereby GRANTED.

Defendants' responses are due by September 27, 2019.

SIGNED this _____ day of __8/28/19__, 2019.

HON. NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

1