# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| **MARC VEASEY**, et al., § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> **GREG ABBOTT**, et al., § <br> § <br> Defendants. § | Civil Action No. 2:13-cv-00193 |

## DEFENDANTS' UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

The defendants respectfully move this Court to allow the substitution of Kyle D. Hawkins as counsel in place of Scott A. Keller. Mr. Hawkins has replaced Mr. Keller as Solicitor General of Texas. Mr. Hawkins is licensed to practice law in Texas and is admitted to practice and remains in good standing in the United States District Court for the Southern District of Texas.

The defendants request that a copy of all papers served or filed in this action be forwarded to:

Kyle D. Hawkins
Solicitor General
Texas State Bar No. 24094710
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-1700
kyle.hawkins@oag.texas.gov

       Respectfully submitted.

       Ken Paxton
       Attorney General of Texas

       Jeffrey C. Mateer
       First Assistant Attorney General

       <u>/s/ Kyle D. Hawkins</u>
       Kyle D. Hawkins
       Solicitor General
       Texas State Bar No.  24094710

       Office of the Attorney General
       209 West 14th Street
       P.O. Box 12548 (MC-059)
       Austin, Texas 78711-2548
       (512) 936-1700 (phone)
       (512) 474-2697 (fax)
       kyle.hawkins@oag.texas.gov

       Counsel for Defendants

Dated: September 9, 2019

## CERTIFICATE OF CONFERENCE

    I certify that my staff e-mailed counsel for the plaintiffs on September 6, 2019, asking whether they would oppose this motion. No counsel objected to the motion.

                                          /s/ Kyle D. Hawkins  
                                          KYLE D. HAWKINS  
                                          Solicitor General

## CERTIFICATE OF SERVICE

    I certify that on September 9, 2019, this document was served to counsel of record through the Court's CM/ECF document filing system.

                                          /s/ Kyle D. Hawkins  
                                          KYLE D. HAWKINS  
                                          Solicitor General

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **MARC VEASEY**, et al., | § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:13-cv-00193 |
| | § § | |
| **GREG ABBOTT**, et al., | § § | |
| Defendants. | § § | |

**ORDER GRANTING LEAVE TO SUBSTITUTE
KYLE D. HAWKINS FOR SCOTT A. KELLER AS COUNSEL**

It is ORDERED that the defendants' motion to substitute Kyle D. Hawkins for Scott A. Keller as counsel in this case is GRANTED.

Signed on the _____ day of _____, 2019.

_____
HONORABLE NELVA GONZALES RAMOS
United States District Judge