# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **MARC VEASEY**, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:13-cv-00193 |
| | § § | |
| **GREG ABBOTT**, et al., | § § | |
| Defendants. | § § | |

### ORDER GRANTING LEAVE TO SUBSTITUTE
### KYLE D. HAWKINS FOR SCOTT A. KELLER AS COUNSEL

It is ORDERED that the defendants' motion to substitute Kyle D. Hawkins for Scott A. Keller as counsel in this case is GRANTED.

Signed on the _____ day of _____, 2019.

_____
HONORABLE NELVA GONZALES RAMOS
United States District Judge