United States District Court
Southern District of Texas
**ENTERED**
September 09, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, et al., | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 2:13-cv-00193 |
| GREG ABBOTT, et al., | § | |
| Defendants. | § | |

ORDER GRANTING LEAVE TO SUBSTITUTE
KYLE D. HAWKINS FOR SCOTT A. KELLER AS COUNSEL

It is ORDERED that the defendants' motion to substitute Kyle D. Hawkins for Scott A. Keller as counsel in this case is GRANTED.

Signed on the ____ day of 9/9/19, 2019.

HONORABLE NELVA GONZALES RAMOS
United States District Judge