# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

20190909-227

Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

United States Courts
Southern District of Texas
FILED

SEP 18 2019

David J. Bradley, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Monday, September 9, 2019
Case Number: 2:13-cv-00193
Document Number: 1185 (1 page)
Notice Number: 20190909-227
Notice: The attached order has been entered.

Case 2:13-cv-00193 Document 1186 Filed on 09/18/19 in TXSD Page 2 of 2

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED

SEP 18 2019

David J. Bradley, Clerk of Court

U.S. POSTAGE >> PITNEY BOWES
$ 000.50
ZIP 77002
02 1W
0001374615 SEP 10 20

RETURN TO SENDER
[ ] NEED BOOKING #/DOB
[ ] NEED LONGER HERE
[ ] INMATE NO LONGER WRITING
[ ] ILLEGIBLE FULL NAME
[X] NEED INMATE-NO RETURN ADDRESS
[ ] NOT ACCEPTED

RETURN TO SENDER
UNABLE TO FORWARD

BC: 77208101010    *0933-06106-10-40