# ATTACHMENT NO. 1
## RÉSUMÉ – DANIEL G. COVICH

**DANIEL G. COVICH**

320 Pasadena Place

Corpus Christi, Texas 78411

361.442.3989

daniel@covichlawfirm.com

_____

### SUMMARY OF QUALIFICATIONS

Civil litigator; Litigation team management. Significant background in civil rights and discrimination cases. Former Adjunct Professor of Law at University of Texas Law School; Former Texas Assistant Attorney General–Tort Claims Defense.

### PROFESSIONAL EXPERIENCE

**The Covich Law Firm P.L.L.C.**           **Manager/Trial Attorney**
Corpus Christi, Texas                                   July 2014 –Present

Responsibilities include management of law firm and full time law practice focusing on personal injury/ wrongful death litigation, premises liability litigation, commercial vehicle litigation; fleet vehicle litigation, and general civil litigation.

**Webb, Cason & Covich, P.C.**              **Partner**
Corpus Christi, Texas                                   June 2004 –June 2013

Responsibilities included shared management of law firm and litigation team management. Personal injury and wrongful death litigation, premises liability litigation, commercial vehicle litigation, and general civil litigation.

**Harris Mejia, L.L.P.**                          **Associate Attorney**
Corpus Christi, Texas                                   June, 2003 – June 2004

Product liability litigation, wrongful death litigation, automobile manufacturer and tire manufacturer litigation with emphasis on commercial vehicle litigation.

**The Allison Law Firm**                       **Associate Attorney**
Corpus Christi, Texas                                   October, 2000 – May, 2003

1

Product liability litigation, wrongful death litigation, automobile manufacturer and tire manufacturer litigation; commercial vehicle litigation, and general civil litigation.

**University of Texas Law School**          **Adjunct Professor**
Austin, Texas                                Trial Advocacy Skills     Fall, 2000

Taught second and third year law students trial skills including introduction of evidence, objections and admission of exhibits, opening statements, basic direct and cross examination of witnesses, impeachment of witnesses, direct and cross examination of experts, and jury argument.

**Office of the Attorney General**          **Assistant Attorney General**
**I. Natural Resources Division (Promotion)**  September 1999 – October 2000

Enforcement of the environmental laws of Texas including depositions, trials, and motion practice. Significant individual caseload.

**II. Tort Litigation Division**

Extensive trial practice defending State agencies and employees with a focus on medical malpractice litigation, and other Texas Tort claims litigation, successfully drafting and arguing numerous dispositive motions, and extensive deposition practice. Promoted to Natural Resources Division in May 2000.

**Bob Binder and Associates**               **Associate Attorney**
Austin, Texas                                1993 –1998

Personal Injury and Deceptive Trade Practice Consumer Law. Case load included employee rights, age discrimination and civil rights cases. Assisted firm in developing community and public relations programs.

**Law Office Of Bobby Roberts, P.C.**        **Associate Attorney**
Austin, Texas                                1990–1993

Bad Faith litigation targeted at insurance companies.

**Roth, Sokat & Best, PC**                   **Associate Attorney**
Brownsville, Texas                           1987 – 1990

Product Liability litigation targeted at soft drink industry; premises liability and highway design litigation.

<u>EDUCATION/LICENSURE</u>

UNIVERSITY OF OKLAHOMA: JD,

Law, 1987

Texas State Bar

Federal Court: Northern and Southern Districts

2

Corpus Christi Bar Association 2000 – Present
Judicial Screening Committee
Elder Law Committee

TEXAS STATE UNIVERSITY
San Marcos, Texas, Bachelor of Science, Criminal Justice, 1983
Faculty Nomination as Outstanding Criminal Justice Student of the Year, 1982

**AWARDS**
2007 NAACP Recognition Award for service to community;
2012 NAACP Presidents Award–State
2012 NAACP Foot Soldiers' Award–National