# ATTACHMENT NO. 2

### *TEXAS STATE CONFERENCE OF NAACP BRANCHES v. TEXAS*
### TIME RECORDS FOR DANIEL G. COVICH

| Date | Matter | Description | Quantity | Rate |
|------|--------|-------------|----------|------|
| 09/13/2013 Through 9/1/14 | 00036-Texas NAACP (Voter ID) | Reviewed proposed Complaint, and related correspondence, consolidation documents, emails, document production, and attended weekly NAACP section calls. Pre-trial preparation and strategy meetings and conferences with NAACP and co-counsel. | 15.0 hours | 15 hours @ $572 per hour =$8,580 |
| 9/2/14 through 10/22/14 | 00036-Texas NAACP (Voter ID) | Attended bench trial, met with lead counsel and co-counsel, supplied attorney notes and attended strategy meeting throughout trial. | Total time involved is over 40 hours for this time period, requesting billing for 25 hours total for this category. | 25 hours @ $572 per hour =$14,300. |

Total HOURS for Daniel Covich representing Texas NAACP: 40.00

Total EXPENSES due for Daniel Covich:  $0

Total due for Daniel Covich: 40 HOURS @ $572/hour:  $22,880

**TOTAL:   $22,880**