IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>GREG ABBOTT, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-193 (NGR)<br>(Consolidated Action) |

**[PROPOSED] ORDER GRANTING TEXAS NAACP AND MALC PLAINTIFFS' UNOPPOSED MOTION TO SUPPLEMENT PETITION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

  Pending before the Court is Texas NAACP and MALC Plaintiffs' Unopposed Motion to Supplement Petition for Award of Attorneys' Fees and Reimbursement of Litigation Expenses. Having considered the parties' briefing on this matter, the Court finds that the motion should be, and hereby is, GRANTED.

  So ORDERED this _____ day of _____, 2019.

                     _____
                     **THE HONORABLE NELVA GONZALES RAMOS**