# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
F I L E D

SEP 26 2019

David J. Bradley, Clerk of Court

20190909-232

S. Christopher Suprun
909 Collins Blvd.
Cedar Hill, TX US 75104

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Monday, September 9, 2019
Case Number: 2:13-cv-00193
Document Number: 1185 (1 page)
Notice Number: 20190909-232
Notice: The attached order has been entered.

**CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208**

OFFICIAL BUSINESS



U.S. POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.50°
02 1W
0001374615 SEP 10 2019

United States Courts
Southern District of Texas
FILED
SEP 26 2019
David J. Bradley, Clerk of Court

NIXIE    750    FE 1        0009/21/19
    RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 77208101010    *0933-06101-10-40