IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY et al., | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 2:13-cv-193 (NGR) |
| GREG ABBOTT, et al., | § | |
| *Defendants*, | § | |
| | § | |
| | § | |

## UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO PRIVATE PLAINTIFFS' MOTIONS FOR ATTORNEY'S FEES

The State Defendants file this unopposed motion to extend the time to respond to the Private Plaintiffs' Motions for Attorney's Fees. The State Defendants' current deadline to file a response is October 3, 2019.

Federal Rule of Civil Procedure 6(b) permits the Court to extend the deadline for good cause. Due to the large volume of information and data contained within the Private Plaintiffs' individual motions for attorney's fees, and some technical difficulties encountered by the State Defendants, the State Defendants respectfully request an extension to file their response until October 17, 2019. The Private Plaintiffs have advised the State Defendants that they do not oppose the request for extension of time. Good cause exists to allow the State Defendants sufficient time to prepare an adequate response. The extension will not cause any undue prejudice to the Private Plaintiffs.

1

The State Defendants therefore respectfully request an order extending the time to respond to the Private Plaintiffs' motions to October 17, 2019.

Dated: October 2, 2019

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief-General Litigation Division

/s/*Dominique G. Stafford*
DOMINIQUE G. STAFFORD
Texas Bar No. 24079382
SUMMER R. LEE
Texas Bar No. 24046283
Assistant Attorneys General
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 463-2120 PHONE
(512) 320-0667 FAX
Dominique.Stafford@oag.texas.gov
Summer.Lee@oag.texas.gov
*Attorneys for the State of Texas*

## CERTIFICATE OF CONFERENCE

I hereby certify that, on October 2, 2019, counsel for the State Defendants conferred with counsel for the Private Plaintiffs regarding its request to extend the time to respond to the motion. Counsel for the Private Plaintiffs indicated that they are unopposed to the State Defendants' request for an extension of time.

*/s/ Dominique G. Stafford*
DOMINIQUE G. STAFFORD
Assistant Attorney General

## CERTIFICATE OF SERVICE

I certify that, on October 2, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

*/s/ Dominique G. Stafford*
DOMINIQUE G. STAFFORD
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY et al., § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> GREG ABBOTT, et al., § <br> *Defendants*, § <br> § <br> § | Civil Action No. 2:13-cv-193 (NGR) |

# **ORDER**

Before the Court is State Defendants' Unopposed Motion to Extend Time to File Response to Private Plaintiffs' Motions for Attorney's Fees. Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that State Defendants' Unopposed Motion to Extend Time to File Response to Private Plaintiffs' Motions for Attorney's Fees is hereby GRANTED.

State Defendants' responses are due by October 17, 2019.

SIGNED this_____day of_____, 2019.

_____
HON. NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

1