United States District Court
Southern District of Texas
**ENTERED**
October 03, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY et al., *Plaintiffs*, | § § § | |
| v. | § § | Civil Action No. 2:13-cv-193 (NGR) |
| GREG ABBOTT, et al., *Defendants*, | § § § § | |

## ORDER

Before the Court is State Defendants' Unopposed Motion to Extend Time to File Response to Private Plaintiffs' Motions for Attorney's Fees. Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that State Defendants' Unopposed Motion to Extend Time to File Response to Private Plaintiffs' Motions for Attorney's Fees is hereby GRANTED.

State Defendants' responses are due by October 17, 2019.

SIGNED this _____ day of 10/3/19, 2019.

HON. NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE