# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

20190924-80

Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Tuesday, September 24, 2019
Case Number: 2:13-cv-00193
Document Number: 1189 (1 page)
Notice Number: 20190924-80
Notice: The attached order has been entered.



CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS
United States District of Texas
Southern District
F I L E D
OCT 08 2019
David J. Bradley, Clerk of Court

RETURN TO SENDER
[ ] NEED BOOKING #/DOB
[X] INMATE NO LONGER HERE
[ ] ILLEGIBLE WRITING
[ ] NEED INMATE FULL NAME
[ ] NOT ACCEPTED-NO RETURN ADDRESS

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 000.50°
02 1W
0001374615 SEP 24 2019

NIXIE    787  DE 1         0010/01/19
         RETURN TO SENDER
         REFUSED
         UNABLE TO FORWARD

BC: 772081010     *1993-01227-25-30