# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States
Southern District of Texas
FILED

OCT 09 2019

David J. Bradley, Clerk of Court

20190924-85

S. Christopher  Suprun
909 Collins Blvd.
Cedar Hill, TX US 75104

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Tuesday, September 24, 2019
Case Number: 2:13-cv-00193
Document Number: 1189 (1 page)
Notice Number: 20190924-85
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002
02 1W $ 000.50⁰
0001374615 SEP 24 2019

FoE, p2D

United States Courts
Southern District of Texas
FILED

OCT 09 2019

David J. Bradley, Clerk of Court

NIXIE 750 FE 1 0010/05/19

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77208101010 *1993-01222-25-30

77208>1010
75100873865 R020