# INDEX OF EXHIBITS

<u>HJ&C</u>
1. Exhibit A-1- Travel
2. Exhibit A-2- Clerical
3. Exhibit A-4- Excessive
4. Exhibit A-5- Non-Compensable
5. Exhibit A-6- Block
6. Exhibit A-7- Vague
7. Exhibit A-8 Business Development

<u>NAACP & MALC</u>
1. Exhibit B-1- Travel
2. Exhibit B-2- Clerical
3. Exhibit B-3- Duplicative
4. Exhibit B-4- Excessive
5. Exhibit B-5- Non-Compensable
6. Exhibit B-6- Block
7. Exhibit B-7- Vague
8. Exhibit B-8- Business Development

<u>Imani Clark</u>
1. Exhibit C-1- Travel
2. Exhibit C-3- Duplicative
3. Exhibit C-4- Excessive
4. Exhibit C-5- Non-Compensable
5. Exhibit C-6- Block
6. Exhibit C-7- Vague
7. Exhibit C-8- Business Development

<u>Veasey- LULAC</u>
1. Exhibit D-1- Travel
2. Exhibit D-2- Clerical
3. Exhibit D-3- Duplicative
4. Exhibit D-4- Excessive
5. Exhibit D-5- Non-Compensable

    6. Exhibit D-6- Block
    7. Exhibit D-7- Vague
    8. Exhibit D-8- Business Development

Taylor
    1. Exhibit E-1- Travel
    2. Exhibit E-2- Clerical
    3. Exhibit E-3- Duplicative
    4. Exhibit E-4- Excessive
    5. Exhibit E-5- Non-Compensable
    6. Exhibit E-6- Block
    7. Exhibit E-7- Vague
    8. Exhibit E-8- Business Development

Exhibit F- Hearing Dates and Times
Exhibit G- Coding Designations
Exhibit H- Docket Report