# EXHIBIT A-1
# HJ&C
# TRAVEL

**EXHIBIT A-1**
**TRAVEL**
**RIOS**

| TIME & EXPENSE RECORDS ROLANDO RIOS | | | |
|---|---|---|---|
| 9/26/2013 | 8 | Travel to Edinburg; confer with clients; travel back to SA | T |
| 1/6/2014 | 5.5 | travel to Edinburg; confer with clients (Judge Garcia and individuals) travel back to SA; work on draft of Amended complaint. | T |
| 2/11/2014 | 4.5 | confer with cocounsel to prepare for the hearing scheduled for 2-12-14 in Corpus; travel to Corpus Christi | T,D |
| 2/12/2014 | 4 | attend hearing before Judge Ramos; travel back to SA | T,B,E |
| 6/12/2014 | 17 | Travel to and from to S. Padre Island to brief clients on status of the case (T-13hrs; prepare and brief 4) | T |
| 7/14/2014 | 15 | Travel to and from Edenburg; defend deposition of Judge Ramon Garcia | T |
| 8/2/2014 | 4.5 | travel to and from Corpus Christi: opening arguments | T |
| **TOTAL** | **58.5** | | |