# EXHIBIT A-2
# HJ&C
# CLERICAL

**EXHIBIT A-1**
**CLERICAL**
**RIOS**

| TIME & EXPENSE RECORDS ROLANDO RIOS | | | |
|---|---|---|---|
| 8/29/2013 | 4.5 | motion to intervene; complaint in intervention; download USA v Texas | C |
| 9/6/2013 | 4.2 | Download pleading from DC case and case in Corpus Christi; Pleadings - Federal and State - motion to intervene, complaint in intervention; State Complaint, M for preliminary injunction, Memo in support; proposed order | C,V |
| 9/12/2013 | 4.5 | Download pleading from DC case and case in Corpus ChristiPleadings - Federal and State - motion to intervene, complaint in intervention; State Complaint, M for preliminary injunction, Memo in support; proposed order | C,V,E |
| 10/1/2013 | 1 | pc with commissioners (clients) on filing of intervention; calendar upcoming events | C |
| 10/21/2013 | 3.5 | #51; continue review and download docs on Tex v USA; review joint appendix filed by state and usa | V,C |
| 11/12/2014 - 11/21/14 | 3.5 | Motion to withdraw Deason as counsel for Defendants; filing trial exhibits ; #681 through #805 sealed filing | N,C |
| 12/3/2014 | 0.3 | electronic filing of recod on appeal | C |
| 1/29/2015 | 1.8 | motion to file redacted brief; Appellant brief filed; record excerpts; ltr from Cyle Cayce | C,V |
| 1/30/2015 | 1.5 | filing of brief filedin Wisconsin Case, 7th Circuit | C |
| 3/5/2015 | 1.5 | 6 emails - download briefs | B,V,C |
| 9/9/2016 | 1.5 | Download web cites used by State of Texas addressing the education on voter ID ruling | C |
| **TOTAL** | **27.8** | | |

Page 001