# EXHIBIT A-4
# HJ&C
# EXCESSIVE

**EXHIBIT A-4 EXCESSIVE RIOS**

| TIME & EXPENSE RECORDS | | Rolando Rios | |
|---|---|---|---|
| 9/12/2013 | 4.5 | Download pleading from DC case and case in Corpus ChristiPleadings - Federal and State - motion to intervene, complaint in intervention; State Complaint, M for preliminary injunction, Memo in support; proposed order | C,V,E |
| 9/13/2013 | 5 | Pleadings - Federal and State - motion to intervene, complaint in intervention; State Complaint, M for preliminary injunction, Memo in support; proposed order | E |
| 9/17/2013 | 4 | Pleadings - Federal and State - motion to intervene, complaint in intervention; State Complaint, M for preliminary injunction, Memo in support; proposed order | E,V |
| 9/20/2013 | 3.5 | Pleadings - Federal and State - motion to intervene, complaint in intervention; State Complaint, M for preliminary injunction, Memo in support; proposed order | E,V |
| 9/23/2013 | 4 | Pleadings - Federal and State - motion to intervene, complaint in intervention; State Complaint, M for preliminary injunction, Memo in support; proposed order | E,V |
| 9/24/2013 | 4.5 | Pleadings - Federal and State - motion to intervene, complaint in intervention; State Complaint, M for preliminary injunction, Memo in support; proposed order | E,V |
| 10/4/2013 | 1.8 | prepare for and participate in the pc with the court and all parties on M to Stay filed by the USA | B,E |

Page 001

**EXHIBIT A-1 EXCESSIVE RIOS**

| Date | Hours | Description | Codes |
|---|---|---|---|
| 10/18/2013 | 1.5 | prepare for and participate in the pc with the court and all parties on rescheduling after gov shutdown the USA; confer with cocounsel review and calendar events | B,E |
| 11/22/2013 | 1.2 | prepare for and participate in pc with the court on states advisory requesting modification of the scheduling order | B,E |
| 2/12/2014 | 4 | attend hearing before Judge Ramos; travel back to SA | T,B,E |
| 2/14/2014 | 1.5 | confer with counsel (J. Garza) on potential injunctive relief; phone hearing with the court on M to modify scheduling order - review order denying M | B,E |
| 6/24/2014 | 2 | status conference | V,E |
| 7/14/2014 | 2 | status conference | V,E |
| 7/21/2014 | 2 | status conference | V,E |
| 8/4/14-10/15/14 | 35.9 | 1,110 emails | B,V,E |
| 9/10/2016 | 2.5 | preparation for and participate in hearing with the Court on remedy - education plans for voters on affidavit instead of voter ID doc | E |
| | **79.9** | | |

**Page 002**