# EXHIBIT A-5
# HJ&C
# NON-COMPENSABLE

# EXHIBIT A-5
## NON-COMPENSABLE
### RIOS

| TIME & EXPENSE RECORDS ROLANDO RIOS | | | |
|---|---|---|---|
| 10/22/2014 | 2.2 | Section 3 remedy issues LR and discussions | N |
| 10/24/2014 | 1.4 | remedy and Section 3 (c ) to be deferred; submission t the court; 16 emails; order setting pc hearing for 10/27/14 | N,B,V |
| 11/12/2014 - 11/21/14 | 3.5 | Motion to withdraw Deason as counsel for Defendants; filing trial exhibits ; #681 through #805 sealed filing | N,C |
| 11/24/2014 | 0.8 | #806, Defendants Offer of Proof of Section 5 Memorandum | N |
| 11/25/2014 | 0.8 | motion to withdraw various counsel for the defendants | N |
| 2/18/2015 | 0.3 | motion to withdraw counsel for defendants | N |
| 5/28/2015 | 0.3 | # 837, motion to withdraw attorney | N |
| 5/29/2015 | 0.3 | #838 order granting motion to withdraw | N |
| 7/10/2015 | 0.3 | Unopposed MOTION for Joshua James Bone to Withdraw as Attorney b | N |
| 7/10/2015 | 0.3 | ORDER granting [842] Motion to Withdraw as Attorney. | N |
| 9/2/2015 | 0.3 | ORDER granting [844] Motion to Withdraw as Attorney. | N |
| 9/3/2015 | 0.1 | MOTION for Anna M. Baldwin to Withdraw as Attorney by United States Of America | N |

**TOTAL 10.6**