# EXHIBIT A-6
# HJ&C
# BLOCK

## BLOCK RIOS

| TIME & EXPENSE RECORDS ROLANDO RIOS | | | ROLANDO RIOS | |
|---|---|---|---|---|
| 9/10/2013 | RR | 0.2 | 2 emails | V,B |
| 9/17/*13 | RR | 0.3 | 3 emails | B,V |
| 9/18/2013 | RR | 0.2 | 2 emails | B,V |
| 10/1/2013 | RR | 0.4 | 4 emails | B,V |
| 10/2/2013 | RR | 0.2 | 2 emails | B,V |
| 10/3/2013 | RR | 2 | 20 emails | B,V |
| 10/4/2013 | RR | 0.4 | 4 emails | B,V |
| 10/4/2013 | RR | 1.8 | prepare for and participate in the pc with the court and all parties on M to Stay filed by the USA | B,E |
| 10/8/2013 | RR | 0.1 | 1email | B,V |
| 10/11/2013 | RR | 0.3 | 3 emails | B,V |
| 10/17/2013 | RR | 0.1 | 1 email | B,V |
| 10/18/2013 | RR | 0.2 | 2 emails | B,V |
| 10/18/2013 | RR | 1.5 | prepare for and participate in the pc with the court and all parties on rescheduling after gov shutdown the USA; confer with cocounsel review and calendar events | B,E |
| 10/22/2013 | RR | 0.2 | 2 emails | B,V |
| 10/24/2013 | RR | 0.6 | 6 emails | B,V |
| 10/25/2013 | RR | 0.5 | 5 emails | B,V |
| 10/29/2013 | RR | 0.2 | 2 emails | B,V |
| 10/30/2013 | RR | 0.4 | 4 emails | B,V |
| 10/31/2013 | RR | 0.2 | 2 emails | B,V |
| 11/1/2013 | RR | 1 | 16 emails | B,V |
| 11/2/2013 | RR | 0.2 | 2 emails | B,V |
| 11/4/2013 | RR | 0.8 | 8 emails; #60 | B,V |
| 11/5/2013 | RR | 0.7 | 1 email; docs 61- 62 and 6 attachments | B,V |
| 11/12/2013 | RR | 0.5 | 5 emails; docs 65 and 66 | B,V |
| 11/13/2013 | RR | 0.5 | 5 emails; doc 67 | B,V |
| 11/14/2013 | RR | 0.3 | 3 emails; docs 70 and 71 w exhibits | B,V |
| 11/22/2013 | RR | 1.2 | prepare for and participate in pc with the court on states advisory requesting modification of the scheduling order | B,E |
| 1/10/2014 | RR | 0.099 | 3 emails | B,V |
| 1/13/2014 | RR | 0.066 | 2 emails | B,V |
| 1/14/2014 | RR | 0.233 | 7 emails | B,V |
| 1/19/2014 | RR | 0.066 | 2 emails | B,V |
| 1/22/2014 | RR | 0.066 | 2 emails | B,V |
| 1/23/2014 | RR | 0.099 | 3 emails | B,V |
| 1/24/2014 | RR | 0.166 | 5 emails | B,V |

| Date | | | | |
|---|---|---|---|---|
| 1/27/2014 | RR | 0.066 | 2 emails | B,V |
| 1/28/2014 | RR | 0.233 | 7 emails | B,V |
| 1/28/2014 | RR | 1.2 | Review discovery filed in this case by various parties | B,V |
| 2/12/2014 | RR | 4 | attend hearing before Judge Ramos; travel back to SA | T,B,E |
| 2/14/2014 | RR | 1.5 | confer with counsel (J. Garza) on potential injunctive relief; phone hearing with the court on M to modify scheduling order - review order denying M | B,E |
| 3/3/14 - 6/9/14 | RR | 18.7 | 250 emails | B,V |
| 6/13/2014- 6/24/14 | RR | 22.8 | 150 emails | B,V |
| 6/25/2014 - 7/14/14 | RR | 6.7 | 90 emails | B,V |
| 7/15/14- 7/21/14 | RR | 7.5 | 135 email | B,V |
| 7/22/14 - 8/2/14 | RR | 9.5 | 245 emails | B,V |
| 8/4/14- 10/15/14 | RR | 35.9 | 1,110 emails | B,V,E |
| 10/16/2014 | RR | 1.2 | 6 emails including assignment of USCA 14-41127 5th cir court of appeals | B,V |
| 10/20/2014 | RR | 1 | unopposed motion to hold in abeyence; 7 emails | B,V |
| 10/21/2014 | RR | 0.8 | 6 emails; motion to delay deadline for plaintiffs to seek attorneys fees; | B,V |
| 10/24/2014 | RR | 1.4 | remedy and Section 3 (c ) to be deferred; submission t the court; 16 emails; order setting pc hearing for 10/27/14 | N,B,V |
| 10/27/2014 - 10/31/14 | RR | 2.5 | 45 emails; | B,V |
| 11/7/2014 | RR | 1 | 12 emails; issues with 5th request to file all exhibits through the CM/ECF filing system | B,V |
| 11/11/2014 | RR | 1.5 | #660 -678 Exhibits by plaintiffs | B,V |
| 3/4/2015 | RR | 1.2 | 13 emails, Texas request for additional time issue | B,V |
| 3/5/2015 | RR | 1.5 | 6 emails - download briefs | B,V,C |
| 3/6/2015 | RR | 0.8 | 2 emails State Motion to extend time to file reply brief | B,V |
| | **TOTAL** | **136.80** | | |