# EXHIBIT A-7
# HJ&C
# VAGUE

| Date | Name | Hours | Narrative | Code |
|---|---|---|---|---|
| 9/4/2013 | RR | 2.8 | Pleadings - Federal and State - motion to intervene, complaint in intervention; State Complaint, M for preliminary injunction, Memo in support; proposed order | V |
| 9/6/2013 | RR | 4.2 | Download pleading from DC case and case in Corpus Christi; Pleadings - Federal and State - motion to intervene, complaint in intervention; State Complaint, M for preliminary injunction, Memo in support; proposed order | C,V |
| 9/10/2013 | RR | 0.2 | 2 emails | V,B |
| 9/11/2013 | RR | 3 | Pleadings - Federal and State - motion to intervene, complaint in intervention; State Complaint, M for preliminary injunction, Memo in support; proposed order | V |
| 9/12/2013 | RR | 4.5 | Download pleading from DC case and case in Corpus ChristiPleadings - Federal and State - motion to intervene, complaint in intervention; State Complaint, M for preliminary injunction, Memo in support; proposed order | C,V,E |
| 9/17/*13 | RR | 0.3 | 3 emails | B,V |
| 9/17/2013 | RR | 4 | Pleadings - Federal and State - motion to intervene, complaint in intervention; State Complaint, M for preliminary injunction, Memo in support; proposed order | E,V |
| 9/18/2013 | RR | 0.2 | 2 emails | B,V |
| 9/20/2013 | RR | 3.5 | Pleadings - Federal and State - motion to intervene, complaint in intervention; State Complaint, M for preliminary injunction, Memo in support; proposed order | E,V |
| 9/23/2013 | RR | 4 | Pleadings - Federal and State - motion to intervene, complaint in intervention; State Complaint, M for preliminary injunction, Memo in support; proposed order | E,V |

| Date | Atty | Hours | Description | Codes |
|---|---|---|---|---|
| 9/24/2013 | RR | 4.5 | Pleadings - Federal and State - motion to intervene, complaint in intervention; State Complaint, M for preliminary injunction, Memo in support; proposed order | E,V |
| 9/25/2013 | RR | 4.8 | pc with potential clients; prepare to travel to Edinburrg; work on plaeadings - State and Federal | BD,V |
| 9/27/2013 | RR | 0.1 | 1 email | V |
| 9/30/2013 | RR | 2.2 | review doc 13, 2 and 7; | V |
| 10/1/2013 | RR | 0.4 | 4 emails | B,V |
| 10/2/2013 | RR | 0.2 | 2 emails | B,V |
| 10/3/2013 | RR | 2 | 20 emails | B,V |
| 10/4/2013 | RR | 0.4 | 4 emails | B,V |
| 10/8/2013 | RR | 0.1 | 1email | B,V |
| 10/11/2013 | RR | 0.3 | 3 emails | B,V |
| 10/17/2013 | RR | 0.1 | 1 email | B,V |
| 10/18/2013 | RR | 0.2 | 2 emails | B,V |
| 10/21/2013 | RR | 3.5 | #51; continue review and download docs on Tex v USA; review joint appendix filed by state and usa | V,C |
| 10/22/2013 | RR | 0.2 | 2 emails | B,V |
| 10/22/2013 | RR | 2.5 | proposed protective order, proposed supp order, ESI agreement; #51 | V |
| 10/24/2013 | RR | 0.6 | 6 emails | B,V |
| 10/25/2013 | RR | 0.5 | 5 emails | B,V |
| 10/29/2013 | RR | 0.2 | 2 emails | B,V |
| 10/30/2013 | RR | 0.4 | 4 emails | B,V |
| 10/31/2013 | RR | 0.2 | 2 emails | B,V |
| 11/1/2013 | RR | 1 | 16 emails | B,V |
| 11/2/2013 | RR | 0.2 | 2 emails | B,V |
| 11/4/2013 | RR | 0.8 | 8 emails; #60 | B,V |
| 11/5/2013 | RR | 0.7 | 1 email; docs 61- 62 and 6 attachments | B,V |
| 11/6/2013 | RR | 0.1 | 1 email | V |
| 11/7/2013 | RR | 0.1 | 1 email | V |
| 11/8/2013 | RR | 0.1 | 1 email | V |
| 11/12/2013 | RR | 0.5 | 5 emails; docs 65 and 66 | B,V |
| 11/13/2013 | RR | 0.5 | 5 emails; doc 67 | B,V |
| 11/14/2013 | RR | 0.3 | 3 emails; docs 70 and 71 w exhibits | B,V |
| 11/21/2013 | RR | 1.5 | prepare for and file initial disclosures; also docs 79 through 84 with 9 attachments | V |

