# EXHIBIT A-8
# HJ&C
# BUSINESS DEVELOPMENT

**EXHIBIT A-8**
**BUSINESS DEVELOPMENT RIOS**

| TIME & EXPENSE RECORDS ROLANDO RIOS | | | |
|---|---|---|---|
| 9/25/2013 | 4.8 | pc with potential clients; prepare to travel to Edinburrg; work on plaeadings - State and Federal | BD,V |
| **TOTAL** | **4.80** | | |