# EXHIBIT B-1
# NAACP & MALC TRAVEL

**EXHIBIT B-1**

## TRAVEL
## LAWYER'S COMMITTEE

| Mark Posner | | | Code |
|---|---|---|---|
| 8/24/2014 | Prep for depo: 4.0<br>Case coordination emails: .3<br>Travel: 2.8<br>Email/meet re depos: .4 | 1.4 | T |
| 8/26/2014 | Milyo deposition: 8.4<br>Travel: 2.5<br>Emails with co-counsel re Barreto/Sanchez survey: .3<br>General case emails with counsel: .5<br>Review legislators' response re motion to unseal: .2<br>Tel con with J. Garza re Martinez-Fisher testimony: .3 | 1.25 | T |
| 8/27/2014 | Pre trial conference: 1.7<br>Trial planning discussions with co-counsel: 1.3<br>Review plaintiffs' FOF/COL: 1.5<br>Review Texas FOF/COL: 2.0<br>Travel: 3.5<br>Email re corrections to plaintiffs' FOF/COL: .5<br>Emails re Chatman travel to trial: .3 | 7.35 | T |
| 8/31/2014 | Travel: 3.4<br>Prepare for trial, incl. read depo transcripts: 5.1<br>Meeting with State re: evidentiary objections: 1.5 | 1.7 | T |
| 9/12/2014 | Edit FOF: 1.5<br>Travel: 7.5 | 5.25 | T |
| | **TOTAL** | **16.95** | |

**EXHIBIT B-1**

**TRAVEL**
**TX NAACP-BLEDSOE**

| Date | Description | User/Quantity | Code |
|---|---|---|---|
| 08/01/2014 | Traveled to Hearne, TX to interview and prepare witness E. Davis | 8 | T |
| | TOTAL | 8 | |

## TRAVEL
## MALC-GARZA

Jose Garza

| DATE | ACTIVITY | TIME | CODE |
|---|---|---|---|
| 9-1-14 | Meet with and go over possible testimony, witness prep. with TMF. (2); Travel to CC (2.8); review trial testimony in DC (2) | 6.8 | T |
| 10-12-16 | Travel to Austin and back (3); meeting with client's staff regarding status of case and meaning of court orders. (2). | 5 | T |
| | **TOTAL** | 11.8 | |

**Page 003**

## TRAVEL
## DECHERT

| Timekeeper | Workdate | Bill Hours | Narr | |
|---|---|---|---|---|
| Rosenberg, Ezra D. | 3/4/2014 | 8.00 | Travel to Texas and prepare for hearing. | T |
| Rosenberg, Ezra D. | 8/4/2014 | 6.00 | Travel to Texas and prepare for meeting with all plaintiffs; call with D Chatman. | T |
| Rosenberg, Ezra D. | 8/5/2014 | 10.00 | Meet with M Posner, B Kengel, J Greenbaum and M Perez re trial preparation; conduct meeting of all plaintiffs; conference call with State re discovery issues; travel from DC. | T |
| | **TOTAL** | **24** | | |

**EXHIBIT B-1**

## TRAVEL DECHERT

| Yeary, Michelle K. | 9/7/2014 | 12.00 | Travel to Corpus Christi for trial, meet with expert; work on designations | T |
|---|---|---|---|---|
| | **TOTAL** | **12.00** | | |