# EXHIBIT B-2
# NAACP & MALC CLERICAL

## CLERICAL
## DECHERT

| Timekeeper | Workdate | Bill Hours | Narr | CODE |
|---|---|---|---|---|
| Yeary, Michelle K. | 8/4/2014 | 2.00 | Deposition summaries, coordinating deposition designations. | C,E |
| | TOTAL | 2 | | |

## CLERICAL
## DECHERT

| Timekeeper | Workdate | Bill Hours | Narr | |
|---|---|---|---|---|
| Rudd, Amy L. | 5/9/2014 | 0.50 | Correspond with team regarding search for affected persons; correspond with clients regarding dates for 30(b)(6) depositions. | C |
| | **TOTAL** | **0.5** | | |

**EXHIBIT B-2**

## CLERICAL
## DECHERT

| Timekeeper | Workdate | Bill Hours | Narr | |
|---|---|---|---|---|
| Rosenberg, Ezra D. | 9/17/2013 | 2.50 | Attention to filing of complaint; multi-calls with DOJ, plaintiff group, Texas DAG, L Stelcen. | C |
| Rosenberg, Ezra D. | 9/24/2013 | 1.00 | Call with A Derfner at length re scheduling; emails and calls with M Posner re experts and re scheduling. | C |
| Rosenberg, Ezra D. | 4/11/2014 | 3.50 | Prepare Advisory to Court re protocol; multi calls with M Posner and E Westfall and G Hebert re scheduling issues; review deposition schedule. | E,C |
| | **TOTAL** | **7** | | |

Page 003

EXHIBIT B-2
CLERICAL
DECHERT

| Timekeeper | Workdate | Bill Hours | Narr | |
|---|---|---|---|---|
| Cohan | 9/18/2013 | 4.50 | Revise motion to consolidate per edits received from team; file pro hac motions on behalf of Lawyers' Committee; file motion to consolidate and proposed consent order. | N, B, C |
| Cohan | 9/23/2013 | 1.00 | Check docket and distribute most recent filings and orders; coordinate filing of attorney registration forms. | C,N |
| Cohan | 9/24/2013 | 1.00 | Submit all attorney registration forms to S.D. Tex. clerk's office for processing (.5); additional general case administration (.5). | C,N |
| Cohan | 9/25/2013 | 0.50 | Research response due date and form for recently filed motion to intervene. | C |
| Cohan | 9/26/2013 | 0.60 | File and serve return of service. | C |
| Cohan | 10/7/2013 | 0.30 | Coordinate with Attorney General office for return of discs containing databases. | C |
| Cohan | 10/9/2013 | 0.50 | Coordinate return of discs containing state databases. | C |
| Cohan | 11/21/2013 | 5.10 | Review, file, and serve initial disclosures; review and revise response to motion to dismiss. | C |
| Cohan | 11/22/2013 | 3.60 | Finalize draft and file response to motion to dismiss. | C |
| Cohan | 11/26/2013 | 0.50 | Prepare and file pro hac vice motion for Michelle Yeary. | N,C |
| Cohan | 12/3/2013 | 0.50 | File attorney ECF registration forms. | N,C |
| Cohan | 2/24/2014 | 8.20 | Incorporate additional edits received from other intervenors; proof, cite check, and finalize supplemental brief on legislative privilege; file supplemental brief on legislative privilege. | C, B |
| Cohan | 4/7/2014 | 2.00 | Assist various intervenor groups with logistics relating to depositions and drafting and serving objections to requests for production. | C,B |

