# EXHIBIT B-3
# NAACP & MALC
# DUPLICATIVE

**EXHIBIT B-9**
**DUPLICATIVE**
**TXNAACP-BLEDSOE**

Gary Bledsoe

| Date | Description | User/Quantity | Code |
|------|-------------|---------------|------|
| 04/29/2014 | ACTIVITIES: Appear for/attend: Conference Call on NAACP Responses to RFPs | 1.3 | D |
| 09/02/2014 | Bench Trial @ 9:00am 3rd floor Rm 310 Attended trial, assisted with depo prep and preparation for cross-examinations | 4 | V, D |
| 09/03/2014 | Bench Trial @ 9:00am 3rd floor Rm 310 Attended trial, assisted with depo prep and preparation for cross-examinations | 8 | V,D |
| 09/04/2014 | Bench Trial @ 9:00am 3rd floor Rm 310 Attended trial, assisted with depo prep and preparation for | 8 | V,D |
| 03/07/2017 | ACTIVITIES: Draft/revise: Reviewing emails, drafts and making comments on drafting | 1.8 | V, D |
| | TOTAL | 23.1 | |

**EXHIBIT B-3**
## DUPLICATIVE
## BRENNAN CENTER

| Myrna Pérez | | | |
|---|---|---|---|
| 7/18/2014 | Review and respond to emails re Minnite FOF research (1.5); Review and respond to V. Agraharkar re: FOF results section (1.5) | 3 | D |
| 8/20/2014 | Review and respond to emails re: FOFs draft (1); Review and respond to emails re: affected persons search (.5) | 1.5 | BD, D, E |
| 9/18/2014 | Review, revise, and respond to emails re: FOF/COL updates (.5); Review and respond to emails re: legal research by V. Agraharkar (.5); Review and respond to emails re: trial strategy (.5); | 1.5 | D |
| 9/21/2014 | Review and respond to emails re: Closing outline (1.5); Review and respond to emails re: strategy on Stay brief (.5); | 2 | D |
| 10/11/2014 | Review and respond to emails re: Strategy over upcoming Stay briefings (.5); Review and Revise State of Texas' Advisory (.5) | 1 | D |
| 10/13/2014 | Review and respond to emails re: filing strategy (.2); Review and respond to emails re: co counsel's Emergency Application to Vacate Stay draft (2.5); Review and respond to emails re: communications strategy (.5); Confer with co-counsel with W. Weiser and E. Rosenberg re: brief strategy (1.5) | 4.7 | D, E |
| 2/14/2015 | Review and respond to emails re draft appellate brief comments/edits from Lawyers' Comm. (1.5) | 1.5 | D |
| 2/15/2015 | Review and respond to emails re draft appellate brief comments/edits from Lawyers' Comm. (.5) | 0.5 | D |
| 2/16/2015 | Review and respond to emails re draft appellate brief comments/edits from Lawyers' Comm. (.5) | 0.5 | D |
| 2/17/2015 | Confer with co-counsel with co counsel re Upcoming appellate brief (1); Review and respond to emails re brief strategy (.5) | 0.5 | D |
| 2/18/2015 | Review, edit, and respond to emails re appellate brief (1.5) | 1.5 | D |
| 2/19/2015 | Review and respond to emails re TX proposed motion (.1); Review updated appellate brief and comments (1.2); Meet with Brennan Center Texas team re brief (1) | 1.1 | D |
| 2/20/2015 | Review and respond to emails re appellate brief drafting (2) | 2 | D |
| 2/21/2015 | Review and respond to emails re appellate brief drafting (1) | 1 | D |
| 2/22/2015 | Review and respond to emails re appellate brief drafting (1) | 1 | D |
| 2/23/2015 | Review and respond to emails re appellate brief drafting (1);Confer with Private plaintiffs (1); Review TX brief (1) | 2 | D |
| 2/24/2015 | Confer with co-counsel with co counsel re appellate brief (1); Review and respond to emails re brief strategy (1.5) | 1.5 | D |
| 3/25/2015 | Review and respond to emails re oral argument strategy (.5) | 0.5 | D |
| 3/27/2015 | Review and respond to emails re oral argument strategy (.5) | 0.5 | D |
| 3/30/2015 | Review and respond to emails re oral argument strategy (.5) | 0.2 | D |
| 4/14/2015 | Review and respond to emails re oral argument prep (1) | 1 | D |

