# EXHIBIT B-4
# NAACP & MALC
# EXCESSIVE

**EXHIBIT 14**

## EXCESSIVE
## DECHERT

| Timekeeper | Workdate | Bill Hours | Narr | CODE |
|---|---|---|---|---|
| Yeary, Michelle K. | 4/28/2014 | 4.50 | Discovery, telephone conferences with co-plaintiffs on document review and document production, drafting discovery responses, outline key issues for conference with clients, review response to motion to quash. | E |
| Yeary, Michelle K. | 4/29/2014 | 4.00 | Drafting discovery responses, telephone conference with NAACP re: documents to produce and definition of members, draft document request for NAACP branches, continue working on document review issues, review and edit response to motion to quash subpoenas. | E |
| Yeary, Michelle K. | 4/30/2014 | 4.50 | Drafting discovery responses, reviewing documents from clients for production, coordinating document review, prepare advisory on Wisconsin ruling, continue to refine issues re: NAACP membership. | E |
| Yeary, Michelle K. | 5/1/2014 | 4.50 | Coordinate document review process and assignments, draft outline of key document review issues for committee telephone conference, continue drafting discovery responses, assist with dep prep, review documents for production. | E |
| Yeary, Michelle K. | 5/9/2014 | 3.00 | Continue document review and assessment of key documents, start privilege log review, review second document production for MALC and NAACP. | E |
| Yeary, Michelle K. | 5/21/2014 | 3.00 | Assist with dep prep, review documents for preparation on key issues/themes, coordinate with others teams re: document review, review and comment on response on common interest privilege, finalize discovery responses. | E |
| Yeary, Michelle K. | 6/6/2014 | 6.00 | Telephone conference with co-plaintiffs to plan strategy for responding to requests for admission, dep prep, reviewing documents for potential use with expert, draft summary of same for E Rosenberg. | E |
| Yeary, Michelle K. | 6/13/2014 | 4.00 | Deposition prep for P Harless and D. Riddle, assist with prep for C Bueck, review and comment on supplemental disclosure. | E |
| Yeary, Michelle K. | 6/16/2014 | 5.00 | Dep prep for D Riddle and P Harless, review report on documents from Crivella West, review documents on voter fraud for expert. | E |
| Yeary, Michelle K. | 6/17/2014 | 4.00 | Review documents and files to prep for Riddle and Harless depositions, review documents for privilege assertions, t/c with J Maranzano re: RFA responses, review proposed orders on motions to quash and motion for protective order, discuss same with E Rosenberg. | E |
| Yeary, Michelle K. | 7/17/2014 | 3.00 | Drafting summary of P Harless depositions for findings of fact, reviewing new documents identified as critical and updating analysis, coordinating continuing document review of legislative documents, review answers to complaints. | B,E |

**EXHIBIT THE**
**EXCESSIVE**
**DECHERT**

| Yeary, Michelle K. | 7/18/2014 | 4.00 | Continue drafting findings of fact, telephone conference with DOJ and private plaintiffs re: deposition designations, review proposed format for same, draft email to private plaintiffs re: plan and procedure for deposition designations, identify assignments for deposition designations and findings of fact. | B,E |
|---|---|---|---|---|
| Yeary, Michelle K. | 7/22/2014 | 3.00 | Continue preparing findings of act and deposition designations. | E |
| Yeary, Michelle K. | 7/23/2014 | 4.00 | Work on deposition summaries, findings of fact, document review and analysis and deposition designations. | E |
| Yeary, Michelle K. | 7/24/2014 | 2.00 | Continue working on document issues, findings of fact and deposition designations. | E |
| Yeary, Michelle K. | 7/25/2014 | 3.00 | Deposition designations, findings of fact, document analysis, coordinate with co-plaintiffs. | E |
| Yeary, Michelle K. | 8/1/2014 | 3.50 | Review Texas document productions for identifying source and production information, respond to E Simson re: productions, reconcile production and review issues, review coding on native files in legislative productions, reviewing depositions for summaries and deposition designations. | E |
| Yeary, Michelle K. | 8/4/2014 | 2.00 | Deposition summaries, coordinating deposition designations. | C,E |
| Yeary, Michelle K. | 8/5/2014 | 2.00 | Continue work on deposition designations, document review and summaries. | E |
| Yeary, Michelle K. | 8/16/2014 | 4.00 | Texas; deposition summaries; deposition designations, exhibits and general trial preparation. | V,E |
| Yeary, Michelle K. | 8/17/2014 | 6.00 | Deposition designations, deposition summaries, findings of fact, exhibits, telephone conference with plaintiffs re: FOF and COL, telephone conference with Texas re: meet and confer on PTO. | B,E |
| Yeary, Michelle K. | 8/22/2014 | 17.00 | Findings of Fact, Conclusions of Law, deposition designations, pretrial order, exhibits, general trial preparation. | B,E |
| Yeary, Michelle K. | 8/25/2014 | 10.00 | Preparing deposition counter designations and objections; reviewing defense exhibits; continue pretrial preparation | B,E |
| Yeary, Michelle K. | 8/26/2014 | 6.00 | Pretrial preparation; deposition objections and counters; exhibit objections. | B,E |
| Yeary, Michelle K. | 8/27/2014 | 10.00 | Pretrial preparation; deposition objections/counters; review exhibits for objections; telephone conversations with Texas re: coordinating objections, exhibits; participate in pretrial conference. | B,E |
| Yeary, Michelle K. | 8/28/2014 | 10.00 | Pretrial filings, exhibit review and draft objections, telephone conferences with plaintiffs and defendants to negotiate trial issues, deposition designations, trial testimony designations, court conferences. | B,E |

**EXHIBIT B**
**EXCESSIVE**
**DECHERT**

| Yeary, Michelle K. | 8/29/2014 | 12.00 | Pretrial filings, finalize exhibit and deposition objections, review objections for "go to the mat" objections, telephone conference with defense counsel negotiating procedure for objections, finalize trial site coordination, telephone conference with DOJ tech team re: video depositions, preparing supplemental exhibit lists. | B,E |
|---|---|---|---|---|
| Yeary, Michelle K. | 8/30/2014 | 4.00 | Pretrial prep, prepare exhibits for meeting with defendants, prepare exhibits for judge. | B,E |
| Yeary, Michelle K. | 9/12/2014 | 5.00 | Editing findings of fact, updating and finalizing deposition designations and counters, objecting to plaintiffs' supplemental exhibits. | B,E |
| Yeary, Michelle K. | 9/15/2014 | 8.00 | Editing findings of fact, and attention to post trial filings. | V,B,E |
| Yeary, Michelle K. | 9/16/2014 | 10.00 | Editing findings of fact, and attention to post trial filings. | V,B,E |
| Yeary, Michelle K. | 9/17/2014 | 10.00 | Findings of fact and post trial filings. | B,E |
| Yeary, Michelle K. | 9/18/2014 | 14.00 | Findings of fact and post trial filings, telephone conferences with L Wolf re: same, strategy calls with plaintiffs re: finalizing all filings. | B,E |
| Yeary, Michelle K. | 9/19/2014 | 4.00 | Telephone conferences with co-counsel regarding errors in findings of fact, updating exhibits, redacting transcripts, prepare updated exhibit list, reviewing findings of fact to prepare errata sheet. | B,E |
| Yeary, Michelle K. | 10/10/2014 | 3.00 | Review and analyze district court opinion, telephone conference with plaintiffs' counsel re: same, review Texas's advisory re: injunction, draft motion for leave to respond to same, review and edit draft advisories re: injunction by plaintiffs, review Texas mandamus petition, participate in strategy calls re: responding to same, research related to stay issues. | B,E |
| | **TOTAL** | **202** | | |

