# EXHIBIT B-5
# NAACP & MALC
# NON-COMPENSABLE

NON-COMPENSABLE
BRENNAN CENTER

| Myrna Pérez | | | |
|---|---|---|---|
| 6/27/2013 | Call with litigators re: Shelby County (1); review & discuss attorney research on VRA discriminatory intent findings (.9); confer w/ co-counsel re: SB 14 (1.9) | 2.8 | N |
| 6/28/2013 | Meet with V.Agraharkar re:VRA discriminatory intent findings (1); review and respond to emails re: same (.6) | 1.6 | N |
| 7/5/2013 | Review and respond to emails re: attorney research VRA discriminatory intent findings (.8) | 0.8 | N |
| 7/11/2013 | Meet with V. Agraharkar re: VRA discriminatory intent findings (1); confer with co-counsel re: Shelby County impact on case (1); confer w VRA litigators re:post-Shelby cases and fact patterns (1) | 1 | N |
| 7/15/2013 | Correspond with client MALC re: SB 14 (.3) | 0.1 | N |
| 7/25/2013 | Review and respond to emails re: DOJ position on SB 14 (.1) | 0.1 | N |
| 8/27/2013 | Call with E. Rosenberg and others re: complaint (.5); call with potential co-counsel re: complaint (.5); call with J. Sullivan and others re: Houston election and SB 14 implementation (.5); review and respond to emails re: Houston election and SB 14 implementation (.1); review and respond to emails re: possibility of intervening in case (.1); review map of possible areas of high impact of SB 14 (.3) | 2 | N |
| 10/11/2013 | Review and respond to emails re: letter to True the Vote (.3); call with J. Clark re: court conference regarding stay (.2) | 0.2 | N |
| 10/15/2013 | Review memo and meet with J. Clark re: vote denial research (.3); draft language re: vote denial (.5) | 0.8 | N |
| 11/14/2013 | Call with co-counsel re: intervention motion (.1) | 0.1 | N |
| 2/5/2014 | Review and respond to emails re: 14th amendment argument (.3); Confer w/ co-counsel and private plaintiffs re: DOJ's proposed algorithms (.1); Review and respond to emails and memorandum re: legislative privilege issue (.2); Review and respond to draft 30(b)(6) notices for the Office of the Secretary of State and the Department of Public Safety (1) | 0.5 | N |
| 2/7/2014 | Review and respond to emails re: Chatman (.2); Review and circulate notes re: 14th amendment claim legal research (1) | 1 | N |
| 2/11/2014 | Call with S. Rosdeitcher re: 14th amendment claim legal research (1) | 1 | N |

