# EXHIBIT B-6
# NAACP & MALC BLOCK

**BLOCK**
**TX NAACP - COVICH**

| COVICH | | CODE |
|---|---|---|
| 9/13/2013-9/1/2014 | Reviewed proposed Complaint, and related correspondence, consolidation documents, emails, document production, and attended weekly NAACP section calls. Pre-trial preparation and strategy meetings and conferences with NAACP and co-counsel. | **15** |
| 9/2/2014-10/22/2014 | Attended bench trial, met with lead counsel and co-counsel, supplied attorney notes and attended strategy meeting throughout trial. | 25 |
| | **TOTAL** | **40** |

EXHIBIT B-6
BLOCK
DECHERT

| Timekeeper | Workdate | Bill Hours | Narr | CODE |
|---|---|---|---|---|
| Yeary, Michelle K. | 11/25/2013 | 1.00 | Investigate status of Crivella West database and options for re-activating and using in Section 2 litigation, telephone conference with L Stelcen re: pro hac vice motion, review initial disclosures of interveners. | B,N |
| Yeary, Michelle K. | 1/13/2014 | 1.50 | Prepare for and participate in meeting with Crivella re: document review and production, follow up on discovery issues after meeting. | B,N |
| Yeary, Michelle K. | 6/9/2014 | 5.00 | Deposition prep for D. Riddle and P Harless, privilege review, research for and drafting responses to requests for admission. | B |
| Yeary, Michelle K. | 6/10/2014 | 5.00 | Deposition prep, document review, editing RFA responses, preparing materials for expert. | B |
| Yeary, Michelle K. | 6/11/2014 | 3.00 | Continue deposition preparation and editing RFA responses. | B |
| Yeary, Michelle K. | 6/18/2014 | 3.00 | Document review on trial themes, responding to T Fisher subpoena, telephone conference with co-plaintiffs re response to RFAs. | B |
| Yeary, Michelle K. | 6/24/2014 | 1.00 | Telephone conference with Wilmer Hale re: document issues, telephone conference with J Maranzano re: RFA responses, email with plaintiffs re: RFA responses on voter impersonation. | B |
| Yeary, Michelle K. | 6/25/2014 | 4.00 | Continue privilege review, telephone conference with J Maranzano re: RFA responses, editing RFA responses, telephone conference with R Shordt re: same, email exchange with plaintiffs re: voter impersonation RFAs, continue reviewing documents for response to T. Fisher subpoena, telephone conference with J Clark re: expert materials, assist with preparing expert reports. | B |
| Yeary, Michelle K. | 6/26/2014 | 4.00 | Edit, finalize and serve responses to RFAs, telephone conferences with J Maranzano and R Shordt re: same, preparing exhibits for expert reports, drafting expert disclosure, reviewing documents for production by T Fisher, finalize privilege log. | B |
| Yeary, Michelle K. | 6/27/2014 | 9.00 | Editing and finalizing expert reports, attachments, exhibits and disclosures, including telephone conferences with Dr. Minnite, telephone conferences and email exchanges with M Perez, M Posner and E Rosenberg re: edits to reports, review K Ingram testimony on "deceased voters", draft email re: Rule 26 disclosures and serve reports, coordinate with plaintiffs and court re: filing. | B |
| Yeary, Michelle K. | 7/17/2014 | 3.00 | Drafting summary of P Harless depositions for findings of fact, reviewing new documents identified as critical and updating analysis, coordinating continuing document review of legislative documents, review answers to complaints. | B,E |

| Yeary, Michelle K. | 7/18/2014 | 4.00 | Continue drafting findings of fact, telephone conference with DOJ and private plaintiffs re: deposition designations, review proposed format for same, draft email to private plaintiffs re: plan and procedure for deposition designations, identify assignments for deposition designations and findings of fact. | B,E |
|---|---|---|---|---|
| Yeary, Michelle K. | 8/17/2014 | 6.00 | Deposition designations, deposition summaries, findings of fact, exhibits, telephone conference with plaintiffs re: FOF and COL, telephone conference with Texas re: meet and confer on PTO. | B,E |
| Yeary, Michelle K. | 8/22/2014 | 17.00 | Findings of Fact, Conclusions of Law, deposition designations, pretrial order, exhibits, general trial preparation. | B,E |
| Yeary, Michelle K. | 8/25/2014 | 10.00 | Preparing deposition counter designations and objections; reviewing defense exhibits; continue pretrial preparation | B,E |
| Yeary, Michelle K. | 8/26/2014 | 6.00 | Pretrial preparation; deposition objections and counters; exhibit objections. | B,E |
| Yeary, Michelle K. | 8/27/2014 | 10.00 | Pretrial preparation; deposition objections/counters; review exhibits for objections; telephone conversations with Texas re: coordinating objections, exhibits; participate in pretrial conference. | B,E |
| Yeary, Michelle K. | 8/28/2014 | 10.00 | Pretrial filings, exhibit review and draft objections, telephone conferences with plaintiffs and defendants to negotiate trial issues, deposition designations, trial testimony designations, court conferences. | B,E |
| Yeary, Michelle K. | 8/29/2014 | 12.00 | Pretrial filings, finalize exhibit and deposition objections, review objections for "go to the mat" objections, telephone conference with defense counsel negotiating procedure for objections, finalize trial site coordination, telephone conference with DOJ tech team re: video depositions, preparing supplemental exhibit lists | B,E |
| Yeary, Michelle K. | 8/30/2014 | 4.00 | Pretrial prep, prepare exhibits for meeting with defendants, prepare exhibits for judge. | B,E |
| Yeary, Michelle K. | 9/12/2014 | 5.00 | Editing findings of fact, updating and finalizing deposition designations and counters, objecting to plaintiffs' supplemental exhibits. | B,E |
| Yeary, Michelle K. | 9/15/2014 | 8.00 | Editing findings of fact, and attention to post trial filings. | V,B,E |
| Yeary, Michelle K. | 9/16/2014 | 10.00 | Editing findings of fact, and attention to post trial filings. | V,B,E |
| Yeary, Michelle K. | 9/17/2014 | 10.00 | Findings of fact and post trial filings. | B,E |
| Yeary, Michelle K. | 9/18/2014 | 14.00 | Findings of fact and post trial filings, telephone conferences with L Wolf re: same, strategy calls with plaintiffs re: finalizing all filings. | B,E |
| Yeary, Michelle K. | 9/19/2014 | 4.00 | Telephone conferences with co-counsel regarding errors in findings of fact, updating exhibits, redacting transcripts, prepare updated exhibit list, reviewing findings of fact to prepare errata sheet. | B,E |

