# EXHIBIT B-7
# NAACP & MALC
# VAGUE

VAGUE
TX NAACP-BLEDSOE
GARY BLEDSOE

| Date | Description | User/Quantity | Code |
|---|---|---|---|
| 09/02/2014 | Bench Trial @ 9:00am 3rd floor Rm 310 Attended trial, assisted with depo prep and preparation for cross-examinations | 4 | V, D |
| 09/03/2014 | Bench Trial @ 9:00am 3rd floor Rm 310 Attended trial, assisted with depo prep and preparation for cross-examinations | 8 | V,D |
| 09/04/2014 | Bench Trial @ 9:00am 3rd floor Rm 310 Attended trial, assisted with depo prep and preparation for cross-examinations | 8 | V,D |
| 10/12/2014 | Drafted affidavit for election official | 0.25 | V |
| 02/24/2016 | Conference call and meeting with staff to prepare for conference call in Veasey v. Abbott | 1.25 | V,C |
| 07/28/2016 | Responded to email regarding South Carolina's misleading voter instructions | 0.1 | V,N |
| 08/10/2016 | Call with (712) 775-7031 | 0.3 | V |
| 08/11/2016 | Reviewed and Sent email detailing some of your thoughts about AEO data that was received. | 0.3 | V |

**Page 001**

EXHIBIT B-7

VAGUE

TX NAACP-BLEDSOE

| | | | |
|---|---|---|---|
| 08/11/2016 | Conducted website report review | 0.5 | V |
| 08/11/2016 | Call with (712) 775-7031 | 0.1 | V |
| 08/16/2016 | Reviewed and responded to email regarding news story about Texas planning to appeal strict voter ID case to the U.S. | 0.1 | V |
| 08/16/2016 | Call with (712) 775-7031 | 0.8 | V |
| 08/25/2016 | Drafted 3 affidavits | 2.5 | V |
| 08/26/2016 | Reviewed affidavits | 0.5 | V |
| 09/19/2016 | Call with (712) 775-7031 | 0.4 | V |
| 01/23/2017 | Call with (712) 775-7031 | 0.2 | V |
| 02/21/2017 | ACTIVITIES: Other: Conference Call | 0.6 | V |
| 03/07/2017 | ACTIVITIES: Draft/revise: Reviewing emails, drafts and making comments on | 1.8 | V, D |

**EXHIBIT B-7**

**VAGUE**
**TX NAACP-BLEDSOE**

| | | | |
|---|---|---|---|
| 03/10/2017 | Call with (712) 775-7031 | 0.1 | V |
| 07/17/2017 | Call with (712) 775-7031 | 0.3 | V |
| 08/24/2017 | Call with (712) 775-7031 | 0.4 | V |
| | TOTAL | **30.5** | |

| **Myrna Pérez** | | | |
|---|---|---|---|
| **Date** | **Task Performed** | **Requested** | **Code** |
| 8/29/2013 | Review revised complaint (.6); review and respond to emails re: plaintiff outreach (.3); review and respond to emails regarding revisions to complaint (.6) | 1.5 | BD, V |
| 9/1/2013 | Review and respond to emailsB9:B26 re: plaintiff outreach (.2) | 0.2 | BD, V |
| 9/3/2013 | Confer with w co-counsel re: re: revisions to complaint & plaintiff outreach (1.5) | 1.5 | BD, V |
| 9/4/2013 | Call with J. Garza and others re: plaintiff outreach (.5); review and respond to emails re: plaintiff outreach & Texas law (.4); review and respond to emails re: conflicts check (.1); meet with V. Agraharkar re: plaintiff outreach & intake (.3); call with E. Rosenberg regarding further proceedings (1.0) | 1.2 | BD, V |
| 9/6/2013 | Review and respond to emails re: co-counsel agreement (.2) | 0.2 | BD, V |
| 9/9/2013 | Review and respond to emails re: plaintiff outreach (.1); call with V. Agraharkar re: plaintiff outreach (.3) | 0.4 | BD, V |
| 9/10/2013 | Review flyer re: plaintiff outreach (.2); review and respond to emails re: plaintiff outreach (.2) | 0.4 | BD, V |
| 9/11/2013 | Review and compile internal revisions re: complaint & co-counsel agreement (.3); call with E. Rosenberg, M. Posner, and J. Garza re: complaint & co-counsel agreement (.5); review and respond to emails re: plaintiff outreach (.1) | 0.4 | BD, V |
| 9/12/2013 | Review and revise complaint (1.5); review and respond to emails re: flyer for plaintiff outreach (.1) | 1.6 | BD, V |
| 4/15/2014 | Review and respond to emails with V. Agraharkar and J. Clark re: Deposition prep (.5); Review and respond to emails re: Texas voter id survey (1.5); Review and respond to emails re: Public records request (.5) | 2.5 | V |
| 9/16/2014 | Review and provide edits re Revised COL (1.5); | 1.5 | V |
| 9/17/2014 | Review and respond to emails re Veasey revised remedy document (1.5); Confer with co-counsel for co counsel (1); Review and respond to emails re: Trial strategy (.5); | 3 | V |
| 5/1/2015 | Confer w/ co-counsel (.5) | 0.5 | V |
| | | **TOTAL** | **14.9** |

