# EXHIBIT B-8
# NAACP & MALC BUSINESS DEVELOPMENT

Case 2:13-cv-00193   Document 1196-16   Filed on 10/17/19 in TXSD   Page 1 of 7

## BUSINESS DEVELOPMENT
## BRENNAN CENTER

| **Myrna Pérez** | | | |
|---|---|---|---|
| 8/14/2013 | Call with potential co-counsel regarding joining case (.5) | 0.5 | BD |
| 8/21/2013 | Review and edit co-counsel agreement (.9) | 0.9 | BD |
| 8/26/2013 | Confer w/ co-counsel re: co-counsel agreement (.6); confer with E. Rosenberg re: co-counsel coordination (.3); review and respond to emails re: name match training (.2) | 0.2 | BD |
| 8/28/2013 | Review John Roberts to AG memo (.2); review co-counsel agreement (.3) | 0.5 | BD |
| 8/29/2013 | Review revised complaint (.6); review and respond to emails re: plaintiff outreach (.3); review and respond to emails regarding revisions to complaint (.6) | 1.5 | BD, V |
| 8/30/2013 | Review emails re: plaintiff outreach updates (.2) review and identify Texas locations of interest (1) | 1.2 | BD |
| 9/1/2013 | Review and respond to emailsB9:B26 re: plaintiff outreach (.2) | 0.2 | BD, V |
| 9/3/2013 | Confer with w co-counsel re: re: revisions to complaint & plaintiff outreach (1.5) | 1.5 | BD, V |

**Page 001**

BUSINESS DEVELOPMENT
BRENNAN CENTER

| | | | |
|---|---|---|---|
| 9/4/2013 | Call with J. Garza and others re: plaintiff outreach (.5); review and respond to emails re: plaintiff outreach & Texas law (.4); review and respond to emails re: conflicts check (.1); meet with V. Agraharkar re: plaintiff outreach & intake (.3); call with E. Rosenberg regarding further proceedings (1.0) | 1.2 | BD, V |
| 9/5/2013 | Call with potential partner on the ground re: plaintiff outreach (.5) | 0.5 | BD |
| 9/6/2013 | Review and respond to emails re: co-counsel agreement (.2) | 0.2 | BD, V |
| 9/9/2013 | Review and respond to emails re: plaintiff outreach (.1); call with V. Agraharkar re: plaintiff outreach (.3) | 0.4 | BD, V |
| 9/10/2013 | Review flyer re: plaintiff outreach (.2); review and respond to emails re: plaintiff outreach (.2) | 0.4 | BD, V |
| 9/11/2013 | Review and compile internal revisions re: complaint & co-counsel agreement (.3); call with E. Rosenberg, M. Posner, and J. Garza re: complaint & co-counsel agreement (.5); review and respond to emails re: plaintiff outreach (.1) | 0.4 | BD, V |
| 9/12/2013 | Review and revise complaint (1.5); review and respond to emails re: flyer for plaintiff outreach (.1) | 1.6 | BD, V |

EXHIBIT B-8

BUSINESS DEVELOPMENT

BRENNAN CENTER

| | | | |
|---|---|---|---|
| 9/26/2013 | Call with potential partner re: Texans without SB 14 ID (.5) | 0.3 | BD |
| 9/27/2013 | Confer w/ co-counsel and DOJ attys re: trial preparation (.6); Review and provide feedback to J. Clark re: voter education intake questionnaire for outreach partner organization (.2) | 0.8 | BD |
| 10/1/2013 | Confer w private plaintiffs re: trial preparation (.5); confer with co-counsel re: prep for private plaintiffs call (.5); Review Section 2 proof points draft document (.2); review and respond to emails from V. Agraharkar re: outreach to individuals without SB 14 ID (.1) | 0.3 | BD |
| 10/9/2013 | Review and respond to emails re: outreach to individuals impacted by SB 14 (.2); review email re: trial schedule (.1) | 0.2 | BD |
| 10/23/2013 | Review and respond to emails re: identifying impacted individuals (.1) | 0.1 | BD |
| 10/24/2013 | Meet with Y. Melville, V. Agraharkar, and J. Clark re: identifying impacted individuals (.3) | 0.3 | BD |
| 11/1/2013 | Review and respond to emails re: Rule 26 filing submission (.2); review and respond to V. Agraharkar work re: plaintiff outreach (.2) | 0.2 | BD |

**EXHIBIT B-8**

**BUSINESS DEVELOPMENT**
**BRENNAN CENTER**

| | | | |
|---|---|---|---|
| 11/6/2013 | Confer w/ Co-counse re: affected person outreach (.7); call with V. Agraharkar re: affected person outreach (.1) | 0.1 | BD |
| 11/13/2013 | Confer w/ Co-counsel re: Ortiz v. Steen complaint (.5); review and respond to emails from V. Agraharkar re: affected person outreach (.2) | 0.2 | BD |
| 11/20/2013 | Review draft Response to Motion to Dismiss (.5); Call with J. Clark re: same (.1); review and respond to emails re: legal research on prudential standing (.5); review and respond to emails re: draft public records request 2013 general election (.2); call with V. Agraharkar re: affected persons outreach (.1) | 0.9 | BD |
| 11/24/2013 | Review and respond to emails re: plaintiff outreach (.1) | 0.1 | BD |
| 1/16/2014 | Call with A. Stubbs, V. Agraharkar, J. Clark re: plaintiff outreach (.5) | 0.5 | BD |
| 1/28/2014 | Call with potential partners (.5); Review and respond to emails re: DOJ call with Dallas County Administrator (.1) | 0.6 | BD |
| 2/17/2014 | Review and respond to emails re: survey call (.5) | 0.5 | BD |
| 2/21/2014 | Review research and respond to emails re: affected persons (1) | 1 | BD |
| 2/26/2014 | Review research and respond to emails re: affected persons (1) | 1 | BD |

**EXHIBIT B-8**
**BUSINESS DEVELOPMENT**
**BRENNAN CENTER**

| | | | |
|---|---|---|---|
| 3/13/2014 | Review and respond to emails re: affected individuals and outreach to counties (.1); Review private plaintiffs' and intervenors' joint supplemental brief on privilege (1); | 1.1 | BD |
| 3/14/2014 | Review research on ethical and practical issues regarding representing a fact witness (.5). | 0.5 | BD |
| 5/8/2014 | Review and respond to emails re: Affected persons (.3); Review and respond to emails re: discovery responses (.8); | 1.1 | BD |
| 5/13/2014 | Review and respond to emails re: Veasey survey data and affected persons research (.8); | 0.8 | BD |
| 5/23/2014 | Review and respond to emails re: search for affected persons (.5); | 0.5 | BD |
| 5/30/2014 | Review and respond to emails re: affected persons (.5); | 0.5 | BD |
| 8/20/2014 | Review and respond to emails re: FOFs draft (1); Review and respond to emails re: affected persons search (.5) | 1.5 | BD, D, E |
| | **TOTAL** | **24.3** | |

**EXHIBIT B-8**
**BUSINESS DEVELOPMENT**
**TX NAACP-NOTZON**

| | Robert Notzon | | |
|---|---|---|---|
| **Date** | **Task** | **Sound Billling Judgment** | |
| 6/26/2013 | Initial discussions regarding filing suit as a result of Shelby County Decision | 0.25 | BD |
| 7/21/2013 | Discussion with client regarding filing suit and obtaining plaintiff representatives and facts supporting the claims | 0.50 | BD |
| 10/10/2013 | Contacting and interviewing potential parties and witnesses | 2.00 | BD |

**TOTAL 2.75**

**Page 006**