# EXHIBIT C-1
# IMANI CLARK TRAVEL

**EXHIBIT C-1**
**TRAVEL**
**LDF**

| Name | Work Date | Hours Billed | Narrative Description | |
|------|-----------|--------------|----------------------|---|
| Aden, Leah | 08/31/14 | 7.2 | Traveled from NYC to Corpus Christi, TX for trial (7.2) (billed at 50% rate) | T |
| Aden, Leah | 09/12/14 | 9.3 | Traveled from Corpus Christi, TX to NYC following trial (billed at 50% rate) | T |
| Aden, Leah | 09/21/14 | 8.6 | Traveled to Corpus Christi, TX from Newark, NJ for closing arguments (billed at 50% rate) | T |
| Aden, Leah | 09/22/14 | 8.6 | Traveled from Corpus Christi, TX to NYC following closing argument at trial (billed at 50% rate) | T |
| | **TOTAL** | **33.7** | | |

| Name | Work Date | Hours Billed | Narrative Description | |
|---|---|---|---|---|
| Haygood, Ryan | 08/31/14 | 7.2 | Traveled from NYC to Corpus Christi, TX for trial (7.2) (billed at 50% rate) | T |
| Haygood, Ryan | 09/12/14 | 9.3 | Traveled from Corpus Christi, TX to NYC following trial (billed at 50% rate) | T |
| Haygood, Ryan | 09/21/14 | 8.6 | Traveled to Corpus Christi, TX from Newark, NJ for closing arguments (billed at 50% rate) | T |
| Haygood, Ryan | 09/22/14 | 8.6 | Traveled from Corpus Christi, TX to NYC following closing argument at trial (billed at 50% rate) | T |
| | **TOTAL** | **33.7** | | |

**EXHIBIT C-1**
**TRAVEL**
**LDF**

| Name | Work Date | Hours Billed | Narrative Description | Code |
|---|---|---|---|---|
| Korgaonkar, Natasha | 08/31/14 | 7.2 | Traveled from NYC to Corpus Christi, TX for trial (7.2) (billed at 50% rate) | T |
| Korgaonkar, Natasha | 09/12/14 | 9.3 | Traveled from Corpus Christi, TX to NYC following trial (billed at 50% rate) | T |
| Korgaonkar, Natasha | 09/21/14 | 8.6 | Traveled to Corpus Christi, TX from Newark, NJ for closing arguments (billed at 50% rate) | T |
| Korgaonkar, Natasha | 09/22/14 | 8.6 | Traveled from Corpus Christi, TX to NYC following closing argument at trial (billed at 50% rate) | T |
| | **TOTAL** | **33.7** | | |

**EXHIBIT C-1**
**TRAVEL**
**LDF**

| Name | Work Date | Hours Billed | Narrative Description | Code |
|---|---|---|---|---|
| Ross, Deuel | 08/27/14 | 7.0 | Travel from NYC to Lubbock, TX for Sen. Duncan deposition (billed at 50% rate) | T |
| Ross, Deuel | 08/28/14 | 7.0 | Travel from NYC to Lubbock, TX for Sen. Duncan deposition (billed at 50% rate) | T |
| Ross, Deuel | 08/31/14 | 7.2 | Traveled from NYC to Corpus Christi, TX for trial (7.2) (billed at 50% rate) | T |
| Ross, Deuel | 09/12/14 | 9.3 | Traveled from Corpus Christi, TX to NYC following trial (billed at 50% rate) | T |
| Ross, Deuel | 09/21/14 | 8.6 | Traveled to Corpus Christi, TX from Newark, NJ for closing arguments (billed at 50% rate) | T |
| Ross, Deuel | 09/22/14 | 8.6 | Traveled from Corpus Christi, TX to NYC following closing argument at trial (billed at 50% rate) | T |
| | **TOTAL** | **47.7** | | |