# EXHIBIT C-4
# IMANI CLARK
# EXCESSIVE

**EXHIBIT 14**
**EXCESSIVE**
**IMANI CLARK**

| Name | Work Date | Hours Billed | Narrative Description | Subtotal | |
|------|-----------|--------------|----------------------|----------|---|
| Haygood, Ryan | 09/20/14 | 8.0 | Drafted and revised closing argument | $3,928.00 | E |

TOTAL     8

**EXHIBIT Q**
**EXCESSIVE**
**IMANI CLARK**

| Name | Work Date | Hours Billed | Narrative Description | Code |
|---|---|---|---|---|
| Korgaonkar, Natasha | 08/22/13 | 10.5 | Drafted and revised to motion to intervene, memorandum of law, complaint, and other ancillary documents (9); reviewed and conducted analysis of amended Veasey complaint (1.5) | B, V, E |
| Korgaonkar, Natasha | 11/11/13 | 3.2 | Revised pl-intervenors TLYVEF et al. Amended Complaint | E |
| Korgaonkar, Natasha | 11/15/13 | 1.5 | Prepared for court-ordered conference; participated in court-ordered conference | B, E |
| Korgaonkar, Natasha | 12/18/13 | 4.0 | Drafted and revised opposition to Def.'s motion to dismiss PI-Intervenors' TLYVEF et al. second amended complaint | E |
| Korgaonkar, Natasha | 12/20/13 | 3.5 | Drafted and revised opposition to Def.'s motion to dismiss PI-Intervenors' TLYVEF et al. second amended complaint | E |
| Korgaonkar, Natasha | 12/23/13 | 7.7 | Reviewed / revised draft opposition to motion to dismiss TLYVEF's second amended complaint | E |
| Korgaonkar, Natasha | 12/30/13 | 7.7 | Reviewed, revised, and prepared for filing draft opposition to motion to dismiss TLYVEF's second amended complaint | E |
| Korgaonkar, Natasha | 02/06/14 | 7.0 | Drafted 30(b)(6) notices | E, V |
| Korgaonkar, Natasha | 02/12/14 | 1.5 | Prepared for and participated in status conference before the Court | B, E |
| Korgaonkar, Natasha | 02/14/14 | 2.0 | Prepared for and participated in Court hearing | B, E |
| Korgaonkar, Natasha | 04/01/14 | 3.0 | Prepared for and participated in Court hearing | B, E |
| Korgaonkar, Natasha | 04/16/14 | 3.0 | Prepared for and participated in motion hearing before Court | V, B, E |
| Korgaonkar, Natasha | 04/17/14 | 9.0 | Reviewed and revised D. Ross Ingram deposition outline (2.0); reviewed and commented on expert (V. Burton) draft report (7.0) | E, V, D |

**EXHIBIT 14**

**EXCESSIVE**

**IMANI CLARK**

| | | | | |
|---|---|---|---|---|
| Korgaonkar, Natasha | 05/11/14 | 4.0 | Prepared for upcoming Court hearing | V, B, E |
| Korgaonkar, Natasha | 05/14/14 | 1.0 | Prepared for upcoming Court hearing | V, B, E |
| Korgaonkar, Natasha | 05/15/14 | 1.5 | Prepared for and participated in Court hearing | V, B, E |
| Korgaonkar, Natasha | 05/20/14 | 1.0 | Prepared for and participated in Court hearing | V, B, E |
| Korgaonkar, Natasha | 05/28/14 | 2.0 | Prepared for and participated in status hearing before Court | V, B, E |
| Korgaonkar, Natasha | 06/17/14 | 9.5 | Prepared client (TLYVEF/B. Green) for deposition | E |
| Korgaonkar, Natasha | 07/30/14 | 2.0 | Prepared for and attended status conference with Court | B, V, E |
| Korgaonkar, Natasha | 08/21/14 | 1.5 | Prepared for and participated in hearing before Court | B, V, E |
| Korgaonkar, Natasha | 08/22/14 | 1.0 | Prepared for and participated in hearing before Court | B, V, E |
| | **TOTAL** | **87.1** | | |

**EXHIBIT 18**

**EXCESSIVE**

**IMANI CLARK**

| Nelson, Janai | 04/21/15 | 5.0 | Prepared for 5th Cir. COA argument moot | $544.00 | D, E |
|---|---|---|---|---|---|
| | **TOTAL** | **5.0** | | | |

**EXHIBIT E**

**EXCESSIVE**

**IMANI CLARK**

| Name | Work Date | Hours Billed | Narrative Description | Code |
|------|-----------|--------------|----------------------|------|
| Ross, Deuel | 05/11/16 | 5.7 | Participated in a call with Private-Pls re en banc argument (1); Prepared memos for oral argument re en banc proceedings (1.2); Participated in moot of oral argument for en banc proceedings (3.5) | D, E |
| Ross, Deuel | 05/12/16 | 0.8 | Drafted memos to prepare for oral argument re en banc proceedings | D, E |
| Ross, Deuel | 05/16/16 | 4.3 | Reviewed and corresponded re Record on Appeal for en banc proceedings (.2); Researched and drafted oral argument preparation documents for en banc proceedings (4.1) | D, E |
| | **TOTAL** | **10.8** | | |

**EXHIBIT 9**
**EXCESSIVE**
**WILMER HALE**

| Name | Work Date | Hours Billed | Narrative | |
|---|---|---|---|---|
| Ali, Hasan | 11/13/2013 | 2.0 | REVISE AMENDED COMPLAINT | E |
| Ali, Hasan | 11/14/2013 | 2.0 | REVIEW, REVISE, AND FILE AMENDED COMPLAINT | E,C |
| Ali, Hasan | 1/8/2014 | 3.2 | REVISE AND UPDATE LIST OF PROPOSED DEPONENTS | E |
| Ali, Hasan | 1/21/2014 | 6.7 | DRAFT AND REVIEW ANNOTATED WITNESS LIST | E |
| Ali, Hasan | 2/14/2014 | 1.1 | PARTICIPATE IN COURT TELECONFERENCE REGARDING UPCOMING DISCOVERY SCHEDULE | D,E |
| Ali, Hasan | 4/4/2014 | 3.1 | DRAFT AND REVISE SUBPOENA TO TEXAS ATTORNEY GENERAL'S OFFICE | E |
| Ali, Hasan | 4/23/2014 | 1.5 | PARTICIPATE IN MOCK DEPOSITION OF M. BESSIAKE | D,E |
| Ali, Hasan | 6/4/2014 | 0.7 | TELECONFERENCE WITH D. CONLEY, N. KORGAONKAR, AND B. GREEN REGARDING DEPOSITION PREP | D,E |

