# EXHIBIT C-5
# IMANI CLARK
# NON-COMPENSABLE

**EXHIBIT C**

**NON-COMPENSABLE LDF**

| Name | Work Date | Hours Billed | Narrative Description | |
|---|---|---|---|---|
| Aden, Leah | 10/31/13 | 0.6 | Reviewed DOJ's responses to proposed intervention of Hispanic Judges and True the Vote (.3); reviewed draft Rule 26(f) report and ESI agreements (.3) | N |
| Aden, Leah | 08/10/16 | 1.5 | Participated in court-ordered status conference (.3); participated in meet and confer call w/ Def. re interim remedy (.6); Participated in a calls w/ Private-Pls. re same (.6) | N |
| Aden, Leah | 08/11/16 | 2.4 | Participated in meet and confer w/ Def. re interim remedy (.8); Conferred w/ client TYLYVEF (B. Greene) re status of case (.4); Participated in a calls w/ Private-Pls. re interim remedy (1.2) | N |
| Aden, Leah | 08/11/16 | 0.7 | Reviewed Tex.'s websites for training and educational information re interim remedy | N |
| Aden, Leah | 08/12/16 | 1.7 | Participated in a call with Private-Pls. and DOJ re interim remedy (.6); Participated in a call with Def. re: interim remedy (.5); Participated in a status conference call w/ the court re interim remedy (.6) | N |
| Aden, Leah | 08/15/16 | 0.1 | Corresponded w/ Def. re filing related to Tex. training of interim remedial order | N |
| Aden, Leah | 08/16/16 | 0.7 | Corresponded w/ Private-Pls. re voteTex. gov website (.1); Reviewed Tex. training plan (.6) | N |
| | **TOTAL** | **7.7** | | |

**EXHIBIT C-5**

**NON-COMPENSABLE LDF**

| Name | Work Date | Hours Billed | Narrative Description | Code |
|---|---|---|---|---|
| Korgaonkar, Natasha | 04/11/14 | 2.0 | Drafted and filed motion to withdraw clients (A. Washington and C. Owens) | N |
| Korgaonkar, Natasha | 06/16/14 | 3.0 | Prepared client (TLYVEF/B. Green) for deposition (2); drafted and filed motion to withdraw client (M. Ressieke) (1) | N |
| Korgaonkar, Natasha | 03/10/15 | 0.3 | Drafted Mot. to Withdraw for R. Haygood | N |
| | **TOTAL** | **5.3** | | |

**EXHIBIT C-5**
**NON-COMPENSABLE**

| Name | Work Date | Hours Billed | Narrative Description | Code |
|---|---|---|---|---|
| Nelson, Janai | 08/10/16 | 1.5 | Participated in court-ordered status conference; participated in meet and confer call w/ Def.; Participated in a calls w/ Private-Pls. re same | N |
| Nelson, Janai | 08/11/16 | 0.8 | Participated in meet and confer w/ Def. re interim remedy | N |
| Nelson, Janai | 08/12/16 | 0.6 | Participated in a call with Private-Pls. and DOJ re interim remedy | N |
| Nelson, Janai | 08/16/16 | 0.5 | Reviewed Tex. training plan | N |
| Nelson, Janai | 08/22/16 | 1.0 | Reviewed and revised Tex's training materials | N |
| Nelson, Janai | 08/23/16 | 1.0 | Reviewed and revised comments on Def.'s training materials | N |
| Nelson, Janai | 08/25/16 | 1.0 | Corresponded w/ Brennan Center re Tex.'s training materials and county websites | N |
| Nelson, Janai | 08/26/16 | 0.5 | Participated in a call w/ Private-Pls. re interim remedy implementation and intimidation | N |
| Nelson, Janai | 08/27/16 | 1.0 | Reviewed Def.'s training materials (qualifying voters handbook) | N |
| Nelson, Janai | 08/28/16 | 1.0 | Participated in a call w/ Private-Pls. re voter intimidation | N |
| Nelson, Janai | 08/29/16 | 1.0 | Reviewed and revised collective feedback re Tex. training material from Private-Pls | N |
| | **TOTAL** | **9.9** | | |

## EXHIBIT C-5
## NON-COMPENSABLE LDF

| Name | Work Date | Hours Billed | Narrative Description | Code |
|---|---|---|---|---|
| Ross, Deuel | 08/17/15 | 2.1 | Drafted correspondence re interim relief (1.7); participated in a call w/ Wilmer co-counsel re interim relief (.5) | N |
| Ross, Deuel | 08/18/15 | 0.2 | Drafted correspondence re interim relief | N |
| Ross, Deuel | 08/25/15 | 0.3 | Participated in a call w/ co-counsel WH re interim relief | N |
| Ross, Deuel | 08/26/15 | 0.6 | Participated in a call w/ Private-Pls. re interim relief | N |
| Ross, Deuel | 08/28/15 | 0.5 | Reviewed Def.'s en banc Pet., Mot. for Stay and Opposition to Remedy filings | N |
| Ross, Deuel | 08/31/15 | 1.7 | Participated in a call with Pl-Intervenors & DOJ re en banc briefing (.5); Participated in a call with co-counsel WH / LDF re en banc briefing (.9); participated in a call all w/ Def., DOJ and Private-Pls. re potential agreement on | N |
| Ross, Deuel | 08/31/15 | 1.2 | Conferred w/ J. Nelson and N. Korgaonkar re en banc briefing and potential remedy | N |
| Ross, Deuel | 08/31/15 | 0.4 | Drafted outline of brief in Opp. to Def.'s Pet. for Rehearing en banc | N |
| Ross, Deuel | 09/01/15 | 1.4 | Participated in a call w/ Private-Pls (LCCRUL and Brennan Center) re Opp. to Def.'s Pet. for Rehearing en banc (.8); Conferred w/ N. Korgaonkar and J. Nelson re Opp. to Def.'s Pet. for Rehearing en banc | N |
| Ross, Deuel | 09/01/15 | 1.4 | Drafted Opp. to Def.'s Pet. for Rehearing en banc | N |
| | **TOTAL** | **9.8** | | |