# EXHIBIT C-6
# IMANI CLARK BLOCK

EXHIBIT C-6
BLOCK
LDF

| Name | Work Date | Hours Billed | Narrative Description | Code |
|---|---|---|---|---|
| Haygood, Ryan | 2013 | 100.0 | Factual and legal case pre-filing case investigation and development of potential claims and retaining clients | B, BD |
| Haygood, Ryan | 2013 | 70.0 | Drafting complaints (initial and amended) and related intervention papers | B, V |
| Haygood, Ryan | 2013 | 10.0 | Opposing Defs.' Motions to Dismiss | B, V |
| Haygood, Ryan | 2013-2014 | 10.0 | Drafting, revising & responding to discovery requests (e.g., initial disclosures, RPDs, RFAs, and Interrogatories) and disputes, including motion to compel | B, V |
| Haygood, Ryan | 2013-2014 | 100.0 | Considering and securing expert witness(es), and reviewing and finalizing expert reports (V. Burton, Brattle Group) | B, V |
| Haygood, Ryan | 2014 | 100.0 | Preparing, taking, and/or defending depositions of clients, experts, and/or fact witnesses | B, V |
| Haygood, Ryan | 2014 | 100.0 | Preparing for and participating in trial, including delivering a closing argument | B, V |
| | **TOTAL** | **490.0** | | |

# EXHIBIT C-6
## BLOCK
### LDF

| Name | Work Date | Hours Billed | Narrative Description | Code |
|---|---|---|---|---|
| Korgaonkar, Natasha | 08/19/13 | 2.5 | Drafted and revised motion to intervene, memorandum of law, complaint, and other ancillary documents | B, V |
| Korgaonkar, Natasha | 08/20/13 | 2.5 | Drafted and revised motion to intervene, memorandum of law, complaint, and other ancillary documents | B, V |
| Korgaonkar, Natasha | 08/21/13 | 5.0 | Drafted and revised motion to intervene, memo. of law, comp., and other ancillary documents | B, V |
| Korgaonkar, Natasha | 08/23/13 | 6.0 | Drafted and revised to motion to intervene, memorandum of law, complaint, and other ancillary documents, per comments from internal team and co-counsel | B, V |
| Korgaonkar, Natasha | 08/26/13 | 10.0 | Drafted, revised, and prepared for filing of motion to intervene, memorandum of law, complaint and other ancillary documents | B, V |
| Korgaonkar, Natasha | 10/04/13 | 1.4 | Prepared for court conference; participated in court-ordered conference | B |
| Korgaonkar, Natasha | 10/18/13 | 1.2 | Prepared for court-ordered conference; participated in court-ordered conference | B |
| Korgaonkar, Natasha | 11/15/13 | 1.5 | Prepared for court-ordered conference; participated in court-ordered conference | B, E |
| Korgaonkar, Natasha | 02/12/14 | 1.5 | Prepared for and participated in status conference before the Court | B, E |
| Korgaonkar, Natasha | 02/14/14 | 2.0 | Prepared for and participated in Court hearing | B, E |
| Korgaonkar, Natasha | 03/03/14 | 3.0 | Prepared for upcoming 30(b)(6) depositions | B, V |

EXHIBIT C-6
BLOCK
LDF

| | | | | |
|---|---|---|---|---|
| Korgaonkar, Natasha | 04/01/14 | 3.0 | Prepared for and participated in Court hearing | B, E |
| Korgaonkar, Natasha | 04/02/14 | 3.0 | Prepared for upcoming 30(b)(6) depositions | V, B |
| Korgaonkar, Natasha | 04/16/14 | 3.0 | Prepared for and participated in motion hearing before Court | V, B, E |
| Korgaonkar, Natasha | 05/11/14 | 4.0 | Prepared for upcoming Court hearing | V, B, E |
| Korgaonkar, Natasha | 05/14/14 | 1.0 | Prepared for upcoming Court hearing | V, B, E |
| Korgaonkar, Natasha | 05/15/14 | 1.5 | Prepared for and participated in Court hearing | V, B, E |
| Korgaonkar, Natasha | 05/20/14 | 1.0 | Prepared for and participated in Court hearing | V, B, E |
| Korgaonkar, Natasha | 05/28/14 | 2.0 | Prepared for and participated in status hearing before Court | V, B, E |
| Korgaonkar, Natasha | 07/30/14 | 2.0 | Prepared for and attended status conference with Court | B, V, E |
| Korgaonkar, Natasha | 08/21/14 | 1.5 | Prepared for and participated in hearing before Court | B, V, E |
| Korgaonkar, Natasha | 08/22/14 | 1.0 | Prepared for and participated in hearing before Court | B, V, E |
| | **TOTAL** | **59.6** | | |