# EXHIBIT C-7
# IMANI CLARK
# VAGUE

**VAGUE**

**LDF**

| Name | Work Date | Hours Billed | Narrative Description | Code |
|------|-----------|--------------|----------------------|------|
| Korgaonkar, Natasha | 08/19/13 | 2.5 | Drafted and revised motion to intervene, memorandum of law, complaint, and other ancillary documents | B, V |
| Korgaonkar, Natasha | 08/20/13 | 2.5 | Drafted and revised motion to intervene, memorandum of law, complaint, and other ancillary documents | B, V |
| Korgaonkar, Natasha | 08/21/13 | 5.0 | Drafted and revised motion to intervene, memo. of law, comp., and other ancillary documents | B, V |
| Korgaonkar, Natasha | 08/22/13 | 10.5 | Drafted and revised to motion to intervene, memorandum of law, complaint, and other ancillary documents (9); reviewed and conducted analysis of amended Veasey complaint (1.5) | B, V, E |
| Korgaonkar, Natasha | 08/23/13 | 6.0 | Drafted and revised to motion to intervene, memorandum of law, complaint, and other ancillary documents, per comments from internal team and co-counsel | B, V |
| Korgaonkar, Natasha | 08/26/13 | 10.0 | Drafted, revised, and prepared for filing of motion to intervene, memorandum of law, complaint and other ancillary documents | B, V |
| Korgaonkar, Natasha | 02/06/14 | 7.0 | Drafted 30(b)(6) notices | E, V |
| Korgaonkar, Natasha | 03/03/14 | 3.0 | Prepared for upcoming 30(b)(6) depositions | B, V |
| Korgaonkar, Natasha | 04/02/14 | 3.0 | Prepared for upcoming 30(b)(6) depositions | V, B |
| Korgaonkar, Natasha | 04/16/14 | 3.0 | Prepared for and participated in motion hearing before Court | V, B, E |
| Korgaonkar, Natasha | 04/17/14 | 9.0 | Reviewed and revised D. Ross Ingram deposition outline (2.0); reviewed and commented on expert (V. Burton) draft report (7.0) | E, V, D |
| Korgaonkar, Natasha | 05/11/14 | 4.0 | Prepared for upcoming Court hearing | V, B, E |
| Korgaonkar, Natasha | 05/14/14 | 1.0 | Prepared for upcoming Court hearing | V, B, E |
| Korgaonkar, Natasha | 05/15/14 | 1.5 | Prepared for and participated in Court hearing | V, B, E |
| Korgaonkar, Natasha | 05/20/14 | 1.0 | Prepared for and participated in Court hearing | V, B, E |
| Korgaonkar, Natasha | 05/28/14 | 2.0 | Prepared for and participated in status hearing before Court | V, B, E |

**EXHIBIT C-7**

**VAGUE**

**LDF**

Case 2:13-cv-00193 Document 1196-22 Filed on 10/17/19 in TXSD Page 3 of 6

| | | | | |
|---|---|---|---|---|
| Korgaonkar, Natasha | 07/30/14 | 2.0 | Prepared for and attended status conference with Court | B, V, E |
| Korgaonkar, Natasha | 08/21/14 | 1.5 | Prepared for and participated in hearing before Court | B, V, E |
| Korgaonkar, Natasha | 08/22/14 | 1.0 | Prepared for and participated in hearing before Court | B, V, E |
| Korgaonkar, Natasha | 09/04/14 | 14.0 | Prepared for and attended trial (8); revised direct examination outlines (4); drafted demonstratives (2) | D, V |
| Korgaonkar, Natasha | 09/05/14 | 11.0 | Prepared for and attended trial (8); drafted expert outlines and conferred with co-counsel (D. Conley) regarding same (3) | D, V |
| Korgaonkar, Natasha | 09/08/14 | 12.0 | Prepared for and attended trial (8); prepared witnesses for trial testimony (4) | D, V |
| Korgaonkar, Natasha | 09/09/14 | 9.5 | Prepared for and attended trial (7); assisted with preparation of client/I. Clark designations (2.5) | D, V |
| | **TOTAL** | **122.0** | | |

