# EXHIBIT C-8
# IMANI CLARK
# BUSINESS DEVELOPMENT

**EXHIBIT C-8**
**BUSINESS DEVELOPMENT**
**LDF**

| Name | Work Date | Hours Billed | Narrative Description | Code |
|---|---|---|---|---|
| Korgaonkar, Natasha | 07/23/13 | 8.0 | Met w/ prospective clients | BD |
| Korgaonkar, Natasha | 07/24/13 | 8.3 | Met w/ prospective clients | BD |
| Korgaonkar, Natasha | 07/25/13 | 6.0 | Met w/ prospective clients | BD |
| | **TOTAL** | **22.3** | | |

**Page 001**