# EXHIBIT D-1
# VEASEY-LULAC TRAVEL

# EXHIBIT D-1
# TRAVEL
# DERFNER-ALTMAN

**Derfner & Altman, LLC**
**Armand G. Derfner, Esquire**

| Date | Description | Amount | |
|---|---|---|---|
| 5/25/2016 | TR MSY-CHS | 4.00 | T |
| | **TOTAL** | **4.0** | |

Page 1 of 1

**Page 001**