# EXHIBIT D-2
# VEASEY-LULAC
# CLERICAL

EXHIBIT H-2
CLERICAL
BARON

| Neil Baron | | HOURS | Code |
|---|---|---|---|
| 10/18/13 | Review Notice of Electronic Filing regarding Minute Entry from Status Conference before Judge Ramos - set deadlines | 0.50 | C |
| 11/21/13 | File Plaintiffs' Marc Veasey et al, Rule 26 Disclosures (doc | 0.30 | C |
| 02/13/14 | Review Transcript Order for Elizabeth Westfall (doc 164) | 0.20 | C |
| 02/21/14 | Review Notice of Resetting for 3-5-14 at 9:30 am (doc 179) | 0.10 | C |
| 03/17/14 | Review Notice of Resetting of Miscellaneous Conference to | 0.10 | C |
| 03/24/14 | Prepare and serve Notice of Intent to Take Oral Deposition of Mike Sullivan and Stan Stanart for 4-2-14 and serve via | 1.00 | C |
| 03/24/14 | Forward Notice of Intent to Take Oral Deposition of Mike Sullivan and Stan Stanart for 4-2-14 with subpoena | 0.30 | C |
| 03/24/14 | Review Notice of Resetting for 4-1-14 (doc 205) | 0.10 | C |
| 03/25/14 | Review Notice of Filing Corrected Reply Memorandum in Support of United States' Motion for Protective Order (doc | 0.20 | C |
| 03/28/14 | Review Notice of Transmittle letter to Counsel re CD containing electronic record on appeal (doc 210) | 0.10 | C |
| 03/31/14 | Prepare and serve Notice of Intent to Take Oral Deposition of Naomi Doyle of Jefferson County and Debbie Newman | 1.00 | C |
| 04/01/14 | Review Corrected Notice of Filing (doc 219) | 0.10 | C |
| 04/02/14 | Review Hearing Setting for Status Conference on 4-8-14 at | 0.10 | C |
| 04/04/14 | Review Process Service Request Return for Stan Stanart (Harris County Clerk) | 0.10 | C |
| 04/07/14 | Review Notice of Filing (doc 229) | 0.10 | C |
| 04/10/14 | Review Process Service Request Return for Debbie Newman | 0.20 | C |
| 04/15/14 | Review Return of Subpoena from process server | 0.10 | C |
| 04/24/14 | Review Notice of Resetting to May 15th, 2014 (doc 250) | 0.10 | C |
| 04/28/14 | Review Notice of Setting for Motion to Quash Subpoenas for | 0.10 | C |
| 04/30/14 | Review Order granting Plaintiff Motion to Dismiss (doc 259) | 0.20 | C |
| 05/08/14 | Review Notice of Setting for Telephonic Conference for 5-9- | 0.10 | C |
| 05/08/14 | Review Notice that Motion to terminate and hearing are cancelled | 0.20 | C |
| 05/19/14 | Review Notice of Setting (Status Conference) for 5-28-14 (doc 283) | 0.10 | C |
| 05/20/14 | Review Notice of Setting (Telephonic Conference) for 5-20-14 at 10:00 am (doc 285) | 0.10 | C |
| 06/03/14 | Review Notice of Setting for Telephonic Conference for 6-6- | 0.10 | C |

**EXHIBIT H-2**
**CLERICAL**
**BARON**

| Date | Description | Hours | |
|---|---|---|---|
| 06/16/14 | Run Accurint report on Peggy Draper Herman | 0.20 | C |
| 06/18/14 | Review Notice of Resetting of status conference until 6-18-14 at 3 pm (doc 342) | 0.10 | C |
| 06/19/14 | Review Notice that Transcript regarding status conference | 0.10 | C |
| 06/22/14 | Book hotel for trip to San Antonio for Gordon Benjamin's deposition in San Antonio for 2 nights | 0.20 | C |
| 06/23/14 | Review email from Emma Simson with names for deposition | 0.20 | C |
| 06/23/14 | Review email from Emma Simson regarding bate stamping | 0.20 | C |
| 06/23/14 | Obtain and circulate a call in number for phone conference | 0.20 | C |
| 06/24/14 | Cancel hotel reservation for 2 nights and rebook for one night at Doubletree in San Antonio | 0.20 | C |
| 06/25/14 | Supplement Rule 26 Disclosures with addresses | 1.00 | C |
| 06/27/14 | Review Notice of Veasey-Lulac Plaintiffs' Second Amended | 0.20 | C |
| 06/27/14 | Review United States' Notice of Filing of The Expert Report | 0.10 | C |
| 06/27/14 | Review United States' Notice of Filing of the Expert Report | 0.10 | C |
| 06/27/14 | Review United States' Notice of Filing of the Expert Report | 0.10 | C |
| 06/27/14 | Review Notice of Filing of a Sealed Event by United States | 0.10 | C |
| 06/27/14 | Review United States' Notice of Filing of the Expert Report | 0.10 | C |
| 06/27/14 | Review Veasey Plaintiffs Notice of Filing of the Expert Report of Matt Barreto and Gabriel Sanchez (doc 370) | 0.30 | C |
| 06/27/14 | Review Notice of Filing of a Sealed Event by USA (doc 372) | 0.20 | C |
| 06/30/14 | Correspondence to George Korbel with copy of report filed | 0.30 | C |
| 06/30/14 | Review Defendants' Unopposed Motion to File Advisory in | 0.20 | C |
| 07/01/14 | Review Order Granting Defendants' Unopposed Motion to | 0.20 | C |
| 07/07/14 | Review Order Granting Motion for Extension of Time (doc | 0.20 | C |
| 07/08/14 | Prepare and forward to Beck N Call for service Notice of Deposition with Subpoenas for Jefferson County and Jasper | 1.00 | C |
| 07/09/14 | Correspondence to Gordon Benjamin enclosing copy of his | 0.30 | C |
| 07/11/14 | Run Accurint report on Mark Wells White | 0.20 | C |
| 07/16/14 | Review Defendants' Unopposed Motion for Extension of Time to File Response to Texas League of Young Voters' Motion to Compel (doc 404) | 0.30 | C |
| 07/16/14 | Review Notice of Setting for Status Conference (doc 405) | 0.10 | C |

