# EXHIBIT D-3
# VEASEY-LULAC DUPLICATIVE

**DUPLICATIVE**
**BARON**

Neil Baron

| DATE | | HOURS | Code |
|---|---|---|---|
| 09/16/13 | Phone conference with Veasey team | 1.00 | D |
| 09/18/13 | Phone conference with Veasey team | 1.00 | D |
| 09/27/13 | Telephone conference with Veasey Team regarding case startegy | 1.00 | D |
| 02/06/14 | Review email from Emma Simson regarding SOS 30(b)(6) ; | 0.10 | D |
| 02/06/14 | Review email correspondence from Chad Dunn regarding thoughts from Ransom (CPA expert) and incorporation into | 0.20 | D |
| 02/06/14 | Review email from Gerry Hebert regarding a lot of comments/edits to the 30(b)(6) draft - need to get them all on | 0.20 | D |
| 05/28/14 | Review Minute Entry from 5-28-14 hearing | 0.20 | D |
| 05/29/14 | Review transcript regarding telephonic conference held on 5- | 0.20 | D |
| 06/06/14 | Review Minute Entry fro Proceedings held before Judge Ramos on 6-6-14 | 0.20 | D |
| 06/16/14 | Review Exhibits to (doc 332) - (doc 333) | 0.20 | D |
| | **TOTAL** | **4.3** | |

EXHIBIT D-3
DUPLICATIVE
BRAZIL-DUNN

| Date | User | Description | Billable Time/ Cost Price | Code |
|---|---|---|---|---|
| 08/14/2013 | Chad Dunn | Continue work on draft of First Amended Complaint | 4.20 | D |
| 08/18/2013 | Chad Dunn | Incorporate edits to amended complaint from co-counsel | 0.40 | D |
| 04/08/2014 | Chad Dunn | Participate in trial preparation meeting of all Veasey Plaintiffs' counsel | 6.50 | D,E |
| 05/28/2014 | Chad Dunn | Receive multiple deposition notices | 0.20 | D |
| 07/16/2014 | Chad Dunn | Confer with clients regarding their scheduled depositions and prepare them for same | 0.50 | D |
| 07/22/2014 | Chad Dunn | Receive amended deposition notices from State | 0.10 | D |
| 07/28/2014 | Chad Dunn | Receipt and review of several deposition notices | 0.10 | D |
| 08/08/2014 | Chad Dunn | Conference with Dr. Sanchez and Dr. Barreto regarding scheduling their depositions | 0.30 | C,D |
| 09/10/2014 | Chad Dunn | Receive and review Notice of Filing Transcript (Day 5 of Trial) | 0.10 | C,D |
| 09/11/2014 | Chad Dunn | Receive and review court's notification that transcript of 09-10-14 Day 7 of Trial available | 0.10 | C,D |
| ######## | Chad Dunn | Receive and review Plaintiffs and Plaintiff-Intervenors' Notice of Filing Trial Exhibits (ECF 660-677) | 0.10 | D |
| 11/14/2014 | Chad Dunn | Receive and review court notification of sealed documents filed (ECF 698-ECF 712) | 0.10 | C,D |
| 11/21/2014 | Chad Dunn | Receive and review Defendants' Notice of Filing Exhibits (ECF 791-ECF 804) | 0.10 | D |
| 03/04/2015 | Chad Dunn | Review briefs of other parties | 1.20 | D |
| 03/26/2015 | Chad Dunn | Review 28(i) letter | 0.10 | D |
| 03/29/2015 | Chad Dunn | Confer with the State regarding confidential exhibits | 1.20 | D |
| 03/14/2016 | Chad Dunn | Participate in team conference call | 1.10 | D |

