# EXHIBIT D-4
# VEASEY-LULAC EXCESSIVE

**EXHIBIT D-1**

**EXCESSIVE**

**BARON**

Neil Baron

| DATE | | HOURS | Code |
|---|---|---|---|
| 11/15/13 | Phone conference with Court regarding Initial Conference | 0.50 | E |
| 11/15/13 | Review Minute Entry for proceedings held before Judge Ramos - Intitial Pretrial Conference | 0.20 | E |
| 11/22/13 | Phone conference with Judge Ramos regarding status of case and scheduling order | 1.00 | E |
| 02/12/14 | Telephonic conference with Court regarding status of case | 1.00 | E |
| 02/14/14 | Review Transcript from Status Conference held 2-14-14 before Judge Ramos (doc 168) | 0.20 | E |
| 02/14/14 | Review Order denying United States' Motion to Modify the Scheduling Order (doc 170) | 0.20 | E |
| 02/19/14 | Review Transcript of hearing held on 2-14-14 before Judge Ramos (doc 176) | 0.20 | E |
| 02/27/14 | Review Order Granting Hidalgo County Leave to be Added as A Party (doc 188) | 0.10 | E |
| 04/01/14 | Attend hearing | 2.50 | E |
| 05/15/14 | Hearing in Corpus Christi | 4.00 | E |
| 05/20/14 | Review Minute Entry for Proceedings held before Judge (Telephonic Conference) | 0.20 | E |
| 05/21/14 | Telephonic Conference with Court | 0.50 | E |
| | **TOTAL** | **10.6** | |

**EXHIBIT D-4**
**EXCESSIVE**
**BRAZIL-DUNN**

| Date | User | Description | Billable Time/ Cost Price | Code |
|---|---|---|---|---|
| 08/21/2013 | Chad Dunn | Continue edits to amended complaint | 0.40 | E |
| 10/04/2013 | Chad Dunn | Prepare for and attend court status hearing to discuss government shutdown | 3.20 | B, E |
| 10/18/2013 | Chad Dunn | Prepare for and attend status conference to discuss status of case and briefing schedule | 2.90 | B, E |
| 11/15/2013 | Chad Dunn | Prepare for and attend hearing. Conference with the court regarding arranging for transcript of hearing. | 3.50 | B,E |
| 11/21/2013 | Chad Dunn | Continue work on edits for Response to Motion to Dismiss | 0.70 | E |
| 12/04/2013 | Chad Dunn | Continue edits to draft of second amended Veasey complaint. | 0.50 | E |
| 02/12/2014 | Chad Dunn | Prepare for and attend status conference | 2.80 | E |
| 02/14/2014 | Chad Dunn | Prepare for and participate in hearing regarding scheduling and other matters | 2.50 | B,E |
| 02/27/2014 | Chad Dunn | Receive and review Unopposed Motion to Add Party Hidalgo County | 0.10 | E |
| 03/05/2014 | Chad Dunn | Prepare for and attend hearing on motion to compel | 3.70 | B,E |
| 04/01/2014 | Chad Dunn | Prepare for and attend in-person hearing in Corpus Christi | 3.90 | B,E |
| 04/08/2014 | Chad Dunn | Participate in trial preparation meeting of all Veasey Plaintiffs' counsel | 6.50 | D,E |
| 04/08/2014 | Chad Dunn | Prepare for and telephone attend status conference | 1.10 | B,E |
| 04/09/2014 | Chad Dunn | Continue in-person meeting with all Veasey Plaintiffs' counsel in preparation for depositions and trial | 5.50 | E |
| 05/01/2014 | Chad Dunn | Prepare for and attend hearing on Motion to Quash Subpoena of Third Party Legislators | 3.60 | B,E |
| 05/15/2014 | Chad Dunn | Prepare for and attend Status Conference | 2.90 | B,E |
| 05/15/2014 | Chad Dunn | Receive and review court's minute entry for 5-15-14 Status Conference. | 0.10 | E |
| 05/20/2014 | Chad Dunn | Prepare for and attend telephonic status conference | 2.70 | B,E |
| 05/28/2014 | Chad Dunn | Prepare for and attend hearing | 4.20 | B,E |
| 06/06/2014 | Chad Dunn | Prepare for and attend status conference | 2.70 | B,E |
| 06/18/2014 | Chad Dunn | Prepare and attend status conference | 2.80 | B,E |
| 07/24/2014 | Chad Dunn | Prepare for and attend status conference | 2.70 | B,E |
| 07/30/2014 | Chad Dunn | Prepare for and attend status conference | 2.50 | B,E |
| 08/06/2014 | Chad Dunn | Prepare for and attend Status Conference | 2.90 | B,E |
| 08/14/2014 | Chad Dunn | Prepare for and attend status conference | 2.40 | B,E |
| 08/27/2014 | Chad Dunn | Attend final pretrial conference | 4.50 | E |
| 08/28/2014 | Chad Dunn | Attend status conference and hearing on Plaintiffs' Motion regarding unsealed document | 4.70 | E |
| 08/29/2014 | Chad Dunn | Attend status conference | 2.50 | E |
| 09/02/2014 | Chad Dunn | Attend Trial (Day 1) | 10.20 | E |
| 09/03/2014 | Chad Dunn | Attend Trial (Day 2) | 10.20 | E |

