# EXHIBIT D-5
# VEASEY-LULAC NON-COMPENSABLE

**EXHIBIT D-5**

**NON-COMPENSABLE**
**BARON**

| DATE | NEIL BARON | HOURS | Code |
|---|---|---|---|
| 09/25/13 | Review Motion for Intervention of True the Vote and Memorandum in Support filed (doc 38) | 0.25 | N |
| 09/26/13 | Review Order on the Motion in Intervention of True the Vote | 0.10 | N |
| 01/03/14 | Review Transcript Order for True the Vote Appeal (doc 141) | 0.20 | N |
| 07/09/14 | Review email from Jennifer Roscetti regarding Peggy Draper | 0.30 | N |
| 07/27/16 | Phone conferences with LDF regarding interim remedy | 1.00 | N |
| 07/28/16 | Phone conferences with Plaintiffs regarding interim | 1.00 | N |
| 07/28/16 | Phone conference with Veasey group regarding interim remedy | 0.50 | N |
| 07/28/16 | Review multiple emails with interim remedy proposal to Texas State General | 0.50 | N |
| 07/30/16 | Phone conference with Plaintiffs regarding final order on interim remedy and RI Declation | 1.00 | N |
| | **TOTAL** | **4.85** | |

**NON-COMPENSABLE**
**BRAZIL AND DUNN**

| Date | User | Description | Billable Time/ Cost Price | Code |
|---|---|---|---|---|
| 12/16/2013 | Chad Dunn | Receive and review motions pro hace vice and proposed orders filed by Lynn Eisenberg and Richard Shordt | 0.10 | N |
| 04/22/2014 | Chad Dunn | Receive and review Notice of Appearance by Ben A. Donnell | 0.10 | N |
| 05/22/2014 | Chad Dunn | Receive and review court's order granting Unopposed Motion to Withdraw Plaintiff-Intervenor Maria Longoria Benevides | 0.10 | N |
| 05/28/2014 | Chad Dunn | Receive and review Notice of Appearance by Lindsey Wolf | 0.10 | N |
| 06/17/2014 | Chad Dunn | Receive and review court's order granting Unopposed Motion to Withdraw Plaintiff-Intervenor Michelle Bessiake | 0.10 | N |
| 07/22/2014 | Chad Dunn | Prepare and file Dallas County's Motion for Leave to Participate Amicus Curiae | 0.10 | N |
| 08/22/2014 | Chad Dunn | Receive and review court order granting Motion to Withdraw Plaintiff- Intervenor Joseph Palacios | 0.10 | N |
| 08/22/2014 | Chad Dunn | Receive and review court order granting Motion to Withdraw Plaintiff- Intervenor Hector Palacios | 0.10 | N |
| 08/22/2014 | Chad Dunn | Receive and review court order granting Motion to Withdraw Plaintiff- Intervenor Jose Flores | 0.10 | N |
| 08/22/2014 | Chad Dunn | Receive and review court order granting Motion to Withdraw Plaintiff- Intervenor AC Cuellar | 0.10 | N |
| 08/22/2014 | Chad Dunn | Receive and review Texas Association of Hispanic County Judges and County Commissioners' Motion to Withdraw Plaintiff-Intervenor Jose Flores | 0.10 | N |
| 08/22/2014 | Chad Dunn | Receive and review Texas Association of Hispanic County Judges and County Commissioners' Motion to Withdraw Plaintiff-Intervenor Joseph Palacios | 0.10 | N |
| 09/02/2014 | Chad Dunn | Receive and review Unopposed Motion to Withdraw Belinda Ortiz as Plaintiff | 0.10 | N |

