# EXHIBIT D-6
# VEASEY-LULAC BLOCK

BLOCK
BRAZIL AND DUNN

| Date | User | Description | Billable Time/ Cost Price | Code |
|---|---|---|---|---|
| 06/26/2013 | Chad Dunn | Finalize and file initial complaint | 0.50 | B, C |
| 06/26/2013 | Chad Dunn | Finalize and file Plaintiffs' Original Complaint | 3.80 | B, C |
| 10/04/2013 | Chad Dunn | Prepare for and attend court status hearing to discuss government shutdown | 3.20 | B, E |
| 10/18/2013 | Chad Dunn | Prepare for and attend status conference to discuss status of case and briefing schedule | 2.90 | B, E |
| 11/15/2013 | Chad Dunn | Prepare for and attend hearing. Conference with the court regarding arranging for transcript of hearing. | 3.50 | B,E |
| 11/21/2013 | Chad Dunn | Edit, finalize and file Veasey-LULAC Plaintiffs' and Texas Association of Hispanic County Judges and County Commissioners' Joint Response to Defendants' Advisory Regarding Trial Schedule | 0.60 | B,C |
| 11/22/2013 | Chad Dunn | Edit, finalize and file Veasey-LULAC Plaintiffs' Response to Defendants' Motion to Dismiss. Prepare and file motion and order to exceed page limits. | 2.20 | B,C |
| 01/10/2014 | Chad Dunn | Edit, finalize and file Unopposed Motion for Leave to Filed Second Amended Complaint and proposed order | 0.90 | B,C |
| 02/11/2014 | Chad Dunn | Edit, finalize and file Veasey-LULAC Plaintiffs' Response to the Joint Motion to Enter the Discovery Order and Supplemental Protective Order | 1.80 | B,C |
| 02/14/2014 | Chad Dunn | Prepare for and participate in hearing regarding scheduling and other matters | 2.50 | B,E |
| 03/05/2014 | Chad Dunn | Prepare for and attend hearing on motion to compel | 3.70 | B,E |
| 04/01/2014 | Chad Dunn | Prepare for and attend in-person hearing in Corpus Christi | 3.90 | B,E |
| 04/08/2014 | Chad Dunn | Prepare for and telephone attend status conference | 1.10 | B,E |

| Date | Attorney | Description | Hours | Codes |
|---|---|---|---|---|
| 05/01/2014 | Chad Dunn | Prepare for and attend hearing on Motion to Quash Subpoena of Third Party Legislators | 3.60 | B,E |
| 05/15/2014 | Chad Dunn | Prepare for and attend Status Conference | 2.90 | B,E |
| 05/20/2014 | Chad Dunn | Prepare for and attend telephonic status conference | 2.70 | B,E |
| 05/23/2014 | Chad Dunn | Finalize and serve additional interrogatories to State | 0.20 | B,C |
| 05/28/2014 | Chad Dunn | Prepare for and attend hearing | 4.20 | B,E |
| 06/06/2014 | Chad Dunn | Prepare for and attend status conference | 2.70 | B,E |
| 06/18/2014 | Chad Dunn | Prepare and attend status conference | 2.80 | B,E |
| 07/24/2014 | Chad Dunn | Prepare for and attend status conference | 2.70 | B,E |
| 07/30/2014 | Chad Dunn | Prepare for and attend status conference | 2.50 | B,E |
| 08/06/2014 | Chad Dunn | Prepare for and attend Status Conference | 2.90 | B,E |
| 08/14/2014 | Chad Dunn | Prepare for and attend status conference | 2.40 | B,E |
| 08/26/2014 | Chad Dunn | Conference with several witnesses regarding their appearance at trial and scheduling | 0.40 | B,C |
| 10/12/2014 | Chad Dunn | Work on Veasey-LULAC opposition to stay. Finalize and file same | 6.20 | B,C |
| 02/19/2015 | Chad Dunn | Prepare and file Reply to Defendants' Response to Veasey-LULAC Plaintiffs Motion to Order the Payment of Certain Expert Witness Expenses | 0.10 | B,C |
| 04/21/2016 | Chad Dunn | Additional drafts and letter regarding oral argument finalized and file same | 1.30 | C, B |
| 05/09/2016 | Chad Dunn | Review final draft of supplemental brief, make final edits, finalize and file | 0.50 | C, B |

**TOTAL 68.7**

| | | Derfner & Altman, LLC<br>Armand G. Derfner, Esquire | | |
|---|---|---|---:|---|
| Jun-06-14 | AGD | Tel Lichtman, es; hearing, including prep, review CI papers. State's request for federal databases. | 7.50 | B, E |
| Jul-10-14 | AGD | Outlines examination, review documents, travel CHS-HOU. | 11.50 | B, T |
| Jul-11-14 | AGD | Attend deposition, including prepare for same. | 7.50 | B |
| Jul-28-14 | AGD | Veasey counsel call, Tel ES and Scott re: Williams deposition, review docs, send message to them re: Wms deposition. | 5.00 | D, B |
| Jul-30-14 | AGD | Hearing, including preparation. | 1.00 | B, E |
| Aug-08-14 | AGD | (To Seattle). Tel ES, review witnesses, read CD report. | 5.50 | V, B |
| Aug-31-14 | AGD | Prepare for trial, and travel CHS-CRP. | 10.00 | V, B |
| | | **TOTAL** | **48.0** | |

EXHIBIT D-6

BLOCK

DERFNER ALTMAN

| DATE | ATTY | TASK DESCRIPTION | TIME | CODE |
|---|---|---|---|---|
| Aug 2013-April 2014 | AGD | Initial review of case and drafting 1st and 2d Amended Complaints. | 40.0 | B |
| Aug 2013-April 2014 | AGD | Establishing trial date of 2014 rather than 2015, including study of data needs and databases, legal analysis, consultation and negotiations with U.S. and TX, preparing memoranda and attending court hearings. | 40.0 | B |
| Aug 2013-April 2014 | AGD | Working with data and experts to obtain and clarify data including population figures, dat'abase totals and partials, "scrubbing" and "cleaning" procedures, etc. | 40.0 | B |
| Aug 2013-April 2014 | AGD | Planning and executing overall analysis of S.B. 14 as a mechanism for "picking and choosing" voters, including initial memorandum re same, 3-day conference with Veasey co-counsel to plan presentation of proof. | 40.0 | B |
| Aug 2013-April 2014 | AGD | Drafting Opposition to Motion to Dismiss. | 40.0 | B |
| Aug 2013-April 2014 | AGD | Written discovery, including drafting interrogatories and requests for production, Requests for admission, responding to same, and motions and memoranda redisputes such as how to count interrogatories. | 40.0 | B |
| Aug 2013-April 2014 | AGD | Working with experts on various statistical and factual issues, including obtaining and presenting data re effect of S.B. 14. | 40.0 | B |
| Aug 2013-April 2014 | AGD | Research on TX regulations and administrative issues, including EIC, citizenship, birth certificates, DL regulations, etc. | 40.0 | B |
| | | TOTAL | **320.0** | |