# EXHIBIT D-7
# VEASEY-LULAC VAGUE

**VAGUE**
**BARON**

| DATE | Doc No. DESCRIPTION | | HOURS | AMOUNT | Code |
|---|---|---|---|---|---|
| 09/08/14 | 00575 | Exhibit List | 0.20 | $ 114.40 | V |
| 09/08/14 | 00576 | Exhibit List | 0.20 | $ 114.40 | V |
| 09/09/14 | 00579 | Exhibit List | 0.20 | $ 114.40 | V |
| 09/11/14 | 00584 | Exhibit List | 0.20 | $ 114.40 | V |
| 09/11/14 | 00591 | Exhibit List | 0.20 | $ 114.40 | V |
| 09/18/14 | 00610 | Proposed findings of | 0.20 | $ 114.40 | V |

**TOTAL** 1.2

**VAGUE**
**BRAZIL DUNN**

| Date | User | Description | Billable Time/ Cost Price | Code |
|---|---|---|---|---|
| 05/05/2014 | Chad Dunn | Conference with a number of witnesses in preparation for their deposition | 1.80 | V |
| 06/06/2014 | Chad Dunn | Prepare several clients for their deposition | 1.80 | V |
| 06/09/2014 | Chad Dunn | Conference with several individual clients in preparation for their deposition | 0.50 | V |
| 06/16/2014 | Chad Dunn | Receive deposition notices | 0.20 | V |
| 06/21/2014 | Chad Dunn | Briefly review several depositions taken | 0.30 | V |
| 06/23/2014 | Chad Dunn | Review and edit a number of depositions | 0.20 | V |
| 07/15/2014 | Chad Dunn | Receipt and review of several deposition notices for Veasey plaintiffs | 0.20 | V |
| 07/16/2014 | Chad Dunn | Receipt of several deposition notices for Veasey plaintiffs | 0.20 | V |
| 08/01/2014 | Chad Dunn | Receive deposition notices | 0.10 | V |
| 08/22/2014 | Chad Dunn | Continue to work on deposition designations | 0.50 | V |
| 08/29/2014 | Chad Dunn | Prepare for trial. | 5.30 | V |
| 08/30/2014 | Chad Dunn | Prepare for trial | 4.80 | V |
| 08/31/2014 | Chad Dunn | Prepare for trial | 6.50 | V |
| 09/01/2014 | Chad Dunn | Prepare for trial | 6.20 | V |
| 09/03/2014 | Chad Dunn | Prepare for next day of trial. | 3.80 | V |
| 09/04/2014 | Chad Dunn | Prepare for next day of trial | 4.00 | V |
| 09/06/2014 | Chad Dunn | Prepare for resumption of trial | 2.50 | V |

**VAGUE**
**BRAZIL DUNN**

| 09/07/2014 | Chad Dunn | Prepare for resumption of trial | 4.80 | V |
|---|---|---|---|---|
| 09/08/2014 | Chad Dunn | Prepare for next day of trial. | 3.80 | V |
| 09/09/2014 | Chad Dunn | Prepare for next day of trial | 2.20 | V |
| 02/16/2015 | Chad Dunn | Continue edits to brief | 0.40 | V |
| 02/17/2015 | Chad Dunn | Review and edit additional section of brief | 0.40 | V |
| 02/18/2015 | Chad Dunn | Review additional draft of brief section | 0.40 | V |
| 03/13/2015 | Chad Dunn | Receipt and review of additional amicus briefs | 0.70 | V |
| | | **TOTAL** | **51.6** | |

