# EXHIBIT D-8
# VEASEY-LULAC BUSINESS DEVELOPMENT

# EXHIBIT D-8
## BUSINESS DEVELOPMENT
## BRAZIL-DUNN

| Date | User | Description | Billable Time/ Cost Price | Code |
|---|---|---|---|---|
| 07/10/2013 | Chad Dunn | Telephone conference with person who lacks Voter ID | 0.20 | BD |
| 07/17/2013 | Chad Dunn | Conference with Koby Ozias regarding difficulties of obtaining and ID and briefing on pendnig lawsuit | 0.40 | BD |
| 07/19/2013 | Chad Dunn | Conference with potential client Mr. Crummey | 0.30 | BD |
| 11/01/2013 | Chad Dunn | Telephone conference with registered voter without ID | 0.20 | BD |
| 11/03/2013 | Chad Dunn | Telephone conference with additional voter without ID | 0.30 | BD |
| 11/04/2013 | Chad Dunn | Conference with voter rejected from voting and not presented opportunity to cure | 0.20 | BD |
| 11/05/2013 | Chad Dunn | Conference with another voter rejected from voting for lack of ID | 0.20 | BD |
| 11/06/2013 | Chad Dunn | Telephone conference with several individuals rejected from voting of lack of ID | 0.40 | BD |
| 11/08/2013 | Chad Dunn | Review multiple media interviews of citizens rejected from voting for lack of ID | 0.30 | BD |
| 11/14/2013 | Chad Dunn | Conference with voter rejected for lack of ID | 0.20 | BD |
| 11/15/2013 | Chad Dunn | Conference with additional voter rejected from voting for lack of ID | 0.30 | BD |
| 11/20/2013 | Chad Dunn | Telephone conference with voter rejected from voting for lack of ID | 0.20 | BD |
| 11/22/2013 | Chad Dunn | Telephone conferences with multiple individuals rejected from voting for lack of ID | 0.50 | BD |
| | | **TOTAL:** | 3.7 | |

**BUSINESS DEVELOPMENT**
CLC

| Emma Simson Description | Date | Hours | Code |
|---|---|---:|---|
| Call w/ Armand re: prospective plaintiffs | 12/3/2013 | 0.6 | BD |
| Call w/ Chad re: prospective plaintiffs | 12/3/2013 | 0.2 | BD |
| Call potential plaintiffs | 12/3/2013 | 0.2 | BD |
| | TOTAL | 1.0 | |