# EXHIBIT E-1
# TAYLOR
# TRAVEL

**EXHIBIT E**

## TRAVEL
## TRLA

ROBERT DOGGETT

| | | | |
|---|---|---|---|
| [TV] Travel | 09/03/2013 | 4.0 | T |
| [TV] Travel | 09/04/2013 | 8.0 | T |
| [TV] Travel | 02/11/2014 | 4.0 | T |
| [TV] Travel | 04/03/2014 | 4.0 | T |
| [TV] Travel | 06/25/2014 | 1.8 | T |
| [TV] Travel | 06/26/2014 | 2.0 | T |
| [TV] Travel | 09/21/2014 | 3.0 | T |
| | TOTAL | 26.8 | |

# EXHIBIT T
## TRAVEL
### TRLA

| Description | Date | Attorney | Time Billed | Code |
|---|---|---|---|---|
| [TV] Travel<br>travel to san antonio. confer with DOJ lawyer about new filing on voter ID law. | 08/22/2013<br>11:01 - 15:19 | [40115] Jose Garza | 4.3 | T |
| [MTG] Meeting w/<br>potential experts, Jewell and Leeland. travel to Austin and back. (2.8); meet and confer with Jewell, DH and RD. (1.7); meet and confer with L., DH, RD and MvD. (1.1); prepare for meetings. (.8) | 11/22/2013<br>08:35 - 14:59 | [40115] Jose Garza | 6.4 | T,D |
| [DISC] Discovery (drafting docs)<br>confer with expert regarding discovery material. (.7) travel to Austin (1.5); prepare for potential witness interview. (.5); interview potential witness on legislative process. LF (1.8); travel to san antonio. (1.6). | 02/06/2014<br>10:00 - 16:06 | [40115] Jose Garza | 6.1 | T |
| [HGP] Hearing Prep (court)<br>review motions from doj, and motion to dismiss. confer with MvD and RD, on issues for hearing tomorrow. (2) travel to CC (2.5) | 02/11/2014<br>10:51 - 15:21 | [40115] Jose Garza | 4.5 | T |
| [HGP] Hearing Prep (court)<br>Travel to CC, (2.6); confer with MvD regarding hearing, client issues, expert issues, etc. (1.4); review motions, briefs etc. for hearing prep. (1). | 03/31/2014<br>11:24 - 16:24 | [40115] Jose Garza | 5.0 | T,D |
| [TV] Travel<br>to Austin for deposition and back. | 04/23/2014<br>06:47 - 10:47 | [40115] Jose Garza | 4.0 | T |
| [TV] Travel<br>travel to the valley for meeting with Juanita and Marinda. | 04/28/2014<br>15:35 - 19:35 | [40115] Jose Garza | 4.0 | T |
| [DISC] Discovery (drafting docs)<br>meeting with Juanita from UNION del Pueblo. discuss discovery document requested by State. Review and update status of case. confer with Marinda. (1.7) Travel to San Antonio. (4.3) | 04/29/2014<br>12:25 - 18:25 | [40115] Jose Garza | 6.0 | T |
| [TL] Trial<br>trial (8); travel to SA (2.8) | 09/05/2014<br>07:20 - 18:08 | [40115] Jose Garza | 10.8 | T |
| [TV] Travel<br>travel to Valley for meeting with MvD and with clients. | 05/08/2017<br>02:00 - 04:18 | [40115] Jose Garza | 2.3 | T |
| [HGP] Hearing Prep (court)<br>Travel to meeting with clients and differenct locations. (2); Meet with clients, evaluate possibilities of hearing testimony if needed. Update status of case and update status of client situations. (2); Travel home. (2.3) | 05/09/2017<br>09:33 - 15:51 | [40115] Jose Garza | 6.3 | T |

