# EXHIBIT E-2
# TAYLOR
# CLERICAL

**EXHIBIT F**

**CLERICAL**

**TRLA**

| Description | Date | Attorney | Time Billed | Code |
|---|---|---|---|---|
| [CM] Case Management (org. file, etc.) organize file. (1); review emails regarding expert depositions. (.2); review new filings, review defendants' expert reports. (1.8); review and calendar notice of depositions. (.4). | 08/02/2014 11:00 - 14:24 | [40115] Jose Garza | 3.4 | C |
| [DNP] Deposition - Prep review korbel report (1);  review correspondence on discovery issues and deposition schedule. (.3); review to do list, review emails and other correspondence. (.2); organize file. (.7). | 08/04/2014 16:41 - 18:53 | [40115] Jose Garza | 2.2 | C |
| [CM] Case Management (org. file, etc.) review and organize files, review enbanc argument. | 06/06/2016 11:50 - 13:20 | [40115] Jose Garza | 1.5 | C |
| [CR] Case Review review and organize files, review trial transcript from day 1. | 06/19/2018 13:39 - 15:03 | [40115] Jose Garza | 1.4 | C |

TOTAL ___8.5___

**EXHIBIT F**
CLERICAL
TRLA

| Description | Date | Staff | Hours | Code |
|---|---|---|---|---|
| **[CM] Case Management (org. file, etc.)** <br> enter info in cts | **08/23/2013** | **[11064] Marinda van Dalen** | **0.4** | C |
| **[L] Letter, draft/send** <br> Finalize acceptance letter to client. | **08/26/2013** | **[11064] Marinda van Dalen** | **0.5** | C |
| **[CM] Case Management (org. file, etc.)** <br> sched clinet mtgs. | **01/08/2014** | **[11064] Marinda van Dalen** | **0.3** | C |
| **[DP] Document - prepare** <br> client list for Jewell | **01/08/2014** | **[11064] Marinda van Dalen** | **0.3** | C |
| **[EM] Email, Draft / Send** <br> arrange depo location for willacy cty | 03/24/2014 | **[11064] Marinda van Dalen** | **0.4** | C |
| **[T] Telephone call to...** <br> san anonio trla to arrange depo room | 03/24/2014 | **[11064] Marinda van Dalen** | **0.2** | C |
| **[DP] Document - prepare** <br> schedule for tdl, discovery, client mtgs, etc. | 03/24/2014 | **[11064] Marinda van Dalen** | **0.7** | C |
| **[EM] Email, Draft / Send** <br> TX re depo location | **03/25/2014** | **[11064] Marinda van Dalen** | **0.2** | C |
| **[CM] Case Management (org. file, etc.)** <br> review doc index, db, piles to organize | 04/03/2014 | **[11064] Marinda van Dalen** | 2.0 | C |
| **[CM] Case Management (org. file, etc.)** <br> mtgs between jewell and clients | 04/09/2014 | **[11064] Marinda van Dalen** | 0.5 | C |
| **[CM] Case Management (org. file, etc.)** <br> set up client mtgs | 04/10/2014 | **[11064] Marinda van Dalen** | **0.4** | C |
| **[DP] Document - prepare** <br> docs to produce to state; bate stamping issues, etc. | 05/07/2014 | **[11064] Marinda van Dalen** | 2.5 | C |
| **[T] Telephone call to...** <br> raymondville depo location | **05/21/2014** | **[11064] Marinda van Dalen** | **0.2** | C |
| **[CM] Case Management (org. file, etc.)** <br> arrange client mtgs for depo prep, delc. | 05/22/2014 | **[11064] Marinda van Dalen** | 0.4 | C |
| **[CM] Case Management (org. file, etc.)** <br> confirm depo location. | 05/22/2014 | **[11064] Marinda van Dalen** | **0.3** | C |
| **[T] Telephone call to...** <br> Mendez to arrange depo. good june 19 or 20. at house or at home. | 05/22/2014 | **[11064] Marinda van Dalen** | 0.3 | C |
| **[CM] Case Management (org. file, etc.)** <br> set up mgs with clients. | 05/23/2014 | **[11064] Marinda van Dalen** | **0.3** | C |
| **[CM] Case Management (org. file, etc.)** <br> new depo date maximina as req'd by tx | 05/23/2014 | **[11064] Marinda van Dalen** | **0.3** | C |
| **[EM] Email, Draft / Send** <br> juanita re new depo notice | **05/23/2014** | **[11064] Marinda van Dalen** | **0.3** | C |

**Page 002**

EXHIBIT E-2
CLERICAL
TRLA

| | | | | |
|---|---|---|---|---|
| **[CM] Case Management (org. file, etc.)** depo date estrada | 05/23/2014 | **[11064] Marinda van Dalen** | **0.3** | C |
| **[CM] Case Management (org. file, etc.)** client appts | 05/26/2014 | **[11064] Marinda van Dalen** | **0.3** | C |
| **[CM] Case Management (org. file, etc.)** omni booking | 05/27/2014 | **[11064] Marinda van Dalen** | **0.2** | C |
| **[EM] Email, Draft / Send** juanita re depo date | 05/28/2014 | **[11064] Marinda van Dalen** | 0.2 | C |
| **[EM] Email, Draft / Send** confrim depo rm | **05/28/2014** | **[11064] Marinda van Dalen** | **0.2** | C |
| **[CM] Case Management (org. file, etc.)** taylor depo logistics | 06/26/2014 | **[11064] Marinda van Dalen** | **0.2** | C |
| **[CM] Case Management (org. file, etc.)** arrange expert payment | 07/09/2014 | **[11064] Marinda van Dalen** | **0.3** | C |
| **[CM] Case Management (org. file, etc.)** schedule Maximina depo | 07/09/2014 | **[11064] Marinda van Dalen** | **0.3** | C |
| **[T] Telephone call to...** whitley re depo location and time | **07/17/2014** | **[11064] Marinda van Dalen** | **0.3** | C |
| **[CM] Case Management (org. file, etc.)** prepare files to take to corpus; pring exhibits and directs and depos. prepare final trial NB. | 09/01/2014 | **[11064] Marinda van Dalen** | 4.5 | C |
| | | **TOTAL** | **17.3** | |