# EXHIBIT E-3
# TAYLOR
# DUPLICATIVE

**EXHIBIT 8**
**DUPLICATIVE**
**TRLA**

ROBERT DOGGETT

| | | | |
|---|---|---|---|
| [TCC] Telephone Conference Call | 07/14/2014 | **0.5** | D |
| [HG] Hearing | 07/24/2014 | **1.0** | D |
| [T] Telephone call to... | 07/31/2014 | **0.2** | D |
| [T] Telephone call to... | 08/06/2014 | **0.4** | D |
| [EM] Email, Draft / Send | 08/16/2014 | **1.0** | D |
| [T] Telephone call to... | 08/18/2014 | **0.7** | D |

TOTAL  3.8

**Page 001**

DUPLICATIVE TRLA

| Description | Date | Attorney | Time Billed | Code |
|---|---|---|---|---|
| [DP] Document - prepare<br>continue work on complaint. Confer with MvD. Confer with counsel on case already filed. review filed pleadings. | 10/22/2013<br>11:17 - 16:23 | [40115] Jose Garza | 5.1 | D |
| [C] Conference w/<br>DH, MvD, RD on complaint and process. confer with Gerry Hebert on Davis amendment on "substantially similar" issue. work on new draft. review senate journal. | 10/28/2013<br>09:56 - 12:20 | [40115] Jose Garza | 2.4 | D |
| [CR] Case Review<br>review file. review emails. confer with Brennan Center and with counsel in MALC AND NAACP legal action. | 11/11/2013<br>12:47 - 13:47 | [40115] Jose Garza | | D |
| [MTG] Meeting w/<br>potential experts, Jewell and Leeland. travel to Austin and back. (2.8); meet and confer with Jewell, DH and RD. (1.7); meet and confer with L., DH, RD and MvD. (1.1); prepare for meetings. (.8) | 11/22/2013<br>08:35 - 14:59 | [40115] Jose Garza | 6.4 | T,D |
| [C] Conference w/<br>with all plaintiffs group on coordination and strategy discussion. | 01/22/2014<br>11:01 - 12:13 | [40115] Jose Garza | 1.2 | D |
| [HGP] Hearing Prep (court)<br>confer with chadd Dunn and Armond Derfner from Veasey Ps, and Ezra R. from NAACP about hearing and issues involved. (1) | 02/11/2014<br>15:22 - 16:22 | [40115] Jose Garza | 1.0 | D |
| [HG] Hearing<br>attend cour hearing on discovery issues in CC. (1.2) confer and debrief with co-counsel. (1); travel to SA (2.5). | 02/12/2014<br>11:36 - 16:18 | [40115] Jose Garza | 4.7 | E,T,D |
| [CR] Case Review<br>review emails on conference call and identification of experts, confer with staff on same and schedule. confer with Ezra Rosenberg concerning issues for conference call. review responses to motion for legislative privilege protective order. Review In re Perry. | 02/20/2014<br>09:09 - 11:09 | [40115] Jose Garza | 2.0 | D |
| [C] Conference w/<br>plaintiff group on this case. | 02/20/2014<br>11:23 - 12:29 | [40115] Jose Garza | 1.1 | D |
| [CR] Case Review<br>review file, review schedule. confer with Vessey counsel on issues to be discussed at hearing on the 26th. | 03/18/2014<br>11:33 - 12:03 | [40115] Jose Garza | 0.5 | D |
| [CR] Case Review<br>review emails between counsel, review deposition schedule and begin review rpd discovery requests. Confer with Chad Dunn regarding deposition schedule. Confer with Gerry Hebert regarding request for production requests and expert analysis. | 03/25/2014<br>09:11 - 12:41 | [40115] Jose Garza | 3.5 | D |

