# EXHIBIT E-4
# TAYLOR
# EXCESSIVE

# EXHIBIT
# ESXCESSIVE
# TRLA

| Description | Date | Attorney | Time Billed | Code |
|---|---|---|---|---|
| [CTC] Court Contact<br>prepare for and attend court hearing in Veassey. Confer with MvD about hearing. | 11/15/2013<br>09:04 - 10:16 | [40115] Jose Garza | 1.2 | E |
| [DP] Document - prepare<br>continue working on brief. review organizational standing issue. review additional edits. work on voting proceedures covered by sec. 2 . modify brief on standing issues, and regarding defendants' claims regarding procedural modifications to election rules. review edits, finalize and file. | 01/13/2014<br>11:12 - 17:42 | [40115] Jose Garza | 6.5 | E |
| [HG] Hearing<br>attend cour hearing on discovery issues in CC. (1.2) confer and debrief with co-counsel. (1); travel to SA (2.5). | 02/12/2014<br>11:36 - 16:18 | [40115] Jose Garza | 4.7 | E,T,D |
| [TP] Trial, prep<br>prepare for and attend hearing on scheduling issues and discovery issues. (2.8); confer with co-counsel on client issues, discovery responses, etc. (1); interview client Ortiz (1.2); interview client Taylor (2.4); travel to San antonio (2.7). | 04/01/2014<br>07:29 - 17:35 | [40115] Jose Garza | 10.1 | E |
| [CR] Case Review<br>review file, review pleadings filed. confer with MvD. review emails from other counsel. | 05/06/2014<br>13:18 - 14:18 | [40115] Jose Garza | 1.0 | E |
| [CR] Case Review<br>review email, review discovery documents submitted by doj. confer with staff. | 05/08/2014<br>12:11 - 14:11 | [40115] Jose Garza | 2.0 | E |
| [CR] Case Review<br>review files, confer with counsel for plaintiffs on deposition schedules. review filings. | 05/14/2014<br>10:05 - 12:05 | [40115] Jose Garza | 2.0 | E |
| [CR] Case Review<br>review file, review email exchanges on discovery and expert deposition schedules. | 08/01/2014<br>15:47 - 16:47 | [40115] Jose Garza | 1.0 | E |
| [TP] Trial, prep<br>review defs' filings. review depositions. | 08/18/2014<br>17:07 - 19:19 | [40115] Jose Garza | 2.2 | E |
| [TL] Trial<br>Trial (9), ass't with witness prep. (2); confer with co-counsel (1); confer with other P's counsel (.3). | 09/03/2014<br>07:20 - 19:38 | [40115] Jose Garza | 12.3 | E |
| [CR] Case Review<br>review file, review time lines. confer with staff. | 09/25/2014<br>13:28 - 16:28 | [40115] Jose Garza | 3.0 | E |
| [CR] Case Review<br>review file and review emails - review filed pleadings | 11/25/2014<br>15:36 - 17:36 | [40115] Jose Garza | 2.0 | E |
| [CR] Case Review<br>review court's order, review emails. (1) | 1/23/2015<br>09:22 - 10:22 | [40115] Jose Garza | 1.0 | E |
| [CR] Case Review<br>review file, review state's brief, review record excerpts, transcript etc. | 02/27/2015<br>15:41 - 17:29 | [40115] Jose Garza | 1.8 | E |

**EXHIBIT E**
**ESXCESSIVE**
**TRLA**

| [CR] Case Review<br>review file for deadlines on fees, scope of stay. Review emails. | 8/7/2015<br>15:25 - 17:25 | [40115] Jose Garza | 2.0 | E |
|---|---|---|---|---|
| | | **TOTAL** | **25.3** | |

**EXHIBIT E-4
EXCESSIVE
TRLA**

| Description | Date | Staff | Hours | Code |
|---|---|---|---|---|
| **[HG] Hearing** Hearing on [SUBJECT] | 04/08/2014 | [11064] Marinda van Dalen | 0.6 | E |
| **[HG] Hearing** Hearing on [SUBJECT] | 04/16/2014 | [11064] Marinda van Dalen | 0.9 | E |
| **[DP] Document - prepare** FOF and depo designations | 08/20/2014 | [11064] Marinda van Dalen | 5.5 | E |
| **[DP] Document - prepare** FOF and depo designations | 08/22/2014 | [11064] Marinda van Dalen | 8.0 | E |
| **[DOC] Document - receive/review** pls FOF/COL final | 08/24/2014 | [11064] Marinda van Dalen | 1.5 | E |
| **[HG] Hearing** FPTC; tv r'port, wait, talk to CC afterward. | 08/27/2014 | [11064] Marinda van Dalen | 4.0 | E |
| **[TL] Trial** | 09/08/2014 | [11064] Marinda van Dalen | 0.7 | E |
| | | TOTAL | 21.2 | |