# EXHIBIT E-5
# TAYLOR
# NON-COMPENSABLE

# EXHIBIT E-5
# NON-COMPENSABLE TRLA

| Description | Date | Attorney | Time Billed | Code |
|---|---|---|---|---|
| [DOC] Document - receive/review reviewed draft press advisory on work of local comm. organization on voter id educational campaign. confer with Marinda on same and potential victims. | 09/20/2013 11:36 - 12:00 | [40115] Jose Garza | 0.4 | N |
| [PC] Press Contact interview with CNN. | 6/27/2016 11:44 - 13:14 | [40115] Jose | 1.5 | N |
| [CR] Case Review review comments from AG regarding interim relief and threats of possible perjury prosecutions. review discussions | 08/18/2016 14:30 - 14:48 | [40115] Jose Garza | 0.3 | N |
| [CM] Case Management (org. file, etc.) begin review of time records for | 06/07/2018 13:23 - 16:23 | [40115] Jose Garza | 3.0 | N |
| [CM] Case Management (org. file, etc.) review files, set up meetings with staff to discuss logistics for fee application. check on | 06/08/2018 12:53 - 15:47 | [40115] Jose Garza | 2.9 | N |
| [CR] Case Review review files, confer with Accounting to go over case expenses. Confer with | 06/12/2018 10:03 - 12:03 | [40115] Jose Garza | 2.0 | N |
| [R] Research, Legal review notes on discussion regarding state's motion for summary judgment. begin review of prevailing party issue. pull and read district court and | 07/11/2018 09:37 - 12:07 | [40115] Jose Garza | 2.5 | N |
| [R] Research, Legal continue to review prevailing party question. read recent | 07/12/2018 16:58 - 17:34 | [40115] Jose Garza | 0.6 | N |
| [CR] Case Review begin review of time records for possible fees application. confer w/ IT regarding generating fees | 12/13/2018 16:09 - 17:09 | [40115] Jose Garza | 1.0 | N |
| [CR] Case Review review time records and edit out duplications, billing judgment | 01/02/2019 14:18 - 16:18 | [40115] Jose Garza | 2.0 | N |

**Page 001**

# EXHIBIT E-5
## NON-COMPENSABLE

| Description | Date/Time | Attorney | Hours | Comp |
|---|---|---|---|---|
| [EXH] Exhibit Prep review time logs, modify for potential fees application. | 01/11/2019 TRLA 15:48 - 16:24 | [40115] Jose Garza | 0.6 | N |
| [DP] Document - prepare work on fees motion review time records, modify billable hrs on print work sheet. will begin | 01/15/2019 13:02 - 15:20 | [40115] Jose Garza | 2.3 | N |
| [CR] Case Review continue to review file to prepare documents for fee application. | 01/16/2019 15:13 - 16:01 | [40115] Jose Garza | 0.8 | N |
| [R] Research, Legal review recent rulings on attorney's fees in southern | 01/24/2019 11:00 - 13:00 | [40115] Jose Garza | 2.0 | N |
| [DP] Document - prepare work on fees declaration, review time records, confer with others on list. phone conference plaintiffs counsel, confer with B. | 01/31/2019 15:55 - 20:13 | [40115] Jose Garza | 4.3 | N |
| [DP] Document - prepare work on fees motion. review templates, review time records. | 02/04/2019 15:14 - 17:02 | [40115] Jose Garza | 1.8 | N |
| [C] Conference w/ conference with all of P's counsel - discuss status of fees applications, need for uniformity, expert, etc. confer | 02/05/2019 13:57 - 14:57 | [40115] Jose Garza | 1.0 | N |
| [DP] Document - prepare continue work on fees motion. review time records, exercise billing judgment. confer with Robert and with chad dunn and | 02/06/2019 15:32 - 18:32 | [40115] Jose Garza | 3.0 | N |
| [DP] Document - prepare work on fees documents, declaration, motion etc. also work on securing potential fees expert. | 02/08/2019 10:29 - 14:29 | [40115] Jose Garza | 4.0 | N |

**EXHIBIT E-5**
**NON-COMPENSABLE**

| | | | | |
|---|---|---|---|---|
| [DP] Document - prepare continue working on fees exhibits, communicate with Billy Edwards about expert dec. update files on fees research. send email to B. Edwards. work on declaration. | 02/15/2019 09:34 - 11:34 | TRLA [40115] Jose Garza | 2.0 | N |
| [DP] Document - prepare continue working on modifying time entries to account for duplication and non billable entries on Doggett time lines. | 02/15/2019 11:35 - 13:23 | [40115] Jose Garza | 1.8 | N |
| [DP] Document - prepare work on van dalen time record exhibit. | 02/17/2019 13:57 - 17:15 | [40115] Jose Garza | 3.3 | N |
| [DP] Document - prepare work on van dalen exhibits and on doggett exhibits. 1.2 | 02/19/2019 10:07 - 11:19 | [40115] Jose Garza | 1.2 | N |

**TOTAL   44.3**

**Page 003**