# EXHIBIT E-6
# TAYLOR
# BLOCK

**EXHIBIT E-6**

**BLOCK**
**TRLA**

| Description | Date | Attorney | Time Billed | Code |
|---|---|---|---|---|
| [DNR] Deposition - Review/Summarize review discovery documents and drafts of proposed discovery process and document processing strategies sent out by doj. confer with co-counsel and counsel for other plaintiffs. review courts' schedule and hearing schedule. | 02/04/2014 10:14 - 15:14 | [40115] Jose Garza | 5.0 | B |
| [CR] Case Review review emails from Ezra and others regarding new filing coming from State of Texas and DOJ. Review latest version of voter id law being filed with Senate. (SB 5); confer with co-counsel. Review new motion from State for continuance of Feb. 28 hearing. Review court's correspondence on same and our response. | 02/22/2017 15:52 - 21:22 | [40115] Jose Garza | 5.5 | B |

**TOTAL    10.5**

Page 001