# EXHIBIT E-7
# TAYLOR
# VAGUE

# EXHIBIT E
## VAGUE
## TRLA

ROBERT DOGGETT

| | | | |
|---|---|---|---|
| [TCC] Telephone Conference Call | 05/06/2014 | 0.6 | V |
| [EM] Email, Draft / Send | 06/02/2014 | 0.3 | V |
| [EM] Email, Draft / Send | 06/12/2014 | 0.3 | V |

TOTAL 1.2

**Page 001**

VAGUE
TRLA

| Description | Date | Staff | Hours | Code |
|---|---|---|---|---|
| [C] Conference w/ Jewell | 01/22/2014 | [11064] Marinda van Dalen | 1.0 | V |
| [T] Telephone call to... JG re Jewell issues | 01/22/2014 | [11064] Marinda van Dalen | 0.3 | V |
| [C] Conference w/ maximina | 04/08/2014 | [11064] Marinda van Dalen | 1.0 | V |
| [C] Conference w/ mendez. | 04/09/2014 | [11064] Marinda van Dalen | 1.5 | V |
| [T] Telephone call to... jewell | 05/06/2014 | [11064] Marinda van Dalen | 0.7 | V |
| [C] Conference w/ espinosa | 05/06/2014 | [11064] Marinda van Dalen | 1.2 | V |
| [T] Telephone call to... jewell | 05/06/2014 | [11064] Marinda van Dalen | 0.2 | V |
| [T] Telephone call to... jewell | 06/05/2014 | [11064] Marinda van Dalen | 0.4 | V |
| [EM] Email, Draft / Send baldwin re call | 10/02/2014 | [11064] Marinda van Dalen | 0.1 | V |
| [HGP] Hearing Prep (court) assist with moot on issue of training and education. Prepared for court hearing on [SUBJECT] | 08/09/2016 | [11064] Marinda van Dalen | 2.0 | V |
| | | TOTAL | 8.4 | |

**Page 002**