# EXHIBIT E-8
# TAYLOR
# BUSINESS DEVELOPMENT

**EXHIBIT E-8**

**BUSINESS DEVELOPMENT**

**TRLA**

| Description | Date | Staff | Hours | |
|---|---|---|---|---|
| [COMM] Community Outreach | 09/04/2013 | DOGGETT | 2.0 | BD |
| | | TOTAL | 2 | |

Page 001

**EXHIBIT E-8**

## BUSINESS DEVELOPMENT
## TRLA

| Description | Date | Attorney | Time Billed | |
|---|---|---|---|---|
| [C] Conference w/ national groups interested in intervening in pending litigation. confer with Javier on issues related to voter id and recent eagle pass election. call potential victim in D'Hanis. review recently filed pleadings. | 09/17/2013 10:30 - 12:48 | [40115] Jose Garza | 2.3 | BD |
| | | **TOTAL** | **2.3** | |

# EXHIBIT E-8
## BUSINESS DEVELOPMENT
### TRLA

| Description | Date | Staff | Hours | Code |
|---|---|---|---|---|
| [C] Conference w/ Juanita Cox and Jose Garza at LUPE office to discuss representation and investigation of potential claims. | 08/22/2013 | [11064] Marinda van Dalen | 0.7 | BD |
| [C] Conference w/ KG re calls to potential witnesses | 08/26/2013 | [11064] Marinda van Dalen | 0.4 | BD |
| [TV] Travel From Brownsville to Sebastian to itv client. | 09/02/2013 | [11064] Marinda van Dalen | 1.5 | T,BD |
| [NTF] Note to File LUPE executive director Juanita Valdez-Cox has requested TRLA investigate potential claims of the organization and its members under the Voting Rights Act with regard to the Texas Voter Identification law and its implementation. | 09/12/2013 | [11064] Marinda van Dalen | 0.1 | BD |
| [C] Conference w/ lara intakes (3) | 09/26/2013 | [11064] Marinda van Dalen | 2.0 | BD |
| [TV] Travel Raymondville, Sebastian, Raymondville potential client meetings. | 09/26/2013 | [11064] Marinda van Dalen | 2.0 | BD |
| [DP] Document - prepare organizae docs of laras - photos of docs taken at mtg | 09/27/2013 | [11064] Marinda van Dalen | 0.5 | BD |
| [DP] Document - prepare mm on lara intakes. check background info, qualifications etc. | 09/27/2013 | [11064] Marinda van Dalen | 1.0 | BD |
| [EM] Email, Draft / Send KG re lara intake memo | 09/27/2013 | [11064] Marinda van Dalen | 0.2 | BD |
| [EM] Email, Draft / Send CC. lara mm | 09/27/2013 | [11064] Marinda van Dalen | 0.2 | BD |
| [DP] Document - prepare table of potential plaintiffs/witnesses, factual details. | 09/27/2013 | [11064] Marinda van Dalen | 1.5 | BD |
| [T] Telephone call to... JG re ordering BC for Laras. Agreed best to clarify w. births were reg'd. | 09/30/2013 | [11064] Marinda van Dalen | 0.3 | BD |
| [T] Telephone call to... cameron county vital stats - re lara births. not reg'd with county | 09/30/2013 | [11064] Marinda van Dalen | 0.3 | BD |
| [T] Telephone call to... austin vital stats - only can check w birth registered by ordering BC. | 09/30/2013 | [11064] Marinda van Dalen | 0.3 | BD |
| [DP] Document - prepare online appl for TXBC M lara and M lara (mr - BC appl; ms just letter of verification (which tx vital stats told me didn't exist)). | 09/30/2013 | [11064] Marinda van Dalen | 0.5 | BD |

**Page 003**

**EXHIBIT E-8**

**BUSINESS DEVELOPMENT**

**TRLA**

| | | | | |
|---|---|---|---|---|
| **[T]** Telephone call to... JGArza re outreach | **10/04/2013** | **[11064] Marinda van Dalen** | **0.3** | BD |
| **[c] Conference w/** mike seifert re VID outreach | **10/04/2013** | **[11064] Marinda van Dalen** | 1.0 | BD |
| **[TV] Travel** raymondville, sebastian | **10/15/2013** | **[11064] Marinda van Dalen** | **2.0** | T,BD |
| **[TV] Travel** sebastian | **10/17/2013** | **[11064] Marinda van Dalen** | **2.0** | T,BD |
| **[TV] Travel** willacy county | **10/18/2013** | **[11064] Marinda van Dalen** | **2.0** | T,BD |
| **[TV] Travel** to meet with lionel estrada and return home. | **10/23/2013** | **[11064] Marinda van Dalen** | 7.0 | T, BD |

                                                            **TOTAL    25.8**

**Page 004**