# EXHIBIT F
# HEARING DATES & TIMES

| Hearing Date | Actual Time | Dunn | Brazil | Hebert | Simson | Baron | Posner | Notzon | Perez | Bledsoe | Derfner | Rosenberg | Ali | Conley | Dunbar | Eisenberg | Korgaonk | Faransso | Rios | VanDalen | Doggett | Garza |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/4/2013 | 15m | 3.2 | | | | | | | | | | | | 0.5 | 1 | | | | 1.8 | | | |
| 10/11/2013 | 8m | | | 0.2 | | | | | | | | | | 0.6 | 0.6 | | | | | | | |
| 10/18/2013 | 21m | 2.9 | | 0.2 | | 0.5 | | | | | | 2.4 | | 0.3 | 0.6 | | | | 1.5 | | | |
| 11/15/2013 | 51m | 3.5 | 0.9 | 0.7 | 0.9 | 0.5 | | | | | | 3 | | | 1.4 | | | | | | | 1.2 |
| 11/22/2013 | 20m | | | | | 1 | | | | | | | | 0.5 | 0.5 | | | | 1.2 | | | |
| 2/12/2014 | 46m | 2.8 | | 0.8 | 0.8 | 1 | | | | | | 2 | | | | | 1.5 | | 4 | | | 4.7 |
| 2/14/2014 | 21m | 2.5 | | 0.4 | 0.4 | | | | | | | 5 | 1.1 | | | | 2 | | 1.5 | | | 0.5 |
| 3/5/2014 | 1h 49m | 3.7 | 2.5 | | 1.7 | | | | | | | | | | 2.5 | | | | | | | 2 |
| 4/1/2014 | 1h 37m | 3.9 | 3 | 1.6 | 1.5 | 2.5 | | | | | | 2 | | | 2.1 | | | | | | | 2.8 |
| 4/8/2014 | 15m | 1.1 | 1.1 | | | | | | | | | | | | 0.9 | | | | 0.6 | | | |
| 4/16/2014 | 23m | | | | | | | | | | | 2 | | | | | | | 0.9 | | | |
| 5/1/2014 | 43m | 3.6 | 2.2 | | | | | | | | | 6 | | | | | | | 1 | | | |
| 5/15/2014 | 43m | 2.9 | 1.2 | | | | | | | | | 2 | | | | 1.5 | | | | | | |
| 5/20/2014 | 5m | 2.7 | 2.7 | | | | | | | | | | | | 0.4 | | | | | | | |
| 5/28/2014 | 1h 7m | 4.2 | 2.4 | 0.4 | 1.2 | 1 | | | | | | 7 | | | 1.2 | | | | | | | |
| 6/6/2014 | 1h 2m | 2.7 | 1.2 | 1 | 1 | 1 | | | | | 7.5 | | | | 1.5 | | | | | | | |
| 6/18/2014 | 1h9m | 2.8 | 1.5 | 1 | | | | | | | | | | | 1 | | | | 1.2 | | | |
| 7/24/2014 | 1h20m | 2.7 | 2.3 | 1.3 | | | | | | | | 5 | | 2 | 2.7 | | | | | | | 1 |
| 7/30/2014 | 10m | 2.5 | 1.8 | 0.2 | 0.3 | | | | | | 1 | 5.5 | | | | | | 1 | | | | |
| 8/6/2014 | 1h3m | 2.9 | 1.8 | 1 | 0.9 | | | | | | | | | | 1 | | | | | | | |
| 8/14/2014 | 1h 1m | 2.4 | 1 | | | | 1 | | | | | 5 | | 1 | | | | | 1 | | | |
| 8/21/2014 | 15m | 3.5 | 25.6 | | | | | | | | | | | | 0.6 | | | | | | | |
| 8/22/2014 | 13m | | | | | 0.3 | | | | | | | | | | | | | | | | |
| 8/27/2014 | 1h 22m | 4.5 | | | | | | 1.5 | | | | 3 | | 2 | 2 | | | | 4 | | | |
| 8/28/2014 | 1h 4m | 4.7 | | | | 0.8 | | | | | | | | 0.5 | 0.8 | | | | | | | |
| 8/29/2014 | 22m | | | 0.3 | | | | | | | | | | 0.5 | | | | | | | | |
| 9/2/2014 | 9h5m | 10.2 | 10.2 | 8.8 | 16 | | | | | | | | | 8 | 9.9 | | | | 9 | | | 8.7 |
| 9/3/2014 | 8h 11m | 10.2 | 10.2 | 8.4 | 14 | | | | | | | | | 5.1 | 9.6 | | | | 8 | | | 9 |
| 9/4/2014 | 8h 30m | 10.2 | 10.2 | 8.7 | 12.7 | | | | | | | | | 7.2 | 11.1 | | | | | | | |
| 9/5/2014 | 8h 45m | 10 | 10 | 8.8 | 10.8 | | | | | | | | | 7.5 | 6.1 | | | | 3 | | | 8 |
| 9/8/2014 | 8h 20m | 10.2 | 10.2 | 8.4 | 9.2 | | | | | | | | | 6.9 | 10.1 | | | | 9 | | | |
| 9/9/2014 | 8h46m | | 10.2 | 8.6 | 11.8 | | | | | | | | | 10 | 10.9 | | | | 9 | | | |
| 9/10/2014 | 8h29m | | 10.2 | 8.5 | 12.8 | | | | | | | | | 8 | 10.6 | | | 8.3 | | | | |
| 9/11/2014 | 3h50m | | 7.1 | 4.1 | | | | | | | | | | 5.2 | 2.5 | | | | | | | |
| 9/19/2014 | 1h 18 m | | | | 5.3 | | 1.5 | 1.3 | | | | | | | | | | | | | | |
| 9/22/2014 | 3h 28m | | | 3.4 | | | | | | | | | | | | | | | | | | |
| 8/12/2016 | 35m | | | | | | | | | | | | | | | | | 1.6 | | | | |
| 9/19/2016 | 1h 18m | | | | | | | | | | | | | | | | | 1 | | | | |

**Page 001**