# EXHIBIT G
# CODING DESIGNATIONS

# CODING DESIGNATIONS

| CODE | DESIGNATION |
|------|-------------|
| B    | Block billing |
| BD   | Business Development |
| V    | Vague, lacks sufficient description |
| D    | Duplicative with internal and/or external counsel |
| C    | Clerical, administrative |
| T    | Travel |
| E    | Excessive billing |
| X    | Extravagant costs |
| N    | Non-Compensable (e.g., amicus brief coordinating, fees related to intervention, time entries Plaintiffs claimed they removed) |