APPEAL,CLOSED,LEAD,MOTREF

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Corpus Christi)
## CIVIL DOCKET FOR CASE #: 2:13-cv-00193

Veasey et al v. Abbott et al
Assigned to: Judge Nelva Gonzales Ramos
Cause: 42:1973 Voting Rights Act

Date Filed: 06/26/2013
Date Terminated: 09/17/2018
Jury Demand: None
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: Federal Question

**Plaintiff**

**Marc Veasey**                          represented by   **Armand Derfner**
P O Box 600
Charleston, SC 29402
843-723-9804
Email: aderfner@dawlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
Brazil Dunn
3303 Northland Drive
Ste 205
Austin, TX 78731
512/717-9822
Fax: 512/515-9355
Email: chad@brazilanddunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emma P Simson**
Campaign Legal Center
215 E St NE
Washington, DC 20002
202-736-2200
Email: esimson@campaignlegalcenter.org
*TERMINATED: 09/15/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Smith**
Campaign Legal Center
1411 K Street NW
Ste 1400
Washington, DC 20005
202-736-2200
Email: psmith@campaignlegalcenter.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle M Lang**
Campaign Legal Center
1411 K St NW
Ste 1400
Washington, DC 20005
202-736-2200
Email: dlang@campaignlegalcenter.org
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
Attorney at Law
191 Somervelle Street
#405
Alexandria, VA 22304
703-628-4673
Email: ghebert@campaignlegalcenter.org
*ATTORNEY TO BE NOTICED*

**Joshua James Bone**
Campaign Legal Center
215 E Street NE
Washington, DC 20002
202-736-2200
Email: jbone@campaignlegalcenter.org
*TERMINATED: 07/10/2015*
*ATTORNEY TO BE NOTICED*

**Kembel Scott Brazil**
Brazil & Dunn
4201 Cypress Creek Parkway
Suite 530
Houston, TX 77068
281-580-6310
Fax: 281-580-6362
Email: scott@brazilanddunn.com
*ATTORNEY TO BE NOTICED*

**Neil G Baron**
Law Office of Neil G. Baron
1010 E Main Street
Suite A
League City, TX 77573
281-534-2748
Fax: 281-534-4309
Email: neil@ngbaronlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jane Hamilton**                    represented by  **Armand Derfner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle M Lang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua James Bone**
(See above for address)
*TERMINATED: 07/10/2015*
*ATTORNEY TO BE NOTICED*

**Kembel Scott Brazil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil G Baron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sergio DeLeon**　　　　　　　　　represented by　**Armand Derfner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle M Lang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua James Bone**
(See above for address)
*TERMINATED: 07/10/2015*
*ATTORNEY TO BE NOTICED*

**Kembel Scott Brazil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil G Baron**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Floyd Carrier**                              represented by    **Armand Derfner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle M Lang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua James Bone**
(See above for address)
*TERMINATED: 07/10/2015*
*ATTORNEY TO BE NOTICED*

**Kembel Scott Brazil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil G Baron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Burns**                                 represented by    **Armand Derfner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle M Lang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua James Bone**
(See above for address)
*TERMINATED: 07/10/2015*
*ATTORNEY TO BE NOTICED*

**Kembel Scott Brazil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil G Baron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Montez**                    represented by    **Armand Derfner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle M Lang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua James Bone**
(See above for address)
*TERMINATED: 07/10/2015*
*ATTORNEY TO BE NOTICED*

**Kembel Scott Brazil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil G Baron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Penny Pope**                    represented by    **Armand Derfner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*LEAD ATTORNEY*

ATTORNEY TO BE NOTICED

**Danielle M Lang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua James Bone**
(See above for address)
*TERMINATED: 07/10/2015*
*ATTORNEY TO BE NOTICED*

**Kembel Scott Brazil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil G Baron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Oscar Ortiz**                          represented by    **Armand Derfner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle M Lang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua James Bone**
(See above for address)
*TERMINATED: 07/10/2015*
*ATTORNEY TO BE NOTICED*

**Kembel Scott Brazil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil G Baron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Koby Ozias**                               represented by **Armand Derfner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle M Lang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua James Bone**
(See above for address)
*TERMINATED: 07/10/2015*
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**JOHN DOE**                               represented by **Armand Derfner**
*TERMINATED: 12/16/2013*              (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle M Lang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**League Of United Latin American**          represented by **Armand Derfner**
**Citizens**                               (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle M Lang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Joshua James Bone**
(See above for address)
*TERMINATED: 07/10/2015*
*ATTORNEY TO BE NOTICED*

**Luis Roberto Vera , Jr**
Attorney at Law
111 Soledad
Ste 1325
San Antonio, TX 78205
210-225-3300
Fax: 210-225-2060
Email: lrvlaw@sbcglobal.net
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Mellor-Crummey**                                     represented by       **Armand Derfner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neil G Baron**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle M Lang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua James Bone**
(See above for address)
*TERMINATED: 07/10/2015*
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dallas County, Texas**                                     represented by       **Armand Derfner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle M Lang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE**                                    represented by    **Armand Derfner**
*TERMINATED: 12/16/2013*                                         (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Danielle M Lang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gordon Benjamin**                             represented by    **Armand Derfner**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neil G Baron**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle M Lang**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ken Gandy**                          represented by   **Armand Derfner**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Chad W Dunn**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **J Gerald Hebert**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Neil G Baron**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Danielle M Lang**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Evelyn Brickner**                    represented by   **Chad W Dunn**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Armand Derfner**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Danielle M Lang**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **J Gerald Hebert**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Neil G Baron**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**United States Of America**                          represented by **Anna Baldwin**
U.S. Dept. of Justice
950 Pennsylvania Ave NW
NWB 7273
Washington, DC 20530
202-305-4278
Email: anna.baldwin@usdoj.gov
*TERMINATED: 09/03/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley E Heard**
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Ave. N.W.
Room NWB-7269
Washington, DC 20530
202-305-4196
Email: bradley.heard@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth S Westfall**
US Department of Justice
950 Pennsylvania Ave
NW NWB Rm 7125
Washington, DC 20530
202-305-7766
Email: elizabeth.westfall@usdoj.gov
*TERMINATED: 11/24/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Dellheim**
US Dept of Justice
950 Pennsylvania Ave NW
7254 NWB
Washington, DC 20530
202-305-1734
Email: richard.dellheim@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert S Berman**
US Department of Justice
Civil Rights Division
950 Pennsylvania Ave NW, 7243NWB
Washington, DC 20530
2025148690
Email: robert.berman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel G. Oliker-Friedland**

US Dept. of Justice
950 Pennsylvania Ave NW, NWB 7238
Washington, DC 20009
202-353-6196
Email: samuel.oliker-friedland@usdoj.gov
*TERMINATED: 02/19/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary P Jones**
US Dept of Justice
950 Pennsylvania Ave NW
NWB 7260
Washington, DC 20009
202-305-2382
Email: zachary.jones@usdoj.gov
*TERMINATED: 06/19/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Avner Michael Shapiro**
U.S. Justice Department, Civil RIghts
Division
950 Pennsylvania Ave., NW (NWB-7200--
Voting Section)
Washington, DC 20530
202-305-1840
Email: avner.shapiro@usdoj.gov
*TERMINATED: 09/18/2017*
*ATTORNEY TO BE NOTICED*

**Bruce I Gear**
Department of Justice
1800 G St NW
Washington, DC 20006
202-353-0419
Email: bruce.gear@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Daniel J Freeman**
US Department of Justice
950 Pennsylvania Ave NW
NWB 7123
Washington, DC 20009
202-305-4355
Fax: 202-307-3961
Email: daniel.freeman@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Jennifer L Maranzano**
US Department of Justice
Civil Rights Division - Voting Section
950 Pennsylvania Ave, NW - NWB
Washington, DC 20530

800-253-3931
Email: jennifer.maranzano@usdoj.gov
*TERMINATED: 11/07/2014*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
US Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
*ATTORNEY TO BE NOTICED*

**John Albert Smith , III**
Office of the US Attorney
800 N Shoreline Blvd
Ste 500
Corpus Christi, TX 78401
361-888-3111
Fax: 361-888-3200
Email: john.a.smith@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Meredith Bell-Platts**
US Department of Justice
Voting Section - Civil Rights Division
950 Pennsylvania Ave, NW
NWB 7259
Washington, DC 20530
202-305-8051
Email: meredith.bell-platts@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Mexican American Legislative Caucus,**
**Texas House of Representatives**

represented by

**Ezra D Rosenberg**
Lawyers Committee for Civil Rights Under
Law
1500 K Street, NW
Suite 900
Washington, DC 20005
(202) 662-8600
Email: erosenberg@lawyerscommittee.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jon M Greenbaum**
Attorney at Law
1401 New York Ave N W
Ste 400
Washington, DC 20005
202-662-8315
Fax: 202-783-5130
Email: jgreenbaum@lawyerscommittee.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lindsey Beth Cohan**
Dechert LLP
300 West 6th St
Austin, TX 78701
512-394-3027
Email: lindsey.cohan@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sidney S Rosdeitcher**
Paul Weiss et al
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Lynne Rudd**
DLA Piper LLP (US)
401 Congress
Suite 2500
Austin, TX 78701
512-457-7220
Email: amy.rudd@dlapiper.com
*TERMINATED: 10/18/2017*
*ATTORNEY TO BE NOTICED*

**Brendan Downes**
Lawyers Committee for Civil Rights Under
Law
1401 New York Ave
Suite 400
Washington, DC 20005
202-662-8333
Email: bdownes@lawyerscommittee.org
*ATTORNEY TO BE NOTICED*

**Jennifer Clark**
Brennan Ctr for Justice
NYU School of Law
120 Broadway, Suite 1750
New York, NY 10271
646-292-8310
Email: jenniferl.clark@nyu.edu
*TERMINATED: 05/05/2017*
*ATTORNEY TO BE NOTICED*

**Michelle Yeary**
Dechert LLP
902 Carnegie Ctr
Ste 500
Princeton, NJ 08540-6531
609-955-3277

Email: michelle.yeary@dechert.com
*ATTORNEY TO BE NOTICED*

**Myrna Perez**
Brennan Ctr for Justice at NYU School of
Law
120 Broadway
Suite 1750
New York, NY 10271
646-292-8329
Email: myrna.perez@nyu.edu
*ATTORNEY TO BE NOTICED*

**Neil A Steiner**
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797
212-698-3500
Email: neil.steiner@dechert.com
*ATTORNEY TO BE NOTICED*

**Vishal Agraharkar**
Brennan Ctr for Justice
NYU School of Law
161 Avenue of the Americas
12th Fl.
New York, NY 10013
646-292-8310
Email: vishal.agraharkar@nyu.edu
*TERMINATED: 09/02/2015*
*ATTORNEY TO BE NOTICED*

**Wendy Weiser**
Brennan Ctr for Justice
NYU School of Law
120 Broadway
Suite 1750
New York, NY 10271
646-292-8310
Email: wendy.weiser@nyu.edu
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas State Conference of NAACP
Branches**

represented by **Daniel Gavin Covich**
Covich Law Firm LLC
Frost Bank Plaza
802 N Carancahua, Ste 2100
Corpus Christi, TX 78401
361-884-5400
Email: daniel@covichlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erandi Zamora**

Lawyers' Committee of Civil Rights Under
Law
1401 New York Ave
Ste 400
Washington, DC 20005
202-662-8345
Email: ezamora@lawyerscommittee.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ezra D Rosenberg**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jon M Greenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lindsey Beth Cohan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A Posner**
Lawyers' Committee for Civil Rights
1401 New York Ave NW
Ste 400
Washington, DC 20005
202-662-8389
Email: mposner@lawyerscommittee.org
*TERMINATED: 06/12/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sidney S Rosdeitcher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sonia Kaur Gill**
Lawyers' Committee for Civil Rights Under
Law
1401 New York Ave NW
Ste 400
Washington, DC 20005
202-662-8356
Email: sgill@lawyerscommittee.org
*TERMINATED: 08/15/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Lynne Rudd**
(See above for address)
*TERMINATED: 10/18/2017*
*ATTORNEY TO BE NOTICED*

**Brendan Downes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Clark**
Brennan Ctr for Justice
NYU School of Law
161 Avenue of the Americas
12th Fl
New York, NY 10013
646-292-8310
Email: jenniferl.clark@nyu.edu
*TERMINATED: 05/05/2017*
*ATTORNEY TO BE NOTICED*

**Michelle Yeary**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Myrna Perez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil A Steiner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vishal Agraharkar**
(See above for address)
*TERMINATED: 09/02/2015*
*ATTORNEY TO BE NOTICED*

**Wendy Weiser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Estela Garcia Espinosa**                 represented by   **Jose Garza**
Texsa Riogrande Legal Aid
1111 N Main Ave
San Antonio, TX 78212
210-212-3700
Email: garzpalm@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shoshana J Krieger**
Texas RioGrande Legal Aid Inc
4920 N IH-35

Austin, TX 78751
512-782-0354
Email: skrieger@trla.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Trenholm Newell**
Griffin Newell LLC
8354 Northfield Blvd
Bldg G, Ste 3700
Denver, CO 80238
303-848-2256
Email: kathryn@griffin-newell.com
*TERMINATED: 05/02/2017*

**Marinda van Dalen**
Texas RioGrande Legal Aid Inc
1206 E. Van Buren
Brownsville
Brownsville, TX 78520
United Sta
956-982-5543
Fax: 956-541-1410
Email: mvandalen@trla.org
*TERMINATED: 05/23/2017*
*ATTORNEY TO BE NOTICED*

**Priscilla Noriega**
Texas Rio Grande Legal Aid Inc
531 E St Francis
Brownsville, TX 78521
956-243-4229
Email: pnoriega@trla.org
*ATTORNEY TO BE NOTICED*

**Robert W Doggett**
Texas Rio Grande Legal Aid Inc
4920 North IH 35
Austin, TX 78751
512-374-2725
Fax: 512-447-3940
Email: rdoggett@trla.org
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Lionel Estrada**                                represented by   **Jose Garza**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shoshana J Krieger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Trenholm Newell**
(See above for address)
*TERMINATED: 05/02/2017*

**Marinda van Dalen**
(See above for address)
*TERMINATED: 05/23/2017*
*ATTORNEY TO BE NOTICED*

**Priscilla Noriega**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert W Doggett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Roxanne Hernandez**                    represented by **Jose Garza**
*TERMINATED: 04/30/2014*                                  (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Kathryn Trenholm Newell**
(See above for address)
*TERMINATED: 05/02/2017*

**Marinda van Dalen**
(See above for address)
*TERMINATED: 05/23/2017*
*ATTORNEY TO BE NOTICED*

**Priscilla Noriega**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert W Doggett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**La Union Del Pueblo Entero, Inc.**          represented by **Jose Garza**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Kathryn Trenholm Newell**
(See above for address)
*TERMINATED: 05/02/2017*

**Marinda van Dalen**
(See above for address)
*TERMINATED: 05/23/2017*

*ATTORNEY TO BE NOTICED*

**Priscilla Noriega**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert W Doggett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Lydia Lara**                          represented by   **Jose Garza**
*TERMINATED: 08/08/2014*                                 (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Kathryn Trenholm Newell**
                                                         (See above for address)
                                                         *TERMINATED: 05/02/2017*

                                                         **Marinda van Dalen**
                                                         (See above for address)
                                                         *TERMINATED: 05/23/2017*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Priscilla Noriega**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Robert W Doggett**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Margarito Martinez Lara**             represented by   **Jose Garza**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Kathryn Trenholm Newell**
                                                         (See above for address)
                                                         *TERMINATED: 05/02/2017*

                                                         **Marinda van Dalen**
                                                         (See above for address)
                                                         *TERMINATED: 05/23/2017*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Priscilla Noriega**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Robert W Doggett**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Maximina Martinez Lara**　　　　represented by　**Jose Garza**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Trenholm Newell**
(See above for address)
*TERMINATED: 05/02/2017*

**Marinda van Dalen**
(See above for address)
*TERMINATED: 05/23/2017*
*ATTORNEY TO BE NOTICED*

**Priscilla Noriega**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert W Doggett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Eulalio Mendez, Jr.**　　　　represented by　**Jose Garza**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shoshana J Krieger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Trenholm Newell**
(See above for address)
*TERMINATED: 05/02/2017*

**Marinda van Dalen**
(See above for address)
*TERMINATED: 05/23/2017*
*ATTORNEY TO BE NOTICED*

**Priscilla Noriega**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert W Doggett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Belinda Ortiz**                      represented by **Jose Garza**
*TERMINATED: 09/02/2014*                              (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Kathryn Trenholm Newell**
                                                      (See above for address)
                                                      *TERMINATED: 05/02/2017*

                                                      **Marinda van Dalen**
                                                      (See above for address)
                                                      *TERMINATED: 05/23/2017*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Priscilla Noriega**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Robert W Doggett**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Sgt Lenard Taylor**                  represented by **Jose Garza**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Shoshana J Krieger**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Kathryn Trenholm Newell**
                                                      (See above for address)
                                                      *TERMINATED: 05/02/2017*

                                                      **Marinda van Dalen**
                                                      (See above for address)
                                                      *TERMINATED: 05/23/2017*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Priscilla Noriega**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Robert W Doggett**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Greg Abbott**                                 represented by  **Arthur D'Andrea**
Office of the Attorney General
209 W 14th St
7th Fl
Austin, TX 78701
512-936-2868
Email:
arthur.dandrea@texasattorneygeneral.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Barret Scott**
Office of the Attorney General
209 West 14th Street
8th Floor
Austin, TX 78701
512-475-0131
Fax: 512-936-0545
Email: john.scott@texasattorneygeneral.gov
*TERMINATED: 11/26/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Warren Aston**
Jackson Walker LLP
100 Congress Avenue
Suite 1100
Austin, TX 78701
512-236-2331
Email: aaston@jw.com
*TERMINATED: 01/09/2015*
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
Texas Office Of The Attorney General
P O BOX 12548
Capitol Station
Austin, TX 78711-2548
512-475-4100
Email: angela.colmenero@gov.texas.gov
*TERMINATED: 08/30/2018*

**Ben Addison Donnell**
Donnell Abernethy Kieschnick
555 N Carancahua
Suite 400
Corpus Christi, TX 78401-0817
361-866-8102
Fax: 361-880-5618
Email: bdonnell@dakpc.com
*ATTORNEY TO BE NOTICED*

**Gregory David Whitley**

Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
512-475-3281
Email:
david.whitley@texasattorneygeneral.gov
*TERMINATED: 11/26/2014*
*ATTORNEY TO BE NOTICED*

**Jason R. LaFond**
Texas Attorney General
PO Box 12548 (MC 059)
Austin, TX 78711
*ATTORNEY TO BE NOTICED*

**Jennifer Marie Roscetti**
Office of the Attorney General
PO Box 12548
Austin, TX 78711-2548
512-475-4183
Email:
jennifer.roscetti@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**John Reed Clay , Jr**
Office Of The Attorney General
PO Box 12548
MC001
Austin, TX 78711-2548
512-936-2541
Fax: 512-936-0545
Email: reed.clay@texasattorneygeneral.gov
*TERMINATED: 11/26/2014*
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
350 Sharon Park Drive
Apt G3
Menlo Park, CA 94025
(703) 314-9276
Email: jfmitchell@mac.com
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Lindsey Elizabeth Wolf**
Office of the Attorney General
PO Box 12548
Austin, TX 78703
512-475-4233
Email:
lindsey.wolf@texasattorneygeneral.gov
*TERMINATED: 02/19/2015*
*ATTORNEY TO BE NOTICED*

**Matthew Hamilton Frederick**
Office Of The Attorney General
PO BOX 12548
Austin, TX 78701
512-936-6407
Fax: 512-474-2697
Email: matthew.frederick@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
Office of the Attorney General
Solicitor General's Office
209 West 14th St.
7th Floor (MC 059)
Austin, TX 78701
512-936-1700
Fax: (512) 474-2697
Email:
scott.keller@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**Sean Flammer**
Texas Attorney General
PO Box 12548
Austin, TX 78711-2548
512-475-4071
Fax: 512-320-0667
Email: sean.flammer@oag.texas.gov
*TERMINATED: 04/11/2014*
*ATTORNEY TO BE NOTICED*

**Stephen Ronald Keister**
Texas Attorney General
P O Box 12548
Capitol Station
Austin, TX 78711-2548
512-463-2197
Email:
Ronny.Keister@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**Stephen Lyle Tatum , Jr**
Office of the Attorney General
209 West 14th St
Austin, TX 78701
512-463-3133
Email:
stephen.tatum@texasattorneygeneral.gov
*TERMINATED: 12/29/2014*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Steen**        represented by   **Arthur D'Andrea**
*in his Official Capacity as Texas Secretary*      (See above for address)

*of State*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Barret Scott**
(See above for address)
*TERMINATED: 11/26/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Warren Aston**
(See above for address)
*TERMINATED: 01/09/2015*
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*TERMINATED: 08/30/2018*

**Ben Addison Donnell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory David Whitley**
(See above for address)
*TERMINATED: 11/26/2014*
*ATTORNEY TO BE NOTICED*

**Jason R. LaFond**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Marie Roscetti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Reed Clay , Jr**
(See above for address)
*TERMINATED: 11/26/2014*
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Lindsey Elizabeth Wolf**
(See above for address)
*TERMINATED: 02/19/2015*
*ATTORNEY TO BE NOTICED*

**Matthew Hamilton Frederick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Flammer**
(See above for address)
*TERMINATED: 04/11/2014*
*ATTORNEY TO BE NOTICED*

**Stephen Ronald Keister**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Lyle Tatum , Jr**
(See above for address)
*TERMINATED: 12/29/2014*
*ATTORNEY TO BE NOTICED*

**Defendant**

**State Of Texas**        represented by    **Arthur D'Andrea**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Barret Scott**
(See above for address)
*TERMINATED: 11/26/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Warren Aston**
(See above for address)
*TERMINATED: 01/09/2015*
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*TERMINATED: 08/30/2018*

**Ben Addison Donnell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dominique Gelene Stafford**
Office of the Attorney General
300 W 15th St
Austin, TX 78701
512-463-2120
Email: dominique.stafford@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Gregory David Whitley**
(See above for address)
*TERMINATED: 11/26/2014*

*ATTORNEY TO BE NOTICED*

**Jason R. LaFond**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Marie Roscetti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Reed Clay , Jr**
(See above for address)
*TERMINATED: 11/26/2014*
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Lindsey Elizabeth Wolf**
(See above for address)
*TERMINATED: 02/19/2015*
*ATTORNEY TO BE NOTICED*

**Matthew Hamilton Frederick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Flammer**
(See above for address)
*TERMINATED: 04/11/2014*
*ATTORNEY TO BE NOTICED*

**Stephen Ronald Keister**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Lyle Tatum , Jr**
(See above for address)
*TERMINATED: 12/29/2014*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Greg Abbott**                     represented by   **Angela V Colmenero**
(See above for address)
*TERMINATED: 08/30/2018*

**Matthew Hamilton Frederick**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Secretary of State Carlos H Cascos**    represented by    **Carlos H Cascos**
                                                             PRO SE

                                                             **Angela V Colmenero**
                                                             (See above for address)
                                                             *TERMINATED: 08/30/2018*
                                                             *LEAD ATTORNEY*

**Defendant**

**Rolando B. Pablos**    represented by    **Rolando B. Pablos**
                                           Texas Secretary of State
                                           PRO SE

                                           **Angela V Colmenero**
                                           (See above for address)
                                           *TERMINATED: 08/30/2018*
                                           *LEAD ATTORNEY*

**Defendant**

**Secretary of State David Whitley**    represented by    **Matthew Hamilton Frederick**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

V.

**Consol Defendant**

**State Of Texas**    represented by    **John Barret Scott**
                                        (See above for address)
                                        *TERMINATED: 11/26/2014*
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Jonathan F. Mitchell**
                                        (See above for address)
                                        *TERMINATED: 01/20/2015*
                                        *ATTORNEY TO BE NOTICED*

                                        **Scott A. Keller**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Steve McGraw**    represented by    **Arthur D'Andrea**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **Adam Warren Aston**
                                      (See above for address)

*TERMINATED: 01/09/2015*
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*TERMINATED: 08/30/2018*

**Ben Addison Donnell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory David Whitley**
(See above for address)
*TERMINATED: 11/26/2014*
*ATTORNEY TO BE NOTICED*

**Jennifer Marie Roscetti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Reed Clay , Jr**
(See above for address)
*TERMINATED: 11/26/2014*
*ATTORNEY TO BE NOTICED*

**John Barret Scott**
(See above for address)
*TERMINATED: 11/26/2014*
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Lindsey Elizabeth Wolf**
(See above for address)
*TERMINATED: 02/19/2015*
*ATTORNEY TO BE NOTICED*

**Matthew Hamilton Frederick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Flammer**
(See above for address)
*TERMINATED: 04/11/2014*
*ATTORNEY TO BE NOTICED*

**Stephen Ronald Keister**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Lyle Tatum , Jr**
(See above for address)
*TERMINATED: 12/29/2014*
*ATTORNEY TO BE NOTICED*

**V.**

**Respondent**

| | | |
|---|---|---|
| Office of The Attorney General | represented by | **Office of The Attorney General** |

PO Box 12548
Austin, TX 78711-2548
512-936-1414
Email: john.scott@texasattorneygeneral.gov
PRO SE

**John Barret Scott**
(See above for address)
*TERMINATED: 11/26/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

| | | |
|---|---|---|
| Texas League of Young Voters Education Fund | represented by | **Christina A Swarns** |

NAACP Legal Defense Fund
40 Rector Street, 5th Floor
New York, NY 10006
212-965-2200
Fax: 212-229-7592
Email: cswarns@naacpldf.org
*TERMINATED: 08/21/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Coty Montag**
NAACP Legal Defense & Educational Fund
Inc
1444 I Street NW
Washington, DC 20005
202-682-1300
Email: cmontag@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle Conley**
Wilmer Cutler Pickering, et al
1875 Pennsylvania Avenue, NW
Washington, DC 20006
202-663-6006
Email: danielle.conley@wilmerhale.com
*TERMINATED: 05/29/2015*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan E Paikin**
Wilmer Cutler et al
1875 Pennsylvania Avenue NW
Washington, DC 20006
202-663-6703
Email: jonathan.paikin@wilmerhale.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kelly Dunbar**
Wilmer Cutler Pickering, et al
1875 Pennsylvania Avenue, NW
Washington, DC 20006
202-663-6262
Email: kelly.dunbar@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leah Aden**
NAACP Legal Defense and Educational
Fund, Inc.
40 Rector St
5th Floor
New York, NY 10006
212-965-2200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natasha Korgaonkar**
NAACP Legal Def and Educational Funds,
Inc.
40 Rector St
5th Floor
New York, NY 10006
212-965-2200
*TERMINATED: 09/12/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Haygood**
NAACP Legal Def and Educational Fund,
Inc.
40 Rector Street
5th Floor
New York, NY 10006
212-965-2200
Email: rhaygood@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sonya Lebsack**
Wilmer Cutler Pickering, et al
1875 Pennsylvania Avenue, NW
Washington, DC 20006
202-663-6063
Email: sonya.lebsack@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thaddeus C Eagles**
Wilmer Cutler, et al
1875 Pennsylvania Ave, NW
Washington, DC 20006
202-663-6280
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Janai S Nelson**
NAACP Legal Defense
Educational Fund Inc
40 Rector Street
5th Floor
New York, NY 10006
212-965-2203
*ATTORNEY TO BE NOTICED*

**Richard F. Shordt**
Wilmer Cutler et al
1875 Pennsylvania Ave NW
Washington, DC 20006
202-663-6693
Email: richard.shordt@wilmerhale.com
*TERMINATED: 10/28/2014*
*ATTORNEY TO BE NOTICED*

**Tania C. Faransso**
Wilmer Cutler, et al
1875 Pennsylvania Ave NW
Washington, DC 20006
202-663-6435
Email: tania.faransso@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**IMANI CLARK**                 represented by **Christina A Swarns**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Coty Montag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle Conley**
(See above for address)
*TERMINATED: 05/29/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan E Paikin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kelly Dunbar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leah Aden**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natasha Korgaonkar**
(See above for address)
*TERMINATED: 09/12/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Haygood**
(See above for address)
*TERMINATED: 03/25/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sonya Lebsack**
(See above for address)
*TERMINATED: 04/27/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thaddeus C Eagles**
(See above for address)
*TERMINATED: 06/28/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Janai S Nelson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M Hasan Ali**
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006

202-663-6671
Email: hasan.ali@wilmerhale.com
*TERMINATED: 06/26/2014*
*ATTORNEY TO BE NOTICED*

**Matthew N. Robinson**
Wilmer Cutler et al
1875 Pennsylvania Ave NW
Washinton, DC 20006
202-663-6543
*ATTORNEY TO BE NOTICED*

**Richard F. Shordt**
(See above for address)
*TERMINATED: 10/28/2014*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Imani Clark**         represented by    **Christina A Swarns**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deuel Ross**
NAACP Legal Defense and Educational
Fund Inc
40 Rector St
5th Fl
New York, NY 10006
212-965-2200
Email: dross@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Coty Montag**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Janai S Nelson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Texas League of Young Voters Education**
**Fund**         represented by    **Christina A Swarns**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deuel Ross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Coty Montag**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gerard J Sinzdak**
Wilmer Cutler Pickering Hale & Dorr, LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
202-663-6220
Email: gerard.sinzdak@wilmerhale.com
*TERMINATED: 05/12/2014*
*ATTORNEY TO BE NOTICED*

**Janai S Nelson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lynn Eisenberg**
Wilmer Cutler et al
1875 Pennsylvania Ave NW
Washington, DC 20006
202-663-6809
Email: lynn.eisenberg@wilmerhale.com
*TERMINATED: 11/03/2014*
*ATTORNEY TO BE NOTICED*

**M Hasan Ali**
(See above for address)
*TERMINATED: 06/26/2014*
*ATTORNEY TO BE NOTICED*

**Richard F. Shordt**
(See above for address)
*TERMINATED: 10/28/2014*
*ATTORNEY TO BE NOTICED*

**Ryan Haygood**
(See above for address)
*TERMINATED: 03/25/2015*
*ATTORNEY TO BE NOTICED*

**Tania C. Faransso**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<ins>Intervenor Plaintiff</ins>**

**Texas Association of Hispanic County**　　represented by　**Rolando L Rios**
**Judges and County Commissioners**　　　　　　　　　　　　　Attorney at Law
　　　　　　　　　　　　　　　　　　　　　　　　　　　　115 E Travis
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ste 1645
　　　　　　　　　　　　　　　　　　　　　　　　　　　　San Antonio, TX 78205
　　　　　　　　　　　　　　　　　　　　　　　　　　　　210-222-2102

Fax: 210-222-2898
Email: rrios@rolandorioslaw.com
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Aurica Washington**
*TERMINATED: 04/11/2014*

represented by **Ryan Haygood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Crystal Owens**
*TERMINATED: 04/11/2014*

represented by **Ryan Haygood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Michelle Bessiake**
*TERMINATED: 06/17/2014*

represented by **Ryan Haygood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina A Swarns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Danielle Conley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan E Paikin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kelly Dunbar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah Aden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Natasha Korgaonkar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sonya Lebsack**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Maria Longoria Benavides**

represented by **Rolando L Rios**

*TERMINATED: 05/22/2014*

**Intervenor Plaintiff**

**Hidalgo County**                    represented by **Preston Edward Henrichson**
                                                      Attorney at Law
                                                      222 W Cano
                                                      Edinburg, TX 78539
                                                      956-383-3535
                                                      Fax: 956-383-3585
                                                      Email: preston@henrichsonlaw.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Rolando L Rios**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Third Party Legislators**           represented by **Arthur D'Andrea**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Texas Health and Human Services**   represented by **John Barret Scott**
**Commission**                                        (See above for address)
                                                      *TERMINATED: 11/26/2014*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Movant**

**True the Vote**                     represented by **Joseph M Nixon**
*TERMINATED: 12/11/2013*                              The Nixon Law Firm, PC
                                                      6363 Woodway
                                                      Suite 800
                                                      Houston, TX 77057
                                                      713-550-7535
                                                      Email: joe@nixonlawtx.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **James Edwin Trainor , III**
                                                      Akerman LLP
                                                      700 Lavaca
                                                      Suite 1400
                                                      Austin, TX 78701
                                                      512-623-6700
                                                      Fax: 512-623-6701
                                                      Email: trey.trainor@akerman.com
                                                      *ATTORNEY TO BE NOTICED*

**Movant**

**Bipartisan Legal Advisory Group of the
United States House of Representatives**

represented by **Kerry W Kircher**
Office of the General Counsel
U. S. House of Representatives
219 Cannon House Office Bldg
Washington, DC 20515
202-225-9700
Fax: 202-226-1360
Email: kerry.kircher@mail.house.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Movant**</u>

**Kirk P Watson**

represented by **Alice London**
Bishop London & Dodds
3701 Bee Cave Rd
Ste 200
Austin, TX 78746
512-479-5900
Email: alondon@bishoplondon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Movant**</u>

**Rodney Ellis**

represented by **Alice London**
Bishop London Brophy and Dodds
3701 Bee Cave Rd
Ste 200
Austin, TX 78746
512-479-5900
Email: alondon@bishoplondon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Movant**</u>

**Juan Hinojosa**

represented by **Alice London**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Movant**</u>

**Jose Rodriguez**

represented by **Alice London**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Movant**</u>

**Carlos Uresti**

represented by **Alice London**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Movant**</u>

**Royce West**

represented by **Alice London**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**John Whitmire**        represented by   **Alice London**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Judith Zaffirini**        represented by   **Alice London**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Lon Burnam**        represented by   **James B Eccles**
Office of the AG of Texas
300 W 15th Street
6th Floor
Austin, TX 78701
512-936-2263
Fax: 512-477-2348
Email:
beau.eccles@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**Movant**

**Yvonne Davis**        represented by   **James B Eccles**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Jessica Farrar**        represented by   **James B Eccles**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Helen Giddings**        represented by   **James B Eccles**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Roland Gutierrez**        represented by   **James B Eccles**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Borris Miles**        represented by   **James B Eccles**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

Sergio Munoz, Jr.                    represented by   **James B Eccles**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Movant**

Ron Reynolds                         represented by   **James B Eccles**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Movant**

Chris Turner                         represented by   **James B Eccles**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Movant**

Armando Walle                        represented by   **James B Eccles**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

V.

**Interested Party**

Robert M Allensworth                 represented by   **Robert M Allensworth**
                                                     B14522 4B21
                                                     Big Muddy River Correctional Center
                                                     251 N. Illinois Highway 37
                                                     Ina, IL 62846-2419
                                                     PRO SE

**Interested Party**

C. Richard Quade                     represented by   **C. Richard Quade**
                                                     38 Loma Linda Ranch Road
                                                     Vadito, NM 87579
                                                     PRO SE

**Interested Party**

Samuel Sosa                          represented by   **Samuel Sosa**
                                                     1603436
                                                     3614 Bill Price Rd
                                                     Del Valle, TX 78617
                                                     PRO SE

**Interested Party**

Ward Larkin                          represented by   **Ward Larkin**
                                                     15327 Pebble Bend Dr
                                                     Houston, TX 77068-1839
                                                     PRO SE

**Interested Party**

S. Christopher Suprun, Jr.           represented by   **S. Christopher Suprun, Jr.**
                                                     909 Collins Blvd.

Cedar Hill, TX 75104
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2013 | 1 | COMPLAINT against Rick Perry, John Steen (Filing fee $ 400 receipt number 0541-11624407) filed by Michael Montez, Sergio DeLeon, Penny Pope, Jane Hamilton, Oscar Ortiz, Floyd Carrier, Marc Veasey, Anna Burns. (Attachments: # 1 Exhibit Exhibit A, # 2 Civil Cover Sheet)(Dunn, Chad) (Entered: 06/26/2013) |
| 06/27/2013 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 9/27/2013 at 09:00 AM before Judge Nelva Gonzales Ramos Parties notified.(dterrell, ) (Entered: 06/27/2013) |
| 07/11/2013 | 3 | CERTIFICATE OF INTERESTED PARTIES by Marc Veasey, filed.(Dunn, Chad) (Entered: 07/11/2013) |
| 08/22/2013 | 4 | First AMENDED Complaint against All Defendants filed by Michael Montez, Sergio DeLeon, Penny Pope, Jane Hamilton, Oscar Ortiz, Floyd Carrier, Marc Veasey, Anna Burns, Koby Ozias, JOHN DOE, League Of United Latin American Citizens, John Mellor-Crumley, Dallas County, Texas, JANE DOE.(Dunn, Chad) (Entered: 08/22/2013) |
| 08/22/2013 | 5 | MOTION for Armand Derfner to Appear Pro Hac Vice by Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. Motion Docket Date 9/12/2013. (Dunn, Chad) (Entered: 08/22/2013) |
| 08/23/2013 | 6 | ORDER granting 5 Motion to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, ) (Entered: 08/23/2013) |
| 08/26/2013 | 7 | MOTION for J. Gerald Hebert to Appear Pro Hac Vice by Marc Veasey, filed. Motion Docket Date 9/16/2013. (Dunn, Chad) (Entered: 08/26/2013) |
| 08/26/2013 | 15 | MOTION to Intervene by TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, filed. Motion Docket Date 9/16/2013. (Attachments: # 1 Memorandum of Law in Support of Motion to Intervene, # 2 Complaint, # 3 Exhibit A to Complaint, # 4 Exhibit B to Complaint, # 5 Corporate Disclosure Statement, # 6 Proposed Order, # 7 Certificate of Service) (Clerk's Notes: Motion was originally filed in member case 2:13cv263.)(bcortez, 2) (Entered: 09/06/2013) |
| 08/28/2013 | 8 | WAIVER OF SERVICE Returned Executed as to Rick Perry served on 8/26/2013, answer due 10/25/2013, filed.(Dunn, Chad) (Entered: 08/28/2013) |
| 08/28/2013 | 9 | WAIVER OF SERVICE Returned Executed as to John Steen served on 8/26/2013, answer due 10/25/2013, filed.(Dunn, Chad) (Entered: 08/28/2013) |
| 08/28/2013 | 10 | NOTICE of Appearance by J. Gerald Hebert on behalf of Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. (Dunn, Chad) (Entered: 08/28/2013) |
| 08/28/2013 | 11 | NOTICE of Appearance by Armand G. Derfner on behalf of Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar |

| | | |
|---|---|---|
| | | Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. (Dunn, Chad) (Entered: 08/28/2013) |
| 08/29/2013 | 13 | ORDER granting 7 Motion to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, ) (Entered: 08/30/2013) |
| 08/30/2013 | 12 | Unopposed MOTION to Consolidate Lead Case No. 2:13-cv-193 and Member Case No. 2:13-cv-263 by United States Of America, filed. Motion Docket Date 9/20/2013. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 08/30/2013) |
| 08/30/2013 | 14 | ORDER granting 12 Motion to Consolidate Cases: Lead Case No. 2:13cv193 and Member Case No. 2:13cv263.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, ) (Entered: 09/03/2013) |
| 09/06/2013 | 16 | ORDER FOR ADMISSION PRO HAC VICE, granted. Attorney Leah C. Aden is admitted to represent Plaintiff-Intervenors for Texas League of Young Voters Education Fund and Imani Clark.(Signed by Judge Nelva Gonzales Ramos) Parties notified. (jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 17 | ORDER granting Admission Pro Hac Vice. Attorney Natasha M. Korgaonkar is representing Plaintiff-Intervenors for Texas League of Young Voters Education Fund and Imani Clark.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 18 | ORDER granting Admission Pro Hac Vice. Attorney Ryan P. Haygood is admitted to represent Plaintiff-Intervenors for Texas League of Young Voters Education Fund and Imani Clark.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 19 | ORDER granting Admission Pro Hac Vice. Attorney Jonathan E. Paikin is admitted to represent Plaintiff-Intervenor Texas League of Young Voters and Imani Clark. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 20 | ORDER granting Admision Pro Hac Vice. Attorney Sonya L. Lebsack represents Plaintiff-Intervenor Texas League of Young Voters and Imani Clark.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 21 | ORDER granting Admission Pro Hac Vice. Attorney Kelly Dunbar represents Plaintiff-Intervenor Texas League of Young Voters and Imani Clark.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 22 | ORDER granting Admission Pro Hac Vice. Attorney Danielle Conley represents Plaintiff-Intervenor Texas League of Young Voters and Imani Clark. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(jalvarez, 2) (Entered: 09/06/2013) |
| 09/10/2013 | 23 | Letter from Robert M. Allensworth, filed. (Per Houston - no fees were included with this letter) (mserpa, 2) (Entered: 09/13/2013) |
| 09/16/2013 | 24 | RESPONSE to 15 MOTION to Intervene filed by United States Of America. (Attachments: # 1 Exhibit)(Maranzano, Jennifer) (Entered: 09/16/2013) |
| 09/16/2013 | 26 | Mail Returned Undeliverable as to All Plaintiffs re: 13 Order on Motion to Appear Pro Hac Vice, filed. (vrios, 2) (Entered: 09/17/2013) |
| 09/17/2013 | 25 | NOTICE of Appearance by John A. Smith III on behalf of United States Of America, filed. (Smith, John) (Entered: 09/17/2013) |
| 09/18/2013 | 27 | MOTION to Consolidate Lead Case No. 2:13-cv-193 and Member Case No. 2:13-cv-263 and 2:13-cv-291 by Mexican American Legislative Caucus, Texas House of |

| | | |
|---|---|---|
| | | Representatives, Texas State Conference of NAACP Branches, filed. Motion Docket Date 10/9/2013. (Attachments: # 1 Proposed Order)(Rudd, Amy) (Entered: 09/18/2013) |
| 09/19/2013 | 28 | NOTICE of Resetting. Parties notified. Initial Conference set for 10/25/2013 at 09:00 AM before Judge Nelva Gonzales Ramos, filed. (See order entered at DE 14.) (bcortez, 2) (Entered: 09/19/2013) |
| 09/19/2013 | 29 | ORDER granting 15 Motion to Intervene of Texas League of Young Voters Eduction Fund and Imani Clark.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(vrios, 2) (Entered: 09/20/2013) |
| 09/19/2013 | 31 | Consent Order of Consolidation re 27 Motion to Consolidate Cases: Lead Case No. 2:13cv193 and Member Case No. 2:13cv263 and 2:13cv291.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, 2) (Entered: 09/20/2013) |
| 09/20/2013 | 30 | INTERVENOR COMPLAINT against Imani Clark, Texas League of Young Voters Eduction Fund, State Of Texas, Steve McGraw filed by Imani Clark, Texas League of Young Voters Eduction Fund.(vrios, 2) (Entered: 09/20/2013) |
| 09/20/2013 | 32 | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE. Ezra D. Rosenberg granted leave to appear for Texas State Conference of NAACP Brances and MALC. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 09/23/2013) |
| 09/20/2013 | 33 | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE. Mark A. Posner granted leave to appear for Texas State Conference of NAACP Branches, et al. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 09/23/2013) |
| 09/20/2013 | 34 | ORDER GRANTING LEAVE TO APPEAR PRO HAC VICE. Erandi Zamora granted leave to appear for Texas State Conference of NAACP Branches, et al. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 09/23/2013) |
| 09/20/2013 | 35 | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE. Sonia Kaur Gill granted leave to appear for Texas State Conference of NAACP Branches, et al. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 09/23/2013) |
| 09/23/2013 | 36 | Letter from Robert M. Allensworth re: Polk County Enterprise, filed. (jtabares, 1) (Entered: 09/23/2013) |
| 09/23/2013 | 37 | Mail Returned Undeliverable as to attorney J Gerald Hebert re: 14 Order on Motion to Consolidate Cases, filed. (vrios, 2) (Entered: 09/24/2013) |
| 09/24/2013 | | DE # 14 Re-Noticed to attorney, J. Gerald Hebert ***, filed. (vrios, 2) (Entered: 09/24/2013) |
| 09/25/2013 | 38 | MOTION to Intervene by True the Vote, filed. Motion Docket Date 10/16/2013. (Attachments: # 1 Exhibit 1)(Nixon, Joseph) (Entered: 09/25/2013) |
| 09/26/2013 | 39 | PROPOSED ORDER re: 38 MOTION to Intervene, filed.(Nixon, Joseph) (Entered: 09/26/2013) |
| 09/27/2013 | 40 | Request for Issuance of Summons as to Steve McGraw, State Of Texas, John Steen, filed. (Attachments: # 1 1, # 2 2)(Korgaonkar, Natasha) (Entered: 09/27/2013) |
| 09/27/2013 | | Summons Issued as to Rick Perry, State Of Texas, John Steen, filed.(ntirado, 2) (Entered: 09/27/2013) |
| 09/27/2013 | 41 | MOTION to Intervene by Texas Association of Hispanic County Judges and County Commissioners, filed. Motion Docket Date 10/18/2013. (Attachments: # 1 Complaint, # 2 Exhibit, # 3 Proposed Order)(Rios, Rolando) (Entered: 09/27/2013) |

| 09/30/2013 | 42 | MOTION for Anna M. Baldwin to Appear Pro Hac Vice by United States Of America, filed. Motion Docket Date 10/21/2013. (Maranzano, Jennifer) (Entered: 09/30/2013) |
| 10/01/2013 | 43 | MOTION to Stay by United States Of America, filed. Motion Docket Date 10/22/2013. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 10/01/2013) |
| 10/02/2013 | 44 | RESPONSE to 43 MOTION to Stay filed by Marc Veasey. (Dunn, Chad) (Entered: 10/02/2013) |
| 10/03/2013 | 45 | NOTICE of Setting as to 43 MOTION to Stay . Parties notified. Telephonic Motion Hearing set for 10/4/2013 at 01:30 PM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 10/03/2013) |
| 10/03/2013 | 46 | Joint RESPONSE to 43 MOTION to Stay filed by IMANI CLARK, Mexican American Legislative Caucus, Texas House of Representatives, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, Texas State Conference of NAACP Branches. (Rudd, Amy) (Entered: 10/03/2013) |
| 10/04/2013 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. Proceedings held on 10/4/2013. Weekly status hearing discussed if the Governemnt has a shut down. Status conference is set for Friday, October 11, 2013 art 1:30. Parties excused. Appearances: Chad W Dunn, Natasha Korgaonkar, Kelly Dunbar, Danielle Conley, Luis Roberto Vera, Jr, Jennifer Clark, Vishal Agraharkar, Ezra D Rosenberg, Rolando L Rios, Joseph M Nixon, Meredith Bell-Platts, John Albert Smith, III.(Digital # 1:35 to 1:50) (ERO:G. Rogan), filed.(lrivera, 2) (Entered: 10/04/2013) |
| 10/04/2013 | 47 | NOTICE of Setting. Parties notified. Status Conference set for 10/11/2013 at 01:30 PM before Judge Nelva Gonzales Ramos, filed. (lrivera, 2) (Entered: 10/04/2013) |
| 10/08/2013 | 48 | ORDER granting 42 Motion to Appear Pro Hac Vice. Anna M. Baldwin granted leave to appear for the United States.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 10/08/2013) |
| 10/11/2013 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 10/11/2013. Discussion held re: status of case and government shutdown. Status Conference set for 10/18/2013 at 08:30 AM before Judge Nelva Gonzales Ramos Appearances:John Scott. Chad W Dunn, Ryan Haygood, Danielle Conley, Jennifer Clark, Ezra D Rosenberg, Rolando L Rios, Joseph M Nixon, Elizabeth S Westfall, Meredith Bell-Platts, J Gerald Hebert.(Digital # 1:28-1:36)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 10/11/2013) |
| 10/17/2013 | 49 | NOTICE *Regarding Restoration of Appropriations* by United States Of America, filed. (Maranzano, Jennifer) (Entered: 10/17/2013) |
| 10/18/2013 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 10/18/2013. Discussion held regarding status of case. Case can proceed. Responses to 38 , 41 due by 10/30/2013 by agreement. Joint Plan due by 11/4/2013. Initial Conference set for 11/15/2013 at 09:00 AM before Judge Nelva Gonzales Ramos. Parties have agreed to a briefing schedule regarding state's motion to dismiss that will be filed on 10/25/13. Responses due by 11/22/13. Replies due by 12/6/13. Parties to confer on scheduling order to be entered in case. Appearances:Chad Dunn, Gerry Hebert, Neil Baron, John Smith, Elizabeth Westfall, Daniel Freeman, Jennifer Maranzano, Robert Berman, Rolando Rios, Joseph Nixon, Natasha Korgaonkar, Leah Aden, Ryan Haygood, Danielle Conley, Kelly Dunbar, Ezra Rosenberg, Jennifer Clarke, John Scott, David Whitley, Reed Clay.(Digital # 8:31-8;42)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 10/18/2013) |
| 10/21/2013 | 50 | Letter from Robert Allensworth re: ballots for Texas State house members, filed. |

| | | |
|---|---|---|
| | | (lcayce, 2) (Entered: 10/21/2013) |
| 10/21/2013 | 51 | Letter from Robert Allensworth re: ballots Texas State bar members, filed. (Clerk's note: A letter was sent to Mr. Allensworth re: cost for copies requested) (lcayce, 2) (Entered: 10/22/2013) |
| 10/25/2013 | 52 | MOTION to Dismiss 30 Intervenor Complaint, 1 Complaint, 4 Amended Complaint/Counterclaim/Crossclaim etc., by Steve McCraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 11/15/2013. (Attachments: # 1 Proposed Order) (Scott, John) (Entered: 10/25/2013) |
| 10/25/2013 | 53 | NOTICE of Appearance by James E. Trainor, III on behalf of True the Vote, filed. (Trainor, James) (Entered: 10/25/2013) |
| 10/28/2013 | 54 | MOTION for M. Hasan Ali to Appear Pro Hac Vice by TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, Texas League of Young Voters Eduction Fund, filed. Motion Docket Date 11/18/2013. (dterrell, 2) (Entered: 10/29/2013) |
| 10/28/2013 | 55 | MOTION for Gerard J. Sinzdak to Appear Pro Hac Vice by Texas League of Young Voters Eduction Fund, filed. Motion Docket Date 11/18/2013. (dterrell, 2) (Entered: 10/29/2013) |
| 10/30/2013 | 56 | ORDER granting 54 Motion to Appear Pro Hac Vice of M. Hasan Ali.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(vrios, 2) (Entered: 10/30/2013) |
| 10/30/2013 | 57 | ORDER granting 55 Motion to Appear Pro Hac Vice of Gerard J. Sinzdak.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(vrios, 2) (Entered: 10/30/2013) |
| 10/30/2013 | 58 | RESPONSE to 41 MOTION to Intervene filed by United States Of America. (Maranzano, Jennifer) (Entered: 10/30/2013) |
| 10/30/2013 | 59 | RESPONSE to 38 MOTION to Intervene filed by United States Of America. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Proposed Order)(Maranzano, Jennifer) (Entered: 10/30/2013) |
| 11/01/2013 | 60 | NOTICE of Appearance by Myrna Perez on behalf of Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. (Rudd, Amy) (Entered: 11/01/2013) |
| 11/04/2013 | 61 | JOINT DISCOVERY/CASE MANAGEMENT PLAN by United States Of America, filed. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit)(Maranzano, Jennifer) (Entered: 11/04/2013) |
| 11/04/2013 | 63 | Letter from Robert Allensworth, filed. (amireles, 2) (Entered: 11/05/2013) |
| 11/05/2013 | 62 | CORPORATE DISCLOSURE STATEMENT by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed.(Rudd, Amy) (Entered: 11/05/2013) |
| 11/07/2013 | 64 | CERTIFICATE OF INTERESTED PARTIES by Plaintiff-Intervenors Texas League of Young Voters Education Fund and Imani Clark, filed.(bcortez, 2) (Entered: 11/07/2013) |
| 11/12/2013 | 65 | NOTICE of Appearance by JOHN REED CLAY on behalf of Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Clay, John) (Entered: 11/12/2013) |
| 11/12/2013 | 66 | MOTION for Robert S. Berman to Appear Pro Hac Vice by United States Of America, filed. Motion Docket Date 12/3/2013. (Maranzano, Jennifer) (Entered: 11/12/2013) |
| 11/12/2013 | 68 | Letter from Robert M. Allensworth re: ballots for Texas house members, filed. (lcayce, 2) (Entered: 11/13/2013) |

| 11/12/2013 | 71 | Letter from Robert M. Allensworth re: BMRCC Library assistance, filed. (Attachments: # 1 Exhibit, # 2 Envelope) (avleal, 1) (Entered: 11/14/2013) |
| 11/12/2013 | 72 | Mail Returned Undeliverable as to attorney Anna Baldwin as to United States Of America re: 56 Order on Motion to Appear Pro Hac Vice, 57 Order on Motion to Appear Pro Hac Vice, filed. (amireles, 2) (Entered: 11/14/2013) |
| 11/13/2013 | 67 | NOTICE of Appearance by S. RONALD KEISTER on behalf of Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Keister, Stephen) (Entered: 11/13/2013) |
| 11/13/2013 | 69 | NOTICE of Erratum by United States Of America, filed. (Attachments: # 1 Exhibit) (Maranzano, Jennifer) (Entered: 11/13/2013) |
| 11/13/2013 | 70 | ORDER granting 66 Motion for Robert S. Berman to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, 2) (Entered: 11/14/2013) |
| 11/14/2013 | 73 | AMENDED INTERVENOR COMPLAINT against Steve McGraw, State Of Texas, John Steen filed by Texas League of Young Voters Eduction Fund, Imani Clark, Aurica Washington, Crystal Owens, Michelle Bessiake. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Haygood, Ryan) (Entered: 11/14/2013) |
| 11/15/2013 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. INITAL PRETRIAL CONFERENCE held on 11/15/2013. Court grants 41 Motion to Intervene by Texas Association of Hispanic County Judges and County Commissioners. Court takes 38 Motion to Intervene by True the Vote under advisement. Trial date September 2, 2014. Court enters scheduling order. Appearances: Chad W Dunn, Kembel Scott Brazil, Neil G Baron, Natasha Korgaonkar, Ryan Haygood, Kelly Dunbar, John Barret Scott, Vishal Agraharkar, Ezra D Rosenberg, Rolando L Rios, M Hasan Ali, Mark A Posner, Joseph M Nixon, James Edwin Trainor, III, Elizabeth S Westfall, John Albert Smith, III, Anna Baldwin, J Gerald Hebert.(Digital # 9:32-10:19)(ERO:G. Rogan), filed. (bcortez, 2) (Entered: 11/15/2013) |
| 11/15/2013 | 74 | INTERVENOR COMPLAINT against All Defendants filed by Texas Association of Hispanic County Judges and County Commissioners, Maria Longoria Benavides.(vrios, 2) (Entered: 11/15/2013) |
| 11/18/2013 | 75 | MOTION for Myrna Perez to Appear Pro Hac Vice by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. Motion Docket Date 12/9/2013. (Rudd, Amy) (Entered: 11/18/2013) |
| 11/18/2013 | 80 | Letter to Court regarding ballots from Robert M. Allensworth, filed. (Attachments: # 1 Envelope, # 2 Exhibit) (vrios, 2) (Entered: 11/21/2013) |
| 11/19/2013 | 76 | ADVISORY by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit A - Declaration of B. Keith Ingram)(Scott, John) (Entered: 11/19/2013) |
| 11/20/2013 | 77 | NOTICE of Setting as to 76 Advisory. Parties notified. Status Conference set for 11/21/2013 at 01:00 PM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 11/20/2013) |
| 11/20/2013 | 78 | NOTICE of Resetting as to 76 Advisory. Parties notified. Miscellaneous Hearing set for 11/22/2013 at 11:30 AM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 11/20/2013) |
| 11/21/2013 | 79 | INITIAL DISCLOSURES by Maria Longoria Benavides, Texas Association of Hispanic County Judges and County Commissioners, filed.(Rios, Rolando) (Entered: 11/21/2013) |

| 11/21/2013 | 81 | Joint RESPONSE to 76 Advisory *of Defendants*, filed by Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Texas Association of Hispanic County Judges and County Commissioners, Marc Veasey. (Attachments: # 1 Exhibit Declaration of Toni Pippins-Poole, # 2 Exhibit Affidavit of Keith Ingram, # 3 Exhibit Affidavit of provisional voter, # 4 Exhibit Notice to Voter who must provide Identification)(Hebert, J) (Entered: 11/21/2013) |
|---|---|---|
| 11/21/2013 | 82 | NOTICE *of Initial Disclosures* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 11/21/2013) |
| 11/21/2013 | 83 | INITIAL DISCLOSURES by Penny Pope, filed. (Attachments: # 1 Exhibit Declaration, # 2 Exhibit Declaration, # 3 Exhibit Declaration, # 4 Exhibit Declaration, # 5 Exhibit Declaration)(Baron, Neil) (Entered: 11/21/2013) |
| 11/21/2013 | 84 | NOTICE *of Initial Disclosures* by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. (Rudd, Amy) (Entered: 11/21/2013) |
| 11/21/2013 | 85 | RESPONSE to 76 Advisory *Regarding September 2014 Trial Date*, filed by United States Of America. (Westfall, Elizabeth) (Entered: 11/21/2013) |
| 11/22/2013 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. HEARING held on 11/22/2013. Arguments heard re: 76 Advisory. Court keeps current trial setting of September 2, 2014. Scheduling order to be entered. Parties agree there is no need for a three judge panel. Appearances:Chad Dunn, Meredith Bell-Platts, Elizabeth Westfall, Rolando Rios, Joseph Nixon, Leah Aden, Ryan Haygood, Ezra Rosenberg, John Scott. (Digital # 1:36-1:56)(ERO:L. Cayce), filed.(bcortez, 2) (Entered: 11/22/2013) |
| 11/22/2013 | 86 | **AMENDED AT D.E. 231 .** SCHEDULING ORDER. Bench trial. Amended Pleadings due by 3/2/2014. Joinder of Parties due by 12/6/2013 Pltf Expert Report due by 5/9/2014. State's Expert Rebuttal Reports due 6/6/14. Plaintiff's Expert Reply Reports due 6/30/14. Fact Discovery shall end on 5/2/14. Expert Witness Discovery shall end on 7/15/14. Dispositive Motion Filing due by 7/22/2014. Responses due by 8/4/2014. Replies to Dispositive Motions due 8/11/14. Status Conference will be held on 2/12/14 at 9:00 AM. Joint Pretrial Order due by 8/7/2014. Final Pretrial Conference set for 8/21/14 at 9:00 AM. Bench Trial set for 9/2/2014 at 09:00 AM before Judge Nelva Gonzales Ramos(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 11/22/2013) |
| 11/22/2013 | | ***Set Hearings: Final Pretrial Conference set for 8/21/2014 at 09:00 AM before Judge Nelva Gonzales Ramos Status Conference set for 2/12/2014 at 09:00 AM before Judge Nelva Gonzales Ramos (mserpa, 2) (Entered: 11/22/2013) |
| 11/22/2013 | 87 | Letter from Robert M. Allensworth re: ballots for Texas State house members, filed. Copy of current docket sheet mailed to Allensworth. (lcayce, 2) (Entered: 11/22/2013) |
| 11/22/2013 | 88 | RESPONSE in Opposition to 52 MOTION to Dismiss 30 Intervenor Complaint, 1 Complaint, 4 Amended Complaint/Counterclaim/Crossclaim etc., , filed by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches. (Rudd, Amy) (Entered: 11/22/2013) |
| 11/22/2013 | 89 | Unopposed MOTION for Leave to File Excess Pages by Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. Motion Docket Date 12/13/2013. (Attachments: # 1 Proposed Order)(Hebert, J) (Entered: 11/22/2013) |

| 11/22/2013 | 90 | RESPONSE in Opposition to 52 MOTION to Dismiss 30 Intervenor Complaint, 1 Complaint, 4 Amended Complaint/Counterclaim/Crossclaim etc., , filed by Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey. (Attachments: # 1 Proposed Order)(Hebert, J) (Entered: 11/22/2013) |
|---|---|---|
| 11/22/2013 | 91 | Corrected RESPONSE in Opposition to 52 MOTION to Dismiss 30 Intervenor Complaint, 1 Complaint, 4 Amended Complaint/Counterclaim/Crossclaim etc., , filed by Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey. (Attachments: # 1 Proposed Order)(Hebert, J) (Entered: 11/22/2013) |
| 11/22/2013 | 92 | RESPONSE in Opposition to 52 MOTION to Dismiss 30 Intervenor Complaint, 1 Complaint, 4 Amended Complaint/Counterclaim/Crossclaim etc., , filed by United States Of America. (Attachments: # 1 Proposed Order)(Baldwin, Anna) (Entered: 11/22/2013) |
| 11/22/2013 | 94 | ORDER GRANTING VEASEY-LULAC PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS granting 89 Motion for Leave to File Excess Pages.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 11/25/2013) |
| 11/22/2013 | | ***Set Deadlines: Findings of Fact and Conclusions of Law due by 8/7/2014 (bcortez, 2) (Entered: 01/03/2014) |
| 11/25/2013 | 93 | NOTICE of Appearance by SEAN PATRICK FLAMMER on behalf of Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Flammer, Sean) (Entered: 11/25/2013) |
| 11/25/2013 | 95 | NOTICE of Appearance by G. David Whitley on behalf of Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Whitley, Gregory) (Entered: 11/25/2013) |
| 11/25/2013 | 96 | Letter from Robert M Allensworth re: 2nd ballot, filed. (amireles, 2) (Entered: 11/26/2013) |
| 11/26/2013 | 97 | MOTION for Michelle Yeary to Appear Pro Hac Vice by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. Motion Docket Date 12/17/2013. (Rudd, Amy) (Entered: 11/26/2013) |
| 11/29/2013 | 98 | Letter from Robert M. Allensworth re: suggestion for a 2nd limited voting ballot, filed. (mserpa, 2) (Entered: 11/29/2013) |
| 11/29/2013 | 99 | Letter from Robert M. Allensworth, filed. (dmorales, 5) (Entered: 11/29/2013) |
| 12/02/2013 | 100 | AO 435 TRANSCRIPT ORDER FORM by Chad W. Dunn. This is to order a transcript of Initial Conference held on November 15, 2013 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 12-2-13. Modified on 12/2/2013 (grogan, 2). (Entered: 12/02/2013) |
| 12/02/2013 | 101 | ORDER granting 97 Motion for Michelle Yeary to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, 2) (Entered: 12/03/2013) |
| 12/03/2013 | 102 | ORDER granting 75 Motion for Myrna Perez to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, 2) (Entered: 12/03/2013) |
| 12/03/2013 | 103 | Unopposed MOTION for Protective Order by United States Of America, filed. Motion Docket Date 12/24/2013. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 12/03/2013) |

| 12/04/2013 | 104 | Letter from Robert M Allensworth re: 2nd ballot, filed.(lcayce, 2) (Entered: 12/04/2013) |
|---|---|---|
| 12/05/2013 | 105 | CONSENT PROTECTIVE ORDER - Granting 103 Unopposed MOTION for Protective Order.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(sscotch, 2) (Entered: 12/05/2013) |
| 12/05/2013 | 106 | AO 435 TRANSCRIPT ORDER FORM by John Scott. This is to order a transcript of Hearing held on November 22, 2013 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2)Electronically forwarded to Exceptional Reporting on 12-6-13. Modified on 12/6/2013 (grogan, 2). (Entered: 12/06/2013) |
| 12/05/2013 | 107 | Letter re: 2nd ballot and MOTION for Copies of Documents by Robert M Allensworth, filed. Motion Docket Date 12/26/2013. (lcayce, 2) (Entered: 12/06/2013) |
| 12/06/2013 | 108 | REPLY in Support of 52 MOTION to Dismiss 30 Intervenor Complaint, 1 Complaint, 4 Amended Complaint/Counterclaim/Crossclaim etc., , filed by Steve McCraw, Steve McGraw, Rick Perry, State Of Texas, State Of Texas, John Steen. (Mitchell, Jonathan) (Entered: 12/06/2013) |
| 12/06/2013 | 109 | Second AMENDED Complaint against Rick Perry, John Steen filed by Penny Pope, Jane Hamilton, Marc Veasey, John Mellor-Crumley, JANE DOE, Michael Montez, Sergio DeLeon, Dallas County, Texas, League Of United Latin American Citizens, Oscar Ortiz, Floyd Carrier, JOHN DOE, Koby Ozias, Anna Burns.(Hebert, J) (Entered: 12/06/2013) |
| 12/10/2013 | 110 | Unopposed MOTION for Leave to File attached motions to dismiss by Steve McCraw, Steve McGraw, Rick Perry, State Of Texas, State Of Texas, John Steen, filed. Motion Docket Date 12/31/2013. (Attachments: # 1 Exhibit Motion to dismiss Hispanic Judges, # 2 Exhibit Motion to dismiss TLYVEF)(Mitchell, Jonathan) (Entered: 12/10/2013) |
| 12/11/2013 | 111 | PROPOSED ORDER re: 110 Unopposed MOTION for Leave to File attached motions to dismiss, filed.(Mitchell, Jonathan) (Entered: 12/11/2013) |
| 12/11/2013 | 112 | TRANSCRIPT re: CIVIL INITIAL CONFERENCE (TELEPHONIC) held on 11/15/13 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party FARIZA IBRAHIM Release of Transcript Restriction set for 3/11/2014., filed. (thudson, ) (Entered: 12/11/2013) |
| 12/11/2013 | 113 | ORDER denying Intervention of True the Vote re 38 .(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, 2) (Entered: 12/11/2013) |
| 12/11/2013 | 114 | ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE TWO OUT-OF-TIME MOTIONS TO DISMISS granting 110 Motion for Leave to File. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 12/11/2013) |
| 12/11/2013 | 115 | MOTION to Dismiss 74 Intervenor Complaint by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 1/2/2014. (mserpa, 2) (Entered: 12/11/2013) |
| 12/11/2013 | 116 | MOTION to Dismiss 73 Amended Intervenor Complaint by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 1/2/2014. (mserpa, 2) Modified on 12/11/2013 (mserpa, 2). (Entered: 12/11/2013) |
| 12/12/2013 | 117 | Notice of Filing of Official Transcript as to 112 Transcript,. Party notified, filed. (dterrell, 2) (Entered: 12/12/2013) |
| 12/12/2013 | 118 | PROPOSED ORDER re: 115 MOTION to Dismiss 74 Intervenor Complaint, filed. |

| | | (Mitchell, Jonathan) (Entered: 12/12/2013) |
|---|---|---|
| 12/12/2013 | 119 | PROPOSED ORDER re: 116 MOTION to Dismiss 73 Amended Intervenor Complaint, filed.(Mitchell, Jonathan) Modified on 12/12/2013 (mserpa, 2). (Entered: 12/12/2013) |
| 12/13/2013 | 120 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 113 Order on Motion to Intervene by True the Vote (Filing fee $ 505, receipt number 0541-12483281), filed.(Nixon, Joseph) Modified on 12/30/2013 (mserpa, 2). CLERK'S NOTE: Notice of Appeal withdrawn - see DE 128 ). (Entered: 12/13/2013) |
| 12/13/2013 | 121 | DOCUMENT by Robert M Allensworth, filed.(mserpa, 2) (Entered: 12/13/2013) |
| 12/16/2013 | 124 | MOTION for Lynn Eisenberg to Appear Pro Hac Vice by Texas League of Young Voters , et al, filed. Motion Docket Date 1/6/2014. (amireles, 2) (Entered: 12/18/2013) |
| 12/16/2013 | 125 | MOTION for Richard F. Shordt to Appear Pro Hac Vice by Texas League of Young Voters, et al, filed. Motion Docket Date 1/6/2014. (amireles, 2) (Entered: 12/18/2013) |
| 12/17/2013 | 122 | RESPONSE in Opposition to 115 MOTION to Dismiss 74 Intervenor Complaint, filed by Maria Longoria Benavides, Texas Association of Hispanic County Judges and County Commissioners. (Rios, Rolando) (Entered: 12/17/2013) |
| 12/17/2013 | 123 | Notice of the Filing of an Appeal. DKT13 transcript order form was mailed to appellant (5 copies). Fee status: Paid. The following Notice of Appeal and related motions are pending in the District Court: 120 Notice of Appeal, filed.(vrios, 2) (Entered: 12/17/2013) |
| 12/18/2013 | 126 | TRANSCRIPT re: TELEPHONIC STATUS HEARING held on 11/22/13 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party DANIEL FREEMAN Release of Transcript Restriction set for 3/18/2014., filed. (thudson, ) (Entered: 12/18/2013) |
| 12/19/2013 | 127 | Notice of Filing of Official Transcript as to 126 Transcript. Party notified, filed. (dterrell, 2) (Entered: 12/19/2013) |
| 12/20/2013 | 128 | NOTICE *Withdrawing Notice of Appeal* re: 120 Notice of Appeal by True the Vote, filed. (Nixon, Joseph) (Entered: 12/20/2013) |
| 12/20/2013 | 129 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 113 Order on Motion to Intervene by True the Vote (Filing fee $ 505, receipt number 0541-12515354), filed.(Nixon, Joseph) (Entered: 12/20/2013) |
| 12/20/2013 | 130 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 1/10/2014. (Attachments: # 1 Exhibit Letter from J. Scott to C. Dunn, # 2 Proposed Order)(Scott, John) (Entered: 12/20/2013) |
| 12/20/2013 | 131 | TRANSCRIPT re: AMENDED TRANSCRIPT / CIVIL INITIAL CONFERENCE (TELEPHONIC) held on 11/15/13 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party KELLY LEONARD Release of Transcript Restriction set for 3/20/2014., filed. (thudson, ) (Entered: 12/20/2013) |
| 12/23/2013 | 132 | Notice of Filing of Official Transcript as to 131 Transcript,. Party notified, filed. (vrios, 2) (Entered: 12/23/2013) |
| 12/23/2013 | 133 | Notice of the Filing of an Appeal. DKT13 transcript order form was mailed to appellant (5 copies). Fee status: Paid. The following Notice of Appeal and related motions are pending in the District Court: 129 Notice of Appeal, filed.(vrios, 2) (Entered: 12/23/2013) |

| | | |
|---|---|---|
| 12/30/2013 | 134 | RESPONSE in Opposition to 116 MOTION to Dismiss 30 Intervenor Complaint, filed by Michelle Bessiake, Imani Clark, Crystal Owens, Texas League of Young Voters Eduction Fund, Aurica Washington. (Attachments: # 1 Proposed Order)(Haygood, Ryan) (Entered: 12/30/2013) |
| 12/30/2013 | 135 | Document re: 2nd ballot by Robert M Allensworth, filed.(lcayce, 2) (Entered: 12/30/2013) |
| 12/30/2013 | 136 | Letter from Robert M. Allensworth re: Limiting Voting on 2nd Ballot, filed. (dnoriega, 1) (Entered: 12/31/2013) |
| 12/30/2013 | 137 | MOTION for Copy of Transcript by Robert M Allensworth, filed. Motion Docket Date 1/21/2014. (lcayce, 2) (Entered: 12/31/2013) |
| 12/31/2013 | 138 | ORDER granting 124 Motion to Appear Pro Hac Vice. Lynn Eisenberg granted leave to appear for Plaintiff-Intervenor Texas League of Young Voters, et al.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 12/31/2013) |
| 12/31/2013 | 139 | ORDER granting 125 Motion to Appear Pro Hac Vice. Richard F. Shordt granted leave to appear for Plaintiff-Intervenor Texas League of Young Voters, et al.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 12/31/2013) |
| 12/31/2013 | | ***Per Robert Allensworth's request on page 4 of D.E. 135 - a copy expense was mailed indicating cost of requested copies, filed. (lcayce, 2) (Entered: 12/31/2013) |
| 01/02/2014 | 141 | Notice of Assignment of USCA No. 14-40003 re: 120 Notice of Appeal,, filed.(lcayce, 2) (Entered: 01/03/2014) |
| 01/03/2014 | 140 | DKT-13 TRANSCRIPT ORDER FORM by Kelly Hunsaker Leonard. Transcript is already on file in Clerks office.. This order form relates to the following: 129 Notice of Appeal, 126 Transcript, 131 Transcript, 112 Transcript,, filed.(grogan, 2) (Entered: 01/03/2014) |
| 01/07/2014 | 146 | Letter from Robert M. Allensworth re: request for transcript estimate, filed. (avleal, 1) (Entered: 01/13/2014) |
| 01/10/2014 | 142 | ORDER TO CONSOLIDATE CASES: Lead Case No. 2:13cv193 and Member Case Nos. 2:13cv263, 2:13cv291, and 2:13cv348 (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 01/10/2014) |
| 01/10/2014 | 143 | RESPONSE in Opposition to 130 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , filed by Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey. (Attachments: # 1 Proposed Order Denying Defendants' Motion to Dismiss)(Hebert, J) (Entered: 01/10/2014) |
| 01/10/2014 | 144 | Unopposed MOTION for Leave to File Second Amended Complaint by Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. Motion Docket Date 1/31/2014. (Attachments: # 1 Proposed Order Granting Unopposed Motion for Leave to File Second Amended Complaint)(Hebert, J) (Entered: 01/10/2014) |
| 01/13/2014 | 145 | ORDER granting 144 Motion for Leave to File Second Amended Complaint.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 01/13/2014) |
| 01/21/2014 | 147 | MOTION for Copy of November 22, 2013 Hearing Transcript by Robert M Allensworth, filed. Motion Docket Date 2/11/2014. (lcayce, 2) (Entered: 01/21/2014) |

| 01/22/2014 | 148 | ORDER striking 107 Motion; striking 137 Motion; striking 147 Motion. Order mailed to Mr. Allensworth at last known address(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lrivera, 2) (Entered: 01/22/2014) |
| --- | --- | --- |
| 01/27/2014 | 149 | Letter by Robert M Allensworth, filed.(lcayce, 2) (Entered: 01/27/2014) |
| 02/03/2014 | 150 | Amended INTERVENOR COMPLAINT against All Defendants filed by Texas Association of Hispanic County Judges and County Commissioners, Maria Longoria Benavides. (Attachments: # 1 Proposed Order, # 2 Complaint)(Rios, Rolando) Modified on 2/4/2014 (mserpa, 2). (Entered: 02/03/2014) |
| 02/03/2014 | 151 | MOTION for Deuel Ross to Appear Pro Hac Vice by IMANI CLARK, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, Texas League of Young Voters Eduction Fund, filed. Motion Docket Date 2/24/2014. (sscotch, 2) (Entered: 02/03/2014) |
| 02/04/2014 | 152 | ORDER granting 150 Motion for Leave to File.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 02/04/2014) |
| 02/04/2014 | 153 | FIRST AMENDED Complaint in Intervention against Steve McGraw, Rick Perry, John Steen filed by Texas Association of Hispanic County Judges and County Commissioners, Maria Longoria Benavides, Hidalgo County.(mserpa, 2) (Entered: 02/04/2014) |
| 02/04/2014 | 154 | ORDER REGARDING AMENDED PLEADINGS. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 02/04/2014) |
| 02/04/2014 | 155 | ORDER granting 151 Motion to Appear Pro Hac Vice. Deuel Ross granted leave to appear for TX League of Young Voters Educ. Fund, and Imani Clark.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 02/04/2014) |
| 02/05/2014 | 156 | MOTION for Avner Shapiro to Appear Pro Hac Vice by United States Of America, filed. Motion Docket Date 2/26/2014. (Maranzano, Jennifer) (Entered: 02/05/2014) |
| 02/07/2014 | 157 | Unopposed AMENDED Intervenor Complaint against All Defendants filed by Texas Association of Hispanic County Judges and County Commissioners, Hidalgo County, Maria Longoria Benavides.(Rios, Rolando) (Entered: 02/07/2014) |
| 02/10/2014 | 158 | ORDER granting 156 Motion for Avner Shapiro to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, 2) (Entered: 02/10/2014) |
| 02/10/2014 | 159 | Letter from Robert M. Allensworth, filed. (amireles, 2) (Entered: 02/11/2014) |
| 02/11/2014 | 160 | Joint MOTION for Discovery Order and Supplemental Protective Order by United States Of America, filed. Motion Docket Date 3/4/2014. (Attachments: # 1 Proposed Order)(Maranzano, Jennifer) (Entered: 02/11/2014) |
| 02/11/2014 | 161 | Joint RESPONSE in Opposition to 160 Joint MOTION for Discovery Order and Supplemental Protective Order, filed by Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Texas Association of Hispanic County Judges and County Commissioners, Marc Veasey. (Attachments: # 1 Proposed Order Clean Not Redlined, # 2 Proposed Order Redlined Version for Court's Convenience, # 3 Proposed Order Separating out agreed and unagreed portions of proposed orders for court's convenience)(Hebert, J) (Entered: 02/11/2014) |
| 02/11/2014 | 162 | MOTION to Compel the Production of Legislative Documents by United States Of America, filed. Motion Docket Date 3/4/2014. (Attachments: # 1 Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3 pt. I, # 5 Exhibit 3 pt. II, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12)(Freeman, Daniel) (Entered: 02/11/2014) |

| 02/11/2014 | 163 | MOTION to Amend 86 Scheduling Order,, by United States Of America, filed. Motion Docket Date 3/4/2014. (Attachments: # 1 Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Freeman, Daniel) (Entered: 02/11/2014) |
| 02/12/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 2/12/2014. Discussion held regarding status of case. Responses to 162 Motion to Compel due within 10 days. Replies due within 3 days after filing of responses. Court will review DE 163 Motion to Modify Scheduling Order. Court does not make a ruling on motion at this time. Court will address motion at Friday's hearing. Hearing set for 2/14/2014 at 10:30 AM before Judge Nelva Gonzales Ramos to address if an agreed order can be entered regarding DE 161 Motion to Enter Discovery Order, Exhibit 3. Hearing set for 2/26/2014 at 10:30 AM before Judge Nelva Gonzales Ramos to address database issues. Motion Hearing on DE 162 Motion to Compel set for 3/5/2014 at 09:30 AM before Judge Nelva Gonzales Ramos. Appearances:Emma Simpson, Gary Bledsoe. Rolando L Rios, Chad W Dunn, Kembel Scott Brazil, Neil G Baron, J Gerald Hebert, Armand Derfner, Natasha Korgaonkar, Ryan Haygood, Deuel Ross, Jose Garza, Robert W Doggett, Marinda Van Dalen, Preston Edward Henrichson, John Barret Scott, Stephen Ronald Keister, Amy L Rudd, Ezra D Rosenberg, Richard F. Shordt, Elizabeth S Westfall, John Albert Smith, III, Anna Baldwin, Robert S Berman, Daniel J Freeman.(Digital # 9:00-9:45)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 02/12/2014) |
| 02/13/2014 | 164 | AO 435 TRANSCRIPT ORDER FORM by Elizabeth Westfall. This is to order a transcript of Hearing held on February 12, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 2-13-14. Modified on 2/13/2014 (grogan, 2). (Entered: 02/13/2014) |
| 02/13/2014 | 165 | NOTICE : *Response to the Court* by United States Of America, filed. (Attachments: # 1 Exhibit)(Freeman, Daniel) (Entered: 02/13/2014) |
| 02/13/2014 | 166 | RESPONSE *to the Court*, filed by Steve McGraw, Rick Perry, State Of Texas, John Steen. (Attachments: # 1 Exhibit)(Clay, John) (Entered: 02/13/2014) |
| 02/14/2014 | 167 | NOTICE *of ERRATA* re: 166 Response by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit Defendants' Response to the Court, # 2 Exhibit Exhibit 1)(Clay, John) (Entered: 02/14/2014) |
| 02/14/2014 | 168 | TRANSCRIPT re: STATUS CONFERENCE held on 2/12/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party ELIZABETH WESTFALL Release of Transcript Restriction set for 5/15/2014., filed. (thudson, ) (Entered: 02/14/2014) |
| 02/14/2014 | 169 | *AO 435 TRANSCRIPT ORDER FORM for Transcript of Hearing held on February 12, 2014 before Judge Nelva Gonzales Ramos* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 02/14/2014) |
| 02/14/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. MISCELLANEOUS HEARING held on 2/14/2014. Arguments heard re: DE 161-3. Parties to work on agreed order. Court will reconvene at 3:00pm. Appearances:Emma Simpson. Rolando L Rios, Chad W Dunn, Neil G Baron, J Gerald Hebert, Armand Derfner, Natasha Korgaonkar, Ryan Haygood, Jonathan E Paikin, Sonya Lebsack, Jose Garza, Robert W Doggett, Marinda Van Dalen, Preston Edward Henrichson, John Barret Scott, Stephen Ronald Keister, Jennifer Clark, Vishal Agraharkar, Ezra D Rosenberg, M Hasan Ali, Richard F. Shordt, Erandi Zamora, Sonia Kaur Gill, Bruce I Gear, Meredith Bell-Platts, John Albert Smith, III, Anna Baldwin, Robert S Berman, Daniel J Freeman. (Digital # 10:36-10:57)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 02/14/2014) |

| 02/14/2014 | | *** Hearing set for 2/14/14 at 3:00pm has been terminated. Parties to upload an agreed order., filed. (bcortez, 2) (Entered: 02/14/2014) |
|---|---|---|
| 02/14/2014 | 170 | ORDER denying 163 Motion to Amend.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, 2) (Entered: 02/14/2014) |
| 02/14/2014 | 171 | NOTICE *Concerning Agreement Regarding Discovery Order* by United States Of America, filed. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 02/14/2014) |
| 02/18/2014 | 172 | Notice of Filing of Official Transcript as to 168 Transcript. Party notified, filed. (dterrell, 2) (Entered: 02/18/2014) |
| 02/18/2014 | 173 | AO 435 TRANSCRIPT ORDER FORM by Elizabeth Westfall. This is to order a transcript of Hearing held on February 14, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2)Electronically forwarded to Exceptional on 2-18-14. Modified on 2/18/2014 (grogan, 2). (Entered: 02/18/2014) |
| 02/18/2014 | 174 | DISCOVERY ORDER AND SUPPLEMENTAL PROTECTIVE ORDER.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(bcortez, 2) (Entered: 02/18/2014) |
| 02/18/2014 | 175 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Steve McGraw, Rick Perry, State Of Texas, filed. Motion Docket Date 3/11/2014. (Attachments: # 1 Proposed Order)(Scott, John) (Entered: 02/18/2014) |
| 02/18/2014 | 177 | Letter from Robert Allensworth, filed. (vrios, 2) (Entered: 02/19/2014) |
| 02/19/2014 | 176 | TRANSCRIPT re: HEARING held on 2/14/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party ELIZABETH WESTFALL Release of Transcript Restriction set for 5/20/2014., filed. (thudson, ) (Entered: 02/19/2014) |
| 02/20/2014 | 178 | Notice of Filing of Official Transcript as to 176 Transcript. Party notified, filed. (dterrell, 2) (Entered: 02/20/2014) |
| 02/21/2014 | 179 | NOTICE of Resetting. Parties notified. Miscellaneous Hearing set for 3/5/2014 at 09:30 AM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 02/21/2014) |
| 02/21/2014 | 180 | Opposed MOTION for Protective Order by United States Of America, filed. Motion Docket Date 3/14/2014. (Attachments: # 1 Proposed Order, # 2 Exhibit Defs 1st RFP, # 3 Exhibit 12/20/13 letter from counsel for Defendants to counsel for the United States, # 4 Exhibit Defs 2d RFP, # 5 Exhibit Decl. of Gary Wong)(Shapiro, Avner) (Entered: 02/21/2014) |
| 02/24/2014 | 181 | MOTION for Emma Simson to Appear Pro Hac Vice by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. Motion Docket Date 3/17/2014. (Hebert, J) (Entered: 02/24/2014) |
| 02/24/2014 | 182 | Joint SUPPLEMENT to 162 MOTION to Compel the Production of Legislative Documents by Maria Longoria Benavides, Michelle Bessiake, Anna Burns, IMANI CLARK, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, Hidalgo County, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Belinda Ortiz, Oscar Ortiz, Crystal Owens, Koby Ozias, Penny Pope, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION |

| | | |
|---|---|---|
| | | FUND, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Eduction Fund, Texas State Conference of NAACP Branches, Marc Veasey, Aurica Washington, filed. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9)(Rudd, Amy) (Entered: 02/24/2014) |
| 02/24/2014 | 183 | RESPONSE in Opposition to 162 MOTION to Compel the Production of Legislative Documents, filed by Steve McGraw, Rick Perry, State Of Texas, John Steen. (Attachments: # 1 Exhibit 1 - Declaration of Jon Heining, # 2 Exhibit 2 - Declaration of Deborah Fulton)(Scott, John) (Entered: 02/24/2014) |
| 02/25/2014 | 184 | PROPOSED ORDER re: 183 Response in Opposition to Motion,, filed.(Scott, John) (Entered: 02/25/2014) |
| 02/26/2014 | 185 | ORDER granting 181 Motion to Appear Pro Hac Vice. Emma P. Simson granted leave to appear for Plaintiffs Marc Veasey, et al.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 02/26/2014) |
| 02/27/2014 | 186 | Unopposed MOTION to Add Party Hidalgo County by Hidalgo County, filed. Motion Docket Date 3/20/2014. (Attachments: # 1 Proposed Order Granting Hidalgo County Leave to be Added as Party)(Henrichson, Preston) (Entered: 02/27/2014) |
| 02/27/2014 | 187 | RESPONSE to 175 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Hidalgo County. (Attachments: # 1 Proposed Order Denying Defendants' Motion to Dismiss)(Henrichson, Preston) (Entered: 02/27/2014) |
| 02/27/2014 | 188 | ORDER GRANTING HIDALGO COUNTY LEAVE TO BE ADDED AS PARTY granting 186 Motion to Add Party.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 02/27/2014) |
| 02/28/2014 | 189 | REPLY in Support of 162 MOTION to Compel the Production of Legislative Documents, filed by United States Of America. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Freeman, Daniel) (Entered: 02/28/2014) |
| 02/28/2014 | 190 | RESPONSE in Opposition to 162 MOTION to Compel the Production of Legislative Documents, filed by Steve McGraw, Rick Perry, State Of Texas, John Steen. (Attachments: # 1 Exhibit 1-Declaration of Stacey Napier, # 2 Proposed Order)(Scott, John) (Entered: 02/28/2014) |
| 03/05/2014 | 191 | AO 435 TRANSCRIPT ORDER FORM by Elizabeth Westfall. This is to order a transcript of Hearing held on March 5, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 3-5-14. Modified on 3/5/2014 (grogan, 2). (Entered: 03/05/2014) |
| 03/05/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. MOTION HEARING held on 3/5/2014. Arguments heard re: 162 Motion to Compel. Court does not make a ruling at this time. Status Conference set for 3/24/14 at 8:30 a.m. Appearances:Person: Chad Dunn, Armand Derfner, Neil Baron, Teresa Snelson, Anna Baldwin, John Smith, Daniel Freeman, Ezra Rosenberg, Daniel Covich, Jose Garza, Natasha Korgaonkar, Ryan Haygood, Kelly Dunbar, Rolando Rios, John Scott, Reid Clay, David Whitley.(Digital # 9:28-11:16)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 03/06/2014) |
| 03/06/2014 | | ***Set Hearings: Status Conference set for 3/24/2014 at 08:30 AM before Judge Nelva Gonzales Ramos (bcortez, 2) (Entered: 03/06/2014) |
| 03/06/2014 | 192 | Letter from Robert M. Allensworth re: suggestion of 2nd ballot, filed. (amireles, 2) |

| | | |
|---|---|---|
| | | (Entered: 03/07/2014) |
| 03/10/2014 | 193 | TRANSCRIPT re: MOTION HEARING held on 03/05/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party ELIZABETH WESTFALL Release of Transcript Restriction set for 6/9/2014., filed. (gwintrow, ) (Entered: 03/10/2014) |
| 03/11/2014 | 194 | Notice of Filing of Official Transcript as to 193 Transcript. Party notified, filed. (dterrell, 2) (Entered: 03/11/2014) |
| 03/13/2014 | 195 | RESPONSE to 162 MOTION to Compel the Production of Legislative Documents, 182 Supplement,,,, , filed by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Hebert, J) (Entered: 03/13/2014) |
| 03/13/2014 | 196 | Joint MOTION to Modify as to 86 Scheduling Order,,, by United States Of America, filed. Motion Docket Date 4/3/2014. (Attachments: # 1 Exhibit 1, # 2 Proposed Order) (Westfall, Elizabeth) (Entered: 03/13/2014) |
| 03/13/2014 | 197 | Joint SUPPLEMENT to 162 MOTION to Compel the Production of Legislative Documents by Maria Longoria Benavides, Michelle Bessiake, Anna Burns, IMANI CLARK, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, Hidalgo County, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Belinda Ortiz, Oscar Ortiz, Crystal Owens, Koby Ozias, Penny Pope, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Eduction Fund, Texas State Conference of NAACP Branches, Marc Veasey, Aurica Washington, filed.(Rudd, Amy) (Entered: 03/13/2014) |
| 03/13/2014 | 198 | SUPPLEMENT to 162 MOTION to Compel the Production of Legislative Documents by United States Of America, filed. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Baldwin, Anna) (Entered: 03/13/2014) |
| 03/13/2014 | 199 | Supplemental BRIEF by Steve McCraw, Steve McGraw, Rick Perry, State Of Texas, State Of Texas, John Steen, filed.(Scott, John) (Entered: 03/13/2014) |
| 03/17/2014 | 200 | RESPONSE to 180 Opposed MOTION for Protective Order filed by Steve McGraw, Rick Perry, State Of Texas, John Steen. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Proposed Order)(Scott, John) (Entered: 03/17/2014) |
| 03/17/2014 | 201 | NOTICE of Resetting. Parties notified. Miscellaneous Conference set for 3/26/2014 at 10:00 AM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 03/17/2014) |
| 03/17/2014 | 202 | Letter from Robert Allensworth re: suggesting a 2nd ballot by limited voting for the Texas State House with candidates paying a filing deposit, filed. (amireles, 2) (Entered: 03/18/2014) |
| 03/20/2014 | 203 | Letter from R. Allensworth re: suggesting a 2nd ballot by limited voting for the Texas State House with candidates on the limited voting ballot in their ownbehalf and two-four add'l districts upon paying a filing deposit, filed. (amireles, 2) (Entered: 03/21/2014) |
| 03/21/2014 | 204 | REPLY in Support of 180 Opposed MOTION for Protective Order, filed by United |

| | | States Of America. (Shapiro, Avner) (Entered: 03/21/2014) |
|---|---|---|
| 03/21/2014 | | Electronic record on appeal certified to the Fifth Circuit Court of Appeals re: 129 Notice of Appeal USCA No. 14-40003, filed.(vrios, 2) (Entered: 03/28/2014) |
| 03/24/2014 | 205 | NOTICE of Resetting. Parties notified. Miscellaneous Conference set for 4/1/2014 at 10:30 AM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 03/24/2014) |
| 03/25/2014 | 206 | RESPONSE in Opposition to 196 Joint MOTION to Modify as to 86 Scheduling Order,,,, filed by Steve McGraw, Rick Perry, State Of Texas, John Steen. (Attachments: # 1 Proposed Order)(Scott, John) (Entered: 03/25/2014) |
| 03/25/2014 | 207 | Corrected REPLY in Support of 180 Opposed MOTION for Protective Order, filed by United States Of America. (Attachments: # 1 Corrected Reply)(Shapiro, Avner) (Entered: 03/25/2014) |
| 03/26/2014 | 208 | MOTION for Richard Dellheim to Appear Pro Hac Vice by United States Of America, filed. Motion Docket Date 4/16/2014. (Maranzano, Jennifer) (Entered: 03/26/2014) |
| 03/27/2014 | 209 | ORDER granting 208 Motion to Appear Pro Hac Vice. Richard Dellheim granted leave to appear for United States of America.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 03/27/2014) |
| 03/28/2014 | 210 | Transmittal Letter to Counsel regarding CD containing electronic record on appeal, filed.(vrios, 2) (Entered: 03/28/2014) |
| 03/31/2014 | 211 | Unopposed MOTION for Leave to File a Reply Memorandum by United States Of America, filed. Motion Docket Date 4/21/2014. (Attachments: # 1 Exhibit Proposed United States' Reply, # 2 Exhibit 1 to Proposed Reply, # 3 Exhibit 2 to Proposed Reply, # 4 Exhibit 3 to Proposed Reply, # 5 Exhibit 4 to Proposed Reply, # 6 Exhibit 5 to Proposed Reply, # 7 Exhibit 6 to Proposed Reply, # 8 Exhibit 7 to Proposed Reply, # 9 Exhibit 8 to Proposed Reply, # 10 Exhibit 9 to Proposed Reply, # 11 Exhibit 10 to Proposed Reply, # 12 Exhibit 11 to Proposed Reply, # 13 Exhibit 12 to Proposed Reply, # 14 Exhibit 13 to Proposed Reply, # 15 Exhibit 14 to Proposed Reply, # 16 Exhibit 15 to Proposed Reply, # 17 Proposed Order)(Westfall, Elizabeth) (Entered: 03/31/2014) |
| 03/31/2014 | 212 | MOTION for Arthur D'Andrea to Appear Pro Hac Vice by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 4/21/2014. (Scott, John) (Entered: 03/31/2014) |
| 03/31/2014 | 213 | ORDER granting 211 Motion for Leave to File.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, 2) (Entered: 03/31/2014) |
| 03/31/2014 | 214 | ADVISORY by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. (Attachments: # 1 Exhibit A)(Dunn, Chad) (Entered: 03/31/2014) |
| 03/31/2014 | 215 | MEMORANDUM REPLY in Support re: 196 Joint MOTION to Modify as to 86 Scheduling Order,,, by United States Of America, filed. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15)(lcayce, 2) (Entered: 03/31/2014) |
| 03/31/2014 | 216 | NOTICE of Filing by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit 1 - Assertions, # 2 Exhibit 2 - Waivers, # 3 Exhibit 3 - Deceased, # 4 Exhibit 4 - Did Not Respond)(Scott, John) (Entered: 03/31/2014) |
| | | |

| 03/31/2014 | 217 | Unopposed MOTION for Leave to File Proposed Amicus Curiae Brief by Bipartisan Legal Advisory Group of the United States House of Representatives, filed. Motion Docket Date 4/21/2014. (Attachments: # 1 Proposed Order, # 2 Exhibit (Proposed Amicus Curiae Brief), # 3 Exhibit 1 (to Proposed Amicus Curiae Brief), # 4 Exhibit 2 (to Proposed Amicus Curiae Brief), # 5 Exhibit 3 (to Proposed Amicus Curiae Brief), # 6 Exhibit 4 (to Proposed Amicus Curiae Brief))(Kircher, Kerry) (Entered: 03/31/2014) |
| --- | --- | --- |
| 03/31/2014 | 218 | Unopposed MOTION for Leave to File SUR-REPLY IN OPPOSITION TO JOINT MOTION TO MODIFY SCHEDULING ORDER by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 4/21/2014. (Attachments: # 1 Exhibit 1 - Sur-Reply, # 2 Exhibit 2 - Exhibit 1 to Sur-Reply, # 3 Exhibit 3 - Exhibit 2 to Sur-Reply, # 4 Exhibit 4 - Exhibit 3 to Sur-Reply, # 5 Proposed Order (Motion for Leave)) (Scott, John) (Entered: 03/31/2014) |
| 04/01/2014 | 219 | NOTICE *Corrected Notice of Filing* re: 216 Notice (Other) by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit 1 - Assertions, # 2 Exhibit 2 - Waivers - Corrected Exhibit, # 3 Exhibit 3 - Deceased, # 4 Exhibit 4 - Did Not Respond)(Scott, John) (Entered: 04/01/2014) |
| 04/01/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. MISCELLANEOUS HEARING held on 4/1/2014. Court grants 217 Unopposed Motion for Leave to File and 218 Unopposed Motion for Leave to File Arguments heard on 162 Motion to Compel. Court orders Defendants to provide the documents to the Plaintiffs marked under seal, highly confidential within 7 days. Court terminates 180 Motion for Protective Order. Arguments heard on 196 . Court does not make a ruling at this time. Status Conference set for April 8, 2014 at 8:30am. Parties may appear telephonically. Appearances:Chad Dunn, Gerry Hebert, Neil Baron, Emma Simpson, Daniel Freeman, Elizabeth Westfall, Richard Dellheim, Avner Shapiro, Paxton Warner, Ezra Rosenberg, Mark Posner, Jose Garza, Marinda Van Dalen, Ryan Haygood, Natasha Korgaonkar, Kelly Dunbar, Sonya Lesback, Rolando L Rios, Preston Henrichson, John Scott, Reid Clay, David Whitley, Ronnie Keister, Arthur DAndrea.(Digital # 10:29-12:04)(ERO:A. Benavidez), filed.(bcortez, 2) (Entered: 04/01/2014) |
| 04/01/2014 | | ***Set Hearing: Status Conference set for 4/8/2014 at 08:30 AM before Judge Nelva Gonzales Ramos (bcortez, 2) (Entered: 04/01/2014) |
| 04/01/2014 | 220 | ORDER granting 212 Motion to Appear Pro Hac Vice. Arthur D'Andrea granted leave to appear for Defendants Texas, Rick Perry, John Steen, and Steve McGraw.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 04/01/2014) |
| 04/01/2014 | 221 | AO 435 TRANSCRIPT ORDER FORM by John Scott. This is to order a transcript of Hearing held on 04/01/2014 before Judge Nelva Gonzales Ramos (Original). Transcriber: Exceptional Reporting, filed. (abenavidez, 2) (Entered: 04/01/2014) |
| 04/01/2014 | 222 | AO 435 TRANSCRIPT ORDER FORM by DOJ / Elizabeth Westfall. This is to order a transcript of Hearing held on 04/01/2014 before Judge Nelva Gonzales Ramos (COPY). Transcriber: Exceptional Reporting, filed. (abenavidez, 2) (Entered: 04/01/2014) |
| 04/02/2014 | 223 | TRANSCRIPT re: MISCELLANEOUS HEARING held on 4/1/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 7/1/2014., filed. (thudson, ) (Entered: 04/02/2014) |
| 04/02/2014 | 224 | NOTICE *TO COURT* re: Miscellaneous Hearing,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit Exhibit 1 to Notice to the Court) (Scott, John) (Entered: 04/02/2014) |
| 04/03/2014 | 225 | Notice of Filing of Official Transcript as to 223 Transcript. Party notified, filed. |

| | | (dterrell, 2) (Entered: 04/03/2014) |
|---|---|---|
| 04/03/2014 | 226 | ORDER ON MOTION TO COMPEL granting in part and denying in part 162 Motion to Compel.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 04/03/2014) |
| 04/07/2014 | 227 | ADVISORY by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 04/07/2014) |
| 04/07/2014 | 228 | NOTICE *of Filing of Plaintiffs and Plaintiff-Intervenors' Second Proposed Amended Scheduling Order* re: 196 Joint MOTION to Modify as to 86 Scheduling Order,,, by United States Of America, filed. (Attachments: # 1 Exhibit Comparison chart, # 2 Exhibit Second Proposed Amended Scheduling Order)(Westfall, Elizabeth) (Entered: 04/07/2014) |
| 04/07/2014 | 229 | NOTICE *of Filing regarding the Scheduling Order* re: 86 Scheduling Order,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit 1 - Comparison of Deadlines)(Scott, John) (Entered: 04/07/2014) |
| 04/07/2014 | 230 | MOTION to Compel the Production of Documents Responsive to the Defendants' First and Second Requests for Production to the United States by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 4/28/2014. (Attachments: # 1 Exhibit 1. Defendants' First RFP to US, # 2 Exhibit 2. Defendants 2nd RFPs to DOJ, # 3 Exhibit 3. United States Responses and Objections to Defs First RFPs, # 4 Exhibit 4. U.S. Responses and Objections to Defs 2d RFP, # 5 Exhibit 5. 02-20-14 Letter D Whitley to B Gear, # 6 Exhibit 6. March 27, 2014 Email from GDW to Elizabeth Westfall re Motion to Compel, # 7 Exhibit 7. 03-28-14 Email from D Whitley to E Westfall, # 8 Exhibit 8. 04-01-14 Letter from E Westfall to D Whitley, # 9 Exhibit 9. DOJ Amended Privilege Log, # 10 Exhibit 10. DOJ Privilege Log_20140123_1424, # 11 Exhibit 11. United States of America's Complaint, # 12 Exhibit 12. March 5, 2014 Motion Hearing, Portion of Transcript, # 13 Exhibit 13. Comparison of Excerpts from Plaintiff the United States' privilege log and Defendants' privilege logs, # 14 Exhibit 14. Contested Document Privilege Claim Index, # 15 Exhibit 15. ECF 61-6 Agreement Production Format, # 16 Proposed Order Proposed Order on Motion to Compel)(Scott, John) (Entered: 04/07/2014) |
| 04/08/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 4/8/2014. Arguments Arguments heard on attorney/client privileges. Texas to go through documents by Friday at noon. Parties to contact the Court if there are remaining issues. Court extends fact discovery to June 27, 2014. Proposed scheduling order filed at D.E. 228-2 signed and entered. Court sets hearing on D.E. 230 Motion to Compel. Responses to Motion due by April 14, 2014. ( Motion Hearing set for 4/16/2014 at 08:30 AM before Judge Nelva Gonzales Ramos). Appearances:Chad Dunn, Daniel Freeman, Richard Dellheim, Ezra Rosenberg, Jose Garza, Ryan Haygood, Kelly Dunbar, Rolando Rios, John Scott.(Digital # 8:27-8:42) (ERO:A. Benavidez), filed.(bcortez, 2) (Entered: 04/08/2014) |
| 04/08/2014 | 231 | **AMENDED AT D.E. 415 .** AMENDED SCHEDULING ORDER Proposed Findings of Fact and Conclusions of Law due August 18, 2014. Bench Trial set for 9/2/2014 at 09:00 AM before Judge Nelva Gonzales Ramos Joinder of Parties due by 12/6/2013. Amendment of Pleadings due 3/2/14. Dispositive Motion Filing due by 8/22/2014. Joint Pretrial Order due by 8/20/2014. Final Pretrial Conference set for 8/27/2014 at 09:00 AM before Judge Nelva Gonzales Ramos. Additional deadlines also set.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 04/08/2014) |
| 04/10/2014 | 232 | Letter from R. Allensworth re: Request for Copies of Transcripts (Nov. 15 and 22), filed. (jtabares, 1) (Entered: 04/10/2014) |

| 04/10/2014 | [233](#) | AO 435 TRANSCRIPT ORDER FORM by DOJ Atty Westfall. This is to order a transcript of Hearing held on 4/8/2014 before Judge Nelva Gonzales Ramos (original). Transcriber: Exceptional Reporting Svcs., filed. (jalvarez, 2) (Entered: 04/10/2014) |
|---|---|---|
| 04/11/2014 | [234](#) | Unopposed MOTION to Withdraw Aurica Washington and Crystal Owens as Parties to this Action, by Michelle Bessiake, Imani Clark, Crystal Owens, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, Aurica Washington, filed. Motion Docket Date 5/2/2014. (Attachments: # [1](#) Proposed Order)(Korgaonkar, Natasha) (Entered: 04/11/2014) |
| 04/11/2014 | [235](#) | MOTION for Sean Flammer to Withdraw as Attorney by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 5/2/2014. (Attachments: # [1](#) Proposed Order)(Scott, John) (Entered: 04/11/2014) |
| 04/11/2014 | [236](#) | ORDER granting [235](#) Motion to Withdraw as Attorney. Attorney Sean Flammer terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 04/11/2014) |
| 04/11/2014 | [237](#) | ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW PLAINTIFF-INTERVENORS AURICA WASHINGTON AND CRYSTAL OWENS granting [234](#) Motion.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 04/11/2014) |
| 04/14/2014 | [238](#) | TRANSCRIPT re: TELEPHONIC CONFERENCE held on 4/8/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party ELIZABETH WESTFALL Release of Transcript Restriction set for 7/14/2014., filed. (thudson, ) (Entered: 04/14/2014) |
| 04/14/2014 | [239](#) | ADVISORY by Maria Longoria Benavides, Michelle Bessiake, Anna Burns, IMANI CLARK, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, Hidalgo County, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Belinda Ortiz, Oscar Ortiz, Crystal Owens, Koby Ozias, Penny Pope, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Eduction Fund, Texas State Conference of NAACP Branches, Marc Veasey, Aurica Washington, filed.(Rudd, Amy) (Entered: 04/14/2014) |
| 04/14/2014 | [240](#) | Amended MOTION to Compel the Production of Documents Responsive to the Defendants' First and Second Requests for Production to the United States by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 5/5/2014. (Attachments: # [1](#) Exhibit 1.Defendants' First RFP to US, # [2](#) Exhibit 2.Defendants 2nd RFPs to DOJ, # [3](#) Exhibit 3.United States Responses and Objections to Defs First RFPs, # [4](#) Exhibit 4.U.S. Responses and Objections to Defs 2d RFP, # [5](#) Exhibit 5. 02-20-14 Letter D Whitley to B Gear, # [6](#) Exhibit 6. March 27, 2014 Email from GDW to Elizabeth Westfall re Motion to Compel, # [7](#) Exhibit 7. 03-28-14 Email from D Whitley to E Westfall, # [8](#) Exhibit 8. 04-01-14 Letter from E Westfall to D Whitley, # [9](#) Exhibit 9. DOJ Amended Privilege Log, # [10](#) Exhibit 10.DOJ Privilege Log_20140123_1424 (2), # [11](#) Exhibit 11. United States of America's Complaint, # [12](#) Exhibit 12. March 5, 2014 Motion Hearing, Portion of Transcript, # [13](#) Exhibit 13. Comparison of Excerpts from Plaintiff the United States' privilege log and Defendants' privilege logs, # [14](#) Exhibit 14. Contested Document Privilege Claim Index, # [15](#) Exhibit 15. ECF 61-6 Agreement Production Format, # [16](#) Judge's Procedure Redline Version of First |

| | | |
|---|---|---|
| | | Amended of Motion to Compel, # 17 Proposed Order)(Scott, John) (Entered: 04/14/2014) |
| 04/14/2014 | 241 | Supplemental RESPONSE in Opposition to 162 MOTION to Compel the Production of Legislative Documents, filed by Steve McGraw, Rick Perry, State Of Texas, John Steen. (Attachments: # 1 Exhibit 1 - D. Freeman e-mail, # 2 Exhibit 2 - 04-11-14 Letter D Whitley to D Freeman Doc Review, # 3 Exhibit 3 - Defendants' Document Review 04-11-14, # 4 Exhibit 4 - April 11 2014 Supplemental Attorney-Client Privilege Log) (Whitley, Gregory) (Entered: 04/14/2014) |
| 04/14/2014 | 242 | RESPONSE in Opposition to 240 Amended MOTION to Compel the Production of Documents Responsive to the Defendants' First and Second Requests for Production to the United States, filed by United States Of America. (Attachments: # 1 Exhibit Declaration of Gregory Friel, # 2 Exhibit Second Amended Privilege Log, # 3 Exhibit Defs Resp and Objs to US First RFP, # 4 Proposed Order)(Westfall, Elizabeth) (Entered: 04/14/2014) |
| 04/15/2014 | 243 | Notice of Filing of Official Transcript as to 238 Transcript. Party notified, filed. (dterrell, 2) (Entered: 04/15/2014) |
| 04/15/2014 | 244 | NOTICE of Appearance by Jennifer Marie Roscetti on behalf of Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Roscetti, Jennifer) (Entered: 04/15/2014) |
| 04/15/2014 | 245 | NOTICE of Resetting as to 240 Amended MOTION to Compel the Production of Documents Responsive to the Defendants' First and Second Requests for Production to the United States. Parties notified. Motion Hearing set for 4/16/2014 at 08:15 AM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 04/15/2014) |
| 04/16/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. MOTION HEARING held on 4/16/2014. Arguments heard re: 240 Amended MOTION to Compel the Production of Documents Responsive to the Defendants' First and Second Requests for Production to the United States. Parties to further confer and advise Case Manager if a hearing is necessary on Thursday at 8:15am or 12:30pm. Court sets status conference to address trial. Status Conference set for 5/1/2014 at 02:00 PM before Judge Nelva Gonzales Ramos Appearances:Chad Dunn, Armand Derfner, Neil Baron, Elizabeth Westfall, Ezra D Rosenberg, Mark Posner, Jose Garza, Ryan Haygood, Natasha Korgaonkar, Jennifer Roscetti.(Digital # 8:15-8:38)(ERO:L. Cayce), filed.(bcortez, 2) (Entered: 04/16/2014) |
| 04/16/2014 | | Letter re: copy request. Robert M. Allensworth notified by US Mail of the costs for copying requested documents re: 232 Letter, filed. (jtabares, 1) (Entered: 04/16/2014) |
| 04/17/2014 | 246 | TRANSCRIPT re: TELEPHONE CONFERENCE held on 4/16/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party ELIZABETH WESTFALL Release of Transcript Restriction set for 7/16/2014., filed. (thudson, ) (Entered: 04/17/2014) |
| 04/18/2014 | 247 | Notice of Filing of Official Transcript as to 246 Transcript. Party notified, filed. (dterrell, 2) (Entered: 04/18/2014) |
| 04/21/2014 | 248 | Document by Robert M Allensworth, filed.(lcayce, 2) (Entered: 04/22/2014) |
| 04/22/2014 | 249 | NOTICE of Appearance by Ben A. Donnell on behalf of Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Donnell, Ben) (Entered: 04/22/2014) |
| 04/24/2014 | 250 | NOTICE of Resetting. Parties notified. Status Conference set for 5/15/2014 at 09:00 AM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 04/24/2014) |
| 04/25/2014 | 251 | MOTION to Quash subpoena by Third Party Legislators, filed. Motion Docket Date |

| | | |
|---|---|---|
| | | 5/16/2014. (Attachments: # 1 Proposed Order)(D'Andrea, Arthur) (Entered: 04/25/2014) |
| 04/25/2014 | 252 | MOTION Judicial Notice by United States Of America, filed. Motion Docket Date 5/16/2014. (Attachments: # 1 Proposed Order, # 2 Exhibit 1: DDC Order, # 3 Exhibit 2: 1990 Census Data, # 4 Exhibit 3: 2000 Census Data, # 5 Exhibit 4: 2010 Census Data, # 6 Exhibit 5: 2006-2010 ACS CVAP Data, # 7 Exhibit 2010-2012 ACS Socioeconomic Data)(Freeman, Daniel) (Entered: 04/25/2014) |
| 04/28/2014 | 253 | NOTICE of Setting as to 251 MOTION to Quash subpoena. Parties notified.Telephonic Motion Hearing set for 5/1/2014 at 04:00 PM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 04/28/2014) |
| 04/29/2014 | 254 | RESPONSE in Opposition to 251 MOTION to Quash subpoena, filed by United States Of America. (Attachments: # 1 Proposed Order, # 2 Exhibit 1: Harless Subpoena, # 3 Exhibit 2: Beuck Deposition, # 4 Exhibit 3: McCoy Deposition)(Freeman, Daniel) (Entered: 04/29/2014) |
| 04/29/2014 | 255 | Joint RESPONSE in Opposition to 251 MOTION to Quash subpoena, filed by Maria Longoria Benavides, Michelle Bessiake, Anna Burns, IMANI CLARK, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, Hidalgo County, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Belinda Ortiz, Oscar Ortiz, Koby Ozias, Penny Pope, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Eduction Fund, Texas State Conference of NAACP Branches, Marc Veasey, Aurica Washington. (Attachments: # 1 Proposed Order)(Rudd, Amy) (Entered: 04/29/2014) |
| 04/30/2014 | 256 | ADVISORY by Maria Longoria Benavides, Michelle Bessiake, Anna Burns, IMANI CLARK, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, Hidalgo County, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Belinda Ortiz, Oscar Ortiz, Koby Ozias, Penny Pope, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Eduction Fund, Texas State Conference of NAACP Branches, Marc Veasey, filed. (Attachments: # 1 Exhibit 1)(Rudd, Amy) (Entered: 04/30/2014) |
| 04/30/2014 | 257 | Unopposed MOTION withdraw Roxsanne Hernandez as Plaintiff by Belinda Ortiz, filed. Motion Docket Date 5/21/2014. (Attachments: # 1 Proposed Order)(Van Dalen, Marinda) (Entered: 04/30/2014) |
| 04/30/2014 | 258 | ADVISORY by Third Party Legislators, filed. (Attachments: # 1 Exhibit Hall v. Louisiana)(D'Andrea, Arthur) (Entered: 04/30/2014) |
| 04/30/2014 | 259 | ORDER Granting 257 Motion To Dismiss Plaintiff Roxsanne Hernandez From This Cause With Prejudice.(Signed by Judge Nelva Gonzales Ramos) Parties notified. (gchavez, 2) (Entered: 05/01/2014) |
| 05/01/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. MOTION HEARING held on 5/1/2014 Arguments heard re: 251 MOTION to Quash subpoena. Parties to file additional briefing by deadlines set forth on the record. Parties advises |

| | | |
|---|---|---|
| | | D.E.s 240 and 252 are not agreed to and need to remain pending. Responses to be filed to these motions. Appearances:Chad Dunn, Daniel Freeman, Elizabeth Westfall, Ezra Rosenberg, Robert Doggett, Ryan Haygood, Sonya Lesback, Rolando Rios, Preston Henrichson, Reid Clay, Arthur D'Andrea, Ben Donnell.(Digital # 3:58-4:41)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 05/01/2014) |
| 05/01/2014 | 260 | AO 435 TRANSCRIPT ORDER FORM by DOJ -Elizabeth Westfall. This is to order a transcript of Hearing held on 05/01/2014 before Judge Nelva Gonzales Ramos (Original). Transcriber: Exceptional Reporting, filed. (abenavidez, 2) Electronically forwarded to Exceptional Reporting on 5-2-14. Modified on 5/2/2014 (grogan, 2). (Entered: 05/01/2014) |
| 05/02/2014 | 261 | NOTICE of Appearance by Kathryn Newell on behalf of Belinda Ortiz, filed. (Van Dalen, Marinda) (Entered: 05/02/2014) |
| 05/02/2014 | 262 | NOTICE of Appearance by Priscilla Noriega on behalf of Belinda Ortiz, filed. (Van Dalen, Marinda) (Entered: 05/02/2014) |
| 05/05/2014 | 263 | TRANSCRIPT re: CIVIL MOTION HEARING held on 5/1/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party ELIZABETH WESTFALL Release of Transcript Restriction set for 8/4/2014., filed. (thudson, ) (Entered: 05/05/2014) |
| 05/05/2014 | 264 | Supplemental BRIEF in Support re: 251 MOTION to Quash subpoena by Third Party Legislators, filed.(D'Andrea, Arthur) (Entered: 05/05/2014) |
| 05/06/2014 | 265 | Unopposed MOTION for Peter McGraw to Withdraw as Attorney by Estela Garcia Espinosa, Lionel Estrada, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, Belinda Ortiz, Lenard Taylor, filed. Motion Docket Date 5/27/2014. (Attachments: # 1 Proposed Order)(Doggett, Robert) (Entered: 05/06/2014) |
| 05/06/2014 | 266 | Notice of Filing of Official Transcript as to 263 Transcript. Party notified, filed. (vrios, 2) (Entered: 05/06/2014) |
| 05/06/2014 | 267 | ORDER granting 265 Motion to Withdraw as Attorney for Peter McGraw.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(bcortez, 2) (Entered: 05/06/2014) |
| 05/08/2014 | 268 | Opposed MOTION to Quash 30(b)(6) Deposition by Texas Health and Human Services Commission, filed. Motion Docket Date 5/29/2014. (Attachments: # 1 Exhibit 1 - 30(b) (6) to HHSC, # 2 Exhibit 2 - Objections to 30(b)(6), # 3 Exhibit 3 - E-mail, # 4 Exhibit 4 - Proposed Topics for Examination, # 5 Exhibit 5 - Track Change Topics, # 6 Proposed Order)(Scott, John) (Entered: 05/08/2014) |
| 05/08/2014 | 269 | NOTICE of Setting as to 268 Opposed MOTION to Quash 30(b)(6) Deposition. Parties notified. Telephone Conference set for 5/9/2014 at 08:30 AM before Magistrate Judge B. Janice Ellington, filed. Meet me line instructions emailed to parties. (bcortez, 2) (Entered: 05/08/2014) |
| 05/08/2014 | | ***Per Mr. Scott, parties have reached an agreement on D.E. 268. Motion is terminated and hearing cancelled., filed. (bcortez, 2) (Entered: 05/08/2014) |
| 05/08/2014 | 270 | Supplemental BRIEF in Opposition re: 251 MOTION to Quash subpoena by United States Of America, filed.(Baldwin, Anna) (Entered: 05/08/2014) |
| 05/09/2014 | 271 | Unopposed MOTION to Enter Consent Production Order by United States Of America, filed. Motion Docket Date 5/30/2014. (Attachments: # 1 Proposed Consent Production Order)(Westfall, Elizabeth) (Entered: 05/09/2014) |

| 05/09/2014 | 272 | NOTICE by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit OIG Report, # 2 Proposed Order Order)(Scott, John) (Entered: 05/09/2014) |
|---|---|---|
| 05/12/2014 | 273 | MOTION for Gerard J. Sinzdak to Withdraw as Attorney by Michelle Bessiake, Imani Clark, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, filed. Motion Docket Date 6/2/2014. (Attachments: # 1 Proposed Order)(Sinzdak, Gerard) (Entered: 05/12/2014) |
| 05/12/2014 | 274 | CONSENT PRODUCTION ORDER granting 271 Motion.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 05/12/2014) |
| 05/12/2014 | 275 | ORDER GRANTING LEAVE TO WITHDRAW FOR GERARD J. SINZDAK granting 273 Motion to Withdraw as Attorney. Attorney Gerard J Sinzdak terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 05/12/2014) |
| 05/12/2014 | 276 | MOTION for Protective Order by United States Of America, filed. Motion Docket Date 6/2/2014. (Attachments: # 1 Exhibit A (Defs.' Rule 30(b)(6) Not. to the United States), # 2 Exhibit B (Defs.' Corrected Rule 30(b)(6) Not. to the United States), # 3 Exhibit C (2012 Public Integrity Report), # 4 Exhibit D (2007 Public Integrity Report), # 5 Proposed Order)(Baldwin, Anna) (Entered: 05/12/2014) |
| 05/13/2014 | 277 | Joint RESPONSE to 272 Notice (Other) *Request*, filed by Maria Longoria Benavides, Michelle Bessiake, Anna Burns, IMANI CLARK, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Hidalgo County, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Belinda Ortiz, Oscar Ortiz, Koby Ozias, Penny Pope, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Eduction Fund, Texas State Conference of NAACP Branches, Marc Veasey. (Rudd, Amy) (Entered: 05/13/2014) |
| 05/14/2014 | 278 | RESPONSE to 272 Notice (Other) , filed by United States Of America. (Attachments: # 1 Proposed Order)(Westfall, Elizabeth) (Entered: 05/14/2014) |
| 05/15/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 5/15/2014. Arguments heard on pending motions. Court grants 251 MOTION to Quash subpoena as to campaign material. Court denies Plaintiffs' request for reconsideration on immigration material. Court denies without prejudice 272 Defendant's Request for Judicial Notice. 240 First Amended Motion to Compel, 252 Request for Judicial Notice remain pending. All motions to dismiss remain pending ( 52 , 115 , 116 , 130 , 115 ). Parties to confer on Friday, Mmay 16, 2014 on 276 Motion for Protective Order and advise the Court if it needs to get involved. Partie to further confer on trial plan. Bench trial set for September 2, 2014. Court has allotted 3 weeks for trial. At this time Court gives each side 40 hours to present their evidence. Court to set status conferences every 10 days. Case manager to provide dates to parties. Appearances:Chad Dunn, Armand Derfner, Neil Baron, Gerry Hebert, Scott Brazil, Emma Simpson, Anna Baldwin, Elizabeth Westfall, Ezra Rosenberg, Mark Posner, Sonia Gill, Jose Garza, Robert Doggett, Marinda Van Dalen, Rolando Rios, Preston Henrichson, Ryan Haygood, Natasha Korgaonkar, Lynn Eisenberg, John Scott, Reid Clay, David Whitley, Arthur D'Andrea, Ben Donnell.(Digital # 9:14-9:57)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 05/15/2014) |
| 05/15/2014 | 279 | AO 435 TRANSCRIPT ORDER FORM by Elizabeth Westfall. This is to order a transcript of Hearing held on May 15, 2014 before Judge Nelva Gonzales Ramos |

| | | |
|---|---|---|
| | | (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2)Electronically forwarded to Exceptional Reporting on 5-15-14. Modified on 5/15/2014 (grogan, 2). (Entered: 05/15/2014) |
| 05/16/2014 | 280 | TRANSCRIPT re: HEARING held on 5/15/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party ELIZABETH WESTFALL Release of Transcript Restriction set for 8/14/2014., filed. (thudson, ) (Entered: 05/16/2014) |
| 05/16/2014 | 281 | RESPONSE in Opposition to 252 MOTION Judicial Notice, filed by Steve McGraw, Rick Perry, State Of Texas, John Steen. (Attachments: # 1 Proposed Order)(Scott, John) (Entered: 05/16/2014) |
| 05/19/2014 | 282 | Notice of Filing of Official Transcript as to 280 Transcript. Party notified, filed. (dterrell, 2) (Entered: 05/19/2014) |
| 05/19/2014 | 283 | NOTICE of Setting. Parties notified. Telephonic Status Conference set for 5/28/2014 at 09:00 AM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 05/19/2014) |
| 05/19/2014 | 284 | STATEMENT *Regarding Defendants Notice of Deposition* re: 276 MOTION for Protective Order by Rick Perry, filed.(Donnell, Ben) (Entered: 05/19/2014) |
| 05/20/2014 | 285 | NOTICE of Setting as to 284 Statement. Parties notified. Telephone Conference set for 5/20/2014 at 10:00 AM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 05/20/2014) |
| 05/20/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. TELEPHONE CONFERENCE held on 5/20/2014. Court orders parties to confer today on the notice of deposition. Telephone Conference set for 5/21/2014 at 08:30 AM before Judge Nelva Gonzales Ramos Appearances:Chad Dunn, Emma Simpson, Anna Baldwin, Elizabeth Westfall, Ezra Rosenberg, Marinda Van Dalen, Rolando Rios, Natasha Korgaonkar, Kelly Dunbar, John Scott, Ben Donnell, Lindsey Wolf.(Digital # 9:59-10:04)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 05/20/2014) |
| 05/20/2014 | 286 | NOTICE of Change of Address by Daniel G. Covich, counsel for Texas State Conference of NAACP Branches, filed. (Covich, Daniel) (Entered: 05/20/2014) |
| 05/21/2014 | | *** Hearing set for 8:30am on May 21, 2014 has been cancelled. Parties to continue conferring. Any remaining issues to be addressed at May 28, 2014 status conference., filed. (bcortez, 2) (Entered: 05/21/2014) |
| 05/22/2014 | 287 | Unopposed MOTION Unopposed Motion to Withdraw Plaintiff-Intervenor Maria Longoria Benevides by Maria Longoria Benavides, filed. Motion Docket Date 6/12/2014. (Attachments: # 1 Proposed Order)(Rios, Rolando) (Entered: 05/22/2014) |
| 05/22/2014 | 288 | ORDER granting 287 Unopposed MOTION to Withdraw Plaintiff-Intervenor Maria Longoria Benevides.(Signed by Judge Nelva Gonzales Ramos) Parties notified. (amireles, 2) (Entered: 05/23/2014) |
| 05/27/2014 | 289 | Letter re: Limited Voting 2nd Ballot by Robert M Allensworth, filed.(bcortez, 2) (Entered: 05/27/2014) |
| 05/27/2014 | 290 | Opposed MOTION to Quash subpoena for deposition by Third Party Legislators, filed. Motion Docket Date 6/17/2014. (Attachments: # 1 Exhibit Subpoena, # 2 Proposed Order)(D'Andrea, Arthur) (Entered: 05/27/2014) |
| 05/28/2014 | 291 | NOTICE of Appearance by Lindsey Elizabeth Wolf on behalf of Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Wolf, Lindsey) (Entered: 05/28/2014) |

| | | |
|---|---|---|
| 05/28/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 5/28/2014. 240 Defendants' Amended Motion to Compel has not been resolved. Parties to narrow the issues and file a joint statement, no more than 10 pages, with their different positions by June 2, 2014. Arguments heard re: 252 United States' Request for Judicial Notice. Court grants 252 . Parties to continue conferring on 276 United States' Motion for Protective Order. United States' response to 290 Third Party Motion to Quash due by June 2, 2014. Court will discuss dates for depositions at next hearing. All parties to continue conferring on emergency issue regarding database production. Court limits discovery issue documents to 10 pages. Parties must seek leave from the Court if document will be more than 10 pages. Hearing set re: database issues set for 5/28/2014 at 03:00 PM before Judge Nelva Gonzales Ramos. Status Conference/Motion Hearing set for 6/4/2014 at 08:30 AM before Judge Nelva Gonzales Ramos Appearances:Chad Dunn, Armand Derfner, Neil Baron, Gerry Hebert, Scott Brazil, Emma Simson, Anna Baldwin, Daniel Freeman, Elizabeth Westfall, Ezra Rosenberg, Robert Doggett, Marinda Van Dalen, Rolando Rios, Ryan Haygood, Natasha Korgaonkar, Kelly Dunbar, John Scott, Jennifer Roscetti, Reid Clay, Arthur D'Andrea, Lindsey Wolf.(Digital # 9:00-9:24)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 05/28/2014) |
| 05/28/2014 | 292 | MEMORANDUM Re: TEAM database by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed.(Hebert, J) (Entered: 05/28/2014) |
| 05/28/2014 | 293 | NOTICE *Defendants Advisory to Court re Database Production* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 05/28/2014) |
| 05/28/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. MISCELLANEOUS HEARING held on 5/28/2014. Arguments heard re: emergency issue regarding databases. Court orders Defendants to produce TEAM database to private parties under the protective order. Defendant requests access to the United States' database. Court orders parties to submit proposed orders. Appearances:Armand Derfner, Gerry Hebert, Emma Simson, Anna Baldwin, Ezra Rosenberg, Robert Doggett, Rolando Rios, Ryan Haygood, Natasha Korgaonkar, Kelly Dunbar, John Scott, Ben Donnell.(Digital # 3:02-3:34)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 05/28/2014) |
| 05/28/2014 | 294 | AO 435 TRANSCRIPT ORDER FORM by John Scott. This is to order a transcript of Status Conference held on May 28, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 5-28-14. Modified on 5/28/2014 (grogan, 2). (Entered: 05/28/2014) |
| 05/28/2014 | 295 | AO 435 TRANSCRIPT ORDER FORM by Elizabeth Westfall. This is to order a transcript of Hearing held on May 28, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) (Entered: 05/28/2014) |
| 05/28/2014 | 296 | Opposed MOTION to Quash subpoena for deposition by Third Party Legislators, filed. Motion Docket Date 6/18/2014. (Attachments: # 1 Exhibit Subpoena, # 2 Proposed Order)(D'Andrea, Arthur) (Entered: 05/28/2014) |
| 05/29/2014 | 297 | Joint MOTION for Entry of Order re: by United States Of America, filed. Motion Docket Date 6/19/2014. (Attachments: # 1 Proposed Order)(Westfall, Elizabeth) (Entered: 05/29/2014) |
| 05/29/2014 | 298 | TRANSCRIPT re: TELEPHONIC STATUS CONFERENCE held on 5/28/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL |

| | | REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 8/27/2014., filed. (thudson, ) (Entered: 05/29/2014) |
|---|---|---|
| 05/29/2014 | 299 | MOTION for Entry of Order re: by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 6/19/2014. (Attachments: # 1 Proposed Order)(Scott, John) (Entered: 05/29/2014) |
| 05/30/2014 | 300 | RESPONSE in Opposition to 299 MOTION for Entry of Order re:, filed by United States Of America. (Dellheim, Richard) (Entered: 05/30/2014) |
| 05/30/2014 | 301 | ADVISORY by Michelle Bessiake, Anna Burns, IMANI CLARK, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Hidalgo County, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Belinda Ortiz, Cesar Ortiz, Koby Ozias, Penny Pope, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Eduction Fund, Texas State Conference of NAACP Branches, Marc Veasey, filed.(Rosenberg, Ezra) (Entered: 05/30/2014) |
| 05/30/2014 | 302 | Notice of Filing of Official Transcript as to 298 Transcript. Party notified, filed. (dterrell, 2) (Entered: 05/30/2014) |
| 05/30/2014 | 303 | RESPONSE to 299 MOTION for Entry of Order re: filed by Steve McGraw, Rick Perry, State Of Texas, John Steen. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Scott, John) (Entered: 05/30/2014) |
| 05/30/2014 | 304 | MOTION for Lindsey Cohan to Appear Pro Hac Vice by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. Motion Docket Date 6/20/2014. (Rudd, Amy) (Entered: 05/30/2014) |
| 05/30/2014 | 305 | MEMORANDUM and Notice of Data Production by United States Of America, filed. (Baldwin, Anna) (Entered: 05/30/2014) |
| 06/02/2014 | 306 | MOTION for Stephen Lyle Tatum, Jr. to Appear Pro Hac Vice by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 6/23/2014. (Scott, John) (Entered: 06/02/2014) |
| 06/02/2014 | 307 | ORDER granting 304 Motion to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lrivera, 2) (Entered: 06/02/2014) |
| 06/02/2014 | 308 | STATEMENT *Defendants and Plaintiffs* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 06/02/2014) |
| 06/02/2014 | 309 | RESPONSE in Opposition to 290 Opposed MOTION to Quash subpoena for deposition, 296 Opposed MOTION to Quash subpoena for deposition, filed by United States Of America. (Attachments: # 1 Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8)(Freeman, Daniel) (Entered: 06/02/2014) |
| 06/03/2014 | 310 | NOTICE of Setting. Parties notified. Telephone Conference set for 6/6/2014 at 03:00 PM before Judge Nelva Gonzales Ramos, filed. (lrivera, 2) (Entered: 06/03/2014) |
| 06/03/2014 | 311 | NOTICE of Setting. Parties notified. Telephone Conference set for 6/6/2014 at 03:00 PM before Judge Nelva Gonzales Ramos, filed. (lrivera, 2) (Entered: 06/03/2014) |
| 06/03/2014 | 312 | Opposed MOTION to Quash subpoena to testify at deposition by Third Party Legislators, filed. Motion Docket Date 6/24/2014. (Attachments: # 1 Exhibit Rep. |

| | | Harless Subpoena, # 2 Proposed Order)(D'Andrea, Arthur) (Entered: 06/03/2014) |
|---|---|---|
| 06/03/2014 | 313 | Opposed MOTION to Quash subpoena to testify at deposition by Third Party Legislators, filed. Motion Docket Date 6/24/2014. (Attachments: # 1 Exhibit Speaker Straus subpoena, # 2 Proposed Order)(D'Andrea, Arthur) (Entered: 06/03/2014) |
| 06/04/2014 | 314 | RESPONSE in Opposition to 312 Opposed MOTION to Quash subpoena to testify at deposition, filed by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches. (Attachments: # 1 Proposed Order)(Rosenberg, Ezra) (Entered: 06/04/2014) |
| 06/04/2014 | 315 | RESPONSE in Opposition to 313 Opposed MOTION to Quash subpoena to testify at deposition, 312 Opposed MOTION to Quash subpoena to testify at deposition, filed by United States Of America. (Attachments: # 1 Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8) (Freeman, Daniel) (Entered: 06/04/2014) |
| 06/04/2014 | 316 | NOTICE of Pending Matters & Submission of Proposed Orders by United States Of America, filed. (Attachments: # 1 Proposed Order Re: Legislator Documents, # 2 Proposed Order Re: TLC Documents, # 3 Proposed Order Re: Depositions)(Freeman, Daniel) (Entered: 06/04/2014) |
| 06/05/2014 | 317 | Opposed MOTION to Quash Subpoena by Third Party Legislators, filed. Motion Docket Date 6/26/2014. (Attachments: # 1 Exhibit Subpoena, # 2 Proposed Order) (D'Andrea, Arthur) (Entered: 06/05/2014) |
| 06/05/2014 | 318 | RESPONSE in Opposition to 317 Opposed MOTION to Quash Subpoena, filed by Texas State Conference of NAACP Branches. (Attachments: # 1 Proposed Order) (Rosenberg, Ezra) (Entered: 06/05/2014) |
| 06/05/2014 | 319 | NOTICE of Appearance by Frances Whitney Deason on behalf of Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 06/05/2014) |
| 06/06/2014 | 320 | AO 435 TRANSCRIPT ORDER FORM by Elizabeth Westfall. This is to order a transcript of Telephonic Hearing held on June 6, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 6-6-14. Modified on 6/6/2014 (grogan, 2). (Entered: 06/06/2014) |
| 06/06/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 6/6/2014. Arguments heard re: 240 Mtn to Compel (Common Interest Doctrine). ORAL ORDER: Court finds the common interest doctrine applies to the communications among the plaintiffs and their counsel. Regarding the log, Court does not require that those documents set forth in the privilege logs. Parties are still conferring on 276 Mtn for Protective Order. Court signs order at 297 regarding the database. The State can still proceed regarding the issue of the federal database. State to file written motion by June 10, 2014. Responses due June 16, 2014. Briefing limit is 10 pages. Arguments heard re: 290 , 296 , 312 , 313 , 317 Mtns to Quash Subpoenas and similar cases recently filed regarding the Mtns to Quash. Parties to further confer. Parties to file a joint proposed order on Mtns to Quash. ORAL ORDER: The Court will not quash the depositions entirely. Deponents can answer; answer would be sealed and submitted to the Court for in camera. Alternatively, the deponent could choose not to answer questions; motion to compel could be filed and the Court would determine whether the privilege could be waived or compel an answer. Discussion held regarding motions to be filed. Discussion held regarding dates of depositions. Status Conference set for 6/18/2014 at 02:00 PM before Judge Nelva Gonzales Ramos Appearances:Chad Dunn, Armand Derfner, Neil Baron, Gerry Hebert, Scott Brazil, Emma Simson, Anna |

| | | |
|---|---|---|
| | | Baldwin, Daniel Freeman, Elizabeth Westfall, Ezra Rosenberg, Robert Doggett, Rolando Rios, Natasha Korgaonkar, John Scott, Reid Clay, David Whitley, Ben Donnell, Arthur D'Andrea, Whitney Deason.(Digital # 3:00-4:01)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 06/06/2014) |
| 06/06/2014 | | ORAL ORDER re: 240 Amended MOTION to Compel the Production of Documents Responsive to the Defendants' First and Second Requests for Production to the United States. Court finds the common interest doctrine applies to the communications among the plaintiffs and their counsel. Regarding the log, Court does not require that those documents set forth in the privilege logs. (Ordered by Judge Nelva Gonzales Ramos) Parties notified.(bcortez, 2) (Entered: 06/06/2014) |
| 06/06/2014 | 321 | ORDER (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 06/06/2014) |
| 06/09/2014 | 322 | TRANSCRIPT re: TELEPHONE CONFERENCE held on 6/6/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party ELIZABETH WESTFALL Release of Transcript Restriction set for 9/8/2014., filed. (thudson, ) (Entered: 06/09/2014) |
| 06/10/2014 | 323 | Notice of Filing of Official Transcript as to 322 Transcript. Party notified, filed. (dterrell, 2) (Entered: 06/10/2014) |
| 06/10/2014 | 324 | MOTION to Compel Production by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 7/1/2014. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Proposed Order)(Whitley, Gregory) (Entered: 06/10/2014) |
| 06/11/2014 | 325 | NOTICE *of Consent Proposed Order* re: Status Conference,,,,,,, by United States Of America, filed. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 06/11/2014) |
| 06/12/2014 | 326 | Letter re: limited voting 2nd ballot by Robert M Allensworth, filed.(lcayce, 2) (Entered: 06/12/2014) |
| 06/16/2014 | 327 | Unopposed MOTION to Withdraw Plaintiff-Intervenor Michelle Bessiake, by Michelle Bessiake, IMANI CLARK, Texas League of Young Voters Education Fund, filed. Motion Docket Date 7/7/2014. (Korgaonkar, Natasha) (Entered: 06/16/2014) |
| 06/16/2014 | 328 | PROPOSED ORDER re: 327 Unopposed MOTION to Withdraw Plaintiff-Intervenor Michelle Bessiake,, filed.(Korgaonkar, Natasha) (Entered: 06/16/2014) |
| 06/16/2014 | 329 | MOTION for Tania Faransso to Appear Pro Hac Vice by Texas League of Young Voters Education Fund, Texas League of Young Voters Education Fund, filed. Motion Docket Date 7/7/2014. (Shordt, Richard) (Entered: 06/16/2014) |
| 06/16/2014 | 330 | Joint RESPONSE in Opposition to 324 MOTION to Compel Production, filed by Anna Burns, IMANI CLARK, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Hidalgo County, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Belinda Ortiz, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Education Fund, Texas League of Young Voters Education Fund, Texas State Conference of NAACP Branches, Marc Veasey. (Rudd, Amy) (Entered: 06/16/2014) |
| 06/16/2014 | 331 | ORDER granting 329 Motion to Appear Pro Hac Vice. Tania C. Faransso granted leave to appear for Plaintiff-Intervenor Texas League of Young Voters, et al.(Signed by Judge |

| | | |
|---|---|---|
| | | Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 06/16/2014) |
| 06/16/2014 | [332](#) | NOTICE *Statement to Court re US Motion for Protective Order* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Wolf, Lindsey) (Entered: 06/16/2014) |
| 06/16/2014 | [333](#) | EXHIBITS re: [332](#) Notice (Other) by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Wolf, Lindsey) (Entered: 06/16/2014) |
| 06/16/2014 | [334](#) | RESPONSE in Opposition to [324](#) MOTION to Compel Production, filed by United States Of America. (Attachments: # [1](#) Exhibit A (State), # [2](#) Exhibit B (Defense), # [3](#) Exhibit C (VBA), # [4](#) Exhibit D (VHA), # [5](#) Exhibit E (SSA), # [6](#) Exhibit F (USCIS), # [7](#) Proposed Order)(Baldwin, Anna) (Entered: 06/16/2014) |
| 06/17/2014 | [335](#) | MOTION for Protective Order by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 7/8/2014. (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Proposed Order)(Scott, John) (Entered: 06/17/2014) |
| 06/17/2014 | [336](#) | MOTION for Bradley E. Heard to Appear Pro Hac Vice by United States Of America, filed. Motion Docket Date 7/8/2014. (Heard, Bradley) (Entered: 06/17/2014) |
| 06/17/2014 | [337](#) | ORDER granting [336](#) Motion for Bradley E. Heard to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, 2) (Entered: 06/17/2014) |
| 06/17/2014 | [338](#) | ORDER granting [327](#) Unopposed Motion to Withdraw Plaintiff-Intervenor Michelle Bessiake.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(vrios, 2) (Entered: 06/17/2014) |
| 06/17/2014 | [339](#) | NOTICE *of Supplemental Disclosures* by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. (Rudd, Amy) (Entered: 06/17/2014) |
| 06/17/2014 | [340](#) | NOTICE *of Consent Proposed Order* by United States Of America, filed. (Attachments: # [1](#) Proposed Order)(Freeman, Daniel) (Entered: 06/17/2014) |
| 06/18/2014 | [341](#) | ORDER denying [290](#) Motion to Quash; denying [296](#) Motion to Quash; denying [312](#) Motion to Quash; denying [313](#) Motion to Quash; denying [317](#) Motion to Quash.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(bcortez, 2) (Entered: 06/18/2014) |
| 06/18/2014 | [342](#) | NOTICE of Resetting. Parties notified. Status Conference set for 6/18/2014 at 03:00 PM before Judge Nelva Gonzales Ramos, filed. (TIME ONLY) (bcortez, 2) (Entered: 06/18/2014) |
| 06/18/2014 | [343](#) | MOTION to Compel Answers to Interrogatories by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 7/9/2014. (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3, # [4](#) Exhibit 4, # [5](#) Exhibit 5, # [6](#) Exhibit 6, # [7](#) Exhibit 7, # [8](#) Exhibit 8, # [9](#) Exhibit 9, # [10](#) Exhibit 10, # [11](#) Exhibit 11, # [12](#) Exhibit 12, # [13](#) Exhibit 13, # [14](#) Proposed Order)(Scott, John) (Entered: 06/18/2014) |
| 06/18/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 6/18/2014. Arguments heard re: [324](#) MOTION to Compel Production. ORAL ORDER: Court denies [324](#) Motion to Compel Production. Parties are still conferring on [335](#) Motion for Protection and [343](#) Motion to Compel. Arguments heard re: [276](#) Motion for Protective Order. Court takes motion under advisement. Defendants' response due within 10 days. Replies due within 5 days of Defendants' filing. Parties have taken 3 depositions this week. Parties to submit proposed order regarding documents used during depositions. US advises there is one motion to quash pending in the NDTX. Arguments heard re: Motion to Quash in 2:14cv226. Court sustains objections. Parties to submit an agreed order. Appearances:Chad Dunn, Armand Derfner, Gerry Hebert, Scott Brazil, Emma Simson, Anna Baldwin, Daniel Freeman, |

| | | |
|---|---|---|
| | | Ezra D Rosenberg, Marinda Van Dalen, Rolando Rios, Ryan Haygood, Kelly Dunbar, John Scott, Lindsey Wolf, David Whitley, Arthur DAndrea.(Digital # 3:00-4:09) (ERO:G. Rogan), filed.(bcortez, 2) (Entered: 06/18/2014) |
| 06/18/2014 | 344 | AO 435 TRANSCRIPT ORDER FORM by Elizabeth Westfall. This is to order a transcript of Status Hearing held on June 18, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 6-18-14. Modified on 6/18/2014 (grogan, 2). (Entered: 06/18/2014) |
| 06/19/2014 | 345 | TRANSCRIPT re: STATUS CONFERENCE held on 6/18/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party ELIZABETH WESTFALL Release of Transcript Restriction set for 9/17/2014., filed. (thudson, ) (Entered: 06/19/2014) |
| 06/19/2014 | 346 | NOTICE of *Consent Proposed Order* by United States Of America, filed. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 06/19/2014) |
| 06/20/2014 | 347 | Notice of Filing of Official Transcript as to 345 Transcript. Party notified, filed. (dterrell, 2) (Entered: 06/20/2014) |
| 06/20/2014 | 348 | MOTION to Quash State of Texas' Subpoenas by Kirk P Watson, Rodney Ellis, Juan Hinojosa, Jose Rodriguez, Carlos Uresti, Royce West, John Whitmire, Judith Zaffirini, filed. Motion Docket Date 7/11/2014. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(London, Alice) (Entered: 06/20/2014) |
| 06/20/2014 | 349 | NOTICE *of Rule 26 Supplemental Disclosure* by Texas League of Young Voters Education Fund, filed. (Shordt, Richard) (Entered: 06/20/2014) |
| 06/25/2014 | 350 | NOTICE *of Second Supplemental Disclosures* by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. (Cohan, Lindsey) (Entered: 06/25/2014) |
| 06/26/2014 | 351 | NOTICE *of Rule 26 Second Supplemental Disclosure* by IMANI CLARK, Texas League of Young Voters Education Fund, filed. (Shordt, Richard) (Entered: 06/26/2014) |
| 06/26/2014 | 352 | MOTION for M. Hasan Ali to Withdraw as Attorney by IMANI CLARK, Texas League of Young Voters Education Fund, filed. Motion Docket Date 7/17/2014. (Attachments: # 1 Proposed Order : Motion to Withdraw as Attorney)(Ali, M) (Entered: 06/26/2014) |
| 06/26/2014 | 353 | Letter re: ballots by Robert M Allensworth, filed.(lcayce, 2) (Entered: 06/26/2014) |
| 06/26/2014 | 354 | ORDER granting 352 Motion to Withdraw as Attorney. Attorney M Hasan Ali terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(bcortez, 2) (Entered: 06/26/2014) |
| 06/26/2014 | 355 | Opposed MOTION for Protective Order by United States Of America, filed. Motion Docket Date 7/17/2014. (Attachments: # 1 Exhibit Rule 30(b)(6) Deposition Notice to OIG, # 2 Proposed Order Granting Protective Order)(Heard, Bradley) (Entered: 06/26/2014) |
| 06/27/2014 | 356 | NOTICE *of Supplemental Disclosures* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 06/27/2014) |
| 06/27/2014 | 357 | NOTICE *of Second Amended Rule 26 Disclsoures* by Marc Veasey, filed. (Baron, Neil) (Entered: 06/27/2014) |
| 06/27/2014 | 358 | NOTICE *of Filing of the Report of Dr. Barry Burden* by United States Of America, filed. (Attachments: # 1 Exhibit Burden Report)(Freeman, Daniel) (Entered: 06/27/2014) |

| 06/27/2014 | 359 | NOTICE *of Filing of the Report of Dr. Gerald R. Webster* by United States Of America, filed. (Attachments: # 1 Exhibit Webster Report, # 2 Exhibit Appendix 1, # 3 Exhibit Appendix 2, # 4 Exhibit Appendix 3, # 5 Exhibit Appendix 4)(Freeman, Daniel) (Entered: 06/27/2014) |
| --- | --- | --- |
| 06/27/2014 | 360 | NOTICE *of Filing of the Report of Yair Ghitza* by United States Of America, filed. (Attachments: # 1 Exhibit Ghitza Report)(Freeman, Daniel) (Entered: 06/27/2014) |
| 06/27/2014 | 361 | Sealed Event, filed. (With attachments) (Entered: 06/27/2014) |
| 06/27/2014 | 362 | DESIGNATION OF EXPERT WITNESS LIST by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed.(Dunn, Chad) (Entered: 06/27/2014) |
| 06/27/2014 | 363 | NOTICE *of Filing of the Report of Randall Buck Wood* by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. (Dunn, Chad) (Entered: 06/27/2014) |
| 06/27/2014 | 364 | Sealed Event, filed. (Entered: 06/27/2014) |
| 06/27/2014 | 365 | NOTICE *of Filing of the Report of George Korbel* by Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. (Dunn, Chad) (Entered: 06/27/2014) |
| 06/27/2014 | 366 | DESIGNATION OF EXPERT WITNESS LIST by Estela Garcia Espinosa, Lionel Estrada, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, Eulalio Mendez, Jr, Belinda Ortiz, Lenard Taylor, filed. (Doggett, Robert) (Entered: 06/27/2014) |
| 06/27/2014 | 367 | Sealed Event, filed. (Entered: 06/27/2014) |
| 06/27/2014 | 368 | Sealed Event, filed. (Entered: 06/27/2014) |
| 06/27/2014 | 369 | NOTICE *of Filing of the Report of Dr. Jane Henrici* by United States Of America, filed. (Attachments: # 1 Exhibit Henrici Report)(Freeman, Daniel) (Entered: 06/27/2014) |
| 06/27/2014 | 370 | NOTICE *of Filing of the Report of Matt Barreto, PhD and Gabriel Sanchez, PhD* by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, John Mellor-Crumley, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Texas State Conference of NAACP Branches, Marc Veasey, filed. (Attachments: # 1 Appendix) (Dunn, Chad) (Entered: 06/27/2014) |
| 06/27/2014 | 371 | DESIGNATION OF EXPERT WITNESS LIST by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. (Attachments: # 1 Exhibit Dr. Chatman Expert Report)(Rosenberg, Ezra) (Entered: 06/27/2014) |
| 06/27/2014 | 372 | Sealed Event, filed. (With attachments) (Entered: 06/27/2014) |
| 06/27/2014 | 373 | DESIGNATION OF EXPERT WITNESS LIST by United States Of America, filed. (Freeman, Daniel) (Entered: 06/27/2014) |
| 06/27/2014 | 374 | Sealed Event, filed. (Entered: 06/27/2014) |
| 06/27/2014 | 375 | Sealed Event, filed. (Entered: 06/27/2014) |

| 06/27/2014 | 376 | DESIGNATION OF EXPERT WITNESS LIST by IMANI CLARK, Texas League of Young Voters Education Fund, filed. (Attachments: # 1 Exhibit Expert Report of Coleman Bazelon, # 2 Exhibit Expert Report of Orville Vernon Burton)(Haygood, Ryan) (Entered: 06/27/2014) |
|---|---|---|
| 06/30/2014 | 377 | MOTION for Leave to File Excess Pages by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 7/21/2014. (Attachments: # 1 Proposed Order) (Wolf, Lindsey) (Entered: 06/30/2014) |
| 06/30/2014 | 378 | NOTICE of Filing of the Corrected Report of Dr. Gerald C. Webster by United States Of America, filed. (Attachments: # 1 Exhibit Webster Report, # 2 Exhibit Appendix 1, # 3 Exhibit Appendix 2, # 4 Exhibit Appendix 3, # 5 Exhibit Appendix 4)(Freeman, Daniel) (Entered: 06/30/2014) |
| 06/30/2014 | 379 | NOTICE Advisory to Court by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Wolf, Lindsey) (Entered: 06/30/2014) |
| 06/30/2014 | 382 | Letter re: ballots by Robert M Allensworth, filed.(lcayce, 2) (Entered: 07/01/2014) |
| 06/30/2014 | 384 | Letter from Robert M. Allensworth re: request for copies, filed. (bcampos, 1) (Entered: 07/02/2014) |
| 07/01/2014 | 380 | ORDER Regarding Captioning. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(sscotch, 2) (Entered: 07/01/2014) |
| 07/01/2014 | 381 | ORDER granting 377 Motion for Leave to File Excess Pages.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(bcortez, 2) (Entered: 07/01/2014) |
| 07/01/2014 | 383 | Sealed Event, filed. (With attachments) (Entered: 07/01/2014) |
| 07/02/2014 | 385 | ORDER ON MOTIONS TO DISMISS. The motions to dismiss (D.E. 52, 130, and 175) are GRANTED IN PART with respect to all claims alleged by Dallas County and Hidalgo County. The motion to dismiss (D.E. 8 filed in 13-cv-348) is GRANTED IN PART with respect to the state-law claims based on the Texas Constitution. In all other respects, the motions to dismiss (D.E. 52, 116, 130, 175, and D.E. 8 in 13-cv-348) are DENIED.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(bcortez, 2) (Entered: 07/02/2014) |
| 07/02/2014 | 386 | MOTION to Quash Subpoenas by Lon Burnam, Yvonne Davis, Jessica Farrar, Helen Giddings, Roland Gutierrez, Borris Miles, Sergio Munoz, Jr., Ron Reynolds, Chris Turner, Armando Walle, filed. Motion Docket Date 7/23/2014. (Attachments: # 1 Exhibit Example Subpoena, # 2 Proposed Order)(Eccles, James) (Entered: 07/02/2014) |
| 07/02/2014 | 388 | ***This entry is a duplicate of document #385*** ORDER granting in part 52 MOTION to Dismiss, granting in part 130 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, granting in part 175 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, denying 52 MOTION to Dismiss, denying 116 MOTION to Dismiss, denying 130 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, denying 175 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, and granting in part and denying 8 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM in cause number 2:13-cv-348.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(avleal, 1) Modified on 7/3/2014 (avleal, 1). (Entered: 07/03/2014) |
| 07/03/2014 | 387 | Unopposed MOTION for Extension of Time for United States' Response to Motion for Protection on the Amended Notice of Deposition of Coby Shorter by United States Of America, filed. Motion Docket Date 7/24/2014. (Attachments: # 1 Proposed Order) (Maranzano, Jennifer) (Entered: 07/03/2014) |

| | | |
|---|---|---|
| 07/07/2014 | 389 | ORDER granting 387 Motion for Extension of Time Responses due by 7/11/2014. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, 2) (Entered: 07/07/2014) |
| 07/07/2014 | 390 | REPLY in Support of 276 MOTION for Protective Order, filed by United States Of America. (Attachments: # 1 Exhibit A (Declaration of Robert S. Berman), # 2 Exhibit B (Declaration of Richard C. Pilger))(Baldwin, Anna) (Entered: 07/07/2014) |
| 07/07/2014 | 391 | NOTICE *of Filing of the Corrected Report of Dr. Barry C. Burden* by United States Of America, filed. (Attachments: # 1 Corrected Burden Report)(Freeman, Daniel) (Entered: 07/07/2014) |
| 07/08/2014 | 392 | NOTICE *of Filing of the Corrected Report of Dr. Daniel G. Chatman* by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. (Attachments: # 1 Corrected Chatman Report)(Cohan, Lindsey) (Entered: 07/08/2014) |
| 07/09/2014 | 393 | Sealed Event, filed. (With attachments) (Entered: 07/09/2014) |
| 07/10/2014 | 394 | Unopposed MOTION for Judicial Notice by Anna Burns, Floyd Carrier, Imani Clark, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Belinda Ortiz, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Education Fund, Texas State Conference of NAACP Branches, Marc Veasey, filed. Motion Docket Date 7/31/2014. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Cohan, Lindsey) (Entered: 07/10/2014) |
| 07/10/2014 | 395 | MOTION to Compel the Office of the Attorney General of Texas to comply with a subpoena for documents and testimony by Texas League of Young Voters Education Fund, filed. Motion Docket Date 7/31/2014. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Proposed Order)(Haygood, Ryan) (Entered: 07/10/2014) |
| 07/10/2014 | 396 | ORDER granting 394 Motion of Plaintiffs and Plaintiff-Intervenors for Judicial Notice. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(sscotch, 2) (Entered: 07/10/2014) |
| 07/10/2014 | 397 | ORDER. Responses due by 7/16/2014.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(sscotch, 2) (Entered: 07/10/2014) |
| 07/11/2014 | 398 | Letter re: ballots by Robert M Allensworth, filed.(lcayce, 2) (Entered: 07/11/2014) |
| 07/11/2014 | 399 | RESPONSE in Opposition to 348 MOTION to Quash State of Texas' Subpoenas, filed by Steve McGraw, Rick Perry, State Of Texas, John Steen. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11)(Scott, John) (Entered: 07/11/2014) |
| 07/11/2014 | 400 | NOTICE *of Third Amended Rule 26(a) Disclosures* by Marc Veasey, filed. (Baron, Neil) (Entered: 07/11/2014) |
| 07/11/2014 | 401 | RESPONSE in Opposition to 335 MOTION for Protective Order, filed by United States Of America. (Attachments: # 1 Exhibit Texas Senate Journal, # 2 Exhibit Guyette Deposition Excerpt, # 3 Exhibit Ingram Deposition Excerpt, # 4 Proposed Order Denying Motion for Protection)(Heard, Bradley) (Entered: 07/11/2014) |

| 07/14/2014 | 402 | MOTION for Extension of Time to File Expert Rebuttal by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 8/4/2014. (Attachments: # 1 Proposed Order Proposed Order Granting Motion for Extension of Time)(Scott, John) (Entered: 07/14/2014) |
|---|---|---|
| 07/15/2014 | 403 | ORDER granting 306 Motion to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, 2) (Entered: 07/15/2014) |
| 07/16/2014 | 404 | Unopposed MOTION for Extension of Time File Response to TLYVEF Motion to Compel by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 8/6/2014. (Attachments: # 1 Proposed Order)(Scott, John) (Entered: 07/16/2014) |
| 07/16/2014 | 405 | NOTICE of Setting. Parties notified. Status Conference set for 7/24/2014 at 09:00 AM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 07/16/2014) |
| 07/16/2014 | 406 | ANSWER to 109 Amended Complaint/Counterclaim/Crossclaim etc., by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 07/16/2014) |
| 07/16/2014 | 407 | ANSWER to Complaint by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 07/16/2014) |
| 07/16/2014 | 408 | ANSWER to 73 Amended Complaint/Counterclaim/Crossclaim etc., by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 07/16/2014) |
| 07/16/2014 | 409 | ANSWER to 157 Amended Complaint/Counterclaim/Crossclaim etc. by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 07/16/2014) |
| 07/16/2014 | 410 | ANSWER to Complaint by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 07/16/2014) |
| 07/16/2014 | 411 | ANSWER to Complaint by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 07/16/2014) |
| 07/16/2014 | 412 | ORDER granting 404 Motion for Extension of Time Responses to ECF No 395 due by 7/17/2014.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, 2) (Entered: 07/17/2014) |
| 07/17/2014 | 413 | Unopposed MOTION to Amend 231 Scheduling Order ADI - FORM - NGR,, by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. Motion Docket Date 8/7/2014. (Attachments: # 1 Proposed Order, # 2 Exhibit A to Proposed Order)(Cohan, Lindsey) (Entered: 07/17/2014) |
| 07/17/2014 | 414 | ORDER withdrawing AS MOOT 402 Motion for Extension of Time; granting 413 Motion to Amend.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 07/17/2014) |
| 07/17/2014 | 415 | **AMENDED AT D.E. 446** . SECOND AMENDED SCHEDULING ORDER Proposed Findings of Fact and Conclusions of Law due 8/18/14. Bench Trial set for 9/2/2014 at 09:00 AM before Judge Nelva Gonzales Ramos Joinder of Parties due by 12/6/2013 Discovery due by 6/27/2014. Dispositive Motion Filing due by 8/22/2014. Joint Pretrial Order due by 8/20/2014. Final Pretrial Conference set for 8/27/2014 at 09:00 AM before Judge Nelva Gonzales Ramos(Signed by Judge Nelva Gonzales Ramos) Parties notified. (mserpa, 2) (Entered: 07/17/2014) |
| 07/17/2014 | 416 | RESPONSE in Opposition to 395 MOTION to Compel the Office of the Attorney General of Texas to comply with a subpoena for documents and testimony, filed by |

| | | Office of The Attorney General. (Scott, John) (Entered: 07/17/2014) |
|---|---|---|
| 07/17/2014 | 417 | ANSWER to Complaint by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit A)(Scott, John) (Entered: 07/17/2014) |
| 07/17/2014 | 418 | RESPONSE to 355 Opposed MOTION for Protective Order filed by Steve McGraw, Rick Perry, State Of Texas, John Steen. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Scott, John) (Entered: 07/17/2014) |
| 07/18/2014 | 419 | ANSWER to Complaint by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit A)(Scott, John) (Entered: 07/18/2014) |
| 07/18/2014 | 420 | Opposed MOTION to Compel Answers to Interrogatories by Anna Burns, Floyd Carrier, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Koby Ozias, Penny Pope, Marc Veasey, filed. Motion Docket Date 8/8/2014. (Attachments: # 1 Appendix 1, # 2 Appendix 2, # 3 Exhibit 1, # 4 Proposed Order)(Hebert, J) (Entered: 07/18/2014) |
| 07/18/2014 | 421 | ANSWER to Complaint by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit A)(Scott, John) (Entered: 07/18/2014) |
| 07/18/2014 | 422 | ANSWER to Complaint by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit A)(Scott, John) (Entered: 07/18/2014) |
| 07/18/2014 | 423 | ANSWER to Complaint by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit A)(Scott, John) (Entered: 07/18/2014) |
| 07/18/2014 | 424 | REPLY to Response to 348 MOTION to Quash Subpoenas, filed by Kirk P Watson. (Attachments: # 1 Exhibit 1)(London, Alice) (Entered: 07/18/2014) |
| 07/18/2014 | 425 | ANSWER to Complaint by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit A)(Scott, John) (Entered: 07/18/2014) |
| 07/21/2014 | 426 | NOTICE of Filing of the (Second) Corrected Report of Dr. Daniel G. Chatman by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. (Attachments: # 1 Corrected Chatman Report (Second))(Cohan, Lindsey) (Entered: 07/21/2014) |
| 07/21/2014 | 427 | RESPONSE in Opposition to 343 MOTION to Compel Answers to Interrogatories, filed by Lionel Estrada, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, Eulalio Mendez, Jr, Belinda Ortiz, Lenard Taylor. (Doggett, Robert) (Entered: 07/21/2014) |
| 07/21/2014 | 428 | Sealed Event, filed. (Entered: 07/21/2014) |
| 07/22/2014 | 429 | RESPONSE in Opposition to 343 MOTION to Compel Answers to Interrogatories, filed by Marc Veasey. (Attachments: # 1 Proposed Order 1)(Baron, Neil) (Entered: 07/22/2014) |
| 07/22/2014 | 430 | Opposed MOTION for Dallas County to Appear as Amicus Curiae by Anna Burns, Floyd Carrier, Sergio DeLeon, Jane Hamilton, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. Motion Docket Date 8/12/2014. (Attachments: # 1 Proposed Order)(Hebert, J) (Entered: 07/22/2014) |
| 07/22/2014 | 431 | NOTICE Advisory to Court by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit 1)(Scott, John) (Entered: 07/22/2014) |
| 07/23/2014 | 432 | RESPONSE to 431 Notice (Other) Advisory of Defendants, filed by Anna Burns, Floyd Carrier, Sergio DeLeon, Jane Hamilton, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey. (Hebert, J) (Entered: 07/23/2014) |

| 07/23/2014 | 433 | RESPONSE in Opposition to 386 MOTION to Quash Subpoenas, filed by Steve McGraw, Rick Perry, State Of Texas, John Steen. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Scott, John) (Entered: 07/23/2014) |
|---|---|---|
| 07/23/2014 | 434 | RETURN of Service Executed as to Debbie Newman on July 14, 2014 re: Subpoena to Testify at a Deposition in a Civil Action and Notice of Deposition, filed.(Baron, Neil) (Entered: 07/23/2014) |
| 07/23/2014 | 435 | RESPONSE to 431 Notice (Other) *Regarding Defendants' Advisory*, filed by United States Of America. (Baldwin, Anna) (Entered: 07/23/2014) |
| 07/24/2014 |  | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 7/24/2014. Arguments heard re: 276 United States Motion for Protective Order. Court makes rulings on the record. Written order to be entered. Parties have reach an agreement on 335 Motion for Protection. Motion terminated. Arguments heard re: 355 United States Motion for Protective Order. Court GRANTS 355 Motion. Parties continue to confer on 343 Defendants Motion to Compel. Court does not hear arguments or make a ruling at this time. Argument heard re: 395 Motion to Compel. Court GRANTS 395 Motion. Parties have reach an agreement on 420 Plaintiffs Motion to Compel. Motion terminated. Parties continue to confer on 431 Defendants Advisory. Court does not hear arguments or make a ruling at this time. Status conference set for July 31, 2014 at 10:00 a.m. Status Conference set for 7/31/2014 at 10:00 AM before Judge Nelva Gonzales Ramos Appearances:John Crawford. Natasha Korgaonkar, Kelly Dunbar, Chad W Dunn, Kembel Scott Brazil, J Gerald Hebert, Armand Derfner, Robert W Doggett, Marinda Van Dalen, John Barret Scott, Lindsey Elizabeth Wolf, John Reed Clay, Jr, Arthur D'Andrea, Ben Addison Donnell, Ezra D Rosenberg, Bradley E Heard, Anna Baldwin, Emma P Simson.(Digital # 8:59-10:19)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 07/24/2014) |
| 07/24/2014 | 436 | AO 435 TRANSCRIPT ORDER FORM by Elizabeth Westfall. This is to order a transcript of Hearing held on July 24, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 7-24-14. (Entered: 07/24/2014) |
| 07/24/2014 | 437 | AO 435 TRANSCRIPT ORDER FORM by John Scott. This is to order a transcript of Hearing held on July 24, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) (Entered: 07/24/2014) |
| 07/24/2014 | 438 | ORDER granting in part and denying in part 276 Motion for Protective Order.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(sscotch, 2) (Entered: 07/24/2014) |
| 07/25/2014 | 439 | TRANSCRIPT re: STATUS CONFERENCE (TELEPHONIC) held on 7/24/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 10/23/2014., filed. (thudson, ) (Entered: 07/25/2014) |
| 07/25/2014 | 440 | NOTICE of Setting. Parties notified. Discovery Hearing re: Email received from Ms. Baldwin set for 7/25/2014 at 01:30 PM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 07/25/2014) |
| 07/27/2014 | 441 | Opposed MOTION to Compel the Production of Documents Responsive to Defendants' Second and Fourth Requests for Production to the United States of America Related to Election Crimes and Voter Fraud by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 8/18/2014. (Attachments: # 1 Exhibit Defs' 2d Req, # 2 Exhibit Def's 4th Req, # 3 Exhibit June 18 Tr, # 4 Exhibit July 24 Tr, # 5 Proposed Order Proposed Order, # 6 Exhibit June 6 FBI Press Release, # 7 Exhibit Aug 20 DOJ Press Release, # 8 Exhibit US Resp to Defs' 4th Req, # 9 Exhibit Mar. 13 Ltr. Shapiro to |

| | | Whitley, # 10 Exhibit July 25 e-mail Baldwin to Clay, # 11 Exhibit Apr. 16 Tr)(Scott, John) (Entered: 07/27/2014) |
|---|---|---|
| 07/28/2014 | 442 | Notice of Filing of Official Transcript as to 439 Transcript,. Party notified, filed. (dterrell, 2) (Entered: 07/28/2014) |
| 07/28/2014 | 443 | Order of USCA; USCA No. 14-40003, Motion to expedite the appel is GRANTED, Appellant's alternative motion for stay of the US District Court proceedings pending appeal is DENIED., filed.(lrivera, 2) (Entered: 07/28/2014) |
| 07/29/2014 | 444 | NOTICE of Resetting. Parties notified. Status Conference set for 7/30/2014 at 10:00 AM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 07/29/2014) |
| 07/29/2014 | | ***Reset Hearings: Status Conference set for 7/30/2014 at 02:00 PM before Judge Nelva Gonzales Ramos (TIME ONLY)(bcortez, 2) (Entered: 07/29/2014) |
| 07/30/2014 | 445 | NOTICE of Appearance by Stephen Lyle Tatum, Jr. on behalf of Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 07/30/2014) |
| 07/30/2014 | 446 | AO 435 TRANSCRIPT ORDER FORM by Elizabeth Westfall. This is to order a transcript of Hearing held on July 30, 2014 before Judge Nelva Gonzales Ramos (orignal). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 7/30/14. (Entered: 07/30/2014) |
| 07/30/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 7/30/2014. Court does not make rulings on any pending motions. Parties continue to confer on pending motions and advisory. Response to 441 Mtn to Compel due 8/4/14 if no agreement is reached. Status Conference set for 8/6/2014 at 03:00 PM before Judge Nelva Gonzales Ramos Appearances:Chad Dunn, Armand Derfner, Neil Baron, Gerry Hebert, Scott Brazil, Emma Simson, Anna Baldwin, Bradley Heard, Ezra Rosenberg, Mark Posner, Marinda Van Dalen, Rolando Rios, Natasha Korgaonkar, John Scott, David Whitley, Ben Donnell.(Digital # 2:01-2:11) (ERO:G. Rogan), filed.(bcortez, 2) (Entered: 07/30/2014) |
| 07/31/2014 | 447 | TRANSCRIPT re: STATUS CONFERENCE held on 7/30/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party ELIZABETH WESTFALL Release of Transcript Restriction set for 10/29/2014., filed. (thudson, ) (Entered: 07/31/2014) |
| 08/01/2014 | 448 | Notice of Filing of Official Transcript as to 447 Transcript. Party notified, filed. (dterrell, 2) (Entered: 08/01/2014) |
| 08/01/2014 | 449 | NOTICE of Second Supplemental Disclosures by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 08/01/2014) |
| 08/01/2014 | 450 | Sealed Event, filed. (Entered: 08/01/2014) |
| 08/01/2014 | 451 | Sealed Event, filed. (Entered: 08/01/2014) |
| 08/01/2014 | 452 | DESIGNATION OF EXPERT WITNESS LIST by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 08/01/2014) |
| 08/04/2014 | 453 | RESPONSE in Opposition to 441 Opposed MOTION to Compel the Production of Documents Responsive to Defendants' Second and Fourth Requests for Production to the United States of America Related to Election Crimes and Voter Fraud, filed by United States Of America. (Attachments: # 1 Exhibit USA Letter to TX 08/01/2014, # 2 Exhibit USA Responses to TX RFAs, # 3 Proposed Order Denying Defendants' Motion to Compel and Granting USA Cross-Motion for Protective Order)(Heard, Bradley) (Entered: 08/04/2014) |

| 08/06/2014 | 454 | Opposed MOTION to Compel Production by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 8/27/2014. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Proposed Order)(Scott, John) (Entered: 08/06/2014) |
| --- | --- | --- |
| 08/06/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 8/6/2014. Parties continue to confer on 343 Defendant's Motion to Compel. Parties will confer further on 441 Defendant's Motion to Compel. Parties agree the documents will only be from 2004 and on. Briefing regarding 454 due by Tuesday, August 12, 2014 by noon. Court will address 348 and 386 Non party's Motions to Quash at the August 14th hearing. Parties continue to confer on 430 Dallas County's Motion for Leave. Parties continue to confer on 431 Advisory. The USA may file a Motion to Strike Defendant's Answer and Motion to Compel Request for Admissions. The Court advises parties to confer on ALL motions before they are filed. Status Conference set for 8/14/2014 at 10:30 AM before Judge Nelva Gonzales Ramos Appearances:Chad Dunn, Armand Derfner, Gerry Hebert, Scott Brazil, Emma Simson, Anna Baldwin, Bradley Heard, Ezra Rosenberg, Robert Doggett, Rolando Rios, Ryan Haygood, Kelly Dunbar, John Scott, Reid Clay, Lindsey Wolf, Ben Donnell.(Digital # 3:00-4:03)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 08/06/2014) |
| 08/06/2014 | 455 | AO 435 TRANSCRIPT ORDER FORM by Elizabeth Westfall. This is to order a transcript of Hearing held on August 6, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 8-7-14. (Entered: 08/07/2014) |
| 08/07/2014 | 456 | Opposed MOTION to Strike 417 Answer to Complaint, 407 Answer to Complaint by United States Of America, filed. Motion Docket Date 8/28/2014. (Attachments: # 1 Proposed Order Granting Motion to Strike)(Heard, Bradley) (Entered: 08/07/2014) |
| 08/08/2014 | 457 | TRANSCRIPT re: STATUS CONFERENCE held on 8/6/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party ELIZABETH WESTFALL Release of Transcript Restriction set for 11/6/2014., filed. (thudson, ) (Entered: 08/08/2014) |
| 08/08/2014 | 458 | Unopposed MOTION withdraw Lydia Lara as Plaintiff by Belinda Ortiz, filed. Motion Docket Date 8/29/2014. (Attachments: # 1 Proposed Order)(Van Dalen, Marinda) (Entered: 08/08/2014) |
| 08/08/2014 | 459 | Opposed MOTION for Entry of Order re: Deeming Defendants' Respones to USA's RFAs Admitted by United States Of America, filed. Motion Docket Date 8/29/2014. (Attachments: # 1 Exhibit USA's Corr 2nd RFAs to Defs, # 2 Exhibit Ex A to RFAs, # 3 Exhibit Ex B to RFAs, # 4 Exhibit Ex C to RFAs, # 5 Exhibit Ex D to RFAs, # 6 Exhibit Ex E to RFAs, # 7 Exhibit Defs' Resp to USA's Corr 2nd RFAs, # 8 Exhibit Complaint - TX v USA (DDC), # 9 Exhibit Joshua Zahn Depo Excerpts, # 10 Proposed Order Granting USA's Motion)(Heard, Bradley) (Entered: 08/08/2014) |
| 08/08/2014 | 461 | ORDER Granting 458 Motion To Dismiss Plaintiff Lydia Lara With Prejudice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(gchavez, 2) (Entered: 08/11/2014) |
| 08/11/2014 | 460 | Notice of Filing of Official Transcript as to 457 Transcript. Party notified, filed. (lcayce, 2) (Entered: 08/11/2014) |
| 08/11/2014 | 462 | Opposed MOTION to Strike 422 Answer to Complaint, 419 Answer to Complaint, 423 Answer to Complaint, 421 Answer to Complaint, 425 Answer to Complaint by Anna Burns, Floyd Carrier, Imani Clark, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, La Union Del Pueblo Entero, Inc., Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor- |

| | | Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Belinda Ortiz, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Education Fund, Texas State Conference of NAACP Branches, Marc Veasey, filed. Motion Docket Date 9/2/2014. (Attachments: # 1 Proposed Order)(Cohan, Lindsey) (Entered: 08/11/2014) |
|---|---|---|
| 08/11/2014 | 463 | Sealed Event, filed. (Entered: 08/11/2014) |
| 08/11/2014 | 464 | Letters re: voting by Robert M Allensworth, filed.(lcayce, 2) (Entered: 08/11/2014) |
| 08/11/2014 | 465 | Unopposed MOTION to Amend 415 Scheduling Order ADI - FORM - NGR,, by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. Motion Docket Date 9/2/2014. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order)(Cohan, Lindsey) (Entered: 08/11/2014) |
| 08/11/2014 | 466 | THIRD AMENDED SCHEDULING ORDER Proposed Findings of Fact and Conclusions of Law due August 22, 2014. **Bench Trial set for 9/2/2014 at 09:00 AM** before Judge Nelva Gonzales Ramos Pltf Expert Reply Reports due by 8/11/2014. Expert Witness Discovery due by 8/24/2014. Dispositive Motion Filing due by 8/22/2014. Responses to Dispositve Motions due by 8/29/2014. Joint Pretrial Order due by 8/22/2014. Final Pretrial Conference set for 8/27/2014 at 09:00 AM before Judge Nelva Gonzales Ramos. Designations of Transcripts are due by 8/22/2014. Objection to Designations and Counter-Designations are due by 8/27/2014. Objections to Counter-Designations are due by 9/2/2014. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(bcortez, 2) (Entered: 08/11/2014) |
| 08/12/2014 | 467 | Joint RESPONSE in Opposition to 454 Opposed MOTION to Compel Production, filed by Anna Burns, Floyd Carrier, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Texas State Conference of NAACP Branches, Marc Veasey. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Proposed Order)(Cohan, Lindsey) (Entered: 08/12/2014) |
| 08/12/2014 | 468 | RESPONSE in Opposition to 454 Opposed MOTION to Compel Production, filed by United States Of America. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Baldwin, Anna) (Entered: 08/12/2014) |
| 08/13/2014 | 469 | Opposed MOTION for Production of Documents by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 9/3/2014. (Attachments: # 1 Exhibit 1a, # 2 Exhibit 1b, # 3 Exhibit 1.2, # 4 Exhibit 1.3, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Proposed Order)(Scott, John) (Entered: 08/13/2014) |
| 08/14/2014 | 470 | REDACTED EXHIBIT #4 re: 469 Opposed MOTION for Production of Documents by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) Modified on 8/14/2014 (lrivera, 2). (Entered: 08/14/2014) |
| 08/14/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 8/14/2014. The parties have reached an agreement on the 348 Non-Party Senator's Motion to Quash. Motion terminated. The Court will set a hearing on 386 Non-Party State Representatives. Parties to further confer on 441 Defendants Motion to Compel regarding the documents that were requested regarding election crimes and voter fraud. US to review at summary provided by Defendants. Parties to further confer on 469 Defendants Motion to Compel. Hearing set for 8/15/2014 at 8:30 a.m. Responses to 456 United States Motion to Strike, 462 Joint Motion to Strike, 459 United States Motion to Determine due 8/22/2014. The Court will hear these motions at |

| | | |
|---|---|---|
| | | the FPTC on 8/27/14. Arguments heard on 454 Defendants Motion to Compel. Rulings made on the record. Motion Hearing set for 8/15/2014 at 08:30 AM before Judge Nelva Gonzales Ramos Appearances:Chad Dunn, Armand Derfner, Gerry Hebert, Scott Brazil, Emma Simson, Anna Baldwin, Bradley Heard, Ezra Rosenberg, Marinda Van Dalen, Kelly Dunbar, Danielle Conley, John Scott, Lindsey Wolf, Ben Donnell, Stephen Tatum, David Talbot.(Digital # 10:28-11:29)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 08/14/2014) |
| 08/14/2014 | 471 | MOTION for Sonia Gill to Withdraw as Attorney by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. Motion Docket Date 9/4/2014. (Attachments: # 1 Proposed Order)(Cohan, Lindsey) (Entered: 08/14/2014) |
| 08/15/2014 | | ***Per Ms. Wolf, hearing set at 8:30am on 8/15/14 can be cancelled. (re: D.E. 469), filed. (bcortez, 2) (Entered: 08/15/2014) |
| 08/15/2014 | 472 | ORDER granting 471 Motion to Withdraw as Attorney. Attorney Sonia Kaur Gill terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lrivera, 2) (Entered: 08/15/2014) |
| 08/15/2014 | 473 | Sealed Event, filed. (Entered: 08/15/2014) |
| 08/15/2014 | 474 | AO 435 TRANSCRIPT ORDER FORM by John Scott. This is to order a transcript of Hearing held on August 14, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 8-15-14. (Entered: 08/15/2014) |
| 08/15/2014 | 475 | Sealed Event, filed. (Entered: 08/15/2014) |
| 08/15/2014 | 476 | Sealed Event, filed. (Entered: 08/15/2014) |
| 08/15/2014 | 477 | Sealed Event, filed. (With attachments) (Entered: 08/15/2014) |
| 08/15/2014 | 478 | Expert Report of Dr. Barry Burden by United States Of America, filed. (Attachments: # 1 Exhibit (Supplemental Expert Report))(Baldwin, Anna) (Entered: 08/15/2014) |
| 08/15/2014 | 479 | Expert Report of Dr. Gerald Webster by United States Of America, filed. (Attachments: # 1 Exhibit (Supplemental Expert Report), # 2 Appendix 1, # 3 Appendix 2, # 4 Appendix 3, # 5 Appendix 4)(Baldwin, Anna) (Entered: 08/15/2014) |
| 08/15/2014 | 480 | Sealed Event, filed. (With attachments) (Entered: 08/15/2014) |
| 08/15/2014 | 481 | Sealed Event, filed. (With attachments) (Entered: 08/15/2014) |
| 08/18/2014 | 482 | TRANSCRIPT re: STATUS CONFERENCE held on 8/14/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 11/17/2014., filed. (thudson, ) (Entered: 08/18/2014) |
| 08/18/2014 | 483 | Expert Report of Matt Barreto, PhD and Gabriel Sanchez, PhD by Anna Burns, Floyd Carrier, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Texas State Conference of NAACP Branches, Marc Veasey, filed.(Dunn, Chad) (Entered: 08/18/2014) |
| 08/18/2014 | 484 | ADVISORY by United States Of America, filed. (Attachments: # 1 Exhibit U.S. Ltr. to Tex (Aug. 14, 2014), # 2 Errata Tex. Email to U.S. (Aug. 14, 2014), # 3 Errata U.S. Ltr. to Tex. (Aug. 15, 2014))(Heard, Bradley) (Entered: 08/18/2014) |

| 08/19/2014 | 485 | Notice of Filing of Official Transcript as to 482 Transcript. Party notified, filed. (dterrell, 2) (Entered: 08/19/2014) |
|---|---|---|
| 08/19/2014 | 486 | NOTICE of Setting as to 441 Opposed MOTION to Compel the Production of Documents Responsive to Defendants' Second and Fourth Requests for Production to the United States of America Related to Election Crimes and Voter Fraud. Parties notified. Motion Hearing set for 8/21/2014 at 09:30 AM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 08/19/2014) |
| 08/19/2014 | | ***Court will hear arguments on D.E. 386 at August 21, 2014 hearing if parties are unable to reach an agreement., filed. (bcortez, 2) (Entered: 08/19/2014) |
| 08/20/2014 | 487 | ADVISORY by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Scott, John) (Entered: 08/20/2014) |
| 08/21/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. MOTION HEARING held on 8/21/2014. Arguments heard re: 441 Opposed MOTION to Compel the Production of Documents Responsive to Defendants' Second and Fourth Requests for Production to the United States of America Related to Election Crimes and Voter Fraud. ORAL ORDER: Court GRANTS 441 Motion to Compel only as to what has already been produced by the Government regarding this issue and as to what the Government has further agreed to produce. Court DENIES the reminder of that motion. The Court finds that the Defendants request as it now stands before the Court, after parties have conferred and agreed on some matters, unduly burdensome regarding the search required in relation to the type or nature of information being requested at this time. Denial of motion moots the Governments motion for protective order. Parties may submit exhibits on CDs. Parties to submit excerpts of deposition transcripts only. Appearances:Chad Dunn, Bradley Heard, Ezra Rosenberg, Marinda Van Dalen, Rolando Rios, Natasha Korgaonkar, Deuel Ross, Kelly Dunbar, Lindsey Wolf, David Whitley, Ben Donnell.(Digital # 9:30-9:45)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 08/21/2014) |
| 08/21/2014 | 488 | AO 435 TRANSCRIPT ORDER FORM by John Scott. This is to order a transcript of Hearing held on August 21, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 8-21-14. (Entered: 08/21/2014) |
| 08/22/2014 | 489 | TRANSCRIPT re: MOTION HEARING held on 8/21/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 11/20/2014., filed. (thudson, ) (Entered: 08/22/2014) |
| 08/22/2014 | 490 | Opposed MOTION to Compel Production by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 9/12/2014. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Proposed Order)(Scott, John) (Entered: 08/22/2014) |
| 08/22/2014 | 491 | MOTION In Limine *to Admit Prior Deposition and Trial Testimony* by United States Of America, filed. Motion Docket Date 9/12/2014. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Proposed Order)(Freeman, Daniel) (Entered: 08/22/2014) |
| 08/22/2014 | 492 | MOTION In Limine *to Admit Declarations of County Officials* by United States Of America, filed. Motion Docket Date 9/12/2014. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Proposed Order)(Freeman, Daniel) (Entered: 08/22/2014) |

| 08/22/2014 | 493 | Unopposed MOTION Withdraw Plaintiff-Intervenor AC Cuellar by Texas Association of Hispanic County Judges and County Commissioners, filed. Motion Docket Date 9/12/2014. (Attachments: # 1 Proposed Order)(Rios, Rolando) (Entered: 08/22/2014) |
| --- | --- | --- |
| 08/22/2014 | 494 | Unopposed MOTION Motion to withdraw Plaintiff Intervenor Hector Palaciis by Texas Association of Hispanic County Judges and County Commissioners, filed. Motion Docket Date 9/12/2014. (Attachments: # 1 Proposed Order)(Rios, Rolando) (Entered: 08/22/2014) |
| 08/22/2014 | 495 | Unopposed MOTION by Texas Association of Hispanic County Judges and County Commissioners, filed. Motion Docket Date 9/12/2014. (Attachments: # 1 Proposed Order)(Rios, Rolando) (Entered: 08/22/2014) |
| 08/22/2014 | 496 | Unopposed MOTION by Texas Association of Hispanic County Judges and County Commissioners, filed. Motion Docket Date 9/12/2014. (Attachments: # 1 Proposed Order)(Rios, Rolando) (Entered: 08/22/2014) |
| 08/22/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. MOTION HEARING held on 8/22/2014. Arguments heard re: 490 Opposed MOTION to Compel Production. Court GRANTS 490 Opposed MOTION to Compel Production. Appearances:Chad Dunn, Elizabeth Westfall, Bradley Heard, Ezra Rosenberg, Marinda Van Dalen, Natasha Korgaonkar, Lynn Eisenberg, Lindsey Wolf, David Whitley.(Digital # 2:14-2:27)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 08/22/2014) |
| 08/22/2014 | 497 | ORDER Granting 494 Unopposed Motion To Withdraw Plaintiff-Intervenor Hector Palacios With Prejudice.(Signed by Judge Nelva Gonzales Ramos) Parties notified. (gchavez, 2) (Entered: 08/22/2014) |
| 08/22/2014 | 498 | ORDER granting 496 Motion to Withdraw Plaintiff-Intervenor Joseph Palacios.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, 2) (Entered: 08/22/2014) |
| 08/22/2014 | 499 | ORDER granting 495 Motion to Withdraw Plaintiff-Intervenor Jose Flores.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, 2) (Entered: 08/22/2014) |
| 08/22/2014 | 500 | RESPONSE to 456 Opposed MOTION to Strike 417 Answer to Complaint, 407 Answer to Complaint filed by Steve McGraw, Rick Perry, State Of Texas, John Steen. (Attachments: # 1 Proposed Order)(Scott, John) (Entered: 08/22/2014) |
| 08/22/2014 | 501 | ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW PLAINTIFF-INTERVENOR A.C. CUELLAR granting 493 Motion.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 08/22/2014) |
| 08/22/2014 | 502 | Opposed RESPONSE in Opposition to 459 Opposed MOTION for Entry of Order re: Deeming Defendants' Responses to USA's RFAs Admitted, filed by Steve McGraw, Rick Perry, State Of Texas, John Steen. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2.1, # 3 Exhibit 2.2, # 4 Exhibit 2.3, # 5 Exhibit 2.4, # 6 Exhibit 2.5, # 7 Exhibit 2.6, # 8 Exhibit 2.7, # 9 Exhibit 2.8, # 10 Exhibit 2.9, # 11 Exhibit 2.10, # 12 Exhibit 2.11, # 13 Exhibit 2.12, # 14 Exhibit 2.13, # 15 Exhibit 2.14, # 16 Exhibit 2.15, # 17 Exhibit 2.16, # 18 Exhibit 2.17, # 19 Exhibit 2.18, # 20 Exhibit 2.19, # 21 Exhibit 2.20, # 22 Exhibit 3, # 23 Exhibit 4)(Scott, John) (Entered: 08/22/2014) |
| 08/22/2014 | 503 | Sealed Event, filed. (With attachments) (Entered: 08/22/2014) |
| 08/22/2014 | 504 | Proposed Findings of Fact/Conclusions of Law by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 08/22/2014) |
| 08/22/2014 | 505 | Joint Proposed Pretrial Order by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit Plaintiffs' Exhibit List, # 2 Exhibit Defendants' Exhibit |

| | | List, # 3 Exhibit Plaintiffs' Witness List, # 4 Exhibit Defendants' Witness List)(Scott, John) (Entered: 08/22/2014) |
|---|---|---|
| 08/22/2014 | 506 | Sealed Event, filed. (Entered: 08/22/2014) |
| 08/25/2014 | 507 | Notice of Filing of Official Transcript as to 489 Transcript. Party notified, filed. (dterrell, 2) (Entered: 08/25/2014) |
| 08/26/2014 | 508 | ORDER granting in part 459 Motion for Entry of Order. The parties are ORDERED to confer re: the request for admission and to identify for the Court on or before 8/29/14 at 12:00 noon those that remain subject to genuine dispute. The remainder of the motion (D.E. 459) is taken UNDER ADVISEMENT pending the parties' report of matters remaining in dispute. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, 2) (Entered: 08/26/2014) |
| 08/26/2014 | 509 | REPLY in Support of 456 Opposed MOTION to Strike 417 Answer to Complaint, 407 Answer to Complaint , filed by United States Of America. (Heard, Bradley) (Entered: 08/26/2014) |
| 08/26/2014 | 510 | RESPONSE in Opposition to 503 Sealed Event, filed by Third Party Legislators. (D'Andrea, Arthur) (Entered: 08/26/2014) |
| 08/27/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. FINAL PRETRIAL CONFERENCE held on 8/27/2014. Arguments heard on pending motions. Court GRANTS 491 MOTION In Limine *to Admit Prior Deposition and Trial Testimony* in its entirety. Court GRANTS 492 MOTION In Limine *to Admit Declarations of County Officials*, excluding Segura. Court DENIES 456 Opposed MOTION to Strike 417 Answer to Complaint, 407 Answer to Complaint ,. Court DENIES 462 Opposed MOTION to Strike 422 Answer to Complaint, 419 Answer to Complaint, 423 Answer to Complaint, 421 Answer to Complaint, 425 Answer to Complaint . Court entered an Order on 459 Motion to Determine. Parties to further confer. Parties to further confer on 503 Motion to Unseal. Hearing set for 8/28/2014 at 1:30 p.m. Each side will have 40 hours to present their evidence. Court will be in session 8 hours per day (8:00-12:00, 1:00-6:00). One hour total for opening statements. Three hours total for closing arguments. Objections to witnesses/exhibits due 8/29/2014. Court will reconvene at 1:30pm today to address the State's use of various members' documents at trial. Appearances:Whitney Deason. Rolando L Rios, Ryan Haygood, Natasha Korgaonkar, Danielle Conley, Kelly Dunbar, James B Eccles, Chad W Dunn, J Gerald Hebert, Armand Derfner, Alice London, Robert W Doggett, Marinda Van Dalen, John Barret Scott, Lindsey Elizabeth Wolf, Stephen Lyle Tatum, Jr, John Reed Clay, Jr, Arthur D'Andrea, Jennifer Marie Roscetti, Ben Addison Donnell, Amy Lynne Rudd, Ezra D Rosenberg, Myrna Perez, Mark A Posner, Bradley E Heard, Elizabeth S Westfall, Anna Baldwin, Richard Dellheim, Daniel J Freeman.(Digital # 9:01-10:22) (ERO:G. Rogan), filed.(bcortez, 2) (Entered: 08/27/2014) |
| 08/27/2014 | | ***Set Hearings: Motion Hearing re 503 Motion to Unseal set for 8/28/2014 at 01:30 PM before Judge Nelva Gonzales Ramos (bcortez, 2) (Entered: 08/27/2014) |
| 08/27/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 8/27/2014. Discussion held regarding Defendants use of various members' documents at trial. Rulings and agreements made on the record. Parties to further confer. Status Conference set for 8/28/2014 at 10:00 AM before Judge Nelva Gonzales Ramos Appearances:Chad Dunn, Gerry Hebert, John Scott, Alice London.(Digital # 2:02-2:47)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 08/27/2014) |
| 08/28/2014 | 511 | NOTICE *Transcript Order Form for August 27, 2014 Status Conference* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: |

| | | |
|---|---|---|
| | | 08/28/2014) |
| 08/28/2014 | 512 | NOTICE *Transcript Order Form for August 27, 2014 Pre-Trial Conference* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 08/28/2014) |
| 08/28/2014 | 513 | NOTICE re: 503 Sealed Event by United States Of America, filed. (Attachments: # 1 Exhibit 1)(Freeman, Daniel) (Entered: 08/28/2014) |
| 08/28/2014 | 514 | NOTICE *(Amended)* re: 503 Sealed Event by United States Of America, filed. (Attachments: # 1 Exhibit 1)(Freeman, Daniel) (Entered: 08/28/2014) |
| 08/28/2014 | 515 | AO 435 TRANSCRIPT ORDER FORM by John B. Scott. This is to order a transcript of Pre-Trial Conference held on August 27, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 8-28-14. (Entered: 08/28/2014) |
| 08/28/2014 | 516 | AO 435 TRANSCRIPT ORDER FORM by John Scott. This is to order a transcript of Status Conference held on August 27, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 8-28-14. (Entered: 08/28/2014) |
| 08/28/2014 | 517 | AO 435 TRANSCRIPT ORDER FORM by John Scott. This is to order a transcript of Status Conference held on August 28, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 8-28-14. (Entered: 08/28/2014) |
| 08/28/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 8/28/2014. Arguments heard re: Defendants use of various members' documents at trial. Rulings made on the record. Appearances:Chad Dunn, Gerry Hebert, Daniel Freeman, Elizabeth Westfall, Ezra Rosenberg, Marinda Van Dalen, Kelly Dunbar, Danielle Conley, John Scott, Jennifer Roscetti, Reid Clay, Ben Donnell, Stephen Tatum, Alice London.(Digital # 10:00-10:44)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 08/28/2014) |
| 08/28/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. MOTION HEARING held on 8/28/2014. Parties to further confer on 503 Sealed Event. Motion Hearing set for 8/29/2014 at 08:00 AM before Judge Nelva Gonzales Ramos Appearances:Chad Dunn, Gerry Hebert, Emma Simson, Daniel Freeman, Ezra Rosenberg, Marinda Van Dalen, Ryan Haygood, Natasha Korgaonkar, Kelly Dunbar, Danielle Conley, Ronnie Keister, Ben Donnell, Arthur D'Andrea.(Digital # 1:28-1:50) (ERO:G. Rogan), filed.(bcortez, 2) (Entered: 08/28/2014) |
| 08/28/2014 | | *** Non-Party Senators' Exhibit 1-4 admitted for Status Conference., filed. (bcortez, 2) (Entered: 08/28/2014) |
| 08/28/2014 | 518 | Exhibit List of: Non-Party Senators filed by Alice London, filed.(sscotch, 2) (Additional attachment(s) added on 11/4/2014: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (sscotch, 2). Modified on 11/4/2014 (sscotch, 2). (Entered: 08/28/2014) |
| 08/28/2014 | 519 | AO 435 TRANSCRIPT ORDER FORM by John B. Scott. This is to order a transcript of Motion Hearing held on August 28, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 8-28-14. (Entered: 08/28/2014) |
| 08/28/2014 | 520 | NOTICE *of Stipulations* re: 503 Sealed Event by United States Of America, filed. (Freeman, Daniel) (Entered: 08/28/2014) |
| 08/29/2014 | 521 | Expert Report of Coleman Bazelon by Texas League of Young Voters Education Fund, |

| | | |
|---|---|---|
| | | filed. (Attachments: # 1 Exhibit A, Amended Report)(Haygood, Ryan) (Entered: 08/29/2014) |
| 08/29/2014 | 522 | TRANSCRIPT re: PRETRIAL CONFERENCE held on 08/27/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 11/28/2014., filed. (gwintrow, ) (Entered: 08/29/2014) |
| 08/29/2014 | 523 | TRANSCRIPT re: STATUS CONFERENCE held on 08/27/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 11/28/2014., filed. (gwintrow, ) (Entered: 08/29/2014) |
| 08/29/2014 | 524 | EXHIBITS by Anna Burns, Floyd Carrier, Sergio DeLeon, Jane Hamilton, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. (Attachments: # 1 Exhibit B to Cornish Report, # 2 Exhibit C to Cornish Report, # 3 Appendix 2 to Korbel Report, # 4 Appendix 3A to Korbel Report, # 5 Appendix 3B to Korbel Report, # 6 Appendix 3C to Korbel Report, # 7 Appendix 3D to Korbel Report, # 8 Appendix 3E to Korbel Report, # 9 Appendix 3F to Korbel Report, # 10 Appendix 4 to Korbel Report)(Hebert, J) (Entered: 08/29/2014) |
| 08/29/2014 | 525 | TRANSCRIPT re: STATUS CONFERENCE held on 08/28/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 11/28/2014., filed. (gwintrow, ) (Entered: 08/29/2014) |
| 08/29/2014 | 526 | TRANSCRIPT re: MOTION HEARING held on 08/28/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 11/28/2014., filed. (gwintrow, ) (Entered: 08/29/2014) |
| 08/29/2014 | 527 | MOTION for Josh Bone to Appear Pro Hac Vice by Anna Burns, Floyd Carrier, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. Motion Docket Date 9/19/2014. (Hebert, J) (Entered: 08/29/2014) |
| 08/29/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 8/29/2014. Arguments heard re: 459 United States' Motion to Determine. Court DENIES Government's Motion from 1-743. Appearances:Chad Dunn, Gerry Hebert, Emma Simson, Anna Baldwin, Daniel Freeman, Ezra Rosenberg, Robert Doggett, Kelly Dunbar, Danielle Conley, Lindsey Wolf, Ronnie Keister, Ben Donnell, Arthur D'Andrea.(Digital # 8:31-8:48)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 08/29/2014) |
| 08/29/2014 | 528 | AO 435 TRANSCRIPT ORDER FORM by John B. Scott. This is to order a transcript of Status Conference held on August 29, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 8-29-14. (Entered: 08/29/2014) |
| 08/29/2014 | 529 | AO 435 TRANSCRIPT ORDER FORM by Elizabeth Westfall. This is to order a transcript of Trial held on September 2, 2014 to September 19, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) (Entered: 08/29/2014) |
| 08/29/2014 | 530 | AO 435 TRANSCRIPT ORDER FORM by Lynn Eisenberg. This is to order a transcript of Trial held on September 2, 2014 to September 19, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) (Entered: 08/29/2014) |

| | | |
|---|---|---|
| 08/29/2014 | 531 | AO 435 TRANSCRIPT ORDER FORM by John B. Scott. This is to order a transcript of Entire trial held on September 2, 2014 to September 15, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) (Entered: 08/29/2014) |
| 08/29/2014 | 532 | AO 435 TRANSCRIPT ORDER FORM by Michelle Hart Yeary. This is to order a transcript of Trial held on September 2, 2014 to September 19, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) (Entered: 08/29/2014) |
| 08/29/2014 | 533 | AO 435 TRANSCRIPT ORDER FORM by J. Gerald Hebert. This is to order a transcript of Trial held on September 2, 2014 to September 19, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) (Entered: 08/29/2014) |
| 08/29/2014 | 534 | ORDER Granting 527 Motion For Attorney Joshua Bone To Appear Pro Hac Vice. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(gchavez, 2) (Entered: 08/29/2014) |
| 08/29/2014 | 535 | NOTICE of Service of Defendants' Supplemental Exhibit List by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 08/29/2014) |
| 08/29/2014 | 536 | ORDER. It is ORDERED that the USM pay for the transportation and lodging expenses associated with all witnesses subpoenaed by the U.S. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, 2) (Entered: 08/29/2014) |
| 08/29/2014 | 537 | Exhibit List by Anna Burns, Floyd Carrier, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, La Union Del Pueblo Entero, Inc., Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Belinda Ortiz, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas State Conference of NAACP Branches, United States Of America, Marc Veasey, filed. (Attachments: # 1 Plaintiffs and Plaintiff-Intervenors' Exhibit List)(Rosenberg, Ezra) (Entered: 08/29/2014) |
| 08/29/2014 | 538 | *Plaintiffs and Plaintiff-Intervenors' Objections to Defendants' Exhbits* by Anna Burns, Floyd Carrier, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Belinda Ortiz, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas State Conference of NAACP Branches, United States Of America, Marc Veasey, filed. (Attachments: # 1 Exhibit Plaintiffs and Plaintiff-Intervenors' Objections to Defendants' Exhibits)(Rosenberg, Ezra) (Entered: 08/29/2014) |
| 08/29/2014 | 539 | *Plaintiffs and Plaintiff-Intervenors' Notice of Deposition Designations* by Anna Burns, Floyd Carrier, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Ron Reynolds, Lenard Taylor, Texas State Conference of NAACP Branches, United States Of America, Marc Veasey, filed. (Attachments: # 1 Exhibit Veasey v. Perry - Deposition Designations, # 2 Exhibit Texas v. Holder - Deposition Designations, # 3 Exhibit Texas v. Holder - Trial Testimony Designations)(Rosenberg, Ezra) (Entered: 08/29/2014) |

| 08/29/2014 | 540 | NOTICE *of Defendants' Objections to Plaintiffs' and Plaintiff-Intervenors Exhibit List* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Scott, John) (Entered: 08/29/2014) |
|---|---|---|
| 08/29/2014 | 541 | NOTICE *Deposition Designations* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Scott, John) (Entered: 08/29/2014) |
| 08/30/2014 | 542 | NOTICE *Corrected Exhibit 1 to Defendants' Objection to Plaintiffs and Plaintiff-Intervenor's Joint Exhibit List* re: 540 Notice (Other) by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 08/30/2014) |
| 08/31/2014 | 543 | NOTICE *Service Second Supplemental Exhibit List* re: 535 Notice (Other) by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 08/31/2014) |
| 09/01/2014 | 544 | STIPULATION re: Plaintiff-Intervenor Imani Clark by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 09/01/2014) |
| 09/01/2014 | 545 | STIPULATION re: TLYVEF by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 09/01/2014) |
| 09/01/2014 | 546 | Opposed MOTION to Compel Deposition of Lenard Taylor by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 9/22/2014. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Proposed Order)(Whitley, Gregory) (Entered: 09/01/2014) |
| 09/01/2014 | 547 | STIPULATION re: The League of United Latin American Citizens by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 09/01/2014) |
| 09/01/2014 | 548 | STIPULATION re: Floyd Carrier by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 09/01/2014) |
| 09/01/2014 | 549 | STIPULATION re: Gordon Benjamin by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 09/01/2014) |
| 09/01/2014 | 550 | STIPULATION re: LUPE by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 09/01/2014) |
| 09/02/2014 | 551 | NOTICE *of Third Supplemental Exhibit List* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 09/02/2014) |
| 09/02/2014 | 552 | TRANSCRIPT re: MOTION HEARING held on 8/29/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 12/1/2014., filed. (thudson, ) (Entered: 09/02/2014) |
| 09/02/2014 | 553 | Notice of Filing of Official Transcript as to 525 Transcript, 523 Transcript, 522 Transcript, 526 Transcript. Party notified, filed. (dterrell, 2) (Entered: 09/02/2014) |
| 09/02/2014 | 554 | Unopposed MOTION withdraw Belinda Ortiz as Plaintiff by Belinda Ortiz, filed. Motion Docket Date 9/23/2014. (Attachments: # 1 Proposed Order)(Van Dalen, Marinda) (Entered: 09/02/2014) |
| 09/02/2014 | 555 | ORDER granting 554 Unopposed Motion to Withdraw Plaintiff Belinda Ortiz.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(sscotch, 2) (Entered: 09/02/2014) |
| 09/02/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. FIRST day of BENCH TRIAL held on 9/2/2014. Arguments heard re: 546 Mtn to Compel. Court GRANTS 546 Mtn to Compel. Deposition may not exceed one hour. All exhibits NOT |

| | | |
|---|---|---|
| | | objected to admitted. Opening statements. Witnesses: Sammi Bates (depo), Calvin Carrier, Floyd Carrier, Trey Martinez Fischer, Stephen Ansolahehere, Marc Veasey, Elizabeth Gholar (depo), Linda Lydia (depo), Martin Golando (depo). Appearances:Chad Dunn, Armand Derfner, Neil Baron, Gerry Hebert, Scott Brazil, Emma Simson, Anna Baldwin, Elizabeth Westfall, Richard Dellheim, Bruce Gear, Ezra Rosenberg, Mark Posner, Amy Rudd, Jose Garza, Robert Doggett, Marinda Van Dalen, Rolando Rios, Ryan Haygood, Natasha Korgaonkar, Kelly Dunbar, Danielle Conley, John Scott, Jennifer Roscetti, Reed Clay, Lindsey Wolf, Ronnie Keister, David Whitley, Ben Donnell, Whitney Deason, Stephen Tatum, Arthur DAndrea.(Digital # 7:58-9:43, 9:58-12:11, 1:09-4:15, 4:28-6:15)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 09/02/2014) |
| 09/02/2014 | 556 | TRANSCRIPT re: MOTION HEARING held on 9/2/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 12/1/2014., filed. (thudson, ) (Entered: 09/02/2014) |
| 09/02/2014 | 624 | Plaintiff and Plaintiff-Intervenors' Exhibit List by Marc Veasey et al., filed.(bcortez, 2) (Entered: 10/09/2014) |
| 09/02/2014 | 625 | Defendants' Exhibit List by State Of Texas et al., filed.(bcortez, 2) (Entered: 10/09/2014) |
| 09/02/2014 | 626 | Defendants' Witness List by State Of Texas et al., filed.(bcortez, 2) (Entered: 10/09/2014) |
| 09/02/2014 | 627 | Plaintiff and Plaintiff-Intervenors' Witness List by Marc Veasey et al., filed.(bcortez, 2) (Entered: 10/09/2014) |
| 09/03/2014 | 557 | STIPULATION re: Estela Garcia Espinoza by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 09/03/2014) |
| 09/03/2014 | 558 | STIPULATION re: Eulalio Mendez, Jr. by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 09/03/2014) |
| 09/03/2014 | 559 | Notice of Filing of Official Transcript as to 556 Transcript, 552 Transcript. Party notified, filed. (dterrell, 2) (Entered: 09/03/2014) |
| 09/03/2014 | 560 | STIPULATION re: Estela Garcia Espinoza by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 09/03/2014) |
| 09/03/2014 | 561 | TRANSCRIPT re: BENCH TRIAL - DAY 1 held on 9/2/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 12/2/2014., filed. (thudson, ) (Entered: 09/03/2014) |
| 09/03/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. SECOND day of BENCH TRIAL held on 9/3/2014. Witnesses: Michael C. Herron, Eulalio Mendez, Ramona Bingham (depo), Kristina Mora, Yair Ghitza, Randall Buck Wood, Blake Green, Dawn White, Gordon Benjamin, Phyllis Washington (depo). Appearances:Chad Dunn, Armand Derfner, Neil Baron, Gerry Hebert, Scott Brazil, Emma Simson, Anna Baldwin, Elizabeth Westfall, Richard Dellheim, Bruce Gear, Ezra Rosenberg, Mark Posner, Amy Rudd, Jose Garza, Robert Doggett, Marinda Van Dalen, Rolando Rios, Ryan Haygood, Natasha Korgaonkar, Kelly Dunbar, Danielle Conley, John Scott, Jennifer Roscetti, Reed Clay, Lindsey Wolf, Ronnie Keister, David Whitley, Ben Donnell, Whitney Deason, Stephen Tatum, Arthur DAndrea, Leah Aden, Deuel Ross, Richard Shordt, Lynn Eisenberg, Avner Shapiro.(Digital # 7:59-10:08, 10:24-12:11, 1:10-3:41, 3:55-5:49)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 09/03/2014) |

| 09/04/2014 | 562 | Notice of Filing of Official Transcript as to 561 Transcript. Party notified, filed. (dterrell, 2) (Entered: 09/04/2014) |
|---|---|---|
| 09/04/2014 | 563 | TRANSCRIPT re: BENCH TRIAL - DAY 2 held on 9/3/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 12/3/2014., filed. (thudson, ) (Entered: 09/04/2014) |
| 09/04/2014 | 564 | Unopposed MOTION to Withdraw by Marc Veasey, filed. Motion Docket Date 9/25/2014. (Attachments: # 1 Proposed Order)(Baron, Neil) (Entered: 09/04/2014) |
| 09/04/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. THIRD day of BENCH TRIAL held on 9/4/2014. Witnesses: Peter Johnson, Matt Barreto, Lionel Estrada, Lenard Taylor, Juanita Cox (depo), Jane Henrici, Carlos Uresti, T. Ransom Cornish, Barry Burden, Daniel Guzman. Plaintiffs exhibit 753.1 admitted. Appearances:Chad Dunn, Armand Derfner, Neil Baron, Gerry Hebert, Scott Brazil, Emma Simson, Anna Baldwin, Elizabeth Westfall, Dan Freeman, Richard Dellheim, Bruce Gear, Ezra Rosenberg, Mark Posner, Amy Rudd, Jose Garza, Robert Doggett, Marinda Van Dalen, Rolando Rios, Ryan Haygood, Natasha Korgaonkar, Kelly Dunbar, Danielle Conley, John Scott, Jennifer Roscetti, Reed Clay, Lindsey Wolf, Ronnie Keister, David Whitley, Ben Donnell, Whitney Deason, Stephen Tatum, Arthur DAndrea, Leah Aden, Deuel Ross, Richard Shordt, Lynn Eisenberg, Avner Shapiro. (Digital # 7:58-10:02, 10:17-12:03, 1:05-3:53, 4:08-6:10)(ERO:G. Rogan), filed. (bcortez, 2) (Entered: 09/04/2014) |
| 09/04/2014 | 572 | ORDER granting Unopposed Motion to Withdraw without Prejudice, Plaintiff Peggy Draper Herman re 564 .(Signed by Judge Nelva Gonzales Ramos) Parties notified. (amireles, 2) (Entered: 09/05/2014) |
| 09/05/2014 | 565 | NOTICE *Service Fourth Supplemental Exhibit List* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 09/05/2014) |
| 09/05/2014 | 566 | Notice of Filing of Official Transcript as to 563 Transcript. Party notified, filed. (dterrell, 2) (Entered: 09/05/2014) |
| 09/05/2014 | 567 | Sealed Event, filed. (With attachments) (Entered: 09/05/2014) |
| 09/05/2014 | 568 | Sealed Event, filed. (With attachments) (Entered: 09/05/2014) |
| 09/05/2014 | 569 | TRANSCRIPT re: BENCH TRIAL - DAY 3 held on 9/4/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 12/4/2014., filed. (thudson, ) (Entered: 09/05/2014) |
| 09/05/2014 | 570 | STIPULATION re: Ken Gandy by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 09/05/2014) |
| 09/05/2014 | 571 | STIPULATION re: Margarito Martinez Lara by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 09/05/2014) |
| 09/05/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. FOURTH day of BENCH TRIAL held on 9/5/2014. Witnesses: Wendy Davis (depo), Allan Lichtman, Rodney Ellis, Ken Gandy, Margarito Lara, Maximina Lara, Gerald Webster, Rafael Anchia, Ana Hernandez-Luna, Naomi Eagleton (depo). Appearances:Chad Dunn, Armand Derfner, Neil Baron, Gerry Hebert, Scott Brazil, Emma Simson, Anna Baldwin, Elizabeth Westfall, Dan Freeman, Richard Dellheim, Bruce Gear, Ezra Rosenberg, Mark Posner, Amy Rudd, Jose Garza, Robert Doggett, Marinda Van Dalen, Rolando Rios, Ryan Haygood, Natasha Korgaonkar, Kelly Dunbar, Danielle Conley, John Scott, Jennifer Roscetti, Reed Clay, Lindsey Wolf, Ronnie Keister, David Whitley, Ben |

| | | |
|---|---|---|
| | | Donnell, Whitney Deason, Stephen Tatum, Arthur DAndrea, Leah Aden, Deuel Ross, Richard Shordt, Lynn Eisenberg, Avner Shapiro, Tania Faransso.(Digital # 7:58-9:59, 10:16-12:08, 1:08-4:00, 4:16-6:16)(ERO:G. Rogan, L. Cayce), filed.(bcortez, 2) (Entered: 09/05/2014) |
| 09/08/2014 | [573](#) | TRANSCRIPT re: BENCH TRIAL - DAY 4 held on 9/5/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 12/8/2014., filed. (thudson, ) (Entered: 09/08/2014) |
| 09/08/2014 | [574](#) | Notice of Filing of Official Transcript as to [569](#) Transcript. Party notified, filed. (dterrell, 2) (Entered: 09/08/2014) |
| 09/08/2014 | [575](#) | Supplemental Exhibit List by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 09/08/2014) |
| 09/08/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. FIFTH day of BENCH TRIAL held on 9/8/2014. Witnesses: Oscar Ortiz, Kevin Jewell, Daniel Chatman, Lorraine Minnite, Forrest Mitchell (depo), George Korbel, Ann McGeehan (depo), Ruby Barber (depo), Todd Smith (depo), Yannis Banks (depo), Vera Trotter (depo). Defendant presents exhibit 2737 as offer of proof. Appearances:Chad Dunn, Armand Derfner, Neil Baron, Gerry Hebert, Scott Brazil, Emma Simson, Anna Baldwin, Elizabeth Westfall, Dan Freeman, Richard Dellheim, Bruce Gear, Ezra Rosenberg, Mark Posner, Amy Rudd, Jose Garza, Robert Doggett, Marinda Van Dalen, Rolando Rios, Ryan Haygood, Natasha Korgaonkar, Kelly Dunbar, Danielle Conley, John Scott, Jennifer Roscetti, Reed Clay, Lindsey Wolf, Ronnie Keister, David Whitley, Ben Donnell, Whitney Deason, Stephen Tatum, Arthur DAndrea, Leah Aden, Deuel Ross, Richard Shordt, Lynn Eisenberg, Avner Shapiro, Tania Faransso, Jennifer Clark, Vishal Agrahakar, Myrna Perez.(Digital # 7:58-10:29, 10:45-12:01, 1:03-2:57, 3:14-5:57) (ERO:G. Rogan), filed.(bcortez, 2) (Entered: 09/08/2014) |
| 09/08/2014 | [576](#) | Supplemental Exhibit List by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 09/08/2014) |
| 09/09/2014 | [577](#) | Notice of Filing of Official Transcript as to [573](#) Transcript. Party notified, filed. (dterrell, 2) (Entered: 09/09/2014) |
| 09/09/2014 | [578](#) | TRANSCRIPT re: BENCH TRIAL - DAY 5 held on 9/8/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 12/8/2014., filed. (thudson, ) (Entered: 09/09/2014) |
| 09/09/2014 | [579](#) | Supplemental Exhibit List by Steve McGraw, Rick Perry, State of Texas and John Steen filed.(Scott, John) Modified on 9/9/2014 (amireles, 2). Added additional filers per request of John Scott's Office. (Entered: 09/09/2014) |
| 09/09/2014 | [580](#) | Letter from Robert M Allensworth, filed.(amireles, 2) (Entered: 09/09/2014) |
| 09/09/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. SIXTH day of BENCH TRIAL held on 9/9/2014. 6 Witnesses: Vernon Burton, Coleman Bazelon, Joe Peters, Estela Espinoza (depo), Imani Clark (depo). Plaintiffs rest. Witnesses: Tony Rodriguez, Victor Farinelli. Appearances:Chad Dunn, Armand Derfner, Neil Baron, Gerry Hebert, Scott Brazil, Emma Simson, Anna Baldwin, Elizabeth Westfall, Dan Freeman, Richard Dellheim, Bruce Gear, Ezra Rosenberg, Mark Posner, Amy Rudd, Jose Garza, Robert Doggett, Marinda Van Dalen, Rolando Rios, Ryan Haygood, Natasha Korgaonkar, Kelly Dunbar, Danielle Conley, John Scott, Jennifer Roscetti, Reed Clay, Lindsey Wolf, Ronnie Keister, David Whitley, Ben Donnell, Whitney Deason, Stephen Tatum, Arthur DAndrea, Leah Aden, Deuel Ross, Richard Shordt, |

| | | |
|---|---|---|
| | | Lynn Eisenberg, Avner Shapiro, Tania Faransso, Jennifer Clark, Vishal Agrahakar, Myrna Perez.(Digital # 7:58-10:07, 10:24-12:04, 1:08-3:43, 4:03-6:25)(ERO:G. Rogan/L. Cayce), filed.(bcortez, 2) (Entered: 09/09/2014) |
| 09/10/2014 | 581 | Notice of Filing of Official Transcript as to 578 Transcript. Party notified, filed. (dterrell, 2) (Entered: 09/10/2014) |
| 09/10/2014 | 582 | TRANSCRIPT re: BENCH TRIAL - DAY 6 held on 9/9/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 12/9/2014., filed. (thudson, ) (Entered: 09/10/2014) |
| 09/10/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. SEVENTH day of BENCH TRIAL held on 9/10/2014. Parties have agreed that experts will file amended reports: Dr. Webster and Dr. Ansolahehere by close of business Tuesday, 9/16/14, Dr. Bazelon by close of business Wednesday, 9/17/14, and Hood by close of business Thursday, 9/18/14. Amended/Supplemental Findings of Fact and Conclusions of Law will be filed by Thursday, 9/18/14. Witnesses: David Dewhurst (depo), Trey Hood, Dan Patrick (depo), Keith Ingram, Tony Fraser (depo). Appearances:Chad Dunn, Armand Derfner, Neil Baron, Gerry Hebert, Scott Brazil, Emma Simson, Anna Baldwin, Elizabeth Westfall, Dan Freeman, Richard Dellheim, Bruce Gear, Ezra Rosenberg, Mark Posner, Amy Rudd, Jose Garza, Robert Doggett, Marinda Van Dalen, Rolando Rios, Ryan Haygood, Natasha Korgaonkar, Kelly Dunbar, Danielle Conley, John Scott, Jennifer Roscetti, Reed Clay, Lindsey Wolf, Ronnie Keister, David Whitley, Ben Donnell, Whitney Deason, Stephen Tatum, Arthur DAndrea, Leah Aden, Deuel Ross, Richard Shordt, Lynn Eisenberg, Avner Shapiro, Tania Faransso, Jennifer Clark, Vishal Agrahakar, Myrna Perez.(Digital # 7:59-10:11, 10:28-12:00, 1:04-5:49)(ERO:G. Rogan/L. Cayce), filed.(bcortez, 2) (Entered: 09/10/2014) |
| 09/10/2014 | 583 | NOTICE *of Defendants' Eighth Supplemental Exhibit List* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF2746)(Scott, John) (Entered: 09/10/2014) |
| 09/11/2014 | 584 | Supplemental Exhibit List by Steve McCraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit 1)(Scott, John) (Entered: 09/11/2014) |
| 09/11/2014 | 585 | NOTICE *Advisory Concerning DPS Web Site* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 09/11/2014) |
| 09/11/2014 | 586 | NOTICE *Corrected Advisory Concerning DPS Web Site* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 09/11/2014) |
| 09/11/2014 | 587 | NOTICE *Corrected Advisory Concerning DPS Web Site* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 09/11/2014) |
| 09/11/2014 | 588 | TRANSCRIPT re: BENCH TRIAL - DAY 7 held on 9/10/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 12/10/2014., filed. (thudson, ) (Entered: 09/11/2014) |
| 09/11/2014 | 589 | Notice of Filing of Official Transcript as to 582 Transcript. Party notified, filed. (dterrell, 2) (Entered: 09/11/2014) |
| 09/11/2014 | 590 | Opposed MOTION Judicial Notice of Two Criminal Complaints Alleging Election Crimes by Steve McCraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 10/2/2014. (Attachments: # 1 Exhibit 1 - Belinda Solis Complaint, # 2 Exhibit 2 - Veronica Salidvar Complaint)(Scott, John) (Entered: 09/11/2014) |
| 09/11/2014 | 591 | Supplemental Exhibit List by Steve McGraw, Rick Perry, State Of Texas, John Steen, |

| | | |
|---|---|---|
| | | filed.(Scott, John) (Entered: 09/11/2014) |
| 09/11/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. EIGHTH day of BENCH TRIAL held on 9/11/2014. Witnesses: John Crawford, Forrest Mitchell (depo),Tommy Williams (depo),Caroline Guidry (depo), Bryan Hebert (depo), Kenneth Smith (depo), Michelle Rudolph (depo). Defendants exhibit 2746 admitted. Defendants exhibits 2747, 2748 admitted under seal. Plaintiffs exhibit 1160 admitted under seal. Parties supplemental exhibits admitted by agreement. Defendants rest. Court accepts the experts. Closing arguments will be held on Monday, September 22, 2014 at 8:30 a.m. Appearances:Chad Dunn, Armand Derfner, Neil Baron, Gerry Hebert, Scott Brazil, Emma Simson, Anna Baldwin, Elizabeth Westfall, Dan Freeman, Richard Dellheim, Bruce Gear, Ezra Rosenberg, Mark Posner, Amy Rudd, Jose Garza, Robert Doggett, Marinda Van Dalen, Rolando Rios, Ryan Haygood, Natasha Korgaonkar, Kelly Dunbar, Danielle Conley, John Scott, Jennifer Roscetti, Reed Clay, Lindsey Wolf, Ronnie Keister, David Whitley, Ben Donnell, Whitney Deason, Stephen Tatum, Arthur DAndrea, Leah Aden, Deuel Ross, Richard Shordt, Lynn Eisenberg, Avner Shapiro, Tania Faransso, Jennifer Clark, Vishal Agrahakar, Myrna Perez.(Digital # 8:00-10:24, 10:41-11:58, 1:30-1:49)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 09/11/2014) |
| 09/12/2014 | 592 | TRANSCRIPT re: BENCH TRIAL - DAY 8 held on 9/11/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 12/11/2014., filed. (thudson, ) (Entered: 09/12/2014) |
| 09/12/2014 | 593 | Notice of Filing of Official Transcript as to 592 Transcript, 588 Transcript. Party notified, filed. (vrios, 2) (Entered: 09/12/2014) |
| 09/12/2014 | 594 | Amicus Curiae Brief by C. Richard Quade, filed.(bcortez, 2) (Entered: 09/12/2014) |
| 09/12/2014 | 595 | ADVISORY by State Of Texas, filed. (Attachments: # 1 Exhibit)(Scott, John) (Entered: 09/12/2014) |
| 09/15/2014 | 596 | MOTION for Simson, Emma to Withdraw as Attorney by Anna Burns, Floyd Carrier, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. Motion Docket Date 10/6/2014. (Attachments: # 1 Proposed Order)(Hebert, J) (Entered: 09/15/2014) |
| 09/15/2014 | 597 | ORDER granting 596 Motion to Withdraw as Attorney. Attorney Emma P Simson terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, 2) (Entered: 09/15/2014) |
| 09/15/2014 | 598 | Copy Request by Robert M Allensworth, filed. (Memo sent to Allensworth regarding total number of pages and copy cost for a copy of the docket sheet)(vrios, 2) (Entered: 09/16/2014) |
| 09/16/2014 | 599 | NOTICE of Appearance by Adam W. Aston on behalf of Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 09/16/2014) |
| 09/16/2014 | 600 | Expert Report of Stephen D. Ansolabehere by United States Of America, filed. (Attachments: # 1 Corrected Supplemental Expert Report, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J)(Baldwin, Anna) (Entered: 09/16/2014) |
| 09/16/2014 | 601 | Expert Report of Dr. Gerald R. Webster by United States Of America, filed. (Attachments: # 1 Exhibit Webster Report, # 2 Appendix 1, # 3 Appendix 2, # 4 Appendix 3, # 5 Appendix 4)(Freeman, Daniel) (Entered: 09/16/2014) |
| 09/17/2014 | 602 | Supplemental Exhibit List by Steve McGraw, Rick Perry, State Of Texas, John Steen, |

| | | |
|---|---|---|
| | | filed.(Scott, John) (Entered: 09/17/2014) |
| 09/17/2014 | 603 | DECLARATION of Coleman Bazelon, filed. (Attachments: # 1 Exhibit A - Second Amended Report, # 2 Exhibit B - Amended Reply Report)(Haygood, Ryan) (Entered: 09/17/2014) |
| 09/18/2014 | 604 | Expert Report of Dr. M.V. (Trey) Hood III by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Hood Report)(Scott, John) (Entered: 09/18/2014) |
| 09/18/2014 | 605 | NOTICE *Plaintiffs and Plaintiff-Intervenors' Final Exhibit List* by Anna Burns, IMANI CLARK, Floyd Carrier, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Education Fund, Texas State Conference of NAACP Branches, United States Of America, Marc Veasey, filed. (Attachments: # 1 Exhibit)(Rosenberg, Ezra) (Entered: 09/18/2014) |
| 09/18/2014 | 606 | NOTICE *Plaintiffs and Plaintiff-Intervenors' Objections to Defendants' Exhibits* by Anna Burns, IMANI CLARK, Floyd Carrier, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Education Fund, Texas State Conference of NAACP Branches, United States Of America, Marc Veasey, filed. (Attachments: # 1 Exhibit)(Rosenberg, Ezra) (Entered: 09/18/2014) |
| 09/18/2014 | 607 | NOTICE *of (1) Defendants' Eleventh Supplemental Exhibit List and (2) Submission of Defendant's Combined Exhibit Lists to the Court* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit 1 - Defendants' Combined Trial Exhibit Lists)(Scott, John) (Entered: 09/18/2014) |
| 09/18/2014 | 608 | NOTICE *of Filing of Plaintiffs and Defendants Additional Deposition Designations* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7) (Scott, John) (Entered: 09/18/2014) |
| 09/18/2014 | 609 | NOTICE *of Objections to Defendants' Eleventh Supplemental Exhibit List* by United States Of America, filed. (Freeman, Daniel) (Entered: 09/18/2014) |
| 09/18/2014 | 610 | Proposed Findings of Fact/Conclusions of Law by Anna Burns, IMANI CLARK, Floyd Carrier, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, La Union Del Pueblo Entero, Inc., Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Education Fund, Texas League of Young Voters Education Fund, Texas State Conference of NAACP Branches, United States Of America, Marc Veasey, filed. (Rosenberg, Ezra) (Entered: 09/18/2014) |
| 09/18/2014 | 611 | Sealed Event, filed. (Entered: 09/18/2014) |

| 09/18/2014 | 612 | Letter from Robert M. Allensworth re: Limited Voting Ballot, filed. (amireles, 2) (Entered: 09/19/2014) |
|---|---|---|
| 09/20/2014 | 613 | Expert Report of Dr. M.V. (Trey) Hood III by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Hood Amended Second Supplemental Rebuttal)(Scott, John) (Entered: 09/20/2014) |
| 09/21/2014 | 614 | NOTICE *of Filing of Third Amended Expert Report and Second Amended Reply Report of Coleman Bazelon* by IMANI CLARK, Texas League of Young Voters Education Fund, filed. (Attachments: # 1 Exhibit A - Third Amended Expert Report of Coleman Bazelon, # 2 Exhibit B - Second Amended Report of Coleman)(Haygood, Ryan) (Entered: 09/21/2014) |
| 09/22/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. NINTH day of BENCH TRIAL held on 9/22/2014. Court GRANTS 590 Motion for Judicial Notice. Defendants exhibits 456, as revised, and 2756 admitted. Parties to replace expert reports exhibits filed on September 20th and 21st using the same exhibit number. Closing arguments. Appearances:Chad Dunn, Armand Derfner, Neil Baron, Gerry Hebert, Scott Brazil, Emma Simson, Anna Baldwin, Elizabeth Westfall, Dan Freeman, Richard Dellheim, Bruce Gear, Ezra Rosenberg, Mark Posner, Amy Rudd, Jose Garza, Robert Doggett, Marinda Van Dalen, Rolando Rios, Ryan Haygood, Natasha Korgaonkar, Kelly Dunbar, Danielle Conley, John Scott, Jennifer Roscetti, Reed Clay, Lindsey Wolf, Ronnie Keister, David Whitley, Ben Donnell, Whitney Deason, Stephen Tatum, Arthur DAndrea, Adam Aston, Leah Aden, Deuel Ross, Richard Shordt, Lynn Eisenberg, Avner Shapiro, Tania Faransso, Jennifer Clark, Vishal Agrahakar, Myrna Perez.(Digital # 8:28-10:14,10:30-12:12)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 09/22/2014) |
| 09/22/2014 | 615 | Letter re: voting by Robert M Allensworth, filed.(lcayce, 2) (Entered: 09/22/2014) |
| 09/22/2014 | 616 | NOTICE *of ERRATA* re: 610 Proposed Findings of Fact/Conclusions of Law,, by IMANI CLARK, Texas League of Young Voters Education Fund, filed. (Shordt, Richard) (Entered: 09/22/2014) |
| 09/22/2014 | 620 | Letter from Robert Allensworth re: documents requested, filed. (letter went to McAllen on 9/22/14, Texas) (lrivera, 2) (Entered: 10/02/2014) |
| 09/23/2014 | 617 | TRANSCRIPT re: BENCH TRIAL - DAY 9 / CLOSING ARGUMENTS held on 9/22/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 12/22/2014., filed. (thudson, ) (Entered: 09/23/2014) |
| 09/23/2014 | 618 | NOTICE *of ERRATA* re: 611 Sealed Event by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 09/23/2014) |
| 09/24/2014 | 619 | Notice of Filing of Official Transcript as to 617 Transcript,. Party notified, filed. (dterrell, 2) (Entered: 09/24/2014) |
| 10/03/2014 | 621 | Suggestion of Limited Voting by Robert M Allensworth, filed.(amireles, 2) (Entered: 10/06/2014) |
| 10/03/2014 | 622 | Order of USCA; USCA No. 14-40003. Judgment, filed.(lrivera, 2) (Entered: 10/06/2014) |
| 10/03/2014 | 623 | Order of USCA; USCA No. 14-40003. PER CURIAM, filed.(lrivera, 2) (Entered: 10/06/2014) |
| 10/09/2014 | 628 | OPINION (Signed by Judge Nelva Gonzales Ramos) Parties notified.(bcortez, 2) (Entered: 10/09/2014) |

| 10/10/2014 | 629 | Unopposed MOTION for Leave to File Advisory by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 10/31/2014. (Attachments: # 1 Exhibit 1 - Defendants' Advisory)(Clay, John) (Entered: 10/10/2014) |
| --- | --- | --- |
| 10/10/2014 | 630 | RESPONSE to 629 Unopposed MOTION for Leave to File Advisory , filed by Maria Longoria Benavides, Michelle Bessiake, Anna Burns, IMANI CLARK, Floyd Carrier, Sergio DeLeon, Rodney Ellis, Roxanne Hernandez, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Belinda Ortiz, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Education Fund, Texas League of Young Voters Education Fund, Texas State Conference of NAACP Branches, Marc Veasey, Aurica Washington. (Hebert, J) (Entered: 10/10/2014) |
| 10/11/2014 | 631 | ORAL ORDER. The Court grants 629 Unopposed MOTION for Leave to File Advisory (Signed by Judge Nelva Gonzales Ramos) Parties notified. (bcortez, 2) (Entered: 10/11/2014) |
| 10/11/2014 | 632 | ADVISORY REGARDING GUIDANCE FOR THE NOVEMBER 2014 ELECTIONS by State Of Texas er al., filed.(bcortez, 2) (Entered: 10/11/2014) |
| 10/11/2014 | 633 | FINAL JUDGMENT. Case terminated on October 11, 2014(Signed by Judge Nelva Gonzales Ramos) Parties notified.(bcortez, 2) (Entered: 10/11/2014) |
| 10/11/2014 | 634 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 633 Final Judgment by Steve McGraw, Rick Perry, State Of Texas, John Steen (Filing fee $ 505, receipt number 0541-13838105), filed. (Scott, John) (Entered: 10/11/2014) |
| 10/14/2014 | 635 | Clerks Notice of Filing of an Appeal. The following Notice of Appeal and related motions are pending in the District Court: 634 Notice of Appeal. Fee status: Paid. Reporter(s): ERO, filed. (Attachments: # 1 Final Judgment, # 2 Docket Sheet) (amireles, 2) (Additional attachment(s) added on 10/14/2014: # 3 Notice of Appeal) (amireles, 2). (Entered: 10/14/2014) |
| 10/16/2014 | | Notice of Assignment of USCA No. 14-41127 re: 634 Notice of Appeal, filed.(amireles, 2) (Entered: 10/16/2014) |
| 10/17/2014 | 636 | News from Oct 1 Ballot Access News, 415-922-9779 by Robert M Allensworth, filed. (amireles, 2) (Entered: 10/17/2014) |
| 10/17/2014 | 637 | Copy Request from Robert M Allensworth re: 2:13cv193 Docket Sheet from Feb 11 14. filed. (Entered: 10/17/2014) |
| 10/20/2014 | 638 | Order of USCA re: 634 Notice of Appeal ; USCA No. 14-41127. The State's emergency motion for stay pending appeal is GRANTED, as is its motion to file a brief exceeding page limits., filed.(lcayce, 2) (Entered: 10/20/2014) |
| 10/20/2014 | 639 | Unopposed MOTION to Hold in Abeyance by Anna Burns, Floyd Carrier, Sergio DeLeon, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. Motion Docket Date 11/10/2014. (Attachments: # 1 Proposed Order)(Dunn, Chad) (Entered: 10/20/2014) |
| 10/20/2014 | 642 | Letter from Robert M. Allensworth, filed. (dgonzalez, 5) (Entered: 10/22/2014) |
| 10/21/2014 | 640 | ORDER granting 639 Motion of Paintiffs to postpone the filing and briefing of any motions for attorneys fees, expenses and costs. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(sscotch, 2) (Entered: 10/21/2014) |

| 10/21/2014 | 641 | Letter from Robert M. Allensworth re: Voting, filed. (ltrevino, 3) (Entered: 10/21/2014) |
|---|---|---|
| 10/21/2014 | 648 | Letter from Robert M Allensworth re: Voting Backup Ballot, filed. (Original document had faint text and could not be darkened further.) (glyons, 4) (Entered: 10/28/2014) |
| 10/24/2014 | 643 | NOTICE of Setting. Parties notified. Telephone Conference set for 10/27/2014 at 10:00 AM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 10/24/2014) |
| 10/24/2014 | 644 | Unopposed MOTION for Richard Shordt to Withdraw as Attorney by IMANI CLARK, Texas League of Young Voters Education Fund, filed. Motion Docket Date 11/14/2014. (Attachments: # 1 Proposed Order)(Shordt, Richard) (Entered: 10/24/2014) |
| 10/27/2014 | 645 | NOTICE of Resetting. Parties notified. Telephone Conference set for 10/28/2014 at 03:00 PM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 10/27/2014) |
| 10/27/2014 | 646 | Letter re: voting ballots by Robert M Allensworth, filed.(lcayce, 2) (Entered: 10/27/2014) |
| 10/28/2014 | 647 | ORDER granting 644 Motion to Withdraw as Attorney. Attorney Richard F. Shordt terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, 2) (Entered: 10/28/2014) |
| 10/28/2014 | | *** Telephone conference set for 10/28/14 has been cancelled. Parties continue to confer. Parties to advise the Court if the hearing needs to be reset., filed. (bcortez, 2) (Entered: 10/28/2014) |
| 10/29/2014 | 649 | Notice of Non-Compliance. DKT 13 needed. Party ntfd, filed. (amireles, 2) (Entered: 10/29/2014) |
| 10/30/2014 | 650 | Letter from Robert Allensworth, filed. (lrivera, 2) (Entered: 10/30/2014) |
| 10/31/2014 | 651 | Unopposed MOTION to Enter Proposed Order Concerning Consideration of All Remaining Remedial Issues by United States Of America, filed. Motion Docket Date 11/21/2014. (Attachments: # 1 Proposed Order)(Westfall, Elizabeth) (Entered: 10/31/2014) |
| 10/31/2014 | 652 | ORDER. Within 10 days of the outcome of the pending appeal, the parties shall meet and confer regarding establishing agreed-upon procedures for resolving the remaining issues. Further, within 14 days of the outcome of the pending appeal, the parties either shall file the agreed-upon proposed procedures or, if agreement is not reached, shall file their proposed procedures which may be accompanied by a memorandum in support. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, 2) (Entered: 10/31/2014) |
| 10/31/2014 | 653 | DKT-13 TRANSCRIPT ORDER FORM by Arthur C. D'Andrea. Transcript is already on file in Clerks office.. This order form relates to the following: 634 Notice of Appeal, filed.(grogan, 2) (Entered: 10/31/2014) |
| 11/03/2014 | 654 | Unopposed Motion for Lynn Eisenberg to Withdraw as Attorney by Texas League of Young Voters Education Fund, filed. Motion Docket Date 11/24/2014. Clerk notes: motion does not contain an original signature. (amireles, 2) (Entered: 11/03/2014) |
| 11/03/2014 | 655 | DKT-13 TRANSCRIPT ORDER FORM by Arthur C. D'Andrea. Transcript is already on file in Clerks office. This order form relates to the following: 634 Notice of Appeal, filed. (NO ORIGINAL SIGNATURE)(ssyler, 2) (Entered: 11/03/2014) |
| 11/03/2014 | 656 | ORDER granting 654 Motion to Withdraw as Attorney. Attorney Lynn Eisenberg terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, 2) (Entered: 11/03/2014) |

| 11/03/2014 | [657](#) | Letter from Robert Allensworth, filed. (lrivera, 2) (Entered: 11/03/2014) |
|---|---|---|
| 11/06/2014 | [658](#) | MOTION for Jennifer Maranzano to Withdraw as Attorney by United States Of America, filed. Motion Docket Date 11/28/2014. (Attachments: # [1](#) Proposed Order) (Maranzano, Jennifer) (Entered: 11/06/2014) |
| 11/07/2014 | [659](#) | ORDER granting [658](#) Motion to Withdraw as Attorney. Attorney Jennifer L Maranzano terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(sscotch, 2) (Entered: 11/07/2014) |
| 11/11/2014 | [660](#) | EXHIBITS by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas State Conference of NAACP Branches, United States Of America, Marc Veasey, filed. (Attachments: # [1](#) Exhibit 1, # [2](#) Attachment 1, # [3](#) Attachment 2, # [4](#) Attachment 3, # [5](#) Attachment 4, # [6](#) Attachment 5, # [7](#) Attachment 6, # [8](#) Attachment 7, # [9](#) Attachment 8, # [10](#) Attachment 9, # [11](#) Attachment 10, # [12](#) Attachment 11, # [13](#) Attachment 12, # [14](#) Attachment 13, # [15](#) Attachment 14, # [16](#) Attachment 15, # [17](#) Attachment 16, # [18](#) Attachment 17, # [19](#) Attachment 18, # [20](#) Attachment 19, # [21](#) Attachment 20, # [22](#) Attachment 21, # [23](#) Attachment 22, # [24](#) Attachment 23, # [25](#) Attachment 24, # [26](#) Attachment 25, # [27](#) Attachment 26, # [28](#) Attachment 27, # [29](#) Attachment 28)(Rosenberg, Ezra) (Entered: 11/11/2014) |
| 11/11/2014 | [661](#) | EXHIBITS by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas State Conference of NAACP Branches, United States Of America, Marc Veasey, filed. (Attachments: # [1](#) Attachment 1, # [2](#) Attachment 2, # [3](#) Attachment 3, # [4](#) Attachment 4, # [5](#) Attachment 5, # [6](#) Attachment 6, # [7](#) Attachment 7, # [8](#) Attachment 8, # [9](#) Attachment 9, # [10](#) Attachment 10, # [11](#) Attachment 11, # [12](#) Attachment 12, # [13](#) Attachment 13, # [14](#) Attachment 14, # [15](#) Attachment 15, # [16](#) Attachment 16, # [17](#) Attachment 17, # [18](#) Attachment 18, # [19](#) Attachment 19, # [20](#) Attachment 20, # [21](#) Attachment 21, # [22](#) Attachment 22, # [23](#) Attachment 23, # [24](#) Attachment 24, # [25](#) Attachment 25) (Rosenberg, Ezra) (Entered: 11/11/2014) |
| 11/11/2014 | [662](#) | EXHIBITS by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Roxanne Hernandez, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas State Conference of NAACP Branches, United States Of America, Marc Veasey, filed. (Attachments: # [1](#) Attachment 1, # [2](#) Attachment 2, # [3](#) Attachment 3, # [4](#) Attachment 4, # [5](#) Attachment 5, # [6](#) Attachment 6, # [7](#) Attachment 7, # [8](#) Attachment 8, # [9](#) Attachment 9, # [10](#) Attachment 10, # [11](#) Attachment 11, # [12](#) Attachment 12, # [13](#) Attachment 13, # [14](#) Attachment 14, # [15](#) Attachment 15, # [16](#) Attachment 16, # [17](#) Attachment 17, # [18](#) Attachment 18, # [19](#) Attachment 19, # [20](#) Attachment 20, # [21](#) Attachment 21, # [22](#) Attachment 22, # [23](#) Attachment 23, # [24](#) Attachment 24, # [25](#) Attachment 25, # [26](#) Attachment 26) (Rosenberg, Ezra) (Entered: 11/11/2014) |

| | | |
|---|---|---|
| 11/11/2014 | 663 | EXHIBITS by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Lenard Taylor, Texas State Conference of NAACP Branches, United States Of America, Marc Veasey, filed. (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 6, # 7 Attachment 7, # 8 Attachment 8, # 9 Attachment 9, # 10 Attachment 10, # 11 Attachment 11, # 12 Attachment 12, # 13 Attachment 13, # 14 Attachment 14, # 15 Attachment 15, # 16 Attachment 16, # 17 Attachment 17, # 18 Attachment 18, # 19 Attachment 19, # 20 Attachment 20, # 21 Attachment 21, # 22 Attachment 22, # 23 Attachment 23, # 24 Attachment 24, # 25 Attachment 25, # 26 Attachment 26) (Rosenberg, Ezra) (Entered: 11/11/2014) |
| 11/11/2014 | 664 | EXHIBITS by Anna Burns, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Texas State Conference of NAACP Branches, United States Of America, Marc Veasey, filed. (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 6, # 7 Attachment 7, # 8 Attachment 8, # 9 Attachment 9, # 10 Attachment 10, # 11 Attachment 11, # 12 Attachment 12, # 13 Attachment 13, # 14 Attachment 14, # 15 Attachment 15, # 16 Attachment 16, # 17 Attachment 17, # 18 Attachment 18, # 19 Attachment 19, # 20 Attachment 20, # 21 Attachment 21, # 22 Attachment 22, # 23 Attachment 23, # 24 Attachment 24, # 25 Attachment 25)(Rosenberg, Ezra) (Entered: 11/11/2014) |
| 11/11/2014 | 665 | EXHIBITS by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas State Conference of NAACP Branches, United States Of America, Marc Veasey, filed. (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 6, # 7 Attachment 7, # 8 Attachment 8, # 9 Attachment 9, # 10 Attachment 10, # 11 Attachment 11, # 12 Attachment 12, # 13 Attachment 13, # 14 Attachment 14, # 15 Attachment 15, # 16 Attachment 16, # 17 Attachment 17, # 18 Attachment 18, # 19 Attachment 19, # 20 Attachment 20, # 21 Attachment 21, # 22 Attachment 22, # 23 Attachment 23, # 24 Attachment 24)(Rosenberg, Ezra) (Entered: 11/11/2014) |
| 11/11/2014 | 666 | EXHIBITS by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas State Conference of NAACP Branches, United States Of America, Marc Veasey, filed. (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 6, # 7 Attachment 7, # 8 Attachment 8, # 9 Attachment 9, # 10 Attachment 10, # 11 Attachment 11, # 12 Attachment 12, # 13 Attachment 13, # 14 Attachment 14, # 15 Attachment 15, # 16 Attachment 16, # 17 Attachment 17, # 18 |

| | | |
|---|---|---|
| | | Attachment 18, # 19 Attachment 19, # 20 Attachment 20, # 21 Attachment 21, # 22 Attachment 22, # 23 Attachment 23, # 24 Attachment 24, # 25 Attachment 25) (Rosenberg, Ezra) (Entered: 11/11/2014) |
| 11/11/2014 | 667 | EXHIBITS by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas State Conference of NAACP Branches, United States Of America, Marc Veasey, filed. (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 6, # 7 Attachment 7, # 8 Attachment 8, # 9 Attachment 9, # 10 Attachment 10, # 11 Attachment 11, # 12 Attachment 12, # 13 Attachment 13, # 14 Attachment 14, # 15 Attachment 15, # 16 Attachment 16, # 17 Attachment 17, # 18 Attachment 18, # 19 Attachment 19, # 20 Attachment 20, # 21 Attachment 21, # 22 Attachment 22, # 23 Attachment 23, # 24 Attachment 24, # 25 Attachment 25) (Rosenberg, Ezra) (Entered: 11/11/2014) |
| 11/11/2014 | 668 | EXHIBITS by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Roxanne Hernandez, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Texas State Conference of NAACP Branches, United States Of America, Marc Veasey, filed. (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 6, # 7 Attachment 7, # 8 Attachment 8, # 9 Attachment 9, # 10 Attachment 10, # 11 Attachment 11, # 12 Attachment 12, # 13 Attachment 13, # 14 Attachment 14, # 15 Attachment 15, # 16 Attachment 16, # 17 Attachment 17, # 18 Attachment 18, # 19 Attachment 19, # 20 Attachment 20, # 21 Attachment 21, # 22 Attachment 22, # 23 Attachment 23) (Rosenberg, Ezra) (Entered: 11/11/2014) |
| 11/11/2014 | 669 | EXHIBITS by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas State Conference of NAACP Branches, United States Of America, Marc Veasey, filed. (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 6, # 7 Attachment 7, # 8 Attachment 8, # 9 Attachment 9, # 10 Attachment 10, # 11 Attachment 11, # 12 Attachment 12, # 13 Attachment 13, # 14 Attachment 14, # 15 Attachment 15, # 16 Attachment 16, # 17 Attachment 17, # 18 Attachment 18, # 19 Attachment 19, # 20 Attachment 20, # 21 Attachment 21, # 22 Attachment 22, # 23 Attachment 23, # 24 Attachment 24, # 25 Attachment 25) (Rosenberg, Ezra) (Entered: 11/11/2014) |
| 11/11/2014 | 670 | EXHIBITS by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas State Conference of NAACP Branches, United States Of America, Marc Veasey, filed. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Attachment 1, # <u>2</u> Attachment 2, # <u>3</u> Attachment 3, # <u>4</u> Attachment 4, # <u>5</u> Attachment 5, # <u>6</u> Attachment 6, # <u>7</u> Attachment 7, # <u>8</u> Attachment 8, # <u>9</u> Attachment 9, # <u>10</u> Attachment 10, # <u>11</u> Attachment 11, # <u>12</u> Attachment 12, # <u>13</u> Attachment 13, # <u>14</u> Attachment 14, # <u>15</u> Attachment 15, # <u>16</u> Attachment 16, # <u>17</u> Attachment 17, # <u>18</u> Attachment 18, # <u>19</u> Attachment 19, # <u>20</u> Attachment 20, # <u>21</u> Attachment 21, # <u>22</u> Attachment 22, # <u>23</u> Attachment 23, # <u>24</u> Attachment 24, # <u>25</u> Attachment 25) (Rosenberg, Ezra) (Entered: 11/11/2014) |
| 11/11/2014 | <u>671</u> | EXHIBITS by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Texas State Conference of NAACP Branches, United States Of America, Marc Veasey, filed. (Attachments: # <u>1</u> Attachment 1, # <u>2</u> Attachment 2, # <u>3</u> Attachment 3, # <u>4</u> Attachment 4, # <u>5</u> Attachment 5, # <u>6</u> Attachment 6, # <u>7</u> Attachment 7, # <u>8</u> Attachment 8, # <u>9</u> Attachment 9, # <u>10</u> Attachment 10, # <u>11</u> Attachment 11, # <u>12</u> Attachment 12, # <u>13</u> Attachment 13, # <u>14</u> Attachment 14, # <u>15</u> Attachment 15, # <u>16</u> Attachment 16, # <u>17</u> Attachment 17, # <u>18</u> Attachment 18, # <u>19</u> Attachment 19, # <u>20</u> Attachment 20)(Rosenberg, Ezra) (Entered: 11/11/2014) |
| 11/11/2014 | <u>672</u> | EXHIBITS by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Texas State Conference of NAACP Branches, United States Of America, Marc Veasey, filed. (Attachments: # <u>1</u> Attachment 1, # <u>2</u> Attachment 2, # <u>3</u> Attachment 3, # <u>4</u> Attachment 4, # <u>5</u> Attachment 5, # <u>6</u> Attachment 6, # <u>7</u> Attachment 7, # <u>8</u> Attachment 8, # <u>9</u> Attachment 9, # <u>10</u> Attachment 10, # <u>11</u> Attachment 11, # <u>12</u> Attachment 12, # <u>13</u> Attachment 13, # <u>14</u> Attachment 14, # <u>15</u> Attachment 15, # <u>16</u> Attachment 16, # <u>17</u> Attachment 17, # <u>18</u> Attachment 18, # <u>19</u> Attachment 19, # <u>20</u> Attachment 20, # <u>21</u> Attachment 21, # <u>22</u> Attachment 22, # <u>23</u> Attachment 23, # <u>24</u> Attachment 24)(Rosenberg, Ezra) (Entered: 11/11/2014) |
| 11/11/2014 | <u>673</u> | EXHIBITS by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas State Conference of NAACP Branches, United States Of America, Marc Veasey, filed. (Attachments: # <u>1</u> Attachment 1, # <u>2</u> Attachment 2, # <u>3</u> Attachment 3, # <u>4</u> Attachment 4, # <u>5</u> Attachment 5, # <u>6</u> Attachment 6, # <u>7</u> Attachment 7, # <u>8</u> Attachment 8, # <u>9</u> Attachment 9, # <u>10</u> Attachment 10, # <u>11</u> Attachment 11, # <u>12</u> Attachment 12, # <u>13</u> Attachment 13, # <u>14</u> Attachment 14, # <u>15</u> Attachment 15, # <u>16</u> Attachment 16, # <u>17</u> Attachment 17, # <u>18</u> Attachment 18, # <u>19</u> Attachment 19, # <u>20</u> Attachment 20, # <u>21</u> Attachment 21, # <u>22</u> Attachment 22, # <u>23</u> Attachment 23, # <u>24</u> Attachment 24, # <u>25</u> Attachment 25, # <u>26</u> Attachment 26)(Rosenberg, Ezra) (Entered: 11/11/2014) |
| 11/11/2014 | <u>674</u> | EXHIBITS by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, La Union Del Pueblo Entero, Inc., Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar |

| | | |
|---|---|---|
| | | Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas State Conference of NAACP Branches, United States Of America, Marc Veasey, filed. (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 7, # 7 Attachment 7, # 8 Attachment 8, # 9 Attachment 9, # 10 Attachment 10, # 11 Attachment 11, # 12 Attachment 12, # 13 Attachment 13, # 14 Attachment 14, # 15 Attachment 15, # 16 Attachment 16, # 17 Attachment 17, # 18 Attachment 18, # 19 Attachment 19, # 20 Attachment 20, # 21 Attachment 21, # 22 Attachment 22, # 23 Attachment 23, # 24 Attachment 24, # 25 Attachment 25)(Rosenberg, Ezra) (Entered: 11/11/2014) |
| 11/11/2014 | 675 | EXHIBITS by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas State Conference of NAACP Branches, United States Of America, Marc Veasey, filed. (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 6, # 7 Attachment 7, # 8 Attachment 8, # 9 Attachment 9, # 10 Attachment 10, # 11 Attachment 11, # 12 Attachment 12, # 13 Attachment 13, # 14 Attachment 14, # 15 Attachment 15, # 16 Attachment 16, # 17 Attachment 17, # 18 Attachment 18, # 19 Attachment 19, # 20 Attachment 20, # 21 Attachment 21, # 22 Attachment 22, # 23 Attachment 23, # 24 Attachment 24, # 25 Attachment 25) (Rosenberg, Ezra) (Entered: 11/11/2014) |
| 11/11/2014 | 676 | EXHIBITS by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas State Conference of NAACP Branches, United States Of America, Marc Veasey, filed. (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 6, # 7 Attachment 7, # 8 Attachment 8, # 9 Attachment 9, # 10 Attachment 10, # 11 Attachment 11, # 12 Attachment 12, # 13 Attachment 13, # 14 Attachment 14, # 15 Attachment 15, # 16 Attachment 16, # 17 Attachment 17, # 18 Attachment 18, # 19 Attachment 19, # 20 Attachment 20, # 21 Attachment 21, # 22 Attachment 22, # 23 Attachment 23, # 24 Attachment 24)(Rosenberg, Ezra) (Entered: 11/11/2014) |
| 11/11/2014 | 677 | EXHIBITS by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas State Conference of NAACP Branches, United States Of America, Marc Veasey, filed. (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 6, # 7 Attachment 7, # 8 Attachment 8, # 9 Attachment 9)(Rosenberg, Ezra) (Entered: 11/11/2014) |
| 11/11/2014 | 678 | Sealed Event, filed. (With attachments) (Entered: 11/11/2014) |
| 11/12/2014 | 679 | Unopposed MOTION for Frances Whitney Deason to Withdraw as Attorney by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 12/3/2014. (Attachments: # 1 Proposed Order)(Scott, John) (Entered: 11/12/2014) |

| 11/12/2014 | 680 | ORDER GRANTING LEAVE TO WITHDRAW FRANCES WHITNEY DEASON granting 679 Motion to Withdraw as Attorney.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 11/12/2014) |
|---|---|---|
| 11/12/2014 | 681 | Sealed Event, filed. (With attachments) (Entered: 11/12/2014) |
| 11/12/2014 | 682 | Sealed Event, filed. (With attachments) (Entered: 11/12/2014) |
| 11/12/2014 | 683 | Sealed Event, filed. (With attachments) (Entered: 11/12/2014) |
| 11/12/2014 | 684 | Sealed Event, filed. (With attachments) (Entered: 11/12/2014) |
| 11/13/2014 | 685 | Sealed Event, filed. (With attachments) (Entered: 11/13/2014) |
| 11/13/2014 | 686 | Sealed Event, filed. (With attachments) (Entered: 11/13/2014) |
| 11/13/2014 | 687 | Sealed Event, filed. (With attachments) (Entered: 11/13/2014) |
| 11/13/2014 | 688 | Sealed Event, filed. (With attachments) (Entered: 11/13/2014) |
| 11/13/2014 | 689 | Sealed Event, filed. (With attachments) (Entered: 11/13/2014) |
| 11/13/2014 | 690 | Sealed Event, filed. (With attachments) (Entered: 11/13/2014) |
| 11/13/2014 | 691 | Sealed Event, filed. (With attachments) (Entered: 11/13/2014) |
| 11/13/2014 | 692 | Sealed Event, filed. (With attachments) (Entered: 11/13/2014) |
| 11/13/2014 | 693 | Sealed Event, filed. (With attachments) (Entered: 11/13/2014) |
| 11/13/2014 | 694 | Sealed Event, filed. (With attachments) (Entered: 11/13/2014) |
| 11/13/2014 | 695 | Sealed Event, filed. (With attachments) (Entered: 11/13/2014) |
| 11/13/2014 | 696 | Sealed Event, filed. (With attachments) (Entered: 11/13/2014) |
| 11/13/2014 | 697 | Sealed Event, filed. (With attachments) (Entered: 11/13/2014) |
| 11/14/2014 | 698 | Sealed Event, filed. (With attachments) (Entered: 11/14/2014) |
| 11/14/2014 | 699 | Sealed Event, filed. (With attachments) (Entered: 11/14/2014) |
| 11/14/2014 | 700 | Sealed Event, filed. (With attachments) (Entered: 11/14/2014) |
| 11/14/2014 | 701 | Sealed Event, filed. (With attachments) (Entered: 11/14/2014) |
| 11/14/2014 | 702 | Sealed Event, filed. (With attachments) (Entered: 11/14/2014) |
| 11/14/2014 | 703 | Sealed Event, filed. (With attachments) (Entered: 11/14/2014) |
| 11/14/2014 | 704 | Sealed Event, filed. (With attachments) (Entered: 11/14/2014) |
| 11/14/2014 | 705 | Sealed Event, filed. (With attachments) (Entered: 11/14/2014) |
| 11/14/2014 | 706 | Sealed Event, filed. (With attachments) (Entered: 11/14/2014) |
| 11/14/2014 | 707 | Sealed Event, filed. (With attachments) (Entered: 11/14/2014) |
| 11/14/2014 | 708 | Sealed Event, filed. (With attachments) (Entered: 11/14/2014) |
| 11/14/2014 | 709 | Sealed Event, filed. (With attachments) (Entered: 11/14/2014) |
| 11/14/2014 | 710 | Sealed Event, filed. (With attachments) (Entered: 11/14/2014) |
| 11/14/2014 | 711 | Sealed Event, filed. (With attachments) (Entered: 11/14/2014) |

| | | |
|---|---|---|
| 11/14/2014 | 712 | Sealed Event, filed. (With attachments) (Entered: 11/14/2014) |
| 11/14/2014 | 713 | NOTICE *of Plaintiffs and Plaintiff-Intervenors' Notice of Filing of Deposition Designations* by Texas League of Young Voters Education Fund, filed. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13)(Haygood, Ryan) (Entered: 11/14/2014) |
| 11/14/2014 | 714 | NOTICE *Filing Deposition Designations* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit Banks, # 2 Exhibit Beuck, # 3 Exhibit Cesinger, # 4 Exhibit Cornish, # 5 Exhibit Davidson, # 6 Exhibit Davis, # 7 Exhibit Dewhurst, # 8 Exhibit Duncan)(Scott, John) (Entered: 11/14/2014) |
| 11/14/2014 | 715 | NOTICE *of Plaintiffs and Plaintiff-Intervenors' Notice of Filing of Deposition Designations* by Texas League of Young Voters Education Fund, filed. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11)(Haygood, Ryan) (Entered: 11/14/2014) |
| 11/14/2014 | 716 | NOTICE *of Filing Deposition Designations* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit Farinelli, # 2 Exhibit Fraser, # 3 Exhibit Gipson, # 4 Exhibit Golando, # 5 Exhibit Green, # 6 Exhibit Guidry-Part1, # 7 Exhibit Guidry-Part2, # 8 Exhibit Guidry-Part3, # 9 Exhibit Guidry-Part4, # 10 Exhibit Guidry-Part5, # 11 Exhibit Guidry-Part6, # 12 Exhibit Guidry-Part7, # 13 Exhibit Guidry-Part8, # 14 Exhibit Guidry-Part9, # 15 Exhibit Guidry-Part10, # 16 Exhibit Guidry-Part11, # 17 Exhibit Guidry-Part12, # 18 Exhibit Harless, # 19 Exhibit Harris, # 20 Exhibit Hebert)(Scott, John) (Entered: 11/14/2014) |
| 11/14/2014 | 717 | NOTICE *of Filing Deposition Designations* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit Ingram, # 2 Exhibit Lydia, # 3 Exhibit McCoy, # 4 Exhibit Mora, # 5 Exhibit Newman, # 6 Exhibit Ortiz, # 7 Exhibit Patrick, # 8 Exhibit Peters)(Scott, John) (Entered: 11/14/2014) |
| 11/14/2014 | 718 | NOTICE *of Filing Deposition Designations* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit Rodriguez, # 2 Exhibit Shorter, # 3 Exhibit Stanart, # 4 Exhibit Straus, # 5 Exhibit Valdez-Cox, # 6 Exhibit Williams, # 7 Exhibit Zgabay)(Scott, John) (Entered: 11/14/2014) |
| 11/14/2014 | 719 | NOTICE *of Filing Trial Designations* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit Day 1 - AM, # 2 Exhibit Day 1 - PM, # 3 Exhibit Day 2, # 4 Exhibit Day 3, # 5 Exhibit Day 4)(Scott, John) (Entered: 11/14/2014) |
| 11/14/2014 | 720 | NOTICE *of Filing Deposition Designations* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit Anchia, # 2 Exhibit Armbrister, # 3 Exhibit Banks, # 4 Exhibit Bayron, # 5 Exhibit Beuck, # 6 Exhibit Bonnen, # 7 Exhibit Brunson, # 8 Exhibit Camarillo, # 9 Exhibit K. Davis, # 10 Exhibit D. Davis, # 11 Exhibit W. Davis, # 12 Exhibit Duncan)(Scott, John) (Entered: 11/14/2014) |
| 11/14/2014 | 721 | NOTICE *of Filing Deposition Designations* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit Fowler, # 2 Exhibit Fraser-Part 1, # 3 Exhibit Fraser-Part 2, # 4 Exhibit Garduno, # 5 Exhibit Giddings, # 6 Exhibit Gonzalez, # 7 Exhibit Harless, # 8 Exhibit Hebert, # 9 Exhibit Martinez-Fischer, # 10 Exhibit Germaine Martinez, # 11 Exhibit Gloria Martinez, # 12 Exhibit McCoy, # 13 Exhibit McGeehan, # 14 Exhibit Mitchell)(Scott, John) (Entered: 11/14/2014) |
| 11/14/2014 | 722 | NOTICE *of Filing Deposition Designations* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit Parson, # 2 Exhibit Patrick, # 3 Exhibit Rathgeber, # 4 Exhibit Salazar, # 5 Exhibit Schofield, # 6 Exhibit Smith, # 7 |

| | | Exhibit Straus, # 8 Exhibit Uresti, # 9 Exhibit Veasey, # 10 Exhibit Williams)(Scott, John) (Entered: 11/14/2014) |
|---|---|---|
| 11/14/2014 | 723 | NOTICE of Filing Deposition Designation by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit Duncan)(Scott, John) (Entered: 11/14/2014) |
| 11/14/2014 | 724 | Sealed Event, filed. (With attachments) (Entered: 11/14/2014) |
| 11/17/2014 | 725 | NOTICE of Filing Exhibits by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF0001-Part 1, # 2 Exhibit DEF0001-Part 2, # 3 Exhibit DEF0001-Part 3, # 4 Exhibit DEF0001-Part 4, # 5 Exhibit DEF0001-Part 5, # 6 Exhibit DEF0001-Part 6, # 7 Exhibit DEF0001-Part 7, # 8 Exhibit DEF0001-Part 8, # 9 Exhibit DEF0001-Part 9, # 10 Exhibit DEF0001-Part 10, # 11 Exhibit DEF0001-Part 11, # 12 Exhibit DEF0001-Part 12, # 13 Exhibit DEF0001-Part 13, # 14 Exhibit DEF0001-Part 14, # 15 Exhibit DEF0001-Part 15, # 16 Exhibit DEF0001-Part 16, # 17 Exhibit DEF0001-Part 17, # 18 Exhibit DEF0001-Part 18, # 19 Exhibit DEF0001-Part 19, # 20 Exhibit DEF0001-Part 20, # 21 Exhibit DEF0001-Part 21, # 22 Exhibit DEF0001-Part 22, # 23 Exhibit DEF0001-Part 23, # 24 Exhibit DEF0001-Part 24, # 25 Exhibit DEF0001-Part 25, # 26 Exhibit DEF0001-Part 26, # 27 Exhibit DEF0001-Part 27, # 28 Exhibit DEF0001-Part 28, # 29 Exhibit DEF0001-Part 29, # 30 Exhibit DEF0001-Part 30, # 31 Exhibit DEF0001-Part 31, # 32 Exhibit DEF0001-Part 32, # 33 Exhibit DEF0001-Part 33, # 34 Exhibit DEF0001-Part 34, # 35 Exhibit DEF0001-Part 35, # 36 Exhibit DEF0001-Part 36, # 37 Exhibit DEF0001-Part 37, # 38 Exhibit DEF0001-Part 38, # 39 Exhibit DEF0001-Part 39, # 40 Exhibit DEF0001-Part 40, # 41 Exhibit DEF001-Part 41, # 42 Exhibit DEF001-Part 42, # 43 Exhibit DEF001-Part 43, # 44 Exhibit DEF001-Part 44, # 45 Exhibit DEF001-Part 45, # 46 Exhibit DEF001-Part 46, # 47 Exhibit DEF001-Part 47, # 48 Exhibit DEF001-Part 48)(Scott, John) (Entered: 11/17/2014) |
| 11/17/2014 | 726 | NOTICE of Filing Exhibits by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF0002 - Part 1, # 2 Exhibit DEF0002 - Part 2, # 3 Exhibit DEF0002 - Part 3, # 4 Exhibit DEF0002 - Part 4, # 5 Exhibit DEF0002 - Part 5, # 6 Exhibit DEF0002 - Part 6, # 7 Exhibit DEF0003 - Part 1, # 8 Exhibit DEF0003 - Part 2, # 9 Exhibit DEF0003 - Part 3, # 10 Exhibit DEF0004, # 11 Exhibit DEF0005, # 12 Exhibit DEF0006, # 13 Exhibit DEF0007, # 14 Exhibit DEF0008, # 15 Exhibit DEF0009, # 16 Exhibit DEF0010)(Scott, John) (Entered: 11/17/2014) |
| 11/17/2014 | 727 | NOTICE of Filing Exhibits by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF0011, # 2 Exhibit DEF0012, # 3 Exhibit DEF0013 - Part 1, # 4 Exhibit DEF0013 - Part 2, # 5 Exhibit DEF0013 - Part 3, # 6 Exhibit DEF0014, # 7 Exhibit DEF0015, # 8 Exhibit DEF0016, # 9 Exhibit DEF0017, # 10 Exhibit DEF0018 - Part 1, # 11 Exhibit DEF0018 - Part 2, # 12 Exhibit DEF0018 - Part 3, # 13 Exhibit DEF0018 - Part 4, # 14 Exhibit DEF0018 - Part 5, # 15 Exhibit DEF0018 - Part 6, # 16 Exhibit DEF0018 - Part 7, # 17 Exhibit DEF0018 - Part 8, # 18 Exhibit DEF0018 - Part 9, # 19 Exhibit DEF0019, # 20 Exhibit DEF0020)(Scott, John) (Entered: 11/17/2014) |
| 11/17/2014 | 728 | NOTICE of Filing Exhibits by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF0021, # 2 Exhibit DEF0022, # 3 Exhibit DEF0023, # 4 Exhibit DEF0024, # 5 Exhibit DEF0025, # 6 Exhibit DEF0026, # 7 Exhibit DEF0027, # 8 Exhibit DEF0028, # 9 Exhibit DEF0029, # 10 Exhibit DEF0030, # 11 Exhibit DEF0031, # 12 Exhibit DEF0032, # 13 Exhibit DEF0033, # 14 Exhibit DEF0034, # 15 Exhibit DEF0035, # 16 Exhibit DEF0036, # 17 Exhibit DEF0037, # 18 Exhibit DEF0038, # 19 Exhibit DEF0039)(Scott, John) (Entered: 11/17/2014) |
| 11/17/2014 | 729 | NOTICE of Filing Exhibits by Steve McGraw, Rick Perry, State Of Texas, John Steen, |

| | | |
|---|---|---|
| | | filed. (Attachments: # 1 Exhibit DEF0040 - Part 1, # 2 Exhibit DEF0040 - Part 2, # 3 Exhibit DEF0040 - Part 3, # 4 Exhibit DEF0040 - Part 4, # 5 Exhibit DEF0040 - Part 5, # 6 Exhibit DEF0040 - Part 6, # 7 Exhibit DEF0040 - Part 7, # 8 Exhibit DEF0040 - Part 8, # 9 Exhibit DEF0040 - Part 9, # 10 Exhibit DEF0040 - Part 10, # 11 Exhibit DEF0040 - Part 11, # 12 Exhibit DEF0040 - Part 12, # 13 Exhibit DEF0040 - Part 13, # 14 Exhibit DEF0040 - Part 14, # 15 Exhibit DEF0040 - Part 15, # 16 Exhibit DEF0040 - Part 16, # 17 Exhibit DEF0041, # 18 Exhibit DEF0042, # 19 Exhibit DEF0043, # 20 Exhibit DEF0044, # 21 Exhibit DEF0045, # 22 Exhibit DEF0046, # 23 Exhibit DEF0047, # 24 Exhibit DEF0048, # 25 Exhibit DEF0049, # 26 Exhibit DEF0050) (Scott, John) (Entered: 11/17/2014) |
| 11/17/2014 | 730 | NOTICE *of Filing Exhibits* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF0051, # 2 Exhibit DEF0052, # 3 Exhibit DEF0053, # 4 Exhibit DEF0054, # 5 Exhibit DEF0055, # 6 Exhibit DEF0056, # 7 Exhibit DEF0057, # 8 Exhibit DEF0058, # 9 Exhibit DEF0059, # 10 Exhibit DEF0060, # 11 Exhibit DEF0061, # 12 Exhibit DEF0062, # 13 Exhibit DEF0063, # 14 Exhibit DEF0064)(Scott, John) (Entered: 11/17/2014) |
| 11/17/2014 | 731 | NOTICE *of Filing Exhibits* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF0068, # 2 Exhibit DEF0069, # 3 Exhibit DEF0070, # 4 Exhibit DEF0071, # 5 Exhibit DEF0072, # 6 Exhibit DEF0073, # 7 Exhibit DEF0074, # 8 Exhibit DEF0075 - Part 1, # 9 Exhibit DEF0075 - Part 2, # 10 Exhibit DEF0076, # 11 Exhibit DEF0077, # 12 Exhibit DEF0078 - Part 1, # 13 Exhibit DEF0078 - Part 2, # 14 Exhibit DEF0080)(Scott, John) (Entered: 11/17/2014) |
| 11/17/2014 | 732 | NOTICE *of Filing Exhibits* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF0081, # 2 Exhibit DEF0083, # 3 Exhibit DEF0084, # 4 Exhibit DEF0085, # 5 Exhibit DEF0086, # 6 Exhibit DEF0088, # 7 Exhibit DEF0089, # 8 Exhibit DEF0090, # 9 Exhibit DEF0091, # 10 Exhibit DEF0092, # 11 Exhibit DEF0093, # 12 Exhibit DEF0094, # 13 Exhibit DEF0095, # 14 Exhibit DEF0096, # 15 Exhibit DEF0097, # 16 Exhibit DEF0098, # 17 Exhibit DEF0099, # 18 Exhibit DEF0100)(Scott, John) (Entered: 11/17/2014) |
| 11/17/2014 | 733 | NOTICE *of Filing Exhibits* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF0101, # 2 Exhibit DEF0102, # 3 Exhibit DEF0103, # 4 Exhibit DEF0104, # 5 Exhibit DEF0105, # 6 Exhibit DEF0106, # 7 Exhibit DEF0107, # 8 Exhibit DEF0108, # 9 Exhibit DEF0109, # 10 Exhibit DEF0110, # 11 Exhibit DEF0111, # 12 Exhibit DEF0112, # 13 Exhibit DEF0113, # 14 Exhibit DEF0114, # 15 Exhibit DEF0115, # 16 Exhibit DEF0116, # 17 Exhibit DEF0117, # 18 Exhibit DEF0119, # 19 Exhibit DEF0120)(Scott, John) (Entered: 11/17/2014) |
| 11/17/2014 | 734 | NOTICE *of Filing Exhibits* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF0121, # 2 Exhibit DEF0122, # 3 Exhibit DEF0123, # 4 Exhibit DEF0124, # 5 Exhibit DEF0126, # 6 Exhibit DEF0128, # 7 Exhibit DEF0129, # 8 Exhibit DEF0130, # 9 Exhibit DEF0131, # 10 Exhibit DEF0132, # 11 Exhibit DEF0134, # 12 Exhibit DEF0135, # 13 Exhibit DEF0136, # 14 Exhibit DEF0137, # 15 Exhibit DEF0138, # 16 Exhibit DEF0139, # 17 Exhibit DEF0140, # 18 Exhibit DEF0142, # 19 Exhibit DEF0151, # 20 Exhibit DEF0152, # 21 Exhibit DEF0153, # 22 Exhibit DEF0155, # 23 Exhibit DEF0156, # 24 Exhibit DEF0158) (Scott, John) (Entered: 11/17/2014) |
| 11/17/2014 | 735 | NOTICE *of Filing Exhibits* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF0159, # 2 Exhibit DEF0161, # 3 Exhibit DEF0168, # 4 Exhibit DEF0169, # 5 Exhibit DEF0170, # 6 Exhibit DEF0171, # 7 Exhibit DEF0172, # 8 Exhibit DEF0173, # 9 Exhibit DEF0174, # 10 Exhibit DEF0175, # 11 Exhibit DEF0176, # 12 Exhibit DEF0177, # 13 Exhibit DEF0178, # 14 Exhibit |

| | | |
|---|---|---|
| | | DEF0179, # 15 Exhibit DEF0180, # 16 Exhibit DEF0181, # 17 Exhibit DEF0182, # 18 Exhibit DEF0183, # 19 Exhibit DEF0184, # 20 Exhibit DEF0190, # 21 Exhibit DEF0191, # 22 Exhibit DEF0192, # 23 Exhibit DEF0193, # 24 Exhibit DEF0195, # 25 Exhibit DEF0197, # 26 Exhibit DEF0198, # 27 Exhibit DEF0199, # 28 Exhibit DEF0200)(Scott, John) (Entered: 11/17/2014) |
| 11/17/2014 | 736 | NOTICE *of Filing Exhibits* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF0201, # 2 Exhibit DEF0202, # 3 Exhibit DEF0203, # 4 Exhibit DEF0204, # 5 Exhibit DEF0205, # 6 Exhibit DEF0206, # 7 Exhibit DEF0207, # 8 Exhibit DEF0208, # 9 Exhibit DEF0209, # 10 Exhibit DEF0210, # 11 Exhibit DEF0211, # 12 Exhibit DEF0215, # 13 Exhibit DEF0222, # 14 Exhibit DEF0228, # 15 Exhibit DEF0229, # 16 Exhibit DEF0231, # 17 Exhibit DEF0232, # 18 Exhibit DEF0233, # 19 Exhibit DEF0234, # 20 Exhibit DEF0235, # 21 Exhibit DEF0236, # 22 Exhibit DEF0238)(Scott, John) (Entered: 11/17/2014) |
| 11/17/2014 | 737 | NOTICE *of Filing Exhibits* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF0239 - Part 1, # 2 Exhibit DEF0239 - Part 2, # 3 Exhibit DEF0239 - Part 3, # 4 Exhibit DEF0239 - Part 4, # 5 Exhibit DEF0239 - Part 5, # 6 Exhibit DEF0239 - Part 6, # 7 Exhibit DEF0239 - Part 7, # 8 Exhibit DEF0239 - Part 8, # 9 Exhibit DEF0239 - Part 9, # 10 Exhibit DEF0239 - Part 10, # 11 Exhibit DEF0239 - Part 11, # 12 Exhibit DEF0239 - Part 12, # 13 Exhibit DEF0240, # 14 Exhibit DEF0241, # 15 Exhibit DEF0242, # 16 Exhibit DEF0243, # 17 Exhibit DEF0244, # 18 Exhibit DEF0245, # 19 Exhibit DEF0246, # 20 Exhibit DEF0247, # 21 Exhibit DEF0248, # 22 Exhibit DEF0249, # 23 Exhibit DEF0252, # 24 Exhibit DEF0254, # 25 Exhibit DEF0255)(Scott, John) (Entered: 11/17/2014) |
| 11/17/2014 | 738 | NOTICE *of Filing Exhibits* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF0256, # 2 Exhibit DEF0257, # 3 Exhibit DEF0258, # 4 Exhibit DEF0259, # 5 Exhibit DEF0261, # 6 Exhibit DEF0263, # 7 Exhibit DEF0264, # 8 Exhibit DEF0265, # 9 Exhibit DEF0266, # 10 Exhibit DEF0267, # 11 Exhibit DEF0268, # 12 Exhibit DEF0269, # 13 Exhibit DEF0271, # 14 Exhibit DEF0272, # 15 Exhibit DEF0273, # 16 Exhibit DEF0274, # 17 Exhibit DEF0275, # 18 Exhibit DEF0276, # 19 Exhibit DEF0277, # 20 Exhibit DEF0278, # 21 Exhibit DEF0279, # 22 Exhibit DEF0280 - Part 1, # 23 Exhibit DEF0280 - Part 2, # 24 Exhibit DEF0281, # 25 Exhibit DEF0282, # 26 Exhibit DEF0283, # 27 Exhibit DEF0284, # 28 Exhibit DEF0285, # 29 Exhibit DEF0286, # 30 Exhibit DEF0287, # 31 Exhibit DEF0288, # 32 Exhibit DEF0289, # 33 Exhibit DEF0290)(Scott, John) (Entered: 11/17/2014) |
| 11/17/2014 | 739 | NOTICE *of Filing Exhibits* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF0291, # 2 Exhibit DEF0292, # 3 Exhibit DEF0293, # 4 Exhibit DEF0294, # 5 Exhibit DEF0295, # 6 Exhibit DEF0296, # 7 Exhibit DEF0297, # 8 Exhibit DEF0298, # 9 Exhibit DEF0299, # 10 Exhibit DEF0300, # 11 Exhibit DEF0301, # 12 Exhibit DEF0302, # 13 Exhibit DEF0303, # 14 Exhibit DEF0304, # 15 Exhibit DEF0305, # 16 Exhibit DEF0306, # 17 Exhibit DEF0307, # 18 Exhibit DEF0308, # 19 Exhibit DEF0309, # 20 Exhibit DEF0310, # 21 Exhibit DEF0311, # 22 Exhibit DEF0313, # 23 Exhibit DEF0314, # 24 Exhibit DEF0316, # 25 Exhibit DEF0323, # 26 Exhibit DEF0324, # 27 Exhibit DEF0325, # 28 Exhibit DEF0352, # 29 Exhibit DEF0353, # 30 Exhibit DEF0354, # 31 Exhibit DEF0355, # 32 Exhibit DEF0356, # 33 Exhibit DEF0357, # 34 Exhibit DEF0358, # 35 Exhibit DEF0359)(Scott, John) (Entered: 11/17/2014) |
| 11/17/2014 | 740 | NOTICE *of Filing Exhibits* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF0360, # 2 Exhibit DEF0361, # 3 Exhibit DEF0362, # 4 Exhibit DEF0363, # 5 Exhibit DEF0364 - Part 1, # 6 Exhibit DEF0364 - Part 2, # 7 Exhibit DEF0365, # 8 Exhibit DEF0366, # 9 Exhibit DEF0367, # 10 Exhibit DEF0368, |

| | | |
|---|---|---|
| | | # 11 Exhibit DEF0369, # 12 Exhibit DEF0370, # 13 Exhibit DEF0371, # 14 Exhibit DEF0372, # 15 Exhibit DEF0373, # 16 Exhibit DEF0374, # 17 Exhibit DEF0375, # 18 Exhibit DEF0376, # 19 Exhibit DEF0377, # 20 Exhibit DEF0378, # 21 Exhibit DEF0379, # 22 Exhibit DEF0380, # 23 Exhibit DEF0381, # 24 Exhibit DEF0382, # 25 Exhibit DEF0383, # 26 Exhibit DEF0384, # 27 Exhibit DEF0385, # 28 Exhibit DEF0386, # 29 Exhibit DEF0387, # 30 Exhibit DEF0388, # 31 Exhibit DEF0389, # 32 Exhibit DEF0390)(Scott, John) (Entered: 11/17/2014) |
| 11/17/2014 | 741 | NOTICE *of Filing Exhibits* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF0391, # 2 Exhibit DEF0392, # 3 Exhibit DEF0393, # 4 Exhibit DEF0394, # 5 Exhibit DEF0395, # 6 Exhibit DEF0396, # 7 Exhibit DEF0397, # 8 Exhibit DEF0398, # 9 Exhibit DEF0399, # 10 Exhibit DEF0400, # 11 Exhibit DEF0401, # 12 Exhibit DEF0402, # 13 Exhibit DEF0403, # 14 Exhibit DEF0404, # 15 Exhibit DEF0405, # 16 Exhibit DEF0406, # 17 Exhibit DEF0407, # 18 Exhibit DEF0408, # 19 Exhibit DEF0409, # 20 Exhibit DEF0410, # 21 Exhibit DEF0411, # 22 Exhibit DEF0412 - Part 1, # 23 Exhibit DEF0412 - Part 2, # 24 Exhibit DEF0413, # 25 Exhibit DEF0414, # 26 Exhibit DEF0415, # 27 Exhibit DEF0416, # 28 Exhibit DEF0417, # 29 Exhibit DEF0421, # 30 Exhibit DEF0422, # 31 Exhibit DEF0423, # 32 Exhibit DEF0424, # 33 Exhibit DEF0425)(Scott, John) (Entered: 11/17/2014) |
| 11/17/2014 | 742 | NOTICE *of Filing Exhibits* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF0426, # 2 Exhibit DEF0427, # 3 Exhibit DEF0428, # 4 Exhibit DEF0429, # 5 Exhibit DEF0450, # 6 Exhibit DEF0451, # 7 Exhibit DEF0452, # 8 Exhibit DEF0453, # 9 Exhibit DEF0454, # 10 Exhibit DEF0455, # 11 Exhibit DEF0456 - Part 1, # 12 Exhibit DEF0456 - Part 2, # 13 Exhibit DEF0456 - Part 3, # 14 Exhibit DEF0456 - Part 4, # 15 Exhibit DEF0456 - Part 5, # 16 Exhibit DEF0456 - Part 6, # 17 Exhibit DEF0456 - Part 7, # 18 Exhibit DEF0456 - Part 8, # 19 Exhibit DEF0456 - Part 9, # 20 Exhibit DEF0456 - Part 10, # 21 Exhibit DEF0456 - Part 11, # 22 Exhibit DEF0456 - Part 12, # 23 Exhibit DEF0456 - Part 13, # 24 Exhibit DEF0456 - Part 14, # 25 Exhibit DEF0456 - Part 15, # 26 Exhibit DEF0456 - Part 16, # 27 Exhibit DEF0456 - Part 17, # 28 Exhibit DEF0456 - Part 18, # 29 Exhibit DEF0456 - Part 19, # 30 Exhibit DEF0456 - Part 20, # 31 Exhibit DEF0456 - Part 21, # 32 Exhibit DEF0456 - Part 22, # 33 Exhibit DEF0456 - Part 23, # 34 Exhibit DEF0456 - Part 24, # 35 Exhibit DEF0456 - Part 25, # 36 Exhibit DEF0456 - Part 26)(Scott, John) (Entered: 11/17/2014) |
| 11/17/2014 | 743 | NOTICE *of Filing Exhibits* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF0458, # 2 Exhibit DEF0459, # 3 Exhibit DEF0460, # 4 Exhibit DEF0461, # 5 Exhibit DEF0465, # 6 Exhibit DEF0466, # 7 Exhibit DEF0467, # 8 Exhibit DEF0468, # 9 Exhibit DEF0469, # 10 Exhibit DEF0470, # 11 Exhibit DEF0471, # 12 Exhibit DEF0472, # 13 Exhibit DEF0473, # 14 Exhibit DEF0474 - Part 1, # 15 Exhibit DEF0474 - Part 2, # 16 Exhibit DEF0475, # 17 Exhibit DEF0476, # 18 Exhibit DEF0477 - Part 1, # 19 Exhibit DEF0477 - Part 2, # 20 Exhibit DEF0477 - Part 3, # 21 Exhibit DEF0477 - Part 4, # 22 Exhibit DEF0477 - Part 5, # 23 Exhibit DEF0477 - Part 6, # 24 Exhibit DEF0477 - Part 7, # 25 Exhibit DEF0478, # 26 Exhibit DEF0479, # 27 Exhibit DEF0480, # 28 Exhibit DEF0481, # 29 Exhibit DEF0482, # 30 Exhibit DEF0483, # 31 Exhibit DEF0484, # 32 Exhibit DEF0485, # 33 Errata DEF0486, # 34 Exhibit DEF0487)(Scott, John) (Entered: 11/17/2014) |
| 11/17/2014 | 744 | NOTICE *of Filing Exhibits* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF0488 - Part 1, # 2 Exhibit DEF0488 - Part 2, # 3 Exhibit DEF0489, # 4 Exhibit DEF0490, # 5 Exhibit DEF0491, # 6 Exhibit DEF0492, # 7 Exhibit DEF0493, # 8 Exhibit DEF0494, # 9 Exhibit DEF0495, # 10 Exhibit DEF0496, # 11 Exhibit DEF0497, # 12 Exhibit DEF0498, # 13 Exhibit DEF0499, # 14 |

| | | |
|---|---|---|
| | | Exhibit DEF0500, # 15 Exhibit DEF0501, # 16 Exhibit DEF0502, # 17 Exhibit DEF0503, # 18 Exhibit DEF0504, # 19 Exhibit DEF0505, # 20 Exhibit DEF0506, # 21 Errata DEF0507, # 22 Exhibit DEF0508, # 23 Exhibit DEF0509, # 24 Exhibit DEF0510, # 25 Exhibit DEF0511)(Scott, John) (Entered: 11/17/2014) |
| 11/17/2014 | 745 | NOTICE *of Filing Exhibits* by Steve McGraw, Rick Perry, State of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF0512 - Part 1, # 2 Exhibit DEF0512- Part 2, # 3 Exhibit DEF0512 - Part 3, # 4 Exhibit DEF0512 - Part 4, # 5 Exhibit DEF0513 - Part 1, # 6 Exhibit DEF0513 - Part 2, # 7 Exhibit DEF0513 - Part 3, # 8 Exhibit DEF0514, # 9 Exhibit DEF0515, # 10 Exhibit DEF0516, # 11 Exhibit DEF0517, # 12 Exhibit DEF0518, # 13 Exhibit DEF0519, # 14 Exhibit DEF0523, # 15 Exhibit DEF0526, # 16 Exhibit DEF0527, # 17 Exhibit DEF0528, # 18 Exhibit DEF0529, # 19 Exhibit DEF0530, # 20 Exhibit DEF0531, # 21 Exhibit DEF0532, # 22 Exhibit DEF0533, # 23 Exhibit DEF0534, # 24 Exhibit DEF0535, # 25 Exhibit DEF0536, # 26 Exhibit DEF0537, # 27 Exhibit DEF0538, # 28 Exhibit DEF0539, # 29 Exhibit DEF0540, # 30 Exhibit DEF0541, # 31 Exhibit DEF0542, # 32 Exhibit DEF0543, # 33 Exhibit DEF0544, # 34 Exhibit DEF0545)(Scott, John) (Entered: 11/17/2014) |
| 11/18/2014 | 746 | NOTICE *of Filing Exhibits* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF0546, # 2 Exhibit DEF0547, # 3 Exhibit DEF0548, # 4 Exhibit DEF0549, # 5 Exhibit DEF0550, # 6 Exhibit DEF0551, # 7 Exhibit DEF0552, # 8 Exhibit DEF0553, # 9 Exhibit DEF0554, # 10 Exhibit DEF0555, # 11 Exhibit DEF0556, # 12 Exhibit DEF0557, # 13 Exhibit DEF0558, # 14 Exhibit DEF0559, # 15 Exhibit DEF0560, # 16 Exhibit DEF0561 - Part 1, # 17 Exhibit DEF0561 - Part 2, # 18 Exhibit DEF0561 - Part 3, # 19 Exhibit DEF0562, # 20 Exhibit DEF0563, # 21 Exhibit DEF0564, # 22 Exhibit DEF0566, # 23 Exhibit DEF0567, # 24 Exhibit DEF0568, # 25 Exhibit DEF0569, # 26 Exhibit DEF0570, # 27 Exhibit DEF0571, # 28 Exhibit DEF0572, # 29 Exhibit DEF0573, # 30 Exhibit DEF0574, # 31 Exhibit DEF0580, # 32 Exhibit DEF0589, # 33 Exhibit DEF0591, # 34 Exhibit DEF0592, # 35 Exhibit DEF0596, # 36 Exhibit DEF0597, # 37 Exhibit DEF0609, # 38 Exhibit DEF0610)(Scott, John) (Entered: 11/18/2014) |
| 11/18/2014 | 747 | NOTICE *of Filing Exhibits* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF0611, # 2 Exhibit DEF0612, # 3 Exhibit DEF0613, # 4 Exhibit DEF0614, # 5 Exhibit DEF0615, # 6 Exhibit DEF0616, # 7 Exhibit DEF0617, # 8 Exhibit DEF0618, # 9 Exhibit DEF0619, # 10 Exhibit DEF0620, # 11 Exhibit DEF0621, # 12 Exhibit DEF0624, # 13 Exhibit DEF0625, # 14 Exhibit DEF0626 - Part 1, # 15 Exhibit DEF0626 - Part 2, # 16 Exhibit DEF0626 - Part 3, # 17 Exhibit DEF0626 - Part 4, # 18 Exhibit DEF0627, # 19 Exhibit DEF0628, # 20 Exhibit DEF0629, # 21 Exhibit DEF0630, # 22 Exhibit DEF0631, # 23 Exhibit DEF0632, # 24 Exhibit DEF0633, # 25 Exhibit DEF0634, # 26 Exhibit DEF0635, # 27 Exhibit DEF0636, # 28 Exhibit DEF0637, # 29 Exhibit DEF0638, # 30 Exhibit DEF0639, # 31 Exhibit DEF0640, # 32 Exhibit DEF0641, # 33 Exhibit DEF0642, # 34 Exhibit DEF0643, # 35 Exhibit DEF0644, # 36 Exhibit DEF0645, # 37 Exhibit DEF0646, # 38 Exhibit DEF0647, # 39 Exhibit DEF0648, # 40 Exhibit DEF0649, # 41 Exhibit DEF0650)(Scott, John) (Entered: 11/18/2014) |
| 11/18/2014 | 748 | NOTICE *of Filing Exhibits* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF651, # 2 Exhibit DEF652, # 3 Exhibit DEF653, # 4 Exhibit DEF654, # 5 Exhibit DEF655, # 6 Exhibit DEF656, # 7 Exhibit DEF657, # 8 Exhibit DEF658, # 9 Exhibit DEF659, # 10 Exhibit DEF660, # 11 Exhibit DEF661 - Part 1, # 12 Exhibit DEF661 - Part 2, # 13 Exhibit DEF661 - Part 3, # 14 Exhibit DEF662, # 15 Exhibit DEF663, # 16 Exhibit DEF664, # 17 Exhibit DEF665 - Part 1, # 18 Exhibit DEF665 - Part 2, # 19 Exhibit DEF666, # 20 Exhibit DEF667, # 21 Exhibit DEF668, # 22 Exhibit DEF671, # 23 Exhibit DEF673, # 24 Exhibit DEF674, # 25 |

| | | |
|---|---|---|
| | | Exhibit DEF675, # 26 Exhibit DEF678, # 27 Exhibit DEF679, # 28 Exhibit DEF680, # 29 Exhibit DEF681, # 30 Exhibit DEF683, # 31 Exhibit DEF686, # 32 Exhibit DEF689, # 33 Exhibit DEF690)(Scott, John) (Entered: 11/18/2014) |
| 11/18/2014 | 749 | NOTICE *of Filing Exhibits* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF0693, # 2 Exhibit DEF0694, # 3 Exhibit DEF0695, # 4 Exhibit DEF0705, # 5 Exhibit DEF0706, # 6 Exhibit DEF0707, # 7 Exhibit DEF0708, # 8 Exhibit DEF0709, # 9 Exhibit DEF0710, # 10 Exhibit DEF0711, # 11 Exhibit DEF0712 - Part 1, # 12 Exhibit DEF0712 - Part 2, # 13 Exhibit DEF0713., # 14 Exhibit DEF0714, # 15 Exhibit DEF0715, # 16 Exhibit DEF0716, # 17 Exhibit DEF0717, # 18 Exhibit DEF0718, # 19 Exhibit DEF0720, # 20 Exhibit DEF0721, # 21 Exhibit DEF0722, # 22 Exhibit DEF0723, # 23 Exhibit DEF0725 - Part 1, # 24 Exhibit DEF0725 - Part 2, # 25 Exhibit DEF0726, # 26 Exhibit DEF0727, # 27 Exhibit DEF0728, # 28 Exhibit DEF0729, # 29 Exhibit DEF0730, # 30 Exhibit DEF0731, # 31 Exhibit DEF0732, # 32 Exhibit DEF0734, # 33 Exhibit DEF0734, # 34 Exhibit DEF0735)(Scott, John) (Entered: 11/18/2014) |
| 11/18/2014 | 750 | NOTICE *of Filing Exhibits* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF0736, # 2 Exhibit DEF0737, # 3 Exhibit DEF0738, # 4 Exhibit DEF0739, # 5 Exhibit DEF0740, # 6 Exhibit DEF0741, # 7 Exhibit DEF0742, # 8 Exhibit DEF0743, # 9 Exhibit DEF0744, # 10 Exhibit DEF0747, # 11 Exhibit DEF0748, # 12 Exhibit DEF0755, # 13 Exhibit DEF0756, # 14 Exhibit DEF0757, # 15 Exhibit DEF0758, # 16 Exhibit DEF0559 - Part 1, # 17 Exhibit DEF0759 - Part 2, # 18 Exhibit DEF0760, # 19 Exhibit DEF0761, # 20 Exhibit DEF0762, # 21 Exhibit DEF0763, # 22 Exhibit DEF0764, # 23 Exhibit DEF0765, # 24 Exhibit DEF0766, # 25 Exhibit DEF0767, # 26 Exhibit DEF0768, # 27 Exhibit DEF0769, # 28 Exhibit DEF0770, # 29 Exhibit DEF0771, # 30 Exhibit DEF0772, # 31 Exhibit DEF0773, # 32 Exhibit DEF0774, # 33 Exhibit DEF0775)(Scott, John) (Entered: 11/18/2014) |
| 11/18/2014 | 751 | NOTICE *of Filing Exhibits* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF0778, # 2 Exhibit DEF0779, # 3 Exhibit DEF0780, # 4 Exhibit DEF0781, # 5 Exhibit DEF0782, # 6 Exhibit DEF0783, # 7 Exhibit DEF0784, # 8 Exhibit DEF0785, # 9 Exhibit DEF0786, # 10 Exhibit DEF0787, # 11 Exhibit DEF0788, # 12 Exhibit DEF0789, # 13 Exhibit DEF0790, # 14 Exhibit DEF0791, # 15 Exhibit DEF0792, # 16 Exhibit DEF0793, # 17 Exhibit DEF0794, # 18 Exhibit DEF0795, # 19 Exhibit DEF0796, # 20 Exhibit DEF0797 - Part 1, # 21 Exhibit DEF0797 - Part 2, # 22 Exhibit DEF0798 - Part 1, # 23 Exhibit DEF0798 - Part 2, # 24 Exhibit DEF0799, # 25 Exhibit DEF0800, # 26 Exhibit DEF0801, # 27 Exhibit DEF0802, # 28 Exhibit DEF0803, # 29 Exhibit DEF0804, # 30 Exhibit DEF0806, # 31 Exhibit DEF0809, # 32 Exhibit DEF0810)(Scott, John) (Entered: 11/18/2014) |
| 11/18/2014 | 752 | NOTICE *of Filing Exhibits* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF0811, # 2 Exhibit DEF0812, # 3 Exhibit DEF0813, # 4 Exhibit DEF0814, # 5 Exhibit DEF0815, # 6 Exhibit DEF0816, # 7 Exhibit DEF0817, # 8 Exhibit DEF0818, # 9 Exhibit DEF0819, # 10 Exhibit DEF0820, # 11 Exhibit DEF0821, # 12 Exhibit DEF0822, # 13 Exhibit DEF0823, # 14 Exhibit DEF0824, # 15 Exhibit DEF0825, # 16 Exhibit DEF0826, # 17 Exhibit DEF0827, # 18 Exhibit DEF0828, # 19 Exhibit DEF0829, # 20 Exhibit DEF0830, # 21 Exhibit DEF0831, # 22 Exhibit DEF0832, # 23 Exhibit DEF0833, # 24 Exhibit DEDF0834, # 25 Exhibit DEF0835, # 26 Exhibit DEF0836, # 27 Exhibit DEF0837, # 28 Exhibit DEF0838, # 29 Exhibit DEF0839, # 30 Exhibit DEF0840, # 31 Exhibit DEF0841, # 32 Exhibit DEF0842, # 33 Exhibit DEF0843, # 34 Exhibit DEF0844, # 35 Exhibit DEF0845)(Scott, John) (Entered: 11/18/2014) |
| 11/18/2014 | 753 | NOTICE *of Filing Exhibits* by Steve McGraw, Rick Perry, State Of Texas, John Steen, |

| | | |
|---|---|---|
| | | filed. (Attachments: # <u>1</u> Exhibit DEF0846, # <u>2</u> Exhibit DEF0847, # <u>3</u> Exhibit DEF0848, # <u>4</u> Exhibit DEF0849, # <u>5</u> Exhibit DEF0850, # <u>6</u> Exhibit DEF0851, # <u>7</u> Exhibit DEF0852, # <u>8</u> Exhibit DEF0853 - Part 1, # <u>9</u> Exhibit DEF0853 - Part 2, # <u>10</u> Exhibit DEF0853 - Part 3, # <u>11</u> Exhibit DEF0854, # <u>12</u> Exhibit DEF0855 - Part 1, # <u>13</u> Exhibit DEF0855 - Part 2, # <u>14</u> Exhibit DEF0856, # <u>15</u> Exhibit DEF0857, # <u>16</u> Exhibit DEF0862, # <u>17</u> Exhibit DEF0863, # <u>18</u> Exhibit DEF0864 - Part 1, # <u>19</u> Exhibit DEF0864 - Part 2, # <u>20</u> Exhibit DEF0865, # <u>21</u> Exhibit DEF0866, # <u>22</u> Exhibit DEF0867, # <u>23</u> Exhibit DEF0868, # <u>24</u> Exhibit DEF0869, # <u>25</u> Exhibit DEF0870, # <u>26</u> Exhibit DEF0871, # <u>27</u> Exhibit DEF0872 - Part 1, # <u>28</u> Exhibit DEF0872 - Part 2, # <u>29</u> Exhibit DEF0873, # <u>30</u> Exhibit DEF0874, # <u>31</u> Exhibit DEF0875, # <u>32</u> Exhibit DEF0876, # <u>33</u> Exhibit DEF0877, # <u>34</u> Exhibit DEF0878, # <u>35</u> Exhibit DEF0879, # <u>36</u> Exhibit DEF0880)(Scott, John) (Entered: 11/18/2014) |
| 11/18/2014 | <u>754</u> | NOTICE *of Filing Exhibits* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # <u>1</u> Exhibit DEF0881, # <u>2</u> Exhibit DEF0882, # <u>3</u> Exhibit DEF0883, # <u>4</u> Exhibit DEF0884, # <u>5</u> Exhibit DEF0885, # <u>6</u> Exhibit DEF0886, # <u>7</u> Exhibit DEF0887, # <u>8</u> Exhibit DEF0888, # <u>9</u> Exhibit DEF0889, # <u>10</u> Exhibit DEF0890, # <u>11</u> Exhibit DEF0891, # <u>12</u> Exhibit DEF0892, # <u>13</u> Exhibit DEF0893, # <u>14</u> Exhibit DEF0894, # <u>15</u> Exhibit DEF0895, # <u>16</u> Exhibit DEF0896, # <u>17</u> Exhibit DEF0897, # <u>18</u> Exhibit DEF0898, # <u>19</u> Exhibit DEF0899, # <u>20</u> Exhibit DEF0900, # <u>21</u> Exhibit DEF0902, # <u>22</u> Exhibit DEF0906, # <u>23</u> Exhibit DEF0907, # <u>24</u> Exhibit DEF0908, # <u>25</u> Exhibit DEF0909, # <u>26</u> Exhibit DEF0910, # <u>27</u> Exhibit DEF0911, # <u>28</u> Exhibit DEF0912, # <u>29</u> Exhibit DEF0913, # <u>30</u> Exhibit DEF0916, # <u>31</u> Exhibit DEF0917, # <u>32</u> Exhibit DEF0918, # <u>33</u> Exhibit DEF0919, # <u>34</u> Exhibit DEF0020)(Scott, John) (Entered: 11/18/2014) |
| 11/18/2014 | <u>755</u> | NOTICE *of Filing Exhibits* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # <u>1</u> Exhibit DEF0921, # <u>2</u> Exhibit DEF0922, # <u>3</u> Exhibit DEF0923, # <u>4</u> Exhibit DEF0923, # <u>5</u> Exhibit DEF0924, # <u>6</u> Exhibit DEF0925, # <u>7</u> Exhibit DEF0929, # <u>8</u> Exhibit DEF0931, # <u>9</u> Exhibit DEF0935, # <u>10</u> Exhibit DEF0936, # <u>11</u> Exhibit DEF0937, # <u>12</u> Exhibit DEF0938, # <u>13</u> Exhibit DEF0939, # <u>14</u> Exhibit DEF0940, # <u>15</u> Exhibit DEF0941, # <u>16</u> Exhibit DEF0942, # <u>17</u> Exhibit DEF0943, # <u>18</u> Exhibit DEF0944, # <u>19</u> Exhibit DEF0945, # <u>20</u> Exhibit DEF0946, # <u>21</u> Exhibit DEF0947, # <u>22</u> Exhibit DEF0948, # <u>23</u> Exhibit DEF0949, # <u>24</u> Exhibit DEF0950, # <u>25</u> Exhibit DEF0951, # <u>26</u> Exhibit DEF0952, # <u>27</u> Exhibit DEF0953, # <u>28</u> Exhibit DEF0954, # <u>29</u> Exhibit DEF0955)(Scott, John) (Entered: 11/18/2014) |
| 11/18/2014 | <u>756</u> | NOTICE *of Filing Exhibits* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # <u>1</u> Exhibit DEF0956, # <u>2</u> Exhibit DEF0957, # <u>3</u> Exhibit DEF0958, # <u>4</u> Exhibit DEF0959, # <u>5</u> Exhibit DEF0960, # <u>6</u> Exhibit DEF0961, # <u>7</u> Exhibit DEF0962, # <u>8</u> Exhibit DEF0963, # <u>9</u> Exhibit DEF0964, # <u>10</u> Exhibit DEF0965, # <u>11</u> Exhibit DEF0966, # <u>12</u> Exhibit DEF0967, # <u>13</u> Exhibit DEF0968, # <u>14</u> Exhibit DEF0969, # <u>15</u> Exhibit DEF0970, # <u>16</u> Exhibit DEF0971, # <u>17</u> Exhibit DEF0972, # <u>18</u> Exhibit DEF0973, # <u>19</u> Exhibit DEF0974, # <u>20</u> Exhibit DEF0975, # <u>21</u> Exhibit DEF0976, # <u>22</u> Exhibit DEF0977, # <u>23</u> Exhibit DEF0978, # <u>24</u> Exhibit DEF0979, # <u>25</u> Exhibit DEF0980, # <u>26</u> Exhibit DEF0981, # <u>27</u> Exhibit DEF982, # <u>28</u> Exhibit DEF0984, # <u>29</u> Exhibit DEF0984, # <u>30</u> Exhibit DEF0985, # <u>31</u> Exhibit DEF0986, # <u>32</u> Exhibit DEF0987, # <u>33</u> Exhibit DEF0988, # <u>34</u> Exhibit DEF0989, # <u>35</u> Exhibit DEF0990, # <u>36</u> Exhibit DEF0991, # <u>37</u> Exhibit DEF0992, # <u>38</u> Exhibit DEF0993, # <u>39</u> Exhibit DEF0994, # <u>40</u> Exhibit DEF0995, # <u>41</u> Exhibit DEF0998, # <u>42</u> Exhibit DEF0999, # <u>43</u> Exhibit DEF1000)(Scott, John) (Entered: 11/18/2014) |
| 11/18/2014 | <u>757</u> | NOTICE *of Filing Trial Exhibit Nos. DEF1001-DEF1040* re: <u>725</u> Notice (Other),,,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # <u>1</u> Exhibit DEF1001, # <u>2</u> Exhibit DEF1012, # <u>3</u> Exhibit DEF1015, # <u>4</u> Exhibit DEF1016, # <u>5</u> |

| | | |
|---|---|---|
| | | Exhibit DEF1017, # 6 Exhibit DEF1018, # 7 Exhibit DEF1019, # 8 Exhibit DEF1020, # 9 Exhibit DEF1021, # 10 Exhibit DEF1022, # 11 Exhibit DEF1023, # 12 Exhibit DEF1024, # 13 Exhibit DEF1025-Part 1, # 14 Exhibit DEF1025-Part 2, # 15 Exhibit DEF1025-Part 3, # 16 Exhibit DEF1026, # 17 Exhibit DEF1027, # 18 Exhibit DEF1028, # 19 Exhibit DEF1029, # 20 Exhibit DEF1032, # 21 Exhibit DEF1034, # 22 Exhibit DEF1035, # 23 Exhibit DEF1036, # 24 Exhibit DEF1037, # 25 Exhibit DEF1038, # 26 Exhibit DEF1039, # 27 Exhibit DEF1040)(Scott, John) (Entered: 11/18/2014) |
| 11/18/2014 | 758 | NOTICE *of Filing of Trial Exhibit Nos. 1041-1070* re: 725 Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF1041, # 2 Exhibit DEF1042, # 3 Exhibit DEF1043, # 4 Exhibit DEF1044, # 5 Exhibit DEF1045, # 6 Exhibit DEF1046, # 7 Exhibit DEF1047, # 8 Exhibit DEF1048, # 9 Exhibit DEF1049, # 10 Exhibit DEF1050, # 11 Exhibit DEF1051, # 12 Exhibit DEF1052, # 13 Exhibit DEF1053, # 14 Exhibit DEF1054, # 15 Exhibit DEF1055, # 16 Exhibit DEF1057, # 17 Exhibit DEF1058, # 18 Exhibit DEF1059, # 19 Exhibit DEF1060, # 20 Exhibit DEF1061, # 21 Exhibit DEF1062, # 22 Exhibit DEF1063, # 23 Exhibit DEF1064, # 24 Exhibit DEF1065, # 25 Exhibit DEF1066, # 26 Exhibit DEF1067, # 27 Exhibit DEF1068, # 28 Exhibit DEF1069, # 29 Exhibit DEF1070) (Scott, John) (Entered: 11/18/2014) |
| 11/18/2014 | 759 | NOTICE *OF FILING OF TRIAL EXHIBIT NOS. 1071-1091* re: 725 Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF1071, # 2 Exhibit DEF1072, # 3 Exhibit DEF1073, # 4 Exhibit DEF1074, # 5 Exhibit DEF1075, # 6 Exhibit DEF1076, # 7 Exhibit DEF1077, # 8 Exhibit DEF1078, # 9 Exhibit DEF1079, # 10 Exhibit DEF1080, # 11 Exhibit DEF1081, # 12 Exhibit DEF1082, # 13 Exhibit DEF1083, # 14 Exhibit DEF1084, # 15 Exhibit DEF1085, # 16 Exhibit DEF1086, # 17 Exhibit DEF1087, # 18 Exhibit DEF1088, # 19 Exhibit DEF1089, # 20 Exhibit DEF1090, # 21 Exhibit DEF1091)(Scott, John) (Entered: 11/18/2014) |
| 11/18/2014 | 760 | NOTICE *of Filing of Trial Exhibit Nos. 1093-1115* re: 725 Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF1093, # 2 Exhibit DEF1094, # 3 Exhibit DEF1095, # 4 Exhibit DEF1096, # 5 Exhibit DEF1097, # 6 Exhibit DEF1098, # 7 Exhibit DEF1102, # 8 Exhibit DEF1106, # 9 Exhibit DEF1107, # 10 Exhibit DEF1108, # 11 Exhibit DEF1110, # 12 Exhibit DEF1113, # 13 Exhibit DEF1115)(Scott, John) (Entered: 11/18/2014) |
| 11/18/2014 | 761 | NOTICE *of Filing of Trial Exhibit Nos. 1117-1133* re: 725 Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF1117, # 2 Exhibit DEF1119, # 3 Exhibit DEF1120, # 4 Exhibit DEF1121, # 5 Exhibit DEF1123, # 6 Exhibit DEF1124, # 7 Exhibit DEF1126, # 8 Exhibit DEF1127, # 9 Exhibit DEF1129, # 10 Exhibit DEF1130, # 11 Exhibit DEF1132, # 12 Exhibit DEF1133)(Scott, John) (Entered: 11/18/2014) |
| 11/18/2014 | 762 | NOTICE *of Filing Trial Exhibit Nos. 1135-1154* re: 725 Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF1135, # 2 Exhibit DEF1136, # 3 Exhibit DEF1138, # 4 Exhibit DEF1139, # 5 Exhibit DEF1141, # 6 Exhibit DEF1143, # 7 Exhibit DEF1145, # 8 Exhibit DEF1148, # 9 Exhibit DEF1149, # 10 Exhibit DEF1152, # 11 Exhibit DEF1154)(Scott, John) (Entered: 11/18/2014) |
| 11/18/2014 | 763 | NOTICE *of Filing Trial Exhibit Nos. 1156-1171* re: 725 Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF1156, # 2 Exhibit DEF1158, # 3 Exhibit DEF1160, # 4 Exhibit DEF1161, # 5 |

| | | |
|---|---|---|
| | | Exhibit DEF1162, # 6 Exhibit DEF1163, # 7 Exhibit DEF1165, # 8 Exhibit DEF1167, # 9 Exhibit DEF1169, # 10 Exhibit DEF1171)(Scott, John) (Entered: 11/18/2014) |
| 11/18/2014 | 764 | NOTICE of Filing Trial Exhibit No. 1181 re: 725 Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF1181) (Scott, John) (Entered: 11/18/2014) |
| 11/18/2014 | 765 | NOTICE of Filing Trial Exhibit No. 1182 re: 725 Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF1182) (Scott, John) (Entered: 11/18/2014) |
| 11/18/2014 | 766 | NOTICE of Filing of Trial Exhibit Nos. 1183-1197 re: 725 Notice (Other),,,,,, by State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF1183, # 2 Exhibit DEF1184, # 3 Exhibit DEEF1185, # 4 Exhibit DEF1187, # 5 Exhibit DEF1189, # 6 Exhibit DEF1190, # 7 Exhibit DEF1191, # 8 Exhibit DEF1192, # 9 Exhibit DEF1193, # 10 Exhibit DEF1197)(Scott, John) (Entered: 11/18/2014) |
| 11/18/2014 | 767 | NOTICE of Filing Trial Exhibit No. 1199 re: 725 Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF1199-Part 1, # 2 Exhibit DEF1199-Part 2, # 3 Exhibit DEF1199-Part 3, # 4 Exhibit DEF1199-Part 4, # 5 Exhibit DEF1199-Part 5, # 6 Exhibit DEF1199-Part 6)(Scott, John) (Entered: 11/18/2014) |
| 11/18/2014 | 768 | NOTICE of Filing Trial Exhibit Nos. 1200-1220 re: 725 Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF1200, # 2 Exhibit DEF1201, # 3 Exhibit DEF1202, # 4 Exhibit DEF1203, # 5 Exhibit DEF1204, # 6 Exhibit DEF1205, # 7 Exhibit DEF1206, # 8 Exhibit DEF1207, # 9 Exhibit DEF1208, # 10 Exhibit DEF1209, # 11 Exhibit DEF1210, # 12 Exhibit DEF1211, # 13 Exhibit DEF1212, # 14 Exhibit DEF1213, # 15 Exhibit DEF1214, # 16 Exhibit DEF1215, # 17 Exhibit DEF1216, # 18 Exhibit DEF1217, # 19 Exhibit DEF1218, # 20 Exhibit DEF1219, # 21 Exhibit DEF1220)(Scott, John) (Entered: 11/18/2014) |
| 11/18/2014 | 769 | NOTICE of Filing Trial Exhibit Nos. 1221-1255 re: 725 Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF1221, # 2 Exhibit DEF1222, # 3 Exhibit DEF1223, # 4 Exhibit DEF1224, # 5 Exhibit DEF1225, # 6 Exhibit DEF1226, # 7 Exhibit DEF1227, # 8 Exhibit DEF1228, # 9 Exhibit DEF1229, # 10 Exhibit DEF1230, # 11 Exhibit DEF1231, # 12 Exhibit DEF1232, # 13 Exhibit DEF1233, # 14 Exhibit DEF1234, # 15 Exhibit DEF1235, # 16 Exhibit DEF1236, # 17 Exhibit DEF1237, # 18 Exhibit DEF1238, # 19 Exhibit DEF1239, # 20 Exhibit DEF1240, # 21 Exhibit DEF1241, # 22 Exhibit DEF1242, # 23 Exhibit DEF1243, # 24 Exhibit DEF1244, # 25 Exhibit DEF1245, # 26 Exhibit DEF1246, # 27 Exhibit DEF1247, # 28 Exhibit DEF1248, # 29 Exhibit DEF1249, # 30 Exhibit DEF1250, # 31 Exhibit DEF1251, # 32 Exhibit DEF1252, # 33 Exhibit DEF1253, # 34 Exhibit DEF1254, # 35 Exhibit DEF1255)(Scott, John) (Entered: 11/18/2014) |
| 11/18/2014 | 770 | NOTICE of Filing Trial Exhibit Nos. 1256-1295 re: 725 Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF1256, # 2 Exhibit DEF1257, # 3 Exhibit DEF1258, # 4 Exhibit DEF1259, # 5 Exhibit DEF1260, # 6 Exhibit DEF1261, # 7 Exhibit DEF1262, # 8 Exhibit DEF1263, # 9 Exhibit DEF1264, # 10 Exhibit DEF1266, # 11 Exhibit DEF1267, # 12 Exhibit DEF1268, # 13 Exhibit DEF1269, # 14 Exhibit DEF1270, # 15 Exhibit DEF271, # 16 Exhibit DEF1272, # 17 Exhibit DEF1273, # 18 Exhibit DEF1274, # 19 Exhibit DEF1275, # 20 Exhibit DEF1276, # 21 Exhibit DEF1277, # 22 Exhibit DEF1278, # 23 Exhibit DEF1279, # 24 Exhibit DEF1281, # 25 Exhibit DEF1282, # 26 Exhibit DEF1283, # 27 Exhibit DEF1284, # 28 Exhibit DEF1285, # 29 Exhibit DEF1286, # 30 |

| | | |
|---|---|---|
| | | Exhibit DEF1287, # [31](#) Exhibit DEF1289, # [32](#) Exhibit DEF1290, # [33](#) Exhibit DEF1291, # [34](#) Exhibit DEF1292, # [35](#) Exhibit DEF1293, # [36](#) Exhibit DEF1294, # [37](#) Exhibit DEF1295)(Scott, John) (Entered: 11/18/2014) |
| 11/18/2014 | [771](#) | NOTICE *of Filing Trial Exhibit Nos. 1296-1335* re: [725](#) Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # [1](#) Exhibit DEF1296, # [2](#) Exhibit DEF1297, # [3](#) Exhibit DEF1298, # [4](#) Exhibit DEF1299, # [5](#) Exhibit DEF1300, # [6](#) Exhibit DEF1301, # [7](#) Exhibit DEF1302, # [8](#) Exhibit DEF1303, # [9](#) Exhibit DEF1304, # [10](#) Exhibit DEF1305, # [11](#) Exhibit DEF1306, # [12](#) Exhibit DEF1307, # [13](#) Exhibit DEF1308, # [14](#) Exhibit DEF1309, # [15](#) Exhibit DEF1311, # [16](#) Exhibit DEF1312, # [17](#) Exhibit DEF1313, # [18](#) Exhibit DEF1314, # [19](#) Exhibit DEF1315, # [20](#) Exhibit DEF1317, # [21](#) Exhibit DEF1318, # [22](#) Exhibit DEF1319, # [23](#) Exhibit DEF1320, # [24](#) Exhibit DEF1321, # [25](#) Exhibit DEF1322, # [26](#) Exhibit DEF1323, # [27](#) Exhibit DEF1324, # [28](#) Exhibit DEF1325, # [29](#) Exhibit DEF1326, # [30](#) Exhibit DEF1327, # [31](#) Exhibit DEF1328, # [32](#) Exhibit DEF1329, # [33](#) Exhibit DEF1330, # [34](#) Exhibit DEF1331, # [35](#) Exhibit DEF1333, # [36](#) Exhibit DEF1334, # [37](#) Exhibit DEF1335)(Scott, John) (Entered: 11/18/2014) |
| 11/18/2014 | [772](#) | NOTICE *of Filing Trial Exhibit Nos. 1336-1375* re: [725](#) Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # [1](#) Exhibit DEF1336, # [2](#) Exhibit DEF1337, # [3](#) Exhibit DEF1338, # [4](#) Exhibit DEF1339, # [5](#) Exhibit DEF1340, # [6](#) Exhibit DEF1341, # [7](#) Exhibit DEF1342, # [8](#) Exhibit DEF1343, # [9](#) Exhibit DEF1344, # [10](#) Exhibit DEF1345, # [11](#) Exhibit DEF1346, # [12](#) Exhibit DEF1347, # [13](#) Exhibit DEF1348, # [14](#) Exhibit DEF1349, # [15](#) Exhibit DEF1350, # [16](#) Exhibit DEF1351, # [17](#) Exhibit DEF1352, # [18](#) Exhibit DEF1353, # [19](#) Exhibit DEF1354, # [20](#) Exhibit DEF1355, # [21](#) Exhibit DEF1356, # [22](#) Exhibit DEF1357, # [23](#) Exhibit DEF1358, # [24](#) Exhibit DEF1359, # [25](#) Exhibit DEF1360, # [26](#) Exhibit DEF1361, # [27](#) Exhibit DEF1362, # [28](#) Exhibit DEF1363, # [29](#) Exhibit DEF1364, # [30](#) Exhibit DEF1365, # [31](#) Exhibit DEF1366, # [32](#) Exhibit DEF1367, # [33](#) Exhibit DEF1368, # [34](#) Exhibit DEF1369, # [35](#) Exhibit DEF1370, # [36](#) Exhibit DEF1371, # [37](#) Exhibit DEF1372, # [38](#) Exhibit DEF1373, # [39](#) Exhibit DEF1374, # [40](#) Exhibit DEF1375)(Scott, John) (Entered: 11/18/2014) |
| 11/19/2014 | [773](#) | NOTICE *OF FILING TRIAL EXHIBIT NOS. 1376-1405* re: [725](#) Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # [1](#) Exhibit DEF1376, # [2](#) Exhibit DEF1377, # [3](#) Exhibit DEF1378, # [4](#) Exhibit DEF1379, # [5](#) Exhibit DEF1380, # [6](#) Exhibit DEF1381, # [7](#) Exhibit DEF1382, # [8](#) Exhibit DEF1383, # [9](#) Exhibit DEF1384, # [10](#) Exhibit DEF1385, # [11](#) Exhibit DEF1386, # [12](#) Exhibit DEF1387, # [13](#) Exhibit DEF1388, # [14](#) Exhibit DEF1389, # [15](#) Exhibit DEF1390, # [16](#) Exhibit DEF1391, # [17](#) Exhibit DEF1392, # [18](#) Exhibit DEF1393, # [19](#) Exhibit DEF1394-PART 1, # [20](#) Exhibit DEF1394-PART 2, # [21](#) Exhibit DEF1395, # [22](#) Exhibit DEF1396, # [23](#) Exhibit DEF1397, # [24](#) Exhibit DEF1398, # [25](#) Exhibit DEF1399, # [26](#) Exhibit DEF1400, # [27](#) Exhibit DEF1401-PART 1, # [28](#) Exhibit DEF1401-PART 2, # [29](#) Exhibit DEF1402, # [30](#) Exhibit DEF1403, # [31](#) Exhibit DEF1404, # [32](#) Exhibit DEF1405)(Scott, John) (Entered: 11/19/2014) |
| 11/19/2014 | [774](#) | NOTICE *OF FILING TRIAL EXHIBIT NOS. 1406-1440* re: [725](#) Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # [1](#) Exhibit DEF1406, # [2](#) Exhibit DEF1407, # [3](#) Exhibit DEF1408, # [4](#) Exhibit DEF1409, # [5](#) Exhibit DEF1410, # [6](#) Exhibit DEF1411, # [7](#) Exhibit DEF1412, # [8](#) Exhibit DEF1413, # [9](#) Exhibit DEF1414, # [10](#) Exhibit DEF1415, # [11](#) Exhibit DEF1416, # [12](#) Exhibit DEF1417-PART 1, # [13](#) Exhibit DEF1417-PART 2, # [14](#) Exhibit DEF1418, # [15](#) Exhibit DEF1419, # [16](#) Exhibit DEF1420, # [17](#) Exhibit DEF1421, # [18](#) Exhibit DEF1422, # [19](#) Exhibit DEF1423, # [20](#) Exhibit DEF1424, # [21](#) Exhibit DEF1425, # [22](#) Exhibit DEF1426, # [23](#) Exhibit DEF1427, # [24](#) Exhibit DEF1428, # [25](#) Exhibit DEF1429, # [26](#) |

| | | |
|---|---|---|
| | | Exhibit DEF1430, # 27 Exhibit DEF1431, # 28 Exhibit DEF1432, # 29 Exhibit DEF1433, # 30 Exhibit DEF1434, # 31 Exhibit DEF1435, # 32 Exhibit DEF1436, # 33 Exhibit DEF1437, # 34 Exhibit DEF1438, # 35 Exhibit DEF1439, # 36 Exhibit DEF1440)(Scott, John) (Entered: 11/19/2014) |
| 11/19/2014 | 775 | NOTICE *OF FILING TRIAL EXHIBIT NOS. 1441-1480* re: 725 Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF1441, # 2 Exhibit DEF1442, # 3 Exhibit DEF1443-PART 1, # 4 Exhibit DEF1443-PART 2, # 5 Exhibit DEF1443-PART 3, # 6 Exhibit DEF1443-PART 4, # 7 Exhibit DEF1443-PART 5, # 8 Exhibit DEF1443-PART 6, # 9 Exhibit DEF 1444, # 10 Exhibit DEF 1445, # 11 Exhibit DEF 1446, # 12 Exhibit DEF 1447, # 13 Exhibit DEF 1448, # 14 Exhibit DEF 1449, # 15 Exhibit DEF 1450, # 16 Exhibit DEF 1451, # 17 Exhibit DEF 1452, # 18 Exhibit DEF 1453, # 19 Exhibit DEF 1454, # 20 Exhibit DEF 1455, # 21 Exhibit DEF 1456, # 22 Exhibit DEF 1457, # 23 Exhibit DEF 1458, # 24 Exhibit DEF 1459, # 25 Exhibit DEF 1460, # 26 Exhibit DEF 1461, # 27 Exhibit DEF 1462, # 28 Exhibit DEF 1465, # 29 Exhibit DEF 1466, # 30 Exhibit DEF 1467, # 31 Exhibit DEF 1468, # 32 Exhibit DEF 1469, # 33 Exhibit DEF 1470, # 34 Exhibit DEF 1471, # 35 Exhibit DEF 1472, # 36 Exhibit DEF 1473, # 37 Exhibit DEF 1474, # 38 Exhibit DEF 1475, # 39 Exhibit DEF 1476, # 40 Exhibit DEF 1477, # 41 Exhibit DEF 1478, # 42 Exhibit DEF 1479, # 43 Exhibit DEF 1480)(Scott, John) (Entered: 11/19/2014) |
| 11/19/2014 | 776 | NOTICE *OF FILING TRIAL EXHIBIT NOS. 1481-1520* re: 725 Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF 1481, # 2 Exhibit DEF 1482, # 3 Exhibit DEF 1483, # 4 Exhibit DEF 1484, # 5 Exhibit DEF 1485, # 6 Exhibit DEF 1486, # 7 Exhibit DEF 1487, # 8 Exhibit DEF 1488, # 9 Exhibit DEF 1489, # 10 Exhibit DEF 1490, # 11 Exhibit DEF 1491, # 12 Exhibit DEF 1492, # 13 Exhibit DEF 1493, # 14 Exhibit DEF 1494, # 15 Exhibit DEF 1495, # 16 Exhibit DEF 1496, # 17 Exhibit DEF 1497-PART 1, # 18 Exhibit DEF 1497-PART 2, # 19 Exhibit DEF 1497-PART 3, # 20 Exhibit DEF 1497-PART 4, # 21 Exhibit DEF 1497-PART 5, # 22 Exhibit DEF 1497-PART 6, # 23 Exhibit DEF 1498, # 24 Exhibit DEF 1499, # 25 Exhibit DEF 1500, # 26 Exhibit DEF 1501, # 27 Exhibit DEF 1502, # 28 Exhibit DEF 1503, # 29 Exhibit DEF 1504, # 30 Exhibit DEF 1505, # 31 Exhibit DEF 1506, # 32 Exhibit DEF 1507, # 33 Exhibit DEF 1508, # 34 Exhibit DEF 1509, # 35 Exhibit DEF 1510, # 36 Exhibit DEF 1511, # 37 Exhibit DEF 1512, # 38 Exhibit DEF 1513, # 39 Exhibit DEF 1514, # 40 Exhibit DEF 1516, # 41 Exhibit DEF 1517, # 42 Exhibit DEF 1518, # 43 Exhibit DEF 1519, # 44 Exhibit DEF 1520)(Scott, John) (Entered: 11/19/2014) |
| 11/19/2014 | 777 | NOTICE *OF FILING TRIAL EXHIBIT NOS. 1521-1560* re: 725 Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF 1521, # 2 Exhibit DEF 1522, # 3 Exhibit DEF 1523, # 4 Exhibit DEF 1524, # 5 Exhibit DEF 1525, # 6 Exhibit DEF 1526, # 7 Exhibit DEF 1527, # 8 Exhibit DEF 1528, # 9 Exhibit DEF 1529, # 10 Exhibit DEF 1530, # 11 Exhibit DEF 1531, # 12 Exhibit DEF 1532, # 13 Exhibit DEF 1533, # 14 Exhibit DEF 1534, # 15 Exhibit DEF 1535, # 16 Exhibit DEF 1536, # 17 Exhibit DEF 1538, # 18 Exhibit DEF 1539, # 19 Exhibit DEF 1540, # 20 Exhibit DEF 1541, # 21 Exhibit DEF 1542, # 22 Exhibit DEF 1543, # 23 Exhibit DEF 1544, # 24 Exhibit DEF 1545, # 25 Exhibit DEF 1546, # 26 Exhibit DEF 1547, # 27 Exhibit DEF 1548, # 28 Exhibit DEF 1549, # 29 Exhibit DEF 1550, # 30 Exhibit DEF 1551, # 31 Exhibit DEF 1552, # 32 Exhibit DEF 1553, # 33 Exhibit DEF 1554, # 34 Exhibit DEF 1555, # 35 Exhibit DEF1556, # 36 Exhibit DEF 1557, # 37 Exhibit DEF 1558, # 38 Exhibit DEF 1559, # 39 Exhibit DEF 1560)(Scott, John) (Entered: 11/19/2014) |
| 11/19/2014 | 778 | NOTICE *OF FILING TRIAL EXHIBIT NOS. 1561-1600* re: 725 Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit |

| | | |
|---|---|---|
| | | DEF 1561, # 2 Exhibit DEF 1562, # 3 Exhibit DEF 1563, # 4 Exhibit DEF 1564, # 5 Exhibit DEF 1565, # 6 Exhibit DEF 1566, # 7 Exhibit DEF 1567, # 8 Exhibit DEF 1568, # 9 Exhibit DEF 1569, # 10 Exhibit DEF 1570, # 11 Exhibit DEF 1571, # 12 Exhibit DEF 1572, # 13 Exhibit DEF 1573, # 14 Exhibit DEF 1574, # 15 Exhibit DEF 1575, # 16 Exhibit DEF 1576, # 17 Exhibit DEF 1577, # 18 Exhibit DEF 1578, # 19 Exhibit DEF 1579, # 20 Exhibit DEF 1580, # 21 Exhibit DEF 1581, # 22 Exhibit DEF 1582, # 23 Exhibit DEF 1583, # 24 Exhibit DEF 1584, # 25 Exhibit DEF 1585, # 26 Exhibit DEF 1586, # 27 Exhibit DEF 1587, # 28 Exhibit DEF 1588, # 29 Exhibit DEF 1589, # 30 Exhibit DEF 1590, # 31 Exhibit DEF 1591, # 32 Exhibit DEF 1592, # 33 Exhibit DEF 1593, # 34 Exhibit DEF 1594, # 35 Exhibit DEF 1595, # 36 Exhibit DEF 1596, # 37 Exhibit DEF 1597, # 38 Exhibit DEF 1598, # 39 Exhibit DEF 1599, # 40 Exhibit DEF 1600)(Scott, John) (Entered: 11/19/2014) |
| 11/19/2014 | 779 | NOTICE *OF FILING TRIAL EXHIBIT NOS. 1601-1650* re: 725 Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF 1601, # 2 Exhibit DEF 1602, # 3 Exhibit DEF 1603, # 4 Exhibit DEF 1604, # 5 Exhibit DEF 1605, # 6 Exhibit DEF 1606, # 7 Exhibit DEF 1607, # 8 Exhibit DEF 1608, # 9 Exhibit DEF 1609, # 10 Exhibit DEF 1610, # 11 Exhibit DEF 1611, # 12 Exhibit DEF 1612, # 13 Exhibit DEF 1613, # 14 Exhibit DEF 1614, # 15 Exhibit DEF 1615, # 16 Exhibit DEF 1616, # 17 Exhibit DEF 1617, # 18 Exhibit DEF 1618, # 19 Exhibit DEF 1619, # 20 Exhibit DEF 1620, # 21 Exhibit DEF 1621, # 22 Exhibit DEF 1622, # 23 Exhibit DEF 1623, # 24 Exhibit DEF 1624, # 25 Exhibit DEF 1625, # 26 Exhibit DEF 1626, # 27 Exhibit DEF 1627, # 28 Exhibit DEF 1628, # 29 Exhibit DEF 1629, # 30 Exhibit DEF 1630, # 31 Exhibit DEF 1631, # 32 Exhibit DEF 1632, # 33 Exhibit DEF 1633, # 34 Exhibit DEF 1634, # 35 Exhibit DEF 1635, # 36 Exhibit DEF 1636, # 37 Exhibit DEF 1637, # 38 Exhibit DEF 1638, # 39 Exhibit DEF 1639, # 40 Exhibit DEF 1640, # 41 Exhibit DEF 1641, # 42 Exhibit DEF 1642, # 43 Exhibit DEF 1643, # 44 Exhibit DEF 1644, # 45 Exhibit DEF 1645, # 46 Exhibit DEF 1646, # 47 Exhibit DEF 1647, # 48 Exhibit DEF 1648, # 49 Exhibit DEF 1649, # 50 Exhibit DEF 1650)(Scott, John) (Entered: 11/19/2014) |
| 11/19/2014 | 780 | NOTICE *OF FILING TRIAL EXHIBIT NOS. 1651-1700* re: 725 Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF 1651, # 2 Exhibit DEF 1652, # 3 Exhibit DEF 1653, # 4 Exhibit DEF 1654, # 5 Exhibit DEF 1655, # 6 Exhibit DEF 1656, # 7 Exhibit DEF 1657, # 8 Exhibit DEF 1658, # 9 Exhibit DEF 1659, # 10 Exhibit DEF 1660, # 11 Exhibit DEF 1661, # 12 Exhibit DEF 1662, # 13 Exhibit DEF 1663, # 14 Exhibit DEF 1664, # 15 Exhibit DEF 1665, # 16 Exhibit DEF 1666, # 17 Exhibit DEF 1667, # 18 Exhibit DEF 1668, # 19 Exhibit DEF 1669, # 20 Exhibit DEF 1670, # 21 Exhibit DEF 1671, # 22 Exhibit DEF 1672, # 23 Exhibit DEF 1673, # 24 Exhibit DEF 1674, # 25 Exhibit DEF 1675, # 26 Exhibit DEF 1676, # 27 Exhibit DEF 1677, # 28 Exhibit DEF 1678, # 29 Exhibit DEF 1679, # 30 Exhibit DEF 1680, # 31 Exhibit DEF 1681, # 32 Exhibit DEF 1682, # 33 Exhibit DEF 1683, # 34 Exhibit DEF 1684, # 35 Exhibit DEF 1685, # 36 Exhibit DEF 1686, # 37 Exhibit DEF 1687, # 38 Exhibit DEF 1688, # 39 Exhibit DEF 1689, # 40 Exhibit DEF 1690, # 41 Exhibit DEF 1691, # 42 Exhibit DEF 1692, # 43 Exhibit DEF 1693, # 44 Exhibit DEF 1694, # 45 Exhibit DEF 1695, # 46 Exhibit DEF 1696, # 47 Exhibit DEF 1697, # 48 Exhibit DEF 1698, # 49 Exhibit DEF 1699, # 50 Exhibit DEF 1700)(Scott, John) (Entered: 11/19/2014) |
| 11/19/2014 | 781 | NOTICE *OF FILING TRIAL EXHIBIT NOS. 1701-1749* re: 725 Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF1701, # 2 Exhibit DEF1702, # 3 Exhibit DEF1703, # 4 Exhibit DEF1704, # 5 Exhibit DEF1705, # 6 Exhibit DEF1706, # 7 Exhibit DEF1707, # 8 Exhibit DEF1708, # 9 Exhibit DEF1709, # 10 Exhibit DEF1710, # 11 Exhibit DEF1711, # 12 Exhibit DEF1712, # 13 Exhibit DEF1713, # 14 Exhibit DEF1714, # 15 Exhibit DEF1715, # 16 |

|  |  |  |
|---|---|---|
|  |  | Exhibit DEF1716, # <u>17</u> Exhibit DEF1717, # <u>18</u> Exhibit DEF1718, # <u>19</u> Exhibit DEF1719, # <u>20</u> Exhibit DEF1720, # <u>21</u> Exhibit DEF1721, # <u>22</u> Exhibit DEF1722, # <u>23</u> Exhibit DEF1723, # <u>24</u> Exhibit DEF1724, # <u>25</u> Exhibit DEF1725, # <u>26</u> Exhibit DEF1726, # <u>27</u> Exhibit DEF1727, # <u>28</u> Exhibit DEF1728, # <u>29</u> Exhibit DEF1729, # <u>30</u> Exhibit DEF1730, # <u>31</u> Exhibit DEF1731, # <u>32</u> Exhibit DEF1732, # <u>33</u> Exhibit DEF1733, # <u>34</u> Exhibit DEF1734, # <u>35</u> Exhibit DEF1735, # <u>36</u> Exhibit DEF1736, # <u>37</u> Exhibit DEF1737, # <u>38</u> Exhibit DEF1738, # <u>39</u> Exhibit DEF1739, # <u>40</u> Exhibit DEF1740, # <u>41</u> Exhibit DEF1741, # <u>42</u> Exhibit DEF1742, # <u>43</u> Exhibit DEF1743, # <u>44</u> Exhibit DEF1744, # <u>45</u> Exhibit DEF1745, # <u>46</u> Exhibit DEF1746, # <u>47</u> Exhibit DEF1747, # <u>48</u> Exhibit DEF1748, # <u>49</u> Exhibit DEF1749)(Scott, John) (Entered: 11/19/2014) |
| 11/19/2014 | <u>782</u> | NOTICE *OF FILING TRIAL EXHIBIT NOS. 1766-1800* re: <u>725</u> Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # <u>1</u> Exhibit DEF1766, # <u>2</u> Exhibit DEF1767, # <u>3</u> Exhibit DEF1768, # <u>4</u> Exhibit DEF1769, # <u>5</u> Exhibit DEF1770, # <u>6</u> Exhibit DEF1771, # <u>7</u> Exhibit DEF1772, # <u>8</u> Exhibit DEF1773, # <u>9</u> Exhibit DEF1775, # <u>10</u> Exhibit DEF1776, # <u>11</u> Exhibit DEF1777, # <u>12</u> Exhibit DEF1778, # <u>13</u> Exhibit DEF1779, # <u>14</u> Exhibit DEF1780, # <u>15</u> Exhibit DEF1781, # <u>16</u> Exhibit DEF1782, # <u>17</u> Exhibit DEF1783, # <u>18</u> Exhibit DEF1784, # <u>19</u> Exhibit DEF1785, # <u>20</u> Exhibit DEF1786, # <u>21</u> Exhibit DEF1787, # <u>22</u> Exhibit DEF1788, # <u>23</u> Exhibit DEF1789, # <u>24</u> Exhibit DEF1790, # <u>25</u> Exhibit DEF1791, # <u>26</u> Exhibit DEF1792, # <u>27</u> Exhibit DEF1793, # <u>28</u> Exhibit DEF1794, # <u>29</u> Exhibit DEF1795, # <u>30</u> Exhibit DEF1796, # <u>31</u> Exhibit DEF1797, # <u>32</u> Exhibit DEF1798, # <u>33</u> Exhibit DEF1799, # <u>34</u> Exhibit DEF1800)(Scott, John) (Entered: 11/19/2014) |
| 11/19/2014 | <u>783</u> | NOTICE *OF FILING TRIAL EXHIBIT NOS. 1801-1850* re: <u>725</u> Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # <u>1</u> Exhibit DEF1801, # <u>2</u> Exhibit DEF1802, # <u>3</u> Exhibit DEF1803, # <u>4</u> Exhibit DEF1804, # <u>5</u> Exhibit DEF1805, # <u>6</u> Exhibit DEF1806, # <u>7</u> Exhibit DEF1807, # <u>8</u> Exhibit DEF1808, # <u>9</u> Exhibit DEF1809, # <u>10</u> Exhibit DEF1810, # <u>11</u> Exhibit DEF1811, # <u>12</u> Exhibit DEF1812, # <u>13</u> Exhibit DEF1813, # <u>14</u> Exhibit DEF1814, # <u>15</u> Exhibit DEF1815, # <u>16</u> Exhibit DEF1816, # <u>17</u> Exhibit DEF1817, # <u>18</u> Exhibit DEF1818, # <u>19</u> Exhibit DEF1819, # <u>20</u> Exhibit DEF1820, # <u>21</u> Exhibit DEF1821, # <u>22</u> Exhibit DEF1822, # <u>23</u> Exhibit DEF1823, # <u>24</u> Exhibit DEF1824, # <u>25</u> Exhibit DEF1826, # <u>26</u> Exhibit DEF1827, # <u>27</u> Exhibit DEF1831, # <u>28</u> Exhibit DEF1833, # <u>29</u> Exhibit DEF1835, # <u>30</u> Exhibit DEF1836, # <u>31</u> Exhibit DEF1837, # <u>32</u> Exhibit DEF1838, # <u>33</u> Exhibit DEF1839, # <u>34</u> Exhibit DEF1840, # <u>35</u> Exhibit DEF1841, # <u>36</u> Exhibit DEF1842, # <u>37</u> Exhibit DEF1843, # <u>38</u> Exhibit DEF1844, # <u>39</u> Exhibit DEF1845, # <u>40</u> Exhibit DEF1846, # <u>41</u> Exhibit DEF1847, # <u>42</u> Exhibit DEF1848, # <u>43</u> Exhibit DEF1849, # <u>44</u> Exhibit DEF1850)(Scott, John) (Entered: 11/19/2014) |
| 11/19/2014 | <u>784</u> | NOTICE *OF FILING TRIAL EXHIBIT NOS. 1851-1900* re: <u>725</u> Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # <u>1</u> Exhibit DEF1851, # <u>2</u> Exhibit DEF1852, # <u>3</u> Exhibit DEF1853, # <u>4</u> Exhibit DEF1854, # <u>5</u> Exhibit DEF1855, # <u>6</u> Exhibit DEF1856, # <u>7</u> Exhibit DEF1857, # <u>8</u> Exhibit DEF1858, # <u>9</u> Exhibit DEF1859, # <u>10</u> Exhibit DEF1861, # <u>11</u> Exhibit DEF1863, # <u>12</u> Exhibit DEF1865, # <u>13</u> Exhibit DEF1867, # <u>14</u> Exhibit DEF1869, # <u>15</u> Exhibit DEF1871, # <u>16</u> Exhibit DEF1873, # <u>17</u> Exhibit DEF1875, # <u>18</u> Exhibit DEF1877, # <u>19</u> Exhibit DEF1879, # <u>20</u> Exhibit DEF1881, # <u>21</u> Exhibit DEF1883, # <u>22</u> Exhibit DEF1885, # <u>23</u> Exhibit DEF1886, # <u>24</u> Exhibit DEF1888, # <u>25</u> Exhibit DEF1890, # <u>26</u> Exhibit DEF1892, # <u>27</u> Exhibit DEF1894, # <u>28</u> Exhibit DEF1896, # <u>29</u> Exhibit DEF1898, # <u>30</u> Exhibit DEF1900)(Scott, John) (Entered: 11/19/2014) |
| 11/19/2014 | <u>785</u> | NOTICE *OF FILING TRIAL EXHIBIT NOS. 1902-1949* re: <u>725</u> Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # <u>1</u> Exhibit |

| | | |
|---|---|---|
| | | DEF1902, # 2 Exhibit DEF1904, # 3 Exhibit DEF1906, # 4 Exhibit DEF1908, # 5 Exhibit DEF1912, # 6 Exhibit DEF1914, # 7 Exhibit DEF1916, # 8 Exhibit DEF1917, # 9 Exhibit DEF1919, # 10 Exhibit DEF1920, # 11 Exhibit DEF1922, # 12 Exhibit DEF1924, # 13 Exhibit DEF1926, # 14 Exhibit DEF1927, # 15 Exhibit DEF1929, # 16 Exhibit DEF1931, # 17 Exhibit DEF1933, # 18 Exhibit DEF1935, # 19 Exhibit DEF1937, # 20 Exhibit DEF1939, # 21 Exhibit DEF1941, # 22 Exhibit DEF1949) (Scott, John) (Entered: 11/19/2014) |
| 11/19/2014 | 786 | NOTICE *OF FILING TRIAL EXHIBIT NOS. 1951-2000* re: 725 Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF1951, # 2 Exhibit DEF1953, # 3 Exhibit DEF1955, # 4 Exhibit DEF1957, # 5 Exhibit DEF1958, # 6 Exhibit DEF1959, # 7 Exhibit DEF1961, # 8 Exhibit DEF1963, # 9 Exhibit DEF1965, # 10 Exhibit DEF1969, # 11 Exhibit DEF1971, # 12 Exhibit DEF1973, # 13 Exhibit DEF1975, # 14 Exhibit DEF1977, # 15 Exhibit DEF1979, # 16 Exhibit DEF1980, # 17 Exhibit DEF1982, # 18 Exhibit DEF1984, # 19 Exhibit DEF1985, # 20 Exhibit DEF1987, # 21 Exhibit DEF1990, # 22 Exhibit DEF1992, # 23 Exhibit DEF1994, # 24 Exhibit DEF1995, # 25 Exhibit DEF1996, # 26 Exhibit DEF1997, # 27 Exhibit DEF1999, # 28 Exhibit DEF2000)(Scott, John) (Entered: 11/19/2014) |
| 11/19/2014 | 787 | NOTICE *OF FILING TRIAL EXHIBIT NOS. 2001-2060* re: 725 Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF2001, # 2 Exhibit DEF2002, # 3 Exhibit DEF2003, # 4 Exhibit DEF2004, # 5 Exhibit DEF2005, # 6 Exhibit DEF2006, # 7 Exhibit DEF2007, # 8 Exhibit DEF2008, # 9 Exhibit DEF2009, # 10 Exhibit DEF2010, # 11 Exhibit DEF2011, # 12 Exhibit DEF2012, # 13 Exhibit DEF2013, # 14 Exhibit DEF2014, # 15 Exhibit DEF2015, # 16 Exhibit DEF2016, # 17 Exhibit DEF2017, # 18 Exhibit DEF2018, # 19 Exhibit DEF2019, # 20 Exhibit DEF2020, # 21 Exhibit DEF2021, # 22 Exhibit DEF2022, # 23 Exhibit DEF2023, # 24 Exhibit DEF2024, # 25 Exhibit DEF2025, # 26 Exhibit DEF2026, # 27 Exhibit DEF2027, # 28 Exhibit DEF2028, # 29 Exhibit DEF2029, # 30 Exhibit DEF2030, # 31 Exhibit DEF2031, # 32 Exhibit DEF2032, # 33 Exhibit DEF2033, # 34 Exhibit DEF2034, # 35 Exhibit DEF2035, # 36 Exhibit DEF2036, # 37 Exhibit DEF2037, # 38 Exhibit DEF2038, # 39 Exhibit DEF2039, # 40 Exhibit DEF2040, # 41 Exhibit DEF2041, # 42 Exhibit DEF2042, # 43 Exhibit DEF2043, # 44 Exhibit DEF2044, # 45 Exhibit DEF2045, # 46 Exhibit DEF2053, # 47 Exhibit DEF2054, # 48 Exhibit DEF2055, # 49 Exhibit DEF2056, # 50 Exhibit DEF2059, # 51 Exhibit DEF2060)(Scott, John) (Entered: 11/19/2014) |
| 11/19/2014 | 788 | NOTICE *OF FILING TRIAL EXHIBIT NOS. 2063-2110* re: 725 Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF2063, # 2 Exhibit DEF2065, # 3 Exhibit DEF2066, # 4 Exhibit DEF2067, # 5 Exhibit DEF2068, # 6 Exhibit DEF2069, # 7 Exhibit DEF2070, # 8 Exhibit DEF2071, # 9 Exhibit DEF2072, # 10 Exhibit DEF2073, # 11 Exhibit DEF2074, # 12 Exhibit DEF2075, # 13 Exhibit DEF2076, # 14 Exhibit DEF2077, # 15 Exhibit DEF2078, # 16 Exhibit DEF2082, # 17 Exhibit DEF2084, # 18 Exhibit DEF2085, # 19 Exhibit DEF2086, # 20 Exhibit DEF2087, # 21 Exhibit DEF2088, # 22 Exhibit DEF2089, # 23 Exhibit DEF2090, # 24 Exhibit DEF2091, # 25 Exhibit DEF2092, # 26 Exhibit DEF2093, # 27 Exhibit DEF2094, # 28 Exhibit DEF2095, # 29 Exhibit DEF2096, # 30 Exhibit DEF2097, # 31 Exhibit DEF2098, # 32 Exhibit DEF2099, # 33 Exhibit DEF2100, # 34 Exhibit DEF2101, # 35 Exhibit DEF2102, # 36 Exhibit DEF2103, # 37 Exhibit DEF2104, # 38 Exhibit DEF2105, # 39 Exhibit DEF2106, # 40 Exhibit DEF2107, # 41 Exhibit DEF2108, # 42 Exhibit DEF2109, # 43 Exhibit DEF2110) (Scott, John) (Entered: 11/19/2014) |
| 11/19/2014 | 789 | NOTICE *OF FILING TRIAL EXHIBIT NOS. 2111-2161* re: 725 Notice (Other),,,,,, by |

| | | |
|---|---|---|
| | | DEF2319, # 20 Exhibit DEF2320, # 21 Exhibit DEF2321, # 22 Exhibit DEF2322, # 23 Exhibit DEF2323, # 24 Exhibit DEF2324, # 25 Exhibit DEF2325-Part 1, # 26 Exhibit DEF2325-Part 2, # 27 Exhibit DEF2326, # 28 Exhibit DEF2327, # 29 Exhibit DEF2328, # 30 Exhibit DEF2329, # 31 Exhibit DEF2330, # 32 Exhibit DEF2331, # 33 Exhibit DEF2339, # 34 Exhibit DEF2340, # 35 Exhibit DEF2358, # 36 Exhibit DEF2359, # 37 Exhibit DEF2360, # 38 Exhibit DEF2361, # 39 Exhibit DEF2362, # 40 Exhibit DEF2363, # 41 Exhibit DEF2364, # 42 Exhibit DEF2365, # 43 Exhibit DEF2366, # 44 Exhibit DEF2367, # 45 Exhibit DEF2368, # 46 Exhibit DEF2369, # 47 Exhibit DEF2370, # 48 Exhibit DEF2371, # 49 Exhibit DEF2372, # 50 Exhibit DEF2373, # 51 Exhibit DEF2374, # 52 Exhibit DEF2375)(Scott, John) (Entered: 11/20/2014) |
| 11/20/2014 | 793 | NOTICE *OF FILING TRIAL EXHIBIT NOS. 2376-2400* re: 725 Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF2376, # 2 Exhibit DEF2377, # 3 Exhibit DEF2378, # 4 Exhibit DEF2379, # 5 Exhibit DEF2380, # 6 Exhibit DEF2381, # 7 Exhibit DEF2382, # 8 Exhibit DEF2383, # 9 Exhibit DEF2384, # 10 Exhibit DEF2385, # 11 Exhibit DEF2386, # 12 Exhibit DEF2389, # 13 Exhibit DEF2390, # 14 Exhibit DEF2391, # 15 Exhibit DEF2392, # 16 Exhibit DEF2393, # 17 Exhibit DEF2394, # 18 Exhibit DEF2395, # 19 Exhibit DEF2396, # 20 Exhibit DEF2397, # 21 Exhibit DEF2398, # 22 Exhibit DEF2399, # 23 Exhibit DEF2400)(Scott, John) (Entered: 11/20/2014) |
| 11/20/2014 | 794 | NOTICE *OF FILING TRIAL EXHIBIT NOS. 2401-2436* re: 725 Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF2401, # 2 Exhibit DEF2402, # 3 Exhibit DEF2403, # 4 Exhibit DEF2404, # 5 Exhibit DEF2405, # 6 Exhibit DEF2406, # 7 Exhibit DEF2407, # 8 Exhibit DEF2408, # 9 Exhibit DEF2409, # 10 Exhibit DEF2410, # 11 Exhibit DEF2411, # 12 Exhibit DEF2412, # 13 Exhibit DEF2413, # 14 Exhibit DEF2414, # 15 Exhibit DEF2415, # 16 Exhibit DEF2416, # 17 Exhibit DEF2417, # 18 Exhibit DEF2418, # 19 Exhibit DEF2419, # 20 Exhibit DEF2420, # 21 Exhibit DEF2421, # 22 Exhibit DEF2422, # 23 Exhibit DEF2423, # 24 Exhibit DEF2424, # 25 Exhibit DEF2425, # 26 Exhibit DEF2426, # 27 Exhibit DEF2427, # 28 Exhibit DEF2428, # 29 Exhibit DEF2429, # 30 Exhibit DEF2430, # 31 Exhibit DEF2431, # 32 Exhibit DEF2432, # 33 Exhibit DEF2433, # 34 Exhibit DEF2434, # 35 Exhibit DEF2436)(Scott, John) (Entered: 11/20/2014) |
| 11/20/2014 | 795 | NOTICE *OF FILING TRIAL EXHIBIT NOS. 2437-2475* re: 725 Notice (Other),,,,,, by State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF2437, # 2 Exhibit DEF2438, # 3 Exhibit DEF2439, # 4 Exhibit DEF2440, # 5 Exhibit DEF2441, # 6 Exhibit DEF2442, # 7 Exhibit DEF2443, # 8 Exhibit DEF2444, # 9 Exhibit DEF2445, # 10 Exhibit DEF2446, # 11 Exhibit DEF2447, # 12 Exhibit DEF2448, # 13 Exhibit DEF2449, # 14 Exhibit DEF2456, # 15 Exhibit DEF2457, # 16 Exhibit DEF2458, # 17 Exhibit DEF2459, # 18 Exhibit DEF2460, # 19 Exhibit DEF2461, # 20 Exhibit DEF2462, # 21 Exhibit DEF2463, # 22 Exhibit DEF2464, # 23 Exhibit DEF2465, # 24 Exhibit DEF2468, # 25 Exhibit DEF2469, # 26 Exhibit DEF2470, # 27 Exhibit DEF2471, # 28 Exhibit DEF2472, # 29 Exhibit DEF2473, # 30 Exhibit DEF2474, # 31 Exhibit DEF2475)(Scott, John) (Entered: 11/20/2014) |
| 11/20/2014 | 796 | NOTICE *OF FILING TRIAL EXHIBIT NOS. 2476-2480* re: 725 Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF2476, # 2 Exhibit DEF2477, # 3 Exhibit DEF2478, # 4 Exhibit DEF2479, # 5 Exhibit DEF2480)(Scott, John) (Entered: 11/20/2014) |
| 11/20/2014 | 797 | NOTICE *OF FILING TRIAL EXHIBIT NOS. 2481-2541* re: 725 Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF2481, # 2 Exhibit DEF2482, # 3 Exhibit DEF2483, # 4 Exhibit DEF2484, # 5 |

| | | |
|---|---|---|
| | | Exhibit DEF2485, # 6 Exhibit DEF2486, # 7 Exhibit DEF2487, # 8 Exhibit DEF2488, # 9 Exhibit DEF2490, # 10 Exhibit DEF2491, # 11 Exhibit DEF2492, # 12 Exhibit DEF2493, # 13 Exhibit DEF2494, # 14 Exhibit DEF2495, # 15 Exhibit DEF2496, # 16 Exhibit DEF2498, # 17 Exhibit DEF2500, # 18 Exhibit DEF2503, # 19 Exhibit DEF2504, # 20 Exhibit DEF2505, # 21 Exhibit DEF2506, # 22 Exhibit DEF2507, # 23 Exhibit DEF2508, # 24 Exhibit DEF2509, # 25 Exhibit DEF2510, # 26 Exhibit DEF2511, # 27 Exhibit DEF2512, # 28 Exhibit DEF2513, # 29 Exhibit DEF2514, # 30 Exhibit DEF2515, # 31 Exhibit DEF2516, # 32 Exhibit DEF2517, # 33 Exhibit DEF2518, # 34 Exhibit DEF2519, # 35 Exhibit DEF2523, # 36 Exhibit DEF2524, # 37 Exhibit DEF2525, # 38 Exhibit DEF2536, # 39 Exhibit DEF2537-PART 1, # 40 Exhibit DEF2537-PART 2, # 41 Exhibit DEF2539, # 42 Exhibit DEF2540, # 43 Exhibit DEF2541)(Scott, John) (Entered: 11/20/2014) |
| 11/20/2014 | 798 | NOTICE *OF FILING TRIAL EXHIBIT NOS. 2542-2600* re: 725 Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF2542-PART 1, # 2 Exhibit DEF2542-PART 2, # 3 Exhibit DEF2542-PART 3, # 4 Exhibit DEF2542-PART 4, # 5 Exhibit DEF2542-PART 5, # 6 Exhibit DEF2543, # 7 Exhibit DEF2544, # 8 Exhibit DEF2556, # 9 Exhibit DEF2557, # 10 Exhibit DEF2577, # 11 Exhibit DEF2578, # 12 Exhibit DEF2579, # 13 Exhibit DEF2580, # 14 Exhibit DEF2581, # 15 Exhibit DEF2583, # 16 Exhibit DEF2584, # 17 Exhibit DEF2585, # 18 Exhibit DEF2586, # 19 Exhibit DEF2587, # 20 Exhibit DEF2588, # 21 Exhibit DEF2589, # 22 Exhibit DEF2590, # 23 Exhibit DEF2591, # 24 Exhibit DEF2592, # 25 Exhibit DEF2593, # 26 Exhibit DEF2594, # 27 Exhibit DEF2595, # 28 Exhibit DEF2596, # 29 Exhibit DEF2597, # 30 Exhibit DEF2598, # 31 Exhibit DEF2599, # 32 Exhibit DEF2600)(Scott, John) (Entered: 11/20/2014) |
| 11/20/2014 | 799 | NOTICE *OF FILING TRIAL EXHIBIT NOS. 2601-2640* re: 725 Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF2601, # 2 Exhibit DEF2602, # 3 Exhibit DEF2603, # 4 Exhibit DEF2604, # 5 Exhibit DEF2605, # 6 Exhibit DEF2606, # 7 Exhibit DEF2607, # 8 Exhibit DEF2608, # 9 Exhibit DEF2609, # 10 Exhibit DEF2610-PART 1, # 11 Exhibit DEF2610-PART 2, # 12 Exhibit DEF2611, # 13 Exhibit DEF2612, # 14 Exhibit DEF2613, # 15 Exhibit DEF2614, # 16 Exhibit DEF2615, # 17 Exhibit DEF2616, # 18 Exhibit DEF2617, # 19 Exhibit DEF2618, # 20 Exhibit DEF2619, # 21 Exhibit DEF2620, # 22 Exhibit DEF2621, # 23 Exhibit DEF2622, # 24 Exhibit DEF2623, # 25 Exhibit DEF2624, # 26 Exhibit DEF2625, # 27 Exhibit DEF2626, # 28 Exhibit DEF2627, # 29 Exhibit DEF2628, # 30 Exhibit DEF2629, # 31 Exhibit DEF2630, # 32 Exhibit DEF2631, # 33 Exhibit DEF2632, # 34 Exhibit DEF2633, # 35 Exhibit DEF2634, # 36 Exhibit DEF2635, # 37 Exhibit DEF2636-PART 1, # 38 Exhibit DEF2636-PART 2, # 39 Exhibit DEF2636-PART 3, # 40 Exhibit DEF2636-PART 4, # 41 Exhibit DEF2636-PART 5, # 42 Exhibit DEF2637, # 43 Exhibit DEF2638, # 44 Exhibit DEF2639, # 45 Exhibit DEF2640)(Scott, John) (Entered: 11/20/2014) |
| 11/20/2014 | 800 | NOTICE *OF FILING TRIAL EXHIBIT NOS. 2641-2680* re: 725 Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF2641, # 2 Exhibit DEF2642, # 3 Exhibit DEF2643, # 4 Exhibit DEF2644-PART 1, # 5 Exhibit DEF2644-PART 2, # 6 Exhibit DEF2644-PART 3, # 7 Exhibit DEF2644-PART 4, # 8 Exhibit DEF2645, # 9 Exhibit DEF2646, # 10 Exhibit DEF2647, # 11 Exhibit DEF2648, # 12 Exhibit DEF2649, # 13 Exhibit DEF2650, # 14 Exhibit DEF2651, # 15 Exhibit DEF2652, # 16 Exhibit DEF2653, # 17 Exhibit DEF2654, # 18 Exhibit DEF2655, # 19 Exhibit DEF2656, # 20 Exhibit DEF2657, # 21 Exhibit DEF2658, # 22 Exhibit DEF2659, # 23 Exhibit DEF2660, # 24 Exhibit DEF2661, # 25 Exhibit DEF2662-PART 1, # 26 Exhibit DEF2662-PART 2, # 27 Exhibit DEF2662-PART 3, # 28 Exhibit DEF2663, # 29 Exhibit DEF2664, # 30 Exhibit DEF2665, # 31 Exhibit DEF2666, # 32 Exhibit DEF2667, # 33 Exhibit DEF2668-PART 1, # 34 Exhibit |

| | | |
|---|---|---|
| | | DEF2668-PART 2, # 35 Exhibit DEF2668-PART 3, # 36 Exhibit DEF2668-PART 4, # 37 Exhibit DEF2668-PART 5, # 38 Exhibit DEF2669, # 39 Exhibit DEF2670-PART 1, # 40 Exhibit DEF2670-PART2, # 41 Exhibit DEF2670-PART 3, # 42 Exhibit DEF2671, # 43 Exhibit DEF2672, # 44 Exhibit DEF2673, # 45 Exhibit DEF2674, # 46 Exhibit DEF2675, # 47 Exhibit DEF2676, # 48 Exhibit DEF2677, # 49 Exhibit DEF2678, # 50 Exhibit DEF2679, # 51 Exhibit DEF2680)(Scott, John) (Entered: 11/20/2014) |
| 11/20/2014 | 801 | NOTICE *OF FILING TRIAL EXHIBIT NOS. 2681-2725* re: 725 Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF2681-PART 1, # 2 Exhibit DEF2681-PART 2, # 3 Exhibit DEF2682, # 4 Exhibit DEF2683, # 5 Exhibit DEF2684, # 6 Exhibit DEF2685-PART 1, # 7 Exhibit DEF2685-PART 2, # 8 Exhibit DEF2685-PART 3, # 9 Exhibit DEF2686, # 10 Exhibit DEF2687, # 11 Exhibit DEF2688, # 12 Exhibit DEF2689, # 13 Exhibit DEF2690, # 14 Exhibit DEF2691, # 15 Exhibit DEF2692, # 16 Exhibit DEF2693, # 17 Exhibit DEF2694, # 18 Exhibit DEF2695, # 19 Exhibit DEF2696, # 20 Exhibit DEF2697, # 21 Exhibit DEF2698, # 22 Exhibit DEF2699, # 23 Exhibit DEF2700, # 24 Exhibit DEF2701, # 25 Exhibit DEF2702, # 26 Exhibit DEF2703, # 27 Exhibit DEF2704, # 28 Exhibit DEF2705, # 29 Exhibit DEF2706, # 30 Exhibit DEF2707, # 31 Exhibit DEF2708, # 32 Exhibit DEF2709, # 33 Exhibit DEF2710, # 34 Exhibit DEF2711, # 35 Exhibit DEF2712, # 36 Exhibit DEF2713, # 37 Exhibit DEF2714, # 38 Exhibit DEF2715, # 39 Exhibit DEF2716, # 40 Exhibit DEF2717, # 41 Exhibit DEF2718, # 42 Exhibit DEF2719, # 43 Exhibit DEF2720, # 44 Exhibit DEF2721, # 45 Exhibit DEF2722, # 46 Exhibit DEF2724, # 47 Exhibit DEF2725)(Scott, John) (Entered: 11/20/2014) |
| 11/20/2014 | 802 | NOTICE *OF FILING TRIAL EXHIBIT NOS. 2726-2753* re: 725 Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF2726, # 2 Exhibit DEF2727, # 3 Exhibit DEF2728, # 4 Exhibit DEF2732-PART 1, # 5 Exhibit DEF2732-PART 2, # 6 Exhibit DEF2733, # 7 Exhibit DEF2734-PART 1, # 8 Exhibit DEF2734-PART 2, # 9 Exhibit DEF2734-PART 3, # 10 Exhibit DEF2734-PART 4, # 11 Exhibit DEF2735, # 12 Exhibit DEF2736, # 13 Exhibit DEF2738, # 14 Exhibit DEF2739, # 15 Exhibit DEF2740, # 16 Exhibit DEF2741, # 17 Exhibit DEF2742, # 18 Exhibit DEF2743, # 19 Exhibit DEF2744, # 20 Exhibit DEF2745, # 21 Exhibit DEF2746, # 22 Exhibit DEF2749, # 23 Exhibit DEF2750, # 24 Exhibit DEF2751, # 25 Exhibit DEF2752, # 26 Exhibit DEF2753)(Scott, John) (Entered: 11/20/2014) |
| 11/20/2014 | 803 | NOTICE *OF FILING TRIAL EXHIBIT NOS. 2754-2768* re: 725 Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF2754, # 2 Exhibit DEF2755, # 3 Exhibit DEF2756, # 4 Exhibit DEF2757, # 5 Exhibit DEF2758, # 6 Exhibit DEF2762, # 7 Exhibit DEF2763, # 8 Exhibit DEF2764, # 9 Exhibit DEF2765, # 10 Exhibit DEF2766, # 11 Exhibit DEF2767, # 12 Exhibit DEF2768)(Scott, John) (Entered: 11/20/2014) |
| 11/21/2014 | 804 | NOTICE *OF FILING TRIAL EXHIBIT NO. DEF1092* re: 725 Notice (Other),,,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF1092)(Scott, John) (Entered: 11/21/2014) |
| 11/21/2014 | 805 | NOTICE *of Trial Exhibits Not Available for ECF Filing* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Scott, John) (Entered: 11/21/2014) |
| 11/24/2014 | 806 | SEALED NOTICE by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) Modified on 11/24/2014 (bcortez, 2). (Entered: 11/24/2014) |
| 11/24/2014 | 807 | Letter from Robert Allensworth, filed. (lrivera, 2) (Entered: 11/25/2014) |
| 11/25/2014 | 808 | MOTION for J. Reed Clay, Jr. to Withdraw as Attorney by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 12/16/2014. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Proposed Order)(Scott, John) (Entered: 11/25/2014) |
| 11/25/2014 | 809 | MOTION for G. David Whitley to Withdraw as Attorney by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 12/16/2014. (Attachments: # 1 Proposed Order)(Scott, John) (Entered: 11/25/2014) |
| 11/25/2014 | 810 | MOTION for John B. Scott to Withdraw as Attorney by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 12/16/2014. (Attachments: # 1 Proposed Order)(Scott, John) (Entered: 11/25/2014) |
| 11/26/2014 | 811 | ORDER granting 808 Motion to Withdraw as Attorney. Attorney Gregory David Whitley; John Reed Clay, Jr and John Barret Scott terminated; granting 809 Motion to Withdraw as Attorney. Attorney Gregory David Whitley; John Reed Clay, Jr and John Barret Scott terminated; granting 810 Motion to Withdraw as Attorney. Attorney Gregory David Whitley; John Reed Clay, Jr and John Barret Scott terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(sscotch, 2) (Entered: 11/26/2014) |
| 11/28/2014 | 812 | Letter from Robert M. Allensworth, filed. (ssyler, 2) (Entered: 11/28/2014) |
| 12/03/2014 | | Electronic record on appeal certified to the Fifth Circuit Court of Appeals re: USCA Case Number, 634 Notice of Appeal USCA No. 14-41127, filed. DE 1-806. (amireles, 2) (Entered: 12/03/2014) |
| 12/11/2014 | 813 | Transmittal Letter re: cds containing electronic record on appeal, filed.(amireles, 2) (Entered: 12/11/2014) |
| 12/23/2014 | 814 | MOTION for Stephen Lyle Tatum to Withdraw as Attorney by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 1/13/2015. (Attachments: # 1 Proposed Order)(Aston, Adam) (Entered: 12/23/2014) |
| 12/23/2014 | 815 | Document by Robert M Allensworth, filed.(vrios, 2) (Entered: 12/23/2014) |
| 12/29/2014 | 816 | ORDER granting 814 Motion to Withdraw as Attorney. Attorney Stephen Lyle Tatum, Jr terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(sscotch, 2) (Entered: 12/29/2014) |
| 01/09/2015 | 817 | Unopposed MOTION for Adam W. Aston to Withdraw as Attorney by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 1/30/2015. (Attachments: # 1 Proposed Order)(Wolf, Lindsey) (Entered: 01/09/2015) |
| 01/09/2015 | 818 | ORDER granting 817 Motion to Withdraw as Attorney. Attorney Adam Warren Aston terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 01/09/2015) |
| 01/16/2015 | 819 | MOTION to Substitute Attorney Scott A. Keller in place of Jonathan F. Mitchell by Steve McCraw, Steve McGraw, Rick Perry, State Of Texas, State Of Texas, John Steen, filed. Motion Docket Date 2/6/2015. (Attachments: # 1 Proposed Order)(Keller, Scott) (Entered: 01/16/2015) |
| 01/20/2015 | 820 | ORDER GRANTING LEAVE TO SUBSTITUTE SCOTT A. KELLER FOR JONATHAN F. MITCHELL AS COUNSEL granting 819 Motion to Substitute Attorney Attorney Jonathan F. Mitchell terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 01/21/2015) |
| 01/22/2015 | 821 | Unopposed MOTION for Disbursement of Funds by Anna Burns, Floyd Carrier, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. Motion Docket Date 2/12/2015. (Attachments: # 1 Proposed Order)(Hebert, J) (Entered: 01/22/2015) |

| 01/23/2015 | 822 | NOTICE of Appearance by Angela V. Colmenero on behalf of Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Colmenero, Angela) (Entered: 01/23/2015) |
|---|---|---|
| 01/23/2015 | 823 | NOTICE of Appearance by Matthew H. Frederick on behalf of Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Frederick, Matthew) (Entered: 01/23/2015) |
| 01/23/2015 | 824 | Opposed MOTION ordering Defendants to pay fees and expenses for expert depositions by Anna Burns, Floyd Carrier, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. Motion Docket Date 2/13/2015. (Attachments: # 1 Proposed Order)(Hebert, J) (Entered: 01/23/2015) |
| 01/23/2015 | 825 | ORDER granting 821 Motion for Disbursement of Funds.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, 2) (Entered: 01/23/2015) |
| 02/13/2015 | 826 | RESPONSE to 824 Opposed MOTION ordering Defendants to pay fees and expenses for expert depositions filed by Steve McGraw, Rick Perry, State Of Texas, John Steen. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Proposed Order Order)(Colmenero, Angela) (Entered: 02/13/2015) |
| 02/19/2015 | 827 | Unopposed MOTION for Lindsey Elizabeth Wolf to Withdraw as Attorney by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 3/12/2015. (Attachments: # 1 Proposed Order)(Wolf, Lindsey) (Entered: 02/19/2015) |
| 02/19/2015 | 828 | REPLY to Response to 824 Opposed MOTION ordering Defendants to pay fees and expenses for expert depositions, filed by Anna Burns, Floyd Carrier, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey. (Attachments: # 1 Exhibit Herron Receipts)(Bone, Joshua) (Entered: 02/19/2015) |
| 02/19/2015 | 829 | ORDER granting 827 Motion to Withdraw as Attorney. Attorney Lindsey Elizabeth Wolf terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lrivera, 2) (Entered: 02/20/2015) |
| 02/23/2015 | 830 | Order of USCA re: 634 Notice of Appeal ; USCA No. 14-41127. It is ordered that the joint motion of the parties to view and for the release of the sealed portions of the record on appeal (ROA 101571-114547) to all counsel is granted., filed.(amireles, 2) (Entered: 02/25/2015) |
| 02/25/2015 | 831 | Transmittal Letter on Appeal re: 634 Notice of Appeal. The electronic record on CD containing sealed documents per DE 830 is being sent to Chad W. Dunn, Erin Helen Flynn, Ezra D. Rosenberg, Marinda Van Dalen, Angela Colmenero, and Ryan Haygood via regular first class mail with the exception of Ryan Haygood sent via FedEx. (USCA No. 14-41127), filed. (amireles, 2) (Entered: 02/25/2015) |
| 03/25/2015 | 832 | MOTION for Ryan P. Haygood to Withdraw as Attorney by IMANI CLARK, Texas League of Young Voters Education Fund, filed. Motion Docket Date 4/15/2015. (Attachments: # 1 Proposed Order)(Haygood, Ryan) (Entered: 03/25/2015) |
| 03/25/2015 | 833 | ORDER granting 832 Motion to Withdraw as Attorney. Attorney Ryan Haygood terminated. Natasha M. Korgaonkar is substituted as attorney in charge for Imani Clark and the Texas League of Young Voters Education Fund.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 03/26/2015) |
| 03/31/2015 | 834 | Order of USCA re: 634 Notice of Appeal ; USCA No. 14-41127. To Clerk: The image of the supplemental material w/ appellant's motion is included. Please file the supplemental record within 15 days of this notice or by 4/8/15., filed.(lcayce, 2) |

| | | |
|---|---|---|
| | | (Additional attachment(s) added on 4/6/2015: # 2 Motion of Amici Curiae, # 3 Exhibit A, # 4 Exhibit B) (amireles, 2). (Entered: 03/31/2015) |
| 04/06/2015 | | First Supplemental Electronic record on appeal certified to the Fifth Circuit Court of Appeals re: 634 Notice of Appeal USCA No. 14-41127, filed.DE # 807-834. (amireles, 2) First Supplemental record on appeal certified as to DE # 834 only per request of Fifth Circuit Court of Appeals Modified on 4/7/2015 (amireles, 2). (Entered: 04/06/2015) |
| 04/09/2015 | 835 | Transmittal Letter on Appeal re: 634 Notice of Appeal. The supplemental record is being sent to Chad W. Dunn, Erin Helen Flynn, Ezra D. Rosenberg, Marinda Van Dalen, Angela Colmenero, and Ryan Haygood via regular first class mail. (USCA No. 14-41127), filed. (amireles, 2) (Entered: 04/09/2015) |
| 05/04/2015 | 836 | Document by Robert M Allensworth, filed.(lcayce, 2) (Entered: 05/05/2015) |
| 05/28/2015 | 837 | Unopposed MOTION for Danielle Conley to Withdraw as Attorney by Imani Clark, Texas League of Young Voters Education Fund, filed. Motion Docket Date 6/18/2015. (Attachments: # 1 Proposed Order)(Korgaonkar, Natasha) (Entered: 05/28/2015) |
| 05/29/2015 | 838 | ORDER granting 837 Motion to Withdraw as Attorney. Attorney Danielle Conley terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, 2) (Entered: 05/29/2015) |
| 06/08/2015 | 839 | Mail Returned Undeliverable as to C. Richard Quade re: 838 Order on Motion to Withdraw as Attorney, filed. (mserpa, 2) (Entered: 06/09/2015) |
| 06/11/2015 | 840 | MOTION for Mark Posner to Withdraw as Attorney by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. Motion Docket Date 7/2/2015. (Attachments: # 1 Proposed Order)(Cohan, Lindsey) (Entered: 06/11/2015) |
| 06/12/2015 | 841 | ORDER granting 840 Motion to Withdraw as Attorney. Attorney Mark A Posner terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(bcortez, 2) (Entered: 06/15/2015) |
| 07/10/2015 | 842 | Unopposed MOTION for Joshua James Bone to Withdraw as Attorney by Gordon Benjamin, Evelyn Brickner, Anna Burns, Floyd Carrier, Sergio DeLeon, Ken Gandy, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crummey, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. Motion Docket Date 7/31/2015. (Attachments: # 1 Proposed Order Proposed Order)(Hebert, J) (Entered: 07/10/2015) |
| 07/10/2015 | 843 | ORDER granting 842 Motion to Withdraw as Attorney. Attorney Joshua James Bone terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, 2) (Entered: 07/10/2015) |
| 09/02/2015 | 844 | MOTION for Vishal Agraharkar to Withdraw as Attorney by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. Motion Docket Date 9/23/2015. (Cohan, Lindsey) (Entered: 09/02/2015) |
| 09/02/2015 | 845 | ORDER granting 844 Motion to Withdraw as Attorney. Attorney Vishal Agraharkar terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(fcarbia, 2) (Entered: 09/02/2015) |
| 09/03/2015 | 846 | MOTION for Anna M. Baldwin to Withdraw as Attorney by United States Of America, filed. Motion Docket Date 9/24/2015. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 09/03/2015) |
| | | |

| 09/03/2015 | 847 | ORDER granting 846 Motion to Withdraw as Attorney. Attorney Anna Baldwin terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(bcortez, 2) (Entered: 09/03/2015) |
|---|---|---|
| 09/21/2015 | 852 | Letter by C. Richard Quade, filed.(bcortez, 2) (Entered: 02/26/2016) |
| 10/06/2015 | 848 | Order of USCA re: 634 Notice of Appeal ; USCA No. 14-41127. The judgment of the District Court is affirmed in part, vacated in part, and dismissed in part. This cause is remanded to the District Court for further proceedings in accordance with the opinion of the Fifth Circuit Court.. Case reopened on 10/6/2015, filed.(lcayce, 2) (Entered: 10/06/2015) |
| 10/26/2015 | 849 | Letter by Robert M Allensworth, filed. Copy of docket sheet mailed to Allensworth. (lcayce, 2) (Entered: 10/27/2015) |
| 11/24/2015 | 850 | MOTION for Elizabeth S. Westfall to Withdraw as Attorney by United States Of America, filed. Motion Docket Date 12/15/2015. (Attachments: # 1 Proposed Order) (Westfall, Elizabeth) (Entered: 11/24/2015) |
| 11/24/2015 | 851 | ORDER granting 850 Motion to Withdraw as Attorney. Attorney Elizabeth S Westfall terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 11/24/2015) |
| 02/19/2016 | 853 | Letter by C. Richard Quade, filed.(bcortez, 2) (Entered: 02/26/2016) |
| 02/24/2016 | 854 | Letter by C. Richard Quade, filed.(bcortez, 2) (Entered: 02/26/2016) |
| 02/29/2016 | 855 | Letter by C. Richard Quade, filed.(bcortez, 2) (Entered: 03/03/2016) |
| 04/04/2016 | 856 | Letter re: voting ballot by Robert M Allensworth, filed.(lcayce, 2) (Entered: 04/05/2016) |
| 04/14/2016 | | The Court hereby amends the previously entered scheduling order to include the following:<br>Any party wishing to make any discovery motions should arrange for a premotion conference with the Court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Mrs. Cortez at Brandy_Cortez@txs.uscourts.gov to arrange for a premotion conference. Notify your adversary of the date and time for the conference., filed. (dkellyadi, 4) (Entered: 04/14/2016) |
| 05/13/2016 | | Electronic Access to Record on Appeal Provided re: 634 Notice of Appeal to Jon Marshall Greenbaum, Danielle Marie Lang, Thomas Molnar Fisher, Sean Young,Stuart Kyle Duncan, Charles Justin Cooper, and William Consovoy. Attorneys of record at the Circuit may download the record from the Court of Appeals. (USCA No. 14-41127), filed.(amireles, 2) (Entered: 05/13/2016) |
| 05/18/2016 | | Electronic Access to Record on Appeal Provided re: 634 Notice of Appeal to Andrew M. Leblanc and Elizabeth Bonnie Wydra. Attorneys of record at the Circuit may download the record from the Court of Appeals. (USCA No. 15-41127), filed.(amireles, 2) (Entered: 05/18/2016) |
| 05/20/2016 | | Electronic Access to Record on Appeal Provided re: 634 Notice of Appeal to Marc Rotenberg. Attorneys of record at the Circuit may download the record from the Court of Appeals. (USCA No. 14-41127), filed.(amireles, 2) (Entered: 05/20/2016) |
| 07/12/2016 | 857 | Letter by C. Richard Quade, filed.(bcortez, 2) (Entered: 07/13/2016) |
| 07/20/2016 | 858 | Judgment and Court's Opinion Order of USCA; Judgment issued as mandate 7/20/16 re: 634 Notice of Appeal ; USCA No. 14-41127, filed. (Attachments: # 1 opinion, # 2 continuation, # 3 continuation, # 4 cover letter)(lrivera, 2) (Entered: 07/21/2016) |

| | | |
|---|---|---|
| 07/21/2016 | 859 | ORDER. The parties are ORDERED to meet and confer on or before July 29, 2016 to determine what plan terms may be subject to agreement. The parties are ORDERED to submit their respective plans and supportive briefing to address the infirmities in SB 14 on or before August 5, 2016. The parties may then file responses to any other plan for interim relief on or before August 11, 2016. Arguments on any remaining differences set for 8/17/2016 at 09:30 AM before Judge Nelva Gonzales Ramos(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 07/21/2016) |
| 07/21/2016 | 860 | ADVISORY by Steve McCraw, State Of Texas, Greg Abbott, Carlos H Cascos, filed. (Attachments: # 1 Exhibit Exhibit A)(Colmenero, Angela) (Entered: 07/21/2016) |
| 07/23/2016 | 861 | MOTION Consent Motion for Entry of Temporary Remedial Order by Greg Abbott, Carlos H Cascos, Steve McCraw, State Of Texas, filed. Motion Docket Date 8/15/2016. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Proposed Order) (Colmenero, Angela) (Entered: 07/23/2016) |
| 07/23/2016 | 862 | ORDER granting 861 Consent Motion for Entry of Temporary Remedial Order.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 07/23/2016) |
| 07/25/2016 | 863 | Unopposed MOTION for Danielle M. Lang to Appear Pro Hac Vice by Gordon Benjamin, Evelyn Brickner, Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Sergio DeLeon, Ken Gandy, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crummey, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. Motion Docket Date 8/15/2016. (Hebert, J) (Entered: 07/25/2016) |
| 07/25/2016 | 864 | MOTION for Samuel G. Oliker-Friedland to Appear Pro Hac Vice by United States Of America, filed. Motion Docket Date 8/15/2016. (Freeman, Daniel) (Entered: 07/25/2016) |
| 07/25/2016 | 865 | Unopposed MOTION for Shoshana J. Krieger to Appear Pro Hac Vice by Lenard Taylor, filed. Motion Docket Date 8/15/2016. (van Dalen, Marinda) (Entered: 07/25/2016) |
| 07/26/2016 | 866 | MOTION for Brendan Downes to Appear Pro Hac Vice by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. Motion Docket Date 8/16/2016. (Cohan, Lindsey) (Entered: 07/26/2016) |
| 07/26/2016 | 867 | MOTION for Jon Greenbaum to Appear Pro Hac Vice by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. Motion Docket Date 8/16/2016. (Cohan, Lindsey) (Entered: 07/26/2016) |
| 07/26/2016 | 868 | Joint MOTION to Expedite the Interim Remedy Schedule by Gordon Benjamin, Evelyn Brickner, Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Sergio DeLeon, Ken Gandy, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crummey, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. Motion Docket Date 8/16/2016. (Attachments: # 1 Proposed Order)(Hebert, J) (Entered: 07/26/2016) |
| 07/26/2016 | 869 | ORDER granting 868 Joint MOTION to Expedite the Interim Remedy Schedule. Joint plan regarding all agreed upon terms and their respective plans regarding all disputed terms and supportive briefing to address the infirmities in SB 14 shall be filed by August 2, 2016. Responses shall be filed by August 5, 2016. This matter will be called for hearing on 8/10/2016 at 08:30 AM before Judge Nelva Gonzales Ramos.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(bcortez, 2) (Entered: 07/26/2016) |
| 07/26/2016 | 870 | ORDER granting 863 Motion to Appear Pro Hac Vice.(Signed by Judge Nelva |

| | | |
|---|---|---|
| | | Gonzales Ramos) Parties notified.(lcayce, 2) (Entered: 07/26/2016) |
| 07/26/2016 | 871 | ORDER granting 866 Motion to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, 2) (Entered: 07/26/2016) |
| 07/26/2016 | 872 | ORDER granting 865 Motion to Appear Pro Hac Vice. Shoshana J. Krieger granted leave to appear as counsel for "Taylor Plaintiffs" - Leonard Taylor, Eulalio Mendez, Jr., Lionel Estrada, Estela Garcia Espinoza, et al.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 07/26/2016) |
| 07/26/2016 | 873 | ORDER granting 867 Motion to Appear Pro Hac Vice. Jon M. Greenbaum granted leave to appear as counsel for Texas State Conference of the NAACP Branches and the Mexican American Legislative Caucus of the Texas House of Representatives.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 07/26/2016) |
| 07/26/2016 | 874 | ORDER granting 864 Motion to Appear Pro Hac Vice. Samuel G. Oliker-Friedland granted leave to appear as counsel for United States.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 07/26/2016) |
| 07/29/2016 | 875 | Unopposed MOTION for Entry of Order re: Consent Motion for Entry of Temporary Remedial Order by Greg Abbott, Carlos H Cascos, Steve McGraw, State Of Texas, filed. Motion Docket Date 8/19/2016. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Colmenero, Angela) (Entered: 07/29/2016) |
| 07/29/2016 | 876 | ORDER granting 875 Motion for Entry of Order.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(bcortez, 2) (Entered: 07/29/2016) |
| 08/03/2016 | 877 | NOTICE *of Joint Submission of Agreed Terms* by United States Of America, filed. (Attachments: # 1 Exhibit 1)(Freeman, Daniel) (Entered: 08/03/2016) |
| 08/03/2016 | 878 | NOTICE *of Submission of Additional Term* by Gordon Benjamin, Evelyn Brickner, Anna Burns, IMANI CLARK, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Ken Gandy, Jane Hamilton, Hidalgo County, La Union Del Pueblo Entero, Inc., Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crummey, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Education Fund, Texas State Conference of NAACP Branches, Marc Veasey, filed. (Cohan, Lindsey) (Entered: 08/03/2016) |
| 08/03/2016 | 879 | NOTICE *of Defendants' Brief Regarding Proposed Interim Remedial Plan* by Greg Abbott, Carlos H Cascos, Steve McCraw, State Of Texas, filed. (Colmenero, Angela) (Entered: 08/03/2016) |
| 08/04/2016 | 880 | Document re: limited voting backup ballot by Robert M Allensworth, filed.(lcayce, 2) (Entered: 08/04/2016) |
| 08/05/2016 | 881 | NOTICE *United States' Response to Submissions of Additional Terms* re: 879 Notice (Other), 878 Notice (Other),,, by United States Of America, filed. (Gear, Bruce) (Entered: 08/05/2016) |
| 08/05/2016 | 882 | NOTICE *Defendants' Response to Submission of All Private Plaintiffs and Plaintiff-Intervenors of Additional Term* re: 878 Notice (Other),,, by Greg Abbott, Carlos H Cascos, Steve McCraw, State Of Texas, filed. (Colmenero, Angela) (Entered: 08/05/2016) |
| 08/05/2016 | 883 | NOTICE *Response of Private Plaintiffs and Plaintffs-Intervenors to Defendants' Brief Regarding Proposed Interim Remedial Plan* by Gordon Benjamin, Evelyn Brickner, |

| | | |
|---|---|---|
| | | Anna Burns, IMANI CLARK, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Ken Gandy, Jane Hamilton, Hidalgo County, La Union Del Pueblo Entero, Inc., Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crummey, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Education Fund, Texas State Conference of NAACP Branches, Marc Veasey, filed. (Cohan, Lindsey) (Entered: 08/05/2016) |
| 08/08/2016 | 884 | NOTICE *of Death of Plaintiff Margarita Lara* by Lenard Taylor, filed. (van Dalen, Marinda) (Entered: 08/08/2016) |
| 08/08/2016 | 885 | Document re: limited voting backup ballot by Robert M Allensworth, filed.(lcayce, 2) (Entered: 08/08/2016) |
| 08/08/2016 | 886 | Copy of Bill of Costs by USCA in the amount of $335.25 against Appellants (USCA No. 14-41127), filed. (Attachments: # 1 Letter)(dterrell, 2) (Entered: 08/09/2016) |
| 08/08/2016 | 887 | Letter by Samuel Sosa, filed.(bcortez, 2) (Entered: 08/09/2016) |
| 08/09/2016 | 888 | Joint MOTION Joint Motion for Entry of Temporary Remedial Order by Greg Abbott, Carlos H Cascos, Steve McGraw, State Of Texas, filed. Motion Docket Date 8/30/2016. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Colmenero, Angela) (Entered: 08/09/2016) |
| 08/09/2016 | 889 | ORDER granting 888 Joint Motion for Entry of Temporary Remedial Order.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 08/09/2016) |
| 08/09/2016 | 890 | NOTICE *of Submission of Materials for August 10, 2016 Hearing* by Gordon Benjamin, Evelyn Brickner, Anna Burns, IMANI CLARK, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Ken Gandy, Jane Hamilton, Hidalgo County, La Union Del Pueblo Entero, Inc., Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crummey, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Education Fund, Texas State Conference of NAACP Branches, Marc Veasey, filed. (Attachments: # 1 Unredacted attachment 1, # 2 Unredacted attachment 2, # 3 Unredacted attachment 3)(Cohan, Lindsey) (Entered: 08/09/2016) |
| 08/09/2016 | 891 | MOTION for Neil A. Steiner to Appear Pro Hac Vice by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. Motion Docket Date 8/30/2016. (Cohan, Lindsey) (Entered: 08/09/2016) |
| 08/09/2016 | 892 | ORDER granting 891 Motion to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, 2) (Entered: 08/10/2016) |
| 08/10/2016 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 8/10/2016. The Court heard arguments regarding an interim plan to address the discriminatory effects of SB 14 for the November 8, 2016 general elections. The Court APPROVES the Joint Submission of Agreed Terms (D.E. 877) with slight revisions to be filed as an amended or supplemental joint submission. With respect to the Plaintiffs additional submission (D.E. 878), the Court ORDERS the parties to meet and confer regarding the formulation of the educational and training program in advance of the Courts status conference on August 12, 2016. With respect to the Defendants additional submissions (D.E. 879), the Court DENIES the first request regarding the purpose and limits of the interim plan, the Court DENIES the second |

request regarding additional language for the impediment declaration, and the Court GRANTS the third request for non-waiver language. The Court ORDERS the parties to appear for a Status Conference on August 12, 2016 at 2:00 p.m. Appearances:Chad Dunn, Armand Derfner, Danielle Lang, Gerry Hebert, Neil Baron, Abby Kamin, Myrna Perez, Lindsey Cohan, Brendan Downes, Ezra Rosenberg, Victor Goode, Jen Clark, Marinda Van Dalen, Jose Garza, Rolando Rios, Deuel Ross, Tania Faransso, Leah Aden, Avner Shapiro, Meredith Bell-Platts, John Smith, Sam Oliker-Friedland, Brittany Wake, Chris Herren, Bruce Gear, Angela Colmenero, Matthew Frederick.(Digital # 8:33-9:40) (ERO:G. Rogan), filed.(bcortez, 2) (Entered: 08/10/2016)

| 08/10/2016 | 893 | *Supplement to Submission of Agreed Terms* by Greg Abbott, Carlos H Cascos, Steve McGraw, State Of Texas, filed. (Attachments: # 1 Exhibit A)(Colmenero, Angela) (Entered: 08/10/2016) |
|---|---|---|
| 08/10/2016 | 894 | AO 435 TRANSCRIPT REQUEST by Defendants/Angela Colmenero for Transcript of Status Conference on 8/10/16 before Judge Nelva Gonzales Ramos. Expedited (7 days) turnaround requested. Court Reporter/Transcriber: Exceptional Reporting Services, filed. (Colmenero, Angela) Electronically forwarded to Exceptional on 8-10-16. (Entered: 08/10/2016) |
| 08/10/2016 | 895 | ORDER REGARDING AGREED INTERIM PLAN FOR ELECTIONS. Defendants shall develop a detailed election training program for the November 2016 general election no later than August 15, 2016. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, 2) (Entered: 08/10/2016) |
| 08/11/2016 | 896 | Letter re: limited voting backup ballot by Robert M Allensworth, filed.(lcayce, 2) (Entered: 08/11/2016) |
| 08/12/2016 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 8/12/2016. The Court heard from the parties regarding the status of the voter education plan and election official training program for the November 2016 election. The parties agreed that: (1) the State will give Plaintiffs an opportunity to review in advance the documents to be used in revisions of the qualifying voter handbook, inspector handbook, pollwatcher handbook, and online training module (none of which have Spanish language translations), with Plaintiffs to have 24 hours to seek relief from the Court should the parties not be able to agree to the content of those documents; (2) the State will accept from Plaintiffs recommendations regarding appropriate recipients for the education and training materials; and (3) the State will add to its list of recipients of its election toolkits elected officials Plaintiffs request. The State has provided to Plaintiffs their intended revisions to the voting FAQs and Plaintiffs have provided responses seeking additional changes that the parties are negotiating. The State advised that the FAQs are expected to go live online by the end of the day. The State represented that no additional changes will be made to the FAQs. The Court DENIED Plaintiffs requests for: (1) the State to conduct an additional training session for county election administrators; (2) 24 hour advance notice of media broadcast copy; and (3) a dispute resolution process other than the parties ongoing right to seek relief from this Court on a regular or expedited basis. The State is ORDERED to file its detailed voter education and election worker training plan on or before Monday, August 15, 2016. Appearances: Angela V Colmenero, Matthew Hamilton Frederick, Rolando L Rios, Chad W Dunn, J Gerald Hebert, Abby Kamin, Danielle M Lang, Jose Garza, Marinda van Dalen, Lindsey Beth Cohan, Jennifer Clark, Ezra D Rosenberg, Brendan Downes, Victor Goode, Myrna Perez, Tania C. Faransso, Bruce I Gear, Meredith Bell-Platts, John Albert Smith, III, Richard Dellheim, Avner Shapiro.(Digital # 2:30 - 3:05) (ERO:F. Carbia), filed.(grogan, 2) (Entered: 08/12/2016) |
| 08/15/2016 | 897 | Letter re: limited voting backup ballot by Robert M Allensworth, filed.(lcayce, 2) |

|  |  | (Entered: 08/15/2016) |
|---|---|---|
| 08/15/2016 | 898 | *Defendants' Submission Regarding Voter Education Plan and Election Official Training Program* by Greg Abbott, Carlos H Cascos, filed.(Colmenero, Angela) (Entered: 08/15/2016) |
| 08/15/2016 | 899 | Motion to Seal Exhibits 1 and 2 to Submission Regarding Voter Education Plan and Election Official Training Program, filed. (With attachments) Modified on 8/16/2016 (bcortez, 2). (Entered: 08/15/2016) |
| 08/16/2016 | 900 | Order Granting Motion to Seal, filed. Modified on 8/16/2016 (bcortez, 2). (Entered: 08/16/2016) |
| 08/16/2016 | 901 | Unopposed MOTION to Unseal Portions of Document No. 899 by Greg Abbott, Carlos H Cascos, filed. Motion Docket Date 9/6/2016. (Attachments: # 1 Proposed Order) (Colmenero, Angela) (Entered: 08/16/2016) |
| 08/16/2016 | 902 | ORDER granting 901 Motion to Unseal.(Signed by Judge Nelva Gonzales Ramos) Parties notified. (Clerk's notes: D.E. 899 - Motion and Proposed Order ONLY and D.E. 900 - Order unsealed.)(bcortez, 2) (Entered: 08/16/2016) |
| 08/18/2016 | 903 | MOTION for Coty Montag to Appear Pro Hac Vice by Gordon Benjamin, Evelyn Brickner, Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Ken Gandy, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crummey, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. Motion Docket Date 9/8/2016. (Aden, Leah) (Entered: 08/18/2016) |
| 08/18/2016 | 904 | MOTION for Janai Nelson to Appear Pro Hac Vice by Gordon Benjamin, Evelyn Brickner, Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Ken Gandy, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crummey, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. Motion Docket Date 9/8/2016. (Aden, Leah) (Entered: 08/18/2016) |
| 08/18/2016 | 905 | TRANSCRIPT re: TELEPHONIC STATUS CONFERENCE held on 8/10/16 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party ANGELA V. COLMENERO Release of Transcript Restriction set for 11/16/2016., filed. (thudson, ) (Entered: 08/18/2016) |
| 08/18/2016 | 906 | ORDER granting 904 Motion to Appear Pro Hac Vice for Attorney Janai Nelson. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(srussell, 2) (Entered: 08/18/2016) |
| 08/18/2016 | 907 | ORDER granting 903 Motion to Appear Pro Hac Vice for Attorney Coty Montag. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(srussell, 2) (Entered: 08/18/2016) |
| 08/18/2016 | 908 | AMENDED 903 MOTION, MOTION for Coty Montag to Appear Pro Hac Vice( Motion Docket Date 9/8/2016.) by IMANI CLARK, Texas League of Young Voters Education Fund, filed. (Aden, Leah) (Entered: 08/18/2016) |
| 08/18/2016 | 909 | AMENDED 904 MOTION, MOTION for Janai Nelson to Appear Pro Hac Vice( Motion Docket Date 9/8/2016.) by IMANI CLARK, Texas League of Young Voters Education Fund, filed. (Aden, Leah) (Entered: 08/18/2016) |
| 08/18/2016 | 910 | ORDER granting 908 Motion to Appear Pro Hac Vice. Coty Montag granted leave to appear for Texas League of Young Voters Educ. Fund and Imani Clark.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 08/18/2016) |
| 08/18/2016 | 911 | ORDER granting 909 Amended Motion for Janai Nelson to Appear Pro Hac Vice for |

| | | |
|---|---|---|
| | | Texas League of Young Voters Education Fund and Imani Clark.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(sscotch, 2) (Entered: 08/18/2016) |
| 08/19/2016 | 912 | Notice of Filing of Official Transcript as to 905 Transcript,. Party notified, filed. (idavis, 2) (Entered: 08/19/2016) |
| 08/19/2016 | 913 | NOTICE *Defendants' Advisory Regarding Modifications to Portions of the VoteTexas.Gov Website* by Greg Abbott, Carlos H Cascos, filed. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, part 1, # 3 Exhibit Exhibit 2, part 2) (Colmenero, Angela) (Entered: 08/19/2016) |
| 08/22/2016 | 914 | Letter re: limited voting backup election by Robert M Allensworth, filed.(lcayce, 2) (Entered: 08/22/2016) |
| 08/22/2016 | 915 | Letter re: limited voting backup ballot by Robert M Allensworth, filed.(lcayce, 2) (Entered: 08/22/2016) |
| 08/22/2016 | 916 | ADVISORY by Greg Abbott, Carlos H Cascos, State Of Texas, filed.(Colmenero, Angela) (Entered: 08/22/2016) |
| 08/22/2016 | 917 | MEMORANDUM in Support of Proposed Schedule for Determination of Intentional Discrimination Claims by Gordon Benjamin, Evelyn Brickner, Anna Burns, Imani Clark, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Ken Gandy, Jane Hamilton, Hidalgo County, La Union Del Pueblo Entero, Inc., Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crummey, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Education Fund, Texas State Conference of NAACP Branches, Marc Veasey, filed. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Cohan, Lindsey) (Entered: 08/22/2016) |
| 08/22/2016 | 918 | NOTICE *of United States' Proposed Schedule for Proceedings on Discriminatory Purpose Claims* by United States Of America, filed. (Oliker-Friedland, Samuel) (Entered: 08/22/2016) |
| 08/23/2016 | 919 | REPLY to 917 Memorandum,,, , filed by Gordon Benjamin, Evelyn Brickner, Anna Burns, IMANI CLARK, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Ken Gandy, Jane Hamilton, Hidalgo County, La Union Del Pueblo Entero, Inc., Maximina Martinez Lara, League Of United Latin American Citizens, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Education Fund, Texas State Conference of NAACP Branches, Marc Veasey. (Cohan, Lindsey) (Entered: 08/23/2016) |
| 08/23/2016 | 920 | RESPONSE *to Defendants' Proposed Schedule for Claims of Discriminatory Purpose*, filed by United States Of America. (Oliker-Friedland, Samuel) (Entered: 08/23/2016) |
| 08/23/2016 | 921 | RESPONSE to 917 Memorandum,,, 918 Notice (Other) *Defendants' Response to Plaintiffs' and The United States' Proposed Briefing Schedules for Claims of Discriminatory Purpose*, filed by Greg Abbott, Carlos H Cascos, State Of Texas. (Colmenero, Angela) (Entered: 08/23/2016) |
| 08/25/2016 | 922 | ORDER SETTING DEADLINES FOR BRIEFING. The parties shall file their proposed findings of fact and conclusions of law on or before 11/18/16. The parties shall file responsive briefing on or before 12/16/16. Oral Argument set for 1/24/2017 at 09:00 |

| | | |
|---|---|---|
| | | AM before Judge Nelva Gonzales Ramos(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, 2) (Entered: 08/25/2016) |
| 09/02/2016 | 923 | Letter by Samuel Sosa, filed.(bcortez, 2) (Entered: 09/06/2016) |
| 09/06/2016 | 924 | MOTION to Enforce Interim Remedial Order as to 895 Order, by United States Of America, filed. Motion Docket Date 9/27/2016. (Attachments: # 1 Exhibit 1: Aug. 12 Email, # 2 Exhibit 2: VoteTexas Webpage, # 3 Exhibit 3: Aug. 19 Press Release, # 4 Exhibit 4: Aug. 30 Email, # 5 Exhibit 5: Sept. 6 Email, # 6 Proposed Order)(Freeman, Daniel) (Entered: 09/06/2016) |
| 09/07/2016 | 925 | ORDER SETTING RESPONSE DEADLINE AND HEARING ; Motion-related deadline set re: 924 MOTION to Enforce Interim Remedial Order as to 895 Order, Motion Hearing set for 9/12/2016 at 11:00 AM before Judge Nelva Gonzales Ramos Responses due by 9/9/2016.(Signed by Judge Nelva Gonzales Ramos) Parties notified. (mserpa, 2) (Entered: 09/07/2016) |
| 09/07/2016 | 926 | MOTION Further Relief to Enforce Interim Remedial Order by Gordon Benjamin, Evelyn Brickner, Anna Burns, Floyd Carrier, Imani Clark, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Ken Gandy, Jane Hamilton, Hidalgo County, La Union Del Pueblo Entero, Inc., Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crummey, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Education Fund, Texas State Conference of NAACP Branches, Marc Veasey, filed. Motion Docket Date 9/28/2016. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Cohan, Lindsey) (Entered: 09/07/2016) |
| 09/08/2016 | 927 | AMENDED ORDER SETTING RESPONSE DEADLINE AND HEARING ; Motion-related deadline set re: 926 MOTION Further Relief to Enforce Interim Remedial Order, 924 MOTION to Enforce Interim Remedial Order as to 895 Order, Motion Hearing set for 9/19/2016 at 05:00 PM before Judge Nelva Gonzales Ramos Responses due by 9/12/2016.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 09/08/2016) |
| 09/08/2016 | 928 | AO 435 TRANSCRIPT REQUEST by Defendants/Angela V. Colmenero for Transcript of Status Conference, 8/12/16, Judge Nelva Gonzales Ramos. Daily (24 hours) turnaround requested. Court Reporter/Transcriber: Exceptional Reporting Services, filed. (Colmenero, Angela) (Entered: 09/08/2016) |
| 09/09/2016 | 929 | Unopposed MOTION for Natasha Korgaonkar to Withdraw as Attorney by IMANI CLARK, Texas League of Young Voters Education Fund, filed. Motion Docket Date 9/30/2016. (Attachments: # 1 Proposed Order)(Korgaonkar, Natasha) (Entered: 09/09/2016) |
| 09/12/2016 | 930 | TRANSCRIPT re: TELEPHONIC STATUS CONFERENCE held on 8/12/16 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party ANGELA V. COLMENERO Release of Transcript Restriction set for 12/12/2016., filed. (thudson, ) (Entered: 09/12/2016) |
| 09/12/2016 | 931 | ORDER granting 929 Motion to Withdraw as Attorney. Attorney Natasha Korgaonkar terminated for Plaintiff-Intervenors: Imani Clark and Texas League of Young Voters Educational Fund.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(sscotch, 2) (Entered: 09/12/2016) |
| 09/12/2016 | 932 | RESPONSE in Opposition to 924 MOTION to Enforce Interim Remedial Order as to 895 Order,, 926 MOTION Further Relief to Enforce Interim Remedial Order, filed by |

| | | |
|---|---|---|
| | | Greg Abbott, Carlos H Cascos, State Of Texas. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Proposed Order)(Colmenero, Angela) (Entered: 09/12/2016) |
| 09/12/2016 | 934 | Letter from Robert M Allensworth re: limited voting backup ballot and request for partial docket sheet, filed. (Attachments: # 1 Envelope) (srussell, 2) (Entered: 09/13/2016) |
| 09/13/2016 | 933 | Notice of Filing of Official Transcript as to 930 Transcript,. Party notified, filed. (dterrell, 2) (Entered: 09/13/2016) |
| 09/14/2016 | 935 | MOTION for Thaddeus C. Eagles to Appear Pro Hac Vice by IMANI CLARK, filed. Motion Docket Date 10/5/2016. (Aden, Leah) (Entered: 09/14/2016) |
| 09/14/2016 | 936 | ORDER granting 935 Motion to Appear Pro Hac Vice. Thaddeus C. Eagles granted leave to appear for Texas League of Young Voters Education Fund and Imani Clark. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 09/14/2016) |
| 09/15/2016 | 937 | NOTICE of Resetting as to 924 MOTION to Enforce Interim Remedial Order as to 895 Order,, 926 MOTION Further Relief to Enforce Interim Remedial Order. Parties notified. Motion Hearing set for 9/19/2016 at 12:00 PM before Judge Nelva Gonzales Ramos, filed. (grogan, 2) (Entered: 09/15/2016) |
| 09/16/2016 | 938 | Unopposed MOTION for Leave to File Reply Memorandum by United States Of America, filed. Motion Docket Date 10/7/2016. (Attachments: # 1 Proposed Reply Memorandum, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Errata 10, # 12 Exhibit 11, # 13 Exhibit 12)(Freeman, Daniel) (Entered: 09/16/2016) |
| 09/16/2016 | 939 | ORDER granting 938 Motion for Leave to File.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, 2) (Entered: 09/16/2016) |
| 09/16/2016 | 940 | REPLY in Support of 924 MOTION to Enforce Interim Remedial Order as to 895 Order,, filed by United States Of America. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12)(lcayce, 2) (Entered: 09/16/2016) |
| 09/16/2016 | 941 | Letter by Samuel Sosa, filed.(bcortez, 2) (Entered: 09/19/2016) |
| 09/19/2016 | 942 | Amended PROPOSED ORDER *of Clarification of Interim Remedial Order* re: 926 MOTION Further Relief to Enforce Interim Remedial Order, filed.(Cohan, Lindsey) (Entered: 09/19/2016) |
| 09/19/2016 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. MOTIONS HEARING held on 9/19/2016. Arguments heard re: 924 and 926 Motions to Enforce. Rulings made on the record. Written order to be entered. Appearances:Chad Dunn, Danielle Lang, Gerry Hebert, Neil Baron, Abby Kamin, Lindsey Cohan, Leah Aden, Tania Faransso, Brendan Downes, Ezra Rosenberg, Jen Clark, Marinda Van Dalen,. (Digital # 12:02-1:20)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 09/20/2016) |
| 09/20/2016 | 943 | ORDER granting 924 United States Motion to Enforce InterimRemedial Order; denying 926 Private Plaintiffs and Plaintiff-Intervenors Motion forFurther Relief to Enforce Interim Remedial Order.(Signed by Judge Nelva Gonzales Ramos) Parties notified. (sscotch, 2) (Entered: 09/20/2016) |

| 09/21/2016 | 944 | AO 435 TRANSCRIPT REQUEST by State Defendants/ Angela V. Colmenero for Transcript of Motions hearing, 9/19/2016, Judge Nelva Gonzales Ramos. Expedited (7 days) turnaround requested. Court Reporter/Transcriber: Exceptional Reporting Services, filed. (Colmenero, Angela) Electronically forwarded to Exceptional on 9-22-16 by gr. (Entered: 09/21/2016) |
| 09/21/2016 | 945 | MOTION for Zachary P. Jones to Appear Pro Hac Vice by United States Of America, filed. Motion Docket Date 10/12/2016. (Oliker-Friedland, Samuel) (Entered: 09/21/2016) |
| 09/22/2016 | 946 | ADVISORY by Greg Abbott, Carlos H Cascos, State Of Texas, filed. (Attachments: # 1 Exhibit 1)(Colmenero, Angela) (Entered: 09/22/2016) |
| 09/22/2016 | 947 | ORDER granting 945 Motion to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, 2) (Entered: 09/22/2016) |
| 09/23/2016 | 948 | Letter by Ward Larkin, filed.(bcortez, 2) (Entered: 09/23/2016) |
| 09/26/2016 | 949 | Letter by Samuel Sosa, filed.(bcortez, 2) (Entered: 09/26/2016) |
| 09/26/2016 | 950 | Letter by Samuel Sosa, filed.(bcortez, 2) (Entered: 09/26/2016) |
| 09/26/2016 | 951 | TRANSCRIPT re: TELEPHONIC MOTIONS HEARING held on 9/19/16 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOSH EIDELSON Release of Transcript Restriction set for 12/27/2016., filed. (thudson, ) (Entered: 09/26/2016) |
| 09/27/2016 | 952 | Notice of Filing of Official Transcript as to 951 Transcript. Party notified, filed. (dterrell, 2) (Entered: 09/27/2016) |
| 10/24/2016 | 953 | Letter and Ballot by C. Richard Quade, filed.(bcortez, 2) (Entered: 10/26/2016) |
| 10/28/2016 | 954 | Letter re: limited voting backup ballot by Robert M Allensworth, filed.(lcayce, 2) (Entered: 10/28/2016) |
| 11/09/2016 | 955 | Letter by C. Richard Quade, filed.(bcortez, 2) (Entered: 11/09/2016) |
| 11/10/2016 | 959 | Letter re: voters by Robert M Allensworth, filed. Copy of current docket sheet mailed to Allensworth. (lcayce, 2) (Entered: 11/17/2016) |
| 11/14/2016 | 956 | MOTION for Sidney S. Rosdeitcher to Appear Pro Hac Vice by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. Motion Docket Date 12/5/2016. (Cohan, Lindsey) (Entered: 11/14/2016) |
| 11/14/2016 | 957 | ORDER granting 956 Motion for Sidney Rosdeitcher to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(dterrell, 2) (Entered: 11/14/2016) |
| 11/15/2016 | 958 | NOTICE of Withdrawal of Plaintiff-Intervenor the Texas League of Young Voters Education Fund by IMANI CLARK, filed. (Aden, Leah) (Entered: 11/15/2016) |
| 11/18/2016 | 960 | Opposed MEMORANDUM ON INTENT TO DISCRIMINATE re: 922 Order, by Texas Association of Hispanic County Judges and County Commissioners, filed.(Rios, Rolando) (Entered: 11/18/2016) |
| 11/18/2016 | 961 | Proposed Findings of Fact by Gordon Benjamin, Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Ken Gandy, La Union Del Pueblo Entero, Inc., Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crummey, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, |

| | | |
|---|---|---|
| | | Koby Ozias, Penny Pope, Lenard Taylor, Texas State Conference of NAACP Branches, United States Of America, Marc Veasey(Freeman, Daniel) (Entered: 11/18/2016) |
| 11/18/2016 | 962 | POST-TRIAL BRIEF *Concerning Discriminatory Intent* by United States Of America(Freeman, Daniel) (Entered: 11/18/2016) |
| 11/18/2016 | 963 | POST-TRIAL BRIEF *in Support of a Finding of Intentional Discrimination* by Gordon Benjamin, Evelyn Brickner, Anna Burns, IMANI CLARK, Floyd Carrier, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Ken Gandy, Jane Hamilton, La Union Del Pueblo Entero, Inc., Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crummey, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas State Conference of NAACP Branches, Marc Veasey(Cohan, Lindsey) (Entered: 11/18/2016) |
| 11/18/2016 | 964 | Unopposed MOTION Motion for Leave to File Under Seal Proposed Findings of Fact and Conclusions of Law by Greg Abbott, Carlos H Cascos, State Of Texas, John Steen, filed. Motion Docket Date 12/9/2016. (Attachments: # 1 Proposed Order)(Colmenero, Angela) (Entered: 11/18/2016) |
| 11/18/2016 | 965 | Sealed Event, filed. (Entered: 11/18/2016) |
| 11/18/2016 | 966 | *Defendants' Proposed Findings of Fact and Conclusions of Law - Redacted* by Greg Abbott, Carlos H Cascos, State Of Texas, John Steen, filed.(Colmenero, Angela) (Entered: 11/18/2016) |
| 11/21/2016 | 967 | ORDER granting 964 Motion.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 11/21/2016) |
| 11/22/2016 | 968 | MOTION for Matthew N. Robinson to Appear Pro Hac Vice by IMANI CLARK, filed. Motion Docket Date 12/13/2016. (Aden, Leah) (Entered: 11/22/2016) |
| 11/22/2016 | 969 | ORDER granting 968 Motion for Matthew Robinson to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(dterrell, 2) (Entered: 11/22/2016) |
| 11/28/2016 | 970 | Letter by C. Richard Quade, filed. (bcortez, 2) (Entered: 11/28/2016) |
| 11/28/2016 | 971 | Mail Returned Undeliverable as to C. Richard Quade re: 967 Order on Motion for Miscellaneous Relief, filed. (ltrevino, 3) (Entered: 11/29/2016) |
| 12/01/2016 | 972 | Mail Returned Undeliverable as to C. Richard Quade re: 969 Order on Motion to Appear Pro Hac Vice, filed. (ssilva, 7) (Entered: 12/01/2016) |
| 12/02/2016 | 973 | Mail Returned Undeliverable as to Samuel Sosa re: 967 Order on Motion for Miscellaneous Relief, filed. (dwilkerson, 3) (Entered: 12/02/2016) |
| 12/06/2016 | 974 | Mail Returned Undeliverable as to Samuel Sosa re: 969 Order on Motion to Appear Pro Hac Vice, filed.(RTS; Inmate No Longer Here) (sguevara, 4) (Entered: 12/12/2016) |
| 12/16/2016 | 975 | RESPONSE to 966 Document *Defendants' Proposed Findings of Fact & Conclusions of Law*, filed by Gordon Benjamin, Evelyn Brickner, Anna Burns, Floyd Carrier, Imani Clark, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Ken Gandy, Jane Hamilton, La Union Del Pueblo Entero, Inc., Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crummey, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas League of Young Voters Education Fund, Texas State Conference of NAACP Branches, Marc Veasey. (Cohan, Lindsey) (Entered: 12/16/2016) |
| 12/16/2016 | 976 | RESPONSE to 960 Memorandum, 962 Post-Trial Brief, 963 Post-Trial Brief,, |

| | | *Defendants' Response to Plaintiffs' Briefs Concerning Discriminatory Intent*, filed by Greg Abbott, Carlos H Cascos, State Of Texas. (Colmenero, Angela) (Entered: 12/16/2016) |
|---|---|---|
| 12/16/2016 | 977 | RESPONSE to 966 Document *Defendants' Proposed Findings of Fact and Conclusions of Law*, filed by United States Of America. (Freeman, Daniel) (Entered: 12/16/2016) |
| 12/16/2016 | 978 | MOTION to Seal Defendants' Response to Plaintiffs' Joint Proposed Findings of Facts by Greg Abbott, Carlos H Cascos, State Of Texas, filed. Motion Docket Date 1/6/2017. (Attachments: # 1 Proposed Order)(Colmenero, Angela) (Entered: 12/16/2016) |
| 12/16/2016 | 979 | Sealed Event, filed. (Entered: 12/16/2016) |
| 12/16/2016 | 980 | RESPONSE to 961 Proposed Findings of Fact,, *Defendants' Response to Plaintiffs' Joint Proposed Findings of Fact (Redacted)*, filed by Greg Abbott, Carlos H Cascos, State Of Texas. (Colmenero, Angela) (Entered: 12/16/2016) |
| 12/23/2016 | 981 | Letter by S. Christopher Suprun, Jr, filed.(bcortez, 2) (Entered: 12/27/2016) |
| 01/03/2017 | 982 | Amicus Curiae Brief with letters attached by C. Richard Quade, filed. (Attachments: # 1 Continuation)(bcortez, 2) (Entered: 01/06/2017) |
| 01/13/2017 | 983 | Letter from Robert M. Allensworth, filed. (mserpa, 2) (Entered: 01/17/2017) |
| 01/20/2017 | 984 | MOTION for Continuance of January 24 Hearing by United States Of America, filed. Motion Docket Date 2/10/2017. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 01/20/2017) |
| 01/20/2017 | 985 | NOTICE of Setting. Parties notified. Telephone Conference set for 1/20/2017 at 05:00 PM before Magistrate Judge Jason B Libby, filed. (arodriguez, 2) (Entered: 01/20/2017) |
| 01/20/2017 | | Minute Entry for proceedings held before Magistrate Judge Jason B Libby. TELEPHONE CONFERENCE held on 1/20/2017 granting 984 MOTION for Continuance of January 24 Hearing ( Miscellaneous Hearing set for 2/28/2017 at 09:00 AM before Judge Nelva Gonzales Ramos). Argument heard by all parties; Court grants U.S. Gvmt's motion. Appearances:Plaintiffs' Counsel: Chad Dunn, Myrna Perz, Ezra Rosenberg, Jose Garza, Janai Nelson, Daniel Freeman; Defense Counsel: Angela Colmenero.(Digital # 5:04 - 5:17)(ERO: Judy Alvarez), filed.(arodriguez, 2) (Entered: 01/20/2017) |
| 01/20/2017 | 986 | ORDER granting 984 Motion for Continuance Miscellaneous Hearing reset for 2/28/2017 at 09:00 AM before Judge Nelva Gonzales Ramos.(Signed by Magistrate Judge Jason B Libby) Parties notified.(mserpa, 2) (Entered: 01/23/2017) |
| 01/24/2017 | 987 | Order of USCA re: 634 Notice of Appeal ; USCA No. 14-41127. The petition for a writ of certiorari is denied, filed. (Attachments: # 1 USCA Letter)(dterrell, 2) (Entered: 01/25/2017) |
| 01/27/2017 | 988 | ORDER granting 978 Motion to Seal.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 01/27/2017) |
| 01/30/2017 | 989 | MOTION for Paul Smith to Appear Pro Hac Vice by Gordon Benjamin, Evelyn Brickner, Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Ken Gandy, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crummey, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. Motion Docket Date 2/21/2017. (Lang, Danielle) (Entered: 01/30/2017) |
| 01/30/2017 | 990 | ORDER granting 989 Motion for Paul Smith to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(fcarbia, 2) (Entered: 01/30/2017) |

| | | |
|---|---|---|
| 01/30/2017 | 991 | Mail Returned Undeliverable as to Samuel Sosa (Inmate no longer here - return to sender) re: 985 Notice of Setting, filed. (rnieto, 1) (Entered: 01/31/2017) |
| 02/06/2017 | 992 | Notice re: ballots by Robert M Allensworth, filed.(lcayce, 2) (Entered: 02/06/2017) |
| 02/10/2017 | 993 | Mail Returned Undeliverable as to Samuel Sosa re: 990 Order on Motion to Appear Pro Hac Vice, filed. (dgonzalez, 5) (Entered: 02/13/2017) |
| 02/13/2017 | 994 | NOTICE of Change of Address by Jennifer L. Clark, counsel for Mexican American Legislative Caucus, Texas House of Representatives, filed. (drodriguez, 7) (Entered: 02/14/2017) |
| 02/22/2017 | 995 | Joint MOTION for Continuance of Joint Motion to Continue February 28, 2017 Hearing on Plaintiffs' Discriminatory Purpose Claims by Greg Abbott, Carlos H Cascos, State Of Texas, John Steen, filed. Motion Docket Date 3/15/2017. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Colmenero, Angela) (Entered: 02/22/2017) |
| 02/23/2017 | 996 | Joint RESPONSE in Opposition to 995 Joint MOTION for Continuance of Joint Motion to Continue February 28, 2017 Hearing on Plaintiffs' Discriminatory Purpose Claims, filed by Gordon Benjamin, Evelyn Brickner, Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Ken Gandy, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crummey, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey. (Hebert, J) (Entered: 02/23/2017) |
| 02/24/2017 | 997 | ORDER DENYING JOINT MOTION TO CONTINUE denying 995 Motion for Continuance.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 02/24/2017) |
| 02/24/2017 | 998 | MOTION for Jason R. LaFond to Appear Pro Hac Vice by Greg Abbott, State Of Texas, John Steen, filed. Motion Docket Date 3/17/2017. (Frederick, Matthew) (Entered: 02/24/2017) |
| 02/27/2017 | 999 | MOTION for John M. Gore to Appear Pro Hac Vice by United States Of America, filed. Motion Docket Date 3/20/2017. (Oliker-Friedland, Samuel) (Entered: 02/27/2017) |
| 02/27/2017 | 1000 | ORDER granting 998 Motion for Jason R LaFond to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(dterrell, 2) (Entered: 02/27/2017) |
| 02/27/2017 | 1001 | MOTION VOLUNTARY DISMISSAL OF DISCRIMINATORY PURPOSE CLAIM WITHOUT PREJUDICE by United States Of America, filed. Motion Docket Date 3/20/2017. (Attachments: # 1 Proposed Order)(Oliker-Friedland, Samuel) (Entered: 02/27/2017) |
| 02/27/2017 | 1002 | ORDER granting 999 Motion for John M Gore to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(dterrell, 2) (Entered: 02/27/2017) |
| 02/28/2017 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. ORAL ARGUMENTS held on 2/28/2017. Arguments heard on discriminatory intent. Court takes matter under advisement. Briefing schedule regarding SB 5 and how it affects current case is as follows: Plaintiffs briefing due by 3/7/2017. Defendants response due by 3/14/2017. Plaintiffs reply due by 3/21/2017. Appearances:Chad Dunn, Myrna Perez, Ezra Rosenberg, Jose Garza, Janai Nelson, John Gore, Angela Colmenero, Jen Clark, Marinda Van Dalen, Deuel Ross, Tania Faransso, John Smith, Daniel Freeman, Matthew Frederick , Jason La Fond, Lindsey Wolf, Armand Derfner, Gerry Hebert, Danielle Lang, Neil Baron, Lindsey Winer.(Digital # 8:59-11:12, 11:34-12:04)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 02/28/2017) |
| 02/28/2017 | 1003 | AO 435 TRANSCRIPT REQUEST by Lindsey Cohan for Transcript of Hearing on 2/28/17 before Judge Ramos. Daily (24 hours) turnaround requested. Court |

|  | | Reporter/Transcriber: Exceptional Reporting Services, filed. (Cohan, Lindsey) Electronically forwarded to Exceptional on 2-28-17 by gr. (Entered: 02/28/2017) |
|---|---|---|
| 02/28/2017 | 1004 | AO 435 TRANSCRIPT REQUEST by Angela V. Colmenero for Transcript of Motion hearing on 2/28/17 before Judge Nelva Gonzales Ramos. Daily (24 hours) turnaround requested. Court Reporter/Transcriber: Exceptional Reporting Services, filed. (Colmenero, Angela) (Entered: 02/28/2017) |
| 03/01/2017 | 1005 | NOTICE *of Filing Defendants' Oral Argument Presentation on the Issue of Discriminatory Purpose* by Greg Abbott, Carlos H Cascos, State Of Texas, filed. (Attachments: # 1 Exhibit A)(Colmenero, Angela) (Entered: 03/01/2017) |
| 03/01/2017 | 1006 | TRANSCRIPT re: ORAL ARGUMENTS held on 2/28/17 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party LINDSEY COHAN Release of Transcript Restriction set for 5/30/2017., filed. (thudson, ) (Entered: 03/01/2017) |
| 03/02/2017 | 1007 | Notice of Filing of Official Transcript as to 1006 Transcript. Party notified, filed. (dterrell, 2) (Entered: 03/02/2017) |
| 03/05/2017 | 1008 | TRANSCRIPT re: AMENDED TRANSCRIPT TO DE 1006 / ORAL ARGUMENTS held on 2/28/17 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party LINDSEY COHAN Release of Transcript Restriction set for 6/5/2017., filed. (thudson, ) (Entered: 03/05/2017) |
| 03/06/2017 | 1009 | Notice of Filing of Official Transcript as to 1008 Transcript,. Party notified, filed. (dterrell, 2) (Entered: 03/06/2017) |
| 03/07/2017 | 1010 | BRIEF *of Private Plaintiffs Regarding Effect of New Voter ID Legislation on This Case* by Gordon Benjamin, Evelyn Brickner, Anna Burns, Floyd Carrier, Imani Clark, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Ken Gandy, Jane Hamilton, La Union Del Pueblo Entero, Inc., Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crummey, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas State Conference of NAACP Branches, Marc Veasey, filed. (Cohan, Lindsey) (Entered: 03/07/2017) |
| 03/07/2017 | 1011 | ADVISORY by Greg Abbott, Carlos H Cascos, State Of Texas, Rolando B. Pablos, filed.(Colmenero, Angela) (Entered: 03/07/2017) |
| 03/08/2017 | 1013 | Letter from WilmerHale re: Cadene Russell., filed.(bcortez, 2) (Entered: 03/14/2017) |
| 03/14/2017 | 1012 | SUPPLEMENT to 1010 Brief,, by Gordon Benjamin, Evelyn Brickner, Anna Burns, Floyd Carrier, Sergio DeLeon, Ken Gandy, Jane Hamilton, John Mellor-Crummey, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. (Attachments: # 1 Exhibit)(Dunn, Chad) (Entered: 03/14/2017) |
| 03/14/2017 | 1014 | Unopposed MOTION for Leave to File Reply Memorandum by United States Of America, filed. Motion Docket Date 4/4/2017. (Attachments: # 1 Exhibit 1: Proposed Reply Memorandum, # 2 Proposed Order)(Freeman, Daniel) (Entered: 03/14/2017) |
| 03/14/2017 | 1015 | BRIEF Regarding the Effect of Voter-ID Legislation on Plaintiffs' Claims of Intentional Racial Discrimination by Greg Abbott, Rolando B. Pablos, State Of Texas, filed. (Colmenero, Angela) (Entered: 03/14/2017) |
| 03/15/2017 | 1016 | RESPONSE to 1011 Advisory , filed by Gordon Benjamin, Evelyn Brickner, Anna Burns, Floyd Carrier, Imani Clark, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Ken Gandy, Jane Hamilton, La Union Del Pueblo Entero, Inc., Maximina |

| | | |
|---|---|---|
| | | Martinez Lara, League Of United Latin American Citizens, John Mellor-Crummey, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas State Conference of NAACP Branches, Marc Veasey. (Cohan, Lindsey) (Entered: 03/15/2017) |
| 03/16/2017 | 1017 | ORDER granting 1014 Motion for Leave to File.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 03/16/2017) |
| 03/16/2017 | 1018 | RESPONSE to 1010 Brief,, *of Private Plaintiffs Regarding Effect of New Voter ID Legislation on this Case*, filed by United States Of America. (Freeman, Daniel) (Entered: 03/16/2017) |
| 03/21/2017 | 1019 | REPLY to 1015 Brief , filed by Gordon Benjamin, Evelyn Brickner, Anna Burns, Floyd Carrier, Imani Clark, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Ken Gandy, Jane Hamilton, La Union Del Pueblo Entero, Inc., Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crummey, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas State Conference of NAACP Branches, Marc Veasey. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(Cohan, Lindsey) (Entered: 03/21/2017) |
| 03/23/2017 | 1020 | ORDER ON VEASEY-LULAC PLAINTIFFS' MOTION TO ORDER THE PAYMENT OF CERTAIN EXPERT WITNESS EXPENSES granting in part and denying in part 824 Motion.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 03/23/2017) |
| 03/29/2017 | 1021 | ADVISORY by Greg Abbott, Rolando B. Pablos, State Of Texas, filed.(Colmenero, Angela) (Entered: 03/29/2017) |
| 04/03/2017 | 1022 | ORDER ON GOVERNMENT'S MOTION FOR VOLUNTARY DISMISSAL OF DISCRIMINATORY PURPOSE CLAIM AND ASSERTION OF MOOTNESS granting 1001 Motion.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 04/03/2017) |
| 04/03/2017 | | ***Set Hearings: Status Conference set for 6/7/2017 at 09:00 AM before Judge Nelva Gonzales Ramos (bcortez, 2) (Entered: 04/03/2017) |
| 04/10/2017 | 1023 | ORDER ON CLAIM OF DISCRIMINATORY PURPOSE. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 04/10/2017) |
| 04/27/2017 | 1024 | Unopposed MOTION for Sonya L. Lebsack to Withdraw as Attorney by IMANI CLARK, filed. Motion Docket Date 5/18/2017. (Attachments: # 1 Proposed Order) (Lebsack, Sonya) (Entered: 04/27/2017) |
| 04/27/2017 | 1025 | ORDER granting 1024 Motion to Withdraw as Attorney. Attorney Sonya Lebsack terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(vrios, 2) (Entered: 04/28/2017) |
| 05/01/2017 | 1026 | Unopposed MOTION for Kathryn Newell to Withdraw as Attorney by Lenard Taylor, filed. Motion Docket Date 5/22/2017. (Attachments: # 1 Proposed Order)(van Dalen, Marinda) (Entered: 05/01/2017) |
| 05/02/2017 | 1027 | ORDER granting 1026 Unopposed Motion to Withdraw as Attorney. Attorney Kathryn Trenholm Newell terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified. (fcarbia, 2) (Entered: 05/02/2017) |
| 05/02/2017 | 1028 | Letter regarding limited voting retention ballot by Robert M Allensworth, filed.(mserpa, |

| | | |
|---|---|---|
| | | 2) (Entered: 05/02/2017) |
| 05/04/2017 | 1029 | Unopposed MOTION for Jennifer Clark to Withdraw as Attorney by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. Motion Docket Date 5/25/2017. (Attachments: # 1 Proposed Order)(Cohan, Lindsey) (Entered: 05/04/2017) |
| 05/05/2017 | 1030 | ORDER granting 1029 Motion to Withdraw as Attorney. Attorney Jennifer Clark terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 05/05/2017) |
| 05/08/2017 | 1031 | Mail Returned Undeliverable as to Samuel Sosa re: 1025 Order on Motion to Withdraw as Attorney, filed. (BelindaSaenz, 7) (Entered: 05/08/2017) |
| 05/12/2017 | 1032 | Mail Returned Undeliverable as to Samuel Sosa re: 1027 Order on Motion to Withdraw as Attorney, filed. (drodriguez, 7) (Entered: 05/12/2017) |
| 05/23/2017 | 1033 | Unopposed MOTION for Marinda van Dalen to Withdraw as Attorney by Lenard Taylor, filed. Motion Docket Date 6/13/2017. (Attachments: # 1 Proposed Order)(van Dalen, Marinda) (Entered: 05/23/2017) |
| 05/23/2017 | 1034 | ORDER granting 1033 Motion to Withdraw as Attorney. Attorney Marinda van Dalen terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, 2) (Entered: 05/24/2017) |
| 06/01/2017 | 1035 | ADVISORY by Greg Abbott, Rolando B. Pablos, State Of Texas, filed. (Attachments: # 1 Exhibit Exhibit A)(Colmenero, Angela) (Entered: 06/01/2017) |
| 06/05/2017 | 1036 | Mail Returned Undeliverable as to Samuel Sosa re: 1034 Order on Motion to Withdraw as Attorney, filed. (agarcia, 7) (Entered: 06/05/2017) |
| 06/07/2017 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 6/7/2017. Discussion held regarding remedies. Parties are ordered to file briefs regarding the scheduling issue on the remedies, limited to 10 pages, by June 12, 2017. Appearances:Chad Dunn, Armand Derfner, Gerry Hebert, Danielle Lang, Myrna Perez, Ezra Rosenberg, Adam Gitlin, Jose Garza, Rolando Rios, Tania Faransso, Leah Aden, Janai Nelson, Richard Dellheim, John Smith, John Gore, Angela Colmenero, Matthew Frederick.(Digital # 9:00-9:40)(ERO:G. Rogan), filed. (bcortez, 2) (Entered: 06/07/2017) |
| 06/09/2017 | 1037 | AO 435 TRANSCRIPT REQUEST by United States for Transcript of Status Conference on 6/7/2017 before Judge Ramos. 14-Day turnaround requested. Court Reporter/Transcriber: Exceptional Reporting Services, filed. (Freeman, Daniel) (Entered: 06/09/2017) |
| 06/09/2017 | 1038 | AO 435 TRANSCRIPT REQUEST by Defendants/ Angela V. Colmenero for Transcript of Status Conference, 6/07/17, Judge Nelva Gonzales Ramos. Expedited (7 days) turnaround requested. Court Reporter/Transcriber: Exceptional Reporting Services, filed. (Colmenero, Angela) (Entered: 06/09/2017) |
| 06/12/2017 | 1039 | BRIEF Defendants' Proposal for a Briefing Schedule on the Issue of Remedies by Greg Abbott, Rolando B. Pablos, State Of Texas, John Steen, filed.(Colmenero, Angela) (Entered: 06/12/2017) |
| 06/12/2017 | 1040 | BRIEF *of Private Plaintiffs Proposing A Briefing Procedure & Schedule* by Gordon Benjamin, Evelyn Brickner, Anna Burns, IMANI CLARK, Floyd Carrier, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Ken Gandy, Jane Hamilton, La Union Del Pueblo Entero, Inc., Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crummey, Eulalio Mendez, Jr, Mexican American Legislative |

| | | Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas State Conference of NAACP Branches, Marc Veasey, filed. (Cohan, Lindsey) (Entered: 06/12/2017) |
|---|---|---|
| 06/12/2017 | 1041 | BRIEF Concerning Remedial Proceedings by United States Of America, filed.(Freeman, Daniel) (Entered: 06/12/2017) |
| 06/15/2017 | 1042 | TRANSCRIPT re: STATUS CONFERENCE held on 6/7/17 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party ANGELA V. COLMENERO Release of Transcript Restriction set for 9/13/2017., filed. (thudson, ) (Entered: 06/15/2017) |
| 06/16/2017 | 1043 | Notice of Filing of Official Transcript as to 1042 Transcript. Party notified, filed. (dterrell, 2) (Entered: 06/16/2017) |
| 06/20/2017 | 1044 | ORDER ON PROCEDURE FOR ADDRESSING REMEDIES. Opening Briefs due by 7/5/2017 Responsive Briefs due by 7/17/2017.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, 2) (Entered: 06/21/2017) |
| 06/28/2017 | 1045 | Unopposed MOTION for Thaddeus Eagles to Withdraw as Attorney by IMANI CLARK, filed. Motion Docket Date 7/19/2017. (Aden, Leah) (Entered: 06/28/2017) |
| 06/28/2017 | 1046 | ORDER granting 1045 Motion to Withdraw as Attorney. Attorney Thaddeus C Eagles terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lrivera, 2) (Entered: 06/28/2017) |
| 06/28/2017 | 1047 | Opposed MOTION to Issue Second Interim Remedy or to Clarify First Interim Remedy by Greg Abbott, Rolando B. Pablos, State Of Texas, filed. Motion Docket Date 7/19/2017. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Proposed Order)(Colmenero, Angela) (Entered: 06/28/2017) |
| 07/05/2017 | 1048 | BRIEF *on Remedy* by Texas Association of Hispanic County Judges and County Commissioners, filed.(Rios, Rolando) (Entered: 07/05/2017) |
| 07/05/2017 | 1049 | BRIEF on Remedies re: 1044 Order by Greg Abbott, Rolando B. Pablos, State Of Texas, filed. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Colmenero, Angela) (Entered: 07/05/2017) |
| 07/05/2017 | 1050 | Opposed MOTION for Reconsideration of 1023 Order by Greg Abbott, Rolando B. Pablos, State Of Texas, filed. Motion Docket Date 7/26/2017. (Attachments: # 1 Proposed Order)(Colmenero, Angela) (Entered: 07/05/2017) |
| 07/05/2017 | 1051 | BRIEF of Private Plaintiffs Regarding the Proper Remedies for SB 14's Racial Discrimination by Gordon Benjamin, Evelyn Brickner, Anna Burns, IMANI CLARK, Floyd Carrier, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Ken Gandy, Jane Hamilton, La Union Del Pueblo Entero, Inc., Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crummey, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas State Conference of NAACP Branches, Marc Veasey, filed.(Lang, Danielle) (Entered: 07/05/2017) |
| 07/05/2017 | 1052 | BRIEF *Regarding Remedies* by United States Of America, filed.(Freeman, Daniel) (Entered: 07/05/2017) |
| 07/05/2017 | 1053 | Letter from Robert M. Allensworth re: order on procedure 1044 , filed. (sgonzalez, 5) (Entered: 07/06/2017) |

| 07/05/2017 | 1054 | Mail Returned Undeliverable as to Samuel Sosa re: 1044 Order, filed. (ShoshanaArnow, 4) (Entered: 07/06/2017) |
| 07/10/2017 | 1055 | Mail Returned Undeliverable as to Samuel Sosa re: 1046 Order on Motion to Withdraw as Attorney, filed. (cjones, 7) (Entered: 07/10/2017) |
| 07/12/2017 | 1056 | ADVISORY by Greg Abbott, Rolando B. Pablos, State Of Texas, filed.(Colmenero, Angela) (Entered: 07/12/2017) |
| 07/12/2017 | 1057 | RESPONSE to 1047 Opposed MOTION to Issue Second Interim Remedy or to Clarify First Interim Remedy filed by United States Of America. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Freeman, Daniel) (Entered: 07/12/2017) |
| 07/17/2017 | 1058 | BRIEF Response *Defendants' Response Brief on Remedies* re: 1044 Order by Greg Abbott, Rolando B. Pablos, State Of Texas, filed.(Colmenero, Angela) (Entered: 07/17/2017) |
| 07/17/2017 | 1059 | RESPONSE *to Texas's and United States' Briefing Regarding the Proper Remedies for SB 14's Intentional Discrimination*, filed by Gordon Benjamin, Evelyn Brickner, Anna Burns, Imani Clark, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Ken Gandy, Jane Hamilton, La Union Del Pueblo Entero, Inc., Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crummey, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas State Conference of NAACP Branches, Marc Veasey. (Cohan, Lindsey) (Entered: 07/17/2017) |
| 07/17/2017 | 1060 | RESPONSE *Brief Regarding Remedies*, filed by United States Of America. (Freeman, Daniel) (Entered: 07/17/2017) |
| 07/19/2017 | 1061 | RESPONSE in Opposition to 1047 Opposed MOTION to Issue Second Interim Remedy or to Clarify First Interim Remedy, filed by Gordon Benjamin, Evelyn Brickner, Anna Burns, IMANI CLARK, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Ken Gandy, Jane Hamilton, La Union Del Pueblo Entero, Inc., Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crummey, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas State Conference of NAACP Branches, Marc Veasey. (Attachments: # 1 Exhibit EXHIBIT A)(Lang, Danielle) (Entered: 07/19/2017) |
| 07/20/2017 | 1062 | SUPPLEMENT to 1061 Response in Opposition to Motion,,, by Gordon Benjamin, Evelyn Brickner, Anna Burns, Floyd Carrier, Imani Clark, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Ken Gandy, Jane Hamilton, La Union Del Pueblo Entero, Inc., Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crummey, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas State Conference of NAACP Branches, Marc Veasey, filed. (Attachments: # 1 Exhibit B)(Cohan, Lindsey) (Entered: 07/20/2017) |
| 07/20/2017 | 1063 | NOTICE *of Withdrawal of Defendants' Motion to Issue Second Interim Remedy or to Clarify First Interim Remedy* re: 1047 Opposed MOTION to Issue Second Interim Remedy or to Clarify First Interim Remedy by Greg Abbott, Rolando B. Pablos, State Of Texas, filed. (Colmenero, Angela) (Entered: 07/20/2017) |
| 07/21/2017 | 1064 | ADVISORY by Gordon Benjamin, Evelyn Brickner, Anna Burns, IMANI CLARK, Floyd Carrier, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Ken Gandy, Jane |

| | | |
|---|---|---|
| | | Hamilton, La Union Del Pueblo Entero, Inc., Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crummey, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas State Conference of NAACP Branches, Marc Veasey, filed. (Attachments: # 1 Exhibit A)(Aden, Leah) (Entered: 07/21/2017) |
| 07/24/2017 | 1065 | ADVISORY by United States Of America, filed.(Freeman, Daniel) (Entered: 07/24/2017) |
| 07/26/2017 | 1066 | RESPONSE in Opposition to 1050 Opposed MOTION for Reconsideration of 1023 Order, filed by Gordon Benjamin, Evelyn Brickner, Anna Burns, Floyd Carrier, Imani Clark, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Ken Gandy, Jane Hamilton, La Union Del Pueblo Entero, Inc., Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crummey, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Penny Pope, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas State Conference of NAACP Branches, Marc Veasey. (Cohan, Lindsey) (Entered: 07/26/2017) |
| 08/16/2017 | 1067 | ADVISORY by Gordon Benjamin, Evelyn Brickner, Anna Burns, Floyd Carrier, Imani Clark, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Ken Gandy, Jane Hamilton, La Union Del Pueblo Entero, Inc., Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crummey, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas State Conference of NAACP Branches, Marc Veasey, filed. (Attachments: # 1 Exhibit 1)(Aden, Leah) (Entered: 08/16/2017) |
| 08/16/2017 | 1068 | RESPONSE to 1067 Advisory,, *on Supplemental Authority Relating to the Parties' Remedies Briefs*, filed by Greg Abbott, Rolando B. Pablos, State Of Texas. (Colmenero, Angela) (Entered: 08/16/2017) |
| 08/18/2017 | 1069 | MOTION for Christina A. Swarns to Withdraw as Attorney by IMANI CLARK, filed. Motion Docket Date 9/8/2017. (Attachments: # 1 Proposed Order)(Aden, Leah) (Entered: 08/18/2017) |
| 08/21/2017 | 1070 | ORDER granting 1069 Motion to Withdraw as Attorney. Attorney Christina A Swarns terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(fcarbia, 2) (Entered: 08/21/2017) |
| 08/23/2017 | 1071 | ORDER GRANTING SECTION 2 REMEDIES AND TERMINATING INTERIM ORDER. The Court DENIES Defendants' motion for reconsideration (D.E. 1050), and GRANTS declaratory and injunctive relief for the Section 2 violations, superseding and terminating the Order Regarding Agreed Interim Plan for Elections (D.E. 895).(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 08/23/2017) |
| 08/23/2017 | 1072 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 1071 Order, by Greg Abbott, Steve McGraw, Rolando B. Pablos, State Of Texas (Filing fee $ 505, receipt number 0541-18835424), filed. (Colmenero, Angela) (Entered: 08/23/2017) |
| 08/24/2017 | 1073 | MOTION to Stay *Pending Appeal* by Greg Abbott, Steve McGraw, Rolando B. Pablos, State Of Texas, filed. Motion Docket Date 9/14/2017. (Attachments: # 1 Proposed Order)(Colmenero, Angela) (Entered: 08/24/2017) |
| 08/25/2017 | 1074 | ADVISORY by Greg Abbott, Steve McGraw, Rolando B. Pablos, State Of Texas, filed. (Colmenero, Angela) (Entered: 08/25/2017) |

| 08/26/2017 | 1075 | RESPONSE to 1074 Advisory *Regarding Upcoming Elections*, filed by Gordon Benjamin, Evelyn Brickner, Anna Burns, Floyd Carrier, Imani Clark, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Ken Gandy, Jane Hamilton, La Union Del Pueblo Entero, Inc., Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crummey, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas State Conference of NAACP Branches, Marc Veasey. (Aden, Leah) (Entered: 08/26/2017) |
|---|---|---|
| 08/28/2017 | 1076 | REPLY to 1074 Advisory *Regarding Upcoming Elections, and in the alternative, Motion to Stay Court's August 23 Order*, filed by Greg Abbott, Steve McGraw, Rolando B. Pablos, State Of Texas. (Attachments: # 1 Exhibit Exhibit A, # 2 Proposed Order) (Colmenero, Angela) (Entered: 08/28/2017) |
| 08/30/2017 | 1077 | ORDER GRANTING LIMITED STAY. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 08/30/2017) |
| 08/30/2017 | 1078 | **THIS IS A DUPLICATE OF INSTRUMENT #1077***ORDER GRANTING LIMITED STAY 1075 Response,, 1076 Reply, (Signed by Judge Nelva Gonzales Ramos) Parties notified.(fcarbia, 2) (Entered: 08/31/2017) |
| 09/02/2017 | 1079 | ADVISORY by Greg Abbott, Rolando B. Pablos, State Of Texas, filed. (Attachments: # 1 Proposed Order)(Colmenero, Angela) (Entered: 09/02/2017) |
| 09/05/2017 | 1080 | ORDER re: 1079 Advisory (Signed by Judge Nelva Gonzales Ramos) Parties notified. (mserpa, 2) (Entered: 09/05/2017) |
| 09/05/2017 | 1081 | Order of USCA; Opinion issued as mandate 9/5/17 re: 1072 Notice of Appeal ; USCA No. 17-40884. The Motion to Stay should be denied, filed. (Attachments: # 1 USCA Letter)(idavis, 2) (Entered: 09/06/2017) |
| 09/06/2017 | 1082 | Mail Returned Undeliverable as to Samuel Sosa re: 1070 Order on Motion to Withdraw as Attorney, filed. (sanderson, 3) (Entered: 09/07/2017) |
| 09/07/2017 | 1083 | AO 435 TRANSCRIPT REQUEST by Angela Colmenero for Transcript of Telephone Conference on 1/20/17 before Magistrate Judge Jason B. Libby. Ordinary (30 days) turnaround requested. Court Reporter/Transcriber: Exceptional Reporting Services, filed. (Colmenero, Angela) (Entered: 09/07/2017) |
| 09/11/2017 | 1084 | DKT13 TRANSCRIPT ORDER REQUEST by Defendants/Angela V. Colmenero. This is to order a transcript of Motion Hearing on 1/20/17 before Magistrate Judge Libby. Court Reporter/Transcriber: Exceptional Reporting Services. This order form relates to the following: Telephone Conference,,, filed. (Colmenero, Angela) (Entered: 09/11/2017) |
| 09/13/2017 | 1085 | Mail Returned Undeliverable as to Samuel Sosa re: 1078 Order, filed. (SandraSilva, 7) (Entered: 09/14/2017) |
| 09/18/2017 | 1086 | MOTION for Avner Shapiro to Withdraw as Attorney by United States Of America, filed. Motion Docket Date 10/10/2017. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 09/18/2017) |
| 09/18/2017 | 1087 | ORDER granting 1086 Motion to Withdraw as Attorney. Attorney Avner Michael Shapiro terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(srussell, 2) (Entered: 09/18/2017) |
| 09/18/2017 | 1088 | Document by Robert M Allensworth, filed.(vrios, 2) (Entered: 09/19/2017) |

| 09/19/2017 | 1089 | APPEAL TRANSCRIPT re HEARING ON MOTION FOR CONTINUANCE held on 1/20/17 before Magistrate Judge Jason B Libby. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party: 361 949-2988 x 0. This transcript relates to the following: 1072 Notice of Appeal, 1084 Appeal Transcript Request, 1083 AO435 Transcript Request,. Release of Transcript Restriction set for 12/18/2017., filed. (thudson, ) (Entered: 09/19/2017) |
| 09/20/2017 | 1090 | Notice of Filing of Official Transcript as to 1089 Transcript - Appeal,. Party notified, filed. (dterrell, 2) (Entered: 09/20/2017) |
| 09/21/2017 | | Electronic record on appeal certified to the Fifth Circuit Court of Appeals re: 1072 Notice of Appeal USCA No. 17-40884, filed.(vrios, 2) (Entered: 09/21/2017) |
| 09/21/2017 | | Electronic Access to Record on Appeal Provided re: 1072 Notice of Appeal to counsel. Attorneys of record at the Circuit may download the record from the Court of Appeals. (USCA No. 17-40884), filed.(vrios, 2) (Entered: 09/21/2017) |
| 09/25/2017 | 1092 | Letter from R Allensworth re: Docket Entries, filed. (jmarks, 2) (Entered: 09/28/2017) |
| 09/26/2017 | 1091 | Order of USCA re: 1072 Notice of Appeal ; USCA No. 2:13cv193. It is ordered that appellants' unopposed motion for all counsel to view and obtain all sealed documents is granted, filed. (Attachments: # 1 USCA Letter)(dterrell, 2) (Entered: 09/27/2017) |
| 10/18/2017 | 1093 | MOTION for Amy L. Rudd to Withdraw as Attorney by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. Motion Docket Date 11/8/2017. (Attachments: # 1 Proposed Order)(Cohan, Lindsey) (Entered: 10/18/2017) |
| 10/18/2017 | 1094 | ORDER granting 1093 Motion to Withdraw as Attorney. Attorney Amy Lynne Rudd terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(fcarbia, 2) (Entered: 10/18/2017) |
| 10/18/2017 | 1095 | Letter by C. Richard Quade, filed.(bcortez, 2) (Entered: 10/23/2017) |
| 10/31/2017 | 1096 | Mail Returned Undeliverable as to Samuel Sosa re: 1094 Order on Motion to Withdraw as Attorney, filed. (cvillegas, 7) (Entered: 10/31/2017) |
| 11/13/2017 | 1097 | Letter by C. Richard Quade, filed.(bcortez, 2) (Entered: 11/14/2017) |
| 01/05/2018 | 1098 | Letter by C. Richard Quade, filed.(bcortez, 2) (Entered: 01/08/2018) |
| 02/27/2018 | 1099 | Amicus Curiae Brief Cont'd by C. Richard Quade, filed.(bcortez, 2) (Entered: 02/28/2018) |
| 05/07/2018 | 1100 | Unopposed MOTION to Postpone Filing of Motions for Attorneys' Fees, Expenses, and Costs by IMANI CLARK, filed. Motion Docket Date 5/29/2018. (Attachments: # 1 Proposed Order)(Aden, Leah) (Entered: 05/07/2018) |
| 05/08/2018 | 1101 | ORDER granting 1100 Motion..(Signed by Judge Nelva Gonzales Ramos) Parties notified.(fcarbia, 2) (Entered: 05/08/2018) |
| 05/16/2018 | 1102 | Mail Returned Undeliverable as to Samuel Sosa re: 1101 Order on Motion for Miscellaneous Relief, filed. (BelindaSaenz, 7) (Entered: 05/17/2018) |
| 06/19/2018 | 1103 | MOTION for Zachary Jones to Withdraw as Attorney by United States Of America, filed. Motion Docket Date 7/10/2018. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 06/19/2018) |
| 06/19/2018 | 1104 | Order of USCA; - JUDGEMENT - Judgment issued as mandate 6/19/18 re: 1072 Notice of Appeal ; USCA No. 17-40884. It is ordered and adjudged that the Judgment of the District Court is reversed and rendered, filed.(dterrell, 2) (Entered: 06/19/2018) |

| 06/19/2018 | 1105 | Order of USCA; - OPINION - Judgment issued as mandate 6/19/18 re: 1072 Notice of Appeal ; USCA No. 17-40884. I find that the District Court did not abuse its discretion in enjoining S.B. 14 and S.B. 5. Because the majority does not do so, I respectfully dissent, filed. (Attachments: # 1 USCA Letter)(dterrell, 2) (Entered: 06/19/2018) |
|---|---|---|
| 06/19/2018 | 1106 | ORDER granting 1103 Motion to Withdraw as Attorney. Attorney Zachary P Jones terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(fcarbia, 2) (Entered: 06/19/2018) |
| 06/27/2018 | 1107 | MOTION to Dismiss *Plaintiffs' Claims, or, In The Alternative, Enter Final Judgment for Defendants on Plaintiffs' Claims* by Greg Abbott, Rolando B. Pablos, State Of Texas, filed. Motion Docket Date 7/18/2018. (Attachments: # 1 Proposed Order, # 2 Proposed Order)(Colmenero, Angela) (Entered: 06/27/2018) |
| 06/27/2018 | 1108 | Mail Returned Undeliverable as to Samuel Sosa re: 1106 Order on Motion to Withdraw as Attorney, filed. (JenniferLongoria, 1) (Entered: 06/28/2018) |
| 07/05/2018 | 1109 | Unopposed MOTION for Extension of Time File Responses to Texas's Motion to Dismiss by Gordon Benjamin, Evelyn Brickner, Anna Burns, IMANI CLARK, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Ken Gandy, Jane Hamilton, Hidalgo County, La Union Del Pueblo Entero, Inc., Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crummey, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas State Conference of NAACP Branches, Marc Veasey, filed. Motion Docket Date 7/26/2018. (Attachments: # 1 Proposed Order)(Cohan, Lindsey) (Entered: 07/05/2018) |
| 07/06/2018 | 1110 | ORDER granting 1109 Motion for Extension of Time Responses to Texas's Motion to Dismiss due by 8/8/2018..(Signed by Judge Nelva Gonzales Ramos) Parties notified. (bcortez, 2) (Entered: 07/06/2018) |
| 07/23/2018 | 1112 | Letter from Robert Allensworth, filed. (grogan, 2) (Entered: 07/24/2018) |
| 07/24/2018 | 1111 | Letter from Robert Allenswall, filed. (mperez, 1) (Entered: 07/24/2018) |
| 07/25/2018 | 1113 | Letter by Robert M Allensworth, filed.(bcortez, 2) (Entered: 08/02/2018) |
| 08/07/2018 | 1114 | RESPONSE to 1107 MOTION to Dismiss *Plaintiffs' Claims, or, In The Alternative, Enter Final Judgment for Defendants on Plaintiffs' Claims* filed by United States Of America. (Freeman, Daniel) (Entered: 08/07/2018) |
| 08/08/2018 | 1115 | RESPONSE in Opposition to 1107 MOTION to Dismiss *Plaintiffs' Claims, or, In The Alternative, Enter Final Judgment for Defendants on Plaintiffs' Claims*, filed by Gordon Benjamin, Evelyn Brickner, Anna Burns, IMANI CLARK, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Ken Gandy, Jane Hamilton, Hidalgo County, La Union Del Pueblo Entero, Inc., Margarito Martinez Lara, League Of United Latin American Citizens, John Mellor-Crummey, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas State Conference of NAACP Branches. (Cohan, Lindsey) (Entered: 08/08/2018) |
| 08/10/2018 | 1116 | NOTICE *of Intent to File Reply* re: 1107 MOTION to Dismiss *Plaintiffs' Claims, or, In The Alternative, Enter Final Judgment for Defendants on Plaintiffs' Claims* by Greg Abbott, Rolando B. Pablos, State Of Texas, filed. (Colmenero, Angela) (Entered: 08/10/2018) |
| 08/13/2018 | 1117 | Letter from Robert M Allensworth requesting cost of various documents, filed. (srussell, |

| | | 2) (Entered: 08/13/2018) |
|---|---|---|
| 08/13/2018 | | Copy of letter DE #1117, mailed to Robert Allensworth with prices of documents requested mailed via first class mail on 8/13/18, filed. (srussell, 2) (Entered: 08/13/2018) |
| 08/13/2018 | 1118 | Letter by C. Richard Quade, filed.(bcortez, 2) (Entered: 08/14/2018) |
| 08/17/2018 | 1119 | Letter by C. Richard Quade, filed.(bcortez, 2) (Entered: 08/17/2018) |
| 08/22/2018 | 1120 | REPLY in Support of 1107 MOTION to Dismiss *Plaintiffs' Claims, or, In The Alternative, Enter Final Judgment for Defendants on Plaintiffs' Claims*, filed by Greg Abbott, Rolando B. Pablos, State Of Texas. (Colmenero, Angela) (Entered: 08/22/2018) |
| 08/30/2018 | 1121 | Unopposed MOTION for Angela V. Colmenero to Withdraw as Attorney by Greg Abbott, Rolando B. Pablos, State Of Texas, filed. Motion Docket Date 9/20/2018. (Attachments: # 1 Proposed Order)(Colmenero, Angela) (Entered: 08/30/2018) |
| 08/30/2018 | 1122 | ORDER granting 1121 Motion to Withdraw as Attorney. Attorney Angela V Colmenero terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 08/30/2018) |
| 08/31/2018 | 1123 | Opposed MOTION to Modify the Deadline for Filing Motions for Attorneys' Fees, Expenses, and Costs by Gordon Benjamin, Evelyn Brickner, Anna Burns, IMANI CLARK, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Ken Gandy, Jane Hamilton, Hidalgo County, La Union Del Pueblo Entero, Inc., Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crummey, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas State Conference of NAACP Branches, Marc Veasey, filed. Motion Docket Date 9/21/2018. (Attachments: # 1 Proposed Order)(Cohan, Lindsey) (Entered: 08/31/2018) |
| 09/07/2018 | 1124 | Letter from Robert Allensworth, filed. (dnoriega, 1) (Entered: 09/07/2018) |
| 09/07/2018 | 1126 | Letter from Ro9bert Allensworth re: Contemporary Issues, filed. (ltrevino, 3) (Entered: 09/19/2018) |
| 09/17/2018 | 1125 | FINAL JUDGMENT (Signed by Judge Nelva Gonzales Ramos) Parties notified. (fcarbia, 2) (Entered: 09/17/2018) |
| 09/20/2018 | 1127 | Mail Returned Undeliverable as to S. Christopher Suprun, Jr re: 1125 Final Judgment, filed. (dnoriega, 1) (Entered: 09/24/2018) |
| 09/27/2018 | 1128 | Mail Returned Undeliverable as to Samuel Sosa [inmate no longer in custody] re: 1125 Final Judgment, filed. (sgonzalez, 5) (Entered: 09/27/2018) |
| 10/09/2018 | 1129 | ORDER ON DEADLINE FOR MOTIONS SEEKING ATTORNEYS' FEES granting 1123 . Any motions for attorneys' fees, expenses and costs relating to this case may be filed no later than February 28, 2019, unless proceedings in this case are pending before any court on or after January 14, 2019, in which case the deadline for filing any motions for attorneys' fees, expenses and costs shall be adjourned until further order of the Court. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(bcortez, 2) (Entered: 10/09/2018) |
| 10/17/2018 | 1130 | Mail Returned Undeliverable as to Samuel Sosa re: 1129 Order,,, filed. No new address found. (amartinez, 2) (Entered: 10/19/2018) |
| 11/06/2018 | 1131 | Mail Returned Undeliverable as to S. Christopher Suprun, Jr re: 1129 Order, filed. |

| | | (srussell, 2) (Entered: 11/06/2018) |
|---|---|---|
| 02/15/2019 | 1132 | MOTION for Samuel G. Oliker Friedland to Withdraw as Attorney by United States Of America, filed. Motion Docket Date 3/8/2019. (Attachments: # 1 Proposed Order) (Freeman, Daniel) (Entered: 02/15/2019) |
| 02/19/2019 | 1133 | Unopposed MOTION for Extension of Time to File Motions for Attorneys' Fees, Expenses, and Costs by Gordon Benjamin, Evelyn Brickner, Anna Burns, IMANI CLARK, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Ken Gandy, Jane Hamilton, Hidalgo County, La Union Del Pueblo Entero, Inc., Margarito Martinez Lara, League Of United Latin American Citizens, John Mellor-Crummey, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas State Conference of NAACP Branches, Marc Veasey, filed. Motion Docket Date 3/12/2019. (Attachments: # 1 Proposed Order)(Cohan, Lindsey) (Entered: 02/19/2019) |
| 02/19/2019 | 1134 | ORDER granting 1133 Motion for Extension of Deadline for Filing Motion for Attorneys' Fees, Expenes and Costs. The Deadline to file is March 21, 2019.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(arodriguez, 2) (Entered: 02/19/2019) |
| 02/19/2019 | 1135 | ORDER granting 1132 Motion to Withdraw as Attorney. Attorney Samuel G. Oliker-Friedland terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified. (AnnSalazar, 2) (Entered: 02/19/2019) |
| 03/01/2019 | 1136 | Mail Returned Undeliverable as to Samuel Sosa re: 1134 Order on Motion for Extension of Time (Inmate No Longer Here), filed. (dmorales, 5) (Entered: 03/04/2019) |
| 03/15/2019 | 1137 | Unopposed MOTION for Extension of Time of the Deadline for Filing Motions for Attorneys' Fees, Expenses, and Costs by Gordon Benjamin, Evelyn Brickner, Anna Burns, IMANI CLARK, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Ken Gandy, Jane Hamilton, La Union Del Pueblo Entero, Inc., Margarito Martinez Lara, League Of United Latin American Citizens, John Mellor-Crummey, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Belinda Ortiz, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas State Conference of NAACP Branches, Marc Veasey, filed. Motion Docket Date 4/5/2019. (Attachments: # 1 Proposed Order)(Cohan, Lindsey) (Entered: 03/15/2019) |
| 03/18/2019 | 1138 | ORDER ON PRIVATE PLAINTIFFS' SECOND UNOPPOSED MOTION FOR EXTENSION OF THE DEADLINE FOR FILING MOTIONS FOR ATTORNEYS' FEES, EXPENSES AND COSTS granting 1137 Motion for Extension of Time Submission Date 4/11/2019.(Signed by Judge Nelva Gonzales Ramos) Parties notified. (fcarbia, 2) (Entered: 03/18/2019) |
| 03/18/2019 | 1139 | Mail Returned Undeliverable as to S. Christopher Suprun, Jr re: 1134 Order on Motion for Extension of Time, filed. (dbenavides, 1) (Entered: 03/18/2019) |
| 03/25/2019 | 1140 | Mail Returned Undeliverable as to S. Christopher Suprun, Jr re: 1138 Order on Motion for Extension of Time,, filed. (dwilkerson, 3) (Entered: 03/25/2019) |
| 03/27/2019 | 1141 | Mail Returned Undeliverable as to Samuel Sosa re: 1138 Order on Motion for Extension of Time,, filed. (dhansen, 4) (Entered: 03/28/2019) |
| 04/11/2019 | 1142 | Opposed MOTION for Attorney Fees by Texas Association of Hispanic County Judges and County Commissioners, filed. Motion Docket Date 5/2/2019. (Attachments: # 1 Affidavit, # 2 Affidavit, # 3 Proposed Order)(Rios, Rolando) (Entered: 04/11/2019) |

| 04/11/2019 | [1143](#) | Opposed MOTION for Attorney Fees by Gordon Benjamin, Evelyn Brickner, Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Ken Gandy, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crummey, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. Motion Docket Date 5/2/2019. (Attachments: # [1](#) (Private Plaintiffs' Memorandum of Law in Support of Motion for Attorneys' Fees and Costs), # [2](#) Exhibit (USA Attorneys Fees Rate Matrix), # [3](#) Exhibit Edwards Declaration, # [4](#) Exhibit Hebert Declaration, # [5](#) Exhibit Dunn Declaration, # [6](#) Exhibit Brazil Declaration, # [7](#) Exhibit Derfner Declaration, # [8](#) Exhibit Baron Declaration, # [9](#) Proposed Order)(Hebert, J) (Entered: 04/11/2019) |
|---|---|---|
| 04/11/2019 | [1144](#) | Opposed MOTION for Attorney Fees by Estela Garcia Espinosa, Lionel Estrada, La Union Del Pueblo Entero, Inc., Margarito Martinez Lara, Maximina Martinez Lara, Eulalio Mendez, Jr, Lenard Taylor, filed. Motion Docket Date 5/2/2019. (Attachments: # [1](#) Exhibit exh. 1, Jose Garza declaration, # [2](#) Exhibit exh. 2, van Dalen declaration, # [3](#) Exhibit time records for MvD, # [4](#) Exhibit exh. 3, R. Doggett declaration, # [5](#) Exhibit Doggett resume, # [6](#) Exhibit Doggett time records, # [7](#) Exhibit exh. 4, costs description, # [8](#) Exhibit exh. 5, costs summary, # [9](#) Proposed Order)(Garza, Jose) (Entered: 04/11/2019) |
| 04/11/2019 | [1145](#) | Opposed MOTION for Attorney Fees by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. Motion Docket Date 5/2/2019. (Attachments: # [1](#) Affidavit Rosenberg Declaration, # [2](#) Exhibit Rosenberg Attachment A, # [3](#) Exhibit Rosenberg Attachment B, # [4](#) Affidavit Steiner Declaration, # [5](#) Exhibit Steiner Exhibit 1, # [6](#) Exhibit Steiner Exhibit 2, # [7](#) Exhibit Steiner Exhibit 3, # [8](#) Affidavit Perez Declaration, # [9](#) Exhibit Perez Attachment A, # [10](#) Exhibit Perez Attachment B, # [11](#) Affidavit Bledsoe Declaration, # [12](#) Exhibit Bledsoe Attachment 1, # [13](#) Exhibit Bledsoe Attachment 2, # [14](#) Affidavit Notzon Declaration, # [15](#) Exhibit Notzon Exhibit 1, # [16](#) Exhibit Notzon Exhibit 2, # [17](#) Affidavit Garza Declaration, # [18](#) Exhibit Garza Attachment 1, # [19](#) Exhibit Garza Attachment 2, # [20](#) Exhibit Garza Attachment 3, # [21](#) Proposed Order)(Cohan, Lindsey) (Entered: 04/11/2019) |
| 04/11/2019 | [1146](#) | Opposed MOTION for Attorney Fees by IMANI CLARK, filed. Motion Docket Date 5/2/2019. (Attachments: # [1](#) Declaration of Leah C. Aden, # [2](#) Exhibit A to Aden Dec., # [3](#) Exhibit B to Aden Dec., # [4](#) Exhibit C to Aden Dec., # [5](#) Exhibit D to Aden Dec., # [6](#) Declaration of Jonathan E. Paikin, # [7](#) Exhibit A to Paikin Dec., # [8](#) Proposed Order) (Aden, Leah) (Entered: 04/11/2019) |
| 04/18/2019 | [1147](#) | Unopposed MOTION for Extension of Time Respond to Plaintiffs Motions for Attorneys Fees by Greg Abbott, State Of Texas, David Whitley, filed. Motion Docket Date 5/9/2019. (Attachments: # [1](#) Proposed Order Proposed Order)(Frederick, Matthew) (Entered: 04/18/2019) |
| 04/23/2019 | [1148](#) | ORDER granting [1147](#) Motion for Extension of Time. Responses due by 5/20/2019.. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(lrivera, 2) (Entered: 04/23/2019) |
| 04/26/2019 | [1149](#) | NOTICE of Appearance by Dominique G. Stafford on behalf of State Of Texas, filed. (Stafford, Dominique) (Entered: 04/26/2019) |
| 04/29/2019 | [1150](#) | Mail Returned Undeliverable as to S. Christopher Suprun, Jr re: [1148](#) Order on Motion for Extension of Time, filed. (nortiz, 5) (Entered: 04/29/2019) |
| 05/02/2019 | [1151](#) | Mail Returned Undeliverable as to Samuel Sosa re: [1148](#) Order on Motion for Extension of Time, filed. (dterrell, 2) (Entered: 05/02/2019) |
| 05/06/2019 | [1152](#) | Letter from Robert M Allensworth (w/self-addressed stamped envelope) re: copies of |

documents (DE #1053 and #1147), filed. Requested documents mailed to Allensworth in enclosed self-addressed envelope. (srussell, 2) (Entered: 05/06/2019)

| PACER Service Center | | | | |
|---|---|---|---|---|
| Transaction Receipt | | | | |
| 05/15/2019 12:07:31 | | | | |
| PACER Login: | Dominiquestafford1:5703719:5701668 | Client Code: | Veasey | |
| Description: | Docket Report | Search Criteria: | 2:13-cv-00193 | |
| Billable Pages: | 30 | Cost: | 3.00 | |