United States District Court
Southern District of Texas
**ENTERED**
October 21, 2019
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| |
|---|
| MARC VEASEY, *et al.*, |
| Plaintiffs, |
| v. |
| GREG ABBOTT, *et al.*, |
| Defendants. |

Civil Action No. 2:13-cv-193 (NGR)

**ORDER ON PRIVATE PLAINTIFFS' MOTION FOR
EXTENSION OF THE DEADLINE FOR FILING REPLIES IN SUPPORT OF
MOTIONS FOR ATTORNEYS' FEES, EXPENSES, AND COSTS**

Having considered Private Plaintiffs' Motion for Extension of the Deadline for Filing

Replies in Support of Motions for Attorneys' Fees, Expenses, and Costs, the Court finds that the

Motion should be, and hereby is, GRANTED. The deadline to file all reply briefs in support of

Motions for Attorneys' Fees, Expenses, and Costs is December 2, 2019.

So ORDERED this 21st day of October, 2019.

The Honorable Nelva Gonzales Ramos
United States District Judge