# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

**NOV 05 2019**

David J. Bradley, Clerk of Court

```
20191021-159
```
Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Monday, October 21, 2019
Case Number: 2:13-cv-00193
Document Number: 1198 (1 page)
Notice Number: 20191021-159
Notice: The attached order has been entered.



**CLERK**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**POST OFFICE BOX 61010**
**HOUSTON, TEXAS 77208**

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED

NOV 05 2019

David J. Bradley, Clerk of Court



NIXIE   787  DE 1       0010/31/19
        RETURN TO SENDER
            REFUSED
        UNABLE TO FORWARD

BC: 7720810101010     *1734-07640-24-24

RETURN TO SENDER
INMATE NO LONGER HERE

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002
02 1W
0001374615 OCT. 22 2019
$ 000.50°