# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

20191021-164

S. Christopher Suprun
909 Collins Blvd.
Cedar Hill, TX US 75104

United States Courts
Southern District of Texas
FILED
NOV 19 2019
David J. Bradley, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

---

Date: Monday, October 21, 2019
Case Number: 2:13-cv-00193
Document Number: 1198 (1 page)
Notice Number: 20191021-164
Notice: The attached order has been entered.

---

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED
NOV 19 2019
David J. Bradley, Clerk of Court

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 000.50°
02 1W
0001374615 OCT 22 2019

NIXIE    798   FE 1    0011/23/19
    RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD
BC: 77208101010    *1734-07635-24-24

77208>1010
75104875365

F&E-R20