**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

|  |  |
|---|---|
| MARC VEASEY, *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>GREG ABBOTT, *et al.*,<br><br>                    Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**[PROPOSED] ORDER ON PRIVATE PLAINTIFFS' MOTION FOR**
**FURTHER EXTENSION OF THE DEADLINE FOR FILING REPLIES IN SUPPORT**
**OF MOTIONS FOR ATTORNEYS' FEES, EXPENSES, AND COSTS**

Having considered Private Plaintiffs' Motion for Further Extension of the Deadline for

Filing Replies in Support of Motions for Attorneys' Fees, Expenses, and Costs, the Court finds

that the Motion should be, and hereby is, GRANTED.  The deadline to file all reply briefs in

support of Motions for Attorneys' Fees, Expenses, and Costs is January 17, 2020.

So ORDERED this ___ day of November, 2019.

                                                            _____
                                                            The Honorable Nelva Gonzales Ramos
                                                            United States District Judge