United States District Court
Southern District of Texas
**ENTERED**
December 02, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

### ORDER ON PRIVATE PLAINTIFFS' MOTION FOR FURTHER EXTENSION OF THE DEADLINE FOR FILING REPLIES IN SUPPORT OF MOTIONS FOR ATTORNEYS' FEES, EXPENSES, AND COSTS

Having considered Private Plaintiffs' Motion for Further Extension of the Deadline for Filing Replies in Support of Motions for Attorneys' Fees, Expenses, and Costs, the Court finds that the Motion should be, and hereby is, GRANTED. The deadline to file all reply briefs in support of Motions for Attorneys' Fees, Expenses, and Costs is January 17, 2020.

So ORDERED this 12/2/19 day of ~~November~~, 2019.

The Honorable Nelva Gonzales Ramos
United States District Judge