IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

### PRIVATE PLAINTIFFS' UNOPPOSED MOTION FOR FURTHER EXTENSION OF THE DEADLINE FOR FILING REPLY IN SUPPORT OF MOTIONS FOR ATTORNEYS' FEES, EXPENSES, AND COSTS

Private Plaintiffs respectfully move this Court for a further extension of the deadline to file replies in support of their motions for attorneys' fees, expenses, and costs until February 7, 2020. Counsel for Private Plaintiffs is requesting this extension because of the need for sufficient time to carefully review and adequately respond to the extensive opposition brief filed by Texas and the more than forty exhibits submitted in support thereof. Texas does not oppose this extension.

Date: January 13, 2019

Respectfully submitted,

/s/ Lindsey B. Cohan
JON M. GREENBAUM
EZRA D. ROSENBERG
BRENDAN B. DOWNES
Lawyers' Committee for
Civil Rights Under Law
1401 New York Avenue NW Suite 400
Washington, D.C. 20005

WENDY WEISER
MYRNA PÉREZ
The Brennan Center for Justice at NYU Law School
120 Broadway, Suite 1750
New York, New York 10271

SIDNEY S. ROSDEITCHER
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064

LINDSEY B. COHAN
Dechert LLP
500 W. 6th Street, Suite 2010
Austin, Texas 78701

NEIL STEINER
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036-6797

JOSE GARZA
Law Office of Jose Garza
7414 Robin Rest Drive
San Antonio, Texas 98209

DANIEL GAVIN COVICH
Covich Law Firm LLC
802 N Carancahua, Ste 2100
Corpus Christi, Texas 78401

GARY BLEDSOE
Potter Bledsoe, LLP
316 W. 12th Street, Suite 307
Austin, Texas 78701

VICTOR GOODE
NAACP
4805 Mt. Hope Drive
Baltimore, Maryland 21215

ROBERT NOTZON
The Law Office of Robert Notzon
1502 West Avenue
Austin, Texas 78701

*Counsel for the Texas State Conference of NAACP Branches and the Mexican American Legislative Caucus of the Texas House of Representatives*

/s/ Leah Aden
SHERRILYN IFILL
JANAI NELSON
LEAH C. ADEN
DEUEL ROSS
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006

JONATHAN PAIKIN
KELLY P. DUNBAR
TANIA FARANSSO
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

*Counsel for Imani Clark*

/s/ Chad W. Dunn
CHAD W. DUNN
K. SCOTT BRAZIL
BRAZIL & DUNN
4201 Cypress Creek Pkwy., Suite 530
Houston, Texas 77068

J. GERALD HEBERT
DANIELLE M. LANG
Campaign Legal Center
1411 K Street NW Suite 1400
Washington, DC 20005

ARMAND G. DERFNER
Derfner & Altman
575 King Street, Suite B
Charleston, S.C. 29403

3

>NEIL G. BARON
>Law Office of Neil G. Baron
>914 FM 517 W, Suite 242
>Dickinson, Texas 77539
>
>DAVID RICHARDS
>Richards, Rodriguez & Skeith, LLP
>816 Congress Avenue, Suite 1200
>Austin, Texas 78701
>
>*Counsel for Veasey/LULAC Plaintiffs*
>
>LUIS ROBERTO VERA, JR.
>Law Office of Luis Roberto Vera Jr.
>111 Soledad, Ste 1325
>San Antonio, TX 78205
>
>*Counsel for LULAC*
>
>/s/ Rolando L. Rios
>ROLANDO L. RIOS
>115 E. Travis, Suite 1645
>San Antonio, Texas 78205
>
>*Counsel for the Texas Association of Hispanic County Judges and County Commissioners*
>
>/s/ Robert W. Doggett
>ROBERT W. DOGGETT
>SHOSHANA J. KRIEGER
>Texas RioGrande Legal Aid
>4920 N. IH-35
>Austin, Texas 78751
>
>JOSE GARZA
>Texas RioGrande Legal Aid
>1111 N. Main Ave.
>San Antonio, Texas 78212
>
>*Counsel for Lenard Taylor, Eulalio Mendez Jr., Lionel Estrada, Estela Garcia Espinoza, Margarito Martinez Lara, Maximina Martinez Lara, and La Union Del Pueblo Entero, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2019, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ Lindsey B. Cohan
Lindsey B. Cohan
Dechert LLP
300 W. 6th Street, Suite 2010
Austin, Texas 78731
lindsey.cohan@dechert.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>GREG ABBOTT, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**[PROPOSED] ORDER ON PRIVATE PLAINTIFFS' UNOPPOSED MOTION FOR FURTHER EXTENSION OF THE DEADLINE FOR FILING REPLIES IN SUPPORT OF MOTIONS FOR ATTORNEYS' FEES, EXPENSES, AND COSTS**

Having considered Private Plaintiffs' Unopposed Motion for Further Extension of the Deadline for Filing Replies in Support of Motions for Attorneys' Fees, Expenses, and Costs, the Court finds that the Motion should be, and hereby is, GRANTED. The deadline to file all reply briefs in support of Motions for Attorneys' Fees, Expenses, and Costs is February 7, 2020.

So ORDERED this ___ day of January, 2020.

                        _____
                        The Honorable Nelva Gonzales Ramos
                        United States District Judge