IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>GREG ABBOTT, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**[PROPOSED] ORDER ON PRIVATE PLAINTIFFS' UNOPPOSED MOTION FOR FURTHER EXTENSION OF THE DEADLINE FOR FILING REPLIES IN SUPPORT OF MOTIONS FOR ATTORNEYS' FEES, EXPENSES, AND COSTS**

 Having considered Private Plaintiffs' Unopposed Motion for Further Extension of the Deadline for Filing Replies in Support of Motions for Attorneys' Fees, Expenses, and Costs, the Court finds that the Motion should be, and hereby is, GRANTED. The deadline to file all reply briefs in support of Motions for Attorneys' Fees, Expenses, and Costs is February 7, 2020.

So ORDERED this ___ day of January, 2020.

                    _____
                    The Honorable Nelva Gonzales Ramos
                    United States District Judge