United States District Court
Southern District of Texas
**ENTERED**
January 13, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, *et al.*,

    Plaintiffs,

v.

GREG ABBOTT, *et al.*,

    Defendants.

Civil Action No. 2:13-cv-193 (NGR)

### ORDER ON PRIVATE PLAINTIFFS' UNOPPOSED MOTION FOR FURTHER EXTENSION OF THE DEADLINE FOR FILING REPLIES IN SUPPORT OF MOTIONS FOR ATTORNEYS' FEES, EXPENSES, AND COSTS

Having considered Private Plaintiffs' Unopposed Motion for Further Extension of the Deadline for Filing Replies in Support of Motions for Attorneys' Fees, Expenses, and Costs, the Court finds that the Motion should be, and hereby is, GRANTED. The deadline to file all reply briefs in support of Motions for Attorneys' Fees, Expenses, and Costs is February 7, 2020.

So ORDERED this 13th day of January, 2020.

The Honorable Nelva Gonzales Ramos
United States District Judge