**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>RICK PERRY, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-193 (NGR)<br>(Consolidated Action) |

## THE TAYLOR PLAINTIFFS'[1] SUPPLEMENTAL BRIEF IN SUPPORT OF THEIR APPLICATION FOR ATTORNEY'S FEES

As this Court is acutely aware, the litigation over Texas' unconstitutional voter I.D. law has been long-running and complex. Such complicated and protracted litigation carries substantial costs and demands an enormous time commitment from the attorneys working the case. Those costs are often borne, as they are here, by nonprofit organizations with limited resources, whose budgets and staffing are strained by taking on long, complex constitutional litigation in support of fundamental rights. That is precisely why Congress provided for fee-shifting when meritorious suits give life to the Voting Rights Act and to the federal Constitution. Without fee-shifting, such rights would be all but impossible to vindicate through the courts.

The State Defendants ask the Court to undermine enforcement of the Voting Rights Act and fundamental constitutional rights by requiring the Taylor Plaintiffs' attorneys to self-fund much of this expensive litigation. Even though the Taylor Plaintiffs have *already* no-charged over 700 hours of work by its attorneys and paralegals,[2] discounting its attorney's fees by over $600,000—nearly **40**

---

[1] Plaintiffs La Union del Pueblo Entero ("LUPE"), Lenard Taylor, Eulalio Mendez, Jr. Lionel Estrada, Estela Garcia Espinosa Maximina Martinez Lara (the "Taylor Plaintiffs").

[2] As mentioned in the Taylor Plaintiffs' fee application, they relied on the assistance of many TRLA staff attorneys (such as Peter McGraw, Priscilla Noriega, Kathryn Newell, and Kathryn Youker) and paralegals (such as Kathleen Griesbach),

**percent** of their billings—the State Defendants want this Court to slash their fee award by another $354,910, effectively wiping out compensation for years of work. Resp., Dkt. 1196, at 93–94. Such an aggressive markdown is unwarranted and unreasonable.

The State Defendants divide their markdown requests into nine categories: (1) market rates, (2) travel time, (3) work on the fee application, (4) clerical, (5) duplicative, (6) excessive, (7) business development, (7) excessive, (8) a 20 percent across-the-board reduction, and (9) undocumented expenses. *Id.* The Taylor Plaintiffs' reply addresses each separately in this brief's subsections.

## I. ARGUMENT

### A. The Taylor Plaintiffs' Requested Rates are Reasonable.

All of the arguments made by the Private Plaintiffs concerning the proper market rate for their counsel apply to counsel for the Taylor Plaintiffs: this case could not have been adequately litigated by counsel in Corpus Christi, precedent supports using 2018-19 rates, and the State Defendants' proposed rates are illogical and misapplied. The Taylor Plaintiffs join the Private Plaintiffs' reply on this issue, adopt their arguments concerning the appropriate rate of compensation, and ask the Court to award attorney's fees to the Taylor Plaintiffs at the rates requested in their fee application.

### B. Because the Taylor Plaintiffs Have Already No-Charged Over 60 Percent of Their Travel Time, Further Cuts Would be Excessive.

There are two major problems with the State Defendants' position on travel time. Resp., Dkt. 1196, at 40–42. First, courts typically do not reduce either the number of hours or the hourly rate for travel time when an attorney spends that time working. *See Robinson v. Nexion Health at Terrell Inc.*, 3:12-CV-3853-L-BK, 2017 WL 5891790, at *3 (N.D. Tex. Nov. 1, 2017), *report and recommendation adopted*, 2017 WL 5714795 (N.D. Tex. Nov. 28, 2017) (declining to reduce the hours

---

who assisted with research, client outreach and other valuable services. In the exercise of billing judgment, the Taylor Plaintiffs are not requesting fees for any of these individuals' work.

spent traveling to New Orleans for oral argument where counsel averred that he was reviewing briefs, making notes, and preparing his responses to questions during the trip). Here, many of the "travel" hours listed by the State Defendants are hours spent working. For example, on November 22, 2013, most of the 6.4 hours billed by Jose Garza was spent preparing for and meeting with one of Plaintiffs' experts. *See* Resp. Ex. E-1, Dkt. 1196-32, at 3. On September 5, 2014, most of the 10.8 hours billed by Jose Garza was spent in trial. *Id.* The State Defendants misleadingly lump in hours spent working with hours spent traveling and ask the Court to discount all of those hours as travel time. That unjustified request should be discredited and denied.

Second and more importantly, although a district court may be within its discretion to reduce the number of hours or the rate—but not both[3]—awarded for travel, it is also within its discretion *not* to reduce travel hours or rate, especially when either has already been substantially reduced. *See Canaski v. MID Mississippi Properties, Inc.*, 1:15CV344-HSO-JCG, 2017 WL 4531690, at *6 (S.D. Miss. May 17, 2017) (declining to cut travel hours by 50 percent where the court had already "substantially reduced Plaintiffs' compensation for travel"). Here, the Taylor Plaintiffs' counsel have already done the Court's work to reduce their travel billings by seeking compensation for **only 131.3 out of 343.3 hours spent on travel** by attorneys and staff. Moreover, by asking the Court to reduce *both* the number of hours by 50 percent *and* counsel's rate by 35 to 45 percent, the State Defendants are seeking a much larger reduction in travel compensation than is typical in this circuit.

Had the Taylor Plaintiffs not already made deep cuts to their counsel's travel hours in their fee application, a reduction in either the number of hours or the hourly rate (but not both) for travel time might be warranted. However, because they have **already no-charged 62 percent** of their travel hours, a full 50-percent reduction of the remaining hours—compounded by a 35 to 45 percent

---

[3] In none of the State Defendants' cited cases do courts cut *both* the number of hours billed for travel *and* the hourly rate during those hours—it is always one or the other. *See* Resp., Dkt. 1196, at 40–41 (citing cases). To cut both, as the State Defendants request, would be anomalous and excessive.

rate cut—would unfairly ignore the billing discretion already exercised. The Court should compensate the Taylor Plaintiffs for all of their travel time at each attorney's typical reasonable rate.

### C. Many of the Hours in Exhibit E-2 are Non-Clerical, and Even the Clerical Work Should Be Compensated, Albeit at a Lower Rate.

"There is no precise test for determining whether a task is legal or clerical." *Malick v. NCO Fin. Services, Inc.*, CIV.A. H-14-1545, 2015 WL 4078037, at *5 n.4 (S.D. Tex. July 6, 2015).[4] The State Defendants make no attempt to provide a fact-specific analysis of the Taylor Plaintiffs' billing records; they simply list the billing entries in a table and summarily ask the Court to write off all of those hours. Resp., Dkt. 1196, at 44. To do so would be unjustified, not least because many of those hours are nonclerical. For example, Jose Garza's billing entries are largely for legal work; to review correspondence, filings, notices, and transcripts for substantive and procedural legal issues involves the exercise of legal judgment and analysis. *See Tejero v. Portfolio Recovery Associates LLC*, AU-16-CV-767-SS, 2018 WL 1612856, at *5 (W.D. Tex. Apr. 2, 2018) (finding that "reviewing filings" was legal work, not clerical). Only the time spent organizing files (1.7 out of 8.5 hours) can be properly classified as clerical.

Likewise, although some of Marinda van Dalen's Exhibit E-2 hours are properly classified as clerical, others are not. Time spent preparing materials for Mr. Jewell to review, preparing a schedule for discovery, reviewing documents, and preparing documents for production are legal work, since those tasks involve the application of legal judgment and analysis. *See Jimenez v. Paw-Paw's Camper City, Inc.*, CIV.A. 00-1756, 2002 WL 257691, at *23 (E.D. La. Feb. 22, 2002) (finding that preparing for depositions and reviewing discovery constituted legal work, not clerical).

Moreover, even those hours properly classified as clerical should still be compensated, only

---

[4] A task may be legal even if it is not complex, such as assisting with document production, preparing subpoenas, conducting factual investigation, and preparing correspondence. *See City of San Antonio, Texas v. Hotels.com, L.P.*, 5-06-CV-381-OLG, 2017 WL 1382553, at *6 (W.D. Tex. Apr. 17, 2017) (collecting cases). And work that is clerical in some contexts may be essential and reasonably recovered in a fee award in others. *See Depriest v. Walnut Grove Corr. Auth.*, 310CV00663CWRFKB, 2018 WL 1958285, at *2 (S.D. Miss. Apr. 25, 2018).

at a lower rate. Although some courts in this circuit will apply a blanket fee reduction—often 5 percent—to account for clerical work, other courts will apply a reasonable hourly rate for paralegal work to each item of clerical work. *See Saldivar v. Austin Indep. Sch. Dist.*, A-14-CA-00117-SS, 2016 WL 1064654, at *4 (W.D. Tex. Mar. 15, 2016), *aff'd*, 675 F. App'x 429 (5th Cir. 2017) (awarding $125 per hour for clerical work based on reasonable rates for a paralegal in the San Antonio market in 2013–14). Given that the Taylor Plaintiffs' counsel's hours are already itemized, the Court should reduce the hourly rate for clerical work rather than apply a blanket reduction, which would result in an excessive markdown.

In brief, the Taylor Plaintiffs agree that some of the hours listed in the State Defendants' Exhibit E-2 are properly classified as clerical and should be compensated at a reasonable hourly rate for paralegals, which is $125 an hour in the San Antonio market. Those hours constitute only 1.7 out of the 8.5 hours billed by Jose Garza and 11.8 out of the 17.3 hours billed by Marinda van Dalen. The remaining hours are legal work that should be billed at those attorney's typical reasonable rates. The Taylor Plaintiffs therefore urge the Court to award fees for their attorneys' Exhibit E-2 hours as follows:

- Jose Garza:
  - 1.7 hours at $125/hour: $212.50
  - 6.8 hours at $613/hour: $4,168.40
- Marinda van Dalen:
  - 11.8 hours at $125/hour: $1,475.00
  - 5.5 hours at $544/hour: $2,992.00
- **Exhibit E-2 subtotal: $8,847.90**

## D. None of the Taylor Plaintiffs' Requested Hours are Duplicative.

The State Defendants' request that the Court to cut 86.5 hours for being "duplicative" is unsupported. For one thing, their own Exhibit E-3 only identifies 70.4 hours of work, so it is unclear where (if anywhere) they came up with 86.5 hours. *Compare* Resp., Dkt. 1196, at 50, *with*

Resp. Ex. E-3, Dkt. 1196-34. More importantly, the hours alleged to be "duplicative" are simply not duplicative.[5] Most of the billing records listed are for discussions with co-counsel such as Mr. Rosenberg and Ms. van Dalen. Those billing entries are not duplicative simply because they involved more than one lawyer. It is important to have case management discussions in multi-party litigation exactly to avoid duplication and to coordinate presentations. Other billing entries—such as Jose Garza's 2.5- and 3.0-hour entries for trial preparation in August and September 2014—involve only one attorney and the State Defendants offer no explanation for labeling them "duplicative." *See* Resp. Ex. E-3, Dkt. 1196-34, at 3. The Court should not cut facially reasonable billings when the State Defendants make no effort to explain how they might be duplicative. Finally, as noted above, the Taylor Plaintiffs' fee application has already been reduced by <u>over $600,000</u> precisely because counsel exercised billing judgment to account for potential duplication. No further reduction for duplication should be made.

### E. None of the Taylor Plaintiffs' Requested Hours are Excessive.

Again without explanation, the State Defendants ask the Court to cut 46.5 hours as "excessive." Resp., Dkt. 1196, at 53. Even a cursory review of these "excessive" billings shows their request to be baseless.

For example, one "excessive" billing is for Jose Garza's work during the September 3, 2014, trial. Resp. Ex. E-3, Dkt. 1196-35, at 2.  Mr. Garza, who took an active role in that trial, claims 9.0 hours worked during the trial and 3.3 hours before and after trial that day conferring with co-counsel and preparing. *Id.* According the State Defendants, the 9-hour billing for trial is excessive because the actual trial time was 8 hours and 11 minutes. Resp. Ex. F, Dkt. 1196-40, at 2. To correct for this alleged overcharge of 49 minutes, the State Defendants ask the Court to deny compensation for *the entire 12.3 hours*. Resp. Ex. E-3, Dkt. 1196-35, at 2. The Taylor Plaintiffs might not object to a

---

[5] And, notably, the State Defendants make no effort to explain how they might be.

50-minute reduction for that billing entry, but there is no basis for denying compensation for 12.3

hours of trial work because of a dispute over 50 minutes. The State Defendants' list of so-called

"excessive" billings is plagued by similarly misleading entries, such as:

- A 1.2-hour entry for work on a November 25, 2013, hearing. The entry includes time spent preparing for that hearing and conferring with co-counsel. The State Defendants allege that that hearing took only 51 minutes and therefore ask the Court to deny compensation for the full 1.2 hours.

- A 4.7 hour entry for work on a February 12, 2014, hearing. The entry includes time spent travelling and conferring with co-counsel. The entry <u>explicitly allots</u> <u>only 1.2</u> <u>hours</u> to the hearing. Defendants allege that that hearing took only 46 minutes and therefore ask the Court to deny compensation for the full 4.7 hours.

Resp. Ex. E-3, Dkt. 1196-35, at 2; Resp. Ex. F, Dkt. 1196-40, at 2. The Court should not condone

the State Defendants' overbroad attempt to deny compensation for reasonable work.

For billing entries not related to hearings, the State Defendants make no attempt to explain

how they might be excessive. For example, they offer no basis for the Court to find that it was

excessive for Mr. Garza to spend 6.5 hours researching, drafting, and editing a brief on January 13,

2014. Resp. Ex. E-3, Dkt. 1196-35, at 2. No mention is made of what the brief was or why Mr.

Garza should have spent less time on it. *Id.* The Court should not take the State Defendants at their

word for it, especially where the bases they have given for other entries are so nakedly overstated.

And finally, again, the Taylor Plaintiffs have already discounted many hundreds of hours of work

worth over half a million dollars. No reductions should be made for excessive billings.

### F. A 20 Percent Across-the-Board Reduction is Completely Unjustified by 20.1 Hours of Allegedly Vague or Block-Billed Work.

The State Defendants complain that 20.1 hours' worth of billing entries are either vague or

block-billed. Resp. Ex. E-6, Dkt. 1196-37; Resp. Ex. E-7, Dkt. 1196-38. Rather than seeking a

reduction for only these 20.1 hours, the State Defendants ask the Court to reduce *all of the Taylor*

*Plaintiffs' hours* by 20 percent, cutting the fee award by more than $200,870. Resp., Dkt. 1196, at 57.

This request is not made in good faith: they are asking for a 20-percent reduction to hundreds of

hours or work that *the State Defendants concede* is not vague or block-billed. The Taylor Plaintiffs do not object to cutting the 20.1 hours actually identified by the State Defendants as vague or block-billed. *See* Resp. Ex. E-6, Dkt. 1196-37; Resp. Ex. E-7, Dkt. 1196-38. But a 20-percent reduction to all of the Taylor Plaintiffs' hours, which they have already reduced by 40 percent through the use of billing discretion, is completely unjustified.

### G. The Hours and Rate Requested for Work on the Fee Application Are Reasonable.

In the middle of their 100-page brief, State Defendants suggest with a straight face that the fee application in this case should not "result in a second major litigation" and that this fee application does not "involve complex legal issues." Resp., Dkt. 1196, at 57 (quoting cases). Perhaps the naked hypocrisy of that position explains why they merely insinuate it without explanation. *Id.* at 57–59.

This litigation has spanned seven years, requiring a nine-day bench trial after vigorous pretrial litigation, a merits appeal to the Fifth Circuit, rehearing *en banc*, litigation over the proper relief on remand, and another appeal on the ultimate relief granted. This long, complex litigation has required over thousands of hours of work by the plaintiffs' counsel and their staff. To properly prepare a motion for attorney's fees at the end of that litigation, the plaintiffs' counsel had to review all of those thousands of hours of work to properly exercise billing discretion. On top of that, the State Defendants have opposed nearly every aspect of the plaintiffs' fee application. This fee application is complicated partly because of the nature of this case, and partly because of the State Defendants' own aggressive litigation of the fee application.

The State Defendants ask the Court to reduce Jose Garza's hours by 20 percent and his rate by 35 percent. Resp., Dkt. 1196, at 59. The result would be to cut compensation for his work on the plaintiffs' fee application by nearly 50 percent, down to $13,472.00 from $25,807.30. *Id.* Their only argument in favor of such a draconian markdown comes from a set of cases where courts awarded

8

an attorney 80 percent of his or her fee for hours worked on a fee application. *Id.* at 58. But those cases—none of which support a 50 percent reduction—do not support any degree of rate reduction in this case.

What the State Defendants omit from their brief is that the reason for cutting an attorney's rate on fee-application work is that often, a fee application is a straightforward task appropriate for a less experienced attorney. Right before the State Defendants' quote from *Leroy v. City of Houston*, 906 F.2d 1068 (5th Cir. 1990), that court explains that "hourly rates near the top of the scale" may be inappropriate if a task "could have been properly accomplished with greater overall cost efficiency by competent personnel whose lesser experience and skill would not justify such high rates." *Id.* at 1079. Nowhere does the Fifth Circuit say that rates for work on a fee application are reduceable *per se*; rather, an attorney's rate should be reduced only when the application can be completed by a less experienced attorney. *See id.*

That is not the case here. An experienced attorney was needed to scrutinize the billing entries for hundreds of hours of work by a large team of attorneys to ensure the appropriate exercise of billing discretion. An experienced attorney was needed to anticipate the prevailing-party and *Johnson*-factor issues raised by the State Defendants. Put another way: it is simply not credible for the State Defendants to file a 100-page response raising dozens of different legal challenges to the plaintiffs' fee application and then to claim that plaintiffs' counsel should be compensated at a reduced rate because the fee application is a simple motion that an inexperienced attorney could handle. Because it was reasonable for Jose Garza to prepare the Taylor Plaintiffs' fee application, rather than a less experienced attorney, it is reasonable to award him his customary rate, rather than to discount that rate by 20 percent (or by more, as the State Defendants request without justification).

### H. The Taylor Plaintiffs' Fee Request Does Not Include Time Spent on "Business Development."

The State Defendants ask the Court to deny any compensation for over 30 hours of work they deem "business development" without analyzing those time entries at all. Resp., Dkt. 1196, at 65–67. Their Exhibit E-8 includes time that counsel spent meeting with people affected by SB 14—including actual clients—which constitutes fact investigation with potential witnesses. Resp. Ex. E-8, Dkt. 1196-39, at 1–5. That exhibit also includes time spent meeting with potential intervenors and obtaining evidence supporting the plaintiffs' claims. *Id.*

The work listed in Exhibit E-8 was not expended to develop Texas RioGrande Legal Aid's business—a concept that makes little sense for a legal aid provider.[6] That work was done to develop the evidence in this case and advance the goals of the plaintiffs in this action. Time and effort spent interviewing clients and researching the facts of a case is "reasonably expended in litigation" not least because such careful fact investigation is ethically required. *See Webb v. Bd. of Educ. of Dyer County, Tenn.*, 471 U.S. 234, 250 (1985) (Brennan, J., concurring) (quoting *Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983)). Indeed, federal courts have disregarded mischaracterizations of time as "business development" when it was clear that the attorneys were developing the facts of a claim through interviews with potential clients and witnesses. *See Bratcher v. United States*, 136 Fed. Cl. 786, 794 (2018), *reconsideration denied sub nom. Michael A. v. United States*, 137 Fed. Cl. 645 (2018). The work mischaracterized as "business development" in Exhibit E-8 should be compensated at each attorney's typical reasonable rate given the actual substance of the work performed, with one exception: the Taylor Plaintiffs do not object to cutting 2.0 hours from Mr. Doggett's billings based on the vague time entry listed in Exhibit E-8. Resp. Ex. E-8, Dkt. 1196-39, at 2.

---

[6] TRLA represents low-income clients for free in civil cases. Each year, TRLA receives tens of thousands more requests for service than it has the capacity to accept. The notion that interviewing potential clients (who also happen to be potential fact witnesses) for this action somehow furthers the business of a nonprofit law firm that provides free legal services to the poor is nonsensical on its face.

