# TAYLOR EXHIBIT B

**TAYLOR PLAINTIFFS (TRLA) OUT OF POCKET EXPENSES**
**VEASEY, et al. v. ABBOTT, et al.**

**Filing fee and process service fee:**

    11-21-13: filing fee -                              $400.00

    12-12-13: process service fee -               $190.00

    **Subtotal:**                                        **$590.00**

**Expert Expenses:**

    **Testifying expert -**

        **Kevin Jewell -**    trial prep and trial fees -    $20,692.72

                                  Deposition prep and depo -    $750.00

    subtotal:                                    $21,442.72

    **Consulting expert –**

        **Leland Beatty -**                         $10,000.00

    **Subtotal:**                                      **$31,442.72**

**Travel expenses for client outreach and communication:**

    **9-3-13 through 9-4-13**
        **Robert Doggett –** Mileage 522m @ $.45 =    $234.90
                                Meals                           $60.00
                                Lodging (1 night)      $119.60

    **5-21-14 through 6-19-14**
        **Priscilla Noriega –**    Mileage office to Raymondville
                                       and Sebastian
                                                       $136.80
    **12-10-13 through 12-11-13**
        **Jose Garza**      Mileage 631 m @ $.45 =    $283.95
                            Meals                           $60.00
                            Lodging                        $84.80

**12-17-13 through 12-18-13**
  **Jose Garza**  Mileage 587 m @ $.45 =  $264.26
          Meals        $60.00

**6-25-14**
  **Robert Doggett**  Mileage 400m @ $.45 =  $180.60
          Meals        $30.00
          Lodging       $160.95

**5-8-17**
  **Jose Garza**  Airfare        $203.98
          Cab         $19.00
          Meals        $30.00
          Lodging       $102.33

**Subtotal:**              **$2,031.17**

**Travel expenses for depositions, ct. hearings and trial:**

**2-11-14**
  **Jose Garza**  Mileage 305m @ $.45 =  $137.25
          Meals        $30.00
          Lodging       $114.95

**2-11-14**
  **Marinda van Dalen** Mileage 388m @ $.45 =  $174.60
          Meals        $30.00
          Lodging       no charge

**2-11-14**
  **Robert Doggett**  Mileage 434m @ $.45 =  $195.30
          Meals        $30.00
          Lodging       no charge

**3-4-14 through 3-6-14 (includes travel for client meetings)**
  **Jose Garza**  Mileage 594m @ $.45 =  $267.30
          Meals        $60.00
          Lodging (2 nights)  $254.26

**3-31-14**
 **Jose Garza** Mileage 308m @ $.45 = $138.60
        Meals $30.00
        Lodging $126.55

**3-31-14**
 **Marinda van Dalen** Mileage 388m @ $.45 = $174.60
        Meals $30.00
        Lodging no charge

**5-14-14 through 5-15-14**
 **Marinda van Dalen** Mileage 330m @ $.45 = $148.50
        Meals $30.00
        Lodging $90.85

**7-17-14 through 7-18-14 (Taylor depo)**
 **Marinda van Dalen** Car rental $53.48
        Meals $60.00
        Lodging $87.74

**8-26-14 through 9-10-14 (Trial)**
 **Marinda van Dalen** Car Rental $484.00

**8-30-14 through 9-10-14 (Trial)**
 **Marinda van Dalen** Car Rental $411.76

**9-4-14 through 9-5-14 (Trial)**
 **Paula Garza** Car Rental (transport client) $134.62

**8-26-14  (Trial prep)**
 **Robert Doggett** Car Rental $75.28

**9-1-14 (9 nights) (Trial)**
 **Marinda van Dalen** Lodging for expert, clients,
 and Ms. van Dalen $1,770.26
        Meals $360.00

**12-4-17 through 12-5-17 (oral argument)**
 **Jose Garza** Airfare $146.96
       Meals $60.00

|  |  |
|---|---|
| Cab | $36.00 |
| Lodging | $88.60 |
| Airport parking | $24.00 |

**Subtotal:**                                                                                  **$5,855.46**

**Other Trial Expenses**
   Interpretation costs for E. Mendez                                $175.00


**Total out of pocket costs and expenses:**           **$40,094.35**