# Taylor Exhibit C

# Filing Fees and Service of Process

# TEXAS RIOGRANDE LEGAL AID, INC.

## OUT-OF-POCKET EXPENSE STATEMENT

#9019

Employee incurring expense: JOSE GARZA

Office: SAN ANTONIO

Amount expense incurred: 11/5/2013   $400.00

Paid to: Pay.Gov (CTS # VID07)

Purpose: Application: TXSD CM ECF — filing fees
*Receipt must be attached

RECEIVED NOV 14 2013

PAID NOV 21 2013

Signature of employee: _____   Date: 11/11/2013

Approved by: _____   Date: 11/15/13

Amount Paid:
Date:
Check #:
Account: 9901-39-00-0( (01)

93573

**TEXAS RIOGRANDE LEGAL AID, INC.**
300 S. TEXAS BLVD.  (956) 447-4800  383-0841
WESLACO, TEXAS 78596

INTER NATIONAL BANK
Weslaco
NON AVAILABLE

12/12/2013

PAY TO THE ORDER OF  THOMAS PROCESS                                  $ ******190.00

One Hundred Ninety-& 00/100 Dollars _____ DOLLARS

TEXAS RIOGRANDE LEGAL AID, INC.
VOID AFTER 90 DAYS

NON-NEGOTIABLE

MEMO

⑆093573⑆ ⑈114915272⑈ ⑆00 0907 5⑈

TEXAS RIOGRANDE LEGAL AID, INC.                                   93573

T0280   THOMAS PROCESS            CK/Dep# 93573     12/12/2013     $ ******190.00

INV#13-007635


PAID DEC 12 2013

NON-NEGOTIABLE

TEXAS RIOGRANDE LEGAL AID, INC.                                   93573

THOMAS PROCESS  (T0280)
605 W. 14TH ST.
AUSTIN, TX 78701

NON-NEGOTIABLE

 # Thomas Process 

605 W. 14th Street
Austin, TX, 78701
Phone: (512) 320-8330
Fax: (512) 320-8331
scott@thomasprocess.com
www.thomasprocess.com

Robert W. Doggett
TEXAS RIOGRANDE LEGAL AID, INC.
4820 N. IH 35
Austin, Tx 78751

**INVOICE:** 13-007635
11/26/2013

| Cause No.: | 2:13-CV-00348 | Crt Date: | Received: 11/25/2013 | Completed: | 11/25/2013 3:25 PM |
|---|---|---|---|---|---|
| Job ID: | 13-007635 | Crt Time: | Reference: Ortiz | | |

**Plaintiff:** BELINDA ORTIZ, et al
**Defendant:** STATE OF TEXAS; JOHN STEEN, in his
**Name Srvd** STATE OF TEXAS
**Location:** 1019 Brazos Street, 1st Floor, Austin, Tx 78701

| Item | Qty. | Unit | Total |
|---|---|---|---|
| Fee for Service on c/o Secretary Of State | | | |
| STATE OF TEXAS | 1 | $70.00 | $70.00 |
| JOHN STEEN, TX SECRETARY OF STATE | 1 | $35.00 | $35.00 |
| STEVE MCCRAW | 1 | $70.00 | $70.00 |
| Copies Printed for Service | 3 | $5.00 | $15.00 |
| | | Sub-Total | $190.00 |
| | | **Total Fees** | $190.00 |
| | | Payment | - |
| | | Balance Due | $190.00 |




**Thank You!**
PLEASE INDICATE INVOICE NUMBER ON REMITTANCE
"We Appreciate Your Business"
FEIN: 74-2954951


PAID
DEC 12 2013

