**Taylor Exhibit D**

**Expert Expenses**

94742

**TEXAS RIOGRANDE LEGAL AID, INC.**
300 S. TEXAS BLVD. (956) 447-4800  383-0641
WESLACO, TEXAS 78596

INTER NATIONAL BANK
Weslaco
NON AVAILABLE



4/24/2014

PAY TO THE ORDER OF  KEVIN JEWELL                                    $  *****3530.00

Three Thousand Five Hundred Thirty-& 00/100 Dollars                                            DOLLARS

TEXAS RIOGRANDE LEGAL AID, INC.
VOID AFTER 90 DAYS

N O N - N E G O T I A B L E

MEMO

⑆094742⑆  ⑈114915272⑈  ⑇00 0907 5⑇

TEXAS RIOGRANDE LEGAL AID, INC.                                         94742

J0129    JEWELL, KEVIN                    CK/Dep# 94742      4/24/2014       $ *****3530.00

PROJECT:TRLA VOTER ID:TOTAL 35.3 @ $100.00=$3,530.00 PAID
S: 2/24-3/31


PAID
APR 24 2014

N O N - N E G O T I A B L E

TEXAS RIOGRANDE LEGAL AID, INC.                                         94742

JEWELL, KEVIN (J0129)
507 ZENNIA STREET                                    N O N - N E G O T I A B L E
AUSTIN, TX 78751

MSF6001-2           TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 800-221-7419

**Detail of Hours for the period 2/24/14 - 3/31/14**

Contractor Name: Kevin Jewell
Address: 507 Zennia St Austin TX 78751
Phone: 512-743-7633
Project: TRLA Voter ID

| date | hours | detail |
| --- | --- | --- |
| 2/24/14 | 0.5 | research |
| 2/25/14 | 0.5 | client call |
| 3/4/14 | 0.5 | client call |
| 3/6/14 | 3.5 | draft report |
| 3/17/14 | 3.5 | analysis |
| 3/20/14 | 5 | analysis |
| 3/21/14 | 4 | analysis |
| 3/24/14 | 3 | analysis |
| 3/25/14 | 4 | analysis |
| 3/26/14 | 4 | analysis |
| 3/27/14 | 4 | analysis |
| 3/28/14 | 2 | analysis |
| 3/31/14 | 0.8 | client call |

| | | |
| --- | --- | --- |
| Total | 35.3 | |
| Rate | $100.00 | |
| Amount Due | $3,530.00 | |



PAID
APR 24 2014

95206

**TEXAS RIOGRANDE LEGAL AID, INC.**
300 S. TEXAS BLVD.  (956) 447-4800   383-0641
WESLACO, TEXAS  78596

INTER NATIBANK
Weslaco
NON AVAILABLE

6/12/2014

PAY TO THE ORDER OF   KEVIN JEWELL                                         $  *****2550.00

Two Thousand Five Hundred Fifty-& 00/100 Dollars                                    DOLLARS

TEXAS RIOGRANDE LEGAL AID, INC.
VOID AFTER 90 DAYS

NON-NEGOTIABLE

MEMO

⑈095206⑈ ⑆114915272⑆ ⑈00 0907 5⑈

TEXAS RIOGRANDE LEGAL AID, INC.                                          95206

J0129    JEWELL, KEVIN              CK/Dep# 95206      6/12/2014    $ *****2550.00

PROJECT:TRLA VOTER ID:TOTAL 25.5 @ $100.00=$2,550 PAID HRS
/2/14-5/22/14



PAID JUN 12 2014    NON-NEGOTIABLE

TEXAS RIOGRANDE LEGAL AID, INC.                                          95206

JEWELL, KEVIN  (J0129)
507 ZENNIA STREET
AUSTIN, TX 78751

NON-NEGOTIABLE

MSF5001-2         TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 800-221-7419        G1BLRS0010000  Y08SF802534

