# Taylor Exhibit E

# Travel Expenses (Clients)

**TEXAS RIOGRANDE LEGAL AID, INC.**
**OUT OF TOWN TRAVEL EXPENSE FORM**

\* Must be completed by the employee and verified and approved by Branch Manager within fifteen (15) working days after expense was incurred.

| | | | | |
|---|---|---|---|---|
| Name: | Robert W. Doggett | | Office | Austin |
| Destination | Coastal Bend area | | File Number | VID07 |
| Purpose of Trip: | Outreach to Senior Centers of Costal Bend to educate on new voting requirements | | | |

| | | | | |
|---|---|---|---|---|
| Departed from: | Home | Austin | Office | Time of Departure: | Date | 9/3/13 |
| Returned to: | Home | Austin | Office | Time of Return: | Date | 9/4/13 |

### Personal Automobile Use

| Date | | From | To | Odometer #'s | Miles Driven |
|---|---|---|---|---|---|
| 9/3/13 | Beginning | Austin Edna | Edna Victoria office | | 156 |
| | Beginning | Victoria office Corpus Christi | Corpus Christi office Rockport | | 115 |
| | Beginning | Rockport Sinton office | Sinton office Beeville office | | 63 |
| 9/4/13 | Beginning | Beeville office Refugio | Refugio Austin | | 187 |

Miles are paid at $0.45   Total Miles **522**
Total Allowance for Personal Automobile Use **$234.90**

### Air Fare
\*\*Receipts required\*\*

| DEPARTURE DATE | TIME | FROM | TO | ARRIVAL DATE | TIME |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Total Air Fare Expense
Did TRLA pay airfare in advance, please place an X in the following   YES ___   NO ___

### Meal Allowance:

| DATE(S) of Trip | Cost |
|---|---|
| 09/03/13 | $30.00 |
| 09/04/13 | $30.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| Total Meal Expenses | $80.00 |

### Lodging Allowance:
\*\*Receipts required\*\*

| DATE(S) | # of Nights | | Amt Per Day | Cost |
|---|---|---|---|---|
| 9/3/13 | 1 | Night&Tax | $119.60 | $119.60 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Total Lodging Expenses | | $119.60 |

### Other Expenses:
\*\*Receipts required\*\*

| EXPENSES | Date | Cost |
|---|---|---|
| Cab Fare | | |
| Car Rental | | |
| Shuttle | | |
| Parking | | |
| Tips & Incidentals | | |
| (Explain) | | |
| Total of Other Expenses | | $0.00 |

Grand Total $   **414.50**

PAID OCT 15 2013

| | | | |
|---|---|---|---|
| Amount Claimed: $ | 414.50 | Amount Due Traveler : $ | 414.50 |
| ADVANCE RECEIVED: $ | 0.00 | Amount Due TRLA : $ | |
| Advance Check Number: | | | |
| Advanced Airfare: $ | 0.00 | | |

10/8/13
37

I certify that this statement, the attachments and amounts claimed are true, correct, and complete and that payment for the amount claimed has not been received.

Employee Signature _____ Date 9/30/13    Primary Supervisor's Signature _____ Date 10/3/ы.

**FOR ACCOUNTING USE ONLY**

RECEIVED OCT 2 2013

| | |
|---|---|
| Account No: _____ | Account No: _____ |
| Account No: _____ | Account No: _____ |

**BEST WESTERN PARADISE INN**

6301 SOUTH PADRE ISLAND DRIVE
CORPUS CHRISTI, TX 78412



**THE WORLD'S LARGEST
HOTEL CHAIN**

(361) 992-3100

09/04/2013 08:30 AM

| | |
|---|---|
| Room # | 234-A |

| | |
|---|---|
| Conf # | 42471 |
| Arrival | 09/03/13 |
| Departure | 09/04/13 |

Registered To:

