# Taylor Exhibit G

# Other Trial Expenses (Interpreter)

**TEXAS RIOGRANDE LEGAL AID, INC.**
300 S. TEXAS BLVD. (956) 447-4800  383-0641
WESLACO, TEXAS 78596

INTER NATIONAL BANK
Weslaco

96335

NON AVAILABLE

9/30/2014

PAY TO THE ORDER OF   CARMEN M. MACOSSAY     $ ******175.00

One Hundred Seventy-Five & 00/100 Dollars ———— DOLLARS

TEXAS RIOGRANDE LEGAL AID, INC.
VOID AFTER 90 DAYS

NON-NEGOTIABLE

MEMO

⑆096335⑆ ⑈114915272⑈ ⑆00 0907 5⑆

TEXAS RIOGRANDE LEGAL AID, INC.                                96335

M0151   MACOSSAY, CARMEN M.        CK/Dep# 96335    9/30/2014    $ ******175.00


PAID SEP 30 2014

NON-NEGOTIABLE

TEXAS RIOGRANDE LEGAL AID, INC.                                96335

MACOSSAY, CARMEN M. (M0151)
SI SI TRANSLATIONS
309 WILLIAMSON PLACE
CORPUS CHRISTI, TX 78411-1515

NON-NEGOTIABLE

MSF5001-2         TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 800-221-7419         Y08SF002534

1681 D46783 SLXRX5 06/12/2014 00:09

**Carmen M. "Millie" Macossay\***
**309 Williamson Place**
**Corpus Christi TX 78411-1515**

Phone: 361-854-5393                                        Mobile Phone: 361-549-6511
E-mail: sisitranslations@gmail.com

## INVOICE

September 26, 2014                                         Via email: MVanDalen@trla.org
                                                           Atopete@trla.org

For Professional Services Rendered

Ms. Marinda van Dalen
TEXAS RIO GRANDE LEGAL AID, INC.
531 East St. Francis Street
Brownsville, TX 78520



| DATE | DESCRIPTION |
|---|---|
| 09/2014 | Interpret Trial Testimony of Mr. Eulalio Mendez, Jr. in Cause No. 2:13-CV-193 & Consolidated cases, *Belinda Ortiz et al. vs. State of Texas et al.,* in the Corpus Christi Division of the United States District Court. Travel time portal-to-portal, review of operative pleadings & mileage. (2-hour miminum). |

Invoice Total                                                                $206.00
                              Courtesy discount 15%       $ 31.00
                              **Total Due**                      **$175.**

\*\*Payment terms: Due upon receipt. **PLEASE MAKE CHECK PAYABLE TO CARMEN M. MACOSSAY.**

**Ms. Marinda (& Ms. Anna & Mr. Doggett), thank you for the opportunity to serve you!** To insure proper credit, please enclose a copy of this invoice with your remittance.

*\*Federally Certified Spanish Court Interpreter--Certification No. 98-067.*