**Exhibit B**
**Timekeeper Summary**

## EXHIBIT B

THOMPSON & KNIGHT LLP
TIMEKEEPER SUMMARY
February 8, 2019-May 28, 2019

| Name of Professional | Position with T&K and Date Admitted to Practice | Practice Area | Hourly Billing Rate | Hours | Fee |
|---|---|---|---|---|---|
| Demetra L. Liggins | Partner- 2000 | Bankruptcy | $640.00 | 206.40 | $128,256.00 |
| Cassandra S. Shoemaker | Counsel- 2009 | Bankruptcy | $540.00 | 406.00 | $212,760.00 |
| Christopher A. Bailey | Associate- 2018 | Bankruptcy | $355.00 | 381.20 | $135,326.00 |
| Terri Helge | Counsel- | Tax | $470.00 | 14.00 | $6,580.00 |
| Amy Curtis | Partner- 1998 | Corporate & Securities | $735.00 | 110.30 | $81,070.50 |
| Tonya Maksimenko | Associate- 2017 | Corporate & Securities | $430.00 | 33.60 | $14,448.00 |
| Matthew Alexander | Associate- 2016 | Bankruptcy/Finance | $430.00 | 13.50 | $5,805.00 |
| Monica Hart | Associate- 2015 | Real Estate & Banking | $430.00 | 19.10 | $8,213.00 |
| Jean Anderson | Paralegal | Bankruptcy | $310.00 | 93.90 | $29,109.00 |
| Other Professionals (each with less than 10 hours of time) | Various | Various | $517.72 (Average) | 48.70 | $25,213.00 |
| TOTAL | | | | 1326.7 | $646,780.50 |



**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

ENTERED
09/16/2019

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 19-20063** |
| **SQLC SENIOR LIVING CENTER** | § | |
| **AT CORPUS CHRISTI, INC. d/b/a** | § | **CHAPTER 11** |
| **MIRADOR** | § | |
| | § | |
| **Debtor.** | § | |

## ORDER APPROVING FIRST AND FINAL FEE APPLICATION OF THOMPSON & KNIGHT LLP
(Docket No. 217)

The Court has considered the First and Final Fee Application of Thompson & Knight LLP

("TK"). The Court finds that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§157

and 1334; (b) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) notice of the

Application and hearing thereon was adequate, no objections were filed, and no other and further

notice is required; (d) the fees and expenses requested are reasonable, necessary, and beneficial to

estate; and (e) the services performed by TK were of a direct, tangible, and identifiable benefit to

the estates.  Therefore, it is

ORDERED that the Application is APPROVED on a final basis as provided herein.  It is

further

ORDERED that TK shall be allowed on a final basis compensation of $646,780.50 and

reimbursement of expenses in the amount of $16,496.91 for services rendered on behalf of the

Debtor for the period of February 8, 2019 through May 28, 2019.  It is further

ORDERED that the Debtor pay TK $401,263.30 in unpaid fees and $2,692.18 in unpaid

expenses.  It is further

---

**ORDERED** that the Liquidating Trustee is authorized to pay all outstanding amounts owing to TK on account of the fees and expenses approved by this Order within (5) calendar days from the date this Order becomes final and non-appealable. It is further

**ORDERED** that this Court shall retain jurisdiction to hear and consider all matters arising from the interpretation or implementation of this Order.

**Signed: September 16, 2019**

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

---