## SUMMARY OF COMPENSATION REQUESTED BY PROFESSIONAL

| Name of Professional | Position | Department | Date of Admission | Hourly Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Lonczak, Don J. | Partner | Tax, Income Tax | 1992 | 975.00 | 1.1 | 1,072.50 |
| Sterling, David D. | Partner | Litigation | 1984 | 900.00 | 4.8 | 4,320.00 |
| Weston, Rubin | Partner | Corporate, Finance | 1995 | 900.00 | 1.0 | 900.00 |
| Poff, Joe S. | Partner | Global Projects, Corporate / Securities | 1980 | 850.00 | 280.9 | 237,490.00 |
| Prince, James R. | Partner | Bankruptcy | 1992 | 850.00 | 114.4 | 96,560.00 |
| Cuomo, Paul C. | Partner | Litigation / Antitrust and Competition Law Group | 1995 | 850.00 | 0.8 | 680.00 |
| Fowler, II, J. Rob | Partner | Tax, Employee Benefits and Executive Compensation | 1996 | 800.00 | 16.0 | 12,800.00 |
| Stutts, William F. | Partner | Corporate / Finance | 1976 | 775.00 | 104.1 | 80,677.50 |
| Bisch, Mark | Partner | Corporate | 1994 | 775.00 | 31.1 | 24,102.50 |
| Korney, Sean J. | Partner | Global Projects | 1994 | 775.00 | 2.9 | 2,247.50 |
| Florey, Tull R. | Partner | Corporate / Securities | 1995 | 775.00 | 27.3 | 21,157.50 |
| Rodriguez, Cristina E. | Partner | Litigation, Securities and Professional Liability Litigation Group, Labor and Employment Group | 1995 | 775.00 | 34.1 | 26,427.50 |
| Kline, Samara L. | Partner | Litigation, Appellate Group | 1989 | 750.00 | 30.0 | 22,500.00 |
| Elsayed, Hassan | Partner | Corporate | 1985 | 725.00 | 28.5 | 20,662.50 |
| Mountz, Timothy W. | Partner | Litigation | 1979 | 700.00 | 139.6 | 97,720.00 |
| Reilly, Paul J. | Partner | Intellectual Property / Trademark | 1995 | 700.00 | 0.8 | 560.00 |
| Moore, Bridget M. | Partner | Litigation, White Collar and Corporate Investment Group Securities and Professional Liability Litigation Group | 2000 | 700.00 | 7.0 | 4,900.00 |
| Trulock, Jennifer M. | Partner | Litigation, Labor and Employment Group, White Collar and Corporate Investment Group | 1997 | 650.00 | 12.3 | 7,995.00 |
| McDowell, C. Luckey | Partner | Bankruptcy | 2002 | 650.00 | 696.8 | 433,712.50 |
| O'Brien, Tom E. | Partner | Litigation, Securities and Professional Liability Litigation Group | 2004 | 650.00 | 49.0 | 31,850.00 |

Active 16161997.3

Case 2:13-cv-00193 Document 1207-2 Filed on 02/07/20 in TXSD Page 2 of 6
Case 14-20130 Document 504 Filed in TXSB on 06/01/14 Page 73 of 79

