### EXHIBIT B

### SHERWIN ALUMINA COMPANY, LLC, ET AL.
### ORDINARY COURSE PROFESSIONAL FOR THE DEBTOR
### SUMMARY OF TIMEKEEPERS
### FROM MARCH 25, 2016 THROUGH OCTOBER 31, 2016

| Professional | Position/Department/ Admission Date | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Marshall B. Babson | Counsel/Labor & Employment Admitted 1975 | $1,065.00 | 655.20 | $697,788.00 |
| Gus A. Paloian | Partner/Bankruptcy Admitted 1984 | $825.00 | .80 | $660.00 |
| John L. Collins | Partner/Labor and Employment - Complex Discrimination Litigation Admitted 1980 | $710.00 | 31.50 | $22,365.00 |
| Joshua L. Ditelberg | Partner/Labor and Employment Admitted 1991 | $705.00 | 1.20 | $846.00 |
| Adam Smiley | Associate/ Labor & Employment Admitted 2005 | $565.00 | 207.40 | $117,181.00 |
| Kay Hazelwood | Senior Counsel/Litigation Commercial Litigation Admitted | $490.00 | 3.30 | $1,617.00 |
| Jade Gilstrap | Associate/Labor & Employment Admitted 2014 | $455.00 | 3.80 | $1,729.00 |
| Bret M. Harper | Associate/Bankruptcy Admitted 2009 | $445.00 | 1.50 | $667.50 |
| Jennifer M. McManus | Paralegal Bankruptcy | $370.00 | 20.60 | $7,622.00 |
| Yan Deng | Library Supervisor | $240.00 | .10 | $24.00 |
| **TOTAL** | | | **925.40** | **$850,499.50** |

ENTERED
11/30/2016

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SHERWIN ALUMINA COMPANY, LLC, *et al.*,[1] | § | Case No. 16-20012 |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | **David R. Jones** |

**ORDER GRANTING FIRST INTERIM APPLICATION OF SEYFARTH SHAW LLP AS ORDINARY COURSE PROFESSIONAL FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 25, 2016 THROUGH OCTOBER 31, 2016**
(Docket No. 917)

Upon the fee application (the "Fee Application")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"): (a) approving payment to Seyfarth of compensation for professional services rendered to the Debtors and for reimbursement of actual and necessary expenses incurred in connection with such services from March 25, 2016 through and October 31, 2016; and (b) granting related relief, all as more fully set forth in the Fee Application; and after due deliberation, it is HEREBY ORDERED THAT:

    1.    The Fee Application is granted as set forth herein.

    2.    Compensation to Seyfarth for professional services rendered during the Compensation Period is allowed on an interim basis in the amount of $850,499.50.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Sherwin Alumina Company, LLC (2376); and Sherwin Pipeline, Inc. (9047). The debtors' service address is: 4633 Highway 361, Gregory, Texas 78359.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Fee Application.

3. Reimbursement to Seyfarth for expenses incurred during the Compensation Period is allowed on an interim basis in the amount of $32,204.70.

4. The Debtors are authorized ~~and directed~~ to pay Seyfarth all fees and expenses allowed pursuant to this Order.

**Signed: November 30, 2016**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

2