IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *ET AL.*, <br><br> PLAINTIFFS, <br><br> V. <br><br> GREG ABBOTT, *ET AL.*, <br><br> DEFENDANTS. | CIVIL ACTION NO. 2:13-CV-193 (NGR) <br> (CONSOLIDATED ACTION) |

### REPLY DECLARATION OF NEIL G. BARON

Pursuant to 28 U.S.C. §1746, I, Neil G. Baron, declare that I have provided information for my Reply in support of Plaintiffs' attorneys' fee petition to J. Gerald Hebert, for his incorporation in an omnibus Reply Declaration on behalf of the Veasey team of attorneys. I have examined those portions of Mr. Hebert's omnibus Declaration that report facts relating to my work in this case, and that the facts reported there as well as the facts stated in my second supplemental declaration incorporated into that omnibus declaration are true and correct to the best of my knowledge, information and belief. I so declare under penalty of perjury.

Date: February 6, 2020

_____
NEIL G. BARON