IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| Marc Veasey, et al., ) | |
| Plaintiffs, ) | |
| v. ) | CIVIL ACTION NO.: 2:13-cv-193 |
| Greg Abbott, et al., ) | |
| Defendants. ) | |

### Reply Declaration of Armand Derfner

Pursuant to 28 U.S.C. 1746, I declare that I have provided information for my Reply in support of Plaintiffs' attorneys' fee petition to J. Gerald Hebert, for his incorporation in an omnibus Reply Declaration on behalf of the Veasey team of attorneys, that I have examined those portions of Mr. Hebert's omnibus Declaration that report facts relating to my work in this case, and that the facts reported there are true and correct to the best of my knowledge, information and belief. I so declare under penalty of perjury.

Date: Feb. 3, 2020             Armand Derfner: _/s/ Armand Derfner_