# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
F I L E D

JUN 0 8 2020

David J. Bradley, Clerk of Court

20200527-126

Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Wednesday, May 27, 2020
Case Number: 2:13-cv-00193
Document Number: 1211 (106 pages)
Notice Number: 20200527-126
Notice: The attached order has been entered.

