# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS


20200527-131

S. Christopher Suprun
909 Collins Blvd.
Cedar Hill, TX US 75104

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Wednesday, May 27, 2020
Case Number: 2:13-cv-00193
Document Number: 1211 (106 pages)
Notice Number: 20200527-131
Notice: The attached order has been entered.

