# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS


20200527-123

Natasha Korgaonkar
NAACP Legal Def and Educational Funds, Inc.
40 Rector St
5th Floor
New York, NY 10006

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov


United States Courts
Southern District of Texas
FILED

JUN 17 2020

David J. Bradley, Clerk of Court

Date: Wednesday, May 27, 2020
Case Number: 2:13-cv-00193
Document Number: 1211 (106 pages)
Notice Number: 20200527-123
Notice: The attached order has been entered.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

$011.75

United States District
Southern District of Texas
FILED
JUN 17 2020
David J. Bradley, Clerk of Court

PRIORITY®
MAIL
TAL SERVICE

-R-T-S- 100065033-1N   06/13/20

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER