IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY et al., *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, et al., *Defendants*, | § § § § § § § § § § § Civil Action No. 2:13-cv-193 (NGR) |

## STATE DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Defendants Greg Abbott, in his official capacity as Governor of the State of Texas, Ruth R. Hughs, in her official capacity as Secretary of State, and the State of Texas (collectively, the "State Defendants"), hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Order of May 27, 2020 [ECF No. 1211] granting Plaintiffs' Motion for Attorney's Fees and Costs.

Dated: June 25, 2020

                                              Respectfully submitted,

                                              KEN PAXTON
                                              Attorney General of Texas

                                              JEFFREY C. MATEER
                                              First Assistant Attorney General

                                              RYAN L. BANGERT
                                              Deputy First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief-General Litigation Division

/s/*Dominique G. Stafford*
DOMINIQUE G. STAFFORD
Texas Bar No. 24079382
SUMMER R. LEE
Texas Bar No. 24046283
Assistant Attorneys General
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 463-2120 PHONE
(512) 320-0667 FAX
Dominique.Stafford@oag.texas.gov
Summer.Lee@oag.texas.gov
*Attorneys for the State of Texas*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically with the Court and delivered by CM/ECF on June 25, 2020, to counsel for Plaintiffs.

/s/ *Dominique G. Stafford*
DOMINIQUE G. STAFFORD
Assistant Attorney General