# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS



20200702-515

United States Courts
Southern District of Texas
FILED

15 2020

David J. Bradley, Clerk of Court

Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Thursday, July 2, 2020
Case Number: 2:13-cv-00193
Document Number: 1216 (2 pages)
Notice Number: 20200702-515
Notice: The attached order has been entered.

United States Courts
Southern District of Texas
FILED

JUL 15 2020

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Marc Veasey, et al.

*versus*

Greg AbbottOffice of The Attorney
General, et al.

Case Number: 2:13-cv-00193
Judge Nelva Gonzales Ramos

## NOTICE OF THE FILING OF AN APPEAL

An appeal has been filed by Dominique Stafford. The following appeal and related motions are pending in the District Court:

Notice of Appeal – #1215

If the appellant fails to comply with the following requirements, then the Clerk of Court will submit a certificate of noncompliance to the Fifth Circuit Court of Appeals.

**FILING FEE:**
A filing fee is required to proceed on appeal. If the filing fee has not already been paid, then it must be paid or a motion to proceed *in forma pauperis* must be filed, unless appellant is an United States government agency.

**TRANSCRIPTS:**
If hearings were held in this case and the transcripts were not already produced, then transcripts must be ordered. Pursuant to FRAP 10(b)(1), a transcript order form must be filed within 14 days of the filing of the notice of appeal. Under Fifth Circuit Rule 10, the appellant's order of the transcript must be made on a DKT-13 Transcript Order form. The DKT-13 must be filed regardless of whether there were hearings or transcripts needed. A link to the DKT-13 form and instructions for ordering transcripts are available on the court's website at www.txs.uscourts.gov/page/OrderingTranscripts.

If there were no hearings or no transcripts are needed, file the DKT-13 form with the appropriate box marked to indicate so. For cases where transcripts are needed, prepare a separate DKT-13 for each reporter from whom you are ordering transcripts. All transcripts for electronically recorded proceedings may be ordered on one form. Each form should indicate the exact dates of the proceedings to be transcribed by that reporter.

This case had hearings. Reporter(s): n/a.

**EXHIBITS:**
The Fifth Circuit requires exhibits admitted into evidence be included in the electronic record for transmission to the Fifth Circuit. Exhibits in the custody of the court will be electronically filed by court staff. Exhibits previously returned to the parties must be immediately electronically filed in this case by the attorney, using event Exhibits in the Trial Documents category in ECF.

Date: June 29, 2020.

David J. Bradley, Clerk

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 000.50⁰
02 1W
0001374615 JUL 02 2020

United States Courts
Southern District of Texas
F I L E D
JUL 15 2020
David J. Bradley, Clerk of Court

RETURN TO SENDER
[ ] NEED BOOKING #/DOB
[X] INMATE NO LONGER HERE
[ ] ILLEGIBLE WRITING
[ ] NEED INMATE FULL NAME
[ ] NOT ACCEPTED-NO RETURN ADDRESS



NIXIE         787    DE  1      0007/12/20
         RETURN TO SENDER
            REFUSED
         UNABLE TO FORWARD

BC: 7720818191818        *0833-00868-02-46