# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS



JUL 27 2020

David J. Bradley, Clerk of Court

20200702-520

S. Christopher Suprun
909 Collins Blvd.
Cedar Hill, TX US 75104

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Thursday, July 2, 2020
Case Number: 2:13-cv-00193
Document Number: 1216 (2 pages)
Notice Number: 20200702-520
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED
JUL 27 2020
David J. Bradley, Clerk of Court

ZIP 77002
02 1W
0001374615

US POSTAGE >> PITNEY BOWES
$ 000.50°
JUL 02 2020

FOE-Reo
* Does Not reside here *

NIXIE     750    DE 1         0007/23/20

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77208101010          *0833-00862-02-46