Clerk, U.S. District Court
Southern District of Texas
FILED

NOV 20 2020

David J. Bradley, Clerk of Court

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

November 20, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 20-40428   Marc Veasey, et al v. Greg Abbott, et al
               USDC No. 2:13-CV-193
               USDC No. 2:13-CV-263
               USDC No. 2:13-CV-291
               USDC No. 2:13-CV-348

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dawn M. Shulin, Deputy Clerk
504-310-7658

Ms. Leah Camille Aden
Ms. Anna Marks Baldwin
Mr. Neil G. Baron
Mr. David J. Bradley
Mr. Thomas Evans Chandler
Ms. Jennifer Clark
Ms. Lindsey Beth Cohan
Mr. Armand G. Derfner
Mr. Kelly Patrick Dunbar
Mr. Chad Wilson Dunn
Ms. Tania Faransso
Mr. Matthew Hamilton Frederick
Mr. Jose Garza
Mr. Joseph G. Hebert
Ms. Danielle Marie Lang
Ms. Janai S. Nelson
Mr. Jonathan Edward Paikin
Ms. Myrna Perez
Mr. Ezra D. Rosenberg
Mr. Deuel Ross
Mr. Samuel Spital
Ms. Dominique G. Stafford
Mr. Alexander Stamm
Ms. Susan F. Zinn

P.S. to Counsel: A revised copy of the caption is enclosed for future filings.

Case No. 20-40428

Marc Veasey; Jane Hamilton; Sergio DeLeon; Floyd Carrier; Anna Burns; Michael Montez; Penny Pope; Oscar Ortiz; Koby Ozias; League of United Latin American Citizens; John Mellor-Crumley; Dallas County, Texas; Gordon Benjamin; Ken Gandy; Evelyn Brickner,

        Plaintiffs - Appellees

v.

Greg Abbott, in his Official Capacity as Governor of Texas; State of Texas; Ruth R. Hughs, in her Official Capacity as Texas Secretary of State,

        Defendants - Appellants

--------

United States of America,

        Plaintiff - Appellee

Texas League of Young Voters Education Fund, Imani Clark,

        Intervenors Plaintiffs - Appellees

v.

State of Texas,

        Defendant - Appellant

--------

Texas State Conference of NAACP Branches; Mexican American Legislative Caucus, Texas House of Representatives,

        Plaintiffs - Appellees

v.

Greg Abbott, in his Official Capacity as Governor of Texas; Ruth R. Hughs, in her Official Capacity as Texas Secretary of State; State of Texas,

        Defendants - Appellants

--------

Eulalio Mendez, Jr.; Lionel Estrada; Estela Garcia Espinosa; Maximina Martinez Lara; La Union Del Pueblo Entero, Incorporated,

                Plaintiffs - Appellees

v.

State of Texas; Ruth R. Hughs, in her Official Capacity as Texas Secretary of State,

                Defendants - Appellants