Case 2:13-cv-00193 Document 1257-1 Filed on 03/12/21 in TXSD Page 1 of 2
Case: 20-40428 Document: 00515777755 Page: 1 Date Filed: 03/12/2021

United States Courts Southern
District of Texas
FILED

3/12/2021

Nathan Ochsner, Clerk of Court

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 12, 2021

MEMORANDUM TO ALL PARTIES OR COUNSEL LISTED BELOW:

   No. 20-40428   Veasey v. Abbott
                   USDC No. 2:13-CV-193
                   USDC No. 2:13-CV-263
                   USDC No. 2:13-CV-291
                   USDC No. 2:13-CV-348

Appellants have advised that Dallas County, Texas is not a party to this appeal, and, therefore, has been removed. Attached is a revised case caption, which should be used on all future filings in this case. It is not necessary to correct any documents/briefs/record excerpts already on file.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Rebecca L. Leto, Deputy Clerk
                            504-310-7703

Ms. Leah Camille Aden
Ms. Anna Marks Baldwin
Mr. Neil G. Baron
Mr. Thomas Evans Chandler
Ms. Jennifer Clark
Ms. Lindsey Beth Cohan
Mr. Armand G. Derfner
Mr. Kelly Patrick Dunbar
Mr. Chad Wilson Dunn
Ms. Tania Faransso
Mr. Matthew Hamilton Frederick
Mr. Mark P. Gaber
Mr. Joseph G. Hebert
Ms. Danielle Marie Lang
Ms. Janai S. Nelson
Mr. Nathan Ochsner
Mr. Jonathan Edward Paikin
Ms. Myrna Perez
Mr. Ezra D. Rosenberg
Mr. Deuel Ross
Mr. Samuel Spital
Ms. Dominique G. Stafford
Mr. Alexander Stamm
Ms. Victoria Wenger
Ms. Susan F. Zinn

Case No. 20-40428

Marc Veasey; Jane Hamilton; Sergio DeLeon; Floyd Carrier; Anna Burns; Michael Montez; Penny Pope; Oscar Ortiz; Koby Ozias; League of United Latin American Citizens; John Mellor-Crumley; Gordon Benjamin; Ken Gandy; Evelyn Brickner,

    Plaintiffs - Appellees

v.

Greg Abbott, in his Official Capacity as Governor of Texas; State of Texas; Ruth R. Hughs, in her Official Capacity as Texas Secretary of State,

    Defendants - Appellants

------------------------------------------------------------------

United States of America,

    Plaintiff - Appellee

Texas League of Young Voters Education Fund, Imani Clark,

    Intervenors Plaintiffs - Appellees

v.

State of Texas,

    Defendant - Appellant

------------------------------------------------------------------

Texas State Conference of NAACP Branches; Mexican American Legislative Caucus, Texas House of Representatives,

    Plaintiffs - Appellees

v.

Greg Abbott, in his Official Capacity as Governor of Texas; Ruth R. Hughs, in her Official Capacity as Texas Secretary of State; State of Texas,

    Defendants - Appellants

------------------------------------------------------------------

Eulalio Mendez, Jr.; Lionel Estrada; Estela Garcia Espinosa; Maximina Martinez Lara; La Union Del Pueblo Entero, Incorporated,

    Plaintiffs - Appellees

v.

State of Texas; Ruth R. Hughs, in her Official Capacity as Texas Secretary of State,

    Defendants - Appellants