IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY et al., § | |
|     *Plaintiffs*, § | |
| § | |
| v. § | |
| § | Civil Action No. 2:13-cv-193 (NGR) |
| GREG ABBOTT, et al., § | |
|     *Defendants*, § | |

### STATE DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Defendants, Greg Abbott, in his official capacity as Governor of Texas, the Secretary of State[1], in the official capacity, and the State of Texas (collectively, the "State Defendants"), file this Unopposed Motion to Withdraw and Substitute Counsel. In support, State Defendants state the following:

1.    The following legal counsel of record for State Defendants are no longer employed with the Texas Attorney General's Office: Kyle Hawkins, Scott Keller, Arthur D'Andrea, Matthew Frederick, Jason LaFond, Stephen Ronnie Keister, and Dominique G. Stafford.

2.    Additionally, Assistant Attorney General Jennifer Roscetti, who is also listed as counsel of record for State Defendants, is no longer involved in the above-referenced cause.

3.    Accordingly, the undersigned counsel submits that there is good cause to withdraw these individuals as legal counsel of record in the above-referenced cause and that they be removed from all correspondence and notifications. The withdrawal will not delay these proceedings.

---

[1] Ruth R. Hughs resigned as Secretary of State effective May 31, 2021.

3.     State Defendants request that Assistant Attorney General Summer R. Lee be substituted as lead counsel in the above-referenced cause. Mrs. Lee may be contacted through the information provided below:

> SUMMER R. LEE
> Texas Bar No. 24046283
> Assistant Attorney General
> General Litigation Division
> P.O. Box 12548, Capitol Station
> Austin, Texas 78711-2548
> (512) 475-4031
> FAX: (512) 320-0667
> summer.lee@oag.texas.gov

For the foregoing reasons, State Defendants respectfully request that the Court grant this motion to withdraw legal counsel and substitute Assistant Attorney General Summer R. Lee as lead counsel in the above-captioned cause.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief for General Litigation Division

*/s/ Summer R. Lee*
**SUMMER R. LEE**
Attorney-in-Charge
Texas Bar No. 24046283
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
FAX: (512) 320-0667
summer.lee@oag.texas.gov
**COUNSEL FOR STATE DEFENDANTS**

## CERTIFICATE OF CONFERENCE

I hereby certify that Plaintiffs' counsel has been contacted regarding this motion and have advised that they are unopposed.

*/s/ Summer R. Lee*
**SUMMER R. LEE**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

*/s/ Summer R. Lee*
**SUMMER R. LEE**
Assistant Attorney General