IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY et al., §<br>*Plaintiffs*, §<br> §<br>v. §<br> § Civil Action No. 2:13-cv-193 (NGR)<br>GREG ABBOTT, et al., §<br>*Defendants*, § | |

**ORDER GRANTING STATE DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

On this day came on to be considered State Defendants' Unopposed Motion to Withdraw and Substitute Counsel. After due consideration of the motion, the Court finds that said motion is meritorious and should be GRANTED.

IT IS HEREBY ORDERED that State Defendants' Unopposed Motion to Withdraw and Substitute Counsel is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall remove Kyle Hawkins, Scott Keller, Arthur D'Andrea, Matthew Frederick, Jason LaFond, Stephen Ronnie Keister, Dominique G. Stafford, and Jennifer Roscetti as counsel of record for State Defendants in this cause and remove these individuals from the electronic service list.

IT IS FURTHER ORDERED that the Clerk of Court shall designate Summer R. Lee as lead counsel of record for State Defendants in this cause.

SIGNED this the _____ day of _____ 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE