# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS


20210818-165

S. Christopher Suprun
909 Collins Blvd.
Cedar Hill, TX US 75104

United States Courts
Southern District of Texas
FILED

AUG 30 2021

Nathan Ochsner, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

---

Date: Wednesday, August 18, 2021
Case Number: 2:13-cv-00193
Document Number: 1222 (1 page)
Notice Number: 20210818-165
Notice: The attached order has been entered.

---

