# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

20210818-163

Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

United States Courts
Southern District of Texas
FILED
AUG 30 2021
Nathan Ochsner, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Wednesday, August 18, 2021
Case Number: 2:13-cv-00193
Document Number: 1222 (1 page)
Notice Number: 20210818-163
Notice: The attached order has been entered.

U.S. POSTAGE PITNEY BOWES
ZIP 77002 $ 000.51⁰
02 1W
0001374615 AUG. 19. 2021.

RETURN TO SENDER
NEED BOOKING #/DOB
[ ] INMATE NO LONGER IN HERE
[X] ILLEGIBLE WRITING
[ ] INMATE FULL NAME
[ ] NEED INMATE RETURN ADDRESS
[ ] NOT ACCEPTED-NO

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208
OFFICIAL BUSINESS

NIXIE    787    DE  1        08/25/21
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 77208101010    *1365-05479-19-45