# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
**FILED**

SEP 15 2021

Nathan Ochsner, Clerk of Court

20210902-135

Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

---

Date: Thursday, September 2, 2021
Case Number: 2:13-cv-00193
Document Number: 1222 (1 page)
Notice Number: 20210902-135
Notice: The attached order has been entered.

---

