United States District Court
Southern District of Texas
**ENTERED**
September 30, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al*, § § Plaintiffs, § VS. § GREG ABBOTT, *et al*, § § Defendants. § § § § | CIVIL ACTION NO. 2:13-CV-193 |

## BRIEFING ORDER

Before the Court is the parties' Joint Motion to Set Briefing Schedule Regarding Appellate Attorneys' Fees (D.E. 1226). After due consideration, the Court GRANTS the motion and ORDERS the following briefing schedule:

- Private Plaintiffs provide native timesheets and costs to State Defendants for review: Due November 1, 2021;
- Private Plaintiffs' Motion for Appellate Attorneys' Fees: Due November 19, 2021;
- State Defendants' Response: Due December 17, 2021; and
- Private Plaintiffs' Reply: Due January 7, 2022.

ORDERED this 30th day of September, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE