IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY et al., <br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, et al., <br> *Defendants*, | § <br> § <br> § <br> § <br> §   Civil Action No. 2:13-cv-193 (NGR) <br> § <br> § <br> § |

**STATE DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW
AND SUBSTITUTE COUNSEL**

Defendants, Greg Abbott, in his official capacity as Governor of Texas, the Secretary of State, in the official capacity, and the State of Texas (collectively, the "State Defendants"), file this Unopposed Motion to Withdraw and Substitute Counsel. In support, State Defendants state the following:

1. Summer Lee, counsel of record for State Defendants, is no longer employed with the Texas Attorney General's Office.

2. Accordingly, the undersigned counsel submits that there is good cause to withdraw Ms. Lee as legal counsel of record in the above-referenced cause and that she be removed from all correspondence and notifications. The withdrawal will not delay these proceedings.

3. State Defendants request that Assistant Attorney General Christopher D. Hilton be substituted as lead counsel in the above-referenced cause. Mr. Hilton may be contacted through the information provided below:

1

Christopher D. Hilton
Texas Bar No. 24087727
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120   / Fax: (512) 320-0667
christopher.hilton.@oag.texas.gov

For the foregoing reasons, State Defendants respectfully request that the Court grant this motion to withdraw legal counsel and substitute Assistant Attorney General Christopher Hilton as lead counsel in the above-captioned cause.

    Respectfully submitted,

    KEN PAXTON
    Attorney General of Texas

    BRENT WEBSTER
    First Assistant Attorney General

    GRANT DORFMAN
    Deputy First Assistant Attorney General

    SHAWN COWLES
    Deputy Attorney General for Civil Litigation

    THOMAS A. ALBRIGHT
    Chief for General Litigation Division

    */s/ Christopher D. Hilton*
    CHRISTOPHER D. HILTON
    Attorney-in-Charge
    Texas Bar No. 24087727
    Deputy Division Chief
    General Litigation Division
    P.O. Box 12548, Capitol Station
    Austin, Texas 78711-2548
    (512) 463-2120 / Fax: (512) 320-0667
    christopher.hilton.@oag.texas.gov

    **COUNSEL FOR STATE DEFENDANTS**

## CERTIFICATE OF CONFERENCE

I hereby certify that Plaintiffs' counsel has been contacted regarding this motion and have advised that they are unopposed.

/s/ Christopher D. Hilton
CHRISTOPHER D. HILTON
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

/s/ Christopher D. Hilton
CHRISTOPHER D. HILTON
Assistant Attorney General