**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| MARC VEASEY et al., | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 2:13-cv-193 (NGR) |
| GREG ABBOTT, et al., | § | |
| *Defendants,* | § | |

---

**ORDER GRANTING STATE DEFENDANTS' UNOPPOSED MOTION TO
WITHDRAW AND SUBSTITUTE COUNSEL**

---

On this day came on to be considered State Defendants' Unopposed Motion to Withdraw and Substitute Counsel. After due consideration of the motion, the Court finds that said motion is meritorious and should be GRANTED.

IT IS HEREBY ORDERED that State Defendants' Unopposed Motion to Withdraw and Substitute Counsel is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall remove Summer Lee as counsel of record for State Defendants in this cause and also remove her from the electronic service list.

IT IS FURTHER ORDERED that the Clerk of Court shall designate Christopher D. Hilton as lead counsel of record for State Defendants in this cause.

SIGNED this the _____ day of _____ 2021.

_____
UNITED STATES DISTRICT JUDGE