United States District Court
Southern District of Texas
**ENTERED**
October 15, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-193 |
| | § | |
| GREG ABBOTT, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER SUBSTITUTING COUNSEL

Before the Court is State Defendants' Unopposed Motion to Withdraw and Substitute Counsel (D.E. 1228). After due consideration, the Court GRANTS the motion and ORDERS that the Clerk of Court shall remove Summer Lee as counsel of record for State Defendants in this cause and also remove her from the electronic service list. It is further ORDERED that the Clerk of Court shall designate Christopher D. Hilton as lead counsel of record for State Defendants in this cause.

ORDERED this 15th day of October, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE