# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. 2:13-cv-193 (NGR) |
| GREG ABBOTT, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER GRANTING UNOPPOSED
## MOTION FOR PLAINTIFFS' COUNSEL TO APPEAR

Plaintiffs Estela Garcia Espinoza, La Union del Pueblo Entero (LUPE), Maximina Lara and Eulalio Mendez respectfully ask this Court to allow a substitution of their counsel. Their previous counsel José Garza, Malinda Van Dalen and Peter McGraw are no longer available to represent them in this case. Further, Robert Doggett continues as counsel in this case but he is now Texas Rio Grande Legal Aid's Executive Director. He cannot devote time to the work that this case requires.

Plaintiffs ask that attorneys Susan Zinn and Alexander Stamm appear as their counsel.

The Motion is not opposed.

The Court FINDS that Plaintiffs' Motion has MERIT. It is GRANTED.

DONE _____, 2021 in Corpus Christi, Texas.

_____
Nelva Gonzales Ramos
United States District Judge