# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
**FILED**

OCT 13 2021

Nathan Ochsner, Clerk of Court

20210930-15

S. Christopher Suprun
909 Collins Blvd.
Cedar Hill, TX US 75104

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Thursday, September 30, 2021
Case Number: 2:13-cv-00193
Document Number: 1227 (1 page)
Notice Number: 20210930-15
Notice: The attached order has been entered.

