# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

```
20210930-10
```

Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

United States Courts
Southern District of Texas
F I L E D
OCT 12 2021
Nathan Ochsner, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Thursday, September 30, 2021
Case Number: 2:13-cv-00193
Document Number: 1227 (1 page)
Notice Number: 20210930-10
Notice: The attached order has been entered.

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.53
0001374615 OCT 01. 2021

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 7720810101010 *0893-01415-08-17

[X] INMATE NO LONGER HERE
[ ] ILLEGIBLE WRITING
[ ] NEED INMATE FULL NAME
[ ] NOT ACCEPTED-NO RETURN ADDRESS