United States District Court
Southern District of Texas
**ENTERED**
October 22, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-193 |
| | § | |
| GREG ABBOTT, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ALLOWING SUBSTITUTION OF COUNSEL

Before the Court is Plaintiffs Estela Garcia Espinoza, La Union del Pueblo Entero (LUPE), Maximina Lara and Eulalio Mendez's (Movants') "Unopposed Motion for Plaintiffs' Counsel to Appear" (D.E. 1230), seeking to substitute counsel. After due consideration, the Court GRANTS the motion and ORDERS that previous counsel José Garza be withdrawn from this case. Counsel Malinda Van Dalen and Peter McGraw are not listed as counsel for these parties and shall remain withdrawn from this case. The Court further ORDERS that Susan Zinn be added as substitute counsel for each of the four Movants and that Alexander Stamm remain as counsel and that his designation be expanded to apply to each of the four Movants.

The Court notes that the docket sheet reflects the following additional counsel for Movants: Shoshana J. Krieger (designated as lead attorney) and Priscilla Noriega. Movants are ADVISED to file any necessary motions or designations should this not accurately reflect their attorney roster.

ORDERED this 22nd day of October, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE