# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

OCT 25 2021

Nathan Ochsner, Clerk of Court

20211015-20

Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Friday, October 15, 2021
Case Number: 2:13-cv-00193
Document Number: 1229 (1 page)
Notice Number: 20211015-20
Notice: The attached order has been entered.

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 77203101010 *0893-01480-
REF 77203>1010

[X] INMATE NO LONGER IN HERE
[ ] ILLEGIBLE WRITING
[ ] NEED INMATE FULL NAME
[ ] NOT ACCEPTED-NO RETURN ADDRESS

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002  $ 000.53⁰
02 1W
0001374615 OCT. 15. 2021

United States Courts
Southern District of Texas
FILED

OCT 25 2021

Nathan Ochsner, Clerk of Court



7861783630 R004