# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED

OCT 26 2021

Nathan Ochsner, Clerk of Court

No. 20-40428

United States Court of Appeals
Fifth Circuit

**FILED**

September 3, 2021

Lyle W. Cayce
Clerk

MARC VEASEY; JANE HAMILTON; SERGIO DELEON; FLOYD CARRIER; ANNA BURNS; MICHAEL MONTEZ; PENNY POPE; OSCAR ORTIZ; KOBY OZIAS; LEAGUE OF UNITED LATIN AMERICAN CITIZENS; JOHN MELLOR-CRUMLEY; GORDON BENJAMIN; KEN GANDY; EVELYN BRICKNER,

*Plaintiffs—Appellees*,

*versus*

GREG ABBOTT, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF TEXAS; STATE OF TEXAS; RUTH R. HUGHS, IN HER OFFICIAL CAPACITY AS TEXAS SECRETARY OF STATE,

*Defendants—Appellants*,

---

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, IMANI CLARK,

*Intervenors Plaintiffs—Appellees*,

*versus*

STATE OF TEXAS,

No. 20-40428

*Defendant—Appellant*,

---

Texas State Conference of NAACP Branches; Mexican American Legislative Caucus, Texas House of Representatives,

*Plaintiffs—Appellees*,

*versus*

Greg Abbott, in his Official Capacity as Governor of Texas; Ruth R. Hughs, in her Official Capacity as Texas Secretary of State; State of Texas,

*Defendants—Appellants*,

---

Eulalio Mendez, Jr.; Lionel Estrada; Estela Garcia Espinosa; Maximina Martinez Lara; La Union Del Pueblo Entero, Incorporated,

*Plaintiffs—Appellees*,

*versus*

State of Texas; Ruth R. Hughs, in her Official Capacity as Texas Secretary of State,

*Defendants—Appellants*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:13-CV-193

No. 20-40428

USDC No. 2:13-CV-263
USDC No. 2:13-CV-291
USDC No. 2:13-CV-348

---

Before KING, DENNIS, and HO, *Circuit Judges*.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.



Certified as a true copy and issued
as the mandate on Oct 26, 2021

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit