# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 26, 2021

Mr. Nathan Ochsner
Southern District of Texas, Corpus Christi
United States District Court
1133 N. Shoreline Boulevard
Corpus Christi, TX 78401-0000

    No. 20-40428    Veasey v. Abbott
                            USDC No. 2:13-CV-193
                            USDC No. 2:13-CV-263
                            USDC No. 2:13-CV-291
                            USDC No. 2:13-CV-348

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

*Christina Rachal*

By: _____
Christina C. Rachal, Deputy Clerk
504-310-7651

cc:
    Ms. Leah Camille Aden
    Ms. Anna Marks Baldwin
    Mr. Neil G. Baron
    Mr. Thomas Evans Chandler
    Ms. Jennifer Clark
    Ms. Lindsey Beth Cohan
    Mr. Armand G. Derfner
    Mr. Kelly Patrick Dunbar
    Mr. Chad Wilson Dunn
    Ms. Tania Faransso
    Mr. Mark P. Gaber
    Mr. Joseph G. Hebert
    Ms. Danielle Marie Lang
    Ms. Janai S. Nelson

Mr. Jonathan Edward Paikin
Ms. Myrna Perez
Ms. Lanora Christine Pettit
Mr. Ezra D. Rosenberg
Mr. Deuel Ross
Mr. Samuel Spital
Mr. Alexander Stamm
Ms. Victoria Wenger
Ms. Susan F. Zinn

Case 2:13-cv-00193   Document 1236-1   Filed on 10/26/21 in TXSD   Page 2 of 2
Case: 20-40428   Document: 00516069242   Page: 2   Date Filed: 10/26/2021