# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DELEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEZ, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMLEY, PEGGY HERMAN, EVELYN BRICKNER, GORDON BENJAMIN, KEN GANDY, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), AND DALLAS COUNTY, TEXAS, <br>  *Plaintiffs,* <br> v. <br><br> RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State, <br>  *Defendants.* <br><br> UNITED STATES OF AMERICA, <br>  *Plaintiffs,* <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, IMANI CLARK, AURICA WASHINGTON, CRYSTAL OWENS, AND MICHELLE BESSIAKE, <br>  *Plaintiff-Intervenors,* <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, HIDALGO COUNTY, AND MARIA LONGORIA BENAVIDES, <br>  *Plaintiff-Intervenors,* <br> v. <br><br> STATE OF TEXAS, JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety, <br>  *Defendants.* | CIVIL ACTION NO. <br> 2:13-CV-193 (NGR) <br> [Lead case] <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> CIVIL ACTION NO. <br> 2:13-CV-263 (NGR) <br> [Consolidated case] |

1

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES; and the MEXICAN AMERICAN LEGISLATIVE CAUCUS OF THE TEXAS HOUSE OF REPRESENTATIVES,<br>    *Plaintiffs,*<br>v.<br><br>JOHN STEEN, in his official capacity as Secretary of State of Texas; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br>    *Defendants.* | CIVIL ACTION NO.<br>2:13-CV-291 (NGR)<br>[Consolidated case] |
| BELINDA ORTIZ, LENARD TAYLOR, EULALIO MENDEZ JR., LIONEL ESTRADA; ESTELA GARCIA ESPINOSA, ROXANNE HERNANDEZ, LYDIA LARA, MARGARITO MARTINEZ LARA, MAXIMINA MARTINEZ LARA, AND *LA UNION DEL PUEBLO ENTERO, INC.*<br>    *Plaintiffs,*<br>v.<br><br>STATE OF TEXAS; JOHN STEEN, in his Official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br>    *Defendants.* | CIVIL ACTION NO.<br>2:13-CV-348 (NGR)<br>[Consolidated case] |

**MOTION TO WITHDRAW AS COUNSEL**

NOW COMES the Brennan Center for Justice moving to withdraw Myrna Pérez as attorney for Plaintiffs Mexican American Legislative Caucus, Texas House of Representatives and Texas State Conference of NAACP Branches ("Plaintiffs"), and states as follows:

2

1. Attorney Myrna Pérez will be leaving her position as the Director of Voting Rights & Elections at the Brennan Center for Justice shortly.

2. The Brennan Center for Justice represents Plaintiffs in the above-captioned matter and will continue to do so. Wendy Weiser and other attorneys at the Brennan Center for Justice remain responsible for representing the Plaintiffs in the above-captioned matter.

WHEREFORE, the Brennan Center for Justice respectfully requests this Honorable Court for an order withdrawing Myrna Pérez's appearance in this matter.

Dated:  November 1, 2021

          Respectfully submitted,

          /s/ Myrna Pérez
          Myrna Pérez
          Texas State Bar No. 24041676
          Brennan Center for Justice
          NYU School of Law
          120 Broadway
          Suite 1750
          New York, NY 10271
          (646) 292-8329

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 1, 2021, a true and correct copy of the foregoing document is being served via the Court's ECF system to all counsel of record.

            */s/ Myrna Pérez*
            MYRNA PÉREZ