United States District Court
Southern District of Texas
**ENTERED**
November 01, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:13-CV-00193 |
| § | |
| GREG ABBOTT, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is the Brennan Center for Justice's "Motion to Withdraw as Counsel" (D.E. 1238), seeking to withdraw attorney Myrna Perez, only, as counsel for Plaintiffs Mexican American Legislative Caucus, Texas House of Representatives and Texas State Conference of NAACP Branches. After due consideration, the Court **GRANTS** the motion and **ORDERS** that Myrna Perez, only, is withdrawn as counsel of record for said Plaintiffs.

ORDERED on November 1, 2021.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE