# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

```
20211022-179
```
Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

United States Courts
Southern District of Texas
FILED

NOV 1 2021

Nathan Ochsner, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Friday, October 22, 2021
Case Number: 2:13-cv-00193
Document Number: 1234 (1 page)
Notice Number: 20211022-179
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

RTS

RETURN TO SENDER
[ ] NEED BOOKING #/DOB
[✓] INMATE NO LONGER HERE
[ ] ILLEGIBLE WRITING
[ ] NEED INMATE FULL NAME
[ ] NOT ACCEPTED-NO RETURN ADDRESS



United States Court
Southern District of Texas
FILED
NOV 1 2021
Nathan Ochsner, Clerk of Court




U.S. POSTAGE
ZIP 77002
02 1W
0001374615

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 77208101010        *1365-04799-


