# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

20211022-174

Susan Finkelstein Zinn
Texas Rural Legal Aid Inc
405 N St Marys
Suite 400
San Antonio, TX 78205

United States Courts
Southern District of Texas
FILED

NOV 1 2021

Nathan Ochsner, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Friday, October 22, 2021
Case Number: 2:13-cv-00193
Document Number: 1234 (1 page)
Notice Number: 20211022-174
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
**POST OFFICE BOX 61010**
**HOUSTON, TEXAS 77208**

OFFICIAL BUSINESS



United States Courts
Southern District of Texas
FILED
NOV 1 2021
Nathan Ochsner, Clerk of Court



U.S. POSTAGE
ZIP 77002
02 1W
0001374615

NIXIE     782    DE 1
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 77208101010        *1365-04804-
77208>1010