# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

20211101-171

Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

United States Courts
Southern District of Texas
FILED

NOV 10 2021

Nathan Ochsner, Clerk of Court

Date: Monday, November 1, 2021
Case Number: 2:13-cv-00193
Document Number: 1239 (1 page)
Notice Number: 20211101-171
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

RTS

RETURN TO SENDER
[ ] NEED BOOKING #/DOB
[X] INMATE NO LONGER IN HERE
[ ] ILLEGIBLE WRITING
[ ] NEED INMATE FULL NAME
[ ] NOT ACCEPTED-NO RETURN ADDRESS



U.S. POSTAGE
ZIP 77002
02 1W
0001374615

United States Courts
Southern District of Texas
FILED

NOV 10 2021

Nathan Ochsner, Clerk of Court

NIXIE         787    DE 1         0011/0
        RETURN TO SENDER
            REFUSED
        UNABLE TO FORWARD

BC: 77208101010          *0233-08567-