IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**[PROPOSED] ORDER ON JOINT MOTION FOR EXTENSION OF BRIEFING
SCHEDULE REGARDING APPELLATE ATTORNEYS' FEES**

　　　　Pending before the Court is the Joint Motion for Extension of Briefing Schedule Regarding Appellate Attorneys' Fees. For good cause shown, the Motion is hereby GRANTED and ORDERS that the briefing schedule is amended as follows:

　　　　Private Plaintiffs' Motion for Appellate Attorneys' Fees: Due December 10, 2021

　　　　Defendants' Response: Due January 7, 2022

　　　　Private Plaintiffs' Reply: Due January 28, 2022

ORDERED this ___ day of November, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Nelva Gonzales Ramos
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge