United States District Court
Southern District of Texas
**ENTERED**
November 16, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, *et al.*,<br><br>Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

### ORDER ON JOINT MOTION FOR EXTENSION OF BRIEFING SCHEDULE REGARDING APPELLATE ATTORNEYS' FEES

Pending before the Court is the Joint Motion for Extension of Briefing Schedule Regarding Appellate Attorneys' Fees. For good cause shown, the Motion is hereby GRANTED and ORDERS that the briefing schedule is amended as follows:

Private Plaintiffs' Motion for Appellate Attorneys' Fees: Due December 10, 2021

Defendants' Response: Due January 7, 2022

Private Plaintiffs' Reply: Due January 28, 2022

ORDERED this 16th day of November, 2021.

The Honorable Nelva Gonzales Ramos
United States District Judge