# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**20211116-31**

S. Christopher Suprun
909 Collins Blvd.
Cedar Hill, TX US 75104

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Tuesday, November 16, 2021
Case Number: 2:13-cv-00193
Document Number: 1244 (1 page)
Notice Number: 20211116-31
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

FOE-R

*United States Courts*
*Southern District of Texas*
**FILED**
NOV 29 2021
*Nathan Ochsner, Clerk of Court*


US POSTAGE
ZIP 77002
02 1W
0001374615

XIE    750   FE 1      0011/247
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 77208101010    *0233-06215-16