# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

20211116-26

Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

United States Courts
Southern District of Texas
FILED

DEC 02 2021

Nathan Ochsner, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Tuesday, November 16, 2021
Case Number: 2:13-cv-00193
Document Number: 1244 (1 page)
Notice Number: 20211116-26
Notice: The attached order has been entered.



US POSTA

ZIP 77002
02 1W
000137461

REF   7728<7010

BC: 7728101010   *6893-03575-24-25

UNABLE TO FORWARD
REFUSED
RETURN TO SENDER

NIXIE       787   DC 1       0011/24/21-

[ ] NEED BOOKING #/DOB
[X] INMATE NO LONGER IN HERE
[ ] ILLEGIBLE WRITING
[ ] NEED INMATE FULL NAME
[ ] NOT ACCEPTED-NO RETURN ADDRESS

United States Courts
Southern District of Texas
FILED

DEC 0 2 2021

Nathan Oohsner, Clerk of Court



7861783630 R004