**IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| MARC VEASEY, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 2:13-cv-193 (NGR) |
| | § | |
| GREG ABBOTT, et al., | § | |
| | § | |
| Defendants. | § | |

### UNOPPOSED MOTION CONCERNING PLAINTIFFS' COUNSEL

Plaintiffs Estela Garcia Espinoza, La Union del Pueblo Entero (LUPE), Maximina Lara and  Eulalio Mendez respectfully ask this Court to allow two of their counsel to withdraw from this case. They also ask to change their lead counsel.

As the Court's Order Allowing Substitution of Counsel noted, Shoshana Krieger and Priscilla Noriega are listed as counsel for the four Plaintiffs listed above.  Dkt. 1234. Ms. Krieger is listed as lead counsel.

Neither Ms. Krieger nor Ms. Noriega is available to work on this case anymore.

Plaintiffs seek permission for Susan Zinn to appear as their lead counsel.  They also ask the Court to allow Attorneys Krieger and Noriega to withdraw from this case.

December 3, 2021

Respectfully submitted,

By:   /s/  Susan Zinn
SUSAN ZINN, Texas Bar No.  07015500
Texas RioGrande Legal Aid
1111 N. Main Ave.
San Antonio, Texas 78212
210-212-3710
210-229-9328 (fax)
szinn@trla.org

ROBERT W. DOGGETT, Texas Bar No.
05945650
 ALEXANDER STAMM, Texas Bar No.
24101052
Texas RioGrande Legal Aid
4920 N. IH-35
Austin, Texas 78751
(512) 374-2700
Direct number, Mr. Stamm:  210-212-3728
astamm@trla.org

Counsel for Plaintiffs Estela Garcia Espinoza, La
Union del Pueblo Entero (LUPE) Maximina Lara
and Eulalio Mendez

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with all of Plaintiffs' counsel by email during the week of November 29,2021.  They did not object to this motion.  I also conferred with Defendants' counsel, Christopher Hilton, Deputy Chief, General Litigation Division, Office of the Attorney General of Texas by email on December 1, 2021. He said that Defendants also do not object to this motion.

/s/  Susan Zinn
Counsel for Plaintiffs Estela Garcia Espinoza, La
Union del Pueblo Entero (LUPE) Maximina Lara
and  Eulalio Mendez

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2021, a true and correct copy of the foregoing

document and attachment was served via the Court's ECF system to all counsel of record.

s/  Susan Zinn
Counsel for Plaintiffs Estela Garcia Espinoza, La
Union del Pueblo Entero (LUPE) Maximina Lara
and  Eulalio Mendez
and  Eulalio Mendez
