United States District Court
Southern District of Texas
**ENTERED**
December 07, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 2:13-cv-193 (NGR) |
| § | |
| GREG ABBOTT, et al., § | |
| § | |
| Defendants. § | |

## ORDER CONCERNING SEVERAL PLAINTIFFS' UNOPPOSED MOTION CONCERNING THEIR COUNSEL

Plaintiffs Estela Garcia Espinoza, La Union del Pueblo Entero (LUPE), Maximina Lara and Eulalio Mendez (together, "Plaintiffs") ask this Court to allow two of their counsel to withdraw from this case. They also ask to change their lead counsel.

Shoshana Krieger and Priscilla Noriega are listed as counsel for the Plaintiffs listed above. Ms. Krieger is listed as lead counsel. Dkt. 1234. Since neither lawyer is available to work on this case anymore, Plaintiffs ask for Susan Zinn to appear as their lead counsel. They also ask the Court to allow Attorneys Krieger and Noriega to withdraw from this case.

The Court therefore **ORDERS** that Attorneys Krieger and Noriega are withdrawn from this case. The Court also **ORDERS** that Susan Zinn is designated as lead counsel for Plaintiffs Estela Garcia Espinoza, La Union del Pueblo Entero (LUPE), Maximina Lara and Eulalio Mendez.

ORDERED this _____ day of 12/6/21

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE