**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

MARC VEASEY, *et al.*,

            Plaintiffs,

       v.

GREG ABBOTT, *et al.*,

            Defendants.

Civil Action No. 2:13-cv-193 (NGR)

**[PROPOSED] ORDER ON JOINT MOTION FOR SECOND EXTENSION OF**
**BRIEFING SCHEDULE REGARDING APPELLATE ATTORNEYS' FEES**

Pending before the Court is the Joint Motion for Second Extension of Briefing Schedule Regarding Appellate Attorneys' Fees.  For good cause shown, the Motion is hereby GRANTED and ORDERS that the briefing schedule is amended as follows:

Private Plaintiffs' Motion for Appellate Attorneys' Fees: Due January 7, 2021

Defendants' Response: Due February 4, 2022

Private Plaintiffs' Reply: Due February 25, 2022

ORDERED this ___ day of December, 2021.

_____
The Honorable Nelva Gonzales Ramos
United States District Judge