United States District Court
Southern District of Texas
**ENTERED**
December 09, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, et al.,

    Plaintiffs,

v.

GREG ABBOTT, et al.,

    Defendants.

Civil Action No. 2:13-cv-193 (NGR)

**ORDER ON JOINT MOTION FOR SECOND EXTENSION OF
BRIEFING SCHEDULE REGARDING APPELLATE ATTORNEYS' FEES**

Pending before the Court is the Joint Motion for Second Extension of Briefing Schedule Regarding Appellate Attorneys' Fees. For good cause shown, the Motion is hereby GRANTED and the Court ORDERS that the briefing schedule is amended as follows:

Private Plaintiffs' Motion for Appellate Attorneys' Fees: Due January 7, 2021

Defendants' Response: Due February 4, 2022

Private Plaintiffs' Reply: Due February 25, 2022

ORDERED this 9th day of December, 2021.

The Honorable Nelva Gonzales Ramos
United States District Judge