Marianne Serpa, Dep-in-Charge
US Dist Clerk's Office
1133 N Shoreline Blvd
Corpus Christ TX 78401 2042
361 888 3142

Dec 6 21

United States Courts
Southern District of Texas
FILED
DEC 09 2021
Nathan Ochsner, Clerk of Court

50+ Docket Entries from me! Int Party pro se.
Veasey v Abbott 2:13cv193 Corpus TXSD

I SUGGEST LIMITED VOTING FOR TX & GA HOUSES
WITH EACH VOTER GETTING ONE VOTE FOR ONE CANDIDATE
IN HIS 4-TX or 3-GA HOUSE SEAT SENATE DISTRICT -

MAKING A 168 (NOT 180) SEAT GA HOUSE!

HAVE THE PRIMARY WINNERS CONTEND!

IF LIMITED VOTING DOESN'T GO IN 2022 IT MAY LATER.

```
 14 Scoggins   601A CLOB Floyd Barrow 15 Gambill 601F Barrow ALL 404 656 0254
123 Newton     601H Columbia Richmond 153 Smith   601C Troup Muscogee Harris
145 Williams   601B Baldwin Putnam    143 Williams 601F Houston Pulaski
154 Yearta     601D Sumter Lee Worth ALL 656 0254         Wilcox Crisp

 17 Montahan   501A Paulding           19 Gullett 501D Paulding ALL 656 0178
 71 Singleton  501B Coweta Troup      114 Kirby   501C Gwinett Barrow Walton Rockd
167 DeLoach    501G Long McIntosh Glynn 180 Sainz 501H Ware Charlton Camden
178 Meeks      501E Appling Wayne Brantly Pierce 179 Hogan 501G Glynn
```

Please mail me a Date-Stamped
Copy. S A S E Enclosed.

Robert M Allensworth B14522
EMRCC 251 N IL 37
Ina IL 62846 2419