R Allensworth B14522 1B16
BMRCC 251 N IL 37
Ina IL 62846 2419

IDOC OFFENDER MAIL

SAINT LOUIS MO 6

6 DEC 2021 PM 8




★ USA ★ FO

Marianne Serpa, Dep-in-Charge
1133 N Shoreline Blvd
Corpus Christi TX 78401 2042

United States Courts
Southern District of Texas
FILED

DEC 0 9 2021

Nathan Ochsner, Clerk of Court

78401-200399