# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS

```
20211207-8
```

Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

United States Courts
Southern District of Texas
F I L E D

DEC 17 2021

Nathan Ochsner, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Tuesday, December 7, 2021
Case Number: 2:13-cv-00193
Document Number: 1248 (1 page)
Notice Number: 20211207-8
Notice: The attached order has been entered.

7861736630 R004

Nathan Ochsner, Clerk of Court

FILED
United States Courts
Southern District of Texas
DEC 17 2021

US POSTAGE  Pitney Bowes
ZIP 77002 $ 000.53⁰
02 1W
0001374515 DEC. 07. 2021

[ ] NOT ACCEPTED-NO RETURN ADDRESS
[ ] NEED INMATE FULL NAME

NIXIE    787    DC 1    0012/1

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 77208101010    *0893-02871-