Marianne Serpa -- Dep-in-Charge
US Dist Clerk's Office
1133 N Shoreline Blvd
Corpus Christi TX 78401 2042

Southern District of Texas
FILED

DEC 20 2021

Nathan Ochsner, Clerk of Court

50+ Docket Entries in your Case VEASEY v ABBOTT 2:13-cv-193 from me!
Int party pro se.

I SUGGEST LIMITED VOTING FOR TX & OTHER STATE HOUSES

WITH EACH VOTER GETTING ONE VOTE FOR ONE CANDIDATE

IN HIS 4-TX  3-GA or 2-IL HOUSE SEAT SENATE DISTRICT --

MAKING A 168 (NOT 180) SEAT GA HOUSE!

HAVE THE PRIMARY WINNERS CONTEND!

IF LIMITED VOTING DOESN'T GO IN 2022 IT MAY LATER.

I HAVE WRITTEN MOST GA NEWSPAPERS - MANY MORE THAN ONCE.

Contact GA house MEMBERS - MANY SHARE Rooms & Phone #s  404 656 0___:

```
109 404A Smyre 135     404B Paris 142    404C Allen 40    404D Davis 87
    404E Kendrick 95   404F Evans 83  83 404G Hugley 135

116 409A Buckner 137   409B Holland 54   409C Burnough 77 409D Evans 57
    409E Kausche 50    409F Anulewicz 42-409G Prince 127

152 401A Dunahoo 30    401B Ehrhart 36   401C McDonald 26 401D Washburn 141
    401E Mathis 144    401F Thomas 21    401G Gilligan 24 401H Cantrell 22

178 501A Momtahan 17   501B Singleton 71 501C Kirby 114   501D Gullett 19
    501E Meeks 178     501F Sainz 178    501G Hogan 179   501G DeLoach 167

188 504A Erwin 28      504B Cameron 1    504C Wade 9      504E Pruitt 149

202 507A Bennett 94    507B Robichaux 48 507C Kennard 102 507D Bazemore 63
    507E Moore 95      507F McLaurin 51  507G Wilensky 79 507H Drenner 85

213 508A Clark 147     508B Byrd 20      508C Camp 131    508D Dubnik 29

220 509B Roberts 52    509B McClain 100  509C McLeod      509D Moore 90

254 601A Scoggins 14   601B Williams 145 601C Campbell 171 601D Yearta 152
    601F Williams 148  601G Smith 133    601H Newton 123

265 604B Frye 118      604C Frazier 126  604D Dreyer 59   604F Smith 41

287 607A Hopson 153    607B Lewis-Ward 109 607C Williams 37 607D Bentley 139
    607E Clark 108     607F Holly 111    607G Hutchinson 107 607H Boddie 62

314 611A Marin 96      611B Lim 98       611C Mitch 106   611D Scott 76
    611E Park 101      611F Clark        611H Jackson 128

325 612B Crowe 110     612C HILL 3       612C Gunter 113  612G ANDERSON 10
```

Please mail me a Date-Stamped Copy.
SASE ENCLOSED,

*Robert M Allensworth*
Robert M Allensworth B14522
BMRCC 251 N IL 37
Ina IL 62846 2419

Marianne Serpa - Dep-in-Charge                          Dec 13 21
1133 N Shoreline Blvd                                   Pg 1 of 2
Corpus Christi TX 78401 2042

Christopher D Hilton was designated Oct 15 21
LEAD STATE DEFENDERS COUNSEL
VEASEY v ABBOTT 2:(13cv193) Corpus TXSD
50+ Docket entries from me! Int party pro se.

I SUGGEST LIMITED VOTING FOR TX & OTHER STATE HOUSES
WITH EACH VOTER GETTING ONE VOTE FOR ONE CANDIDATE
IN HIS 4-TX  3-GA or 2-IL HOUSE SEAT SENATE DISTRICT -
MAKING A 168 (NOT 180) SEAT GA HOUSE!

HAVE THE PRIMARY WINNERS CONTEND!

IF LIMITED VOTING DOESN'T GO IN 2022 IT MAY LATER.

I HAVE WRITTEN TO MOST GA NEWSPAPERS - MANY MORE THAN ONCE.
         I BELIEVE IN LIMITED VOTING!

