R Ainsworth B14522 ~~~~
BMRCC 251 N IL 37
Ina IL 62846 2419

THIS CORRESPONDENCE
INMATE OF THE ILLINOIS
OF CORRECTIONS



marianne Serpa - Dep-in-Charge
1133 N Shoreline Blvd
Corpus Christi TX 78401 2042

United States Courts
Southern District of Texas
FILED

DEC 2 0 2021

Nathan Ochsner, Clerk of Court

78401-200399