# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

20211209-82

Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Thursday, December 9, 2021
Case Number: 2:13-cv-00193
Document Number: 1250 (1 page)
Notice Number: 20211209-82
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
**POST OFFICE BOX 61010**
**HOUSTON, TEXAS 77208**

OFFICIAL BUSINESS



RETURN TO SENDER
[ ] NEED BOOKING #/DOB
[X] INMATE NO LONGER IN HERE
[ ] ILLEGIBLE WRITING
[ ] NEED INMATE FULL NAME
[ ] NOT ACCEPTED-NO RETURN ADDRESS



US POSTA

77002

00013746

United States Courts
Southern District of Texas
F I L E D

DEC 2 1 2021

Nathan Ochsner, Clerk of Court



NIXIE          787   DC 1          0012/1

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 77208101010        *0933-06454-