# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

```
20211015-25
```

S. Christopher Suprun
909 Collins Blvd.
Cedar Hill, TX US 75104

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

United States Courts
Southern District of Texas
F I L E D

DEC 2 3 2021

Nathan Ochsner, Clerk of Court

Date: Friday, October 15, 2021
Case Number: 2:13-cv-00193
Document Number: 1229 (1 page)
Notice Number: 20211015-25
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

FOE-R20




U.S. POSTAGE
ZIP 77002
02 1W
0001374615

United States Courts
Southern District of Texas
FILED

DEC 23 2021

Nathan Ochsner, Clerk of Court

KIS  750  DE 1  2211/19/?
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 77208101010    *0434-02422-18

9400920434351191