# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

20211209-87

S. Christopher Suprun
909 Collins Blvd.
Cedar Hill, TX US 75104

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Thursday, December 9, 2021
Case Number: 2:13-cv-00193
Document Number: 1250 (1 page)
Notice Number: 20211209-87
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

DEC 27 2021

Nathan Ochsner, Clerk of Court

FOE-P20



US POSTAGE
ZIP 77002
02 1W
0001374

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

77208101010    *0933-06450-
77208>1010