# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

DEC 28 2021

Nathan Ochsner, Clerk of Court

20211207-13
S. Christopher Suprun
909 Collins Blvd.
Cedar Hill, TX US 75104

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Tuesday, December 7, 2021
Case Number: 2:13-cv-00193
Document Number: 1248 (1 page)
Notice Number: 20211207-13
Notice: The attached order has been entered.

United States District Court
Southern District of Texas
**ENTERED**
December 07, 2021
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, et al., | § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. 2:13-cv-193 (NGR) |
| GREG ABBOTT, et al., | § § | |
| Defendants. | § § | |

## ORDER CONCERNING SEVERAL PLAINTIFFS' UNOPPOSED MOTION CONCERNING THEIR COUNSEL

Plaintiffs Estela Garcia Espinoza, La Union del Pueblo Entero (LUPE), Maximina Lara and Eulalio Mendez (together, "Plaintiffs") ask this Court to allow two of their counsel to withdraw from this case. They also ask to change their lead counsel.

Shoshana Krieger and Priscilla Noriega are listed as counsel for the Plaintiffs listed above. Ms. Krieger is listed as lead counsel. Dkt. 1234. Since neither lawyer is available to work on this case anymore, Plaintiffs ask for Susan Zinn to appear as their lead counsel. They also ask the Court to allow Attorneys Krieger and Noriega to withdraw from this case.

The Court therefore **ORDERS** that Attorneys Krieger and Noriega are withdrawn from this case. The Court also **ORDERS** that Susan Zinn is designated as lead counsel for Plaintiffs Estela Garcia Espinoza, La Union del Pueblo Entero (LUPE), Maximina Lara and Eulalio Mendez.

ORDERED this _____ day of 12/6/21

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
**POST OFFICE BOX 61010**
**HOUSTON, TEXAS 77208**

OFFICIAL BUSINESS

FOE-R20

US POSTAGE
ZIP 77002
02 1W
0001374615

United States Courts
Southern District of Texas
**FILED**

DEC 28 2021

Nathan Ochsner, Clerk of Court

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

77208101010 *0933-00280-07