Marianne Serpa, Dep-in-Charge
US Dist Clerk's Office
1133 N Shoreline Blvd
Corpus Christi TX 78401
361 888 3142

United States Courts
Southern District of Texas
FILED

JAN 0 3 2022

Nathan Ochsner, Clerk of Court

RE: 2:13cv193 Doc 1251 12/09/21 from me.

IF LIMITED VOTING DOESN'T GO IN 2022 IT MAY LATER.

I have no response yet to this Dec 9 filing. I add to it!

 42 Anulewicz 409F 404 656 0116 Cobb         77 Burnough 409C Clayton
 50 Kausch    409E Fulton 54 Holland 409B Fulton  57 Evans 409D DeKalb

 40 Allen 404C 404 656 0109 Cobb Fulton 83 Evans 404E Fulton  ALL 656 0109
 87 Davis 404D DeKalb  93 Kendrick 404F   135 Smyre Muscogee 404A
136 Hugley 404G Muscogee

 21 Thomas 401F Cherokee   22 Cantrell 401H Cherokee Forsyth Fulton
 26 McDonald 401C Forsyth 30 Dunahoo 401A Hall 36 Ehrhart 401B Cobb
141 Paris 404B Bibb  ALL 404 656 0152

 48 Robichaux 507B Fulton 51 McLaurin 507F Fulton 63 Bazemore 507D ClayFayF
 79 Wilensky 507G DeKalb  85 Drenner 507H DeKalb 95 Moore 507E FulGuinnet
 94 Bennett 507A DeKalb Gwinnet  102 Kennard 507C Gwinnett ALL 404 656 0202

 52 Roberts 509B Fulton  64 Jackson 509G FayFul 90 Moore 509D DeKalHenryRock
 92 Carter 509F DeKalb Rockdale  100 McClain 509B Gwinnett ALL 404 656 0220

Please contact some GA House Members!


Please mail me a Date-Stamped
Copy.  S A S E  Enclosed.

Robert M Allensworth
Robert M Allensworth B14522
BMRCC 251 N IL 37
Ina IL 62846 2419

Kelly Cheesman, Knox CO Cir 9 Clk
200 S Cherry
Galesburg IL 62846 2419
309 345 3668 FAX 6741 (Jgs Office)
kcheesman@9thjudicial.org

For US District Clerk's Office
2:13cv193   Corpus TXSD

Dec 6 21
12/06/21

United States Courts
Southern District of Texas
FILED

JAN 03 2022

Nathan Ochsner, Clerk of Court

RE: 94 CF 264 SDP ALLENSWORTH PRE TRIAL

In Jan 1990 three long-time neighbor boys put a condom on my penis in a boy's bedroom before a hidden vidio camera w/sound. One boy said

I will hurt your balls unless you get it up. I dispelled [rid my mind of] this remark. I heard about it in court on Sep 13 2019 and got info about a hidden May 1990 police report in Aug 2021.

Then judge Mathers focused on AGE OF SEXUAL CONSENT at my April 1991 JURY TRIAL. I submit info on this issue from Tucker Carlson's 2021 book **THE LONG SLIDE - THIRTY YEARS IN AMERICAN JOURNALISM.**

Page 7  Publishers often said there is only one answer to offensive speech, & it's more speech. It seemed like they meant it.

At some point they stopped meaning it. In Dec 2016 Simon & Schuster signed a book deal with Milo Yiannopoulos, an editor at Breitbart News.

Journalists suggested that Yiannopoulos's habit of questioning dominant cultural cliches was somhow immoral.

The Chicago Review of Books denounced S&S's contract with Yiannopoulas as a "disgusting validation of hate," & announced they would no longer review any book S&S published.

Page 8  Attacks like these rattled S&S & its corporate parent CBS. In Feb 2017 S&S anounced they'ed cancelled the book deal. Here's what Yiannopoulos actually said:

Pages 8&9  "The law [legal age of sexual consent] is probably about right...but there are certainly people who are capable of giving consent at a younger age. I certainly consider myself to be one of them, people who are sexually active younger....this is one reason I hate the left. This stupid one size fits all policing of culture. This sort of arbitrary and oppressive idea of consent, which totally destroys, you know, the understanding that many of us have -- the complexities and subtleties and complicated nature of many relationships....the relationships in which these older men help those young boys discover who they are, and give them security and safety, and provide them with love and a reliable sort of a rock [in cases where] they can't speak to their parents.

Please mail me a date-stamped copy. S A S E Enclosed.

Robert M Allensworth B14522
BMRCC 251 N IL
InaIL 62846 2419

FILED
KNOX CO., IL
DEC 09 2021
KELLY CHEESMAN
Clerk of the Circuit Court
Deputy