K Allensworth R14522 1B16
BMRCC 251 N IL 37
Ina IL 62846 2419

United States Courts
Southern District of Texas
FILED

JAN 0 3 2022

Nathan Ochsner, Clerk of Court

IDOC OFFENDER MAIL
SAINT LOUIS MO
29 DEC 2021 PM 2



★ USA ★ FOREVER ★

Marianne Serpa, Dep-in-Charge
1133 N Shoreline Blvd
Corpus Christ TX 78401

78401-200399