```
Marianne Serpa, Dep-in-Charge                                          Dec 27 21
US Dist Clerk's Office                    United States Courts
1133 N Shoreline Blvd                     Southern District of Texas
Corpus Christi TX 78401 2042              FILED
361 888 3142                              JAN 0 3 2022

                                          Nathan Ochsner, Clerk of Court
```

I submit more GA contacts for your case VEASEY v ABBOTT 2:13cv193

James Beverly GA Dist 143 - Minority Leader - Bibb County

```
140 Dickey   228B CAP 404 656 5099 Monroe Bibb Crawford Peach Houston
141 Washburn 401D         0152 Monroe Bibb   142 Paris   404B  0109 Bibb
143 Beverly  409F CLOB 5058 Bibb             144 Mathis  401E  0152 Bibb Houston
145 Williams 601B 0254 Baldwin Putnam    Bleckley Jones Laurens Twiggs Wilker
146 Blackmon 133 Cap         5103 Houston  147 Clark    508A  0213 Houston
148 Williams 601F 0254 Houston Pulaski Wilcox Putnam
```

David Wilkerson - GA Dist 38 - Minority Caucus Whip - Cobb County

```
35 Setzler    402  CAP 656 5143 Cobb    36 Ehrhart   401B 404 656 0152 Cobb
37 Williams 607C 404 656 0287  "        38 Wilkerson 609G             5058 "
39 Thomas     512C         7859  "      40 Allen     404C             0109 "
41 Smith      604F         0265  "      42 Anulewicz 409F             0116 "
43 Cooper     436  CAP     5069  "      44 Parsons   401F CAP         7853 "
45 Dollar     401G CAP     7853 " Fult  46 Carson    401E CAP         7855 " Cheroke
53 Jones      411D         0126 " Fult  61 Bruce     512A             7859 " Doug Fult
```

Jon G Burns - GA Dist 159 - Majority Leader - Bulloch Effingham & Screven Counties

```
157 Wertheiser 218A CAP 656 5132 Evans Tattnail Wayne
158 Parrish    245  CAP 463 2246 Emanuel Bulloch Candler Jenkins
159 Burns      338  CaP 656 5052 Screven Bulloch & Effingham Counties
160 Tankersley 401C CAP      7855 Bryan Bulloch
161 Hitchens   401D CAP      7855 Chatham Effingham
162 Gilliard   512G 404      7859 Chatham
163 Mallow     608C          0298 "   164 Stephens 226A CAP 656 5115 Cha Bry Li
165 Stephens   604A          0265 "   166 Petrea   401J         657 7857 Chat Bryar
167 DeLoach    501G          0178 Long Glynn McIntosh
```

Trey Kelley - GA Dist 16 - Majority Whip - Bartow Haralson Polk Counties

```
12 Lumsden   220A CAP 656 7859 Cha F13 Dempsey  245  CAP 463 2248 Floyd
14 Scoggins  601A 404         0254 Fl Ba15 Gambill  601E 404 656 0254 Bartow
16 Kelly     415  CAP         5024 BaHaP17 Montahan 501A         0178 Paulding
18 Smith     601G 404         1803 Ca Ha19 Gullett  501D         0178 Paulding
20 Byrd      508B             0213 Chero21 Thomas   401F         0152 Cheroke
22 Cantrell  401H 0152 Chero Forsy F23 Ballinger 218D CAP        7153 "
24 Gilligan  401G             0152 Forsy25 Jones    245  CAP     2246 Forsy Ful
26 McDonald  401C             0152 "          Robert M Allensworth
```

IF LIMITED VOTING DOEASN'T GO IN 2022 IT MAY LATER.

```
Please mail me a Date-Stamped        Robert M Allensworth B14522
Copy. S A S E  Enclosed.             BMRCC 251 N IL 37
                                     Ina IL 62846 2419
```

# CHRISTOPHER W. KANTHAK
## Attorney at Law
### 161 South Cherry Street, Suite 102
### Galesburg, IL 61401
### (309) 341-2211

United States Courts
Southern District of Texas
FILED
JAN 0 3 2022
Nathan Ochsner, Clerk of Court

Main line: 309-341-2211                                      email: kanthaklaw@aol.com

**August 23, 2021**

Mr. Robert Allensworth-B14522
Big Muddy Correctional Center
P. O. Box 900  251 N IL 37
Ina, IL 62846  2419

Marianne Serpa, Dep-in-Charge   Dec 27 21
US Dist Clerk's Office
1133 S Shoreline Blvd
Corpus Christi TX 78401 2042
361 888 3142

**Re:   Knox County Case**
       94 CF 264

50+ Docket Entries including Dec 9 21
VEASEY v ABBOTT 2:13cv193 Corpus
are from me! Int person pro se.

Dear Mr. Allensworth:

Enclosed for your records is a copy of the Sexually Dangerous Persons Act Evaluation.

Should you have other questions, please feel free to contact me.

Sincerely,

*[signature]*

CHRISTOPHER W. KANTHAK

Enc.

CWK This July 2019 evaluation I didn't get a copy of until Aug 2021 discusses a May 1990 Galesburg Police Report about a Jan 1990 videotape three long time teen-aged neighbors of mine put a condom on my penis before a hidden video camera with sound. One boy supposedly said "I will hurt your balls unless you get it up!" I dispelled (rid my mind of) this remark. Please contact Kanthak & State's Atty Karlin 200 S Cherry  Galesburg IL 61401  309 34503880 FAX 0126.

*[signature: Robert M Allensworth]*

---
161 South Cherry Street, Galesburg, IL 61401, Suite 102, Galesburg, Illinois 61401
309-341-2211         Fax: 309-341-0917         kanthaklaw@aol.com

R Allensworth B14522 1B16
BMRCC 251 N IL 37
Ina IL 62846 2419

IDOC OFFENDER MAIL
SAINT LOUIS MO 6...

27 DEC 2021 PM 2

Mariann Serpa, Dep-in-Charge
1133 N Shoreline Blvd
Corpus Christi TX 78401 2042

United States Courts
Southern District of Texas
FILED

JAN 0 3 2022

Nathan Ochsner, Clerk of Court

78401-200399