IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GREG ABBOTT, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

## [PROPOSED] ORDER ON JOINT MOTION FOR THIRD EXTENSION OF BRIEFING SCHEDULE REGARDING APPELLATE ATTORNEYS' FEES

Pending before the Court is the Joint Motion for Third Extension of Briefing Schedule Regarding Appellate Attorneys' Fees. For good cause shown, the Motion is hereby GRANTED and ORDERS that the briefing schedule is amended as follows:

　Private Plaintiffs' Motion for Appellate Attorneys' Fees: Due January 21, 2022

　Defendants' Response: Due February 18, 2022

　Private Plaintiffs' Reply: Due March 11, 2022

ORDERED this ___ day of January, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Nelva Gonzales Ramos
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge