Case 2:13-cv-00193   Document 1261   Filed on 01/10/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 10, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

### [PROPOSED] ORDER ON JOINT MOTION FOR THIRD EXTENSION OF BRIEFING SCHEDULE REGARDING APPELLATE ATTORNEYS' FEES

Pending before the Court is the Joint Motion for Third Extension of Briefing Schedule Regarding Appellate Attorneys' Fees. For good cause shown, the Motion is hereby GRANTED and the Court ORDERS that the briefing schedule is amended as follows:

Private Plaintiffs' Motion for Appellate Attorneys' Fees: Due January 21, 2022

Defendants' Response: Due February 18, 2022

Private Plaintiffs' Reply: Due March 11, 2022

ORDERED this 10th day of January, 2022.

The Honorable Nelva Gonzales Ramos
United States District Judge