Marianne Serpa, Dep-in-Charge
US Dist Clk"s Office
1133 N Shoreline Blvd
Corpus Christi TX 78401 2042
261 883 3142

United States Courts
Southern District of Texas
FILED
Jan 10 22

JAN 1 4 2022

Nathan Ochsner, Clerk of Court

50+ Docket Entries including Dec 9 21 Veasey v Abbott (2:13cv193) Corpus are from me, int person pro se.

I SUGGEST LIMITED VOTING FOR TX & OTHER STATE HOUSES
WITH EACH VOTER GETTING ONE VOTE FOR ONE CANDIDATE
IN HIS 4-TX 3-GA or 2-IL HOUSE SEAT SENATE DISTRICT —
MAKING A 168 (NOT 180) SEAT GA HOUSE!
HAVE THE PRIMARY WINNERS CONTEND!
IF LIMITED VOTING DOESN'T GO IN 2022 IT MAY LATER.

MANY GA HOUSE MEMBERS SHARE A ROOM & PHONE NUMBER.
PLEASE PHONE AT 404 656 ____ :

| | | | | |
|---|---|---|---|---|
| 5058 | 143F Beverly, James Min Ldr | | 38G Wilkerson, David – Min Whip | |
| 0109 | 40C ALLEN | 83 Evans | 87D Davis | 93F Kendrick |
| | 135A Smyre | 136G Hugley | ~~142 Davis~~ | 142B Paris |
| 0116 | 42F Anulewicz | 50E Kausch | 54B HOLLAND | 57D Evans |
| | 77C Burnough | 127G Prince | | |
| 0126 | 52D Jones | 88A Mitchell | 154H Dukes | 177B Sharper |
| 0152 | 21F Thomas | 22E Cantrell | 26C McDonald | 30A ~~Hall~~ D Umbso |
| | 36B Ehrhart | 141D Washburn | 145G Martins | |
| 0178 | 17A Momtahan | 19G Gullett | 71B Singleton | 114C Kirby |
| | 167G DeLoach | 178E Meeks | 179C Hogan | 180F Sainz |
| 0188 | 1B Cameron | 9D Wade | 28A Erwin | 129E Pruitt |
| | 132F Jenkins | 175B LaHood | 33D Leverett 706 283 2651 FAX 2670 | |
| 0202 | 48B Roberts | 51F McLaurin | 63D Bazemore | 79G Wilensky |
| | 85H Drenner | 95E Moore | 94A Bennett | 102C Kennard |
| 0220 | 52B Roberts | 60E Schofield | 64g JACKSON | 90D Moore |
| | 92F Carter | 100 B McClain | 105C McLeod | |
| 0254 | 14A Scoggins | 15E Gambill | 123H Newton | 145B Williams |
| | 148F Williams | 152D Yearta | 171C Campbell | |
| 0265 | 41F Smith | 59D Dreyer | 84G Oliver | 118B Frye |
| | 126C Frazier | 165A Stephens | | |
| 0287 | 37C Williams | 62H Boddie 107G Hutchinson 109B Lewis-Ward 111F Holly | | |
| 0298 | 73D Mathiak | 86B Lopez | 117A Gaines | 163C Mallow |
| 0314 | 76D Scott | 88G Nguyen | 98F Clark | 98B Lim |
| | 101E Park | 106C Mitchell | | |
| 0325 | 3C Hill | 5E Barton | 6H Ridley | 10G Anderson |
| | 113C Gunter | 119C Wiedower | | |

Please mail me a Date-Stamped
Copy. S A S E Enclosed.

Robert M Allensworth

Robert M Allensworth B14522
BMRCC 251 N IL 37
Ina IL 62846 2419