E Allensworth B14522 1B16
BMRCC 251 N IL 37
Ina IL 62846 2419

IDOC OFFENDER MAIL
SAINT LOUIS MO
10 JAN 2022 PM 2 L

Marianne Serpa, Dep-in-Charge
1133 N Shoreline Blvd
Corpus Christi TX 78401 2042

United States Courts
Southern District of Texas
FILED
JAN 14 2022
Nathan Ochsner, Clerk of Court

78401-200399