Marianne Serpa, Dep-in-Charge                    Jan 13 22
US Dist clerk's Office
1133 N Shoreline Blvd
Corpus Christi tx 78401 2042
361 888 3142                        RE: 2:13cv193

HAVE THE PRIMARY WINNERS CONTEND!
IF LIMITED VOTING DOESN'T GO IN 2022 IT MAY LATER.
MANY GA HOUSE MEMBERS SHARE ROOM & PHONE NUMBERS.
PLEASE PHONE SOME At $ 404 656 ____:

| | | | | |
|---|---|---|---|---|
| 0109 | 40C Allen | 83E Evans | 89D Davis | 93F Kendrick |
| | | | 135A Smyre | 136G Hugley |
| 0116 | 42F Anulewicz | 50E Kausch | 54B Holland | 57D Evans |
| | | | 77C Burnough | 127G Prince |
| 0126 | 53D Jones | 88A Mitche | 154H Dukes | 177B Sharper |
| 0152 | 21F Thomas | 22H Cantrell | 26C McDONALD | 30A Dunahoo |
| | | 144E Mathis | 36B Ehrhart | 141D Washburn |
| 0188 | 1B Cameron | 9C Wade | 28A Erwin | 132F Jenkins |
| | 149E Pruitt | 33D Leverett | 706 283 2651 | FAX 2670 |
| 0178 | 17A Momtahan | 19G GULLETT | 71B Singleton | 114C Kirby |
| | 167G DeLoach | 178E Meeks | 179G Hogan | 180F Sainz |
| 0202 | 48B Robichaux | 51F McLaurin | 63D Bazemore | 79G WIlensky |
| | 85H Drenner | 94A Bennett | 95E Moore | 102C Kennard |
| 0220 | 52B Roberts | 64G Jackson | 60E Schofield | 90D Moore |
| | | 92F Carter | 100B McClain | 105C McLeod |
| 0254 | 14A Scoggins | 15E Gambill | 123H Newton | 145B Williams |
| | 148F Williams | 152D Yearta | 171C Campbell | |
| 0265 | 45F Smith | 59D Dreyer | 82G Oliver | 118B Frye |
| | | | 126C Frazier | 165A Stephens |
| 0287 | 37C Williams | 62H Boddie | 107G Hutchinso | 109B Lewis-Ward 111F Holly |
| 0298 | 73D Mathiak | 86B Lopez | 117A Gaines | 163C Mallow |
| 0314 | 76D Scott | 88G Nguyen | 98F Clark | 99B Lim   101E Park |
| | | | 106C Mitchell | 128H Jackson |
| 0325 | 3C Hill | 5E BARTON | 6H Ridley | 10G Anderson |
| | | | 113C Gunter | 119C Wiedower |
| 5058 | 38G Wilkerson | 143F Beverly | | |
| 6372 | 55G Metze | 80D Wilson | 81E Holcomb | 124I Howard |
| 7859 | 39C Thomas | 58F Cannon | 60D Alexander | 61A Bruce |
| | | 78I Douglas | 84B Shannon | 162C Gilliard |
| 7853 | 23B Hawkins | 44F Parsons | 45G Dollar | 46E Carson |
| 7855 | 103I Barr | 136K Cheokas | 160c Tankersley | 161D Hitchens |
| 7857 | 166J Patrea | | | |

Please mail me a Date-          Robert M Allensworth B14522
stamped copu.  SASE enclosed BMRCC 2%! 251 N IL 37
                                 Ina IL 62846 2419

United States Courts
Southern District of Texas
RECEIVED
JAN 18 2022
Nathan Ochsner, Clerk of Court