R Allensworth B14522
BMRCC 251 N IL 37
Ina IL 62846 2419

IDOC OFFENDER MAIL

13 JAN 2022 PM 5

1

Marianne Serpa, Dep-in-Charge
US District Clerk's Office
1133 N Shoreline Blvd
Corpus Christi TX 78401 2042

United States Courts
Southern District of Texas
RECEIVED

JAN 18 2022

Nathan Ochsner, Clerk of Court

78401-200399