IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**UNOPPOSED MOTION TO WITHDRAW COTY MONTAG AS COUNSEL**

Plaintiff-Intervenor Imani Clark respectfully moves this Court to withdraw Coty Montag as their counsel of record in this case. Withdrawal of Ms. Montag as attorney of record will not cause undue delay and will not have a material adverse effect on Plaintiff-Intervenor's interests. Plaintiff-Intervenor will continue to be represented by counsel of record from the NAACP Legal Defense and Educational Fund, Inc. and Wilmer Cutler Pickering Hale and Dorr LLP.

WHEREFORE, Plaintiff-Intervenor respectfully requests leave to allow Ms. Montag to withdraw as counsel in this matter.

Dated: January 19, 2022

Respectfully submitted,

s/ Leah C. Aden
Leah C. Aden
NAACP LEGAL DEFENSE AND
 EDUCATIONAL FUND, INC.
40 Rector St., 5th Floor
New York, NY 10006
laden@naacpldf.org
Telephone: (212) 965-7715
Facsimile: (212) 226-7592

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 19, 2022, I electronically filed the foregoing UNOPPOSED MOTION TO WITHDRAW COTY MONTAG AS COUNSEL via the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                              /s/ Leah C. Aden
                                              Leah C. Aden