IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARK VEASEY, *et al.,*<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RICK PERRY, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**[Proposed] ORDER GRANTING UNOPPOSED MOTION
TO WITHDRAW COTY MONTAG AS COUNSEL**

　　Before the Court is the Unopposed Motion to Withdraw Coty Montag as counsel. After due consideration, the Court GRANTS the motion and ORDERS attorney Coty Montag withdrawn as counsel of record for Plaintiff-Intervenor Imani Clark.

　　ORDERED this _____ day of January 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE NELVA GONZALES RAMOS