IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
**ENTERED**
January 20, 2022
Nathan Ochsner, Clerk

| | |
|---|---|
| MARK VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW COTY MONTAG AS COUNSEL

Before the Court is the Unopposed Motion to Withdraw Coty Montag as counsel. After due consideration, the Court GRANTS the motion and ORDERS attorney Coty Montag withdrawn as counsel of record for Plaintiff-Intervenor Imani Clark.

ORDERED this 20th day of January 2022.

JUDGE NELVA GONZALES RAMOS