# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

JAN 20 2022

Nathan Ochsner, Clerk of Court

20220110-142

Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Monday, January 10, 2022
Case Number: 2:13-cv-00193
Document Number: 1261 (1 page)
Notice Number: 20220110-142
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

United States Courts
Southern District of Texas
FILED

OFFICIAL BUSINESS

JAN 20 2022

Nathan Ochsner, Clerk of Court

RETURN TO SENDER
[ ] NEED BOOKING #/DOB
[X] INMATE NO LONGER IN HERE
[ ] ILLEGIBLE WRITING
[ ] NEED INMATE FULL NAME
[ ] NOT ACCEPTED-NO RETURN ADDRESS



ZIP 77002
02 1W
0001374615



NIXIE        787    DE 1         0001/1
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 77208101010      *1365-02887-