Marianne Serpa, Dep-in-Charge                                Jan 17 22
US District Clerk's Office
1133 N Shoreline DBlvd
Corpus Christi TX 78401 2042      RT: 2:13cv293 Veasey v Abbott

"The only way out of this (doom loop) cycle lies in scrapping the single-member district (SMD) electoral system." FIORINA 2022

I submit a highlight from the POLITICAL SCIENCE QUARTERLY I got Jan 13 @ 2022 - Vol 136 # 4 2021 | www.psqonline.org

® 2021 Academy of Political Science    DOI: 10.1002/polq.13245   741
111 River St, Hobokin NJ 07030
Editor Robert Shapiro, 475 Riverside Dr # 1274   New York NY 10116 1274
Print Circulation 2251.

MORRIS FIORINA is a profesor of Political Science at Stanford Univ & a Senior Fellow Hoover Inst. Since 2004 he has written 3 books & numerous articles on political polarization in the US.

   "The ingredients of the doom loop are toxic partisanship that stems from two (and only two) ideologically sorted, evenly matched parties parties that contest elections largely over identity issues that are difficult to compromise on.  The only way out of this vicious cycle lies in scrapping the single-member district system that generates and maintaines the 2-party system & replacing it with a multiparty system, preferably one created by the widespread adoption of the ranked-choice voting (RCV). Drutman's book (Breaking the Two-Party Doom Loop: The Case for Multiparty Democracy in America -- New York: Oxford Univ Press 2020) is timely, wellwritten, and vigorously argued, although many readers will have doubts about the efficacy & flexibility of his proposed solutuion, even if they agree with him about the problem.

I believe limited voting with each voter getting only one vote for] only one candidate in his 2 or 3 seat district is a simple & effective proposed solution easy to implement in 2022.

IF LIMITED VOTING DOESN'T GO IN 2022 IT MAY LATER. 40
I SUGGEST TEXAS INCREASE ITS SENATE SIZE TO 35 C and decrease ITS HOUSE SIZE TO 105. This should be decided by Texans!
          or 120.

Robert M Allensworth B14522
INA IL 62846 2419
BMRCC 251 N IL 37

United States Courts
Southern District of Texas
FILED

JAN 21 2022

Nathan Ochsner, Clerk of Court