```
R Allensworth B14522 1B16
BMRCC 251 N IL 37
Ina IL 62846 2419
```

IDOC OFFENDER MAIL



United States Courts
Southern District of Texas
FILED

JAN 21 2022

Nathan Ochsner, Clerk of Court

```
Marianne Serpa, Dep-in-Charge
1133 N Shoreline Blvd
Corpus Christi TX 78401
```

7840132003 C029