**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>          Plaintiffs,<br><br>        v.<br><br>GREG ABBOTT, *et al.*,<br><br>          Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

## JOINT MOTION FOR FOURTH EXTENSION OF BRIEFING SCHEDULE REGARDING APPELLATE ATTORNEYS' FEES

On January 10, 2022, the Court granted the Joint Motion for Third Extension of Briefing Schedule Regarding Appellate Attorneys' Fees for good cause shown (Dkt. 1261). Since the Court's last Order, the parties have agreed that Plaintiffs will file an unopposed motion for the agreed-upon appellate attorneys' fees and will require two additional weeks to prepare and file their application for attorneys' fees:

       Private Plaintiffs' Unopposed Motion for Appellate Attorneys' Fees: Due February 4, 2022

Date:  January 21, 2022          Respectfully submitted,

                                /s/ Lindsey B. Cohan
                                JON M. GREENBAUM
                                EZRA D. ROSENBERG
                                Lawyers' Committee for
                                Civil Rights Under Law
                                1500 K Street, N.W., Suite 900
                                Washington, D.C. 20005

WENDY WEISER
The Brennan Center for Justice at NYU Law School
120 Broadway, Suite 1750
New York, New York 10271

SIDNEY S. ROSDEITCHER
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064

LINDSEY B. COHAN
Dechert LLP
515 Congress Avenue, Suite 1400
Austin, Texas 78701

NEIL STEINER
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036-6797

JOSE GARZA
Law Office of Jose Garza
7414 Robin Rest Drive
San Antonio, Texas 98209

DANIEL GAVIN COVICH
Covich Law Firm LLC
802 N Carancahua, Ste 2100
Corpus Christi, Texas 78401

GARY BLEDSOE
Potter Bledsoe, LLP
316 W. 12th Street, Suite 307
Austin, Texas 78701

VICTOR GOODE
NAACP
4805 Mt. Hope Drive
Baltimore, Maryland 21215

ROBERT NOTZON
The Law Office of Robert Notzon
1502 West Avenue
Austin, Texas 78701

*Counsel for the Texas State Conference of NAACP Branches and the Mexican American Legislative Caucus of the Texas House of Representatives*

/s/ Leah Aden
SHERRILYN IFILL
JANAI NELSON
LEAH C. ADEN
DEUEL ROSS
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006

JONATHAN PAIKIN
KELLY P. DUNBAR
TANIA FARANSSO
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

*Counsel for Imani Clark*

/s/ Chad W. Dunn
CHAD W. DUNN
K. SCOTT BRAZIL
BRAZIL & DUNN
4407 Bee Caves Road
Building 1, Suite 111
Austin, TX 78746

J. GERALD HEBERT
DANIELLE M. LANG
Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005

ARMAND G. DERFNER
Derfner & Altman
575 King Street, Suite B
Charleston, SC 29403

NEIL G. BARON
Law Office of Neil G. Baron
914 FM 517 W, Suite 242
Dickinson, Texas 77539

3

DAVID RICHARDS
Richards, Rodriguez & Skeith, LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701

*Counsel for Veasey/LULAC Plaintiffs*

LUIS ROBERTO VERA, JR.
Law Office of Luis Roberto Vera Jr.
111 Soledad, Ste 1325
San Antonio, TX 78205

*Counsel for LULAC*

/s/ Rolando L. Rios
ROLANDO L. RIOS
115 E. Travis, Suite 1645
San Antonio, Texas 78205

*Counsel for the Texas Association of Hispanic County Judges and County Commissioners*

/s/ Susan Zinn
SUSAN ZINN
Texas RioGrande Legal Aid
1111 N. Main Ave.
San Antonio, Texas 78212

ROBERT W. DOGGETT
ALEXANDER STAMM
Texas RioGrande Legal Aid
4920 N. IH-35
Austin, Texas 78751

*Counsel for Estela Garcia Espinoza, Eulalio Mendez, Maximina Martinez Lara, and La Union Del Pueblo Entero, Inc ("LUPE").*


AND

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief for General Litigation Division

/s/ Christopher D. Hilton
CHRISTOPHER D. HILTON
Attorney-in-Charge
Texas Bar No. 24087727
Deputy Division Chief
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

*Counsel for State Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 21, 2022, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ Lindsey B. Cohan
Lindsey B. Cohan
Dechert LLP
515 Congress Avenue, Suite 1400
Austin, Texas 78701
lindsey.cohan@dechert.com
