IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>GREG ABBOTT, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**[PROPOSED] ORDER ON JOINT MOTION FOR FOURTH EXTENSION OF
BRIEFING SCHEDULE REGARDING APPELLATE ATTORNEYS' FEES**

Pending before the Court is the Joint Motion for Fourth Extension of Briefing Schedule Regarding Appellate Attorneys' Fees. For good cause shown, the Motion is hereby GRANTED and ORDERS that Private Plaintiffs' shall file their Unopposed Motion for Appellate Attorneys' Fees by February 4, 2022.

ORDERED this ___ day of January, 2022.

_____
The Honorable Nelva Gonzales Ramos
United States District Judge