United States District Court
Southern District of Texas
**ENTERED**
January 21, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § § § § | |
| Plaintiffs, | | |
| VS. | § § § § § § | CIVIL ACTION NO. 2:13-CV-00193 |
| GREG ABBOTT, *et al.*, | | |
| Defendants. | | |

**ORDER ON JOINT MOTION FOR FOURTH EXTENSION OF BRIEFING SCHEDULE REGARDING APPELLATE ATTORNEYS' FEES**

Pending before the Court is the "Joint Motion for Fourth Extension of Briefing Schedule Regarding Appellate Attorneys' Fees" (D.E. 1268). For good cause shown, the Motion is hereby **GRANTED** and the Court **ORDERS** that Private Plaintiffs shall file their Unopposed Motion for Appellate Attorneys' Fees on or before February 4, 2022.

ORDERED on January 21, 2022.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE