# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

JAN 31 2022

Nathan Ochsner, Clerk of Court

20220110-147

S. Christopher Suprun
909 Collins Blvd.
Cedar Hill, TX US 75104

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Monday, January 10, 2022
Case Number: 2:13-cv-00193
Document Number: 1261 (1 page)
Notice Number: 20220110-147
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

US POSTAGE
ZIP 77002 $ 000.53
0001374615 JAN. 10. 2022

United States Courts
Southern District of Texas
FILED
JAN 31 2022
Nathan Ochsner, Clerk of Court

FOE-RZO

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD