IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>                Plaintiffs,<br><br>  v.<br><br>GREG ABBOTT, *et al.*,<br><br>                Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**[PROPOSED] ORDER ON JOINT MOTION FOR FIFTH EXTENSION OF BRIEFING SCHEDULE REGARDING APPELLATE ATTORNEYS' FEES**

Pending before the Court is the Joint Motion for Second Extension of Briefing Schedule Regarding Appellate Attorneys' Fees. For good cause shown, the Motion is hereby GRANTED and ORDERS that Private Plaintiffs' Unopposed Motion for Appellate Attorneys' Fees is due on or before February 18, 2022.

ORDERED this ___ day of February, 2022.

_____
The Honorable Nelva Gonzales Ramos
United States District Judge