# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
F I L E D

FEB 10 2022

Nathan Ochsner, Clerk of Court

20220120-67
S. Christopher Suprun
909 Collins Blvd.
Cedar Hill, TX US 75104

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Thursday, January 20, 2022
Case Number: 2:13-cv-00193
Document Number: 1265 (1 page)
Notice Number: 20220120-67
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
**POST OFFICE BOX 61010**
**HOUSTON, TEXAS 77208**

OFFICIAL BUSINESS

FOE - R20



US POSTAGE
ZIP 77002
02 1W
0001374615

United States Courts
Southern District of Texas
FILED

FEB 10 2022

Nathan Ochsner, Clerk of Court

NIXIE         759   DE 1           0002/
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 77208101010    *1365-08503-