# Exhibit A

Veasey et al v Abbott et al
Civil Action No. 20-40428

Abbreviated Time Records for Susan Zinn
Appeal Concerning Attorneys' Fees

| 10-27-21 | Phone call Robert re approach to negotiations with AG, email to Alex re same, review Alex's time records and email re same to him (discount .1) | .2 |
|---|---|---|
| | Draft letter to C Hilton re attorneys' fees that are due and for appeal re fees (discount .2) | .3 |
| | Review Alex's comments, finish and send letter to C Hilton re fees | .2 |
| 10-18-21 | Finalize motion to appear, email to Alex re same | .4 |
| | Update time records (discount .7) | .3 |
| | Emails to and from Alex, timing to finish fee docs (discount .1) | .1 |
| 10-15-21 | Draft motion to appear, emails to Alex/Robert re same (discount .5) | 1.0 |
| 10-14-21 | Emails to and from C Hilton re appearance, D Ct (discount .1) | .1 |
| | Email to Ezra re C Hilton, new AG contact, and fee docs | .1 |
| 10-12-21 | Email to Christopher Hilton, AG's office, re appearance, D Ct | .1 |
| | 2 follow up emails to Bonnie Chester, Tamara Martinez, AG's office, re appearance in D Ct (discount .1) | .1 |
| | Conference call with co-counsel re next steps, fees in D Ct (discount .2) | .5 |
| | Email to Summer Lee, AG's office re appearance, D Ct (discount .1) | .1 |
| 10-6-21 | Phone call Alex re collection issues | .2 |
| | Phone call Jose re collection issues (discount .1) | .2 |
| 10-5-21 | read Gates v Collier, Missouri v Jenkins, FRCP 69/70 and related TxRCP, REVIEW Alex's memo re same, emails to and from him (discount .4) | 1.3 |
| | Email and phone call Robert re collections approach (discount .2) | .2 |
| 10-4-21 | Review Ezra's response, email to co-counsel re motion to appear, D Ct | .2 |
| | Review information about AG's payment fund and email to Ezra re same | .1 |
| | Email to Ezra re motion to appear (D Ct) | .1 |
| 9-30-21 | 3 emails, Robert/Nate W re AG's payment fund | .2 |

| | | |
|---|---|---|
| | Email to Alex, scheduling re his research re collection of fees | .1 |
| 9-27-2021 | Email to Ezra, update re tasks | .1 |
| | Email to Alex and Nate re fee issues | .1 |
| 9-22-21 | Emails to and from Robert/Shelby re AG's payment fund update | .2 |
| | Emails to Nate and Alex re collection issues | .2 |
| 9-21-21 | Emails to Alex/Nate/Robert re collections issues | .2 |
| 9-20-21 | Review 5th Cir remand order | .2 |
| | Emails to Robert/Alex re 5th Cir order | .2 |
| | Call to update Alex | .2 |
| 9-17-21 | Call from Jose re status of fees on remand/recovery | .2 |
| | Emails to and from Ezra/Alex re: no deadline today to file motion for fees | .1 |
| | Update time records, add lodestar to motion, draft proposed order, finish Declaration, email to Alex re timing issues | 1.0 |
| 9-16-21 | Edits to Declaration for fees (discount .1) | .1 |
| | Draft 5th Cir motion for fees and email to Alex re his next steps (discount .4) | .6 |
| | Phone calls Ezra and Robert re fee request and next steps (discount .1) | .3 |
| 9-14-21 | Phone call Alex re his time records, includes prep to talk with him | .3 |
| 9-13-21 | Review Alex' updated time records | .1 |
| | Review and finalize my time records to date | .2 |
| 9-10-21 | Phone call Alex re his attorneys' fee documentation | .4 |
| 9-8-21 | Review Alex' draft time records and declaration | .2 |
| | Draft declaration in support of fees and send to Ezra (discount .4) | .5 |
| | Second review of time records to select relevant entries for time records (discount .2) | .3 |
| | Email to Ezra, review response, re declarations for fees (appeal re fees) | .1 |
| | Initial review of time records to select relevant entries for time records (discount .4) | .5 |
| | Call to Alex re time records (appeal re fees) | .1 |
| | Call to Ezra re time records (appeal re fees) | .2 |
| | Call from Robert re fee issues, appeal re fees | .2 |
| | Review Robert's email re fees (appeal re fees) | .1 |
| | Emails to Robert and Ezra re fees (appeal re fees) | .2 |
| 9-3-21 | Draft letter to send 5th Cir. Decision to clients | .2 |
| | Review 5th Cir decision | .5 |

| | | |
|---|---|---|
| 7-8-21 | Attend oral argument by zoom | 1.1 |
| 7-2-21 | Emails to and from Juanita Valdez-Cox (LUPE director) re her oral argument questions | .2 |
| 6-25-21 | Moot court for Ezra | 1.0 |
| 6-15-21 | Zoom meeting with co-counsel re replacement for Myrna (oral argument) | .3 |
| 6-1-21 | Draft letter to clients re new oral argument date (discount .4) | .2 |
| 4-22-21 | Review and approve final motion to recuse J. Duncan (discount .2) | .1 |
| 4-21-21 | Review first draft of motion to recuse J. Duncan (discount .2) | .3 |
| 4-9-21 | Moot court for Myrna (discount 1.5) | 0.0 |
| 4-7-21 | Review 5th Cir response Cir response and most of reply | 1.5 |
| 4-7-21 | Review AG's opening brief | 1.0 |
| 1-6-21 | Review almost final 5th Cir response (Fees), suggest edits | 1.0 |
| 12-30-20 | Edits to second draft of response re fees, 5th Cir. | .5 |
| 12-28-20 | 1st review, second draft of 5th Cir response re fees | 1.0 |
| 12-16-20 | 2nd review of Ezra's 1st draft, 5th Cir fee response | 1.0 |
| | 1st review of Ezra's 1st draft re fees (5th Cir) | 1.0 |
| | Review Alex' revised memo re attorneys' fee cases | .4 |
| 11-12-20 | Conference with Jose and Alex re appellants' 5th Cir brief re fees, transition of case upon Jose's retirement | .8 |
| 11-9-20 | Conference with Alex re appellants' 5th Cir brief on fees, next steps for him | .5 |
| | | |
| | TOTAL | 26.5 |