# Exhibit B

# Exhibit A

*Veasey et al. v. Abbott et al.*
Civil Action No. 20-40428 (5th Cir.)

Abbreviated Time Records for Alexander Stamm of Texas RioGrande Legal Aid
Regarding the Appeal Concerning Attorneys' Fees

| Date | Description | Billable hours |
|---|---|---|
| 6/12/20 | Conference with Susan Zinn, Jose Garza, Robert Doggett re: anticipated appeal | 0.5 |
| 11/9/20 | Review appellant's brief | 0.7 |
| 11/9/20 | Conference with Susan Zinn re: appellants' brief | 0.5 |
| 11/12/20 | Conference with Susan Zinn and Robert Doggett re: appellants' brief | 0.3 |
| 11/12/20 | Conference with Susan Zinn and Jose Garza re: appellants' brief | 0.8 |
| 12/8/20 | Legal research and review of record on appeal in preparation for production of internal memorandum on appellants' brief | 4.3 |
| 12/8/20 | Drafting internal memorandum on appellants' brief | 5.7 |
| 12/9/20 | Call to Mr. Mendez regarding case status | 0.3 |
| 12/14/20 | Editing and adding to internal memorandum on appellants' brief | 2.1 |
| 12/15/20 | Editing and adding to internal memorandum on appellants' brief | 4.1 |
| 12/16/20 | Reviewing and preparing comments to draft appellee's brief | 1.1 |
| 12/17/20 | Reviewing and preparing comments to draft appellee's brief | 1.3 |
| 12/17/20 | Reviewing and preparing comments to draft appellee's brief | 1.4 |
| 12/29/20 | Reviewing and preparing comments to draft appellee's brief | 1.6 |
| 1/6/21 | Reviewing and preparing comments to draft appellee's brief | 0.5 |
| 1/7/21 | Draft letter to Ms. Espinoza regarding case status | 0.2 |
| 1/11/21 | Draft letter to Ms. Lara regarding case status | 0.1 |
| 4/21/21 | Research relating to initial panel assignment and email to Susan Zinn summarizing findings | 1.3 |

| 9/3/21 | Review Fifth Circuit's panel opinion | 0.1 |
|---|---|---|
| 9/3/21 | Conference with Susan Zinn re: panel opinion | 0.2 |
| 9/8/21 | Conference with Susan Zinn re: attorney's fees relating to the appeal | 0.1 |
| 9/8/21 | Review time records and prepare declaration for fee application | 1.0 |
| | **Total billable hours** | **28.2** |
| | **Total reasonable attorney's fees (@ $250/hour) = $250 x 28.2 =** | **$7,050** |

