IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, *et al.*,<br><br>  Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**ORDER: UNOPPOSED MOTION FOR TEXAS RIO GRANDE LEGAL AID PLAINTIFFS' UNOPPOSED MOTION FOR TEXAS RIO GRANDE LEGAL AID PLAINTIFFS' APPLICATION OF APPELLATE ATTORNEYS' FEES**

Pending before the Court is the Unopposed Motion for the Texas Rio Grande Legal Aid Plaintiffs' Application of Appellate Attorneys' Fees. The Motion is hereby GRANTED and the Court ORDERS that the State Defendants make payment to Texas Rio Grande Legal Aid, Inc. in the amount of $5000.00 in attorneys' fees related to the Fifth Circuit appeal.  This is in addition to the fees that this Court ordered in *Veasey v. Abbott*, 2:13-CV-193, 2020 WL 9888360 (S.D. Tex. May 27, 2020), *affirmed*, 13 F.4th 362, 371 (5th Cir. 2021).

  ORDERED this _____, 2022.

_____
The Honorable Nelva Gonzales Ramos
United States District Judge