United States Courts Southern District of Texas
FILED
FEB 17 2022
Nathan Ochsner, Clerk of Court

Marianne Serpa, Dep-in-Charge
1133 N Shoreline Blvd
Corpus Christi TX 78401 2042
361 888 3142

Feb 22 22

Veasey v Abbott 2:13cv193 Int party pro se.

MY IDEAS ABOUT LIMITED VOTING MAY GAIN TRACTION THIS YEAR!

I HAVE A GEORGIA SENATE ROSTER WITH MOSTLY PO ADDRESSES & NO PHONE NUMBERS. I WANT PHONE NUMBERS.

I SUGGEST LIMITED VOTING FOR GA SENATE WITH EACH VOTER GETTING ONE VOTE FOR ONE CANDIDATE FROM HIS 2-SEAT NEST OF 2 SENATE DISTRICTS. HAVE THE PRIMARY WINNERS CONTEND!

IF LIMITED VOTING DOESN'T GO IN 2022 IT MAY SOON!

GEORGIA MAY NEED SOME PRODDING!

THE UTAH (MORMAN) TERRITORY LONG SOUGHT STATEHOOD.
WILFORD WOODRUFF IN 1890 CALLED FOR THE ABANDONMENT OF POLYGAMY.
IN 1895 UTAH ABANDONED POLYGAMY BY ADOPTING A CONSTITIONA
UTAH WAS ADMITTED TO THE UNION IN 1896!

"THE ONLY WAY OUT OF THIS (DOOM LOOP CYCLE) IS TO SCRAP THE SINGLE-MEMBER DISTRICT ELECTORAL SYSTEM." FIORINA 2022
PSQ VOL 136 #4 www.psqonline.org  aps@psqonline.org
ACADEMY OF POLITICAL SCIENCE   475 Riverside Dr # 1274
Indiv Membership $49/yr          New York NY 10115 1274
                                 212 870 2500 FAX 2202

In his 1st annual message Dec 6 61 Pres Chester Arthur called polygamy an "odious crime to...Christendom...(we) have the duty of arraying against this barbarious system all the power... for its destruction.". He admonished Congress to require that anyone performing marriages in US Territories file cerificates of those marriages with the territorial supeeme cart.[22]
 --C Arthur - The Accidental President 2019 Pafford
[22] James Richardson,ed, A Compilatn of Messages & Papers of the Presidents, Vol XI (New York: Bureau of Nat Liit 1909) 4644.

Please mail me a Date-Stamped    Robert M Allensworth B14522
Copy. S A S E   Enclosed.        BMRCC 251 N IL 37
                                 Ina IL 62846 2419