Robert Allensworth
IDOC# B14522
7/31/2019
Page 9 of 36

for Marianne Serpa, Dep-in-Charge
1133 N Shoreline Blvd
Corpus Christi TX 78401 2042

Feb 22 22

Veasey v Abbott 2:13cv194 from int party pro-se.
*Robt M Allensworth*

video camera and one of the boys replied that there was not. One of the boys, who was not specifically named, asked Mr. Allensworth if he would perform oral sex on them and he responded, "Not with the tape going and not with it on the screen." One of the boys, who was not specifically named, threatened to "rip his balls off if he doesn't get it up." Also, one of the boys, who was not specifically named, said "We got you now for child molestation." One of the boys, who was not specifically named, indicated and inquired "Fuck him in the ass. Bob, can we fuck you in the ass?" at which time the sound of a slap could be heard and Mr. Allensworth said, "that hurts, that hurts. I don't want to…" [J.G.] told Mr. Allensworth to remove his hands from [J.G.]'s pants to which Mr. Allensworth responded, "That's my style." Then one of the boys, who was not specifically named, asked Mr. Allensworth why he was [not] saying much to which he responded that he was "a little nervous to say anything on camera" and "if afterwards you tell anyone, I'll tell them you're a liar." Police personnel noted that Mr. Allensworth "appeared extremely passive [through]out the film and at times did smile showing self gratification."

[B.C.] informed police personnel that he did film the video. [B.C.] reported that Mr. Allensworth came over to his house frequently to watch television. [B.C.] explained that sometime last year Mr. Allensworth and [J.G.] came over to watch some movies when Mr. Allensworth "wanted the boys to make a movie so that he could buy it" so [B.C.] got his parents' video camera and instructed Mr. Allensworth to pull down his pants. [B.C.] said "they were not too concerned with Allensworth even though he was gay he wouldn't try anything." [B.C.] explained that after making the video, Mr. Allensworth wanted to purchase it, but they decided not to sell it and to record over it later, at which time [J.G.] left with the videotape. [B.C.] indicated the incident and videotaping occurred in his bedroom. [B.C.] acknowledged that Mr. Allensworth never made any advances toward them.

[J.G.] reported that it was Mr. Allensworth's idea to make the video. He further reported that Mr. Allensworth offered them money to make the video and provided them "a couple of hundred dollars" to split between them. [J.G.] acknowledged he never touched Mr. Allensworth and Mr. Allensworth never touched them. He indicated he returned to [B.C.]'s house two days later to retrieve the videotape, which he planned to record over, but had forgotten. He was unable to indicate why Mr. Allensworth did not take possession of the videotape despite having initiated it and paid for it.

Mr. Allensworth reported that [D.C.] came to his residence and said his mother wanted to see him about some money he owed her; however, when he arrived at [D.C.]'s home only his older brother [B.C.] was present. He said they offered him dinner and asked him to watch television with them, so he ate and stayed to watch television. He noted he noticed the video camera in the bedroom upon entering. Mr. Allensworth reported that [J.G.], [D.C.], and [B.C.] asked him to remove his clothing, at which time he declined, but told them "he wouldn't mind if they did it to him," so they undressed him. He said that [J.G.] had a knife in his hand, but that he did not feel threatened at any time. Mr. Allensworth revealed they began recording and one of the boys told him to give him some money or they would take the videotape to the police. He disclosed he did not give them money and responded that he did not care because he would tell the police that they were "old men molesters." Mr. Allensworth acknowledged that the boys never hurt him and that he never hurt them. He also acknowledged that the boys never touched him and that he never touched them. Mr. Allensworth indicated that the video camera "never bothered him and went along with the filming."

The 1/15/2002 SDP Evaluation for Recovery referenced a copy of a statement Mr. Allensworth made to police dated 1/13/1990, in which he stated:

"Some kids have gotten into my bedroom at night and pulled down my bedcovers and even pulled down my drawers and some kids have threatened me with a knife or kicked me and some kids have peed on me and peed on my floor and some kids have showed me their wee-wees, of course if they peed on me,

Robert Allensworth
IDOC# B14522

7/31/2019
Page 10 of 36

> they would have to show me their wee-wees. Sometimes kids have asked me to touch their wee-wee and I've done so, particularly when they have threatened to pee on me. Some kids have touched their own wee-wee when I've been watching them. Some kids have asked me to suck their wee-wee when other kids have been around. I've refused. Some of them touched my wee-wee with a stick. They ask me to give them money, which I sometimes give them to stop them from harassing me. Sometimes they pulled my clothes off. I doubt that I was undressed when I touched them, but I'm not sure. The first time a kid peed on my floor was about 10 years ago. The first time kids started showing me their wee-wees was about 8 years ago and it happened about two to three times a year since then. I get excited sometimes. I've seen them get erections. Some of the kids threatened to put their wee-wee in my ass. They said they would do it if I didn't give them money. I sometimes gave them money to get rid of them. Most of the boys are age 15 to 18, some younger ones, but they usually come in groups when they're younger. Usually they are harassing me for money and sometimes the sexual activity such as showing me their wee-wee or poking my wee-wee with a stick is incidental to the harassment. I'll name [D.C.], [B.C.], [J.G.], and [S.M.] bother me most now. I've seen some of them undressed, but I'm not telling you which ones. All of them have seen me undressed. I'm not going to say if there have been any sexual acts with any of those boys. I'm not going to say when the most recent sexual act was."

During the current interview, Mr. Allensworth related the following information regarding these offenses:

> "They were neighbors. I had a lot of contact with them. I've known them for years and I felt comfortable with them and they felt comfortable with me. I wasn't concerned even after they showed me the video camera; I think it was private. No victims. No intent to hurt anyone. They were goofin' off with my penis and while they were doing that I wasn't too concerned about it because I knew them and when they let me go I just went home. And I didn't hear about anything for months and then one of them told me the police had the video tape and I told the police it was their idea and I didn't hear anything for a month, then I got arrested for Child Pornography. I told the police and the court it was their idea. I demanded a jury and the judge dismissed the Child Pornography charge, which the grand jury gave me because of age of consent, which I feel is a trick."

Regarding case number 94-CF-264, Mr. Allensworth was arrested on 10/29/1994 for Indecent Solicitation of a Child. On 6/19/1995 he was declared a sexually dangerous person, on 6/22/1995 he was committed to IDOC, on 6/24/1995 he was transferred to Menard Psychiatric Center, and on 11/28/1995 he was transferred to BMRCC. At the time of the offense, Mr. Allensworth was age 57 and the victim was a 12-year-old male stranger. Records indicate the offense occurred on 10/29/1994 in Knox County.

According to the Circuit Court of Knox County Information dated 10/31/1994, Mr. Allensworth was charged with the following:

> "That Robert Allensworth on or about the 29th day of October, 1994, within the County of Knox in the State of Illinois committed the offense of Indecent Solicitation of a Child, in that the said defendant, a person of 17 years of age and upwards, knowingly solicited [J.H.], a child under the age of 13 years, to do an act of sexual penetration (suck Allensworth's penis) which if done would have been an aggravated criminal sexual assault."

According to the Public Safety Department – Galesburg and Knox County General Offense and Narrative Continuation Reports dated 10/29/1994, Mr. Allensworth committed the following: