R Allensworth B14522 1B16
BMRCC 251 N IL 37
Ina IL 62846 2419

IDOC OFFENDER MAIL
SAINT LOUIS MO
14 FEB 2022 PM 6

United States Courts Southern
District of Texas
FILED

FEB 17 2022

Nathan Ochsner, Clerk of Court

Marianne Serpa, Dep-in-Charge
1133 N Shoreline Blvd
Corpus Christi TX 78401 2042

78401-200399