IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**UNOPPOSED MOTION FOR VEASEY-LULAC PLAINTIFFS' APPLICATION FOR APPELLATE ATTORNEYS' FEES**

This matter was remanded to this Court for disposition of the issue of appellate attorneys' fees. Over the past few months, Private Plaintiffs and the State Defendants have spent a considerable amount of time negotiating about this issue and have reached agreement on it, and further agreed that the issue may be submitted to this Court by way of this unopposed motion.

The appellate fee issue arises out of the State Defendants' appeal from this Court's award of attorney's fees in this case to the Private Plaintiffs. On appeal, the State Defendants' sole issue was whether the Plaintiffs were the prevailing party for the purpose of an award of attorneys' fees under 42 U.S.C. § 1988(b) and 52 U.S.C. § 10310(e) on their Section 2 claim. Judge Ho, writing for the Fifth Circuit panel, rejected all the Defendants' arguments, concluded that the Private Plaintiffs were the prevailing parties, and affirmed in full this Court's award of fees. *Veasey v. Abbott*, 13 F.4th 362, 368–70 (5th Cir. 2021). For the reasons set forth in the Private Plaintiffs' Consolidated Brief in Support of Their Unopposed Motions for Attorneys' Fees Incurred on Appeal, Doc. 1274-1 (upon which the

1

Veasey-LULAC Plaintiffs rely), the Veasey-LULAC Plaintiffs, represented by Campaign Legal Centers ("CLC"), are prevailing parties on that appeal and entitled to an award of appellate attorneys' fees.

The parties conducted good-faith negotiations to resolve the appellate fee award and Defendants do not oppose the total amount of $11,815.50 to be awarded to CLC. This award covers the appeal following this Court's award of attorneys' fees and is in addition to the amount that this Court awarded to CLC in that Order.

The Veasey-LULAC Plaintiffs represented by CLC further rely upon the attached Declaration of Danielle Lang in support of their fee application.

Accordingly, the Veasey-LULAC Plaintiffs represented by CLC request $11,815.50 for their work defending this Court's fee award during the Fifth Circuit appeal.

Date: February 18, 2022.              Respectfully submitted,

        /s/ Danielle M. Lang
        DANIELLE M. LANG
        Campaign Legal Center
        1101 14th St. NW, Suite 400
        Washington, DC 20005

*Counsel for Veasey-LULAC Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 18, 2022, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                      /s/ Danielle M. Lang
                                      DANIELLE M. LANG
                                      Campaign Legal Center
                                      1101 14th St. NW, Suite 400
                                      Washington, DC 20005