IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY et al., § | |
| *Plaintiffs*, § | |
| § | Civil Action No. 2:13-cv-193 (NGR) |
| v. § | |
| § | |
| GREG ABBOTT, et al., § | |
| *Defendants*, § | |

**DEFENDANTS' RESPONSE TO PRIVATE PLAINTIFFS' UNOPPOSED MOTIONS
FOR ATTORNEYS' FEES INCURRED ON APPEAL**

As Plaintiffs have described in their filings, Defendants engaged in good faith negotiations with Plaintiffs in an effort to resolve the dispute regarding appellate attorneys' fees without the need for further litigation. Defendants do not oppose awards of attorneys' fees in the total amounts that each Plaintiff group has requested for the work performed on appeal. However, neither Defendants nor the Office of Attorney General agree to (1) the propriety of any of Plaintiffs' counsel's suggested hourly rates or (2) the reasonableness or necessity of any particular hours that were expended in connection with the appeal. Defendants have agreed only not to oppose the motions for the requested total amounts for the sole purpose of resolving this discrete issue in this litigation, and Defendants and the State reserve all other rights.

1

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief, General Litigation Division

*/s/ Christopher D. Hilton*
CHRISTOPHER D. HILTON
Attorney-in-Charge
Texas Bar No. 24087727
So. Dist. No. 3029796
Deputy Division Chief
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax: (512) 320-0667
christopher.hilton.@oag.texas.gov

**COUNSEL FOR THE STATE DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

*/s/ Christopher D. Hilton*
CHRISTOPHER D. HILTON