Case 2:13-cv-00193   Document 1279   Filed on 03/03/22 in TXSD   Page 1 of 1

United States Courts
Southern District of Texas
FILED
MAR 03 2022
Nathan Ochsner, Clerk of Court

Marianne Serpa, Dep - in - Charge
1133 S Shoreline Blvd
Corpus Christi TX 78401 2042
361 888 3142                    Feb 28 22

Veasey v Abbott 2:13cv193

"The only way out of this (Doom Loop Cycle) is to scrap the single-mem district electoral system." FIORINA 2022 PSQ Vol 136 #4 www.psqonline.org ACAD POL SCI aps@psqonline.org   212 870 2500 FAX 2202

I suggest limited voting for US & State Houses & SENATORS & IL Cir Jgs with each voter getting one vote for one candidate in his
3-GA or 2-IL HOUSE SEAT SENATE DISTRICT -
Making a 168 (Not 180) Seat GA House &
2 & 3 Seat Dens of Senate Districts for SENATORS &
2 & 3 Seat Dens for IL Cir Jgs!
HAVE THE PRIMARY WINNERS CONTEND!
Please Phone Some GA House Members at 404 656 ___: 0109 0116 0126 0152 0178
                                                                              0188
ADRIENNE JONE, Asst Prof Pol Sci, Morehouse college, Atlanta GA 30314
Co-wrote an article "How to Win a 'Long Game'" in PSQ Vol 136 #2.
I want the address of Hunter College (Co-writer Andrew Polsky).

"Centerist policies hold little appeal under current conditios to anyone other than mainstream political pundits. Stakeholders on both sides call (others) to sustain their relentless policy campaigns[106]."
N 106 King & Smith 2011 "Still a House Divided," Princeton Univ Press, 18.

"The Justice Dept endorsed the Texas congressional redistrictg plan.[74]
N74 Karlan 2009 "Lessons Learned," Duke J of Const Law 4: 17-29 at 25[75]
Some 60% of the career staff in the Voting Rts § departed
N75 US Dept Justice "An Investigation into Removal of 9 US Attys in 2006," Sep 2008, accessed https://www.justice.gov/opr/page/file/1206601/download,
                                                                           4 Apr 21.

"Executive counter-enforcement begets oscillation between antithetical policy orientations...the disruptive power of the presidency.[58]
N58 Skowronek 1993 "The Politics Presidents Make" Belknap Press of Harvard Univ Press.

Please mail me a date-Stamped          Robert M Allensworth B14522
                                       BMRCC 251 N IL 37
Copy. S A S E Enclosed.                Ina IL 62846 2419