R Allensworth B14522
BMRCC 251 N IL 37
Ina IL 62846 2419

IDOC OFFENDER MAIL
SAINT LOUIS MO
28 FEB 2022 PM 10

Marianne Serpa, Dep-in-Charge
1133 S Shoreline Blvd
Corpus Christi TX 78401 2042

United States Courts
Southern District of Texas
FILED

MAR 03 2022

Nathan Ochsner, Clerk of Court

78401-200399