**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

FEB 16 2022

Nathan Ochsner, Clerk of Court

```
20211101-175
```
S. Christopher Suprun
909 Collins Blvd.
Cedar Hill, TX US 75104

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

---

Date: Monday, November 1, 2021
Case Number: 2:13-cv-00193
Document Number: 1239 (1 page)
Notice Number: 20211101-175
Notice: The attached order has been entered.

---

