# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

FEB 16 2022

Nathan Ochsner, Clerk of Court


20220203-136

Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Thursday, February 3, 2022
Case Number: 2:13-cv-00193
Document Number: 1272 (1 page)
Notice Number: 20220203-136
Notice: The attached order has been entered.

