# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
**FILED**

FEB 16 2022

Nathan Ochsner, Clerk of Court

20211101-175
S. Christopher Suprun
909 Collins Blvd.
Cedar Hill, TX US 75104

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

---

Date: Monday, November 1, 2021
Case Number: 2:13-cv-00193
Document Number: 1239 (1 page)
Notice Number: 20211101-175
Notice: The attached order has been entered.

---

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

FOE-R20


U.S. POSTAGE
ZIP 77002
02 1W
0001374461

United States Courts
Southern District of Texas
FILED

FEB 16 2022

Nathan Ochsner, Clerk of Court

IXIE    750  FE 1        0011/10/
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77208101010      *2182-02509-10