# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

20220203-141

S. Christopher Suprun
909 Collins Blvd.
Cedar Hill, TX US 75104

United States Courts
Southern District of Texas
FILED

MAR 04 2022

Nathan Ochsner, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Thursday, February 3, 2022
Case Number: 2:13-cv-00193
Document Number: 1272 (1 page)
Notice Number: 20220203-141
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS



ZIP 77002
02 1W
0001374615

FOE-R20

United States Courts
Southern District of Texas
FILED

MAR 04 2022

Nathan Ochsner, Clerk of Court

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77208101010      *2182-06356-22

UTF
77208>1010