United States District Court
Southern District of Texas
**ENTERED**
March 10, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:13-CV-00193 |
| GREG ABBOTT, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER GRANTING APPELLATE ATTORNEY'S FEES

Before the Court are three motions for appellate attorney's fees that are each unopposed, filed by: (1) Texas Rio Grande Legal Aid Plaintiffs (D.E. 1274); (2) Texas NAACP/MALC Plaintiffs (D.E. 1276); and (3) Veasey-LULAC Plaintiffs (D.E. 1277). After due consideration, the Court **GRANTS** the motions (D.E. 1274, 1276, and 1277) and **ORDERS** that the State Defendants make payments as follows:

1. To Texas Rio Grande Legal Aid, Inc. in the amount of $5000.00;
2. To Lawyers' Committee for Civil Rights Under Law in the amount of $84,292.50;
3. To Dechert LLP in the amount of $15,627.50;
4. To the Brennan Center for Justice at NYU Law School in the amount of $18,236.22; and
5. To Campaign Legal Center in the amount of $11,815.50,

all of which fee awards are related to the Fifth Circuit appeal. This is in addition to the fees that this Court ordered in *Veasey v. Abbott*, 2:13-CV-193, 2020 WL 9888360 (S.D. Tex. May 27, 2020), *affirmed*, 13 F.4th 362, 371 (5th Cir. 2021).

ORDERED on March 10, 2022.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE