Marianne Serpa, Dep-in-Charge                                     Mar 8 22
1133-208 N Shoreline Blvd
Corpus Christi TX 78401 2042
261 888 3142                    RE: Veasey v Abbott   2:13cv193 Corpus

I recently asked for a copy of the docket sheet for this case
from Jan 1 2021.  I just got a copy of the docket (Plaintiff - Defenent -
Intervenors - Third Party - Movant - Interested Party ) Date Filed
with dates thru 11/02/14.

I want Date filed thru current.

Please write me how much you want for info summary
Date filed Jan 1 21 thru current.

United States Courts
Southern District of Texas
FILED
MAR 11 2022
Nathan Ochsner, Clerk of Court

I still suggest LIMITED VOTING FOR US & STATE HOUSES & SENATORS & Il Cir Jgs
IL Cir Jgs with each voter getting one vote for one candidate in his:
3-GA or 2-IL HOUSE SEAT SENATE DISTRICT -
Making a 168 (Not 180) SEAT GA HOUSE &
2 & 3 SEAT DENS OF SENATORS & IL Cir Jgs!
Have the PRIMARY WINNERS CONTEND!
IF LIMITED VOTING DOESN'T GO IN 2022 IT MAY SOON!
Many GA HOUSE MEMBERS Share a Room & Phone #.
PLEASE PHONE SOME @ ___: 0109 0116 0126 0152 0178 0188!
            404 656           *Robert M Allensworth*
                              Robert M Allensworth B14522
S A S E  Enclosed.            BMRCC 251 N IL 27
                              Ina IL 62846 2419


The Ohio Supreme Court struck down the state legislative districts
Feb 7 -- five days after the candidates filing period ended. Once new
districts are drawn, candidates who suddenly find themselves outside
the boundaries have 30 days to move into the new district.