R Allensworth B14522 1B16
BMRCC 251 N IL 37
Ina IL 62846 2419

United States Courts
Southern District of Texas
FILED

MAR 11 2022

Nathan Ochsner, Clerk of Court

IDOC-OFFENDER MAIL

8 MAR 2022 PM 7

Marianne Serpa - Dep-in-Charge
1133-208 N Shoreline Blvd
Corpus Christi TX 78401 2042

78401-204258