# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
F I L E D

MAR 21 2022

Nathan Ochsner, Clerk of Court

```
20220310-156
```
Samuel Sosa
1603436
3614 Bill Price Rd
Del Valle, TX US 78617

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

---

Date: Thursday, March 10, 2022
Case Number: 2:13-cv-00193
Document Number: 1284 (1 page)
Notice Number: 20220310-156
Notice: The attached order has been entered.

---

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
**POST OFFICE BOX 61010**
**HOUSTON, TEXAS 77208**

OFFICIAL BUSINESS

RETURN TO SENDER
[ ] NEED BOOKING #/DOB
[X] INMATE NO LONGER HERE
[ ] ILLEGIBLE WRITING
[ ] NEED INMATE FULL NAME
[ ] NOT ACCEPTED-NO RETURN ADDRESS



US POSTAGE
ZIP 77002
02 1W
0001374615

United States Court
Southern District of Texas
FILED

MAR 21 2022

Nathan Ochsner, Clerk of Court

```
NIXIE        787  DE 1           0003/1
         RETURN TO SENDER
              REFUSED
         UNABLE TO FORWARD
BC: 77208101010           *0233-08938-
```