# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

20220310-161

S. Christopher Suprun
909 Collins Blvd.
Cedar Hill, TX US 75104

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

---

Date: Thursday, March 10, 2022
Case Number: 2:13-cv-00193
Document Number: 1284 (1 page)
Notice Number: 20220310-161
Notice: The attached order has been entered.

---

CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED
MAR 28 2022
Nathan Ochsner, Clerk of Court

US POSTAGE ᴵᴹ|PITNEY BOWES
ZIP 77002
02 1W
0001374615 MAR. 11. 2022
$ 000.53⁰

NIXIE 750 FE 1 0003/22/22
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

RC: 77208101010 *6233-08033-11-46