# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

MAR 30 2022

Nathan Ochsner, Clerk of Court

20220310-162

John M. Gore
US Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Thursday, March 10, 2022
Case Number: 2:13-cv-00193
Document Number: 1284 (1 page)
Notice Number: 20220310-162
Notice: The attached order has been entered.



CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

Return to Sender

N/L

US POSTAGE PITNEY BOWES
ZIP 77002 $ 000.53°
02 1W
0001374615 MAR 11, 2022

United States Courts
Southern District of Texas
FILED
MAR 30 2022
Nathan Ochsner, Clerk of Court