Marianne Serpa, Dep-in-Charge
1133 N Shoreline Blvd
Corpus Christi TX 78401 2042
361 888 3242
Case 2:13cv193 Veasey v Abbott

James B Eccles, Off Atty Gen    Apr 7 22
300 W 15th
Austin TX 78701
512 936 2263 FAX 477 2348
beau.eccles@texasattorneygeneral.gov

IF LIMITED VOTING DOESN'T GO IN 2022 IT MAY SOON.   I WANT IT NOW!

30+ Docket entries are from me, int party pro se!

Many ask for a 2nd ballot! I want a 2022 2nd one for TEXAS!

United States Courts
Southern District of Texas
FILED
APR 11 2022
Nathan Ochsner, Clerk of Court

"The only way out of this (Doom Loop) cycle is to scrap the single-member district electral system!" FIORINA 2022 PSQ Vol 136 #4 www.psqonline.org
ACAD POL SCI   aps@psqonline.org   212 870 2500 FAX 2202

---

"The more extreme the other party, the more vindicated your side feels with radical actions. Both sides fall into us-vs-them narratives."
- Breaking the Two-Party DOOM Loop - Drutman 2020 (Oxford U Press) p. 27

I suggest LIMITTED VOTING for US &STATE HOUSES, SENATES & IL Cir Jgs
with each voter getting one vote for one candidate in his:
5-TX, 3-LA or 2-IL HOUSE SEAT SENATE DISTRICT -
Making a 155 (Not 150) TX SEAT HOUSE & 35 (Not 39) LA SEAT SENATE &
2 & 3 SEAT DENS for SENATORS & IL cir Jgs!  (Haine Mad Co SA 618 692 6280)
HAVE THE PRIMARY WINNERS CONTEND!           SUBCIRCUITS
Many GA HOUSE members share a Room & Phone #.
Please Phone some at 404 656 ___ : 0109 0116 0126 0152 0178 0188 0202 0213!

Please mail me a Date-Stamped Copy.
S A S E  Enclosed

Robert M Allensworth B14522
BMRCC 251 NIL 37
Ina IL 62846 2419

Note I suggest LA change from 39 to 35
Senators. Next election Nov 18, 23.
I want a 2nd 2022 ballot for TEXAS!

R Allensworth B14522 1B16
BMRCC 251 N IL 37
Ina IL 62846 2419

IDOC OFFENDER MAIL
7 APR 2022 PM 7



Marianne Serpa, Dep-in-Charge
1133 N Shoreline Blvd
Corpus Christs TX 78401 2042

United States Courts
Southern District of Texas
FILED

APR 11 2022

Nathan Ochsner, Clerk of Court

78401-200399