LYLE W CAYCE, US 5th Circuit Clerk          James B Eccles, Off Atty Gen    Jun 1 22
600 S Maestri Place                          300 W 15th
New Orleans LA 70130                         Austin TX 78701
504 310 7700                                 512 936 2263 FAX 477 2348
                                             jesu.eccles@texasattorneygeneral.gov

IF LIMITED VOTING DOESN'T GO IN 2022 IT MAY SOON. HAVE THE PRIMARY WINNERS CONTEND!
50+ Docket entries Veasey v Abbott 2:13cv193 Corpus Chr from me, Int Party Pro se!
Many ask for a 2nd ballot.        I want 2022 TX & MO 2nd Ballots!
Contact Tom Hahne 618 692 6280        suggest a 155, not 150 Seat TX HOUSE!
thahne@statesattorney.madison.il.us          136, not 163 Seat MO House!
        New subcircuits! I want 2nd Ballot!   35, not 39 Seat LA Senate!

| Ron Copeland      | Dist 143 | Salem (Dent)              | 573 751 2264 | 115 F |
| Chris dinkins     | 144      | Lesterville (Reynolds)    | 2112         | 110 B |
| ~~Rick Francis~~  | ~~145~~  | ~~Perryville~~            | ~~5912~~     | ~~412 C~~ |
| Barry Hovis       | 146      | Whitewater (Cape G)       | 6662         | 406 B |
| Vacant            | 147      |                           |              |       |
| Jamie Burger      | 148      | Benton (Scott)            | 5471         | 201 E |
| Donald Rone       | 149      | Portageville (new Mdr)    | 4085         | 312   |
| Andrew McDaniel   | 150      | Deering (Pemiscot)        | 3629         | 314   |
| Herman Morse      | 151      | Dexter (Stoddard)         | 1494         | 135   |
| Hardy Billington  | 152      | Poplar Bluff (Butler)     | 4039         | 201 C |
| Darrell Atchison  | 153      | Williamsville (Wayne)     | 1066         | 115 B |
| David Evans       | 154      | West Plains (Howell)      | 1455         | 114 C |
|                   |          | PO Box 723 Atty 417 372 2345 |          |       |
| Travis Smith      | 155      | Doral (Ozark)             | 2042         | 110 A |
| Brian Seitz       | 156      | Branson (Taney)           | 1309         | 116 S |

I have a current MO House roster with some Towns & Capitol Rooms &
Phone #s. I am passing this on to nearby newspapers.

"The only way out of this (Doom Loop) is to scrap the single mem district
electoral system!" FARINA 2022 PSQ Vol 136 #4 www.psqonline.org
ACAD POL SCI    aps@psqonline.org    212 870 2500 FAX 2202

Many GA House members share a Room & Phone #.
Please Phone some at 404 656 ___ : 0109 0116 0126 0152 0178 0188 0202 0213!
I suggest a 168, not 180 Seat GA House!       *(signature)*
Please mail me a Date - Stamped Copy.         Robert M Allensworth B14522
SASE Enclosed.                                BMRCC 251 N IL 37
                                              Ina IL 62846 2419

SASE
VR


U.S. COURT OF APPEALS RECEIVED JUN 06 2022 FIFTH CIRCUIT

United States Courts
Southern District of Texas
FILED
JUN 17 2022
Nathan Ochsner, Clerk of Court

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

June 06, 2022

Mr. Robert M. Allensworth #B14522  
BMRCC  
251 N Il 37  
Ina, IL 62846-2419

Dear Mr. Allensworth,

I am returning your petition, complaint or other papers for the following reason(s):

This is a court of limited jurisdiction. This means we can only act on cases which have been filed and decided in a U. S. District Court, or an agency within this circuit.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Monica R. Washington, Deputy Clerk  
504-310-7705

Enclosure(s)

R Allensworth B14522
BMRCC 251 N IL 37
Ina IL 62846 2419

IDOC OFFENDER MAIL
SAINT LOUIS MO
14 JUN 2022 PM 6

Marianne Serpa  Dep-in-Charge
1133 N Shoreline Blvd
Corpus Christi TX 78401

United States Courts
Southern District of Texas
FILED

JUN 17 2022

Nathan Ochsner, Clerk of Court

78401-200399