Amanda Otto, Dep-in-Charge
US District Clerk's Office
1133 N Shoreline Dr
Corpus Christi TX 78401
361 888 3142

James B Eccles Off Atty Gen
Ken Paxton  Atty Gen          Dec 12 22
300 W 15   Austin TX 78701
512 463 2100 936 2263 FAX 475 2994
beau.eccles@texasattorneygeneral.gov

LIMITED VOTING MAY COME SOON: HAVE THE PRIMARY WINNERS CONTEND!

"The only way out from this Two Party Doom Loop is to scrap the single-mem district electoral system!" Fiorina 2022 PSQ Vol 136 #4 www.psqonline.org

ACAD POL SCI aps@psqonline.org    212 870 2500 FAX 2202

50+ Docket entries Veasey v Abbott 2:13cv193 Corpus are from me, int party pro se!
Many ask for a 2nd ballot.         I suggest a 155, not 150 Seat TX House!
KY 3 House seat Sen Dists:                    114       100      KY
KS 3                                           120       125      KS
MO 4                                           136       163      MO
LA 3                                            35        39      LA Senate!
Many GA House members share a Room & Phone #.  168       180      GA House!
Please Phone Some at 404 656 ___ : 0109 0116 0126 0152 0178 0188 0202 0213!
GA Bar 104 Marietta NW Atlanta 30303 800 334 6865 404 527 8700 FAX 8717
KY BAR 514 W Main Frankfort 40601 502 564 3795 FAX 3225
KS BAR 1200 SW Harrison Tokeka 66612 785 234 5696 FAX 3813
MO BAR 326 Monroe Jefferson City 65101 573 635 4128 FAX 2811
LA BAR 601 St Charles Ave 70130 800 421 5722 504 566 1600 FAX 0930
AL BAR 415 Dexter Ave Montgomery 36104 800 354 6154 334 269 1515 FAX 261 6310
WI BAR 5302 Eastpark Blvd Madison 53707 800 728 7788 608 257 3838 FAX 5502
TX BAR 1414 Colorado Austin 78701 800 204 2222 512 427 1463 FAX 4100
IL BAR 424 S 2nd Springfield 62701 800 252 8908  217 525 0712 www.isba.org

Please mail me a Date-Stamped copy.    Robert M Allensworth B14522
SASE  Enclosed.                         251 N IL 37   Ina IL 62846

United States Courts
Southern District of Texas
FILED

DEC 16 2022

Nathan Ochsner, Clerk of Court

R Allensworth B14522
251 N IL 37
Ina IL 62846

United States Courts
Southern District of Texas
FILED

DEC 16 2022

Nathan Ochsner, Clerk of Court

THIS CORRESPONDENCE
IS FROM AN INMATE OF IDOC

Amanda Otto, Dep-in-Charge
US District Clerk's Office
1133 N Shoreline Dr
Corpus Christi TX 78401



★ USA ★ FOREVER ★

78401-200399