Amanda Otto, Dep-in-Charge James B Eccles Off Aty Gen Dec 15 22
US District Clerk's Office 300 W 15 Austin TX 78701 221 E 11th
1133 N Shoreline Blvd 512 936 2263 475 3932
Corpus Christi TX 78401 beau.eccles@texasattorneygeneral.org
361 888 3142

LIMITED VOTING MAY COME SOON: HAVE THE PRIMARY WINNERS CONTEND!

50+ Docket entries <u>Veasey</u> v <u>Abbott</u> <u>2:13cv193</u> Corpus are from me, int party pro se!

Many ask for a 2nd ballot.     I suggest a 155, not 150 Seat TX House!

KY 3 House Seat Sen Dists:               114      100     KY

Many GA House members share aRoom & Phone #.    168     180     GA

Please Phone some at 404656 ___: 0109 0116 0126 0152 0178 0188 0202 0213!

GA BAR 104 Marietta NW Atlanta 30303 800 334 6865 404 527 8700 FAX 8717

KY BAR 514 W Main Frankfort 40601 502 564 3795 FAX 3225

TX BAR 1414 Colorado St Austin 78701 512 427 1463 FAX 4100 www.texasbar.com
       Some TX House members:       800 204 2222

58 Shelby Slawson Stephenville 910 Old Hico Rd       76401 254 965 1462
                              Empire-Tribune 702 South Loop            3124

61 Phil King Weatherford 102-300 Houston Ave        76086 817 596 4200
                       Democrat 512 Palo Pino St               594 7447

67 Jeff Leach Plano Dallas 1601-4600 Elm             75201 214 954 4135
                    Star Courier 624 Krona Dr           75074 792 398 4200

68 David Spiller Jacksboro 122 E Belknap            76458 940 567 6644
             lawinfo@spillerlaw.net                       FAX 3999
             Jack County Herald 212 N Church Rd         567 2616

72 Drew Darby San Angelo 135 W Twohig Ave         76903 325 481 2550
                     Standard Times 34 W Harris Ave      1 844 331 0047

81 Brooks Landgraf Odessa 3800-409 E 42nd         79762 432 363 2100
82 Tom Craddick     Midland Reporter Telegram 201 E Illinois 78701 682 5311

83 Dustin Burrows Lubbock 1001-300 Main           79401 806 744 4878
               Avalanche Journal 710 Avenue J 79401 806 762 8844

85 Phil Stephenson Rosenberg Houston 1419 Franklin   77002 713 228 4607
              77469     Fort Bend Herald 4120 Avenue H    281 342 5464

86 John T Smithee Amarillo 500-1200 S Taylor St     79101 806 376 5613
                     john.smithee@uwlaw.com              FAX 379 0316

95 Nicole Collier Fort Worth 101-210 S Jennings Ave    76104 817 877 1881

105 Threse A Thompson Meza Austin 3200-1204 S 1st    78704 817 448 2263

107 Victoria Neave Mesquite Dallas 10440 N Central Expy 75231 214 391 5555

108 Morgan Meyer Dallas 3131-100 McKinney Ave       75202 214 692 6200

114 John Turner Austin 600-1300 Congress Ave         78701 512 867 8400

125 Raymond R Lopez Austin 5805 N Lamar Blvd        78752 512 424 2890

128 Briscoe R Cain Baytown Houston 7676-191 Hillmont 77040 713 589 6964

                                                  Robert Allensworth

Please mail me a Date-Stamped copy with Robert M Allensworth B14522
Questions & Comments. SASE Enclosed.    P51 N IL 37 Ina IL 62846

United States Courts
Southern District of Texas
FILED
DEC 19 2022
Nathan Ochsner, Clerk of Court