R Allensworth B14522
251 N IL 37
Ina IL 62846

THIS CORRESPONDENCE
IS FROM AN INMATE OF IDOC
16 DEC 2022

Amanda Otto, Dep-in-Charge
US District Clerk's Office
1133 Shoreline Blvd
Corpus Christi TX 78401

United States Courts
Southern District of Texas
FILED
DEC 19 2022
Nathan Ochsner, Clerk of Court

78401-200399