AMANDA OTTO, DEP-IN-CHARGE                        JAN 13 23
1131 N SHORELINE BLVD
CORPUS CHRISTI TX 78401        VEASEY-ABBOTT 2:13 cv 193
361 628 3142

LIMITED VOTING MAY COME SOON - HAVE THE PRIMARY WINNERS CONTEND

                    RIURS
I GOT A COPY OF MY DEC 15 FILED DEC 19 DOC 1298 JAN 12 23
                    12           16  Doc weeks JAN 12 23

ENVELOPE TO PLANO STAR COURIER NOT DELIVERABLE AS ADDRESS.
— REMAILED TO LYNNG FINLEY 2100-82132 BLOOMDALE RD
   MCKINNEY 75021   972 548 4320

United States Courts
Southern District of Texas
FILED
JAN 17 2023
Nathan Ochsner, Clerk of Court

ENVELOPE TO LUBBOCK AVALANCHE JOURNAL UNDELIVERABLE
REMAILED TO BARBARA SUCSY DISTRICT CLERK
904-105 BROADWAY 79401  806 775 1317 FAX 7992

ENVELOPE TO JACK COUNTY HERALD UNDELIVERABLE
REMAILED TO TRACIE PITTEN DISTRICT CLERK
100-310 N MAIN JACKSBORO  940 567 2141 FAX 2696

PLEASE MAIL-ME A DATE-STAMPED COPY,           Robert M Allensworth B14522
SASE ENCLOSED,                                251 N IL 37  IRL IL 62846

I EXPECT TO GET MY TYPEWRITER FIXED SOON,