R Allensworth B14522
251 N IL 37
Ina IL 62846

CORPUS CHRISTI TX 784
RIO GRANDE DISTRICT
20 DEC 2022 PM L T



R Allensworth B14522
251 NIl 37
Ina IL 62846

4B16

RECEIVED JAN 12 23

R+G

E284632419

R Allensworth B14522
251 N IL 37
Ina IL 62846 2419

CORPUS CHRISTI TX 784
RIO GRANDE DISTRICT
28 DEC 2022



R Allensworth B14522
251 N IL 37      4B16
Ina IL 62846

RECEIVED JAN 12 23
RMA

6284642419