R ALLENSWORTH 81+522
251 N R 37
INA R 62876

THIS CORRESPONDENCE
IS FROM AN INMATE OF IDOC

13 JAN 2023 PM



AMANDA OTTO, OFF-IN-CHARGE

1133 N SHARELINE BLVD

CORPUS CHRISTI TX 78401

United States Courts
Southern District of Texas
FILED

JAN 17 2023

Nathan Ochsner, Clerk of Court

78401-200237