Nathan Ochsner - US District Clerk www.txs.uscourts.gov   Feb 8 23
Nelva Gonzales Ramos - US District Judge
1133 N Shoreline Blvd
Corpus Christi TX 78401
361 888 3142

United States Courts
Southern District of Texas
FILED
FEB 13 2023
Nathan Ochsner, Clerk of Court

**LIMITED VOTING MAY COME SOON  HAVE THE PRIMARY WINNERS CONTEND!**

60+ Docket entries **Veasey v Abbott 2:13cv193 Corpus** are from me, int party pro se

Many ask for a 2nd ballot.  **I WANT SOON!**   I suggest a **155**, not **150** Seat **TX House!**

**MO** 4 House Seat Sen Dists:                        136        163        MO

Many **GA** House members share a **Room & Phone #.**        168        180        GA

Please phone some at 404 656 ___ : 0109 0116 0126 0152 0178 0188 0202 0213!

**GA BAR** 104 Marietta NW Atlanta 800 334 9865      30303 404 527 8700 FAX 8717

**TX BAR 1414 Colorado Austin      800 204 2222**     78701 512 427 1463        4100

        PRES ELECT Tisdale Granbury 220 W Pearl 76048 817 573 6433        6542

**MO BAR** 326 Monroe Jefferson City _ _ _    65101 573 635 4128        2811

        PRES ELECT McCubbin Kan Cit 900 W 48 Pl 64221 816 753 1000        1536

        I HAVE A 2023 MO House Roster w/Room, Phone #s & Home Towns!

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 127 | Kelley | 573751 2165 | 401B | Lamar Democrat BX 12 | 64759 | 417 682 | 6529 |
| 128 | Stephens | 1347 | 3133 | Bolivar Herald BX 330 | 65613 | 417 326 | 7636 |
| 129 | Black | 1167 | 410B | Marshfield Mail 225 N Clay | 65706 | 417 468 | 2013 |
| 134 | Riley | 2210 | 201E | Springfield Daily Events BX 1 | 65801 | 417 866 | 1401 |
| | | | | Alex C Riley 417 409 6093 | | FAX | 1491 |
| 137 | Chappell | 3819 | 200B | Rogersville News Review | 65742 | 417 753 | 3100 |
| 138 | Hudson | 3851 | 207A | Cape Fair Craine Chronicle | 65633 | 417 723 | 5248 |
| 141 | Kelly | 2205 | 315 | Mountain Grove News Journal | 65711 | 417 926 | 5148 |
| 142 | Knight | 1490 | 413A | Lebanon Record BX 192 | 65536 | 417 532 | 9131 |
| 143 | Cook | 2264 | 203B | Houston Herald 113 Grand Ave | 65483 | 417 967 | 2000 |
| 144 | Dinkins | 2112 | 317A | Lesterville Ellington Courier BX 130 | | 573 663 | 2243 |
| 145 | Francis | 5912 | 306A | Perryville Republic Monitor | 63775 | 573 747 | 4567 |
| 147 | Voss | 1443 | 110A | Cape Girardeau Southeast Missourian | | 573 335 | 6611 |
| 150 | Parker | 3629 | 1161 | Campbell Maldin Delta News Journal | | 573 276 | 5148 |
| | | | | Cameron Parker 100 W Main Maldin 63863 | | 573 276 | 2281 |
| 152 | Billington | 4039 | 303B | Poplar Bluff American Republic | 63901 | 573 785 | 1414 |
| 153 | Atchison | 1066 | 314 | Williamsville Piedmont Journal Banner | | 573 223 | 7122 |
| 154 | Evans | 1455 | 3021 | West Plains Quill BX 110 | 65775 | 417 256 | 9191 |
| 155 | Smith | 2042 | 118CA | Branson Tri-Lakes News BX 1900 | 65615 | 417 334 | 3161 |
| 157 | Boggs | 4077 | 235 | LaRussell Aurora Advertizer BX 509 | 65605 | 417 678 | 2115 |
| 158 | Cupps | 1488 | 404A | Shell Knob Cassville Democrat 600 Main | | 417 847 | 2610 |
| 159 | Deaton | 9801 | 316 | Noel Pineville News Gazette | 64856 | 417 223 | 4675 |
| 160 | BAKER | 9781 | 403A | Neosho News 1006 W Harmony | 64850 | 417 451 | 1520 |

        LIMITED VOTING MAY COME SOON!

Please mail me a Date-stamped copy with            Robert M Allensworth B14522

suggestions.    SASE Enclosed.            251 N IL 37      Ina IL 62846