R Allensworth B14522
251 N IL 37
Ina IL 62846

THIS CORRESPONDENCE
IS FROM AN INMATE OF IDOC

SAINT LOUIS MO 630
8 FEB 2023 PM 9



Nathan Ochsner   US District Clerk
1133 N Shoreline Blvd
Corpus Christi TX 78401

United States Courts
Southern District of Texas
FILED

FEB 13 2023

Nathan Ochsner, Clerk of Court

78401-200399