```
Amanda Otto, Dep-in-Charge    1133 N Shoreline Blvd   Corpus TX 78401
Rallls County Herald Enterprise                       Feb 15 23
BX 426                                                       Jan 30 23
New London MO 43459
573 985 3420
```

United States Courts
Southern District of Texas
FILED
FEB 2 1 2023
Nathan Ochsner, Clerk of Court

LIMITED VOTING MAY COME SOON    HAVE THE PRIMARY WINNERS CONTEND.
"The only way out from this **Two Party Doom Loop** is to scrap the Single-mem district electoral system!" Fiorina 2022 PSQ Vol 136 #4 www.psqonline.org
ACAD POL SCI    aps@psqonline.org    212 870 2500 FAX 2202

60+ Docket entries Veasey v Abbott (2:13cv193 Corpus) are from me, int party pro se!
Many ask for a 2nd ballot. I WANT SOON!    I suggest a 155, not 150 Seat TX House!

```
MO 4 House Seat Sen Dists:              136     163    MO
KS 3                                    120     125    KS
KY 3                                    114     100    KY
Many GA House members share a Room & Phone #.   168     180    GA
Please Phone some at 404 656 ___ : 0109 0116 0126 0152 0178 0188 0202 0213!
GA BAR 104 Marietta NW Atlanta  800 334 6865    30303 404 527 8700 FAX 8717
TX BAR 1414 Colorado Austin      800 204 2222   78701 512 427 1463 FAX 4100
MO BAR 326 Monroe Jeff City                     40601 502 564 3795 FAX 5225
KS BAR 1200 SW HARRISON Topeka                  66612 785 234 5696 FAX 3813
KY BAR 514 W Main Frankfort                     40601 502 564 3795 FAX 5225
 4 Sharpe    3644  206B Ewing Canton Press-News Journal BX 277 63435 573 288 5668
 5 Riggs     3613  112  Hannibal Palmyra Spectator 304 S Main  63461 573 769 3111
40 Perkins   4028  404B Bowling Green Times 106 W Main         63334 573 324 2222
41 Justice   9459  115G Troy Journal 20 Busin Pk Dr FAX 6694   63779 636 528 9550
42 Myers     2689  1164 Warrenton Record 103 E Booneslick Rd   63383 636 456 6307
43 Haden     3649  311  Mexico Ledger BX 8                     65265 573 581 1111
44 Toalson   1169  113  Hallsville Columbia                          573 751 1169
45 Steinhof  4189  135BA Columbia Tribune 313 E Ash             65201 888 348 3315
47 Plank     1501  101K Columbia Missourian 221 E 8 573 882 5700   573 751 1201
46 Smith     9753  105H Columbia                                     573 751 9753
48 Taylor    0169  304A Bunceton Boonville News 412 Higf       65233 660 882 7472
                                                                         FAX 2256
```

Please mail me comments & questions.    Robert M Allensworth B14522
                                        251 N IL 37    Ina IL 62846

```
Amanda Otto, Dep-in-Charge                                    Feb 15 23
US Dist Clerk's Office txs.uscourts.gov
1133 N Shoreline Blvd
Corpus Christi TX 78401
361 888 3142              Veasey v Abbott 2:13cv193
```

LIMITED VOTING MAY COME SOON!  HAVE THE PRIMARY WINNERS CONTEND!

60+ docket entries 2:13cv193 Corpus are from me, int party pro se!

Many ask for a 2nd ballot.  I WANT SOON!  I Suggest a 155, not 150 seat TX House!

```
MO  4 House Seat Sen Dists:                    136     163     MO
KS  3                                          120     125     KS
KY                                             114     100     KY
LA  3                                           35      39     LA Senate
Many GA House members share a Room & Phone #.  168     180     GA House!
Please Phone some at 404 656 ___: 0109 0116 0126 0152 0178 0188 0202 0213!

GA BAR 104 Marietta NW Atlanta 800 334 6865    30303 404 527 8700 FAX 8717
       Secy Sarah Akins Savannah PO Box 9946   31412 912 233-9100 -   2281
TX BAR 1414 Colorado Austin     600 204 2222   78701 512 437 1463     4100
       PRES ELECT Tisdale Granbury 220 W Pearl 76048 817 573 6433     6522
MO BAR 326 Monroe Jeff City                    65101 573 635 4128     2811
       Pres Grimm Cape Girard 407 N Kingshwy   63701 573 335 3316     0621
       Exec Dir Mischa Epps 326 Monroe Jeff City 65101 573 635 4128
                       mepps@mobar.org         UNK   816 200 3335     UNK
       PRES ELECT McCubbin Kan Cty 900 W 48 Pl 64112 816 573 1000     1536
KS BAR 1200 SW Harrison Topeka                 66612 785 234 5696     3813
       Secy Greg Schwartz 1401-A Main Hays     67601 785 625 0024  261 904
       Pres Elect Laurs Ice Wichita 2 Cessna Blvd 67215 316 660 1258
KY BAR 514 W Main Frankfort 40601              40601 502 564 3795     3225
       PRES Amy D Cubbage Frankfort 700 Capital Ave 40601 502 564 2611
       Pres Elect Schrock Paducah 201 Broadway 62001 270 443 6577     6548
```

I HAVE A 2023 MO House Roster W/Room - Phone #s & Home Towns.

```
 4 Sharpe     3644 206B Ewing Canton PressNews Journal BX 277 63435 573 288 5668
 5 Riggs     3613  112 Hannibal Ralls Co Herald Enterpr Perry Bx 371 63462 573 985 3420
 7 McGaugh   2917  402 Carrollton Democrat 102 E Benton       64663 660 542 0881
20 McMullen  3674 4128 Indep Examiner 410 S Liberty      ()   64050 816 254 8600
30 Patterson 0907 3024 Lees Summit Kan Cty Star 1601 McGee    64108 816 234 4636
38 Lonsdale  2238 116A1 Liberty Courier Tribune 104 N Main    64068 816 628 6010
39 Richey    1468 207B Excel Springs Standard 2001 Jes James  64024 816 637 6155
40 Perkins   4028 404B Bowling Green 106 W Main               63334 573 324 2222
41 Justus    9459 115G Troy Journal 20 Busi-Park Dr           63379 636 528 9550
42 Myers     2689 1164 Warrenton Record 103 Booneslick Rd     63383 636 436 6397
60 Griffith  2412 411B Jeff City News Trib 210 Monroe         65101 573 636 3131
61 Sassman   6668 305A Bland Owensville Republican 106 E Wash 65066 573 437 2323
                       www.gasconadecountyrepublican.com                FAX 3033
```

*[signature]* R. ke a M Allensworth

Please mail me a Date-Stamped Copy with    Robert M Allensworth B14522

suggestions & questions.    SASE Enclosed.    251 N IL 37    Ina IL 62846

THIS CORRESPONDENCE IS FROM AN INMATE OF IDOC

R Allensworth B14522
251 N IL 37
Ina IL 62646

4B16

30 JAN 2023 PM 2

Ralls County Herald Enterprise
BX 426
New London MO 43459

United States Courts
Southern District of Texas
FILED

FEB 21 2023

Nathan Ochsner, Clerk of Court

FORWARD TIME EXP   RTN TO SEND
RALLS COUNTY HERALD ENTERPRI
PO BOX 371
PERRY MO 63462-0371

RETURN TO SENDER