R Allensworth B14522
251 N IL 37
Ina IL 62846

THIS CORRESPONDENCE
IS FROM AN INMATE OF IDOC

15 FEB 2023 PM 9

United States Courts
Southern District of Texas
FILED

FEB 21 2023

Nathan Ochsner, Clerk of Court

Amanda Otto, Dep-in-Charge
US Dist Clerk's Office
1133 N Shoreline Blvd
Corpus Christi TX 78401

78401-200399