# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Marc Veasey, et al. | § § | |
| *versus* | § § | Civil Action 2:13−cv−00193 |
| Greg AbbottOffice of The Attorney General, et al. | § § | |

## NOTICE REGARDING EXHIBITS

The offering party must take possession of the exhibits submitted into evidence in this case by **May 30, 2023**. If the exhibits are not retrieved by the deadline, they will be destroyed without further notice, and the expenses incurred will be taxed against the offering party. *See* LR 79.2 and CrLR 55.2.C.

Description of Exhibits:

Pltf's exhibits admitted 9/2/2014 (see D.E. 624)

If you have questions regarding the status of these exhibits, contact the Clerk's Office at (361) 888−3142.

Date: May 12, 2023

By: B. Cortez
Deputy Clerk