# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Marc Veasey , et al. | § | |
| | § | |
| v. | § | Civil Action 2:13−cv−00193 |
| | § | |
| Ruth R. Hughs, et al.Office of The Attorney General | § | |

## NOTICE OF DESTRUCTION OF EXHIBITS

The attorneys were notified on 5/12/2023 that they must take possession of exhibits by 5/30/2023 or they would be destroyed without further notice.

The exhibits described on the Notice Regarding Exhibits have been destroyed.

Date: June 1, 2023

By: <u>B. Cortez</u>
Deputy Clerk