```
Amanda Otto, Dep In Charge  US District 1133 N Shoreline Blvd
Corpus TX 78401  361 888 3142        Veasey v Abbott 2:13cv193      Jun 15 23

OERPA213               ILLINOIS DEPARTMENT OF CORRECTIONS       PAGE: 62    May 18 23
                              Offender 360
                              ACTIVITY CARDS                    RUN DATE: 5/13/2023

       Mary Ostrander  Knox Co Cir Clerk  200 S Cherry          RUN TIME: 7:53:37 AM
IDOC#: B14522 ROBERT ALLENSWORTH 200 S Cherry Galesburg IL 61401   309 345 3868
PRIMARY: UNASSIGNED , PARTICIPANT-BMR710010009 1    GRADE: A  EFF: 3/19/2016
Religion Code: JEHOVAHS WITNESS
                         Knox Co 94 CF 264 SDP PRE-Trial Index offense
                              MONDAY 05/15
ACTIVITY                       FROM         TO        LOCATION   OUT   IN   OUT   IN
I-LACK Many TX House mems Home Towns!
SOP TX/THERAPY , PARTICIPANT-BMR482440009 4  08:30 AM 10:00 AM  BMR
SUPV: APPROPRIATE SUPERVISOR                          BUILDING: Academic Building
```

The index offense was brought up at the May 15 23 Therapy session and the supervisor asked why I come. I said I get the pass. I brought up in my Nov 4,

filed Nov 14 22 filing about the Jan 1990 videotaping I did not like it! A policeman said I smiled!    When the 3 boys let me go I went home!

LIMITED VOTING MAY COME SOON    HAVE THE PRIMARY WINNERS CONTEND!

I HAVE A 2023 TX CAP HOUSE ROSTER W/ROOM & PHONE #S BUT Lack Many Local!

80+ docket entries Veasey v Abbott 2:13cv193 Corpus are from me, int party pro se!

Many ask for a 2nd ballot.  I want soon!  I suggest a 155, not 150 seat TX House!

```
MO 4 House seat Sen dists:                               136       163      MO
Many GA House members share a Room & Phone #.   168       180      GA
Please Phone some at 404 656 0109 0116 0126 0152 0178 0188 0202 0213!
GA BAR 104 Marietta NW Atlanta  800 334 6865   30303 404 527 8700 FAX 8717

TX BAR 1414 Colorado Austin 800 204 2222          78701 512 427 1463     4100
       PRES ELECT Tisdale Granbury 220 W Pearl 76048 817 573 6433        6542

 8 Cody Harris        512 463 0730 Anderson Co E2.606 (I LACK Hometown!)
10 Brian Harrison                  0515 E2.704 Ellis Co
13 Angelia Orr                     0600 E1.218 Hill Co
17 Stan Gerdes                     0682 E2.816 Bastrop Co
19 Ellen Troxclair                 0490 E1.208 Travis Co
21 Dade Phelan       1000 cw  0489 2W.11   Nederland 77626 1000 BX 848 Spkr
22 Christian Manuel                0662 E2.320 Jefferson Co
23 Terri Leo-Wilson                0502 E2.720 Galveston Co
37 Janie Lopez                     0640 E2.802 Cameron Co
46 Sheryl Cole                     0506 E2.910 Travis Co
47 Vikki Goodwin                   0652 E2.208 Travis Co
48 Donna Howard                    0631 GW.11  Travis Co
51 Lulu Flores                     0674 E2.312 Travis Co
52 Caroline Harris                 0670 E1.312 Williamson Co
54 Brad Buckley                    0684 E1.424 Salado 76571 1301 N Stagecoach Rd
55 Hugh Shine                      0630 GSx212 Temple 76503 BX 793
60 Glenn Rogers                    0656 E2.820 Palo Pinto Co
61 Fred Frazier                    0738 E1.412 Collin Co
63 Ben Bumgarner                   0688 E1.418 Denton Co
65 Kronda Thimesch                 0478 E1.216 Denton Co
70 Mihaela Plesa                   0356 E2.316 Collin Co
73 Carrie Isaac                    0325 E2.702 Hays Co
76 Suleman Lalani                  0596 E1.512 Ft Bend Co
84 Carl Tepper                     0676 E1.316 Lubbock Co
```

Is my index offence related to smiling when 3 long-time neighbor boys put a condom on my penis in a boy's bedroom in front of a hidden video camera w/sound? I want immediate unconditional release!

Please Phone some TX House members I have Home Counties but not Home Towns!



United States Courts
Southern District of Texas
FILED
JUN 20 2023
Nathan Ochsner, Clerk of Court

FILED
KNOX CO., IL
MAY 22 2023
MARY OSTRANDER
Clerk of the Circuit Court
                    Deputy

Robert M Allensworth B14522
251 N IL 37    Ina IL 62846

Please mail me a date-stamped copy. SASE Enclosed.
UserID: Robert Walsh