R Allensworth B14522
251 N IL 37
Ina IL 62846

THIS CORRESPONDENCE
IS FROM AN INMATE OF IDOC



United States Courts
Southern District of Texas

JUN 2 0 2023

Nathan Ochsner, Clerk of Court

Amanda Otto, Dep-in-Charge
US Dist Court
1133 N Shoreline Blvd
Corpus TX 78401

78401$2003 C029