```
Mary Ostrander, Knox Co Cir Clk     Amanda Otto. Dep-in-Charge Jul 18 23
200 S Cherry                        US Dist Court
Galesburg IL 61401                  1133 N Shoreline Blvd
309 345 3868 FAX 6741               Corpus TX 78401 361 888 3142
Knox Co 94 CF 264 Pre Trial SDP     Veasey v Abbott 2:13cv193
LIMITED VOTING MAY COME SOON!       HAVE THE PRIMARY WINNERS CONTEND!
I HAVE A 2023 MO HOUSE ROSTER W/ROOM & PHONE #S & Home Towns!
I            TX                                Counties, but LACK
I WANT MS LA AR KY KS WI Etc!                  Many Home Towns!
```

"The only way out from this TWO PARTY DOOM LOOP is to scrap the Single-mem district electoral system!" PSQ Vol 136 #4 2022 www.psqonline.org

ACAD POL SCI    aps@psqonline.org    212 870 2500 FAX 2202

99+ docket entries Veasey v Abbott 2:13cv193 Corpus are from me, int party pro se

Many ask for a 2nd ballot!    I suggest a 155, not 150 seat TX House

```
MO 4 House seat Sen dists:          136      163       MO
MS 2                                104      122       MS
AR 3                                105      100       AR
KS 3                                120      125       KS
KY 3                                114      100       KY
WI 3                                 99   keep 99      WI
LA 3                                 35   not  39      LA Senate
```

Many GA House members share a Room & Phone #.   168      180      GA House
Please Phone some at 404 656 0109 0116 0126 0152 0178 0188 0202 0213!

```
TX BAR 1414 Colorado Austin 800 204 2222         78701 512 427 1463 FAX 4100
       PRES Cindy Tisdale 220 W Pearl Granbury   76048 817 573 6433      6542

MS BAR BX 2168 Jackson                           39225 601 948 4471 355 8635
       Pres Blake Taylor 1201 Cherry Vicksburg   39183 601 636 6565 631 0114

KY BAR 514 W Main Frankfort                      40601 502 564 3795      3225
       PRES Schrock 201 Broadway Paducah         42001 270 443 6511      6548

LA BAR 601 St Charles Ave. New Orleans 800 421 5722  70130 504 566 1600  0960
       Pres Dwyer 3000 W'Esplanade Ave Metairie      70002 504 838 9090  9187

WI BAR BX 7158 Madison 800 728 7788 362 8096     53707 608 257 3838      5502
       Pres Marg Hickey 222 E Erie Milwaukee     53202 414 273 1414      3223
       margaret@beckerhickey.com

AR BAR 2224 Cottondale Ln Little Rock                72202 501 375 4606 arkbar.cc
       Pres Joseph Kolb 26 Valley Club Cir Little Rock 72212 501 804 4939 716 2626
       Ex Pres Bob Estes 1-200 E Center Fayetteville 72701 479 521 4900 587 0700
       Sen 25 Stephanie Flowers Pine Bluff 217 S Main  71601 870 535 1032
```

In 1943 Roosevelt issued a standing order forcing the Office of War Info censors to forbid all mention of German resistance until war end!
Robert Sherwood 1948 Harper "Roosevelt & Hopkins: An Intimate History"
Sean McMeekin 2021 "Stalin's War" Basic Books
Please mail me suggestions & questions.    Robert M Allensworth B14522
Please mail me a Date-Stamped copy.   JUL 20 2023   251 N IL 37   Ina IL 62846

FILED
KNOX CO..ILS
JUL 20 2023
MARY OSTRANDER
Clerk of the Circuit Court
__Deputy