R Allensworth B14522
251 N IL 37
Ina IL 62846

THIS CORRESPONDENCE
IS FROM AN INMATE OF IDOC

25 JUL 2023 PM 2 L

United States Courts
Southern District of Texas
FILED

JUL 3 1 2023

Nathan Ochsner, Clerk of Court

Amanda Otto, Dep-in-Charge
1133 N Shoreline Blvd
Corpus TX 78401

78401-200399