2: 13cv193

Mary Ostrander   Cir 9 Clerk    Copy Sep 7 23 for
200 S Cherry
Galesburg IL 61401              Amanda Otto
309 345 3868 FAX 6741 jgs       1133 N Shoreline Blvd
                                Corpus TX 78401

Knox Co 94 CF 264 Allensworth SDP Detainee

United States Courts
Southern District of Texas
FILED
SEP 11 2023
Nathan Ochsner, Clerk of Court

In Jan 1990 Three long-time neighbor boys put a condom on my penis in a boy's bedroom before a hidden video camera w/sound. One may have said "Get it up or I will hurt your balls!" I went home when they let me go. I wanted no problem. One of them may have told the police in May 1990 He ment to tape over the tape but forgot. Judge Mathers focused on AGE OF CONSENT!

I want my 1991 conviction for SEX ABUSE Set aside.

Highlights from "IMPOSTER'WAR"2022 by Arsenlt Pegasus Books

In Feb 1919 Machinist's Mate Ervin Arnold, 44 transferred from San Fran to Newport RI Naval Station for treatment of rheumatism. He made careful notes about who around him might be gay. Before his service he worked nine years as a CT vice cop and gathered evidence against "sexual perverts".

He heard rumers that Newport was teeming with gay sailors and convinced himself the rumers were true. Author John Lougherty, The Other Side of Silence, 1998 Holt wrote Arnold discovered "was the eclectic world of fairie and trade, of cross-dressers and party-givers, cocaine addicts and heavy drinkers, for whom mobilization had been awildly social experience."

In Mar 1919 Arnold persuaded his superiors to sign off on a cleanup plan to recruit navy sailors to an undercover cover sting operation to take dow "cocksuckers and rectum receivers" undermining the morals of the community. These covert recruits, some in thier teens were assigned "to go forth into Newport and associate and mingle with alleged sexual perverts." Members "were to allow certain immoral acts were to be performed on them to secure evidence.

In short order the covert operatives enjoyed a "fairly staggering amount of oral sex in the name of duty. "this group of young men was all but tireless."

In the spring of 1919 the sting began entrapping the general public and became known as Section A of the Office of the Assistant Secy of the Navy (FD Roosevelt)

Roosevelt authorized a continuation of the operation and oversaw the transfer Arnold and Lt Erasmus Hudson to the Office of Naval Intelligence.

At the time Roosevelt was 37, baby-faced and dashing, 6'2" trim and athletic, before polio. In 1912 Roosevelt was a NY State senator backing Wilson for president, who repaid the favor by appointing him Assist Navy Secy.

Please reverse and set aside my 1991 conviction for sex abuse based on "age of consent"and a secret video camera w/sound!

Please mail mea date-stamped copy.

Robert M Allensworth   B14522
251 N IL 37    Ina IL 62846

FILED
KNOX CO., IL
AUG 28 2023


MARY OSTRANDER
Clerk of the Circuit Court
Deputy

Amanda Otto, Dep-in-Charge                                      Sep 7 23
1133 N Shoreline Blvd
Corpus Christi TX 78401
361 888 3142    www.txs.uscourts.gov
LIMITED VOTING MAY COME SOON     HAVE THE Primary Contenders Contend!
<u>Trial Sep 5 23</u> gand Pendergrass v Raffensperger 1:21cv5339 404 215 1660
"The only way out from this TWO PARTY DOOM LOOP is to scrap the Single-mem
district electoral system!" PSQ Vol 136 #4 2022 www.psqonline.org
ACAD POL SCI   aps@psqonline.org   212 870 2500 FAX 2202
99+ docket entries Veasey v Abbott 2:13cv193 Corpus are from me. int party pro se
Many ask for a 2nd ballot.       I suggest a 124, not 150 seat TX House!
MO 4 House seat Sen dists:                     136 or 102  163       MO
MS 2            (or pair House)                104         122       MS
SC 2                                           92          124       SC
VA 2            (scrap sing-mem)               80 or 120   100       VA
AR 3                                           105         100       AR
KS 3            (Have GA go 1st)               120         125       KS
TN 3                                           99   keep   99        TN
OH 3                                           99          99        OH
WI 3                                           99          99        WI
AL 3                                           105    -    105       AL
LA 3                                           35   not    39        LA Senate
KY 2 or 3   (I have written many papers)       76 or 114   100       KY House!
Many GA House members share a Room & Phone #.  168 or 112  180       GA
Please Phone some at 404 656 0109 0116 0126 0152 0178 0188 0202 0213!
  GA BAR 104 Marietta NW Atlanta 800 334 6865      30303 404 527 8700 FAX 8717
         Sec State Raffensperger 206-214 Wash SW 30334 844 753 7825 656 0513
  TX BAR 1414 Colorado Austin 800 204 2222         78701 512 427 1463      4100
         PRES Cindy Tisdale 220 W Pearl Granbury 76048 817 573 6433        6542
         Sec State John B Scott BX 12887 Austin  78711 512 643 5770 475 2761
         US Dist Clk Ochsner 515 Rusk Houston      77002 713 250 5500
I just got an Order in 1:21cv5337 SCJ Doc # 226 "It is improper to write
letters to the Court." Doc 227 citing Jenkins v Penney, cv107-034, 2007 WL
9711224 at *1     I suggest (scrapping) the Single-mem district system!

Please mail me suggestions, questions & a       Robert M Allensworth B14522
Date-Stamped copy of this and enclosed          251 N IL 37    Ina IL 62846
letter to Knox Co IL Cir Clerk Ostrander.

R Allensworth B14522
251 N IL 37
Ina IL 62846

THIS CORRESPONDENCE
IS FROM AN INMATE OF IDOC



US POSTAGE
ZIP 62846
02 4W
0000379096

United States Courts
Southern District of Texas
FILED

SEP 1 1 2023

Nathan Ochsner, Clerk of Court

Amanda Otto
1133 N Shoreline Blvd
Corpus TX 78401

7840182003 C029