3/7/2025

TO: Court Clerk
U.S. Dist Court - Southern Dist of Texas
P.O. Box 61010
Houston, TX 77208

MAR 18 2025

From:
Julian Tarver
PO Box 88600
Steilacoom, WA 98388

Nathan Ochsner, Clerk of Court

RE: Case Veasey v. Abbott NO-
2:13-cv-193 (NGR) (S.D.)(Texas)

I'm writing to please request a copy of listing of documents on this case docket so I can purchase via the mail as I have no internet access to look up.

Please assist me with this?

Thank you so much.

Julian Tarver

Julian Tarver
PO Box 88600
Steilacoom, WA 98388



United States Courts
Southern District of Texas
F I L E D
MAR 18 2025
Nathan Ochsner, Clerk of Court

Court clerk
U.S. Dist Court Southern Dist of Te
P.O Box 61010
Houston, TX 77208

Legal Mail