| | | | | |
|---|---|---|---|---|
| 1/7/2014 | RR | 0.0333 | 1 email | V |
| 1/9/2014 | RR | 0.0333 | 1 email | V |
| 1/10/2014 | RR | 0.0999 | 3 emails | B,V |
| 1/13/2014 | RR | 0.0666 | 2 emails | B,V |
| 1/14/2014 | RR | 0.2331 | 7 emails | B,V |
| 1/17/2014 | RR | 0.0333 | 1 email | V |
| 1/19/2014 | RR | 0.0666 | 2 emails | B,V |
| 1/21/2014 | RR | 0.0333 | 1 email | V |
| 1/22/2014 | RR | 0.0666 | 2 emails | B,V |
| 1/23/2014 | RR | 0.0999 | 3 emails | B,V |
| 1/24/2014 | RR | 0.1665 | 5 emails | B,V |
| 1/27/2014 | RR | 0.0666 | 2 emails | B,V |
| 1/28/2014 | RR | 0.2331 | 7 emails | B,V |
| 1/28/2014 | RR | 1.2 | Review discovery filed in this case by various parties | B,V |
| 3/3/14 - 6/9/14 | RR | 18.7 | 250 emails | B,V |
| 6/13/2014- 6/24/14 | RR | 22.8 | 150 emails | B,V |
| 6/24/2014 | RR | 2 | status conference | V,E |
| 6/25/2014 - 7/14/14 | RR | 6.7 | 90 emails | B,V |
| 7/14/2014 | RR | 2 | status conference | V,E |
| 7/15/14- 7/21/14 | RR | 7.5 | 135 email | B,V |
| 7/21/2014 | RR | 2 | status conference | V,E |
| 7/22/14 - 8/2/14 | RR | 9.5 | 245 emails | B,V |
| 8/4/14- 10/15/14 | RR | 35.9 | 1,110 emails | B,V,E |
| 10/16/2014 | RR | 1.2 | 6 emails including assignment of USCA 14-41127 5th cir court of appeals | B,V |
| 10/20/2014 | RR | 1 | unopposed motion to hold in abeyence; 7 emails | B,V |
| 10/21/2014 | RR | 0.8 | 6 emails;  motion to delay deadline for plaintiffs to seek attorneys fees; | B,V |
| 10/24/2014 | RR | 1.4 | remedy and Section 3 (c ) to be deferred; submission t the court; 16 emails; order setting pc hearing for 10/27/14 | N,B,V |
| 10/27/2014 - 10/31/14 | RR | 2.5 | 45 emails; | B,V |
| 11/7/2014 | RR | 1 | 12 emails; issues with 5th request to file all exhibits through the CM/ECF filing system | B,V |
| 11/11/2014 | RR | 1.5 | #660 -678 Exhibits by plaintiffs | B,V |

VAGUE

RIOS

| | | | | |
|---|---|---|---|---|
| 1/27/2015 | RR | 0.8 | state motion to file sealed appellant's brief | V |
| 1/27/2015 | RR | 1.5 | letter filing of defendants in 5th circuit; brief on sealed filing; court of appels letter on caption changes | V |
| 1/29/2015 | RR | 1.8 | motion to file redacted brief; Appellant brief filed; record excerpts; ltr from Cyle Cayce | C,V |
| 3/4/2015 | RR | 1.2 | 13 emails, Texas request for additional time issue | B,V |
| 3/5/2015 | RR | 1.5 | 6 emails - download briefs | B,V,C |
| 3/6/2015 | RR | 0.8 | 2 emails State Motion to extend time to file reply brief | B,V |
| 3/23/2015 | RR | 1 | Cert denied in Wisconsin case; appeals court set for argument | V |
| 3/31/2015 | RR | 0.5 | #834, USCA notice of appeal 14-41127 | V |
| 4/6/2015 | RR | 0.5 | supplemental electronic record on appeal certified | V |
| 4/7/2015 | RR | 0.8 | paper copies of appellant brief | V |
| 4/9/2015 | RR | 0.5 | #835 transmittal letter | V |
| 4/16/2015 | RR | 0.8 | legislative bill on photo voter ID HB00535 | V |
| 8/5/2015 | RR | 2.8 | PUBLISHED OPINION FILED. [14-41127 Affirmed in Part, Vacated in Part, Rendered in Part, Dismissed in Part, and Remanded ] | V |
| 8/20/2015 | RR | 0.3 | Benjamin, | V |
| 8/31/2015 | RR | 0.8 | PAPER COPIES REQUESTED for the petition for rehearing en banc filed by Appellants State of Texas | V |
| | **TOTAL** | **190.4321** | | |