## EXHIBIT B-2
## CLERICAL
## DECHERT

| | | | | |
|---|---|---|---|---|
| Cohan | 4/15/2014 | 2.00 | Create master calendar. | C |
| Cohan | 4/16/2014 | 2.50 | Update master calendar; coordinate logistics for depositions to be held at Dechert Austin office. | C |
| Cohan | 4/22/2014 | 2.50 | Coordinate logistics for upcoming Ingram deposition; update master calendar. | C |
| Cohan | 4/28/2014 | 1.50 | Coordinate scheduling of depositions and other case admin tasks. | C |
| Cohan | 4/29/2014 | 4.50 | Revise and file brief in opposition to motion to quash third party subpoenas. | C |
| Cohan | 5/2/2014 | 2.50 | Coordinate and update master calendar and additional admin tasks. | C |
| Cohan | 5/7/2014 | 8.20 | Assist in preparation for Rodriguez deposition; compile documents for discovery responses; prepare deposition notices and subpoenas for Beuck, Harless, and Riddle depositions; review documents for privilege prior to production. | C,B |
| Cohan | 5/13/2014 | 1.50 | Finalize filing of response for judicial notice of Inspector General report; contact potentially affected individuals. | C,B |
| Cohan | 5/14/2014 | 2.00 | Update master calendar; contact Plaintiff groups for information regarding affected persons; coordinate deposition scheduling with plaintiff groups and State. | C |
| Cohan | 5/19/2014 | 1.50 | Prepare revised Beuck subpoena; confirm deposition dates with State; attend emergency phone hearing with Court; coordinate logistics for Cesinger deposition. | C,B |
| Cohan | 5/21/2014 | 3.50 | Compile all information available to date on identified affected individuals; schedule additional depositions; update master calendar. | C |

**Page 005**

CLERICAL
DECHERT

| | | | | |
|---|---|---|---|---|
| Cohan | 5/22/2014 | 2.00 | Update information regarding affected individuals. | C |
| Cohan | 5/29/2014 | 2.50 | Coordinate deposition prep for Y.Banks and L.Lydia; review documents in preparation for Banks and Lydia depositions | C |
| Cohan | 6/2/2014 | 8.50 | Prepare objections to NAACP 30(b)(6) deposition notice; prepare for and prep witnesses in advance of NAACP 30(b)(6) deposition; coordinate deposition scheduling; attend call regarding affected persons. | B,C |
| Cohan | 6/3/2014 | 5.00 | Revise and coordinate verification of Texas NAACP and MALC interrogatory responses; prepare for Y.Banks deposition; coordinate scheduling of depositions and update master calendar; draft motion for judicial notice; draft and file motions to transfer and expedite | C,B |
| Cohan | 6/10/2014 | 7.50 | Prepare deposition outlines for Riddle and Beuck depositions; coordinate deposition scheduling; attend call to discuss deposition scheduling | C,B |
| Cohan | 6/11/2014 | 7.00 | Update information regarding affecter persons; coordinate deposition scheduling; draft Harless and Riddle deposition outlines; compile documents for use in Harless and Riddle depositions. | C,B |
| Cohan | 6/12/2014 | 3.00 | Finalize deposition outlines; coordinate meetings with affected persons; revise MALC 30(b)(6) deposition objections; coordinate with DOJ on deposition scheduling. | C,B |

**Page 006**

EXHIBIT B-2
CLERICAL
DECHERT

| Name | Date | Hours | Description | Codes |
|---|---|---|---|---|
| Cohan | 6/13/2014 | 7.80 | Revise deposition outlines for Harless and Riddle; revew Beuck deposition outline; review documents in preparation for Riddle, Beuck, and Harless depositions; issue amended deposition notices and update master calendar; review deposition summaries compiled by paralegals; coordinate meetings with potentially affected | C,B |
| Cohan | 6/16/2014 | 7.70 | Meet with Virginia Jackson regarding identification as potentially affected person; call with Brennan Center to discuss meetings with potentially affected persons; draft and serve notices of amended deposition; draft and file response in opposition to motion to compel federal databases; revise Harless deposition outline; attend call to discuss Beuck deposition; revise objections to MALC 30(b)(6) | B,C,N |
| Cohan | 6/19/2014 | 6.00 | Preparation for C.Beuck deposition; meet with S.Bates (affected person) to discuss litigation and experience with SB 14; prepare filing for pro hac motions; update and circulate chart summarizing affected persons findings. | N,C |
| Cohan | 6/23/2014 | 6.50 | Update and circulate chart summarizing facts of affected persons; correspond with State re MALC 30(b)(6) deposition; prepare M.Golando for MALC 30(b)(6) deposition; draft and issue subpoenas and notices of deposition; coordinate logistics for proposed Friday (6/27) depositions; update and circulate master | C,B |