# EXHIBIT B-3
## DUPLICATIVE
## BRENNAN CENTER

| | | | |
|---|---|---|---|
| 4/15/2015 | Confer with co-counsel with co counsel re trial prep (1); Review and respond to emails re oral argument prep (.5); Draft brief (1) | 1 | D |
| 4/16/2015 | Review and respond to emails re oral argument prep (1) | 1 | D |
| 4/17/2015 | Review and respond to emails re oral argument prep (1) | 1 | D |
| 4/20/2015 | Review and respond to emails re oral argument prep (1) | 1 | D |
| 4/27/2015 | Review and respond to emails re oral argument prep (3); Travel to argument (5); | 3 | D |
| 9/9/2015 | Confer with co counsel re DOJ reply brief draft (2); Review and respond to emails with co counsel re Reply brief draft (1); Review and revise reply brief draft (1) | 4 | D, E |
| 12/16/2015 | Confer with co counsel re Draft 28(j) letter (2) | 1.5 | D, E |
| 1/19/2016 | Review and respond to emails with E. Rosenberg re: meet and confer regarding remedies (.2); call with E. Rosenberg re: confer with state regarding remedies (.5); call with all plaintiffs re: remedies (1); Meet with A. Gitlin re: response to motion to stay (.2) | 1.9 | D, E |
| 2/2/2016 | Review and respond to emails re Strategy for potential motion on mandate (.2) | 0.2 | D |
| 2/8/2016 | Review and respond to emails re advocacy strategy (.1); | 0.1 | D |
| 3/15/2016 | Confer with co counsel re 5th Circuit order en banc (1); Confer with all plaintiffs re 5th Circuit order (1); Review and respond to emails re En Banc brief (.2); Review and respond to emails re J. Clark's legal research for en banc brief (.6); | 2.8 | D, E |
| 3/18/2016 | Review and respond to emails re J. Clark's legal research for en banc brief (.2); Review and respond to emails re Letter in support of Veasey motion (.2); | 0.4 | D |
| 3/28/2016 | Review and respond to emails re J. Clark's legal research for en banc brief (.2); | 0.2 | D |
| 3/29/2016 | Review and respond to emails re BC discriminatory history research for brief (1); Review and respond to emails re TX motion to extend brief deadline (.2); | 1.2 | D |
| 4/20/2016 | Review and respond to emails re En Banc brief (.2); Review and provide feedback for outline of En Banc brief (1.5); Review and respond to emails re Oral argument planning (.3); Review and respond to emails re Amicus strategy (.2); Texas Photo ID Call with BC team (.5) | 2.7 | D |
| 4/21/2016 | Confer with co counsel re En Banc brief outline (1); Review and respond to emails re En Banc brief outline (.9); Review and respond to emails re Amicus strategy (.1); Review and provide feedback for updated outline of En Banc brief (1) | 3 | D, N |
| 4/25/2016 | Review and respond to emails re En Banc brief (1); Review and respond to emails re Amicus briefs (.2); | 1.2 | D, N |
| 4/26/2016 | Review and respond to emails re Amicus briefs (.2); Confer with W. Weiser and S. Rosdeitcher re Draft of intent section (1.5) | 1.7 | D, N |
| 4/27/2016 | Review and respond to emails re En Banc brief (1); Review Lawyers' Committees' draft of Brief section (1); Review and respond to emails re Amicus briefs (.2); | 2.2 | D, N |
| 4/29/2016 | Texas brief outline discussion with BC team (.5); Confer with co counsel re en banc brief (.6); Review and respond to emails re communications strategy (.1); | 1.2 | D |

# EXHIBIT B
## DUPLICATIVE
## BRENNAN CENTER

| | | | |
|---|---|---|---|
| 5/1/2016 | Review and respond to emails re intent section (.8); Review and revise updated draft of en banc draft (1.5) | 2.3 | D |
| 5/2/2016 | Review and respond to emails re En Banc brief (1); Review and provide feedback for En Banc brief (5); Review and respond to emails re Oral argument planning (.3); | 6.3 | D |
| 5/3/2016 | Discuss Comments on TX Brief Outline (2); Confer with co counsel re oral argument/en banc brief (3.2); Review and respond to emails re En Banc brief (1.2); Review and respond to emails re Oral argument planning (1.1); | 7.5 | D, E |
| 5/4/2016 | TX Voter ID Call (1); Review and respond to emails re En Banc brief (2); Review and respond to emails re Oral argument planning (1.3); Review and provide feedback re: J. Clark's Statement of Case (1.2); Review and provide feedback for En Banc brief (2); | 7.5 | D,E |
| 5/6/2016 | Review and respond to emails re En Banc brief (2); Review, provide feedback for, and consolidate En Banc brief (4); | 6 | D, E |
| 5/7/2016 | Confer with co counsel re En banc brief (1); Review and respond to emails re En Banc brief (3); Review, provide feedback for, and consolidate En Banc brief (7); | 11 | D, E |
| 5/8/2016 | Review and respond to emails re En Banc brief (2); Review, provide feedback for, and consolidate En Banc brief (7); | 9 | D,E |
| 5/9/2016 | Review and respond to emails re En Banc brief (2); Review, provide feedback for, and consolidate En Banc brief (3); | 5 | D,E |
| 5/10/2016 | Oral argument mock (4); Review and respond to emails re oral argument (.2); | 4.2 | D |
| 5/22/2016 | Review and respond to emails re 28(j) letter (.3). | 0.3 | D,E |
| 6/1/2016 | Confer with co counsel re oral argument recap (1.2); Review and respond to emails re oral argument recap (.3); | 1.5 | D,E |
| 7/11/2016 | Confer w co counsel re 5th circuit strategy (1) | 1 | D,E |
| 7/13/2016 | Review and respond to emails re 5th circuit outcomes (.2) | 0.2 | D,E |
| 7/20/2016 | Review and respond to emails re Supreme Court filing (.2); Review En Banc decision (1); Review and respond to emails re En Banc decision (1); | 2.2 | D,E |
| 7/21/2016 | Veasey Plaintiffs call (1); Review and respond to emails re En Banc decision (2); Review J. Clark's En Banc opinion summary (.5); Review and respond to emails re Remedy implementation (.3); | 3.8 | D,E |
| 22-Jul-16 | Call with E. Rosenberg and LDF re: response to motion to stay (.5); Confer with opposing counsel re upcoming elections (1); Review and respond to emails re implementation (2); Confer with co counsel re implementation (1) | 4.5 | D,E |
| 7/23/2016 | Confer with co counsel re implementation (1); Review and respond to emails re implementation (4); | 5 | D,E |
| 9/28/2016 | Confer with co counsel re Cert petition (1.2); Review and respond to emails re Cert petition (1.3); | 1.1 | D,E |
| 10/17/2016 | Review and respond to emails re draft DOJ FOF (1.2); Confer with co counsel re FOF draft and opp. Cert status (1.1); Review J. Clark's edits to FOF (.8) | 0.8 | D,E |