**EXHIBIT B4**
**EXCESSIVE**
**DECHERT**

| Timekeeper | Workdate | Bill Hours | Narr | |
|---|---|---|---|---|
| Rudd, Amy L. | 1/15/2014 | 1.00 | Prepare for and participate in conference call with M. Posner and J. Garza regarding Plaintiffs' witness interviews. | E,D |
| Rudd, Amy L. | 2/6/2014 | 6.50 | Prepare for and participate in interview of Luis Figueroa; review draft 30(b)(6) notices. | E,D |
| Rudd, Amy L. | 3/11/2014 | 2.60 | Review and comment on brief regarding legislative privilege; correspond with team regarding same; research regarding interpretation of discovery rules. | B,E |
| Rudd, Amy L. | 5/7/2014 | 0.70 | Correspond with team members regarding upcoming depositions, affected persons, and various motions; review correspondence related to case. | E,V |
| Rudd, Amy L. | 6/2/2014 | 8.50 | Prepare for and meet with G. Bledsoe, Y. Banks, and L. Lydia regarding TX NAACP 30(b)(6) depositions; telephone meeting with S. Tatum (State AG's office) regarding L. Lydia deposition; prepare, revise, and finalize TX NAACP's objections to notice of 30(b)(6) deposition; correspond with team regarding same; telephone meeting with M. Perez regarding affected persons search; review correspondence | B,E |
| Rudd, Amy L. | 9/13/2014 | 2.10 | Review findings of facet and conclusions of law. | E |
| Rudd, Amy L. | 2/25/2015 | 5.50 | Telephone conference regarding appellate brief, revise appellate brief. | E |
| Rudd, Amy L. | 2/26/2015 | 7.70 | Revise appellate brief; telephone conference regarding same. | E |
| Rudd, Amy L. | 2/27/2015 | 5.50 | Revise appellate brief. | E |
| Rudd, Amy L. | 3/2/2015 | 1.80 | Revise appellate brief. | E |
| Rudd, Amy L. | 4/18/2016 | 6.70 | Telephone conference regarding en banc briefing strategy; review State of Texas' en banc brief; analyze case law cited in same; analyze outline of research for same. | E |
| Rudd, Amy L. | 4/19/2016 | 9.10 | Prepare outline of en banc brief; numerous office conferences with L. Cohan regarding same. | E |
| Rudd, Amy L. | 4/20/2016 | 11.50 | Research and prepare outline for en banc brief; correspond with L. Cohan regarding same. | E |
| Rudd, Amy L. | 4/27/2016 | 9.50 | Prepare Fifth Circuit en banc briefing; discussions with team regarding same. | E |
| | **TOTAL** | **78.7** | | |

**EXHIBIT B4**
**EXCESSIVE**
**DECHERT**

| Timekeeper | Workdate | Bill Hours | Narr | |
|---|---|---|---|---|
| Rosenberg, Ezra D. | 6/25/2013 | 2.40 | Review Shelby opinion and multiple calls and webinair regarding thereto. | E,V |
| Rosenberg, Ezra D. | 7/2/2013 | 4.00 | Meet with W Weiser and M Perez of Brennan Center in NY. | V,E |
| Rosenberg, Ezra D. | 7/11/2013 | 2.00 | Participate in call with Brennan Center and Lawyers' Committee re complaint and follow-up re thereto. | E,D |
| Rosenberg, Ezra D. | 8/19/2013 | 2.30 | Call with M Posner, R Kengle, M Perez, J Garza re strategy; prepare co-counsel agreement. | E,D |
| Rosenberg, Ezra D. | 9/3/2013 | 4.00 | Participate in Lawyers' Committee litigation call; conference call with co -counsel; follow-up emails re fact investigation. | E,D |
| Rosenberg, Ezra D. | 9/11/2013 | 2.00 | Call with plaintiffs team regarding complaint and follow-up regarding thereto. | E |
| Rosenberg, Ezra D. | 10/17/2013 | 1.00 | Emails to and from M Posner and M Perez regarding scheduling; call with co-counsel regarding thereto; call wilth J Garza regarding thereto. | E |
| Rosenberg, Ezra D. | 10/18/2013 | 2.40 | Prepare for and participate in conference with court; calls with DOJ in preparation for conference; emails re thereto; call with DOJ after call with court. | B, E |
| Rosenberg, Ezra D. | 10/25/2013 | 2.40 | Multi emails to co-counsel re Rule 26 issues; participate in call with DOJ and follow-up re thereto. | E,D |
| Rosenberg, Ezra D. | 10/30/2013 | 2.50 | Prepare for and participate in call with Lawyers Committee and Brennan Center re briefing and other issues; follow-up re thereto. | E, D |
| Rosenberg, Ezra D. | 11/11/2013 | 4.00 | Work on drafting brief; call with co-counsel re experts; call with J Garza re new case, and multi-emails re thereto. | V,D,E |
| Rosenberg, Ezra D. | 11/13/2013 | 2.00 | Multi-calls with DOJ, State, LDF regarding hearing; multi emails regarding thereto; miscellaneous emails. | E |
| Rosenberg, Ezra D. | 11/14/2013 | 2.00 | Finish first draft of brief; emails to M Posner and M Perez re miscellaneous issues. | E |
| Rosenberg, Ezra D. | 11/15/2013 | 3.00 | Prepare for and participate in case management conference with court; review proposed scheduling order and multi calls and emails with court and with co-counsel re thereto; call with E Westfall and J Maranzano at length re interrogatories; further attention to discovery and motion to dismiss. | B, E |