NON-COMPENSABLE
BRENNAN CENTER

| | | | |
|---|---|---|---|
| 10/20/2014 | Review and respond to emails re: Upcoming elections strategy (.5); Review and respond to emails re: fee applciations (.1); Confer with co-counsel with co counsel re: upcoming strategy (1) | 1.6 | N |
| 10/23/2014 | Confer with co-counsel with co counsel re: section 3 issues (1); Confer with co-counsel with DOJ (1); Review and respond to emails re: investigators on the ground (.5); | 0.5 | N |
| 10/26/2014 | Review and respond to emails re: Section 3 strategy (.5); | 0.5 | N |
| 10/28/2014 | Review and respond to emails re: Section 3 relief draft order (.5); | 0.5 | N |
| 2/4/2015 | Review and respond to emails re: Amicus strategy (.2); | 0.2 | N |
| 2/6/2015 | Confer with co-counsel with co counsel re: Amicus strategy (1); Review and respond to emails re: Draft appellate brief (.2); Confer with Private plaintiffs (1) | 2.2 | N |
| 2/10/2015 | Confer with Lawyers' Committee re Amicus Brief (1) | 1 | N |
| 4/6/2016 | Review and respond to emails re En Banc brief schedule (.3); Review and respond to emails re Amicus strategy (.1); | 0.4 | N |
| 4/13/2016 | Review and respond to emails re Amicus strategy (.4); | 0.4 | N |
| 4/21/2016 | Confer with co counsel re En Banc brief outline (1); Review and respond to emails re En Banc brief outline (.9); Review and respond to emails re Amicus strategy (.1); Review and provide feedback for updated outline of En Banc brief (1) | 3 | D, N |
| 4/22/2016 | Review and respond to emails re En Banc brief (1); Review and respond to emails re Amicus briefs (.2); Review and provide feedback re section of en banc brief (1) | 2.2 | N |
| 4/25/2016 | Review and respond to emails re En Banc brief (1); Review and respond to emails re Amicus briefs (.2); | 1.2 | D, N |
| 4/26/2016 | Review and respond to emails re Amicus briefs (.2); Confer with W. Weiser and S. Rosdeitcher re Draft of intent section (1.5) | 1.7 | D, N |
| 4/27/2016 | Review and respond to emails re En Banc brief (1); Review Lawyers' Committees' draft of Brief section (1); Review and respond to emails re Amicus briefs (.2); | 2.2 | D, N |
| 6/15/2016 | Review and respond to J. Clark's memo re Summary of Amicus briefs (1) | 1 | N |
| 6/20/2016 | Review and respond to J. Clark's strategy re Summary of Amicus briefs (.2) | 0.2 | N |
| 6/27/2016 | Review and respond to emails re Amicus strategy (.2) | 0.2 | N |
| 7/25/2016 | Review and respond to emails re interim remedy positions (2); Review and respond to emails re Motions schedule (.1); | 2.1 | N |

EXHIBIT B-3

## NON-COMPENSABLE
## BRENNAN CENTER

| | | | |
|---|---|---|---|
| 7/26/2016 | Confer w co counsel re interim remedy (1); Review and respond to emails re interim remedy strategy (1.5); | 2.5 | N |
| 7/27/2016 | Review and respond to emails re alternative identification (.5); Confer w E. Rosenberg re interim remedy (.8); Confer with co counsel re interim remedy (1); Research re interim remedy (4); Review and respond to emails re provisional ballots (.5); | 6.3 | N |
| 7/28/2016 | Review and respond to emails re interim remedy (3); Review E. Kelley and J. Clark's research on interim remedy (2) | 5 | N |
| 7/29/2016 | Review and respond to emails re public records request (.5); Review and respond to emails re interim remedy (1.2); | 1.7 | N |
| 7/30/2016 | Confer w/ co-counsel re interim remedy (1.5); Confer with opposing counsel (.5); | 2 | N |
| 8/1/2016 | Review and respond to emails re interim remedy (2) | 0 | N |
| 8/2/2016 | Review and respond to emails re interim remedy (1.2); Review and respond to emails re settlement negotiations (.2); Confer with co counsel re interim remedy (1); Review TX's proposed reasonable impediment declaration (.5); Review DOJ's draft of Joint Plan (1) | 0 | N |
| 8/3/2016 | Review and respond to emails re interim remedy (1.2); Confer with co counsel re interim remedy (1); Draft, circulate, and revise draft education/training brief (5); | 5 | N |
| 8/4/2016 | Review and respond to interim order draft (1.2); Revise draft education/training brief (2); Review and respond to emails re communications strategy (.3) | 2 | N |
| 8/5/2016 | Review and respond to emails re oral argument (.3); Review and respond to emails re interim relief strategy (1); Final read-through of DOJ's, Texas', and private plaintiffs' response briefs (2). | 1.3 | N |
| 8/8/2016 | Confer with co counsel re oral argument/briefs recap (.5); Review and respond to emails re intent argument (.7); Argument preparation (3) | 3.5 | N |
| 8/9/2016 | Review and respond to emails re intent argument (.3); Hearing moot (2); Review and respond to emails re training/education material (.5); Hearing prep (1.5); Confer with co counsel re Intent Schedule (1) | 4 | N |