**EXHIBIT B-6**

**BLOCK**
**DECHERT**

| Yeary, Michelle K. | 10/10/2014 | 3.00 | Review and analyze district court opinion, telephone conference with plaintiffs' counsel re: same, review Texas's advisory re: injunction, draft motion for leave to respond to same, review and edit draft advisories re: injunction by plaintiffs, review Texas mandamus petition, participate in strategy calls re: responding to same, research related to stay issues | B,E |
| --- | --- | --- | --- | --- |
| Yeary, Michelle K. | 11/7/2014 | 5.00 | Preparing record for appeal, planning for filing of all exhibits, telephone conferences with E Westfall re: same, telephone conferences with clerks re: same, met with A Capobianco re: same, review rules for submission of record for appeal, telephone conference with M Posner re: same, review of record for admission of exhibits and rulings on objections, t/c with E Westfall re: filing of deposition designations | B |
| | **TOTAL** | **177.5** | | |

**EXHIBIT B-6**

## BLOCK DECHERT

| Timekeeper | Workdate | Bill Hours | Narr | |
|---|---|---|---|---|
| Rudd, Amy L. | 3/11/2014 | 2.60 | Review and comment on brief regarding legislative privilege; correspond with team regarding same; research regarding interpretation of discovery rules. | B,E |
| Rudd, Amy L. | 6/2/2014 | 8.50 | Prepare for and meet with G. Bledsoe, Y. Banks, and L. Lydia regarding TX NAACP 30(b)(6) depositions; telephone meeting with S. Tatum (State AG's office) regarding L. Lydia deposition; prepare, revise, and finalize TX NAACP's objections to notice of 30(b)(6) deposition; correspond with team regarding same; telephone meeting with M. Perez regarding affected persons search; review correspondence. | B,E |
| | **TOTAL** | 11.1 | | |

EXHIBIT B-6

BLOCK
DECHERT

| Timekeeper | Workdate | Bill Hours | Narr | CODE |
|---|---|---|---|---|
| Rosenberg, Ezra D. | 9/18/2013 | 4.50 | Prepare for and participate in Rule 26 conference and follow-up calls and emails with G Hebert and co-plaintiff groups. | B,D |
| Rosenberg, Ezra D. | 10/18/2013 | 2.40 | Prepare for and participate in conference with court; calls with DOJ in preparation for conference; emails re thereto; call with DOJ after call with court. | B, E |
| Rosenberg, Ezra D. | 11/15/2013 | 3.00 | Prepare for and participate in case management conference with court; review proposed scheduling order and multi calls and emails with court and with co-counsel re thereto; call with E Westfall and J Maranzano at length re interrogatories; further attention to discovery and motion to dismiss. | B, E |
| Rosenberg, Ezra D. | 11/22/2013 | 3.00 | Final review and revisions to brief; participate in call with court; emails to group re thereto; emails to and from G Hebert re experts. | B,E |
| Rosenberg, Ezra D. | 2/12/2014 | 2.00 | Appear at status conference; conference with E Wastfall thereafter; multi-emails thereafter; travel from Corpus Christi. | B |
| Rosenberg, Ezra D. | 2/13/2014 | 8.00 | Multi calls and emails with E Westfall, G Hebert, J Garza, M Posner, and M Perez re algorithms and protective order; conference call with D Chatman re expert report; emails to and from Barreto and Market Research; review legislative privilege motion and emails to and from B Raphel and M Yeary re thereto; conference call with M Posner and M Perez re other issues. | B,E |
| Rosenberg, Ezra D. | 2/14/2014 | 5.00 | Multi calls and emails re discovery and other issues; prepare for and participate in hearing with court; review draft survey questions; emails to and from experts re retention; calls with co-counsel re coordination; emails re thereto. | B,E |
| Rosenberg, Ezra D. | 2/28/2014 | 6.00 | Prepare for and attend meeting with DOJ in DC; multi calls and emails with M Posner and M Perez re miscellaneous scheduling and discovery issues; travel from DC. | T,B,E |
| Rosenberg, Ezra D. | 3/3/2014 | 6.00 | Conference call with team regarding algorithims and telephone conference with team regarding upcoming oral argument; prepare for argument; telephone conference with V Agraharkar and others regarding affected persons. | E,B |
| Rosenberg, Ezra D. | 3/5/2014 | 8.00 | Appear at Corpus Christi, Texas hearing and travel back from Texas. | B,E |