**VAGUE**
**DECHERT**

| Timekeeper | Workdate | Work Hours | Narr | CODE |
|---|---|---|---|---|
| Yeary, Michelle K. | 8/16/2014 | 4.00 | Texas; deposition summaries; deposition designations, exhibits and general trial | V,E |
| Yeary, Michelle K. | 8/31/2014 | 2.00 | Continue pretrial preparation. | V |
| Yeary, Michelle K. | 9/1/2014 | 2.00 | Pretrial preparation. | V |
| Yeary, Michelle K. | 9/15/2014 | 8.00 | Editing findings of fact, and attention to post trial filings. | V,B,E |
| Yeary, Michelle K. | 9/16/2014 | 10.00 | Editing findings of fact, and attention to post trial filings. | V,B,E |
| Yeary, Michelle K. | 10/14/2014 | 3.00 | Assist with Supreme court briefing. | V |
| | **TOTAL** | **29** | | |

| Timekeeper | Workdate | Work Hours | Narr | Code |
|---|---|---|---|---|
| Rosenberg, Ezra D. | 6/25/2013 | 2.40 | Review Shelby opinion and multiple calls and webinair regarding thereto. | E,V |
| Rosenberg, Ezra D. | 7/2/2013 | 4.00 | Meet with W Weiser and M Perez of Brennan Center in NY. | V,E |
| Rosenberg, Ezra D. | 11/6/2013 | 2.30 | Call with Lawyers Committee and Brennan Center teams regarding miscellaneous issues; work on brief. | V,D |
| Rosenberg, Ezra D. | 11/8/2013 | 2.00 | Continue work on brief. | V |
| Rosenberg, Ezra D. | 11/9/2013 | 3.60 | Continue work on brief. | V |
| Rosenberg, Ezra D. | 11/11/2013 | 8.00 | Work on drafting brief; call with co-counsel re experts; call with J Garza re new case, and multi-emails re thereto. | V,D,E |
| Rosenberg, Ezra D. | 11/16/2013 | 1.80 | Multi calls and emails with M Perez and M Posner re expert issues; emails to co-counsel re discovery issues. | V,E |
| Rosenberg, Ezra D. | 1/3/2014 | 1.00 | Emails to and from G Hebert re data base issues; emails to and from M Posner and M Perez re expert issues; call with M Posner and M Perez re | V,E |
| Rosenberg, Ezra D. | 1/6/2014 | 1.00 | Calls with DOJ regarding data base issues; emails to and from M Posner | V,E |
| Rosenberg, Ezra D. | 1/17/2014 | 2.00 | Call with W Weiser; call with M Posner, W Weiser and M Perez; call with D Freeman; attention to | V,E |
| Rosenberg, Ezra D. | 2/25/2014 | 0.30 | Call with E Westfall and M Posner. | V |
| Rosenberg, Ezra D. | 2/26/2014 | 1.00 | Emails to and from co-counsel regarding miscellaneous items; prepare for conference with DOJ. | V,E |
| Rosenberg, Ezra D. | 2/27/2014 | 5.00 | Review material in preparation for call with plaintiffs team; conduct call; emails to and from E Westfall in preparation for meeting; travel to DC. | V,E |
| Rosenberg, Ezra D. | 4/3/2014 | 3.20 | Prepare for and participate in call with co-counsel; multi calls with DOJ; call with G Hebert; prepare emails to | D,E,V |
| Rosenberg, Ezra D. | 5/13/2014 | 4.00 | Miscellaneous prep re discovery and in judicial notice issues and calls with Westfall and others. | V,B,E |
| Rosenberg, Ezra D. | 6/13/2014 | 7.50 | Preparation for depositions; multi emails re discovery issues and affected | V |
| Rosenberg, Ezra D. | 6/14/2014 | 5.00 | Continue preparation for depositions. | V |
| Rosenberg, Ezra D. | 6/15/2014 | 5.00 | Continue preparation for depositions. | V |
| Rosenberg, Ezra D. | 6/16/2014 | 6.00 | Prepare for deposition. | V |
| Rosenberg, Ezra D. | 6/27/2014 | 8.00 | Attend to miscellaneous calls and emails re filing of expert reports and | V,B,E |
| Rosenberg, Ezra D. | 7/25/2014 | 5.00 | Multi calls and emails regarding data and deposition issues. | V,B,E |
| Rosenberg, Ezra D. | 8/11/2014 | 7.00 | Attention to trial preparation, expert deposition, etc. issues. | V |
| Rosenberg, Ezra D. | 8/12/2014 | 8.00 | Attention to trial preparation, expert depostion, etc., issues. | V |