**TOTAL**    **20.3**

**EXHIBIT**
**EXCESSIVE**
**WILMER HALE**

| Name | Work Date | Hours Billed | Narrative | |
|------|-----------|--------------|-----------|---|
| Conley, Danielle | 10/11/2013 | 0.6 | PARTICIPATE IN CONFERENCE CALL WITH COURT | E |
| Conley, Danielle | 6/17/2014 | 8.1 | PREPARE CLIENT FOR DEPOSITION | E |
| Conley, Danielle | 6/18/2014 | 2.0 | PREPARE CLIENT FOR DEPOSITION | E |
| Conley, Danielle | 7/10/2014 | 7.8 | PREPARE FOR DEPOSITION OF SENATOR PATRICK | E |
| Conley, Danielle | 7/24/2014 | 2.0 | PARTICIPATE IN COURT HEARING | E |
| Conley, Danielle | 8/27/2014 | 2.0 | PREPARE FOR AND ATTEND PRE-TRIAL CONFERENCE | E |
| Conley, Danielle | 9/4/2014 | 1.7 | REVIEW AND COMMENT ON DEPOSITION DESIGNATIONS | E |
| Conley, Danielle | 9/9/2014 | 10.0 | ATTEND TRIAL | E |
| Conley, Danielle | 9/11/2014 | 5.2 | ATTEND TRIAL | E |
| Conley, Danielle | 9/17/2014 | 4.0 | EDIT FINDINGS OF FACT AND CONCLUSIONS OF LAW | E |
| Conley, Danielle | 4/24/2015 | 5.0 | PARTICIPATE IN MOOT COURT | E,D |

**TOTAL**    **48.4**

**EXHIBIT B**
**EXCESSIVE**
**WILMER HALE**

| Name | Work Date | Hours Billed | Narrative | Total Amount Billed | |
|------|-----------|--------------|-----------|---------------------|---|
| Dunbar, Kelly | 9/18/2013 | 1.2 | PREPARE FOR AND PARTICIPATE ON DISCOVERY CONFERENCE CALL WITH THE PARTIES | $500.40 | D,E |
| Dunbar, Kelly | 10/4/2013 | 1.0 | PREPARE FOR AND PARTICIPATE IN STATUS CONFERENCE WITH COURT | $417.00 | D,E |
| Dunbar, Kelly | 10/11/2013 | 0.6 | PARTICIPATE ON CONFERENCE CALL WITH COURT RE: CASE STATUS | $250.20 | D,E |
| Dunbar, Kelly | 10/18/2013 | 0.6 | PREPARE FOR AND PARTICIPATE ON TELEPHONIC STATUS CONFERENCE WITH COURT | $250.20 | D,E |
| Dunbar, Kelly | 11/15/2013 | 1.4 | PREPARE FOR AND PARTICIPATE ON TELEPHONIC CONFERENCE WITH DISTRICT COURT | $583.80 | D,E |
| Dunbar, Kelly | 11/22/2013 | 0.5 | PARTICIPATE ON STATUS CONFERENCE CALL WITH COURT RE: SCHEDULING | $208.50 | D,E |
| Dunbar, Kelly | 12/18/2013 | 4.7 | REVIEW AND REVISE OPPOSITION TO MOTION TO DISMISS | $1,959.90 | E |
| Dunbar, Kelly | 12/19/2013 | 3.8 | REVIEW AND REVISE OPPOSITION TO MOTION TO DISMISS | $1,584.60 | E |
| Dunbar, Kelly | 12/20/2013 | 1.9 | REVIEW AND REVISE OPPOSITION TO MOTION TO DISMISS | $792.30 | E |
| Dunbar, Kelly | 12/24/2013 | 0.8 | REVISE PROPOSED REVISIONS TO OPPOSITION TO MOTION TO DISMISS | $333.60 | E |
| Dunbar, Kelly | 12/26/2013 | 2.2 | REVIEW AND REVISE OPPOSITION TO MOTION TO DISMISS | $917.40 | E |
| Dunbar, Kelly | 12/30/2013 | 2.0 | REVIEW AND REVISE OPPOSITION TO MOTION TO DISMISS | $834.00 | E |
| Dunbar, Kelly | 3/5/2014 | 2.5 | PREPARE FOR AND ATTEND HEARING RE PRIVILEGE AND SCHEDULING ISSUES | $1,042.50 | B,E |
| Dunbar, Kelly | 4/1/2014 | 2.1 | PREPARE FOR AND PARTICIPATE BY PHONE IN JUDICIAL HEARING RE: PRIVILEGE AND SCHEDULING ISSUES | $875.70 | B,E |
| Dunbar, Kelly | 4/8/2014 | 0.9 | PREPARE FOR AND PARTICIPATE ON TELEPHONIC STATUS HEARING WITH COURT | $375.30 | E |

**EXHIBIT C**
**EXCESSIVE**
**WILMER HALE**

| Dunbar, Kelly | 4/28/2014 | 6.5 | REVIEW AND REVISE PETERS DEPOSITION OUTLINE | $2,710.50 | E |
|---|---|---|---|---|---|
| Dunbar, Kelly | 5/20/2014 | 0.4 | PARTICIPATE ON STATUS CONFERENCE CALL WITH COURT | $166.80 | E |
| Dunbar, Kelly | 6/6/2014 | 1.5 | PREPARE FOR AND PARTICIPATE IN TELEPHONIC JUDICIAL HEARING | $625.50 | E |
| Dunbar, Kelly | 7/1/2014 | 3.2 | REVIEW AND REVISE MOTION TO COMPEL OAG TESTIMONY | $1,334.40 | E |
| Dunbar, Kelly | 7/8/2014 | 1.1 | REVIEW AND REVISE MOTION TO COMPEL | $458.70 | E |
| Dunbar, Kelly | 7/8/2014 | 5.0 | REVIEW AND REVISE MCCOY DEPOSITION OUTLINE | $2,085.00 | E |
| Dunbar, Kelly | 7/23/2014 | 3.9 | PREPARE OUTLINE OF ORAL ARGUMENT FOR MOTION TO COMPEL OAG DEPOSITION HEARING | $1,626.30 | E |
| Dunbar, Kelly | 7/24/2014 | 2.7 | PREPARE FOR AND PARTICIPATE ON TELEPHONIC HEARING RE: MOTION TO COMPEL OAG DEPOSITION | $1,125.90 | E |
| Dunbar, Kelly | 8/21/2014 | 0.6 | PARTICIPATE ON TELEPHONE HEARING WITH COURT | $250.20 | E |
| Dunbar, Kelly | 8/27/2014 | 2.0 | PREPARE FOR AND PARTICIPATE IN PRE-TRIAL CONFERENCE | $834.00 | E |
| Dunbar, Kelly | 9/2/2014 | 9.9 | PREPARE FOR AND ATTEND TRIAL DAY 1 | $4,128.30 | D,E |
| Dunbar, Kelly | 9/3/2014 | 9.6 | PREPARE FOR AND ATTEND TRIAL DAY 2 | $4,003.20 | D,E |
| Dunbar, Kelly | 9/4/2014 | 11.1 | PREPARE FOR AND ATTEND TRIAL DAY 3 | $4,628.70 | D,E |
| Dunbar, Kelly | 9/8/2014 | 10.1 | ATTEND DAY 5 OF TRIAL | $4,211.70 | D,E |
| Dunbar, Kelly | 9/9/2014 | 10.9 | PREPARE FOR AND ATTEND TRIAL DAY 6 | $4,545.30 | D,E |
| Dunbar, Kelly | 9/10/2014 | 10.6 | PREPARE FOR AND ATTEND TRIAL DAY 7 | $4,420.20 | D,E |
| **TOTAL** | | **115.3** | | | |

**EXHIBIT C**
**EXCESSIVE**
**WILMER HALE**

| Name | Rate | Work Date | Hours Billed | Narrative | |
|------|------|-----------|--------------|-----------|---|
| Eisenberg, Lynn | $307 | 5/15/2014 | 1.5 | ATTEND STATUS CONFERENCE | D,E |
| Eisenberg, Lynn | $340 | 7/8/2014 | 1.6 | EDIT DRAFT MOTION TO COMPEL | D,E |
| Eisenberg, Lynn | $340 | 7/9/2014 | 1.5 | EDIT DRAFT MOTION TO COMPEL | D,E |
| | | **TOTAL** | **4.6** | | |