**EXHIBIT C-7**

**VAGUE**

**WILMER HALE**

| Name | Work Date | Hours Billed | Narrative | |
|------|-----------|--------------|-----------|---|
| Conley, Danielle | 8/26/2014 | 0.3 | PREPARE WITNESS FOR TRIAL | V |
| Conley, Danielle | 8/30/2014 | 3.1 | DRAFT QUESTIONS AND PREPARE WITNESS FOR TRIAL | V |
| Conley, Danielle | 8/31/2014 | 3.0 | DRAFT AND EDIT DIRECT EXAMINATIONS | V |
| Conley, Danielle | 9/1/2014 | 2.2 | PREPARE WITNESS FOR TRIAL | V |
| Conley, Danielle | 9/2/2014 | 2.0 | PREPARE WITNESS FOR TRIAL | V |
| Conley, Danielle | 9/3/2014 | 1.5 | PREPARE EXPERT WITNESS FOR TRIAL | V |
| Conley, Danielle | 9/4/2014 | 2.2 | PREPARE EXPERT WITNESS FOR TRIAL | V |
| Conley, Danielle | 9/6/2014 | 3.0 | DRAFT AND EDIT EXPERT OUTLINES AND RELATED DEMONSTRATIVES | V |
| | **TOTAL** | **17.3** | | |

**EXHIBIT C-7**
**VAGUE**
**WILMER HALE**

| Name | Work Date | Hours Billed | Narrative | |
|------|-----------|--------------|-----------|---|
| Robinson, Matthew | 1/24/2015 | 0.7 | DRAFT FIRST DRAFT OF REVISED BRIEF OUTLINE FOR VRA PORTION | |
| Robinson, Matthew | 1/30/2015 | 1.6 | CONTINUE DRAFTING SECTION 2 PORTIONS OF BRIEF OUTLINE | D,E |
| Robinson, Matthew | 1/31/2015 | 9.1 | CONTINUE DRAFTING SECTION 2 PORTION OF BRIEF OUTLINE | D,E |
| Robinson, Matthew | 2/1/2015 | 10.2 | CONTINUE DRAFTING SECTION 2 OUTLINE | D,E |
| Robinson, Matthew | 2/5/2015 | 2.6 | CONTINUE REVISING SECTION 2 OUTLINE | D,E |
| Robinson, Matthew | 2/7/2015 | 1.3 | CONTINUE REVISING DRAFT SECTION 2 OUTLINE | D,E |
| Robinson, Matthew | 2/8/2015 | 5.2 | COMPLETE REVISED DRAFT OF SECTION 2 OUTLINE | D,E |
| Robinson, Matthew | 2/10/2015 | 2.9 | REVISE SECTION 2 OUTLINE | D,E |
| Robinson, Matthew | 4/22/2016 | 2.0 | CONTINUE DRAFTING EN BANC BRIEF | D,E |
| Robinson, Matthew | 4/23/2016 | 3.2 | CONTINUE DRAFTING EN BANC BRIEF | D,E |
| Robinson, Matthew | 4/25/2016 | 1.0 | REVISE DRAFT EN BANC BRIEF | D,E |
| Robinson, Matthew | 5/6/2016 | 1.5 | REVIEW AND REVISE EN BANC BRIEF IN PREPARATION FOR FILING | D,E |
| Robinson, Matthew | 5/7/2016 | 5.0 | CONTINUE DRAFTING AND REVISING BRIEF | D,E |
| Robinson, Matthew | 5/8/2016 | 8.0 | CONTINUE REVISING BRIEF FOR FILING | D,E |
| Robinson, Matthew | 5/19/2016 | 4.2 | PREPARE FOR AND ATTEND MOOT | D,E |
| Robinson, Matthew | 5/24/2016 | 5.0 | PREPARE FOR AND ATTEND EN BANC HEARING | D,E |

**TOTAL**    **63.5**

## EXHIBIT C-7
**VAGUE**
## WILMER HALE

| Name | Work Date | Hours Billed | Narrative | |
|------|-----------|--------------|-----------|---|
| Shordt, Richard | 2/10/2014 | 3.2 | DRAFT WITNESS INTERVIEW OUTLINE | V |
| Shordt, Richard | 2/12/2014 | 3.2 | DRAFT WITNESS INTERVIEW OUTLINE | V |
| Shordt, Richard | 3/11/2014 | 3.9 | CONDUCT DOCUMENT REVIEW | V |
| Shordt, Richard | 3/12/2014 | 1.5 | CONDUCT DOCUMENT REVIEW | V |
| | **TOTAL** | 11.8 | | |