## CLERICAL
## BARON

| | | | |
|---|---|---|---|
| 07/17/14 | Review Order Granting Unopposed Motion for Entry for Second Amended Scheduling Order (doc 414) | 0.20 | C |
| 07/24/14 | Review Transcript Order for status conference of 7-24-14 (doc 437) | 0.10 | C |
| 07/25/14 | Review Notice of Setting (Discovery Hearing) for 7-25-14 at | 0.20 | C |
| 07/28/14 | Review Notice of Offical Transcript Filed (doc 442) | 0.10 | C |
| 07/29/14 | Review Notice of Resetting (Status conference for 7-30-14 at | 0.20 | C |
| 07/29/14 | Review Notice of Electronic Filing regarding reset hearings (status conference set for 7-30-14 at 2:00 pm) time change | 0.20 | C |
| 07/30/14 | Notice of Electronic Filing - minute entry for proceedings before Judge Nelva Gonzales Ramos | 0.20 | C |
| 08/01/14 | Order regarding Captioning (Case 2:13-cv-00193, D#380) | 0.20 | C |
| 08/01/14 | Notice of Electronic Filing, Sealed Event, filed (case #2:13-cv-00193, D#450 | 0.10 | C |
| 08/01/14 | Notice of Electronic Filing, Sealed Event, filed (case #2:13-cv-00193, D#451 | 0.10 | C |
| 08/11/14 | D#463 - notice of Electronic Filing-Sealed Event, filed. | 0.10 | C |
| 08/19/14 | D#486 - Notice of Setting - before Judge Nelva Gonzales Ramos on 8/21/14 @0930 in Corpus Christi, TX | 0.10 | C |
| 08/19/14 | review email-Court will hear arguments on D.E.386 on 8/21/14 hearing if parties are unable to reach an agreemen, | 0.20 | C |
| 09/12/14 | Notice of Filing of Official Transcript | 0.10 | C |
| 10/24/14 | Notice of Setting | 0.10 | C |
| 10/24/14 | Review Notice of Setting (Telephonic Conference 10-27-14 | 0.10 | C |
| 03/04/15 | Review Notice from court regarding case tentatively set for | 0.20 | C |
| 03/17/15 | email regaurding case calendared for argument | 0.20 | C |

**TOTAL 14.7**

**EXHIBIT H2**

## CLERICAL
## BRAZIL - DUNN

| Date | User | Description | Billable Time/ Cost Price | Code |
|------|------|-------------|---------------------------|------|
| 06/26/2013 | Chad Dunn | Finalize and file initial complaint | 0.50 | B, C |
| 06/26/2013 | Chad Dunn | Finalize and file Plaintiffs' Original Complaint | 3.80 | B, C |
| 06/27/2013 | Chad Dunn | Review election calendar on Secretary of State's website to determine timing for seeking injunctive relief | 0.50 | C |
| 06/27/2013 | Chad Dunn | Receipt and review of court order scheduling pretrial and scheduling conference | 0.10 | C |
| 07/11/2013 | Chad Dunn | Finalize and file Certificate of Interested Persons | 0.20 | C |
| 08/26/2013 | Chad Dunn | Arrange for service of process | 0.20 | C |
| 08/27/2013 | Chad Dunn | Receipt and review of Waiver of Service of Process from State. Cancel efforts to affect service | 0.20 | C |
| 08/28/2013 | Chad Dunn | Finalize and file Notices of Appearance for Mr. Hebert and Mr. Derfner | 0.20 | C |
| 09/19/2013 | Chad Dunn | Receive and review court's Notice of Resetting of Initial Conference | 0.10 | C |
| 11/13/2013 | Chad Dunn | Receive and review Notice of Erratum of Joint Discovery/Case Management Plan and corrected proposed order filed with court | 0.10 | C |
| 11/19/2013 | Chad Dunn | Multiple communications with the court regarding entry of final scheduling order | 0.20 | C |
| 11/19/2013 | Chad Dunn | Receive and review court's Notice of Resetting Miscellaneous Conference | 0.10 | C |
| 11/21/2013 | Chad Dunn | Provide consent to receive electronic service of filings | 0.10 | C |
| 11/21/2013 | Chad Dunn | Edit, finalize and file Veasey-LULAC Plaintiffs' and Texas Association of Hispanic County Judges and County Commissioners' Joint Response to Defendants' Advisory Regarding Trial Schedule | 0.60 | B,C |