**Page 002**

EXHIBIT D-3
DUPLICATIVE
BRAZIL-DUNN
**TOTAL 16.4**

**DUPLICATIVE
BRAZIL-DUNN**

| Date | User | Description | Billable Time/ Cost Price | Code |
|---|---|---|---|---|
| 11/15/2013 | Scott Brazil | Attend Civil Initial Pretrial Conference by telephone | 0.90 | D, E |
| 03/05/2014 | Scott Brazil | Prepare for and attend hearing on motion to compel by phone. | 2.50 | E,D |
| 04/01/2014 | Scott Brazil | Telephone attend in-person hearing in Corpus Christi | 3.00 | E, D |
| 04/08/2014 | Scott Brazil | Participate in trial preparation meeting of all Veasey Plaintiffs' counsel | 6.50 | D |
| 04/08/2014 | Scott Brazil | Prepare for and telephone attend status conference | 1.10 | E,D |
| 04/09/2014 | Scott Brazil | Continue in-person meeting with all Veasey Plaintiffs' counsel in preparation for depositions and trial | 5.50 | D,E |
| 04/11/2014 | Scott Brazil | Multiple conferences regarding dividing effort for 30(b)(6) depositions | 0.50 | D |
| 04/16/2014 | Scott Brazil | Telephone attend hearing on the Amended Motion to Compel the Production of Documents Responsive to the Defendants' First and Second Requests for Production to the United States | 1.80 | D |
| 05/01/2014 | Scott Brazil | Telephone attend hearing on Motion to Quash Subpoena of Third Party Legislators | 2.20 | D, E |
| 05/15/2014 | Scott Brazil | Telephone attend Status Conference | 1.20 | D, E |
| 05/20/2014 | Scott Brazil | Prepare for and attend telephonic status conference | 2.70 | D, E |
| 05/28/2014 | Scott Brazil | Telephone attend status conference | 2.40 | D, E |
| 05/30/2014 | Scott Brazil | Conference with voter in Lufkin denied from voting for lack of ID | 0.40 | E,D |
| 06/06/2014 | Scott Brazil | Telephone attend status conference | 1.20 | D |
| 06/18/2014 | Scott Brazil | Telephone attend status conference | 1.50 | D,E |
| 07/24/2014 | Scott Brazil | Telephone attend status conference | 2.30 | D,E |
| 07/30/2014 | Scott Brazil | Telephone attend status conference | 1.80 | D,E |
| 08/06/2014 | Scott Brazil | Telephone attend Status Conference | 1.80 | D,E |
| 08/06/2014 | Scott Brazil | Prepare additional Findings of Fact section for fact witness depositions that I covered | 3.20 | D |

| Date | Attorney | Description | Hours | |
|---|---|---|---|---|
| 08/14/2014 | Scott Brazil | Telephone attend status conference | 1.00 | D |
| 08/18/2014 | Scott Brazil | Work on Findings of Fact designation for several Veasey plaintiffs | 1.10 | D |
| 08/22/2014 | Scott Brazil | Receive and review Defendants' Proposed Findings of Fact/Conclusions of Law | 0.10 | D |
| 09/02/2014 | Scott Brazil | Attend Trial (Day 1) | 10.20 | E,D |
| 09/03/2014 | Scott Brazil | Attend Trial (Day 2) | 10.20 | E,D |
| 09/04/2014 | Scott Brazil | Attend trial (Day 3) | 10.20 | E,D |
| 09/05/2014 | Scott Brazil | Attend trial (Day 4) | 10.00 | E,D |
| 09/05/2014 | Scott Brazil | Receive and review court's docket entry regarding Trial (Day 4) | 0.10 | D |
| 09/08/2014 | Scott Brazil | Attend trial (Day 5) | 10.20 | E,D |
| 09/09/2014 | Scott Brazil | Attend trial (Day 6) | 10.20 | E,D |
| 09/10/2014 | Scott Brazil | Attend trial (Day 7) | 10.20 | E,D |
| 09/11/2014 | Scott Brazil | Attend trial (Day 8) | 7.10 | E,D |