**EXHIBIT D-4**

**EXCESSIVE BRAZIL-DUNN**

| Date | Name | Description | Hours | |
|---|---|---|---|---|
| 09/04/2014 | Chad Dunn | Attend trial (Day 3) | 10.20 | E |
| 09/05/2014 | Chad Dunn | Attend trial (Day 4) | 10.00 | E |
| 09/08/2014 | Chad Dunn | Attend trial (Day 5) | 10.20 | E |
| 09/09/2014 | Chad Dunn | Attend trial (Day 6) | 10.20 | E |
| 09/10/2014 | Chad Dunn | Attend trial (Day 7) | 10.20 | E |
| 08/27/2015 | Chad Dunn | Prepare for and participate in person settlement conference with state and all other parties | 8.70 | E |
| | | **TOTAL** | **158.4** | |

# EXHIBIT D-4
## EXCESSIVE
## BRAZIL-DUNN

| Date | User | Description | Billable Time/ Cost Price | Code |
|---|---|---|---|---|
| 11/15/2013 | Scott Brazil | Attend Civil Initial Pretrial Conference by telephone | 0.90 | D, E |
| 03/05/2014 | Scott Brazil | Prepare for and attend hearing on motion to compel by phone. | 2.50 | E,D |
| 04/01/2014 | Scott Brazil | Telephone attend in-person hearing in Corpus Christi | 3.00 | E, D |
| 04/08/2014 | Scott Brazil | Prepare for and telephone attend status conference | 1.10 | E,D |
| 04/09/2014 | Scott Brazil | Continue in-person meeting with all Veasey Plaintiffs' counsel in preparation for depositions and trial | 5.50 | D,E |
| 05/01/2014 | Scott Brazil | Telephone attend hearing on Motion to Quash Subpoena of Third Party Legislators | 2.20 | D, E |
| 05/15/2014 | Scott Brazil | Telephone attend Status Conference | 1.20 | D, E |
| 05/20/2014 | Scott Brazil | Prepare for and attend telephonic status conference | 2.70 | D, E |
| 05/28/2014 | Scott Brazil | Telephone attend status conference | 2.40 | D, E |
| 05/30/2014 | Scott Brazil | Conference with voter in Lufkin denied from voting for lack of ID | 0.40 | E,D |
| 06/18/2014 | Scott Brazil | Telephone attend status conference | 1.50 | D,E |
| 07/24/2014 | Scott Brazil | Telephone attend status conference | 2.30 | D,E |
| 07/30/2014 | Scott Brazil | Telephone attend status conference | 1.80 | D,E |
| 08/06/2014 | Scott Brazil | Telephone attend Status Conference | 1.80 | D,E |
| 09/02/2014 | Scott Brazil | Attend Trial (Day 1) | 10.20 | E,D |
| 09/03/2014 | Scott Brazil | Attend Trial (Day 2) | 10.20 | E,D |
| 09/04/2014 | Scott Brazil | Attend trial (Day 3) | 10.20 | E,D |
| 09/05/2014 | Scott Brazil | Attend trial (Day 4) | 10.00 | E,D |
| 09/08/2014 | Scott Brazil | Attend trial (Day 5) | 10.20 | E,D |
| 09/09/2014 | Scott Brazil | Attend trial (Day 6) | 10.20 | E,D |
| 09/10/2014 | Scott Brazil | Attend trial (Day 7) | 10.20 | E,D |
| 09/11/2014 | Scott Brazil | Attend trial (Day 8) | 7.10 | E,D |