**NON-COMPENSABLE**
**BRAZIL AND DUNN**

| Date | Attorney | Description | Hours | Comp |
|---|---|---|---|---|
| 09/02/2014 | Chad Dunn | Receive and review order granting Motion to Withdraw Belinda Ortiz as Plaintiff | 0.10 | N |
| 09/04/2014 | Chad Dunn | Receive and review court order granting Motion to Withdraw Plaintiff Peggy Draper Herman | 0.10 | N |
| 09/16/2014 | Chad Dunn | Receive and review Notice of Appearance by Adam W. Aston | 0.10 | N |
| 10/28/2014 | Chad Dunn | Receive and review court order granting Unopposed Motion for Richard Shordt to Withdraw as Attorney | 0.10 | N |
| 12/16/2014 | Chad Dunn | Telephone conference with counsel for brief rider for amicus | 0.20 | N |
| 01/09/2015 | Chad Dunn | Receive and review Unopposed Motion for Adam W. Aston to Withdraw as Attorney and proposed order | 0.10 | N |
| 01/09/2015 | Chad Dunn | Receive and review court order granting Unopposed Motion for Adam W. Aston to Withdraw as Attorney | 0.10 | N |
| 01/16/2015 | Chad Dunn | Receive and review Motion to Substitute Attorney Scott A. Keller in place of Jonathan F. Mitchell and proposed order | 0.10 | N |
| 01/20/2015 | Chad Dunn | Receive and review court order granting Motion to Substitute Attorney Scott A. Keller in place of Jonathan F. Mitchell | 0.10 | N |
| 01/23/2015 | Chad Dunn | Receive and review Notice of Appearance by Angela V. Colmenero | 0.10 | N |
| 01/23/2015 | Chad Dunn | Receive and review Notice of Appearance by Matthew H. Frederick | 0.10 | N |
| 01/30/2015 | Chad Dunn | Confer with counsel for amicus regarding deadline for filing brief | 0.10 | N |
| 02/04/2015 | Chad Dunn | Confer with counsel for amicus regarding consent to file brief | 0.10 | N |
| 02/19/2015 | Chad Dunn | Receive and review Unopposed Motion for Lindsey Elizabeth Wolf to Withdraw as Attorney and proposed order | 0.10 | N |
| 02/19/2015 | Chad Dunn | Receive and review court order granting Unopposed Motion for Lindsey Elizabeth Wolf to Withdraw as Attorney | 0.10 | N |
| 03/02/2015 | Chad Dunn | Confer with counsel regarding consent for amicus brief | 0.10 | N |

**NON-COMPENSABLE**
**BRAZIL AND DUNN**

| Date | Attorney | Description | Hours | |
|---|---|---|---|---|
| 03/25/2015 | Chad Dunn | Receive and review Motion for Ryan P. Haygood to Withdraw as Attorney | 0.10 | N |
| 03/25/2015 | Chad Dunn | Receive and review court order granting Motion for Ryan P. Haygood to Withdraw as Attorney | 0.10 | N |
| 03/31/2015 | Chad Dunn | Receive and review Court of Appeals order granting Unopposed Motion of Amici Curiae ACLU to supplement the record on appeal | 0.10 | N |
| 05/28/2015 | Chad Dunn | Receive and review Unopposed Motion for Danielle Conley to Withdraw as Attorney | 0.10 | N |
| 05/29/2015 | Chad Dunn | Receive and review court order granting Unopposed Motion for Danielle Conley to Withdraw as Attorney | 0.10 | N |
| 06/11/2015 | Chad Dunn | Receive and review Unopposed Motion for Mark Posner to Withdraw as Attorney | 0.10 | N |
| 07/10/2015 | Chad Dunn | Receive and review court order granting Unopposed Motion for Joshua James Bone to Withdraw as Attorney | 0.10 | N |
| 09/03/2015 | Chad Dunn | Receive and review court order granting Motion for Anna M. Baldwin to Withdraw as Attorney | 0.00 | N |
| 03/16/2016 | Chad Dunn | Confer with counsel regarding en banc amicus | 0.10 | N |
| 03/25/2016 | Chad Dunn | Conference call with co-counsel regarding amicus | 0.10 | N |
| 04/20/2016 | Chad Dunn | Confer with counsel regarding consent to file amicus | 0.10 | N |
| 07/25/2016 | Chad Dunn | Receive and review Unopposed Motion for Danielle M. Lang to Appear Pro Hac Vice and proposed order | 0.10 | N |
| 07/25/2016 | Chad Dunn | Receive and review Unopposed Motion for Samuel G. Oliker-Friedland to Appear Pro Hac Vice and proposed order | 0.10 | N |
| 07/25/2016 | Chad Dunn | Receive and review Unopposed Motion for Shoshana J. Krieger to Appear Pro Hac Vice and proposed order | 0.10 | N |
| 07/26/2016 | Chad Dunn | Multiple conferences regarding remedy and schedule for entry of remedy orders. Review court order regarding same | 5.70 | N |