**Page 003**

| Emma Simson Description | Date | Hours | Code |
|---|---|---|---|
| Preparing for witness interview | 2/25/2014 | 0.4 | V |
| Reading filings from 3/14/2014 | 3/17/2014 | 1.0 | V |
| Call w/ Rob Shumsky | 4/17/2014 | 0.7 | V |
| Call w/ Rob Shumsky | 4/21/2014 | 0.3 | V |
| Call w/ Herron, Chad, Gerry | 4/21/2014 | 0.3 | V |
| Call w/ Michael Herron | 5/9/2014 | 0.8 | V |
| Call w/ J Denton | 5/22/2014 | 0.1 | V |
| Composing e-mail to D Whitley | 5/22/2014 | 0.8 | V |
| Call w/ D Whitley | 5/22/2014 | 0.5 | V |
| Call w/ Allan Lichtman | 5/23/2014 | 1.0 | V |
| Figuring out sending data from DOJ | 5/30/2014 | 1.1 | V |
| Call w M Herron | 6/2/2014 | 0.4 | V |
| Call w/ Neil and April | 6/4/2014 | 0.5 | V |
| Dealing with plaintiff issues | 6/4/2014 | 0.7 | V |
| Call w/ Avner Shapiro | 6/4/2014 | 0.2 | V |
| Discovery matters | 6/5/2014 | 0.5 | V |
| Call w/ Lichtman | 6/6/2014 | 0.9 | V |
| Discovery matters | 6/9/2014 | 0.6 | V |
| Open records requests | 6/10/2014 | 0.3 | V |
| Meeting with Gerry Hebert | 6/10/2014 | 0.3 | V |
| Call w/ Michael Herron | 6/10/2014 | 0.3 | V |
| Open records requests | 6/10/2014 | 0.3 | V |
| Call w/ Armand | 6/10/2014 | 0.2 | D,V |
| Call w/ Armand re: discovery issues | 6/10/2014 | 0.6 | D,V |
| Call w/ Armand and Ezra re: discovery issues | 6/10/2014 | 0.4 | D,V |
| Call w/ Armand re: discovery issues | 6/10/2014 | 0.2 | D,V |
| RFA responses - revising | 6/11/2014 | 0.5 | V |
| Call w/ Michael Herron | 6/11/2014 | 1.4 | V |
| Call w/ Herron | 6/12/2014 | 0.3 | V |
| Call w/ Armand re databases | 6/12/2014 | 0.3 | D,V |
| Call w/ Herron | 6/12/2014 | 0.1 | V |
| Call w/ Armand re databases | 6/12/2014 | 0.2 | D,V |
| Call w/ Ezra, Mark, Armand re: federal databases | 6/13/2014 | 0.3 | D,V |
| Open records requests | 6/13/2014 | 2.3 | V |
| Locating info for Allan | 6/16/2014 | 0.8 | V |
| Open records requests to states | 6/16/2014 | 0.3 | V |
| Call w/ Allan Lichtman | 6/16/2014 | 0.2 | V |
| Feedback on Cornish | 6/16/2014 | 0.3 | V |
| Open records requests to states | 6/16/2014 | 0.9 | V |
| Call w/ Armand | 6/16/2014 | 0.3 | V |
| Call w/ Herron | 6/16/2014 | 0.5 | V |
| Call w/ Michael Herron, Armand | 6/17/2014 | 2.0 | V,D |
| Compiling documents for Allan | 6/18/2014 | 0.3 | V |
| Call w/ Michael Herron | 6/18/2014 | 0.3 | V |
| Call re affected persons | 6/19/2014 | 1.7 | V |
| Call w/ Neil | 6/19/2014 | 0.1 | V |

| **Emma Simson Description** | **Date** | **Hours** | **Code** |
|---|---|---|---|
| Call w/ Armand | 6/19/2014 | 0.1 | V |
| Document production | 6/19/2014 | 0.8 | V,C |
| Discovery matters (calls with Armand, Anna, Vishal, April, witnesses, etc., document production issues, reviewing materials, etc.) | 6/20/2014 | 7.0 | D,V,E |
| Call w/ Gabe | 6/23/2014 | 0.2 | V |
| Discovery matters | 7/7/2014 | 1.7 | V |
| Call w/ Armand, Scott re Williams depo | 7/28/2014 | 0.5 | V |
| Call w/ Armand, Michael Herron | 7/29/2014 | 0.8 | V |
| Call w/ Herron | 7/29/2014 | 0.3 | V |
| Call w/ Herron | 7/29/2014 | 0.2 | V |
| Research witnesses/plaintiffs | 8/4/2014 | 0.6 | V |
| Call w/ Herron | 8/6/2014 | 0.4 | V |
| Call w/ Herron | 8/10/2014 | 0.3 | V |
| Call w/ Herron | 8/10/2014 | 0.2 | V |
| Call w/ Herron | 8/10/2014 | 0.3 | V |
| Call w/ Neil | 8/12/2014 | 0.4 | V |
| Call w/ Armand | 8/12/2014 | 0.3 | V |
| Meeting with Michael Herron | 8/19/2014 | 1.3 | V |
| Trial prep | 9/1/2014 | 8.0 | V |
| Trial/trial prep | 9/2/2014 | 16.0 | V,E |
| Trial/trial prep | 9/3/2014 | 14.0 | V,E |
| Trial/trial prep | 9/4/2014 | 12.7 | V,E |
| Trial/trial prep | 9/5/2014 | 10.8 | V,E |
| Trial/trial prep | 9/8/2014 | 9.2 | V,E |
| Trial/trial prep | 9/9/2014 | 11.8 | V,E |
| Trial/trial prep | 9/10/2014 | 12.8 | V,E |
| Trial | 9/11/2014 | 5.3 | V,E |
| | **TOTAL** | **142.5** | |

| | | | **Derfner & Altman, LLC**<br>**Armand G. Derfner, Esquire** | | |
|---|---|---|---|---:|---|
| 5/23/2014 | AGD | Discovery. | | 13.50 | V |
| 5/23/2014 | AGD | Tel expert. | | 1.00 | V |
| Jun-13-14 | AGD | Emails and telephone calls re: discovery issues. | | 0.50 | V |
| Jul-31-14 | AGD | Tel Veasey counsel. | | 1.50 | V |
| | | **TOTAL** | | **16.5** | |