**TOTAL 59.7**

EXHIBIT
TRAVEL
TRLA

| Description | Date | Staff | Hours | Code |
|---|---|---|---|---|
| **[TV] Travel** BRO / San Juan for meeting. | **08/22/2013** | **[11064] Marinda van Dalen** | **2.3** | T |
| **[TV] Travel** From Brownsville to Sebastian to itv client. | **09/02/2013** | **[11064] Marinda van Dalen** | **1.5** | T,BD |
| **[TV] Travel** raymondville, sebastian | **10/15/2013** | **[11064] Marinda van Dalen** | **2.0** | T,BD |
| **[TV] Travel** sebastian | **10/17/2013** | **[11064] Marinda van Dalen** | **2.0** | T,BD |
| **[TV] Travel** willacy county | **10/18/2013** | **[11064] Marinda van Dalen** | **2.0** | T,BD |
| **[TV] Travel** to meet with lionel estrada and return home. | **10/23/2013** | **[11064] Marinda van Dalen** | **7.0** | T, BD |
| **[TV] Travel** CC to BRO | **04/01/2014** | **[11064] Marinda van Dalen** | **3.2** | T |
| **[TV] Travel** to client mtgs | **04/01/2014** | **[11064] Marinda van Dalen** | **1.0** | T |
| **[TV] Travel** rockport to CC for hearing | **04/01/2014** | **[11064] Marinda van Dalen** | **0.7** | T |
| **[TV] Travel** sebastien | **04/08/2014** | **[11064] Marinda van Dalen** | **2.0** | T |
| **[TV] Travel** sebastien | **04/09/2014** | **[11064] Marinda van Dalen** | **2.0** | T |
| **[TV] Travel** BRO- San Juan - BRO for mtg with Juanita Cox | **04/11/2014** | **[11064] Marinda van Dalen** | **3.0** | T |
| **[TV] Travel** Rockport to Corpus, Corpus to Brownsville. looked for Ortiz and Taylor. | **04/14/2014** | **[11064] Marinda van Dalen** | **5.0** | T |
| **[TV] Travel** sebastian round trip to meet with clients. | **04/28/2014** | **[11064] Marinda van Dalen** | **2.0** | T |
| **[TV] Travel** san juan | **04/29/2014** | **[11064] Marinda van Dalen** | **2.8** | T |
| **[TV] Travel** raymondville | **05/06/2014** | **[11064] Marinda van Dalen** | **2.0** | T |
| [TV] Travel Willacy county | 05/28/2014 | **[11064] Marinda van Dalen** | 3.0 | T |
| **[TV] Travel** Willacy county | **05/29/2014** | **[11064] Marinda van Dalen** | **3.0** | T |
| **[TV] Travel** willacy county, depos | **05/30/2014** | **[11064] Marinda van Dalen** | **3.0** | T |
| **[TV] Travel** willacy cty to see mendez and maximina | **06/19/2014** | **[11064] Marinda van Dalen** | **2.3** | T |
| **[TV] Travel** sebastian, raymondville | **06/20/2014** | **[11064] Marinda van Dalen** | **2.5** | T |
| **[TV] Travel** SJ to meet with Juanita Cox | **06/24/2014** | **[11064] Marinda van Dalen** | **2.5** | T |

**Page 003**

# EXHIBIT TRAVEL TRLA

| | | | | |
|---|---|---|---|---|
| [TV] Travel<br>San Juan for depo | 06/25/2014 | [11064] Marinda van Dalen | 2.5 | T |
| [TV] Travel<br>brownsville to alice | 07/17/2014 | [11064] Marinda van Dalen | 2.5 | T |
| [TV] Travel<br>alice to CC | 07/17/2014 | [11064] Marinda van Dalen | 1.0 | T |
| [TV] Travel<br>CC to BRO | 07/18/2014 | [11064] Marinda van Dalen | 3.0 | T |
| [TV] Travel<br>rockport (free lodging) for FPTC | 08/26/2014 | [11064] Marinda van Dalen | 4.0 | T |
| [TV] Travel<br>CC to BRO via raymondville and sebastian | 08/27/2014 | [11064] Marinda van Dalen | 3.5 | T |
| [TV] Travel<br>CC via willacy county clients | 09/01/2014 | [11064] Marinda van Dalen | 3.5 | T |
| [TV] Travel<br>cc to raymondville | 09/02/2014 | [11064] Marinda van Dalen | 2.0 | T |
| [TV] Travel<br>seabastian to cc with mendez | 09/03/2014 | [11064] Marinda van Dalen | 2.0 | T |
| [TV] Travel<br>return Taylor to Alice | 09/04/2014 | [11064] Marinda van Dalen | 2.5 | T |
| [TV] Travel<br>CC to rockport to brownsville | 09/05/2014 | [11064] Marinda van Dalen | 4.5 | T |
| [TV] Travel<br>cc, brownsville | 09/11/2014 | [11064] Marinda van Dalen | 3.4 | T |
| [TV] Travel<br>BRO to CC for trial | 09/21/2014 | [11064] Marinda van Dalen | 3.4 | T |
| [TV] Travel<br>austin to BRO | 05/03/2017 | [11064] Marinda van Dalen | 7.0 | T |

TOTAL    44.8

**Page 004**