| | | | | |
|---|---|---|---|---|
| [HGP] Hearing Prep (court)<br>Travel to CC, (2.6); confer with MvD regarding hearing, client issues, expert issues, etc. (1.4); review motions, briefs etc. for hearing prep. (1). | 03/31/2014<br>11:24 - 16:24 | [40115] Jose Garza | 5.0 | T,D |
| [CR] Case Review<br>review file. review emails and correspondence. Confer with MvD and Ezra R regarding time issues and deposition coverage issues. | 04/03/2014<br>12:31 - 13:43 | [40115] Jose Garza | 1.2 | D |
| [DOC] Document - receive/review<br>review advisory from Ezra, confer w/MvD regarding same, review Hebert Edits, confer with Ezra regarding same. (1); Confer with MvD regarding current schedule (.3); confer with Katy on pleadings needed for filing on Roxanne, etc. (.2); review emails and other correspondence. (.5). | 04/14/2014<br>09:11 - 11:11 | [40115] Jose Garza | 2.0 | D |
| [C] Conference w/<br>all plaintiffs' counsel, and doj on status of schedule, discovery, trial strategy, etc. review rfp (2) | 04/17/2014<br>11:15 - 13:15 | [40115] Jose Garza | 2.0 | D |
| [DISC] Discovery (drafting docs)<br>reviewed rfp and interrogatories. communicate with Emma from Veassey Ps about modifications. Conferred with Doggett and MvD. | 04/17/2014<br>13:16 - 13:58 | [40115] Jose Garza | 0.7 | D |
| [CR] Case Review<br>confer with MvD regarding current schedule, events, etc. (.2); prepare for and participate in conference call with other P counsel regarding discovery and depositions. (.7); review schedule and respond to emails and calls. (.3) | 04/21/2014<br>12:59 - 14:11 | [40115] Jose Garza | 1.2 | D |
| [CR] Case Review<br>review file, review schedule. respond to emails. (.3); Jewell weekly conf. call. (.5); confer with other plaintiffs on deposition for tomorrow. (.3) | 04/22/2014<br>10:47 - 11:53 | [40115] Jose Garza | 1.1 | D |
| [DEP] Deposition - Take<br>of K. Ingram, 30 b 6, for SOS. | 04/23/2014<br>11:31 - 15:31 | [40115] Jose Garza | 4.0 | D |
| [TP] Trial, prep<br>review drafts of FOF, confer with Ezra. Review emails on discovery disputes. Legal research. | 08/22/2014<br>15:02 - 18:02 | [40115] Jose Garza | 3.0 | D |
| [TP] Trial, prep<br>review dc record, review proposed findings of fact etc. | 08/27/2014<br>09:57 - 12:27 | [40115] Jose Garza | 2.5 | D |
| [TP] Trial, prep<br>review trial transcripts, review findings of fact drafts | 09/13/2014<br>14:18 - 17:18 | [40115] Jose Garza | 3.0 | D |
| [TP] Trial, prep<br>review discovery responses, review trial transcripts, confer with counsel. review COL drafts. | 09/15/2014<br>15:20 - 18:20 | [40115] Jose Garza | 3.0 | D |
| [CR] Case Review<br>review file, review correspondense on proposed court order. confer with co-counsel. | 10/20/2014<br>16:49 - 19:19 | [40115] Jose Garza | 2.5 | D |

EXHIBIT E-3
DUPLICATIVE TRLA

| | | | | |
|---|---|---|---|---|
| [CR] Case Review<br>review file. review exhibits in the case. review outline for 5th cir. appeal. confer with MvD. | 11/14/2014<br>10:06 - 12:06 | [40115] Jose Garza | 2.0 | D |
| [CR] Case Review<br>confer with Ezra, review emails, review transcript of TRLA witnesses. | 12/05/2014<br>17:42 - 19:54 | [40115] Jose Garza | 2.2 | D |
| [CR] Case Review<br>review file, review requests and emails on different topics. Confer with MvD on status of clients and on our role on appeal. | 01/06/2015<br>10:10 - 11:22 | [40115] Jose Garza | 1.2 | D |
| [C] Conference w/ MvD regarding emails and schedule. | 1/28/2015<br>09:35 - 09:53 | [40115] Jose Garza | 0.3 | D |
| [C] Conference w/<br>with mark posner concerning conf. call topics and gen. status of appeal. begin review of state's brief. | 01/29/2015<br>16:34 - 18:34 | [40115] Jose Garza | 2.0 | D |
| [DOC] Document - receive/review<br>recieved and reviewed drafts of our brief to the 5th cir. confer with MVD. Confer with Lawyer's Committee lawyers. | 03/03/2015<br>12:30 - 14:30 | [40115] Jose Garza | 2.0 | D |
| [CR] Case Review<br>review file, confer with Ezra and MvD. | 03/31/2015<br>11:13 - 11:49 | [40115] Jose Garza | 0.6 | D |
| [CR] Case Review<br>review file, confer with lawyers committee and brennan center counsel on next steps | 8/10/2015<br>16:05 - 17:35 | [40115] Jose Garza | 1.5 | D |
| [C] Conference w/<br>lawyer's committee on status and pending issues. review file. | 02/22/2016<br>12:27 - 13:27 | [40115] Jose Garza | 1.0 | D |
| [CM] Case Management (org. file, etc.)<br>review files, confer with Gary Bledsoe and Jerry Hebert. | 06/22/2016<br>09:43 - 10:43 | [40115] Jose Garza | 1.0 | D |
| [C] Conference w/<br>co-counsel and counsel for DOJ, and other plaintiffs, on strategy for hearing, division of labor. discuss hearing order etc. | 08/08/2016<br>10:34 - 11:34 | [40115] Jose Garza | 1.0 | D |
| [T] Telephone call to...<br>MvD to discuss logistics for meeting with clients. | 05/08/2017<br>04:19 - 04:31 | [40115] Jose Garza | 0.2 | D |

**TOTAL** 66.6