**I. The Taylor Plaintiffs' Requests for Expenses are Supported by Documentation.**

The State Defendants ask the Court to deny them all of their expenses based on a lack of documentation. Resp., Dkt. 1196, at 72. The documentation attached as Exhibits B–G to this supplemental brief provides that documentation. Because the Taylor Plaintiffs agree that they will only seek to recover documented expenses, they have revised their claim for expenses downward slightly to **$40,094.35**. *See* Taylor Supp. Exs. B–G.

As for the State Defendants' unsupported objection to expenses relating to client outreach and communication, that objection is baseless. 42 U.S.C. § 1988 permits the recovery of reasonable out-of-pocket expenses such as travel and telephone calls to clients. *See Gros v. New Orleans City*, CIV.A. 12-2322, 2014 WL 3894371, at *4 (E.D. La. Aug. 8, 2014) ("[A]ll reasonable, out-of-pocket expenses, including charges for photocopying, paralegal assistance, travel, and telephone, are recoverable in [S]ection 1988 fee awards because they are part of the costs normally charged to a fee-paying client.") (citation omitted). As discussed above, travel to interview fact witnesses and clients is appropriately billed to a fee-paying client because such work is essential to ethically developing a claim for relief. As it would be reasonable to charge these travel expenses to fee-paying clients, it is appropriate to seek reimbursement of these expenses under Section 1988.

## II. CONCLUSION

For the reasons given above and in the Taylor Plaintiffs' fee application and supporting

briefing and exhibits, the Taylor Plaintiffs ask the Court to award them the following reasonable

attorney's fees and expenses under the Voting Rights Act and Section 1988:

- Attorney's fees
  - Jose Garza: 460.7 hours at $613/hr. = $282,409.10
  - Jose Garza (clerical): 1.7 hours at $125/hr. = $212.50
  - Marinda van Dalen: 1138.8 hours at $544/hr. = $619,507.20
  - Marinda van Dalen (clerical): 11.8 hours at $125/hr.: $1,475.00
  - Robert Doggett: 143.6 hours at $572/hr.: $82,139.20
    - **Total attorney's fees: $985,688.60**

- Expenses
  - Filing fee and process service fee: $590.00
  - Expert expenses: $31,442.72
  - Travel expenses for client outreach and communication: $2,031.17
  - Travel expenses for depositions, ct. hearings and trial: $5,855.46
  - Other trial expenses (interpreter): $175.00
    - **Total expenses: $40,094.35**

Respectfully submitted,

   /s/  *Jose Garza*
JOSE GARZA
State Bar No. 07731950
ATTORNEY FOR TAYLOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2020, I electronically served the foregoing via ECF on all other parties in this litigation.

   /s/  *Jose Garza*
JOSE GARZA

**TAYLOR EXHIBIT A**

**GARZA DECLARATION**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

|  |  |
|---|---|
| MARC VEASEY, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-193 (NGR) |
| | (Consolidated Action) |
| RICK PERRY, *et al.*, | |
| Defendants. | |

### <u>Reply Declaration of Jose Garza</u>

I, Jose Garza, submit this Reply Declaration, in accordance with 28 U.S.C. 1746.

1.      In our original declarations Taylor counsel requested compensation for 1778.7 hours devoted to the case. See Dkt 1144 pp. 5-6. This requested represented a substantial reduction of hours, representing about 28% of the total requested. Thus, the Taylor Plaintiffs' fee application has already been reduced by over $600,000 precisely because counsel has already exercised billing judgment to account for possible duplication, possible excessive billing etc. For instance, I requested compensation for 472.9 hours spent on the case, while writing off 317 hours in the exercise of billing judgment. (total hours devoted to the cause was 789.9, a reduction of over 40% of my time). In addition, as reflected in the original Motion, Taylor Plaintiffs' did not bill at all for time devoted to the case by several other lawyers and paralegals who assisted in the development of the evidence and records and exhibits. Defendants have proposed additional major reductions, summarized in their Memorandum, pages 93-94, and itemized in their Exhibits E-1 through E-8. I believe the vast majority of these hours are compensable. This Reply Declaration challenges the most clearly unjustifiable of Defendants' proposed cuts.

2.      Based on our challenges of clearly unjustified cuts, which are spelled out below, and in our

supplemental brief, I believe the maximum justifiable cuts under Defendants' theories would result in a reasonable fee of **$985,688.60** for the Taylor Plaintiffs. In addition, our requested reasonable rates of $613.00/hour, $544.00/hour and $572.00/hr are reasonable and should form the basis of the lodestar in this case.

3.      The cuts we challenge are in the following Defendants' categories:  Travel (Def. Ex. E-1), Attorney's fees (Def. Ex. E-5); Clerical (Def. E-2), Duplicative (Def. Ex. E-3), Business Development (Def's Ex. E-8), Excessive (Def. Ex. E-4), Non-Compensable (Def. Exh. E-5), and Block-Vague Billing (Def. Ex. E-6 and E-7).

4.      <u>Travel, Def. Ex. E-1.</u>  Defendants propose to cut 131.3hrs from Taylor fee request representing travel hours. (26.8 of Doggett travel time; 59.7 of Garza travel time; and 44.8 hrs. of Van Dalen travel time). Yet, the exhibit clearly shows that not only the travel time documented but also other activity claimed in the noted time entries, such as meetings with experts and clients, reviewing discovery with clients, reviewing possible trial testimony etc. are also included in the proposed reductions.  (See e.g. Def. E-1, p. 2 Jose Garza entries for 11-22-13 (meeting with experts), 2-6-14 (confer with expert regarding discovery material, prepare potential witness), 9-5-14 (trial). Moreover, the Taylor fee application has already reduced a substantial number of travel time by the no bill entries on their daily time record entries. By our calculations over 212 hours of the no bill entries on our initial fee application were for travel time. Since the Defendants failed to filter out non travel time in their requested reduction and since the Taylor Plaintiffs' fee application already has reduced 212 hours, no additional reduction for travel should be made.

5.      <u>Attorney's Fees</u>. Defendants proposed cuts of hours (42.1) and rates is more fully addressed the brief in reply to Defendants' Response. It is important to note that many of the hours sought to be reduced on this issue involved a scrutiny of the time entries to reduce the hours claimed. See

Def's Exhibit E-5. There should be no reduction in the amount or rate of compensation for work on the fee application.

6.  <u>Clerical, Def. Ex. E-2.</u> Defendants propose to cut 25.8 hours described as clerical. However, as with their argument on travel time reductions, the Defendants seek to reduce time entries that include more than potential clerical activities. For example the entries Defendants seek to eliminate include deposition preparation and reviewing trial transcripts in Jose Garza's entries. (See Def. Exh. E-2, p. 001. First, the Court should more accurately evaluate the time claimed as clerical to properly reflect the actual clerical work engaged. No more than 13.5 hours should be designated as such and as described in Taylor's Reply Brief, these hours should not be reduced but rather compensated at a paralegal rate of $125 per hour.

7.  <u>Duplicative, Def. Ex. E-3.</u>  Defendants propose to cut 86.5 hours as "Duplicative,", but many of Defendants' proposed cuts simply are not duplicative activities. For instance, discussions with Mr. Rosenberg and Ms. van Dalen are not duplicative simply because it involved more than one lawyer. It is important to have case management discussions in multi-party litigation exactly to avoid duplication and to coordinate presentations. Moreover, as noted above, Taylor Plaintiffs' initial fee request includes a substantial billing judgment reduction exactly to account for possible duplication. No further reduction for duplication should be made.

8.  <u>Business Development, Def. Exh E-8.</u> Defendants propose to cut 29.1 hours of what is referenced as "business development". As detained in our Reply brief, these time entries are not business development for Texas RioGrande Legal Aid, but rather important communications with our clients, fact development and investigation and other legitimate litigation activities. These activities generally should not be reduced. The entry for Mr. Doggett challenged by the Defendants may in fact too general to determine how it was relevant to the development of our client case and

should be reduced. A proper reduction here is 2 hours.

5.      <u>Excessive, Def. Exh. E-4</u>:  Defendants propose to cut 46.5 hours, but this includes a day of actual trial time where I claimed 9 hours for trial, (September 3, 2014). I also spent 2 hours preparing witnesses that day and coordinating with counsel for the next day of trial. Defendants seek to reduce the full entry for that day of 12 hours. Although Defendants' Exhibit F suggests the trial time for that day was 8 hours and 11 minutes, therefore a more reasonable suggested reduction would be no more than 50 minutes. (9hrs claimed v. 8hrs 11min. from Exh. F) but certainly not 12 hours. Moreover, as a lead counsel for the Taylor team, I was present and participated during the first week of trial, including examining and cross-examining witnesses. But I also assisted with the preparation of witnesses, reviewed discovery, did legal research, attend court hearings, etc. Many of the entries described in Exh D-4 involve such activities and were done within the time required to accomplish those tasks. The time claimed is not excessive. My presence at trial and at hearings was also important for later work on drafting post-trial Findings and Conclusions and helping prepare the closing argument.  Finally, as noted previously, the Taylor Plaintiff fee application has already discounted a significant amount of time and no further reductions on this issues should be made.

6.      <u>Block Billing and Vague Billing, Def. Ex. D-6 and D-7</u>:  Defendants propose to cut 355.74 hours in these related categories.[1]  They do this by applying a 20% reduction, but that percentage is applied to all of our time even though Defendants' Ex. E-6 and E-7 identify Block or Vague Billing on only 10.5 hrs of my 472.9 hrs claimed, 1.2 hrs of Mr. Doggetts time entries and 8.4hrs of Ms. van Dolen's entries.   While there are cases supporting a 20% reduction for block or vague

---

[1] For this category, Defendants' Memorandum, at page 94, states the proposed cut for Block and Vague Billing as a percentage of my overall time claim (20%), which amounts to 355.74 hours.

billing, no cases support applying this figure to the entire time spent on a case except where block or vague billing infects the entire claim (which is not the case here). Applying that 20% cut to all the hours of our time is unreasonable. The time identified by Defendants as Block or Vague Billing would cut 20.1 hours. A more appropriate total for cuts for Black and Vague billing should be at most 20.1 hours.

7.      Based on the above, Defendants' cuts should be calculated as follows:

| Category | Def. prop cut | Correct Cut |
|---|---|---|
| Travel, Def. Exh. E-1 | 131.3 | 0 |
| Attorney's Fees | 42.1 | 0 |
| Clerical, Def. Exh. E- 2 | 25.8 | 20.8hrs.@$125.00 |
| Duplicative, Def. Exh. E-3 | 86.5 | 0 |
| Excessive, Def. Ex. E-4 | 46.5 | 0 |
| Vague and Block, Def. Ex. E-6, E-7 | 355.74 | 20.1 |
| Other Defendant cuts, Def. Ex. E-5, E-8 | | 2 |
| Total to reduce | | |

8.      I therefore request an award of attorneys' fee of **$985,688.60** for the Taylor Plaintiffs.

Market Rate

9.      Our expert, Mr. Bill Edwards and I have both testified that a prevailing market rate of $613.00 per hour, for someone of my background and experience, in this case is reasonable. The Taylor Plaintiffs adopt and rely on the prevailing party argument and authority in the common brief of the Private Plaintiffs. But in addition, as Mr. Edwards has testified, the expertise required to successfully prosecute a Voting Rights Act case such as this, requires some unique experience and expertise. In my estimation in the San Antonio Division of the Western District of Texas there are perhaps four lawyers with that kind of unique experience and background to prosecute a complicated Voting Rights Act case such as this case.

**Costs**

The TRLA advanced all of the costs and expenses made to properly and effectively prosecute this action. The Taylor Plaintiffs therefore request an award for all costs devoted to

this case, as amended and modified in Taylor Plaintiffs Supplemental Reply Brief in Support of

Motion for Attorneys' Fees. These costs include filing fees, service costs, travel associated with

development of the evidence, communicating and preparing our clients, as the litigation

commence and progressed. Travel associated with the preparation for and presentation of trial,

discovery expenses and expert witnesses are legitimate and should be compensated, especially

when, as here, other activities were being done during the travel. These were necessary to the

proper presentation of our clients' claims in this case. These expenses totaled **$40,094.35** and are

evidenced in Exhibits B-G of the Taylor Plaintiffs' Supplemental Brief in Support of Motion for

Attorneys' Fees and Costs which are documentation of those expenses as listed in our brief and

which are kept in the normal course of business at Texas RioGrande Legal Aid

     I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge.

                         __/s/ Jose Garza_____
                         Jose Garza

**TAYLOR EXHIBIT B**

## TAYLOR PLAINTIFFS (TRLA) OUT OF POCKET EXPENSES
## VEASEY, et al. v. ABBOTT, et al.

**Filing fee and process service fee:**

| | |
|---|---|
| 11-21-13: filing fee - | $400.00 |
| 12-12-13: process service fee - | $190.00 |
| **Subtotal:** | **$590.00** |

**Expert Expenses:**

**Testifying expert -**

| | | |
|---|---|---|
| **Kevin Jewell -** | trial prep and trial fees - | $20,692.72 |
| | Deposition prep and depo - | $750.00 |
| subtotal: | | $21,442.72 |

**Consulting expert –**

| | |
|---|---|
| **Leland Beatty -** | $10,000.00 |
| **Subtotal:** | **$31,442.72** |

**Travel expenses for client outreach and communication:**

**9-3-13 through 9-4-13**

| | |
|---|---|
| **Robert Doggett –** Mileage 522m @ $.45 = | $234.90 |
| Meals | $60.00 |
| Lodging (1 night) | $119.60 |

**5-21-14 through 6-19-14**

| | |
|---|---|
| **Priscilla Noriega –** Mileage office to Raymondville and Sebastian | |
| | $136.80 |

**12-10-13 through 12-11-13**

| | |
|---|---|
| **Jose Garza** Mileage 631 m @ $.45 = | $283.95 |
| Meals | $60.00 |
| Lodging | $84.80 |

**12-17-13 through 12-18-13**
    **Jose Garza**    Mileage 587 m @ $.45 =    $264.26
                Meals    $60.00

**6-25-14**
    **Robert Doggett**    Mileage 400m @ $.45 =    $180.60
                Meals    $30.00
                Lodging    $160.95

**5-8-17**
    **Jose Garza**    Airfare    $203.98
                Cab    $19.00
                Meals    $30.00
                Lodging    $102.33

**Subtotal:**    **$2,031.17**

**Travel expenses for depositions, ct. hearings and trial:**

**2-11-14**
    **Jose Garza**    Mileage 305m @ $.45 =    $137.25
                Meals    $30.00
                Lodging    $114.95

**2-11-14**
    **Marinda van Dalen** Mileage 388m @ $.45 =    $174.60
                Meals    $30.00
                Lodging    no charge

**2-11-14**
    **Robert Doggett**    Mileage 434m @ $.45 =    $195.30
                Meals    $30.00
                Lodging    no charge

**3-4-14 through 3-6-14 (includes travel for client meetings)**
    **Jose Garza**    Mileage 594m @ $.45 =    $267.30
                Meals    $60.00
                Lodging (2 nights)    $254.26

**3-31-14**

    **Jose Garza**        Mileage 308m @ $.45 =    $138.60

                                  Meals                              $30.00

                                  Lodging                        $126.55

**3-31-14**

    **Marinda van Dalen** Mileage 388m @ $.45 =    $174.60

                                  Meals                              $30.00

                                  Lodging                        no charge

**5-14-14 through 5-15-14**

    **Marinda van Dalen** Mileage 330m @ $.45 =    $148.50

                                  Meals                              $30.00

                                  Lodging                        $90.85

**7-17-14 through 7-18-14 (Taylor depo)**

    **Marinda van Dalen** Car rental             $53.48

                                  Meals                              $60.00

                                  Lodging                        $87.74

**8-26-14 through 9-10-14 (Trial)**

    **Marinda van Dalen** Car Rental             $484.00

**8-30-14 through 9-10-14 (Trial)**

    **Marinda van Dalen** Car Rental             $411.76

**9-4-14 through 9-5-14 (Trial)**

    **Paula Garza** Car Rental (transport client)    $134.62

**8-26-14  (Trial prep)**

    **Robert Doggett** Car Rental             $75.28

**9-1-14 (9 nights) (Trial)**

    **Marinda van Dalen** Lodging for expert, clients,

    and Ms. van Dalen                    $1,770.26

                                  Meals                            $360.00

**12-4-17 through 12-5-17 (oral argument)**

    **Jose Garza**        Airfare                  $146.96

                                  Meals                            $60.00

|  | Cab | $36.00 |
|  | Lodging | $88.60 |
|  | Airport parking | $24.00 |

**Subtotal:**                                        **$5,855.46**

**Other Trial Expenses**
    Interpretation costs for E. Mendez                $175.00

**Total out of pocket costs and expenses:**          **$40,094.35**

# Taylor Exhibit C

# Filing Fees and Service of Process

**TEXAS RIOGRANDE LEGAL AID, INC.**

<u>**OUT-OF-POCKET EXPENSE STATEMENT**</u>

#9019

Employee incurring expense:   JOSE GARZA

Office:                        SAN ANTONIO

Amount expense incurred:    11/5/2013      $400.00

Paid to:        Pay.Gov   (CTS # VID07)

Purpose:        Application: TXSD CM ECF — filing fees
*Receipt must be attached

RECEIVED
NOV 1 4 2013

PAID
NOV 2 1 2013

Signature of employee:                          Date: 11/11/2013

Approved by:                                     Date 11/15/13

Amount Paid:
 Date:
 Check #:
 Account:  7901-39-00-01 (01)

93573

**TEXAS RIOGRANDE LEGAL AID, INC.**
300 S. TEXAS BLVD.   (956) 447-4800   383-0641
WESLACO, TEXAS 78596



INTER NATIO.   BANK
Weslac

NON AVAILABLE

12/12/2013

PAY TO THE
ORDER OF ___ THOMAS PROCESS _____ $ ******190.00

One Hundred Ninety-& 00/100 Dollars _____ **DOLLARS**

TEXAS RIOGRANDE LEGAL AID, INC.
VOID AFTER 90 DAYS

NON-NEGOTIABLE

MEMO

✓                    ⑈093573⑈ ⑆114915272⑆ ⑈00 0907 5⑈                    V'

---

TEXAS RIOGRANDE LEGAL AID, INC.                    93573

T0280   THOMAS PROCESS              CK/Dep# 93573     12/12/2013    $ ******190.00

INV#13-007635



DEC 1 2 2013

NON-NEGOTIABLE

✓                                                                      V'

TEXAS RIOGRANDE LEGAL AID, INC.                    93573

✓                                                                      V'

THOMAS PROCESS  (T0280)
605 W. 14TH ST.
AUSTIN, TX 78701                        NON-NEGOTIABLE

MSP0001-2          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 800-221-7419

✓                                                                      V

 

# Thomas Process

605 W. 14th Street
Austin, TX, 78701
Phone: (512) 320-8330
Fax: (512) 320-8331
scott@thomasprocess.com
www.thomasprocess.com

Robert W. Doggett
TEXAS RIOGRANDE LEGAL AID, INC.
4820 N. IH 35
Austin, Tx 78751

**INVOICE:** 13-007635
11/26/2013

| Cause No.: | 2:13-CV-00348 | Crt Date: | | Received: 11/25/2013 | Completed: | 11/25/2013 |
|---|---|---|---|---|---|---|
| Job ID: | 13-007635 | Crt Time: | | Reference: Ortiz | | 3:25 PM |
| Plaintiff: | BELINDA ORTIZ, et al | | | | | |
| Defendant: | STATE OF TEXAS; JOHN STEEN, in his | | | | | |
| Name Srvd | STATE OF TEXAS | | | | | |
| Location: | 1019 Brazos Street, 1st Floor, Austin, Tx 78701 | | | | | |

| Item | Qty. | Unit | Total |
|---|---|---|---|
| Fee for Service on c/o Secretary Of State | | | |
| STATE OF TEXAS | 1 | $70.00 | $70.00 |
| JOHN STEEN, TX SECRETARY OF STATE | 1 | $35.00 | $35.00 |
| STEVE MCCRAW | 1 | $70.00 | $70.00 |
| Copies Printed for Service | 3 | $5.00 | $15.00 |
| | | **Sub-Total** | $190.00 |

| | |
|---|---|
| **Total Fees** | $190.00 |
| **Payment** | – |
| **Balance Due** | $190.00 |