## Detail of Hours for the period 4/2/14 - 5/31/14

Contractor Name: Kevin Jewell
Address: 507 Zennia St Austin TX 78751
Phone: 512-743-7633
Project: TRLA Voter ID

| date | hours | detail |
|------|-------|--------|
| 4/2/14 | 4.0 | prepare exhibits |
| 4/3/14 | 4.5 | prepare exhibits |
| 4/4/14 | 3.5 | prepare exhibits |
| 4/7/14 | 3.5 | prepare exhibits |
| 4/8/15 | 1.5 | call, followup. |
| 4/10/14 | 0.5 | research |
| 4/22/14 | 1.0 | call, followup |
| 4/28/14 | 1.8 | review documents, Mendez video interview. |
| 4/29/14 | 0.2 | client call |
| 5/6/14 | 1.0 | Espinoza video interview. |
| 5/21/14 | 1.5 | Laras and M. Lara video interview. |
| 5/22/14 | 2.5 | call with counsel, review documents, draft report |

| | |
|---|---|
| Total | 25.5 |
| Rate | $100.00 |
| Amount Due | $2,550.00 |


PAID JUN 12 2014

**TEXAS RIOGRANDE LEGAL AID, INC.**
300 S. TEXAS BLVD. (956) 447-4800  383-0641
WESLACO, TEXAS 78596

INTER NATIONAL BANK
Weslaco

NON AVAILABLE

96303

9/30/2014

PAY TO THE ORDER OF  KEVIN JEWELL    $  *****5392.72

Five Thousand Three Hundred Ninety-Two & 72/100 Dollars — DOLLARS

TEXAS RIOGRANDE LEGAL AID, INC.
VOID AFTER 90 DAYS

NON-NEGOTIABLE

MEMO

⑈096303⑈ ⑆114915272⑆ ⑈00 0907 5⑈

---

TEXAS RIOGRANDE LEGAL AID, INC.                                            96303

J0129   JEWELL, KEVIN               CK/Dep# 96303      9/30/2014      $*****5392.72

PROJECT: TRLA VOTER ID 7/1/14-9/8/14

PAID SEP 30 2014      NON-NEGOTIABLE

---

TEXAS RIOGRANDE LEGAL AID, INC.                                            96303

JEWELL, KEVIN (J0129)
507 ZENNIA STREET
AUSTIN, TX 78751

NON-NEGOTIABLE

MSF5001-2    TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 800-221-7419    Y86SF002534

1617 D46783 SLXRX5 06/12/2014 00:09

## Detail of Hours For The Period 7/1/14 - 9/8/14

Contractor Name: Kevin Jewell
Address: 507 Zennia St Austin TX 78751
Phone: 512-743-7633
Project: TRLA Voter ID

| date    | hours | detail |
|---------|-------|--------|
| 7/16/14 | 1.0   | Review filed reports |
| 7/17/14 | 1.5   | Review filed reports |
| 7/24/14 | 1.0   | Review filed reports |
| 8/1/14  | 0.6   | call with counsel |
| 8/2/14  | 1.5   | Review filed rebuttal reports. |
| 8/19/14 | 2.0   | Milo depo questions |
| 8/25/14 | 0.5   | Review depo transcript. |
| 8/25/14 | 0.5   | Call with counsel. |
| 9/2/14  | 2.0   | Review Milyo depo transcript |
| 9/3/14  | 0.5   | Review report |
| 9/4/14  | 9.0   | Travel, testimony preparation, document review |
| 9/5/14  | 10.0  | Trial, testimony preparation, travel |
| 9/6/14  | 3.0   | Testimony preparation |
| 9/7/14  | 9.0   | Travel, testimony preparation |
| 9/8/14  | 7.0   | Trial, travel |