DOGGETT, ROBERT WAYNE
4308 BELLVUE AVENUE
AUSTIN, TX 78756

| | |
|---|---|
| Room Type | QQNS-2 QUEEN |
| Guests | 2 / 0 |

(512) 374-2725

| | |
|---|---|
| Payment | Visa/Master |
| Acct | XXXX-XXXX-XXXX-9651 |

| Posting | Oper | AcctCo | Description | From | Reference | Amount |
|---------|------|--------|-------------|------|-----------|--------|
| 09/03/13 | Karen | RC | ROOM CHRG REVENUE | | | $104.00 |
| 09/03/13 | Karen | 9C | CITY TAX | | | $9.36 |
| 09/03/13 | Karen | 91S | STATE TAX | | | $6.24 |
| 09/04/13 | Karen | VS | PAYMENT VISA/MC | | 9651 - 00667D | $119.60- |

| Balance Due | $0.00 |
|---|---|



THE UNDERSIGNED GUEST AGREES TO PAY THE AMOUNT INDICATED ON THE BALANCE DUE PORTION OF THIS INVOICE. IF
THE CHARGES ARE TO BE BILLED TO A THIRD PARTY, THE UNDERSIGNED AGREES TO BE PERSONALLY LIABLE FOR
PAYMENT
OF THE CHARGES IN THE EVENT THAT THE INDICATED THIRD PARTY, PERSON, COMPANY OR ASSOCIATION FAILS TO PAY
FOR ANY PART OR THE FULL AMOUNT OF SUCH CHARGES.

_____
Signature

# TEXAS RIOGRANDE LEGAL AID, INC.
## LOCAL TRAVEL MILEAGE REIMBURSEMENT FORM

Page _____ Of _____

**Name** Priscilla Noriega    **Office** Brownsville

\* Must be completed by the employee and verified and approved by Branch Manager within fifteen (15) working days after expense was incurred.

| DATE | PURPOSE * (case number) | DESTINATION From | DESTINATION To | RT** or OW** | TRIP*** TIME Depart | TRIP*** TIME Return | TOTAL HOURS | PER**** DIEM | ODOMETER READINGS Begin | ODOMETER READINGS End | TOTAL MILEAGE EXPENSES | ~OTHER | TOTAL AMOUNT CLAIMED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/21/14 | 1.07-10592 BRW | Raymondville | Raymondville | RT | 8:30 a.m. | 2:30 p.m. | 6 | $ - | 137,692 | 137,794 | 102.00 | $ - | $ 45.90 |
| 5/28/14 | 1.07-10597 BRW | Raymondville | Raymondville | RT | 8:30 a.m. | 1:30 p.m. | 5 | $ - | 137,826 | 137,931 | 105.00 | $ - | $ 47.25 |
| 5/30/14 | 1.07-10591 BRW | Raymondville | Raymondville | RT | 7:30 a.m. | 1:30 p.m. | 6 | $ - | 137,952 | 138,049 | 97.00 | $ - | $ 43.65 |
|  |  |  |  |  |  |  |  | $ - |  |  |  | $ - | $ - |
|  |  |  |  |  |  |  |  | $ - |  |  |  | $ - | $ - |
|  |  |  |  |  |  |  |  | $ - |  |  |  | $ - | $ - |
|  |  |  |  |  |  |  |  | $ - |  |  |  | $ - | $ - |
|  |  |  |  |  |  |  |  | $ - |  |  |  | $ - | $ - |
|  |  |  |  |  |  |  |  | $ - |  |  |  | $ - | $ - |
|  |  |  |  |  |  |  |  | $ - |  |  |  | $ - | $ - |
|  |  |  |  |  |  |  |  | $ - |  |  |  | $ - | $ - |
|  |  |  |  |  |  |  |  | $ - |  |  |  | $ - | $ - |
|  |  |  |  |  |  |  |  | $ - |  |  |  | $ - | $ - |
| **TOTALS** |  |  |  |  |  |  |  | $ - |  |  |  | $ - | $ 136.80 |

\* Use the following codes and briefly explain.   \*\*RT-Round Trip   \*\*OW -One Way   \*\*\*Total time spend away from home or office   \*\*\*\* If applicable   Miles are paid at $0.45

1 - Client Services (include case #)    3 - Training in service area

- Community Education    4 - Administration

Please read the following statement and check the box if you agree

☑ I certify that the amounts and attachments claimed on this statement are true and correct and that payment of the amount claimed has not been received.