| Name of Professional | Position | Department | Date of Admission | Hourly Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Foster, J. Gail | Special Counsel | Litigation | 1984 | 575.00 | 14.9 | 8,567.50 |
| Alaniz, Omar J. | Special Counsel | Bankruptcy | 2003 | 575.00 | 485.6 | 272,693.75 |
| Tiller, Patricia M. | Senior Associate | Global Projects | 2005 | 575.00 | 10.3 | 5,922.50 |
| Hefley, Amy P. | Senior Associate | Litigation, Appellate Group Technology & IP Litigation Group, Securities and Professional Liability Litigation Group | 2004 | 550.00 | 2.4 | 1,320.00 |
| Bristow, James W. | Senior Associate | Litigation, Technology and IP Litigation Group | 2005 | 550.00 | 56.2 | 30,910.00 |
| Roberts, Ian E. | Associate | Bankruptcy | 2006 | 550.00 | 405.4 | 219,037.50 |
| Hunsaker, Matt C. | Senior Associate | Tax (State) | 2005 | 550.00 | 3.9 | 2,145.00 |
| Thomison, Andrew L. | Senior Associate | Corporate / Finance | 2007 | 550.00 | 140.5 | 77,275.00 |
| Essigmann, Brandon J. | Senior Associate | Tax, Employee Benefits and Executive Compensation | 2007 | 550.00 | 13.4 | 7,370.00 |
| Ryan, Katie J. | Senior Associate | Corporate / Securities | 2007 | 550.00 | 15.7 | 8,635.00 |
| Stanley, Elizabeth K. | Senior Associate | Intellectual Property / Trademark | 2007 | 550.00 | 4.8 | 2,640.00 |
| Christensen, Guillermo S. | Associate | Global Projects | 2007 | 550.00 | 1.6 | 880.00 |
| Voyce, Jessica L. | Associate | Bankruptcy | 2010 | 475.00 | 400.8 | 190,380.00 |
| Allen, Hunter T. | Associate | Litigation | 2010 | 475.00 | 7.0 | 3,325.00 |
| Zhang, Jenny X. | Associate | Corporate / Finance | 2011 | 450.00 | 80.5 | 36,225.00 |
| Gilstrap, Meggie | Associate | Litigation | 2011 | 400.00 | 192.2 | 76,000.00 |
| Cuenin, Ari | Associate | Litigation | 2011 | 400.00 | 59.5 | 23,800.00 |
| Carter, Caroline Nan | Associate | Litigation | 2011 | 400.00 | 113.4 | 45,360.00 |
| White, Kim Tuthill | Associate | Environmental | 2011 | 400.00 | 1.5 | 600.00 |
| Caballero, Josue | Associate | Litigation | 2012 | 400.00 | 1.5 | 600.00 |
| Culpepper, Clint W. | Associate | Corporate / Finance | 2012 | 400.00 | 0.5 | 200.00 |
| Herman, Russ G. | Associate | Litigation | 2012 | 400.00 | 49.5 | 19,800.00 |
| Dinur, Alex E. | Associate | Corporate | 2013 | 325.00 | 9.1 | 2,957.50 |
| Bloch-Wehba, Hanna C. | Associate | Litigation | 2013 | 325.00 | 2.9 | 942.50 |
| Davis, Charles M. | Associate | Corporate | 2013 | 325.00 | 107.7 | 35,002.50 |
| Andersen, Wicki | Trainee Lawyer | Global Projects | N/A | 300.00 | 21.3 | 6,390.00 |

Active 16161997.3

- 3 -

| Name of Professional | Position | Department | Date of Admission | Hourly Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Doyle, Rachel J. | Document Review Lawyer | Litigation | 1985 | 275.00 | 1.8 | 495.00 |
| Howard, Cheryl J. | Document Review Lawyer | Litigation | 1989 | 275.00 | 4.0 | 1,100.00 |
| Mwine, K.E. Sas | Document Review Lawyer | Litigation | 2000 | 275.00 | 1.8 | 495.00 |
| Saleski, Adam B. | Document Review Lawyer | Litigation | 2003 | 275.00 | 1.0 | 275.00 |
| | | | | | | |
| Pacifici, Eric B. | Summer Associate | Corporate | N/A | 250.00 | 25.8 | 6,450.00 |
| Smith, Sarah A. | Summer Associate | Litigation | N/A | 250.00 | 11.5 | 2,875.00 |
| Fontenla, Rory M. | Senior Paralegal | Bankruptcy | N/A | 250.00 | 76.2 | 19,050.00 |
| Caine, Robert M. | Senior Paralegal | Corporate | N/A | 250.00 | 4.6 | 1,150.00 |
| Buenzow, Leslie L. | Senior Paralegal | Litigation | N/A | 250.00 | 0.3 | 75.00 |
| Porterfield, Ceciley K. | Senior Paralegal | Intellectual Property / Trademark | N/A | 250.00 | 2.8 | 700.00 |
| Little, Lynn A. | Paralegal | Corporate | N/A | 250.00 | 5.1 | 1,275.00 |
| Avery, Deborah | Senior Paralegal | Litigation | N/A | 250.00 | 5.4 | 1,350.00 |
| Coleman, Sarah M. | Law Clerk | Finance | N/A | 250.00 | 9.5 | 2,375.00 |
| Lowe, Mary R. | Paralegal Clerk | Corporate | N/A | 150.00 | 1.0 | 150.00 |
| Montalvo, Cynthia | Research Librarian | Library Services | N/A | 150.00 | 3.1 | 465.00 |
| Pravata, Richard | Research Librarian | Library Services | N/A | 150.00 | 4.4 | 660.00 |
| | | | | | 3,942.9 | $2,246,253.75 |