CONTACT GA HOUSE MEMBERS AT 404 655 0___:

```
109 Rm 404A 133 Smyre     Muscogee  Rm 404B 142 Paris     Bibb
       404C  40 Allen   Cobb Fulton    404D  87 DAVIS     DeKalb
       404E  83 Evans     DeKalb       404F  93 Kendrick  Dek Gwinnett
       404G 136 Hugley     Muscogee

116    409A 137 Buckner  Meri Harr Tal 409B  54 Holland   Fulton
       409C  77 Burnough  Clayton      409D  57 Evans      "
       409E  50 Kausche   Fulton       409F  42 Anulewicz Cobb
       409G 127 Prince    Jefferson Richmond

126    411A  88 Mitchell  DeKalb       411B 127 Sharper   Lowndes
       411D  53 Jones    Cobb Fulton   411H 134 Dukes     Dougherty
                                                   Miller Baker Seminole

152    401A  30 Dunahoo   Hall         401B  36 Ehrhart   Cobb
       401C  26 McDonald  Forsyth      401D 141 Washburn  Bibb Monroe
       401E 144 Mathis   Bibb Houston  401F  21 Thomas    Cherokee
       401G  24 Gilligan  Forsyth      401H  22 Cantrell   " Forsyth Fulton

178    501A  17 Momtahan  Paulding     501B  71 Singleton Cowetta Fayette
       501C 114 Kirby   Barrow Gwinnett Rock Wa 501D 19 Gullett  Paulding
       501F 178 Sainz   Ware Chalter. Camden 501G 179 Hogan     Glynn
       501G 167 DeLoach  Glynn Long McInto 501E 178 Meeks Wayne Appling Brantly Pierce

188    504A  28 Erwin Banks Habersham Step 504B   1 Cameron  Dade Walker
       504C   9 Dade Dawson Lumpkin Forsyth 504F 132 Jenkins Coweta Meriw Troup

202    507A  94 Bennett   DeKalb Gwinnett 507B  48 Robichaux Fulton
       507C 102 Kenard..rd Gwinnett     507D  63 Clayton Fayet Fulton
       507E  95 Moore     Gwinnett ful 507F  51 McLaurin   Fulton
       507G  79 Wilensky  DeKALB       507H  85 Drenner    DeKALB

213    508A 147 Clark     Houston      508B  20 Byrd       Cherokee
       508C 131 Camp    Lamar Upton Pike 508D 29 Dubnik    Hall

220    509B  52 Roberts   Fulton       509B 100 McClain    Gwinnett
```

Marianne Serpa - Dep-in-Charge

Dec 13 21
Page 2 of 2

HAVE THE PRIMARY WINNERS CONTEND!
IF LIMITED VOTING DOESN'T GO IN 2022 IT MAY LATER.
    CONTACT GA HOUSE MEMBERS AT 404 656 0___:

```
220 Rm 509B  52 Roberts      Fulton  509B 100 McClain     Gwinnett
       509C  64 Jackson Fulton Faye 509D  90 Moore       DeKalb Henry Rockdale
       509F  92 Carter     DeKalb Rock 509G 64 Jackson    Fayette Fulton

254    601A  14 Scoggins Floyd Barro 601B 145 Williams  Baldwin Putnam
       601C 171 Campbell Colq Dec Mit 601D 152 Yearta   Sumter Lee Worth
       601F 148 Williams Crisp Hous 601G 133 Smith       Muscogee Harris Troup
       601H 123 Newton    Colum Richm

265    604B 118 Frye       Clarke      604C 126 Frazier    Burke Richmond
       604D  59 Dreyer     Fulton      604F  41 Smith      Cobb
       604G  82 Oliver     DeKalb

28%    607A 153 Hopson     Dougherty   607C  37 Williams   Cobb
       607D 139 Bentley    Peach Dooly Macon Taylor
       607E 108 Clark      Gwinnett    607F 111 Holly      Henry
       607G 107 Hutchinson Gwinnet 607H  62 Boddie     Douglas Fulton
       607B 109 Lewis-Ward Ilen New Roc

298    608D 163 Mallow     Chatham     608D  73 Mathiak Fayette Henry Spalding

314    611A  96 Marin      Gwinnett    611B  98 Lim        Gwinnett
       611C 106 Mitchell      "        611D  76 Scott      Clayton Henry
       611E 101 Park          "        611F  98 Clark      Gwinnett
       611H 128 Jackson    Wash +

325    612B 110 Crowe      Butts Henry Newto
       612C 113 Gunter     Newton Rock 612C   3 Hill        Caroosa
       612G  10 Anderson   Habersham White
       612g 119 Clark      Oconee
       612H   6 Ridley     Whitfield Murray
```

    I have written to most Georgia Newspapers -- Many more than once.

    HAVE THE PRIMMARY WINNES CONTEND!

    IF LIMITED VOTING DOESN'T GO IN 2022 IT MAY LATER.

Please mail me a Date-Stamped copy.
SASE Enclosed.

Robert M Allensworth B14522
BMRCC 251 N IL 37
Ina IL 62846 2419