Page 007

CLERICAL DECHERT

| Name | Date | Hours | Description | Code |
|------|------|-------|-------------|------|
| Cohan | 6/24/2014 | 5.00 | Prepare supplemental disclosures; update master calendar; coordinate background checks for affected persons. | C,B |
| Cohan | 6/26/2014 | 4.00 | Revise and serve MALC and Texas NAACP responses to Requests for Admission; compile list of all depositions to be scheduled in July; coordinate and review criminal background searches of affected persons; update master calendar. | C,B |
| Cohan | 6/30/2014 | 1.50 | Compile list of all depositions to be scheduled in July and August; update master calendar; coordinate deposition scheduling. | C |
| Cohan | 7/7/2014 | 0.50 | Update master calendar. | C |
| Cohan | 7/9/2014 | 1.50 | Update master calendar and coordinate various logistics for upcoming depositions. | C |
| Cohan | 7/10/2014 | 2.00 | Prepare and file request for judicial notice of certain census data; update master calendar. | C |
| Cohan | 7/14/2014 | 0.80 | Update master calendar and coordinate deposition logistics. | C |
| Cohan | 7/16/2014 | 2.50 | Attend call to discuss affected person depositions; update master calendar; meet with N. Korgaonkar to discuss recent affected person depositions. | B,C |
| Cohan | 7/17/2014 | 0.20 | Finalize and file unopposed motion to amend scheduling order. | C |
| Cohan | 7/18/2014 | 2.50 | Update master calendar and coordinate deposition logistics; review depositions and begin summaries for findings of fact and deposition designations. | C,B |
| Cohan | 7/21/2014 | 1.50 | Prepare, file, and serve corrected expert report; update master calendar; coordinate affected person depositions. | C,B |

## EXHIBIT B-2 CLERICAL DECHERT

| Name | Date | Hours | Description | Code |
|---|---|---|---|---|
| Cohan | 8/18/2014 | 5.00 | Prepare deposition designations; update master calendar; review reply expert reports. | C,B |
| Cohan | 8/19/2014 | 3.00 | Prepare, file, and serve supplemental production; coordinate deposition logistics; review reply expert reports. | C,B |
| Cohan | 8/20/2014 | 2.50 | Draft and serve duces tecum notice; review documents in preparation for Hood and Milyo depositions. | C,B |
| Cohan | 8/31/2014 | 1.50 | Prepare deposition designation materials for trial. | C,V |
| Cohan | 10/13/2014 | 2.00 | Prepare appendix, cover pages, and coordinate other logistics for upcoming filing of emergency application to vacate stay pending Fifth Circuit decision. | C,B |
| Cohan | 10/18/2014 | 2.50 | Review Supreme Court ruling; compile list of all contacts for public records requests to Brennan Center. | C,B |
| Cohan | 11/3/2014 | 0.50 | Coordinate withdrawal/reappearance of E.Rosenberg in SD Texas. | N,C |
| Cohan | 12/16/2014 | 0.50 | Prepare 5th Circuit admission application for E.Rosenberg. | N,C |
| Cohan | 1/22/2015 | 1.50 | Begin compiling chart summarizing efforts of all affected persons to obtain voter ID. | C |
| Cohan | 6/8/2015 | 0.50 | Draft motion to withdraw Mark Posner as counsel. | C,N |
| Cohan | 7/2/2015 | 0.60 | Finalize and file Rule 28j letter. | C |
| Cohan | 7/31/2015 | 0.50 | Coordinate with Lawyers' Committee regarding affected persons who testified at trial for purposes of obtaining additional interviews. | C |
| Cohan | 8/25/2015 | 0.50 | Coordinate logistics for meet and confer between all parties to be held at Dechert's office on 8/27/15. | C |

| | | | CLERICAL DECHERT | |
|---|---|---|---|---|
| Cohan | 9/10/2015 | 1.50 | Prepare filing on behalf of Texas NAACP, MALC, and LDF adopting response to motion for en banc review | C |
| Cohan | 4/4/2016 | 4.50 | Compile all record evidence to be used in supplemental brief for 5th Circuit en banc rehearing. | C |
| Cohan | 4/5/2016 | 3.70 | Compile record evidence for use in 5th Circuit supplemental en banc briefing; call with B. Herrmann to discuss research assignments for Texas voter ID brief. | C |
| Cohan | 5/9/2016 | 6.00 | Revise, finalize, and file en banc brief. | C |
| Cohan | 8/9/2016 | 3.50 | Provide summary of 5th Circuit en banc opinion for use in review and analysis of intent issues; draft and file notice of exhibits for use at 8/10/16 hearing; prepare and file pro hac for N.Steiner. | N,C |
| | **TOTAL** | **186.3** | | |