**EXHIBIT B-3**

**DUPLICATIVE**

**BRENNAN CENTER**

| 11/24/2016 | Review and respond to emails re brief draft (1.5); | 1.5 | D,E |
|---|---|---|---|

| | **TOTAL** | 141 | |

**EXHIBIT B-3**

**DUPLICATIVE**

**DECHERT**

| Timekeeper | Workdate | Bill Hours | Narr | |
|---|---|---|---|---|
| Rudd, Amy L. | 1/15/2014 | 1.00 | Prepare for and participate in conference call with M. Posner and J. Garza regarding Plaintiffs' witness interviews. | E,D |
| Rudd, Amy L. | 2/6/2014 | 6.50 | Prepare for and participate in interview of Luis Figueroa; review draft 30(b)(6) notices. | E,D |
| Rudd, Amy L. | 2/10/2014 | 3.70 | Review trial transcripts for section 5 trial; review draft 30(b)(6) deposition notices. | D |
| Rudd, Amy L. | 9/15/2014 | 1.00 | Revise findings of fact. | D |
| Rudd, Amy L. | 10/13/2014 | 4.10 | Review various iterations of draft emergency application to vacate Fifth Circuit stay; discussions with team regarding same. | D |
| | **TOTAL** | **16.3** | | |

**EXHIBIT B9**
**DUPLICATIVE**
**DECHERT**

| Timekeeper | Workdate | Bill Hours | Narr | |
|---|---|---|---|---|
| Rosenberg, Ezra D. | 6/14/2013 | 1.00 | Call with M Posner, B Kengel and L Stelcen regarding Section 2 Complaint. | D |
| Rosenberg, Ezra D. | 7/11/2013 | 2.00 | Participate in call with Brennan Center and Lawyers' Committee re complaint and follow-up re thereto. | E,D |
| Rosenberg, Ezra D. | 8/19/2013 | 2.30 | Call with M Posner, R Kengle, M Perez, J Garza re strategy; prepare co-counsel agreement. | E,D |
| Rosenberg, Ezra D. | 8/26/2013 | 1.00 | Call with co-counsel group. | D |
| Rosenberg, Ezra D. | 9/3/2013 | 4.00 | Participate in Lawyers' Committee litigation call; conference call with co -counsel; follow-up emails re fact investigation. | E,D |
| Rosenberg, Ezra D. | 9/18/2013 | 4.50 | Prepare for and participate in Rule 26 conference and follow-up calls and emails with G Hebert and co-plaintiff groups. | B,D |
| Rosenberg, Ezra D. | ######## | 2.40 | Multi emails to co-counsel re Rule 26 issues; participate in call with DOJ and follow-up re thereto. | E,D |
| Rosenberg, Ezra D. | ######## | 2.50 | Prepare for and participate in call with Lawyers Committee and Brennan Center re briefing and other issues; follow-up re thereto. | E, D |
| Rosenberg, Ezra D. | 11/6/2013 | 2.30 | Call with Lawyers Committee and Brennan Center teams regarding miscellaneous issues; work on brief. | V,D |
| Rosenberg, Ezra D. | ######## | 4.00 | Work on drafting brief; call with co-counsel re experts; call with J Garza re new case, and multi-emails re thereto. | V,D,E |
| Rosenberg, Ezra D. | ######## | 2.50 | Further revising of brief; prepare for and participate in conference call with co-counsel; confer with M Posner re brief; confer with M Posner re expert issues. | D,E |
| Rosenberg, Ezra D. | 2/4/2014 | 2.30 | Multi calls with DOJ re discovery issues; prepare for and conduct call with all counsel; follow-up emails re thereto; multi emails and calls re hearing. | E,D |
| Rosenberg, Ezra D. | 2/5/2014 | 3.50 | Multi calls and emails with N Korgaonkor, C Dunn, E Westfall, M Posner, M Perez, and M Yeary regarding discovery and expert issues; participate in conference call with DOJ; follow-up re thereto. | E,D |
| Rosenberg, Ezra D. | 2/10/2014 | 4.50 | Multi calls and emails with E Westfall, J Maranzano, M Posner, M Perez, co-counsel, G Hebert re discovery issues; confer with M Barreto; prepare for argument on motion for dismissal. | E, D |
| Rosenberg, Ezra D. | 2/18/2014 | 3.60 | Finish first draft of legislative privilege brief; call with M Posner re miscellaneous issues; prepare agenda for call with co-counsel; call with E Westfall re hearings; call with J Maranzano re Texas response to interrogatories. | D,E |
| Rosenberg, Ezra D. | 2/19/2014 | 2.00 | Multi calls and emails with M Posner re legislative privilege brief and expert issues. | D,E |

**EXHIBIT B**
**DUPLICATIVE**
**DECHERT**

| | | | | |
|---|---|---|---|---|
| Rosenberg, Ezra D. | 3/14/2014 | 1.00 | Call with M Posner; call with M Posner and DOJ re scheduling issues; review multi emails. | D,E |
| Rosenberg, Ezra D. | 3/17/2014 | 2.00 | Call with MPosner and M Perez re witnesses issues; call with E Westfall re schedule; call with J Scott re schedule; attention to discovery issues. | D,E |
| Rosenberg, Ezra D. | 3/18/2014 | 1.40 | Call with E Westfall; call with M Posner; review material from Brennan Center re section 2 constitutionality. | D,E |
| Rosenberg, Ezra D. | 3/19/2014 | 2.30 | Calls with DOJ, M Posner and G Hebert re scheduling issues; begin preparation for privilege. | D,E |
| Rosenberg, Ezra D. | 3/20/2014 | 2.00 | Multi-calls with DOJ and M Posner regarding scheduling issues; prepare for and conduct call with co-plaintiffs. | D,E |
| Rosenberg, Ezra D. | 3/21/2014 | 0.80 | Multi-emails and calls with DOJ regarding discovery issues. | D,E |
| Rosenberg, Ezra D. | 3/24/2014 | 2.40 | Multi calls with M Posner and M Perez re depositions; call with E Westfall and J Maranzano re depositions; emails to group re thereto. | D,E |
| Rosenberg, Ezra D. | 3/25/2014 | 1.30 | Multi calls with E Westfall; multi calls with M Posner re discovery issues; review Texas's filing. | D,E |
| Rosenberg, Ezra D. | 3/26/2014 | 3.00 | Calls with E Westfall re discovery; prepare allocation of 30(b)(6) assignments; calls with M Posner and M Perez re thereto; prepare agenda for all plaintiff call; call with N Baron re email to DOJ. | D,E |
| Rosenberg, Ezra D. | 3/27/2014 | 4.00 | Multi calls with E Westfall, J Maranzano, M Posner, J Scott re discovery issues; prepare for and conduct all plaintiff call; review multi emails to and from Veasey plaintiffs re discovery; review initial discovery requests to clients from Texas and emails to clients re thereto; emails to and from N Korgoankar re privilege decision. | D,E,B |
| Rosenberg, Ezra D. | 3/28/2014 | 6.00 | Multi-calls and emails regarding discovery issues with DOJ and co-plaintiff; prepare for oral argument on privilege issues. | D,E |
| Rosenberg, Ezra D. | 4/2/2014 | 4.80 | Multi calls and emails with DOJ and co-plaintiffs in preparation for call with Texas; conduct calls with Texas re attorney-client privilege and scheduling issues; call with E Westfall re thereto; call with D Freeman re thereto. | D,E |
| Rosenberg, Ezra D. | 4/3/2014 | 3.20 | Prepare for and participate in call with co-counsel; multi calls with DOJ; call with G Hebert; prepare emails to Texas. | D,E,V |
| Rosenberg, Ezra D. | 4/7/2014 | 3.20 | Call with DOJ, Texas and other parties re discovery issues; multi calls with M Posner and E Westfall re thereto; review of trial protocol and schedule drafts. | D,E |