**EXHIBIT B**
**EXCESSIVE**
**DECHERT**

| Rosenberg, Ezra D. | 11/16/2013 | 1.80 | Multi calls and emails with M Perez and M Posner re expert issues; emails to co-counsel re discovery issues. | V,E |
|---|---|---|---|---|
| Rosenberg, Ezra D. | 11/18/2013 | 2.50 | Further revising of brief; prepare for and participate in conference call with co-counsel; confer with M Posner re brief; confer with M Posner re expert issues. | D,E |
| Rosenberg, Ezra D. | 11/22/2013 | 3.00 | Final review and revisions to brief; participate in call with court; emails to group re thereto; emails to and from G Hebert re experts. | B,E |
| Rosenberg, Ezra D. | 12/18/2013 | 2.00 | Participate in conference call with other plaintiffs re discovery and expert issues; participate in conference call with potential expert D Chatman. | E |
| Rosenberg, Ezra D. | 12/20/2013 | 2.00 | Calls with M Posner and M Perez re discovery and expert issues; review redraft of interrogatories and forward to co-counsel; emails to and from G Hebert re expert issues. | E |
| Rosenberg, Ezra D. | 1/3/2014 | 1.00 | Emails to and from G Hebert re data base issues; emails to and from M Posner and M Perez re expert issues; call with M Posner and M Perez re expert issues. | V,E |
| Rosenberg, Ezra D. | 1/6/2014 | 1.00 | Calls with DOJ regarding data base issues; emails to and from M Posner regarding expert. | V,E |
| Rosenberg, Ezra D. | 1/17/2014 | 1.00 | Call with W Weiser; call with M Posner, W Weiser and M Perez; call with D Freeman; attention to miscellaneous issues. | V,E |
| Rosenberg, Ezra D. | 2/4/2014 | 2.30 | Multi calls with DOJ re discovery issues; prepare for and conduct call with all counsel; follow-up emails re thereto; multi emails and calls re hearing. | E,D |
| Rosenberg, Ezra D. | 2/5/2014 | 3.50 | Multi calls and emails with N Korgaonkor, C Dunn, E Westfall, M Posner, M Perez, and M Yeary regarding discovery and expert issues; participate in conference call with DOJ; follow-up re thereto. | E,D |
| Rosenberg, Ezra D. | 2/6/2014 | 3.40 | Review proposed 30 b6 notices; review revisions thereto; confer with R Haygood re miscellaneous issues; multi calls and emails to and from N Baron, G Hebert, C Dunn, J Maranzano, E Westfall, and co-plaintiffs re discovery and expert issues and issues relating to hearing. | E |

EXHIBIT B
EXCESSIVE
DECHERT

| | | | | |
|---|---|---|---|---|
| Rosenberg, Ezra D. | 2/7/2014 | 6.40 | Prepare for possible oral argument on motion to dismiss; conference with M Posner and M Perez on experts; call with R Haygood on discovery; review 30b6 drafts; call with J Maranzano re thereto; call with E Westfall re status conference. | E |
| Rosenberg, Ezra D. | 2/10/2014 | 4.50 | Multi calls and emails with E Westfall, J Maranzano, M Posner, M Perez, co-counsel, G Hebert re discovery issues; confer with M Barreto; prepare for argument on motion for dismissal. | E, D |
| Rosenberg, Ezra D. | 2/13/2014 | 8.00 | Multi calls and emails with E Westfall, G Hebert, J Garza, M Posner, and M Perez re algorithms and protective order; conference call with D Chatman re expert report; emails to and from Barreto and Market Research; review legislative privilege motion and emails to and from B Raphel and M Yeary re thereto; conference call with M Posner and M Perez re other issues. | B,E |
| Rosenberg, Ezra D. | 2/14/2014 | 5.00 | Multi calls and emails re discovery and other issues; prepare for and participate in hearing with court; review draft survey questions; emails to and from experts re retention; calls with co-counsel re coordination; emails re thereto. | B,E |
| Rosenberg, Ezra D. | 2/18/2014 | 3.60 | Finish first draft of legislative privilege brief; call with M Posner re miscellaneous issues; prepare agenda for call with co-counsel; call with E Westfall re hearings; call with J Maranzano re Texas response to interrogatories. | D,E |
| Rosenberg, Ezra D. | 2/19/2014 | 2.00 | Multi calls and emails with M Posner re legislative privilege brief and expert issues. | D,E |
| Rosenberg, Ezra D. | 2/26/2014 | 1.00 | Emails to and from co-counsel regarding miscellaneous items; prepare for conference with DOJ. | V,E |
| Rosenberg, Ezra D. | 2/27/2014 | 5.00 | Review material in preparation for call with plaintiffs team; conduct call; emails to and from E Westfall in preparation for meeting; travel to DC. | V,E |
| Rosenberg, Ezra D. | 2/28/2014 | 6.00 | Prepare for and attend meeting with DOJ in DC; multi calls and emails with M Posner and M Perez re miscellaneous scheduling and discovery issues; travel from DC. | T,B,E |

EXHIBIT B
EXCESSIVE
DECHERT

| Rosenberg, Ezra D. | 3/3/2014 | 6.00 | Conference call with team regarding algorithims and telephone conference with team regarding upcoming oral argument; prepare for argument; telephone conference with V Agraharkar and others regarding affected persons. | E,B |
|---|---|---|---|---|
| Rosenberg, Ezra D. | 3/5/2014 | 8.00 | Appear at Corpus Christi, Texas hearing and travel back from Texas. | B,E |
| Rosenberg, Ezra D. | 3/14/2014 | 1.00 | Call with M Posner; call with M Posner and DOJ re scheduling issues; review multi emails. | D,E |
| Rosenberg, Ezra D. | 3/17/2014 | 2.00 | Call with MPosner and M Perez re witnesses issues; call with E Westfall re schedule; call with J Scott re schedule; attention to discovery issues. | D,E |
| Rosenberg, Ezra D. | 3/18/2014 | 1.40 | Call with E Westfall; call with M Posner; review material from Brennan Center re section 2 constitutionality. | D,E |
| Rosenberg, Ezra D. | 3/19/2014 | 2.30 | Calls with DOJ, M Posner and G Hebert re scheduling issues; begin preparation for privilege. | D,E |
| Rosenberg, Ezra D. | 3/20/2014 | 2.00 | Multi-calls with DOJ and M Posner regarding scheduling issues; prepare for and conduct call with co-plaintiffs. | D,E |
| Rosenberg, Ezra D. | 3/21/2014 | 0.80 | Multi-emails and calls with DOJ regarding discovery issues. | D,E |
| Rosenberg, Ezra D. | 3/24/2014 | 2.40 | Multi calls with M Posner and M Perez re depositions; call with E Westfall and J Maranzano re depositions; emails to group re thereto. | D,E |
| Rosenberg, Ezra D. | 3/25/2014 | 1.30 | Multi calls with E Westfall; multi calls with M Posner re discovery issues; review Texas's filing. | D,E |
| Rosenberg, Ezra D. | 3/26/2014 | 3.00 | Calls with E Westfall re discovery; prepare allocation of 30(b)(6) assignments; calls with M Posner and M Perez re thereto; prepare agenda for all plaintiff call; call with N Baron re email to DOJ. | D,E |
| Rosenberg, Ezra D. | 3/27/2014 | 4.00 | Multi calls with E Westfall, J Maranzano, M Posner, J Scott re discovery issues; prepare for and conduct all plaintiff call; review multi emails to and from Veasey plaintiffs re discovery; review initial discovery requests to clients from Texas and emails to clients re thereto; emails to and from N Korgoankar re privilege decision. | D,E,B |