**NON-COMPENSABLE**
**BRENNAN CENTER**

| Date | Description | Hours | |
|---|---|---|---|
| 8/10/2016 | Status conference re: Joint Submission of Agreed Terms (1.1); Confer with opposing counsel re Training and Education (1); Review and respond to emails re Hearing recap (1); Review and respond to emails re training/education research (2); Review and discuss Order on interim plan for elections (1.5); Draft outline for upcoming strategy on interim remedy (1.5) | 4.5 | N |
| 8/11/2016 | Review and respond to emails re interim remedy strategy (1.5); Confer re interim remedy strategy (1); Review and respond to emails re training/education strategy (1.4); | 1.4 | N |
| 8/12/2016 | Review and respond to emails re Supplemental CBOs (2); Review and respond to emails re training/education research (2); Review and respond to emails re interim remedy strategy (2.5); Confer re voter education plan and election official training program (2); Status conference re voter education plan and election official training program (.5) | 6.5 | N |
| 8/16/2016 | Review and respond to emails re training/education research (1); | 1 | N |
| 8/17/2016 | Review and respond to emails re outreach strategy for TX counties with upcoming elections (1); Review and respond to emails re translation services (2); | 3 | N |
| 8/22/2016 | Review and respond to emails re interim remedy strategy (.5); | 0.5 | N |
| 8/23/2016 | Review and respond to emails re outreach strategy for TX counties with upcoming elections (.1); Review and respond to emails re interim remedy strategy (.3); | 0.4 | N |
| 8/24/2016 | Review and respond to emails re intimidation issue (.5); Review and respond to emails re interim remedy strategy (1.5); | 1.5 | N |
| 8/26/2016 | Confer with co counsel re interim remedy (1); Review and respond to emails re outreach strategy for TX counties with upcoming elections (.1); Review and respond to emails re interim remedy strategy (1); | 1.1 | N |
| 10/19/2016 | Review and respond to emails re DOJ FOF (.2); Confer re amicus brief coordination (1) | 1.2 | N |
| | **TOTAL** | **87.5** | |

**Page 004**

**EXHIBIT B-5**

## NON-COMPENSABLE
## DECHERT

| Timekeeper | Workdate | Bill Hours | Narr | CODE |
|---|---|---|---|---|
| Yeary, Michelle K. | 11/25/2013 | 1.00 | Investigate status of Crivella West database and options for re-activating and using in Section 2 litigation, telephone conference with L Stelcen re: pro hac vice motion, review initial disclosures of interveners. | B,N |
| Yeary, Michelle K. | 1/10/2014 | 1.00 | Review prior document review procedures to prep for call with Crivella West, telephone conference with M Perez re: prep for call with Crivella West, prepare agenda items for call with Crivella. | N |
| Yeary, Michelle K. | 1/13/2014 | 1.50 | Prepare for and participate in meeting with Crivella re: document review and production, follow up on discovery issues after meeting. | B,N |
| Yeary, Michelle K. | 1/21/2014 | 2.30 | Prepare for and participate in training session with Crivella West on document review platform, review DOJ proposed supplemental protective order. | N |
| Yeary, Michelle K. | 1/31/2014 | 1.00 | Telephone conference with M Geever regarding document review platform and issues. | N |
| Yeary, Michelle K. | 2/25/2014 | 3.00 | Telephone conference with Crivella West re: plans for document review, draft email to review team re case schedule, draft email to Texas re: document production issues, draft email to H Ali re: update on review status, review old thematic coding for updating, discuss proposed schedule for Texas's reply on legislative privilege. | N |
| Yeary, Michelle K. | 2/28/2014 | 3.50 | Telephone conference with Crivella West re: outstanding production reconciliation issues, participate in Crivella West training for Wilmer Hale associates including providing summary of key document review decisions from DDC litigation, participate in meeting with DOJ. | N |
| Yeary, Michelle K. | 3/3/2014 | 2.00 | Coordinating document review, assist with review to prep for upcoming depositions, review and edit search terms proposed by Crivella West. | N |
| Yeary, Michelle K. | 7/29/2014 | 1.00 | Coordinating with DOJ on deposition designations, telephone conference with Crivella re native documents and search issues. | N |
| | **TOTAL** | **16.30** | | |