EXHIBIT B6
BLOCK
DECHERT

| Rosenberg, Ezra D. | 3/27/2014 | 4.00 | Multi calls with E Westfall, J Maranzano, M Posner, J Scott re discovery issues; prepare for and conduct all plaintiff call; review multi emails to and from Veasey plaintiffs re discovery; review initial discovery requests to clients from Texas and emails to clients re thereto; emails to and from N Korgoankar re privilege decision. | D,E,B |
| --- | --- | --- | --- | --- |
| Rosenberg, Ezra D. | 4/10/2014 | 4.80 | Multi calls and emails with DOJ and co-plaintiffs re discovery and trial protocol issues; conduct all plaintiff call; conduct call with Texas and all parties re trial protocol; review briefing re discovery to DOJ | D,E,B |
| Rosenberg, Ezra D. | 4/16/2014 | 2.00 | Participate in hearing with court; emails to and from co-counsel re thereto; conference call with M Bell-Platts and E Westfall and G Hebert re thereto; emails to and from M Posner re thereto. | B,E,D |
| Rosenberg, Ezra D. | 4/17/2014 | 5.00 | Multi calls with N Baron, G Hebert and E Westfall re Ingram deposition; multi calls and emails in preparation for all plaintiff call and call with DOJ; call with all plaintiffs; call with DOJ; call with R Keister and E Westfall re depositions; emails re fact depositions. | B,E,D |
| Rosenberg, Ezra D. | 4/18/2014 | 3.80 | Multi calls and emails with DOJ, Texas, co-plaintiffs regarding discovery and deposition issues. | E,B |
| Rosenberg, Ezra D. | 4/28/2014 | 4.20 | Draft brief in opposition to motion to quash; call with E Westfall re discovery; call with M Posner re depositions; attention to discovery issues. | E,B |
| Rosenberg, Ezra D. | 5/1/2014 | 6.00 | Prepare for and conduct conferences with co-counsel, plaintiffs groups, and DOJ; prepare for and participate in hearing with Judge Ramos on motion to quash | B,E,D |
| Rosenberg, Ezra D. | 5/12/2014 | 5.00 | Multi calls with E Westfall re discovery issues; emails to and from A Derfner and M Posner re common interest brief issues conduct pre-meet and confer call; participate in meet and confer call; call with potential fraud expert and follow-up emails re thereto; drafting judicial notice brief. | B,E |
| Rosenberg, Ezra D. | 5/13/2014 | 4.00 | Miscellaneous prep re discovery and in judicial notice issues and calls with Westfall and others. | V,B,E |
| Rosenberg, Ezra D. | 5/19/2014 | 4.50 | Multi calls with E Westfall, M Posner re discovery issues; call with A Derfner re expert issues; prepare for and conduct call with all counsel re trial protocol issues; multi-emails re thereto; call with M Posner and K Duncan re expert issues. | B,E |
| Rosenberg, Ezra D. | 5/21/2014 | 3.00 | Participate in call re common interest; multi-revision of email to State; multi-calls with E Westfall; attention to discovery issues. | B,E |

EXHIBIT B6
BLOCK
DECHERT

| Rosenberg, Ezra D. | 5/22/2014 | 4.00 | Calls with E Westfall re agenda for all plaintiff call; emails to and from A D'Andrea re legislator depositions; conduct all non-US plaintiff call; conduct all plaintiff call; participate in meet and confer with Texas; multi emails re thereto; emails to and A Derfner re common interest and expert issues | B,E |
|---|---|---|---|---|
| Rosenberg, Ezra D. | 5/28/2014 | 7.00 | Prepare for and participate in hearing before Judge Ramos; prepare for and participate in meet and confer with Texas; prepare for and participate in call with parties on data bases; prepare for and participate in hearing on databases with court. | B,E |
| Rosenberg, Ezra D. | 5/29/2014 | 5.00 | Multi calls and emails with co-plaintiffs and DOJ re common interest, discovery and other issues; multi calls and emails with co-plaintiffs and DOJ re Texas request for federal data bases; multi-calls and emails with M Golando and co-counsel re service of subpoenas on legislators; emails to and from J Scott re thereto. | B,E |
| Rosenberg, Ezra D. | 6/3/2014 | 4.50 | Multi calls with E Westfall; call with A Rudd, L Cohan and M Perez re deposition preparation; multi emails to and from L Wolf re discovery issues; multi emails to and from J Scott re discovery issues; calls with A D'Andrea re legislator depositions; calls with D Freeman re thereto; emails to and from K Dunbar re thereto; emails to and from N Kargaonkor re interrogatory responses re view legislator | B,E |
| Rosenberg, Ezra D. | 6/4/2014 | 0.40 | Multi calls with E. Westfall re deposition issues; emails to and from A. D'Andrea re deposition issues; conference call with Texas and DOJ re trial protocol issues; emails to plaintiff's group re miscellaneous discovery issues; conference with L. Minnite and M. Perez re expert testimony; review brief and draft opposition re deposition of P. Harless; attend to multiple discovery issues; | B |
| Rosenberg, Ezra D. | 6/5/2014 | 5.30 | Prepare retainer agreement for expert Minnite; emails to and from L Minnite; emails to and from A Rudd and L Cohan re Texas NAACP depositions; confer with S Tatum, Texas AG, re thereto; confer with E Westfall re agenda for plaintiff call; circulate agenda re plaintiff call; conduct all private plaintiff call; conduct call with DOJ; confer with J Maranzano re legislator depositions; emails to and from G | B,E |
| Rosenberg, Ezra D. | 6/6/2014 | 4.30 | Call with A Derfner in preparation for hearing; prepare for hearing; participate in hearing; emails to and from L Minnite; confer with M Yeary re fraud discovery; participate in call re affected persons; call with E Westfall re legislator depositions; emails to and from A D'Andrea re thereto. | B,E |