**VAGUE**
**DECHERT**

| | | | | |
|---|---|---|---|---|
| Rosenberg, Ezra D. | 8/13/2014 | 8.00 | Multiple calls re discovery issues and expert issues; trial preparation. | V |
| Rosenberg, Ezra D. | 8/15/2014 | 5.50 | Participate in call regarding FOF; further attentoin to trial preparation. | V,E |
| Rosenberg, Ezra D. | 8/16/2014 | 6.50 | Work on FOF and deposition | V,E |
| Rosenberg, Ezra D. | 8/17/2014 | 9.80 | Work on FOF and deposition | V,E |
| Rosenberg, Ezra D. | 8/18/2014 | 10.00 | Trial preparation; preparation for expert depositions; attention to | V,E |
| Rosenberg, Ezra D. | 8/19/2014 | 10.00 | Trial preparation; preparation for expert depositions; attention to | V,E |
| Rosenberg, Ezra D. | 8/23/2014 | 12.00 | Prepare for depositions of Hood and Mihlo; continue trial preparation. | B,V |
| Rosenberg, Ezra D. | 8/28/2014 | 9.00 | Continue trial preparation. | V |
| Rosenberg, Ezra D. | 8/29/2014 | 8.00 | Prepare for trial. | V |
| Rosenberg, Ezra D. | 8/30/2014 | 6.00 | Continue trial preparation. | V,E |
| Rosenberg, Ezra D. | 8/31/2014 | 14.00 | Fly to Corpus Christi; meet with State on exhibits/ continue trial preparation. | V |
| | **TOTAL** | **191.9** | | |

**EXHIBIT B-7**
**VAGUE**
**DECHERT**

| Timekeeper | Workdate | Work Hours | Narr | Code |
|---|---|---|---|---|
| Capobianco-Ranallo, Antonella | 2/21/2014 | 0.80 | Provide MYeary with information regarding | V |
| Capobianco-Ranallo, Antonella | 8/14/2014 | 12.00 | Trial preparation. | V,C |
| Capobianco-Ranallo, Antonella | 8/15/2014 | 8.00 | Trial preparation. | V,C |
| Capobianco-Ranallo, Antonella | 8/16/2014 | 1.00 | Trial preparation. | V,C |
| Capobianco-Ranallo, Antonella | 8/17/2014 | 2.00 | Trial preparation. | V,C |
| Capobianco-Ranallo, Antonella | 8/18/2014 | 10.50 | Trial preparation. | V,C |
| Capobianco-Ranallo, Antonella | 8/19/2014 | 11.00 | Trial preparation. | V,C |
| Capobianco-Ranallo, Antonella | 8/20/2014 | 10.50 | Trial preparation. | V,C |
| Capobianco-Ranallo, Antonella | 8/21/2014 | 11.00 | Trial preparation. | V,C |
| Capobianco-Ranallo, Antonella | 8/22/2014 | 17.50 | Trial prepration. | V,C |
| Capobianco-Ranallo, Antonella | 8/25/2014 | 7.50 | Trial preparation. | V,C |
| Capobianco-Ranallo, Antonella | 8/26/2014 | 6.90 | Trial preparation. | V,C |
| Capobianco-Ranallo, Antonella | 8/27/2014 | 7.50 | Trial preparation. | V,C |
| Capobianco-Ranallo, Antonella | 8/28/2014 | 10.00 | Trial preparation. | V,C |
| Capobianco-Ranallo, Antonella | 8/29/2014 | 10.00 | Trial preparation. | V,C |
| Capobianco-Ranallo, Antonella | 8/30/2014 | 6.00 | Trial preparation. | V,C |
| Capobianco-Ranallo, Antonella | 8/31/2014 | 1.00 | Trial preparation. | V,C |
| Capobianco-Ranallo, Antonella | 9/1/2014 | 3.00 | Trial preparation. | V,C |
| Capobianco-Ranallo, Antonella | 9/20/2014 | 3.00 | Post trial work. | V,C |
| Capobianco-Ranallo, Antonella | 9/21/2014 | 3.00 | Post-trial work. | V,C |
| Capobianco-Ranallo, Antonella | 9/22/2014 | 2.00 | Post-trial work. | V,C |
| | **TOTAL** | **144.2** | | |

**VAGUE**
**TX NAACP-NOTZON**

| Date | Task | Sound Billling Judgment | |
|---|---|---:|---|
| 6/2/2014 | Preparing 30(b)(6) witnesses | 1.50 | V |
| 7/1/2014 | conference call | 0.10 | V |
| 2/21/2017 | Conference Call | 0.10 | V |
| 2/23/2017 | Conference Call | 0.10 | V |
| | **TOTAL** | **1.8** | |

**Page 009**