**EXHIBIT C**
**EXCESSIVE**
**WILMER HALE**

| Name | Work Date | Hours Billed | Narrative | |
|------|-----------|--------------|-----------|---|
| Faransso, Tania | 5/21/2014 | 2.1 | REVIEW AND COMMENT ON BRATTLE EXPERT REPORT | D,E |
| Faransso, Tania | 5/22/2014 | 0.6 | REVIEW AND COMMENT ON BRATTLE EXPERT REPORT | D,E |
| Faransso, Tania | 6/10/2014 | 0.5 | EDIT 30(B)(6) OBJECTIONS | D,E |
| Faransso, Tania | 6/13/2014 | 1.2 | REVIEW AND REVISE MOTION TO COMPEL | D,E |
| Faransso, Tania | 6/21/2014 | 1.8 | REVIEW AND PROVIDE COMMENTS ON EXPERT REPORT | D,E |
| Faransso, Tania | 6/26/2014 | 6.5 | REVIEW AND PROVIDE COMMENTS ON EXPERT REPORT | D,E |
| Faransso, Tania | 6/27/2014 | 4.8 | REVIEW AND PROVIDE COMMENTS ON EXPERT REPORT | D,E |
| Faransso, Tania | 7/8/2014 | 1.0 | DISCUSS EXPERT REBUTTAL REPORTS WITH BRATTLE GROUP | D,E |
| Faransso, Tania | 7/17/2014 | 4.0 | DRAFT FINDINGS OF FACT RE: EXPERTS | D,E |
| Faransso, Tania | 7/18/2014 | 4.0 | DRAFT FINDINGS OF FACT RE: EXPERTS | D,E |
| Faransso, Tania | 7/20/2014 | 5.5 | REVIEW AND REVISE FINDINGS OF FACT | D,E |
| Faransso, Tania | 7/25/2014 | 2.0 | PARTICIPATE IN CONFERENCE CALL WITH BRATTLE GROUP | D,E |
| Faransso, Tania | 7/30/2014 | 1.0 | PARTICIPATE VIA PHONE IN STATUS CONFERENCE WITH THE COURT | E |
| Faransso, Tania | 8/4/2014 | 2.0 | REVISE FINDINGS OF FACT | D,E |
| Faransso, Tania | 8/7/2014 | 1.0 | FINALIZE AND REVIEW DEPOSITION DESIGNATIONS | D,E |
| Faransso, Tania | 8/9/2014 | 3.2 | REVIEW/REVISE PLAINTIFFS' EXHIBIT LIST | D,E |
| Faransso, Tania | 8/10/2014 | 2.4 | REVIEW/REVISE PLAINTIFF'S EXHIBIT LIST | D,E |
| Faransso, Tania | 8/11/2014 | 2.5 | REVIEW/REVISE PLAINTIFFS' EXHIBIT LIST | D,E |
| Faransso, Tania | 8/11/2014 | 2.5 | DRAFT EXPERT DEPOSITION PREP OUTLINE | D,E |
| Faransso, Tania | 8/12/2014 | 2.3 | REVIEW AND REVISE FINDINGS OF FACT | D,E |
| Faransso, Tania | 8/13/2014 | 1.5 | REVIEW AND REVISE FINDINGS OF FACT | D,E |
| Faransso, Tania | 8/13/2014 | 1.2 | REVIEW AND SUBMIT UPDATED DEPOSITION TRANSCRIPT DESIGNATIONS | D,E |
| Faransso, Tania | 8/13/2014 | 0.6 | REVIEW AND PROVIDE COMMENTS ON EXPERT REPLY BRIEF | D,E |
| Faransso, Tania | 8/13/2014 | 1.5 | REVIEW AND REVISE EXPERT DEPOSITION PREP OUTLINE | D,E |

**EXHIBIT (Cd**

## EXCESSIVE
## WILMER HALE

| | | | | |
|---|---|---|---|---|
| Faransso, Tania | 8/14/2014 | 2.0 | REVIEW AND REVISE FINDINGS OF FACT | D,E |
| Faransso, Tania | 8/15/2014 | 4.0 | REVIEW AND REVISE FINDINGS OF FACT AND CONCLUSIONS OF LAW | D,E |
| Faransso, Tania | 8/19/2014 | 4.0 | REVIEW AND REVISE FINDINGS OF FACT AND CONCLUSIONS OF LAW | D,E |
| Faransso, Tania | 8/21/2014 | 1.9 | REVIEW AND REVISE FINDINGS OF FACT | D,E |
| Faransso, Tania | 8/22/2014 | 2.2 | PREPARE FINDINGS OF FACT AND CONCLUSIONS OF LAW | D,E |
| Faransso, Tania | 8/28/2014 | 1.3 | REVIEW DEFENDANT'S EXHIBITS FOR OBJECTIONS | D,E |
| Faransso, Tania | 8/28/2014 | 1.8 | REVIEW DEFENDANTS' COUNTER-DESIGNATIONS FOR OBJECTIONS | D,E |
| Faransso, Tania | 8/29/2014 | 3.0 | DRAFT EXPERT DIRECT EXAMINATION | D,E |
| Faransso, Tania | 9/12/2014 | 1.4 | REVIEW AND SUPPLEMENT POST-TRIAL FINDINGS OF FACT | D,E |
| Faransso, Tania | 9/15/2014 | 3.9 | REVIEW AND REVISE POST-TRIAL FINDINGS OF FACT | D,E |
| Faransso, Tania | 9/16/2014 | 1.0 | REVIEW AND REVISE POST-TRIAL FINDINGS OF FACT | D,E |
| Faransso, Tania | 9/17/2014 | 2.0 | REVIEW AND REVISE POST-TRIAL FINDINGS OF FACT | D,E |
| Faransso, Tania | 9/18/2014 | 3.8 | REVIEW AND REVISE POST-TRIAL FINDINGS OF FACT | D,E |
| Faransso, Tania | 9/18/2014 | 3.0 | REVIEW AND REVISE DRAFT CLOSING ARGUMENT | D,E |
| Faransso, Tania | 9/19/2014 | 1.1 | REVIEW DRAFT CLOSING ARGUMENTS | D,E |
| Faransso, Tania | 9/19/2014 | 0.6 | CONFER WITH MS. CONLEY, MR. DUNBAR, AND EXPERT REGARDING AMENDED EXPERT REPORT | D,E |
| Faransso, Tania | 9/21/2014 | 0.7 | CONFER WITH EXPERT REGARDING AMENDED REPORTS | D,E |
| Faransso, Tania | 10/11/2014 | 3.2 | ASSIST IN DRAFTING OPPOSITION TO MOTION TO STAY | D,E |
| Faransso, Tania | 1/27/2015 | 5.3 | DRAFT OUTLINE OF STATEMENT OF FACTS FOR APPELLATE BRIEF | D,E |
| Faransso, Tania | 2/5/2015 | 2.7 | DRAFT SECTION FOR BRIEF REGARDING STUDENTS | D,E |
| Faransso, Tania | 2/20/2015 | 5.5 | DRAFT BACKGROUND STATEMENT OF FACTS FOR APPELLATE BRIEF | D,E |
| Faransso, Tania | 2/22/2015 | 5.0 | DRAFT STATEMENT OF CASE FOR RESPONSE BRIEF | D,E |