**Page 004**

**CLERICAL**
**BRAZIL - DUNN**

| 11/22/2013 | Chad Dunn | Communication with the court regarding public attendance of hearing | 0.10 | C |
|---|---|---|---|---|
| 11/22/2013 | Chad Dunn | Receive and review court's Scheduling Order. Calendar same. | 0.20 | C |
| 11/22/2013 | Chad Dunn | Edit, finalize and file Veasey-LULAC Plaintiffs' Response to Defendants' Motion to Dismiss. Prepare and file motion and order to exceed page limits. | 2.20 | B,C |
| 12/02/2013 | Chad Dunn | Submit request for transcript of recent hearing | 0.10 | C |
| 12/02/2013 | Chad Dunn | Prepare and file with court a Transcript Order requesting transcript of November 15, 2013 Civil Initial Pretrial Conference | 0.10 | C |
| 01/10/2014 | Chad Dunn | Edit, finalize and file Unopposed Motion for Leave to Filed Second Amended Complaint and proposed order | 0.90 | B,C |
| 01/13/2014 | Chad Dunn | Receive and review Motion for Copy of November 22, 2013 Hearing Transcript filed by R. Allensworth | 0.10 | C |
| 02/11/2014 | Chad Dunn | Edit, finalize and file Veasey-LULAC Plaintiffs' Response to the Joint Motion to Enter the Discovery Order and Supplemental Protective Order | 1.80 | B,C |
| 02/13/2014 | Chad Dunn | Receive and review Transcript Order Form by Elizabeth Westfall for 02-12-14 hearing | 0.10 | C |
| 02/13/2014 | Chad Dunn | Confirm hearing is in fact not cancelled | 0.10 | C |
| 02/13/2014 | Chad Dunn | Receive communication from the court regarding cancellation of the hearing and expected entry of the scheduling order | 0.10 | C |
| 02/14/2014 | Chad Dunn | Receive and review Transcript Order Form requested by State of Texas | 0.10 | C |
| 02/14/2014 | Chad Dunn | Receive and review court's notification that 02-12-14 transcript available | 0.10 | C |
| 02/14/2014 | Chad Dunn | Logistics for setting up conference call for hearing | 0.20 | C |
| 02/18/2014 | Chad Dunn | Receive and review Notice of Filing of Official Transcript | 0.10 | C |

**CLERICAL**

**BRAZIL - DUNN**

| 02/18/2014 | Chad Dunn | Receive and review Transcript Order Form by Elizabeth Westfall for 02-14-14 hearing | 0.10 | C |
|---|---|---|---|---|
| 02/19/2014 | Chad Dunn | Receive and review court's notification that 02-14-14 transcript available | 0.10 | C |
| 02/20/2014 | Chad Dunn | Receive and review Notice of Filing Official Transcript | 0.10 | C |
| 02/20/2014 | Chad Dunn | Conference with the court regarding necessity of rescheduling hearing | 0.20 | C |
| 02/21/2014 | Chad Dunn | Receive and review court's Notice of Resetting Miscellaneous Hearing (set for 3/5/2014) | 0.10 | C |
| 02/26/2014 | Chad Dunn | Arrange conference call with experts | 0.10 | C |
| 03/10/2014 | Chad Dunn | Receive and review court's notification that 3-5-14 transcript available | 0.10 | C |
| 03/11/2014 | Chad Dunn | Receive and review Notice of Filing of Official Transcript | 0.10 | C |
| 03/13/2014 | Chad Dunn | Prepare, edit and file The Veasey-LULAC Plaintiffs' Response on Legislative Privilege | 1.90 | C |
| 03/13/2014 | Chad Dunn | Begin preparation of numerous deposition notices | 0.40 | C |
| 03/17/2014 | Chad Dunn | Conference with court regarding scheduling of hearing | 0.10 | C |
| 03/21/2014 | Chad Dunn | Multiple communications regarding scheduling of depositions | 0.20 | C |
| 03/21/2014 | Chad Dunn | Conference with court regarding scheduling of upcoming hearing | 0.10 | C |
| 03/26/2014 | Chad Dunn | Multiple calls to clients to arrange available deposition dates | 0.50 | C |
| 03/26/2014 | Chad Dunn | Multiple communications regarding scheduling of depositions and other events | 0.40 | C |
| 04/01/2014 | Chad Dunn | Receive and review Defendants' Notice of Corrected Filing | 0.10 | C |
| 04/01/2014 | Chad Dunn | Receive and review Transcript Order Form requested by John Scott | 0.10 | C |
| 04/01/2014 | Chad Dunn | Receive and review court's entry regarding motions hearing and status hearing scheduled for 4-8-14 | 0.10 | C |
| 04/02/2014 | Chad Dunn | Receive and review court's notification that 04-1-14 transcript available | 0.10 | C |

| 04/03/2014 | Chad Dunn | Receive and review Notice of Filing of Official Transcript | 0.10 | C |
|---|---|---|---|---|
| 04/14/2014 | Chad Dunn | Receive and review court's notification that 04-8-14 transcript available | 0.10 | C |
| 04/15/2014 | Chad Dunn | Conference with court regarding rescheduling of hearing | 0.10 | C |
| 04/16/2014 | Chad Dunn | Multiple communications regarding logistics for upcoming depositions | 0.20 | C |
| 04/16/2014 | Chad Dunn | Calendar number of scheduled depositions | 0.10 | C |
| 04/17/2014 | Chad Dunn | Numerous communications regarding depositions | 0.30 | C |
| 04/17/2014 | Chad Dunn | Receive and review court's notification that 04-16-14 transcript available | 0.10 | C |
| 04/18/2014 | Chad Dunn | Receive and review Notice of Filing of Official Transcript | 0.10 | C |
| 04/23/2014 | Chad Dunn | Multiple communications regarding scheduling and rescheduling of depositions | 0.20 | C |
| 04/23/2014 | Chad Dunn | Work with opposing counsel on Interlocutory Appeal to collect case caption of Fifth Circuit | 0.20 | C |
| 04/24/2014 | Chad Dunn | Receive and review Notice of Resetting Status Conference | 0.10 | C |
| 05/01/2014 | Chad Dunn | Multiple conferences with State regarding scheduling of Veasey depositions | 0.20 | C |
| 05/01/2014 | Chad Dunn | Receive and review Transcript Order Form requested by Elizabeth Westfall | 0.10 | C |
| 05/02/2014 | Chad Dunn | Receive and review court's notification that 5-1-14 transcript available | 0.10 | C |
| 05/05/2014 | Chad Dunn | Conference with several witnesses regarding scheduling their deposition | 0.30 | C |
| 05/06/2014 | Chad Dunn | Review multiple deposition notices issued and calendar same | 0.20 | C |
| 05/06/2014 | Chad Dunn | Receive and review Notice of Filing Official Transcript | 0.10 | C |
| 05/08/2014 | Chad Dunn | Conference with court regarding scheduling hearing before magistrate | 0.10 | C |
| 05/08/2014 | Chad Dunn | Conference with court regarding cancellation of hearing | 0.10 | C |