**TOTAL 123.1**

**Page 005**

**DUPLICATIVE**
**CLC**

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) | Code |
|---|---|---|---|
| 6.26.13 | Review C.Dunn's draft of complaint & edit same | 0.9 | D |
| | immediate implementation of photo ID law (SB 14) | 0.2 | D |
| | claims to make in amended complaint | 0.2 | D |
| | re: additional claims in amended complaint | 0.2 | D |
| | of new plaintiffs in amended complaint | 0.3 | D |
| | witnesses | 0.3 | D |
| | discovery issues (coordination) | 1 | D |
| 9.13.2013 | Call w/ co-counsel re: scheduling, discovery | 1 | D |
| | re: discoverry schedule and trial date/length issues | 1.1 | D |
| | and other deadlines | 1 | D |
| | whether they will oppose DOJ's motion for a stay | 0.2 | D |
| 10.2.13 | Review draft of litigation hold letter | 0.4 | D |
| 10.3.13 | Review A. Derfner's edits to litigation hold letter | 0.1 | D |
| 10.3.13 | Make final edits to litigation hold letter | 0.3 | D |
| | & whether to seek a prelim. inj. for upcoming elections | 1.5 | D |
| | services to be performed by experts (Baretto, et al.) | 0.4 | D |
| | re: implementation of ID law | 0.3 | D |
| | experts' cost estimates provided us (incl. scope of reports) | 0.4 | D |
| | motion to dismiss | 0.2 | D |
| | dates & trial date to provide court | 0.6 | D |
| | potential expert witness re: TX matching database issues | 0.5 | D |
| | by TX in motion to dismiss | 1 | D |
| | identification of lay witnesses, assignments to counsel | 1.1 | D |
| | resulting tasks to counsel (discovery doc prep/MTD | 0.9 | D |
| | ccordination of tasks to avoid duplication | 1.2 | D |
| | plaintiffs, adding new claims in an amended complaint | 1.7 | D,E |
| 12.6.13 | Prepare second amended complaint for clients | 1.1 | D,E |
| | by TX's 2nd MTD | 0.8 | D |
| | re: discuss due process claims for inclusion in brief | 0.6 | D |
| | co-counsel | 0.2 | D |
| | planned discovery; and our answers to interrogatories | 0.3 | V,D |
| | edits to NAACP LDF counsel (Haygood/Korgaonkor) | 0.3 | D |
| | in case going forward | 0.3 | D |
| | and depositions | 0.8 | D |
| | next discovery actions to be taken, trial schedule | 1.1 | D,E |
| 4.6.14 | Review draft interrogatories and RFP and edit same | 0.4 | D |

**DUPLICATIVE**
**CLC**

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) | Code |
|---|---|---|---|
| | current experts & what analyses we want them to perform | 7.1 | D,E,N |
| | current experts & what analyses we want them to perform | 10.3 | D,E |
| | deponents (15-20) that Veasey-LULAC wants to depose | 0.4 | D |
| | assignment of responsibilities | 1.1 | D,E |
| | strategy and assignments to avoid duplication | 2.5 | D,E |
| | litigation responsibilities & strategies | 1 | D,E |
| 4.9.14 | Review our (Veasey-LULAC) draft interrogatories & RFPs | 0.4 | D |
| | provisional voters due to ID | 0.8 | D |
| | retained, data needed and scheduling of depositions | 1 | D |
| | needed, coordination of same & assignments | 1.5 | D,E |
| | assignments; legal research of issues needed | 1.5 | V,D,E |
| 5.8.14 | TC w/all private plaintiffs' attys re: discovery coord. | 1 | V,D,E |
| | expert analysis, and other discovery | 0.7 | D |
| | discovery planning | 1.1 | D,E |
| | disputes/issues | 1.7 | D,E |
| | planned discovery, expert timetable (& data needed) | 1.8 | D,E |
| 5.22.14 | TC w/all private plaintiffs re: outstanding & future discovery | 1.1 | D,E |
| 5.22.14 | Call w/all plaintiffs (including DOJ) re: discovery | 0.9 | D,E |
| 5.29.14 | TC w/private plaintiffs (weekly status call to coordinate) | 1 | D,E |
| 5.29.14 | TC w/all plaintiffs (including DOJ) (weekly status) | 0.5 | D,E |
| 5.30.14 | TC w/Veasey-LULAC team re: discovery, data, next steps | 1.5 | V,D,E |
| | to be contacted. | 1.6 | V,D,E |
| | further discovery) | 0.7 | D,E |
| | work being performed by experts. | 1.9 | D,E |
| | schedule | 3 | D,E |
| | witnesses; discuss deposition transcripts to be reviewed | 1.3 | D,E |
| | upcoming deadlines | 0.8 | D,E |
| | plaintiff groups are working on. | 0.7 | D,E |
| 7.2.14 | Call with Veasey-LULAC legal team re: expert reports | 1.5 | D,E |
| | team assignments; expert reports & depositions | 1.1 | D,E |
| | trial preparations | 4.5 | D,E |
| | later today | 0.4 | D,E |
| | expedite appeal | 1.2 | D |
| 11.24.14 | Review/edit Josh's draft motion to expedite appeal | 0.7 | D |
| 11.25.14 | Review/edit Josh's draft motion to expedite appeal | 0.4 | D |
| 12.3.14 | TC w/Veasey-LULAC legal team re: appeal coordination | 0.7 | D |