**TOTAL 107.6**

EXHIBIT F
EXCESSIVE
CLC

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) | Code |
|---|---|---|---|
| | plaintiffs, adding new claims in an amended complaint | 1.7 | D,E |
| 12.6.13 | Prepare second amended complaint for clients | 1.1 | D,E |
| | next discovery actions to be taken, trial schedule | 1.1 | D,E |
| | current experts & what analyses we want them to perform | 7.1 | D,E,N |
| | current experts & what analyses we want them to perform | 10.3 | D,E |
| | assignment of responsibilities | 1.1 | D,E |
| | strategy and assignments to avoid duplication | 2.5 | D,E |
| | litigation responsibilities & strategies | 1 | D,E |
| | needed, coordination of same & assignments | 1.5 | D,E |
| | assignments; legal research of issues needed | 1.5 | V,D,E |
| 5.8.14 | TC w/all private plaintiffs' attys re: discovery coord. | 1 | V,D,E |
| | discovery planning | 1.1 | D,E |
| | disputes/issues | 1.7 | D,E |
| | planned discovery, expert timetable (& data needed) | 1.8 | D,E |
| 5.22.14 | TC w/all private plaintiffs re: outstanding & future discovery | 1.1 | D,E |
| 5.22.14 | Call w/all plaintiffs (including DOJ) re: discovery | 0.9 | D,E |
| 5.29.14 | TC w/private plaintiffs (weekly status call to coordinate) | 1 | D,E |
| 5.29.14 | TC w/all plaintiffs (including DOJ) (weekly status) | 0.5 | D,E |
| 5.30.14 | TC w/Veasey-LULAC team re: discovery, data, next steps | 1.5 | V,D,E |
| | to be contacted. | 1.6 | V,D,E |
| | further discovery) | 0.7 | D,E |
| | work being performed by experts. | 1.9 | D,E |
| | schedule | 3 | D,E |
| | witnesses; discuss deposition transcripts to be reviewed | 1.3 | D,E |
| | upcoming deadlines | 0.8 | D,E |
| | plaintiff groups are working on. | 0.7 | D,E |
| 7.2.14 | Call with Veasey-LULAC legal team re: expert reports | 1.5 | D,E |
| | team assignments; expert reports & depositions | 1.1 | D,E |
| | trial preparations | 4.5 | D,E |
| | later today | 0.4 | D,E |
| 9.11.14 | Attend & participate Eighth day of trial (today TX rested) | 4.1 | E |
| | **TOTAL** | **61.1** | |

**Page 005**

**EXHIBIT D-4**

**EXCESSIVE CLC**

| Daniel Lang Description | Date | Time | Code |
|---|---|---|---|
| Drafting en banc brief | 4/29/2016 | 1.5 | E |
| Drafting en banc brief | 4/30/2016 | 7.0 | E |
| Drafting en banc brief | 5/1/2016 | 11.0 | E |
| Drafting en banc brief | 5/3/2016 | 7.2 | E |
| Drafting en banc brief | 5/3/2016 | 0.5 | E |
| Drafting en banc brief | 5/4/2016 | 6.0 | E |
| Drafting en banc brief | 5/4/2016 | 1.4 | E |
| Drafting en banc brief | 5/9/2016 | 10.2 | E |
| | **TOTAL** | **44.8** | |

**EXHIBIT D-4**

**EXCESSIVE CLC**

| J. Bone Description | Date | Time | Code |
|---|---|---|---|
| Work on COL | 9/17/2014 | 14 | E |
| Work on COL | 9/18/2014 | 7 | E |
| Closing argument preparation | 9/21/2014 | 5.5 | E |
| Work on motion to expedite | 11/25/2014 | 1 | V,E |
| Drafting appellate brief section | 2/3/2015 | 6.7 | V,E |
| Drafting appellate brief section | 2/4/2015 | 6 | V,E |
| Drafting appellate brief section | 2/5/2015 | 2.8 | V,E |
| Drafting appellate brief section | 2/6/2015 | 4.2 | V,E |
| Drafting appellate brief section | 2/9/2015 | 3.3 | V,E |
| Revision of appellate brief sections | 2/10/2015 | 1.8 | V,E |
| Revising draft section of appellate brief | 2/17/2015 | 7.2 | V,E |
| Revise appellate brief | 2/23/2015 | 6.5 | V,E |
| Record citations | 2/25/2015 | 8.7 | V,E |
| Brief revision | 2/27/2015 | 10.2 | V,E |
| Brief revision | 2/28/2015 | 4 | V,E |
| Brief revision | 3/1/2015 | 3.2 | V,E |
| Brief revision | 3/2/2015 | 6 | V,E |
| Final brief revision | 3/3/2015 | 4.2 | V,E |
| | **TOTAL** | **102.3** | |