**Page 004**

**NON-COMPENSABLE**
**BRAZIL AND DUNN**

| Date | Attorney | Description | Hours | |
|---|---|---|---|---|
| 07/26/2016 | Chad Dunn | Receive and review Unopposed Motion for Brendan Downes to Appear Pro Hac Vice and proposed order | 0.10 | N |
| 07/26/2016 | Chad Dunn | Receive and review Unopposed Motion for Jon Greenbaum to Appear Pro Hac Vice and proposed order | 0.10 | N |
| 07/26/2016 | Chad Dunn | Receive and review Joint Motion to Expedite the Interim Remedy Schedule | 0.10 | N |
| 07/26/2016 | Chad Dunn | Receive and review court order granting Joint Motion to Expedite the Interim Remedy Schedule | 0.10 | N |
| 07/26/2016 | Chad Dunn | Receive and review court orders granting Motion to Appear Pro Hac Vice for Danielle Lang, Samuel Oliker-Friedland, Shoshana Krieger, Brendan Downes and Jon Greenbaum | 0.10 | N |
| 08/03/2016 | Chad Dunn | Receive and review Submission of All Private Plaintiffs' and Plaintiff- Intervenors of Additional Term | 0.10 | N |
| 08/03/2016 | Chad Dunn | Receive and review Defendants' Brief Regarding Proposed Interim Remedial Plan | 0.10 | N |
| 08/03/2016 | Chad Dunn | Continue conferences on remedy orders. Multiple edits to submissions with remedy proposals | 5.60 | N |
| 08/04/2016 | Chad Dunn | Receive and review document regarding limited voting backup ballot filed by R. Allensworth | 0.10 | N |
| 08/05/2016 | Chad Dunn | Work on submission brief to court in support of remedy issues. Multiple conferences regarding same | 4.20 | N |
| 08/05/2016 | Chad Dunn | Receive and review United States' Response to Submissions of Additional Terms | 0.10 | N |
| 08/05/2016 | Chad Dunn | Receive and review Defendants' Response to Submissions of Additional Terms | 0.10 | N |
| 08/05/2016 | Chad Dunn | Receive and review Response of Private Plaintiffs and Plaintffs- Intervenors to Defendants' Brief Regarding Proposed Interim Remedial Plan | 0.10 | N |
| 08/06/2016 | Chad Dunn | Continue conference calls and work on remedy documents | 2.10 | N |
| | | **TOTAL** | **23** | |

**EXHIBIT D-5**
**NON-COMPENSABLE**
**BRAZIL AND DUNN**

| Date | User | Description | Billable Time/ Cost Price | Code |
|------|------|-------------|--------------------------|------|
| 04/15/2014 | Scott Brazil | Receive and review Notice of Appearance by Jennifer Roscetti | 0.10 | N |
| 09/02/2014 | Scott Brazil | Receive and review Unopposed Motion to Withdraw Belinda Ortiz as Plaintiff | 0.10 | N |
| 09/04/2014 | Scott Brazil | Receive and review court order granting Motion to Withdraw Plaintiff Peggy Draper Herman | 0.10 | N |
| | | **TOTAL** | **0.3** | |