**Thank You!**

PLEASE INDICATE INVOICE NUMBER ON REMITTANCE

"We Appreciate Your Business"

**FEIN:** 74-2954951







**Taylor Exhibit D**

**Expert Expenses**

94742

**TEXAS RIOGRANDE LEGAL AID, INC.**
300 S. TEXAS BLVD.   (956) 447-4800   383-0641
WESLACO, TEXAS 78596



INTER NATI    BANK
Weslac    X

NON AVAILABLE

4/24/2014

PAY TO THE
ORDER OF     KEVIN JEWELL                                              $   *****3530.00

Three Thousand Five Hundred Thirty-& 00/100 Dollars _____ DOLLARS

TEXAS RIOGRANDE LEGAL AID, INC.
VOID AFTER 90 DAYS

N O N - N E G O T I A B L E

MEMO

⑈095742⑈ ⑆114915272⑆ ⑈00 0907 5⑈

V                                                                                          V

TEXAS RIOGRANDE LEGAL AID, INC.                                          94742

J0129     JEWELL, KEVIN                    CK/Dep# 94742     4/24/2014     $ *****3530.00

PROJECT:TRLA VOTER ID:TOTAL 35.3 @ $100.00=$3,530.00 PAID
S: 2/24-3/31



N O N - N E G O T I A B L E

V                                                                                          V

TEXAS RIOGRANDE LEGAL AID, INC.                                          94742

JEWELL, KEVIN  (J0129)
507 ZENNIA STREET
AUSTIN, TX 78751                                      N O N - N E G O T I A B L E

MSF6001-2                        TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 800-221-7419          G1BLRS0010000   V0BSF002534

**Detail of Hours for the period 2/24/14 - 3/31/14**

Contractor Name: Kevin Jewell
Address: 507 Zennia St Austin TX 78751
Phone: 512-743-7633
Project: TRLA Voter ID

| date | hours | detail |
|------|-------|--------|
| 2/24/14 | 0.5 | research |
| 2/25/14 | 0.5 | client call |
| 3/4/14 | 0.5 | client call |
| 3/6/14 | 3.5 | draft report |
| 3/17/14 | 3.5 | analysis |
| 3/20/14 | 5 | analysis |
| 3/21/14 | 4 | analysis |
| 3/24/14 | 3 | analysis |
| 3/25/14 | 4 | analysis |
| 3/26/14 | 4 | analysis |
| 3/27/14 | 4 | analysis |
| 3/28/14 | 2 | analysis |
| 3/31/14 | 0.8 | client call |

| | | |
|------|-------|--------|
| **Total** | 35.3 | |
| **Rate** | $100.00 | |
| **Amount Due** | $3,530.00 | |



PAID
APR 24 2014

**TEXAS RIOGRANDE LEGAL AID, INC.**
300 S. TEXAS BLVD. (956) 447-4800 383-0641
WESLACO, TEXAS 78596


INTER NATI  BANK
Wesl
NON AVAILABLE

6/12/2014

PAY TO THE
ORDER OF    KEVIN JEWELL

$ *****2550.00

Two Thousand Five Hundred Fifty-& 00/100 Dollars

DOLLARS

TEXAS RIOGRANDE LEGAL AID, INC.
VOID AFTER 90 DAYS

NON-NEGOTIABLE

MEMO

⑆095206⑆ ⑉114915272⑉ ⑆00 0907 5⑆

TEXAS RIOGRANDE LEGAL AID, INC.                                    95206

J0129    JEWELL, KEVIN                CK/Dep# 95206    6/12/2014    $ *****2550.00

PROJECT:TRLA VOTER ID:TOTAL 25.5 @ $100.00=$2,550 PAID HRS
/2/14-5/22/14


PAID
JUN 12 2014
NON-NEGOTIABLE

TEXAS RIOGRANDE LEGAL AID, INC.                                    95206

JEWELL, KEVIN (J0129)
507 ZENNIA STREET
AUSTIN, TX 78751                        NON-NEGOTIABLE

MSP5001-2                TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 800-221-7419        G1BLRS0010000   Y08SF902534

**Detail of Hours for the period 4/2/14 - 5/31/14**

Contractor Name: Kevin Jewell
Address: 507 Zennia St Austin TX 78751
Phone: 512-743-7633
Project: TRLA Voter ID

| date | hours | detail |
|------|-------|--------|
| 4/2/14 | 4.0 | prepare exhibits |
| 4/3/14 | 4.5 | prepare exhibits |
| 4/4/14 | 3.5 | prepare exhibits |
| 4/7/14 | 3.5 | prepare exhibits |
| 4/8/15 | 1.5 | call, followup. |
| 4/10/14 | 0.5 | research |
| 4/22/14 | 1.0 | call, followup |
| 4/28/14 | 1.8 | review documents, Mendez video interview. |
| 4/29/14 | 0.2 | client call |
| 5/6/14 | 1.0 | Espinoza video interview. |
| 5/21/14 | 1.5 | Laras and M. Lara video interview. |
| 5/22/14 | 2.5 | call with counsel, review documents, draft report |

| | | |
|------|-------|--------|
| **Total** | 25.5 | |
| **Rate** | $100.00 | |
| **Amount Due** | **$2,550.00** | |



PAID
JUN 12 2014

96303

**TEXAS RIOGRANDE LEGAL AID, INC.**
300 S. TEXAS BLVD.  (956) 447-4800  383-0641
WESLACO, TEXAS 78596

 INTER NATIO BANK
Weslac

NON AVAILABLE

9/30/2014

PAY TO THE
ORDER OF   KEVIN JEWELL

$ *****5392.72

Five Thousand Three Hundred Ninety-Two & 72/100 Dollars

DOLLARS

TEXAS RIOGRANDE LEGAL AID, INC.
VOID AFTER 90 DAYS

NON-NEGOTIABLE

MEMO

⑆096303⑆ ⑈114915272⑈ ⑆00 0907 5⑈

---

TEXAS RIOGRANDE LEGAL AID, INC.                                96303

J0129    JEWELL, KEVIN              CK/Dep# 96303      9/30/2014      $ *****5392.72

PROJECT:TRLA VOTER ID 7/1/14-9/8/14

PAID
SEP 30 2014

NON-NEGOTIABLE

---

TEXAS RIOGRANDE LEGAL AID, INC.                                96303

JEWELL, KEVIN  (J0129)
507 ZENNIA STREET
AUSTIN, TX 78751

NON-NEGOTIABLE

MSF5001-2              TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 800-221-7419        Y08SF002934

1617  D46783 SLXRX5 06/12/2014 00 09

**Detail of Hours For The Period 7/1/14 - 9/8/14**

Contractor Name: Kevin Jewell
Address: 507 Zennia St Austin TX 78751
Phone: 512-743-7633
Project: TRLA Voter ID

| date | hours | detail |
|---|---|---|
| 7/16/14 | 1.0 | Review filed reports |
| 7/17/14 | 1.5 | Review filed reports |
| 7/24/14 | 1.0 | Review filed reports |
| 8/1/14 | 0.6 | call with counsel |
| 8/2/14 | 1.5 | Review filed rebuttal reports. |
| 8/19/14 | 2.0 | Milo depo questions |
| 8/25/14 | 0.5 | Review depo transcript. |
| 8/25/14 | 0.5 | Call with counsel. |
| 9/2/14 | 2.0 | Review Mllyo depo transcript |
| 9/3/14 | 0.5 | Review report |
| 9/4/14 | 9.0 | Travel, testimony preparation, document review |
| 9/5/14 | 10.0 | Trial, testimony preparation, travel |
| 9/6/14 | 3.0 | Testimony preparation |
| 9/7/14 | 9.0 | Travel, testimony preparation |
| 9/8/14 | 7.0 | Trial, travel |

| | | |
|---|---|---|
| **Total** | 49.1 | |
| **Rate** | $100.00 | |
| **Hourly Due** | $4,910.00 ✓ | |

| | | |
|---|---|---|
| **Mileage** | . 862 | Austin to Corpus x2 |
| **2014 IRS** | 0.56 | |
| **Mileage Due:** | $482.72 ✓ | |

**Total Amount Due** $5,392.72

SEP 3 0 2014

96831

**TEXAS RIOGRANDE LEGAL AID, INC.**
300 S. TEXAS BLVD.  (956) 447-4800  383-0641
WESLACO, TEXAS 78596

INTER NATIO  3ANK
Weslac

NON AVAILABLE

11/20/2014

PAY TO THE
ORDER OF    KEVIN JEWELL

$   ******750.00

Seven Hundred Fifty-& 00/100 Dollars

——————————————————————  DOLLARS

TEXAS RIOGRANDE LEGAL AID, INC.
VOID AFTER 90 DAYS

NON-NEGOTIABLE

MEMO

⑈096831⑈ ⑆111491552272⑆ ⑈00 0907 5⑈

TEXAS RIOGRANDE LEGAL AID, INC.

96831

J0129    JEWELL, KEVIN                    CK/Dep# 96831        11/20/2014      $ ******750.00

PROJECT: TRLA VOTER ID 8/13-8/15



NON-NEGOTIABLE

TEXAS RIOGRANDE LEGAL AID, INC.

96831

JEWELL, KEVIN  (J0129)
507 ZENNIA STREET
AUSTIN, TX 78751

NON-NEGOTIABLE

MSF5001-2                TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 800-221-7419              Y08SF002534

**Detail of Hours for 8/15 Deposition**

Contractor Name: Kevin Jewell
Address: 507 Zennia St Austin TX 78751
Phone: 512-743-7633
Project: TRLA Voter ID

| date | hours | detail |
|------|-------|--------|
| 8/13/14 | 1.5 | Compile documents for subpoena |
| 8/14/14 | 4.5 | Depo prep |
| 8/15/14 | 1.5 | Depo prep and deposition |

| | | |
|---|---|---|
| **Total** | 7.5 | |
| **Rate** | $100.00 | |
| **Amount Due** | $750.00 | |



94343

**TEXAS RIOGRANDE LEGAL AID, INC.**
300 S. TEXAS BLVD. (956) 447-4800 383-0641
WESLACO, TEXAS 78596



INTER NATI BANK
Wesla K

NON AVAILABLE

3/13/2014

PAY TO THE
ORDER OF    KEVIN JEWELL               $   *****3620.00

Three Thousand Six Hundred Twenty-& 00/100 Dollars          DOLLARS

TEXAS RIOGRANDE LEGAL AID, INC.
VOID AFTER 90 DAYS

**NON-NEGOTIABLE**

MEMO

⑈094343⑈ ⑆114915272⑆ ⑈00 0907 5⑈

TEXAS RIOGRANDE LEGAL AID, INC.            94343

J0129    JEWELL, KEVIN          CK/Dep# 94343     3/13/2014     $ *****3620.00

PROJECT: TRLA VOTER ID



**NON-NEGOTIABLE**

TEXAS RIOGRANDE LEGAL AID, INC.            94343

JEWELL, KEVIN (J0129)
507 ZENNIA STREET
AUSTIN, TX 78751

**NON-NEGOTIABLE**

MSF5001-2        TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 800-221-7419        G1BLRS00010000    Y08SF002534

**Detail of Hours for the period 1/1/14 - 2/18/14**

Contractor Name: Kevin Jewell
Address: 507 Zennia St Austin TX 78751
Phone: 512-743-7633
Project: TRLA Voter ID

| date | hours | detail |
|---|---|---|
| 1/7/14 | 0.7 | client call |
| 1/13/14 | 1.0 | client call, frame report draft |
| 1/14/14 | 0.5 | draft client questions |
| 1/21/14 | 1.0 | review documents |
| 1/22/14 | 0.5 | client call |
| 1/23/14 | 2.0 | review census data |
| 1/27/14 | 1.5 | review documents |
| 1/28/14 | 1.0 | client call |
| 1/30/14 | 3.5 | review data |
| 2/5/14 | 2.0 | client call, review data |
| 2/6/14 | 5.5 | draft report, analysis |
| 2/7/14 | 3.5 | draft report, analysis |
| 2/10/14 | 4.5 | draft report, analysis |
| 2/11/14 | 3.5 | client call, draft report |
| 2/12/14 | 2.0 | draft report, analysis |
| 2/13/14 | 2.0 | draft report, analysis |
| 2/18/14 | 1.5 | client call, followup |

| | | |
|---|---|---|
| **Total** | 36.2 | |
| **Rate** | $100.00 | |
| **Amount Due** | $3,620.00 | |

PAID
MAR 13 2014

95610



**TEXAS RIOGRANDE LEGAL AID, INC.**
300 S. TEXAS BLVD. (956) 447-4800 383-0641
WESLACO, TEXAS 78596



INTER NATIO   ANK
Weslaco

NON AVAILABLE

7/24/2014

PAY TO THE
ORDER OF   KEVIN JEWELL

$ *****5600.00

Five Thousand Six Hundred & 00/100 Dollars

DOLLARS

TEXAS RIOGRANDE LEGAL AID, INC.
VOID AFTER 90 DAYS

N O N - N E G O T I A B L E

MEMO

⑆095610⑆ ⑆114915272⑆ ⑆00 0907 5⑆

---

TEXAS RIOGRANDE LEGAL AID, INC.

95610

J0129   JEWELL, KEVIN          CK/Dep# 95610   7/24/2014   $ *****5600.00

PROJECT:TRLA VOTER ID 6/1/14-6/27/14



JUL 24 2014

N O N - N E G O T I A B L E

---

TEXAS RIOGRANDE LEGAL AID, INC.

95610

---

JEWELL, KEVIN (J0129)
507 ZENNIA STREET
AUSTIN, TX 78751

N O N - N E G O T I A B L E

MSF9001-2          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 800-221-7419          Y08SF002534

231 046783 SLXRX5 05/12/2014 00:09

**Detail of Hours for the period 6/1/14 - 6/27/14**

Contractor Name: Kevin Jewell
Address: 507 Zennia St Austin TX 78751
Phone: 512-743-7633
Project: TRLA Voter ID

| date | hours | detail |
|------|-------|--------|
| 6/11/14 | 6.0 | review documents, prepare exhibits |
| 6/12/14 | 3.5 | review documents, draft report |
| 6/13/14 | 1.5 | draft report. |
| 6/20/14 | 7.5 | draft report. |
| 6/23/14 | 7.0 | draft report |
| 6/24/14 | 5.0 | finalize exhibits |
| 6/25/14 | 8.5 | finalize report |
| 6/26/14 | 10.0 | finalize report |
| 6/27/14 | 7.0 | finalize report |

| | | |
|------|-------|--------|
| **Total** | 56.0 | |
| **Rate** | $100.00 | |
| **Amount Due** | $5,600.00 | |



**TEXAS RIOGRANDE LEGAL AID, INC.**
300 S. TEXAS BLVD. (956) 447-4800 383-0641
WESLACO, TEXAS 78596

INTER NATIO ANK
Weslaco

NON AVAILABLE

96565

10/30/2014

PAY TO THE
ORDER OF   LELAND BEATTY

$ ****10000.00

Ten Thousand & 00/100 Dollars

——————————————————————— DOLLARS

TEXAS RIOGRANDE LEGAL AID, INC.
VOID AFTER 90 DAYS

NON-NEGOTIABLE

MEMO

⑈096565⑈ ⑆114915272⑆ ⑈00 0907 5⑈

TEXAS RIOGRANDE LEGAL AID, INC.                                          96565

B0272    BEATTY, LELAND            CK/Dep# 96565      10/30/2014      $ ****10000.00



PAID
OCT 3 0 2014

NON-NEGOTIABLE

TEXAS RIOGRANDE LEGAL AID, INC.                                          96565

BEATTY, LELAND  (B0272)
1103 UPLAND DRIVE
AUSTIN, TX 78741

NON-NEGOTIABLE

MSF6001-2                    TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 800-221-7419                    Y08SF002534

Leland Beatty
1103 Upland Drive
Austin, Texas 78741

INVOICE

For services rendered.

- Review of multiple data sets provided in the voter id case
- Analysis for patterns in voters without id
- Preparation and delivery of report on analysis
- Discussion and consultations on various aspects of case and data issues

TOTAL          $10,000



**Taylor Exhibit E**

**Travel Expenses (Clients)**

TEXAS RIOGRANDE LEGAL AID, INC.
OUT OF TOWN TRAVEL EXPENSE FORM

\* Must be completed by the employee and verified and approved by Branch Manager within fifteen (15) working days after expense was incurred.

| | | |
|---|---|---|
| Name: Robert W. Doggett | Office: Austin | |
| Destination: Coastal Bend area | File Number: | VID07 |
| Purpose of Trip: Outreach to Senior Centers of Costal Bend to educate on new voting requirements | | |

| | | | | | |
|---|---|---|---|---|---|
| Departed from: | Home | Austin Office | Time of Departure: | Date | 9/3/13 |
| Returned to: | Home | Austin Office | Time of Return: | Date | 9/4/13 |

**Personal Automobile Use**

| | | | | Miles Driven |
|---|---|---|---|---|
| Date 9/3/13 | From: Austin | To: Edna | | 156 |
| | Beginning: Edna | Ending: Victoria office | Odometer #'s | |
| Date | From: Victoria office | To: Corpus Christi office | | 115 |
| | Beginning: Corpus Christi | Ending: Corpus Christi office | Odometer #'s | |
| Date 9/4/13 | From: Rockport | To: Sinton office | | 63 |
| | Beginning: Sinton office | Ending: Beeville office | Odometer #'s | |
| Date | From: Beeville office | To: Refugio | | 187 |
| | Beginning: Refugio | Ending: Austin | Odometer #'s | |

Miles are paid at $0.45    Total Miles: 522
Total Allowance for Personal Automobile Use: $234.90

**Air Fare**
\*\*Receipts required\*\*

| DEPARTURE DATE | TIME | FROM | TO | ARRIVAL DATE | TIME |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Total Air Fare Expense

Did TRLA pay airfare in advance, please place an X in the following    YES [ ]    NO [ ]

**Meal Allowance:**

| DATE(S) of Trip | Cost |
|---|---|
| 09/03/13 | $30.00 |
| 09/04/13 | $30.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| Total Meal Expenses | $80.00 |

**Lodging Allowance:**
\*\*Receipts required\*\*

| DATE(S) | # of Nights | | Amt Per Day | Cost |
|---|---|---|---|---|
| 9/3/13 | 1 | Night&Tax | $119.60 | $119.60 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Total Lodging Expenses | | $119.60 |

**Other Expenses:**
\*\*Receipts required\*\*

| EXPENSES | Date | Cost |
|---|---|---|
| Cab Fare | | |
| Car Rental | | |
| Shuttle | | |
| Parking | | |
| Tips & Incidentals | | |
| (Explain) | | |
| | Total of Other Expenses | $0.00 |

Grand Total $    414.50

PAID OCT 15 2013

| | | | |
|---|---|---|---|
| Amount Claimed: $ | 414.50 | | |
| ADVANCE RECEIVED: $ | 0.00 | Amount Due Traveler : $ | 414.50 |
| Advance Check Number: | | Amount Due TRLA : $ | |
| Advanced Airfare: $ | 0.00 | | |

10/8/13
31

I certify that this statement, the attachments and amounts claimed are true, correct, and complete and that payment for the amount claimed has not been received.

Employee Signature _____    Date 9/30/13

Primary Supervisor's Signature _____    Date 10/3/u.