Total 49.1
Rate $100.00
Hourly Due $4,910.00 ✓

Mileage .862    Austin to Corpus x2
2014 IRS 0.56
Mileage Due: $482.72 ✓

Total Amount Due $5,392.72

PAID
SEP 30 2014

96831

**TEXAS RIOGRANDE LEGAL AID, INC.**
300 S. TEXAS BLVD. (956) 447-4800 383-0641
WESLACO, TEXAS 78596

INTER NATIONAL BANK
Weslaco

NON AVAILABLE

11/20/2014

PAY TO THE ORDER OF  KEVIN JEWELL                           $ ******750.00

Seven Hundred Fifty-& 00/100 Dollars                                DOLLARS

TEXAS RIOGRANDE LEGAL AID, INC.
VOID AFTER 90 DAYS

NON-NEGOTIABLE

MEMO

⑁096831⑁ ⑆114915272⑆ ⑁00 0907 5⑁

---

TEXAS RIOGRANDE LEGAL AID, INC.                                96831

J0129   JEWELL, KEVIN                CK/Dep# 96831    11/20/2014    $ ******750.00

PROJECT:TRLA VOTER ID 8/13-8/15


PAID NOV 20 2014

NON-NEGOTIABLE

---

TEXAS RIOGRANDE LEGAL AID, INC.                                96831

NON-NEGOTIABLE

JEWELL, KEVIN  (J0129)
507 ZENNIA STREET
AUSTIN, TX 78751

MSF5001-2           TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 800-221-7419           Y08SF002634

## Detail of Hours for 8/15 Deposition

Contractor Name: Kevin Jewell
Address: 507 Zennia St Austin TX 78751
Phone: 512-743-7633
Project: TRLA Voter ID

| date | hours | detail |
| --- | --- | --- |
| 8/13/14 | 1.5 | Compile documents for subpoena |
| 8/14/14 | 4.5 | Depo prep |
| 8/15/14 | 1.5 | Depo prep and deposition |

| | |
| --- | --- |
| Total | 7.5 |
| Rate | $100.00 |
| Amount Due | $750.00 ✓ |



PAID
NOV 2 0 2014

94343

**TEXAS RIOGRANDE LEGAL AID, INC.**
300 S. TEXAS BLVD. (956) 447-4800  383-0641
WESLACO, TEXAS 78596

INTER NATBANK
Wesla    X
NON AVAILABLE

3/13/2014

PAY TO THE ORDER OF  KEVIN JEWELL                                             $ *****3620.00

Three Thousand Six Hundred Twenty-& 00/100 Dollars                                        DOLLARS

TEXAS RIOGRANDE LEGAL AID, INC.
VOID AFTER 90 DAYS

~~NON-NEGOTIABLE~~

MEMO

⑨⑴⑨⑷⑶⑷⑶⑼ ⑶⑴⑴⑷⑼⑴⑸⑵⑺⑵⑶ ⑨⑼⑼ ⑼⑼⑼⑺ ⑸⑼

TEXAS RIOGRANDE LEGAL AID, INC.                                                    94343

J0129    JEWELL, KEVIN                    CK/Dep# 94343       3/13/2014       $ *****3620.00

PROJECT: TRLA VOTER ID



NON-NEGOTIABLE

TEXAS RIOGRANDE LEGAL AID, INC.                                                    94343

JEWELL, KEVIN  (J0129)
507 ZENNIA STREET
AUSTIN, TX 78751

NON-NEGOTIABLE

MSF5001-2                TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 800-221-7419      G1BLR$0010000   Y08SF002534

**Detail of Hours for the period 1/1/14 - 2/18/14**

Contractor Name: Kevin Jewell
Address: 507 Zennia St Austin TX 78751
Phone: 512-743-7633
Project: TRLA Voter ID

| date | hours | detail |
|---|---|---|
| 1/7/14 | 0.7 | client call |
| 1/13/14 | 1.0 | client call, frame report draft |
| 1/14/14 | 0.5 | draft client questions |
| 1/21/14 | 1.0 | review documents |
| 1/22/14 | 0.5 | client call |
| 1/23/14 | 2.0 | review census data |
| 1/27/14 | 1.5 | review documents |
| 1/28/14 | 1.0 | client call |
| 1/30/14 | 3.5 | review data |
| 2/5/14 | 2.0 | client call, review data |
| 2/6/14 | 5.5 | draft report, analysis |
| 2/7/14 | 3.5 | draft report, analysis |
| 2/10/14 | 4.5 | draft report, analysis |
| 2/11/14 | 3.5 | client call, draft report |
| 2/12/14 | 2.0 | draft report, analysis |
| 2/13/14 | 2.0 | draft report, analysis |
| 2/18/14 | 1.5 | client call, followup |