_____   _6/2/14___
Employee Signature    Date

_____   _____   _____
Primary Supervisor's Signature    Date

**FOR ACCOUNTING USE ONLY**
ACCT. NO: _____    ACCT. NO: _____
ACCT. NO: _____    ACCT. NO: _____
ACCT. NO: _____    ACCT. NO: _____

RECEIVED JUN - 3 2014

JUN - 5 2016




**TEXAS RIOGRANDE LEGAL AID, INC.**
**OUT-OF-TOWN TRAVEL EXPENSE FORM**

9015

* Must be completed by the employee and verified and approved by Branch Manager within fifteen (15) working days after expense was incurred.

| | | | | |
|---|---|---|---|---|
| Name: | JOSE GARZA | | Office | SAN ANTONIO |
| Destination | Edinburg to Sebastia to Raymondville to Harlingen to Weslaco & SA | | File Number | VID 07 and NIX 08 |
| Purpose of Trip: | Trial preparation on these two cases with Attorneys. | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Departed from: | X | Home | | Office | Time of Departure: | 7:50 a.m. | Date | 12/10/13 |
| Returned to: | X | Home | | Office | Time of Return: | 5:00 p.m. | Date | 12/11/13 |

**Personal Automobile Use**

| Date | 12/10/13 | From: Home | To: Home | | Miles Driven |
|---|---|---|---|---|---|
| | | Beginning 77777 | Ending 78408 | Odometer #'s | 631 |
| Date | | From: | To: | | |
| | | Beginning | Ending | Odometer #'s | 0 |
| Date | | From: | To: | | |
| | | Beginning | Ending | Odometer #'s | 0 |
| Date | | From: | To: | | |
| | | Beginning | Ending | Odometer #'s | 0 |

Miles are paid at $0.45     **Total Miles**    631
**Total Allowance for Personal Automobile Use**    $283.95

**Air Fare**
**\*\*Receipts required\*\***

| DEPARTURE DATE | TIME | FROM | TO | ARRIVAL DATE | TIME |
|---|---|---|---|---|---|
| Not Applicable | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Air Fare Expense | |

Did TRLA pay airfare in advance, please place an X in the following    YES _____    NO   X

**Meal Allowance:**

| DATE(S) of Trip | | Cost |
|---|---|---|
| | 12/10/13 | $30.00 |
| | 12/11/13 | $30.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | 30 | $0.00 |
| | Total Meal Expenses | $60.00 |

**Lodging Allowance:**
**\*\*Receipts required\*\***

| DATE(S) | # of Nights | | Amt Per Day | Cost |
|---|---|---|---|---|
| 12/10/13 | 1 | Night&Tax | $84.80 | $84.80 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Total Lodging Expenses | | $84.80 |

**Other Expenses:**
**\*\*Receipts required\*\***

| EXPENSES | Date | Cost |
|---|---|---|
| Cab Fare | | |
| Car Rental | | |
| Shuttle | | |
| Parking | | |
| Tips & Incidentals | | |
| (Explain) | | |
| | Total of Other Expenses | $0.00 |

PAID DEC 19 2013

Grand Total $    428.75

| | |
|---|---|
| Amount Claimed: $ | 428.75 |
| ADVANCE RECEIVED: $ | 0.00 |
| Advance Check Number: | |
| Advanced Airfare: $ | 0.00 |

Amount Due Traveler : $    428.75
Amount Due TRLA : $

I certify that this statement, the attachments and amounts claimed are true, correct, and complete and that payment for the amount claimed has not been received.