Case 2:13-cv-00193 Document 1207-2 Filed on 02/07/20 in TXSD Page 4 of 6
Case 14-20130 Document 553 Filed in TXSB on 08/26/14 Page 1 of 3
504
ENTERED
08/26/2014

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| AUTOSEIS, INC., *et al.*,[1] | § | Case No. 14-20130 |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

### ORDER GRANTING FIRST INTERIM FEE APPLICATION OF BAKER BOTTS L.L.P., COUNSEL TO DEBTORS, FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD MARCH 25, 2014 THROUGH JUNE 30, 2014

The Court considered the First Interim Fee Application of Baker Botts L.L.P., Counsel to Debtors, for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period March 25, 2014 through June 30, 2014 (the "Application") dated August 1, 2014. The Court, having considered the Application and arguments of counsel, and no objections having been filed or such objections having been overruled or otherwise resolved by entry of this Order, hereby finds and concludes for the purposes of this interim order that the fees and expenses documented by the Application are reasonable and necessary, represent a benefit to the estate and should be allowed.

On April 25, 2014, the Court entered the Agreed Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Case Professionals [Doc #246] (the "Interim Compensation Order"). Pursuant to the Interim Compensation Order, Applicant submitted the following monthly interim statements of professional fees and expenses to the Debtor, the United States Trustee, counsel for the lenders of the debtor in possession credit facility and the Official Committee of Unsecured

---

[1] The Debtors in these chapter 11 cases are: Autoseis, Inc. (5224); Global Geophysical Services, Inc. (4281); Global Geophysical EAME, Inc. (2130); Global International Holdings, Inc. (2420); Accrete Monitoring, Inc. (2256); and Autoseis Development Company (9066).

Active 16411647.2              1

Creditors and received the 80% payment of fees and 100% payment of expenses as set forth in the Interim Compensation Order as follows:

| Invoice Date | Billing Period | Total Fees Requested (100%) | Expenses Requested (100%) | Payment Received and Date Received | Remaining Balance (Unpaid fees and expenses) |
|---|---|---|---|---|---|
| 5/15/2014 | March 2014 | $239,467.50 | $12,570.05 | $204,144.05; 6/4/2014 | $47,893.50 |
| 5/19/2014 | April 2014 | $1,162,506.25 | $18,760.86 | $948,765.82; 6/4/2014 | $232,501.29 |
| 6/17/2014 | May 2014 | $446,415.00 | $14,266.23 | $371,398.23; 7/7/2014 | $89,283.00 |
| 7/18/2014 | June 2014 | $397,865.00 | $14,920.50 | $333,212.50; 8/5/2014 | $79,573.00 |
| Total | | $2,246,253.75 | $60,517.64 | $1,857,520.60 | $449,250.79 |

After consultation with the U.S. Trustee, Baker Botts announced at the hearing on the Application the following revisions to its fee application:

- Baker Botts voluntarily reduced the fees requested in its Application by $3,770.00; and

- Baker Botts voluntarily reduced certain expenses requested in its Application by $4,515.51 (the "Prepetition Expenses") because such expenses were incurred prior to the petition date.

IT IS THEREFORE

**ORDERED** that the fees and expenses requested by Baker Botts L.L.P. ("Baker Botts"), totaling $2,242,483.75 and $56,002.13 respectively, covering the period of time from March 25, 2014 through June 30, 2014 is hereby approved and allowed on an interim basis; it is further

**ORDERED** that upon entry of the this order, or within five business days thereafter, the Debtors shall pay to Baker Botts $440,965.28, which represents the 20% withheld amount of fees allowed and approved less the reductions announced by Baker Botts at the hearing and reflected above; and it is further

Active 16411647.2      2

**ORDERED** that Baker Botts is authorized and directed to immediately set off the Prepetition Expenses against its prepetition retainer, reducing the balance of the retainer by $4,515.51.

Dated: Aug. 26, 2014

RICHARD S. SCHMIDT
UNITED STATES BANKRUPTCY JUDGE