**Page 010**

CLERICAL
DECHERT

| Timekeeper | Workdate | Bill Hours | Narr | Code |
|---|---|---|---|---|
| Capobianco | 10/4/2013 | 1.50 | Review and retrieve filed documents and upload to iManage at the request of LStelcen. | C |
| Capobianco | 11/1/2013 | 2.50 | Prepare co-counsel list at the request of ERosenberg. | C |
| Capobianco | 11/6/2013 | 4.60 | Review documents and retrieve cases at the request of ERosenberg. | B,C |
| Capobianco | 11/7/2013 | 3.00 | Organize in chronological order authorities at the request of ERosenberg. | C |
| Capobianco | 11/25/2013 | 1.00 | Retrieve and save newly filed documents. | C |
| Capobianco | 11/26/2013 | 0.50 | Retrieve and save newly filed documents. | C |
| Capobianco | 1/14/2014 | 2.80 | Retrieve documents and provide to Crivella West at the request of MYeary. | C |
| Capobianco | 2/4/2014 | 3.80 | Retrieve documents at the request of ERosenberg. | C |
| Capobianco | 2/6/2014 | 3.00 | Review and organize incoming documents and provide CrivellaWest with document production. | C |
| Capobianco | 2/10/2014 | 0.40 | Provide vendor with opposing counsel document production. | C |
| Capobianco | 2/14/2014 | 1.00 | Review and organize incoming e-mails and documents. | C |
| Capobianco | 2/17/2014 | 0.50 | Retrieve privilege logs and provide to MYeary; organize incoming filings. | C |
| Capobianco | 2/18/2014 | 3.00 | Provide MYeary with a count of documents listed on defendant privilege log. | C |
| Capobianco | 2/19/2014 | 2.70 | Review DOJ document production and prepare index regarding Texas DPS locations at the request of MYeary. | B,C |
| Capobianco | 2/21/2014 | 2.80 | Review DOJ document production and prepare index regarding Texas DPS locations at the request of MYeary. | B,C |
| Capobianco | 2/24/2014 | 4.90 | Review draft brief and retrieve exhibits; draft signature block. | B,C |
| Capobianco | 2/25/2014 | 1.90 | Retrieve new filings and upload to iManage; retrieve authorities and provide to ERosenberg. | B,C |
| Capobianco | 2/27/2014 | 1.00 | Retrieve briefing and provide to ERosenberg. | C |
| Capobianco | 3/4/2014 | 0.30 | Retrieve newly filed documents and save on iManage. | C |
| Capobianco | 3/11/2014 | 1.50 | Provide vendor with new document produced by co-counsel. | C |

EXHIBIT 2
CLERICAL
DECHERT

| | | | | |
|---|---|---|---|---|
| Capobianco | 3/12/2014 | 0.50 | Confirm and update distribution list at the request of MYeary. | C |
| Capobianco | 4/1/2014 | 1.00 | Retrieve and organize newly filed documents and save on iManage. | C |
| Capobianco | 4/2/2014 | 0.60 | Retrieve discovery responses at the request of MYeary. | C |
| Capobianco | 4/3/2014 | 1.20 | Retrieve and upload hearing transcripts. | C |
| Capobianco | 4/4/2014 | 0.50 | Retrieve and save newly filed documents. | C |
| Capobianco | 4/7/2014 | 1.00 | Retrieve exhibits and provide to co-counsel. | C |
| Capobianco | 4/8/2014 | 1.00 | Retrieve and save incoming filings. | C |
| Capobianco | 4/11/2014 | 2.00 | Convert documents into word at the request of MYeary in preparation for discovery responses. | C |
| Capobianco | 4/15/2014 | 1.50 | Retrieve new filings and upload to iManage. Conference with Crivella West regarding document productions. | C |
| Capobianco | 4/16/2014 | 1.00 | Retrieve new filings and upload to iManage. Review incoming document production. | B,C |
| Capobianco | 4/17/2014 | 2.90 | Retrieve document production at the request of MYeary. | C |
| Capobianco | 4/23/2014 | 0.50 | Retrieve documents provided by co-counsel at the request of MYeary. | C |
| Capobianco | 4/24/2014 | 1.00 | Retrieve co-counsel documents at the request of MYeary. | C |
| Capobianco | 4/28/2014 | 2.50 | Retrieve documents and print at the request of ERosenberg. | C |
| Capobianco | 4/29/2014 | 1.50 | Retrieve new filings and upload to iManage; communication with vendor regarding document productions. | C |
| Capobianco | 4/30/2014 | 5.00 | Retrieve documents and save on iManage. Draft document at the request of MYeary. | B,C |
| Capobianco | 5/1/2014 | 2.50 | Continue to organize documents received. | C |
| Capobianco | 5/5/2014 | 4.00 | Retrieve and organize document productions; work with litigation support regarding CaseLogistix setup. | C |
| Capobianco | 5/6/2014 | 6.00 | Review and redact documents; retrieve and organize documents to be produced. | C |
| Capobianco | 5/7/2014 | 4.50 | Document production. | C |
| Capobianco | 5/8/2014 | 6.00 | Document production. | C |
| Capobianco | 5/12/2014 | 3.80 | Retrieve incoming documents and save on iManage; document production; Review interrogatories responses at the request of ERosenberg regarding voter fraud | B,C |