**DUPLICATIVE**
**DECHERT**

| Rosenberg, Ezra D. | 4/8/2014 | 1.40 | Multi-calls and emails with M Posner and G Herbert and other plaintiffs regarding discovery issues. | D,E |
|---|---|---|---|---|
| Rosenberg, Ezra D. | 4/9/2014 | 2.60 | Multi calls and emails with E Westfall, J Maranzano, G Hebert, and M Posner re discovery issues and motion issues; participate in conference call with G Hebert, A Derfner, E Simson, and M Posner re trial preparation. | D,E |
| Rosenberg, Ezra D. | 4/10/2014 | 4.80 | Multi calls and emails with DOJ and co-plaintiffs re discovery and trial protocol issues; conduct all plaintiff call; conduct call with Texas and all parties re trial protocol; review briefing re discovery to DOJ. | D,E,B |
| Rosenberg, Ezra D. | 4/14/2014 | 2.80 | Multi calls with E Westfall re Advisory; calls with M Yeary and L Cohan re thereto; emails with M Posner re thereto; emails to and from J Scott re deposition of Ingram. | E,D |
| Rosenberg, Ezra D. | 4/15/2014 | 1.30 | Preparation for hearing with Judge; multi emails to and from co-counsel and court re thereto; call with M Perez re depositions. | E,D |
| Rosenberg, Ezra D. | 4/16/2014 | 2.00 | Participate in hearing with court; emails to and from co-counsel re thereto; conference call with M Bell-Platts and E Westfall and G Hebert re thereto; emails to and from M Posner re thereto. | B,E,D |
| Rosenberg, Ezra D. | 4/17/2014 | 5.00 | Multi calls with N Baron, G Hebert and E Westfall re Ingram deposition; multi calls and emails in preparation for all plaintiff call and call with DOJ; call with all plaintiffs; call with DOJ; call with R Keister and E Westfall re depositions; emails re fact depositions. | B,E,D |
| Rosenberg, Ezra D. | 5/1/2014 | 6.00 | Prepare for and conduct conferences with co-counsel, plaintiffs groups, and DOJ; prepare for and participate in hearing with Judge Ramos on motion to quash. | B,E,D |
| Rosenberg, Ezra D. | 7/31/2014 | 3.50 | Multi calls with M Posner re trial preparation; multi calls with E Westfall re trial preparation; multi calls with A Baldwin re data; multi emails to plaintiff group re all of these issues. | B,E,D |
| Rosenberg, Ezra D. | 8/1/2014 | 3.40 | Review Texas expert reports; multi emails re expert issues; prepare agenda for plaintiff meeting; confer with A Derfner and M Posner re thereto; attention to FOF issues. | B,E,D |
| Rosenberg, Ezra D. | 8/20/2014 | 11.50 | Participate in witness preparation of DChatman; continue preparation for depositions of defendants' experts. | D |
| Rosenberg, Ezra D. | 8/22/2014 | 9.00 | Appear at deposition of S Ansolabehere; continue preparation for depositions of Hood and Mihlo. | D |
| | **TOTAL** | **135.1** | | |

**EXHIBIT B**
**DUPLICATIVE**
**DECHERT**

| Timekeeper | Workdate | Bill Hours | Narr | |
|---|---|---|---|---|
| Cohan, Lindsey B. | 4/18/2016 | 3.00 | Review Texas' supplemental en banc brief; begin drafting outline for draft of supplemental en banc brief. | D |
| Cohan, Lindsey B. | 7/27/2016 | 1.50 | Attend various conference calls to discuss remedy for upcoming election; draft bill of costs for printing costs. | D,E |
| Cohan, Lindsey B. | 7/28/2016 | 1.50 | Attend various conference calls to discuss interim remedy for upcoming election. | D,E |
| Cohan, Lindsey B. | 9/19/2016 | 7.00 | Attend hearing on motions to enforce remedial order; attend phone conference amongst plaintiffs to discuss strategy for obtaining relief from court; draft and file revised proposed order for clarification of interim remedial order; attend call with DOJ and Wilmer Hale to discuss drafting of findings of fact relating to intent; continue to work on matrix summarizing findings of fact related to intent. | B,D |
| | **TOTAL** | **13** | | |