| Rosenberg, Ezra D. | 3/28/2014 | 6.00 | Multi-calls and emails regarding discovery issues with DOJ and co-plaintiff; prepare for oral argument on privilege issues. | D,E |
|---|---|---|---|---|
| Rosenberg, Ezra D. | 4/2/2014 | 4.80 | Multi calls and emails with DOJ and co-plaintiffs in preparation for call with Texas; conduct calls with Texas re attorney-client privilege and scheduling issues; call with E Westfall re thereto; call with D Freeman re thereto. | D,E |
| Rosenberg, Ezra D. | 4/3/2014 | 3.20 | Prepare for and participate in call with co-counsel; multi calls with DOJ; call with G Hebert; prepare emails to Texas. | D,E,V |
| Rosenberg, Ezra D. | 4/7/2014 | 3.20 | Call with DOJ, Texas and other parties re discovery issues; multi calls with M Posner and E Westfall re thereto; review of trial protocol and schedule drafts. | D,E |
| Rosenberg, Ezra D. | 4/8/2014 | 1.40 | Multi-calls and emails with M Posner and G Herbert and other plaintiffs regarding discovery issues. | D,E |
| Rosenberg, Ezra D. | 4/9/2014 | 2.60 | Multi calls and emails with E Westfall, J Maranzano, G Hebert, and M Posner re discovery issues and motion issues; participate in conference call with G Hebert, A Derfner, E Simson, and M Posner re trial preparation. | D,E |
| Rosenberg, Ezra D. | 4/10/2014 | 4.80 | Multi calls and emails with DOJ and co-plaintiffs re discovery and trial protocol issues; conduct all plaintiff call; conduct call with Texas and all parties re trial protocol; review briefing re discovery to DOJ. | D,E,B |
| Rosenberg, Ezra D. | 4/11/2014 | 3.50 | Prepare Advisory to Court re protocol; multi calls with M Posner and E Westfall and G Hebert re scheduling issues; review deposition schedule. | E,C |
| Rosenberg, Ezra D. | 4/14/2014 | 2.80 | Multi calls with E Westfall re Advisory; calls with M Yeary and L Cohan re thereto; emails with M Posner re thereto; emails to and from J Scott re deposition of Ingram. | E,D |
| Rosenberg, Ezra D. | 4/15/2014 | 1.30 | Preparation for hearing with Judge; multi emails to and from co-counsel and court re thereto; call with M Perez re depositions. | E,D |
| Rosenberg, Ezra D. | 4/16/2014 | 2.00 | Participate in hearing with court; emails to and from co-counsel re thereto; conference call with M Bell-Platts and E Westfall and G Hebert re thereto; emails to and from M Posner re thereto. | B,E,D |

**EXHIBIT B-4**
**EXCESSIVE**
**DECHERT**

| Rosenberg, Ezra D. | 4/17/2014 | 5.00 | Multi calls with N Baron, G Hebert and E Westfall re Ingram deposition; multi calls and emails in preparation for all plaintiff call and call with DOJ; call with all plaintiffs; call with DOJ; call with R Keister and E Westfall re depositions; emails re fact depositions. | B,E,D |
|---|---|---|---|---|
| Rosenberg, Ezra D. | 4/18/2014 | 3.80 | Multi calls and emails with DOJ, Texas, co-plaintiffs regarding discovery and deposition issues. | E,B |
| Rosenberg, Ezra D. | 4/21/2014 | 2.00 | Multi calls with E Westfall; call with C Dunn and J Garza re witnesses; attention to discovery requests. | E |
| Rosenberg, Ezra D. | 4/28/2014 | 4.20 | Draft brief in opposition to motion to quash; call with E Westfall re discovery; call with M Posner re depositions; attention to discovery issues. | E,B |
| Rosenberg, Ezra D. | 5/1/2014 | 6.00 | Prepare for and conduct conferences with co-counsel, plaintiffs groups, and DOJ; prepare for and participate in hearing with Judge Ramos on motion to quash. | B,E,D |
| Rosenberg, Ezra D. | 5/12/2014 | 5.00 | Multi calls with E Westfall re discovery issues; emails to and from A Derfner and M Posner re common interest brief issues conduct pre-meet and confer call; participate in meet and confer call; call with potential fraud expert and follow-up emails re thereto; drafting judicial notice brief. | B,E |
| Rosenberg, Ezra D. | 5/13/2014 | 4.00 | Miscellaneous prep re discovery and in judicial notice issues and calls with Westfall and others. | V,B,E |
| Rosenberg, Ezra D. | 5/15/2014 | 2.00 | Final preparation for and participation in status conference and argument before Judge Ramos; confer with DOJ after; travel from Texas | E |
| Rosenberg, Ezra D. | 5/19/2014 | 4.50 | Multi calls with E Westfall, M Posner re discovery issues; call with A Derfner re expert issues; prepare for and conduct call with all counsel re trial protocol issues; multi-emails re thereto; call with M Posner and K Duncan re expert issues. | B,E |
| Rosenberg, Ezra D. | 5/21/2014 | 3.00 | Participate in call re common interest; multi-revision of email to State; multi-calls with E Westfall; attention to discovery issues. | B,E |

EXHIBIT I-4
EXCESSIVE
DECHERT

| Rosenberg, Ezra D. | 5/22/2014 | 4.00 | Calls with E Westfall re agenda for all plaintiff call; emails to and from A D'Andrea re legislator depositions; conduct all non-US plaintiff call; conduct all plaintiff call; participate in meet and confer with Texas; multi emails re thereto; emails to and A Derfner re common interest and expert issues. | B,E |
|---|---|---|---|---|
| Rosenberg, Ezra D. | 5/28/2014 | 7.00 | Prepare for and participate in hearing before Judge Ramos; prepare for and participate in meet and confer with Texas; prepare for and participate in call with parties on data bases; prepare for and participate in hearing on databases with court. | B,E |
| Rosenberg, Ezra D. | 5/29/2014 | 5.00 | Multi calls and emails with co-plaintiffs and DOJ re common interest, discovery and other issues; multi calls and emails with co-plaintiffs and DOJ re Texas request for federal data bases; multi-calls and emails with M Golando and co-counsel re service of subpoenas on legislators; emails to and from J Scott re thereto. | B,E |
| Rosenberg, Ezra D. | 6/1/2014 | 4.00 | Review and comprehensive revision to joint submission on common interest; participate in call with A Derfner and E Simson re thereto. | E |
| Rosenberg, Ezra D. | 6/2/2014 | 5.00 | Review and revise common interest brief; multi emails re thereto; emails to and from A Rudd re discovery issues; emails to and from L Wolf and call L Wolf re discovery issues. | E |
| Rosenberg, Ezra D. | 6/3/2014 | 4.50 | Multi calls with E Westfall; call with A Rudd, L Cohan and M Perez re deposition preparation; multi emails to from L Wolf re discovery issues; multi emails to and from J Scott re discovery issues; calls with A D'Andrea re legislator depositions; calls with D Freeman re thereto; emails to and from K Dunbar re thereto; emails to and from N Kargaonkor re interrogatory responses; review legislator | B,E |