**EXHIBIT B-5**

NON-COMPENSABLE

DECHERT

| Timekeeper | Workdate | Bill Hours | Narr | |
|---|---|---|---|---|
| Rudd, Amy L. | 7/11/2016 | 1.00 | Telephone conference with team regarding potential Fifth Circuit decision and response; prepare quotes for press release in connection with same. | N |
| Rudd, Amy L. | 7/20/2016 | 6.70 | Analyze Fifth Circuit decision; multiple telephone conferences regarding same; prepare for and give CBS News interview on decision. | N |
| Rudd, Amy L. | 11/11/2016 | 4.60 | Review and revise brief on discriminatory intent. | N |
| Rudd, Amy L. | 11/15/2016 | 4.10 | Review and provide comments on intent briefing; correspond with team regarding same. | N |
| | TOTAL | 16.4 | | |

**EXHIBIT B-5**

NON-COMPENSABLE
DECHERT

| Timekeeper | Workdate | Bill Hours | Narr | |
|---|---|---|---|---|
| Rosenberg, Ezra D. | 10/9/2013 | 1.80 | Confer at length with M Bell-Platts re scheduling issues; emails re thereto; review and revise proposed letter to True The Vote and emails re thereto. | N |
| Rosenberg, Ezra D. | 10/11/2013 | 1.30 | Multi emails re letter to True The Vote; confer with M Bell-Platts re scheduling issues; participate in conference call with court and follow-up emails re thereto. | N |

**TOTAL** **3.1**

## NON-COMPENSABLE
## DECHERT

| Timekeeper | Workdate | Bill Hours | Narr | CODE |
|---|---|---|---|---|
| Cohan, Lindsey B. | 9/23/2013 | 1.00 | Check docket and distribute most recent filings and orders; coordinate filing of attorney registration forms with S.D. Tex. | C,N |
| Cohan, Lindsey B. | 9/24/2013 | 1.00 | Submit all attorney registration forms to S.D. Tex. clerk's office for processing (.5); additional general case administration (.5). | C,N |
| Cohan, Lindsey B. | 11/26/2013 | 0.50 | Prepare and file pro hac vice motion for Michelle Yeary. | N,C |
| Cohan, Lindsey B. | 12/3/2013 | 0.50 | File attorney ECF registration forms. | N,C |
| Cohan, Lindsey B. | 6/19/2014 | 6.00 | Preparation for C.Beuck deposition; meet with S.Bates (affected person) to discuss litigation and experience with SB 14; prepare filing for pro hac motions; update and circulate chart summarizing affected persons findings. | N,C |
| Cohan, Lindsey B. | 11/3/2014 | 0.50 | Coordinate withdrawal/reappearance of E.Rosenberg in SD Texas. | N,C |
| Cohan, Lindsey B. | 12/16/2014 | 0.50 | Prepare 5th Circuit admission application for E.Rosenberg. | N,C |
| Cohan, Lindsey B. | 6/8/2015 | 0.50 | Draft motion to withdraw Mark Posner as counsel. | C,N |
| Cohan, Lindsey B. | 4/6/2016 | 5.50 | Call with associates to discuss background of case and assign research projects; compile record evidence relating to discriminatory intent and effect for use in supplemental en banc briefing. | B,N |
| Cohan, Lindsey B. | 7/25/2016 | 2.50 | Prepare and file pro hac vice motions; various conference calls relating to negotiations with state concerning remedy for upcoming election. | N,B |
| Cohan, Lindsey B. | 8/3/2016 | 7.00 | Attend various calls to discuss interim remedy; research and draft private plaintiffs' submission of additional term to interim remedy order and coordinate filing. | N |
| Cohan, Lindsey B. | 8/4/2016 | 5.50 | Review State's submission of additional terms for interim remedy and coordinate with Brennan Center and Lawyers' Committee to draft response. | N |
| Cohan, Lindsey B. | 8/5/2016 | 4.00 | Finalize response to State's submission of additional terms for interim remedy and coordinate filing; attend various calls to discuss response. | N |
| Cohan, Lindsey B. | 8/8/2016 | 0.50 | Attend phone conference to discuss upcoming hearing on interim remedy. | N |
| Cohan, Lindsey B. | 8/9/2016 | 3.50 | Provide summary of 5th Circuit en banc opinion for use in review and analysis of intent issues; draft and file notice of exhibits for use at 8/10/16 hearing; prepare and file pro hac for N.Steiner. | N,C |
| Cohan, Lindsey B. | 8/10/2016 | 4.50 | Attend telephonic hearing on terms for interim remedy; attend various calls to satisfy meet and confer requirement with respect to voter education and training materials to be distributed by State. | N |