EXHIBIT B
BLOCK
DECHERT

| Rosenberg, Ezra D. | 6/9/2014 | 7.00 | Multi calls and emails with M Golando and J Garza re subpoenas to MALC members; multi emails to and from M Posner and M Perez re thereto; Participate in call with A D'Andrea re legislator depositions; call with S Gill re depositions; multi emails re material to be sent to L Minnite; prepare for Beuck deposition; attention to other discovery issues | B,E |
|---|---|---|---|---|
| Rosenberg, Ezra D. | 6/10/2014 | 4.00 | Multi-emails re legislator depositions; conference call with Texas re thereto; emails to and from Hebert re miscellaneous matters; review draft Chatman report; multi calls and emails with E Westfall | B,E |
| Rosenberg, Ezra D. | 6/18/2014 | 12.00 | Final preparation for and taking of deposition of D Riddle; participate in hearing before Judge Ramos; emails to and from M Perez and M Posner re expert issues; confer with M Posner; review D Chatman report | B,E |
| Rosenberg, Ezra D. | 6/19/2014 | 12.00 | Prepare for deposition of Rep. Harless; prepare for and conduct calls with all private plaintiffs and with DOJ; review and comment on Chatman revised report. | E,B |
| Rosenberg, Ezra D. | 6/25/2014 | 4.00 | Multi calls and emails with R Haygood re expert issues; multi calls and emails with M Posner re expert issues; review and comment on L Minnite report; review other expert materials; emails re responses to request for admissions; emails re privilege log issues; attention to other discovery issues | B,E |
| Rosenberg, Ezra D. | 6/27/2014 | 8.00 | Attend to miscellaneous calls and emails re filing of expert reports and review of same. | V,B,E |
| Rosenberg, Ezra D. | 6/30/2014 | 6.00 | Review expert reports; calls with M Posner re thereto; prepare agenda for all plaintiff calls; call with E Westfall re thereto; emails with court re status conference | B,E |
| Rosenberg, Ezra D. | 7/1/2014 | 5.50 | Prepare for and conduct calls with MPosner and M Perez, with all private plaintiffs and with DOJ; call with E Westfall re agenda; prepare assignments for Findings of Fact and emails re thereto; call with M Posner re Chatman report. | B,E |
| Rosenberg, Ezra D. | 7/2/2014 | 4.10 | Multi calls and emails with M Posner and M Perez re experts; call with L Chatman and M Perez; review and comment on M Posner email to D Chatman; prepare allocation of assignments for Findings of Fact, and emails to and from A Derfner re thereto | B,E |
| Rosenberg, Ezra D. | 7/8/2014 | 4.60 | Multi calls with M Posner re discovery and expert issues; prepare for and conduct conference with all private plaintiffs and conference with DOJ; review revisions to Chatman complaint; review material relating to voter fraud. | B,E |

**Page 009**

BLOCK
DECHERT

| | | | | |
|---|---|---|---|---|
| Rosenberg, Ezra D. | 7/9/2014 | 2.70 | Confer with E Westfall re Williams deposition; emails to and from C Dunn re Barreto summary; call with M Posner and M Perez re FOF/COL and other issues; follow-up re thereto. | B |
| Rosenberg, Ezra D. | 7/10/2014 | 4.40 | Multi-emails regarding depositions of affected clients; review judicial notice motion; review motion to compel Mitchell testimony; begin work on summaries of expert reports for findings of fact; calls with E Westfall | B |
| Rosenberg, Ezra D. | 7/11/2014 | 5.20 | Prepare findings of fact modules re Chatman and Barreto; emails to and from M Posner and D Chatman re erratum in Chatman report; emails re affected persons depositions. | B |
| Rosenberg, Ezra D. | 7/14/2014 | 2.60 | Confer with E Westfall re depositions; multi-emails to and from G Bledsoe, and co-counsel re affected persons depositions; confer with M Posner re Ansolabehere analysis and further Chatman work; review State motion for extension and multi emails re thereto. | B |
| Rosenberg, Ezra D. | 7/15/2014 | 4.20 | Multi emails and calls re Texas motion for extension of time re experts; conference call with Texas re thereto; emails to court re thereto; multi emails re outstanding discovery issues; review Ansolabehere report; conference call with Chatman re sensitivity analyses. | B |
| Rosenberg, Ezra D. | 7/16/2014 | 3.80 | Multi calls with E Westfall and A Baldwin re Texas motion for extension; participate in conference call with Texas re thereto; call with co-counsel re affected persons depositions; prepare amended scheduling order. | B |
| Rosenberg, Ezra D. | 7/17/2014 | 4.00 | Multi calls and emails in preparation for conference calls; conduct calls with all private plaintiffs and with DOJ; final attention to filing of amended scheduling order. | B,E |
| Rosenberg, Ezra D. | 7/18/2014 | 4.00 | Emails to and from K Dunbar and E Westfall re deposition designations; review pending motions; multi calls and attention to expert report issues; calls re trial preparation. | B,E |
| Rosenberg, Ezra D. | 7/22/2014 | 4.00 | Multi calls and emails re discovery issues and findings of fact; multi calls and emails re Advisory; multi calls and emails in preparation for conference with court. | B,E |
| Rosenberg, Ezra D. | 7/23/2014 | 4.00 | Multi conference calls with all plaintiffs and DOJ and multi emails re DLS data base issues. | B,E |
| Rosenberg, Ezra D. | 7/24/2014 | 4.00 | Prepare for and participate in hearing; prepare for and conduct calls with all plaintiffs and with DOJ. | B,E |
| Rosenberg, Ezra D. | 7/25/2014 | 5.00 | Multi calls and emails regarding data and deposition issues. | V,B,E |