**EXHIBIT G**
## EXCESSIVE
## WILMER HALE

| Faransso, Tania | 2/23/2015 | 1.5 | DRAFT STATEMENT OF CASE FOR RESPONSE BRIEF | D,E |
|---|---|---|---|---|
| Faransso, Tania | 2/28/2015 | 5.0 | REVIEW AND REVISE FIFTH CIRCUIT BRIEF | D,E |
| Faransso, Tania | 3/1/2015 | 1.5 | REVIEW AND REVISE FIFTH CIRCUIT RESPONSE BRIEF | D,E |
| Faransso, Tania | 3/2/2015 | 5.0 | REVIEW AND REVISE FIFTH CIRCUIT RESPONSE BRIEF | D,E |
| Faransso, Tania | 3/3/2015 | 7.0 | REVIEW AND REVISE FIFTH CIRCUIT RESPONSE BRIEF | D,E |
| Faransso, Tania | 12/21/2015 | 0.3 | REVIEW AND REVISE DRAFT OF PRIVATE PLAINTIFFS' 28(J) LETTER | D,E |
| Faransso, Tania | 8/12/2016 | 1.6 | PARTICIPATE ON BEHALF OF WILMERHALE AND LDF IN STATUS CONFERENCE WITH THE COURT | E |

**TOTAL**     **137**

**EXCESSIVE**
**WILMER HALE**

| Name | Work Date | Hours Billed | Narrative | |
|------|-----------|--------------|-----------|---|
| Lebsack, Sonya L. | 12/15/2013 | 6.2 | DRAFT OPPOSITION TO TEXAS'S MOTION TO DISMISS | D,E |
| Lebsack, Sonya L. | 12/16/2013 | 7.0 | DRAFT OPPOSITION TO TEXAS'S MOTION TO DISMISS | D,E |
| Lebsack, Sonya L. | 12/19/2013 | 4.2 | REVISE OPPOSITION TO TEXAS'S MOTION TO DISMISS | D,E |
| Lebsack, Sonya L. | 12/20/2013 | 5.7 | REVISE OPPOSITION TO TEXAS'S MOTION TO DISMISS | D,E |
| Lebsack, Sonya L. | 12/24/2013 | 5.9 | REVISE OPPOSITION TO TEXAS'S MOTION TO DISMISS | D,E |
| Lebsack, Sonya L. | 12/25/2013 | 6.3 | REVISE OPPOSITION TO TEXAS'S MOTION TO DISMISS | D,E |
| Lebsack, Sonya L. | 12/26/2013 | 5.2 | REVISE OPPOSITION TO TEXAS'S MOTION TO DISMISS | D,E |
| Lebsack, Sonya L. | 12/29/2013 | 3.9 | REVISE OPPOSITION TO TEXAS'S MOTION TO DISMISS | D,E |
| Lebsack, Sonya L. | 12/30/2013 | 7.2 | REVISE OPPOSITION TO TEXAS'S MOTION TO DISMISS AND FINALIZE FOR FILING | D,E |
| Lebsack, Sonya L. | 2/7/2014 | 5.1 | REVISE AND PROOF 30(B)(6) NOTICES | D,E |
| Lebsack, Sonya L. | 2/19/2014 | 4.4 | REVISE LEGISLATIVE PRIVILEGE BRIEF | D,E |
| Lebsack, Sonya L. | 2/20/2014 | 3.2 | REVISE LEGISLATIVE PRIVILEGE BRIEF | D,E |
| Lebsack, Sonya L. | 2/21/2014 | 2.6 | REVISE LEGISLATIVE PRIVILEGE BRIEF | D,E |
| Lebsack, Sonya L. | 3/3/2014 | 1.5 | REVIEW MATIERIALS IN PREPARATION FOR MEETING WITH THE BRATTLE GROUP | D,E |
| Lebsack, Sonya L. | 3/4/2014 | 2.0 | ATTEND MEETING WITH THE BRATTLE GROUP | D,E |
| Lebsack, Sonya L. | 3/4/2014 | 2.6 | REVISE AND DRAFT COMMENTS ON BRATTLE PROPOSAL | D,E |
| Lebsack, Sonya L. | 3/15/2014 | 2.2 | REVISE LITIGATION CLAIMS CHART | D,E |
| Lebsack, Sonya L. | 3/20/2014 | 2.1 | DRAFT AND REVIEW 30(B)(6) NOTICE FOR THE TEXAS AG | D,E |
| Lebsack, Sonya L. | 3/21/2014 | 2.3 | COMMENT ON BURTON EXPERT REPORT DRAFT | D,E |
| Lebsack, Sonya L. | 5/1/2014 | 0.5 | ATTEND TELEPHONIC HEARING REGARDING LEGISLATIVE PRIVILEGE | D,E |
| Lebsack, Sonya L. | 6/11/2014 | 2.6 | REVISE MOTION TO COMPEL OAG DEPOSITION | D,E |
| Lebsack, Sonya L. | 6/12/2014 | 3.0 | REVISE DRAFT MOTION TO COMPEL | D,E |
| Lebsack, Sonya L. | 7/24/2014 | 3.5 | REVISE DRAFT FINDINGS OF FACT | D,E |
| Lebsack, Sonya L. | 7/25/2014 | 3.2 | REVISE DRAFT FINDINGS OF FACT | D,E |
| Lebsack, Sonya L. | 7/30/2014 | 4.7 | REVISE BURTON FINDING OF FACT AND RELATED ANALYSIS | D,E |

EXHIBIT C-4

## EXCESSIVE
## WILMER HALE

| Lebsack, Sonya L. | 8/1/2014 | 2.0 | REVISE TLYVEF FINDINGS OF FACT | D,E |
|---|---|---|---|---|
| Lebsack, Sonya L. | 8/3/2014 | 2.0 | REVISE FINDINGS OF FACTS FOR THE TLYVEF | D,E |
| Lebsack, Sonya L. | 8/4/2014 | 2.0 | REVISE TLYVEF FINDINGS OF FACT | D,E |
| Lebsack, Sonya L. | 9/17/2014 | 3.9 | REVISE CLOSING STATEMENT | D,E |
| Lebsack, Sonya L. | 9/18/2014 | 3.2 | REVISE CLOSING STATEMENT | D,E |
| Lebsack, Sonya L. | 10/11/2014 | 14.6 | DRAFT RESPONSE TO DEFENDANT'S 5TH CIRCUIT PETITION | D,E |
| Lebsack, Sonya L. | 10/12/2014 | 6.3 | DRAFT RESPONSE TO DEFENDANT'S 5TH CIRCUIT PETITION | D,E |
| Lebsack, Sonya L. | 2/2/2015 | 0.6 | REVISE SECTION 2 INTENT OUTLINE | D,E |
| Lebsack, Sonya L. | 2/3/2015 | 0.7 | REVISE SECTION 2 INTENT OUTLINE | D,E |
| Lebsack, Sonya L. | 2/7/2015 | 6.2 | DRAFT OPPOSITION BRIEF | D,E |
| Lebsack, Sonya L. | 2/8/2015 | 10.5 | DRAFT OPPOSITION BRIEF | D,E |
| Lebsack, Sonya L. | 2/9/2015 | 6.4 | DRAFT OPPOSITION BRIEF | D,E |
| Lebsack, Sonya L. | 2/10/2015 | 3.8 | DRAFT OUTLINE OF INTENT ARGUMENT | D,E |
| Lebsack, Sonya L. | 3/2/2015 | 5.0 | REVIEW DRAFT BRIEF | D,E |