**CLERICAL**

**BRAZIL - DUNN**

| 05/08/2014 | Chad Dunn | Receive and review court's notification that parties have reached an agreement on 30(b)(6) Deposition. Motion is terminated and hearing cancelled | 0.10 | C |
|---|---|---|---|---|
| 05/14/2014 | Chad Dunn | Update common calendar regarding scheduled depositions | 0.20 | C |
| 05/15/2014 | Chad Dunn | Multiple conferences scheduling Veasey Plaintiffs' depositions | 0.30 | C |
| 05/15/2014 | Chad Dunn | Receive and review Transcript Order Form requested by Elizabeth Westfall | 0.10 | C |
| 05/16/2014 | Chad Dunn | Receive and review court's notification that 5-15-14 transcript available | 0.10 | C |
| 05/19/2014 | Chad Dunn | Conference with court regarding need for upcoming hearing | 0.20 | C |
| 05/19/2014 | Chad Dunn | Update schedule for upcoming depositions | 0.10 | C |
| 05/19/2014 | Chad Dunn | Receipt and review of unopposed motion for extension of time in Austin Judge Sparks' case | 0.10 | C |
| 05/19/2014 | Chad Dunn | Receive and review court's Notice of Setting Telephonic Status Conference | 0.10 | C |
| 05/19/2014 | Chad Dunn | Receive and review court's Notice of Filing of Official Transcript | 0.10 | C |
| 05/20/2014 | Chad Dunn | Conference with court regarding scheduling hearing | 0.20 | C |
| 05/20/2014 | Chad Dunn | Conference with court regarding cancellation of hearing | 0.10 | C |
| 05/20/2014 | Chad Dunn | Receive and review Notice of Change of Address by Daniel G. Covich | 0.10 | C |
| 05/20/2014 | Chad Dunn | Receive and review court's Notice of Setting Telephonic Hearing on Defendants' and the United States' Statements Regarding Defendants' Notice of Intention to Take Oral Deposition o the United States of America | 0.10 | C |
| 05/21/2014 | Chad Dunn | Receive and review court's notice cancelling 5-21-14 hearing | 0.10 | C |
| 05/23/2014 | Chad Dunn | Finalize and serve additional interrogatories to State | 0.20 | B,C |
| 05/24/2014 | Chad Dunn | Multiple conferences to schedule upcoming depositions | 0.70 | C |

**Page 008**

**CLERICAL**

**BRAZIL - DUNN**

| 05/28/2014 | Chad Dunn | Receive and review Transcript Order Forms requested by John Scott and Elizabeth Westfall | 0.10 | C |
|---|---|---|---|---|
| 05/29/2014 | Chad Dunn | Conference with clients regarding scheduling of their depositions | 0.20 | C |
| 05/29/2014 | Chad Dunn | Receive and review court's notification that 5-28-14 transcript available | 0.10 | C |
| 05/30/2014 | Chad Dunn | Multiple communication regarding scheduling of depositions | 0.20 | C |
| 05/30/2014 | Chad Dunn | Receive and review court's Notice of Filing of Official Transcript | 0.10 | C |
| 06/09/2014 | Chad Dunn | Receive and review court's notification that transcript of 06-06-14 hearing available | 0.10 | C |
| 06/10/2014 | Chad Dunn | Receive and review court's Notice of Filing Official Transcript | 0.10 | C |
| 06/16/2014 | Chad Dunn | Multiple communications regarding deposition scheduling and logistics | 0.30 | C |
| 06/16/2014 | Chad Dunn | Arrange court reporters for a number of depositions | 0.20 | C |
| 06/18/2014 | Chad Dunn | Receive and review Transcript Order Form requested by Elizabeth Westfall | 0.10 | C |
| 06/19/2014 | Chad Dunn | Receive and review court's notification that transcript for 6-18-14 hearing available | 0.10 | C |
| 06/20/2014 | Chad Dunn | Receive and review court's Notice of Filing Official Transcript | 0.10 | C |
| 06/27/2014 | Chad Dunn | Receive and review court notification of sealed documents filed (ECF 361) | 0.10 | C |
| 06/27/2014 | Chad Dunn | Receive and review court notification of sealed document filed (ECF 375) | 0.10 | C |
| 06/27/2014 | Chad Dunn | Receive and review court notification of sealed document filed (ECF 374) | 0.10 | C |
| 06/27/2014 | Chad Dunn | Receive and review court notification of sealed document filed (ECF 372) | 0.10 | C |
| 06/27/2014 | Chad Dunn | Receive and review court notification of sealed document filed (ECF 368) | 0.10 | C |
| 06/27/2014 | Chad Dunn | Receive and review court notification of sealed document filed (ECF 367) | 0.10 | C |
| 06/27/2014 | Chad Dunn | Receive and review court notification of sealed document filed (ECF 364) | 0.10 | C |