**EXHIBIT D-3**
**DUPLICATIVE**
**CLC**

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) | Code |
|---|---|---|---|
| | outline of district court decision for use in appellate brief | 1.5 | D |
| | on revisions | 1.5 | D |
| 2.23.15 | Review and edit merits brief in 5th circuit | 2.9 | D |
| | should argue in 5th circuit and length of argument | 1.1 | D |
| | to be made in 5th circuit & strategies & emphasis (4.0) | 2 | D |
| 5.29.15 | Calls and prep and follow-up re: Texas 28j letter | 1.5 | D |
| | LULAC Legal Team to consider | 0.3 | D |
| | along the lines of my outline | 0.2 | D |
| | **TOTAL** | **93.3** | |

EXHIBIT D-3

**DUPLICATIVE CLC**

| Emma Simson Description | Date | Hours | Code |
|---|---|---|---|
| Call w/ Armand re: Reponse to TX Mot to Dismiss 2nd Complaint | 1/10/2014 | 0.6 | D |
| Call w/ plaintiffs re: factual development | 1/28/2014 | 1.5 | D,E |
| Call w/ Chad Dunn re: algorithms, survey | 1/28/2014 | 0.4 | D |
| Call w/ Armand and Chad re: consent protective order, algorithm | 1/30/2014 | 1.0 | D,E |
| Call with all plaintiffs | 3/20/2014 | 0.8 | D |
| Ingram deposition | 4/23/2014 | 1.2 | D,E |
| Call w/ Armand, redrafting notes for depo prep Cesinger | 5/19/2014 | 1.4 | D |
| Call w/ D Whitley and Armand re RFPs | 5/22/2014 | 0.4 | D |
| Call w/ Armand re: conference with State | 5/22/2014 | 0.2 | D |
| Call w/ Armand, Revising e-mail to court, discussing Data issue | 5/28/2014 | 1.3 | D |
| Calls w/ M. Posner, A. Derfner re: proposed orders | 5/29/2014 | 0.3 | D |
| Call w/ Ezra, Armand re CI statement | 6/1/2014 | 0.8 | D |
| Call w/ Armand, Herron re: databases, algorithms | 6/1/2014 | 0.7 | D |
| Call re Lichtman (Gerry, Armand, Ben) | 6/3/2014 | 0.8 | D |
| Court hearing | 6/6/2014 | 1.0 | D |
| Call w/ Armand | 6/10/2014 | 0.2 | D |
| Call w/ Michael Herron, Armand | 6/17/2014 | 2.0 | V,D |
| Discovery matters (calls with Armand, Anna, Vishal, April, witnesses, etc., document production issues, reviewing materials, etc.) | 6/20/2014 | 7.0 | D,V,E |
| Call w/ Armand re data production issues | 7/29/2014 | 0.4 | D |
| Call w/ Chad re data production issues, hearing | 7/29/2014 | 0.3 | D |
| Call w/ Armand, Anna re data production issues | 7/29/2014 | 0.3 | D |
| Call w/ Armand re claims | 7/31/2014 | 0.5 | D |
| Call w/ Armand re claims | 7/31/2014 | 0.4 | D |
| Call w/ Armand re claims | 7/31/2014 | 0.2 | D |
| | TOTAL | 23.7 | |

Page 009

**DUPLICATIVE**
**DERFNER ALTMAN**

| | | **Derfner & Altman, LLC**<br>**Armand G. Derfner, Esquire** | | |
|---|---|---|---|---|
| Jul-18-14 | AGD | Draft FOF, COL. Poll tax. | 9.00 | D |
| Jul-19-14 | AGD | Draft FOF/COL. Crawford balancing test. | 7.50 | D |
| Jul-20-14 | AGD | Draft FOF/COL Crawford Balancing test. | 8.50 | D |
| Jul-21-14 | AGD | FOF and COL on Crawford claim. | 11.50 | D |
| Jul-28-14 | AGD | Veasey counsel call, Tel ES and Scott re: Willi | 5.00 | D, B |
| Aug-05-14 | AGD | All plaintiffs meeting. | 5.00 | D,E |
| Sep-15-14 | AGD | Review drafts of FOF and COL, draft new por | 10.00 | D |
| Sep-16-14 | AGD | Draft FOF/COL, including review transcripts | 10.00 | D |
| Sep-17-14 | AGD | Draft FOF/COL. | 10.00 | D |
| Sep-18-14 | AGD | Draft FOF/COL. | 10.00 | D |
| Sep-19-14 | AGD | Review FOF/COL as filed, begin preparing clo | 8.00 | D |
| Apr-22-15 | AGD | Moot court at DOJ. | 4.00 | D |
| Apr-24-15 | AGD | Moot court at LDF. | 2.00 | D |
| | | **TOTAL** | **100.5** | |

Page 1 of 1

**Page 010**