| Emma Simson Description | Date | Hours | Code |
|---|---|---|---|
| Motion to dismiss response | 11/20/2013 | 8.2 | E |
| Motion to dismiss response | 11/21/2013 | 14.5 | E |
| Research, drafting, etc. for Texas Motion to Dismiss Second Complaint | 1/9/2014 | 1.9 | E |
| Research, drafting, etc. for Texas Motion to Dismiss Second Complaint | 1/10/2014 | 4.8 | E |
| Research, drafting, etc. for Texas Motion to Dismiss Second Complaint | 1/10/2014 | 5.1 | E |
| Call w/ plaintiffs re: factual development | 1/28/2014 | 1.5 | D,E |
| Call w/ Armand and Chad re: consent protective order, algorithm | 1/30/2014 | 1.0 | D,E |
| Responding to Veasey counsel e-mails re: proposed order, schedule, hearing on 2/14/2014 | 2/13/2014 | 1.4 | E |
| Document review, depo prep for Ingram | 4/22/2014 | 2.0 | E |
| Depo prep for Ingram | 4/23/2014 | 0.6 | E |
| Ingram deposition | 4/23/2014 | 1.2 | D,E |
| Reviewing expert reports (Cornish), revising amended disclosures, coordinating witnesses, preparing documents for production, setting up call on witnesses/plaintiffs for all plaintiff groups, various calls with Armand re expert and fact discovery issues, various calls with Anna Baldwin, various calls with Michael Herron re database issues, call wtih April Martin re witnesses | 6/23/2014 | 8.3 | E |
| Expert report issues, including calls with various people (Chad, Armand, Herron, Anna Baldwin, Gabe, Matt), fact discovery issues (preparing documents for production, drafting responses to RFAs, preparing chart of witnesses/plaintiffs by themes, call re witnesses/plaintiffs with other groups), other case management issues | 6/24/2014 | 8.3 | E |
| Reviewing expert reports | 7/8/2014 | 2.2 | E |
| Reviewing expert reports | 7/9/2014 | 0.8 | E |
| Reviewing expert reports | 7/9/2014 | 0.5 | E |
| Reviewing expert reports | 7/31/2014 | 0.8 | E |
| Reviewing expert reports | 7/31/2014 | 0.9 | E |
| Legal research, drafting COLs | 8/10/2014 | 1.1 | E |
| Legal research, drafting COLs | 8/10/2014 | 2.9 | E |
| Legal research, drafting COLs | 8/10/2014 | 1.3 | E |
| Legal research, drafting COLs (Substantial name); case administration matters | 8/12/2014 | 4.4 | E |
| Drafting, revising FOFs, call with all plaintiffs re FOFs | 8/17/2014 | 7.0 | E |
| Revising FOFs, addressing expert analyses, document review | 8/18/2014 | 1.5 | E |
| Revising FOFs, addressing expert analyses, document review | 8/18/2014 | 8.2 | E |
| Revising FOFs, preparing deposition designations, preparing exhibits | 8/18/2014 | 7.3 | E |
| | TOTAL | 97.7 | |

**EXHIBIT D-4**
**EXCESSIVE**
**DERFNER-ALTMAN**

| | | **Derfner & Altman, LLC** <br> **Armand G. Derfner, Esquire** | | | |
|---|---|---|---|---|---|
| Aug-05-14 | AGD | All plaintiffs meeting. | 5.00 | | D,E |
| Aug-26-14 | AGD | Prepare for trial, including review FOF/COL and def. FOF/COL, tel Herron, GH to prepare for Herron depo. | 9.00 | (1.00) | E |
| Aug-27-14 | AGD | Prepare for trial, including review depos for depo designations, review exhibits and exhibit lists. | 9.00 | (1.00) | E |
| Aug-29-14 | AGD | Prepare for trial, including order of witnesses, exhibits and demonstrative exhibits. | 9.00 | (1.00) | E |
| Aug-30-14 | AGD | Prepare for trial, including review all documents and research to take to Corpus Christi. | 12.00 | (4.00) | E |
| Sep-01-14 | AGD | In CC: prepare for trial, including review dots, conf co-counsel. | 7.00 | | E |
| Sep-05-14 | AGD | Trial and preparation. | 10.00 | (2.00) | E |
| Sep-06-14 | AGD | Prepare for trial. | 6.00 | | E |
| Sep-07-14 | AGD | Prepare for trial. | 6.00 | | E |
| Sep-08-14 | AGD | Trial and preparation. | 10.00 | (2.00) | E |
| Sep-09-14 | AGD | Trial and preparation. | 10.00 | (2.00) | E |
| Sep-10-14 | AGD | Trial and preparation. | 10.00 | (2.00) | E |
| | | | 103.0 | (15.0) | |
| | | **TOTAL** | **88.0** | | |

Page 1 of 1