**EXHIBIT D-5**
**NON-COMPENSABLE**
**CLC**

| Date | J. Gerald Hebert Description | Time (Hrs/tenths) | Code |
|---|---|---|---|
| 8.23.13 | Draft of pro hac vice motion for Hebert | 0.2 | N |
| 9.25.13 | Review motion to intervene by True the Vote | 0.5 | N |
| | opposing True the Vote's motion to intervene | 1.5 | N |
| 10.8.13 | Review & edit litigation hold letter for True the Vote | 0.3 | N |
| 11.11.13 | Final revisions & review of litigation hold letter to | | |
| | movant-intervenor True The Vote | 0.4 | N |
| 12.11.13 | Review order denying Intervention to True the Vote | 0.2 | N |
| 12.13.13 | Review True the Vote notice of appeal | 0.1 | N |
| | withdrawal of prior notice of appeal | 0.1 | N |
| 2.23.14 | Draft motion pro hac vice for co-counsel Emma Simson | 0.2 | N |
| 3.28.14 | Review letter re: record on appeal (True The Vote appeal) | 0.1 | N |
| 5.16.14 | Final edits to Opposition to TTV stay & motion to expedite | 0.8 | N |
| 7.21.14 | Review and Draft Dallas County amicus motion | 0.3 | N |
| 7.22.14 | Final edits to Dallas County amicus motion | 0.2 | N |
| | motion to stay but expediting appeal | 0.1 | N |
| 8.26.14 | Review Josh Bone's pro hac vice motion | 0.1 | N |
| 9.15.14 | Prepare motion for co-counsel to withdraw (Simson) | 0.1 | N |
| 7.9.15 | Draft Josh Bone motion to withdraw as counsel | 0.2 | N |
| 7.10.15 | Review Order granting Josh Bone motion to withdraw | 0.1 | N |
| | **TOTAL** | **5.5** | |

**EXHIBIT D-5**

**NON-COMPESNABLE CLC**

| Daniel Lang Description | Date | Time | Code |
|---|---|---|---|
| ECF registration and pro hac vice motion at district court level | 7/25/2016 | 1.0 | N |
| Review of SOS documents for interim remedy and proposed edits | 8/11/2016 | 0.5 | N |
| Reviewing Texas cert petition | 9/23/2016 | 0.4 | N |
| Reviewing Texas cert petition | 9/26/2016 | 0.8 | N |
| Call from Texas voter re: misinformation from SOS | 9/28/2016 | 0.4 | N |
| Monitoring compliance of materials with consent decree | 9/28/2016 | 0.3 | N |
| Monitoring compliance of materials with consent decree | 10/4/2016 | 0.1 | N |
| Review of tarrant county and election commitee hearing comments on voter id enforcement | 10/13/2016 | 0.2 | N |
| Drafting opp cert | 11/19/2016 | 2.5 | N |
| Drafting opp cert | 11/20/2016 | 0.6 | N |
| Drafting opp cert | 11/20/2016 | 0.4 | N |
| Drafting opp cert | 11/21/2016 | 0.7 | N |
| Call with litigation team re: opp cert | 11/22/2016 | 0.3 | N |
| Edits to opp cert | 11/22/2016 | 0.5 | N |
| Edits to opp cert | 11/23/2016 | 2.1 | N |
| Edits to opp cert | 11/26/2016 | 2.3 | N |
| Edits to opp cert (record cites) | 11/28/2016 | 0.4 | N |
| Reviewing scotus order denying cert | 1/23/2017 | 0.4 | N |
| Reviewing scotus order denying cert | 1/23/2017 | 0.7 | N |
| Research for opposition to Texas motion to dismiss | 7/2/2018 | 0.2 | N |
| Research for opposition to Texas motion to dismiss | 7/3/2018 | 0.8 | N |
| Research for attorneys fees motion | 1/23/2019 | 1.2 | N |
| Drafting and editing brief in support of at | 3/11/2019 | 2.8 | N |
| Call re attorneys fees motion | 3/13/2019 | 0.3 | N |
| Drafting and editing brief in support of at | 3/13/2019 | 2.5 | N |
| Edits to brief in support of attorneys fees | 4/1/2019 | 0.8 | N |
| | **TOTAL** | **23.2** | |