**FOR ACCOUNTING USE ONLY**

Account No: _____    Account No: _____
Account No: _____    Account No: _____

RECEIVED OCT - 2 2013

**BEST WESTERN PARADISE INN**

6301 SOUTH PADRE ISLAND DRIVE
CORPUS CHRISTI, TX 78412



**THE WORLD'S LARGEST HOTEL CHAIN®**

(361) 992-3100

09/04/2013 08:30 AM

| | |
|---|---|
| **Room #** | 234-A |
| **Conf #** | 42471 |
| **Arrival** | 09/03/13 |
| **Departure** | 09/04/13 |

**Registered To:**

DOGGETT, ROBERT WAYNE
4308 BELLVUE AVENUE
AUSTIN, TX 78756

| | |
|---|---|
| **Room Type** | QQNS-2 QUEEN |
| **Guests** | 2 / 0 |

(512) 374-2725

| | |
|---|---|
| **Payment** | Visa/Master |
| **Acct** | XXXX-XXXX-XXXX-9651 |

| Posting | Oper | AcctCo | Description | From | Reference | Amount |
|---------|------|--------|-------------|------|-----------|--------|
| 09/03/13 | Karen | RC | ROOM CHRG REVENUE | | | $104.00 |
| 09/03/13 | Karen | 9C | CITY TAX | | | $9.36 |
| 09/03/13 | Karen | 91S | STATE TAX | | | $6.24 |
| 09/04/13 | Karen | VS | PAYMENT VISA/MC | | 9651 - 00667D | $119.60- |

| | |
|---|---|
| **Balance Due** | $0.00 |



THE UNDERSIGNED GUEST AGREES TO PAY THE AMOUNT INDICATED ON THE BALANCE DUE PORTION OF THIS INVOICE. IF THE CHARGES ARE TO BE BILLED TO A THIRD PARTY, THE UNDERSIGNED AGREES TO BE PERSONALLY LIABLE FOR PAYMENT
OF THE CHARGES IN THE EVENT THAT THE INDICATED THIRD PARTY, PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF SUCH CHARGES.

_____
Signature

**TEXAS RIOGRANDE LEGAL AID, INC.**
**LOCAL TRAVEL MILEAGE REIMBURSEMENT FORM**

Page _____ Of _____

**Name** Priscilla Noriega    **Office** Brownsville

\* Must be completed by the employee and verified and approved by Branch Manager within fifteen (15) working days after expense was incurred.

| DATE | PURPOSE * (case number) | DESTINATION From | To | RT** or OW*** | Depart | Return | TOTAL HOURS | PER**** DIEM | ODOMETER READINGS Begin | End | TOTAL MILEAGE | ~ OTHER EXPENSES | TOTAL AMOUNT CLAIMED |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 5/21/14 | 1.07-10592 BRW | Raymondville | Raymondville | RT | 8:30 a.m. | 2:30 p.m. | 6 | $ - | 137,692 | 137,794 | 102.00 | $ - | $ 45.90 |
| 5/28/14 | 1.07-10597 BRW | Raymondville | Raymondville | RT | 8:30 a.m. | 1:30 p.m. | 5 | $ - | 137,826 | 137,931 | 105.00 | $ - | $ 47.25 |
| 5/30/14 | 1.07-10591 BRW | Raymondville | Raymondville | RT | 7:30 a.m. | 1:30 p.m. | 6 | $ - | 137,952 | 138,049 | 97.00 | $ - | $ 43.65 |
|  |  |  |  |  |  |  |  | $ - |  |  |  | $ - | $ - |
|  |  |  |  |  |  |  |  | $ - |  |  |  | $ - | $ - |
|  |  |  |  |  |  |  |  | $ - |  |  |  | $ - | $ - |
|  |  |  |  |  |  |  |  | $ - |  |  |  | $ - | $ - |
|  |  |  |  |  |  |  |  | $ - |  |  |  | $ - | $ - |
|  |  |  |  |  |  |  |  | $ - |  |  |  | $ - | $ - |
|  |  |  |  |  |  |  |  | $ - |  |  |  | $ - | $ - |
|  |  |  |  |  |  |  |  | $ - |  |  |  | $ - | $ - |
| **TOTALS** |  |  |  |  |  |  |  | $ - |  |  | $ - | $ - | $ 136.80 |

\* Use the following codes and briefly explain.     \*\*RT- Round Trip   \*\*\*OW - One Way     \*\*\*\*Total time spend away from home or office     ~ If applicable

1 - Client Services (include case #)      3 - Training in service area
- Community Education      4 - Administration

Miles are paid at $0.45

Please read the following statement and check the box if you agree

☑  I certify that the amounts and attachments claimed on this statement are true and correct and that payment of the amount claimed has not been received.

Employee Signature _____   Date 6/2/14

Primary Supervisor's Signature _____   Date

**FOR ACCOUNTING USE ONLY**
ACCT. NO: _____
ACCT. NO: _____
ACCT. NO: _____

RECEIVED JUN - 3 2014

ACCT. NO: _____
ACCT. NO: _____

JUN - 5 2014

VIDa

**TEXAS RIOGRANDE LEGAL AID, INC.**
**OUT-OF-TOWN TRAVEL EXPENSE FORM**

9015

* Must be completed by the employee and verified and approved by Branch Manager within fifteen (15) working days after expense was incurred.

| | | | | |
|---|---|---|---|---|
| Name: | JOSE GARZA | | Office | SAN ANTONIO |
| Destination | Edinburg to Sebastia to Raymondville to Harlingen to Weslaco & SA | | File Number | VID 07 and NIX 08 |
| Purpose of Trip: | Trial preparation on these two cases with Attorneys. | | | |

01  01

| Departed from: | X | Home | | Office | Time of Departure: | 7:50 a.m. | Date | 12/10/13 |
|---|---|---|---|---|---|---|---|---|
| Returned to: | X | Home | | Office | Time of Return: | 5:00 p.m. | Date | 12/11/13 |

**Personal Automobile Use**

| | Date | | From: | Home | | To: | Home | | | Miles Driven |
|---|---|---|---|---|---|---|---|---|---|---|
| | 12/10/13 | Beginning | | 77777 | Ending | | 78408 | Odometer #'s | | 631 |
| Date | | From: | | | To: | | | | | |
| | | Beginning | | | Ending | | | Odometer #'s | | 0 |
| Date | | From: | | | To: | | | | | |
| | | Beginning | | | Ending | | | Odometer #'s | | 0 |
| Date | | From: | | | To: | | | | | |
| | | Beginning | | | Ending | | | Odometer #'s | | 0 |

Miles are paid at $0.45   Total Miles   631
Total Allowance for Personal Automobile Use   $283.95

**Air Fare**
**\*\*Receipts required\*\***

| DEPARTURE DATE | TIME | FROM | TO | ARRIVAL DATE | TIME |
|---|---|---|---|---|---|
| Not Applicable | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Total Air Fare Expense

Did TRLA pay airfare in advance, please place an X in the following   YES _____   NO   X

**Meal Allowance:**

| DATE(S) of Trip | Cost |
|---|---|
| 12/10/13 | $30.00 |
| 12/11/13 | $30.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| 30   Total Meal Expenses | $60.00 |

**Lodging Allowance:**
**\*\*Receipts required\*\***

| DATE(S) | # of Nights | | Amt Per Day | Cost |
|---|---|---|---|---|
| 12/10/13 | 1 | Night&Tax | $84.80 | -   $84.80 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Total Lodging Expenses | | $84.80 |

**Other Expenses:**
**\*\*Receipts required\*\***

| EXPENSES | Date | Cost |
|---|---|---|
| Cab Fare | | |
| Car Rental | | |
| Shuttle | | |
| Parking | | |
| Tips & Incidentals | | |
| (Explain) | | |
| Total of Other Expenses | | $0.00 |

Grand Total $   428.75

FAXD
DEC 19 2013

| Amount Claimed: $ | 428.75 |
|---|---|
| ADVANCE RECEIVED: $ | 0.00 |
| Advance Check Number: | |
| Advanced Airfare: $ | 0.00 |

Amount Due Traveler : $   428.75
Amount Due TRLA : $

I certify that this statement, the attachments and amounts claimed are true, correct, and complete and that payment for the amount claimed has not been received.

Employee Signature _____   Date   12-12-13   Primary Supervisor's Signature _____   Date

**FOR ACCOUNTING USE ONLY**

Account No: _____   Account No: _____

Account No: _____   Account No: _____

RECEIVED
DEC 16 2013



| | | 105 | 12-11-13 |
|---|---|---|---|

| | | |
|---|---|---|
| **Jose Garza**<br>**7414 Robin Rest Dr**<br>**San-Antonio TX 78209-3134**<br>**US** | Folio No.  :<br>A/R Number  :<br>Group Code  :<br>Company  : **Business**<br>Membership No. : **PC   966822935**<br>Invoice No.  : | Room No. :  **118**<br>Arrival  :  **12-10-13**<br>Departure :  **12-11-13**<br>Conf. No. :  **63440039**<br>Rate Code :  **IDAAA**<br>Page No.  : **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-10-13 | *Accommodation | 75.05 | |
| 12-10-13 | State Tax - Room | 4.50 | |
| 12-10-13 | City Tax - Room | 5.25 | |
| 12-11-13 | American Express | | 84.80 |
| | XXXXXXXXXXX3002 | | |

Thank you for staying at the Holiday Inn Express Weslaco . Qualifying points for this stay will automatically be credited to your account.  To make additional reservations online, update your account information or view your statement please visit www. priorityclub.com. We look forward to welcoming you back soon.

**Total**     84.80     84.80

**Balance**     0.00

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Independently Owned and Operated by RGV Express Limited

PAID
DEC 1 9 2013

Holiday Inn Express Weslaco Hotel and Suites
421 S. International Blvd.
Weslaco, TX 78596
Telephone: (956) 973-2222   Fax: (956) 968-9222

OUT-OF-TOWN TRAVEL EXPENSE FORM

* Must be completed by the employee and verified and approved by Branch Manager within fifteen (15) working days after expense was incurred.

| | | | | |
|---|---|---|---|---|
| Name: | JOSE GARZA | | Office | SAN ANTONIO |
| Destination | BROWNSVILLE then RIVERA | | File Number | VID 07 |
| Purpose of Trip: | Trial preparation | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Departed from: | X | Home | Office | Time of Departure: | 8:00 a.m. | Date | 12/17/13 |
| Returned to: | X | Home | Office | Time of Return: | 8:00 p.m. | Date | 12/18/13 |

Personal Automobile Use

| Date | | From | | To | | Odometer #'s | Miles Driven |
|---|---|---|---|---|---|---|---|
| Date 12/17/13 | Beginning | San Antonio | 55000 | Brownsville/Rivera Ending | 55404.9 | Odometer #'s | 404.9 |
| Date 12/17/13 | Beginning | Rivera | 55404.9 | San Antonio Ending | 55587.1 | Odometer #'s | 182.2 |
| Date | Beginning | From: | | To: Ending | | Odometer #'s | 0 |
| Date | Beginning | From: | | To: Ending | | Odometer #'s | 0 |

Miles are paid at $0.45     Total Miles    587.1

Total Allowance for Personal Automobile Use   $264.18 / 26

Air Fare
**Receipts required**

| DEPARTURE DATE | TIME | FROM | TO | ARRIVAL DATE | TIME |
|---|---|---|---|---|---|
| Not Applicable | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Air Fare Expense | |

Did TRLA pay airfare in advance, please place an X in the following   YES _____   NO _____

Meal Allowance:

| DATE(S) of Trip | | Cost |
|---|---|---|
| | 12/17/13 | $30.00 |
| | 12/18/13 | $30.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | 30 | $0.00 |
| | Total Meal Expenses | $60.00 |

Lodging Allowance:
**Receipts required**

| DATE(S) | # of Nights | | Amt Per Day | Cost |
|---|---|---|---|---|
| 12/17/13 | 1 | Night&Tax | $89.27 | $89.27 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | | Total Lodging Expenses | $89.27 |

Other Expenses:
**Receipts required**

| EXPENSES | Date | Cost |
|---|---|---|
| Cab Fare | | |
| Car Rental | | |
| Shuttle | | |
| Parking | | |
| Tips & Incidentals | | |
| (Explain) | | |
| | Total of Other Expenses | $0.00 |

Grand Total $   413.46

| | | |
|---|---|---|
| Amount Claimed: $ | 413.46 | |
| ADVANCE RECEIVED: $ | 0.00 | Amount Due Traveler : $   413.46 |
| Advance Check Number: | | Amount Due TRLA : $   413.46 |
| Advanced Airfare: $ | 0.00 | |

PAID JAN 1 6 2014

I certify that this statement, the attachments and amounts claimed are true, correct, and complete and that payment for the amount claimed has not been received.

Employee Signature _____   Date  1-7-14

Primary Supervisors Signature _____   Date _____

FOR ACCOUNTING USE ONLY
Account No: 7445-35-00-01          Account No: _____
Account No: _____                Account No: _____

RECEIVED JAN 1 0 2014

A1008

**OUT-OF-TOWN TRAVEL EXPENSE FORM**

*Must be completed by the employee and verified and approved by Branch Manager within fifteen (15) working days after expense was incurred*

Name: Robert Doggett     Office: Austin
Destination File Number: VID07, CIT19
Purpose of Trip: Austin, Kenedy, Corpus Christi

Departed from:  X  Home _____ Office     Time of Departure: _____  Date 6/25/14
Returned to:  X  Home _____ Office     Time of Return: _____  Date 6/26/14

**Personal Automobile Use**

| Date | From / To | Odometer #'s | Miles Driven |
|---|---|---|---|
| 6/25/14 | From: Austin / Ending To: Kenedy | | 107 |
| 6/25/14 | From: Kenedy / Ending To: Corpus Christi | | 93 |
| 6/26/14 | From: Corpus Christi / Ending To: Kenedy | | 93 |
| 6/26/14 | From: Kenedy / Ending To: Corpus Christi | | 107 |

400 X .45 = 180

Miles are paid at $0.50     Total Miles: 0
Total Allowance for Personal Automobile Use: $0.00

**Air Fare**
**Receipts required**

| DEPARTURE DATE | TIME | FROM | TO | ARRIVAL DATE | TIME |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Total Air Fare Expense
Did TRLA pay airfare in advance, please place an X in the following   YES _____   NO _____

**Meal Allowance:**

| DATE(S) of Trip | | Cost |
|---|---|---|
| 6/25/14 — 6/26/14 | | $0.00 |
| Meals for me, client, | PAID JUL 31 2014 | $0.00 |
| law clerk. | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |

$30.00
35.00

RECEIVED JUL 24 2014

Total Meal Expenses

**Lodging Allowance:**
**Receipts required**

| DATE(S) | # of Nights | | Amt Per Day | Cost |
|---|---|---|---|---|
| 6/25–6/26 | 1 | Night&Tax | 139.95 + tax | $0.00 |
| | | Night&Tax | | $0.00 |
| (law clerk and | | Night&Tax | attached | $0.00 |
| I shared room) | | Night&Tax | receipt. | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |

$160.95

Total Lodging Expenses   $0.00

**Other Expenses**
**Receipts required**

| EXPENSES | Date | Cost |
|---|---|---|
| Cab Fare | | |
| Car Rental | | |
| Shuttle | | |
| Parking | | |
| Tips & Incidentals | | |
| (Explain) | | |

Total of Other Expenses   $0.00

$370.95
375.95

I combined two trips into one to save $.
One trip was to prep a client for depo in Kenedy
on 6/25 and then defend depo on 6/26
#VID07. The other
was for community ed in Corpus Christi night of 6/25/14.
#CIT19

Amount Claimed: $ 0.00
ADVANCE RECEIVED: $ 0.00
Advance Check Number: _____
Advanced Airfare: $ 0.00

Grand Total $ 0.00
Amount Due Traveler: $ _____
Amount Due TRLA: $ _____

I certify that this statement, the attachments and amounts claimed are true, correct and complete and that payment for the amount claimed has not been received.

Employee Signature _____   Date 7/21/14
Primary Supervisor's Signature _____   Date 7/28/14

**FOR ACCOUNTING USE ONLY**

Account No: _____     Account No: _____
Account No: _____     Account No: _____



## Emerald Beach Hotel

|  |  | 121 | 06-26-14 |
|---|---|---|---|

| robert doggett | Folio No. | : | Room No. : | 0313 |
|---|---|---|---|---|
| 4308 bellvue avenue | A/R Number | : | Arrival | : **06-25-14** |
| Austin TX 78756 | Group Code | : | Departure | : **06-26-14** |
| US | Company | : | Conf. No | : **2622482** |
|  | Invoice No. | : | Rate Code | : **IGCOR** |
|  | Reference No. | : | Page No. | : **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-25-14 | *Room | 139.95 | |
| 06-25-14 | State Hotel Tax | 8.40 | |
| 06-25-14 | City Hotel Tax | 12.60 | |
| | **Total** | 160.95 | 0.00 |
| | **Balance** | 160.95 | |

Guest Signature: _____

**(Owned by Shoreline Hotel Venture LP and Operated by Kirby Hotel Management Co)**



PAID
JUL 3 1 2014

I have received the goods and / or services in the amount shown hereon. I agree that my liability for this bill is not waived and agree to be
held personally liable in the event that the indicated person, company, or association fails to pay for any part or the full amount of these
charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Emerald Beach Hotel
1102 S. Shoreline Blvd
Corpus Christi, TX 78401
Telephone: (361) 883-5731   Fax: (361) 883-9079

TEXAS RIOGRANDE LEGAL AID, INC.
OUT-OF-TOWN TRAVEL EXPENSE FORM

9019

\* Must be completed by the employee and verified and approved by Branch Manager within fifteen (15) working days after expense was incurred.

| | | | | |
|---|---|---|---|---|
| Name: | jose garza | | Office | san antonio |
| Destination | Willacy County, Harlingen | | File Number | |
| Purpose of Trip: | client meeting, co-counsel meeting | | | vid07 |

01

| | | | | | | |
|---|---|---|---|---|---|---|
| Departed from: | Home | x | Office | Time of Departure: | 2:00pm | Date | 5/8/17 |
| Returned to: | x | Home | Office | Time of Return: | 5:00pm | Date | 5/9/17 |

Personal Automobile Use

| Date | From: | To: | | Miles Driven |
|---|---|---|---|---|
| | Beginning | Ending | Odometer #'s | 0 |
| Date | From: | To: | | |
| | Beginning | Ending | Odometer #'s | 0 |
| Date | From: | To: | | |
| | Beginning | Ending | Odometer #'s | 0 |
| Date | From: | To: | | |
| | Beginning | Ending | Odometer #'s | 0 |

Miles are paid at $0.53    **Total Miles** 0
**Total Allowance for Personal Automobile Use** $0.00

Air Fare
\*\*Receipts required\*\*

| DEPARTURE DATE | TIME | FROM | TO | ARRIVAL DATE | TIME |
|---|---|---|---|---|---|
| 5/8/17 | 3:00pm | Austin | Harlingen | 5/8/17 | 4:00pm |
| | | | | | |
| | | | | | |

Did TRLA pay airfare in advance, please place an X in the following  **Total Air Fare Expense** $203.98
YES _____   NO x

Meal Allowance:

| DATE(S) of Trip | | Cost |
|---|---|---|
| | 05/08/17 | $45.00 |
| | 05/09/17 | $45.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| **Total Meal Expenses** | | $90.00 |

RECEIVED
MAY 1 5 2017
L:_____

Lodging Allowance:
\*\*Receipts required\*\*

| DATE(S) | # of Nights | | Amt Per Day | Cost |
|---|---|---|---|---|
| 5/8/17 | 1 | Night&Tax | $102.33 | $102.33 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | **Total Lodging Expenses** | | $102.33 |

Other Expenses:
\*\*Receipts required\*\*

| EXPENSES | Date | Cost |
|---|---|---|
| Cab Fare | | |
| Car Rental | 5/8/17 | $19.00 |
| Shuttle | | |
| Parking | | |
| Tips & Incidentals | | $2.00 |
| (Explain) | | |
| **Total of Other Expenses** | | $21.00 |

Not eligible.

PAID
MAY 17 2017
F :_____

**Grand Total $** 417.31

| | | |
|---|---|---|
| Amount Claimed: $ | 417.31 | Amount Due Traveler : $ 417.31 |
| ADVANCE RECEIVED: $ | 0.00 | Amount Due TRLA : $ |
| Advance Check Number: | | |
| Advanced Airfare: $ | 0.00 | |

$15.31
5/14/17 DT.