| | |
|---|---|
| Total | 36.2 |
| Rate | $100.00 |
| Amount Due | $3,620.00 |

PAID
MAR 13 2014

**TEXAS RIOGRANDE LEGAL AID, INC.**
300 S. TEXAS BLVD. (956) 447-4800 383-0641
WESLACO, TEXAS 78596


INTER NATIONAL BANK
Weslaco

95610

NON AVAILABLE

7/24/2014

PAY TO THE ORDER OF: KEVIN JEWELL  $ *****5600.00

Five Thousand Six Hundred & 00/100 Dollars — DOLLARS

TEXAS RIOGRANDE LEGAL AID, INC.
VOID AFTER 90 DAYS

NON-NEGOTIABLE

MEMO

⑉095610⑉ ⑊114915272⑊ ⑉00 0907 5⑉

---

TEXAS RIOGRANDE LEGAL AID, INC.      95610

J0129   JEWELL, KEVIN          CK/Dep# 95610    7/24/2014    $ *****5600.00

PROJECT: TRLA VOTER ID 6/1/14-6/27/14


PAID JUL 24 2014

NON-NEGOTIABLE

---

TEXAS RIOGRANDE LEGAL AID, INC.      95610

JEWELL, KEVIN (J0129)
507 ZENNIA STREET
AUSTIN, TX 78751

NON-NEGOTIABLE

MSF5001-2        TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 800-221-7419        Y08SF002534

231 046783 SLXRX5 05/12/2014 00:09

## Detail of Hours for the period 6/1/14 - 6/27/14

Contractor Name: Kevin Jewell
Address: 507 Zennia St Austin TX 78751
Phone: 512-743-7633
Project: TRLA Voter ID

| date | hours | detail |
|---|---|---|
| 6/11/14 | 6.0 | review documents, prepare exhibits |
| 6/12/14 | 3.5 | review documents, draft report |
| 6/13/14 | 1.5 | draft report. |
| 6/20/14 | 7.5 | draft report. |
| 6/23/14 | 7.0 | draft report |
| 6/24/14 | 5.0 | finalize exhibits |
| 6/25/14 | 8.5 | finalize report |
| 6/26/14 | 10.0 | finalize report |
| 6/27/14 | 7.0 | finalize report |

Total 56.0
Rate $100.00
Amount Due $5,600.00



PAID
JUL 24 2014

**TEXAS RIOGRANDE LEGAL AID, INC.**
300 S. TEXAS BLVD. (956) 447-4800 383-0641
WESLACO, TEXAS 78596

INTERNATIONAL BANK
Weslaco

96565

NON AVAILABLE

10/30/2014

PAY TO THE ORDER OF  LELAND BEATTY

$ ****10000.00

Ten Thousand & 00/100 Dollars

———————————————————————— DOLLARS

TEXAS RIOGRANDE LEGAL AID, INC.
VOID AFTER 90 DAYS

NON-NEGOTIABLE

MEMO

⑃096565⑃ ⑊114915272⑊ ⑃00 0907 5⑃

TEXAS RIOGRANDE LEGAL AID, INC.

96565

B0272  BEATTY, LELAND         CK/Dep# 96565    10/30/2014    $ ****10000.00



PAID
OCT 30 2014

NON-NEGOTIABLE

TEXAS RIOGRANDE LEGAL AID, INC.

96565

BEATTY, LELAND (B0272)
1103 UPLAND DRIVE
AUSTIN, TX 78741

NON-NEGOTIABLE

MSF5001-2        TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 800-221-7419        Y08SF002534

Leland Beatty
1103 Upland Drive
Austin, Texas 78741

INVOICE

For services rendered.

- Review of multiple data sets provided in the voter id case
- Analysis for patterns in voters without id
- Preparation and delivery of report on analysis
- Discussion and consultations on various aspects of case and data issues

TOTAL        $10,000



PAID
OCT 3 0 2014