Employee Signature      Date   12-12-13      Primary Supervisor's Signature      Date

**FOR ACCOUNTING USE ONLY**

Account No:   7478-39.11.01

RECEIVED DEC 16 2013

Account No:

Account No:



105      12-11-13

| | | |
|---|---|---|
| **Jose Garza**<br>**7414 Robin Rest Dr**<br>**San-Antonio TX 78209-3134**<br>**US** | Folio No. : <br> A/R Number : <br> Group Code : <br> Company : **Business** <br> Membership No. : **PC   966822935** <br> Invoice No. : | Room No. : **118** <br> Arrival : **12-10-13** <br> Departure : **12-11-13** <br> Conf. No. : **63440039** <br> Rate Code : **IDAAA** <br> Page No. : **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-10-13 | *Accommodation | 75.05 | |
| 12-10-13 | State Tax - Room | 4.50 | |
| 12-10-13 | City Tax - Room | 5.25 | |
| 12-11-13 | American Express | | 84.80 |

XXXXXXXXXXX3002

Thank you for staying at the Holiday Inn Express Weslaco . Qualifying points for this stay will automatically be credited to your account. To make additional reservations online, update your account information or view your statement please visit www. priorityclub.com. We look forward to welcoming you back soon.

| | | |
|---|---|---|
| **Total** | 84.80 | 84.80 |
| **Balance** | 0.00 | |

Guest Signature: _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Independently Owned and Operated by RGV Express Limited

PAID
DEC 1 9 2013

Holiday Inn Express Weslaco Hotel and Suites
421 S. International Blvd.
Weslaco, TX 78596
Telephone: (956) 973-2222 Fax: (956) 968-9222

TEXAS RIOGRANDE LEGAL AID, INC.
OUT-OF-TOWN TRAVEL EXPENSE FORM

* Must be completed by the employee and verified and approved by Branch Manager within fifteen (15) working days after expense was incurred.

| | | | | |
|---|---|---|---|---|
| Name: | JOSE GARZA | | Office | SAN ANTONIO |
| Destination | BROWNSVILLE then RIVERA | | File Number | VID 07 |
| Purpose of Trip: | Trial preparation | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Departed from: | X | Home | Office | Time of Departure: | 8:00 a.m. | Date 12/17/13 |
| Returned to: | X | Home | Office | Time of Return: | 8:00 p.m. | Date 12/18/13 |

Personal Automobile Use

| | | | | | | | Miles Driven |
|---|---|---|---|---|---|---|---|
| Date 12/17/13 | From: | San Antonio | | To: | Brownsville/Rivera | | |
| | Beginning | 55000 | | Ending | 55404.9 | Odometer #'s | 404.9 |
| Date 12/17/13 | From: | Rivera | | To: | San Antonio | | |
| | Beginning | 55404.9 | | Ending | 55587.1 | Odometer #'s | 182 : 2 |
| Date | From: | | | To: | | Odometer #'s | 0 |
| | Beginning | | | Ending | | | |
| Date | From: | | | To: | | Odometer #'s | 0 |
| | Beginning | | | Ending | | | |

Miles are paid at $0.45   Total Miles   587.1
Total Allowance for Personal Automobile Use   $264.18   26

Air Fare
**Receipts required**

| DEPARTURE DATE | TIME | FROM | TO | ARRIVAL DATE | TIME |
|---|---|---|---|---|---|
| Not Applicable | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Air Fare Expense | |

Did TRLA pay airfare in advance, please place an X in the following   YES _____   NO _____

Meal Allowance:

| DATE(S) of Trip | | Cost |
|---|---|---|
| | 12/17/13 | $30.00 |
| | 12/18/13 | $30.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | 30 | $0.00 |
| | Total Meal Expenses | $60.00 |

Lodging Allowance:
**Receipts required**

| DATE(S) | # of Nights | | Amt Per Day | Cost |
|---|---|---|---|---|
| 12/17/13 | 1 | Night&Tax | $89.27 | $89.27 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Total Lodging Expenses | | $89.27 |

Other Expenses:
**Receipts required**

| EXPENSES | Date | Cost |
|---|---|---|
| Cab Fare | | |
| Car Rental | | |
| Shuttle | | |
| Parking | | |
| Tips & Incidentals | | |
| (Explain) | | |
| | Total of Other Expenses | $0.00 |