**Page 012**

EXHIBIT B-2
CLERICAL
DECHERT

| Capobianco | 5/13/2014 | 3.40 | Review and organize incoming documents; document production. | B,C |
|---|---|---|---|---|
| Capobianco | 5/14/2014 | 1.00 | Document production. | C |
| Capobianco | 5/15/2014 | 0.60 | Review and organize incoming documents. | B,C |
| Capobianco | 5/16/2014 | 0.50 | Review and organize incoming documents. | B,C |
| Capobianco | 5/19/2014 | 1.00 | Review and organize incoming documents. | B,C |
| Capobianco | 5/20/2014 | 3.00 | Review and organize incoming documents. Retrieve deposition transcripts and exhibits from Section 5 case and provide to MYeary. Upload new document production received from co-counsel. | C |
| Capobianco | 5/22/2014 | 1.00 | Review draft discovery responses and add signature block. | B,C |
| Capobianco | 5/23/2014 | 3.90 | Prepare privilege log; print privileged documents. | B,C |
| Capobianco | 5/28/2014 | 3.50 | Review and organize incoming documents; review privilege logs at the request of MYeary. | B,C |
| Capobianco | 5/29/2014 | 1.50 | Review and organize incoming documents; prepare list regarding subpoenas at the request of MYeary. | B,C |
| Capobianco | 5/30/2014 | 2.50 | Review and organize incoming documents. | B,C |
| Capobianco | 6/2/2014 | 2.20 | Review and organize incoming documents; review document production of documents dated prior to 2011 at the request of MYeary. | B,C |
| Capobianco | 6/3/2014 | 1.00 | Review and organize documents. | B,C |
| Capobianco | 6/4/2014 | 2.50 | Review and organize incoming documents; draft opposition to motion to quash at the request of MYeary. | B,C |
| Capobianco | 6/5/2014 | 2.00 | Retrieve documents at the request of MYeary. | C |
| Capobianco | 6/16/2014 | 3.80 | Review and organize incoming documents. | B,C |
| Capobianco | 6/17/2014 | 1.30 | Review and organize incoming documents. | B,C |
| Capobianco | 6/18/2014 | 1.20 | Review and organize incoming documents. | B,C |
| Capobianco | 6/20/2014 | 3.50 | Review and organize incoming documents. Download document produced by co-plaintiffs at the request of MYeary. | B,C |
| Capobianco | 6/23/2014 | 1.20 | Review and organize incoming documents. | B,C |