**EXHIBIT 9**
DUPLICATIVE
MALC-GARZA

| Jose Garza | | | |
|---|---|---|---|
| **DATE** | **ACTIVITY** | **TIME** | CODE |
| 9-21-13 | Confer with and prepare MALC disclosures with MG. review internal documents etc. | 1.7 | D |
| 3-13-14 | review drafts of briefs on legislative privilege issue. Discuss with staff of Rep. Martinez | 3 | D |
| 8-20-14 | Trial prep. Review trial briefs, confer with Posner on same, review proposed trial | 1.5 | D |
| 8-23-14 | Review FOF, review transcripts for DC trial and depos from dc case in preparation of witness testimony. Confer with Posner. | 2 | D |
| 8-30-14 | Review TMF and Anchia trial testimony in DC section 5 case. Review depo of TMF in DC litigation. | 2 | D |
| 8-31-14 | Review TMF and Anchia depositions. Confer with TMF re trial testimony. Prepare witness questions for TMF. Confer with MGolando on same. | 7 | D |
| 7-22-16 | Review orders, review emails and communications on strategies for proceeding with Monday electoral issues and November | 3 | D |
| 7-23-16 | Review emails and confer with co-counsel on negotiations w/State on provisions for remedy for upcoming special election. (2.7); brief client. (2, nc) | 2.7 | D |
| 7-24-16 | Review Spanish language translation of declaration to be used In upcoming election. Confer with co-counsel and with DOJ. | 2 | D |
| 6-5-17 | Participate in conference calls regarding strategy for hearing on remedy. (.2); review filings in case, state's advisory etc. (.6). Confer with Chad and Ezra and Myrna. (.5). | 1.3 | D |
| | **TOTAL** | **26.2** | |

Page 011

**EXHIBIT B-3**
**DUPLICATIVE**
**LAWYER'S COMMITTEE**

| Mark Posner | | | |
|---|---|---|---|
| 6/26/2013 | Edit draft Complaint: .7<br>Strategy discussions with E. Rosenberg, J. Greenbaum, B. Kengle & M. Perez: 1.3 | 0.7 | D |
| 6/27/2013 | Edit draft Complaint: 2.5 | 2.5 | D,E |
| 8/30/2013 | Draft additional Complaint paragraphs: 3.5<br>Emails with co-counsel re: Complaint and preparation for filing suit: .7 | 3.5 | D,E |
| 6/24/2014 | Review & comment on Barreto draft report: 3.0<br>Tel con with co-counsel re Barreto report: .3<br>Coordination among co-counsel: .1<br>Tel call with co-counsel re affected persons who may serve as witnesses: .6<br>Emails re amended disclosure: .3<br>Tel con with c o-counsel re trial planning: .3<br>Review Chatman draft report & tel con re same with M. Perez & E. Rosenberg 1.7 | 3 | D, E |
| 7/2/2014 | Review decision on motions to dismiss: .5<br>Review Chatman expert report, prepare written analsysis, discuss with E. Rosenberg, emails with Chatman re coordination and issues going forward: 2.7<br>Coordination emails; other case-related emails: .3 | 2.5 | D, E |
| 7/16/2014 | Edit draft FF for Chatman report: 3.4<br>Tel con with E. Rosenberg & tel con with E. Rosenberg & E. Westfall re expert report deadline issue, & review Texas email re underlying computer data: .4<br>Review draft consent order re expert scheduling: .1<br>Tel con with Texas re expert scheduling: .3<br>Tel con with co-counsel re de benne esse depos of affected persons: .5 | 3.4 | D |
| 7/21/2014 | Review NAACP-MALC Complaint with Texas Answer responses matched to Complaint allegations, & prepare notes: .6<br>Review draft FF prepared by Brennan Center & email suggestion re revisions: .5<br>Review Texas opp to DOJ motion for a protective order re OIG de po, & email E. Rosenberg re the issue: .3<br>Prepare notice of corrected Chatman report: .4<br>Tel con with Chatman: .4 | 4.3 | D |

**EXHIBIT B-3**
**DUPLICATIVE**
**LAWYER'S COMMITTEE**

| Date | Description | Hours | Code |
|---|---|---|---|
| 8/11/2014 | Emails re Texas provision of data from Hood/Milyo re Barreto report: .6<br>Review draft of opp to Texas motion to compel re survey data: .3<br>Coordination emails and tel con.s trial prep, depo scheduling, depo prep, and discovery motions: .7<br>Draft the COL: 4.1<br>Private plaintiffs' motion to strike: .1<br>Tel con with Barreto & Sanchez re reply report: .3 | 4.1 | D |
| 8/15/2014 | Call re coordination & planning for finalizing pre-trial document and trial planning, with all plaintiff counsel: 1.5<br>Review & edit draft FOF: 6.3<br>Coordination emails with other plaintiff counsel: .6<br>Analysis of survey & matching data re ID possession : .7<br>Emails with with co-counsel re potential edits to draft FOF: .5 | 7.1 | D |
| 8/16/2014 | Edit draft FOF and discuss with co-counsel: 7.5<br>Tel con & email with co-counsel re witness selection for trial: .3 | 7.5 | D, E |
| 8/17/2014 | Tel con. with plaintiff counsel re draft FOF and COL and re evidentiary issues; prep for this tel con; & post call tel con re same with E. Rosenberg: 2.0<br>Review draft Barreto rebuttal report & related issues: 1.5<br>Review issues re FOF & email with plain tiff counsel re same: 1.2<br>Draft additional COL: 6.5<br>Tel con with Barreto, Sanchez & co-counsel re rebuttal report; post-call discussion with E. Rosenberg re same: 1.0 | 8.7 | D, E |
| 8/18/2014 | Tel con with E. Westfall & E. Rosenberg re FOF: .5<br>Draft & edit COL: 3.0<br>Tel con with R. Dellheim & E. Rosenberg re Hood depo: .4<br>Tel con with D. Chatman & E. Rosenberg, & emails, re his depo: .8<br>Tel con with J. Garza re witnesses, & related emails:. 3<br>Misc. coordination emails: .3<br>Discussions with various counsel re Herron testimony: .9<br>Edit FOF: 4.3 | 4.4 | D |
| 8/19/2014 | Misc case emails: .4<br>Coordination tel con with E. Rosenberg: .2<br>Edit FOF: 6.0<br>Edit COL: .2 | 6 | D,E |
| 8/20/2014 | Edit COL: 4.0<br>Edit FOF: .7<br>Prep Chatman for depo: 2.2 | 6.9 | D,E |