| Rosenberg, Ezra D. | 6/5/2014 | 5.30 | Prepare retainer agreement for expert Minnite; emails to and from L Minnite; emails to and from A Rudd and L Cohan re Texas NAACP depositions; confer with S Tatum, Texas AG, re thereto; confer with E Westfall re agenda for plaintiff call; circulate agenda re plaintiff call; conduct all private plaintiff call; conduct call with DOJ; confer with J Maranzano re legislator depositions; emails to and from C | B,E |
|---|---|---|---|---|
| Rosenberg, Ezra D. | 6/6/2014 | 4.30 | Call with A Derfner in preparation for hearing; prepare for hearing; participate in hearing; emails to and from L Minnite; confer with M Yeary re fraud discovery; participate in call re affected persons; call with E Westfall re legislator depositions; emails to and from A D'Andrea re thereto. | B,E |
| Rosenberg, Ezra D. | 6/9/2014 | 7.00 | Multi calls and emails with M Golando and J Garza re subpoenas to MALC members; multi emails to and from M Posner and M Perez re thereto; Participate in call with A D'Andrea re legislator depositions; call with S Gill re depositions; multi emails re material to be sent to L Minnite; prepare for Beuck deposition; attention to other discovery issues. | B,E |
| Rosenberg, Ezra D. | 6/10/2014 | 4.00 | Multi-emails re legislator depositions; conference call with Texas re thereto; emails to and from Hebert re miscellaneous matters; review draft Chatman report; multi calls and emails with E Westfall. | B,E |
| Rosenberg, Ezra D. | 6/18/2014 | 12.00 | Final preparation for and taking of deposition of D Riddle; participate in hearing before Judge Ramos; emails to and from M Perez and M Posner re expert issues; confer with M Posner; review D Chatman report. | B,E |
| Rosenberg, Ezra D. | 6/19/2014 | 12.00 | Prepare for deposition of Rep. Harless; prepare for and conduct calls with all private plaintiffs and with DOJ; review and comment on Chatman revised report. | E,B |
| Rosenberg, Ezra D. | 6/25/2014 | 4.00 | Multi calls and emails with R Haygood re expert issues; multi calls and emails with M Posner re expert issues; review and comment on L Minnite report; review other expert materials; emails re responses to request for admissions; emails re privilege log issues; attention to other discovery issues. | B,E |

**EXHIBIT B-4**
**EXCESSIVE**
**DECHERT**

| Rosenberg, Ezra D. | 6/27/2014 | 8.00 | Attend to miscellaneous calls and emails re filing of expert reports and review of same. | V,B,E |
|---|---|---|---|---|
| Rosenberg, Ezra D. | 6/30/2014 | 6.00 | Review expert reports; calls with M Posner re thereto; prepare agenda for all plaintiff calls; call with E Westfall re thereto; emails with court re status conference. | B,E |
| Rosenberg, Ezra D. | 7/1/2014 | 5.50 | Prepare for and conduct calls with MPosner and M Perez, with all private plaintiffs and with DOJ; call with E Westfall re agenda; prepare assignments for Findings of Fact and emails re thereto; call with M Posner re Chatman report. | B,E |
| Rosenberg, Ezra D. | 7/2/2014 | 4.10 | Multi calls and emails with M Posner and M Perez re experts; call with L Chatman and M Perez; review and comment on M Posner email to D Chatman; prepare allocation of assignments for Findings of Fact, and emails to and from A Derfner re thereto. | B,E |
| Rosenberg, Ezra D. | 7/8/2014 | 4.60 | Multi calls with M Posner re discovery and expert issues; prepare for and conduct conference with all private plaintiffs and conference with DOJ; review revisions to Chatman complaint; review material relating to voter fraud. | B,E |
| Rosenberg, Ezra D. | 7/17/2014 | 4.00 | Multi calls and emails in preparation for conference calls; conduct calls with all private plaintiffs and with DOJ; final attention to filing of amended scheduling order. | B,E |
| Rosenberg, Ezra D. | 7/18/2014 | 4.00 | Emails to and from K Dunbar and E Westfall re deposition designations; review pending motions; multi calls and attention to expert report issues; calls re trial preparation. | B,E |
| Rosenberg, Ezra D. | 7/22/2014 | 4.00 | Multi calls and emails re discovery issues and findings of fact; multi calls and emails re Advisory; multi calls and emails in preparation for conference with court. | B,E |
| Rosenberg, Ezra D. | 7/23/2014 | 4.00 | Multi conference calls with all plaintiffs and DOJ and multi emails re DLS data base issues. | B,E |
| Rosenberg, Ezra D. | 7/24/2014 | 4.00 | Prepare for and participate in hearing; prepare for and conduct calls with all plaintiffs and with DOJ. | B,E |
| Rosenberg, Ezra D. | 7/25/2014 | 5.00 | Multi calls and emails regarding data and deposition issues. | V,B,E |

**EXHIBIT B4**
**EXCESSIVE**
**DECHERT**

| Rosenberg, Ezra D. | 7/30/2014 | 5.50 | Participate in multi calls in preparation of hearing before Judge Ramos; participate in hearing before Judge Ramos; participate in deposition of DPS 30 (b)(6) witness; multi calls with M Posner; multi emails with M Perez; confer with A Baldwin. | B,E |
| Rosenberg, Ezra D. | 7/31/2014 | 3.50 | Multi calls with M Posner re trial preparation; multi calls with E Westfall re trial preparation; multi calls with A Baldwin re data; multi emails to plaintiff group re all of these issues. | B,E,D |
| Rosenberg, Ezra D. | 8/1/2014 | 3.40 | Review Texas expert reports; multi emails re expert issues; prepare agenda for plaintiff meeting; confer with A Derfner and M Posner re thereto; attention to FOF issues. | B,E,D |
| Rosenberg, Ezra D. | 8/5/2014 | 10.00 | Meet with M Posner, B Kengel, J Greenbaum and M Perez re trial preparation; conduct meeting of all plaintiffs; conference call with State re discovery issues; travel from DC. | B,T,E |
| Rosenberg, Ezra D. | 8/8/2014 | 8.00 | Multi-calls and emails regarding preparation for trials; begin review of Milyo expert report; continue drafting of opposition to motion to compel. | B,E |
| Rosenberg, Ezra D. | 8/14/2014 | 5.00 | Participate in hearing; participate in meeting with all counsel; attention to FOF. | B,E |
| Rosenberg, Ezra D. | 8/15/2014 | 5.50 | Participate in call regarding FOF; further attentoin to trial preparation. | V,E |
| Rosenberg, Ezra D. | 8/16/2014 | 6.50 | Work on FOF and deposition preparation. | V,E |
| Rosenberg, Ezra D. | 8/17/2014 | 9.80 | Work on FOF and deposition preparation. | V,E |
| Rosenberg, Ezra D. | 8/18/2014 | 10.00 | Trial preparation; preparation for expert depositions; attention to FOF/COL. | V,E |
| Rosenberg, Ezra D. | 8/19/2014 | 10.00 | Trial preparation; preparation for expert depositions; attention to FOF/COL. | V,E |
| Rosenberg, Ezra D. | 8/21/2014 | 13.00 | Defend deposition of DChatman; participate in various calls on trial preparation; participate in court hearing; further work on trial preparation and deposition preparation. | B,E |
| Rosenberg, Ezra D. | 8/27/2014 | 3.00 | Prepare for and participate in pretrial conference; attend to pretrial matters following conference; review material in preparation for trial; travel from Texas to New Jersey. | B,E |
| Rosenberg, Ezra D. | 8/30/2014 | 6.00 | Continue trial preparation. | V,E |

**EXHIBIT B-4
EXCESSIVE
DECHERT**

| Rosenberg, Ezra D. | 9/17/2014 | 10.00 | Attention to preparation of supplemental Findings of Fact and Conclusions of Law; preparation of closing argument. | E |
|---|---|---|---|---|
| Rosenberg, Ezra D. | 9/18/2014 | 10.00 | Attention to preparation of supplemental Findings of Fact and Conclusions of Law; preparation of closing argument. | E |
| Rosenberg, Ezra D. | 10/12/2014 | 7.80 | Draft and re-draft brief in opposition to stay; multi calls with M Posner and M Perez re thereto; conference calls with all plaintiffs; call with E Flynn of DOJ. | B,E |
| | **TOTAL** | **468.6** | | |