**EXHIBIT B-5**
## NON-COMPENSABLE
## DECHERT

| Cohan, Lindsey B. | 8/11/2016 | 3.50 | Attend various calls relating to meet and confer with Texas on education and training materials; review submission of materials to Texas for revision in light of interim remedy. | N |
|---|---|---|---|---|
| Cohan, Lindsey B. | 8/22/2016 | 4.50 | Draft and file memo in support of briefing schedule on intentional discrimination claims. | N |
| Cohan, Lindsey B. | 8/23/2016 | 3.00 | Prepare and file response to Texas' submission on brief scheduling for intentional discrimination claims. | N |

**TOTAL**     **54.5**

**NON-COMPENSABLE**
**MALC-GARZA**

|  | JOSE GARZA |  |  |
|---|---|---|---|
| **DATE** | **ACTIVITY** | **TIME** | CODE |
| 10-19-16 | Meeting with Dr. Charles Cotrell regarding possible voting and historical facts regarding racial intent on voter id. | 1.3 | N |
| 1-30-18 | Work on fees motion exhibits. Work on declaration and review of MALC costs. | 2 | N |

TOTAL _____3.3_____

**NON-COMPENSABLE**
**LAWYER'S COMMITTE**

| | ROSENBURG | | |
|---|---|---|---|
| 12/9/2014 | Review initial, partial draft of findings of fact .8 hours<br>Emails to and form L Cohan re pro hac vice filing .1 hour | 0.9 | N |
| 8/7/2016 | Multi emails to and from State and co-plaintiffs re discussions on interim remedy; analysis of same | 3 | N |
| 8/8/2016 | Multi emails and discussions with State and co-plaintiffs re negotiations over interim remedy; multi emails to and from State and co-plaintiffs re TRE elections issues | 6 | N |
| 8/9/2016 | Multi calls and emails with State, DOJ and co-plaintiffs re interim remedy negotiations and TRE elections; analysis of issues | 5.5 | N |
| 8/10/2016 | Participation in hearing with Judge Ramos; multi calls and emails in preparation for hearing with M Perez and G Hebert; multi calls and emails following hearing re follow-up and re training and education issues; call with State re thereto; preparation an d review of list to State re thereto | 2.5 | N |
| 8/11/2016 | Multi calls with State and all co-plaintiffis re training and education issues; prepare summary of agreements and disagreements; review State media plan and other documents; multi emails and calls with co-plaintiffs and DOJ re these issues | 2 | N |
| 8/12/2016 | Multi-conference calls among co-plaintiffs and with State re training and education settlement issues; participation in management conference re thereto; call with M Frederick re intent schedule; multi-emails re thereto | 6 | N |
| 8/15/2016 | Confer at length with M Bell-Platts and R Dellheim re intent schedule issues; review multi-emails from state re notices to public; emails to co-plaintiffs re next steps | 2 | N |
| 8/17/2016 | Continue review of 5th Circuit opinion; emails to and from L Aden re website issues; emails to and from State re Spanish translation issues; emails to and from co-plaintiffs re thereto | 1.5 | N |
| 8/18/2016 | Begin drafting submission to court re schedule; multi emails with G Hebert, A Derfner, DOJ, and other co-plaintiffs re thereto; begin drafting email to state re intimidation issues | 3.5 | N |
| 8/19/2016 | Continue drafting and re-drafting email to state re intimidation; continue re-draft of submission to court re intent schedule; conference call with all plaintiffs re thereto; multi emails to and from all co-plaintiffs | 3 | N |
| 8/21/2016 | Review comments to brief and incorporate same. | 1 | N |