EXHIBIT 14

BLOCK
DECHERT

| Rosenberg, Ezra D. | 7/28/2014 | 4.20 | Call with N Kargaonkar re Duncan deposition preparation; conference call with D Chatman; multi calls with E Westfall and J Maranzano re miscellaneous items including trial prep meeting and findings of fact; review and revise draft summaries of findings of fact. | B |
|---|---|---|---|---|
| Rosenberg, Ezra D. | 7/29/2014 | 6.50 | Participate in deposition of Dewhurst; multi-calls with E Westfall re thereto; multi-emails re data base/schedule issues; call with C Dunn re thereto; multi calls with M Posner re thereto; multi emails to and from K Dunbar re Mitchell deposition. | B |
| Rosenberg, Ezra D. | 7/30/2014 | 5.50 | Participate in multi calls in preparation of hearing before Judge Ramos; participate in hearing before Judge Ramos; participate in deposition of DPS 30 (b)(6) witness; multi calls with M Posner; multi emails with M Perez; confer with A Baldwin. | B,E |
| Rosenberg, Ezra D. | 7/31/2014 | 3.50 | Multi calls with M Posner re trial preparation; multi calls with E Westfall re trial preparation; multi calls with A Baldwin re data; multi emails to plaintiff group re all of these issues. | B,E,D |
| Rosenberg, Ezra D. | 8/1/2014 | 3.40 | Review Texas expert reports; multi emails re expert issues; prepare agenda for plaintiff meeting; confer with A Derfner and M Posner re thereto; attention to FOF issues. | B,E,D |
| Rosenberg, Ezra D. | 8/5/2014 | 10.00 | Meet with M Posner, B Kengel, J Greenbaum and M Perez re trial preparation; conduct meeting of all plaintiffs; conference call with State re discovery issues; travel from DC. | B,T,E |
| Rosenberg, Ezra D. | 8/6/2014 | 5.00 | Multi-conferences with co-counsel and with Texas in preparation for hearing; participate in hearing; follow-up on hearing issues; review motion to compel. | B |
| Rosenberg, Ezra D. | 8/7/2014 | 7.00 | Multi-calls with DOJ and M Posner re discovery issues; prepare revised schedule and circulate; prepare expert schedule and circulate; prepare response to Lindsey Wolf re stipulations and circulate; begin preparation of opposition to motion to compel. | B |
| Rosenberg, Ezra D. | 8/8/2014 | 8.00 | Multi-calls and emails regarding preparation for trials; begin review of Milyo expert report; continue drafting of opposition to motion to compel. | B,E |
| Rosenberg, Ezra D. | 8/14/2014 | 5.00 | Participate in hearing; participate in meeting with all counsel; attention to FOF. | B,E |
| Rosenberg, Ezra D. | 8/21/2014 | 13.00 | Defend deposition of DChatman; participate in various calls on trial preparation; participate in court hearing; further work on trial preparation and deposition preparation. | B,E |
| Rosenberg, Ezra D. | 8/23/2014 | 12.00 | Prepare for depositions of Hood and Mihlo; continue trial preparation. | B,V |
| Rosenberg, Ezra D. | 8/25/2014 | 10.00 | Take deposition of Hood; prepare for deposition of Mihlo. | B |

EXHIBIT B

BLOCK
DECHERT

| Rosenberg, Ezra D. | 8/26/2014 | 9.00 | Participate in deposition of JMilyo, plaintiff expert; travel from Austin to Corpus Christi. | B |
| Rosenberg, Ezra D. | 8/27/2014 | 3.00 | Prepare for and participate in pretrial conference; attend to pretrial matters following conference; review material in preparation for trial; travel from Texas to New Jersey. | B,E |
| Rosenberg, Ezra D. | 9/1/2014 | 7.50 | Prepare for trial; including opening statement to Court; meet with various co-counsel; discuss witness order and testimony; meet w/ DOJ lawyers; confer w/ Martinez-Fisch and J. Garza; confer w/ A. Rudd re: Bates testimony; conduct meeting with all co-counsel. | B |
| Rosenberg, Ezra D. | 9/2/2014 | 12.50 | Participate in trial; conduct post-trial day meeting with all co-counsel; confer with State re: evidentiary issues; continue preparation of Johnson and Chatman direct examinations; confer w/ A. Rudd re: Johnson direct. | B |
| Rosenberg, Ezra D. | 9/3/2014 | 12.00 | Participate in trial; confer w/ State re: evidentiary issues; conduct post-trial day meeting with all plaintiffs; meet w/ Rev. Johnson and A. Rudd in preparation for testimony; meet w/ C. Dunn and M. Barreto in preparation for testimony. | B |
| Rosenberg, Ezra D. | 9/4/2014 | 12.50 | Participate in trial; conduct post-trial meeting of all plaintiffs; confer w/ State re: next day witnesses and evidence; meet w/ J. Garza and Rep. Anchia. | B |
| Rosenberg, Ezra D. | 9/5/2014 | 10.50 | Participate in trial; conduct post-trial meeting w/ all plaintiffs' counsel; confer w/ State re: next trial day witnesses and evidence. | B |
| Rosenberg, Ezra D. | 9/6/2014 | 8.00 | Continue preparation of Chatman direct; begin preparation of Milyo and Hood crosses; meet w/ M. Posner re: Chatman direct; multi-conference w/ Veasey team, LDF, and DOJ re: next proceedings. | B |
| Rosenberg, Ezra D. | 9/7/2014 | 7.00 | Continue preparation for trial; meet w/ D. Chatman and M. Posner in prep. of direct testimony; meet w/ M. Perez re: L. Minnette testimony and review direct testimony outline; confer w/ Veasey team and LDF re: next witnesses; confer w/ DOJ re: thereto; conduct meeting of all plaintiffs; continue to draft cross outlines. | B |
| Rosenberg, Ezra D. | 9/8/2014 | 12.00 | Participate in trial; conduct post-trial meeting of all plaintiffs; confer at length w/ E. Westfall and J. Scott re C. Davidson and Milyo; continue to draft cross outlines; confer w/ Veasey team re: next witnesses; confer w/ Veasey team and DOJ re: evidence issues; confer w/ A. Rudd re: T. Williams outline. | B |