**TOTAL   164.3**

**EXHIBIT C-4**
**EXCESSIVE**

| Name | Work Date | Hours Billed | Narrative | |
|------|-----------|--------------|-----------|---|
| Paikin, Jonathan E. | 8/25/2013 | 1.0 | REVIEW EDITS TO COMPLAINT AND MOTION TO INTERVENE | D,E |
| Paikin, Jonathan E. | 1/29/2014 | 3.7 | PREPARE FOR AND MEET WITH BRATTLE GROUP | D,E |
| Paikin, Jonathan E. | 2/14/2014 | 1.1 | TELEPHONIC STATUS CONFERENCE WITH COURT | D,E |
| Paikin, Jonathan E. | 3/25/2014 | 2.7 | PREPARE FOR AND MEET WITH BRATTLE GROUP AND REVIEW DRAFT REPORT | D,E |
| Paikin, Jonathan E. | 4/7/2014 | 0.4 | REVIEW 30(B)(6) AND SUBPOENA | D,E |
| Paikin, Jonathan E. | 4/7/2014 | 0.4 | REVIEW COMMENTS TO EXPERT REPORT | D,E |
| Paikin, Jonathan E. | 4/29/2014 | 2.0 | PREPARE INTERROGATORY RESPONSES | D,E |
| Paikin, Jonathan E. | 5/16/2014 | 1.5 | REVIEW DRAFT BRATTLE REPORT | D,E |
| Paikin, Jonathan E. | 5/16/2014 | 1.0 | MEET WITH BRATTLE GROUP | D,E |
| Paikin, Jonathan E. | 5/29/2014 | 0.4 | REVIEW COMMENTS TO BURTON REPORT | D,E |
| Paikin, Jonathan E. | 6/26/2014 | 1.8 | REVIEW AND COMMENT ON BRATTLE REPORT | D,E |
| Paikin, Jonathan E. | 1/15/2015 | 3.2 | DRAFT PRELIMINARY STATEMENT | D,E |
| Paikin, Jonathan E. | 1/16/2015 | 4.0 | PREPARE PRELIMINARY STATEMENT AND OUTLINE | D,E |
| Paikin, Jonathan E. | 3/2/2015 | 2.8 | REVIEW AND COMMENT ON BRIEF | D,E |

**TOTAL      26**

## EXHIBIT C-1
## EXCESSIVE
## WILMER HALE

| Name | Work Date | Hours Billed | Narrative | |
|------|-----------|--------------|-----------|---|
| Robinson, Matthew | 1/30/2015 | 1.6 | CONTINUE DRAFTING SECTION 2 PORTIONS OF BRIEF OUTLINE | D,E |
| Robinson, Matthew | 1/31/2015 | 9.1 | CONTINUE DRAFTING SECTION 2 PORTION OF BRIEF OUTLINE | D,E |
| Robinson, Matthew | 2/1/2015 | 10.2 | CONTINUE DRAFTING SECTION 2 OUTLINE | D,E |
| Robinson, Matthew | 2/5/2015 | 2.6 | CONTINUE REVISING SECTION 2 OUTLINE | D,E |
| Robinson, Matthew | 2/7/2015 | 1.3 | CONTINUE REVISING DRAFT SECTION 2 OUTLINE | D,E |
| Robinson, Matthew | 2/8/2015 | 5.2 | COMPLETE REVISED DRAFT OF SECTION 2 OUTLINE | D,E |
| Robinson, Matthew | 2/10/2015 | 2.9 | REVISE SECTION 2 OUTLINE | D,E |
| Robinson, Matthew | 4/22/2016 | 2.0 | CONTINUE DRAFTING EN BANC BRIEF | D,E |
| Robinson, Matthew | 4/23/2016 | 3.2 | CONTINUE DRAFTING EN BANC BRIEF | D,E |
| Robinson, Matthew | 4/25/2016 | 1.0 | REVISE DRAFT EN BANC BRIEF | D,E |
| Robinson, Matthew | 5/6/2016 | 1.5 | REVIEW AND REVISE EN BANC BRIEF IN PREPARATION FOR FILING | D,E |
| Robinson, Matthew | 5/7/2016 | 5.0 | CONTINUE DRAFTING AND REVISING BRIEF | D,E |
| Robinson, Matthew | 5/8/2016 | 8.0 | CONTINUE REVISING BRIEF FOR FILING | D,E |
| Robinson, Matthew | 5/19/2016 | 4.2 | PREPARE FOR AND ATTEND MOOT | D,E |
| Robinson, Matthew | 5/24/2016 | 5.0 | PREPARE FOR AND ATTEND EN BANC HEARING | D,E |

**TOTAL**     **62.8**

**EXHIBIT C**
**EXCESSIVE**
**WILMER HALE**

| Name | Work Date | Hours Billed | Narrative | |
|------|-----------|--------------|-----------|---|
| Shordt, Richard | 3/6/2014 | 3.7 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 3/7/2014 | 1.5 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 3/9/2014 | 0.3 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 3/10/2014 | 4.9 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 3/11/2014 | 3.5 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 3/12/2014 | 2.1 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 3/13/2014 | 1.2 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 3/16/2014 | 1.1 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 3/17/2014 | 4.5 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 3/18/2014 | 4.1 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 3/18/2014 | 1.4 | PREPARE TEXAS DISCOVERY REQUEST RESPONSES, OBJECTIONS | D,E |
| Shordt, Richard | 3/19/2014 | 2.1 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 3/19/2014 | 1.2 | PREPARE TEXAS DISCOVERY REQUEST RESPONSES, OBJECTIONS | D,E |
| Shordt, Richard | 3/20/2014 | 3.0 | PREPARE TEXAS DISCOVERY REQUEST RESPONSES, OBJECTIONS | D,E |
| Shordt, Richard | 3/21/2014 | 1.7 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 3/21/2014 | 0.3 | PREPARE TEXAS DISCOVERY REQUEST RESPONSES, OBJECTIONS | D,E |
| Shordt, Richard | 3/23/2014 | 2.9 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 3/23/2014 | 1.1 | PREPARE TEXAS DISCOVERY REQUEST RESPONSES, OBJECTIONS | D,E |
| Shordt, Richard | 3/24/2014 | 2.7 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 3/24/2014 | 1.5 | PREPARE TEXAS DISCOVERY REQUEST RESPONSES, OBJECTIONS | D,E |
| Shordt, Richard | 3/25/2014 | 1.0 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 3/25/2014 | 0.6 | PREPARE TEXAS DISCOVERY REQUEST RESPONSES, OBJECTIONS | D,E |
| Shordt, Richard | 3/26/2014 | 1.1 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |

EXHIBIT C
EXCESSIVE
WILMER HALE

| | | | | |
|---|---|---|---|---|
| Shordt, Richard | 3/26/2014 | 0.7 | PREPARE TEXAS DISCOVERY REQUEST RESPONSES, OBJECTIONS | D,E |
| Shordt, Richard | 3/27/2014 | 2.1 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 3/27/2014 | 0.4 | PREPARE TEXAS DISCOVERY REQUEST RESPONSES, OBJECTIONS | D,E |
| Shordt, Richard | 3/28/2014 | 0.9 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 3/28/2014 | 0.5 | PREPARE TEXAS DISCOVERY REQUEST RESPONSES, OBJECTIONS | D,E |
| Shordt, Richard | 3/29/2014 | 0.2 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 3/30/2014 | 2.9 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 3/30/2014 | 1.1 | PREPARE TEXAS DISCOVERY REQUEST RESPONSES, OBJECTIONS | D,E |
| Shordt, Richard | 3/31/2014 | 5.1 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 3/31/2014 | 1.6 | PREPARE TEXAS DISCOVERY REQUEST RESPONSES, OBJECTIONS | D,E |
| Shordt, Richard | 4/1/2014 | 1.9 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 4/1/2014 | 0.6 | PREPARE TEXAS DISCOVERY REQUEST RESPONSES, OBJECTIONS | D,E |
| Shordt, Richard | 4/2/2014 | 0.3 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 4/2/2014 | 0.3 | PREPARE TEXAS DISCOVERY REQUEST RESPONSES, OBJECTIONS | D,E |
| Shordt, Richard | 4/3/2014 | 0.7 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 4/3/2014 | 0.3 | PREPARE TEXAS DISCOVERY REQUEST RESPONSES, OBJECTIONS | D,E |
| Shordt, Richard | 4/4/2014 | 1.6 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 4/4/2014 | 1.6 | PREPARE TEXAS DISCOVERY REQUEST RESPONSES, OBJECTIONS | D,E |
| Shordt, Richard | 4/5/2014 | 1.0 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 4/5/2014 | 0.5 | PREPARE TEXAS DISCOVERY REQUEST RESPONSES, OBJECTIONS | D,E |
| Shordt, Richard | 4/6/2014 | 1.6 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 4/6/2014 | 1.6 | PREPARE TEXAS DISCOVERY REQUEST RESPONSES, OBJECTIONS | D,E |

| | | | | |
|---|---|---|---|---|
| Shordt, Richard | 4/7/2014 | 0.8 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 4/7/2014 | 0.8 | PREPARE TEXAS DISCOVERY REQUEST RESPONSES, OBJECTIONS | D,E |
| Shordt, Richard | 4/8/2014 | 0.6 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 4/8/2014 | 0.5 | PREPARE TEXAS DISCOVERY REQUEST RESPONSES, OBJECTIONS | D,E |
| Shordt, Richard | 4/9/2014 | 1.8 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 4/9/2014 | 1.8 | PREPARE TEXAS DISCOVERY REQUEST RESPONSES, OBJECTIONS | D,E |
| Shordt, Richard | 4/10/2014 | 0.5 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 4/10/2014 | 0.5 | PREPARE TEXAS DISCOVERY REQUEST RESPONSES, OBJECTIONS | D,E |
| Shordt, Richard | 4/11/2014 | 0.8 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 4/11/2014 | 0.7 | PREPARE TEXAS DISCOVERY REQUEST RESPONSES, OBJECTIONS | D,E |
| Shordt, Richard | 4/14/2014 | 1.3 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 4/14/2014 | 1.2 | PREPARE TEXAS DISCOVERY REQUEST RESPONSES, OBJECTIONS | D,E |
| Shordt, Richard | 4/15/2014 | 1.0 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 4/16/2014 | 4.1 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 4/16/2014 | 4.1 | PREPARE TEXAS DISCOVERY REQUEST RESPONSES, OBJECTIONS | D,E |
| Shordt, Richard | 4/17/2014 | 1.3 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 4/18/2014 | 0.9 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 4/21/2014 | 2.0 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 4/22/2014 | 0.8 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 4/23/2014 | 1.2 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 4/27/2014 | 2.0 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 4/28/2014 | 1.2 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 4/28/2014 | 2.1 | REVISE INTERROGATORY, RFP RESPONSES | D,E |
| Shordt, Richard | 4/29/2014 | 2.0 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |

## EXCESSIVE
## WILMER HALE

| | | | | |
|---|---|---|---|---|
| Shordt, Richard | 4/29/2014 | 2.0 | REVISE INTERROGATORY, RFP RESPONSES | D,E |
| Shordt, Richard | 4/30/2014 | 2.0 | PREPARE MS. BESSIAKE FOR DEPOSITION | E |
| Shordt, Richard | 5/1/2014 | 6.0 | PREPARE MS. BESSIAKE FOR DEPOSITION | E |
| Shordt, Richard | 5/1/2014 | 2.0 | PREPARE MS. CLARK FOR DEPOSITION | E |
| Shordt, Richard | 5/13/2014 | 1.5 | PREPARE FOR TEXAS AG 30(B)(6) DEPOSITION | D,E |
| Shordt, Richard | 5/14/2014 | 0.5 | PREPARE FOR TEXAS AG 30(B)(6) DEPOSITION | D,E |
| Shordt, Richard | 5/15/2014 | 1.1 | PREPARE FOR TEXAS AG 30(B)(6) DEPOSITION | D,E |
| Shordt, Richard | 5/16/2014 | 0.4 | PREPARE FOR TEXAS AG 30(B)(6) DEPOSITION | D,E |
| Shordt, Richard | 5/19/2014 | 1.0 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 5/19/2014 | 0.9 | PREPARE FOR LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 5/20/2014 | 3.2 | PREPARE FOR LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 5/21/2014 | 1.3 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 5/21/2014 | 1.2 | PREPARE FOR LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 5/22/2014 | 1.0 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 5/22/2014 | 1.0 | PREPARE FOR LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 5/23/2014 | 0.5 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 5/23/2014 | 0.6 | PREPARE FOR LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 5/27/2014 | 1.0 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 5/27/2014 | 1.1 | PREPARE FOR LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 5/28/2014 | 1.4 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 5/28/2014 | 1.4 | PREPARE FOR LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 5/29/2014 | 0.9 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 5/29/2014 | 0.9 | PREPARE FOR LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 5/30/2014 | 1.6 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 5/30/2014 | 1.7 | PREPARE FOR LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 6/2/2014 | 2.3 | PREPARE FOR TEXAS LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 6/3/2014 | 3.1 | PREPARE FOR TEXAS LEGISLATOR DEPOSITIONS | D,E |