**Page 009**

**CLERICAL**

**BRAZIL - DUNN**

| 07/08/2014 | Chad Dunn | Multiple calls to arrange deposition of Jefferson County election official | 0.20 | C |
|------------|-----------|---------------------------------------------------------------------------|------|---|
| 07/09/2014 | Chad Dunn | Receive and review court notification of sealed document filed (ECF 393) | 0.10 | C |
| 07/10/2014 | Chad Dunn | Receive cancellation of Dallas deposition | 0.10 | C |
| 07/15/2014 | Chad Dunn | Conference with state regarding logistics for several depositions | 0.20 | C |
| 07/16/2014 | Chad Dunn | Confer with court regarding scheduling of hearing | 0.10 | C |
| 07/24/2014 | Chad Dunn | Receive and review Transcript Order Forms requested by John Scott and Elizabeth Westfall | 0.10 | C |
| 07/28/2014 | Chad Dunn | Receive Notice Filing Official Transcript of 07-24-14 Status Conference Hearing | 0.10 | C |
| 07/29/2014 | Chad Dunn | Receive and review Notice of Resetting Status Conference | 0.10 | C |
| 07/29/2014 | Chad Dunn | Conference with court regarding rescheduling of hearing | 0.10 | C |
| 07/30/2014 | Chad Dunn | Receive and review court's minute entry regarding status conference and parties continuance to confer regarding pending motions and advisory | 0.10 | C |
| 07/30/2014 | Chad Dunn | Receive and review Transcript Order From requested by Elizabeth Westfall | 0.10 | C |
| 07/31/2014 | Chad Dunn | Receive and review court's notification that transcript of 07-30-14 hearing available | 0.10 | C |
| 08/01/2014 | Chad Dunn | Receive and review court notification of sealed document filed (ECF 450) | 0.10 | C |
| 08/01/2014 | Chad Dunn | Receive and review court notification of sealed document filed (ECF 451) | 0.10 | C |
| 08/01/2014 | Chad Dunn | Receive Notice Filing Official Transcript of 07-30-14 Status Conference Hearing | 0.10 | C |
| 08/06/2014 | Chad Dunn | Receive and review Transcript Order From requested by Elizabeth Westfall | 0.10 | C |
| 08/06/2014 | Chad Dunn | Receive and review Transcript Order From requested by Elizabeth Westfall | 0.10 | C |
| 08/06/2014 | Chad Dunn | Conference with Buck Wood regarding his scheduling his deposition | 0.30 | C |

**Page 010**

**CLERICAL**

**BRAZIL - DUNN**

| 08/07/2014 | Chad Dunn | Conference with Senator Ellis' office arranging for his appearance at trial | 0.30 | C |
|---|---|---|---|---|
| 08/08/2014 | Chad Dunn | Receive and review court's notification that transcript of 08-06-14 hearing available | 0.10 | C |
| 08/08/2014 | Chad Dunn | Conference with Dr. Sanchez and Dr. Barreto regarding scheduling their depositions | 0.30 | C |
| 08/08/2014 | Chad Dunn | Confer with several clients to arrange their appearance at trial | 0.40 | C |
| 08/08/2014 | Chad Dunn | Conference with Dr. Sanchez and Dr. Barreto regarding scheduling their depositions | 0.30 | C,D |
| 08/11/2014 | Chad Dunn | Receive and review Notice Filing Official Transcript of 08-06-14 Status Conference Hearing | 0.10 | C |
| 08/11/2014 | Chad Dunn | Contact several Democratic senators regarding arranging their attendance at trial as witnesses | 0.40 | C |
| 08/11/2014 | Chad Dunn | Arrange travel for Dr. Sanchez and Dr. Barreto | 0.50 | C |
| 08/12/2014 | Chad Dunn | Arrange deposition location in Houston for Dr. Barreto and Dr. Sanchez | 0.10 | C |
| 08/12/2014 | Chad Dunn | Arrange work location at hotel for trial | 0.20 | C |
| 08/15/2014 | Chad Dunn | Receive and review Transcript Order From requested by John Scott | 0.10 | C |
| 08/15/2014 | Chad Dunn | Receive and review court notification of sealed document filed (ECF 473) | 0.10 | C |
| 08/15/2014 | Chad Dunn | Receive and review court notification of sealed document filed (ECF 475) | 0.10 | C |
| 08/15/2014 | Chad Dunn | Receive and review court notification of sealed document filed (ECF 476) | 0.10 | C |
| 08/15/2014 | Chad Dunn | Receive and review court notification of sealed document filed (ECF 477) | 0.10 | C |
| 08/15/2014 | Chad Dunn | Receive and review court notification of sealed document filed (ECF 481) | 0.10 | C |
| 08/15/2014 | Chad Dunn | Receive and review court notification of sealed document filed (ECF 480) | 0.10 | C |
| 08/18/2014 | Chad Dunn | Edit, finalize and file Barreto and Sanchez Expert Rebuttal Report | 2.20 | C |
| 08/19/2014 | Chad Dunn | Conference with court regarding logistics for upcoming hearing | 0.20 | C |