**NON-COMPESNABLE CLC**

| J. Bone Description | Date | Time | Code |
|---|---|---|---|
| File E. Simson Motion to Withdraw | 9/15/2014 | 0.2 | N |
| Research on purpose argument | 2/2/2015 | 3.2 | N |
| | TOTAL | 3.4 | |

**NON-COMPESNABLE CLC**

| Emma Simson Description | Date | Hours | Code |
|---|---|---|---|
| Training on Crivella West document review | 4/14/2014 | 1.0 | N |
| Research on poll tax issue | 7/14/2014 | 0.8 | N |
| Research on poll tax issue | 7/14/2014 | 0.3 | N |
| Draft of motion to compel on interrogatories, research on poll tax | 7/14/2014 | 2.3 | N |
| Research on poll tax issue | 7/29/2014 | 5.3 | N |
| Research poll tax | 7/29/2014 | 0.4 | N |
| Document review, drafting proposed order re Herron, research on other states' voter ID laws, legal research and drafting COL poll tax claim | 8/11/2014 | 8.3 | N |
| | TOTAL | 18.4 | |

**EXHIBIT D-5**
**NON-COMPENSABLE**
**ALTMAN DERFNER**

| | **Derfner & Altman, LLC**<br>**Armand G. Derfner, Esquire** | | | |
|---|---|---|---|---|
| Jun-10-14 | Tel Rosenberg re: legislator depositions, including review leg. depositions from Section 5 case. | 2.50 | | N |
| Jul-30-14 | Draft Poll tax argument, including research in memo and cases. | 7.50 | (2.50) | N |
| Jul-31-14 | Draft Poll tax. | 2.00 | | N |
| Aug-01-14 | Draft Equal Protection claim (new citizenship requirement). | 7.00 | | N |
| Aug-14-14 | FOF/COL Crawford, Poll tax. | 10.00 | (2.00) | N |
| Aug-15-14 | FOF/COL Crawford, Poll tax. | 10.00 | (2.00) | N |
| Aug-16-14 | FOF/COL Crawford, Poll tax. | 10.00 | (2.00) | N |
| Aug-17-14 | FOF/COL Crawford, Poll tax. | 10.00 | (2.00) | N |
| Aug-18-14 | FOF/COL Crawford, Poll tax. | 10.00 | (2.00) | N |
| Aug-19-14 | FOF/COL Crawford, Poll tax. | 10.00 | (2.00) | N |
| Aug-20-14 | FOF/COL. | 10.00 | (2.00) | N |
| Aug-22-14 | Footnotes. | 12.00 | (4.00) | N |
| Feb-06-15 | Begin drafting poll tax section. | 0.50 | | N |
| Feb-07-15 | Draft poll tax argument. | 6.00 | | N |
| Feb-17-15 | Draft Craword section | 6.50 | | N |
| Apr-05-15 | Research on Swint and related cases re: appropriate relief upon holding of legal error in applying legal rules to make a finding of intent: email to Veasey team re: same. | 2.50 | | N |
| Apr-08-15 | Memo re: Issue of limited discriminatory purpose. | 1.50 | | N |
| 5/3/2016 | Draft Brief in detail, research Section 2 cases, FHA case, Section 2 analogues, mootness cases re poll tax | 10.50 | (2.50) | N |
| 7/23/2016 | review interim remedy, reasonable impediment affidavit, review other TX forms for language | 6.30 | | N |
| 7/25/2016 | Analyze form and other forms for Interim Remedy, Motion to Expedite, Conference Calls | 4.50 | (1.00) | N |
| 7/26/2016 | Conf calls re remedy, review WI Order, NC amicus brief | 6.30 | (1.00) | N |
| | | 106.6 | 25.0 | |
| | **TOTAL** | **81.0** | | |

Page 1 of 1

**Page 011**