I certify that this statement, the attachments and amounts claimed are true, correct, and complete and that payment for the amount claimed has not been received.

| | | | |
|---|---|---|---|
| _Jose Garza_ | 5/11/17 | _signature_ | |
| Employee Signature | Date | Primary Supervisor's Signature | Date |

FOR ACCOUNTING USE ONLY

| | |
|---|---|
| Account No: _____ | Account No: _____ |
| Account No: _____ | Account No: _____ |

**From:** Southwest Airlines <SouthwestAirlines@luv.southwest.com>
**To:** garzpalm <garzpalm@aol.com>
**Subject:** Flight reservation (5QB344) | 08MAY17 | AUS-HRL | Garza/Jose
**Date:** Fri, May 5, 2017 4:08 pm

PAID
MAY 17 2017

F :_____

Thanks for choosing Southwest® for your trip.

# Southwest's

👤 Log in | View my itinerary

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |

## Ready for takeoff!

Thanks for choosing Southwest® for your trip. You'll find everything you need to know about your reservation below. Happy travels!



✈ **Air itinerary**

## AIR Confirmation: 5QB344

Confirmation Date: 05/5/2017

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| GARZA/JOSE | 704266 | 5262102798478 | May 5, 2018 | 1059 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Mon May 8 | 277 | Depart AUSTIN, TX (AUS) on Southwest Airlines at **3:00 PM** Arrive in HARLINGEN, TX (HRL) at **4:00 PM** Travel Time 1 hrs 0 mins <u>Senior</u> |



✔ **Check in for your flight(s):** 24 hours before your trip on <u>Southwest.com</u> or your mobile device to secure your boarding position. You'll be assigned a boarding position based on your check-in time. The earlier you check in within 24 hours of your flight, the earlier you get to board.



🛄 **Bags fly free®:** First and second checked bags. <u>Weight and size limits apply.</u> One small bag and one personal item are permitted as carryon items, free of charge.

🕐 **30 minutes before departure:** We encourage you to arrive in the gate area no later than 30 minutes prior to your flight's scheduled departure as we may begin boarding as early as 30 minutes before your flight.

🕐 **10 minutes before departure:** You must obtain your boarding pass(es) and be in the gate area for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.

Save up to 30%
Plus earn up to 2,400 Rapid Rewards® points.
Let's go!
Budget

EarlyBird Check-In
Let us take care of check-in for you.
Get it now

🏨 Add a hotel
✔ Earn Rapid Rewards® points
✔ Best rate guarantee
✔ Free cancellation
Book a hotel ›

🚗 Add a rental car
✔ Earn Rapid Rewards® points
✔ Guaranteed low rates
✔ Free cancellation
Book a car ›



**If you do not plan to travel on your flight:** In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

Need to make a change? Keep your confirmation number on record. It will be used to retrieve your reservation and apply funds to future travel.

**Air Cost:** 203.98

**Travel more for less.**

Exclusive deals for your favorite destinations.

Sign up and save >

**Southwest**
Rapid Rewards

✓ Unlimited reward seats
✓ No blackout dates
✓ Redeem for International flights and more

Enroll now >

Fare Rule(s): 5262102798478: NONTRANSFERABLE/AGE 65 OR OVER/ID REQUIRED.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

AUS WN HRL176.54QCD 176.54 END ZPAUS XFAUS4.5 AY5.60$AUS5.60

 Learn about our boarding process ➚

 Learn about inflight WiFi & entertainment ➚

## Cost and Payment Summary

✈ **AIR - 5QB344**

| | | | Payment Information |
|---|---|---|---|
| Base Fare | $ | 176.54 | Payment Type: Amer Express XXXXXXXXXXX3002 |
| Excise Taxes | $ | 13.24 | Date: May 5, 2017 |
| Segment Fee | $ | 4.10 | Payment Amount: $203.98 |
| Passenger Facility Charge | $ | 4.50 | |
| September 11th Security Fee | $ | 5.60 | |
| Total Air Cost | $ | 203.98 | |

MAY 17 2017

| **Useful Tools** | **Know Before You Go** | **Special Travel Needs** |
|---|---|---|
| Check In Online | In the Airport | Traveling with Children |
| Early Bird Check-In | Baggage Policies | Traveling with Pets |
| View/Share Itinerary | Suggested Airport Arrival Times | Unaccompanied Minors |
| Change Air Reservation | Security Procedures | Baby on Board |
| Cancel Air Reservation | Customers of Size | Customers with Disabilities |
| Check Flight Status | In the Air | |
| Flight Status Notification | Purchasing and Refunds | |
| Book a Car | | |
| Book a Hotel | | |

## Legal Policies & Helpful Information

| Privacy Policy | Customer Service Commitment | Contact Us |
|---|---|---|
| Notice of Incorporated Terms | FAQs | |

Book Air | Book Hotel | Book Car | Book Vacation Packages | See Special Offers | Manage My Account

# Country Inn And Suites By Carlson Harlingen, Tx

## 3825 South Expressway 83, Harlingen, Texas 78550

## Your Reservation Receipt

| | |
|---|---|
| Booking Number | WF9F9K8 |
| Guest Name | Jose Garza |
| Check In | Monday, May 8, 2017 @ 3:00 PM |
| Check Out | Tuesday, May 9, 2017 @ 11:00 AM |
| Room Type | Double Occupancy Room, Assigned By Hotel At Check In |
| Length of Stay | 1 Night |

Cancellation Policy
Immediately upon confirmation, this booking is completely non-refundable. Changes
without penalty are also not guaranteed.

## Payment and Rate Information

| | |
|---|---|
| Average Room Cost Per Night | $91.00 USD |
| Total Room Cost for 1 Night | $91.00 USD |
| **Payment Information** | |
| Taxes & Fees | $11.33 USD |
| Total Charges | $102.33 USD |

Important Information

Minimum age for check in is 21 years old with a valid ID and credit card. No-show is
subjected to full charge penalty.

| | |
|---|---|
| Card | AMEX ending in 3002 |
| Status | Confirmed - paid in full on 07 May 2017 |

The above charges will appear on your card from RTI*SWHotels Country Inn

PAID
MAY 1 7 2017

**RECEIPT** DATE 04·08·17 _____ No. 392349

RECEIVED FROM *Platinum Transportation*   $ 19.00

PAID
MAY 17 2017   DOLLARS

○ FOR RENT   TAXI
○ FOR _____

| ACCOUNT | | | ○ CASH |
| PAYMENT | 19 | 00 | ○ CHECK |
| BAL. DUE | 0 | | ○ MONEY ORDER |
| | | | ○ CREDIT CARD |

FROM   VIA   TO Courty Inn
BY VAL N.

PAID
MAY 17 2017

**Taylor Exhibit F**

**Travel Expenses (Depositions, Hearings, Trial)**

9019

**TEXAS RIOGRANDE LEGAL AID, INC.**
**OUT OF TOWN TRAVEL EXPENSE FORM**

* Must be completed by the employee and verified and approved by Branch Manager within fifteen (15) working days after expense was incurred.

| | | | |
|---|---|---|---|
| Name: | Jose Garza | Office | San Antonio |
| Destination | Corpus Christi | File Number | VID 07 |
| Purpose of Trip: | Court Hearing | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Departed from: | X | Home | Office | Time of Departure: | 6:00 a.m. | Date | 2/11/14 |
| Returned to: | X | Home | Office | Time of Return: | 6:00 p.m. | Date | 2/12/14 |

**Personal Automobile Use**

| | | | | | Miles Driven |
|---|---|---|---|---|---|
| Date | 2/11/14 | From: San Antonio | To: Corpus Christi | | 152 |
| | | Beginning 14958 | Ending 15110 Odometer #'s | | |
| Date | 2/12/14 | From: Corpus Christi | To: San Antonio | | 153 |
| | | Beginning 15110 | Ending 15263.4 Odometer #'s | | |
| Date | | From: | To: | | 0 |
| | | Beginning | Ending Odometer #'s | | |
| Date | | From: | To: | | 0 |
| | | Beginning | Ending Odometer #'s | | |
| | | | Miles are paid at $0.45 | Total Miles | 305 |
| | | | Total Allowance for Personal Automobile Use | | $137.43 |

**Air Fare**
**\*\*Receipts required\*\***

| DEPARTURE DATE | TIME | FROM | TO | ARRIVAL DATE | TIME |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Did TRLA pay airfare in advance, please place an X in the following   YES _____   NO _____

Total Air Fare Expense

**Meal Allowance:**

| DATE(S) of Trip | Cost |
|---|---|
| 02/11/14 | $30.00 |
| 02/12/14 | $30.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| Total Meal Expenses | $60.00 |

**Lodging Allowance:**
**\*\*Receipts required\*\***

| DATE(S) | # of Nights | Amt Per Day | Cost |
|---|---|---|---|
| 2/11/14 | 1  Night&Tax | $114.95 | $114.95 |
| | Night&Tax | | $0.00 |
| | Night&Tax | | $0.00 |
| | Night&Tax | | $0.00 |
| | Night&Tax | | $0.00 |
| | Night&Tax | | $0.00 |
| | Night&Tax | | $0.00 |
| | Night&Tax | | $0.00 |
| | Total Lodging Expenses | | $114.95 |

**Other Expenses:**
**\*\*Receipts required\*\***

| EXPENSES | Date | Cost |
|---|---|---|
| Cab Fare | | |
| Car Rental | | |
| Shuttle | | |
| Parking | | |
| Tips & Incidentals | | |
| (Explain) | | |
| Total of Other Expenses | | $0.00 |

| | | |
|---|---|---|
| | Grand Total $ | 312.38 |
| Amount Claimed: $   312.38 | | |
| ADVANCE RECEIVED: $   0.00 | Amount Due Traveler : $ | 312.38 |
| Advance Check Number: | Amount Due TRLA : $ | |
| Advanced Airfare: $   0.00 | | |

PAID
FEB 2 7 2014

I certify that this statement, the attachments and amounts claimed are true, correct, and complete and that payment for the amount claimed has not been received.

| | | |
|---|---|---|
| Employee Signature | 2-18-14  Date | |
| Primary Supervisor's Signature | | Date |

**FOR ACCOUNTING USE ONLY**

Account No: _____
Account No: 7445-39-00-01

RECEIVED
FEB 2 1 2014

Account No: _____
Account No: _____

# Emerald Beach Hotel

02-12-14

**N/A Jose Garza**
**7414 Robin Rest Dr.**
**san antonio TX 78209**
**US**

| Folio No. | : |
| A/R Number | : |
| Group Code | : |
| Company | : |
| Invoice No. | : |
| Reference No. | : |

Room No.  : **0617**
Arrival       : **02-11-14**
Departure  : **02-12-14**
Conf. No   : **2452953**
Rate Code :**IGBAR**
Page No.   : **1 of 1**

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 02-11-14 | *Room | 99.95 | |
| 02-11-14 | State Hotel Tax | 6.00 | |
| 02-11-14 | City Hotel Tax | 9.00 | |
| | **Total** | **114.95** | **0.00** |
| | **Balance** | **114.95** | |

Guest Signature: _____

**(Owned by Shoreline Hotel Venture LP and Operated by Kirby Hotel Management Co)**



FEB 2 7 2014

I have received the goods and / or services in the amount shown hereon. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Emerald Beach Hotel
1102 S. Shoreline Blvd
Corpus Christi, TX  78401
Telephone: (361) 883-5731   Fax: (361) 883-9079

1164

**TEXAS RIOGRANDE LEGAL AID, INC.**
**OUT OF TOWN TRAVEL EXPENSE FORM**

* Must be completed by the employee and verified and approved by Branch Manager within fifteen (15) working days after expense was incurred.

| | | | |
|---|---|---|---|
| Name: | Marinda van Dalen | Office | Brownsville |
| Destination | Corpus Christi TX- US Court | File Number: | VID07 |
| Purpose of Trip: | Status Conference Hearing | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Departed from: | | Home | X Office | Time of Departure: | 1:00 PM | Date 2/11/14 |
| Returned to: | | Home | X Office | Time of Return: | 4:30 PM | Date 2/12/14 |

**Personal Automobile Use**

| | | | | | Miles Driven |
|---|---|---|---|---|---|
| Date 2/11/14 | From: Brownsville | To: Rock Port, TX | | | |
| | Beginning | Ending | Odometer #'s | | 194 |
| Date 2/12/14 | From: Rock Port, TX | To: Brownsville | | | |
| | Beginning | Ending | Odometer #'s | | 194 |
| Date | From: | To: | | | |
| | Beginning | Ending | Odometer #'s | | 0 |
| Date | From: | To: | | | |
| | Beginning | Ending | Odometer #'s | | 0 |

Miles are paid at $0.45   Total Miles   388
Total Allowance for Personal Automobile Use   $174.60

**Air Fare**
**\*\*Receipts required\*\***

| DEPARTURE DATE | TIME | FROM | TO | ARRIVAL DATE | TIME |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | Total Air Fare Expense | | |

Did TRLA pay airfare in advance, please place an X in the following   YES   NO

**Meal Allowance:**

| DATE(S) of Trip | | Cost |
|---|---|---|
| | 02/11/14 | $30.00 |
| | 02/12/14 | $30.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | Total Meal Expenses | $60.00 |

**Lodging Allowance:**
**\*\*Receipts required\*\***

| DATE(S) | # of Nights | | Amt Per Day | Cost |
|---|---|---|---|---|
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Total Lodging Expenses | | $0.00 |

**Other Expenses:**
**\*\*Receipts required\*\***

| EXPENSES | Date | Cost |
|---|---|---|
| Cab Fare | | |
| Car Rental | | |
| Shuttle | | |
| Parking | | |
| Tips & Incidentals | | |
| (Explain) | | |
| | Total of Other Expenses | $0.00 |

Grand Total $   234.60

| | | |
|---|---|---|
| Amount Claimed: $ | 234.60 | |
| ADVANCE RECEIVED: $ | 0.00 | Amount Due Traveler : $   234.60 |
| Advance Check Number: | | Amount Due TRLA : $ |
| Advanced Airfare: $ | 0.00 | |

PAID
FEB 27 2014

I certify that this statement, the attachments and amounts claimed are true, correct, and complete and that payment for the amount claimed has not been received.

Employee Signature    Date 2/19/14    Primary Supervisor's Signature    Date

**FOR ACCOUNTING USE ONLY**
Account No: 5445-22-00-01   Account No:

Account No:   Account No:

RECEIVED
FEB 2 1 2014

A1008

**TEXAS RIOGRANDE LEGAL AID, INC.**
**OUT OF TOWN TRAVEL EXPENSE FORM**

* Must be completed by the employee and verified and approved by Branch Manager within fifteen (15) working days after expense was incurred.

Name: Robert Doggett     Office: Austin
Destination: Corpus Christi     Office File Number: V1007     01
Purpose of Trip: Status Conference

Departed from: ☒ Home ☒ Office     Time of Departure: 1:34     Date 2/11/14
Returned to: ☒ Home ☒ Office     Time of Return: 3:34     Date 2/12/14

**Personal Automobile Use**

| | | | | | Miles Driven |
|---|---|---|---|---|---|
| Date 2/11/14 | From: Beginning | | To: Ending | Odometer #'s | Goofed distance - 217 / 0 |
| Date 2/12/14 | From: Beginning | | To: Ending | Odometer #'s | 217 / 0 |
| Date | From: Beginning | | To: Ending | Odometer #'s | 0 |
| Date | From: Beginning | | To: Ending | Odometer #'s | 0 |

Miles are paid at $0.45     Total Miles $ 434 miles
Total Allowance for Personal Automobile Use  $0.00     195.30

**Air Fare**
**Receipts required**

| DEPARTURE DATE | TIME | FROM | TO | ARRIVAL DATE | TIME |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | Total Air Fare Expense | |

Did TRLA pay airfare in advance, please place an X in the following     YES _____     NO _____

**Meal Allowance:**

| DATE(S) of Trip | | Cost |
|---|---|---|
| 2/11 - 2/12/14 | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | 30 | $0.00 |
| | Total Meal Expenses | $0.00 |

30⁰⁰

**Lodging Allowance:**
**Receipts required**

| DATE(S) | # of Nights | | Amt Per Day | Cost |
|---|---|---|---|---|
| | | Night&Tax | | $0.00 |
| | | Night&Tax | (friends in Rockport) | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | | Total Lodging Expenses | $0.00 |

**Other Expenses:**
**Receipts required**

| EXPENSES | Date | Cost |
|---|---|---|
| Cab Fare | | |
| Car Rental | | |
| Shuttle | | |
| Parking | | |
| Tips & Incidentals | | |
| (Explain) | | |
| | Total of Other Expenses | $0.00 |

Grand Total $ 225.30

**PAID**
**MAR 13 2014**

3/10/16

| Amount Claimed: $ | 0.00 |
|---|---|
| ADVANCE RECEIVED: $ | 0.00 |
| Advance Check Number: | |
| Advanced Airfare: $ | 0.00 |

Amount Due Traveler: $ _____
Amount Due TRLA: $ _____

I certify that this statement, the attachments and amounts claimed are true, correct, and complete and that payment for the amount claimed has not been received.

Employee Signature     Date 3/3/14
Primary Supervisor's Signature     Date 3/11/14

**RECEIVED**
**MAR - 7 2014**

FOR ACCOUNTING USE ONLY
Account No: _____ - 48-01-01
Account No: _____

Account No: _____
Account No: _____

TEXAS RIOGRANDE LEGAL AID, INC.
OUT-OF-TOWN TRAVEL EXPENSE FORM

* Must be completed by the employee and verified and approved by Branch Manager within fifteen (15) working days after expense was incurred.

| | | | | |
|---|---|---|---|---|
| Name: | Jose Garza | Office | San Antonio | |
| Destination | Corpus Christi to Edinburg, then to Weslaco | File Number | | VID07 |
| Purpose of Trip: | Court hearing in Corpus, meeting with Expert in Edinburg and meeting in Weslaco | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Departed from: | X | Home | | Office | Time of Departure: | 6:00 a.m. | Date | 3/4/14 |
| Returned to: | X | Home | | Office | Time of Return: | 5:30 p.m. | Date | 3/6/14 |

Personal Automobile Use

| Date | 3/4/14 | From: | San Antonio | To: | Corpus, Edingburg, Wesla | | Miles Driven |
|---|---|---|---|---|---|---|---|
| | | Beginning | 15555 | Ending | 15899.06 Odometer #'s | | 344 |
| Date | 3/6/14 | From: | Weslaco | To: | San Antonio | | |
| | | Beginning | 15899.06 | Ending | 16148.6 Odometer #'s | | 250 |
| Date | | From: | | To: | | | |
| | | Beginning | | Ending | Odometer #'s | | 0 |
| Date | | From: | | To: | | | |
| | | Beginning | | Ending | Odometer #'s | | 0 |

Miles are paid at $0.45  **Total Miles** 594
**Total Allowance for Personal Automobile Use** $267.32

267.30

Air Fare
**Receipts required**

| DEPARTURE DATE | TIME | FROM | TO | ARRIVAL DATE | TIME |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Air Fare Expense | |

Did TRLA pay airfare in advance, please place an X in the following     YES _____     NO _____

Meal Allowance:

| DATE(S) of Trip | | Cost |
|---|---|---|
| 03/04/14 | | $30.00 |
| 03/05/14 | | $30.00 |
| 03/06/14 | | $30.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | Total Meal Expenses | $90.00 |

Lodging Allowance:
**Receipts required**

| DATE(S) | # of Nights | | Amt Per Day | Cost |
|---|---|---|---|---|
| 3/4/14 | 1 | Night&Tax | $169.85 | $169.85 |
| 3/5/14 | 1 | Night&Tax | $84.41 | $84.41 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Total Lodging Expenses | | $254.26 |

Other Expenses:
**Receipts required**

| EXPENSES | Date | Cost |
|---|---|---|
| Cab Fare | | |
| Car Rental | | |
| Shuttle | | |
| Parking | | |
| Tips & Incidentals | | |
| (Explain) | | |
| | Total of Other Expenses | $0.00 |

PAID
MAR 13 2014

Grand Total $     611.38

611.54
3/10/14

| | | | | |
|---|---|---|---|---|
| Amount Claimed: $ | 611.38 | | Amount Due Traveler : $ | 611.38 |
| ADVANCE RECEIVED: $ | 0.00 | | Amount Due TRLA : $ | |
| Advance Check Number: | | | | |
| Advanced Airfare: $ | 0.00 | | | |

I certify that this statement, the attachments and amounts claimed are true, correct, and complete and that payment for the amount claimed has not been received.