Grand Total $   413.46

| | | |
|---|---|---|
| Amount Claimed: $ | 413.46 | PAID JAN 16 2014 |
| ADVANCE RECEIVED: $ | 0.00 | |
| Advance Check Number: | | |
| Advanced Airfare: $ | 0.00 | |

Amount Due Traveler : $   413.46
Amount Due TRLA : $   413.46   $413.47   1/16/14   01

I certify that this statement, the attachments and amounts claimed are true, correct, and complete and that payment for the amount claimed has not been received.

Employee Signature _____   Date 1-7-14

Primary Supervisors Signature _____   Date

FOR ACCOUNTING USE ONLY
Account No: 2445-35-00-01
Account No: _____

Account No: _____
Account No: _____

RECEIVED JAN 1 0 2014

A1008

**TEXAS RIOGRANDE LEGALAID, INC.**
**OUT-OF-TOWN TRAVEL EXPENSE FORM**

Must be completed by the employee and verified and approved by Branch Manager within fifteen (15) working days after expense was incurred

Name: *Robert Doggett*
Destination
Purpose of Trip: *AUSTIN, KENEDY, Corpus Christi*

Office: *AUSTIN*
File Number: *VID07, CIT19*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Departed from: | X Home | ___ Office | Time of Departure: ___ | Date *6/25/14* |
| Returned to: | X Home | ___ Office | Time of Return: ___ | Date *6/26/14* |

Personal Automobile Use:

| | | | | Miles Driven |
|---|---|---|---|---|
| Date *6/25/14* | From: *AUSTIN* | To: *Kenedy* | Odometer #'s | *107* |
| Date *6/25/14* | Beginning: Ending: *Kenedy* | To: *Corpus Christi* | Odometer #'s | *93* |
| Date *6/26/14* | Beginning: Ending: *Corpus Christi* | To: *Kenedy* | Odometer #'s | *93* |
| Date *6/26/14* | Beginning: Ending: *Kenedy* | To: *Corpus Christi* | Odometer #'s | *107* |
| | Beginning: Ending: | | | *400* X *.45* = *180* |

Miles are paid at $0.50     Total Miles     0
Total Allowance for Personal Automobile Use     $0.00

Air Fare
**Receipts required**

| DEPARTURE DATE | TIME | FROM | TO | ARRIVAL DATE | TIME |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Total Air Fare Expense
Did TRLA pay airfare in advance, please place an X in the following     YES ___     NO ___

Meal Allowance:

RECEIVED JUL 2 4 2014

PAID JUL 31 2014

| DATE(S) of Trip | | Cost |
|---|---|---|
| *6/25/14 - 6/26/14* | | $0.00 |
| *meals for me, client,* | | $0.00 |
| *law clerk.* | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |

*$30.00*

Total Meal Expenses     $0.00

Lodging Allowance:
**Receipts required**

| DATE(S) | # of Nights | | Amt Per Day | Cost |
|---|---|---|---|---|
| *6/25 - 6/26* | *1* | Night&Tax | *139.95 + tax* | $0.00 |
| | | Night&Tax | | $0.00 |
| *(law clerk and* | | Night&Tax | *attached* | $0.00 |
| *I shared room)* | | Night&Tax | *receipt.* | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |

*$160.95*

Total Lodging Expenses     $0.00

Other Expenses:
**Receipts required**

| EXPENSES | Date | Cost |
|---|---|---|
| Cab Fare | | |
| Car Rental | | |
| Shuttle | | |
| Parking | | |
| Tips & Incidentals | | |
| (Explain) | | |

Total of Other Expenses     $0.00

*$370.95*
*375.95*

*I combined two trips into one to save $.*
*One trip was to prep a client for depo in Kenedy*
*on 6/25 and then*
*defend depo on 6/26*
*#VID07 The other*
*was for community ed in Corpus Christi night of 6/25/14.*
*#CIT19*

Grand Total $     0.00

| | | |
|---|---|---|
| Amount Claimed: $ | 0.00 | Amount Due Traveler : $ |
| ADVANCE RECEIVED: $ | 0.00 | Amount Due TRLA : $ |
| Advance Check Number: | | |
| Advanced Airfare: | 0.00 | |

I certify that this statement, the attachments and amounts claimed are true, correct and complete and that payment for the amount claimed has not been received.