EXHIBIT B-2
CLERICAL
DECHERT

| Capobianco | 6/24/2014 | 1.50 | Retrieve and organize incoming documents; review incoming document productions from defendants and contact Crivella West | B,C |
|---|---|---|---|---|
| Capobianco | 6/25/2014 | 0.60 | Review and organize incoming documents. | B,C |
| Capobianco | 6/27/2014 | 9.30 | Review and organize incoming documents; provide newley received documents productions to Crivella West; assist MYeary with expert report filings | B,C |
| Capobianco | 6/30/2014 | 2.50 | Review and organize incoming documents; print expert reports at the request of ERosenberg. | B,C |
| Capobianco | 7/1/2014 | 1.50 | Review and organize incoming documents; organize co-plaintiffs document production and provide to Crivella West. | B,C |
| Capobianco | 7/2/2014 | 0.50 | Review and organize incoming documents. | B,C |
| Capobianco | 7/3/2014 | 1.20 | Review and organize incoming documents; organize co-plaintiffs document production and provide to Crivella West. | B,C |
| Capobianco | 7/7/2014 | 0.30 | Review and organize incoming documents. | B,C |
| Capobianco | 7/8/2014 | 1.50 | Review and organize incoming documents. Perform research at the request of MYeary. | B,C |
| Capobianco | 7/9/2014 | 1.00 | Review and organize incoming documents. | B,C |
| Capobianco | 7/10/2014 | 3.50 | Review and organize incoming documents. Perform document review and prepare for production. | B,C |
| Capobianco | 7/14/2014 | 2.00 | Review and organize incoming documents. Prepare document production. | B,C |
| Capobianco | 7/15/2014 | 2.50 | Review and organize incoming documents. Draft privilege log as to TMFischer production. | B,C |
| Capobianco | 7/16/2014 | 2.00 | Review and organize incoming documents. Draft 2nd amended scheduling order. | B,C |
| Capobianco | 7/17/2014 | 0.70 | Review and organize incoming documents. | B,C |
| Capobianco | 7/18/2014 | 3.00 | Review and organize incoming documents. | B,C |
| Capobianco | 7/21/2014 | 0.50 | Review and organize incoming documents. | B,C |
| Capobianco | 7/23/2014 | 1.20 | Review and organize incoming documents. | B,C |
| Capobianco | 7/24/2014 | 1.00 | Review and organize incoming documents. | B,C |

EXHIBIT B
CLERICAL
DECHERT

| Capobianco | 7/28/2014 | 2.00 | Review and organize incoming documents. | B,C |
|---|---|---|---|---|
| Capobianco | 7/29/2014 | 1.00 | Review and organize incoming documents. | B,C |
| Capobianco | 7/30/2014 | 2.50 | Review and organize incoming documents; review incoming productions and confirm with Crivella West the status of documents available on portal. | B,C |
| Capobianco | 7/31/2014 | 1.00 | Review and organize incoming documents. Upload new document production. | B,C |
| Capobianco | 8/1/2014 | 0.50 | Review and organize incoming documents. | B,C |
| Capobianco | 8/4/2014 | 1.50 | Review and organize incoming documents; prepare list at the request of MYeary. | B,C |
| Capobianco | 8/5/2014 | 0.70 | Review and organize incoming documents. | B,C |
| Capobianco | 8/7/2014 | 1.70 | Review and organize incoming documents; retrieve cases at the request of ERosenberg. | B,C |
| Capobianco | 8/8/2014 | 6.50 | Assist co-plaintiffs with trial exhibits; retrieve cases for ERosenberg. | C |
| Capobianco | 8/14/2014 | 12.00 | Trial preparation. | V,C |
| Capobianco | 8/15/2014 | 8.00 | Trial preparation. | V,C |
| Capobianco | 8/16/2014 | 1.00 | Trial preparation. | V,C |
| Capobianco | 8/17/2014 | 2.00 | Trial preparation. | V,C |
| Capobianco | 8/18/2014 | 10.50 | Trial preparation. | V,C |
| Capobianco | 8/19/2014 | 11.00 | Trial preparation. | V,C |
| Capobianco | 8/20/2014 | 10.50 | Trial preparation. | V,C |
| Capobianco | 8/21/2014 | 11.00 | Trial preparation. | V,C |
| Capobianco | 8/22/2014 | 17.50 | Trial prepration. | V,C |
| Capobianco | 8/25/2014 | 7.50 | Trial preparation. | V,C |
| Capobianco | 8/26/2014 | 6.90 | Trial preparation. | V,C |
| Capobianco | 8/27/2014 | 7.50 | Trial preparation. | V,C |
| Capobianco | 8/28/2014 | 10.00 | Trial preparation. | V,C |
| Capobianco | 8/29/2014 | 10.00 | Trial preparation. | V,C |
| Capobianco | 8/30/2014 | 6.00 | Trial preparation. | V,C |
| Capobianco | 8/31/2014 | 1.00 | Trial preparation. | V,C |
| Capobianco | 9/1/2014 | 3.00 | Trial preparation. | V,C |
| Capobianco | 9/20/2014 | 3.00 | Post trial work. | V,C |
| Capobianco | 9/21/2014 | 3.00 | Post-trial work. | V,C |
| Capobianco | 9/22/2014 | 2.00 | Post-trial work. | V,C |
| Capobianco | 9/29/2014 | 1.00 | Retrieve and save newly filed documents. | C |
| Capobianco | 10/2/2014 | 1.50 | Organize file. | C |
| Capobianco | 10/10/2014 | 1.50 | Review and organize incoming documents; draft motion for leave at the request of MYeary. | B,C |
| Capobianco | 10/13/2014 | 1.50 | Review and organize incoming filings. | B,C |
| Capobianco | 10/21/2014 | 1.00 | Retrieve newly filed documents and save on iManage. | C |