**EXHIBIT B-3**
**DUPLICATIVE**
**LAWYER'S COMMITTEE**

| | | | |
|---|---|---|---|
| 8/21/2014 | Edit COL & discussions with co-counsel re COL: 4.1<br>Emails re witness order: .3<br>Chatman depo: 1.0<br>Pretrial conference:.2<br>Court hearing: .2<br>Barreto/Sanchez testimony: .5<br>Prepare for trip to Austin for depos: .5<br>Emails re case plannng: .2<br>Case plann ing tel con with plaintiffs'counsel: .5 | 4.1 | D,E |
| 9/7/2014 | Prepare Bueck depo reading; meet with Chatman &<br>E. Rosenberg to prep for testimony; edit COL; case<br>strategy discussions: 10.5 | 3 | D,E |
| 9/8/2014 | Trial: 8.5<br>Edit COL: 1.3<br>Plaintiff counsel meeting: .5<br>Discussion with Barreto/Sanchez re Texas expert<br>testimony: .7<br>Case planning email: .2 | 0 | D,E |
| 9/30/2014 | Tel con with E. Rosenberg and DOJ attorneys re<br>potential issues re: Texas motion for a stay following<br>the issuance of an injunction by Judge Ramos: .4<br>Draft memo re scope of relief for November 2014<br>election; discuss with B. Kengle; edit memo based on<br>t hat discussion: 5.7 | 5.7 | D,E |
| 10/6/2014 | Emails with E. Rosenberg re potential post-<br>judgment stay motion: .3<br>Draft potential order re relief for November 2014<br>election: 2.1<br>Tel con with E. Rosenberg & M. Perez re types of<br>potential relief for November election if judgment is<br>rendered for plai ntiffs: .6 | 2.1 | D,E |
| 10/10/2014 | Draft several versions of potential response to Texas<br>advisory re relief for Nov 2014 election, review<br>Veasey plaintiffs' alternative draft, and phone calls<br>with counsel to discuss: 4.2 | 4.2 | D |
| | **TOTAL** | **83.7** | |

**EXHIBIT E**
**DUPLICATIVE**
**LAWYER'S COMMITTEE**

| Ezra Rosenberg | | | |
|---|---|---|---|
| 11/6/2014 | Review revised outline of brief and discuss with B Kengle and M Posner: 1.4 | 1.4 | D |
| 11/7/2014 | Further review of revised draft of brief and discuss with M Posner .4 hours | 0.4 | D |
| 11/10/2014 | Further review of brief outline and discuss with M Posner | 0.5 | D |
| 11/12/2014 | Review multi emails re filing of exhibits and deposition designations to and from M Yeary and T Faransso and respond thereto: .7 hours<br>Confer with M Posner re brief outline .4 hours<br>Confer with R Dellheim and Meredith Baxter and E Flynn are briefing i ssues .4 hours<br>Confer with Hebert re appeal expedition issues .3 hours<br>Review emails to and from M Posner and M Perez re briefing issues .2 hours | 2 | D |
| 12/12/2014 | Work on drafting of findings of fact for appellate brief 1.2 hours | 1.2 | D |
| 1/12/2015 | Continue work on draft statement of facts of appellate brief  2.0 hours | 2 | D |
| 1/18/2015 | Continue work on draft Statement of Facts for brief 1.50 hours | 1.5 | D, E |
| 1/19/2015 | Continue work on Statement of Facts for brief 1.50 hours | 1.5 | D, E |
| 1/28/2015 | Review State's opening brief; discuss same with M Posner; discuss same with J Greenbaum and B Kengle 3.0 hours | 3 | D |
| 1/30/2015 | Conference call with co-plaintiff counsel re briefing issues 1.0 hour; begin research into issues 3.0 hours | 4 | D,E |
| 2/2/2015 | Continue work on brief and conferences with A Reyes and M Posner re thereto 3.50 hours | 3.5 | D,E |
| 2/17/2015 | Review comments from Brennan Center and participate in call with Brennan Center and M Posner and B Kengle re brief 3.00 hours | 3 | D,E |
| 2/19/2015 | Continue work on brief, including reviewing M Posner's re-edits  and Brennan Center drafts 3.00 hours | 3 | D, E |
| 2/22/2015 | Continue work on brief 2.60 hours | 2.6 | D, E |
| 2/23/2015 | Continue work on brief 2.40 hours | 2.4 | D, E |
| 2/24/2015 | Continue work on brief and multi emails and conferences with M Posner and M Perez and B Kengle re thereto 2.80 hours | 2.8 | D,E |
| 2/26/2015 | Continue work on brief, including rewriting introduction, and conferences with co-counsel and with Brennan Center 4.00 hours | 4 | D,E |
| 2/27/2015 | Review multiple redrafts of portions of brief and discuss changes with R Kengel and M Posner 1.80 hours | 1.8 | D |
| 2/28/2015 | Continue review of revisions to brief and emails re same to L Cohan and M Posner and M Perez and B Kengle 1.0 hour | 1 | D |