**EXHIBIT B-4**
**EXCESSIVE**
**DECHERT**

| Timekeeper | Workdate | Bill Hours | Narr | |
|---|---|---|---|---|
| Cohan, Lindsey B. | 3/12/2014 | 6.50 | Draft comprehensive chart of all discovery requests and responses sent and received to date. | E |
| Cohan, Lindsey B. | 10/15/2014 | 11.00 | Research, revise, and finalize emergency application to vacate stay and file with Supreme Court. | D,E |
| Cohan, Lindsey B. | 8/19/2015 | 1.50 | Review draft motions for expedited remand and attend calls discussing same. | D,E |
| Cohan, Lindsey B. | 8/27/2015 | 6.50 | Prepare for and attend meet and confer between private parties, DOJ, and State; meet with E.Rosenberg to discuss staffing of case going forward; meet with attorneys for NAACP LDF to discuss coordination of briefing going forward. | B,E |
| Cohan, Lindsey B. | 7/27/2016 | 1.50 | Attend various conference calls to discuss remedy for upcoming election; draft bill of costs for printing costs. | D,E |
| Cohan, Lindsey B. | 7/28/2016 | 1.50 | Attend various conference calls to discuss interim remedy for upcoming election. | D,E |
| | **TOTAL** | **28.5** | | |

**EXHIBIT B-1**
**EXCESSIVE**
**LAWYER'S COMMITTEE**

| | Mark Posner | | |
|---|---|---|---|
| 6/27/2013 | Edit draft Complaint: 2.5 | 2.5 | D,E |
| 8/30/2013 | Draft additional Complaint paragraphs: 3.5<br>Emails with co-counsel re: Complaint and preparation for filing suit: .7 | 3.5 | D,E |
| 6/24/2014 | Review & comment on Barreto draft report: 3.0<br>Tel con with co-counsel re Barreto report: .3<br>Coordination among co-counsel: .1<br>Tel call with co-counsel re affected persons who may serve as witnesses: .6<br>Emails re amended disclosure: .3<br>Tel con with c o-counsel re trial planning: .3<br>Review Chatman draft report & tel con re same with M. Perez & E. Rosenberg: 1.7 | 3 | D, E |
| 7/2/2014 | Review decision on motions to dismiss: .5<br>Review Chatman expert report, prepare written analsysis, discuss with E. Rosenberg, emails with Chatman re coordination and issues going forward: 2.7<br>Coordination emails; other case-related emails: .3 | 2.5 | D, E |
| 7/25/2014 | Emails re depo of state official re new data: 1.2 | 1.2 | E |
| 8/16/2014 | Edit draft FOF and discuss with co-counsel: 7.5<br>Tel con & email with co-counsel re witness selection for trial: .3 | 7.5 | D, E |
| 8/17/2014 | Tel con. with plaintiff counsel re draft FOF and COL and re evidentiary issues; prep for this tel con; & post call tel con re same with E. Rosenberg: 2.0<br>Review draft Barreto rebuttal report & related issues: 1.5<br>Review issues re FOF & email with plain tiff counsel re same: 1.2<br>Draft additional COL: 6.5<br>Tel con with Barreto, Sanchez & co-counsel re rebuttal report; post-call discussion with E. Rosenberg re same: 1.0 | 8.7 | D, E |
| 8/19/2014 | Misc case emails: .4<br>Coordination tel con with E. Rosenberg: .2<br>Edit FOF: 6.0<br>Edit COL: .2 | 6 | D,E |
| 8/20/2014 | Edit COL: 4.0<br>Edit FOF: .7<br>Prep Chatman for depo: 2.2 | 6.9 | D,E |
| 8/21/2014 | Edit COL & discussions with co-counsel re COL: 4.1<br>Emails re witness order: .3<br>Chatman depo: 1.0<br>Pretrial conference:.2<br>Court hearing: .2<br>Barreto/Sanchez testimony: .5<br>Prepare for trip to Austin for depos: .5<br>Emails re case plannng: .2<br>Case plann ing tel con with plaintiffs'counsel: .5 | 4.1 | D,E |

**EXCESSIVE**

**LAWYER'S COMMITTEE**

| Date | Description | Hours | Code |
|---|---|---|---|
| 9/7/2014 | Prepare Bueck depo reading; meet with Chatman & E. Rosenberg to prep for testimony; edit COL; case strategy discussions: 10.5 | 3 | D,E |
| 9/8/2014 | Trial: 8.5<br>Edit COL: 1.3<br>Plaintiff counsel meeting: .5<br>Discussion with Barreto/Sanchez re Texas expert testimony: .7<br>Case planning email: .2 | 0 | D,E |
| 9/13/2014 | Edit COL: 7.0 | 7 | E |
| 9/15/2014 | Emails with plaintiff counsel re: edits to FOF/COL: .4<br>COL edits: 2.4<br>Tel con with A. Shapiro re: FOF/COL edits: .2 | 3 | E |
| 9/17/2014 | Edit COL & FOF: 4.0 | 4 | E |
| 9/30/2014 | Tel con with E. Rosenberg and DOJ attorneys re potential issues re: Texas motion for a stay following the issuance of an injunction by Judge Ramos: .4<br>Draft memo re scope of relief for November 2014 election; discuss with B. Kengle; edit memo based on t hat discussion: 5.7 | 5.7 | D,E |
| 10/6/2014 | Emails with E. Rosenberg re potential post-judgment stay motion: .3<br>Draft potential order re relief for November 2014 election: 2.1<br>Tel con with E. Rosenberg & M. Perez re types of potential relief for November election if judgment is rendered for plai ntiffs: .6 | 2.1 | D,E |
| 10/12/2014 | Draft and edit memo re opp to stay motion: 10.9<br>Tel conversations with co-counsel re potential Supreme Court review if 5th Cir grants a stay: .9 | 10.9 | E |
| 10/15/2014 | Drafting application to vacate stay of injunction for filing in the Supreme Court | 7.2 | E |
| 12/4/2014 | Finalize response to motion to expedite: .5<br>Draft Statement of Case for merits brief: 1.7 | 3.9 | E |
| 12/9/2014 | Draft statement of facts for 5th Circuit brief: 4.0<br>Tel con with E. Rosenberg to discuss 5th Circuit brief statement of facts: .2 | 4 | E |
| 1/5/2015 | Draft statement of facts for 5th Circuit opp brief | 5.6 | E |
| 1/7/2015 | Edit draft statement of the case for merits opp brief | 3.5 | E |
| 1/20/2015 | Drafting Statement of the Case: 3.1 | 3.1 | E |
| 2/2/2015 | Edit Statement of the Case: 6.7<br>Discuss research assistance with A. Reyes and E. Rosenberg: .6 | 6.7 | E |
| 2/3/2015 | Editing Statement of the Case and drafting remedy section: 5.5 | 5.5 | E |
| 2/12/2015 | Edit brief and discuss brief with E.Rosenberg: 3.6<br>Research: .9 | 4 | E |
| 2/13/2015 | Review and comment on the brief portion re: VRA Section 2: 2.7<br>Tel con with plaintiffs' counsel re 5th Circuit briefs: .7 | 2.7 | E |
| 2/21/2015 | Edit entire draft brief: 10.5 | 10.5 | E |