**NON-COMPENSABLE**
**LAWYER'S COMMITTE**

| Date | Description | Hours | |
|---|---|---|---|
| 8/22/2016 | Review multi-emails with changes to brief re schedule; review multi-emails with changes to email to state re intimidation; incorporate same in brief and email; review submissions by State and DOJ; begin drafting response | 6 | N |
| 8/23/2016 | Review multi-emails with changes to reply brief on schedule; incorporate same; multi calls with L Cohan re thereto; finish reply brief on schedule; review State and DOJ's reply brief on schedule | 4 | N |
| 8/24/2016 | multi emails to and from G Bledsoe and M Perez and J Clarke re intimidation issues | 1 | N |
| 8/25/2016 | Review court order re schedule and multi-emails re thereto; multi- emails to and from co-counsel re intimidation issues | 0.6 | N |
| 8/26/2016 | Multi-emails to and from co-counsel re intimidation issues; call with Brennan Center re thereto; call with all plaintiffs re thereto; emails to DOJ re thereto; multi emails from G Bledsoe and M VanDalen re thereto | 4.6 | N |
| 8/27/2016 | Multi emails to and from co-counsel re intimidation and compliance issues | 1.5 | N |
| 8/28/2016 | Conduct meeting of all plaintiffs re intimidation and complance issues; follow up emails to and from Brennan Center and G Bledsoe and J Garza | 2 | N |
| 8/29/2016 | Draft proposed brief re expedited discovery; receipt and review of multi emails from co-plaintiffs re thereto; confer with D Freeman re thereto; multi emails to and from Veasey group re letter in lieu of motion; emails to co-plaintiffs re thereto | 4 | N |
| 5/3/2018 | Confer with C Dunn and M Frederick re fee application issues; emails to and from co-plaintiffs re thereto | 1 | N |
| 5/7/2018 | Emails to and from M Frederick re fee application motion extension; emails to and from T Fassano re thereto; emails to and from co-counsel re thereto; review and revise redrafts of order | 1.8 | N |
| | **TOTAL** | **63.4** | |

**NON-COMPENSABLE**
**TX NAACP-NOTZON**

| | ROBERT NOTZON | | |
|---|---|---|---|
| **Date** | **Task** | **Sound Billing Judgment** | |
| 10/23/2014 | conference call on sec 3 | 0.10 | N |
| 8/23/2016 | review of reply on intent schedule | 0.10 | N |
| 8/28/2016 | conference call re: interim remedies | 0.50 | N |
| 8/30/2016 | review of letter to State re: interim remedies | 0.10 | N |
| 9/2/2016 | Discussion on guarding agains Texas likely gaming the remedies | 0.25 | N |
| 1/12/2017 | review and editing press release on argument | 0.10 | N |
| 3/7/2017 | Responded to emails regarding effect of SB5 brief, with editing suggestions | 0.10 | N |

TOTAL **1.25**