**EXHIBIT 9**
**BLOCK**
**DECHERT**

| Rosenberg, Ezra D. | 9/9/2014 | 12.00 | Participate in trial; conduct post-trial meeting of all plaintiffs; prepare for cross-examination of Hood; meet w/ C. Dunn re: thereto; confer w/ DOJ re: evidence issues and judicial notice issues; confer w/ M. Posner re: -thereto; confer w/ A. Rudd re: deposition cuts. | B |
| Rosenberg, Ezra D. | 9/10/2014 | 9.00 | Participate in trial; post-trial meeting of all counsel; confer w/ DOJ re: tying up loose ends; confer w/ State re: thereto. | B |
| Rosenberg, Ezra D. | 9/11/2014 | 7.50 | Participate in trial; post-trial meeting of all plaintiffs in prep. for end of trial; meet w/ Texas attorneys re: thereto; review of evidence to ensure that all will be entered; confer w/ E. Westfall re: thereto; begin review of supplemental findings of fact. | B |
| Rosenberg, Ezra D. | 10/12/2014 | 7.80 | Draft and re-draft brief in opposition to stay; multi calls with M Posner and M Perez re thereto; conference calls with all plaintiffs; call with E Flynn of DOJ. | B,E |
| Rosenberg, Ezra D. | 10/14/2014 | 15.00 | Review 5th Circuit decision; conference calls re thereto; draft and re-draft brief to Supreme Court in support of emergent appeal. | B |

478.2

# BLOCK
# DECHERT

| Timekeeper | Workdate | Bill Hours | Narr | |
|---|---|---|---|---|
| Cohan, Lindsey B. | 9/18/2013 | 4.50 | Revise motion to consolidate per edits received from team; file pro hac motions on behalf of Lawyers' Committee; file motion to consolidate and proposed consent order. | N, B, C |
| Cohan, Lindsey B. | 2/24/2014 | 8.20 | Incorporate additional edits received from other intervenors; proof, cite check, and finalize supplemental brief on legislative privilege; file supplemental brief on legislative privilege. | C, B |
| Cohan, Lindsey B. | 4/7/2014 | 2.00 | Assist various intervenor groups with logistics relating to depositions and drafting and serving objections to requests for production. | C,B |
| Cohan, Lindsey B. | 5/7/2014 | 8.20 | Assist in preparation for Rodriguez deposition; compile documents for discovery responses; prepare deposition notices and subpoenas for Beuck, Harless, and Riddle depositions; review documents for privilege prior to production. | C,B |
| Cohan, Lindsey B. | 5/13/2014 | 1.50 | Finalize filing of response for judicial notice of Inspector General report; contact potentially affected individuals. | C,B |
| Cohan, Lindsey B. | 5/19/2014 | 1.50 | Prepare revised Beuck subpoena; confirm deposition dates with State; attend emergency phone hearing with Court; coordinate logistics for Cesinger deposition. | C,B |
| Cohan, Lindsey B. | 6/2/2014 | 8.50 | Prepare objections to NAACP 30(b)(6) deposition notice; prepare for and prep witnesses in advance of NAACP 30(b)(6) deposition; coordinate deposition scheduling; attend call regarding affected persons. | B,C |
| Cohan, Lindsey B. | 6/3/2014 | 5.00 | Revise and coordinate verification of Texas NAACP and MALC interrogatory responses; prepare for Y.Banks deposition; coordinate scheduling of depositions and update master calendar; draft motion for judicial notice; draft and file motions to transfer and expedite | C,B |
| Cohan, Lindsey B. | 6/10/2014 | 7.50 | Prepare deposition outlines for Riddle and Beuck depositions; coordinate deposition scheduling; attend call to discuss deposition scheduling. | C,B |
| Cohan, Lindsey B. | 6/11/2014 | 7.00 | Update information regarding affecter persons; coordinate deposition scheduling; draft Harless and Riddle deposition outlines; compile documents for use in Harless and Riddle depositions. | C,B |
| Cohan, Lindsey B. | 6/12/2014 | 3.00 | Finalize deposition outlines; coordinate meetings with affected persons; revise MALC 30(b)(6) deposition objections; coordinate with DOJ on deposition scheduling. | C,B |
| Cohan, Lindsey B. | 6/13/2014 | 7.80 | Revise deposition outlines for Harless and Riddle; revew Beuck deposition outline; review documents in preparation for Riddle, Beuck, and Harless depositions; issue amended deposition notices and update master calendar; review deposition summaries compiled by paralegals; coordinate meetings with potentially affected individuals. | C,B |

**BLOCK**
**DECHERT**

| Cohan, Lindsey B. | 6/16/2014 | 7.70 | Meet with Virginia Jackson regarding identification as potentially affected person; call with Brennan Center to discuss meetings with potentially affected persons; draft and serve notices of amended deposition; draft and file response in opposition to motion to compel federal databases; revise Harless deposition outline; attend call to discuss Beuck deposition; revise objections to MALC 30(b)(6) | B,C,N |
|---|---|---|---|---|
| Cohan, Lindsey B. | 6/23/2014 | 6.50 | Update and circulate chart summarizing facts of affected persons; correspond with State re MALC 30(b)(6) deposition; prepare M.Golando for MALC 30(b)(6) deposition; draft and issue subpoenas and notices of deposition; coordinate logistics for proposed Friday (6/27) depositions; update and circulate master calendar. | C,B |
| Cohan, Lindsey B. | 6/24/2014 | 5.00 | Prepare supplemental disclosures; update master calendar; coordinate background checks for affected persons. | C,B |
| Cohan, Lindsey B. | 6/26/2014 | 4.00 | Revise and serve MALC and Texas NAACP responses to Requests for Admission; compile list of all depositions to be scheduled in July; coordinate and review criminal background searches of affected persons; update master calendar. | C,B |
| Cohan, Lindsey B. | 7/16/2014 | 2.50 | Attend call to discuss affected person depositions; update master calendar; meet with N. Korgaonkar to discuss recent affected person depositions. | B,C |
| Cohan, Lindsey B. | 7/18/2014 | 2.50 | Update master calendar and coordinate deposition logistics; review depositions and begin summaries for findings of fact and deposition designations. | C,B |
| Cohan, Lindsey B. | 7/21/2014 | 1.50 | Prepare, file, and serve corrected expert report; update master calendar; coordinate affected person depositions. | C,B |
| Cohan, Lindsey B. | 8/18/2014 | 5.00 | Prepare deposition designations; update master calendar; review reply expert reports. | C,B |
| Cohan, Lindsey B. | 8/19/2014 | 3.00 | Prepare, file, and serve supplemental production; coordinate deposition logistics; review reply expert reports. | C,B |
| Cohan, Lindsey B. | 8/20/2014 | 2.50 | Draft and serve duces tecum notice; review documents in preparation for Hood and Milyo depositions. | C,B |
| Cohan, Lindsey B. | 10/13/2014 | 2.00 | Prepare appendix, cover pages, and coordinate other logistics for upcoming filing of emergency application to vacate stay pending Fifth Circuit decision. | C,B |
| Cohan, Lindsey B. | 10/18/2014 | 2.50 | Review Supreme Court ruling; compile list of all contacts for public records requests to Brennan Center. | C,B |
| Cohan, Lindsey B. | 8/27/2015 | 6.50 | Prepare for and attend meet and confer between private parties, DOJ, and State; meet with E.Rosenberg to discuss staffing of case going forward; meet with attorneys for NAACP LDF to discuss coordination of briefing going forward. | B,E |