| | | | | |
|---|---|---|---|---|
| Shordt, Richard | 6/4/2014 | 2.0 | PREPARE FOR TEXAS LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 6/5/2014 | 2.3 | PREPARE FOR TEXAS LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 6/6/2014 | 1.7 | PREPARE FOR TEXAS LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 6/9/2014 | 1.2 | PREPARE FOR LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 6/9/2014 | 2.1 | REVISE MOTION TO COMPEL | D,E |
| Shordt, Richard | 6/10/2014 | 2.3 | PREPARE FOR LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 6/10/2014 | 3.1 | DRAFT, REVISE TLYVEF RFAS | D,E |
| Shordt, Richard | 6/11/2014 | 5.3 | REVISE MOTION TO COMPEL, PREPARE FILING ON SAME | D,E |
| Shordt, Richard | 6/12/2014 | 3.0 | REVISE MOTION TO COMPEL | D,E |
| Shordt, Richard | 6/12/2014 | 4.0 | PREPARE FOR TEXAS LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 6/13/2014 | 2.0 | REVISE MOTION TO COMPEL, PREPARE FILING ON SAME | D,E |
| Shordt, Richard | 6/13/2014 | 2.0 | PREPARE FOR TEXAS LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 6/15/2014 | 0.3 | PREPARE FOR TEXAS LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 6/16/2014 | 2.0 | PREPARE FOR TEXAS LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 6/16/2014 | 1.5 | REVISE, REVIEW TLYVEF RFAS | D,E |
| Shordt, Richard | 6/17/2014 | 2.1 | PREPARE FOR TEXAS LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 6/17/2014 | 2.0 | PREPARE FOR 30(B)(6) DEPOSITIONS | D,E |
| Shordt, Richard | 6/18/2014 | 1.5 | PREPARE FOR TEXAS LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 6/19/2014 | 1.0 | PREPARE FOR TEXAS LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 6/19/2014 | 1.0 | PREPARE FOR 30(B)(6) DEPOSITION | D,E |
| Shordt, Richard | 6/20/2014 | 3.0 | PREPARE FOR TEXAS LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 6/21/2014 | 4.8 | PREPARE FOR SPEAKER STRAUS DEPOSITION | D,E |
| Shordt, Richard | 6/24/2014 | 1.7 | REVISE TLYVEF RFAS | D,E |
| Shordt, Richard | 6/24/2014 | 2.0 | PREPARE FOR 30(B)(6) DEPOSITION | D,E |
| Shordt, Richard | 6/24/2014 | 2.0 | PREPARE FOR TEXAS LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 6/25/2014 | 1.5 | PREPARE FOR 30(B)(6) DEPOSITION | D,E |
| Shordt, Richard | 6/25/2014 | 1.5 | PREPARE FOR TEXAS LEGISLATOR DEPOSITIONS | D,E |

| | | | | |
|---|---|---|---|---|
| Shordt, Richard | 6/25/2014 | 2.0 | PREPARE AND FINALIZE SUPPLEMENTAL DISCLOSURE | D,E |
| Shordt, Richard | 6/26/2014 | 2.0 | REVISE TLYVEF RFAS | E |
| Shordt, Richard | 6/26/2014 | 1.0 | PREPARE FOR 30(B)(6) DEPOSITION | D,E |
| Shordt, Richard | 6/26/2014 | 1.0 | PREPARE FOR TEXAS LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 6/27/2014 | 1.2 | PREPARE FOR 30(B)(6) DEPOSITION | D,E |
| Shordt, Richard | 6/27/2014 | 1.2 | PREPARE FOR TEXAS LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 6/30/2014 | 3.5 | PREPARE FOR 30(B)(6) DEPOSITION | D,E |
| Shordt, Richard | 6/30/2014 | 3.5 | PREPARE FOR TEXAS LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 7/1/2014 | 3.0 | PREPARE FOR LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 7/1/2014 | 3.0 | DRAFT 30(B)(6) DEPOSITION OUTLINE | D,E |
| Shordt, Richard | 7/2/2014 | 2.0 | PREPARE FOR LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 7/2/2014 | 2.0 | DRAFT 30(B)(6) DEPOSITION OUTLINE | D,E |
| Shordt, Richard | 7/3/2014 | 0.6 | PREPARE FOR LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 7/6/2014 | 3.6 | DRAFT 30(B)(6) DEPOSITION OUTLINE | D,E |
| Shordt, Richard | 7/7/2014 | 5.6 | PREPARE FOR LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 7/7/2014 | 5.6 | DRAFT 30(B)(6) DEPOSITION OUTLINE | D,E |
| Shordt, Richard | 7/8/2014 | 4.0 | PREPARE FOR LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 7/8/2014 | 4.0 | DRAFT 30(B)(6) DEPOSITION OUTLINE | D,E |
| Shordt, Richard | 7/11/2014 | 0.6 | PREPARE FOR LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 7/12/2014 | 0.3 | PREPARE FOR LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 7/14/2014 | 2.6 | PREPARE FOR TEXAS LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 7/14/2014 | 2.5 | DRAFT FINDINGS OF FACT AND CONCLUSIONS OF LAW | D,E |
| Shordt, Richard | 7/15/2014 | 3.3 | PREPARE FOR TEXAS LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 7/15/2014 | 3.2 | DRAFT FOF AND COL | D,E |
| Shordt, Richard | 7/16/2014 | 3.3 | PREPARE FOR TEXAS LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 7/16/2014 | 3.4 | DRAFT FOF AND COL | D,E |
| Shordt, Richard | 7/21/2014 | 1.0 | PREPARE FOR TEXAS LEGISLATOR DEPOSITIONS | D,E |

| Shordt, Richard | 7/21/2014 | 1.8 | PREPARE DRAFT FOF, COL | D,E |
|---|---|---|---|---|
| Shordt, Richard | 7/22/2014 | 2.0 | PREPARE FOR TEXAS LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 7/22/2014 | 6.5 | PREPARE DRAFT FINDINGS OF FACT, CONCLUSIONS OF LAW | D,E |
| Shordt, Richard | 7/25/2014 | 2.8 | PREPARE FOR LEGISLATOR DEPOSITION | D,E |
| Shordt, Richard | 7/27/2014 | 6.1 | PREPARE FOR LEGISLATOR DEPOSITIONS | D,E |
| Shordt, Richard | 8/1/2014 | 2.9 | PREPARE FOF, COL FOR SECTION 2 CASE | **D,E** |
| Shordt, Richard | 8/4/2014 | 5.0 | PREPARE FOF, COL | D,E |
| Shordt, Richard | 8/5/2014 | 2.0 | PREPARE FOF, COL | D,E |
| Shordt, Richard | 8/6/2014 | 1.5 | PREPARE FOF, COL | D,E |
| Shordt, Richard | 8/6/2014 | 1.5 | PREPARE DESIGNATIONS FOR TRIAL | D,E |
| Shordt, Richard | 8/7/2014 | 1.5 | PREPARE FOF, COL | D,E |
| Shordt, Richard | 8/7/2014 | 1.5 | PREPARE DEPOSITION DESIGNATIONS FOR TRIAL | D,E |
| Shordt, Richard | 8/8/2014 | 1.0 | PREPARE FOF | D,E |
| Shordt, Richard | 8/8/2014 | 1.0 | PREPARE DEPOSITION DESIGNATIONS | D,E |
| Shordt, Richard | 8/10/2014 | 2.2 | PREPARE FOF | D,E |
| Shordt, Richard | 8/10/2014 | 2.2 | PREPARE DEPOSITION DESIGNATIONS | D,E |
| Shordt, Richard | 8/11/2014 | 1.8 | PREPARE TRIAL PREP OUTLINE | D,E |
| Shordt, Richard | 8/11/2014 | 1.8 | PREPARE FOF | D,E |
| Shordt, Richard | 8/11/2014 | 1.8 | PREPARE DEPOSITION DESIGNATIONS | D,E |
| Shordt, Richard | 8/12/2014 | 2.0 | PREPARE FOF | D,E |
| Shordt, Richard | 8/12/2014 | 2.0 | PREPARE DEPOSITION DESIGNATIONS | D,E |
| Shordt, Richard | 8/13/2014 | 1.2 | PREPARE FOF | D,E |
| Shordt, Richard | 8/13/2014 | 1.2 | PREPARE DEPOSITION DESIGNATIONS | D,E |
| Shordt, Richard | 8/17/2014 | 0.6 | PREPARE FOF AND DEPOSITION DESIGNATIONS | D,E |
| Shordt, Richard | 8/20/2014 | 6.4 | PREPARE FOF DEPOSITION DESIGNATIONS, TRIAL EXHIBITS | D,E |
| Shordt, Richard | 8/21/2014 | 2.1 | PREPARE FOF, DEPOSITION DESIGNATIONS, TRIAL EXHIBITS | D,E |