CLERICAL
BRAZIL - DUNN

| 08/19/2014 | Chad Dunn | Receive and review Notice Filing Official Transcript of 08-14-14 Status Conference Hearing | 0.10 | C |
|---|---|---|---|---|
| 08/22/2014 | Chad Dunn | Receive and review court's notification that transcript of 08-21-14 motion hearing available | 0.10 | C |
| 08/22/2014 | Chad Dunn | Receive and review court's notification of sealed document filed (ECF 506) | 0.10 | C |
| 08/22/2014 | Chad Dunn | Receive and review court's notification of sealed document filed (ECF 503) | 0.10 | C |
| 08/25/2014 | Chad Dunn | Receive and review Notice Filing Official Transcript of 08-22-14 motion hearing | 0.10 | C |
| 08/26/2014 | Chad Dunn | Conference with several witnesses regarding their appearance at trial and scheduling | 0.40 | B,C |
| 08/28/2014 | Chad Dunn | Receive and review Transcript Order Form for 08-28-14 status conference requested by John Scott | 0.10 | C |
| 08/28/2014 | Chad Dunn | Receive and review Defendants' Notice of Transcript Order for 08-27-14 pretrial conference | 0.10 | C |
| 08/29/2014 | Chad Dunn | Receive and review Transcript Order Form for trial held on September 2, 2014 to September 19, 2014 requested by J. Gerald Hebert | 0.10 | C |
| 08/29/2014 | Chad Dunn | Receive and review Transcript Order Form for 08-29-14 status conference requested by John Scott | 0.10 | C |
| 08/29/2014 | Chad Dunn | Receive and review Transcript Order Form for trial held on September 2, 2014 to September 19, 2014 requested by Lynn Eisenberg | 0.10 | C |
| 08/29/2014 | Chad Dunn | Receive and review Transcript Order Form for entire trial held on September 2, 2014 to September 15, 2014 requested by John Scott | 0.10 | C |
| 08/29/2014 | Chad Dunn | Receive and review Transcript Order Form for trial held on September 2, 2014 to September 19, 2014 requested by Elizabeth Westfall | 0.10 | C |
| 08/29/2014 | Chad Dunn | Receive and review Transcript Order Form for trial held on September 2, 2014 to September 19, 2014 requested by Michelle Yeary | 0.10 | C |

EXHIBIT E-2

**CLERICAL**

**BRAZIL - DUNN**

| 08/29/2014 | Chad Dunn | Receive and review court's notification that transcript of 08-28-14 status conference available | 0.10 | C |
|---|---|---|---|---|
| 08/29/2014 | Chad Dunn | Receive and review court's notification that transcript of 08-28-14 motion hearing available | 0.10 | C |
| 08/29/2014 | Chad Dunn | Receive and review court's notification that transcript of 08-27-14 status conference available | 0.10 | C |
| 08/29/2014 | Chad Dunn | Receive and review court's notification that transcript of 08-27-14 pretrial conference available | 0.10 | C |
| 08/29/2014 | Chad Dunn | Receive and review court order granting Motion for Josh Bone to Appear Pro Hac Vice | 0.10 | C |
| 09/02/2014 | Chad Dunn | Receive and review court's notification that transcript of 08-29-14 motion hearing available | 0.10 | C |
| 09/02/2014 | Chad Dunn | Receive and review Notice of Filing Official Transcripts as to 08-27-14 pretrial conference and status conference and 08-28-14 status conference and motion hearing | 0.10 | C |
| 09/02/2014 | Chad Dunn | Receive and review court's notification that transcript of 09-02-14 motion hearing available | 0.10 | C |
| 09/03/2014 | Chad Dunn | Receive and review Notice of Filing of Official Transcript as to 08-29-14 and 09-02-14 motion hearings | 0.10 | C |
| 09/04/2014 | Chad Dunn | Receive and review Notice of Filing Transcript (Day 1 of Trial) | 0.10 | C |
| 09/04/2014 | Chad Dunn | Receive and review court's notification that transcript of 09-03-14 Day 2 of Trial available | 0.10 | C |
| 09/05/2014 | Chad Dunn | Receive and review Notice of Filing Transcript (Day 2 of Trial) | 0.10 | C |
| 09/05/2014 | Chad Dunn | Receive and review court's notification of sealed document filed (ECF 568) | 0.10 | C |
| 09/05/2014 | Chad Dunn | Receive and review court's notification of sealed document filed (ECF 567) | 0.10 | C |
| 09/05/2014 | Chad Dunn | Receive and review court's notification that transcript of 09-04-14 Day 3 of Trial available | 0.10 | C |
| 09/08/2014 | Chad Dunn | Receive and review court's notification that transcript of 09-05-14 Day 4 of Trial available | 0.10 | C |

**CLERICAL**

**BRAZIL - DUNN**

| 09/09/2014 | Chad Dunn | Receive and review court's notification that transcript of 09-08-14 Day 5 of Trial available | 0.10 | C |
|---|---|---|---|---|
| 09/09/2014 | Chad Dunn | Receive and review Notice of Filing Transcript (Day 4 of Trial) | 0.10 | C |
| 09/10/2014 | Chad Dunn | Receive and review Notice of Filing Transcript (Day 5 of Trial) | 0.10 | C |
| 09/10/2014 | Chad Dunn | Receive and review Notice of Filing Transcript (Day 5 of Trial) | 0.10 | C,D |
| 09/10/2014 | Chad Dunn | Receive and review court's notification that transcript of 09-09-14 Day 6 of Trial available | 0.10 | C |
| 09/10/2014 | Chad Dunn | Receive and review court's docket entry regarding Trial (Day 7) | 0.10 | C |
| 09/11/2014 | Chad Dunn | Receive and review court's notification that transcript of 09-10-14 Day 7 of Trial available | 0.10 | C,D |
| 09/11/2014 | Chad Dunn | Receive and review Notice of Filing Transcript (Day 6 of Trial) | 0.10 | C |
| 09/12/2014 | Chad Dunn | Receive and review court's notification that transcript of 09-11-14 Day 8 of Trial available | 0.10 | C |
| 09/12/2014 | Chad Dunn | Receive and review Notice of Filing Transcripts (Days 7 and 8 of Trial) | 0.10 | C |
| 09/15/2014 | Chad Dunn | Receive and review R. Allensworth's copy request for docket sheet | 0.10 | C |
| 10/12/2014 | Chad Dunn | Work on Veasey-LULAC opposition to stay. Finalize and file same | 6.20 | B,C |
| 10/15/2014 | Chad Dunn | Conference with Supreme Court clerk regarding filing issues | 0.20 | C |
| 10/24/2014 | Chad Dunn | Receive and review Notice of Setting Telephone Conference | 0.10 | C |
| 10/27/2014 | Chad Dunn | Receive and review Notice of Resetting Telephone Conference | 0.10 | C |
| 10/28/2014 | Chad Dunn | Receive and review court notification cancelling telephone conference | 0.10 | C |
| 11/04/2014 | Chad Dunn | Receipt and review of notice regarding status of transcript | 0.10 | C |
| 11/07/2014 | Chad Dunn | Conference with district court regarding trial preparation of the trial court record | 0.10 | C |
| 11/12/2014 | Chad Dunn | Receive and review court notification of sealed documents filed (ECF 681-ECF 684) | 0.10 | C |