_____     3-7-14     _____     _____
Employee Signature          Date         Primary Supervisor Signature      Date

FOR ACCOUNTING USE ONLY

Account No: _____          Account No: _____

Account No: 0445-39-00-01                      Account No: _____

RECEIVED
MAR 10 2014



# Holiday Inn

|  |  |  | 30 | | 03-05-14 |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Jose Garza** | Folio No. | : | Room No. | : | **809** |
| **7414 ROBIN REST DR** | A/R Number | : | Arrival | : | **03-04-14** |
| **Corpus Christi Tx** | Group Code | : | Departure | : | **03-05-14** |
| **San Antonio TX 78209** | Company | : **Lesiure** | Conf. No. | : | **65992169** |
| **United States** | Membership No. | : | Rate Code | : | **IDAAA** |
| | Invoice No. | : | Page No. | : | **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-04-14 | *Accommodation | 139.00 | |
| 03-04-14 | State Occupancy Tax | 8.34 | |
| 03-04-14 | City Occupancy Tax | 12.51 | |
| 03-04-14 | Parking | 10.00 | |
| 03-05-14 | American Express | | 169.85 |
| | **Total** | **169.85** | **169.85** |
| | **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.



Holiday Inn Marina
707 North Shoreline Boulevard
Corpus Christi, TX 78401
Telephone: 361-882-1700 Fax:361-882-3113



| | | 105 | | | 03-06-14 |

**Jose Garza**
**7414 Robin Rest Dr**
**San-Antonio TX 78209-3134**
**United States**

| | | |
|---|---|---|
| Folio No. | : | |
| A/R Number | : | |
| Group Code | : | |
| Company | : | **TEXAS RIO GRANDE LEGAL AID** |
| Membership No. | : | **PC      966822935** |
| Invoice No. | : | |

| | | |
|---|---|---|
| Room No. | : | **112** |
| Arrival | : | **03-05-14** |
| Departure | : | **03-06-14** |
| Conf. No. | : | **66874843** |
| Rate Code | : | **IDOTH** |
| Page No. | : | **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-05-14 | *Accommodation | 74.70 | |
| 03-05-14 | State Tax - Room | 4.48 | |
| 03-05-14 | City Tax - Room | 5.23 | |
| 03-06-14 | American Express | | 84.41 |
| | XXXXXXXXXXX3002 | | |

Thank you for staying at the Holiday Inn Express Weslaco . Qualifying points for this stay will automatically be credited to your account.  To make additional reservations online, update your account information or view your statement please visit www. priorityclub.com. We look forward to welcoming you back soon.

| | | |
|---|---|---|
| **Total** | 84.41 | 84.41 |
| **Balance** | 0.00 | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Independently Owned and Operated by RGV Express Limited

PAID
MAR 1 3 2014

Holiday Inn Express Weslaco Hotel and Suites
421 S. International Blvd.
Weslaco, TX 78596
Telephone: (956) 973-2222  Fax: (956) 968-9222

TEXAS RIOGRANDE LEGAL AID, INC.
OUT-OF-TOWN TRAVEL EXPENSE FORM

909

\* Must be completed by the employee and verified and approved by Branch Manager within fifteen (15) working days after expense was incurred.

| Name: | JOSE GARZA | | Office | SAN ANTONIO | |
| Destination | CORPUS CHRISTI | | File Number | | VIDO7 |
| Purpose of Trip: | For Court hearing and client interview. | | | | |

| Departed from: | X | Home | | Office | Time of Departure: | 6:00 a.m. | | Date | 3/31/14 |
| Returned to: | X | Home | | Office | Time of Return: | 7:30 p.m. | | Date | 4/1/14 |

**Personal Automobile Use**

| | | | From: | San Antonio | | To: | Corpus Christi | | | Miles Driven |
| Date | 3/31/14 | | Beginning | | 16222 | Ending | 16371 | Odometer #'s | | 149 |
| Date | 4/1/14 | | From: | Corpus Christi | | To: | San Antonio | | | |
| | | | Beginning | | 16371 | Ending | 16530 | Odometer #'s | | 159 |
| Date | | | From: | | | To: | | | | |
| | | | Beginning | | | Ending | | Odometer #'s | | 0 |
| Date | | | From: | | | To: | | | | |
| | | | Beginning | | | Ending | | Odometer #'s | | 0 |

Miles are paid at $0.45     **Total Miles**    308
**Total Allowance for Personal Automobile Use**    $138.60

**Air Fare**
\*\*Receipts required\*\*

| DEPARTURE DATE | TIME | FROM | TO | ARRIVAL DATE | TIME |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Air Fare Expense | |

Did TRLA pay airfare in advance, please place an X in the following    YES ____    NO ____

**Meal Allowance:**

| DATE(S) of Trip | | Cost |
|---|---|---|
| | 03/31/14 | $30.00 |
| | 04/01/14 | $30.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | Total Meal Expenses | $60.00 |

**Lodging Allowance:**
\*\*Receipts required\*\*

| DATE(S) | # of Nights | | Amt Per Day | Cost |
|---|---|---|---|---|
| 3/31/14 | 1 | Night&Tax | $126.55 | $126.55 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Total Lodging Expenses | | $126.55 |

**Other Expenses:**
\*\*Receipts required\*\*

| EXPENSES | Date | Cost |
|---|---|---|
| Cab Fare | | |
| Car Rental | | |
| Shuttle | | |
| Parking | | |
| Tips & Incidentals | | |
| (Explain) | | |
| | Total of Other Expenses | $0.00 |

**Grand Total $**    325.15

PAID APR 15 2014

| Amount Claimed: $ | 325.15 |
| ADVANCE RECEIVED: $ | 0.00 |
| Advance Check Number: | |
| Advanced Airfare: $ | 0.00 |

Amount Due Traveler : $    325.15
Amount Due TRLA : $ ____

I certify that this statement, the attachments and amounts claimed are true, correct, and complete and that payment for the amount claimed has not been received.

_____    4-5-14      _____
Employee Signature     Date         Primary Supervisor's Signature         Date

**FOR ACCOUNTING USE ONLY**

Account No: _____      Account No: _____
Account No: _____      Account No: _____

RECEIVED APR 10 2014



## Holiday Inn

04-01-14

| | | | | | |
|---|---|---|---|---|---|
| Jose Garza | Folio No. | : | Room No. | : | **516** |
| 7414 Robin Rest Dr. | A/R Number | : | Arrival | : | **03-31-14** |
| San Antonio Tx | Group Code | : | Departure | : | **04-01-14** |
| **SAN ANTONIO TX 78209** | Company | : **LEISURE** | Conf. No. | : | **64818633** |
| United States | Membership No. | : | Rate Code | : | **IMGOV** |
| | Invoice No. | : | Page No. | : | **1 of 1** |

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 03-31-14 | *Accommodation | 97.00 | |
| 03-31-14 | State Occupancy Tax | 5.82 | |
| 03-31-14 | City Occupancy Tax | 8.73 | |
| 03-31-14 | Valet Parking | 15.00 | |
| 03-31-14 | American Express | | 126.55 |
| | **Total** | 126.55 | 126.55 |
| | **Balance** | 0.00 | |

Guest Signature: _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.



PAID
APR 1 5 2014



RECEIVED
APR 1 0 2014

Holiday Inn Marina
707 North Shoreline Boulevard
Corpus Christi, TX 78401
Telephone: 361-882-1700 Fax:361-882-3113

**TEXAS RIOGRANDE LEGAL AID, INC.**
**OUT OF TOWN TRAVEL EXPENSE FORM**

* Must be completed by the employee and verified and approved by Branch Manager within fifteen (15) working days after expense was incurred.

| | | | | |
|---|---|---|---|---|
| Name: | Marinda van Dalen | | Office | Brownsville |
| Destination | Corpus Christi TX- US Court | | File Number | VID07 |
| Purpose of Trip: | Status Conference Hearing | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Departed from: | ☐ Home | ☒ Office | Time of Departure: | 12:00 PM | Date | 3/31/14 |
| Returned to: | ☐ Home | ☒ Office | Time of Return: | 9:00 PM | Date | 4/1/14 |

**Personal Automobile Use**

| | | | | | | Miles Driven |
|---|---|---|---|---|---|---|
| Date | 3/31/14 | From: Brownsville | To: Rock Port, TX | | | |
| | | Beginning | Ending | Odometer #'s | | 194 |
| Date | 4/1/14 | From: Rock Port, TX | To: Brownsville | | | |
| | | Beginning | Ending | Odometer #'s | | 194 |
| Date | | From: | To: | | | |
| | | Beginning | Ending | Odometer #'s | | 0 |
| Date | | From: | To: | | | |
| | | Beginning | Ending | Odometer #'s | | 0 |
| | | | Miles are paid at $0.45 | | Total Miles | 388 |
| | | | Total Allowance for Personal Automobile Use | | | $174.60 |

**Air Fare**
**\*\*Receipts required\*\***

| DEPARTURE DATE | TIME | FROM | TO | ARRIVAL DATE | TIME |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | Total Air Fare Expense | | |

Did TRLA pay airfare in advance, please place an X in the following   YES _____   NO _____

**Meal Allowance:**

| DATE(S) of Trip | | Cost |
|---|---|---|
| | 03/31/14 | $30.00 |
| | 04/01/14 | $30.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | Total Meal Expenses | $60.00 |

**Lodging Allowance:**
**\*\*Receipts required\*\***

| DATE(S) | # of Nights | | Amt Per Day | Cost |
|---|---|---|---|---|
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | | Total Lodging Expenses | $0.00 |

**Other Expenses:**
**\*\*Receipts required\*\***

| EXPENSES | Date | Cost |
|---|---|---|
| Cab Fare | | |
| Car Rental | | |
| Shuttle | | |
| Parking | | |
| Tips & Incidentals | | |
| (Explain) | | |
| | Total of Other Expenses | $0.00 |

**PAID**
**APR 15 2014**

| | | | Grand Total $ | 234.60 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Amount Claimed: $ | 234.60 | | Amount Due Traveler : $ | 234.60 |
| ADVANCE RECEIVED: $ | 0.00 | | Amount Due TRLA : $ | |
| Advance Check Number: | | | | |
| Advanced Airfare: $ | 0.00 | | | |

I certify that this statement and attachments and amounts claimed are true, correct, and complete and that payment for the amount claimed has not been received.

| | | | |
|---|---|---|---|
| Employee Signature | | Date | Primary Supervisor's Signature |

**RECEIVED**
**APR - 7 2014**

**FOR ACCOUNTING USE ONLY**

Account No: _____   Account No: _____

Account No: _____   Account No: _____

TEXAS RIO GRANDE LEGAL AID, INC.
OUT OF TOWN TRAVEL EXPENSE FORM

* Must be completed by the employee and verified and approved by Branch Manager within fifteen (15) working days after expense was incurred.

| Name: | Marinda van Dalen | | Office | Brownsville | |
|---|---|---|---|---|---|
| Destination | Corpus Christi TX- US Court | | File Number | | VID07 |
| Purpose of Trip: | Status Conference Hearing | | | | |

| Departed from: | x | Home | Office | Time of Departure: | | Date | 5/14/14 |
|---|---|---|---|---|---|---|---|
| Returned to: | | Home | Office | Time of Return: | | Date | 5/15/14 |

**Personal Automobile Use**

| | Date | 5/14/14 | | From: | Brownsville | | To: | Corpus Christi TX | | | Miles Driven |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Beginning | | | Ending | | Odometer #'s | | |
| | Date | 5/15/14 | | From: | Corpus Christi TX | | To: | Brownsville | | | 165 |
| | | | | Beginning | | | Ending | | Odometer #'s | | |
| | Date | | | From: | | | To: | | | | 165 |
| | | | | Beginning | | | Ending | | Odometer #'s | | |
| | Date | | | From: | | | To: | | | | 0 |
| | | | | Beginning | | | Ending | | Odometer #'s | | 0 |

Miles are paid at $0.45    **Total Miles**    330
**Total Allowance for Personal Automobile Use**    $148.50

**Air Fare**
**Receipts required**

| DEPARTURE DATE | TIME | FROM | TO | ARRIVAL DATE | TIME |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Air Fare Expense | |

Did TRLA pay airfare in advance, please place an X in the following     YES          NO

**Meal Allowance:**

| DATE(S) of Trip | | Cost |
|---|---|---|
| 05/14/14 | | $30.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| 30 | | $0.00 |
| Total Meal Expenses | | $30.00 |

**Lodging Allowance:**
**Receipts required**

| DATE(S) | # of Nights | Amt Per Day | Cost |
|---|---|---|---|
| 5/14/14 | 1 Night&Tax | $90.85 | $90.85 |
| | Night&Tax | | $0.00 |
| | Night&Tax | | $0.00 |
| | Night&Tax | | $0.00 |
| | Night&Tax | | $0.00 |
| | Night&Tax | | $0.00 |
| | Night&Tax | | $0.00 |
| | Night&Tax | | $0.00 |
| | Total Lodging Expenses | | $90.85 |

**Other Expenses:**
**Receipts required**

| EXPENSES | Date | Cost |
|---|---|---|
| Cab Fare | | |
| Car Rental | | |
| Shuttle | | |
| Parking | | |
| Tips & Incidentals | | |
| (Explain) | | |
| | Total of Other Expenses | $0.00 |

PAID
MAY 3 0 2014

Grand Total $     269.35

| Amount Claimed: $ | 269.35 | | Amount Due Traveler : $ | 269.35 |
|---|---|---|---|---|
| ADVANCE RECEIVED: $ | 0.00 | | Amount Due TRLA : $ | |
| Advance Check Number: | | | | |
| Advanced Airfare: $ | 0.00 | | | |

I certify that this statement the attachments and amounts claimed are true, correct, and complete and that payment for the amount claimed has not been received.

Employee Signature          Date   5/16/14          Primary Supervisor's Signature          Date

RECEIVED
MAY 2 0 2014

**FOR ACCOUNTING USE ONLY**

Account No:_____          Account No:_____
Account No:_____          Account No:_____



**SUPER 8 CORPUS CHRISTI**
411 N. SHORELINE BLVD.
CORPUS CHRISTI, TX 78401 US
Phone: (361) 884-4815
Fax: (361) 884-3111
Email: super8bf@yahoo.com
Printed: 5/15/2014 7:36:34 AM

# Folio (Detailed)

| Name: | VANDALEN, MARINDA O | | | Confirmation Number: | 16692450 |
|---|---|---|---|---|---|
| | | | | Account Number: | 987-610779 |

| Address: | 207 E WASHINGTON ST | | | | | | |
|---|---|---|---|---|---|---|---|
| | BROWNSVILLE, TX 78520 US | | | | | | |
| Room: | 206 | Room Type: | NQ1, 1 QUEEN NSMK | Nights: | 1 | | Guests: 1/0 |
| Rate Plan: | RACK | Daily Rate: | $79.00 + $11.85 Tax | GTD: | VI - VISA | | |
| Arrival: | 5/14/2014 (Wed) | Departure: | 5/15/2014 (Thu) | | XXXX XXXX XXXX 8272 | | |

**Room Rate:**

    5/14/2014 (Wed) - 5/14/2014 (Wed)       $79.00 + $11.85 Tax per night.

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 5/14/2014 | RM | ROOM CHARGE | $79.00 | $79.00 |
| 5/14/2014 | TAX1 | STATE TAX | $4.74 | $83.74 |
| 5/14/2014 | TAX2 | CITY TAX | $7.11 | $90.85 |
| 5/15/2014 | VI | VISA | ($90.85) | $0.00 |
| | | XXXX XXXX XXXX 8272 | | |

## Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|---|
| $79.00 | $11.85 | $0.00 | $0.00 | ($90.85) | $0.00 | $0.00 |

By signing below, I agree to these terms and conditions.

**Guest Signature:** _____

(1) Regardless of charge instructions, the undersigned acknowledges the above as personal indebtedness. (2) This property is privately owned and management reserves the right to refuse services to any one, and will not be responsible for injury or accidents to guests or loss of money, jewelry or any personal valuables of any kind.
"We or our affiliates may contact you about goods and services unless you call 888-946-4283 or write to Opt Out/Privacy, Wyndham Hotel Group, LLC, 22 Sylvan Way, Parsippany, NJ 07054 to opt out.  View our website about privacy."



PAID
MAY 3 0 2014

1164

**TEXAS RIOGRANDE LEGAL AID, INC.**
**OUT OF TOWN TRAVEL EXPENSE FORM**

\* Must be completed by the employee and verified and approved by Branch Manager within fifteen (15) working days after expense was incurred.

| | | | |
|---|---|---|---|
| Name: | Marinda van Dalen | Office | Brownsville |
| Destination | Corpus Christi | File Number | VID07 |
| Purpose of Trip: | Depo perp meeting & Depo of Lenard Taylor | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Departed from: | ☐ Home  ☒ Office | Time of Departure: | 9:30 | Date | 7/17/14 |
| Returned to: | ☒ Home  ☐ Office | Time of Return: | 6:30 PM | Date | 7/18/14 |

**Personal Automobile Use**

| | | | | | Miles Driven |
|---|---|---|---|---|---|
| Date | From: | | To: | | |
| | Beginning | | Ending | Odometer #'s | 0 |
| Date | From: | | To: | | |
| | Beginning | | Ending | Odometer #'s | 0 |
| Date | From: | | To: | | |
| | Beginning | | Ending | Odometer #'s | 0 |
| Date | From: | | To: | | |
| | Beginning | | Ending | Odometer #'s | 0 |
| | | Miles are paid at $0.45 | | Total Miles | 0 |
| | | Total Allowance for Personal Automobile Use | | | $0.00 |

**Air Fare**
**\*\*Receipts required\*\***

| DEPARTURE DATE | TIME | FROM | TO | ARRIVAL DATE | TIME |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Air Fare Expense | |

Did TRLA pay airfare in advance, please place an X in the following   YES ☐   NO ☐

**Meal Allowance:**

| DATE(S) of Trip | | Cost |
|---|---|---|
| | 07/17/14 | $30.00 |
| | 07/18/14 | $30.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | Total Meal Expenses | $60.00 |

RECEIVED
JUL 2 8 2014

**Lodging Allowance:**
**\*\*Receipts required\*\***

| DATE(S) | # of Nights | | Amt Per Day | Cost |
|---|---|---|---|---|
| 7/17/14 | 1 | Night&Tax | $87.74 | $87.74 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Total Lodging Expenses | | $87.74 |

**Other Expenses:**
**\*\*Receipts required\*\***

| EXPENSES | Date | Cost |
|---|---|---|
| Cab Fare | | |
| Car Rental | | |
| Shuttle | | |
| Parking | | $6.50 |
| Tips & Incidentals | Gasoline | $46.98 |
| (Explain) | | |
| | Total of Other Expenses | $53.48 |

Grand Total $   201.22

| | |
|---|---|
| Amount Claimed: $ | 201.22 |
| ADVANCE RECEIVED: $ | 0.00 |
| Advance Check Number: | |
| Advanced Airfare: $ | 0.00 |

PAID
JUL 31 2014

Amount Due Traveler : $   201.22
Amount Due TRLA : $

7/28/14
DT

I certify that this statement, the attachments and amounts claimed are true, correct, and complete and that payment for the amount claimed has not been received.

| | | | |
|---|---|---|---|
| Employee Signature | Date | Primary Supervisor's Signature | Date |