Employee Signature     Date *7/21/14*
Primary Supervisor's Signature     Date *7/25/14*

**FOR ACCOUNTING USE ONLY**

Account No: ___     Account No: ___
Account No: ___     Account No: ___



*Emerald Beach Hotel*

|  |  | 121 | 06-26-14 |
|---|---|---|---|

| robert doggett<br>4308 bellvue avenue<br>Austin TX 78756<br>US | Folio No.        :<br>A/R Number   :<br>Group Code    :<br>Company         :<br>Invoice No.      :<br>Reference No.  : | Room No.  :  0313<br>Arrival        :  06-25-14<br>Departure  :  06-26-14<br>Conf. No     :  2622482<br>Rate Code  : IGCOR<br>Page No.    :  1 of 1 |
|---|---|---|

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-25-14 | *Room | 139.95 | |
| 06-25-14 | State Hotel Tax | 8.40 | |
| 06-25-14 | City Hotel Tax | 12.60 | |
| | **Total** | 160.95 | 0.00 |
| | **Balance** | 160.95 | |

Guest Signature: _____

**(Owned by Shoreline Hotel Venture LP and Operated by Kirby Hotel Management Co)**



PAID
JUL 3 1 2014

I have received the goods and / or services in the amount shown hereon. I agree that my liability for this bill is not waived and agree to be
held personally liable in the event that the indicated person, company, or association fails to pay for any part or the full amount of these
charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Emerald Beach Hotel
1102 S. Shoreline Blvd
Corpus Christi, TX 78401
Telephone: (361) 883-5731   Fax: (361) 883-9079

OUT OF TOWN TRAVEL EXPENSE FORM

9019

* Must be completed by the employee and verified and approved by Branch Manager within fifteen (15) working days after expense was incurred.

Name: jose garza

| | | | Office | san antonio |
|---|---|---|---|---|
| Destination | Willacy County, Harlingen | | File Number | |
| Purpose of Trip: | client meeting, co-counsel meeting | | | vid07 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Departed from: | | Home | x Office | Time of Departure: | 2:00pm | Date | 5/8/17 |
| Returned to: | x | Home | Office | Time of Return: | 5:00pm | Date | 5/9/17 |

01

Personal Automobile Use

| Date | From: | To: | | Miles Driven |
|---|---|---|---|---|
| | Beginning | Ending | | |
| Date | From: | To: | Odometer #'s | 0 |
| | Beginning | Ending | | |
| Date | From: | To: | Odometer #'s | 0 |
| | Beginning | Ending | | |
| Date | From: | To: | Odometer #'s | 0 |
| | Beginning | Ending | | |
| Date | From: | To: | Odometer #'s | 0 |
| | Beginning | Ending | | |

Miles are paid at $0.53    **Total Miles**   0
**Total Allowance for Personal Automobile Use**   **$0.00**

Air Fare
**Receipts required**

| DEPARTURE DATE | TIME | FROM | TO | ARRIVAL DATE | TIME |
|---|---|---|---|---|---|
| 5/8/17 | 3:00pm | Austin | Harlingen | 5/8/17 | 4:00pm |
| | | | | | |
| | | | | | |

Did TRLA pay airfare in advance, please place an X in the following    **Total Air Fare Expense**   **$203.98**
YES _____    NO   x

Meal Allowance:

| DATE(S) of Trip | | Cost |
|---|---|---|
| | 05/08/17 | $45.00 |
| | 05/09/17 | $45.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | **Total Meal Expenses** | **$90.00** |