**Page 015**

EXHIBIT B-2
CLERICAL
DECHERT

| Capobianco | 10/28/2014 | 1.00 | Retrieve newly filed documents and upload on iManage. | C |
|---|---|---|---|---|
| Capobianco | 11/7/2014 | 2.00 | Prepare exhibits for filing on ECF. | C |
| Capobianco | 11/10/2014 | 6.50 | Prepare trial exhibits for filing on ECF. | C |
| Capobianco | 11/11/2014 | 3.80 | Filed trial exhibits on Pacer. | C |
| Capobianco | 11/18/2014 | 2.50 | Retrieve newly filed documents and upload to iManage. | C |
| Capobianco | 11/19/2014 | 2.00 | Retrieve newly filed documents and upload to iManage. | C |
| Capobianco | 11/20/2014 | 2.60 | Review incoming filings by defendants and prepare list of missing exhibits at the request of MYeary. | C |
| Capobianco | 11/21/2014 | 1.20 | Review incoming filing regarding trial exhibits filed by defendant and compare to list at the request of MYeary/ | C |
| Capobianco | 11/24/2014 | 1.90 | Review chart provided by defendants regarding gaps in exhibits numbers not posted on Pacer. | C |
| Capobianco | 3/17/2016 | 1.30 | Assemble e-mail distribution list. | C |
| | **TOTAL** | **362.2** | | |

**Page 016**

**EXHIBIT B-2**
**CLERICAL**
**MALC-GARZA**

| Jose Garza | | | |
|---|---|---|---|
| **DATE** | **ACTIVITY** | **TIME** | **CODE** |
| 10-14-13 | Review and organize file, begin review of House Journal. (3.5); track down amendments. (1) | 4.5 | C |
| 12-15-13 | Call and help set up interviews with Chair, Anchia, Figueroa. | 0.3 | C |
| 1-(13-17)-14 | Continue efforts to set up interviews of potential witnesses, MALC related witnesses. | 0.4 | C |
| 1-19-17 | review cases listed for conference for today. Confer with co- Council. Work on file organization (CaseManagement). | 0.6 | C |
| | **TOTAL** | **5.8** | |

**Page 017**

**EXHIBIT B-2**
**CLERICAL**
**LAWYER'S COMMITTEE**

Rosenberg   Lawyer's Committee

| Date | Description | Hours | |
|---|---|---|---|
| 11/17/2014 | Confer with M Posner re briefing issues .3 hours<br>Emails to and from M VandDalen re briefing issues .1 hours<br>Voice mails to and from RYagood re briefing issues .2 hour<br>Review multi emails re exhibit filings .3 hours | 0.9 | C |
| 12/17/2014 | Confer with clerk re electronic appellate record .2 hours | 0.2 | C |
| 12/18/2014 | Emails to and from clerk re appellate record .1 hour<br>Emails to and from Erin Flynn (DOJ) re appellate record and confer with M Posner re thereto .2 hours<br>Confer with M Posner re Section 2 issues .5 hours | 0.8 | C |
| 4/10/2015 | Attending to filing of acknoweldgement of argument and emails and confer with M Posner re thereto | 0.5 | C |
| | **TOTAL** | **2.4** | |