**EXHIBIT B**
**DUPLICATIVE**
**LAWYER'S COMMITTEE**

| Date | Description | Hours | Code |
|---|---|---|---|
| 3/1/2015 | Continue review of revisions to brief and emails to M Posner and L Cohan re thereto 1.20 hours | 1.2 | D |
| 3/2/2015 | Review of final draft of brief and emails to and from R Kengle, M Posner, L Cohan and M Perez re thereto 1.2 hours | 1.3 | D |
| 3/3/2015 | Final review of brief and multi-emails and conferences with L Cohan and M Posner re filing 2.60 hours | 2.6 | D,E |
| 3/4/2015 | Multi calls and emails re Texas request for extension and drafting of submission re thereto 1.2 hours; begin review of briefs filed by other plaintiffs 1.8 hours | 3 | D,E |
| 3/19/2015 | Multi calls and conferences re oral argument issues 1.50 hours | 1.5 | D,E |
| 3/20/2015 | Multi calls and conferences re oral argument issues 1.0 hour | 1 | D,E |
| 3/23/2015 | Multi calls and conferences re oral argument issues and re state motion for enlargement; review draft submission re thereto 2.0 hours | 2 | D,E |
| 3/24/2015 | Calls and meetings with M Posner, B Kengel, J Greenbaum, M Perez and N Korgonkaor re oral argument issues 1.50 hours | 1.5 | D,E |
| 3/30/2015 | Confer at length with G Hebert (.4 hours), E Flynn (.3 hours), S Ifill (.5 hours), J Greenbaum (.3 hours) and M Posner (.3 hours) re oral argument issues; email to co-counsel team re thereto (.3 hours) | 2.1 | D,E |
| 3/31/2015 | Multi calls with G Hebert, E Flynn, M Perez re oral argument issues 1.0 hour; confer with J Greenbaum and M Posner re thereto .6 hours; emails to and from S Ifill re thereto .4 hours | 2 | D,E |
| 4/1/2015 | Calls with G Hebert and DOJ re oral argument issues; emails re thereto; confer with R Kengle and J Greenbaum re thereto  1.3 hours | 1.3 | D,E |
| 4/3/2015 | Multi calls and emails re oral argument issues and participate in call with DOJ and all co-counsel. | 3 | D,E |
| 4/6/2015 | Multi calls and emails to and from M Posner re oral argument issues 1.0 hour; call with E Flynn re thereto .3 hours; calls with G Hebert re thereto .4 hours; call with W Weiser and M Perez re thereto ,6 hours; call with S Ifill and M Perez re thereto .4  hours; follow-up emails re thereto .6 hours | 3.3 | D,E |
| 4/7/2015 | Confer with J Greenbaum and M Posner re oral argument issues .4 hours; confer with G Hebert re oral argument issues; .2 hours; confer with S Ifill re oral argument issues and review draft email re thereto .3 hours; confer with M Perez and M Posner re ora l argument issues 1.1 hours | 2 | D,E |

**Page 016**

**EXHIBIT B**
**DUPLICATIVE**
**LAWYER'S COMMITTEE**

| Date | Description | Hours | |
|---|---|---|---|
| 4/8/2015 | Prepare email to group re structure for preparation of oral argument .5 hour; confer re thereto with M Posner, and review revisions and emails to and from M Perez re thereto .2 hours; email to group re structure for preparation of oral argument .1 hour;  review draft of questions prepared by M Perez, edits thereto by M Posner, and revise same 1.4 hours; participate in call with all plaintiffs re oral argument preparation and follow-up call with E Flynn re thereto .6 hour | 2.8 | D,E |
| 4/13/2015 | Multi calls, conferences, and emails with G Hebert, S Ifill, P Karlan, E Flynn, M Posner, J Greenbaum, M Perez, W Weiser, and B Kengel re oral argument issues. 5.0 hours; participate in all plaintiff call re thereto 1.0 hour | 3 | D,E |
| 4/15/2015 | Prepare for and participate in roundtable discussion with all plaintiffs in preparation for oral argument | 6 | D,E |
| 5/27/2015 | Prepare for and conduct meeting with all co-plaintiffs 1.l0 hour; calls with M Perez and M Posner re thereto .5 hours; emails to and from A Derfner and N kargoankar .4 hours; call with E Flynn .3 hours; confer with B Kengle re motion .2 hour | 2.5 | D,E |
| 8/11/2015 | Call with Erin Flynn and DOJ and G Hebert and A Derfner re interim relief issues .5 hours; emails to and from Brennan Center and Gary Bledsoe re thereto .4 hours; call with J Garza re thereto, .2 hours; call with LDF, DOJ, Hebert, Derfner, and Brennan Ce nter re thereto .7 hours | 1.8 | D,E |
| 8/17/2015 | Review redraft of brief in support of interim relief .3 hour; multi-emails to and from Brennan Center and DOJ re thereto .5 hours; All plaintiff call re thereto 1.3 hours; call with W Weiser and M Perez re thereto .8 hours; draft proposed changes to brie f .4 hours | 3.3 | D,E |
| 8/18/2015 | Multi-calls and emails to and from E Flynn, N Kargaonkor, W Weiser and M Perez re motion for interim relief | 2.4 | D,E |