**EXCESSIVE**
**LAWYER'S COMMITTEE**

| | | | |
|---|---|---|---|
| 2/22/2015 | Edit brief: 3.2 | 3.2 | E |
| 2/23/2015 | Edit brief: 7.6<br>Tel con with co-counsel re edits to brief: 1.0 | 8.6 | E |
| 2/24/2015 | Edit brief: 4.9<br>Consultations about brief with co-counsel: .9 | 6.1 | E |
| 2/25/2015 | Edit brief: 5.9<br>Emails with Veasey counsel re particular appellate argument: .4<br>Tel con with E. Rosenberg & Dechert attorneys re placing ROA cites in brief: .4 | 6.3 | E |
| 2/26/2015 | Emails & tel cons with co-counsel re briefing strategy: 1.3<br>Edit draft brief Intro: 1.2<br>Review Veasey draft brief and provide comments: 1.7<br>Discussion with B. Kengle re brief edits: .5 | 2.9 | E |
| 2/27/2015 | Edits to brief and discussion with co-counsel re edits | 2.8 | E |
| 2/28/2015 | Editing and finalizing the brief | 7.3 | E |
| 3/1/2015 | Finalizing 5th Circuit brief | 3.4 | E |
| 3/2/2015 | Finalizing the 5th Circuit brief | 3.4 | E |
| 3/3/2015 | Finalizing the 5th Circuit brief: 1.1<br>Review Texas' request for an extension to file the reply, and emails with co-counsel to discuss: .4 | 1.5 | E |

**TOTAL**     183.8

**EXHIBIT B4**
**EXCESSIVE**
**LAWYER'S COMMITTEE**

| | Rosenberg-Ezra (Lawyer's Committee) | | |
|---|---|---|---|
| 1/18/2015 | Continue work on draft Statement of Facts for brief 1.50 hours | 1.5 | D, E |
| 1/19/2015 | Continue work on Statement of Facts for brief 1.50 hours | 1.5 | D, E |
| 1/30/2015 | Conference call with co-plaintiff counsel re briefing issues 1.0 hour; begin research into issues 3.0 hours | 4 | D, E |
| 2/2/2015 | Continue work on brief and conferences with A Reyes and M Posner re thereto 3.50 hours | 3.5 | D, E |
| 2/17/2015 | Review comments from Brennan Center and participate in call with Brennan Center and M Posner and B Kengle re brief 3.00 hours | 3 | D, E |
| 2/19/2015 | Continue work on brief, including reviewing M Posner's re-edits and Brennan Center drafts 3.00 hours | 3 | D, E |
| 2/22/2015 | Continue work on brief 2.60 hours | 2.6 | D, E |
| 2/23/2015 | Continue work on brief 2.40 hours | 2.4 | D, E |
| 2/24/2015 | Continue work on brief and multi emails and conferences with M Posner and M Perez and B Kengle re thereto 2.80 hours | 2.8 | D,E |
| 2/26/2015 | Continue work on brief, including rewriting introduction, and conferences with co-counsel and with Brennan Center 4.00 hours | 4 | D,E |
| 3/3/2015 | Final review of brief and multi-emails and conferences with L Cohan and M Posner re filing 2.60 hours | 2.6 | D,E |
| 3/4/2015 | Multi calls and emails re Texas request for extension and drafting of submission re thereto 1.2 hours; begin review of briefs filed by other plaintiffs 1.8 hours | 3 | D,E |
| 3/19/2015 | Multi calls and conferences re oral argument issues 1.50 hours | 1.5 | D,E |
| 3/20/2015 | Multi calls and conferences re oral argument issues 1.0 hour | 1 | D,E |
| 3/23/2015 | Multi calls and conferences re oral argument issues and re state motion for enlargement; review draft submission re thereto 2.0 hours | 2 | D,E |
| 3/24/2015 | Calls and meetings with M Posner, B Kengel, J Greenbaum, M Perez and N Korgonkaor re oral argument issues 1.50 hours | 1.5 | D,E |
| 3/30/2015 | Confer at length with G Hebert (.4 hours), E Flynn (.3 hours), S Ifill (.5 hours), J Greenbaum (.3 hours) and M Posner (.3 hours) re oral argument issues; email to co-counsel team re thereto (.3 hours) | 2.1 | D,E |
| 3/31/2015 | Multi calls with G Hebert, E Flynn, M Perez re oral argument issues 1.0 hour; confer with J Greenbaum and M Posner re thereto .6 hours; emails to and from S Ifill re thereto .4 hours | 2 | D,E |

**EXHIBIT D**
**EXCESSIVE**
**LAWYER'S COMMITTEE**

| | | | |
|---|---|---|---|
| 4/1/2015 | Calls with G Hebert and DOJ re oral argument issues; emails re thereto; confer with R Kengle and J Greenbaum re thereto  1.3 hours | 1.3 | D,E |
| 4/3/2015 | Multi calls and emails re oral argument issues and participate in call with DOJ and all co-counsel. | 3 | D,E |
| 4/6/2015 | Multi calls and emails to and from M Posner re oral argument issues 1.0 hour; call with E Flynn re thereto .3 hours; calls with G Hebert re thereto .4 hours; call with W Weiser and M Perez re thereto ,6 hours; call with S Ifill and M Perez re thereto .4  hours; follow-up emails re thereto .6 hours | 3.3 | D,E |
| 4/7/2015 | Confer with J Greenbaum and M Posner re oral argument issues .4 hours; confer with G Hebert re oral argument issues; .2 hours; confer with S Ifill re oral argument issues and review draft email re thereto .3 hours; confer with M Perez and M Posner re ora l argument issues 1.1 hours | 2 | D,E |
| 4/8/2015 | Prepare email to group re structure for preparation of oral argument .5 hour; confer re thereto with M Posner, and review revisions and emails to and from M Perez re thereto .2 hours; email to group re structure for preparation of oral argument .1 hour;  review draft of questions prepared by M Perez, edits thereto by M Posner, and revise same 1.4 hours; participate in call with all plaintiffs re oral argument preparation and follow-up call with E Flynn re thereto .6 hour | 2.8 | D,E |
| 4/13/2015 | Multi calls, conferences, and emails with G Hebert, S Ifill, P Karlan, E Flynn, M Posner, J Greenbaum, M Perez, W Weiser, and B Kengel re oral argument issues. 5.0 hours; participate in all plaintiff call re thereto 1.0 hour | 3 | D,E |
| 4/15/2015 | Prepare for and participate in roundtable discussion with all plaintiffs in preparation for oral argument | 6 | D,E |
| 5/27/2015 | Prepare for and conduct meeting with all co-plaintiffs 1.10 hour; calls with M Perez and M Posner re thereto .5 hours; emails to and from A Derfner and N kargoankar .4 hours; call with E Flynn .3 hours; confer with B Kengle re motion .2 hour | 2.5 | D,E |
| 8/11/2015 | Call with Erin Flynn and DOJ and G Hebert and A Derfner re interim relief issues .5 hours; emails to and from Brennan Center and Gary Bledsoe re thereto .4 hours; call with J Garza re thereto, .2 hours; call with LDF, DOJ, Hebert, Derfner, and Brennan Ce nter re thereto .7 hours | 1.8 | D,E |