**EXHIBIT I**

## BLOCK
## DECHERT

| Cohan, Lindsey B. | 3/28/2016 | 8.50 | Compile and review key materials for preparing supplemental en banc rehearing brief; conference call with N.Steiner and C.Carlisle to discuss research relating to supplemental en banc rehearing brief; begin review of record for additional supporting evidence to be used in supplemental en banc rehearing brief. | B |
|---|---|---|---|---|
| Cohan, Lindsey B. | 4/6/2016 | 5.50 | Call with associates to discuss background of case and assign research projects; compile record evidence relating to discriminatory intent and effect for use in supplemental en banc briefing. | B,N |
| Cohan, Lindsey B. | 4/27/2016 | 10.50 | Draft section of supplemental en banc brief discussing all record evidence in support of Senate Factors analysis and Texas' mischaracterization of evidence and Court's review; review revised draft of section of supplemental en banc brief on Crawford and provide additional comments; assist A.Rudd in drafting section of en banc brief discussing evidence of disparate ID possession. | B |
| Cohan, Lindsey B. | 5/3/2016 | 14.00 | Attend call to discuss current draft of brief; revise sections of en banc brief discussing impact and Senate Factors; draft statement of case. | B |
| Cohan, Lindsey B. | 7/25/2016 | 2.50 | Prepare and file pro hac vice motions; various conference calls relating to negotiations with state concerning remedy for upcoming election. | N,B |
| Cohan, Lindsey B. | 9/19/2016 | 7.00 | Attend hearing on motions to enforce remedial order; attend phone conference amongst plaintiffs to discuss strategy for obtaining relief from court; draft and file revised proposed order for clarification of interim remedial order; attend call with DOJ and Wilmer Hale to discuss drafting of findings of fact relating to intent; continue to work on matrix summarizing findings of fact related to intent. | B,D |
| | **TOTAL** | **163.9** | | |

## BLOCK
## DECHERT

| Timekeeper | Workdate | ill Hou | Narr | Code |
|---|---|---|---|---|
| Capobianco-Ranallo, Antonella | 11/6/2013 | 4.60 | Review documents and retrieve cases at the request of ERosenberg. | B,C |
| Capobianco-Ranallo, Antonella | 2/19/2014 | 2.70 | Review DOJ document production and prepare index regarding Texas DPS locations at the request of MYeary. | B,C |
| Capobianco-Ranallo, Antonella | 2/21/2014 | 2.80 | Review DOJ document production and prepare index regarding Texas DPS locations at the request of MYeary. | B,C |
| Capobianco-Ranallo, Antonella | 2/24/2014 | 4.90 | Review draft brief and retrieve exhibits; draft signature block. | B,C |
| Capobianco-Ranallo, Antonella | 2/25/2014 | 1.90 | Retrieve new filings and upload to iManage; retrieve authorities and provide to ERosenberg. | B,C |
| Capobianco-Ranallo, Antonella | 4/16/2014 | 1.00 | Retrieve new filings and upload to iManage. Review incoming document production. | B,C |
| Capobianco-Ranallo, Antonella | 4/30/2014 | 5.00 | Retrieve documents and save on iManage. Draft document at the request of MYeary. | B,C |
| Capobianco-Ranallo, Antonella | 5/12/2014 | 3.80 | Retrieve incoming documents and save on iManage; document production; Review interrogatories responses at the request of ERosenberg regarding voter fraud. | B,C |
| Capobianco-Ranallo, Antonella | 5/13/2014 | 3.40 | Review and organize incoming documents; document production. | B,C |
| Capobianco-Ranallo, Antonella | 5/15/2014 | 0.60 | Review and organize incoming documents. | B,C |
| Capobianco-Ranallo, Antonella | 5/16/2014 | 0.50 | Review and organize incoming documents. | B,C |
| Capobianco-Ranallo, Antonella | 5/19/2014 | 1.00 | Review and organize incoming documents. | B,C |
| Capobianco-Ranallo, Antonella | 5/22/2014 | 1.00 | Review draft discovery responses and add signature block. | B,C |
| Capobianco-Ranallo, Antonella | 5/23/2014 | 3.90 | Prepare privilege log; print privileged documents. | B,C |
| Capobianco-Ranallo, Antonella | 5/28/2014 | 3.50 | Review and organize incoming documents; review privilege logs at the request of MYeary. | B,C |
| Capobianco-Ranallo, Antonella | 5/29/2014 | 1.50 | Review and organize incoming documents; prepare list regarding subpoenas at the request of MYeary. | B,C |
| Capobianco-Ranallo, Antonella | 5/30/2014 | 2.50 | Review and organize incoming documents. | B,C |