**EXHIBIT 14**

**EXCESSIVE**
**WILMER HALE**

| | | | | |
|---|---|---|---|---|
| Shordt, Richard | 8/27/2014 | 8.0 | PREPARE TRIAL EXHIBITS, EXHIBIT OBJECTIONS, DECLARATIONS, DECLARATION OBJECTIONS | E |
| Shordt, Richard | 8/28/2014 | 8.0 | PREPARE TRIAL EXHIBITS, EXHIBIT OBJECTIONS, DECLARATIONS, DECLARATION OBJECTIONS | E |
| Shordt, Richard | 9/1/2014 | 6.3 | PREPARE DEPOSITION TRANSCRIPT DESIGNATIONS | D,E |
| Shordt, Richard | 9/1/2014 | 3.7 | PREP MR. GREEN FOR TRIAL TESTIMONY | D,E |
| Shordt, Richard | 9/2/2014 | 7.0 | PREP MR. GREEN FOR TRIAL TESTIMONY | D,E |
| Shordt, Richard | 9/5/2014 | 1.9 | PREPARE DEPOSITION DESIGNATIONS | D,E |
| Shordt, Richard | 9/5/2014 | 4.1 | REVISE FOF/COL | D,E |
| Shordt, Richard | 9/6/2014 | 1.5 | PREPARE DEPOSITION DESIGNATIONS | D,E |
| Shordt, Richard | 9/6/2014 | 3.0 | REVISE FOF/COL | D,E |
| Shordt, Richard | 9/7/2014 | 2.8 | PREPARE DEPOSITION DESIGNATIONS | D,E |
| Shordt, Richard | 9/7/2014 | 1.2 | REVISE FOF/COL | D,E |
| Shordt, Richard | 9/9/2014 | 2.0 | REVISE FOF/COL | D,E |
| Shordt, Richard | 9/17/2014 | 2.8 | DRAFT, REVISE FOF AND COL | D,E |
| Shordt, Richard | 9/17/2014 | 2.6 | DRAFT, RESEARCH, REVISE CLOSING ARGUMENT | D,E |
| Shordt, Richard | 9/18/2014 | 4.1 | DRAFT, REVISE FOF AND COL | D,E |
| Shordt, Richard | 9/18/2014 | 5.7 | DRAFT, REVISE CLOSING ARGUMENT | D,E |
| Shordt, Richard | 9/19/2014 | 2.8 | DRAFT, RESEARCH, REVISE CLOSING ARGUMENT | D,E |
| Shordt, Richard | 10/12/2014 | 3.0 | DRAFT, REVISE, FINALIZE EMERGENCY STAY RESPONSE | D,E |

**TOTAL**     411.4

**EXCESSIVE**
**WILMER HALE**

| Name | Work Date | Hours Billed | Narrative | |
|------|-----------|--------------|-----------|---|
| Sinzdak, Gerard | 10/31/2013 | 3.6 | DRAFT AMENDED COMPLAINT | D,E |
| Sinzdak, Gerard | 10/31/2013 | 1.0 | EDIT RULE 26(F) SUBMISSION | D,E |
| Sinzdak, Gerard | 11/1/2013 | 2.3 | REVISE AND SUBMIT RULE 26(F) AND ESI DOCUMENTS | D,E |
| Sinzdak, Gerard | 11/1/2013 | 2.1 | DRAFT AMENDED COMPLAINT | D,E |
| Sinzdak, Gerard | 11/3/2013 | 5.0 | DRAFT AMENDED COMPLAINT | D,E |
| Sinzdak, Gerard | 11/4/2013 | 2.2 | DRAFT AMENDED COMPLAINT | D,E |
| Sinzdak, Gerard | 11/4/2013 | 0.8 | REVISE RULE 26(F) REPORT | D,E |
| Sinzdak, Gerard | 11/6/2013 | 3.4 | DRAFT AMENDED COMPLAINT | D,E |
| Sinzdak, Gerard | 11/7/2013 | 3.8 | DRAFT AMENDED COMPLAINT | D,E |
| Sinzdak, Gerard | 11/7/2013 | 2.2 | DRAFT AMENDED COMPLAINT | D,E |
| Sinzdak, Gerard | 11/11/2013 | 0.5 | DRAFT AMENDED COMPLAINT | D,E |
| Sinzdak, Gerard | 11/14/2013 | 0.9 | REVISE AMENDED COMPLAINT | D,E |
| Sinzdak, Gerard | 11/19/2013 | 0.9 | EDIT INITIAL DISCLOSURES | D,E |
| Sinzdak, Gerard | 12/13/2013 | 2.9 | DRAFT OUTLINE FOR MOTION TO DISMISS | D,E |
| Sinzdak, Gerard | 12/14/2013 | 1.5 | DRAFT OUTLINE FOR MOTION TO DISMISS | D,E |
| Sinzdak, Gerard | 12/16/2013 | 5.5 | DRAFT OPPOSITION TO MOTION TO DISMISS | D,E |
| Sinzdak, Gerard | 12/17/2013 | 2.1 | REVISE MOTION TO DISMISS | D,E |
| Sinzdak, Gerard | 12/19/2013 | 0.7 | REVISE MOTION TO DISMISS | D,E |
| Sinzdak, Gerard | 12/20/2013 | 2.2 | EDIT OPPOSITION TO MOTION TO DISMISS | D,E |
| Sinzdak, Gerard | 12/23/2013 | 0.2 | EDIT OPPOSITION TO MOTION TO DISMISS | D,E |
| Sinzdak, Gerard | 12/24/2013 | 1.6 | EDIT OPPOSITION TO MOTION TO DISMISS | D,E |
| Sinzdak, Gerard | 12/26/2013 | 2.6 | EDIT MOTION TO DISMISS | D,E |
| Sinzdak, Gerard | 12/27/2013 | 1.2 | EDIT OPPOSITION TO MOTION TO DISMISS | D,E |
| Sinzdak, Gerard | 12/29/2013 | 4.5 | EDIT OPPOSITION TO MOTION TO DISMISS | D,E |
| Sinzdak, Gerard | 12/30/2013 | 2.9 | EDIT AND FINALIZE OPPOSITION TO MOTION TO DISMISS | D,E |
| Sinzdak, Gerard | 2/7/2014 | 2.6 | REVIEW AND EDIT RULE 30(B)(6) NOTICES | D,E |
| Sinzdak, Gerard | 4/8/2014 | 0.4 | TELECONFERENCE WITH MR. BAZELON OF THE BRATTLE GROUP REGARDING DRAFT REPORT | D,E |
| | **TOTAL** | **59.6** | | |

**EXHIBIT (c)**

**EXCESSIVE**
**WILMER HALE**

| Name | Work Date | Hours Billed | Narrative | |
|------|-----------|--------------|-----------|---|
| Thome, Matthew | 9/8/2014 | 6.2 | REVISE FINDINGS OF FACT | D,E |
| Thome, Matthew | 9/9/2014 | 1.8 | REVISE FINDINGS OF FACT | D,E |
| Thome, Matthew | 9/10/2014 | 2.2 | REVISE FINDINGS OF FACT | D,E |
| Thome, Matthew | 9/11/2014 | 4.0 | REVISE FINDINGS OF FACT | D,E |
| Thome, Matthew | 9/12/2014 | 1.2 | REVISE FINDINGS OF FACT | D,E |
| | **TOTAL** | **15.4** | | |