EXHIBIT B-2
CLERICAL
BRAZIL - DUNN

| | | | | |
|---|---|---|---|---|
| 11/13/2014 | Chad Dunn | Receive and review court notification of sealed documents filed (ECF 685-ECF 697) | 0.10 | C |
| 11/14/2014 | Chad Dunn | Receive and review court notification of sealed documents filed (ECF 698-ECF 712) | 0.10 | C,D |
| 11/14/2014 | Chad Dunn | Receive and review Plaintiffs and Plaintiff-Intervenors' Notice of Filing of Deposition Designations (ECF 713-ECF 715) | 0.10 | C |
| 11/14/2014 | Chad Dunn | Receive and review Defendants' Notice of Filing of Deposition Designations (ECF 716-ECF 723) | 0.10 | C |
| 11/14/2014 | Chad Dunn | Receive and review court notification of sealed document filed (ECF 724) | 0.10 | C |
| 11/17/2014 | Chad Dunn | Receive and review Defendants' Notice of Filing Exhibits (ECF 725-ECF 745) | 0.10 | C |
| 11/18/2014 | Chad Dunn | Receive and review Defendants' Notice of Filing Exhibits (ECF 746-ECF 772) | 0.10 | C |
| 11/24/2014 | Chad Dunn | Receive and review court notification of sealed notice filed by Defendants (ECF 806) | 0.10 | C |
| 12/11/2014 | Chad Dunn | Receive and review clerk transmittal Letter regarding cds containing electronic record on appeal | 0.10 | C |
| 12/18/2014 | Chad Dunn | Collect invoices and receipts to include in district court fee motion for deposition costs | 0.20 | C |
| 01/22/2015 | Chad Dunn | Prepare and file Unopposed Motion of Veasey-LULAC Plaintiffs to Order Payment of Expert Witness Expenses Resulting from Erroneous Data Disclosures | 0.10 | C |
| 02/19/2015 | Chad Dunn | Prepare and file Reply to Defendants' Response to Veasey-LULAC Plaintiffs Motion to Order the Payment of Certain Expert Witness Expenses | 0.10 | B,C |
| 02/27/2015 | Chad Dunn | Prepare cover page and certificates and tables for brief | 0.80 | C |
| 02/27/2015 | Chad Dunn | Receipt and review of court order accepting corrected brief | 0.10 | C |
| 02/27/2015 | Chad Dunn | Continue work on tables for brief | 1.20 | C |
| 03/02/2015 | Chad Dunn | Continue working to collect record cites for brief. Finalize and finish tables of contents and authorities | 2.80 | C |

**EXHIBIT D-2**

**CLERICAL**

**BRAZIL - DUNN**

| 03/05/2015 | Chad Dunn | Prepare and send letter to Fifth Circuit correcting case caption and adding additional named plaintiffs | 0.50 | C |
|---|---|---|---|---|
| 03/12/2015 | Chad Dunn | Continue working with court to correct parties in case caption | 0.20 | C |
| 03/10/2016 | Chad Dunn | Multiple conferences with state regarding briefing schedule. Prepare memoranda and proposed briefing schedule. Confer with all counsel | 1.60 | C |
| 03/24/2016 | Chad Dunn | Receipt docket entry that paper copies were received | 0.10 | C |
| 03/24/2016 | Chad Dunn | Coordinate with printer for Supreme Court filing | 0.40 | C |
| 04/13/2016 | Chad Dunn | Coordinate with printer regarding filing of reply | 0.50 | C |
| 04/14/2016 | Chad Dunn | Receive and review court docket entry amending scheduling order regarding discovery motions, motions to quash, compel or for protection | 0.10 | C |
| 04/15/2016 | Chad Dunn | Check Fed Ex records to insure delivery of Supreme Court reply brief | 0.20 | C |
| 04/21/2016 | Chad Dunn | Additional drafts and letter regarding oral argument finalized and file same | 1.30 | C, B |
| 04/26/2016 | Chad Dunn | Receive update on additional amicus briefs to be filed | 0.10 | C |
| 04/29/2016 | Chad Dunn | Receipt and review of Supreme Court order setting deadline for decision in case | 0.20 | C |
| 05/05/2016 | Chad Dunn | Multiple conferences setting up new court session for en banc | 0.50 | C |
| 05/09/2016 | Chad Dunn | Review oral argument form submissions by other counsel | 0.10 | C |
| 05/09/2016 | Chad Dunn | Review final draft of supplemental brief, make final edits, finalize and file | 0.50 | C, B |
| | | **TOTAL** | **58.1** | |