**FOR ACCOUNTING USE ONLY**

Account No: 7445-22.00-01

Account No: _____   Account No: _____

Account No: _____   Account No: _____

EAN SERVICES, LLC
PO BOX 84073
KANSAS CITY, MO 64184-0173

For Billing Inquiries
(866) 278-9894
ARINQUIRY@EHI.COM

Fed Tax Id : 430724835

Alamo  ENTERPRISEHOLDINGS  Enterprise  National

FAX OCT - 9 2014

**TEXAS RIO GRANDE LEGAL AID**
Rental Summary

Consolidated Inv. #: 3331017
Consolidated Inv. Date: 20-Sep-2014

Enterprise Rent-A-Car
Contract ID / Account Number K10265D TEXAS RIO GRANDE LEGAL AID
...lling Number 863927 TEXAS RIO GRANDE LEGAL AID

| Rental Agreement # | Bill Ref# | External Customer Ref# | Reservation Number | Renter | Rental Location | Rental Date | Return Date | Amount Due |
|---|---|---|---|---|---|---|---|---|
| 1463Z6600 | 9006008451 | 7445-48-01-R3 URAR | 588180583 | JONAS, STACIE | NEWARK, NJ | 09/07/14 | 09/10/14 | 154.68 |
| 14617721 | 9006128740 | 7445-39-0201 | 796557843 | NORIEGA, RAUL | HARLINGEN, TX | 09/10/14 | 09/11/14 | 81.90 |
| 146630121 | 9006097876 | 7445-2000102 01-104834 URAR | 390028730 | CARRASCO, RAFAEL | SAN ANTONIO, TX | 09/19/14 | 09/20/14 | 80.87 |
| 146642918 | 9006039834 | 7445-2000/02 | 389909520 | WYATT, MICHAEL | SAN ANTONIO, TX | 09/19/14 | 09/20/14 | 46.69 |
| 88LKC7 | 700004668904 | 7445-35-00-65 JASJ | 88Y07O | BELTRAN, MARIA | NASHVILLE, TN | 08/25/14 | 08/27/14 | 97.45 |
| 89WYK0 | 500004633061 | 7445-45-01-01 | 89RHTJ | DOGGETT, ROBERT | AUSTIN, TX | 08/26/14 | 08/27/14 | 75.28 |
| 89VLLC | 650004649046 | 7445-22-0001 VIDOF | TNGG8S | VAN DALEN, MARINDA | BROWNSVILLE, TX | 08/27/14 | 09/04/14 | 484.00 |
| 8BBBRM | 500004743941 | 7445-46-07-01 88-RAMOS | TNG7VF | RAMOS, ROMAN | LAREDO, TX | 08/27/14 | 09/04/14 | 429.77 |
| 8BB0ZZ | 750004647838 | 7445-43-00-01 | 89P8C1 | RIOJAS, JAVIER | EAGLE PASS, TX | 08/28/14 | 08/28/14 | 76.85 |
| 8CODJK | 500004831857 | 7445-48-01-01 VIDOF | 0000900776 | DOGGETT, ROBERT | AUSTIN, TX | 08/30/14 | 09/10/14 | 411.76 |
| 8C6CJF | 750004725300 | 7445-13-00-01 | 8BBFGR | RIOJAS, JAVIER | EAGLE PASS, TX | 09/04/14 | 09/04/14 | 91.81 |
| W8H5 | 800004528465 | 7445-35-01-61/-03-63 NIX88 | 8CDBMB | O'ROURKE, ERIN | NASHVILLE, TN | 09/04/14 | 09/04/14 | 262.64 |
| 8CY0X2 | 900004817477 | 7445-39-01-01 03-141510 | TNS6JR | MEDINA, VERONICA | SAN ANTONIO, TX | 09/04/14 | 09/05/14 | 74.37 |
| 8CY4L | 650004379263 | 7445-22-0001 VIDOF | 8CQVHD | GARZA, PAULA | BROWNSVILLE, TX | 09/05/14 | 09/05/14 | 134.62 |
| 8DYLRF | 900004890945 | 7445-34-00-96 88-TRAPP | 8DJL89 | BONE, POLLY | SAN ANTONIO, TX | 09/09/14 | 09/11/14 | 74.73 |
| 8F0CVM | 550004802582 | 7445-39-000 | 8F7DLC | GUERRA, MONICA | SAN ANTONIO, TX | 09/09/14 | 09/11/14 | 177.05 |
| 8FBYW2 | 500004854544 | 7445-48-01-01 | 8F50SC | FLORES, FABIOLA | AUSTIN, TX | 09/11/14 | 09/12/14 | 74.73 |
| 8FC5Z4 | 900004901416 | 7445-39-000 | 8F50SC | DONALDSON, SARAH | SAN ANTONIO, TX | 09/11/14 | 09/11/14 | 37.36 |
| 8FCSXV | 800004598894 | 7445-48-01-R6 | TN1FOX | REED, MARY CHRISTINE | AUSTIN, TX | 09/11/14 | 09/12/14 | 74.73 |



EAN SERVICES, LLC
PO BOX 840173
KANSAS CITY, MO 64184-0173

For Billing Inquiries
(866) 278-9894
ARINQUIRY@EHI.COM

Fed Tax Id : 430724835



Alamo · Enterprise · National
ENTERPRISEHOLDINGS

TEXAS RIO GRANDE LEGAL AID
Rental Summary

Consolidated Inv. #: 3331017
Consolidated Inv. Date: 20-Sep-2014

## Enterprise Rent-A-Car

| Rental Agreement # | Bill Ref# | External Customer Ref# | Reservation Number | Renter | Rental Location | Rental Date | Return Date | Amount Due |
|---|---|---|---|---|---|---|---|---|
| RFK72Y | 900004923225 | DHHS-40104 83-69124 | TNYRYH | WELCH, STEPHANIE | EL PASO, TX | 09/11/14 | 09/12/14 | 53.05 |
| .23TW | 7500048943334 | DHHS-43201 11-18646 | 8F3J0V | ESTRADA-RIOJAS, IRASEMA | EAGLE PASS, TX | 09/15/14 | 09/16/14 | 42.34 |
| 8GDYRK | 50000496361B | DHHS-41001 | JOCRFS | GARZA, ROBERT | AUSTIN, TX | 09/16/14 | 09/19/14 | 175.21 |
| K10265D TEXAS RIO GRANDE LEGAL AID - Billing Number 863927 | | | | | Grand Total in USD | | | 3,174.52 |

Enterprise Rent A Car Grand Total For Account Number TEXAS RIO GRANDE LEGAL AID in USD | 3,174.52



PAID
OCT - 9 2014



**enterprise**

Fed Tax Id : 430724835

| | |
|---|---|
| Consolidated Invoice # | 833331017 |
| Rental Agreement # | 8CYC4L |
| Bill Ref # | 650004379263 |
| Invoice Date | 20-Sep-2014 |

### Bill To Information

TEXAS RIO GRANDE LEGAL AID
300 S TEXAS
WESLACO, TX - 78496

### Rental Information

Reservation Number : 8CQVHD
Driver : GARZA, PAULA
Additional Driver : NORIEGA, PRISCILLA
Pickup Date/Time : 09/04/2014 14:54
Return Date/Time : 09/05/2014 18:01
Miles/kms : 348
Car Class : MVAR          Requested Class : MVAR

### Vehicle Information

| Yr/Make/Model | VIN | License No | Beg/End/Distance |
|---|---|---|---|
| 2014/DODGE/GCA | ER127855 | CGZ7114 | 34981/35329/348 |

### Rental Branch

BROWNSVILLE HWY 77
4177 EXPRESSWAY 83
BROWNSVILLE, TX - 78520

### Return Branch

BROWNSVILLE HWY 77
4177 EXPRESSWAY 83
BROWNSVILLE, TX-78520

### Charge Detail

| Description | Qty | Period | Rate | Amount |
|---|---|---|---|---|
| TIME & DISTANCE | 1 | DAY | 60.00 | 60.00 |
| TIME & DISTANCE | 3 | HOUR | 19.80 | 59.40 |
| | | Sub Total | | 119.40 |
| 10% TEXAS MOTOR VEHICLE TAX | | PERCENT | 10.00 | 12.24 |
| TEXAS REIMBURSEMENT FEE -DAILY | 2 | DAY | 1.49 | 2.98 |
| **Total Charges  (USD)** | | | | **134.62** |



OCT - 9 2014



| Remit Payment in USD to | For Billing Inquiries | Payment Terms |
|---|---|---|
| EAN SERVICES, LLC<br>PO BOX 840173<br>KANSAS CITY, MO  64184-0173 | Tel#:(866) 278-9894<br>ARINQUIRY@EHI.COM | Payment Due Within  30  days of invoice date.<br><br>Late payments are subject to finance charge. |

Individual line item charges such as rental rates for Time and Distance, percentage-based charges (e.g., sales taxes and fees or surcharges), and charges divided between multiple parties may be rounded up or down a whole cent to ensure that the charges equal the actual Total Amount Due and/or to avoid fractional cents.



**TOWN TRAVEL EXPENSE FORM**

* Must be completed by the employee and verified and approved by Branch Manager within fifteen (15) working days after expense was incurred.

| | | | | |
|---|---|---|---|---|
| Name: | Marinda Van Dalen | | Office | Brownsville |
| Destination | Corpus Christi | | File Number | VID07 |
| Purpose of Trip: | Trial | | | |

| | | | | | |
|---|---|---|---|---|---|
| Departed from: | Home | Office | Time of Departure: | | Date |
| Returned to: | Home | Office | Time of Return: | | Date |

**Personal Automobile Use**

| Date 9/1/14 | From: Beginning | To: Ending | Odometer #'s | Miles Driven 0 |
|---|---|---|---|---|
| Date | From: Beginning | To: Ending | Odometer #'s | 0 |
| Date | From: Beginning | To: Ending | Odometer #'s | 0 |
| Date | From: Beginning | To: Ending | Odometer #'s | 0 |

Miles are paid at $0.45    Total Miles   0
Total Allowance for Personal Automobile Use   $0.00

**Air Fare**
**\*\*Receipts required\*\***

| DEPARTURE DATE | TIME | FROM | TO | ARRIVAL DATE | TIME |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Total Air Fare Expense

Did TRLA pay airfare in advance, please place an X in the following   YES   NO

**Meal Allowance:**

RECEIVED OCT - 9 2014

| DATE(S) of Trip | Cost |
|---|---|
| 09/01/14 | $30.00 |
| 09/02/14 | $30.00 |
| 09/03/14 | $30.00 |
| 09/04/14 | $30.00 |
| 09/05/14 | $30.00 |
| 09/06/14 | $30.00 |
| 09/07/14 | $30.00 |
| 09/08/14 | $30.00 |
| **Total Meal Expenses** | **$240.00** |

**Lodging Allowance:**
**\*\*Receipts required\*\***   ✱

| DATE(S) | # of Nights | | Amt Per Day | Cost |
|---|---|---|---|---|
| 9/1/14 | 3 | Night&Tax | $292.48 | $877.44 |
| 9/4/14 | 2 | Night&Tax | $225.09 | $450.18 |
| 9/7/14 | 3 | Night&Tax | $125.35 | $378.05 |
| | 0 | Night&Tax | $0.00 | $0.00 |
| | 0 | Night&Tax | $0.00 | $0.00 |
| | 0 | Night&Tax | $0.00 | $0.00 |
| | 0 | Night&Tax | $0.00 | $0.00 |
| | 0 | Night&Tax | $0.00 | $0.00 |

**Total Lodging Expenses**   $1,705.67   1770.26

**Other Expenses:**
**\*\*Receipts required\*\***

| EXPENSES | Date | Cost |
|---|---|---|
| Cab Fare | | |
| Car Rental | | |
| Shuttle | | |
| Parking | | ✓ $10.00 |
| Tips & Incidentals | cleanning fee | ✓ $90.00 |
| (Explain) | gas $236.89/witnes/experts meals $452.29/phone $31.53 inter $9.95 | $730.66 |

**Total of Other Expenses**   $830.68

**Grand Total $**   2,774.33

| | | |
|---|---|---|
| Amount Claimed: $ | 2774.33 | Amount Due Traveler : $   2,774.33 |
| ADVANCE RECEIVED: $ | 0.00 | Amount Due TRLA : $ |
| Advance Check Number: | | |
| Advanced Airfare: $ | 0.00 | |

PAID OCT 1 6 2014

I certify that this statement, the attachments and amounts claimed are true, correct, and complete and that payment for the amount claimed has not been received.

_____    _____
Employee Signature      Date

_____    _____
Primary Supervisor's Signature      Date

**FOR ACCOUNTING USE ONLY**

Account No: _____     Account No: _____

Account No: _____     Account No: _____

✱ Lodging for Marinda, Robert Doggett, Expert and

OUT OF TOWN TRAVEL EXPENSE FORM

* Must be completed by the employee and verified and approved by Branch Manager within fifteen (15) working days after expense was incurred.

| Name: | Marinda Van Dalen | | Office | Brownsville |
|---|---|---|---|---|
| Destination | Corpus Christi | | File Number | VID07 |
| Purpose of Trip: | TRIAL | | | |

| Departed from: | Home | Office | Time of Departure: | Date |
|---|---|---|---|---|
| Returned to: | Home | Office | Time of Return: | Date |

**Personal Automobile Use**

| | From: | To: | Odometer #'s | Miles Driven |
|---|---|---|---|---|
| Date | Beginning | Ending | | 0 |
| Date | From: Beginning | To: Ending | Odometer #'s | 0 |
| Date | From: Beginning | To: Ending | Odometer #'s | 0 |
| Date | From: Beginning | To: Ending | Odometer #'s | 0 |

Miles are paid at $0.45  Total Miles 0
Total Allowance for Personal Automobile Use  $0.00

**Air Fare**
**Receipts required**

| DEPARTURE DATE | TIME | FROM | TO | ARRIVAL DATE | TIME |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Total Air Fare Expense
Did TRLA pay airfare in advance, please place an X in the following   YES   NO

**Meal Allowance:**

RECEIVED OCT - 9 2014

| DATE(S) of Trip | | Cost |
|---|---|---|
| | 09/09/14 | $30.00 |
| | 09/10/14 | $30.00 |
| | 09/11/14 | $30.00 |
| | 09/12/14 | $30.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| Total Meal Expenses | | $120.00 |

**Lodging Allowance:**
**Receipts required**

| DATE(S) | # of Nights | | Amt Per Day | Cost |
|---|---|---|---|---|
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Total Lodging Expenses | | $0.00 |

**Other Expenses:**
**Receipts required**

| EXPENSES | Date | Cost |
|---|---|---|
| Cab Fare | | |
| Car Rental | | |
| Shuttle | | |
| Parking | | |
| Tips & Incidentals | | |
| (Explain) | | |
| Total of Other Expenses | | $0.00 |

Grand Total $   120.00

| Amount Claimed: $ | 120.00 |
|---|---|
| ADVANCE RECEIVED: $ | 0.00 |
| Advance Check Number: | |
| Advanced Airfare: $ | 0.00 |

Amount Due Traveler : $   120.00
Amount Due TRLA : $

PAID OCT 1 6 2014

I certify that this statement, the attachments and amounts claimed are true, correct, and complete and that payment for the amount claimed has not been received.

_____   _____   _____   _____
Employee Signature        Date          Primary Supervisor's Signature   Date

**FOR ACCOUNTING USE ONLY**

Account No: _____        Account No: _____
Account No: _____        Account No: _____

```
            125·35+
            125·35+
            125·35+
            501·40+
            324·82+
            125·35+
            125·35+
            125·35+
            125·35+
             66·53+
Lodging   1,770·26*          1,770·26+
                               31·53+
             25·06+            9·95+
              6·47+          452·29+
phone        31·53*          236·89+
                              10·00+
              9·95+           90·00+
Internet      9·95*          240·00+
                             120·00+
             64·67+        2,960·92*
            113·59+
            148·66+
             18·40+
             40·64+
              8·50+
             57·83+
meals       452·29*
```



```
             57·46+
             24·55+
             76·44+
             18·26+
             30·04+
             30·13+
gas         236·89*

             10·00+
parking      10·00*

              0 · *

             90·00+
cleaning     90·00*
```

# OMNI ☙ HOTELS & RESORTS™

### corpus christi | texas

900 North Shoreline Blvd.
Corpus Christi, TX 78401
Phone: 361-887-1600 • Fax: 361-887-6715
Reservations: 800-843-6664

VANDALEN, MARINDA

TEXAS RIOGRANDE LEGAL AID

531 East St. Francis

Brownsville, TX 78520 US

**Room Number:** 1625
**Daily Rate:** 115.00
**Room Type:** DDNB
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 09/01/14 | 09/02/14 | XXXXXXXXXXXX8272 | CBEND | ESP | 14501752543 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 09/01/14 | 1625 | LONG DISTANCE | 1625/22:04/10/5182816677 | $25.06 |
| 09/01/14 | 1625 | ROOM CHARGE | #1625 VANDALEN, MARINDA | $115.00 |
| 09/01/14 | 1625 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 09/02/14 | 1625 | VISA | VISA | ($150.41) |
| 09/02/14 | 1625 | ADJ - LOCAL CALL | ADJ - LOCAL CALL | ($25.06) |
| 09/02/14 | 1625 | VISA | CORRECTION | $25.06 |

PAID
OCT 16 2014

Lodging.    115•00+
             10•35+
            125•35◊

Long Dist.   25•06+
            150•41✱

**TOTAL DUE:**            $0.00

TERMS:   DUE AND PAYABLE UPON PRESENTATION.   I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

# OMNI ⚜ HOTELS & RESORTS
## corpus christi | texas
900 North Shoreline Blvd.
Corpus Christi, TX 78401
Phone: 361-887-1600 • Fax: 361-887-6715
Reservations: 800-843-6664

VANDALEN, MARINDA

531 East St. Francis
Brownsville, TX 78520 US

**Room Number:** 1042
**Daily Rate:** 115.00
**Room Type:** DDNB
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 09/03/14 | 09/04/14 | XXXXXXXXXXX8272 | CBEND | ESP | 14501783839 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 09/03/14 | 1042 | WIFI INTERNET ACCESS | 1042/1/15:25/WIFI INTERNET ACCESS | $9.95 |
| 09/03/14 | 1042 | TOPSIDER LOUNGE | 1042/3306/20:18/TOPSIDER LOUNGE | $64.67 |
| 09/03/14 | 1042 | ROOM CHARGE | #1042 VANDALEN, MARINDA | $115.00 |
| 09/03/14 | 1042 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 09/04/14 | 1042 | VISA | VISA | ($206.87) |
| 09/06/14 | 1042 | VISA | CV....8272 CREDIT | $6.90 |

PAID
OCT 1 6 2014

0•*

Lodging  115•00+
10•35+
125•35*

Internet  9•95+
9•95*

Meals  64•67+
64•67*

**CREDIT DUE:** ($0.00)

TERMS: DUE AND PAYABLE UPON PRESENTATION. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.