RECEIVED
MAY 1 5 2017

Lodging Allowance:
**Receipts required**

| DATE(S) | # of Nights | | Amt Per Day | Cost |
|---|---|---|---|---|
| 5/8/17 | 1 | Night&Tax | $102.33 | $102.33 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | Night&Tax | | $0.00 |
| | | **Total Lodging Expenses** | | **$102.33** |

Other Expenses:
**Receipts required**

| EXPENSES | Date | Cost |
|---|---|---|
| Cab Fare | | |
| Car Rental | 5/8/17 | $19.00 |
| Shuttle | | |
| Parking | | |
| Tips & Incidentals | | $2.00 |
| (Explain) | | |
| **Total of Other Expenses** | | **$21.00** |

Not eligible.

PAID
MAY 17 2017

| | | Grand Total $ | 417.31 |
|---|---|---|---|
| Amount Claimed: $ | 417.31 | | |
| ADVANCE RECEIVED: $ | 0.00 | Amount Due Traveler : $ | 417.31 |
| Advance Check Number: | | Amount Due TRLA : $ | |
| Advanced Airfare: $ | 0.00 | | |

415.31
5/16/17 PT.

I certify that this statement, the attachments and amounts claimed are true, correct, and complete and that payment for the amount claimed has not been received.

| _____ Jose Garza _____ | 5/11/17 | _____ | _____ |
|---|---|---|---|
| Employee Signature | Date | Primary Supervisor's Signature | Date |

FOR ACCOUNTING USE ONLY

Account No: _____    Account No: _____

Account No: _____    Account No: _____

Case 2:13-cv-00193    Document #206-5    Filed on 02/07/20 in TXSD    Page 11 of 14

From: Southwest Airlines <SouthwestAirlines@luv.southwest.com>
To: garzpalm <garzpalm@aol.com>
Subject: Flight reservation (5QB344) | 08MAY17 | AUS-HRL | Garza/Jose
Date: Fri, May 5, 2017 4:08 pm

**PAID**
**MAY 17 2017**

F : _____

Thanks for choosing Southwest® for your trip.



# Southwest's

👤 Log in | View my itinerary

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |

## Ready for takeoff!



Thanks for choosing Southwest® for your trip. You'll find everything you need to know about your reservation below. Happy travels!

 **Air itinerary**

## AIR Confirmation: 5QB344

Confirmation Date: 05/5/2017

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| GARZA/JOSE | 704266 | 5262102798478 | May 5, 2018 | 1059 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Mon May 8 | 277 | Depart AUSTIN, TX (AUS) on Southwest Airlines at **3:00 PM** Arrive in HARLINGEN, TX (HRL) at **4:00 PM** Travel Time 1 hrs 0 mins Senior |

✔ **Check In for your flight(s):** 24 hours before your trip on Southwest.com or your mobile device to secure your boarding position. You'll be assigned a boarding position based on your check-in time. The earlier you check in within 24 hours of your flight, the earlier you get to board.

🛄 **Bags fly free®:** First and second checked bags. Weight and size limits apply. One small bag and one personal item are permitted as carryon items, free of charge.

🕐 **30 minutes before departure:** We encourage you to arrive in the gate area no later than 30 minutes prior to your flight's scheduled departure as we may begin boarding as early as 30 minutes before your flight.

🕐 **10 minutes before departure:** You must obtain your boarding pass(es) and be in the gate area for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.


Save up to 30%
Plus earn up to 2,400 Rapid Rewards® points.
Let's go!
**Budget**


**EarlyBird Check-In®**
Let us take care of check-in for you.
**Get it now**

 **Add a hotel**
✔ Earn Rapid Rewards® points
✔ Best rate guarantee
✔ Free cancellation
**Book a hotel ›**

 **Add a rental car**
✔ Earn Rapid Rewards® points
✔ Guaranteed low rates
✔ Free cancellation
**Book a car ›**

5/11/17, 10:56 AM



**If you do not plan to travel on your flight:** In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

Need to make a change? Keep your confirmation number on record. It will be used to retrieve your reservation and apply funds to future travel.