Page 017

**EXHIBIT B9**
**DUPLICATIVE**
**LAWYER'S COMMITTEE**

| | | | |
|---|---|---|---|
| 8/20/2015 | Email to BC re discussion with Dunn .1 hour; call from Perez re thereto .2 hour; multi-emails to and from Perez re thereto .5 hours; emails to and from Veasey group re thereto .2 hours; conference call with all private plaintiffs re thereto .4 hours; cal l with Flynn and DOJ re thereto .4 hours; call with Weiser and Perez re thereto .3 hours; internal discussions and emails with Greenbaum and Kengle re thereto .2 hours; review Veasey motion and discuss with co-counsel and internally .5 hours; multi-=emai ls to and from Dunn and private parties re changes to Veasey motion 1.0 hour; call with State of Texas (M Frederick and Private Plaintiffs) and then with E Flynn re Veasey motion and interim relief issues 1.0 hour; call with M Perez re thereto .2 hours | 4.6 | |
| | | | D,E |
| 8/27/2015 | Confer with plaintiffs in preparation for discussions with State | 6 | |
| | | | D,E |
| 8/28/2015 | Participate in talks with State re interim relief 6.0 hours; follow-up emails and conversations with co-plaintiffs re thereto and emails to J Greenbaum and B Kengle re thereto .8 hours; review three briefs filed by State and follow-up emails re thereto 1 .2 hours | 8 | |
| | | | D,E |
| 8/31/2015 | Confer with B Kengle and J Greenbaum in preparation for discussions with co-plaintiffs and co-counsel re briefing issues .4 hours; participate in meeting with B Kengle and J Greenbaum and M Johnson re thereto .5 hours; call with M Perez re thereto .4 hou rs; call with all plaintiffs re thereto 1.0 hour; call with M Perez and B Kengle re thereto .5 hours; review of briefs filed by State .3 hours; confer with LDF and Brennan Center re thereto .4 hours; further discussions with J Greenbaum and B Kengle re t hereto .3 hours; call with State re interim relief issues .5 hours | 4.3 | |
| | | | D,E |

**DUPLICATIVE**
**LAWYER'S COMMITTEE**

| Date | Description | Hours | |
|---|---|---|---|
| 9/1/2015 | Review email from M Perez with bullet-pointed issues re petition for en banc review .1 hour; prepare response thereto .3 hours; multi-emails to and from M Perez re thereto .3 hours; participate in call with LDF and Brennan Center re en banc review issues 1.00; confer with E Flynn re DOJ position on briefing .3 hours; email to co-plaintiffs re thereto .2 hours; emails to and from G Hebert re thereto .1 hour review email from E Flynn re motion for extension and respond thereto .1 hour; further emails anddi scussions internally re en banc briefing issues .3 hours; confer with N Steiner re status and Dechert participation .3 hours | 2.7 | D,E |
| 9/2/2015 | email to V Goode and G Bledsoe re Texas filing .2 hours; emails to and from E Flynn and L Cohan re motion for extension .2 hours; review draft brief from Veasey plaintiffs re remand reply, make revisions, and multi-emails to and from A Gitlin and M Perez re thereto 1.8 hours; review order from 5th Circuit on stay and remand motions and emails re thereto .4 hours; confer with M Bell-Platts re issues on en banc petition .3 hours; participate in call with DOJ re thereto and follow-up emails re thereto 1.0 hour | 3.9 | D,E |
| 9/3/2015 | Emails to and from M Perez and A Gitlin and J Greenbaum and R Kengle re remand motion reply brief .4 hours; email to C Dunn re thereto .2 hour; confer with C Dunn re thereto and follow-up emails to co-counsel re thereto .5 hours; review revised reply bri ef and emails to and from Brennan Center and N Korgaonkor re thereto .4 hours; review memo from B Downes re distinguishing Clements, Gonzalez and Frank for purposes of en banc opposition and confer with E Flynn and B Kengle re thereto .8 hours; multi-tel ephone calls with A Derfner re en banc issues .5 hours | 2.6 | D,E |
| 8/1/2016 | Multi- calls and emails with M Frederick re JOint Submission; several all-plaintiff calls and calls with State re Joint Submission; Follow-up calls and emails to and from al co-plaintiffs and DOJ re State reneging on agreement | 8 | D,E |
| 8/2/2016 | Multi-calls and emails to and from all-planitiffs and DOJ and with state re effects of State reneging on agreement; revising order; beginning preparation of brief; continual negotiations with state | 6.5 | D,E |

**EXHIBIT B**
**DUPLICATIVE**
**LAWYER'S COMMITTEE**

| | | | |
|---|---|---|---|
| 8/3/2016 | Multi calls and emails to and from all plaintiffs and State and numerous all party calls re negotiations over Joint Submission; review and revisions of brief in support of addition terms; continual negotiations with State and coordination | 7.5 | D,E |
| 9/6/2016 | Conduct call with DOJ and plaintiffs re DOJ motion and re private plaintiffs' proposed motion; Multi emails and calls to and from A Derfner, G Herbert, L Cohan, L Aden, D Freeman, G Bledsoe, and C Dunn, among others, re thereto; draft private plaintiffs' motion | 7.5 | D,E |
| 9/7/2016 | Multi emails to and from G Hebert, A Derner, G Bledsoe, Y Banks, L Cohan, M Perez, R Dellheim, D Freeman, L Aden, D Ross, and others and drafting and re-drafting private plaintiffs motion; Calls with R Dellheim re thereto; emails to and from B Cortez, Co urt Clerk, rethereto | 6 | D,E |
| 9/9/2016 | Multi calls and emails to and from co-plaintiffs re drafting of letter to State re Montgomery County Democratic Party issue; drafting of email re thereto | 2 | D,E |
| 11/21/2016 | Continue work on opposition to petition for certiorari; multi-emails and calls with co-plaintiffs re thereto | 5.5 | D, E |
| 11/22/2016 | Conduct conference calls with co-plaintiffs re cert briefing issues; Continue work on opposition to petition for certiorari; multi-emails and calls with co-plaintiffs re thereto | 4.9 | D, E |
| 7/26/2018 | Review redraft from CLC and edits from Brennan Center and LDF; confer with D Lang, M Gaber and G Hebert re thereto; redraft opposition brief; email to co-counsel re thereto | 2 | D |
| 7/31/2018 | Review and synthesize comments from co-plaintiffs into brief | 1 | D |
| | **TOTAL** | **174.2** | |

**EXHIBIT B-9**

**DUPLICATIVE**
**TX NAACP-NOTZON**

Robert Notzon

| Date | Task | Sound Billling Judgment | Fee | |
|------|------|------|------|---|
| 1/22/2014 | ACTIVITIES: Appear for/attend: Conference with co-counsel, re: discovery and other matters | 0.25 | $136.00 | D |
| 7/30/2014 | Helped with witness depo prep for Jackson and Bates | 1.00 | $544.00 | D |

**TOTAL 1.25**