**EXHIBIT E**
**EXCESSIVE**
**LAWYER'S COMMITTEE**

| | | | |
|---|---|---|---|
| 8/17/2015 | Review redraft of brief in support of interim relief .3 hour; multi-emails to and from Brennan Center and DOJ re thereto .5 hours; All plaintiff call re thereto 1.3 hours; call with W Weiser and M Perez re thereto .8 hours; draft proposed changes to brie f .4 hours | 3.3 | D,E |
| 8/18/2015 | Multi-calls and emails to and from E Flynn, N Kargaonkor, W Weiser and M Perez re motion for interim relief | 2.4 | D,E |
| 8/20/2015 | Email to BC re discussion with Dunn .1 hour; call from Perez re thereto .2 hour; multi-emails to and from Perez re thereto .5 hours; emails to and from Veasey group re thereto .2 hours; conference call with all private plaintiffs re thereto .4 hours; cal l with Flynn and DOJ re thereto .4 hours; call with Weiser and Perez re thereto .3 hours; internal discussions and emails with Greenbaum and Kengle re thereto .2 hours; review Veasey motion and discuss with co-counsel and internally .5 hours; multi-=emai ls to and from Dunn and private parties re changes to Veasey motion 1.0 hour; call with State of Texas (M Frederick and Private Plaintiffs) and then with E Flynn re Veasey motion and interim relief issues 1.0 hour; call with M Perez re thereto .2 hours | 4.6 | D,E |
| 8/27/2015 | Confer with plaintiffs in preparation for discussions with State | 6 | D,E |
| 8/28/2015 | Participate in talks with State re interim relief 6.0 hours; follow-up emails and conversations with co-plaintiffs re thereto and emails to J Greenbaum and B Kengle re thereto .8 hours; review three briefs filed by State and follow-up emails re thereto 1 .2 hours | 8 | D,E |
| 8/31/2015 | Confer with B Kengle and J Greenbaum in preparation for discussions with co-plaintiffs and co-counsel re briefing issues .4 hours; participate in meeting with B Kengle and J Greenbaum and M Johnson re thereto .5 hours; call with M Perez re thereto .4 hou rs; call with all plaintiffs re thereto 1.0 hour; call with M Perez and B Kengle re thereto .5 hours; review of briefs filed by State .3 hours; confer with LDF and Brennan Center re thereto .4 hours; further discussions with J Greenbaum and B Kengle re t hereto .3 hours; call with State re interim relief issues .5 hours | 4.3 | D,E |

**EXHIBIT E4**
**EXCESSIVE**
**LAWYER'S COMMITTEE**

| Date | Description | Hours | |
|---|---|---|---|
| 9/1/2015 | Review email from M Perez with bullet-pointed issues re petition for en banc review .1 hour; prepare response thereto .3 hours; multi-emails to and from M Perez re thereto .3 hours; participate in call with LDF and Brennan Center re en banc review issues 1.00; confer with E Flynn re DOJ position on briefing .3 hours; email to co-plaintiffs re thereto .2 hours; emails to and from G Hebert re thereto .1 hour review email from E Flynn re motion for extension and respond thereto .1 hour; further emails anddi scussions internally re en banc  briefing issues .3 hours; confer with N Steiner re status and Dechert participation .3 hours | 2.7 | D,E |
| 9/2/2015 | email to V Goode and G Bledsoe re Texas filing .2 hours; emails to and from E Flynn and L Cohan re motion for extension .2 hours; review draft brief from Veasey plaintiffs re remand reply, make revisions, and multi-emails to and from A Gitlin and M Perez  re thereto 1.8 hours; review order from 5th Circuit on stay and remand motions and emails re thereto .4 hours; confer with M Bell-Platts re issues on en banc petition .3 hours; participate in call with DOJ re thereto and follow-up emails re thereto 1.0  hour | 3.9 | D,E |
| 9/3/2015 | Emails to and from M Perez and A Gitlin and J Greenbaum and R Kengle re remand motion reply brief .4 hours; email to C Dunn re thereto .2 hour; confer with C Dunn re thereto and follow-up emails to co-counsel re thereto .5 hours; review revised reply bri ef and emails to and from Brennan Center and N Korgaonkor re thereto .4 hours; review memo from B Downes re distinguishing Clements, Gonzalez and Frank for purposes of en banc opposition and confer with E Flynn and B Kengle re thereto .8 hours; multi-tel ephone calls with A Derfner re en banc issues .5 hours | 2.6 | D,E |
| 8/1/2016 | Multi- calls and emails with M Frederick re JOint Submission; several all-plaintiff calls and calls with State re Joint Submission; Follow-up calls and emails to and from al co-plaintiffs and DOJ re State reneging on agreement | 8 | D,E |
| 8/2/2016 | Multi-calls and emails to and from all-planitifs and DOJ and with state re effects of State reneging on agreement; revising order; beginning preparation of brief; continual negotiations with state | 6.5 | D,E |

**EXHIBIT E-4**
**EXCESSIVE**
**LAWYER'S COMMITTEE**

| | | | |
|---|---|---|---|
| 8/3/2016 | Multi calls and emails to and from all plaintiffs and State and numerous all party calls re negotiations over Joint Submission; review and revisions of brief in support of addition terms; continual negotiations with State and coordination | 7.5 | D,E |
| 9/6/2016 | Conduct call with DOJ and plaintiffs re DOJ motion and re private plaintiffs' proposed motion; Multi emails and calls to and from A Derfner, G Herbert, L Cohan, L Aden, D Freeman, G Bledsoe, and C Dunn, among others, re thereto; draft private plaintiffs' motion | 7.5 | D,E |
| 9/7/2016 | Multi emails to and from G Hebert, A Derner, G Bledsoe, Y Banks, L Cohan, M Perez, R Dellheim, D Freeman, L Aden, D Ross, and others and drafting and re-drafting private plaintiffs motion; Calls with R Dellheim re thereto; emails to and from B Cortez, Co urt Clerk, rethereto | 6 | D,E |
| 9/9/2016 | Multi calls and emails to and from co-plaintiffs re drafting of letter to State re Montgomery County Democratic Party issue; drafting of email re thereto | 2 | D,E |
| 11/21/2016 | Continue work on opposition to petition for certiorari; multi-emails and calls with co-plaintiffs re thereto | 5.5 | D, E |
| 11/22/2016 | Conduct conference calls with co-plaintiffs re cert briefing issues; Continue work on opposition to petition for certiorari; multi-emails and calls with co-plaintiffs re thereto | 4.9 | D, E |
| 11/23/2016 | Continue work on opposition to petition for certiorari; multi-emails and calls with co-plaintiffs re thereto | 6 | E |
| 11/25/2016 | Continue work on opposition to petition for certiorari; multi-emails and calls with co-plaintiffs re thereto | 5.5 | E |
| 11/26/2016 | Continue work on opposition to petition for certiorari; multi-emails and calls with co-plaintiffs re thereto | 7 | E |
| 8/30/2017 | Continue work on brief in opposition to stay; multi emails re thereto; call with co-counsel re thereto | 2 | E |
| 8/31/2017 | Finalizing brief in opposition to stay; multi emails re thereto | 2 | E |
| | **TOTAL** | **177.9** | |