**EXHIBIT 14**

**BLOCK DECHERT**

| Capobianco-Ranallo, Antonella | 6/2/2014 | 2.20 | Review and organize incoming documents; review document production of documents dated prior to 2011 at the request of MYeary. | B,C |
|---|---|---|---|---|
| Capobianco-Ranallo, Antonella | 6/3/2014 | 1.00 | Review and organize documents. | B,C |
| Capobianco-Ranallo, Antonella | 6/4/2014 | 2.50 | Review and organize incoming documents; draft opposition to motion to quash at the request of MYeary. | B,C |
| Capobianco-Ranallo, Antonella | 6/16/2014 | 3.80 | Review and organize incoming documents. | B,C |
| Capobianco-Ranallo, Antonella | 6/17/2014 | 1.30 | Review and organize incoming documents. | B,C |
| Capobianco-Ranallo, Antonella | 6/18/2014 | 1.20 | Review and organize incoming documents. | B,C |
| Capobianco-Ranallo, Antonella | 6/20/2014 | 3.50 | Review and organize incoming documents. Download document produced by co-plaintiffs at the request of MYeary. | B,C |
| Capobianco-Ranallo, Antonella | 6/23/2014 | 1.20 | Review and organize incoming documents. | B,C |
| Capobianco-Ranallo, Antonella | 6/24/2014 | 1.50 | Retrieve and organize incoming documents; review incoming document productions from defendants and contact Crivella West. | B,C |
| Capobianco-Ranallo, Antonella | 6/25/2014 | 0.60 | Review and organize documents. | B,C |
| Capobianco-Ranallo, Antonella | 6/27/2014 | 9.30 | Review and organize incoming documents; provide newley received documents productions to Crivella West; assist MYeary with expert report filings. | B,C |
| Capobianco-Ranallo, Antonella | 6/30/2014 | 2.50 | Review and organize incoming documents; print expert reports at the request of ERosenberg. | B,C |
| Capobianco-Ranallo, Antonella | 7/1/2014 | 1.50 | Review and organize incoming documents; organize co-plaintiffs document production and provide to Crivella West. | B,C |
| Capobianco-Ranallo, Antonella | 7/2/2014 | 0.50 | Review and organize incoming documents. | B,C |
| Capobianco-Ranallo, Antonella | 7/3/2014 | 1.20 | Review and organize incoming documents; organize co-plaintiffs document production and provide to Crivella West. | B,C |
| Capobianco-Ranallo, Antonella | 7/7/2014 | 0.30 | Review and organize incoming documents. | B,C |
| Capobianco-Ranallo, Antonella | 7/8/2014 | 1.50 | Review and organize incoming documents. Perform research at the request of MYeary. | B,C |
| Capobianco-Ranallo, Antonella | 7/9/2014 | 1.00 | Review and organize incoming documents. | B,C |

**EXHIBIT B**

**BLOCK DECHERT**

| | | | | |
|---|---|---|---|---|
| Capobianco-Ranallo, Antonella | 7/10/2014 | 3.50 | Review and organize incoming documents. Perform document review and prepare for production. | B,C |
| Capobianco-Ranallo, Antonella | 7/14/2014 | 2.00 | Review and organize incoming documents. Prepare document production. | B,C |
| Capobianco-Ranallo, Antonella | 7/15/2014 | 2.50 | Review and organize incoming documents. Draft privilege log as to TMFischer production. | B,C |
| Capobianco-Ranallo, Antonella | 7/16/2014 | 2.00 | Review and organize incoming documents. Draft 2nd amended scheduling order. | B,C |
| Capobianco-Ranallo, Antonella | 7/17/2014 | 0.70 | Review and organize incoming documents. | B,C |
| Capobianco-Ranallo, Antonella | 7/18/2014 | 3.00 | Review and organize incoming documents. | B,C |
| Capobianco-Ranallo, Antonella | 7/21/2014 | 0.50 | Review and organize incoming documents. | B,C |
| Capobianco-Ranallo, Antonella | 7/23/2014 | 1.20 | Review and organize incoming documents. | B,C |
| Capobianco-Ranallo, Antonella | 7/24/2014 | 1.00 | Review and organize incoming documents. | B,C |
| Capobianco-Ranallo, Antonella | 7/28/2014 | 2.00 | Review and organize incoming documents. | B,C |
| Capobianco-Ranallo, Antonella | 7/29/2014 | 1.00 | Review and organize incoming documents. | B,C |
| Capobianco-Ranallo, Antonella | 7/30/2014 | 2.50 | Review and organize incoming documents; review incoming productions and confirm with Crivella West the status of documents available on portal. | B,C |
| Capobianco-Ranallo, Antonella | 7/31/2014 | 1.00 | Review and organize incoming documents. Upload new document production. | B,C |
| Capobianco-Ranallo, Antonella | 8/1/2014 | 0.50 | Review and organize incoming documents. | B,C |
| Capobianco-Ranallo, Antonella | 8/4/2014 | 1.50 | Review and organize incoming documents; prepare list at the request of MYeary. | B,C |
| Capobianco-Ranallo, Antonella | 8/5/2014 | 0.70 | Review and organize incoming documents. | B,C |
| Capobianco-Ranallo, Antonella | 8/7/2014 | 1.70 | Review and organize incoming documents; retrieve cases at the request of ERosenberg. | B,C |
| Capobianco-Ranallo, Antonella | 10/10/2014 | 1.50 | Review and organize incoming documents; draft motion for leave at the request of MYeary. | B,C |

**Page 019**

**EXHIBIT F-6**

**BLOCK**
**DECHERT**

| | | | | |
|---|---|---|---|---|
| Capobianco-Ranallo, Antonella | 10/13/2014 | 1.50 | Review and organize incoming filings. | B,C |

**TOTAL** __111.5__