EXHIBIT D-2
CLERICAL
Veasey-LULAC

| Date | User | Description | Billable Time/ Cost Price | Code |
|------|------|-------------|---------------------------|------|
| 10/04/2013 | Scott Brazil | Receive and review court's Notice of Telephonic Status Hearing | 0.10 | C |
| 02/21/2014 | Scott Brazil | Receive and review court's Notice of Resetting Miscellaneous Hearing (set for 3/5/2014) | 0.10 | C |
| 03/17/2014 | Scott Brazil | Receive and review court's Notice of Resetting Miscellaneous Conference | 0.10 | C |
| 03/24/2014 | Scott Brazil | Receive and review court's Notice of Resetting Miscellaneous Conference | 0.10 | C |
| 07/09/2014 | Scott Brazil | Receive and review court notification of sealed document filed (ECF 393) | 0.10 | C |
| 07/22/2014 | Scott Brazil | Prepare cross notice of deposition for Ms. Brickner. Finalize and serve same | 0.40 | C |
| 08/22/2014 | Scott Brazil | Receive and review court's notification of sealed document filed (ECF 506) | 0.10 | C |
| 08/22/2014 | Scott Brazil | Receive and review court's notification of sealed document filed (ECF 503) | 0.10 | C |
| 08/28/2014 | Scott Brazil | Receive and review docket entry that Non-Party Senators' Exhibit 1-4 admitted for Status Conference | 0.10 | C |
| 08/29/2014 | Scott Brazil | Receive and review Transcript Order Form for trial held on September 2, 2014 to September 19, 2014 requested by Michelle Yeary | 0.10 | C |
| 08/29/2014 | Scott Brazil | Receive and review Notice of Service of Defendants' Supplemental Exhibit List | 0.10 | C |
| 08/31/2014 | Scott Brazil | Receive and review Defendants' Service of Second Supplemental Exhibit List | 0.10 | C |
| 09/02/2014 | Scott Brazil | Receive and review court's notification that transcript of 08-29-14 motion hearing available | 0.10 | C |
| 09/02/2014 | Scott Brazil | Receive and review Notice of Filing Official Transcripts as to 08-27-14 pretrial conference and status conference and 08-28-14 status conference and motion hearing | 0.10 | C |
| 09/04/2014 | Scott Brazil | Receive and review Notice of Filing Transcript (Day 1 of Trial) | 0.10 | C |

CLERICAL
Veasey-LULAC

| 09/04/2014 | Scott Brazil | Receive and review court's notification that transcript of 09-03-14 Day 2 of Trial available | 0.10 | C |
|---|---|---|---|---|
| 09/05/2014 | Scott Brazil | Receive and review Notice of Filing Transcript (Day 2 of Trial) | 0.10 | C |
| 09/05/2014 | Scott Brazil | Receive and review court's notification of sealed document filed (ECF 567) | 0.10 | C |
| 09/05/2014 | Scott Brazil | Receive and review court's notification of sealed document filed (ECF 568) | 0.10 | C |
| 09/05/2014 | Scott Brazil | Receive and review Notice of Filing Transcript (Day 3 of Trial) | 0.10 | C |
| 09/08/2014 | Scott Brazil | Receive and review court's notification that transcript of 09-05-14 Day 4 of Trial available | 0.10 | C |
| 09/09/2014 | Scott Brazil | Receive and review court's notification that transcript of 09-08-14 Day 5 of Trial available | 0.10 | C |
| 09/09/2014 | Scott Brazil | Receive and review Notice of Filing Transcript (Day 4 of Trial) | 0.10 | C |
| 09/09/2014 | Scott Brazil | Receive and review court's docket entry regarding Trial (Day 6) | 0.10 | C |
| 09/10/2014 | Scott Brazil | Receive and review Notice of Filing Transcript (Day 5 of Trial) | 0.10 | C |
| 09/10/2014 | Scott Brazil | Receive and review court's notification that transcript of 09-09-14 Day 6 of Trial available | 0.10 | C |
| 09/10/2014 | Scott Brazil | Receive and review court's docket entry regarding Trial (Day 7) | 0.10 | C |
| 09/11/2014 | Scott Brazil | Receive and review court's notification that transcript of 09-10-14 Day 7 of Trial available | 0.10 | C |
| 09/11/2014 | Scott Brazil | Receive and review Notice of Filing Transcript (Day 6 of Trial) | 0.10 | C |
| 09/11/2014 | Scott Brazil | Receive and review court's docket entry regarding Trial (Day 8) | 0.10 | C |
| 09/22/2014 | Scott Brazil | Receive and review court's docket entry regarding Trial (Day 9) | 0.10 | C |

**TOTAL 3.4**

**EXHIBIT I-2**

## CLERICAL
## CLC

| Daniel Lang Description | Date | Time | Code |
|---|---|---|---|
| Filing 28j letter | 6/1/2016 | 0.3 | C |
| | **TOTAL** | **0.3** | |

EXHIBIT File
CLERICAL
CLC

| Emma Simson Description | Date | Hours | Code |
|---|---|---|---|
| Making edits to deposition notices | 2/5/2014 | 0.3 | C |
| Editing depos notices | 2/6/2014 | 0.8 | C |
| Downloading documents from TX production; Reviewing documents in production | 2/6/2014 | 1.8 | C |
| Editing deposition notices for AG Office | 2/10/2014 | 0.3 | C |
| Downloading production documents, skimming | 2/26/2014 | 0.6 | C |
| Drafting subpoena and depo notice for Stan Stanart | 3/13/2014 | 0.8 | C |
| Records Request for Jasper County | 4/11/2014 | 0.3 | C |
| Compiling legislative docs | 6/2/2014 | 1.8 | C |
| Compiling legislative docs | 6/2/2014 | 2.3 | C |
| Compiling legislative docs | 6/3/2014 | 1.9 | C |
| Compiling legislative docs | 6/3/2014 | 0.8 | C |
| Compiling legislative docs | 6/4/2014 | 0.5 | C |
| Compiling legislative docs | 6/4/2014 | 0.5 | C |
| Compiling legislative docs | 6/4/2014 | 0.8 | C |
| Reviewing filing on federal database | 6/16/2014 | 0.3 | C |
| Document production | 6/19/2014 | 0.8 | V,C |
| Case administration matters; reviewing defendants' proposed findings of fact and conclusions of law; objections to designations/exhibits; drafting stipulations | 8/25/2014 | 8.6 | C |
| | TOTAL | 23.2 | |