# OMNI HOTELS & RESORTS

## corpus christi | texas

900 North Shoreline Blvd.
Corpus Christi, TX 78401
Phone: 361-887-1600 • Fax: 361-887-6715
Reservations: 800-843-6664

VANDALEN, MARINDA
TEXAS RIOGRANDE LEGAL AID
300 S TEXAS BLVD
WESLACO, TX 78520 US

**Room Number:** 656
**Daily Rate:** 115.00
**Room Type:** DDNB
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 09/03/14 | 09/05/14 | XXXXXXXXXXXX8272 | BAR7 | BAR7 | 14501784933 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 09/04/14 | 656 | ROOM CHARGE | #656 VANDALEN, MARINDA | $115.00 |
| 09/04/14 | 656 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 09/05/14 | 656 | VISA | VISA | ($132.25) |
| 09/06/14 | 656 | VISA | CV.....8272 CREDIT | $6.90 |

*105.35*

115•00+
10•35+
Lodging. 125•35*

PAID
OCT 16 2014

**CREDIT DUE:** ($0.00)

TERMS: DUE AND PAYABLE UPON PRESENTATION. I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

# OMNI HOTELS & RESORTS
## corpus christi | texas
900 North Shoreline Blvd.
Corpus Christi, TX 78401
Phone: 361-887-1600 • Fax: 361-887-6715
Reservations: 800-843-6664

VANDALEN, MARINDA
TEXAS RIOGRANDE LEGAL AID
531 East St. Francis
Brownsville, TX  78520 US

**Room Number:** 1044
**Daily Rate:** 115.00
**Room Type:** DDNB
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---|---|---|---|---|---|
| 09/01/14 | 09/05/14 | XXXXXXXXXXXX8272 | CBEND | ESP | 14501752544 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 09/01/14 | 1044 | TOPSIDER LOUNGE | 1044/3201/21:46/TOPSIDER LOUNGE | $41.66 |
| 09/01/14 | 1044 | ROOM CHARGE | #1044 VANDALEN, MARINDA | $115.00 |
| 09/01/14 | 1044 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 09/02/14 | 1044 | TOPSIDER LOUNGE | 1044/3256/23:34/TOPSIDER LOUNGE | $33.54 |
| 09/02/14 | 1044 | ROOM CHARGE | #1044 VANDALEN, MARINDA | $115.00 |
| 09/02/14 | 1044 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 09/03/14 | 1044 | TOPSIDER LOUNGE | 1044/3274/13:12/TOPSIDER LOUNGE | $38.39 |
| 09/03/14 | 1044 | ROOM CHARGE | #1044 VANDALEN, MARINDA | $115.00 |
| 09/03/14 | 1044 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 09/04/14 | 1044 | ROOM CHARGE | #1044 VANDALEN, MARINDA | $115.00 |
| 09/04/14 | 1044 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 09/05/14 | 1044 | VISA | VISA | ($642.59) |
| 09/06/14 | 1044 | VISA | CV....8272  CREDIT | $27.60 |

PAID
OCT 1 6 2014

0•*

Lodgn    125•35+
         125•35+
         125•35+
         125•35+
         501•40*

Meal,    41•66+
         33•54+
         38•39+
         113•59*

**CREDIT DUE:**    ($0.00)

TERMS:   DUE AND PAY
BILL IS NOT WAIVED AN
INDICATED PERSON, C
AMOUNT OF THESE CH

THAT MY LIABILITY FOR THIS
BLE IN THE EVENT THAT THE
' FOR ANY PART OR THE FULL

Page 1 of 1

# OMNI HOTELS & RESORTS
## corpus christi | texas
900 North Shoreline Blvd.
Corpus Christi, TX 78401
Phone: 361-887-1600 • Fax: 361-887-6715
Reservations: 800-843-6664

VANDALEN, MARINDA

US

**Room Number:** 1042
**Daily Rate:** 149.00
**Room Type:** DDNB
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 09/04/14 | 09/06/14 | XXXXXXXXXXXX8272 | BAR7 | BAR7 | 14501784924 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 09/04/14 | 1042 | ROOM CHARGE | #1042 VANDALEN, MARINDA | $149.00 |
| 09/04/14 | 1042 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $13.41 |
| 09/05/14 | 1042 | MORSELS, BAYFRONT TOWER | 1042/8977/07:20/MORSELS, BAYFRONT TOWER | $3.25 |
| 09/05/14 | 1042 | GLASS PAVILION RESTAURANT | 1042/6769/13:08/GLASS PAVILION RESTAURAN | $134.75 |
| 09/05/14 | 1042 | TOPSIDER LOUNGE | 1042/3452/22:01/TOPSIDER LOUNGE | $10.66 |
| 09/05/14 | 1042 | ROOM CHARGE | #1042 VANDALEN, MARINDA | $149.00 |
| 09/05/14 | 1042 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $13.41 |
| 09/06/14 | 1042 | VISA | VISA | ($501.31) |
| 09/06/14 | 1042 | ADJ - INDIVIDUAL ROOM CHARGE | ADJ - INDIVIDUAL ROOM CHARGE | ($59.13) |
| 09/06/14 | 1042 | ADJ - CITY TAX - 9% | ADJ - CITY TAX - 9% | ($5.32) |
| 09/06/14 | 1042 | ADJ - STATE OCC TAX 6.0% | ADJ - STATE OCC TAX 6.0% | ($3.55) |
| 09/06/14 | 1042 | VISA | CV....8272  CREDIT | $77.95 |
| 09/06/14 | 1042 | VISA | CV....8272  CREDIT | $17.88 |

73.48

PAID
OCT 1 6 2014

Meals
3•25+
134•75+
10•66+
148•66*

Lodging
149•00+
149•00+
13•41+
13•41+
324•82*

**TOTAL DUE:** $0.00

TERMS:   DUE AND PAYABLE UPON PRESENTATION.   I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

# OMNI HOTELS & RESORTS

## corpus christi | texas

900 North Shoreline Blvd.
Corpus Christi, TX 78401
Phone: 361-887-1600 • Fax: 361-887-6715
Reservations: 800-843-6664

ESTRADA, LIONEL
TEXAS RIOGRANDE LEGAL AID
300 S. TEXAS BLVD
WESLACO, TX 78520 US

**Room Number:** 1029
**Daily Rate:** 115.00
**Room Type:** DDNB
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 09/03/14 | 09/04/14 | XXXXXXXXXXXX8272 | BAR7 | BAR7 | 14501784923 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 09/03/14 | 1029 | ROOM CHARGE | #1029 ESTRADA, LIONEL | $115.00 |
| 09/03/14 | 1029 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 09/04/14 | 1029 | VISA | VISA | ($132.25) |
| 09/04/14 | 1029 | GLASS PAVILION RESTAURANT | 1029/6633/07:36/GLASS PAVILION RESTAURAN | $18.40 |
| 09/04/14 | 1029 | LONG DISTANCE | 1029/08:22/1/5126803831 | $6.47 |
| 09/04/14 | 1029 | VISA | CV....8272 | ($24.87) |
| 09/06/14 | 1029 | VISA | CV....8272 CREDIT | $6.90 |

pd. 150.22

115•00+
10•35+
Lodging 125•35*

18•40+
Meal 18•40*

6•47+
Long Distance 6•47*

PAID
OCT 1 6 2014

**CREDIT DUE:** ($0.00)

TERMS: DUE AND PAYABLE UPON PRESENTATION. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.



Page 1 of 1

# OMNI ❦ HOTELS & RESORTS
corpus christi | texas

900 North Shoreline Blvd.
Corpus Christi, TX 78401
Phone: 361-887-1600 • Fax: 361-887-6715
Reservations: 800-843-6664

VANDALEN, MARINDA
TEXAS RIOGRANDE LEGAL AID
531 East St. Francis
Brownsville, TX 78520 US

**Room Number:** 1452
**Daily Rate:** 115.00
**Room Type:** DDNB
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 09/07/14 | 09/08/14 | XXXXXXXXXXXX8272 | CBEND | ESP | 14501752541 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 09/07/14 | 1452 | ROOM CHARGE | #1452 VANDALEN, MARINDA | $115.00 |
| 09/07/14 | 1452 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 09/08/14 | 1452 | VISA | VISA | ($132.25) |
| 09/08/14 | 1452 | VISA | CV...8272 CREDIT | $6.90 |

115•00+
10•35+
125•35*

PAID
OCT 1 6 2014

**CREDIT DUE:**              ($0.00)

TERMS:   DUE AND PAYABLE UPON PRESENTATION.   I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

# OMNI ❦ HOTELS & RESORTS
## corpus christi | texas
900 North Shoreline Blvd.
Corpus Christi, TX 78401
Phone: 361-887-1600 • Fax: 361-887-6715
Reservations: 800-843-6664

VANDALEN, MARINDA

531 East St. Francis
Brownsville, TX 78520 US

**Room Number:** 1454
**Daily Rate:** 115.00
**Room Type:** DDNB
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 09/07/14 | 09/08/14 | XXXXXXXXXXXX8272 | CBEND | ESP | 14501783841 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 09/07/14 | 1454 | ROOM CHARGE | #1454 VANDALEN, MARINDA | $115.00 |
| 09/07/14 | 1454 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 09/08/14 | 1454 | VISA | VISA | ($132.25) |
| 09/08/14 | 1454 | TOPSIDER LOUNGE | 1454/3575/15:28/TOPSIDER LOUNGE | $40.64 |
| 09/08/14 | 1454 | VISA | VISA...8272 | ($40.64) |
| 09/08/14 | 1454 | VISA | CV...8272 CREDIT | $6.90 |

*pd. 165.99*

*Lodging* 115•00+
10•35+
125•35*

*Meal.* 40•64+
40•64*

PAID
OCT 16 2014

**CREDIT DUE:** ($0.00)

TERMS:  DUE AND PAYABLE UPON PRESENTATION.  I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.

# OMNI ✦ HOTELS & RESORTS

## corpus christi | texas

900 North Shoreline Blvd.
Corpus Christi, TX 78401
Phone: 361-887-1600 • Fax: 361-887-6715
Reservations: 800-843-6664

VANDALEN, MARINDA
COASTAL BEND LAW FIRMS
531 East St. Francis
Brownsville, TX 78520 US

**Room Number:** 1456
**Daily Rate:** 115.00
**Room Type:** DDNB
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 09/07/14 | 09/08/14 | XXXXXXXXXXXX8272 | CBEND | ESP | 14501785625 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 09/07/14 | 1456 | ROOM CHARGE | #1456 VANDALEN, MARINDA | $115.00 |
| 09/07/14 | 1456 | CITY OCC TAX - 9% | CITY OCC TAX - 9% | $10.35 |
| 09/08/14 | 1456 | VISA | VISA | ($132.25) |
| 09/08/14 | 1456 | VISA | CV..8272 CREDIT | $6.90 |

$125.35

Lodgng    115·00+
          10·35+
          125·35*

PAID
OCT 1 6 2014

**CREDIT DUE:**          ($0.00)

TERMS:   DUE AND PAYABLE UPON PRESENTATION.  I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

AMERICAS BEST VALUE INN - RAYMONDVILLE
450 S. EXPRESSWAY 77 / I-69
RAYMONDVILLE, TX 78580
TOLL FREE RESERVATION # 1-888-315-BEST (2378)
PHONE & FAX # 956-689-5900   WWW.americasbvi.com
ABVIS-RAYMONDVILLE@HOTMAIL.COM
Printed: 9/2/2014 - 8:59pm

MARINDA O VANDALEN Guest #25: 055384
207 E WASHINGTON ST
BROWNSVILLE TX 78520

**Room:** 105 2 BED KIC NON SMO
**Daily Rate:** 59.99 + Tax
**Check-in:** 09/02/14 8:59pm   Out: 09/03/14   Nights: 1   Guests: 1/0

| | CHARGES | | | | PAYMENT | | | | |
| Date | Room | Phone | Misc. | Tax | Total | Credit | Cash | Bill | Total | Balance |
|------|------|-------|-------|-----|-------|--------|------|------|-------|---------|
| 9/2/14 | 59.99 | 0.00 | 0.00 | 6.60 | 66.59 | 66.59 | 0.00 | 0.00 | 66.59 | 0.00 |

(Taxes - CITY : $3.00, STATE: $3.60)

AMOUNT TENDERED : $0.00
CHANGE : $0.00

**Check-out time:** 11:00am   **Check-in time:** 4:00pm

**Guest Signature:** _____



PAID
OCT 1 6 2014

THE MANAGEMENT ASSUMES NO RESPONSIBILITY FOR ACCIDENTS, INJURIES, THEFT OR LOSS DUE TO ANY CAUSE.
THANK YOU FOR STAYING HERE WE HOPE YOU HAVE ENJOYED YOUR STAY.  PLEASE CALL AGAIN ANY TIME TO
MAKE RESERVATIONS HERE.

* Must be completed by the employee and verified and approved by Branch Manager within fifteen (15) working days after expense was incurred.

9014

| | | | | |
|---|---|---|---|---|
| Name: | Jose Garza | | Office | san antonio |
| Destination | new orleans | | File Number | VID07 - 01 |
| Purpose of Trip: | attend oral argument at the 5th Cir. | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Departed from: | | Home | x | Office | Time of Departure: | 10:15am | Date | 12/4/17 |
| Returned to: | x | Home | | Office | Time of Return: | 4:30 PM | Date | 12/5/17 |

**Personal Automobile Use**

| Date | | | From: | To: | | Odometer #'s | Miles Driven |
|---|---|---|---|---|---|---|---|
| | | | Beginning | Ending | | | |
| Date | | | From: | To: | | Odometer #'s | 0 |
| | | | Beginning | Ending | | | |
| Date | | | From: | To: | | Odometer #'s | 0 |
| | | | Beginning | Ending | | | |
| Date | | | From: | To: | | Odometer #'s | 0 |
| | | | Beginning | Ending | | | 0 |

Miles are paid at $0.53    **Total Miles**    0
**Total Allowance for Personal Automobile Use**    $0.00

**Air Fare**
**\*\*Receipts required\*\***

| DEPARTURE DATE | TIME | FROM | TO | ARRIVAL DATE | | TIME |
|---|---|---|---|---|---|---|
| 12/4/17 | 11:45am | san antonio | new orleans | 12/4/17 | 1:30pm | |
| 12/5/17 | 2:30pm | new orleans | san antonio | 12/5/17 | | 4:30 PM |
| | | | | | | |

**Total Air Fare Expense**    $146.96

Did TRLA pay airfare in advance, please place an X in the following    YES      NO   x

**Meal Allowance:**

| DATE(S) of Trip | Cost |
|---|---|
| 12/04/17 | $45.00 |
| 12/05/17 | $45.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| **Total Meal Expenses** | $90.00 |

RECEIVED
DEC 2 7 2017

**Lodging Allowance:**
**\*\*Receipts required\*\***

| DATE(S) | # of Nights | | Amt Per Day | Cost |
|---|---|---|---|---|
| 12/4/17 | 1 | Night&Tax | $88.60 | $88.60 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | **Total Lodging Expenses** | | $88.60 |

**Other Expenses:**
**\*\*Receipts required\*\***

| EXPENSES | Date | Cost |
|---|---|---|
| Cab Fare | 12-4-17 to hotel, and 12-5-17 to airport. $36.00 x 2 = 72.00 | $72.00 |
| Car Rental | | |
| Shuttle | | |
| Parking | airport pkg in San Antonio | $24.00 |
| Tips & Incidentals | | |
| (Explain) | | |
| | **Total of Other Expenses** | $96.00 |

**Grand Total $**    421.56

PAID
JAN - 5 2018

| | | | |
|---|---|---|---|
| Amount Claimed: $ | 421.56 | | |
| ADVANCE RECEIVED: $ | 0.00 | Amount Due Traveler : $ | 421.56 |
| Advance Check Number: | | Amount Due TRLA : $ | |
| Advanced Airfare: $ | 0.00 | | |

I certify that this statement, the attachments and amounts claimed are true, correct, and complete and that payment for the amount claimed has not been received.

| | | | |
|---|---|---|---|
| _Employee Signature_ | 12-21-17 | _Primary Supervisor's Signature_ | |
| | Date | | Date |

**FOR ACCOUNTING USE ONLY**
Account No: 7440-39-00-01      Account No:
Account No:      Account No:

*Voter ID*

Telephone #_____

*airport to hotel*

**CAB COMPANY**

## PASSENGER'S RECEIPT, TAXICAB FARE

Date _12-4-17_

Amount of Fare....... $ *36⁰⁰*

Other Charges....... $ _____

Total............. $ _____



JAN - 5 2018

Driver's Name _____

Cab Number _____



```
INSERT
THIS END UP
```

```
ENTRY TIME:
12/04/17      10:22
EXIT TIME:
12/05/17      16:34
PARK-DUR.: D:HRS:M
              1:06:12

AMOUNT:
            $ 24.00

KIND OF PAYMENT:
AMEX
XXXXXXXXXX3002
            201
VISIT
```

SAT Park

ISSUED BY AND VALID ONLY ON
## SOUTHWEST AIRLINES

RECEIPT

ISSUED BY AND VALID ONLY ON
## SOUTHWEST AIRLINES

DATE: 20NOV17  CONFIRMATION NUMBER: SP9LYV  A FN : 887  EXPIRATION DATE: 20NOV18
     0       CONJUNCTION TICKETS:

TICKET : 5268786465634

| To | Flt | Date | Dep | Arr | BC | Customer Name |
|----|-----|------|-----|-----|----|--------------|
| MSY | 578 | 04DEC | 1145A | 0105P | N | GARZA/JOSE |
| SAT | 1361 | 05DEC | 0230P | 0410P | N | |

| Base Fare | Fees | Taxes | To |
|-----------|------|-------|-----|
| 110.29 | 36.67 | 146 | |

EF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN

**TICKET TOTAL**

| | | |
|---|---|---|
| 110.29 | 36.67 | 146 |

(WANNA GET AW.

AX XXXXXXXXXXX3002  $146.96 AX XXXXXXXXXXX3002  $146.96
FP AX AUTH: 288484 $146.96 AX AUTH: 288484 $146.96

# You're all set.

Your card has been charged, and a confirmation email is on its way.

## La Quinta Inn & Suites New Orleans Downtown

📍 301 Camp Street, New Orleans, LA 70130

| Guest Name | Jose Garza |
|---|---|
| Check-in | Monday, December 4, 2017 |
| Check-out | Tuesday, December 5, 2017 |

This booking will be 100% refundable if cancelled before 11:59pm local time December 2. After this time, the booking is completely non-refundable and cannot be changed or cancelled.

| Your Booking Number | WC7Q3W6 |
|---|---|
| Total Points Earned<br>Posted after check-out | ~~76~~   **500** Earned<br>**Rapid Rewards® points** |
| Total Paid<br>AMEX ending in 3002 | $88.60 USD |
| Your Receipt | Download Your Receipt (PDF) (/receipt/WC7Q3W6/caf1f75df9ef81d9b21a4f521b9090f5b86ebdbd) |
| Add to Calendar | Add This Trip To Your Calendar |

JAN - 5 2018

© 2016 Southwest Airlines Co. All Rights Reserved. Use of the Southwest websites and our Company Information constitutes acceptance of our Terms and Conditions (/terms). Privacy Policy (/privacy)

11/20/2017, 4:07 PM

**Taylor Exhibit G**

**Other Trial Expenses (Interpreter)**

 

96335

**TEXAS RIOGRANDE LEGAL AID, INC.**
300 S. TEXAS BLVD.  (956) 447-4800  383-0641
WESLACO, TEXAS 78596

INTER NATIONAL BANK
Weslaco

NON AVAILABLE

9/30/2014

PAY TO THE
ORDER OF    CARMEN M. MACOSSAY

$   ******175.00

One Hundred Seventy-Five & 00/100 Dollars

DOLLARS

TEXAS RIOGRANDE LEGAL AID, INC.
VOID AFTER 90 DAYS

NON-NEGOTIABLE

MEMO

⑈096335⑈ ⑆114915272⑆ ⑈00 0907 5⑈

TEXAS RIOGRANDE LEGAL AID, INC.

96335

M0151    MACOSSAY, CARMEN M.      CK/Dep# 96335     9/30/2014     $ ******175.00

 SEP 3 0 2014

NON-NEGOTIABLE

TEXAS RIOGRANDE LEGAL AID, INC.

96335

MACOSSAY, CARMEN M.  (M0151)
SI SI TRANSLATIONS
309 WILLIAMSON PLACE
CORPUS CHRISTI,  TX 78411-1515

NON-NEGOTIABLE

MSF5001-2      TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 800-221-7419      Y083F002534

1681  D46783  SLXRX5  06/12/2014 00:09

**Carmen M. "Millie" Macossay***
**309 Williamson Place**
**Corpus Christi TX 78411-1515**

Phone: 361-854-5393                         Mobile Phone: 361-549-6511
E-mail: sisitranslations@gmail.com

# INVOICE

September 26, 2014                         *Via email: MVanDalen@trla.org*
                                           *Atopete@trla.org*

For Professional Services Rendered

Ms. Marinda van Dalen
TEXAS RIO GRANDE LEGAL AID, INC.
531 East St. Francis Street
Brownsville, TX 78520



DATE       DESCRIPTION
09/2014    Interpret Trial Testimony of Mr. Eulalio Mendez, Jr. in Cause No. 2:13-
           CV-193 & Consolidated cases, *Belinda Ortiz et al. vs. State of Texas
           et al.,* in the Corpus Christi Division of the United States District Court.
           Travel time portal-to-portal, review of operative pleadings & mileage.
           (2-hour miminum).

Invoice Total                                              $206.00
                         Courtesy discount 15%            $ 31.00
                         **Total Due**                    **$175.**

**Payment terms: Due upon receipt. PLEASE MAKE CHECK PAYABLE TO
CARMEN M. MACOSSAY.

**Ms. Marinda (& Ms. Anna & Mr. Doggett), thank you for the opportunity to
serve you!** To insure proper credit, please enclose a copy of this invoice with
your remittance.

*Federally Certified Spanish Court Interpreter--Certification No. 98-067.*