**Air Cost:** 203.98

Fare Rule(s): 5262102798478: NONTRANSFERABLE/AGE 65 OR OVER/ID REQUIRED.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

AUS WN HRL176.54QCD 176.54 END ZPAUS XFAUS4.5 AY5.60$AUS5.60

 Learn about our boarding process ✈

 Learn about inflight WiFi & entertainment ✈

**Travel more for less.**

Exclusive deals for your favorite destinations.

Sign up and save ›

**Southwest›**
Rapid Rewards®

✓ Unlimited reward seats
✓ No blackout dates
✓ Redeem for international flights and more

Enroll now ›

## Cost and Payment Summary

✈ **AIR - 5QB344**

| | | | |
|---|---|---|---|
| Base Fare | $ 176.54 | **Payment Information** | |
| Excise Taxes | $ 13.24 | Payment Type: Amer Express XXXXXXXXXXX3002 | |
| Segment Fee | $ 4.10 | Date: May 5, 2017 | |
| Passenger Facility Charge | $ 4.50 | Payment Amount: $203.98 | |
| September 11th Security Fee | $ 5.60 | | |
| Total Air Cost | $ 203.98 | | |

MAY 17 2017

| Useful Tools | Know Before You Go | Special Travel Needs |
|---|---|---|
| Check In Online | In the Airport | Traveling with Children |
| Early Bird Check-In | Baggage Policies | Traveling with Pets |
| View/Share Itinerary | Suggested Airport Arrival Times | Unaccompanied Minors |
| Change Air Reservation | Security Procedures | Baby on Board |
| Cancel Air Reservation | Customers of Size | Customers with Disabilities |
| Check Flight Status | In the Air | |
| Flight Status Notification | Purchasing and Refunds | |
| Book a Car | | |
| Book a Hotel | | |

## Legal Policies & Helpful Information

| | |
|---|---|
| Privacy Policy | Customer Service Commitment | Contact Us |
| Notice of Incorporated Terms | FAQs | |

Book Air | Book Hotel | Book Car | Book Vacation Packages | See Special Offers | Manage My Account

# Country Inn And Suites By Carlson Harlingen, Tx

## 3825 South Expressway 83, Harlingen, Texas 78550

### Your Reservation Receipt

| | |
|---|---|
| Booking Number | WF9F9K8 |
| Guest Name | Jose Garza |
| Check In | Monday, May 8, 2017 @ 3:00 PM |
| Check Out | Tuesday, May 9, 2017 @ 11:00 AM |
| Room Type | Double Occupancy Room, Assigned By Hotel At Check In |
| Length of Stay | 1 Night |

Cancellation Policy
Immediately upon confirmation, this booking is completely non-refundable. Changes
without penalty are also not guaranteed.

### Payment and Rate Information

| | |
|---|---|
| Average Room Cost Per Night | $91.00 USD |
| Total Room Cost for 1 Night | $91.00 USD |
| **Payment Information** | |
| Taxes & Fees | $11.33 USD |
| Total Charges | $102.33 USD |

Important Information

Minimum age for check in is 21 years old with a valid ID and credit card. No-show is
subjected to full charge penalty.

| | |
|---|---|
| Card | AMEX ending in 3002 |
| Status | Confirmed - paid in full on 07 May 2017 |

The above charges will appear on your card from RTI*SWHotels Country Inn

PAID
MAY 1 7 2017

**RECEIPT** DATE 04-08-17 _____ No. 392349

RECEIVED FROM *Platinum Transportation* ___ $ 19.00

P A I D DOLLARS

MAY 1 7 2017

○ FOR RENT *TAXI*
○ FOR _____

| ACCOUNT | | | ○ CASH | FROM VIA ___ TO Courty Inn |
|---|---|---|---|---|
| PAYMENT | 19 | 00 | ○ CHECK | |
| | | | ○ MONEY ORDER | |
| BAL. DUE | 0 | | ○ CREDIT CARD | BY VAL N. |

P A I D
MAY 1 7 2017